WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                           :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON NOVEMBER 30, 2011**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

        1.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), filed the following omnibus claims objections (collectively, the "Claims

Objections") with the Court for hearing on November 30, 2011:

(a)      Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]**

(b)      Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19398]**

(c)      Debtors' One Hundred Ninety-Sixth Omnibus Objection to Claims (Inferred Debtor Claims) **[ECF No. 19886]**

(d)      Debtor' Two Hundred Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 19919]**

(e)      Debtors' Two Hundred Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 19920]**

(f)      Debtors' Two Hundred Sixth Omnibus Objection to Claims (Foreign Currency Claims) **[ECF No. 19960]**

(g)      Debtors' Two Hundred Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 20015]**

(h)      Debtors' Two Hundred Tenth Omnibus Objection to Claims (Duplicative No Liability Claims) **[ECF No. 20085]**

(i)      Debtors' Two Hundred Eleventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 20078]**

(j)      Debtors' Two Hundred Twelfth Omnibus Objection to Claims (No Liability Pension Claims) **[ECF No. 20079]**

(k)      Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20787]**

(l)      Debtors' Two Hundred Twentieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 20815]**

(m)      Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 20860]**

(n)      Debtors' Two Hundred Twenty-Second Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 20861]**

(o)      Debtors' Two Hundred Twenty-Third Omnibus Objection to Claims (No Supporting Documentation Claims) **[ECF No. 20863]**

(p)    Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20864]**

(q)    Debtors' Two Hundred Twenty-Fifth Omnibus Objection to Claims (Inconsistent Debtor Claims) **[ECF No. 20865]**

(r)    Debtors' Two Hundred Twenty-Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[ECF No. 20866]**

(s)    Two Hundred Twenty-Seventh Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 20867]**

(t)    Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

2.    In accordance with the Second Amended Case Management Order, the Debtors established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses.  The Response Deadlines have been extended for certain creditors from time to time.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.    The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included Exhibit 1 to any of the Orders attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted.  Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors, by holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims Objections as to

any proof of claim for which a response was either filed on the docket or received by the

Debtors, and which objection has not been resolved, has been adjourned to a future date.

4.      Accordingly, the Debtors respectfully request that the proposed orders

granting the Claims Objections annexed hereto as <u>Exhibits A</u> through <u>T</u>, which, except for the

inclusion of additional language to indicate that such order is supplemental to a previously

entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to

the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or

withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance

with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:  November 29, 2011
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **EXHIBIT A**

**(Proposed Order – ECF No. 13955)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' EIGHTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the Eighty-Fourth omnibus objection to claims, dated January 14, 2011 (the "Eighty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce, reclassify (in certain instances), and allow the Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimants' supporting documentation and the Debtors' books and records, and that the classifications (in certain instances) are improperly identified as secured, administrative expenses or priority claims on claimants' proofs of claim, all as more fully described in the Eighty-Fourth Omnibus Objection to Claims; and due and proper notice of the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eighty-Fourth Omnibus Objection to Claims.

Eighty-Fourth Omnibus Objection to Claims having been provided to (i) the U.S.

Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the

Eighty-Fourth Omnibus Objection to Claims; and (vii) all other parties entitled to notice

in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases

[Docket No. 9653]; and it appearing that no other or further notice need be provided; and

upon the resolution of the Response of Easton Investments II, a California L.P. to

Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)

[Docket No. 14466] and the Response of SPCP Group L.L.C. Transferor: Ratia Energie

AG to Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)

[Docket No. 14436], and a hearing having been held on November 30, 2011; and the

Court having found and determined that the relief sought in the Eighty-Fourth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Eighty-Fourth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Eighty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Claim Amount"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> to the Eighty-Fourth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 84: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EASTON INVESTMENTS II, A CALIFORNIA L.P. C/O COSTELL & CORNELIUS LAW CORPORATION ATTN: ALEXANDER IAN CORNELIUS 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA, CA 90401 | 10717 | 09/08/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $124,250.00 | Lehman Brothers Special Financing Inc. | Unsecured | $52,000.00 |
| 2 | SPCP GROUP L.L.C. TRANSFEROR: RATIA ENERGIE AG AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 19305 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,375,351.34* | Lehman Brothers Holdings Inc. | Unsecured | $845,855.08 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 84: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | SPCP GROUP L.L.C. TRANSFEROR: RATIA ENERGIE AG AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 19306 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,375,351.34* | Lehman Brothers Commodity Services Inc. | Unsecured | $845,855.08 |
| | | | | | TOTAL | $2,874,952.68 | | TOTAL | $1,743,710.16 |

**<u>EXHIBIT B</u>**

**(Proposed Order – ECF No. 19398)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :          **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :          **08-13555 (JMP)**
                                                         :
                                    **Debtors.**         :          **(Jointly Administered)**
-------------------------------------------------------------------x

**SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED
EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS)**

Upon the one hundred eighty-second omnibus objection to claims, dated

August 19, 2011 (the "One Hundred Eighty-Second Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the

"Procedures Order"), seeking to reduce, reclassify (in certain instances), and allow the

Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are

greater than the fair, accurate, and reasonable values determined by the Debtors after a

review of the claimants' supporting documentation and the Debtors' books and records,

and that the classifications (in certain instances) are improperly identified as secured,

administrative expenses or priority claims on claimants' proofs of claim, all as more fully

described in the One Hundred Eighty-Second Omnibus Objection to Claims; and due and

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to such terms in the Debtors' One Hundred Eighty-Second Omnibus Objection to Claims.

proper notice of the One Hundred Eighty-Second Omnibus Objection to Claims having

been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the

United States Attorney for the Southern District of New York; (vi) the claimants listed on

Exhibit A attached to the One Hundred Eighty-Second Omnibus Objection to Claims;

and (vii) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9653]; and it appearing that no

other or further notice need be provided; and upon the resolution of Proof of Claim

number 3589 filed by Pennsylvania Convention Center Authority, this claim having been

objected to in Debtors' One Hundred Eighty-Second Omnibus Objection to Claims; and a

hearing having been held on November 30, 2011; and the Court having found and

determined that the relief sought in the One Hundred Eighty-Second Omnibus Objection

to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in

interest and that the legal and factual bases set forth in the One Hundred Eighty-Second

Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Eighty-Second

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Amount"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> to the One

Hundred Eighty-Second Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u>

annexed hereto; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|-----------------|-------|--------|-----------------|-------|--------|
| 1 | PENNSYLVANIA CONVENTION CENTER AUTHORITY, THE MADELINE APOLLO VICE PRESIDENT OF FINANCE ONE CONVENTION CENTER PLACE 1101 ARCH STREET PHILADELPHIA, PA 19107-2299 | 3589 | 04/01/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,275,462.00 | Lehman Brothers Special Financing Inc. | Unsecured | $7,700,000.00 |
| | | | | | TOTAL | $8,275,462.00 | | TOTAL | $7,700,000.00 |

**<u>EXHIBIT C</u>**

**(Proposed Order – ECF No. 19886)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :        08-13555 (JMP)
                                                    :
                          Debtors.                  :        (Jointly Administered)
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS (INFERRED DEBTOR CLAIMS)

Upon the one hundred ninety-sixth omnibus objection to claims, dated September 12, 2011 (the "One Hundred Ninety-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking modification of the Inferred Debtor Claims on the grounds that those claims have not appropriately identified the Debtor entity against which the claim is asserted, all as more fully described in the One Hundred Ninety-Sixth Omnibus Objection to Claims; and due and proper notice of the One Hundred Ninety-Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the One Hundred Ninety-Sixth Omnibus Objection to Claims; and (vii) all

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Ninety-Sixth Omnibus Objection to Claims.

other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Ninety-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Ninety-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Ninety-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the Inferred Debtor Claim listed on Exhibit 1 annexed hereto is hereby modified to be a claim against the corresponding Debtor entity set forth on Exhibit 1 under the column heading *"Modified Debtor/Case Number"*; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to modify the Inferred Debtor Claim on Exhibit 1 annexed hereto pursuant to this Order; and it is further

ORDERED that the Inferred Debtor Claim is deemed to have been filed against the corresponding Debtor entity set forth on Exhibit 1 under the column heading *"Modified Debtor/Case Number,"* and the holder of the Inferred Debtor Claim is precluded from asserting that the Inferred Debtor Claim is, or should be, asserted against any other Debtor; and it is further

ORDERED that nothing in this Order constitutes any admission or finding

with respect to any of the Inferred Debtor Claims, and the Debtors' rights to object to the

Inferred Debtor Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any basis,

except as set forth herein, are expressly reserved with respect to, (i) any claim listed on

Exhibit A annexed to the One Hundred Ninety Sixth Omnibus Objection to Claims that is

neither listed on Exhibit 1 annexed hereto nor Exhibit 1 annexed to the Order Granting

Debtors' One Hundred Ninety-Sixth Omnibus Objection to Claims (Inferred Debtor

Claims) [Docket No. 21400], and (ii) any Inferred Debtor Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3

EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 196: EXHIBIT 1 – INFERRED DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | MODIFIED DEBTOR / CASE NUMBER |
|---|------|-------------|-------------|------------|---------|---------------------|-------------------------------|
| 1 | PACIFIC COAST BANKERS BANK ATTN: TRACY HOLCOMB 340 PINE STREET, SUITE 401 SAN FRANCISCO, CA 94104 | | | 09/22/2009 | 31904 | $5,399.00 | Lehman Brothers Special Financing Inc. / 08-13888 (JMP) |
| | | | | | TOTAL | $5,399.00 | |

# **EXHIBIT D**

## **(Proposed Order – ECF No. 19919)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                            :        **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :        **08-13555 (JMP)**
                                                 :
                            **Debtors.**         :        **(Jointly Administered)**
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER**
**GRANTING DEBTORS' TWO HUNDRED THIRD OMNIBUS**
**OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

Upon the two hundred third omnibus objection to claims, dated September 13,

2011 (the "Two Hundred Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative of

Indenture Trustee Claims on the grounds that such claims are substantively duplicative of the

corresponding Indenture Trustee Claims, all as more fully described in the Two Hundred Third

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Third Omnibus

Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants

listed on Exhibit A attached to the Two Hundred Third Omnibus Objection to Claims; and (vii)

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Third Omnibus Objection to Claims.

all other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010, governing case management and administrative

procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the Two

Hundred Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the Two

Hundred Third Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim

listed on Exhibit 1 annexed hereto (the "Duplicative of Indenture Trustee Claim") is disallowed

and expunged with prejudice as set forth in Exhibit 1; and it is further

ORDERED that nothing in this Order or disallowance and expungement of the

Duplicative of Indenture Trustee Claim constitutes any admission or finding with respect to the

Indenture Trustee Claims, and the Debtors' rights to object to the Indenture Trustee Claims on

any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Third Omnibus Objection to Claims that is neither listed on Exhibit 1 annexed hereto nor Exhibit

1 annexed to the Order Granting Debtors' Two Hundred Third Omnibus Objection to Claims

