# EXHIBIT A
# (PART 4)

{00027255.}

NEUBERGER BERMAN

## CHARLES DICCIANNI
## COMPENSATION REPORT
### January-08

**PAYOUT COMPUTATION**

| | |
|---|---:|
| TOTAL PRODUCTION COMPENSATION | 13,530.80 |
| Less: Khanuk/Gonzalez Payment | 0.00 |
| Add: | 0.00 |
| TOTAL | 13,530.80 |

**EARNINGS CODE/RSU BREAKDOWN:**

| | |
|---|---:|
| CASH - C N B | 13,940.99 |
| RSU - C N 5 | (410.19) |
| CASH - C N A | 0.00 |
| RSU - C D 5 | 0.00 |

K:\FIN\RRF-Commission\M Musico\EXCEL FILES\INDIVIDUAL ASSET MGMT\2004 IAM\03-2004 IAM GOAL.xls

08-13555-mg    Doc 22717-4    Filed 11/29/11    Entered 11/29/11 11:27:53    Exhibit
Exhibit A (part 4) to Diccianni Affidavit    Pg 3 of 20

2008 RSU Statements

| Employee Name | Prod Month | Total RSU |
|---|---|---|
| **Diccianni, Charles** | | |
| | 12/1/2007 | 5,226.99 |
| | 1/1/2008 | (410.19) |
| **Diccianni, Charles Total** | | **4,816.80** |

**PA12**

## Compensation Report

**NEUBERGER BERMAN**

**Month End : Jan-2008**

**DICCIANNI, CHARLES**

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 223 | SCHWARTZ NEW YORK | | | | | | | | | | | |
| | 551 01337 | | CITY OF NEW HAVEN EMPLOYEE | 12/11/2007 | 01 | 30.00% | $0.00 | $0.00 | $11,039.60 | $11,039.60 | $3,311.88 | $3,311.88 |
| | | | | Reg Rep Total: | | | $0.00 | $0.00 | $11,039.60 | $11,039.60 | $3,311.88 | $3,311.88 |
| 251 | FIXED INCOME/NY | | | | | | | | | | | |
| | 551 13224 | | SAMUEL S BERGAMI JR & | 09/30/2001 | 99 | 10.00% | $0.00 | $0.00 | $1,784.07 | $1,784.07 | $178.41 | $178.41 |
| | 777 00685 | | MILFORD HOSPITAL PENSION PLAN | 01/25/2006 | 99 | 10.00% | $0.00 | $0.00 | $3,959.64 | $3,959.64 | $395.96 | $395.96 |
| | 777 00924 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $625.00 | $625.00 | $62.50 | $62.50 |
| | | | | Reg Rep Total: | | | $0.00 | $0.00 | $6,368.71 | $6,368.71 | $636.87 | $636.87 |
| 288 | APPEL NEW YORK | | | | | | | | | | | |
| | 550 01688 | | MILFORD HOSPITAL MID CAP | 01/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $2,727.76 | $2,727.76 | $272.78 | $272.78 |
| | 551 01338 | | CITY OF NEW HAVEN EMPLOYEE | 12/11/2007 | 01 | 30.00% | $0.00 | $0.00 | $14,972.10 | $14,972.10 | $4,491.63 | $4,491.63 |
| | 555 10968 | | EDWARD SAAD AND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $316.65 | $316.65 | $31.67 | $31.67 |
| | 777 00680 | | MILFORD HOSPITAL PENSION PLAN | 01/31/2006 | 99 | 10.00% | $0.00 | $0.00 | $12,622.47 | $12,622.47 | $1,262.25 | $1,262.25 |
| | 777 00682 | | MILFORD HOSPITAL PENSION PLAN | 02/03/2006 | 99 | 10.00% | $0.00 | $0.00 | $4,521.60 | $4,521.60 | $452.16 | $452.16 |
| | 777 00925 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $274.51 | $274.51 | $27.45 | $27.45 |
| | 777 00926 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $1,982.34 | $1,982.34 | $198.23 | $198.23 |
| | 777 20014 | | F/B/O STEPHEN P CHERNOCK JR | 02/06/2004 | 99 | 10.00% | $0.00 | $0.00 | $488.52 | $488.52 | $48.85 | $48.85 |
| | 777 53485 | | FRANK R MATTHEWS | 10/03/2003 | 99 | 10.00% | $0.00 | $0.00 | $532.65 | $532.65 | $53.27 | $53.27 |
| | | | | Reg Rep Total: | | | $0.00 | $0.00 | $38,438.60 | $38,438.60 | $6,838.29 | $6,838.29 |
| 390 | KSE GROUP/NY | | | | | | | | | | | |
| | 777 00362 | | JBC ASSOCIATES LIMITED | 01/20/2005 | 99 | 10.00% | $0.00 | $0.00 | $425.94 | $425.94 | $42.59 | $42.59 |
| | 777 00367 | | CSC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $438.88 | $438.88 | $43.89 | $43.89 |
| | 777 00414 | | CATHRYN M HOLINGER | 02/28/2005 | 99 | 10.00% | $0.00 | $0.00 | $557.78 | $557.78 | $55.78 | $55.78 |

Page 1 of 3                    Run Date:    02/19/2008

**PA12**

NEUBERGER BERMAN

## Compensation Report

Month End : Jan-2008

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DICCIANNI, CHARLES** | | | | | | | | | | | | |
| **W36 APPEL/DICCIANNI** | | | | | | | | | | | | |
| | 555 | 02151 | MILFORD HOSPITAL INC | 09/07/2001 | 99 | 10.00% | $0.00 | $0.00 | $4,585.80 | $4,585.80 | $458.58 | $458.58 |
| | 555 | 02404 | BABY TOGS INC DEFERRED | | XX | | $0.00 | $0.00 | $0.00 | $0.00 | $32.34 | $32.34 |
| | 555 | 02406 | BABY TOGS SPECIAL DEFINED | | XX | | $0.00 | $0.00 | $0.00 | $0.00 | $17.45 | $17.45 |
| | | | | | | Reg Rep Total: | $0.00 | $0.00 | $4,585.80 | $4,585.80 | $508.37 | $508.37 |
| **W38 APPEL #2/DICCIANNI** | | | | | | | | | | | | |
| | 555 | 02148 | MILFORD HOSPITAL INC | 09/07/2001 | 99 | 5.00% | $0.00 | $0.00 | $7,798.15 | $7,798.15 | $389.91 | $389.91 |
| | 777 | 02020 | MILFORD HOSPITAL FIXED | 09/07/2001 | 99 | 5.00% | $0.00 | $0.00 | $3,100.99 | $3,100.99 | $155.05 | $155.05 |
| | | | | | | Reg Rep Total: | $0.00 | $0.00 | $10,899.14 | $10,899.14 | $544.96 | $544.96 |
| **W39 KAMINSKY/DICCIANNI** | | | | | | | | | | | | |
| | 555 | 02405 | BABY TOGG INC DEFERRED | | XX | | $0.00 | $0.00 | $0.00 | $0.00 | $26.90 | $26.90 |
| | 555 | 30007 | BABY TOGS SPECIAL DEFINED | | XX | | $0.00 | $0.00 | $0.00 | $0.00 | $16.70 | $16.70 |
| | | | | | | Reg Rep Total: | $0.00 | $0.00 | $0.00 | $0.00 | $43.60 | $43.60 |
| | | | | | | Marketer Total: | $0.00 | $0.00 | $87,242.71 | $87,242.71 | $13,530.80 | $13,530.80 |

