WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
**In re**                                                                  :          **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :          **Case No. 08-13555 (JMP)**
:
**Debtors.**                                    :          **(Jointly Administered)**
:
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON NOVEMBER 30, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James
M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
Green, New York, NY 10004-1408

**I.      UNCONTESTED MATTERS:**

1.      Debtors' One Hundred Eighty-Sixth Omnibus Objection to Claims (Misclassified
Claims) **[ECF No. 19816]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 1 and Exhibit 2.

Status:  This matter is going forward on an uncontested basis with respect to all
claims identified in the Debtors' objection other than the claims identified on
Exhibit 1, Exhibit 2, and the claims for which the objection has been otherwise
resolved.  The hearing on the objection to the claims identified on Exhibit 1 has
been adjourned to December 21, 2011 at 10:00 a.m.  The hearing on the objection
to the claims identified on Exhibit 2 had been adjourned to January 26, 2012 at
10:00 a.m.

2.      Debtors' One Hundred Eighty-Seventh Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19817]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 3.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit 3 and the claims for which the objection has been otherwise resolved. The hearing on the objection to the claims identified on Exhibit 3 has been adjourned to December 21, 2011 at 10:00 a.m.

3.      Debtors' One Hundred Eighty-Fourth Omnibus Objection to Claims (Claims of Westernbank Puerto Rico) **[ECF No. 19415]**

Response Deadline:    September 21, 2011 at 4:00 p.m.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection.

4.      Debtors' Two Hundred Thirteenth Omnibus Objection to Claims (To Disallow and Expunge Certain Filed Proofs of Claim) **[ECF No. 20102]**

Response Deadline:    November 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 4.

Resolved Response:  None.

Related Documents:  None.

Status:  This matter is going forward solely on an uncontested basis.  The hearing on the objection to the claims identified on Exhibit 4 have been adjourned to January 26, 2012 at 10:00 a.m.

5.      Debtors' Two Hundred Fourteenth Omnibus Objection (To Disallow and Expunge Certain Filed Proofs of Claim) **[ECF No. 20103]**

Response Deadline:    November 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 5.

Resolved Responses:  None.

Related Documents:    None.

Status:  This matter is going forward solely on an uncontested basis.  The hearing on the objection to the claims identified on Exhibit 5 have been adjourned to January 26, 2012 at 10:00 a.m.  The Debtors have withdrawn their objection as to the claim on Exhibit 6.

6.    Debtors' Two Hundred Fifteenth Omnibus Objection (To Disallow and Expunge Certain Filed Proofs of Claim) **[ECF No. 20104]**

Response Deadline:    November 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 7.

Resolved Responses:  None.

Related Documents:    None.

Status:  This matter is going forward solely on an uncontested basis.  The hearing on the objection to the claims identified on Exhibit 7 have been adjourned to January 26, 2012 at 10:00 a.m.

7.    Debtors' Two Hundred Sixteenth Omnibus Objection (To Disallow and Expunge Certain Filed Proofs of Claim) **[ECF No. 20105]**

Response Deadline:    November 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 8.

Resolved Responses:  None.

Related Documents:    None.

Status:  This matter is going forward solely on an uncontested basis.  The hearing on the objection to the claims identified on Exhibit 8 have been adjourned to January 26, 2012 at 10:00 a.m.

8.    Debtors' Two Hundred Seventeenth Omnibus Objection (To Disallow and Expunge Certain Filed Proofs of Claim) **[ECF No. 20106]**

Response Deadline:    November 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 9.

Resolved Responses:  None.

Related Documents:    None.

Status:  This matter is going forward solely on an uncontested basis.  The hearing on the objection to the claims identified on <u>Exhibit 9</u> have been adjourned to January 26, 2012 at 10:00 a.m.

9.       Debtors' Two Hundred Eighteenth Omnibus Objection (To Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20107]**

Response Deadline:    November 15, 2011 at 4:00 p.m.

Adjourned Responses:  See <u>Exhibit 10</u>.

Resolved Responses:  None.

Related Documents:   None.

Status:  This matter is going forward solely on an uncontested basis.  The hearing on the objection to the claims identified on <u>Exhibit 10</u> have been adjourned to January 26, 2012 at 10:00 a.m.

10.      Debtors' Objection to the Claim of Wilmington Trust Company as Indenture Trustee (Claim No. 10082) **[ECF No. 20510]**

Response Deadline:    November 23, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis.

## II.    CONTESTED MATTERS:

11.      Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Responses:

      A.       Response of Christina Kim **[ECF No. 15337]**

      B.       Response of Procesos Controlodas S.A. de C.V. **[ECF Nos. 18512 and 22639]**

      C.       Response of Punjab National Bank (International) Limited **[ECF No. 15074]**

      D.      Response of Rakepoll Finance N.V. **[ECF No. 15847]**

      E.      Response of Sogecap **[ECF No. 15080]**

Adjourned Claims:    See Exhibit 11.

Related Documents:

      F.      Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

      G.      Debtors' Omnibus Reply **[ECF No. 22677]**

Status: This matter is going forward on a contested basis solely with respect to the Unresolved Responses.  The claims listed on Exhibit 11 have been adjourned to December 21, 2011 at 10:00 a.m.

12.     Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 16074]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Unresolved Responses:

      A.      Response of Christine Geldard **[ECF No. 16767]**

      B.      Response of Millennium Marketing & Management Pty, Ltd. **[ECF No. 16931]**

      C.      Response of Optique Pty Ltd Atf Optique Super Pension Fund (Claim Number 5712) **[ECF No. 18322]**

Related Documents:

      D.      Order Granting Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 17367]**

      E.      Debtors' Omnibus Reply **[ECF No. 22677]**

Status:  This matter is going forward on a contested basis solely with respect to the Unresolved Responses.

