WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                  :

In re                                :      Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :      08-13555 (JMP)

          Debtors.                       :      (Jointly Administered)
------------------------------------------------------------------------------x

**SUPPLEMENTAL NOTICE OF**
**ADJOURNMENT OF DEBTORS' TWO HUNDRED**
**SIXTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43868728\01\58399.0008

Dated: November 29, 2011
     New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

# Exhibit A

# Adjourned Claims:

| Claimant | Claim no. |
| --- | --- |
| Andorra Banc Agricol REIG, S.A. | 63849 |