WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :  Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :  08-13555 (JMP)
                                              :
              Debtors.                        :  (Jointly Administered)
                                              :
                                              :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS' SEVENTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS**
**OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  November 29, 2011
       New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Andrew Allard | 11044 |
| Ian Anderson | 12809 |
| Edmund Craston | 17879 |
| Charles Diccianni | 12314 |
| Kathleen C. Duffy | 21911 |
| Robert C. Dyer | 28012 |
| Sheryl Goldman | 10029 |
| Michael Gran | 23900 |
| Andrea T. Jao | 5340 |
| Craig Kellard | 12821 |
| Judith Ann Kenney | 13929 |
| Mary E. Langevin | 24675 |
| Samantha Malthouse | 9428 |
| Barbara Muinos | 11043 |
| Gavin Netzel | 12806 |
| Richard Noble | 14197 |
| Andrea Penton | 12044 |
| Paul Nigel Shotton | 21362 |
| Gregg Somma | 24373 |
| Christopher Statham | 15690 |
| Andrea Sullivan | 13087 |
| Ian Toal | 12811 |
| Colin S. A. Welch | 13290 |