CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile: (212) 541-5369
David M. LeMay

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                          :     Chapter 11 Cases
                                                               :
LEHMAN BROTHERS HOLDINGS INC. et al.,   :     08-13555 (JMP)
                                                               :
                                  Debtors.                  :     Jointly Administered
------------------------------------------------------------------------x

THIRD AMENDED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
REGARDING REPRESENTATION OF MULTIPLE PARTIES

The law firm of Chadbourne & Parke LLP ("C&P") files this Third Amended Statement of Multiple Representation pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement"), and respectfully sets forth as follows:

1.    C&P separately advises and otherwise represents various creditors and other parties in interest (together, the "Parties") who may hold claims against and/or interests in the above-captioned debtors (the "Debtors").  The names and addresses of the Parties as of the date hereof are set forth in Schedule A.

2.    Many of the Parties either directly or through their subsidiaries (a) were parties to various financial transactions with the Debtors and/or (b) hold or held certain accounts with the Debtors.  Certain of the Parties either directly or through their subsidiaries hold claims against the Debtors or are, or were, parties to certain agreements with the Debtors that may be affected by the Debtors' chapter 11 cases.  The specific nature and amount of the claims or

CPAM: 4326447.2

interests held by some of the Parties or their subsidiaries are set forth in proofs of claim or interest filed against the Debtors' estates.

3. C&P was separately approached by each of the Parties or by their authorized representatives, who asked C&P to represent their interests during the pendency of these chapter 11 cases. C&P may similarly undertake additional representations of additional parties in interest and to the extent C&P does so, this Statement will be supplemented as appropriate.

4. The undersigned certifies that this Statement is true and accurate, to the best of his knowledge and belief. C&P reserves the right to revise and supplement this Statement as need be.

Dated: New York, New York
      November 29, 2011

                                  **CHADBOURNE & PARKE LLP**

                                  By:  */s/ David M. LeMay*
                                        David M. LeMay
                                        A Member of the Firm
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        Phone: (212) 408-5100
                                        Fax: (212) 541-5369

CPAM: 4326447.2

## SCHEDULE A

| CLIENT | ADDRESS |
|---|---|
| **AIG Asset Management (U.S.), LLC**, (in its individual capacity and as investment advisor to certain entities affiliated with it and its parent, American International Group, Inc.) | 80 Pine Street, 4th Floor<br>New York, New York 10005 |
| **Amber Capital Investment Management** (as investment manager to Amber Master Fund (Cayman) SPC) | Citigroup Center<br>153 East 53rd Street (57th Floor)<br>New York, New York 10022 |
| **Avignon Capital Ltd.** | Flemming House, Wickhams Cay<br>P.O. Box 662<br>Road Town, Tortola<br>British Virgin Islands |
| **Banco Canarias de Venezuela C.A. Banco Universal** | Torre Financiera, Banco Canarias<br>Piso 8, Avenida Tamanaco Urbanizacion<br>El Rosal, Caracas, Venezuela |
| **Banesco Holding C.A.** | Av. Principal, entre Calle Sorbone y Lincoln<br>Urb. Bello Monte. Edif. Cuiduad Banesco<br>Caracas, Venezuela |
| **Bayview Financial, L.P.** | 4425 Ponce de Leon Boulevard<br>Coral Gables, Florida 33146 |
| **Bayview Opportunity Master Fund, L.P.** | 4425 Ponce de Leon Boulevard<br>Coral Gables, Florida 33146 |
| **Bellair Development Group S.A.** | 48 East St. Bella Vista<br>Sucra Building<br>Panama City, Republic of Panama |
| **BlueBay Asset Management plc** | 77 Grosvenor Street<br>London EC2A 2HS<br>England |
| **Blue Bridge Holdings Limited** | Mr. Leslie J. Schreyer<br>Chadbourne and Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| **Bridgepont International Inc.** | Calle 8<br>Edificio Cuarzo, Piso 8<br>La Urbina, Caracas<br>Venezuela |

CPAM: 4326447.2

| | |
|---|---|
| **Brooke Financial Services Ltd.** | Ms. Dennise Calderon Barrera<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| **Cattolica Assicurazioni S.p.A.** | L.ge Cangrande<br>16 - 37126 Verona |
| **Chadbourne & Parke LLP** | 30 Rockefeller Plaza<br>New York, New York 10112 |
| **Credican, C.A.** | Av. Venezuela, Edf. Venezuela, PH<br>El Rosal<br>Caracas, Venezuela |
| **Girobank N.V.** | Scharlooweg 37<br>Willemstad, Curacao |
| **GLG Partners LP**<br>(and certain of its funds) | One Curzon Street<br>London W1J 5HB<br>United Kingdom |
| **Grayson Ventures Limited** | Mr. Leslie J. Schreyer<br>Chadbourne and Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| **HSBC Bank USA, N.A., as Trustee** | Corporate Trust & Loan Agency<br>452 5th Avenue<br>New York, New York 10018-2706 |
| **Lorimor Corporation** | Mr. Leslie J. Schreyer<br>Chadbourne and Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| **Minardi Capital Corp.** | Vanterpool Plaza 2nd Floor<br>Wickhams Cay 1, Road Town<br>British Virgin Islands |
| **Portafolio de Inversiones C2-34, C.A.** | Ave. Venezuela Edificio El Saman, piso 6<br>Urbanización El Rosal<br>Caracas, Estado Miranda<br>Venezuela |
| **Spring Star Corp.** | Avenida Francisco de Miranda<br>Edf. Pque. Avila (Torre HP) Piso 9<br>Ofc. 9-A, Caracas 1050-A, Venezuela |

4