WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO**
**CLAIMS (MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses, solely as to the claims listed below, has been extended to **January 19, 2012 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: November 29, 2011
      New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

## **Exhibit A**

## **Adjourned Claims:**

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| US Bank National Association | 19877, 20474, and 20484 |
| John Deere Pension Trust | 25018 |