B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc._____,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PWCM Master Fund Ltd. | Pentwater Credit Partners Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Ira A. Reid,
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: 212-891-3976
Last Four Digits of Acct #: _____

Court Claim # (if known): __14081__
Amount of Claim: __$7,813,208.00__
Date Claim Filed: __09/16/2009__

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
PWCM Master Fund Ltd.
c/o Pentwater Capital Management LP
227 W. Monroe
Chicago, IL 60606-5099
Phone: 312-726-6225
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signature_    Date: __11/29/11__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Lehman Brothers Holding, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _14081_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Pentwater Credit Partners Fund Ltd. | PWCM Master Fund Ltd. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Pentwater Credit Partners Fund Ltd. | PWCM Master Fund Ltd. |
| c/o Pentwater Capital Management LP | c/o Pentwater Capital Management LP |
| 227 W. Monroe | 227 W. Monroe |
| Chicago, IL 60606-5099 | Chicago, IL 60606-5099 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE: Lehman Brothers Holdings, Inc. and Lehman Brothers Special Financing Inc. ("Debtors")
Case No. 08-13555 (JMP)

Claim #'s: 14081 and 14084

Pentwater Credit Partners Fund Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to PWCM Master Fund Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to the claims of Transferor in the amount of U.S. $7,813,208.00 ("Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claims to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claims and recognizing the Transferee as the sole owner and holder of the Claims, and that all payments or distributions of money or property in respect of the Claims be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at PWCM Master Fund Ltd., c/o Pentwater Capital Management LP, 227 W. Monroe Street, Suite 4000, Chicago, Il. 60606; and to give all notices and other communications, in respect of the Claim to Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated November 29, 2011.

PWCM Master Fund Ltd., as Transferee

By: _____
David Zirin
Director


Pentwater Credit Partners Fund Ltd., as Transferor

By: _____
David Zirin
Director

NYCDMS/1203114.1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.,                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PWCM Master Fund Ltd. | Pentwater Credit Partners Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Ira A. Reid,
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: 212-891-3976
Last Four Digits of Acct #: _____

Court Claim # (if known): 14084
Amount of Claim: $7,813,208.00
Date Claim Filed: 09/16/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
PWCM Master Fund Ltd.
c/o Pentwater Capital Management LP
227 W. Monroe
Chicago, IL 60606-5099
Phone: 312-726-6226
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                    Date: 11/29/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

__Southern__ District Of __New York__

In re __Lehman Brothers Holding, Inc.__,    Case No. __08-13555__ (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __14084__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Pentwater Credit Partners Fund Ltd. | PWCM Master Fund Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
Pentwater Credit Partners Fund Ltd.
c/o Pentwater Capital Management LP
227 W. Monroe
Chicago, IL 60606-5099

Address of Transferee:
PWCM Master Fund Ltd.
c/o Pentwater Capital Management LP
227 W. Monroe
Chicago, IL 60606-5099

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE: Lehman Brothers Holdings, Inc. and Lehman Brothers Special Financing Inc. ("Debtors")
Case No. 08-13555 (JMP)

Claim #'s: 14081 and 14084

Pentwater Credit Partners Fund Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to PWCM Master Fund Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to the claims of Transferor in the amount of U.S. $7,813,208.00 ("Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claims to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claims and recognizing the Transferee as the sole owner and holder of the Claims, and that all payments or distributions of money or property in respect of the Claims be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at PWCM Master Fund Ltd., c/o Pentwater Capital Management LP, 227 W. Monroe Street, Suite 4000, Chicago, Il. 60606; and to give all notices and other communications, in respect of the Claim to Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated November 29, 2011.

PWCM Master Fund Ltd., as Transferee

By: _____
David Zirin
Director


Pentwater Credit Partners Fund Ltd., as Transferor

By: _____
David Zirin
Director

NYCDMS/1203114.1