**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                   )
In re:                                             )    Chapter 11
                                                   )
LEHMAN BROTHERS HOLDINGS INC., et al.,             )    Case No. 08-13555 (JMP)
                                                   )
                                                   )
                                                   )
          Debtors                                  )    (Jointly Administered)
-------------------------------------------------------------------x
```

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CCP Credit Acquisition Holdings, LLC             Louis Dreyfus Energy Services L.P.
Name of Transferee                               Name of Transferor

Name and Address where notices to                **Case No. 08-13555**
transferee should be sent:                       Court Claim # (if known): 13825
                                                 Amount of Claim: $6,770,641.52
                                                 Date Claim Filed: 9/16/09

    Lauren Grainer
    Centerbridge Partners,L.P.
    375 Park Ave, 13th Floor
    New York, NY, 10152
    212 672 4678 (phone)
    212 672 5004 (fax)

    With a copy to:
    Andrews Kurth LLP
    450 Lexington Avenue
    New York, NY 10017
    Attn: David Hoyt

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Louis Dreyfus Energy Services L.P.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **CCP Credit Acquisition Holdings, LLC** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Holdings Inc.** ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 13825**) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of November, 2011.

**LOUIS DREYFUS ENERGY SERVICES L.P.**
By: Louis Dreyfus ES GP LLC, its General Partner

By: _____
Name:  David A. Wallace
Title:   President

**CCP    CREDIT    ACQUISITION HOLDINGS, LLC**


By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Louis Dreyfus Energy Services L.P.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **CCP Credit Acquisition Holdings, LLC** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Holdings Inc.** ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 13825**) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of _November_ 2011.

**LOUIS DREYFUS ENERGY SERVICES L.P.**
By: Louis Dreyfus ES GP LLC, its General Partner

By: _____
Name:
Title:

**CCP CREDIT ACQUISITION HOLDINGS, LLC**

By: _____
Name:   Richard Grissinger
Title:   Authorized Signatory

NYC:234326 3