TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Metropolitan Bank & Trust Company
425 Park Avenue
New York, NY 10022
(212) 754-9400
Wesley Chen, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                               :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    Case No.: 08-13555(JMP)
                                                          (Jointly Administered)
                    Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE & DEMAND FOR PAPERS

**PLEASE TAKE NOTICE** that pursuant to, *inter alia*, Federal Rules of Bankruptcy Procedure 2002 and 9010(b), Todtman, Nachamie, Spizz & Johns, P.C. hereby appears as attorneys for **METROPOLITAN BANK & TRUST COMPANY**, a creditor and party in interest herein, and demands that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon:

    TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
    Attorneys for **Metropolitan Bank & Trust Company**
    425 Park Avenue
    New York, New York 10022
    Attention:   Wesley Chen, Esq.
                    Arthur Goldstein, Esq.
                    Jill Makower, Esq.
    Telephone:  (212) 754-9400
    Fax:          (212) 754-6262
    E-mail:      wchen@tnsj-law.com
                    agoldstein@tnsj-law.com
                    jmakower@tnsj-law.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, including motions to expunge and/or reduce claims, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of financial affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, that affect the above-captioned debtor or its estate.

DATED:   New York, New York
         November 29, 2011

                                    TODTMAN, NACHAMIE, SPIZZ
                                      & JOHNS, P.C.
                                    Attorneys for **Metropolitan Bank &**
                                      **Trust Company**


                                    By: s/ Jill Makower
                                        Wesley Chen
                                        Arthur Goldstein
                                        Jill Makower
                                    425 Park Avenue
                                    New York, New York  10022
                                    Telephone:  (212) 754-9400
                                    Fax:  (212) 754-6262


TO:   CLERK OF THE COURT (Via Electronic Filing)

270145v1                              2

JONES DAY
222 East 41st Street
New York, NY  10017
Attention:     Benjamin Rosenblum, Esq.
               Arthur J. Margulies, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attention:     Richard P. Krasnow, Esq.
               Lori R. Fife, Esq.
               Shai Y. Waisman, Esq.
               Jacqueline Marcus, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention:     Dennis F. Dunne, Esq.
               Dennis O'Donnell, Esq.
               Evan Fleck, Esq.


United States Department of Justice
Office of the United States Trustee
Southern District of New York
33 Whitehall Street – 21st Fl.
New York, NY  10004-1408
Attention:     Andrew D. Velez-Rivera, Esq.