# EXHIBIT 4



## Office of the Chief Financial Officer

**Ian Lowitt** — Managing Director, Chief Financial Officer

- Julie Barboza — Administrative Coordinator

- **John Ambrose** — Managing Director, Infrastructure Controller
- **Edward Grieb** — Managing Director, IMD CFO
- Shaun Butler — Managing Director, Investor Relations
- Paolo Tonucci — Managing Director, Global Treasurer
- **Martin Kelly** — Managing Director, Financial Controller
- **Gerard Reilly** — Managing Director, Capital Markets Controller
- John DeRosa — Managing Director, Director of Tax
- Andrew Wright — Managing Director, Europe & Middle East CFO
- Enrico Corsalini — Managing Director, Asia-Pacific CFO
- **Vincent Primiano** — Managing Director, Finance CAO

**Ros Coffey – Member of Finance Division Executive Committee and Human Resources Director for Finance, Risk, LCA, CMT, PPI & Principal Investing*



## Office of the Chief Financial Officer
## Financial Controller

**Martin Kelly** — Managing Director, Financial Controller

- Kim Flynn — Administrative Assistant

- **Stephanie Dolan** — Managing Director, IMD Controller
- Robert Azerad — Senior Vice President, Financial Management
- James Emmert — Senior Vice President, Comp/GTS/GPS Controller
- **Matthew Lee** — Senior Vice President, Legal Entity Controller
- **Stephen Rossi** — Senior Vice President, Assistant Controller (Reg., Ext. Rptg, Other)
- Marie Stewart — Senior Vice President, Accounting Policy
- Marcus Jackson — Senior Vice President, Europe Financial Control
- Kayoko Nishimura — Senior Vice President, Asia Financial Control

# Office of the Chief Financial Officer
## Treasury



- **Paolo Tonucci** — Managing Director, **Global Treasurer**
  - **Jillian Reville** — Administrative Coordinator
  - **Ari Axelrod** — Senior Vice President, **Financial Planning & Analysis**
  - **Julie Boyle** — Senior Vice President, **Lehman Brothers Commerical Bank & Global Creditor Relations**
  - **Daniel Fleming** — Senior Vice President, **Global Cash & Collateral Management**
  - **Nahill Younis** — Senior Vice President, **Global ALM**
  - **Janet Birney** — Senior Vice President, **Global Network Management**
  - **Kristine Smith** — Senior Vice President, **Global Treasury Controller**
  - **Carlo Pellerani** — Managing Director, **International Treasurer**

# Office of the Chief Financial Officer
## Global Infrastructure Controller



- **John Ambrose** — Managing Director, **GIF Controller**
  - **Stacy Flynn** — Administrative Assistant
  - **Mona Adler** — Senior Vice President, **Corporate Controller**
    - **Doug Kortfelt** — CAO/Special Projects
  - **John Tuosto** — Senior Vice President, **Accounting Services**
    - **Dominic Gibb** — Senior Vice President, **Europe GIF Controller**
  - **Robert Wharam** — Senior Vice President, **Real Estate Controller / Consolidated Reporting**
    - **SooAnne Lim** — Vice President, **Asia GIF Controller**
  - **Mike McBride** — Vice President, **ITD Controller**
    - **Anil Dhawan** — Vice President, **India GIF Controller**

# Office of the Chief Financial Officer
## Capital Markets

**Gerry Reilly**
Managing Director
**Capital Markets & Investment Banking CFO**

Janet Marrero
Administrative Assistant

**Clement Bernard**
Managing Director
**Fixed Income Division CFO**

**Frank Pearn**
Managing Director
**Equity Division CFO**

**Gary Fox**
Senior Vice President
**Investment Banking Division Controller**

**Lonnie Rothbort**
Senior Vice President
**Mortgage Capital Division Controller**

**Jennifer Fitzgibbon**
Senior Vice President
**Organizational Strategy & Projects**

**Len Scicutella**
Senior Vice President
**Capital Markets Prime Services CFO & Capital Markets MIS & Sales**

**Nick Slape**
Managing Director
**Capital Markets Controller Europe**

**Erik Addington**
Senior Vice President
**Capital Markets Controller Asia**

# Office of the Chief Financial Officer
## Corporate Tax

**John DeRosa**
Managing Director
**Director of Tax**

Jacquie Roncagliolo
Administrative Coordinator

**Anthony Taranto**
Managing Director
**Head of Tax Americas**

**Antony Rush**
Senior Vice President
**Head of Tax Europe**

**Malcolm Lawes**
Senior Vice President
**Head of Tax Asia**

## Office of the Chief Financial Officer
## Chief Administrative Officer



**Vincent Primiano**
Managing Director
**Chief Administrative Officer**

Aida Rivera
Administrative Assistant

**Renaud Fournier**
Senior Vice President
**Product Control Systems**
**Global Systems & Projects**

**Charles Sims**
Vice President
**India Migration**
**Project Management Office**

**George Oommen**
Senior Vice President
**CFO/India**

## Office of the Chief Financial Officer
## Europe CFO



Andrew Wright
Managing Director
Europe and the Middle East
CFO

Sarah Rose
Administrative Assistant

Nick Slape
MD
E&ME Capital Markets
Product Controller

Dominic Gibb
SVP
E&ME BPM &
Decision Support

Antony Rush
SVP
E&ME Head of Tax

Barry Jones
SVP
E&ME Control Oversight

Marcus Jackson
SVP
E&ME Financial Controller

Carlo Pellerani
MD
International Treasurer

Laurence Covill
SVP
E&ME MCD

Lisa Summerfield
SVP
E&ME CAO/IBD/IMD

Andy Gregson
MD
E&ME Change Management

# Office of the Chief Financial Officer
## Asia CFO

- **Enrico Corsalini** — Managing Director, *Chief Financial Officer Asia-Pacific*
  - **Mikiko Ando** — Administrative Assistant, *CFO - Asia-Pacific*
  - **Tomoya Katoh** — Managing Director, *Deputy Chief Financial Officer Asia-Pacific*
    - **Nicola Roseman** — Vice President, *Finance CAO, Asia-Pacific*
  - **Erik Addington** — Senior Vice President, *Capital Markets Product Control Asia-Pacific*
  - **Herbert Moos** — Senior Vice President, *Treasurer - Asia-Pacific/CFO non-Japan Asia-Pacific*
  - **Raymond Slayford** — Senior Vice President, *Expense & Sourcing Services (ESS) Asia-Pacific*

\* Originally report to PPI organization, regionally report to CFO

# Office of the Chief Financial Officer
## Global Investor Relations

- **Edward Grieb** — Managing Director, **Global Investor Relations**
  - **Kim Flynn** — Administrative Assistant
  - **Elizabeth Besen** — Vice President
  - **Mirey Nadler** — Vice President



# Office of the Chief Financial Officer
## Mortgage Capital

**Dan Colao**
Managing Director
**Chief Financial Officer**
**MCD**

**Lauren Coniglio**
Administrative Assistant

**Lonnie Rothbort**
Senior Vice President
**Controller**

**John Skoba**
Senior Vice President
**CFO**
**US Residential**

**Ronald Warwick**
Senior Vice President
**CFO - SBF**

**Nancy Coyle**
Senior Vice President
**CFO**
**Capital Crossing**

**John Schmohl**
Senior Vice President
**CFO**
**Campus Door**

**Laurence Covill**
Senior Vice President
**CFO**
**Europe**

**Simon Murfin**
Senior Vice President
**CFO**
**Asia**