# EXHIBIT 5

*Confidential*

## Office of the Chief Financial Officer
### Treasury
### Org Charts as of May 1, 2008

**LEHMAN BROTHERS**

*Where vision gets built.*℠



## Office of the Chief Financial Officer
## Treasury

**Paolo Tonucci**
Managing Director
Global Treasurer

**Maria Carollo**
Administrative Assistant

**Kevin Thatcher**
Managing Director
Head of Financial Planning & Analysis

**Carlo Pellerani**
Managing Director
International Treasurer

**Julie Boyle**
Senior Vice President
Lehman Brothers Commercial Bank
& Global Creditor Relations

**Daniel Fleming**
Senior Vice President
Global Cash & Collateral Management

**Henry Domenici**
Senior Vice President
Head of Treasury Structured Financing

**Janet Birney**
Senior Vice President
Global Network Management

**Kristine Smith**
Senior Vice President
Global Treasury Controller

**Robert Azerad**
Senior Vice President
Global Head of ALM

**Jackie Frommer**
Managing Director
Internet Bank - Americas

LEHMAN BROTHERS         1





# Finance Division
# Global Creditor Relations

- **Julie Boyle** — Senior Vice President, Global Creditor Relations
  - **TBA** — Administrative Assistant
  - **Emil Cornejo** — Senior Vice President, US Regional & Money Center Banks, Italian Banks
    - **Karen von Ruffer** — Vice President, German, Benelux & Portuguese Banks & BNPP
  - **Amberish Ratanghayra** — Vice President, Spanish, French & Nordic Banks
    - **Patrick Fruzzetti** — Vice President, Australian & Asian Banks
  - **Huw Rees** — Senior Vice President, Head of European Creditor Relations
    - **Tyra Warn** — Assistant
    - **Joseph Igoe** — Vice President, Relationship Manager
    - **TBD** — Relationship Manager
    - **Olga Santos-Canelles** — Assistant Vice President
    - **Anna Julie Leusing** — Intern
  - **TBD** — Vice President, Head of Asian Creditor Relations
    - **Nigel Watters** — Vice President, French, Benelux, Non-Japan,
    - **Tatsushi Kishimoto** — Vice President, Asia
    - **Aireen Phang** — Assistant Vice President, Asia
    - **Siddharth Sharad** — Associate, Asia

LEHMAN BROTHERS    3



4









# Global Cash & Collateral Management (US)





10







## International Treasury & European Financial Control (3 of 4)

- Carlo Pellerani — Managing Director, International Treasurer
  - Emma Lewis — Assistant
  - Craig Goldband — Vice President, Head ALM & Treasury Funding
    - Graham Kettle — Vice President, Debt Management & Reporting
      - Paul Copperwaite — Assistant Vice President, Debt Management
        - Sajid Kohya — Associate, Debt Management
        - Ian Toal — Associate, Debt Management
        - Lloyd Brown — Associate, Debt Management
        - Thomas Bastock — Analyst, Debt Management
        - Sean Walsh — Associate, Debt Management
        - Trevor Locker — Associate, Debt Management
        - Lee Robinson — Analyst, Debt Management
        - Katie Wiltshire — Analyst, Debt Management
      - Shankar Iyer — Assistant Manager
        - Amisha Gorasia — Senior Analyst
        - Rohan Palnitkar — Analyst
        - Mayuri Contractor — Analyst
        - Lynil Thomas — Analyst
        - Keshan Prabhu — Analyst
        - Melgsin Jose — Analyst
        - Rucha Kapoi — Debt Management
        - Sanita Redkar — Debt Management Mumbai
      - Shailesh Manchekar — Analyst
        - Vijeta Vijayan — Analyst
        - Nikhil Bakre — Analyst
    - Ben Hall — Assistant Vice President, Capital Planning
      - Graham Cox — Associate, Capital Planning
    - Simon Smith — Vice President, Head of Liquidity Management
      - Takako Foell — Assistant Vice President, Liquidity Management
      - Clare Hemmings — Assistant Vice President, Liquidity Management
      - Matthew Tioman — Analyst (Rotating Grad), Liquidity Management
      - Cem Kabak — Analyst (Rotating Grad), Liquidity Management
      - Tanas Vincze — Intern, Debt Management
      - Gavin Netzel — Assistant Vice President, Systems & Projects
    - Katherine Beaton — Assistant Vice President, Bankhaus Credit Officer
    - Andreas Glaser — Assistant Vice President, Head of the Frankfurt Funding Desk
      - Carl Baker — Associate, Frankfurt Funding Desk
      - Jens Kirchbruecher — Analyst, Frankfurt Funding Desk
    - Barbara Ginet — Vice President, Head of the London Funding Desk
      - Peter Zmidzinski — Assistant Vice President, Funding Desk
      - Morten Olsen — Associate, Funding Desk/Euro FOP
      - Simon Gray — Associate, Funding Desk
    - Jyoti Maasaun — Assistant Vice President, CMPS Euro FOP

LEHMAN BROTHERS

