# EXHIBIT 6

# Global Tax



LEHMAN BROTHERS

# Global Tax Compliance/IMD/Audits/Administration



LEHMAN BROTHERS

## Budget/Planning & Financial Reporting/Tax Acctg



## US Tax Counsel



# Global Capital Markets & TEFRA



**Dan Mayo**
Senior Vice President
**Capital Markets & TEFRA**

**Justin O'Brien**
Senior Vice President
**Head of US Tax Reporting**

**Shimon Berger**
Vice President
**Financial Products**

**Jasmine Rodriguez**
P/T Intern

**Trevor Sergison**
PT Intern

Designates Part Time Intern

LEHMAN BROTHERS

# International Tax – Europe Tax



**Antony Rush**
Managing Director
**Head of European Tax**

Elise Bartlett
Administrative Assistant
TEMP
**Europe**

**Steven Driscoll**
Vice President
**Business Taxation**

**Andrew Bailey**
Vice President
**Head of VAT**

**Jackie Dolby**
Senior Vice President
**Corporate Tax Planning**

**TBD**
Senior Vice President
**US Tax Attorney**

**Ian Sandles**
Vice President
**Product Taxation**

**Dilum Manuwadu**
Vice President
**Investment & Employee Planning**

Lesley Blake
Asst Vice President
**VAT**

Caroline Villar
Vice President
**VAT**

Craig Hudson
Asst Vice President
UK Corporate Tax
**Planning**

Matthew Chowen
Vice President
**Product Taxation**

**Dean Agostinelli**
Temp
**Business Taxation**

Ramesh Nair
Associate
**VAT
Corporate Tax India**

Shilpa Katre
Associate
**VAT
Corporate Tax India**

Velda Taylor-Chan
Asst Vice President
**VAT**

Bang Do
Associate
UK Corporate Tax
**Planning**

Alisa Greda
Vice President
**Emerging Markets**

Designates Temp

Designates Mumbai Staff

LEHMAN BROTHERS

# International Tax – Asia-Pacific Tax



Designates Mumbai Staff

LEHMAN BROTHERS

# Global Transfer Pricing



Designates Mumbai Staff

LEHMAN BROTHERS