# EXHIBIT 7

**Lehman Brothers Holdings Inc.**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extention | Notification Category | Send To: |
|---|----|---------|-----|-------------|----------------------|--------------------|-----------|----------|----------------------------|--------------|-----------|----------|---------|----------------|-----------------------|----------|
| 1 | NY | 600 Madison Avenue - (subleased - Financial Solutions Partners) | 4,345 | 0 | ($22,811) | $26,306 | 10/31/13 | Subtenant | Neuberger Berman, Inc. / LBHI | Paid through Jan | Ambiguity as to the entity of the tenant | Reject NB and LBHI or if NB not bankrupt, assign LBHI interest to NB and LBHI reject | Assign | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | UT | Salt Lake City - 4001 South 700 East (LBCB) | 4,706 | 26 | n/a |  | 11/30/11 | LBCB (Treasury) | Barclays Capital | 0 |  | BC to assign to LBCB |  | N/A |  |  |
| 2 | NY | 220 East 42nd -32nd, 33 + Basement | 15,501 | 43 | n/a | $86,872 | 4/30/13 | EMM | Executive Monetary Management | Paid through Jan |  | Potential assignment to EMM group | Assign on Sale |  | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 3 | NJ | Jersey City - 50 Dey Street (Warehouse) | 23,931 | 0 | n/a | $12,343 | 3/29/10 | CRE, IT | Lehman Brothers Holdings Inc. | Paid through Jan | Service agreement | Reject lease; develop strategy mid-Dec. | Reject | N/A | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 4 | AB | Calgary - 150 Sixth Avenue, Suite 3370 - PetroCanada | 5,287 | 29 | n/a | $34,668 | 2/28/13 | FID, IBD | Lehman Brothers Energy Canada, ULC | Paid through Jan |  | Non-bankrupt entity; maintain for Barclays occupancy | Assign | N/A | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 5 | NY | 1271 Avenue of the Americas (BM, SB levels,flrs 3, 35, 37 - 46) excludes 39th flr. | 466,984 | 1,735 | n/a | $ 2,993,094.15 | 12/31/22 | NB/BarCap/PIM/LEH | Lehman Brothers Holdings Inc. | Paid through Jan |  | Review Lease | Keep | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NY | 1271 Avenue of the Americas (Rock Group Lease) | 18,110 |  | n/a | $ 166,499.16 | 12/31/22 | NB/BarCap/PIM/LEH | Lehman Brothers Holdings Inc. | Paid through Jan | 0 | Review Lease | Keep | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NY | 1271 Avenue of the Americas Fl-39(subleased - One Williams St Capital Mgmt Prtnsp LP) | 14,645 | 0 | ($148,281) |  | 3/31/13 | Subtenant | Lehman Brothers Holdings Inc. | Paid through Jan |  | Continue with sublease | Subleased | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NY | 1271 Avenue of the Americas Fl-39(subleased - R3 Capital Management, L.P.) | 20,607 | 0 | ($226,488) |  | 5/31/13 | Subtenant | Lehman Brothers Holdings Inc. | Paid through Jan |  | Continue with sublease | Subleased | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 6 | CA | Newport Beach - 680 Newport Center Dr, Suite150 | 6,783 | 23 | n/a | $26,929 | 10/31/12 | NB | Lehman Brothers Holdings Inc. | Paid through Jan | Rent or vacant space? | Reject lease when NB vacates in March | Reject | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 7 | TX | Houston - 600 Travis Street (67th floor) | 5,390 | 0 | n/a | $79,997 | 8/31/09 | FID | Lehman Brothers Holdings Inc. | Paid through Jan |  | Reject lease when NB/BC vacate in April | Reject | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | TX | Houston - 600 Travis Street (72nd floor) | 23,403 | 122 | n/a |  | 3/31/14 | IBD, IMD | Lehman Brothers Holdings Inc. | Paid through Jan |  | Reject lease when NB/BC vacate in April | Reject | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 8 | NJ | Jersey City - 101 Hudson (Subleased - Charter Mac - part 27th, 39th & 40th) | 49,203 | 0 |  |  | 12/30/10 | Subtenant | Lehman Brothers Holdings Inc. | Paid through Jan |  | Continue with sublease | Subleased | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NJ | Jersey City - 101 Hudson (Subleased - Franklin Credit - 25th) | 31,695 | 0 | ($84,591) |  | 12/30/10 | Subtenant | Lehman Brothers Holdings Inc. | Paid through Jan |  | Continue with sublease | Subleased | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NJ | Jersey City - 101 Hudson (Subleased - Frenkel - 38th) | 28,259 | 0 | ($69,765) |  | 12/30/10 | Subtenant | Lehman Brothers