# EXHIBIT 9

*Confidential* Presentation to:

# Allocation Summit

## Overview

*March 26th, 2007*

**LEHMAN BROTHERS**

---

## Allocation Summit Agenda

**Day 1 (March 26th) – Plenary Session**

**General Introduction**

- Objectives

- General overview of the Corporate Divisions, their costs and cost allocations

- Future direction of the allocation process

**Corporate Division Presentation**

- Activities

- Cost base

- Allocation drivers
  – Focus on Shared Allocations

**Day 2 (March 27th) – One-on-one Sessions**

**One on one Session**

- Focus on Dedicated Allocations

- Discussion on division specific topics

LEHMAN BROTHERS                    1

## 2007 S&C Summit – Day 1 Agenda

| Time | Topic | |
|---|---|---|
| 9.00am – 10.00am | Allocation Overview | Robert Azerad / Chris Deegan / Seán Smith / John Ambrose / Bob Wharam |
| 10.00am – 11.00am | ITD | Kathy Sorensen / Julie Castle / Jay Zoufaly |
| 11.00am – 12.00pm | Operations | Stewart Ninehman / Mark O'Sullivan / Tony Collier / Neil Banbury |
| *12.00pm – 1.00pm* | *Break / Lunch* | |
| 1.00pm – 2.00pm | Finance | Erik Umlauf / Joe Beukers |
| 2.00pm – 3.00pm | Risk Management | Lisa Rathgeber / Joe Beukers |
| 3.00pm – 4.00pm | Business Development Services | Carol Dewar / Robin Yenk / Jana Greenbaum |
| 4.00pm – 4.30pm | General Q&A / Next Steps | Robert Azerad / Chris Deegan / Seán Smith |

◆ Agenda for Day 2 can be found in the appendix

LEHMAN BROTHERS              2

---

## BPM: "Lehman's" Secret Weapon

> BPM has been widely recognized as one of the hidden strengths of Lehman Brothers. This system serves as a firmwide reporting template and as a powerful budgeting and resource allocation tool.
>
> – *Brad Hintz, Senior Analyst, BernsteinResearch, 2006*

◆ BPM was introduced in 1996 to develop a system that measured profitability and return metrics for the Firm's products, divisions and regions.

◆ Prior to this, the Firm was largely run as a single P&L, with mainly revenues only down to the businesses
  ⇒ Every division appeared to be doing great, but the Firm as a whole was performing poorly

◆ BPM was developed to :
  – Help create annual budgets and targets
  – Provide analytical support to the compensation discussions
  – Allocate Firm costs
  – Allocate Balance Sheet and Equity

LEHMAN BROTHERS              3

## 2006 Firm Performance by Division

- $2.9 billion of Corporate costs ($1.7 billion of PE and $1.2 billion of NPE) allocated to the Front Office divisions in 2006

$'s in millions

|  | FID | Equities | IBD | IMD | Corporate | Other [1] | Total | Shadow MCD | CMPS |
|---|---|---|---|---|---|---|---|---|---|
| Revenues | 9,029 | 4,032 | 3,338 | 1,653 | - | (468) | 17,583 | 1,000 | 1,446 |
| Compensation & Benefits | 2,268 | 1,293 | 1,548 | 1,173 | 1,697 | 690 | 8,669 | 602 | 218 |
| Non Personnel Expenses | 553 | 552 | 174 | 323 | 1,226 | 180 | 3,009 | 254 | 145 |
| Dedicated | 1,562 | 556 | 800 | (410) | (872) | (1,636) | 0 | (13) | 256 |
| Shared | 832 | 620 | 319 | 363 | (2,051) | (82) | 0 | 138 | 215 |
| Allocations | 2,393 | 1,175 | 1,120 | (47) | (2,923) | (1,717) | 0 | 125 | 471 |
| **Pre Tax Income** | **3,815** | **1,012** | **496** | **204** | **(0)** | **378** | **5,905** | **19** | **613** |
| *Pre Tax Margin* | *42.3%* | *25.1%* | *14.9%* | *12.3%* | *nm* | *nm* | *33.6%* | *1.9%* | *42.4%* |

1. Other includes GPS, GTS and Non-Core

LEHMAN BROTHERS                    4

---

## What is Corporate? (I)

- There are 14 Corporate divisions with a total cost of $2.9 billion, i.e., approximately 25% of overall costs for the Firm

