# EXHIBIT 11

# Committees Homepage (Keyword: Committees or ICCOG)

## Internal Control Committee Oversight & Governance (ICCOG)

### OVERVIEW

The Internal Control Committee Oversight & Governance (ICCOG) group was formed in order to establish and ensure implementation of sound practices and consistent standards for committee governance and the Firm's internal control committees

### Committees : Regional & Other

**Europe & Middle East Committees**
- European Commitment Committee (keyword:EURCC)
- European Investment Committee (keyword: EIC)
- European Financial Resources Committee (keyword: EFRC)
- Europe Records Management Steering Committee (keyword: RMSC-EUR)
- European Risk Committee (keyword: ERC)
- European Transaction Approval Committee (keyword: ETAC)
- MCD New Products Committee - Europe (keyword: MCDNPCE)
- New Products Committee Europe (keyword: NPCE)
- Operating Exposures Committee - Europe (keyword: OEC-E)

**Asia-Pacific Committees**
- New Products Committee Asia (keyword: NPCA)

**Other Committees**
- Information Security Steering Committee (Keyword: ISSC)
- Lessons Learned Committee (keyword: LLC)
- MCD Records Management Steering Committee (keyword: RMSC-MCD)
- Privacy Steering Committee (keyword: PSC)
- Records Management Steering Committee (keyword:RMSC)

---

Firmwide & Divisional | Regional & Other

### Establishing a New Committee
- How to Establish a New Committee
- Charter Guidelines
- Charter Revision Guidelines

### Other Links
- ICCOG Policies and Procedures Manual
- LCA Homepage

### Contacts

**Head of ICCOG**
**Laura M. Vecchio**
Managing Director
LCA Administration
1-212-526-2423
lvecchio@lehman.com

**Robert H. Bing**
Vice President
LCA Administration
1-646-333-8629
rbing@lehman.com

**Diane M. Boscarino**
Vice President
LCA Administration
1-646-333-8630
dboscari@lehman.com

**Danielle de la Vega**
LCA Administration
1-646-333-8631
danielle.delavega@lehman.com

**Rosemarie Peters**
Vice President
LCA Administration
1-646-333-8632
rosemarie.robinson@lehman.com

# Committees Homepage (Keyword: Committees or ICCOG)

## Internal Control Committee Oversight & Governance (ICCOG)

**OVERVIEW**

The Internal Control Committee Oversight & Governance (ICCOG) group was formed in order to establish and ensure implementation of sound practices and consistent standards for committee governance and the Firm's internal control committees

## Committees : Firmwide & Divisional

**Management Oversight Committees**
- Executive Committee (keyword: EXECC)
- Management Committee (keyword: MGMTC)
- Conflicts Task Force (keyword: CTF)
- Finance Committee (keyword: FINC)
- Operating Exposures Committee (keyword: OEC)
- Risk Committee (keyword: RISKC)

**Transaction Approval Committees**
- Bridge Loan Committee (keyword: BLC)
- Commitment Committee (keyword: commitmentcommittee or COMC)
- Complex Structured Finance Transactions Committee (keyword: CSFTC)
- Fairness Opinion Committee (keyword: FOC)
- IMD Product Review Committee (keyword: IMDPRC)
- Investment Committee (keyword: IC)
- New Products Committee (keyword: NPC)
- Strategic Acquisition Review Committee (keyword: SARC)

**Divisional & Business Level Committees**
- Complex Derivative Transaction Review Committee (keyword: CDTRC)
- Credit Risk Management Committee (keyword: CRMC)
- Disclosure Committee (keyword: DISC)
- Equity Commitment Committee (keyword: ECC)
- High Grade Commitment Committee (keyword: HGCC)
- High Yield Commitment Committee (keyword: HYCC)
- High Yield New Business Committee (keyword: HYNBC)
- Investment Policy Committee (keyword: IPC)
- Loan Participation Committee (keyword: LPC)
- Market Risk Control Commitee (Keyword: MRCC)
- MCD New Products Committee (keyword: MCDNPC)
- Model Control Committee (keyword: MCC)
- Structured Finance Committee (keyword: SFC)
- Tax Oversight Committee (keyword: TOCM)
- Valuation Committees (keyword: VALC)

Firmwide & Divisional | Regional & Other

## Establishing a New Committee
- How to Establish a New Committee
- Charter Guidelines
- Charter Revision Guidelines

## Other Links
- ICCOG Policies and Procedures Manual
- LCA Homepage

## Contacts

**Head of ICCOG**
**Laura M. Vecchio**
Managing Director
LCA Administration
1-212-526-2423
lvecchio@lehman.com

**Robert H. Bing**
Vice President
LCA Administration
1-646-333-8629
rbing@lehman.com

**Diane M. Boscarino**
Vice President
LCA Administration
1-646-333-8630
dboscari@lehman.com

**Danielle de la Vega**
LCA Administration
1-646-333-8631
danielle.delavega@lehman.com

**Rosemarie Peters**
Vice President
LCA Administration
1-646-333-8632
rosemarie.robinson@lehman.com