# EXHIBIT 13

| Firm-wide Risk: May 19, 2008 | |
|---|---|
| Aggregated Risks | |
| <ul><li>**Risk Appetite usage** is $3.69bn (down $78mm on week)</li><li>VaR usage is $128mm (down $6mm on week)</li><li>Decreases driven by equity gamma which went from short $126mm to long $306mm, offsetting a small increase in long equity delta</li><li>Firm long equity delta is $2.83bn (up $0.37bn WoW; excludes event driven trades of $0.85bn); potential loss of $166mm if all markets down 5% (vs. $159mm on 05/07)</li></ul> | <ul><li>**Loan Pipeline exposure:** HY: $6.8bn (flat WoW, dn $7.6bn on 1Q08), HG: $8.4bn (up $0.1bn WoW, dn $5.5bn on 1Q08)</li><li>HY: Syndication: $6.0bn  ($4.4bn funded), Contingent: $0.8bn</li><li>HG: Syndication: $7.1bn  ($4.1bn funded), Contingent: $1.3bn</li><li>**Long credit spread exposure:** $775mm potential loss for a 10% widening of spreads relative to current levels (vs. $777mm last week)</li><li>**Counterparty Risk:** IG CCE : $53.9bn (down $1.2bn), NIG CCE: $4.3bn (up $0.3bn)</li></ul> |

**Fund Derivative Business Overview (Handout)**

█████████ Update
- Lehman holds $310mm ($243mm MV) of loans issued in connection with ███ acquisition of ████████ directory business (████████). ███ is a portfolio company of ███
- Original intention was to finance the acquisition by issuing ████████████████ notes. Securitization did not occur at the acquisition's December 2007 closing due to market dislocation. Lehman funded the acquisition with term loans, intending to take out the loans once the ███ notes were ultimately issued
- In connection with the acquisition, Lehman executed a deal-contingent interest rate swap with ███. The swap provides for mandatory cash settlement on 5/30/08 predicated on: (i) closing of the acquisition (occurred on 12/4/07) and (ii) completion of a ███ (pending)
- On 5/8/08, pursuant to our rights under the financing commitment papers, Lehman delivered to ███ and ███ a demand for a ███ to be completed no later than 5/30/08. However, it is uncertain the securitization will be completed by 5/30/08 if ███ fails to cooperate. Even if the notes are created by 5/30/08, we may need to continue to hold them on balance sheet since market demand is still uncertain
- ███ owes Lehman $25mm on the swap, but ███ has indicated that cash settling the swap would require a capital injection by ███ potentially impairing the tax-free nature of the recent merger transaction. Negotiations with ███ are ongoing and include capitalizing the swap's mtm value into the form of a loan
- Besides the ███ loan exposure, Lehman also owns an additional $270mm of loans to four other ███████ entities
- ███████ is the ████████████████ in the US

- S&P downgraded █ ████████ o ████████., triggering a requirement that ███ pay 5% initial margin to Lehman against outstanding interest rate swap portfolio
- To mitigate the impact of this requirement, ███ unwound the majority of its swap portfolio with Lehman and delivered $94mm of additional collateral against the remaining trades
- The MTM on our nearly $2bn of interest rate swaps is ($53mm) (i.e. Lehman owes ███), against which we hold $60mm of collateral. ███ and ███ are zero as a result of the high level of collateralization

████████████████
- Lehman's ███ subprime CDO counterparty, ████████ which triggered event of default on ███ was successfully liquidated last week
- In connection with the liquidation, Lehman received ~$730mm of cash from liquidation of the CDO's assets (████████ nd a p████████████), with the remainder of our $1.15bn CCE being settled against Lehman's VFN liability to the CDO and related reserves
- This resulted in a balance sheet reduction of $1.15bn and represents a decrease of 2.1% of total firm-wide CCE