# EXHIBIT 15

**CONFIDENTIAL**

LEHMAN BROTHERS

## Lehman Brothers Holdings Inc.

Global Close Seminar –Intercompany Accounts

September 23-24, 2009



---

**CONFIDENTIAL**

## Contents

- Overview of intercompany accounts
- Drivers of the "12620 account"
- Discussion of the drivers of balances in the "12620 account"
  - Intercompany funding
    - GCCM & TWS overview
    - ITS overview
  - Other drivers
- Review and reconciliation process over intercompany balances

LEHMAN BROTHERS    1

CONFIDENTIAL

## Intercompany accounts overview

| Asset ("A") / Liability ("L") acct. # | Account title | Account description |
|---|---|---|
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | |
| A = 11520, 11521<br>L = 21020, 21021 | Reverse repo<br>Repo | Financing transaction involving the exchange of cash for securities over a set term. In a reverse repo, the Lehman affiliate (typically a broker/dealer or loan orgination vehicle) is in an asset position; this affilate reflects on its books a cash receivable collateralized by securities. |
| A = 11720, 11721<br>L = 21335, 21336 | Borrow vs. cash<br>Loan vs. Cash | Financing transaction, which has an open term - similar to a repo transaction |
| A = 12720, 12721<br>L = 22720, 22721 | Note receivable<br>Note payable | Unsecured promissory note with an affiliate, which earns interest based on an index rate (i.e., LIBOR). |
| A = 11084, 11086<br>L = 21084, 21086 | Derivative long<br>Derivative short | "In / out of-the-money" valuation on a derivative trade with a Lehman affiliate. |
| A = 12645, 12646<br>L = 22645, 22646 | Collateral receivable<br>Collateral payable | Cash collateral request (margin call) from a counterparty in a derivative trade. The request is typically based on an increased mark-to-market position relative to the posted collateral. |
| A = 12060, 12061<br>L = 22040, 22041 | Commodity margin<br>Commodity margin | Broker-dealer (typically, LBI or LBCC) enters into a commodities transaction with a third-party on behalf of a Lehman affiliate. The balance represents the affiliate's margin in the transaction, or cash from a settled trade not yet disbursed. |

LEHMAN BROTHERS          2

---

CONFIDENTIAL

## Intercompany accounts overview (cont.)

| Asset ("A") / Liability ("L") acct. # | Account title | Account description |
|---|---|---|
| A = 12090, 12091<br>L = 22090, 22091 | Fail to deliver<br>Fail to receive | Cash receivable / payable with a Lehman affiliate upon failure to complete a securities transaction. |
| A = 12520, 12521<br>L = 12520L | Securities related<br>Securities related | Primary intercompany account used to settle securities transactions. For regulatory reasons, securities transactions cannot be commingled with cash, or other funding accounts |
| A = 12030<br>L = N/A | Commodity trade<br>N/A | Valuation on a commodities trade executed with a Lehman affiliate. |
| A = 11480, 11481<br>L = 26050, 26051 | Interest receivable<br>Interest payable | Interest due on a promissory note or other interest-bearing obligation. |
| A = N/A<br>L = 27330, 27331 | N/A<br>Term Note | Intercompany loan with a defined repayment period. |
| A = N/A<br>L = 27630, 27631 | N/A<br>Subordinated Debt | Intercompany loan with obligations subordinated to other creditors. |

<u>Notes to the table:</u>
 - *Includes parent and branch general ledger accounts*
 - *Excludes investment in consolidated subsidiaries*

LEHMAN BROTHERS          3

CONFIDENTIAL

## Overview of the drivers of the "12620 account"

- ◆ Significant drivers of intercompany balances
  - Intercompany funding
    - GCCM
    - Treasury Workstation
  - Intercompany trade settlements
    - ITS
  - Other drivers of intercompany balances
    - Direct allocations of payroll and overhead expenses
    - Transfer pricing adjustments for tax purposes

LEHMAN BROTHERS    4

---

CONFIDENTIAL

## Intercompany Funding - Systems Flow for Treasury



LEHMAN BROTHERS    5

**CONFIDENTIAL**

## Intercompany funding – transactions through GCCM and TWS

- ◆ Overview
  - GCCM is a centralized gateway for all cash flows to and from the firm
  - TWS is a suite of applications to control firm funding, which functions include trade capture, accounting and cash management.

- ◆ Types of transactions through TWS and GCCM
  - Intercompany funding
  - Interest on outstanding balances

- ◆ Transaction flow considerations
  - Regulated vs. unregulated
  - Regional considerations
  - Nature, purpose, and use of intercompany funding

- ◆ Interfacing with the general ledger and other source systems

- ◆ Key control considerations

LEHMAN BROTHERS          6

---

**CONFIDENTIAL**

## Intercompany trade settlements – transactions through ITS

- ◆ Overview
  - ITS is a complete multi-currency trade processing, settlement and bookkeeping system which operates on a multi-company basis
    - Supports intercompany trading and settlements through automatically creating intercompany journal entries through a direct feed into the general ledger
  - ITS was also utilized for intercompany funding until FY06, when it was replaced by GCCM.

