# EXHIBIT 17

# Client Statement

Page 1 of 3

## LEHMAN BROTHERS

August 1, 2008 - August 29, 2008
**Lehman Brothers Inc.**

**Account number**

Tax id number -
Your Lehman Salesperson:

REF TKY PLEDGE A/C FOR LBSF
748 7TH AVENUE
NEW YORK, NY 10019
CHINA

**CLIENT SERVICES**
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022
800-2-LEHMAN(Option 4) In the U.S.
201-524-5300 Outside the U.S.

### Cash Balance

|  | Amount |
|---|---|
| Opening cash | $0.00 |
| Additions to cash | 0.00 |
| Subtractions from cash | 0.00 |
| Closing cash | $0.00 |

### Other

|  | Amount |
|---|---|
| Fails To Receive | $0.00 |
| Fails To Deliver | $0.00 |
| Net Money Differences | $0.00 |

### Bulletin Board

Lehman Brothers Inc is a member of SIPC.

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

# Client Statement

# LEHMAN BROTHERS

August 1, 2008 - August 29, 2008
**Lehman Brothers Inc.**

## Account number

Pease contact our Client Services Department immediately of any errors, omissions or discrepancies in your statement by calling (800) 2LEHMAN or (201) 524-4523, if calling internationally. This statement shall be binding if not objected to in writing within 10 (ten) days after transmittal to you. Written inquiries may be addressed to your Investment Representative or to the Compliance Division at P.O. Box 3763, New York, NY 10008-3763.

## Understanding your Statement

*The following sections may appear on your statement:*

| | |
|---|---|
| Portfolio Detail | Listing of all assets held at Lehman Brothers. |
| Security Transfers | Listing of securities that have been "received in" or "delivered out" per instructions. Securities are listed for your information only and are not included in the summary information provided on the first page of your statement. |
| Transaction Detail | Listing of transactions settled during the statement period. Activities pending settlement are separately listed and included in the summary information. |
| Principal & Interest | Listing of debits and credits for payments of principal, interest and dividends for the statement period. The net figure is included in the Cash Balance. |
| Miscellaneous Activity | Listing of debits and credits reflecting trade-related activity, reconciliations, adjustments and other miscellaneous activity for the statement period. The net cash activity is reflected in the Cash Balance. |
| OTC Options | Listing of OTC Option contracts that have settled on or before the end of the statement period. |
| HIC & Tri-Party Contracts | Listing of all Held in Custody and Tri-Party contracts into which you have entered. |

### Pricing
Lehman obtains pricing information from various outside sources and makes no representations or guarantees as to the accuracy, reliability, completeness or attainability of any prices so provided. Prices contained within this statement are indications of price levels for the statement date only, and are not to be relied upon for any other purpose. For current pricing information, please contact your Investment Representative.

### Multiple Currency Reporting
Foreign exchange rates are from various outside sources and may not reflect realizable rates. We do not warrant the accuracy of these sources and are not responsible for any inaccuracies. Rates are subject to change without notice.

### RVP/DVP Settlements
Clients settling transactions on an RVP/DVP basis are expected to furnish their agents with clear and correct instructions for the receipt or delivery of the securities involved at the time of the trade, and at least by the earlier of (i) the fourth business day after trade date on a purchase and the third business day after trade date of a sale or (ii) the day preceding the scheduled settlement of the transactions. Lehman takes no responsibility for errors due to late or inaccurate instructions.

### When Issued Transactions
Any transaction involving an unissued security will be reflected in this statement in the Transaction Detail, depending upon when and whether the security is issued.

### Interest
Lehman reserves the right to charge interest on debit balances upon notice in accordance with the provisions of Rule 10b-16 promulgated under the Securities and Exchange Act of 1934.

### Accrued Interest
When the last day of the month falls on a weekend or holiday accrued interest will be calculated to the next business day.

### General Information
All transactions are subject to the constitutions, rules, regulations, customs, usages, rulings and interpretations of the pertinent exchanges, markets, self-regulatory organizations, and clearing houses, as well as the terms and conditions set forth on the reverse side of Lehman's trade confirmations.

All balances are subject to verification. Post-settlement and other differences may appear on subsequent statements.

Any free credit balances represent funds payable on demand which, although properly recorded in our books, are not segregated and may be used in the conduct of our business.

Our financial statement is available for your inspection at our offices or a copy of it will be mailed to you upon your written request.

