# EXHIBIT 18

# LEHMAN BROTHERS

LEHMAN COMMERCIAL PAPER INC.

Account Number: 674610-0
Page 471 of 941

## AS PRINCIPAL, WE BOUGHT FROM YOU: (YOU SOLD)

| Description | Trade date | Settlement date | | Financing rate |
|---|---|---|---|---|
| Trade #: 8RL5CN-0 | 26 Aug 08 | 26 Aug 08 | | 5.3500 |
| WHOLE LOAN | Quantity | Price | | Amount |
| MAT DTE 09/09/08  7.22000% DTD 04/15/05 | 7,190,000.00 | 96.0683442 | Principal | $6,907,313.95 |
| ORIG FACE =  7,190,000.00 | | | Interest | |
| FACTOR = 1.000000000 | | | | |
| REV REPURCHASE | | | Net amount | $6,907,313.95 |
| SEE LAST PAGE FOR IMPORTANT INFORMATION | | | | |
| Sales ID #: WHL | | | | |

## AS PRINCIPAL, WE BOUGHT FROM YOU: (YOU SOLD)

| Description | Trade date | Settlement date | | Financing rate |
|---|---|---|---|---|
| Trade #: 8RL5GS-0 | 26 Aug 08 | 26 Aug 08 | | 5.3500 |
| WHOLE LOAN | Quantity | Price | | Amount |
| MAT DTE 09/09/08  8.30232% DTD 04/15/05 | 23,170,000.00 | 95.6517594 | Principal | $22,162,512.65 |
| ORIG FACE =  23,170,000.00 | | | Interest | |
| FACTOR = 1.000000000 | | | | |
| REV REPURCHASE | | | Net amount | $22,162,512.65 |
| SEE LAST PAGE FOR IMPORTANT INFORMATION | | | | |
| Sales ID #: WHL | | | | |

## AS PRINCIPAL, WE BOUGHT FROM YOU: (YOU SOLD)

| Description | Trade date | Settlement date | | Financing rate |
|---|---|---|---|---|
| Trade #: 8RLNA0-0 | 26 Aug 08 | 26 Aug 08 | | 2.4700 |
| WHOLE LOAN | Quantity | Price | | Amount |
| MAT DTE 09/01/38         DTD 08/01/08 | 99,999,999.00 | 100.00 | Principal | $99,999,999.00 |
| ORIG FACE =  99,999,999.00 | | | Interest | |
| FACTOR = 1.000000000 | | | | |
| TERMINATING 08/27/08 | | | Net amount | $99,999,999.00 |
| REV REPURCHASE | | | | |
| SEE LAST PAGE FOR IMPORTANT INFORMATION | | | | |
| Sales ID #: WHL | | | | |

## AS PRINCIPAL, WE BOUGHT FROM YOU: (YOU SOLD)

| Description | Trade date | Settlement date | | Financing rate |
|---|---|---|---|---|
| Trade #: 8RLNA2-0 | 26 Aug 08 | 26 Aug 08 | | 2.4700 |
| WHOLE LOAN | Quantity | Price | | Amount |
| MAT DTE 06/01/37  5.77119% DTD 06/01/07 | 2,960.48 | 100.00 | Principal | $2,960.48 |
| ORIG FACE =  2,960.48 | | | Interest | |
| FACTOR = 1.000000000 | | | | |
| TERMINATING 08/26/08 | | | Net amount | $2,960.48 |
| REV REPURCHASE | | | | |
| SEE LAST PAGE FOR IMPORTANT INFORMATION | | | | |
| Sales ID #: WHL | | | | |