# EXHIBIT 19

Lehman Brothers Commercial Corporation                                         Case No. 08-13901 (JMP)

## SOFA 22b
### Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Jonathan D. Williams | Director |
| Jonathan D. Williams | President |
| Anatoly Kozlov | Senior Vice President |
| Karen B. Corrigan | Vice President |
| James J. Killerlane III | Vice President |
| Dean K. Marsan | Vice President |
| Barry J. O'Brien | Vice President |
| John Shanahan | Vice President |
| Jeffrey A. Welikson | Vice President |
| Andrew Yeung | Vice President |
| Paolo R. Tonucci | Treasurer |
| Jeffrey A. Welikson | Secretary |
| Martin B. Kelly | Controller |

Lehman Brothers Commodity Services Inc.                    Case No. 08-13885 (JMP)

## SOFA 22b
### Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Kaushik Amin | Director |
| Edward S. Grieb | Director |
| Barry J. O'Brien | Director |
| Kaushik Amin | Chief Executive Officer |
| Satu S. Parikh | President |
| Erin Callan | Chief Financial Officer |
| Ronald H. Filler | Managing Director |
| Satu S. Parikh | Managing Director |
| Arun Murthy | Managing Director |
| Locke McMurray | Managing Director |
| Chuck Watson | Managing Director |
| Roy Salame | Managing Director |
| Michele Gold | Senior Vice President |
| Paul Gregg | Senior Vice President |
| Christian D. Madland | Senior Vice President |
| Huw W. Merriman | Senior Vice President |
| Peter Meyer | Senior Vice President |
| Thomas Morreale | Senior Vice President |
| David Perlman | Senior Vice President |
| Rod Pocza | Senior Vice President |
| Scott E. Willoughby | Senior Vice President |
| Neil Bresnan | Vice President |
| Allyson M. Carine | Vice President |
| Karen B. Corrigan | Vice President |
| Jacqueline M. Didier | Vice President |
| Kianga Ellis | Vice President |
| Miki Herrick | Vice President |
| James J. Killerlane III | Vice President |
| Rosalind A. Mason | Vice President |
| Barry J. O'Brien | Vice President |
| Brian Pittluck | Vice President |
| Scott Sefton | Vice President |
| Andrew Yeung | Vice President |
| Paolo R. Tonucci | Treasurer |
| Erin Callan | Controller |

**Lehman Brothers Special Financing Inc.**                                      Case No. 08-13888 (JMP)

## SOFA 22b
### Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Kaushik Amin | Director |
| Daniel Malone | Director |
| Daniel Malone | President |
| Kaushik Amin | Chief Executive Officer |
| Erin Callan | Chief Financial Officer and Controller |
| Kaushik Amin | Managing Director |
| James Ballentine | Managing Director |
| Rene' J. Canezin | Managing Director |
| Michael A. Carter | Managing Director |
| Thomas P. Corcoran | Managing Director |
| Paul Feidelson | Managing Director |
| Eric J. Felder | Managing Director |
| Ping Feng | Managing Director |
| Sandy Fleischman Richman | Managing Director |
| John F. Gallo | Managing Director |
| Mohammed Grimeh | Managing Director |
| Steve Hannan | Managing Director |
| Peter Hornick | Managing Director |
| James L. Iorio | Managing Director |
| Raymond A. Kahn | Managing Director |
| Gary M. Killian | Managing Director |
| Alex Kirk | Managing Director |
| Carlos M. Manalac | Managing Director |
| Locke McMurray | Managing Director |
| Jeff Alan Michaels | Managing Director |
| Andrew J. Morton | Managing Director |
| Arun Murthy | Managing Director |
| John C. Nicholson | Managing Director |
| Fred S. Orlan | Managing Director |
| Rick M. Rieder | Managing Director |
| Daniel J. Rothman | Managing Director |
| James P. Seery | Managing Director |
| Gregory Shlionsky | Managing Director |
| Daniel C. Singer | Managing Director |
| Gordon S. Sweeley | Managing Director |
| Bradley C. Tank | Managing Director |
| Kentaro Umezaki | Managing Director |
| Stephen P. Vena | Managing Director |
| Christian G. Wait | Managing Director |
| Scott E. Willoughby | Managing Director |
| Mark Zusy | Managing Director |
| Fernando Alvarez Jimenez | Senior Vice President |

