# EXHIBIT 20

# LEHMAN BROTHERS

## Company Overview

*Second Quarter 2008*

# Lehman Brothers

## Summary Corporate Structure
**(Showing Guaranteed Subsidiaries)**
Note:    Interim holding companies may have been omitted



Key
H-Guaranteed by Lehman Brothers Holdings, Inc. (LBHI)
LB-Guaranteed by Lehman Brothers Inc. (LBI)

# LEHMAN BROTHERS – Company Descriptions

## Summarized Organization Chart

Lehman Brothers is an innovator in global finance, focused on serving the financial needs of corporations, governments and municipalities, institutional clients, and high-net-worth individuals worldwide. Founded in 1850, Lehman Brothers maintains leadership positions in equity and fixed income sales, trading and research, investment banking, private equity and private client services. The Firm is headquartered in New York, London and Tokyo and operates in a network of offices around the world. Lehman Brothers is publicly traded on the NYSE, under the symbol "LEH."

### PRINCIPAL NORTH AMERICAN ENTITIES

**Lehman Brothers Holdings Inc. ("LBHI")**
**Incorporated in Delaware**

LBHI is the ultimate parent company with assets of $639 billion, and long term capital of $154 billion at May 31, 2008.

LBHI was incorporated in December 1983 as a vehicle to source long term funding for the Group and to provide funding for the daily working capital needs for the unregulated subsidiaries within the Lehman Group. In that capacity, LBHI serves as a clearinghouse for internally and externally generated funds.

LBHI funds its activities through a combination of master notes, commercial paper ("CP"), bank credit facilities and other money market related instruments, medium and long-term debt, and a three-year, $2.0 billion committed, unsecured flexible cash capital facility. LBHI has a medium term note ("MTN") program rated A/A1/AA- by S&P, Moody's, and Fitch respectively. LBHI also has a $15 billion CP program rated A-1/P-1/F1 by S&P, Moody's, and Fitch respectively. In addition, LBHI shares a $100 billion multi-currency Euro Medium-Term Note ("EMTN") Program rated A+/A1/AA- by S&P, Moody's, and Fitch respectively and a $5 billion multi-currency Euro CP program rated A-1/ P-1/ F1+ by S&P/ Moody's/ Fitch respectively with Lehman Brothers Treasury Co. BV (The Netherlands) and Lehman Brothers Bankhaus AG (Germany).

**Lehman Brothers Inc. ("LBI")**
**Incorporated in Delaware**

LBI is a wholly-owned subsidiary of LBHI. It is registered as a broker/dealer and is one of the largest full-line securities firms in the world, serving institutions, governments and high-net-worth investors in the U.S., European, and Asian financial markets. Its primary activities include securities trading as principal and agent, securities underwriting, investment and merchant banking, and financial advisory services.

LBI is also one of the "primary dealers" in United States Government securities. As a primary dealer, LBI buys, sells and finances government securities directly with the Federal Reserve Bank of New York as part of the Bank's open market activities. LBI's daily trading inventory positions in United States government and agency securities are financed largely through the use of repurchase agreements.

# LEHMAN BROTHERS – Company Descriptions (continued)

LBI funds its activities through many of the sources utilized by LBHI.

**Lehman Brothers Bancorp, Inc.**
**Incorporated in Delaware**

Lehman Brothers Bancorp, Inc. is a holding company. It holds the stock of Lehman Brothers Bank, FSB, Lehman Brothers Commercial Bank, Lehman Brothers Trust Company NA (fka NB Trust Company NA) and Lehman Brothers Trust Company (Delaware) (fka NB Trust Company Delaware).

**Lehman Brothers Commercial Bank**
**Incorporated in Utah**

Lehman Brothers Commercial Bank is a state chartered industrial bank, whose deposits are insured by the Federal Deposit Insurance Corporation ("FDIC"). It primarily originates commercial and industrial loans, commercial real estate loans, warehouse loans, and interest rate products and funds itself through bank deposits. LBCB is wholly owned by Lehman Bancorp, Inc., a Delaware Corporation, which in turn is wholly owned by LBHI.

