# EXHIBIT 22

**Confidential** *Presentation to:*

# Fitch Ratings

## Annual Update

*May 22, 2007*

# LEHMAN BROTHERS

# Diversified Business Portfolio

**Franchise Progress**

**While Fixed Income remains the largest revenue source, and has grown significantly as a result of secular changes (e.g., disintermediation), other businesses have also grown rapidly. The combined non-Fixed Income businesses are roughly the size of the entire Firm three years ago.**



Lehman Business Portfolio Composition by Revenues - $ Millions

| | 2004 | 2005 | 2006 | 2007* |
|---|---|---|---|---|
| Fixed Income | $5,739 | $7,334 | $8,447 | $8,656 |
| Equities | $1,955 | $2,473 | $3,559 | $5,352 |
| Banking | $2,188 | $2,894 | $3,160 | $3,400 |
| IMD | $1,694 | $1,929 | $2,417 | $2,780 |
| Total | $11,576 | $14,630 | $17,583 | $20,188 [1] |

1. Figures for 2007* are annualized Q1 2007 figures

**LEHMAN BROTHERS**

7

# Risks and Risk Mitigation

Leveraged Lending and High Yield Update

**The nature of risks and risk mitigation deployed is different in different businesses. However the core principles are the same: discipline in taking on exposures, aggressive syndication of positions, active hedging of remaining holds, and careful monitoring of risks**

| Business | Primary Risk | Risk Mitigation |
|---|---|---|
| Leveraged Loans | Concentrated positions subject to price movement ahead of syndication | • Detailed understanding of financials<br>• Stringent commitment process<br>• Aggressive syndication |
| Bond Origination | Concentrated underwriting exposure | • Equity and CDS hedges<br>• Market swaps<br>• Aggressive Syndication |
| Bond Trading | Market price movements | • Active trading and CDS / CDX |
| CLO Warehousing | Idiosyncratic price movements<br>General market movements | • CDS / CDX<br>• Equity Shorts<br>• Risk sharing with CLO managers |
| Risk Arbitrage | Relative value change | • Options, equity and CDS |

LEHMAN BROTHERS

24

# Leverage Lending

**Leveraged Lending and High Yield Update**

**The well documented increase in LBO activity has resulted in an increase in overall market activity, more sizable transactions. We have invested in origination capacity in our investment banking team, and also in distribution and hedging.**

| Loan Activity | Risk Element | Risk Mitigation |
|---|---|---|
| **Commitment Letters** | • Credit Risk, particularly concentration | • Understanding of other participants and pricing<br>• Inclusion of commitment by borrower to bring other lenders in<br>• Partners to lay off risk |
| | • Liquidity / Funding | • Pre-funded sources of long-term capital<br>• Partners with committed funding<br>• Origination to LB Banks |
| **Underwriting of Loans** | • Credit & Market Risk | • Established buyer base<br>• Loan CDS<br>• Aggressive early stage syndication |
| **Post-Syndication Positions** | • Credit & Market Risk | • Central hedging function<br>• Loan CDS and CDX |
| | • Liquidity | • Origination to LB Banks<br>• Partners |

LEHMAN BROTHERS

29

# Risk Mitigation: Loan Commitment Approval Process

**Commitment Process – A series of "checks and balances"**

*Leveraged Lending and High Yield Update*

Individual business units and product groups first review and approve transactions prior to them being elevated to Firm wide Committees. Transactions above certain thresholds or those containing significant reputation risk to the firm are elevated to the Executive Committee.

**Deal Team & Research Analysts participate in due diligence**
- Investment Banking relationship managers responsible for coordinating the approval process
- Commitment Committee Credit Review analyst, and Research participate in due diligence and risk assessment

**Deal Team prepares detailed memorandum**
- Proposal described
- Results of all due diligence reported
- Opinions, financial projections and recommendations of Commitment Committee Credit Review analyst, and research reported

**Divisional Commitment Committees**
- Performs extensive credit review
- Discusses syndication strategy and pricing
- Ensures attractive ROE
- Ensures transaction can be accommodated within limits

**Firmwide Commitment Committee**

Ensures that
- The transaction fits within our funding and risk frameworks
- Even in downside scenarios the deal works
- There is proper coordination across the Firm
- Due diligence has been thorough
- The Firm is comfortable doing business with the client
- The Firm is protected from a legal perspective
- The syndication strategy and exit is clear

**Executive Committee**
- Transactions above specified thresholds or those with significant reputational or client risks are elevated to Executive Committee

LEHMAN BROTHERS

30

# Portfolio Diversification I

**Real Estate Update**

## There is significant diversification in the portfolio by both asset type and geographical location

### Balance Sheet by Property Type



### Balance Sheet by Location



Americas = 53%

Europe = 30%

Asia = 17%

---

1. Other represents 56 other cities/countries