(Duplicative of Indenture Trustee Claims) [Docket No. 21369], and (ii) the Indenture Trustee

Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
       New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 203: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | PEONIO, BARBARA 432 E ELGIN ST. GILBERT, AZ 85295 | 03/29/2010 | | 66431 | $50,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | | | | TOTAL | $50,000.00 | | | | | | |

**EXHIBIT E**

**(Proposed Order – ECF No. 19920)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :          **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (JMP)**
                                                         :
                                    **Debtors.**         :          **(Jointly Administered)**
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred fourth omnibus objection to claims, dated September 13,

2011 (the "Two Hundred Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the No Liability Derivatives Claims on the grounds that they assert claims for

which the Debtors have no liability, all as more fully described in the Two Hundred Fourth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fourth Omnibus

Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants

listed on Exhibit A attached to the Two Hundred Fourth Omnibus Objection to Claims; and (vii)

all other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010 governing case management and administrative

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Fourth Omnibus Objection to Claims.

procedures for these cases [ECF No. 9635]; and the Court having found and determined that the

relief sought in the Two Hundred Fourth Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the Two Hundred Fourth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to December 21, 2011 (or as may be

further adjourned by the Debtors) the Two Hundred Fourth Omnibus Objection to Claims with

respect to the claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 and Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii) any

claim listed on Exhibit A annexed to the Two Hundred Fourth Omnibus Objection to Claims that

is not listed on Exhibit 1 annexed to the *Order Granting Debtors' Two Hundred Fourth Omnibus

Objection to Claims (No Liability Derivatives Claims)* [ECF No. 21370]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 204: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-1 C/O RICHARD C. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110** | **08-13888 (JMP)** | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 18470 | Undetermined | No Liability Claim |
| 2 | **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-1 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110** | **08-13555 (JMP)** | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 18471 | Undetermined | No Liability Claim |
| | | | | | **TOTAL** | **Undetermined** | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 204: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PENN MUTUAL LIFE INSURANCE COMPANY ATTN: JOSHUA MYERS 600 DRESHER ROAD, C1A HORSHAM, PA 19044 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23555 | $30,545,128.03* | No Liability Claim |
| | | | | | TOTAL | $30,545,128.03 | |

**<u>EXHIBIT F</u>**

**(Proposed Order – ECF No. 19960)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                                   :
                              **Debtors.**          :        **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

Upon the two hundred sixth omnibus objection to claims, dated September 14, 2011 (the "Two Hundred Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim, ECF No. 6664 (the "Procedures Order"), seeking disallowance and expungement of the Foreign Currency Claims on the grounds that the Bar Date Order required that such claims be denominated in lawful currency of the United States, all as more fully described in the Two Hundred Sixth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Sixth

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Sixth Omnibus Objection to Claims.

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases, ECF No. 9635; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Foreign Currency Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Foreign Currency Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred Sixth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAGEMENT LIMITED ROOMS 2501-03, 25/F, WORLD TRADE CENTRE 280 GLOUCESTER ROAD ATTENTION: RUSKIN CHOW, SVP, BUSINESS DEVELOPMENT CAUSEWAY BAY, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/03/2009 | 3664 | Undetermined | Foreign Currency Claim |
| 2 | BOHM, ACHIM SAARLANDSTR. 25 BOCHUM, 44866 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37414 | Undetermined | Foreign Currency Claim |
| 3 | BUNDESANSTALT FUR FINANZDIENSTLEISTUNGSAUFSICHT GRAURHEINDORFER STR. 108 BONN, 53117 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/12/2009 | 4539 | Undetermined | Foreign Currency Claim |
| 4 | CDS FINANZ AG DR.- REHM - ST. 47 NOUIED, WY 82061 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/26/2009 | 5008 | Undetermined | Foreign Currency Claim |
| 5 | DELMEE, H.J. AND VERWEIJ, M.S.J. RODE WEG 80 KALMTHOUT, 2920 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/08/2009 | 4196 | Undetermined | Foreign Currency Claim |
| 6 | DIETZ, HILDEGARD NEULANDSTR. 11 NURNBERG, D90469 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6864 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | FLUXYS NV<br>LEGAL DEPARTMENT<br>AVENUE DES ARTS 31<br>BRUSSELS, 1040<br>BELGIUM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 04/15/2009 | 3778 | Undetermined | Foreign Currency Claim |
| 8 | HUBERATOR NV<br>RUE GUIMARD 4<br>LEGAL DEPARTMENT<br>BRUSSELS, B-1040<br>BELGIUM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 04/15/2009 | 3779 | Undetermined | Foreign Currency Claim |
| 9 | I.E. JERSEY PROPERTY CO NO 1 LIMITED<br>22 GRENVILLE STREET<br>ST. HELIER<br>JERSEY, JE4 8PX<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 05/06/2009 | 4169 | Undetermined | Foreign Currency Claim |
| 10 | JAPAN DIGITAL CONTENTS TRUST, INC.<br>(ATTN: HIDEKI WAKAMATSU, LEGAL DEPT.)<br>3-10, TORANOMON 4-CHOME, MINATO-KU<br>TOKYO, 105-0001<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/22/2008 | 1409 | Undetermined | Foreign Currency Claim |
| 11 | KOYANAGI, KINJI<br>376-58 KAWAHARAMACHI<br>MAEBASHI-SHI,<br>GUNMA<br>GUNMA, 371-0046<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 449 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | KYOBO SECURITIES CO., LTD. #26-4 YUIDO-DONG YUNGDEUNGPO-GU SEOUL, 150-737 KOREA, REPUBLIC OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/28/2009 | 2121 | Undetermined | Foreign Currency Claim |
| 13 | MAPLES AND CALDER SHAUN DENTON PRINCES COURT 7 PRINCES STREET LONDON, EC2R 8AQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/28/2009 | 2087 | Undetermined | Foreign Currency Claim |
| 14 | MCKAY, JENNIFER & HAROLD WILLIAM JAMES 2 BALLYHAMPTON COURT LARNE CO. ANTRIM, BT40 2PT UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/01/2009 | 5062 | Undetermined | Foreign Currency Claim |
| 15 | MEITAN TRADITION CO., LTD. 29-17 TOYO 5-CHOME KOTO-KU TOKYO, 135-0016 JAPAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/01/2008 | 1160 | Undetermined | Foreign Currency Claim |
| 16 | MUENDEL, BERND AND GERLINDE BUSSARDWEG 29 ILLMENAU/OBERPOERLITZ, 98693 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35352 | Undetermined | Foreign Currency Claim |
| 17 | NAGASHIMA OHNO & TSUNEMATSU KIOICHO BLDG, 3-12 KIOICHO CHIYODA-KU TOKYO, 102-0094 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/06/2009 | 2742 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | PHOENIX FUND N.V. IMC ASSET MANAGEMENT STRAWINSKYLAAN 361 AMSTERDAM, 1077XX NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/02/2009 | 5067 | Undetermined | Foreign Currency Claim |
| 19 | QUARTZ FINANCE PLC - SERIES 2003-3 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25843 | Undetermined | Foreign Currency Claim |
| 20 | RADAU, RENATE KAISER STR. 42 HENNEF, 53773 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25075 | Undetermined | Foreign Currency Claim |
| 21 | RIERA VALERO, VICENTE PARQUE LIDON 3-7-A CASTELLON, 12003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48676 | Undetermined | Foreign Currency Claim |
| 22 | ROYAL BANK OF SCOTLAND PLC, THE 7TH FLOOR, 1 HARDMAN BOULEVARD MANCHESTER, M3 3AQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/11/2009 | 3297 | Undetermined | Foreign Currency Claim |
| 23 | SALER, JURGEN TREMMELWEG 6 SPIELBERG B. KNITTELFELD, A-8724 AUSTRIA | | Lehman No Case Asserted/All Cases Asserted | 05/03/2011 | 67483 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | SYDBANK HELLE MORTENSEN, ATTORNEY AT LAW PEBERLY 4 - POSTBOKS 1038 AABENRAA, 6200 DENMARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/21/2008 | 1108 | Undetermined | Foreign Currency Claim |
| 25 | TULLETT PREBON (AUSTRALIA) PTY LTD LEVEL 36, 60 MARGARET STREET SYDNEY NSW, AUSTRALIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/16/2009 | 2843 | Undetermined | Foreign Currency Claim |
| 26 | UNITED KINGDOM HM REVENUE & CUSTOMS DEBT MGMT. ENFORCEMENT & INSOLVENCY DURRINGTON BRIDGE HOUSE BARRINGTON ROAD WORTHING WEST SUSSEX, BN12 4SE UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2507 | Undetermined | Foreign Currency Claim |
| 27 | WALDRON, WILLIAM 70 CHURCH ROAD HALE, LIVERPOOL, L24 4BA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/26/2009 | 5007 | Undetermined | Foreign Currency Claim |
| 28 | WHU, STIFTUNG WHU FOUNDATION BURGPLATE Z VALLENDAR, D56179 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/22/2009 | 4933 | Undetermined | Foreign Currency Claim |
| | | | | | TOTAL | Undetermined | |

## EXHIBIT G

**(Proposed Order – ECF No. 20015)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                               :
                               **Debtors.**                    :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred eighth omnibus objection to claims, dated September 15, 2011 (the "Two Hundred Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Liability Claims on the grounds that such claims fail to provide sufficient information to establish the Debtors' liability, and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Two Hundred Eighth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Eighth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Eighth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Eighth Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Eighth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BELMONT BUSINESS SA TORRE AQUARELA S APT 1701, PARADA 18, ESQUINA AVD TERRADEL PUNTA DEL ESTE 20000 URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9415[1] | Undetermined | No Liability Claim |
| 2 | BPNS S.A. ATTN: BERNARDO GUILLAMON, PRESIDENT ELLAURI 491 MONTEVIDEO, 11300 URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25655 | $80,000.00 | No Liability Claim |
| 3 | CD REPRESENTATIVE LLC ATTN: JOHN S. WEHRLE 18500 EDISON AVENUE CHESTERFIELD, MO 63005 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 21489 | $40,100,000.00 | No Liability Claim |
| 4 | ELLIOTT ASSOCIATES L.P. TRANSFEROR: ARGO FUND LIMITED, THE ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1940 | $1,973,600.53 | No Liability Claim |
| 5 | ELLIOTT INTERNATIONAL L.P. TRANSFEROR: ARGO CAPITAL INVESTORS FUND SPC, ET AL. ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1939 | $1,750,645.40 | No Liability Claim |

[1] Claim 9415 is being expunged solely with respect to its asserted claim for securities in the quantity of 500,000 that are identified as LEHMAN BROTHERS HOLDINGS INC.  The portion of Claim 9415 that is asserting a claim for securities with CUSIP No. 52520B206 was previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated July 21, 2011 [Docket No. 18712].