Page 3 of 3                                                                                                    Run Date:   02/19/2008

**NEUBERGER | BERMAN**

## CHARLES DICCIANNI
## COMPENSATION REPORT
### February-08

**PAYOUT COMPUTATION**

| | |
|---|---:|
| TOTAL PRODUCTION COMPENSATION | 77,693.49 |
| Less: Khanuk/Gonzalez Payment | 0.00 |
| Add: | 0.00 |
| TOTAL | 77,693.49 |

EARNINGS CODE/RSU BREAKDOWN:

| | |
|---|---:|
| CASH - C N B | 66,268.38 |
| RSU - C N 5 | 11,425.11 |
| CASH - C N A | 0.00 |
| RSU - C D 5 | 0.00 |

08-13555-mg    Doc 22717-4    Filed 11/29/11    Entered 11/29/11 11:27:53    Exhibit
Exhibit A (part 4) to Diccianni Affidavit    Pg 7 of 20

2008 RSU Statements

| Employee Name | Prod Month | Total RSU |
|---|---|---|
| **Diccianni,Charles** | | |
| | 12/1/2007 | 5,226.99 |
| | 1/1/2008 | (410.19) |
| | 2/1/2008 | 11,425.11 |
| **Diccianni,Charles Total** | | **16,241.91** |

Exhibit A (part 4) to Diccianni Affidavit    Pg 8 of 20

PA12

**NEUBERGER BERMAN**

## Compensation Report

Month End : Feb-2008

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| 223 | SCHWARTZ NEW YORK | | | | | | | | | | | |
| | 551 01337 | | CITY OF NEW HAVEN EMPLOYEE | 12/11/2007 | 01 | 30.00% | $0.00 | $0.00 | $11,039.60 | $11,039.60 | $3,311.88 | $3,311.88 |
| | 777 00874 | | CITY OF STAMFORD FIREMEN | 05/01/2003 | 99 | 10.00% | $0.00 | $0.00 | $29,855.90 | $29,855.90 | $2,985.59 | $2,985.59 |
| | 777 00898 | | CITY OF BRISTOL EMPLOYEE | 07/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $32,524.79 | $32,524.79 | $3,252.48 | $3,252.48 |
| | 777 02056 | | CITY OF MILFORD EMPLOYEES | 05/07/2007 | 01 | 30.00% | $0.00 | $0.00 | $43,737.25 | $43,737.25 | $13,121.17 | $13,121.17 |
| | | | Reg Rep Total: | | | | $0.00 | $0.00 | $117,157.54 | $117,157.54 | $22,671.12 | $22,671.12 |
| 251 | FIXED INCOME/NY | | | | | | | | | | | |
| | 551 13224 | | SAMUEL S BERGAMI JR & | 09/30/2001 | 99 | 10.00% | $0.00 | $0.00 | $1,784.07 | $1,784.07 | $178.41 | $178.41 |
| | 777 00685 | | MILFORD HOSPITAL PENSION PLAN | 01/25/2006 | 99 | 10.00% | $0.00 | $0.00 | $3,959.64 | $3,959.64 | $395.96 | $395.96 |
| | 777 00924 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $625.00 | $625.00 | $62.50 | $62.50 |
| | 777 11009 | | STAMFORD FIREFIGHTERS PENSIO | 05/01/2003 | 99 | 7.50% | $0.00 | $0.00 | $14,306.65 | $14,306.65 | $1,073.00 | $1,073.00 |
| | | | Reg Rep Total: | | | | $0.00 | $0.00 | $20,675.36 | $20,675.36 | $1,709.87 | $1,709.87 |
| 288 | APPEL NEW YORK | | | | | | | | | | | |
| | 550 01688 | | MILFORD HOSPITAL MID CAP | 01/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $2,727.76 | $2,727.76 | $272.78 | $272.78 |
| | 550 02759 | | ARCHDIOCESAN PENSION PLAN | 01/31/2007 | 99 | 5.00% | $0.00 | $0.00 | $29,630.27 | $29,630.27 | $1,481.51 | $1,481.51 |
| | 550 02760 | | THE TRUSTEES OF ST PATRICKS | 01/31/2007 | 99 | 5.00% | $0.00 | $0.00 | $13,532.86 | $13,532.86 | $676.64 | $676.64 |
| | 550 02869 | | CATHOLIC INDEMNITY INSURANCE | 04/24/2007 | 99 | 10.00% | $0.00 | $0.00 | $2,097.57 | $2,097.57 | $209.76 | $209.76 |
| | 551 01338 | | CITY OF NEW HAVEN EMPLOYEE | 12/11/2007 | 01 | 30.00% | $0.00 | $0.00 | $14,972.10 | $14,972.10 | $4,491.63 | $4,491.63 |
| | 555 10968 | | EDWARD SAAD AND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $316.65 | $316.65 | $31.67 | $31.67 |
| | 777 00008 | | CITY OF MILFORD PENSION FUND | 07/01/2004 | 99 | 10.00% | $0.00 | $0.00 | $9,380.54 | $9,380.54 | $938.05 | $938.05 |
| | 777 00224 | | CITY OF BRISTOL MUNICIPAL EMPL | 07/27/2004 | 99 | 10.00% | $0.00 | $0.00 | $45,670.41 | $45,670.41 | $4,567.04 | $4,567.04 |
| | 777 00365 | | JBC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $871.16 | $871.16 | $87.12 | $87.12 |
| | 777 00366 | | CSC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $870.21 | $870.21 | $87.02 | $87.02 |
| | 777 00680 | | MILFORD HOSPITAL PENSION PLAN | 01/31/2006 | 99 | 10.00% | $0.00 | $0.00 | $12,622.47 | $12,622.47 | $1,262.25 | $1,262.25 |