13.     Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 19388]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Jose Ildefonso and Mariana Aldaco **[ECF Nos. 20763 and 22640]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 20623]**

    C.    Supplemental Order Granting Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 21351]**

    D.    Debtors' Omnibus Reply **[ECF No. 22677]**

Status:  This matter is going forward on a contested basis solely with respect to the Unresolved Responses.

## III.   **ADJOURNED MATTERS:**

14.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 9983]**

Response Deadline:    August 3, 2010 at 4:00 p.m.

Adjourned Response:

    A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[ECF No. 10616]**

Related Documents:

    B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11161]**

    C.    Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12416]**

    D.    Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12678]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

15.     Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims)
        **[ECF No. 10286]**

        Response Deadline:    November 23, 2011 at 4:00 p.m.

        Related Document:

                A.      Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection
                        to Claims (Misclassified Claims) **[ECF No. 11155]**

        Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

16.     Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims)
        **[ECF No. 11260]**

        Response Deadline:    October 13, 2010 at 4:00 p.m.

        Adjourned Responses:

                A.      Response of IKB International SA **[ECF No. 11929]**

                B.      Response of Lincore Limited **[ECF No. 11922]**

                C.      Response of The Morningside Ministries **[ECF No. 11894]**

        Related Documents:

                D.      Order Granting Debtors' Thirty-Fifth Omnibus Objection to
                        Claims (Valued Derivative Claims) **[ECF No. 12425]**

                E.      Supplemental Order Granting Debtors' Thirty-Fifth Omnibus
                        Objection to Claims (Valued Derivative Claims) Solely as to
                        Certain Claims **[ECF No. 14022]**

                F.      Second Supplemental Order Granting Debtors' Thirty-Fifth
                        Omnibus Objection to Claims (Valued Derivative Claims) Solely
                        as to Certain Claims **[ECF No. 15487]**

                G.      Third Supplemental Order Granting Debtors' Thirty-Fifth
                        Omnibus Objection to Claims (Valued Derivative Claims) Solely
                        as to Certain Claims **[ECF No. 17356]**

                H.      Fourth Supplemental Order Granting Debtors' Thirty-Fifth
                        Omnibus Objection to Claims (Valued Derivative Claims) Solely
                        as to Certain Claims **[ECF No. 18175]**

        Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

17.    Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Response:

    A.    Response of John J. Dmuchowski **[ECF No. 12006]**

Related Documents:

    B.    Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12527]**

    C.    Amended Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12675]**

    D.    Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18202]**

    E.    Second Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19517]**

    F.    Notice of Adjournment of Response of John J. Dmuchowski **[ECF No. 22363]**

Status:  The hearing on the Response of John J. Dmuchowski is adjourned to January 26, 2012.  The hearing on all other claims outstanding on the Objection was previously adjourned to December 21, 2011 at 10:00 a.m.

18.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 11306]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Response:

    A.    Response of John J. Dmuchowski **[ECF No. 12006]**

Related Documents:

    B.    Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12413]**

    C.    Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18419]**

        D.      Second Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19503]**

        E.      Notice of Adjournment of Response of John J. Dmuchowski **[ECF No. 22363]**

Status:  The hearing on the Response of John J. Dmuchowski is adjourned to January 26, 2012.  The hearing on all other claims outstanding on the Objection was previously adjourned to December 21, 2011 at 10:00 a.m.

19.     Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Response:

        A.      Response of Pearl Assurance Limited **[ECF No. 12071]**

Related Documents:

        B.      Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12407]**

        C.      Supplemental Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18203]**

        D.      Notice of Adjournment of Response of Pearl Assurance Limited **[ECF No. 22364]**

Status:  The hearing on the Response of Pearl Assurance Limited is adjourned to December 21, 2011 at 10:00 a.m.  The hearing on all other claims outstanding on the Objection was previously adjourned to December 21, 2011 at 10:00 a.m.

20.     Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11978]**

Response Deadline:    November 15, 2010 at 4:00 p.m.

Adjourned Responses:

        A.      Response of BG Energy Merchants LLC **[ECF No. 12765]**

B.  Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[ECF No. 12714]**

C.  Response of Telecom Italia Finance SA **[ECF No. 12951]**

D.  Response of Tenor Opportunity Master Fund, Ltd. **[ECF No. 12698]**

Related Documents:

E.  Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13164]**

F.  Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

G.  Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

H.  Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14023]**

I.  Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14791]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

21.  Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 13295]**

Response Deadline:    January 6, 2011 at 4:00 p.m.

Related Documents:

A.  Order Granting Debtors' Seventy-Third Omnibus Objection [**ECF No. 14025**]

B.  Supplemental Order Granting Debtors' Seventy-Third Omnibus Objection [**ECF No. 14776**]

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

22.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 12 and 13.

      A.    Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13616]**

      B.    Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14019]**

      C.    Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14785]**

      D.    Third Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17365]**

      E.    Fourth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18421]**

      F.    Fifth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18709]**

      G.    Sixth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19519]**

      H.    Seventh Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20603]**

Status:  The hearing on the claims listed on Exhibit 12 has been adjourned to December 21, 2011 at 10:00 a.m. The claim identified on Exhibit 13 attached hereto has been adjourned to January 26, 2012 at 10:00 a.m.

23.    Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of ICCREA Banca S.P.A. **[ECF No. 13792]**

    B.    Response of Norddeutsche Landesbank Girozentrale **[ECF No. 13794]**

Related Documents:

    C.    Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15601]**

    D.    Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

24.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14490]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Brevan Howard Master Fund **[ECF No. 15079]**

    B.    Response of LINC-Redondo Beach Seniors, Inc. **[ECF No. 15085]**

    C.    Response of Parkcentral Global Hub Limited **[ECF No. 17215]**

    D.    Response of SPCP Group LLC: Transferor: Tiffany & Co. **[ECF No. 14983]**

Related Documents:

    E.    Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15501]**

    F.    Supplemental Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17348]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

25.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of  Eva Schwabmueller **[ECF No. N/A]**

Related Document:

    B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 15524]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

26.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Document:

    B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

Status:  The hearing on the objection to the claims identified on Exhibit 14 has been adjourned to December 21, 2011 at 10:00 a.m.