Holdings Inc. | Paid through Jan |  | Continue with sublease | Subleased | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NJ | Jersey City - 101 Hudson (Subleased - PWC - 26th) | 31,686 | 0 | ($104,921) |  | 12/30/10 | Subtenant | Lehman Brothers Holdings Inc. | Paid through Jan |  | Continue with sublease | Subleased | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NJ | Jersey City - 101 Hudson St. (11th flr plus portion of 27 and ancillary spaces) | 100,837 | 538 | n/a |  | 2/28/18 | LBHI | Lehman Brothers Holdings Inc. | Paid through Jan |  | Develop data center strategy | Sublease | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  | NJ | Jersey City - 101 Hudson St. (32nd flr) | 32,000 | 0 | n/a | $650,545 | 12/31/10 | Data Center | Lehman Brothers Holdings Inc. | Paid through Jan |  | Develop data center strategy | Sublease | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 9 | NJ | Livingston - 2 Peachtree Hill Road (Co-location) | 22,500 | 0 | n/a | $452,500 | 6/6/14 | Data Center | Lehman Brothers Holdings Inc. | Paid through Jan | Service agreement | Develop data center strategy | Keep | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 10 | NY | 85 Tenth Avenue | 56,000 | 22 | n/a | $245,339 | 2/9/17 | Data Center | Lehman Brothers Holdings Inc. | Paid through Jan |  | Develop data center strategy | Keep | YES | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
|  |  |  | **961,872** |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Lehman Brothers Inc.**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extention | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | IL | Chicago - 141 West Jackson Blvd (Cabinet) | 352 | 0 | n/a | $631 | 4/30/09 | Equipment space | Lehman Brothers Inc. | Paid through Jan | Send docs to LBI | Pending assignment to Barclays; supports traders on the exchange floor | Assign | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| 2 | CA | Menlo Park - 3000 Sand Hill Road | 6,180 | 23 | n/a | $38,657 | 4/30/10 | Venture Capital (IMD) | Lehman Brothers Inc. | Paid through Jan | | Potential assignment to VC group in Feb. | Assign on Sale | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| 3 | CA | San Francisco - 555 California Street - 30th Floor | 29,851 | 226 | n/a | $446,338 | 9/30/11 | Barclays | Lehman Brothers Inc. | Paid through Jan | If Barclays vacates Reject | Awaiting Barclays strategy in mid-Dec.; NB to move out | Sublease | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | CA | San Francisco - 555 California Street - 41st Floor | 30,915 | 109 | n/a | | 9/30/11 | Lehman, NB | Lehman Brothers Inc. | Paid through Jan | If Barclays vacates Reject | Awaiting Barclays strategy in mid-Dec.; NB to move out | Sublease | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| 4 | CA | Los Angeles - 10880 Wilshire Blvd. | 25,139 | 93 | n/a | $150,834 | 1/31/09 | Investment Banking | Lehman Brothers Inc. | Paid through Jan | CW to do a walk through | Let lease expire | Expire | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| 5 | NY | 399 Park Avenue (11th Floor) | 59,588 | 2,194 | n/a | | 9/30/16 | NB/BarCap | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (15th Floor) | 22,575 | 0 | n/a | | 9/30/16 | NB/BarCap | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (16th Floor) | 23,519 | 0 | | | 9/30/16 | Brigade | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (5th Floor) | 94,197 | 0 | n/a | | 9/30/16 | Vacant | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (6th Floor) | 94,413 | 0 | n/a | | 9/30/16 | PIM | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (8th Floor) | 57,099 | 0 | n/a | | 9/30/16 | NB/BarCap | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (9th Floor) | 57,076 | 0 | n/a | | 9/30/16 | NB/BarCap | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (Cafeteria) | 26,542 | 0 | n/a | | 9/30/16 | 0 | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue (Mailrooms) | 1,714 | 2,194 | n/a | | 9/30/16 | 0 | Lehman Brothers Inc. | Paid through Jan | | Review lease | Reject | YES | LBHI & LBI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Sultanik,Samuel; |
| | NY | 399 Park Avenue | **436,723** | 60 | n/a | **$3,103,435** | | Investment Management, Neuberger and Private Investment Management | | | | | | | | |