| Corporate Division | H/C | H/C % | $mm | $ % | Primary Responsibility |
|---|---|---|---|---|---|
| ITD * "Information Technology Division" | 3,470 | 37.1% | 1,192 | 40.8% | Provides the Firm with all systems, maintenance of existing hardware and software and creation of new systems for future use. |
| Operations * | 1,937 | 20.7% | 272 | 9.3% | Provides the Firm with management, execution and settlement of transactions |
| Finance * | 1,436 | 15.3% | 278 | 9.5% | Provides financial performance reporting & analytics, capital & risk planning, and tax. |
| CAD "Corporate Advisory Division" | 711 | 7.6% | 199 | 6.8% | Provides legal, audit and other compliance functions for the Firm |
| BDS * "Business Development Services" | 642 | 6.9% | 209 | 7.1% | Provides business development services, e.g., event marketing, multimedia services, cafeteria, exec dining |
| Human Resources | 374 | 4.0% | 106 | 3.6% | Provides the Firm with hiring, recruiting, training, benefits & other personnel support services. |
| Risk Management * | 198 | 2.1% | 68 | 2.3% | Provides the Firm with crucial input into risk-return decisions and reviews the Firm's positions to ensure it is not exposed to losses beyond its risk tolerance. |
| Exec & Admin | 163 | 1.7% | 426 | 14.6% | Provides corporate management & administration for the Firm |
| PPI "Productivity & Process Improvement" | 143 | 1.5% | 31 | 1.1% | Creates operational efficiency through reengineering, metrics analysis, automation and off shoring across all areas of the Firm. |
| Recruiting | 108 | 1.2% | 42 | 1.4% | Campus recruiting services |
| Corporate Real Estate | 68 | 0.7% | 41 | 1.4% | Provides building maintenance & property management |
| Security | 43 | 0.5% | 28 | 1.0% | Provides a safe and secure working environment, protecting our people & assets |
| Strategy | 40 | 0.4% | 19 | 0.6% | Provides the Firm with strategic planning & analyisis |
| CMB "Comm., Media & Branding" | 32 | 0.3% | 13 | 0.5% | Provides corporate communications, marketing, media relations & branding services |
| **TOTAL** | **9,365** | **100%** | **2,924** | **100%** | |

*Discussed separately at the Allocation Summit

LEHMAN BROTHERS                    5

# What is Corporate? (II)

**Total Direct Expenses (PE + NPE)**

**Total Comp**

**Total NPE**

**Headcount**

# Corporate Has Grown at the Same Pace as the Firm

**Total Comp + NPE**

**Total Compensation**

**Total NPE**

**Headcount**



## Allocations in BPM – A Primer (I)

- In order to measure bottom-line profitability, the costs of all Front Office and Firm Infrastructure and Corporate areas are allocated to the Front Office businesses
    - Front Office support includes such functions as Equities Research & Divisional Administration
    - Firm Infrastructure represents Corporate divisions, such as Finance, Technology, Operations, Human Resources and Executive & Administration

- All support areas are allocated on a "fully loaded" basis

- Direct expenses (i.e., PE and NPE) PLUS attributable expenses (allocations received from other support areas) are included in the allocations that the Front Office receives
    - ⇒ BPM creates the incentive for Corporate areas to be accountable for all costs they incur (e.g. Finance is accountable for Dedicated HR costs incurred on behalf of Finance)

LEHMAN BROTHERS                 8

## Corporate Allocations – 2006 Details by Corporate Division

| $'s in millions | ITD | Exec & Admin | OPS | Finance | BDS | CAD | HR | Risk Mgmt | CRE | Recruit'g | Security | PPI | Strategy | CMB | Inter-Corporate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PE | 471.5 | 334.8 | 223.1 | 214.3 | 67.3 | 164.5 | 76.0 | 58.1 | 14.0 | 20.2 | 7.5 | 24.2 | 15.0 | 6.8 | | 1,697.2 |
| NPE | 720.8 | 91.5 | 48.6 | 63.5 | 141.3 | 34.1 | 30.5 | 9.9 | 26.6 | 21.7 | 20.5 | 6.9 | 3.8 | 6.5 | | 1,226.3 |
| **Direct Expenses** | **1,192.3** | **426.4** | **271.7** | **277.7** | **208.6** | **198.6** | **106.5** | **68.0** | **40.6** | **42.0** | **28.0** | **31.1** | **18.8** | **13.2** | | **2,923.5** |
| ITD | | 5.8 | (0.0) | 74.8 | 42.5 | 0.0 | 9.5 | 6.3 | 21.7 | (0.0) | (0.0) | - | - | (0.0) | (0.0) | 160.6 |
| Finance | | 4.8 | 0.1 | 0.3 | 0.2 | 0.1 | 0.2 | 0.2 | 0.1 | - | 0.1 | - | - | 0.1 | 0.1 | 6.4 |
| Other | | 2.2 | 2.6 | 1.2 | 0.0 | 0.0 | 0.4 | (0.0) | 0.0 | (0.0) | 0.0 | - | - | - | 0.0 | 6.6 |
| **Dedicated Corporate** | | **12.8** | **2.8** | **76.4** | **42.8** | **0.2** | **10.2** | **6.5** | **21.8** | **(0.0)** | **0.1** | **-** | **-** | **0.1** | **0.1** | **173.7** |
| **Sub total** | **1,205.1** | **429.1** | **348.1** | **320.5** | **208.8** | **208.8** | **113.0** | **89.8** | **40.6** | **42.0** | **28.0** | **31.1** | **18.9** | **13.4** | | **3,097.2** |
| % Total | 90% | 97% | 87% | 87% | 90% | 94% | 93% | 94% | 75% | 87% | 100% | 100% | 96% | 96% | | nm |
| ITD | 125.6 | 7.0 | 40.7 | 40.1 | 21.1 | 11.1 | 6.8 | 5.2 | 10.4 | 5.0 | - | - | 0.6 | 0.4 | | 273.9 |
| Other | 8.5 | 2.7 | 1.3 | 2.8 | 0.7 | 0.8 | 0.4 | 0.4 | 0.2 | 0.3 | - | - | 0.1 | 0.0 | | 11.2 |
| **Shared Corporate** | **134.1** | **11.3** | **49.8** | **45.7** | **22.6** | **12.8** | **8.7** | **6.0** | **10.6** | **6.0** | **0.0** | **-** | **0.9** | **0.6** | | **309.1** |
| Other: Legal (Non-Core) | 0.8 | 0.8 | 0.5 | 1.2 | 0.0 | 0.5 | 0.0 | 0.0 | 3.1 | 0.1 | - | - | 0.0 | 0.1 | | 7.0 |
| **Sub total** | **1,340.0** | **441.3** | **398.3** | **367.4** | **231.4** | **222.1** | **121.7** | **95.8** | **54.3** | **48.1** | **28.0** | **31.1** | **19.7** | **14.0** | | **3,413.3** |
| Less: Intra-Corp. Divisional | (131.4) | (0.9) | - | (2.1) | - | (1.0) | - | - | - | - | - | - | - | - | | (135.4) |
| Less: Inter-Corp. Divisional | | | | | | | | | | | | | | | (347.4) | (347.4) |
| **Total Expenses** | **1,208.7** | **440.4** | **398.3** | **365.2** | **231.4** | **221.1** | **121.7** | **95.8** | **54.3** | **48.1** | **28.0** | **31.1** | **19.7** | **14.0** | **(347.4)** | **2,930.5** |