- ◆ Types of transactions
  - Financing trades
  - Settlement of cross-border positions

- ◆ Interfacing with the general ledger and other source systems

LEHMAN BROTHERS          7

**CONFIDENTIAL**

## Other drivers of 12620 balances

- Direct allocations generated from payroll and overhead expenses
  - Represents direct expenses paid by an entity on behalf of another entity
  - Also could include settlements of such allocations

- Transfer pricing considerations
  - Global transfer pricing model that was developed to calculate revenue by region based on factors such as compensation, headcount, and key business performance indicators
  - Resulting calculated revenue by region from the model was then compared to actual revenue by region
  - If the difference between estimate vs. actual was outside a specified range, the difference was recorded as an allocation through the 12620 account

LEHMAN BROTHERS                            8

---

**CONFIDENTIAL**

## Review and Reconciliation Process of Intercompany Balances

- Process overview
  - Consolidations group would send out daily intercompany break reports to all LECs globally throughout the closing process

  - LECs would work directly with other LECs globally to resolve each of their related individual breaks
    - There was a global requirement to have all significant breaks resolved between the 7th and 10th business day after month-end

  - Manual journal entries were posted to resolve these breaks
    - These entries were subject to the same controls as all other manual journal entries

  - Subject to both internal and external audit testing throughout the year

LEHMAN BROTHERS                            9

CONFIDENTIAL

## Review and Reconciliation Process of Intercompany Balances

◆ **Example of the intercompany breaks progression for closing of August 31, 2008**

| | Number of Intercompany Breaks | | | | | |
|---|---|---|---|---|---|---|
| | 2nd Business Day | 3rd Business Day | 4th Business Day | 5th Business Day | 6th Business Day | 7th Business Day |
| Range | 9/2/2008 Wednesday | 9/3/2008 Thursday | 9/4/2008 Friday | 9/7/2008 Monday | 9/8/2008 Tuesday | 9/9/2008 Wednesday |
| > $10mm | 59 | 39 | 21 | 5 | 1 | - |
| $5mm < $10mm | 13 | 9 | 7 | 2 | - | - |
| $1mm < $5mm | 29 | 30 | 19 | 5 | 5 | 4 |
| $500k < $1mm | 15 | 13 | 8 | 8 | 8 | 6 |
| $100k < $500k | 40 | 33 | 30 | 21 | 23 | 22 |
| $1k < $100k | 135 | 122 | 120 | 113 | 96 | 89 |
| $0 < $1k | 76 | 66 | 70 | 71 | 70 | 66 |
| Total | 367 | 312 | 275 | 225 | 203 | 187 |

| ($'s in MM) | Net Dollar Value of Intercompany Breaks | | | | | |
|---|---|---|---|---|---|---|
| | 2nd Business Day | 3rd Business Day | 4th Business Day | 5th Business Day | 6th Business Day | 7th Business Day |
| Range | 9/2/2008 Wednesday | 9/3/2008 Thursday | 9/4/2008 Friday | 9/7/2008 Monday | 9/8/2008 Tuesday | 9/9/2008 Wednesday |
| > $10mm | $ 13,455 | $ 14,550 | $ 284 | $ - | $ 29 | $ - |
| $5mm < $10mm | (22) | (11) | 10 | 15 | - | - |
| $1mm < $5mm | (11) | (5) | 6 | 9 | 11 | 5 |
| $500k < $1mm | 1 | - | (1) | - | - | 1 |
| $100k < $500k | (1) | - | (1) | (1) | - | - |
| $1k < $100k | - | - | - | - | - | - |
| $0 < $1k | - | - | - | - | - | - |
| Total | $ 13,422 | $ 14,534 | $ 298 | $ 23 | $ 40 | $ 6 |

**LEHMAN BROTHERS**                10

---

CONFIDENTIAL

## Review and Reconciliation Process of Intercompany Balances

◆ **Summary of historical breaks (consolidated)**

| ($ in MM) Description | Nov-07 | Feb-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 |
|---|---|---|---|---|---|---|---|
| Regular - 12620 | $ (2) | $ 12 | $ 12 | $ 19 | $ (6) | $ 6 | $ 118 |
| Branch - 12621 | - | (1) | 5 | (2) | - | - | (225) |
| Financing (Borrows) | (151) | (86) | (25) | (78) | (509) | (1,061) | 81 |
| Financing (Repo) | 144 | 76 | 32 | 86 | 511 | 1,065 | (33) |
| Subtotal of Financing | (7) | (10) | 7 | 8 | 2 | 4 | 48 |
| Securities Related | 2 | (3) | 1 | - | 1 | - | 2,833 |
| Derivatives | 1 | 6 | (8) | (14) | 11 | 41 | 102 |
| Notes | (7) | (3) | 2 | 1 | 1 | - | 29 |
| Investment Equity | (2) | 4 | 6 | 4 | 3 | 3 | (26) |
| Interest | - | 10 | (9) | - | (5) | (1) | 2 |
| Collateral | - | (357) | 32 | (5) | (53) | 52 | 209 |
| Fails | - | (3) | - | - | (2) | - | (31) |
| Commodity | 23 | 370 | (22) | 59 | 76 | (31) | (154) |
| **Net Intercompany Break** | $ 8 | $ 25 | $ 26 | $ 70 | $ 28 | $ 74 | $ 2,905 |