If noted on the front of this statement, this account has been introduced to us by another broker. In that event, Lehman carries this account, and acts as your custodian for funds or securities, deposited with us directly by you or through the introducing broker, or as a result of transactions we process for your account. Inquiries concerning the position and balances in your account may be directed to our Customer Service Department at (800) 437-1478. All other inquiries regarding your account or the activity therein should be directed to the introducing broker identified on the front of your statement.

If we are acting as clearing broker for another brokerage firm that introduces your account to us, until you give us written notice to the contrary by registered mail, we may accept from that other brokerage firm, without inquiry or investigation, any instruction, including for the withdrawal of property, for your account.

We and our affiliates trade for our own accounts, including as odd lot dealers, block positioners or arbitrageurs. At the time of any transaction in your account, we or our affiliates may have a long or short position in the same security and our position may be completely or partially hedged.

We can use your closing credit balance in our business, subject to the limitations of 17 CFR Section 240.15c3-3 promulgated under the Securities Exchange Act of 1934. You have the absolute right to receive, in the normal course of business, any free credit balance and any fully paid for securities, subject to any open commitments in any of your accounts. You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. Unless otherwise instructed, we or our agents and depositories will hold your securities.

This statement should be preserved, as it may be necessary for the preparation and subsequent examination of your income tax returns and to verify interest charges that may appear on your next statement. We are required by law to report to the Internal Revenue Service certain dividends, registered bond interest and the net proceeds of certain transactions. For tax reporting purposes, you should rely on the 1099 forms that you will receive from us after the end of the year.

In your interest, the SEC recommends that you promptly advise Lehman of material changes in your investment objectives or financial situation. In the absence of such notification, Lehman will consider the information already in its files to be complete and accurate. If you are an introduced account, please notify your introducing broker.

If your Client Statement indicates a security was delivered to you or your designated representative, and it was not received within three weeks, you must notify your Investment Representative immediately. If you fail to notify your Investment Representative within five months of the statement delivery date, Lehman will not be responsible for the cost of posting a replacement bond.

### Member of SIPC
Lehman Brothers Inc. is a member of the Securities Investor Protection Corporation (SIPC). Therefore, subject to certain SIPC restrictions, securities and cash held by us in your account are protected up to $500,000 per client (including up to $100,000 for cash). Lehman Brothers Inc. has obtained coverage in addition to the existing SIPC protection from a major insurance underwriter. Thus, including the basic SIPC coverage, securities and cash held for you by Lehman Brothers Inc. are protected up to the total net equity per client. Such coverage does not protect against changes in market value. Further, securities lending and borrowing transactions and repurchase and reverse repurchase agreements may not be protected by SIPC. Please contact your Investment Representative for further information. You may obtain information about SIPC, including the SIPC brochure, at www.sipc.org or by calling 202-371-8300.

### Member of CIPF (Canadian Residents Only)
Canadian customer's accounts are protected by the Canadian Investor Protection Fund (CIPF) within specified limits. A brochure describing the nature and limits of coverage is available upon request.

### Client Disclosure Information (Canadian Residents Only)
The Statement of Financial Condition as of the most recent fiscal year-end for Lehman Brothers Canada Inc. and a list of the directors and senior officers of Lehman Brothers Canada Inc. are available upon request

### Client Disclosure Information (British Columbia Residents Only)
Certain additional information about Lehman Brothers Canada Inc., including information about commissions and fees that we charge, and about any administrative proceedings that may relate to the firm or our staff is available upon request.

### Tax Documentation
It is suggested that you retain this statement for income and capital gains tax purposes.

# Client Statement

Page 3 of 3

# LEHMAN BROTHERS

August 1, 2008 - August 29, 2008
**Lehman Brothers Inc.**

**Account number**

## Portfolio Details

This section shows the holdings in your account, at the close of business on 08/29/08 .
For specific values please call your Lehman Salesperson.

| U.S. Government and Federal Agency Bonds | Original Amount | Interest Rate | Maturity Date | Accrued Interest |
|---|---|---|---|---|
| CUSIP<br>FEDERAL NATIONAL MORTGAGE ASSO<br>DATED DATE:09/22/04 | 30,000,000.00 | 4.8500% | 09/22/09 | 642,625.00 |
| **Total of U.S. Government and Federal Agency Bonds** | **30,000,000.00** | | | |