Lehman Brothers Special Financing Inc.                                    Case No. 08-13888 (JMP)

## SOFA 22b
### Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Vincent Basulto | Senior Vice President |
| Allyson M. Carine | Senior Vice President |
| Nicholas Carmi | Senior Vice President |
| David A. Deutsch | Senior Vice President |
| Dean DuMonthier | Senior Vice President |
| Gregory Eickbush | Senior Vice President |
| Gregory M. Gentile | Senior Vice President |
| Michele Gold | Senior Vice President |
| Robert Guglielmo | Senior Vice President |
| Leonardo Jereissati | Senior Vice President |
| Anatoly Kozlov | Senior Vice President |
| Steven Lukow | Senior Vice President |
| David Matty | Senior Vice President |
| Maria E. Mendez | Senior Vice President |
| Michael V. Neumann | Senior Vice President |
| Alan Pogrebinshi | Senior Vice President |
| Paul A. Puskuldjian | Senior Vice President |
| Dennis Rodrigues | Senior Vice President |
| Paul Ribbins | Senior Vice President |
| S Michael M. Whang | Senior Vice President |
| Jonathan D. Williams | Senior Vice President |
| Stephen V. Zwick | Senior Vice President |
| Elena T. Amato | Vice President |
| Lorna Brown | Vice President |
| Karen B. Corrigan | Vice President |
| Jacqueline M. Didier | Vice President |
| Barrett DiPaolo | Vice President |
| Meghan Eicher | Vice President |
| Guilherme Ferreira | Vice President |
| Miki Herrick | Vice President |
| Courtney Jenkins | Vice President |
| Satoya Kayama | Vice President |
| James J. Killerlane III | Vice President |
| Dean K. Marsan | Vice President |
| Dina A. Masterpalo | Vice President |
| Joseph Monico | Vice President |
| William Messmore | Vice President |
| Miriam Montalvo | Vice President |
| Barry J. O'Brien | Vice President |
| Edward O' Connell | Vice President |
| Anthony J. Taranto | Vice President |
| Thomas Vogel | Vice President |

Lehman Brothers Special Financing Inc. Case No. 08-13888 (JMP)

SOFA 22b
Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Andrew Yeung | Vice President |
| Gwen J. Zeisler | Vice President |
| Paolo R. Tonucci | Treasurer |

**Lehman Brothers OTC Derivatives Inc.**                                     Case No. 08-13893 (JMP)

**SOFA 22b**
**Former Partners, Officers, Directors, Shareholders**

| Name and Address | Title |
|---|---|
| Madelyn Antoncic | Director |
| Michael Gelband | Director |
| Mark C. Malin | Director |
| Christopher M. O'Meara | Director |
| Joseph Polizzotto | Director |
| John R. Wickham | Director |
| Richard S. Fuld, Jr. | Chief Executive Officer |
| Erin Callan | Chief Financial Officer |
| Alex Crepeau | Managing Director |
| Kaushik Amin | Managing Director |
| Madelyn Antoncic | Managing Director |
| Alastair P. Blackwell | Managing Director |
| Heidemarie U. Echtermann | Managing Director |
| Ping Feng | Managing Director |
| Richard S. Fuld, Jr. | Managing Director |
| Mohammed Grimeh | Managing Director |
| Angie Karna | Managing Director |
| Martin B. Kelly | Managing Director |
| Scott L. Kimmel | Managing Director |
| Locke McMurray | Managing Director |
| Ray L. O'Connell | Managing Director |
| Christopher M. O'Meara | Managing Director |
| Spyros Papadakis | Managing Director |
| Gerard M. Reilly | Managing Director |
| Paolo R. Tonucci | Managing Director |
| Stephen P. Vena | Managing Director |
| Marlisa Vinciguerra | Managing Director |
| Jeffrey A. Welikson | Managing Director |
| Scott E. Willoughby | Managing Director |
| William Burke | Senior Vice President |
| Allyson M. Carine | Senior Vice President |
| Robert Guglielmo | Senior Vice President |
| Stephen M. Lukow | Senior Vice President |
| Jon Neave | Senior Vice President |
| Steve Rossi | Senior Vice President |
| Anthony Stucchio | Senior Vice President |
| Nahill Younis | Senior Vice President |
| Lenore Bell | Vice President |
| Karen B. Corrigan | Vice President |
| Jacqueline M. Didier | Vice President |
| Barrett DiPaolo | Vice President |