**Lehman Brothers Commercial Corporation ("LBCC")**
**Incorporated in Delaware**

LBCC is a wholly-owned subsidiary of LBHI. LBCC activities include OTC foreign exchange spot, forward and options trading. LBCC benefits from a full guarantee by LBHI.

**Lehman Commercial Paper Inc. ("LCPI")**
**Incorporated in New York**

LCPI is a wholly-owned subsidiary of LBI and primarily engages in the origination and trading of secured and unsecured loans. As part of these activities, LCPI provides warehouse loans secured by mortgage loans and other assets. LCPI funds itself through repurchase agreements, bank credit facilities and borrowings from LBHI.

**Lehman Brothers Special Financing Inc. ("LBSF")**
**Incorporated in Delaware**

LBSF, a wholly-owned subsidiary of LBI, is Lehman Brothers' principal dealer in a broad range of OTC derivative products including interest rate, currency, credit and mortgage derivatives. LBSF is currently rated A1/AA- by Moody's and Fitch respectively. LBSF benefits from a full guarantee by LBHI.

# LEHMAN BROTHERS – Company Descriptions (continued)

**Lehman Brothers Financial Products Inc. ("LBFP")**
**Incorporated in Delaware**

LBFP is a Triple-A rated special purpose subsidiary that is a stand-alone OTC derivative products company. LBFP has an enhanced continuation structure to ensure that OTC derivative obligations will be fulfilled to maturity.

**Lehman Brothers Derivative Products Inc. ("LBDP")**
**Incorporated in Delaware**

Like LBFP, LBDP is also a Triple-A rated special purpose subsidiary that is a stand-alone OTC derivative products company. LBDP has a termination structure to ensure that the value of its OTC derivative obligations will be paid promptly following the termination of LBDP.

**Lehman Brothers OTC Derivatives Inc. ("LOTC")**
**Incorporated in Delaware**

LOTC, a wholly-owned and fully guaranteed subsidiary of LBHI, is a limited purpose, regulated broker-dealer. LOTC operates under special regulations that limit its activities to eligible OTC derivative instruments and risk mitigating transactions in exchange for the ability to calculate its regulatory capital requirement based on Value at Risk models. Generally, these risk based calculations better align capital requirements with the economic risk associated with trading strategies than traditional haircut based regulatory capital calculations used by fully regulated broker dealers. Due to the unique and relatively new methods of regulatory capital calculation, LOTC is subject to regular regulatory reporting, strict internal control requirements as well as an annual review by its regulator, the Securities and Exchange Commission.

**Lehman Re Ltd.**
**Incorporated in Bermuda**

Lehman Re Ltd. is a wholly-owned subsidiary of LBHI. It is a unique combination of reinsurance and capital markets technology which provides a comprehensive suite of finite reinsurance and structured financial products. Lehman Re offers customized products organized around four areas: finite & structured financial solutions, property catastrophe reinsurance, and life annuity reinsurance. Lehman Re has an A+ rating by A.M. Best Co.

# LEHMAN BROTHERS – Company Descriptions (continued)

**Lehman Brothers Commodity Services**
**Incorporated in Delaware**

Lehman Brothers Commodity Services Inc. is a Delaware corporation with its principal place of business in New York, New York; it is a wholly-owned subsidiary of Lehman Brothers Special Financing Inc. and an indirect subsidiary of Lehman Brothers Holdings Inc. Lehman Brothers Commodity Services has global trading capability in oil, natural gas and power markets. The business actively trades in all major financial energy products including futures, swaps, options, and structured products tailored to help clients manage exposures to the energy markets.

**Lehman Brothers Bank, FSB**
**Incorporated in USA**

Lehman Brothers Bank, FSB is a federally chartered savings bank, whose deposits are insured by the Federal Deposit Insurance Corporation ("FDIC"). It primarily originates and purchases residential mortgage loans and funds itself through bank deposits and Federal Home Loan Bank advances. LBB is wholly owned by Lehman Bancorp, Inc., a Delaware Corporation, which in turn is wholly owned by LBHI.