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | FEIGENBAUM, JAMES S. AND SHIRLEY G. 12 DRESSAGE COURT CHERRY HILL, NJ 08003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31880 | $34,000.00 | No Liability Claim |
| 7 | HENNE, ARMIN WATERLOOSTRASSE5 BRAUNSCHWEIG, 38106 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2191 | $2,300.00 | No Liability Claim |
| 8 | HUMBLE, JOSEPH P. TASHA E. AGRUSO, ESQ. 200 S. ELM ST, SUITE 400 GREENSBORO, NC 27401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/29/2009 | 5046 | $128,517.03 | No Liability Claim |
| 9 | JACLYN FEIGENBAUM TRUST C/O JAMES FEIGENBAUM TRUSTEE 12 DRESSAGE CT CHERRY HILL, NY 08003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31881 | $39,000.00 | No Liability Claim |
| 10 | JOHNSON, RAY L. & BETTY JOHNSON 1675 BENIK RD LA HABRA HTS, CA 90631 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7655[2] | $20,971.24* | No Liability Claim |
| 11 | KYUSHU LABOR BANK OTEMON 3-3-3 TYUOKU-FUKUOKASHI FUKUOKAKEN, JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2008 | 356 | $4,937,296.00 | No Liability Claim |
| 12 | LASKO JOINT INVESTMENTS C/O BERNARD EIZEN, ESQUIRE EIZEN FINEBURG & MCCARTHY, P.C. 2001 MARKET STREET, SUITE 3410 PHILADELPHIA, PA 19103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25377 | $750,000.00 | No Liability Claim |

[2] Claim 7655 is being expunged solely with respect to its asserted claim totaling $16,000 for securities identified as LEHMAN CMRCL CD.  The portion of Claim 7655 that is asserting a claim totaling $4,971.24 for securities with CUSIP No. 52520Y209 was previously expunged pursuant to the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893].

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | NGUYEN CONG THANH AND KIM PHUONG SU 7188 ALDER SPRING WAY SAN JOSE, CA 95153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2185 | $400,000.00 | No Liability Claim |
| 14 | PENNY, MELISSA PERSONAL INJURY TRUST 13 STAFFORD RD. STOCKTON HEATH WARRINGTON, CHESHIRE, WA46RP UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/13/2009 | 5266 | $83,000.00* | No Liability Claim |
| 15 | PUA, ARTHUR S., DR. 7350 PRINCEVALLE ST. GILROY, CA 95020-6146 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 7353 | $10,000.00 | No Liability Claim |
| 16 | SABELLA, RICHARD J., IRA CUSTODIAN C/O PRISM VENTURE PARTNERS, LLC 675 INDIANTOWN ROAD JUPITER, FL 33458 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12772[3] | $1,500,000.00* | No Liability Claim |
| 17 | SENGUPTA, SUPRIO C/O I&M BANK PO BOX 30238 NAIROBI, 00100 KENYA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/2008 | 818 | $17,000.00 | No Liability Claim |
| 18 | STURDIVANT, BARBARA M 9161 GREAT BLUE HERON LANE BLAINE, WA 98230 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5726 | $116,840.00 | No Liability Claim |

[3] Claim 12722 is being expunged solely with respect to its asserted claim for "other investments having an original investment value of $1,000,000." The portion of Claim 12772 that is asserting a claim totaling $500,000 for securities with CUSIP No. 5252M0DK0 was previously expunged pursuant to the Order Granting Debtors' Twenty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated September 21, 2010 [Docket No. 11507].

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | TELLURIDE 360 REAL ESTATE P.O. BOX 2250 TELLURIDE, CO 81435 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32503 | $320,000.00 | No Liability Claim |
| 20 | VADAI, AMALIA AND EPHRAIN 16 AHARON BOXER ST. NES-ZIONA, 74057 ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32534 | $40,000.00 | No Liability Claim |
| | | | | | TOTAL | $52,303,170.20 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY EMPLOYEE WELFARE FUND LOCAL 3 IBEW MITCHEL B. CRANER, ESQ. 60 EAST 42ND STREET, SUITE 4700 NEW YORK, NY 10165 | | Lehman No Case Asserted/All Cases Asserted | 01/20/2009 | 1826 | $500,000.00 | No Liability Claim |
| 2 | CONWAY & MROWIEC ATTN: JOHN MROWIEC 20 SOUTH CLARK SUITE 1000 CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5645 | $21,733.76 | No Liability Claim |
| 3 | KING STREET CAPITAL MASTER FUND, LTD. C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19768 | Undetermined | No Liability Claim |
| 4 | KROGER CO MASTER RETIREMENT TRUST C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINNATI, OH 45202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33149 | $475,000.00 | No Liability Claim |
| 5 | MANTON FOUNDATION, THE 800 BOYLSTON ST STE 3600 BOSTON, MA 02199-3600 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22598 | $5,000,000.00 | No Liability Claim |
| 6 | NEW JERSEY TRANSIT CORP ATTN: ROBERT WEBB 1 PENN PLAZA NEWARK, NJ 07105-2246 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28347 | $18,519,626.35 | No Liability Claim |

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 26934 | $2,300,000.00* | No Liability Claim |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 26935 | $2,300,000.00* | No Liability Claim |
| 9 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 26936 | $2,300,000.00* | No Liability Claim |
| 10 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 26937 | $2,300,000.00* | No Liability Claim |
| 11 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26938 | $2,300,000.00* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 26939 | $2,300,000.00* | No Liability Claim |
| 13 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 26940 | $2,300,000.00* | No Liability Claim |
| 14 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 26941 | $2,300,000.00* | No Liability Claim |
| 15 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 26942 | $2,300,000.00* | No Liability Claim |
| 16 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 26943 | $2,300,000.00* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26944 | $2,300,000.00* | No Liability Claim |
| 18 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26945 | $2,300,000.00* | No Liability Claim |
| 19 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 26946 | $2,300,000.00* | No Liability Claim |
| 20 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26947 | $2,300,000.00* | No Liability Claim |
| 21 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26948 | $2,300,000.00* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 26949 | $2,300,000.00* | No Liability Claim |
| 23 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13885 (JMP) | **Lehman Brothers Commodity Services Inc.** | 09/22/2009 | 26950 | $2,300,000.00* | No Liability Claim |
| 24 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13664 (JMP) | **PAMI Statler Arms LLC** | 09/22/2009 | 26951 | $2,300,000.00* | No Liability Claim |
| 25 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13600 (JMP) | **LB 745 LLC** | 09/22/2009 | 26952 | $2,300,000.00* | No Liability Claim |
| 26 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 26953 | $2,300,000.00* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN JERI TRICE, ZENITH ADMINISTRATORS 201 QUEEN ANNE AVENUE NORTH SUITE 100 SEATTLE, WA 98109-4896 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/22/2009 | 4492 | $59,726.40 | No Liability Claim |
| | | | | | TOTAL | $70,576,086.51 | |

**<u>EXHIBIT H</u>**

**(Proposed Order – ECF No. 20085)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (JMP)**
                                                   :
                        **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' TWO HUNDRED TENTH**
**OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE NO LIABILITY CLAIMS)**

Upon the two hundred tenth omnibus objection to claims, dated September 16,

2011 (the "Two Hundred Tenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative

No Liability Claims on the grounds that (i) they are substantially duplicative, in whole or in part,

of the OMX Claim, and (ii) because the Debtors have no liability for the Duplicative No

Liability Claims, all as more fully described in the Two Hundred Tenth Omnibus Objection to

Claims; and due and proper notice of the Two Hundred Tenth Omnibus Objection to Claims

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Tenth Omnibus Objection to Claims.

attached to the Two Hundred Tenth Omnibus Objection to Claims; and (vii) all other parties

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010, governing case management and administrative procedures for these

cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and

the Court having found and determined that the relief sought in the Two Hundred Tenth

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the Two Hundred Tenth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Tenth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred

Tenth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

2

Dated: _____, 2011
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | AMERICAN HEALTH AND LIFE INSURANCE COMPANY ATTN: DAVA CARSON CC: GENERAL COUNSEL 3001 MEACHAM BLVD. FORTH WORTH, TX 76137 | 09/22/2009 | 08-13555 (JMP) | 29631 | Undetermined | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| 2 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 12/16/2009 | 08-13555 (JMP) | 65963[1] | $41,209,112.25 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |

[1] Claim 65963 is being expunged solely with respect to its asserted claim totaling $8,000 for securities with CUSIP No. 67088CAA5.  The portion of Claim 65963 that is asserting a guarantee claim totaling $2,209,112.25 related to certain derivatives contracts was previously allowed pursuant to the Order Granting Debtors' One Hundred Forty-Seventh Omnibus Objection to Claims (Partially Settled Guarantee Claims), dated June 30, 2011 [Docket No. 18186].  The portion of Claim 65963 that is asserting a claim totaling $31,000,000 for securities with CUSIP Nos. 52517PVM0, 52517PG96, 52517PVV0, and 524908WH9 is subject to the Debtors' Two Hundred Third Omnibus Objection to Claim (Duplicative of Indenture Trustee Claims), dated September 13, 2011 [Docket No. 19919].

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 | DEUTSCHE BANK AG, LONDON BRANCH ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 17754[2] | Undetermined | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |

---

[2] Claim 17754 is being expunged solely with respect to its asserted claim for securities with ISIN No. US67088CAA53. The portion of Claim 17754 that is asserting a claim for securities with ISIN Nos. US5249088866, US5249087041, US5249087207, US52520W2180, US52520W317, and US5253J4537 is subject to the Debtors' One Hundred Sixty-Ninth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated August 19, 2011 [Docket No. 19387]. The portion of Claim 17754 that is asserting a claim for securities with ISIN No. US52519Y2090 is subject to the Debtors' Two Hundred Third Omnibus Objection to Claim (Duplicative of Indenture Trustee Claims), dated September 13, 2011 [Docket No. 19919]. The portion of Claim 17754 that is asserting a claim for securities with ISIN No. US524908EC04 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 17754 in the future.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 4 | MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN ATTN: GAYLE ROBINSON, GENERAL COUNSEL 111 EAST KILBOURN AVENUE, SUITE 200 MILWAUKEE, WI 53202 | 09/22/2009 | 08-13555 (JMP) | 32096 | $1,500,000.00 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| 5 | OLD MUTUAL REASSURANCE (IRELAND) LIMITED C/O OLD MUTUAL BUSINESS SERVICES ATTN: VICTOR LUMBY 1001 FLEET STREET, 7TH FLOOR BALTIMORE, MD 21202 | 09/21/2009 | 08-13555 (JMP) | 21316 | $500,000.00* | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 6 | OM FINANCIAL LIFE INSURANCE COMPANY C/O OLD MUTUAL US LIFE ATTN: RAJ KRISHNAN, CFA, SENIOR VICE PRESIDENT CHIEF INVESTMENT OFFICER 1001 FLEET STREET BALTIMORE, MD 21202 | 09/21/2009 | 08-13555 (JMP) | 21314 | $44,500,000.00* | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| 7 | PRIMERICA LIFE INSURANCE CO. ATTN: ALISON RAND, CFO 3120 BRECKINRIDGE BLVD DULUTH, GA 30099 | 09/15/2009 | | 12833 | $4,000,000.00 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicate of Trustee Claim 17120 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 8 | SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA 1289 WEST CITY CENTER DRIVE, SUITE 200 CARMEL, IN 46032 | 09/16/2009 | 08-13555 (JMP) | 13481 | $755,309.42 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicate of Trustee Claim 17120 |
| 9 | TRITON INSURANCE COMPANY ATTN: DAVA CARSON CC: GENERAL COUNSEL 3001 MEACHAM BLVD FORT WORTH, TX 76137 | 09/22/2009 | 08-13555 (JMP) | 29632 | Undetermined | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| | | | | TOTAL | $92,464,421.67 | | | | | | |

## **EXHIBIT I**

**(Proposed Order – ECF No. 20078)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        **08-13555 (JMP)**
                                                   :
                                   **Debtors.**    :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' TWO HUNDRED
ELEVENTH OMNIBUS OBJECTION TO CLAIMS
(DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

Upon the two hundred eleventh omnibus objection to claims, dated

September 16, 2011 (the "Two Hundred Eleventh Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking,

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim [ECF No.