Page 1 of 5    Run Date: 03/12/2008

PA12

**NEUBERGER BERMAN**

## Compensation Report

**Month End : Feb-2008**

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| 288 | APPEL NEW YORK | | | | | | | | | | | |
| | 777 00682 | | MILFORD HOSPITAL PENSION PLAN | 02/03/2006 | 99 | 10.00% | $0.00 | $0.00 | $4,521.60 | $4,521.60 | $452.16 | $452.16 |
| | 777 00925 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $274.51 | $274.51 | $27.45 | $27.45 |
| | 777 00926 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $1,982.34 | $1,982.34 | $198.23 | $198.23 |
| | 777 20014 | | F/B/O STEPHEN P CHERNOCK JR | 02/06/2004 | 99 | 10.00% | $0.00 | $0.00 | $488.52 | $488.52 | $48.85 | $48.85 |
| | 777 20017 | | PAUL M GAGLIARDI REVOC TRUST | 02/12/2004 | 99 | 10.00% | $0.00 | $0.00 | $1,020.01 | $1,020.01 | $102.00 | $102.00 |
| | 777 53485 | | FRANK R MATTHEWS | 10/03/2003 | 99 | 10.00% | $0.00 | $0.00 | $532.65 | $532.65 | $53.27 | $53.27 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $141,511.63 | $141,511.63 | $14,987.43 | $14,987.43 |
| 390 | KSE GROUP/NY | | | | | | | | | | | |
| | 777 00362 | | JBC ASSOCIATES LIMITED | 01/20/2005 | 99 | 10.00% | $0.00 | $0.00 | $425.94 | $425.94 | $42.59 | $42.59 |
| | 777 00367 | | CSC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $438.88 | $438.88 | $43.89 | $43.89 |
| | 777 00414 | | CATHRYN M HOLINGER | 02/28/2005 | 99 | 10.00% | $0.00 | $0.00 | $557.78 | $557.78 | $55.78 | $55.78 |
| | 777 00470 | | AWA FUND | 04/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,003.25 | $1,003.25 | $100.33 | $100.33 |
| | 777 00563 | | JOHN E CONELIAS | 08/11/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,716.68 | $1,716.68 | $171.67 | $171.67 |
| | 777 00580 | | JOHN BLATZ | 09/07/2005 | 99 | 10.00% | $0.00 | $0.00 | $822.58 | $822.58 | $82.26 | $82.26 |
| | 777 00645 | | MASTER PEN PLAN FOR HOURLY | 11/22/2005 | 99 | 10.00% | $0.00 | $0.00 | $627.12 | $627.12 | $62.71 | $62.71 |
| | 777 00646 | | MASTER PEN PLAN FOR SALARIED | 11/22/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,300.90 | $1,300.90 | $130.09 | $130.09 |
| | 777 01184 | | JEFFREY T CAMMANS | 10/10/2006 | 99 | 10.00% | $0.00 | $0.00 | $910.84 | $910.84 | $91.08 | $91.08 |
| | 777 20015 | | F/B/O STEPHEN P CHERNOCK JR | 02/05/2004 | 99 | 10.00% | $0.00 | $0.00 | $525.94 | $525.94 | $52.59 | $52.59 |
| | 777 20016 | | PAUL M GAGLIARDI | 02/10/2004 | 99 | 10.00% | $0.00 | $0.00 | $804.59 | $804.59 | $80.46 | $80.46 |
| | 777 53486 | | FRANK R MATTHEWS | 10/02/2003 | 99 | 10.00% | $0.00 | $0.00 | $558.52 | $558.52 | $55.85 | $55.85 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $9,693.02 | $9,693.02 | $969.30 | $969.30 |

**NEUBERGER BERMAN**

## Compensation Report

**Month End : Feb-2008**

| Marketer Name | Reg Rep | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DICCIANNI, CHARLES** | | | | | | | | | | | | |
| | **881** | **M KAMINSKY /NY** | | | | | | | | | | |
| | | 521 01163 | F/B/O EDDIE SITT | 08/29/2005 | 99 | 10.00% | $0.00 | $0.00 | $646.71 | $646.71 | $64.67 | $64.67 |
| | | | | **Reg Rep Total:** | | | $0.00 | $0.00 | $646.71 | $646.71 | $64.67 | $64.67 |
| | **A12** | **JEFFREY BOLTON** | | | | | | | | | | |
| | | 550 02168 | WMBRH-KENNEDY DUNCAN FUND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $806.54 | $806.54 | $80.65 | $80.65 |
| | | 550 02175 | WMBRH-STURGIS FUND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $477.92 | $477.92 | $47.79 | $47.79 |
| | | 550 02176 | WMBRH-HOME HEALTH EDUCATIOI | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $153.99 | $153.99 | $15.40 | $15.40 |
| | | | | **Reg Rep Total:** | | | $0.00 | $0.00 | $1,438.45 | $1,438.45 | $143.84 | $143.84 |
| | **B73** | **INTERNATIONAL EQUITY / NEW YOR** | | | | | | | | | | |
| | | 777 00378 | CITY OF BRISTOL GENERAL | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $33,946.81 | $33,946.81 | $3,394.68 | $3,394.68 |
| | | 777 00683 | MILFORD HOSPITAL PENSION PLAN | 01/25/2006 | 99 | 10.00% | $0.00 | $0.00 | $5,292.39 | $5,292.39 | $529.24 | $529.24 |
| | | | | **Reg Rep Total:** | | | $0.00 | $0.00 | $39,239.20 | $39,239.20 | $3,923.92 | $3,923.92 |
| | **I93** | **PAMAS MUTUAL FUNDS / NEW YORI** | | | | | | | | | | |
| | | 777 00019 | WHITNEY CENTER INC ESCROW | 07/01/2004 | 99 | 10.00% | $0.00 | $0.00 | $935.62 | $935.62 | $93.56 | $93.56 |
| | | 777 00212 | WHITNEY CENTER INVESTMENT | 07/01/2004 | 99 | 10.00% | $0.00 | $0.00 | $5,058.41 | $5,058.41 | $505.84 | $505.84 |
| | | | | **Reg Rep Total:** | | | $0.00 | $0.00 | $5,994.03 | $5,994.03 | $599.40 | $599.40 |
| | **W30** | **FIXED INCOME/DICCIANNI** | | | | | | | | | | |
| | | 777 00673 | PARISH CEMETERY FIELD EMPLOY | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $697.04 | $697.04 | $34.85 | $34.85 |
| | | 777 01298 | AMERICAN COLLEGE OF PHYSICIAI | 10/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $173.37 | $173.37 | $8.67 | $8.67 |
| | | 777 01665 | WHITNEY GENL RESERVE FIXED | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $2,890.78 | $2,890.78 | $144.54 | $144.54 |
| | | 777 01671 | WHITNEY OPERATING FIXED | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $522.75 | $522.75 | $26.14 | $26.14 |
| | | 777 01968 | CITY OF BRISTOL - DOMESTIC | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $29,718.69 | $29,718.69 | $1,485.93 | $1,485.93 |
| | | 777 01969 | CITY OF BRISTOL - HIGH YIELD | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $1,044.23 | $1,044.23 | $52.21 | $52.21 |