27.    Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15003]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Bayerische Landesbank **[ECF No. 15922]**

    B.    Response of SPCP Group, LLC: Transferor Central European Media Enterprises, Ltd. **[ECF No. 15921]**

Related Documents:

    C.    Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16339]**

D.     Amended Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16981]**

E.     Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17357]**

F.     Second Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18425]**

G.     Third Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18705]**

H.     Fourth Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21373]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

28.     Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 15014]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 15.

Related Documents:

A.     Order Granting Debtors One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 16342**]

B.     Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 17358**]

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m. as to the claims on Exhibit 15 attached hereto.

29.     Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

    B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified above has been adjourned to December 21, 2011 at 10:00 a.m.

30.    Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16114]**

    Response Deadline:    May 18, 2011 at 4:00 p.m.

    Status:  This matter is adjourned to December 21, 2011 at 10:00 a.m.

31.    Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16117]**

    Response Deadline:    May 18, 2011 at 4:00 p.m.

    Adjourned Responses:

    A.    Response of Alphadyne International Master Fund, Ltd.**[ ECF No. 16930]**

    B.    Response of BGI Fixed Income Global Alpha Fund Ltd. **[ECF No. 16888]**

    C.    Response of Bracebridge Capital, LLC Entities **[ECF No. 16925]**

    D.    Response of CMC Magnetics Corporation **[ECF No. 16889]**

    E.    Response of Gazprombank Mortgage Funding 2 S.A **[ECF No. 16863]**

    F.    Response of High River Limited Partnership/Icahn Partners Entities **[ECF No. 16924]**

    G.    Response of KSC Affordable Housing Investment Fund LLC **[ECF No. 16948]**

    H.    Response of Piney Branch Park Inc. **[ECF No. 17942]**

Related Document:

 I. Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17363]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

32. Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16860]**

Response Deadline: May 18, 2011 at 4:00 p.m.

Adjourned Response:

 A. Response of Keybank National Association **[ECF No. 17694]**

Related Documents:

 B. Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18181]**

 C. Supplemental Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 21349**]

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

33. Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline: June 15, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

34. Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 16853]**

Response Deadline: June 15, 2011 at 4:00 p.m.

Unresolved Response:

 A. Response of Glitnir Banki hf **[ECF No. 17729]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 18179]**

    C.    Supplemental Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 21375]**

Status:  The hearing on the Objection as to the claims of Banque Safdie (Claim No. 33557) and Glitnir Banki hf (Claim No. 27419) has been adjourned to December 21, 2011 at 10:00 a.m.

35.    Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 17478]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Unresolved Responses:

    A.    Response of Hunton & Williams LLP **[ECF No. 20762]**

    B.    Response of Right Management Incorporated **[ECF No. 22019]**

Related Documents:

    C.    Order Granting Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 18711]**

    D.    Supplemental Order Granting Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19508]**

Status:  The hearing on all Unresolved Responses has been adjourned to December 21, 2011 at 10:00 a.m.  The hearing on all other claims outstanding on the Objection was previously adjourned to December 21, 2011 at 10:00 a.m.

36.    Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17468]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of QVT Fund LP and Quintessence Fund LP **[ECF Nos. 19206 & 19207]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18706]**

    C.    Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19520]**

    D.    Second Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20625]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

37.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 17469]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

38.    Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 18407]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19510]**

    B.    Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 20395]**

    C.    Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 21046]**

Status: The hearing on the Objection as to the claims of Arc Capital & Income PLC (Claim No. 60892) and Corner Banca SA (Claim No. 45218) has been adjourned to December 21, 2011 at 10:00 a.m.

39.  Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]**

Response Deadline:   August 10, 2011 at 4:00 p.m.

Related Documents:

    A.   Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 19522]**

    B.   Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely as to Certain Claims **[ECF No. 20393]**

    C.   Supplemental Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 20624]**

Status:  The hearing on the Objection as to the claims of HBK Master Fund L.P. (Claim Nos. 19275 and 19276) has been adjourned to January 26, 2012 at 10:00 a.m.

40.  Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims **[ECF No. 18405]**

Response Deadline:   August 10, 2011 at 4:00 p.m.

Adjourned Responses:

    A.   Response of Cascade Investment, L.L.C. **[ECF No. 19349]**

    B.   Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

    C.   Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC  **[ECF No. 19101]**

    D.   Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

    E.   Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

    F.   Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

    G.   Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103]**

    H.   Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

I.       Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

J.       Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

K.       Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

L.       Response of Zephyr Recovery II-C **[ECF No. 19109]**

Related Documents:

M.       Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19518]**

N.       Supplemental Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21374]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

41.    Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 18409]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

42.    Debtors' One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 19378]**

Response Deadline: September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

43.    Debtors' One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19396]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 16.

Related Documents:

A.       Order Granting Debtors' One Hundred Eightieth Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 20628**]

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m. as to the claims on Exhibit 16 attached hereto.

44.    Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 19871]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 17.

Related Document:

    A.    Order Granting Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) [**ECF No. 21348**]

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m. as to the claims on Exhibit 17 attached hereto.

45.    Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Related Documents:    None.

Unresolved Responses

    A.    Response of Marquette Financial Companies **[ECF No. 20821 ]**

    B.    Response of Highland Credit Strategies Master Fund, L.P. **[ECF No. 22051]**

    C.    Response of ICP Credit Income Master Fund **[ECF. No. N/A]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

46.    Debtors' One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) **[ECF No. 19873]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses

    A.    Response of Susan Stashower **[ECF. No. 20728]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

47.    Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Adjourned Responses:

  A. Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

  B. Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

  C. Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Related Document:

  D. Order Granting Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21397]**

Status: This matter has been adjourned to December 21, 2011 at 10:00 a.m.

48.    Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19902]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

  A. Response of AllianceBernstein L.P. **[ECF No. 20799]**

  B. Response of Carol Bunevich **[ECF No. 20819]**

  C. Response of Pictet & Cie and Bank Julius Baer & Co. Ltd. **[ECF No. 21975]**

Related Document:

  D. Order Granting Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 21379]**

Status:  The hearing on the Objection as to the Unresolved Responses has been adjourned to December 21, 2011 at 10:00 a.m.