**529,160**

**Neuberger Berman**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|----|---------|-----|-------------|----------------------|--------------------|------------|----------|----------------------------|--------------|-----------|----------|---------|----------------|------------------------|----------|
| 1 | MD | Columbia - 10420 Little Patuxent Parkway (NB) | 1,361 | 5 | n/a | $2,766 | 9/30/10 | - | Neuberger Berman Management Inc. | Paid through Jan | Going to NB | Potential assignment on sale | Assign on Sale | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 2 | FL | Tampa - 401 East Jackson Street, 24th flr (NB) | 4,517 | 15 | n/a | $14,131 | 1/31/12 | - | Neuberger Berman, Inc. | Paid through Jan | Going to NB | Potential assignment on sale | Assign on Sale | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 3 | NY | New York 605 Third Avenue | 344,589 | 1,392 | n/a | $1,660,616 | 4/30/17 | - | Neuberger Berman, LLC | Paid through Jan | | Potential assignment on sale | Assign on Sale | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 4 | DC | Washington - 1399 New York Ave (subleased - The Ashcroft Group) | 3,241 | 0 | ($17,418) | $20,509 | 2/27/11 | Subtenant | Neuberger Berman, Inc. | Paid through Jan | Sublease from June 17, 2009 to June 17, 2011; Barclays has not fully agreed yet on whether space is available | Non-bankrupt entity; no LB occupancy | Subleased | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 5 | NY | 220 East 42nd Street - 34th floor (subleased - TJM Institutional) | 3,352 | 0 | ($18,705) | $15,678 | 4/30/13 | Subtenant | Neuberger Berman, Inc. | Paid through Jan | LBHI to be left with this location | Non-bankrupt entity; no LB occupancy | Subleased | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
|   | NY | 220 East 42nd - 29th floor; 34th & bsmt | 15,731 | 0 | n/a | $72,794 | 4/30/13 | Vacant | Neuberger Berman, Inc. | Paid through Jan | LBHI to be left with this location | Non-bankrupt entity; no LB occupancy | Subleased | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 6 | NJ | Hoboken - 111 River Street (Sublease) | 19,018 | 60 | n/a | $79,060 | 5/31/14 | Vacant | Neuberger Berman, Inc. | Paid through Jan | LBHI to be left with this location | Non-bankrupt entity; no LB occupancy | Sublease | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 7 | DE | Wilmington - 919 North Market Street (NB) | 5,631 | 19 | n/a | $13,086 | 10/31/11 | NB | Neuberger Berman, Inc. | 1 month outstanding | Trust Co. pay back rent | Trust Co. maintaining | Assign | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 8 | TX | Dallas - 200 Crescent Court | 15,754 | 61 | n/a | | 12/31/14 | | Barclays Capital Inc. | 0 | Sublease pursuant to APA; sharing reception | Sublease from Barclays to NB | Keep | N/A | N/A | |
| 9 | IL | Chicago - 190 S. LaSalle Street - 22nd Floor (NC) | 22,031 | 76 | n/a | | 12/31/20 | | Barclays Capital Inc. | 0 | NB requires 2 floors (23, 24); 3rd floor was 27; still negotiating | Sublease from Barclays to NB | Keep | N/A | N/A | |
|   | IL | Chicago - 190 S. LaSalle Street - 23rd Floor (NC) | 22,031 | 91 | n/a | | 12/31/20 | | Barclays Capital Inc. | 0 | | Sublease from Barclays to NB | Keep | N/A | N/A | |
|   | IL | Chicago - 190 S. LaSalle Street - 24th Floor (NC) | 22,031 | 116 | n/a | | 12/31/20 | | Barclays Capital Inc. | 0 | | Sublease from Barclays to NB | Keep | N/A | N/A | |
|   | MA | Boston - 125 High Street - 17th Floor (NC) | 14,411 | 53 | n/a | | 9/30/16 | | Barclays Capital Inc. | 0 | NB requires less space; still negotiating | NB to move out within 9 months of APA | Dispose | N/A | N/A | |
| 10 | CA | Los Angeles - 10250 Constellation Blvd - MGM Grand - 25th Floor (NC) | 21,274 | 113 | n/a | | 4/30/17 | | Barclays Capital Inc. | 0 | Staying in existing space and sharing common space | Sublease from Barclays to NB | Keep | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 11 | IL | Chicago - 311 South Wacker Drive (subleased - Kaplan Higher Education) | 14,076 | 0 | ($26,994) | $64,548 | 1/30/11 | Subtenant | Neuberger Berman, Inc. | Paid through Jan | LBHI to be left with this location | Non-bankrupt entity; no LB occupancy | Subleased | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
| 12 | TX | Dallas - 325 N. St. Paul Street (former Crossroads) - **Direct User** | 34,896 | 158 | n/a | | 5/31/14 | - | Lehman Brothers Private Funds Investment Co | 0 | | Potential assignment on sale | Assign on Sale | N/A | LBHI & NB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Dimoulas, Lisa A; Bluher,John |
|   |    |         | **529,048** | | | | | | | | | | | | | | |