LEHMAN BROTHERS                 9

## Allocations in BPM – A Primer (II)

**Dedicated Vs Shared**

- Dedicated areas either reside in a Front Office division, like Divisional Administration or Research, or sit outside the division, but are dedicated mostly to that unit, e.g. FID Product Control
    - The 80% Rule: Generally, if 80% of the costs target one division, then those allocations are classified as "Dedicated". Otherwise, it would be allocated as a "Shared" expense.
    - There are exceptions to the 80% Rule. For example: Equities Research allocates 50% to Banking, but is still considered dedicated because Research teams are dedicated to assisting specific areas.
    - Additionally, if one division is receiving > 80% of a dedicated allocation, the small remaining costs allocated to other divisions will also be classified as dedicated.
- The receiving division is seen as having direct influence over these costs
- Dedicated areas can allocate to both Front Office and Corporate divisions
- Shared areas represent all remaining allocating areas (e.g. IT Infrastructure, Tax, Treasury, Dining Services etc), and generally allocate to the Front Office only (except for ITD and some services which are allocated based on usage).

**Direct Vs Indirect**

- Core Expenses (Comp + NPE) are allocated as "Direct Allocations"
- Allocations received from other support areas are allocated as "Indirect Allocations"

LEHMAN BROTHERS                 10

## Corporate Allocations: Dedicated Vs Shared

- In 2006 33% of the total Corporate costs were allocated as dedicated ($0.96 billion) and 67% were allocated to as shared ($1.97 billion)
    – This excludes Non-Core (pensions, audit fees, insurance, etc.), which represents an additional $0.2 billion of shared allocations

|  | 2006 Actuals ($ Millions) | | | % Division Costs | | % Total | | |
|---|---|---|---|---|---|---|---|---|
|  | **Dedicated** | **Shared** | **Total** | **Dedicated** | **Shared** | **Dedicated** | **Shared** | **Total** |
| ITD | 515 | 677 | 1,192 | 43 | 57 | 54 | 34 | 41 |
| Exec & Admin | 2 | 425 | 426 | 0 | 100 | 0 | 22 | 15 |
| Finance | 105 | 173 | 278 | 38 | 62 | 11 | 9 | 9 |
| Operatons | 156 | 116 | 272 | 57 | 43 | 16 | 6 | 9 |
| BDS | 14 | 195 | 209 | 7 | 93 | 1 | 10 | 7 |
| CAD | 81 | 117 | 199 | 41 | 59 | 8 | 6 | 7 |
| HR | 18 | 88 | 107 | 17 | 83 | 2 | 4 | 4 |
| Risk Management | 37 | 31 | 68 | 54 | 46 | 4 | 2 | 2 |
| Recruiting | 30 | 12 | 42 | 72 | 28 | 3 | 1 | 1 |
| Security | 0 | 28 | 28 | 0 | 100 | 0 | 1 | 1 |
| PPI | 0 | 31 | 31 | 0 | 100 | 0 | 2 | 1 |
| Corporate Real Estate | 0 | 41 | 41 | 0 | 100 | 0 | 2 | 1 |
| Strategy | 0 | 19 | 19 | 0 | 100 | 0 | 1 | 1 |
| CMB | 0 | 13 | 13 | 0 | 100 | 0 | 1 | 0 |
| **Total** | **957** | **1,966** | **2,924** | **33** | **67** | **100** | **100** | **100** |

LEHMAN BROTHERS                 11

## Allocations in BPM – A Primer (II)

◆ The cost incurred by the Corporate divisions is allocated using two main methodologies:

**Surveys** — 37% of total cost
- Provided directly by Corporate P&L manager, to represents % time spent or % usage of function
- % generally provided down to the regional product (i.e. BPM level 1)
- Update frequency varies division by division, but is typically reviewed annually (at the start of the year)
- Survey % in budget = Survey % in actual [1]
- Surveys are the predominant methodology for dedicated functions, but also used in some cases for shared

**Drivers** — 63% of total cost
- Typically based on budget data by product [2]
- Updated quarterly, in line with budget allocation runs
- Drivers are the predominant methodology for shared functions

1. May be timing differences between budget update (quarterly) and actuals
2. Headcount drivers, and drivers used by Ops / ITD based on actual data