**LEHMAN BROTHERS**                11

CONFIDENTIAL

## Intercompany Accounts – Derivatives Overview

**Derivatives**

- Significant Derivatives and Fx activity between affiliates:
  - Intercompany derivatives are primarily the result of entities hedging street-side derivatives and / or structured notes
  - Trades terminated at various dates between 9-12-08 (early automatic termination) and April, 2009
  - Determining population, agreeing on an appropriate termination / valuation date and valuation methodology are key processes respect of Intercompany
  - Estimated 270,000 trades outstanding on September 12, 2008 across 152 entity to entity pairings
  - Derivative product types include:
    - interest rate swaps, caps / floors, swaptions, exotics
    - credit default swaps on single names, indices and tranches
    - equity options and baskets
    - commodities
    - Fx options and forwards

LEHMAN BROTHERS                                    12

---

CONFIDENTIAL

## Intercompany Accounts – Derivatives Overview

**Derivatives (continued)**

- Summary of intercompany derivative positions at September 12
  - Heavy number of open positions between proceedings:

($ Billions)

| Administrator | | Entity Pairings | Trades | Net Payable (a) | Net Receivable (a) |
|---|---|---|---|---|---|
| A&M | (b) | 68 | 217,653 | $ (1.1) | $ 2.7 |
| CMS | | 14 | 2,668 | (0.6) | 0.0 |
| PwC - Switz. | | 31 | 17,749 | (1.9) | 3.5 |
| KPMG (HK) | | 24 | 3,780 | (0.3) | 0.5 |
| LBI | | 8 | 155,052 | (0.1) | 0.0 |
| Oh-Ebashi | | 7 | 17,890 | (0.3) | 0.1 |
| PwC - UK | | 29 | 45,991 | (0.7) | 0.6 |
| Houtoff Buruma | | 13 | 4,771 | (3.8) | 0.0 |
| PPB | | 1 | 85 | - | 0.1 |
| PwC - Bermuda | | 2 | 5 | - | 0.1 |
| KPMG (Singapore) | | 4 | 60 | - | 0.1 |
| Van Eps (Antilles) | | 4 | 873 | - | 0.1 |
| **Total** | | | | **(8.8)** | **7.9** |

(a) Net of collateral
(b) Excludes A&M vs. A&M trades

LEHMAN BROTHERS                                    13

CONFIDENTIAL

## Intercompany Accounts – Financing Transactions Overview

**Financing Transactions**

- Include Repos / Reverse Repos and Securities Lending / Borrowing transactions
- Heavily utilized by intercompany affiliates, with $290 billion in intercompany assets and liabilities at September 12
- Net positions at September 12:

($ Billions)

| Due From (Net) | LBI | LBIE | LBSF | LCPI | LB (Lux) | LBHI | LBBH | LBF | LBJ | Storm (UK) | Other | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBI | | 11.4 | 0.8 | (6.3) | 13.0 | (1.3) | 2.2 | 1.3 | - | - | 0.6 | $ 21.6 |
| LBIE | (11.3) | | (5.8) | 0.0 | (14.7) | - | 3.2 | (0.0) | 6.3 | 0.2 | 0.0 | (22.2) |
| LBSF | (0.8) | 5.8 | | - | - | - | - | - | - | - | 1.4 | 6.4 |
| LCPI | 6.3 | (0.0) | - | | - | (9.5) | 1.3 | - | - | - | (5.6) | (7.5) |
| LB (Lux) | (13.0) | 14.7 | - | - | | - | - | - | - | - | - | 1.7 |
| LBHI | 1.3 | - | - | 9.5 | - | | - | - | - | - | - | 10.8 |
| LBBH | (2.2) | (3.2) | - | (1.3) | - | - | | - | - | (8.7) | (4.3) | (19.6) |
| LBF | (1.3) | 0.0 | - | - | - | - | - | | - | - | - | (1.3) |
| LBJ | - | (6.3) | - | - | - | - | - | - | | - | 0.0 | (6.3) |
| Storm (UK) | - | (0.2) | - | - | - | - | 8.7 | - | - | | 0.0 | 8.5 |
| Other | (0.6) | (0.0) | (1.4) | 5.6 | (0.0) | (0.0) | 4.3 | 0.0 | - | (0.0) | | 7.8 |
| **Grand Total** | **$ (21.6)** | **$ 22.2** | **$ (6.4)** | **$ 7.5** | **$ (1.7)** | **$ (10.8)** | **$ 19.6** | **$ 1.3** | **$ 6.3** | **$ (8.5)** | **$ (7.8)** | |

Note: Column headers are "Due To (Net)".

Source: Intercompany Matrix

**LEHMAN BROTHERS**

14