Lehman Brothers OTC Derivatives Inc.     Case No. 08-13893 (JMP)

## SOFA 22b
### Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Kianga Ellis | Vice President |
| Anthony D. Ghibesi | Vice President |
| Miki Herrick | Vice President |
| Anatoly Kozlov | Vice President |
| Michael E. Lunardoni | Vice President |
| Dean K. Marsan | Vice President |
| Miriam Montalvo | Vice President |
| Barry J. O'Brien | Vice President |
| Scott Sefton | Vice President |
| Anthony J. Taranto | Vice President |
| Jeffrey A. Welikson | Vice President |
| Andrew Yare | Vice President |
| Paolo R. Tonucci | Treasurer |
| Jeffrey A. Welikson | Secretary |
| Erin Callan | Controller |
| Martin B. Kelly | Assistant Controller |

**Lehman Commercial Paper Inc.**  Case No. 08-13900 (JMP)

## SOFA 22b
### Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Frank C. Prezioso | Director |
| James P. Seery | Director |
| Greg L. Smith | Director |
| Greg L. Smith | President |
| Thomas E. Bernard | Managing Director |
| Mark Burton | Managing Director |
| Thomas Durney | Managing Director |
| Gregory M. Gentile | Managing Director |
| Mohammed Grimeh | Managing Director |
| William J. Hughes | Managing Director |
| Larry J. Kravetz | Managing Director |
| Kurt A. Locher | Managing Director |
| Alexandre Maia | Managing Director |
| Laurie Perper | Managing Director |
| Joseph Polizzotto | Managing Director |
| Rick M. Rieder | Managing Director |
| Peter Schellbach | Managing Director |
| Martha E. Solinger | Managing Director |
| Anthony J. Taranto | Managing Director |
| Paolo R. Tonucci | Managing Director |
| Scott Barek | Senior Vice President |
| Robert Brusco | Senior Vice President |
| Vincent Basulto | Senior Vice President |
| Robert Guglielmo | Senior Vice President |
| Ann T. Hackett | Senior Vice President |
| Fernando Alvarez Jimenez | Senior Vice President |
| Dan Kamensky | Senior Vice President |
| Abbey Kosakoski | Senior Vice President |
| John Lane | Senior Vice President |
| David Matty | Senior Vice President |
| James Morgan | Senior Vice President |
| Alan Pogrebinschi | Senior Vice President |
| Dennis Rodrigues | Senior Vice President |
| Susette Stigliano | Senior Vice President |
| Charlene Thomas | Senior Vice President |
| Frank P. Turner | Senior Vice President |
| Karen B. Corrigan | Vice President |
| Guilherme Ferreira | Vice President |
| Emeka Iiomenchina | Vice President |
| Courtney Jenkins | Vice President |
| James J. Killerlane III | Vice President |

**Lehman Commercial Paper Inc.**                                         **Case No. 08-13900 (JMP)**

## SOFA 22b
### Former Partners, Officers, Directors, Shareholders

| Name and Address | Title |
|---|---|
| Craig J. Malloy | Vice President |
| John Nastasi | Vice President |
| Barry J. O'Brien | Vice President |
| Neils Ribiero | Vice President |
| Juan Robayo | Vice President |
| Anthony J. Taranto | Vice President |
| Andrew Yeung | Vice President |
| Gwen J. Zeisler | Vice President |
| Paolo R. Tonucci | Treasurer |
| Christopher M. O'Meara | Controller |