**Neuberger Berman Inc. ("NB")**
**Incorporated in Delaware**

Neuberger Berman Inc., a wholly owned subsidiary of Lehman Brothers Holdings Inc., is, through its subsidiaries, an investment advisory company with $147 billion in assets under management as of May 31, 2008. Since 1939, the firm has provided clients with a broad range of investment products, services and strategies for individuals, families, and taxable and non-taxable institutions. The Company engages in wealth management services, including private asset management, tax and financial planning, and personal and institutional trust services; mutual funds, institutional management and alternative investments.

**Aurora Loan Services LLC ("ALS")**
**Incorporated in Delaware**

Aurora Loan Services LLC is a wholly owned subsidiary of Lehman Brothers Bank, FSB. It is one of the country's leading mortgage companies with over 1,368 employees nationally. It specializes in 1st and 2nd mortgages from mortgage bankers on a servicing released basis. It is one of the main sources of real estate loans used for the mortgage securitization business of Lehman Brothers.

# LEHMAN BROTHERS – Company Descriptions (continued)

## U.K. BASED OPERATIONS

**Lehman Brothers International (Europe) ("LBIE")**
**Incorporated in the U.K.**

Incorporated in September 1990, LBIE's activities include trading and broking fixed income financial instruments, syndicating and underwriting new security issues, and stockbroking in relation to securities in many major and some emerging markets around the world. LBIE is authorized by the Financial Services Authority, and is a member of the London Stock Exchange and various continental European exchanges. LBIE benefits from a full guarantee from LBHI. The principal sources of funding include repurchase agreements, equity finance, secured bank lines and funding from to

other Lehman group entities. LBIE has branches in Amsterdam, Dubai, Frankfurt, Madrid, Milan, Paris, Qatar, Seoul, Stockholm, Tel Aviv, Zurich and a representative office in Geneva.

**Lehman Brothers Europe Ltd. ("LBEL")**
**Incorporated in the U.K.**

Incorporated in March 2000, LBEL engages in investment banking and corporate finance activities as well as arranging derivatives transactions as agent for various other Lehman Brothers group companies. LBEL is authorized by the Financial Services Authority. LBEL has a branch in Milan.

**Lehman Brothers Asset Management (Europe) Limited**
**Incorporated in the U.K.**
LBAMEL, based in London, was incorporated in May 2005. LBAMEL is authorized and regulated by the UK Financial Services Authority and is registered in England and Wales. LBAMEL offers a broad range of products for institutional and High Net Worth clients. Capabilities cover the risk/return spectrum in traditional asset classes as well as alternative investment strategies, including quant funds, hedge funds, commodity futures funds, and private equity funds.

**Lehman Brothers Ltd.**
**Incorporated in the U.K.**
This is the U.K. service company whose principal functions are accounting and payroll.

## CONTINENTAL EUROPEAN OPERATIONS

**Banque Lehman Brothers S.A. ("BLB")**
**Incorporated in France**

# LEHMAN BROTHERS – Company Descriptions (continued)

BLB is a fully-licensed French bank and finance company. It is engaged in investment banking activities (mergers & acquisitions and corporate finance).

**Lehman Brothers Finance S.A. ("LBFSA")**
**Incorporated in Switzerland**

LBFSA is a direct and fully guaranteed subsidiary of LBHI. It is the entity through which the Firm conducts a substantial portion of its equity derivatives business. LBFSA is an unregulated entity whose permitted activities are limited to: a) Execution of OTC derivatives (i.e., options, forwards and swaps) on different underlyings; b) Issuance of warrants and certificates; c) Trading of securities and listed derivatives is only permitted to the extent this is hedging the risk on the derivative portfolio; d) Securities borrowing/lending or repos are only permitted with other Lehman Brothers' entities and related to settlement or financing of securities hedging positions (Note: borrowing of Swiss securities is forbidden).