6664] (the "Procedures Order"), to disallow and expunge the Duplicative of Indenture

Trustee Claims on the grounds that such claims are substantively duplicative of the

corresponding Indenture Trustee Claims, all as more fully described in the Two Hundred

Eleventh Omnibus Objection to Claims; and due and proper notice of the Two Hundred

Eleventh Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that

the relief sought in the Two Hundred Eleventh Omnibus Objection to Claims is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Two Hundred Eleventh Omnibus Objection to Claims.

legal and factual bases set forth in the Two Hundred Eleventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Eleventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (*i.e.*, the Duplicative of Indenture Trustee Claims) are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that all information included on and all documentation filed in support of any Duplicative of Indenture Trustee Claims shall be treated as having been filed in support of the corresponding the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (*i.e.*, the Indenture Trustee Claims); and is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative of Indenture Trustee Claims constitutes any admission or finding with respect to any of the Indenture Trustee Claims, and the Debtors' rights to object to the Indenture Trustee Claims on any basis are preserved; and it is further

ORDERED that if the Court subsequently orders that an Indenture Trustee Claim is not appropriately duplicative of the corresponding Duplicative of Indenture Trustee Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative of Indenture Trustee Claim in these chapter 11 cases (the "Reinstated Claim"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

2

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred Eleventh Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) the Indenture Trustee Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | BORENSTEIN, ROBERTA18 WINDY RIDGE PLACE WILTON, CT 06897 | 09/23/2009 | 08-13885 (JMP) | 34410 | $172,014.67 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 2 | CRIDER, GEORGE W.474 HUGH DEEMS RD. CEDARTOWN, GA 30125 | 09/22/2009 | 08-13885 (JMP) | 33239 | $54,706.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 3 | KING STREET CAPITAL MASTER FUND, LTD.C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13885 (JMP) | 19766 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | KING STREET CAPITAL MASTER FUND, LTD.C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 19767 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |
| 5 | KING STREET CAPITAL, L.P.C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 19753 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 6 | KING STREET CAPITAL, L.P.C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13885 (JMP) | 19773 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 7 | LYLE, J. ZACK & PORTER, LAURA L.HAZEL H. LYLE TRUST 458 TAKELY DRIVE LAWRENCEVILLE, GA 30046 | 09/21/2009 | 08-13885 (JMP) | 24336 | $107,046.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 8 | PRINCE, MARK1243 FUNSTON STREET HOLLYWOOD, FL 33019-2217 | 12/29/2008 | 08-13555 (JMP) | 1500 | $50,562.50 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 9  TIGERA, ARTURO & ANGELINA 6702 SW 134 CT MIAMI, FL 33183-2338 | 01/30/2009 | 08-13885 (JMP) | 2244 | $10,406.43 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 10  TRAWREK, CAROLYN O. 424 COUNTY ROAD 863 CRANE HILL, AL 35053 | 03/20/2009 | 08-13555 (JMP) | 3409 | $40,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |
| 11  VANGUARD LONG-TERM TAX-EXEMPT FUND A SERIES OF VANGUARD MUNICIPAL BONDFUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 09/18/2009 | 08-13555 (JMP) | 16829 | $10,243,079.86 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 12 | VANGUARD LONG-TERM TAX-EXEMPT FUND A SERIES OF VANGUARD MUNICIPAL BONDFUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 09/18/2009 | 08-13885 (JMP) | 16830 | $10,243,079.86 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |

|  | TOTAL | $20,920,895.32 |
|---|---|---|

# EXHIBIT J

**(Proposed Order – ECF No. 20079)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re                                                          :          **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (JMP)**
                                                               :
                              **Debtors.**            :          **(Jointly Administered)**
----------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY PENSION CLAIMS)

Upon the two hundred twelfth objection to claims, dated September 16, 2011 (the "Two Hundred Twelfth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Pension Claims on the grounds that they assert claims for which the Debtors listed on Exhibit A to the Two Hundred Twelfth Omnibus Objection to Claims have no liability, all as more fully described in the Two Hundred Twelfth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Twelfth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Twelfth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twelfth Omnibus Objection to Claims.

entered on June 17, 2010 governing case management and administrative procedures for these

cases [ECF No. 9635]; and the Court having found and determined that the relief sought in the

Two Hundred Twelfth Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Two Hundred Twelfth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twelfth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Pension Claims") are

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Pension Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Twelfth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: November __, 2011
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13600 (JMP) | LB 745 LLC | 09/18/2009 | 16614 | Undetermined | No Liability Claim |
| 2 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/18/2009 | 16615 | Undetermined | No Liability Claim |
| 3 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 16616 | Undetermined | No Liability Claim |
| 4 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 16617 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/18/2009 | 16618 | Undetermined | No Liability Claim |
| 6 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/18/2009 | 16619 | Undetermined | No Liability Claim |
| 7 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13905 (JMP) | CES Aviation LLC | 09/18/2009 | 16620 | Undetermined | No Liability Claim |
| 8 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13906 (JMP) | CES Aviation V LLC | 09/18/2009 | 16621 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13907 (JMP) | CES Aviation IX LLC | 09/18/2009 | 16622 | Undetermined | No Liability Claim |
| 10 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13908 (JMP) | East Dover Limited | 09/18/2009 | 16623 | Undetermined | No Liability Claim |
| 11 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10137 (JMP) | BNC Mortgage LLC | 09/18/2009 | 16624 | Undetermined | No Liability Claim |
| 12 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/18/2009 | 16625 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16626 | Undetermined | No Liability Claim |
| 14 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/18/2009 | 16627 | Undetermined | No Liability Claim |
| 15 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10560 (JMP) | LB Rose Ranch LLC | 09/18/2009 | 16628 | Undetermined | No Liability Claim |
| 16 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/18/2009 | 16629 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME, THE C/O PETER GAMESTAR LAMORNA CHAPEL ROAD, GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 16489 | Undetermined | No Liability Claim |
| 18 | TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME, THE C/O PETER GAMESTAR LAMORNA CHAPEL ROAD, GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/18/2009 | 16490 | Undetermined | No Liability Claim |
| 19 | TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME, THE C/O PETER GAMESTAR LAMORNA CHAPEL ROAD, GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/18/2009 | 16491 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |

# **EXHIBIT K**

**(Proposed Order – ECF No. 20787)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                           :        **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                :
                        **Debtors.**            :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the two hundred nineteenth omnibus objection to claims, dated

October 12, 2011 (the "Two Hundred Nineteenth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the

"Procedures Order"), seeking to reduce and allow the Valued Derivative Claims on the

basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and

reasonable values determined by the Debtors after a review of the claimants' supporting

documentation and the Debtors' books and records, as more fully described in the Two

Hundred Nineteenth Omnibus Objection to Claims; and due and proper notice of the Two

Hundred Nineteenth Omnibus Objection to Claims having been provided to (i) the U.S.

Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Nineteenth Omnibus Objection to Claims.

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two

Hundred Nineteenth Omnibus Objection to Claims; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered

on June 17, 2010 governing case management and administrative procedures for these

cases [Docket No. 9653]; and it appearing that no other or further notice need be

provided; and a hearing having been held on November 30, 2011; and the Court having

found and determined that the relief sought in the Two Hundred Nineteenth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Two Hundred

Nineteenth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Nineteenth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Amount"; and it is further

ORDERED that Debtors have adjourned to December 21, 2011, at 10:00

a.m. (Prevailing Eastern Time)(or as may be further adjourned by the Debtors), the Two

Hundred Nineteenth Omnibus Objection as to each Valued Derivative Claim listed on

Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on Exhibit A to the Two

Hundred Nineteenth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> or

<u>Exhibit 2</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 219: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AGILENT TECHNOLOGIES INC ATTN: TREASURY DEPT/ DAWNETTE BLAKE 5301 STEVENS CREEK BLVD SANTA CLARA, CA 95051 | 14706 | 09/17/2009 | Lehman Brothers Commercial Corporation | Unsecured | $7,829,146.01 | Lehman Brothers Commercial Corporation | Unsecured | $7,791,433.00 |
| 2 | AGILENT TECHNOLOGIES INC ATTN: TREASURY DEPT/ DAWNETTE BLAKE 5301 STEVENS CREEK BLVD SANTA CLARA, CA 95051 | 14707 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,829,146.01 | Lehman Brothers Holdings Inc. | Unsecured | $7,791,433.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 219: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | RESTRUCTURED ASSET SECURITIES WITH ENHANCED RETURNS, SERIES 2002-20-C TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG CONTROL NO. D&T 55 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 21998 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $67,642.24 |
| | | | | | TOTAL | $15,658,292.02 | | TOTAL | $15,650,508.24 |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 219: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LIMITED ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 31921 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $59,119.08* | Lehman Brothers Special Financing Inc. | Unsecured | $40,000.00 |
| 2 | NEXEN MARKETING ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-T AVE SW CALGARY, AB T2P 3P7 CANADA | 17152 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $16,284,844.62 | Lehman Brothers Commodity Services Inc. | Unsecured | $14,043,480.00 |
| 3 | NEXEN MARKETING TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 17153 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,601,164.20 | Lehman Brothers Holdings Inc. | Unsecured | $1,526,601.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 219: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | NEXEN MARKETING TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 17154 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $20,589,383.00 | Lehman Brothers Holdings Inc. | Unsecured | $14,308,717.79 |
| 5 | NEXEN MARKETING TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 18830 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $20,589,383.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $14,308,717.79 |
| 6 | NEXEN MARKETING TRANSFEROR: NEXEN MARKETING SINGAPORE PTE LTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 27641 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,601,164.20 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,526,601.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 219: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|-------|-------|--------|-------|-------|--------|
| 7 | NEXEN MARKETING ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 27642 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,284,844.62 | Lehman Brothers Holdings Inc. | Unsecured | $14,043,480.00 |
| 8 | YAKIMA-TIETON IRRIGATION DISTRICT C/O FOSTER PEPPER PLLC ATTN: JANE PEARSON 1111 THIRD AVENUE, SUITE 3400 SEATTLE, WA 98101-3299 | 3848 | 04/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $546,568.34* | Lehman Brothers Special Financing Inc. | Unsecured | $185,000.00 |
| | | | | | TOTAL | $77,556,471.06 | | TOTAL | $59,982,597.58 |