Page 3 of 5        Run Date:    03/12/2008

**NEUBERGER BERMAN**

## Compensation Report

**Month End : Feb-2008**

PA12

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| W30 | FIXED INCOME/DICCIANNI | | | | | | | | | | | |
| | 777 01970 | | CITY OF BRISTOL-INTERNATIONAL | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $1,653.82 | $1,653.82 | $82.69 | $82.69 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $36,700.68 | $36,700.68 | $1,835.03 | $1,835.03 |
| W36 | APPEL/DICCIANNI | | | | | | | | | | | |
| | 555 02151 | | MILFORD HOSPITAL INC | 09/07/2001 | 99 | 10.00% | $0.00 | $0.00 | $4,585.80 | $4,585.80 | $458.58 | $458.58 |
| | 555 02392 | | AMERICAN COLLEGE OF PHYSICIAN | 01/20/1995 | 99 | 5.00% | $0.00 | $0.00 | $18,806.88 | $18,806.88 | $940.34 | $940.34 |
| | 555 02404 | | BABY TOGS INC DEFERRED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $5,079.20 | $5,079.20 | $253.96 | $253.96 |
| | 555 02406 | | BABY TOGS SPECIAL DEFINED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $2,540.08 | $2,540.08 | $127.00 | $127.00 |
| | 555 32655 | | AMERICAN COLLEGE OF PHYSICIAN | 09/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $30,684.12 | $30,684.12 | $1,534.21 | $1,534.21 |
| | 555 32657 | | AMERICAN COLLEGE OF PHYSICIAN | 10/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $913.82 | $913.82 | $45.69 | $45.69 |
| | 777 00012 | | MILFORD PENSION TRUST | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $69,063.94 | $69,063.94 | $3,453.20 | $3,453.20 |
| | 777 00062 | | CITY OF BRISTOL POLICE & FIRE | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $102,080.49 | $102,080.49 | $5,104.02 | $5,104.02 |
| | 777 00082 | | CHESHIRE RET EQUITY | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $12,861.20 | $12,861.20 | $643.06 | $643.06 |
| | 777 01223 | | STAMFORD FIREMEN'S MID CAP | 03/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $9,147.59 | $9,147.59 | $457.38 | $457.38 |
| | 777 01224 | | STAMFORD FIREMEN'S LARGE CAP | 03/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $18,272.39 | $18,272.39 | $913.62 | $913.62 |
| | 777 01348 | | F/B/O ANN M MOSS | 03/22/2007 | 01 | 30.00% | $0.00 | $0.00 | $68.07 | $68.07 | $20.42 | $20.42 |
| | 777 01349 | | F/B/O PAUL MOSS | 03/22/2007 | 01 | 30.00% | $0.00 | $0.00 | $103.83 | $103.83 | $31.15 | $31.15 |
| | 777 01353 | | PAUL MOSS AND | 05/14/2007 | 01 | 30.00% | $0.00 | $0.00 | $106.84 | $106.84 | $32.05 | $32.05 |
| | 777 01662 | | WHITNEY GENL RES LARGE CAP | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $8,107.20 | $8,107.20 | $405.36 | $405.36 |
| | 777 01664 | | WHITNEY GENL RES (MID CAP) | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $2,863.01 | $2,863.01 | $143.15 | $143.15 |
| | 777 01668 | | WHITNEY OPERATING LARGE CAP | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $1,531.29 | $1,531.29 | $76.56 | $76.56 |
| | 777 01670 | | WHITNEY OPERATING (MID CAP) | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $506.97 | $506.97 | $25.35 | $25.35 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $287,322.72 | $287,322.72 | $14,665.10 | $14,665.10 |

**NEUBERGER BERMAN**

## Compensation Report

**Month End : Feb-2008**

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DICCIANNI, CHARLES** | | | | | | | | | | | | |
| | **W38** | **APPEL #2/DICCIANNI** | | | | | | | | | | |
| | 555 02148 | | MILFORD HOSPITAL INC | 09/07/2001 | 99 | 5.00% | $0.00 | $0.00 | $7,798.15 | $7,798.15 | $389.91 | $389.91 |
| | 777 02020 | | MILFORD HOSPITAL FIXED | 09/07/2001 | 99 | 5.00% | $0.00 | $0.00 | $3,100.99 | $3,100.99 | $155.05 | $155.05 |
| | | | | | | Reg Rep Total: | $0.00 | $0.00 | $10,899.14 | $10,899.14 | $544.96 | $544.96 |
| | **W39** | **KAMINSKY/DICCIANNI** | | | | | | | | | | |
| | 555 02387 | | MUELLER BRASS CO RETIREMENT | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $81,196.47 | $81,196.47 | $4,059.82 | $4,059.82 |
| | 555 02405 | | BABY TOGG INC DEFERRED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $5,083.07 | $5,083.07 | $254.15 | $254.15 |
| | 555 30007 | | BABY TOGS SPECIAL DEFINED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $2,938.00 | $2,938.00 | $146.90 | $146.90 |
| | | | | | | Reg Rep Total: | $0.00 | $0.00 | $89,217.54 | $89,217.54 | $4,460.87 | $4,460.87 |
| | **W40** | **BOLTON/DICCIANNI** | | | | | | | | | | |
| | 550 02168 | | WMBRH-KENNEDY DUNCAN FUND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $985.77 | $985.77 | $98.58 | $98.58 |
| | 550 02175 | | WMBRH-STURGIS FUND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $584.13 | $584.13 | $58.41 | $58.41 |
| | 550 02176 | | WMBRH-HOME HEALTH EDUCATION | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $188.21 | $188.21 | $18.82 | $18.82 |
| | 555 26700 | | BURKE REHABILITATION HOSPITAL | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $9,323.45 | $9,323.45 | $466.17 | $466.17 |
| | 555 26701 | | BURKE REHABILITATION CENTER | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $15,755.05 | $15,755.05 | $787.75 | $787.75 |
| | 555 26703 | | WINIFRED MASTERSON BURKE FDI | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $15,022.31 | $15,022.31 | $751.12 | $751.12 |
| | 555 26705 | | PARISH CEMETERY FIELD EMPLOY | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $3,972.67 | $3,972.67 | $198.63 | $198.63 |
| | | | | | | Reg Rep Total: | $0.00 | $0.00 | $45,831.59 | $45,831.59 | $2,379.48 | $2,379.48 |
| | **W45** | **SCHWARTZ/DICCIANNI** | | | | | | | | | | |
| | 555 02382 | | WHX PENSION PLAN (MCS) | 04/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $174,769.39 | $174,769.39 | $8,738.47 | $8,738.47 |
| | | | | | | Reg Rep Total: | $0.00 | $0.00 | $174,769.39 | $174,769.39 | $8,738.47 | $8,738.47 |
| | | | | | | Marketer Total: | $0.00 | $0.00 | $981,097.00 | $981,097.00 | $77,693.46 | $77,693.46 |