49.    Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19903]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

      A.    Response of B. Gene Carter **[ECF No. 22220]**

      B.    Response of Michael and Ellen Sobo **[ECF No. 21517]**

      C.    Response of Scott and Heidi Sobo **[ECF No. 21518]**

      D.    Response of Suryan Family Trust **[ECF No. 21605]**

      E.    Response of Thabit Family Trust **[ECF No. 21558]**

      F.    Response of David Schwartz **[ECF No. 21579]**

      G.    Response of Martin Burger **[ECF No. N/A]**

      H.    Response of Chris Westfahl **[ECF No. 21542]**

      I.    Response of Eric Sheppard **[ECF No. 21530]**

      J.    Response of James and Rosemary Thomas **[ECF No. 21525]**

Related Document:

      K.    Order Granting Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 21401]**

Status:  The hearing on the Objection as to the Unresolved Responses has been adjourned to December 21, 2011 at 10:00 a.m.

50.    Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19921]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

      A.    Response of A.M. Best Company **[ECF No. 21213]**

      B.    Response of Owen H. & Leatrice Joiner **[ECF No. 21211]**

C.    Response of Municipal Securities Rulemaking Board **[ECF No. 20810]**

D.    Response of John Rosekrans **[ECF No. 21220]**

Related Document:

E.    Order Granting Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 21354]**

Status:  The hearing on the Objection as to the Unresolved Responses and the claim of Paul, Weiss, Rifkind, Wharton & Garrison LLP (Claim No. 14176) has been adjourned to December 21, 2011 at 10:00 a.m.

51.    Debtors' Two Hundred Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 21083]**

Response Deadline:    December 7, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

52.    Debtors' Two Hundred Ninth Omnibus Objection to Portions of Claim Nos. 29883 and 29879 Filed by Citibank, N.A. and Citigroup Global Markets, Inc. **[ECF No. 20030]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Related Document:

A.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 20031]**

Status:  The hearing on the objection to the claims identified above has been adjourned to December 21, 2011 at 10:00 a.m.

53.    Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed **[ECF No. 12072]**

Response Deadline:    November 3, 2010 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Notice of Adjournment of Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed **[ECF No. 22364]**

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

54.     Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[ECF No. 12074, 12075, 12076 and 12078]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Amendments to the Response of Symphony Asset Management LLC **[ECF Nos. 12301, 12304 and 12305]**

    B.    Notice of Adjournment of Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[ECF No. 22367]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

55.     Cross-Motion of John Dmuchowski for Entry of an Order Permitting Late Filing of Claims **[ECF No. 12007]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11307]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

56.     Debtors' Objection to Proofs of Claim Filed By 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) **[ECF No. 18397]**

Response Deadline:    August 18, 2011 at 4:00 p.m.

Response Received:

    A.    Opposition of 6785778 Canada Inc. and 2138747 Ontario Ltd. **[ECF No. 19315]**

Related Document:

    B.    Notice of Adjournment of Debtors' Objection to Proofs of Claim Filed By 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) **[ECF No. 22366]**

Status:  This matter has been adjourned to February 22, 2011 at 10:00 a.m.

57.    Debtors' Objection to Proof of Claim No. 23713 Filed by PHH Mortgage Corporation **[ECF No. 20080]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Responses:  None.

Related Documents:    None.

Status:  The hearing on the objection to the claim identified above has been adjourned to December 21, 2011 at 10:00 a.m.

58.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:    None.

Status:  The hearing on the objection to the claim identified above has been adjourned to December 21, 2011 at 10:00 a.m.

59.    Debtors' Objection to Claim Nos. 22886, 23011, 23024 (Duplicative of Indenture Trustee Claim) **[ECF No. 20836]**

Response Deadline:    November 14, 2010 at 4:00 p.m.

Response Received:

    A.    Objection of Commingled Pension Trust Fund (Core Bond) of JPMorgan Chase Bank, N.A.,  **[ECF No. 22053]**

Related Documents:    None.

Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

60.     Debtors' Motion for Authorization to Monetize Equity Interests in Neuberger
        Berman Group LLC **[ECF No. 21847]**

Response Deadline:    November 23, 2010 at 4:00 p.m.

Responses Received:  None.

Related Document:    None.

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.


Dated: November 29, 2011
       New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

Exhibit 1

(**One Hundred Eighty-Sixth** Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19816]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEUTSCHE BANK AG LONDON BRANCH | 24257 |
| DEUTSCHE BANK AG LONDON BRANCH | 24258 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18474 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18475 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18476 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 65602 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18477 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18480 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18478 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18479 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST | 18481 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, | 18482 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND | 18484 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18491 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18492 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18493 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18494 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18495 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18497 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18496 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18498 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18499 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18500 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18501 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18502 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18503 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18506 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18507 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18510 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18512 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18483 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL-MART LEASE BACKED | 18541 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST | 18540 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST | 18514 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18523 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18528 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18524 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | 18533 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | 18534 |
| SHELL TRADING INTERNATIONAL LTD | 26243 |
| SKANDINAVISKA ENSKILDA BANKEN AB | 26483 |
| SKANDINAVISKA ENSKILDA BANKEN AB | 26485 |
| GMAC MORTGAGE, LLC | 25913 |

<u>Exhibit 2</u>

(**<u>One Hundred Eighty-Sixth</u>** Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19816]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| AIG MARKETS INC. FKA AIG CDS, INC | 34194 |
| AIG MARKETS INC. FKA AIG CDS, INC | 34198 |
| HOLLAND HOME | 18238 |
| HOLLAND HOME | 18239 |
| HOLLAND HOME | 18240 |