**New Locations for NewCo.**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|----|---------|-----|-------------|----------------------|--------------------|------------|----------|----------------------------|--------------|-----------|----------|---------|----------------|------------------------|----------|
| 1 | GA | Atlanta | | | | | | | | | Sublease through January 31, 2010 (commences after 9 month colo) | | | | | |
| 2 | TX | Houston | | | | | | | | | Must vacate by 3/19 | Will take on Regus space (swapping Minneapolis) | | | | |
| 3 | CA | Newport Beach | | | | | | | | | | placed offer on 620 NCD, Suite 250; suite has 4-5 offices and 6 cubes; awaiting lease draft from landlord; must vacate Lehman location by April 2009 | | | | |
| 4 | NY | New York 605 Third Avenue (additional space) | | | | | | | | | | | | | | |
| 5 | FL | Palm Beach | | | | | | | | | Must vacate by 6/19 | negotiating lease draft with landlord for CityPlace Office Tower, 525 Okeechobee Boulevard, West Palm Beach, Florida, 3,225 square feet | | | | |
| 6 | PA | Philadelphia | | | | | | | | | Must vacate by 6/19 | Identified 1735 Market Street, Mellon Bank Center, 100 N. 18th Street, and 1818 Market Street; awaiting response back from landlord | | | | |
| 7 | CA | San Francisco | | | | | | | | | market search underway | | | | | |

3

**Aurora Loan Services**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|----|---------|-----|-------------|----------------------|---------------------|------------|----------|----------------------------|--------------|-----------|----------|---------|----------------|----------------------|----------|
| 1 | IN | Indianapolis - 6666 East 75th Street | 24,649 | 173 | n/a | $33,790 | 10/31/15 | AUR | Lehman Brothers Holdings Inc. | Paid through Jan | | Determine whether to accept lease for Aur; LL bankrupt | Assign | YES | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 2 | CO | Parkridge 7 - Parking Lot | - | 0 | n/a | | owned | AUR | Lehman Brothers Holdings Inc. | 0 | | Potential sale to AUR; MCD funding by Jan. 1 | Sell | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 3 | CO | Littleton - 10350 Park Meadows Drive (Parkridge 6) | 161,218 | 1,125 | n/a | $221,676 | 7/12/16 | AUR | Aurora Loan Services Inc. | Paid through Jan | | Keep | Keep | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 4 | NE | Scottsbluff - 2617 College Park Dr. | 174,729 | 847 | n/a | | owned | AUR | Aurora Loan Services, LLC | 0 | | Keep (owned location) | Assign on Sale | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 5 | MD | Gaithersburg - 400 Professional Drive | 26,495 | 0 | n/a | $67,015 | 7/31/09 | Vacant | Aurora Loan Services Inc. | Paid through Jan | | Non-bankrupt entity; no LB occupancy | Sublease | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 6 | TX | Richardson - 501 W President George Bush Parkway | 21,332 | 0 | n/a | $39,583 | 8/31/09 | Vacant | Aurora Loan Services Inc. | Paid through Jan | | Non-bankrupt entity; no LB occupancy | Expire | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| | | | **408,423** | | | | | | | | | | | | | |