**LEHMAN BROTHERS**  12

---

## Key Allocation Drivers (I)

◆ The below view shows the % of total Corporate (Excluding ITD and Ops) by driver

| | Exec & Admin | Finance | BDS | CAD | HR | Risk Mgmt | CRE | Recruit'g | Security | PPI | Strategy | CMB | Total Corporate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Headcount Drivers:** | | | | | | | | | | | | | |
| Weighted Headcount [1] | 1.2% | 0.0% | 2.9% | 0.1% | 6.5% | 0.0% | 0.0% | 0.4% | 1.5% | 0.0% | 0.8% | 0.2% | 13.5% |
| NY buildings Ex NB Headcount | 0.0% | 0.0% | 6.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 6.5% |
| NB building Headcount | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Expat Population | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% |
|  | **1.2%** | **0.0%** | **9.4%** | **0.1%** | **6.6%** | **0.0%** | **0.0%** | **0.4%** | **1.5%** | **0.0%** | **0.8%** | **0.2%** | **20.1%** |
| **NPE Drivers:** | | | | | | | | | | | | | |
| Variable NPE | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 0.1% |
| Travel NPE | 0.0% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% |
| Occupancy NPE | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% |
| Total NPE | 0.0% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.4% | 0.0% | 0.0% | 1.0% |
| Fixed NPE | 0.0% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.5% | 0.0% | 0.0% | 0.9% |
|  | **0.0%** | **1.1%** | **0.2%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **1.0%** | **0.0%** | **0.0%** | **2.3%** |
| **Divisional Mngmt/Admin Drivers [2]** | | | | | | | | | | | | | |
| Finance Exec Driver | 0.0% | 2.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.9% |
| BDS Exec Driver | 0.0% | 0.0% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.2% |
| CAD Exec Driver | 0.0% | 0.0% | 0.0% | 1.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.6% |
|  | **0.0%** | **2.9%** | **1.2%** | **1.6%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **5.6%** |
| Exec Driver | 30.5% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 30.7% |
| Total Revenue Driver | 0.0% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.4% |
| Total Comp Driver | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% |
| Overhead Driver | 0.4% | 3.1% | 2.2% | 0.3% | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.5% | 6.8% |
| Net Balance Sheet + Goodwill | 0.0% | 3.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 3.0% |
| Weighted Rent Square Foot [1] | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.0% | 0.0% | 0.7% | 0.0% | 0.0% | 0.0% | 5.7% |
| Regulatory Capital | 0.0% | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% |
| Client Revenue | 1.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.9% |
| India Core Team [3] | 0.3% | 0.1% | 0.1% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.7% |
| Survey | 2.0% | 2.9% | 3.3% | 8.0% | 0.7% | 2.5% | 0.0% | 0.0% | 0.0% | 1.4% | 0.8% | 0.4% | 22.1% |
|  | **36.3%** | **14.3%** | **16.5%** | **10.0%** | **7.5%** | **2.6%** | **5.0%** | **0.4%** | **2.2%** | **2.5%** | **1.6%** | **1.1%** | **100.0%** |

1. Weighted for Corporate Division Share to Front Office, based on Usage
2. Divisional Management/Admin Drivers based on total direct allocations to the Front Office for each division (by region)
3. India Core Team driver based on projected year end Usage of all India BPO functions

**LEHMAN BROTHERS**  13

## Key Allocation Drivers (II)

◆ Excluding Ops & ITD[1], Corporate used 22 different drivers to allocate shared Costs in 2006:

| | Exec & Admin | Finance | BDS | CAD | HR | Risk Mgmt | CRE | Recruit'g | Security | PPI | Strategy | CMB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Headcount Drivers:** | | | | | | | | | | | | |
| Weighted Headcount [1] | 3.2% | 0.1% | 17.6% | 1.0% | 87.0% | 0.0% | 0.0% | 91.7% | 67.6% | 0.0% | 50.1% | 14.9% |
| NY buildings Ex NB Headcount | 0.0% | 0.0% | 39.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| NB building Headcount | 0.0% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Expat Population | 0.0% | 0.0% | 0.0% | 0.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 3.2% | 0.1% | 57.1% | 1.0% | 87.9% | 0.0% | 0.0% | 91.7% | 67.6% | 0.0% | 50.1% | 14.9% |
| **NPE Drivers:** | | | | | | | | | | | | |
| Variable NPE | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 4.2% | 0.0% | 0.0% |
| Travel NPE | 0.0% | 0.0% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Occupancy NPE | 0.0% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total NPE | 0.0% | 3.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 16.9% | 0.0% | 0.0% |
| Fixed NPE | 0.0% | 3.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 19.2% | 0.0% | 0.0% |
| | 0.0% | 7.7% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 40.3% | 0.0% | 0.0% |
| **Divisional Mngmt/Admin Drivers** [2] | | | | | | | | | | | | |
| Finance Exec Driver | 0.0% | 20.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| BDS Exec Driver | 0.0% | 0.0% | 7.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CAD Exec Driver | 0.0% | 0.0% | 0.0% | 15.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 0.0% | 20.1% | 7.2% | 15.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Exec Driver | 83.9% | 1.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Revenue Driver | 0.0% | 3.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Comp Driver | 0.0% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Overhead Driver | 1.2% | 21.5% | 13.6% | 3.4% | 0.0% | 4.6% | 0.0% | 0.0% | 0.0% | 1.9% | 0.0% | 47.5% |
| Net Balance Sheet + Goodwill | 0.0% | 21.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Weighted Rent Square Foot [1] | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 99.7% | 0.0% | 32.2% | 0.0% | 0.0% | 0.0% |
| Regulatory Capital | 0.0% | 1.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Client Revenue | 5.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| India Core Team [3] | 0.8% | 0.7% | 0.7% | 0.0% | 2.2% | 0.0% | 0.3% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% |
| Survey | 5.6% | 20.6% | 19.8% | 80.1% | 9.9% | 95.4% | 0.0% | 8.3% | 0.0% | 57.8% | 49.9% | 37.6% |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