**Lehman Brothers Bankhaus AG ("LBBAG")**
**Incorporated in Germany**

LBBAG, is a fully-licensed German bank, engaging in traditional bank lending and financing activities as well as investment banking activities (mergers & acquisitions and corporate finance). It is a licensed commercial bank incorporated under the German Stock Corporation Act and regulated by the German Federal Regulator. As a member of the Association of German Banks it participates in the German Depositors Protection Fund which insures deposits from non-bank customers. The bank finances itself primarily using unsecured and secured money market facilities. LBBAG is wholly owned by Lehman Brothers Verwaltungs- und Beteiligungsgesellschaft mbH, which is wholly owned by LBHI. LBBAG benefits from a full guarantee from LBHI. LBBAG has a $2.5 billion committed, unsecured flexible cash capital facility provided by a syndicate of relationship banks. The bank has a branch office in London.

**Lehman Brothers Luxembourg S.A. ("LB Lux")**
**Incorporated in Luxembourg**
LB Lux is a wholly-owned subsidiary of Lehman Brothers Holdings Inc. It acts as a conduit for stock loan and repo transactions between Lehman entities or with counterparties. All such transactions are fully guaranteed by LBHI.

**Lehman Brothers Treasury Co. BV (The Netherlands) ("BV")**
**Incorporated in The Netherlands**

Incorporated in March 1995, BV is a Dutch registered subsidiary of Lehman Brothers UK Holdings (Delaware) Inc. and its Eurodebt issuances are guaranteed by Lehman Brothers Holdings Inc. BV's primary objective is to raise funds for European-based businesses. In addition, BV also acts as a funding vehicle under the Firm's $100 billion Euro MTN program. The firm is a fully guaranteed subsidiary of Lehman Brothers Holdings, Inc.

**Lehman Brothers Equity Finance S.A. (Luxembourg)**

# LEHMAN BROTHERS – Company Descriptions (continued)

**Incorporated in Luxembourg**

Lehman Brothers (Luxembourg) Equity Finance S.A. was incorporated on June 8, 2004. It is a subsidiary of Lehman Brothers Holdings Inc. Delaware, USA. Its principal activities are the issuance of certificates which may be of any kind relating to any domestic or foreign securities or similar transactions, hedged by derivatives with other group companies.

**Lehman Brothers Securities N.V.**
**Incorporated in Netherlands**

Lehman Brothers Securities N.V. ("LBS") was set up on October 31st, 2003 and is a fully owned subsidiary of Lehman Brothers Asia Holdings Ltd. incorporated as a limited liability company (a Naamloze Vennootschap, or N.V.) under the laws of the Netherlands Antilles. It is also a fully guaranteed subsidiary of LBHI. It is primarily involved with issuing securities, such as warrants, certificates and debt instruments, linked to the performance of equities, funds, indices, foreign exchange, fixed income, commodities, real estate or other assets.

## ASIA/PACIFIC OPERATIONS

**Lehman Brothers Asia Holdings Limited ("LBAH")**
**Incorporated in Hong Kong**

LBAH is a fully guaranteed subsidiary of LBHI. It is also the Firm's principal non-Japan Asian fund raising vehicle, relying on both internal and external funding sources. LBAH is an exempted leveraged foreign exchange trader.

**Lehman Brothers Holdings Japan Inc. ("LBHJ")**
**Incorporated in Japan**

LBHJ is a fully guaranteed subsidiary of LBHI, and is a regional holding company for Lehman Brothers' regulated subsidiaries in Japan.

**Lehman Brothers Japan Inc. ("LBJI")**
**Incorporated in Japan**

LBJI, which was established as a Cayman Islands entity and opened the Tokyo Office in April 1986, has converted into a Japan incorporated company (KK). LBJI is a regulated broker-dealer or securities company and is also a primary dealer in Japanese Government Bonds (JGB). LBJI is a member of the Tokyo Stock Exchange, the Osaka Securities Exchange, the JASDAQ Exchange, the Tokyo Financial Exchange, the Tokyo Commodity Exchange, JASDEC and JGBCC, and benefits from a full guarantee from LBHI.