**<u>EXHIBIT L</u>**

**(Proposed Order – ECF No. 20815)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                            :        **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :        **08-13555 (JMP)**
                                                 :
                        **Debtors.**             :        **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred twentieth objection to claims, dated October 13,

2011 (the "Two Hundred Twentieth Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases,

as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures

Order"), seeking disallowance and expungement of the No Liability Claims on the

grounds that they assert claims for which the Debtors have no liability, all as more fully

described in the Two Hundred Twentieth Omnibus Objection to Claims; and due and

proper notice of the Two Hundred Twentieth Omnibus Objection to Claims having been

provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for Region 2; (vi) the claimants listed on Exhibit A attached to the

[Number] Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Two Hundred and Twentieth Omnibus Objection to Claims.

accordance with the procedures set forth in the second amended order entered on June 17,

2010 governing case management and administrative procedures for these cases [Docket

No. 9635]; and the Court having found and determined that the relief sought in the Two

Hundred Twentieth Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Two Hundred Twentieth Omnibus Objection to Claims establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is

ORDERED that the relief requested in the Two Hundred Twentieth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: November __, 2011
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 220: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | LOEBER MOTORS INC.<br>4255 W. TOUHY AVE.<br>LINCOLNWOOD, IL 60712 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8533 | $118,755.00 |
| 2 | MOORE, WALTER T.<br>715 EAST BROW RD<br>LOOKOUT MOUNTAIN, TN 37350 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25268 | $107,750.00 |
| | | | | | TOTAL | $226,505.00 |

## EXHIBIT M

**(Proposed Order – ECF No. 20860)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                      :        **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                                           :
                        **Debtors.**               :        **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

Upon the two hundred twenty-first omnibus objection to claims, dated October

14, 2011 (the "Two Hundred Twenty-First Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative of

Indenture Trustee Claims on the grounds that such claims are substantively duplicative of the

corresponding Indenture Trustee Claims, all as more fully described in the Two Hundred

Twenty-First Omnibus Objection to Claims; and due and proper notice of the Two Hundred

Twenty-First Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

(vi) the claimants listed on Exhibit A attached to the Two Hundred Twenty-First Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twenty-First Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010, governing case

management and administrative procedures for these cases [Docket No. 9635]; and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Two Hundred Twenty-First Omnibus Objection to Claims is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Two Hundred Twenty-First Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Duplicative of Indenture Trustee Claims")

are disallowed and expunged with prejudice as set forth in Exhibit 1; and it is further

ORDERED that the Debtors have adjourned to December 21, 2011 (or as may be

further adjourned by the Debtors) the Two Hundred Twenty-First Omnibus Objection to Claims

with respect to the claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that nothing in this Order or disallowance and expungement of the

Duplicative of Indenture Trustee Claims constitutes any admission or finding with respect to the

Indenture Trustee Claims, and the Debtors' rights to object to the Indenture Trustee Claims on

any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

2

expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Two Hundred

Twenty-First Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto and (ii)

the Indenture Trustee Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 1 | AMSTER, GERALDINE D. 1307 PALISADES DR. PACIFIC PALISADES, CA 90272 | 04/01/2010 | | 66444 | $5,372.01 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 52519Y209 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10 | Duplicative of Indenture Trustee Claim |
| 2 | AMSTER, GILBERT & GERALDINE 1307 PALISADES DR PACIFIC PALISADES, CA 90272 | 04/01/2010 | | 66445 | $34,816.97 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 52519Y209 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10 | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 | ATHERTON CONSTRUCTION, INC. 0552700 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66479 | $200,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 4 | BERMAN, JOEL H. & DAVIDA 17 DUBIEL DIRVE WORCESTER, MA 01609-1113 | 09/14/2011 | | 67660 | $10,100.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR CUSIP 52520B206 THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 5 | BEST LIFE & HEALTH INSURANCE 56011039 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66478 | $50,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 6 | BUILDING MANAGEMENT SERVICES 1146295 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66480 | $200,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 7 CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, ATTN: TOM NOGUEROLA 400 Q ST. SACRAMENTO, CA 95811 | 09/21/2009 | 08-13555 (JMP) | 24519 | $433,090,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | | | | | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 5249087N4 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21798 | $2,051,666,666.67 | |
| | | | | | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 524908R36 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21800 | $1,933,352,666.67 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 5249087M6 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21802 | $1,521,656,250.00 | |
| | | | | | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09/22/2009 | 08-13555 (JMP) | 31038 | $826,352.75* | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
| 8 | CHURCH OF SCIENTOLOGY INT. 1481250 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66481 | $200,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 9 | CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66483 | $200,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 10 | DESERET GEN & TRANS CO-OP 1810550 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66482 | $1,000,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 11 | DIMEGLIO, ROBERT 344 E 28TH STREET, SUITE 23H NEW YORK, NY 10016 | 11/13/2009 | 08-13555 (JMP) | 65508 | $12,960.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 12 | DIXIE AND ANNE LEAVITT FOUNDATION 5184809 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66485 | $200,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 13 | GH PHIPPS CONSTRUCTION COMPANIES 7061931 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66484 | $200,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 14 | INGWER, DR. IRWIN PROFIT SHARING PLAN IRWIN INGWER 7 WESTBOURNE LANE MELVILLE, NY 11747 | 01/30/2009 | 08-13555 (JMP) | 2271 | $32,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 15 | KING STREET CAPITAL MASTER FUND, LTD. C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 19768 | Undetermined | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 16 | KROGER CO MASTER RETIREMENT TRUST C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINNATI, OH 45202 | 09/22/2009 | 08-13555 (JMP) | 33149 | $475,000.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 5249087M6 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21802 | $1,521,656,250.00 | Duplicative of Indenture Trustee Claim |
| 17 | LACEY, PATRICIA D. 6141 OLD PERRY HIGHWAY ERIE, PA 16509-3524 | 07/30/2009 | 08-13555 (JMP) | 6701 | $5,000.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR CUSIP 52520B206 THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 18 | LAYTON COMPANIES, INC, THE 5175510 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66487 | $500,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 19 | MATTINGLY, LOUISE 28 FORT GREENE PLACE BROOKLYN, NY 11217 | 09/23/2009 | | 34564 | $9,870.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 524908UB4 ATTN: JOHN GUILIANO 101 BARCLAY ST, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21797 | $1,264,375,000.00 | Duplicative of Indenture Trustee Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 20 | MCMAHON, EDITH E & JOSEPH F. MCMAHON 310 PACIFIC AVENUE WEST CAPE MAY, NJ 08204 | 05/17/2010 | | 66611 | $10,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 21 | MERRITT, JAMES C. 5001 STATESMAN DR IRVING, TX 75063 | 10/06/2011 | | 67679 | $600.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 22 | PRENTICE, LUCINDA 40 TIMES FARM RD ANDOVER, CT 06232-1031 | 08/24/2009 | 08-13905 (JMP) | 9080 | $3,996.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR CUSIP 52520B206 THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 23 | SCF ARIZONA 3030 N. THIRD STREET PHOENIX, AZ 85012 | 09/22/2009 | | 31694 | $30,000,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 24 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA 321 E 43RD ST APT 712 NEW YORK, NY 10017-4707 | 05/14/2010 | 08-13555 (JMP) | 66616 | $52,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 25 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW, GA 30144-7442 | 05/14/2010 | 08-13555 (JMP) | 66617 | $52,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 26 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW, GA 30144-7442 | 05/14/2010 | 08-13555 (JMP) | 66618 | $52,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 27 | SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW, GA 30144-7442 | 05/14/2010 | 08-13555 (JMP) | 66619 | $52,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 28 | SINCLAIR MEDICAL PLAN SI97400 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66489 | $750,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 29 | STARTEK INC. 8109959 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66490 | $500,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | | |
| 30 | UT STATE BAR 8938175 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66492 | $300,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 31 | UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66491 | $350,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | | | | | | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 5249087M6 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21802 | $1,521,656,250.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 221: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 32 | VERDE VALLEY MEDICAL CENTER 6120100 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66488 | $3,000,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 33 | VINTAH BASIN MEDICAL CENTER 8748701 ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY, UT 84133-1109 | 04/02/2010 | | 66493 | $500,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

TOTAL        $472,047,714.98

EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 221: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – ADJOURNED OBJECTIONS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | PUGIA, ANNETTA F. 3 OLD TOPSFIELD ROAD BOXFORD, MA 01921 | 10/03/2011 | 08-13555 (JMP) | 67675 | $23,857.25 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 52519Y209 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10 | Duplicative of Indenture Trustee Claim |
| | | | TOTAL | | $23,857.25 | | | | | | |

**<u>EXHIBIT N</u>**

**(Proposed Order – ECF No. 20861)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                         :
                                    **Debtors.**         :        **(Jointly Administered)**
----------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred twenty-second omnibus objection to claims, dated

October 14, 2011 (the "Two Hundred Twenty-Second Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim [Docket No.

6664], seeking to reduce, reclassify, and allow the Settled Derivatives Claims on the

grounds that the Debtors have specifically negotiated a settlement with the claimants for a

total claim amount and (in certain instances) a classification and Debtor entity that is not

the amount, classification, and/or Debtor that is reflected on such claimants' proofs of

claim, all as more fully described in the Two Hundred Twenty-Second Omnibus Objection

to Claims; and due and proper notice of the Two Hundred Twenty-Second Omnibus

Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twenty-Second Omnibus Objection to Claims.

Revenue Service; (v) the United States Attorney for the Southern District of New York;

(vi) each claimant listed on Exhibit A attached to the Two Hundred Twenty-Second

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010,

governing case management and administrative procedures for these cases [Docket No.