PA12

Page 5 of 5

Run Date: 03/12/2008

NEUBERGER BERMAN

## CHARLES DICCIANNI
## COMPENSATION REPORT
### March-08

### PAYOUT COMPUTATION

| | |
|---|---:|
| TOTAL PRODUCTION COMPENSATION | 52,353.26 |
| Less: Khanuk/Gonzalez Payment | 0.00 |
| Add: Q1 and Q2 2007 | 2,615.00 |
| TOTAL | 54,968.26 |

EARNINGS CODE/RSU BREAKDOWN:

| | |
|---|---:|
| CASH - CN B | 45,203.33 |
| RSU - CN 5 | 7,149.93 |
| CASH - CN A | 2,289.58 |
| RSU - CD 5 | 325.42 |

K:\FIN\RRF-Commission\M Musico\EXCEL FILES\INDIVIDUAL ASSET MGMT\2004 IAM\03-2004 IAM GOAL.xls

08-13555-mg    Doc 22717-4    Filed 11/29/11    Entered 11/29/11 11:27:53    Exhibit
Exhibit A (part 4) to Diccianni Affidavit    Pg 14 of 20

2008 RSU Statements

| Employee Name | Prod Month | Total RSU |
|---|---|---|
| **Diccianni,Charles** | | |
| | 12/1/2007 | 5,226.99 |
| | 1/1/2008 | (410.19) |
| | 2/1/2008 | 11,425.11 |
| | 3/1/2008 | 7,475.35 |
| **Diccianni,Charles Total** | | 23,717.26 |

PA12

# NEUBERGER BERMAN

## Compensation Report

Month End : Mar-2008

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| 223 | SCHWARTZ NEW YORK | | | | | | | | | | | |
| | 551 01337 | | CITY OF NEW HAVEN EMPLOYEE | 12/11/2007 | 01 | 30.00% | $0.00 | $0.00 | $11,039.60 | $11,039.60 | $3,311.88 | $3,311.88 |
| | 777 00874 | | CITY OF STAMFORD FIREMEN | 05/01/2003 | 99 | 10.00% | $0.00 | $0.00 | $14,927.95 | $14,927.95 | $1,492.80 | $1,492.80 |
| | 777 00898 | | CITY OF BRISTOL EMPLOYEE | 07/01/2006 | 99 | 10.00% | $0.00 | $0.00 | ($32,524.79) | ($32,524.79) | ($3,252.48) | ($3,252.48) |
| | 777 00898 | | CITY OF BRISTOL EMPLOYEE | 07/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $48,787.18 | $48,787.18 | $4,878.72 | $4,878.72 |
| | 777 02056 | | CITY OF MILFORD EMPLOYEES | 05/07/2007 | 01 | 30.00% | $0.00 | $0.00 | $21,868.63 | $21,868.63 | $6,560.59 | $6,560.59 |
| | | | | Reg Rep Total: | | | $0.00 | $0.00 | $64,098.57 | $64,098.57 | $12,991.51 | $12,991.51 |
| 251 | FIXED INCOME/NY | | | | | | | | | | | |
| | 551 13224 | | SAMUEL S BERGAMI JR & | 09/30/2001 | 99 | 10.00% | $0.00 | $0.00 | $1,784.07 | $1,784.07 | $178.41 | $178.41 |
| | 777 00417 | | MERIDEN CITY EMPLOYEES | 02/28/2005 | 99 | 10.00% | $0.00 | $0.00 | $3,722.35 | $3,722.35 | $372.24 | $372.24 |
| | 777 00418 | | MERIDEN POLICE & FIRE | 02/28/2005 | 99 | 10.00% | $0.00 | $0.00 | $4,034.89 | $4,034.89 | $403.49 | $403.49 |
| | 777 00685 | | MILFORD HOSPITAL PENSION PLAN | 01/25/2006 | 99 | 10.00% | $0.00 | $0.00 | $3,959.64 | $3,959.64 | $395.96 | $395.96 |
| | 777 00924 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | ($1,250.00) | ($1,250.00) | ($125.00) | ($125.00) |
| | 777 00924 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $1,875.00 | $1,875.00 | $187.50 | $187.50 |
| | 777 11009 | | STAMFORD FIREFIGHTERS PENSIO | 05/01/2003 | 99 | 7.50% | $0.00 | $0.00 | $7,153.33 | $7,153.33 | $536.50 | $536.50 |
| | | | | Reg Rep Total: | | | $0.00 | $0.00 | $21,279.28 | $21,279.28 | $1,949.10 | $1,949.10 |
| 288 | APPEL NEW YORK | | | | | | | | | | | |
| | 550 01688 | | MILFORD HOSPITAL MID CAP | 01/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $2,727.76 | $2,727.76 | $272.78 | $272.78 |
| | 550 02759 | | ARCHDIOCESAN PENSION PLAN | 01/31/2007 | 99 | 5.00% | $0.00 | $0.00 | $14,815.13 | $14,815.13 | $740.76 | $740.76 |
| | 550 02760 | | THE TRUSTEES OF ST PATRICKS | 01/31/2007 | 99 | 5.00% | $0.00 | $0.00 | $6,766.43 | $6,766.43 | $338.32 | $338.32 |
| | 550 02869 | | CATHOLIC INDEMNITY INSURANCE | 04/24/2007 | 01 | 10.00% | $0.00 | $0.00 | $1,048.78 | $1,048.78 | $104.88 | $104.88 |
| | 551 01338 | | CITY OF NEW HAVEN EMPLOYEE | 12/11/2007 | 01 | 30.00% | $0.00 | $0.00 | $14,972.10 | $14,972.10 | $4,491.63 | $4,491.63 |
| | 555 10968 | | EDWARD SAAD  AND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $316.65 | $316.65 | $31.67 | $31.67 |
| | 777 00008 | | CITY OF MILFORD PENSION FUND | 07/01/2004 | 99 | 10.00% | $0.00 | $0.00 | $4,690.27 | $4,690.27 | $469.03 | $469.03 |