<u>Exhibit 3</u>

(**<u>One Hundred Eighty-Seventh</u>** Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19817]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| HSBC BANK PLC | 18218 |
| SHELL TRADING (US) COMPANY | 15939 |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | 24182 |
| SKANDINAVISKA ENSKILDA BANKEN AB | 26481 |
| SKANDINAVISKA ENSKILDA BANKEN AB | 26482 |
| WESTLB AG | 30100 |
| CORY WISHENGRAD | 20183 |

Exhibit 4

(**<u>Two Hundred Thirteenth</u>** Omnibus Objection (To Disallow and
Expunge Certain Filed Proofs of Claim) **[ECF No. 20102]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| A.VAN WOENSEL | 52186 | 21501 |
| JOHANNA LEISSE | 36481 | 21547 |
| FRITZ LEISSE | 36479 | 21550 |
| MARIUS STANKOWEIT | 35620 | 21575 |
| PHILIP STANKOWEIT | 36103 | 21612 |
| HENRY MANZANO HALEBY | 36737 | 21618 |
| FRANK COLE | 37020 | 21648 |
| ISABEL MARIA YARNOZ DIEZ | 37669 | 21698 |
| CLARA DIEZ EZCURRA | 37672 | 21714 |
| MONIKA LEISSE-STANKOWEIT | 65631 | 21631 |
| JOSE LECUE SALCEDO | 55068 | N/A |
| LUIS MIGUEL DA SILVEIRA RIBEIRO VAZ | 36305 | N/A |
| HEINZ-JOACHIM ELBE | 24466 | N/A |
| ENRIQUE VILLAGRASA MARTINEZ | 41489 | N/A |
| INTERNATIONAL DOMESTIC BALANCED FUND | 51600 | N/A |
| MARIA AGUEDA MATEOS ESCUDERO | 46683 | N/A |
| BLAS PEREZ GARCIA | 57034 | N/A |
| DOTSON INVESTMENTS | 47035 | 22023 |
| MARIA PILAR BARNUEVO VIGIL DE QUNINONES | 44436 | N/A |
| GESTION PARTICIPATIVA ZZI, S.L. | 50526 | N/A |
| ZEELAND INTERNATIONAL LIMITED | 37379 | 22265 |

| | | |
|---|---|---|
| FORLER CHANTAL CATHERINE | 43231 | 22310 |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | 50562 | 22320 |
| BANQUE POPULAIRE COTE D' AZUR | 37176 | 22304 |

<u>Exhibit 5</u>

(**<u>Two Hundred Fourteenth</u>** Omnibus Objection (To Disallow and
Expunge Certain Filed Proofs of Claim) **[ECF No. 20103]** – Adjourned Responses)

| CLAIMANT | CLAIM NO. | ECF NO. |
|---|---|---|
| KLAUS PETER SAUER | 34579 | 21504 |
| BANQUE POPULAIRE COTE D' AZUR | 37175 | 22304 |
| ADVENTIST UNION LIMITED | 40232 | 21529 |
| ATIL BIROL | 10985 | 21659 |
| SYLVIA GARCIA PASTORI | 36815 | 21687 |
| JUAN ENRIQUE LLOVET GARCIA | 36808 | 21687 |
| MARIA DOLORES LLOVET GARCIA | 36810 | 21687 |
| MARIA ISABEL LLOVET GARCIA | 36806 | 21687 |
| JAUN ENRIQUE LLOVET RUBIO | 36809 | 21687 |
| SURPLUS LINK LIMITED | 37507 | N/A |
| ALBERTO BORRINO | 41133 | N/A |
| PRIMAX INTERNATIONAL INVESTMENTS LTD. | 40370 | N/A |
| EDUARDO RAFAEL SCHIARTITI | 36819 | N/A |
| AMR SAMIR MOHAMED ZAKI ABDEK KADER | 36674 | N/A |
| GRACE SIN YU FUNG | 36560 | N/A |
| MIDDLE EAST SHIPPING | 44060 | N/A |
| BANQUE BEMO SAL | 13115 | N/A |
| BANQUE BEMO SAL | 13118 | N/A |
| WONG HUNG YING | 43442 | N/A |
| LIONEL DARDO OCCHINONE | 47474 | 21853 |
| RAJIV JAIN & RIPPAN JAIN | 6161 | N/A |

| | | |
|---|---|---|
| IP LAM SANG & TSE SIU MUI | 45386 | |
| MARGARITA ROLDOS | 36818 | 22273 |
| MARGARITA MICHELINI | 36811 | 22302 |
| JORGE ROLDOS | 36814 | 22272 |
| CAROLINA DE BAEREMAECKER | 36813 | 22274 |
| MIRTA BESSIO | 47444 | 22268 |
| DANIEL NEMOY | 36817 | 22307 |
| LUNG TAK CHUNG J, TONG YUK KWAN | 47294 | 22311 |
| LUNG TAK CHUNG J, TONG YUK KWAN | 47296 | 22311 |
| FERNANDO MARTIN ANCHORENA | 55675 | 22316 |
| KADER, SAMIR AMR MOHAMED ZAKI ABDEL | 36674 | 22214 |
| WILHELM KRAEMER | 55124 | 22349 |
| ANDRES LINUESA SANCHEZ | 42390 | 22551 |
| NIKESH DARYANI<br>NEELAM DARYANI<br>PARASRAM DARYANI<br>VIKAS DARYANI | 36634 | 22507 |
| NIKESH DARYANI<br>NEELAM DARYANI<br>PARASRAM DARYANI<br>VIKAS DARYANI | 36639 | 22507 |
| NIKESH DARYANI<br>NEELAM DARYANI<br>PARASRAM DARYANI<br>VIKAS DARYANI | 59233 | 22507 |
| CHARLES AND PATTY TU | 55003 | 22510 |
| CARIDAD AND ALLEN ANTONIO TAN | 45610 | 22511 |