**BNC**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|----|---------|-----|-------------|----------------------|---------------------|------------|----------|----------------------------|--------------|-----------|----------|---------|----------------|----------------------|----------|
| 1 | CA | Glendale - 500 North Central | 4,311 | 0 | n/a | $9,619 | 1/31/09 | Vacant | BNC Mortgage, Inc. | 2 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 2 | NV | Las Vegas - 5450 W. Sahara Avenue, Suite 200 | 5,359 | 0 | n/a | $12,024 | 4/5/09 | Vacant | BNC Mortgage, Inc. | 3 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 3 | CO | Centennial (Denver) - 6300 S. Syracuse Way (subleased - ReddShell Corp.) | 4,547 | 0 | | $7,513 | 4/30/09 | Subtenant | BNC Mortgage, Inc. | 2 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 4 | TX | Dallas - 4100 Midway Road Carrollton (Subleased) | 10,403 | 0 | | $18,522 | 7/31/10 | Subtenant | BNC Mortgage, Inc. | 3 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 5 | UT | Midvale (Salt Lake City) - 1225 East Fort Union Blvd (subleased - TTA) | 5,171 | 0 | (6,606) | $8,976 | 12/31/10 | Subtenant | BNC Mortgage, Inc. | 2 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 6 | IL | Schaumburg - 1051 Perimeter Dr, Suite 525 (subleased - HTC America) | 5,669 | 0 | ($4,500) | $12,160 | 5/31/10 | Subtenant | BNC Mortgage, Inc. | 2 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 7 | CA | Campbell - 1475 S. Bascom Avenue (to be early terminated) | 5,807 | 0 | n/a | $12,860 | 9/30/09 | Vacant | BNC Mortgage, Inc. | 3 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 8 | CA | Diamond Bar (Covina) - 22632 E. Golden Springs Drive (to be early terminated) | 4,282 | 0 | n/a | $9,250 | 2/28/10 | Vacant | BNC Mortgage, Inc. | 2 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 9 | MI | Southfield (Detroit) - 300 Galleria Officentre (to be early terminated) | 7,550 | 0 | n/a | $14,059 | 6/30/09 | Vacant | BNC Mortgage, Inc. | 2 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 10 | AZ | Tempe - 1501 W. Fountainhead Pkwy., Suite 130 (potential ET, 05/31/09) | 9,201 | 0 | n/a | $19,019 | 8/7/11 | Vacant | BNC Mortgage, Inc. | 3 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 11 | WA | Tukwila (Seattle) - 16400 Southcenter Parkway | 4,030 | 0 | n/a | $8,009 | 3/31/09 | Vacant | BNC Mortgage, Inc. | 3 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 12 | CA | San Diego - 1450 Frazee Road (9,366 total rsf - 2,866 rsf sublease to LB) | 12,232 | 0 | n/a | $8,009 | 11/30/10 | | BNC Mortgage, Inc. | 2 months outstanding | | MCD Strategy (i.e.,bankrupt); is lease non-recourse | Non-bankrupt entity; no LB occupancy | BNC | N/A | LBHI & BNC | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| | | | **66,330** | | | | | | | | | | | | | |