1. Weighted for Corporate Division Share to Front Office, based on Usage
2. Divisional Management/Admin Drivers based on total direct allocations to the Front Office for each division (by region)
3. India Core Team driver based on projected year end Usage of all India BPO functions

**LEHMAN BROTHERS**                    14

---

## Key Allocation Drivers (III)

| | **Major Allocation Drivers** |
|---|---|
| Surveys (37% of total cost) | ◆ Support function provides % of time spent by BPM level 1 Product<br>◆ Used to allocate dedicated areas like Legal and Product Control<br>◆ Surveys can be changed on a quarterly basis and are recommended for review on at least an annual basis |
| Overhead Driver (3% of total cost) | ◆ Calculated on the basis of 50% Revenue, 50% Expense<br>◆ Used to allocate general corporate infrastructure (Franchise Costs) |
| Exec Driver (15% of total cost) | ◆ 50% Even Share by Front Office Division with Exec Committee representation<br>◆ 50% Overhead Driver<br>◆ Used to allocate Firm's Exec Committee |
| Other Driver Examples | ◆ Headcount (HR) (10% of total cost)<br>◆ Square Foot (Building Facilities) (3% of total cost)<br>◆ NPE (Expense Management) (1% of total cost)<br>◆ Net Balance Sheet Usage + Goodwill (Treasury) (2% of total cost) |

**LEHMAN BROTHERS**                    15

## Corporate Allocations – 2006 Allocations by Division

*$ in millions*

| | Key Driver | Total | FID | Equities | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| **DEDICATED** | | | | | | | | | |
| ITD | BEN Projects (Survey) | 515 | 25% | 28% | 1% | 9% | 2% | 34% | 10% |
| Operations | Survey | 233 | 49% | 38% | 1% | 12% | 0% | 0% | 29% |
| Finance | Survey | 118 | 51% | 25% | 5% | 13% | 1% | 6% | 10% |
| CAD | Survey | 85 | 44% | 26% | 12% | 18% | 0% | 1% | 12% |
| Risk Management | Survey | 37 | 63% | 30% | 2% | 4% | 0% | 0% | 24% |
| Recruiting | In-Division Headcount | 32 | 25% | 22% | 52% | 1% | 0% | 0% | 4% |
| HR | In-Division Headcount | 18 | 14% | 21% | 25% | 21% | 0% | 19% | 3% |
| BDS | Survey | 14 | 11% | 5% | 65% | 6% | 0% | 13% | 0% |
| Exec & Admin | Survey | 2 | 4% | 10% | 82% | 4% | 0% | 0% | 1% |
| **Dedicated Allocations** | | **1,052** | **36%** | **29%** | **5%** | **11%** | **1%** | **18%** | **15%** |
| **SHARED** | | | | | | | | | |
| ITD | [1] | 825 | 24% | 23% | 6% | 10% | 3% | 34% | 8% |
| Exec & Admin | Exec Driver | 440 | 32% | 22% | 19% | 16% | 10% | 1% | 6% |
| Finance | [1] | 250 | 46% | 25% | 11% | 11% | 3% | 3% | 10% |
| BDS | [1] | 218 | 33% | 21% | 21% | 16% | 3% | 6% | 5% |
| Operations | [1] | 166 | 43% | 40% | 0% | 16% | 0% | 1% | 25% |
| CAD | Survey | 138 | 30% | 26% | 12% | 17% | 2% | 12% | 8% |
| HR | Headcount | 104 | 32% | 20% | 14% | 18% | 13% | 3% | 5% |
| Risk Management | [1] | 59 | 59% | 25% | 6% | 9% | 1% | 0% | 17% |
| Corp. Real Estate | Rent Sqr. Ft. | 54 | 36% | 29% | 14% | 15% | 5% | 0% | 10% |
| Security | Headcount | 28 | 32% | 22% | 16% | 17% | 12% | 0% | 6% |
| PPI | Surveys | 31 | 35% | 19% | 5% | 14% | 6% | 21% | 10% |
| Strategy | Survey | 20 | 24% | 16% | 13% | 25% | 13% | 8% | 5% |
| Recruiting | Headcount | 16 | 31% | 26% | 35% | 5% | 3% | 0% | 4% |
| CMB | Overhead | 14 | 32% | 21% | 21% | 14% | 6% | 7% | 4% |
| **Shared Allocations** | | **2,362** | **32%** | **24%** | **12%** | **13%** | **5%** | **14%** | **9%** |
| Less: Inter-Corporate Divisional [2] | | (483) | | | | | | | |
| **Total Corporate** | | **2,931** | **39%** | **30%** | **11%** | **15%** | **4%** | **1%** | **12%** |

1. Covered in Separate Session
2. Includes Cross Corporate Divisional ($347mm) and Intra-Corporate Divisional ($135mm)

**LEHMAN BROTHERS**                    16

## How to Think About Allocations

◆ When discussing allocations and ways to improve them, three concepts are helpful to keep in mind: perfect efficiency, Pareto efficiency and operational efficiency

◆ Cost allocations are said to be <u>perfectly efficient</u> if they are determined in a way which equates their marginal costs – i.e., reducing the allocation for a given business / division will translate into a 1:1 cost reduction for the Firm
  – Most cost allocations are NOT perfectly efficient or even approaching perfect efficiency, because the services allocated do not have measurable cost drivers
    • Exceptions would be operations costs driven by and allocated based on trade fails for example.