# LEHMAN BROTHERS – Company Descriptions (continued)

**Lehman Brothers Securities Asia Limited**
**Incorporated in Hong Kong**

Licensed by the Hong Kong Securities and Future Commission for regulated activity Type 1 to deal in securities, this entity deals in Hong Kong equity agency trading for LB affiliates and is a trading member of the Stock Exchange of Hong Kong. Lehman Brothers Securities Asia Limited is fully guaranteed by LBHI. LBSAL is an exempted leveraged foreign exchange trader.

**Lehman Brothers Asia Capital Company**
**Incorporated in Hong Kong**

Lehman Brothers Asia Capital Company engages in trading Japanese fixed income and equity and related products. As this entity has a significant deficit in its balance sheet and is not a guaranteed subsidiary, it should not deal with non-LB counterparties.

**Lehman Brothers Asia Limited ("LBAL")**
**Incorporated in Hong Kong**

Lehman Brothers Asia Limited is licensed by the Hong Kong Securities and Futures Commission for various regulated activities namely dealing in securities and futures and advising on securities and corporate finance. LBAL is also accepted by the Stock Exchange of Hong Kong to act as a sponsor for Hong Kong IPO transactions. LBAL is a fully guaranteed subsidiary of LBI. LBAL is an exempted leveraged foreign exchange trader

**Lehman Brothers PTE Ltd. ("PTE Ltd.")**
**Incorporated in Singapore**

PTE Ltd. holds a license for trading in futures contracts issued by the Monetary Authority of Singapore and is a corporate clearing member of the Singapore Exchange Derivatives Trading Limited ("SGX-DT"). PTE Ltd. is a fully guaranteed subsidiary of LBHI.

**Lehman Brothers Finance Asia PTE Limited ("LFAP")**
**Incorporated in Singapore**

Lehman Brothers Finance Asia Pte Ltd (the "Company") is a limited liability company incorporated in Singapore. The Company is a wholly-owned subsidiary of Lehman Brothers Investments Pte Ltd, a company incorporated in Singapore. The ultimate holding company is Lehman Brothers Holdings Inc. ("LBHI"), which is incorporated in the United States of America.

# LEHMAN BROTHERS – Company Descriptions (continued)

**Lehman Brothers Futures Asia Limited ("LBFA")**
**Incorporated in Hong Kong**

LBFA is a clearing member of the Hong Kong Futures Exchange and is licensed by the Hong Kong Securities and Futures Commission to deal in futures.

**Lehman Brothers Commercial Corporation Asia Limited ("LBCCA")**
**Incorporated in Hong Kong**

LBCCA principally engages in trading of fixed income and equities, as well as related products on a principal basis.  It has a money lender license in Hong Kong.  LBCCA is a fully guaranteed subsidiary of LBHI.  LBCCA is an exempted leveraged foreign exchange trader

# LEHMAN BROTHERS – Financial Highlights

### Flagship Facilities

    LBHI Committed Facility   –   3 year US$2.0B committed facility extended by a syndicate of 40 banks
    LBBAG Committed Facility  –   3 year US$2.5B committed facility extended by a syndicate of 38 banks

### US Medium Term Note Program

**WKSI Program (Unlimited)**
    New York          Lehman Brothers Holdings Inc.

### European Medium Term Note Program

**Shared $100 billion Program**
    London            Lehman Brothers Holdings Inc.
    Frankfurt          Lehman Brothers Bankhaus AG
    Netherlands      Lehman Brothers Treasury Co. BV

### Commercial Paper Programs

**$15 billion Program**
    New York          **Lehman Brothers Holdings Inc.**

**Shared $5 billion Program**
    Netherlands      Lehman Brothers Treasury Co. BV
    London            Lehman Brothers Holdings Inc.
                        Lehman Brothers Bankhaus AG.