9635]; and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Two Hundred Twenty-Second

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors,

and all parties in interest and that the legal and factual bases set forth in the Two Hundred

Twenty-Second Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-Second

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the

Debtor that is set forth on Exhibit 1 under the column headings *"Modified Amount,"*

*"Modified Class,"* and *"Modified Debtor,"* respectively, *provided that,* the holder of a

Settled Derivatives Claim against both (i) a Debtor based on a derivatives contract and (ii)

LBHI based on its guarantee relating to that derivatives contract may not receive an

aggregate recovery in respect of the Settled Derivatives Claim greater than the applicable

*"Modified Amount"*; and it is further

2

ORDERED that the Debtors have withdrawn without prejudice the Two

Hundred Twenty-Second Omnibus Objection to Claims with respect to the claims listed on

Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that (i) the *"Modified Amount"* includes the total amount due to

the claimant under, in respect of, or related to the applicable derivatives contract and (ii)

the Settled Derivatives Claim shall represent the sole right of the claimant to any

distributions from the applicable Modified Debtor under, in respect of, or related to the

applicable derivatives contracts; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any basis

are expressly reserved with respect to, any claim listed on Exhibit A to the Two Hundred

Twenty-Second Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
　　　　New York, New York

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BARTON CREEK SENIOR LIVING CENTER, INC. C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS, TX 75201 | 27228 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $26,928.53 | Lehman Brothers Special Financing Inc. | Unsecured | $21,600.00 |
| 2 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 14018 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,616,462.50 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,000,000.00 |
| 3 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 14019 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,616,462.50 | Lehman Brothers Holdings Inc. | Unsecured | $5,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID, 28046 SPAIN | 28167 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,956,489.17* | Lehman Brothers Holdings Inc. | Unsecured | $1,900,000.00 |
| 5 | CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID, 28046 SPAIN | 28168 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,956,489.17* | Lehman Brothers Special Financing Inc. | Unsecured | $1,900,000.00 |
| 6 | CEBFT RUSSELL FIXED INCOME II FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30860 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $14,012.47 $67,116.05 $81,128.52 | Lehman Brothers Special Financing Inc. | Unsecured | $67,116.05 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | DRAX POWER LIMITED PHILIP HUDSON, GENERAL COUNSEL SELBY NORTH YORKSHIRE, YO8 8PH UNITED KINGDOM | 1759 | 01/15/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,377,747.59* | Lehman Brothers Commodity Services Inc. | Unsecured | $3,845,055.00 |
| 8 | DRAX POWER LIMITED PHILIP HUDSON, GENERAL COUNSEL SELBY NORTH YORKSHIRE, YO8 8PH UNITED KINGDOM | 1760 | 01/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,377,747.59* | Lehman Brothers Holdings Inc. | Unsecured | $3,845,055.00 |
| 9 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN, 60265 GERMANY | 65956 | 12/16/2009 | Lehman Brothers Commercial Corporation | Unsecured | $18,487,213.80* | Lehman Brothers Commercial Corporation | Unsecured | $7,000,000.00 |
| 10 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE, FLOOR 28 NEW YORK, NY 10167 | 24979 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $52,943,691.00* | Lehman Brothers Special Financing Inc. | Unsecured | $40,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | PRISMA ENHANCED FIXED INCOME FUND LP ATTN: JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK, NY 10119 | 8855 | 08/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,561,729.05 | Lehman Brothers Special Financing Inc. | Unsecured | $1,170,567.67 |
| 12 | PRISMA ENHANCED FIXED INCOME FUND LP ATTN: JOHN K BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK, NY 10119 | 8857 | 08/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $345,756.89 | Lehman Brothers Special Financing Inc. | Unsecured | $231,610.13 |
| 13 | PRISMA ENHANCED FIXED INCOME FUND LP ATTN: JOHN K BRENNA C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK, NY 10119 | 8858 | 08/20/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,561,729.05 | Lehman Brothers Holdings Inc. | Unsecured | $1,170,567.67 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30863 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $13,387,287.35 $2,635,922.85  $16,023,210.20 | Lehman Brothers Special Financing Inc. | Unsecured | $1,674,981.85 |
| 15 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33054 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,394,286.18 | Lehman Brothers Holdings Inc. | Unsecured | $1,674,981.85 |
| 16 | SCHRODER & CO. LIMITED C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPATRMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON, EC2V 7QA UNITED KINGDOM | 29084 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $263,915.28* | Lehman Brothers Holdings Inc. | Unsecured | $251,157.15 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | SCHRODER & CO. LIMITED C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPATRMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON, EC2V 7QA UNITED KINGDOM | 29085 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $263,915.28* | Lehman Brothers Special Financing Inc. | Unsecured | $251,708.48 |
| 18 | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 15925 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $16,069,041.00* | Lehman Brothers Special Financing Inc. | Unsecured | $14,750,000.00 |
| 19 | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 15926 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,069,041.00* | Lehman Brothers Holdings Inc. | Unsecured | $14,750,000.00 |
| 20 | SPCP GROUP, L.L.C. TRANSFEROR: AVISTA CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 2901 | 02/19/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,496,640.46 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,321,808.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 21 | SPCP GROUP, L.L.C. TRANSFEROR: AVISTA CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 2902 | 02/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,496,640.46 | Lehman Brothers Holdings Inc. | Unsecured | $3,321,808.00 |
| 22 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 4991 | 06/24/2009 | Lehman Brothers Holdings Inc. | Secured | $411,647.83 | Lehman Brothers Holdings Inc. | Unsecured | $232,751.33 |
| 23 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 4995 | 06/24/2009 | Lehman Brothers Commercial Corporation | Secured | $411,647.83 | Lehman Brothers Commercial Corporation | Unsecured | $232,751.33 |
| 24 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 4997 | 06/24/2009 | Lehman Brothers Holdings Inc. | Secured | $282,339.70 | Lehman Brothers Holdings Inc. | Unsecured | $54,394.47 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 25 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32807 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,585.24* | Lehman Brothers Special Financing Inc. | Unsecured | $24,563.02 |
| 26 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32818 | 09/22/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $21,606.63* | Lehman Brothers Derivative Products Inc. | Unsecured | $32,243.34 |
| | | | | | TOTAL | $160,123,092.45 | | TOTAL | $111,724,720.34 |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COMMINGLED PENSION TRUST FUND (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23015 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $369,578.54*<br><br>$369,578.54 | Lehman Brothers Holdings Inc. | Unsecured | $381,065.33 |
| 2 | COMMINGLED PENSION TRUST FUND (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23016 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $369,578.54*<br><br>$369,578.54 | Lehman Brothers Special Financing Inc. | Unsecured | $381,065.33 |
| 3 | COMMINGLED PENSION TRUST FUND (LONG CREDIT) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23017 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $71,033.56*<br><br>$71,033.56 | Lehman Brothers Holdings Inc. | Unsecured | $71,034.00 |
| 4 | COMMINGLED PENSION TRUST FUND (LONG DURATION INVESTMENT GRADE) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23018 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $280,257.33*<br><br>$280,257.33 | Lehman Brothers Special Financing Inc. | Unsecured | $280,257.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 5 | COMMINGLED PENSION TRUST FUND (LONG DURATION INVESTMENT GRADE) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23019 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $280,257.33*<br><br>$280,257.33 | Lehman Brothers Holdings Inc. | Unsecured | $280,257.00 |
| 6 | COMMINGLED PENSION TRUST FUND (LONG DURATION PLUS) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23020 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $168,154.40*<br><br>$168,154.40 | Lehman Brothers Special Financing Inc. | Unsecured | $168,154.20 |
| 7 | COMMINGLED PENSION TRUST FUND (LONG DURATION PLUS) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23021 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $168,154.40*<br><br>$168,154.40 | Lehman Brothers Holdings Inc. | Unsecured | $168,154.20 |
| 8 | COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OPP FIXED INCOME) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22857 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $2,966,487.23*<br><br>$2,966,487.23 | Lehman Brothers Special Financing Inc. | Unsecured | $2,966,487.23 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OPP. FIXED INCOME) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22872 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured Subtotal | Undetermined Undetermined $2,966,487.23* $2,966,487.23 | Lehman Brothers Holdings Inc. | Unsecured | $2,966,487.23 |
| 10 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22858 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $7,081,477.97* $7,081,477.97 | Lehman Brothers Holdings Inc. | Unsecured | $7,081,477.97 |
| 11 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22859 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $7,081,477.97* $7,081,477.97 | Lehman Brothers Special Financing Inc. | Unsecured | $7,081,477.97 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22860 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $585,396.43* $585,396.43 | Lehman Brothers Special Financing Inc. | Unsecured | $585,396.43 |
| 13 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22861 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $585,396.43* $585,396.43 | Lehman Brothers Holdings Inc. | Unsecured | $585,396.43 |
| 14 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22862 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $1,019,693.74* $1,019,693.74 | Lehman Brothers Holdings Inc. | Unsecured | $1,019,693.74 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | MODIFIED | | |
| | | | | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22863 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $1,019,693.74*<br><br>$1,019,693.74 | Lehman Brothers Special Financing Inc. | Unsecured | $1,019,693.74 |
| 16 | COMMINGLED PENSION TRUST FUND (LONG CREDIT) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22864 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined $71,033.56*<br><br>$71,033.56 | Lehman Brothers Special Financing Inc. | Unsecured | $71,034.00 |
| 17 | QUANTUM PARTNERS LP. C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10106 | 31535 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $19,226,427.63*<br><br>$19,226,427.63 | Lehman Brothers Special Financing Inc. | Unsecured | $17,515,044.29 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 18 | QUANTUM PARTNERS LP. C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10106 | 31595 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Subtotal | Undetermined Undetermined $19,226,427.63* $19,226,427.63 | Lehman Brothers Holdings Inc. | Unsecured | $17,515,044.29 |
| | | | | | TOTAL | $51,514,379.75 | | TOTAL | $48,103,099.68 |

# **EXHIBIT O**

**(Proposed Order – ECF No. 20863)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                               :
                              **Debtors.**                     :        **(Jointly Administered)**
-----------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

Upon the two hundred twenty-third omnibus objection to claims, dated

October 14, 2011 (the "Two Hundred Twenty-Third Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title

11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the

No Supporting Documentation Claims on the grounds that such claims fail to comply with the

Bar Date Order's specific direction that claims include supporting documentation or an

explanation as to why such documentation is unavailable, and, therefore, do not constitute valid

*prima facie* claims, all as more fully described in the Two Hundred Twenty-Third Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Twenty-Third Omnibus

Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twenty-Third Omnibus Objection to Claims.

listed on Exhibit A attached to the Two Hundred Twenty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Twenty-Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Twenty-Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Supporting Documentation Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the No Supporting Documentation Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred Twenty-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

                 _____
                 UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 223: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALMEIDA, MICHELLE<br>8215 HANNUM AVE<br>CULVER CITY, CA 90230 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8112 | Undetermined | No Supporting Documentation Claim |
| 2 | GOLDMAN, PAMELA<br>3455 TABLE MESA DR APT L240<br>BOULDER, CO 80305-5840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7804 | Undetermined | No Supporting Documentation Claim |
| 3 | KIM, CHI EUN<br>24 AVE AT PORT IMPERIAL APT 106<br>WEST NEW YORK, NJ 07093-8402 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7091 | $7,830.00 | No Supporting Documentation Claim |
| 4 | KROLL FACTUAL DATA - DENVER<br>P.O. BOX 1676<br>LOVELAND, CO 80539 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5587 | $13,347.45 | No Supporting Documentation Claim |
| | | | | TOTAL | | $21,177.45 | |

# **EXHIBIT P**

**(Proposed Order – ECF No. 20864)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                             :    **Chapter 11 Case No.**

                                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**

                                                  :