Page 1 of 6                                   Run Date:   04/14/2008

PA12

## Compensation Report

NEUBERGER BERMAN

Month End : Mar-2008

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| 288 | APPEL NEW YORK | | | | | | | | | | | |
| | 777 00224 | | CITY OF BRISTOL MUNICIPAL EMPL | 07/27/2004 | 99 | 10.00% | $0.00 | $0.00 | ($45,670.41) | ($45,670.41) | ($4,567.04) | ($4,567.04) |
| | 777 00224 | | CITY OF BRISTOL MUNICIPAL EMPL | 07/27/2004 | 99 | 10.00% | $0.00 | $0.00 | $68,505.61 | $68,505.61 | $6,850.56 | $6,850.56 |
| | 777 00365 | | JBC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | ($871.16) | ($871.16) | ($87.12) | ($87.12) |
| | 777 00365 | | JBC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,306.74 | $1,306.74 | $130.67 | $130.67 |
| | 777 00366 | | CSC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $435.11 | $435.11 | $43.51 | $43.51 |
| | 777 00680 | | MILFORD HOSPITAL PENSION PLAN | 01/31/2006 | 99 | 10.00% | $0.00 | $0.00 | $12,622.47 | $12,622.47 | $1,262.25 | $1,262.25 |
| | 777 00682 | | MILFORD HOSPITAL PENSION PLAN | 02/03/2006 | 99 | 10.00% | $0.00 | $0.00 | $4,521.60 | $4,521.60 | $452.16 | $452.16 |
| | 777 00925 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | ($549.03) | ($549.03) | ($54.90) | ($54.90) |
| | 777 00925 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $823.54 | $823.54 | $82.35 | $82.35 |
| | 777 00926 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | ($3,964.68) | ($3,964.68) | ($396.47) | ($396.47) |
| | 777 00926 | | MILFORD BANK PENSION PLAN | 08/01/2006 | 99 | 10.00% | $0.00 | $0.00 | $5,947.02 | $5,947.02 | $594.70 | $594.70 |
| | 777 20014 | | F/B/O STEPHEN P CHERNOCK JR | 02/06/2004 | 99 | 10.00% | $0.00 | $0.00 | $488.52 | $488.52 | $48.85 | $48.85 |
| | 777 20017 | | PAUL M GAGLIARDI REVOC TRUST | 02/12/2004 | 99 | 10.00% | $0.00 | $0.00 | ($1,020.01) | ($1,020.01) | ($102.00) | ($102.00) |
| | 777 20017 | | PAUL M GAGLIARDI REVOC TRUST | 02/12/2004 | 99 | 10.00% | $0.00 | $0.00 | $1,530.02 | $1,530.02 | $153.00 | $153.00 |
| | 777 53485 | | FRANK R MATTHEWS | 10/03/2003 | 99 | 10.00% | $0.00 | $0.00 | $532.65 | $532.65 | $53.27 | $53.27 |
| | | | | Reg Rep Total: | | | $0.00 | $0.00 | $89,975.11 | $89,975.11 | $10,912.86 | $10,912.86 |
| 390 | KSE GROUP/NY | | | | | | | | | | | |
| | 777 00362 | | JBC ASSOCIATES LIMITED | 01/20/2005 | 99 | 10.00% | $0.00 | $0.00 | ($851.88) | ($851.88) | ($85.19) | ($85.19) |
| | 777 00362 | | JBC ASSOCIATES LIMITED | 01/20/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,277.82 | $1,277.82 | $127.78 | $127.78 |
| | 777 00367 | | CSC ASSOCIATES LIMITED | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $438.88 | $438.88 | $43.89 | $43.89 |
| | 777 00414 | | CATHRYN M HOLINGER | 02/28/2005 | 99 | 10.00% | $0.00 | $0.00 | $557.78 | $557.78 | $55.78 | $55.78 |
| | 777 00470 | | AWA FUND | 04/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,003.25 | $1,003.25 | $100.33 | $100.33 |
| | 777 00563 | | JOHN E CONELIAS | 08/11/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,716.68 | $1,716.68 | $171.67 | $171.67 |

Page 2 of 6                                                                                       Run Date:    04/14/2008

# NEUBERGER BERMAN

## Compensation Report

**Month End : Mar-2008**

PA12

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| 390 | KSE GROUP/NY | | | | | | | | | | | |
| | 777 00580 | | JOHN BLATZ | 09/07/2005 | 99 | 10.00% | $0.00 | $0.00 | $822.58 | $822.58 | $82.26 | $82.26 |
| | 777 00645 | | MASTER PEN PLAN FOR HOURLY | 11/22/2005 | 99 | 10.00% | $0.00 | $0.00 | ($1,254.24) | ($1,254.24) | ($125.42) | ($125.42) |
| | 777 00645 | | MASTER PEN PLAN FOR HOURLY | 11/22/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,881.36 | $1,881.36 | $188.14 | $188.14 |
| | 777 00646 | | MASTER PEN PLAN FOR SALARIED | 11/22/2005 | 99 | 10.00% | $0.00 | $0.00 | $1,300.90 | $1,300.90 | $130.09 | $130.09 |
| | 777 01184 | | JEFFREY T CAMMANS | 10/10/2006 | 99 | 10.00% | $0.00 | $0.00 | $910.84 | $910.84 | $91.08 | $91.08 |
| | 777 20015 | | F/B/O STEPHEN P CHERNOCK JR | 02/05/2004 | 99 | 10.00% | $0.00 | $0.00 | $525.94 | $525.94 | $52.59 | $52.59 |
| | 777 20016 | | PAUL M GAGLIARDI | 02/10/2004 | 99 | 10.00% | $0.00 | $0.00 | ($1,609.17) | ($1,609.17) | ($160.92) | ($160.92) |
| | 777 20016 | | PAUL M GAGLIARDI | 02/10/2004 | 99 | 10.00% | $0.00 | $0.00 | $2,413.76 | $2,413.76 | $241.38 | $241.38 |
| | 777 53486 | | FRANK R MATTHEWS | 10/02/2003 | 99 | 10.00% | $0.00 | $0.00 | $558.52 | $558.52 | $55.85 | $55.85 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $9,693.02 | $9,693.02 | $969.31 | $969.31 |
| 881 | M KAMINSKY /NY | | | | | | | | | | | |
| | 521 01163 | | F/B/O EDDIE SITT | 08/29/2005 | 99 | 10.00% | $0.00 | $0.00 | $646.71 | $646.71 | $64.67 | $64.67 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $646.71 | $646.71 | $64.67 | $64.67 |
| B73 | INTERNATIONAL EQUITY / NEW YOR | | | | | | | | | | | |
| | 777 00378 | | CITY OF BRISTOL GENERAL | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | ($33,946.81) | ($33,946.81) | ($3,394.68) | ($3,394.68) |
| | 777 00378 | | CITY OF BRISTOL GENERAL | 01/19/2005 | 99 | 10.00% | $0.00 | $0.00 | $50,920.22 | $50,920.22 | $5,092.02 | $5,092.02 |
| | 777 00683 | | MILFORD HOSPITAL PENSION PLAN | 01/25/2006 | 99 | 10.00% | $0.00 | $0.00 | $5,292.39 | $5,292.39 | $529.24 | $529.24 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $22,265.80 | $22,265.80 | $2,226.58 | $2,226.58 |
| I93 | PAMAS MUTUAL FUNDS / NEW YORK | | | | | | | | | | | |
| | 777 00019 | | WHITNEY CENTER INC ESCROW | 07/01/2004 | 99 | 10.00% | $0.00 | $0.00 | $467.81 | $467.81 | $46.78 | $46.78 |
| | 777 00212 | | WHITNEY CENTER INVESTMENT | 07/01/2004 | 99 | 10.00% | $0.00 | $0.00 | $2,529.20 | $2,529.20 | $252.92 | $252.92 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $2,997.01 | $2,997.01 | $299.70 | $299.70 |

Run Date: 04/14/2008

PA12

**Compensation Report**

NEUBERGER BERMAN

Month End : Mar-2008

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| W30 | FIXED INCOME/DICCIANNI | | | | | | | | | | | |
| | 777 | 00569 | ST LABRE RESTRICTED FUND FIXEI | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $1,581.76 | $1,581.76 | $79.09 | $79.09 |
| | 777 | 00673 | PARISH CEMETERY FIELD EMPLOY | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $348.52 | $348.52 | $17.43 | $17.43 |
| | 777 | 01298 | AMERICAN COLLEGE OF PHYSICIAI | 10/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $86.69 | $86.69 | $4.33 | $4.33 |
| | 777 | 01665 | WHITNEY GENL RESERVE FIXED | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $1,445.38 | $1,445.38 | $72.27 | $72.27 |
| | 777 | 01671 | WHITNEY OPERATING FIXED | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $261.38 | $261.38 | $13.07 | $13.07 |
| | 777 | 01853 | ST LABRE ANNUITY RESERVE | 10/01/2000 | 99 | 5.00% | $0.00 | $0.00 | $3,118.65 | $3,118.65 | $155.93 | $155.93 |
| | 777 | 01854 | ST LABRE CALIFORNIA ANNUITY | 10/01/2000 | 99 | 5.00% | $0.00 | $0.00 | $552.36 | $552.36 | $27.62 | $27.62 |
| | 777 | 01968 | CITY OF BRISTOL - DOMESTIC | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | ($29,718.69) | ($29,718.69) | ($1,485.93) | ($1,485.93) |
| | 777 | 01968 | CITY OF BRISTOL - DOMESTIC | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $44,578.04 | $44,578.04 | $2,228.90 | $2,228.90 |
| | 777 | 01969 | CITY OF BRISTOL - HIGH YIELD | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | ($1,044.23) | ($1,044.23) | ($52.21) | ($52.21) |
| | 777 | 01969 | CITY OF BRISTOL - HIGH YIELD | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $1,566.35 | $1,566.35 | $78.32 | $78.32 |
| | 777 | 01970 | CITY OF BRISTOL-INTERNATIONAL | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | ($1,653.82) | ($1,653.82) | ($82.69) | ($82.69) |
| | 777 | 01970 | CITY OF BRISTOL-INTERNATIONAL | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $2,480.73 | $2,480.73 | $124.04 | $124.04 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $23,603.12 | $23,603.12 | $1,180.17 | $1,180.17 |
| W36 | APPEL/DICCIANNI | | | | | | | | | | | |
| | 555 | 02151 | MILFORD HOSPITAL INC | 09/07/2001 | 99 | 10.00% | $0.00 | $0.00 | $4,585.80 | $4,585.80 | $458.58 | $458.58 |
| | 555 | 02392 | AMERICAN COLLEGE OF PHYSICIAI | 01/20/1995 | 99 | 5.00% | $0.00 | $0.00 | $9,403.44 | $9,403.44 | $470.17 | $470.17 |
| | 555 | 02404 | BABY TOGS INC DEFERRED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $5,079.20 | $5,079.20 | $253.96 | $253.96 |
| | 555 | 02406 | BABY TOGS SPECIAL DEFINED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $2,540.08 | $2,540.08 | $127.00 | $127.00 |
| | 555 | 32655 | AMERICAN COLLEGE OF PHYSICIAI | 09/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $15,342.06 | $15,342.06 | $767.10 | $767.10 |
| | 555 | 32657 | AMERICAN COLLEGE OF PHYSICIAI | 10/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $456.91 | $456.91 | $22.85 | $22.85 |
| | 777 | 00012 | MILFORD PENSION TRUST | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $34,531.97 | $34,531.97 | $1,726.60 | $1,726.60 |
| | 777 | 00062 | CITY OF BRISTOL POLICE & FIRE | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $51,040.24 | $51,040.24 | $2,552.01 | $2,552.01 |

PA12

**NEUBERGER BERMAN**

## Compensation Report

Month End : Mar-2008

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICCIANNI, CHARLES | | | | | | | | | | | | |
| W36 | APPEL/DICCIANNI | | | | | | | | | | | |
| | 777 00073 | | CITY OF MERIDEN POLICE & | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $18,206.37 | $18,206.37 | $910.32 | $910.32 |
| | 777 00082 | | CHESHIRE RET EQUITY | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $6,430.60 | $6,430.60 | $321.53 | $321.53 |
| | 777 00734 | | CITY OF MERIDEN EMPLOYEES | 11/01/1994 | 99 | 5.00% | $0.00 | $0.00 | $31,591.31 | $31,591.31 | $1,579.57 | $1,579.57 |
| | 777 01223 | | STAMFORD FIREMEN'S MID CAP | 03/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $4,573.80 | $4,573.80 | $228.69 | $228.69 |
| | 777 01224 | | STAMFORD FIREMEN'S LARGE CAP | 03/01/1996 | 99 | 5.00% | $0.00 | $0.00 | $9,136.19 | $9,136.19 | $456.81 | $456.81 |
| | 777 01348 | | F/B/O ANN M MOSS | 03/22/2007 | 01 | 30.00% | $0.00 | $0.00 | $68.07 | $68.07 | $20.42 | $20.42 |
| | 777 01349 | | F/B/O PAUL MOSS | 03/22/2007 | 01 | 30.00% | $0.00 | $0.00 | $103.83 | $103.83 | $31.15 | $31.15 |
| | 777 01353 | | PAUL MOSS AND | 05/14/2007 | 01 | 30.00% | $0.00 | $0.00 | $106.84 | $106.84 | $32.05 | $32.05 |
| | 777 01662 | | WHITNEY GENL RES LARGE CAP | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $4,053.60 | $4,053.60 | $202.68 | $202.68 |
| | 777 01664 | | WHITNEY GENL RES (MID CAP) | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $1,431.50 | $1,431.50 | $71.58 | $71.58 |
| | 777 01668 | | WHITNEY OPERATING LARGE CAP | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $765.64 | $765.64 | $38.28 | $38.28 |
| | 777 01670 | | WHITNEY OPERATING (MID CAP) | 07/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $253.48 | $253.48 | $12.67 | $12.67 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $199,700.93 | $199,700.93 | $10,284.02 | $10,284.02 |
| W38 | APPEL #2/DICCIANNI | | | | | | | | | | | |
| | 555 02148 | | MILFORD HOSPITAL INC | 09/07/2001 | 99 | 5.00% | $0.00 | $0.00 | $7,798.15 | $7,798.15 | $389.91 | $389.91 |
| | 777 02020 | | MILFORD HOSPITAL FIXED | 09/07/2001 | 99 | 5.00% | $0.00 | $0.00 | $3,100.99 | $3,100.99 | $155.05 | $155.05 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $10,899.14 | $10,899.14 | $544.96 | $544.96 |
| W39 | KAMINSKY/DICCIANNI | | | | | | | | | | | |
| | 555 02387 | | MUELLER BRASS CO RETIREMENT | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $40,598.24 | $40,598.24 | $2,029.91 | $2,029.91 |
| | 555 02405 | | BABY TOGG INC DEFERRED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $5,083.07 | $5,083.07 | $254.15 | $254.15 |
| | 555 30007 | | BABY TOGS SPECIAL DEFINED | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $2,938.00 | $2,938.00 | $146.90 | $146.90 |
| | | | | | Reg Rep Total: | | $0.00 | $0.00 | $48,619.31 | $48,619.31 | $2,430.96 | $2,430.96 |

Page 5 of 6                                                                 Run Date:    04/14/2008

PA12

NEUBERGER BERMAN

## Compensation Report

**Month End : Mar-2008**

| Marketer Name | Reg Rep Account | Customer Account | Account Name | Start Date | Tier | Pct Payout | Total Comm | PO Comm Amt | Quarterly Fee | Monthly Fee | PO Fee Amt | Total Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DICCIANNI, CHARLES** | | | | | | | | | | | | |
| | **W40** | **BOLTON/DICCIANNI** | | | | | | | | | | |
| | 550 02168 | | WMBRH-KENNEDY DUNCAN FUND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $896.15 | $896.15 | $89.62 | $89.62 |
| | 550 02175 | | WMBRH-STURGIS FUND | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $531.02 | $531.02 | $53.10 | $53.10 |
| | 550 02176 | | WMBRH-HOME HEALTH EDUCATION | 06/23/2006 | 99 | 10.00% | $0.00 | $0.00 | $171.10 | $171.10 | $17.11 | $17.11 |
| | 555 26700 | | BURKE REHABILITATION HOSPITAL | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $4,661.73 | $4,661.73 | $233.09 | $233.09 |
| | 555 26701 | | BURKE REHABILITATION CENTER | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $7,877.53 | $7,877.53 | $393.88 | $393.88 |
| | 555 26703 | | WINIFRED MASTERSON BURKE FDI | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $7,511.15 | $7,511.15 | $375.56 | $375.56 |
| | 555 26705 | | PARISH CEMETERY FIELD EMPLOY | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $1,986.34 | $1,986.34 | $99.32 | $99.32 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $23,635.02 | $23,635.02 | $1,261.68 | $1,261.68 |
| | **W41** | **NEWMAN/DICCIANNI** | | | | | | | | | | |
| | 555 02401 | | FOLEY INC EMPLOYEES PEN PLAN | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $28,514.71 | $28,514.71 | $1,425.74 | $1,425.74 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $28,514.71 | $28,514.71 | $1,425.74 | $1,425.74 |
| | **W43** | **SRI/DICCIANNI** | | | | | | | | | | |
| | 555 02182 | | ST LABRE RESTRICTED FUND | 06/08/1932 | 99 | 5.00% | $0.00 | $0.00 | $28,855.18 | $28,855.18 | $1,442.76 | $1,442.76 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $28,855.18 | $28,855.18 | $1,442.76 | $1,442.76 |
| | **W45** | **SCHWARTZ/DICCIANNI** | | | | | | | | | | |
| | 555 02382 | | WHX PENSION PLAN (MCS) | 04/01/1999 | 99 | 5.00% | $0.00 | $0.00 | $87,384.70 | $87,384.70 | $4,369.24 | $4,369.24 |
| | | | | | | **Reg Rep Total:** | $0.00 | $0.00 | $87,384.70 | $87,384.70 | $4,369.24 | $4,369.24 |
| | | | | | | **Marketer Total:** | $0.00 | $0.00 | $662,167.61 | $662,167.61 | $52,353.26 | $52,353.26 |