| | | |
|---|---|---|
| SHYH-AN SU<br>SHIOUW-CHIN SU LUO | 40346 | 22512 |
| ROSA TE CHEN | 40968 | 22513 |
| LIN WEN YEN<br>LIN-CHOU CHIANG HUA | 41316 | 22514 |
| PO WAN LUK<br>KIT CHE FAN<br>KITTY KIT TAK FAN<br>A CHEUNG FAN KIT LING | 41254 | 22515 |
| TSU SHIU LEE<br>YEN SHU MEEI LEE | 42343 | 22523 |
| PETER AND ROSE CHAN | 41639 | 22524 |
| BUOYANG HILL CORPORATION | 45682 | 22525 |
| RIDGECREST HOLDINGS LTD. | 46589 | 22526 |
| PINKY LIMITED | 42614 | 22527 |
| MM2275.CO.LTD | 40397 | 22528 |
| TACTICS LIMITED | 54791 | 22529 |
| BLOOMINGDALE'S INTERNATIONAL<br>VENTURES LTD. | 45086 | 22534 |
| LUMINANCE VENTURES LTD. | 40810 | 22537 |
| SUWANG-SUN CO LTD. | 40811 | 22540 |
| MATRIX CONTROL LTD. | 40812 | 22542 |
| CHINA UNIQUE HOLDINGS LTD. | 40813 | 22545 |
| CHIPHAR CORP. | 40814 | 22546 |
| YETTI LTD. | 40541 | 22548 |
| ALEJANDRO DIEGO DUARTE | 61645 | N/A |

<u>Exhibit 6</u>

(**Two Hundred Fourteenth** Omnibus Objection (To Disallow and
Expunge Certain Filed Proofs of Claim) **[ECF No. 20103]** – Withdrawn Response)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| GOLDMAN SACHS INTERNATIONAL<br>ATTN: JOHN TRIBOLATI & CAROLINE CARR<br>PETERBOROUGH COURT<br>133 FLEET STREET<br>LONDON, EC4A 2BB | 58849 |

Exhibit 7

(**Two Hundred Fifteenth** Omnibus Objection (To Disallow and
Expunge Certain Filed Proofs of Claim) **[ECF No. 20104]** – Adjourned Responses)

| CLAIMANT | CLAIM NO. | ECF NO. |
|---|---|---|
| ALEJANDRO DIEGO DUARTE | 61645 | N/A |
| ROSA MARIA CALZADA REBOLLEDO & CLAUDIA ELENA SHARPE CALZADA | 56936 | 21715 |
| ERNESTO JAVIER ALMADA GONZALEZ & ANA MARIA GOMEZ MUNDO | 51285 | 21500 |
| FRANCISCO OROZCO COVARRUBIAS | 51092 | 21503 |
| MONICA DIAZ CLARK | 49486 | 21510 |
| ALICIA GONZALEZ, RUBEN GARCIA CONZALEZ, & ENRIQUE G. GARCIA | 51597 | 21511 |
| OCTAVIO VELASCO RUVALCABA, MARGARITA SEVILLA, & OCTAVIO VELASCO SEVILLA | 50683 | 21513 |
| HECTOR CASTELLANOS RAMIREZ & LILLIAN FRANK DE CASTELLANOS | 50682 | 21514 |
| ETHELA M. GUZMAN ALDANA | 51091 | 21516 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 56046 | 21520 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 57713 | 21521 |
| JAIME HERNANDEZ GALLEGO & REGINA HERNANDEZ TERCERO | 50393 | 21539 |
| TAHRA HOLDINGS | 57049 | 21574 |
| MA. DE LA PAZ GOMEZ FLORES, MA. DEL REFUGIO GOMEZ FLORES, SALVADOR GOMEZ FLORES | 56949 | 21677 |
| HERMINIA CASTANEDA SANROMAN & SILVIA H. RAMIREZ CASTANEDA | 50842 | 21681 |
| DAVID JESUS ALPIZAR CARRILLO & MARISSA NAVARRETE SIERRA | 49481 | 21686 |

| | | |
|---|---|---|
| JOSE FRANCISCO D'LUNA CANTON, VERONICA V. D'LUNA ASCENCIO, CYNTHIA P. D'LUNA ASCENCIO, LILIANA ASCENCIO DE LUNA, JACQUELINE I. D'LUNA ASCENCIO | 65592 | 21688 |
| PATRICIA DE GUADALUPE PARAMO & JOSE MA DE LOS ANGELES OLIVEROS | 65675 | 21696 |
| GEORGINA MARGARITA GONZALEZ | 49490 | 21701 |
| JOSE RICARDO ALCALA LUNA, ANA MARIA OCAMPO FLORES | 56480 | 21712 |
| JANUS SYSTEMS S.A. | 55211 | N/A |
| ANTONIA BRICENO VARGAS & PATRICIA DE LA R. DE BRINCENO | 49488 | N/A |
| JOSEFINA FLORES OCHOA & SERGIO LEAL FLORES | 64860 | N/A |
| JOSEFINA FLORES OCHOA & SERGIO LEAL FLORES | 64859 | N/A |
| JOSEFINA FLORES OCHOA & JOSEFINA LEAL FLORES | 64861 | N/A |
| EDUARDO CAMERENA PADILLA, MA DE LA LUZ CAMARENA PADILLA | 56943 | N/A |
| ROSA EVELIA CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56944 | N/A |
| ROSA EVELIA CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56945 | N/A |
| ROSA EVELIA CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56944 | N/A |
| SOCORRO CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56942 | N/A |
| ANA MARIA PRECIAT DE MENENDEZ | 51128 | N/A |
| GREGORIO BLASCO MARTIN & NATIVIDAD MARTINEZ FARCIA | 60503 | N/A |

| | | |
|---|---|---|
| ANTONIO WALKER TOUCHE IRMA OLVERA DE WALKER | 50394 | N/A |
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 57373, 57539 | 21998 |
| LOYDS TSB BANK PLC (GENEVA BRANCH) | 55516 | 22008 |
| LOYDS TSB BANK PLC (GENEVA BRANCH) | 55506 | 22011 |
| LOYDS TSB BANK PLC (GENEVA BRANCH) | 55515 | 22012 |
| LOYDS TSB BANK PLC (GENEVA BRANCH) | 55517 | 22013 |
| LOYDS TSB BANK PLC (GENEVA BRANCH) | 55508 | 22014 |
| LAMITA JABBOUR | 56189 | 22020 |
| SOUAD SALAME | 67350 | 22135 |
| SAEZ JORGE, CONCEPCION | 60501 | 22243 |

Exhibit 8

(**Two Hundred Sixteenth** Omnibus Objection (To Disallow and
Expunge Certain Filed Proofs of Claim **[ECF No. 20105]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55502 | 22015 |
| VALLETTA P.L.C. | 58114 | 22173 |
| WONG CHIN PANG (ALEX) | 56671 | 22262 |
| BANQUE PRIVEE EDMOND DE ROTHSCHILD S.A. | 46890 | 22334 |
| BANQU SAFDIE SA | 65272 | 22348 |
| SERVE FEIJ | 63000 | 22251 |

<u>Exhibit 9</u>

(**<u>Two Hundred Seventeenth</u>** Omnibus Objection (To Disallow and
Expunge Certain Filed Proofs of Claim [**ECF No. 20106**] **–** Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| CLARIDEN LEU LIMITED | 55813 | 22017 |
| THE ROYAL BANK OF SCOTLAND PLC | 59649 | 21989 |
| DEKA INVESTMENT GMBH | 58964 | 21996 |
| RIC-OMIGSA GLOBAL FUND | 60874 | 22029 |

Exhibit 10

(**Two Hundred Eighteenth** Omnibus Objection (To Disallow and
Expunge Certain Filed Proofs of Claim **[ECF No. 20107]** – Adjourned Responses)

| CLAIMANT | CLAIM NO. | ECF NO. |
|---|---|---|
| STEPHEN C. RESTELLI | 25478 | 21541 |

Exhibit 11

(**<u>Ninety-Second</u>** Omnibus Objection to Claims (No Blocking
Number LPS Claims) **[ECF No. 14472]** – Adjourned Claims)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| AMONN-DINGER, VERENA | 11169 | N/A |
| BAUMHEIER, KATJA | 11170 | N/A |
| BAUMHEIER, KATJA | 11171 | N/A |
| BAYER, DR. INGEBORG | 12425 | N/A |
| BAYER, DR. INGEBORG | 12426 | N/A |
| BECKER, DR. KLAUS | 13631 | N/A |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROSCHK, DIETER | 13637 | N/A |
| CZYGANOWSKI, SIEGFRIED | 13610 | N/A |
| FASSBENDER, MARIA | 13638 | N/A |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | N/A |
| GANSER, ALBERT | 24995 | N/A |
| GETTE, HELENE | 12444 | N/A |
| HASSE, KLAUS-DIETER | 13628 | N/A |
| HEINZEN, HANS | 11178 | N/A |
| HIRSCH, KURT | 11179 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | N/A |
| JAHN, URSULA & HORST | 24987 | N/A |
| JANSEN, WALTER | 34350 | N/A |
| JANSEN, WALTER | 34347 | N/A |
| JONAS, PETER AND HEIKE | 13605 | N/A |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| KAPALLA, KURT | 12448 | N/A |
| KELLNER, MARTIN | 11181 | N/A |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | N/A |
| KRAWINKEL, ODO | 12427 | N/A |
| KRAWINKEL, ODO | 12428 | N/A |
| KUHNAST, FRANK-ROLAND | 67258 | N/A |
| LEWIN, JOERG | 34348 | N/A |
| LUCKS, IIONA | 24996 | N/A |
| LUKOSCHEK, WOLFGANG | 13611 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2794 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2795 | N/A |
| MARTINEZ SABE, HECTOR RAUL | 31404 | N/A |
| MASTALEREK, MICHAEL | 11187 | N/A |
| MITTMANN, HANA | 24990 | N/A |
| MUELLER, WILFRIED | 24991 | N/A |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | N/A |
| OBERKERSCH, BEATRICE | 11191 | N/A |
| POSCH, MANFRED | 12441 | N/A |
| RAKE, FRANK-REINER | 11192 | N/A |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RODRIGUEZ, KARSTEN | 13621 | N/A |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | N/A |
| SCHMIDT, KARIN | 11197 | N/A |
| SCHMIDT, RA PETRA | 11198 | N/A |
| SCHMITZ, HERBERT | 24982 | N/A |
| SCHMITZ, HERBERT | 24983 | N/A |
| SCHMITZ, HERBERT | 24960 | N/A |
| SCHMITZ, HERBERT | 24984 | N/A |
| SCHOBER, HANS-JOACHIM | 13634 | N/A |
| SCHOBER, MARITA | 13635 | N/A |
| SCHWEBIUS, SANDRA | 11199 | N/A |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | N/A |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | N/A |
| STANGE, HANS-JOACHIM | 12440 | N/A |
| STEINFORT, SILVIA | 11201 | N/A |
| STEINFORT, SILVIA | 11203 | N/A |
| STEINFORT, SILVIA | 11202 | N/A |
| STEINMUELLER, DR. BERND & HILDEGARD | 13603 | N/A |
| TALREJA, ROHINI | 4983 | N/A |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| THOEMEL, HEINZ | 11207 | N/A |
| UTTENDORF, WILFRIED | 57811 | N/A |
| VOLK, HELMUT UND ANNEMARIE | 11209 | N/A |
| VON DER HEYDE, PHILIP | 11210 | N/A |
| WARTAK, BEATE | 11211 | N/A |
| WEBER HANS-HERMANN | 67237 | N/A |
| WEBER HANS-HERMANN | 67236 | N/A |
| WEBER HANS-HERMANN | 67239 | N/A |
| WEIDLICH, JOERG | 13642 | N/A |
| WEISS, RENATE | 11212 | N/A |
| WENZEL, PETER | 11213 | N/A |
| WERNER, FRIEDHELM AND IRENE | 13615 | N/A |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | N/A |
| WITTIG, HANSPETER | 57824 | N/A |
| WOLSKI, MIECZYSLAW | 61159 | N/A |
| WOLSKI, MIECZYSLAW | 61160 | N/A |
| WOLSKI, MIECZYSLAW | 61191 | N/A |
| ZELLINGER, ERNST | 11224 | N/A |

Exhibit 12

(**Sixty-Seventh** Omnibus Objection to Claims (Valued
Derivative Claims) **[ECF No. 12533]** – Adjourned Responses)

| CLAIMANT NAME | ECF NO. |
|---|---|
| RESPONSE OF KILROY REALTY, LP | N/A |
| RESPONSE OF CSP II USIS HOLDINGS LP | 13078 |
| RESPONSE OF MITSUI & CO. COMMODITY RISK MANAGEMENT LIMITED | 13113 |
| RESPONSE OF FEDERAL HOME LOAN BANK OF DES MOINES | 13156 |
| RESPONSE OF E-CAPITAL PROFITS LIMITED | 13166 |
| RESPONSE OF LOEB ARBITRAGE B FUND LP, LOEB ARBITRAGE FUND, LOEB OFFSHORE B FUND LTD., AND LOEB OFFSHORE FUND LTD. | 13217 |
| RESPONSE OF SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD, AS SUCCESSOR TO CERTAIN CLAIMS OF ALLIANCE LAUNDRY SYSTEMS LLC | 13218 |
| RESPONSE OF AOZORA BANK, LTD. | 13220 |
| RESPONSE OF MARINER LDC | 13222 |
| RESPONSE OF TRICADIA CAPITAL MANAGEMENT, LLC, ON BEHALF OF TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND, LTD. | 13223 |
| RESPONSE OF VENOCO, INC. | 13205 |
| RESPONSE OF MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD. | 13224 |
| RESPONSE OF ICM BUSINESS TRUST | 13226 |
| RESPONSE OF CANYON BALANCED MASTER FUND, LTD., CANYON CAPITAL ARBITRAGE MASTER FUND, LTD., CANYON VALUE REALIZATION FUND (CAYMAN), LTD., AND CANYON VALUE REALIZATION FUND, L.P. | 13227 |
| RESPONSE OF MERRILL LYNCH CREDIT PRODUCTS, LLC | 13229 |
| RESPONSE OF ROSS FINANCIAL CORPORATION | 13232 |

| | |
|---|---|
| RESPONSE OF COMMONWEALTH BANK OF AUSTRALIA | 13242 |
| RESPONSE OF NATIONAL BANK OF CANADA | 13247 |
| RESPONSE OF NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. | 13402 |
| RESPONSE OF CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | 14020 |
| RESPONSE OF ROYAL CHARTER PROPERTIES – EAST, INC. | 15918 |
| RESPONSE OF CHINA MINSHENG BANKING CORP., LTD. | 20984 |
| OBJECTION TO THE CLAIMS OF NEW SOUTH FEDERAL SAVINGS BANK, F.S.B | N/A |

<u>Exhibit 13</u>

(**Sixty-Seventh** Omnibus Objection to Claims (Valued
Derivative Claims) **[ECF No. 12533]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| MERRILL LYNCH CREDIT PRODUCTS, LLC | N/A |

<u>Exhibit 14</u>

(**<u>Ninety-Seventh</u>** Omnibus Objection to Claims
(Insufficient Documentation) **[ECF No. 14492]** – Adjourned Matters)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK, N.A. | 16353, 16382, 16389, 19239, 25648 |
| U.S. BANK NATIONAL ASSOCIATION TRANSFEROR: BANK OF AMERICA NATIONAL ASSOCIATION[1] | 19289 |
| U.S. BANK NATIONAL ASSOCIATION, AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TRANSFEROR:  BANK OF AMERICA, NATIONAL ASSOCIATION[2] | 15989, 15992, 15993, 15994, 15995, 15996, 16016, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 19237, 19238, 19240, 19241, 19242, 19243, 19244, 19245, 19246, 24349, 24582, 25654 |
| U.S. BANK NATIONAL ASSOCIATION TRANSFEROR:  BANK OF AMERICA, NATIONAL ASSOCIATION[3] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| DEUTSCHE BANK, NATIONAL TRUST COMPANY, AS TRUSTEE | 18542 |

[1] Claim transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed May 31, 2011 [ECF No. 17234].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [ECF No. 17904].

[3] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [ECF No. 20739].

<u>Exhibit 15</u>

(**<u>One Hundred Twelfth</u>** Omnibus Objection to Claims (Invalid
Blocking Number LPS Claims) **[ECF No. 15014]** – Adjourned Matters)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| CAM-QUE KEVIN LIEU | 41587 | 16054 |
| INVESTERINGSSELSKABET AF 11.12.1990 APS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| LUCIA DEL CAMPO | 37187 | N/A |
| BANQUE CANTONALE DU VALAIS | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

Exhibit 16

(**One Hundred Eightieth** Omnibus Objection to Claims (Invalid
Blocking Number LPS Claims) **[ECF No. 19396]** – Adjourned Matters)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| INVERELL SHIRE COUNCIL | 18687 | 20143 |
| CENTRAL BANCO UNIVERSAL | 62725 | 22006 |

<u>Exhibit 17</u>

(**<u>One Hundred Eighty-Eighth</u>** Omnibus Objection to Claims
(Duplicative LPS Claims) **[ECF No. 19871]** – Adjourned Matters)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| MITSUI SECURITIES, CO., LTD. | 62852 | 20825 |
| HORIZON II INTERNATIONAL LIMITED | 62720 | 22005 |
| AGRICULTURAL BANK OF TAIWAN | 65952 | N/A |