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extention | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LBB** | | | | | | | | | | | | | | | | |
| 1 | OH | Cincinnati - 312 Walnut Street (HQ/Regus - NB) | 150 | 1 | n/a | $2,162 | 7/30/09 | - | Lehman Brothers Bank, FSB | Paid through Jan | NB to pay going forward | Bifurcate lease for potential assignment on sale | Assign | N/A | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 2 | CO | Denver - 16 Market Square Center (HQ/Regus - NB) | 406 | 3 | n/a | $2,324 | 7/31/09 | - | Lehman Brothers Bank, FSB | Paid through Jan | NB to pay going forward | Bifurcate lease for potential assignment on sale | Assign | N/A | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 3 | MN | Minneapolis - 7760 France Avenue South (HQ/Regus - NB) | 302 | 1 | n/a | $2,504 | 10/31/09 | - | Lehman Brothers Bank, FSB | Paid through Jan | NB to pay going forward | Bifurcate lease for potential assignment on sale | Assign | N/A | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 4 | BRA | Rio de Janeiro - (HQ temporary) | 1,400 | 4 | n/a | | 12/31/08 | IBD | Lehman Brothers Bank, FSB | Owe Back Rent | | Negotiate termination under bifurcation | Expire | N/A | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 5 | TX | Addison - 15305 Dallas Parkway - HQ/Regus (MCD Corporate) | 500 | 1 | n/a | $5,101 | 7/31/09 | MCD | Lehman Brothers Bank, FSB | Paid through Jan | | Bifucate lease with LBB as tenant | Assign on Sale | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 6 | VA | Richmond, VA - 1145 Gaskins Road, Suite 100 | - | 1 | n/a | | 2/28/09 | CD | Lehman Brothers Bank, FSB | 0 | | Completed; lease terminated | Terminated | N/A | | |
| 7 | MO | Chesterfield (St. Louis) - 390 South Woods Mill Road | 25,071 | 151 | n/a | $51,174 | 4/30/15 | AUR | Lehman Brothers Bank, FSB | Paid through Jan | | Keep and assign on sale | Assign on Sale | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 8 | GA | Alpharetta - 4400 Alexander Drive (subleased - Coyote Logistics, L.L.C. | 36,556 | 0 | $0 | $19,040 | 5/31/15 | Subtenant | Lehman Brothers Bank, FSB | Paid through Jan | check if paid to date | Non-bankrupt entity; no LB occupancy | Subleased | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 9 | CA | Lake Forest - 25510 Commercentre Drive, 1st Floor [LBSBF] | 34,267 | 0 | n/a | $150,554 | 2/28/14 | SBF | Lehman Brothers Bank, FSB | Paid through Jan | | Non-bankrupt entity; no LB occupancy | Sublease | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| | CA | Lake Forest - 25510 Commercentre Drive, 2nd Floor (warehoused space)     [LBSBF] | 36,291 | 0 | n/a | | 2/28/14 | Vacant | Lehman Brothers Bank, FSB | Paid through Jan | | Non-bankrupt entity; no LB occupancy; SBF elected not to sublease | Sublease | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 10 | DE | Wilmington - 1000 West Street - Brandywine Building (LBB) | 6,328 | 16 | n/a | $17,046 | 3/31/13 | LBB | Lehman Brothers Bank, FSB | Paid through Jan | | Assign lease on potential sale | Dispose | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 11 | IL | Downers Grove (Chicago) - Corridors One Tower II | 30,851 | 0 | n/a | $64,803 | 9/14/10 | Vacant | Lehman Brothers Bank, FSB | Paid through Jan | | Non-bankrupt entity; no LB occupancy | Sublease | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 12 | CO | Glendale (Denver) - 4100 E Miss. Ave. | 15,018 | 0 | n/a | $27,977 | 1/31/10 | Vacant | Lehman Brothers Bank, FSB | Paid through Jan | | Non-bankrupt entity; no LB occupancy | Sublease | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 13 | IL | Springfield - 1999 Wabash Ave | 585 | 1 | n/a | $1,653 | 5/31/11 | Vacant | Lehman Brothers Bank, FSB | Paid through Jan | | Non-bankrupt entity; no LB occupancy | Assign on Sale | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 14 | NJ | Florham Park - 230 Park Avenue | 45,809 | 297 | n/a | $116,727 | 4/30/15 | BarCap | Lehman Brothers Bank, FSB | Paid through Jan | | Maintain for Barclays occupancy | Sublease | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| | | | **233,534** | | | | | | | | | | | | | |
| **Campus Door & Capital Crossing** | | | | | | | | | | | | | | | | |
| 1 | PA | Carlisle - 1415 Ritner Highway (owned headquarters, MCD) | 34,500 | 191 | n/a | | owned | CD | Campus Door | 0 | | Sell building | Sell | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 2 | MA | Boston - 101 Summer Street (owned headquarters, MCD) | 58,961 | 173 | | | owned | CC | Capital Crossing | 0 | Waiting for MCD to sign listing agreement | Sell building | Sell | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| | | | **93,461** | | | | | | | | | | | | | |

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LIST OF COMPLETED LOCATIONS**

**Lehman Brothers Holdings Inc.**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TX | Houston (Eagle) - 7904 N Sam Houston Parkway W (subleased - Eflex Resources) | 10,621 | 0 | ($17,702) | $22,675 | 8/31/09 | Subtenant | Eagle Energy Partners I, L.P. | 1 month outstanding | | Completed; part of asset purchase by EDF | Assigned | | | |
| 2 | GA | Atlanta - (Eagle) - 3060 Peachtree Road, NW - One Buckhead Plaza | | 0 | n/a | $1,200 | monthly | Eagle | Eagle | 1 month outstanding | | Completed; part of asset purchase by EDF | Assigned | | | |
| 3 | IL | Naperville - (Eagle) - 2948 Artesian Road (suite 104C) | - | 0 | n/a | $522 | 6/30/09 | Eagle | Eagle | 1 month outstanding | | Completed; part of asset purchase by EDF | Assigned | | | |
| | IL | Naperville - (Eagle) - 2948 Artesian Road (suite 104D) | - | 0 | n/a | $527 | 6/30/09 | Eagle | Eagle | 1 month outstanding | | Completed; part of asset purchase by EDF | Assigned | | | |
| | IL | Naperville - (Eagle) - 2948 Artesian Road(suite 104E) | - | 0 | n/a | $623 | 6/30/09 | Eagle | Eagle | 1 month outstanding | | Completed; part of asset purchase by EDF | Assigned | | | |
| 4 | TX | Houston (Eagle) - 4700 W Sam Houston Parkway W | 31,971 | 222 | n/a | | 3/31/18 | Eagle | Barclays Capital | 0 | | Completed; part of asset purchase by EDF | Assigned | | | |
| 5 | IL | Chicago (LightPoint Capital) - 200 W Monroe Street | 5,823 | 26 | | $4,255 | 3/31/11 | Vacant | Lehman Brothers Asset Management LLC | 1 month outstanding | | Terminated by agreement | Terminated | | | |
| 6 | BM | Hamilton - 1 Victoria Street - Cumberland House - **Direct User** | 250 | 1 | n/a | | 3/14/09 | FID | Direct User | 0 | | Subleased to third party | Subleased | | | |
| 7 | BRA | Sao Paulo - Faria Lima Sq | 9,442 | 64 | | | 1/31/12 | #N/A | Lehman Brothers Do Brasil LTDA | | 0 | Completed; part of sale of business | Assigned | | | |
| 8 | AB | Calgary - 855 2nd Street, 38th floor - Bankers Hall (subleased - Blakes Services) | 2,062 | | ($11,190) | $11,000 | 12/31/11 | Subtenant | Lehman Brothers Energy Canada, ULC | Paid through Dec | Is lease terminated? | Non-bankrupt entity; lease terminated by landlord | Terminated | N/A | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| 9 | NY | 1301 Avenue of the Americas (7th flr) - Subl w/PWC | 62,600 | 0 | ($11,190) | $242,294 | 12/30/10 | Vacant | Lehman Brothers Holdings Inc. | 1 month outstanding | Confirm rejection date, may owe 2 weeks rent | Reject lease after finalizing LBHI space | Rejected | NO | LBHI | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; |
| | | | **58,107** | | | | | | | | | | | | | |

**Lehman Brothers Inc.**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MEX | Mexico City - Av. Paseo de la Reforma 265 Col. Cuauhtemoc | 2,641 | 6 | n/a | $7,471 | 11/30/09 | Investment Banking | Lehman Brothers Inc. | 2 months outstanding | | Completed; lease rejected | Rejected | | | |
| 2 | CA | Los Angeles - 1100 Glendon (Subleased - Frontline Management Group) | 16,333 | 0 | ($58,627) | $83,074 | 1/31/10 | Subtenant | Lehman Brothers Inc. | 2 months outstanding | | Completed; lease rejected | Rejected | | | |
| 3 | TN | Nashville - 3100 West End Avenue (subleased - Chernau, Chaffin & Burnsed) | 4,329 | 0 | ($8,941) | $11,512 | 5/3/11 | Subtenant | Lehman Brothers Inc. | 1 month outstanding | | Completed; lease rejected | Rejected | | | |
| 4 | NY | 1 WFC (Subleased - Global Forex - 22nd) | 5,307 | 0 | | $552,783 | 12/31/21 | Subtenant | Lehman Brothers Inc. | 1 month outstanding | | Completed; lease rejected | Rejected | | | |
| | NY | 1 WFC (Subleased - RSKO - 27th - 29th) | 84,344 | 0 | | | 12/30/15 | Subtenant | Lehman Brothers Inc. | 1 month outstanding | | Completed; lease rejected | Rejected | | | |
| | NY | 1 WFC (Subleased - Tata - 21st) | 14,876 | 0 | | | 12/31/21 | Subtenant | Lehman Brothers Inc. | 1 month outstanding | | Completed; lease rejected | Rejected | | | |
| 5 | IA | Dubuque - 300 Main Street (early terminated) | 349 | 1 | n/a | $479 | 11/18/08 | Investment Banking | Lehman Brothers Inc. | 2 months outstanding | | Completed; lease expired | Rejected | | | |
| 6 | NY | 50 Broadway | 1,709 | 25 | n/a | $0 | 10/11/08 | Equities | Lehman Brothers Inc. | 1 month outstanding | | Completed; lease expired | Expired | | | |
| 9 | NY | 399 Park Avenue (4th flr) - Subl w/Clearbridge Advisors | 96,599 | 0 | | $692,293 | 9/29/17 | Vacant | Lehman Brothers Inc. | Completed | | Completed; lease rejected | Rejected | | | |
| | | | **226,487** | | | | | | | | | | | | | |

**Neuberger Berman**

**Aurora Loan Services**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CO | Englewood - 327 Inverness Drive (to be assigned effective to Schwab) | 111,892 | 0 | n/a | $78,485 | 7/31/16 | Vacant | Aurora Loan Services Inc. | Paid through Dec/ Complete | | Assign to Schwab (awaiting LL consent); remain contigently liable | Assigned | | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 2 | CA | Irvine - 18200 Von Karman Ave., Suites 200, 250 (Subleased ) | 19,116 | 0 | ($45,721) | $50,247 | 3/31/11 | Subtenant | Aurora Loan Services Inc. | Paid through Jan | | Review Lease | Subleased | N/A | LBHI & Aurora | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |

**BNC**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NY | Elmsford (Tarrytown) - 570 Taxter Road (subleased - STG Computer Systems) | 2,440 | 0 | ($2,917) | $0 | 10/31/08 | Subtenant | BNC Mortgage, Inc. | Completed | | Completed; lease expired | Expired | | | |

**LBB**

| # | ST | Address | RSF | Total Seats | 10/08 Monthly Income | 11/08 Monthly Rent | Lease Exp. | Occupant | Current Lease Legal Entity | Rent Payment | Follow up | Strategy | Dispose | Seek Extension | Notification Category | Send To: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PA | Horsham, PA - 767 Electronic Drive (on the market for sublease) | 45,000 | 0 | n/a | $69,900 | 6/30/13 | Vacant | Lehman Brothers Bank, FSB | Paid through Dec/ Complete | | Completed; lease assigned to DRS Technologies; remain contigently liable | Assigned | | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 2 | CA | Lake Forest - 25520 Commercentre Drive, 1st Floor [LBSBF] | 36,963 | 0 | n/a | $189,150 | 2/28/14 | Vacant | Lehman Brothers Bank, FSB | Paid through Jan | | Sublease | Subleased | | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |
| 3 | CA | Irvine - 1901 Main Street | 60,904 | 0 | n/a | $146,096 | 11/30/08 | Vacant | Lehman Brothers Bank, FSB | Completed | Received default notice | Non-bankrupt entity; no LB occupancy | Expired | N/A | LBHI & LBB | Marcucci, Mark; Scaglione, Vanessa; Morrison,Richard; Havey, Joseph P; |