◆ Cost allocations are said to be <u>Pareto efficient</u> when there is no alternative allocation mechanism in which <u>all</u> businesses and the Firm are better off
  – Cost allocations are usually Pareto efficient. Typically, there are entire continuums of Pareto efficient allocations for a given cost center.
  – **As a result, great care must be used when evaluating the fully-loaded profitability of a business or a division**

◆ <u>Operational efficiency</u> refers to the efforts used in gathering the information required to allocate the costs. While IT and automation can increase the operational efficiency, information gathering is not free.
  – There is a trade off between having perfect allocation information and the timeliness and cost constraints associated with generating cost allocations.

**LEHMAN BROTHERS**                    17

# Future of Allocations

◆ There are three streams of ongoing work regarding allocations

- Push allocations to the business level (Level 2 BPM)
    - Better understand the economics of all businesses
        - With all the caveats regarding "imperfect" cost allocations
    - Require some clean up of Level 2 BPM P&Ls, which is under way
    - Should see the results by 2007 Q3

- Improve "perfection" of cost allocations when possible
    - Expand the use of unit costing at pre-determined "prices"
    - Expand the use of surveys to better understand how time is being spent
    - Revisit the classification of allocations between dedicated and shared to better reflect the influence that the divisions have over the <u>Firm-wide</u> costs

- Improve operational efficiency
    - For "essential services" that are not directly related to the divisions or regions (e.g., External Reporting), consider simplifying the allocation methodology

LEHMAN BROTHERS                    18

**Appendices**

## Exec & Admin Allocations

*$ in millions*

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Exec & Admin | 371.7 | Exec Driver [1] | 112.8 | 81.9 | 72.6 | 61.1 | 39.1 | 4.3 | 20.7 |
| Senior Relationship Management | 22.4 | Client Revenue | 10.7 | 6.4 | 5.0 | 0.3 | 0.0 | 0.0 | 2.2 |
| Training | 13.5 | Headcount | 3.7 | 2.2 | 1.7 | 3.3 | 2.5 | 0.1 | 0.7 |
| Aviation | 13.0 | Exec Driver | 3.9 | 2.7 | 2.3 | 2.4 | 1.5 | 0.1 | 0.7 |
| Philanthropy & Other | 5.7 | Overhead Driver [2] | 2.3 | 1.2 | 0.9 | 1.0 | 0.3 | 0.1 | 0.4 |
| **Total Direct** | **426.4** | | **133.4** | **94.4** | **82.5** | **68.0** | **43.5** | **4.6** | **24.7** |
| Indirect | 14.9 | | 5.0 | 4.1 | 2.9 | 1.8 | 1.0 | 0.1 | 0.9 |
| **Total Exec & Admin** | **441.3** | | **138.4** | **98.4** | **85.5** | **69.7** | **44.5** | **4.7** | **25.7** |

- Exec & Admin includes Firm Exec, Regional Exec and Exec Committee bonus pool
- Training includes Leadership program and Diversity training [3]
- Indirect includes $7mm ITD Infrastructure, $3mm BDS, and $1mm Legal Fees/Settlements, $4mm Other Corporate

---

1. Exec & Admin partly allocated by Survey in Europe for Continental Offices
2. Philanthropy Asia allocated based on headcount in 2006
3. NPE cost of program only – moving to HR Q2 '07

**LEHMAN BROTHERS**          19

---

## HR Allocations

*$ in millions*

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Dedicated Divisional HR | 18.1 | H/C in Supported Division | 2.5 | 3.8 | 4.5 | 3.9 | 0.0 | 3.4 | 0.5 |
| Generalist HR Europe | 13.9 | Headcount | 5.5 | 4.5 | 2.7 | 1.1 | 0.1 | 0.0 | 1.2 |
| Training | 10.9 | Headcount | 3.3 | 2.2 | 1.5 | 2.2 | 1.6 | 0.1 | 0.6 |
| Diversity | 10.3 | Headcount | 3.1 | 2.0 | 1.4 | 2.2 | 1.6 | 0.1 | 0.5 |
| HR Admin | 9.9 | Headcount | 2.7 | 1.6 | 1.2 | 2.4 | 1.9 | 0.1 | 0.5 |
| Generalist HR Asia | 6.9 | Headcount | 1.8 | 2.0 | 0.9 | 0.0 | 0.0 | 2.2 | 0.1 |
| Compensation | 5.1 | Headcount | 1.4 | 0.8 | 0.6 | 1.2 | 1.0 | 0.0 | 0.3 |
| Staffing | 4.9 | Headcount | 1.4 | 0.8 | 0.6 | 1.2 | 0.9 | 0.0 | 0.2 |
| Corporate Generalist | 4.7 | Headcount | 1.3 | 0.8 | 0.6 | 1.1 | 0.9 | 0.0 | 0.2 |
| Analysts/Temps | 3.8 | Headcount | 1.3 | 1.0 | 0.6 | 0.5 | 0.3 | 0.0 | 0.3 |
| Medical | 3.6 | Headcount | 1.0 | 0.6 | 0.5 | 0.8 | 0.7 | 0.0 | 0.2 |
| Branch HR | 3.2 | Headcount | 0.9 | 0.9 | 0.9 | 0.1 | 0.0 | 0.5 | 0.0 |
| HR Subs | 2.2 | Headcount | 0.6 | 0.4 | 0.3 | 0.5 | 0.4 | 0.0 | 0.1 |
| Benefits | 2.1 | Headcount | 0.6 | 0.3 | 0.3 | 0.5 | 0.4 | 0.0 | 0.1 |
| Generalist HR India | 1.9 | Headcount | 0.8 | 0.7 | 0.1 | 0.3 | 0.1 | 0.0 | 0.3 |
| Global Business Services | 1.6 | Headcount | 0.4 | 0.3 | 0.2 | 0.4 | 0.3 | 0.0 | 0.1 |
| Back Up Child Care | 1.5 | Headcount | 0.4 | 0.2 | 0.2 | 0.4 | 0.3 | 0.0 | 0.1 |
| International Comp & Relocation | 0.8 | Expat Headcount | 1.7 | (.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.9 | Headcount | 0.3 | 0.1 | 0.1 | 0.2 | 0.2 | 0.0 | 0.0 |
| **Total Direct** | **106.5** | | **31.0** | **22.2** | **17.2** | **19.0** | **10.6** | **6.5** | **5.3** |
| Indirect | 15.2 | | 4.7 | 2.8 | 2.0 | 3.2 | 2.4 | 0.1 | 0.8 |
| **Total HR Allocations** | **121.7** | | **38.2** | **28.8** | **23.7** | **26.1** | **13.0** | **10.0** | **6.7** |

**LEHMAN BROTHERS**          20

## Corporate Real Estate & Security Allocations

**Corporate Real Estate:**

*$ in millions*

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Real Estate Mgmt / Facilities | 20.8 | Rent Squ. Foot | 6.8 | 5.6 | 3.1 | 3.7 | 1.5 | 0.1 | 1.7 |
| Occupancy Relatated | 19.8 | Rent Squ. Foot | 8.8 | 6.8 | 2.3 | 1.8 | 0.1 | 0.0 | 2.7 |
| **Total Direct** | **40.6** | | **15.6** | **12.3** | **5.4** | **5.5** | **1.7** | **0.1** | **4.4** |
| Indirect | 13.8 | | 4.2 | 3.4 | 2.1 | 2.7 | 1.2 | 0.0 | 1.1 |
| **Total Real Estate** | **54.4** | | **19.8** | **15.7** | **7.5** | **8.2** | **2.9** | **0.1** | **5.5** |

- Occupancy Related allocation relates to unoccupied space, not allocated as part of NPE, plus any under or over residual from the NPE budgeted rate

**Security:**

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Security | 28.0 | Headcount | 9.0 | 6.1 | 4.5 | 4.9 | 3.4 | 0.1 | 1.7 |

- Security was previously part of Exec & Admin

LEHMAN BROTHERS    21

## PPI & Strategy Allocations

**PPI:**

*$ in millions*

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Productivity & Process Improvement | 16.4 | Survey | 7.2 | 2.9 | 0.3 | 0.9 | 0.6 | 4.5 | 2.0 |
| Global Sourcing | 6.3 | NPE Driver | 1.4 | 1.1 | 0.9 | 1.6 | 0.8 | 0.5 | 0.3 |
| Expense Management | 8.3 | NPE Driver | 2.3 | 1.9 | 0.4 | 1.7 | 0.5 | 1.4 | 0.7 |
| | **31.1** | | **10.9** | **5.9** | **1.7** | **4.3** | **1.9** | **6.5** | **3.0** |

- PPI was previously part of Exec & Admin
- Global Sourcing & Expense Management were previously part of Finance

**Strategy:**

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Strategic Planning & Analysis Americas | 9.4 | Headcount | 2.6 | 1.6 | 1.2 | 2.3 | 1.8 | 0.1 | 0.5 |
| Strategic Planning & Analysis Europe | 6.3 | Survey | 1.3 | 0.8 | 0.9 | 2.5 | 0.6 | 0.0 | 0.4 |
| Strategic Planning & Analysis Asia | 3.1 | Survey | 0.6 | 0.6 | 0.3 | 0.0 | 0.0 | 1.6 | 0.1 |
| | **18.8** | | **4.6** | **3.0** | **2.4** | **4.8** | **2.4** | **1.6** | **0.9** |

LEHMAN BROTHERS    22

## CMB & Recruiting Allocations

**Communication, Media & Branding:**

*$ in millions*

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Corporate Communications | 11.8 | Overhead [1] | 3.6 | 2.5 | 2.6 | 1.5 | 0.6 | 1.0 | 0.5 |
| Branding & Advertising | 1.5 | Overhead | 0.6 | 0.2 | 0.2 | 0.3 | 0.1 | 0.0 | 0.1 |
| Indirect | 0.8 | | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 |
| | **14.0** | | **4.4** | **2.9** | **3.0** | **1.9** | **0.8** | **1.0** | **0.6** |

◆ Marketing Solutions not included above – moving from BDS in Q2 '07

**Recruiting:**

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| Dedicated Recruiting | 30.3 | H/C in Supported Division | 7.2 | 6.6 | 16.2 | 0.3 | 0.0 | 0.0 | 1.1 |
| Shared Recruiting | 11.7 | Headcount | 5.4 | 3.9 | 0.8 | 0.7 | 0.5 | 0.0 | 0.5 |
| Indirect | 6.1 | | 0.4 | 0.9 | 5.2 | 0.1 | 0.0 | 0.0 | 0.2 |
| | **48.1** | | **13.0** | **11.4** | **22.2** | **1.1** | **0.5** | **0.0** | **1.8** |

LEHMAN BROTHERS    23

## Non-Core Allocations

*$ in millions*

| Description | FY 2006 | Methodology | FID | EQU | IBD | IMD | MCD | Other | Prime Services |
|---|---|---|---|---|---|---|---|---|---|
| **Compensation:** | | | | | | | | | |
| US Pension Plan | 70.3 | US Pension Driver | 19.8 | 9.7 | 8.9 | 17.3 | 14.3 | 0.4 | 3.2 |
| European Payroll Tax | 21.3 | Europe H/C | 8.0 | 7.0 | 4.7 | 1.5 | 0.0 | 0.1 | 1.7 |
| Partnership Account | 18.2 | # PA Units | 5.6 | 5.6 | 4.1 | 2.7 | 0.1 | 0.1 | 0.9 |
| | **109.8** | | **33.5** | **22.3** | **17.6** | **21.6** | **14.4** | **0.5** | **5.8** |
| **NPE:** | | | | | | | | | |
| Audit Fees | 12.0 | Overhead Driver | 4.9 | 2.0 | 2.3 | 2.5 | 0.0 | 0.2 | 0.0 |
| Insurance - Terrorism | 9.6 | Revenue Driver | 4.4 | 1.9 | 1.3 | 1.5 | 0.4 | 0.2 | 0.8 |
| Insurance - Directors & Officers | 9.4 | Exec Driver | 2.8 | 1.9 | 1.7 | 1.7 | 1.1 | 0.1 | 0.5 |
| VAT | 6.5 | Survey | 2.2 | 1.6 | 1.4 | 0.4 | 0.0 | 1.0 | 0.0 |
| Insurance - Other | 6.4 | Overhead Driver | 2.6 | 1.0 | 1.2 | 1.4 | 0.0 | 0.1 | 0.0 |
| Brokerage, Clearance & Exchange | 4.3 | Overhead Driver | 1.8 | 0.6 | 0.7 | 1.1 | 0.0 | 0.1 | 0.0 |
| Other NPE | 6.9 | Overhead Driver | 3.0 | 1.2 | 1.0 | 1.4 | 0.1 | 0.1 | 0.1 |
| | **55.1** | | **21.8** | **10.2** | **9.5** | **10.1** | **1.6** | **1.9** | **1.4** |
| **Interest on Other Assets:** | | | | | | | | | |
| Pension Asset | 34.4 | Pension Driver | 9.7 | 4.7 | 4.3 | 8.5 | 7.0 | 0.2 | 1.6 |
| Other | 39.2 | Overhead Driver | 16.4 | 7.1 | 7.2 | 7.8 | 0.1 | 0.7 | 0.0 |
| | **73.6** | | **26.0** | **11.8** | **11.5** | **16.2** | **7.1** | **0.9** | **1.6** |
| **Total Non-Core** | **238.5** | | **81.3** | **44.3** | **38.7** | **47.9** | **23.0** | **3.3** | **8.8** |

◆ US Pension Plan is the Firm's Defined Benefit Pension Plan. The driver is based in part on Service Cost by division (related to Present Value of plan payments on retirement of current employees), part based on the Exec Driver (Exec Retirement Plan component), and part based on the Overhead Driver (legacy population related)

◆ Other Assets are assets not attributable to any particular business and are therefore considered part of "corporate" activity, including Deferred Tax Assets, Prepaids, and Goodwill (excluding Neuberger)

◆ Overhead Driver used by Non-Core is generally excludes MCD platforms

LEHMAN BROTHERS    24

## 2007 S&C Summit – Day 2 Agenda FID

| Time | Topic | |
|---|---|---|
| 9:00am – 10.00am | Operations | Stewart Nineham / Mark O'Sullivan / Neil Banbury / Tony Collier |
| 10.00am – 11.00am | ITD | Julie Castle / Jay Zoufaly |
| 11.00am – 12.00pm | Finance | Joe Gentile / Sigrid Stabenow / Joe Beukers |

LEHMAN BROTHERS              25

## 2007 S&C Summit – Day 2 Agenda Equities

| Time | Topic | |
|---|---|---|
| 9.00am – 10.00am | ITD | Julie Castle / Jay Zoufaly |
| 10.00am – 11.00am | Finance | Jon Neave / Catherine Wang |
| 11.00am – 12.00pm | Operations | Richard Austin / Mark O'Sullivan / Neil Banbury / Tony Collier |

LEHMAN BROTHERS              26

## 2007 S&C Summit – Day 2 Agenda Prime Services

| Time | Topic | |
|---|---|---|
| 9.00am – 10.00am | Finance | Len Scicutella / Ken Lobo / Joe Beukers |
| 10.00am – 11.00am | Operations | Richard Austin / Mark O'Sullivan / Neil Banbury / Tony Collier |
| 11.00am – 12.00pm | ITD | Julie Castle / Jay Zoufaly |

LEHMAN BROTHERS        27

## 2007 S&C Summit – Day 2 Agenda IBD

| Time | Topic | |
|---|---|---|
| 2.00pm – 3.00pm | ITD | Julie Castle / Jay Zoufaly |
| 3.00pm – 4.00pm | Finance | Gary Fox / Mona Adler / Joe Beukers |

LEHMAN BROTHERS        28