### $128.2 billion of Long-Term Debt Maturing in:*

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2009 | $11.8 billion | 2012 | $19.6 billion |
| 2010 | $16.6 billion | 2013 | $11.6 billion |
| 2011 | $14.8 billion | 2013 thereafter | $53.8 billion |

*Long-term debt maturities include $4.1 billion of extendibles, which are shown at their earliest maturity dates.

# LEHMAN BROTHERS

| | | | |
|---|---|---|---|
| **NEW YORK:** | Ian Lowitt | 212-526-7082 | Managing Director, CFO |
| | Paolo Tonucci | 212-526-3813 | Managing Director, Global Treasurer |
| | Julie Boyle | 212 320 6323 | SVP, Global Head of Creditor Relations; President & CEO, Lehman Brothers Commercial Bank |
| | Dan Fleming | 201-499-6770 | SVP, Global Head of Cash Management |
| | Robert Azerad | 212-320-7385 | SVP, Global Head of Asset & Liability Management |
| | Emil Cornejo | 212-320-4495 | SVP, Creditor Relations |
| | Steve Engel | 212-528-6236 | SVP, Global Head of Treasury Funding Desk |
| | Janet Birney | 212-320-4489 | SVP, Global Head of Network Management |
| | Amberish Ratanghayra | 212-320-4976 | VP, Senior Relationship Manager, Creditor Relations |
| | Karen von Ruffer | 212-320-4981 | VP, Senior Relationship Manager, Creditor Relations |
| | Patrick Fruzzetti | 212 320 3186 | VP, Relationship Manager, Creditor Relations |
| **LONDON:** | Andrew Wright | 44-20-7102-1175 | Managing Director, European CFO |
| | Carlo Pellerani | 44-20-7102-6309 | Managing Director, International Treasurer |
| | Dave Rushton | 44-20-7102-2091 | SVP, Head of Asset & Liability Management Europe |
| | Huw Rees | 44-20-7102-2107 | SVP, Head of Creditor Relations Europe |
| | Stirling Fielding | 44 20 7102-4707 | SVP, Head of Network Management Europe |
| | Joseph Igoe | 44 20 7102-5489 | VP, Relationship Manager, Creditor Relations |
| | Kelly Weinberger | 44 20 7102-1380 | VP, Relationship Manager, Creditor Relations |
| | Olga Santos-Canelles | 44 20 7102-9044 | AVP, Relationship Manager, Creditor Relations |
| **ASIA:** | Enrico Corsalini | 81-3-6440-5260 | Managing Director, Asia CFO |
| | Herbert Moos | 81-3-6440-5060 | SVP, Asia Treasurer |
| | Rowena Carreon | 852 2252 1375 | SVP, Asia Treasurer non-Japan |
| | Gregory Ito | 81-3-6440-5062 | SVP, Asia Treasurer Japan |
| | Nittaya Hongrapipat | 66-2-687-5822 | VP, Treasurer Thailand |
| | Ian Walker | 81-3-6440-5059 | VP, Head of Cash Management Asia |
| | Tatsushi Kishimoto | 81-3-6440-5142 | VP, Senior Relationship Manager, Creditor Relations and Network Management |
| | Aireen Phang | 852 2252 1461 | AVP, Relationship Manager, Creditor Relations and Network Management |
| | Siddharth Sharad | 852 2252 1465 | AVP, Relationship Manager, Creditor Relations and Network Management |

# LEHMAN BROTHERS

|  | LBHI | LBI |
|---|---|---|
| **Moody's Investor Services** | | |
| Short-term | P-1 | P-1 |
| Long-term | A2 | A1 |
| **Standard & Poor's Rating Services** | | |
| Short-term | A-1 | A-1 |
| Long-term | A | A+ |
| **Fitch Ratings** | | |
| Short-term | F1 | F1 |
| Long-term | A+ | A+ |
| **Dominion Bond Rating Service** | | |
| Short-term | R-1 (middle) | R-1 (middle) |
| Long-term | AA (low) | AA (low) |

12