                    **Debtors.**                :    **(Jointly Administered)**

-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

Upon the two hundred twenty-fourth objection to claims, dated October

14, 2011 (the "Two Hundred Twenty-Fourth Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases,

as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an

order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's

order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of

the Late-Filed Claims on the basis that they were filed after the General Bar Date or the

Securities Programs Bar Date, as applicable, all as more fully described in the Two

Hundred Twenty-Fourth Omnibus Objection to Claims; and due and proper notice of the

Two Hundred Twenty-Fourth Omnibus Objection to Claims having been provided to (i)

the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney

for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims.

the Two Hundred Twenty-Fourth Omnibus Objection to Claims; and (vii) all other parties

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010, governing case management and administrative procedures for

these cases [Docket No. 9635]; and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the Two

Hundred Twenty-Fourth Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual

bases set forth in the Two Hundred Twenty-Fourth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Twenty-Fourth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto (collectively, the "Late-Filed Claims") are

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have adjourned to December 21, 2011 (or as

may be further adjourned by the Debtors) the Two Hundred Twenty-Fourth Omnibus

Objection to Claims with respect to the claim listed on Exhibit 2 annexed hereto; and it is

further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Late-Filed Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

2

basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> annexed to the

Two Hundred Twenty-Fourth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u>

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 224: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ANSARI, KAMRAN<br>1 BANK STREET, APT 6H<br>NEW YORK, NY 10014 | 08-13555 (JMP) | 09/14/2011 | 67662 | $25,000.00 | Late-Filed Claim |
| 2 | ANTOR, ILSE<br>UNTERM BERG 40<br>FRIEDBERG, 86316<br>GERMANY | | 09/08/2011 | 67659 | Undetermined | Late-Filed Claim |
| | | | | TOTAL | $25,000.00 | |

EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 224: EXHIBIT 2 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | FRANZ, ROBERT 6 BAYER LANE BOONTON, NJ 07005 | 08-13555 (JMP) | 08/24/2011 | 67641 | $8,354,024.08 | Late-Filed Claim |
| | | | | TOTAL | $8,354,024.08 | |

**<u>EXHIBIT Q</u>**

**(Proposed Order – ECF No. 20865)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        **08-13555 (JMP)**
                                                   :
                          **Debtors.**             :        **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (INCONSISTENT DEBTOR CLAIMS)

Upon the two hundred twenty-fifth omnibus objection to claims, dated October 14, 2011 (the "Two Hundred Twenty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking modification of the Inconsistent Debtor Claims on the grounds that those claims have not appropriately identified the Debtor entity against which the claim is asserted, all as more fully described in the Two Hundred Twenty-Fifth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Twenty-Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Twenty-Fifth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twenty-Fifth Omnibus Objection to Claims.

the second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Two Hundred Twenty-Fifth Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the Two Hundred Twenty-Fifth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Inconsistent Debtor Claim listed on Exhibit 1 annexed

hereto is hereby modified to be a claim against the Debtor entity as set forth on Exhibit 1 under

the column heading *"Modified Debtor/Case Number"*; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and

directed to modify the Inconsistent Debtor Claims on Exhibit 1 annexed hereto pursuant to this

Order; and it is further

ORDERED that the Inconsistent Debtor Claims are deemed to have been filed

against the Debtor entity set forth on Exhibit 1 under the column heading *"Modified Debtor/Case*

*Number"*, and the holders of the Inconsistent Debtor Claims are precluded from asserting that the

Inconsistent Debtor Claims were, or should be, asserted against any other Debtor; and it is

further

ORDERED that nothing in this Order constitutes any admission or finding with

respect to any of the Inconsistent Debtor Claims, and the Debtors' rights to object to the

Inconsistent Debtor Claims on any basis are preserved; and it is further

2

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis, except as set forth herein, are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred Twenty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto and (ii) any Inconsistent Debtor Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 225: EXHIBIT 1 – INCONSISTENT DEBTOR CLAIMS

| | NAME | CLAIM # | FILED DATE | TOTAL CLAIM DOLLARS | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED DEBTOR/CASE NUMBER |
|---|---|---|---|---|---|---|---|
| 1 | COLLIER, MICHAEL<br>69 HIGHFIELD WAY<br>RICKMANSWORTH<br>HERTS, WD3 7PP<br>UNITED KINGDOM | 11588 | 09/11/2009 | $225,335.44 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 2 | COLONIAL BANCGROUP, INC., THE<br>C/O KEVIN T. O'HALLORAN, CHIEF RESTRUCTURING OFFICER<br>P.O. BOX 723657<br>ATLANTA, GA 31139 | 25035 | 09/21/2009 | $4,053,591.00 | 08-13908 (JMP) | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc./ 08-13888 |
| 3 | JUDSON<br>ATTN: TIM BEAUREGARD<br>2181 AMBLESIDE DRIVE<br>CLEVELAND, OH 44106 | 32485 | 09/22/2009 | $434,656.17 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 4 | SEWARD, BRIAN<br>56 LODGE ROAD<br>BRAINTREE, ESSEX, CM7 1JB<br>UNITED KINGDOM | 11590 | 09/11/2009 | $115,492.70 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 5 | TERRANOVA, THOMAS<br>159 WEST 23RD STREET<br>APT 4R<br>NEW YORK, NY 10011-2499 | 33570 | 09/22/2009 | $55,000.00 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 6 | VICTORY CAPITAL SERIES, LLC<br>SERIES D - ABSOLUTE RETURN CREDIT PORTFOLIO<br>C/O CHRISTOPHER WELKER<br>VICTORY CAPITAL MANAGEMENT<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | 25417 | 09/21/2009 | $7,548.98 | 08-13908 (JMP) | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc./ 08-13888 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# **EXHIBIT R**

**(Proposed Order – ECF No. 20866)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the two hundred twenty-sixth omnibus objection to claims, dated

October 14, 2011 (the "Two Hundred Twenty-Sixth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking disallowance and expungement of the Amended and Superseded Claims on the

basis that such claims have been amended and superseded by the corresponding

Surviving Claims, all as more fully described in the Two Hundred Twenty-Sixth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Twenty-

Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District

of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twenty-Sixth Omnibus Objection to Claims.

Twenty-Sixth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Twenty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Twenty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto; and it is further

2

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; *provided, however,* that notwithstanding anything herein to the contrary, the Debtors may not object to a Surviving Claim that is listed on Exhibit 1 annexed hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred Twenty-Sixth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases

(the "<u>Reinstated Claim</u>") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim, including, but not limited to, amended derivative and guarantee questionnaires and supporting documentation, shall be deemed timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 226: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 FLOOR 21ST MADRID, 28046 SPAIN | 09/17/2009 | 08-13555 (JMP) | 15645 | $6,610,685.85 | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: IGNACIO OLLERO ATTN: ELENA PRIETO VIA DE LOS POBLADOS, 13 FLOOR 5TH MADRID, 28033 SPAIN | 09/26/2011 | 08-13555 (JMP) | 67667 | $8,597,720.84 |
| 2 | DEUTSCHE BANK AG, LONDON BRANCH (UK) TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON, EC2N 2DB UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15647 | $42,993,390.48 | DEUTSCHE BANK AG, LONDON BRANCH ATTN: ALEXANDER M. KRAEMER M. KRAEMER AND MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 09/28/2011 | 08-13555 (JMP) | 67669 | $41,006,355.48 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 226: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 ENDA HARDIMAN TELECOM PENSIONS FUND, THE REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 10/20/2009 | 08-13555 (JMP) | 42641 | $522,722.00 | ENDA HARDIMAN TELECOM PENSIONS FUND, THE BDO SIMPSON XAVIER PRIVATE WEALTH MANAGEMENT LTD 5TH FLOOR BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 09/09/2011 | 08-13555 (JMP) | 67658 | $522,722.00 |
| 4 GOLDMAN SACHS INTERNATIONAL LEGAL DEPT CAROLINE GRAY PETERBOROUGH COURT 133 FLEET STREET LONDON, EC4A 2BB UNITED KINGDOM | 08/05/2011 | 08-13555 (JMP) | 67635 | $5,011,000.00 | GOLDMAN SACHS INTERNATIONAL LEGAL DEPARTMENT ATTN: CAROLINE GRAY PETERBOROUGH COURT 133 FLEET STREET LONDON, EC4A 2BB UNITED KINGDOM | 09/29/2011 | 08-13555 (JMP) | 67671 | $5,008,833.33 |
| 5 JUDSON ATTN: HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 12/01/2008 | 08-13555 (JMP) | 1163 | $434,656.17 | JUDSON ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 09/22/2009 | 08-13905 (JMP) | 32485 | $434,656.17 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 226: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 6 | NATIONAL AUSTRALIA BANK LIMITED ATTN: ROSEMARIE DICANTO 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 09/22/2009 | 08-13555 (JMP) | 32761 | $2,400,000.00* | NATIONAL AUSTRALIA BANK LIMITED ATTN: ROSEMARIE DICANTO 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 09/28/2011 | 08-13555 (JMP) | 67668 | $2,350,519.00* |
| | | | **TOTAL** | | $57,972,454.50 | | | | | |

## __EXHIBIT S__

**(Proposed Order – ECF No. 20867)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                               :
                                    **Debtors.**          :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred twenty-seventh omnibus objection to claims, dated

October 14, 2011 (the "Two Hundred Twenty-Seventh Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim [Docket No.

6664], seeking to disallow and expunge the Settled Derivatives Claims on the grounds that

the Debtors have specifically negotiated a settlement with the claimants for (i) a payment

to the Debtors, (ii) no payment by either party, or (iii) a single recovery against one or

more of the Debtors in exchange for a release of all other related derivatives claims, all as

more fully described in the Two Hundred Twenty-Seventh Omnibus Objection to Claims;

and due and proper notice of the Two Hundred Twenty-Seventh Omnibus Objection to

Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twenty-Seventh Omnibus Objection to Claims.

Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Twenty-Seventh Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Twenty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Twenty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Settled Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and expunged with prejudice to the extent set forth herein; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Two Hundred Twenty-Seventh Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that the Debtors have adjourned to December 21, 2011 (or as may be further adjourned by the Debtors) the Two Hundred Twenty-Seventh Omnibus Objection to Claims with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

2

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on <u>Exhibit 1</u> annexed hereto; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any basis

are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Two Hundred

Twenty-Seventh Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
       New York, New York

_____
       UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43951 | $1,371,463.00 | Settled Derivatives Claim |
| 2 | AIRASIA BERHAD C/O STEPHENSON HARDWOOD 1 RAFFLES PLACE #12-00, OUB CENTRE , 048616 SINGAPORE | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 24971 | $591,750.82 | Settled Derivatives Claim |
| 3 | AQUAMARINE FINANCE PUBLIC LIMITED COMPANY SERIES 2004.2 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17485 | Undetermined | Settled Derivatives Claim |
| 4 | AQUAMARINE FINANCE PUBLIC LIMITED COMPANY SERIES 2004.2 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17487 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | AQUAMARINE FINANCE PUBLIC LIMITED COMPANY SERIES 2004-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17488 | Undetermined | Settled Derivatives Claim |
| 6 | AQUAMARINE FINANCE PUBLIC LIMITED COMPANY SERIES 2004-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17503 | Undetermined | Settled Derivatives Claim |
| 7 | BERYL FINANCE LIMITED SERIES 2006-5 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17484 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BERYL FINANCE LIMITED SERIES 2006-5 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17504 | Undetermined | Settled Derivatives Claim |
| 9 | BERYL FINANCE LIMITED SERIES 2007-4 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40740 | Undetermined | Settled Derivatives Claim |
| 10 | DIAMOND FINANCE PLC SERIES 2006-1E C/O THE BANK OF NEW YORK ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17959 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | DIAMOND FINANCE PLC SERIES 2006-1E C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17960 | Undetermined | Settled Derivatives Claim |
| 12 | DIAMOND FINANCE PLC SERIES 2006-1F C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17992 | Undetermined | Settled Derivatives Claim |
| 13 | DIAMOND FINANCE PLC SERIES 2006-1G C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17990 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | DIAMOND FINANCE PLC SERIES 2006-1G C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17991 | Undetermined | Settled Derivatives Claim |
| 15 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01J C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17998 | Undetermined | Settled Derivatives Claim |
| 16 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01M C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17909 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | **DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01M C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 17910 | Undetermined | Settled Derivatives Claim |
| 18 | **DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01N C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM** | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 17911 | Undetermined | Settled Derivatives Claim |
| 19 | **DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01N C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 18008 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01O C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 18006 | Undetermined | Settled Derivatives Claim |
| 21 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01O C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 18007 | Undetermined | Settled Derivatives Claim |
| 22 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01P C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 18004 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01P C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 18005 | Undetermined | Settled Derivatives Claim |
| 24 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2008-1 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 22050 | Undetermined | Settled Derivatives Claim |
| 25 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2008-1 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 22051 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN, 60265 GERMANY | 08-13901 (JMP) | **Lehman Brothers Commercial Corporation** | 12/16/2009 | 65954 | $810,027.65* | **Settled Derivatives Claim** |
| 27 | NEBRASKA INVESTMENT FINANCE AUTHORITY C/O TIMOTHY R KENNY 1230 O STREET, SUITE 200 LINCOLN, NE 68508 | 08-13902 (JMP) | **Lehman Brothers Financial Products Inc.** | 09/16/2009 | 13884 | $6,565,210.80* | **Settled Derivatives Claim** |
| 28 | NUVEEN HIGH YIELD MUNICIPAL BOND FUND C/O NUVEEN ASSET MANAGEMENT, ATTN: KEVIN MCCARTHY- GENERAL COUNSEL 333 W. WACKER DRIVE, 33RD FLOOR CHICAGO, IL 60606 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 31980 | $663,504.60* | **Settled Derivatives Claim** |
| 29 | NUVEEN HIGH YIELD MUNICIPAL BOND FUND C/O NUVEEN ASSET MANAGEMENT, ATTN: KEVIN MCCARTHY- GENERAL COUNSEL 333 W. WACKER DRIVE, 33RD FLOOR CHICAGO, IL 60606 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 31981 | $663,504.60* | **Settled Derivatives Claim** |
| 30 | QIC LTD (FORMERLY QUEENSLAND INVESTMENT CORPORATION) AS TRUSTEE FOR THE QIC DIVERSIFIED FIXED INTEREST FUND NO 1 LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND, 4000 AUSTRALIA | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28069 | $259,688.00 | **Settled Derivatives Claim** |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 06/24/2009 | 4992 | $2,046,179.18 | Settled Derivatives Claim |
| 32 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/24/2009 | 4996 | $2,046,179.18 | Settled Derivatives Claim |
| 33 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27144 | $18,007.77* | Settled Derivatives Claim |
| 34 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27145 | $18,007.77* | Settled Derivatives Claim |
| 35 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27148 | $6,352,718.02* | Settled Derivatives Claim |
| 36 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27149 | $6,352,718.02* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 27164 | $6,749,962.88* | **Settled Derivatives Claim** |
| 38 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 27171 | $6,749,962.88* | **Settled Derivatives Claim** |
| 39 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30865 | Undetermined | **Settled Derivatives Claim** |
| 40 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 30876 | $18,007.77* | **Settled Derivatives Claim** |
| 41 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30888 | Undetermined | **Settled Derivatives Claim** |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30895 | Undetermined | Settled Derivatives Claim |
| 43 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 30907 | Undetermined | Settled Derivatives Claim |
| 44 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30908 | $30,507.77* | Settled Derivatives Claim |
| 45 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30909 | Undetermined | Settled Derivatives Claim |
| 46 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30955 | $6,507.77* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 47 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30956 | $6,507.77* | Settled Derivatives Claim |
| 48 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30959 | $6,507.77* | Settled Derivatives Claim |
| 49 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30960 | $6,507.77* | Settled Derivatives Claim |
| 50 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30982 | $60,507.77* | Settled Derivatives Claim |
| 51 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30983 | $8,007.77* | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30984 | Undetermined | Settled Derivatives Claim |
| 53 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32808 | $9,585.24* | Settled Derivatives Claim |
| 54 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32982 | $9,378.33* | Settled Derivatives Claim |
| 55 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32983 | $9,378.33* | Settled Derivatives Claim |
| | | | | | TOTAL | $41,430,289.23 | |

EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 227: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BERYL FINANCE LIMITED SERIES 2006-15B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17456 | Undetermined | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2006-15B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17457 | Undetermined | Settled Derivatives Claim |
| 3 | COLORADO HOUSING & FINANACE AUTHORITY ATTN: CHARLES L. BORGMAN GENERAL COUNSEL 1981 BLAKE ST DENVER, CO 80202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25448 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | Undetermined | |

## EXHIBIT T

**(Proposed Order – ECF No. 20886)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                                         :
                                   **Debtors.**          :        **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred twenty-eighth omnibus objection to claims, dated October 17, 2011 (the "Two Hundred Twenty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the Two Hundred Twenty-Eighth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Twenty-Eighth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Twenty-Eighth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims.

management and administrative procedures for these cases [ECF No. 9635]; and the Court

having found and determined that the relief sought in the Two Hundred Twenty-Eighth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Two Hundred Twenty-Eighth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-Eighth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to December 21, 2011 (or as may be

further adjourned by the Debtors) the Two Hundred Twenty-Eighth Omnibus Objection to

Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that the Debtors have adjourned to January 26, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Twenty-Eighth Omnibus Objection to

Claims with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1, Exhibit 2, and Exhibit 3 annexed hereto; and it

is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

2

Twenty-Eighth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and

it is further

   ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
   New York, New York

         _____
         UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BAYERISCHE HYPO - UND VEREINSBANK AG UNICREDIT MARKETS & INVESTMENT BANKING GLOBAL DOCUMENTATION & EXECUTION ARABELLASTRASSE 12 MUNICH, D-81925 GERMANY | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29293 | Undetermined | No Liability Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2007-4 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17490 | Undetermined | No Liability Claim |
| 3 | BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 33309 | $4,453,369.00* | No Liability Claim |
| 4 | BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD C/O SEWARD & KISSEL LLP ATTNL JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 33315 | $4,453,369.00* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | DIAMOND FINANCE PLC SERIES 2006-1F C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17988 | Undetermined | No Liability Claim |
| 6 | GREENBRIER YUGEN KAISHA C/O O'MELVENY & MYERS LLP ATTN: TREVOR N. LAIN TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO, CA 94111-3823 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/27/2010 | 66579 | $114,675.60 | No Liability Claim |
| 7 | GSC CAPITAL CORP. MORTGAGE TRUST 2006-I THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14467 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | GSC CAPITAL CORP. MORTGAGE TRUST 2006-I THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14468 | Undetermined | No Liability Claim |
| 9 | HBK MASTER FUND LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17957 | Undetermined | No Liability Claim |
| 10 | MERCER UNIVERSITY KING & SPALDING LLP ATTN: JOHN F ISBELL 1180 PEACHTREE STREET, NE ATLANTA, GA 30309 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32475 | Undetermined | No Liability Claim |
| 11 | MERCER UNIVERSITY KING & SPALDING LLP ATTN: JOHN F. ISBELL 1180 PEACHTREE STREET, NE ATLANTA, GA 30309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32476 | Undetermined | No Liability Claim |
| 12 | PRISMA ENHANCED FIXED INCOME FUND LTD ATTN: JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK, NY 10119 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8856 | $345,756.89 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | RELIANT ENERGY POWER SUPPLY, LLC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN: S. JASON TEELE<br>65 LIVIGSTON AVENUE<br>ROSELAND, NJ 07068 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 22016 | Undetermined | No Liability Claim |
| 14 | T.O. HOLDINGS, LLC<br>ATTN: CRAIG ABOLT<br>850 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 29118 | $2,693,902.01 | No Liability Claim |
| 15 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS 1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 32997 | $9,378.33* | No Liability Claim |
| 16 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 32998 | $9,378.33* | No Liability Claim |
| 17 | YAKIMA-TIETON IRRIGATION DISTRICT<br>C/O JANE PEARSON<br>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WA 98101-3299 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 04/20/2009 | 3847 | $546,568.34* | No Liability Claim |
| | | | | | TOTAL | $12,626,397.50 | |

EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 228: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACTS RETIREMENT-LIFE COMMUNITIES, INC ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT, PA 19486-0090 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 16217 | $58,571.52 | No Liability Claim |
| 2 | ACTS RETIREMENT-LIFE COMMUNITIES, INC ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT, PA 19486-0090 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 16218 | $58,571.52 | No Liability Claim |
| 3 | AFCO CARGO PIT LLC C/O AVIATION FACILITIES COMPANY, INC. PO BOX 16860 WASHINGTON, DC 20041-6860 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 22899 | $1,446,201.99 | No Liability Claim |
| 4 | CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO, CA 94105 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 10/22/2009 | 44972 | $187,838.58 | No Liability Claim |
| 5 | CERBERUS INTERNATIONAL, LTD. C/O LOWENSTEIN SANDLER PC ATTN: ROBERT G. MINION, ESQ & RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10020 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 25006 | $4,066,161.48* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 228: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CERBERUS INTERNATIONAL, LTD. C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25009 | $4,066,161.48* | No Liability Claim |
| 7 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23642 | $9,213,965.00* | No Liability Claim |
| 8 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23643 | $9,192,195.00* | No Liability Claim |
| | | | | | TOTAL | $28,289,666.57 | |

EXHIBIT 3

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 228: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FPL ENERGY POWER MARKETING, LLC F/K/A FPL ENERGY POWER MARKETING, INC ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. JUNO BEACH, FL 33408 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32089 | Undetermined | No Liability Claim |
| 2 | FPL ENERGY POWER MARKETING, LLC F/K/A FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH, FL 33408 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 32101 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |