# EXHIBIT 26

CONFIDENTIAL

LEHMAN BROTHERS

# Lehman Brothers Holdings Inc.

Global Close Seminar - Systems Control Environment

September 23-24, 2009

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## Contents

- Introduction
- LEMAP
- LEC Report
- Journal Validation Engine (JVE)
- General Ledger Posting Controls
- Journal Entry timeline
- System Elements of a Transaction
- Account Elements
- Revaluation
- Appendix

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## Introduction

- Historical use of LEMAP to substantiate and certify entity financials
- Primary system control considerations include:
  - LEC controls
  - Journal Validation Engine ("JVE")
  - General ledger posting controls and journal entry system controls
- Other system control considerations:
  - Compliant with the internal control requirements of Sarbanes-Oxley
  - Subject to extensive historical and external internal audit testing
  - Daily checks in place at all data entry levels such as operations, middle office, product control etc. for all systems feeding into the GL
  - Feed integrity controls at the GL level – feed must be balanced and standardized account keys validated
  - User set up controlled by distinct access control group (TAC)

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## LEMAP overview

- Since November 2005, the LEMAP application had become the firm's standard for all Legal Entity Controllers (LECs) to complete period-end analysis and certification based on the requirements set by the Legal Entity Controllers Committee (LECC) and SOX 404 requirements.
- LEMAP served as the central repository for performing entity financial statement certification and supporting documentation
- General process overview
- LEMAP provided to Legal Entity Controllers:
  - Financial statements
  - Ability to drill into the general ledger detail by source, transaction type, etc.
  - Highlighted material fluctuations
- LECs used these reports as part of the substantiation of account balances and fluctuations, and uploaded supporting documentation behind the substantiation
- Upon completion of account balance substantiation, LECs then certified their Legal Entity account balances and uploaded supporting documents into LEMAP.

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# LEC Report

- LEC Report on LehmanLive provides a list of entities with DBS entity ID and other relevant information, such as:
  - Country of business
  - Type of entity
  - Tier of Entity (1, 2, 3)
  - Functional Currency
  - Legal entity classification
  - Legal Entity Controller
- This database was used as the “Golden Source “ reference data used across the control systems (including JVE and LEMAP) and served as the database which controlled all general ledger permissions.

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Journal Validation Engine (JVE)

- JVE was the system used to review, approve, and post all manual journal entries to the general ledger
  - Approval of source code access and manual journal entries done by individuals with appropriate permissions
  - Through August 31, 2008, the total number of journal entries posted to the general ledger each month averaged approximately 6,000,000
    - Of these, the number of manual journal entries that passed through JVE averaged approximately 8,000 each month, with approximately 4,500 requiring additional manual review and approval

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Journal Validation Engine (JVE)

- Additionally, JVE had regimented system controls
  - Manual journal entries requiring approval must be reviewed on multiple bases, including on a calendar, source code, legal entity, and account line basis.
  - Each GL user was assigned a specific source code and could not post entries to other source codes
    - For example, fixed income product control would have their own source code, and GL users in this group could not post to other groups
  - LEC approval was required for new source codes to post journal entries to a particular legal entity's general ledger.
    - If such approval was not obtained, then journal entries from the "unapproved" source code would automatically be rejected from the general ledger.
  - Certain higher-risk accounts (such as non-personnel expenses and taxes) were given additional security options.

LEHMAN BROTHERS

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Journal Entry Time Line

**Closing Calendar**

After Day 2
Non Personnel Expense entries require permission to post
After Day 4
Revenue entries require permission to post
Day 7
Tax entries booked – General Ledger closed
Day 2
Day 3
Day 4
Day 5
Day 6
Day 7
Day 8
Day 9
Day 10
After Day 4
Personnel Expense entries require permission to post
After Day 6
Balance Sheet entry review
After Day 10
Consolidation process, Certification and Substantiation by Legal entity Controllers

LEHMAN BROTHERS

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## General Ledger Posting Controls

- Standardized journal entry system elements
  - Accounting key elements
  - Journal numbering schemes
  - Standardized procedures for posting the journals using PCLink templates
    - Validity checks on effective date of posting were performed automatically
    - Only balanced journals by entity were submitted for posting
- Regimented process in controlling standardized system elements
  - Requests and authorization required for new management codes (COVE), legal entities (LEOP) and accounts within the general ledger
  - Rigorous sign offs required to open or move accounting keys within hierarchies
- System feed controls
  - Date validation
  - Accounting key data validation
  - Balancing journals
  - Header record check to transaction totals

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## Essential Elements of the Transaction

- Account Key
  - Legal Entity, Entry Type, Account, Management Code, Source Code, Currency
- Journal Key
  - Journal ID, Effective Date, Journal Sequence, Suspense Sequence
- Reversal of a prior period Journal
  - Suspense Sequence = 100 or higher
- Source
  - Either the User id for the posting or an id for the system e.g. ACCTPAY = accounts payable
  - User ids can be identified in JVE for a name
- Journal Description
  - SYS GEN ICO ENTRY or similar is the system generated journals described
  - REVALUATION RESULT is the result of revaluation on the intercompany account
  - Other descriptions - user designated the journal to this account as part of the entry

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Account Elements

| Element Name | Description |
|---|---|
| **LEGAL ENTITY** (4 Characters) | ◆ Identifies the company whose books and records are being effected or reported. **User input is required. There is security around legal entities and a GL Admin must be contacted if a user needs to modify their Legal Entity access**<br>– Ex: Legal Entity **0000** = Lehman Brothers, Inc. |
| **ENTRY TYPE** (2 Characters) | ◆ Tags journal entries that are applicable to specific types of reporting and should be isolated from the others. **Defaults to 00, if user needs to use another entry type, then the 00 must be overwritten in the Header / Excel template. There is security around entry type and a GL Admin must be contacted if a user needs to modify their entry type access**<br>– Ex: Entry Type **00** = Operational Balances |
| **SUMMARY ACCOUNT** (5 Characters) | ◆ Provides summary level information regarding an account. **User input is required**<br>– Ex: Summary Account **10010** = Petty Cash |
| **DETAILED ACCOUNT** (5 Characters) | ◆ Provides detail account information. **User input is required**<br>– Ex: Detail Account **10010 00020** = Petty Cash-Europe |
| **MANAGEMENT CODE** (5 Characters) | ◆ Referred to as P&L Code, Department, Cost Center. A Management Code is associated with only one Legal Entity (1-1 Relationship. The only exception is Management Code 00000 which is associated with all legal entities). **User input is required. Balance Sheet accounts (accounts that start with 1, 2, or 3) must have a Management Code of 00000**<br>– Ex: Management Code **23633** = TFI Trade Analysis |
| **SOURCE CODE** (3 Characters) | ◆ Identifies the Interface or Journal Source of transactions and balances. **Defaults to 000, if a user needs to book to a specific feed, then the Source Code must be overwritten**<br>– Ex: Source Code **109** = ITS Interface |
| **CURRENCY** (3 Characters) | ◆ Determines the currency of a transaction or balance. Standard ISO Codes are used. **Defaults to the currency listed in the user profile. Must be overwritten if user needs to book to a different currency**<br>– Ex: Currency Code **USD** = U.S. Dollars |

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Revaluation

**Overview of DBS revaluations**

- The DBS general ledger is a multi-currency system which records activity in original currency plus nominated consolidated currency equivalents. The nominated currencies always include USD equivalent and optionally another Local Reporting currency equivalent. An entity's consolidated and functional currencies are agreed when an entity is established.
- Each transaction within DBS is translated automatically from the original currency into USD, and into the Local currency equivalent where applicable, using the rate as at the effective date of the journal. Month and year to date balances within DBS are built up cumulatively transaction by transaction, with USD and Local equivalents on each transaction.
- The USD/Local equivalent balances are revalued to the month end's daily exchange rate. This revaluation creates an FX (gain)/loss offset which is processed according to an entity's functional currency.
- The Local equivalent (gain)/loss is always posted to a corporate profit and loss centre
- If the entity is USD functional then the USD equivalent (gain)/loss is posted to the same corporate cost centre
- If the entity is Local functional the USD equivalent (gain)/loss is recalculated from the Local equivalent (gain)/loss and posted to the corporate cost centre; and
- For Local functional entities the difference between the initial USD equivalent (gain)/loss and the recalculated USD equivalent is posted to a balance sheet Equity FX account.

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Example of Revaluation –USD Functional

| DBS account | Currency | Original | USD | Local | Comments | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | (GBP) |
| 12620-00000 | EUR | | (109,600) | (66,000) | | (98,000) | Other liabilities |
| USD equivalent | | | | | | | |
| At month end 0.65 | | | | (71,240) | | | Automatic calculation |
| Local equivalent | | | | | | | |
| At month end rate | | | | | | | |
| USD/Local rate 1.40 | | | | | | (99,736) | Automatic calculation |
| Revaluation adjustment | | | | (5,240) | | (1,736) | Output difference |
| Revaluation offset | | | | 5,240 | | 1,736 | Offset |

◆ **Journals Generated**

USD Functional entity:

| | | | | |
|---|---|---|---|---|
| 12620-00000 | EUR | (5,240) | (1,736) | Reval Adjustment |
| 46040-00010 | EUR | 5,240 | 1,736 | FX P+L |

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Example of Revaluation –Local Functional

| DBS account | Currency | Original | USD | Local (GBP) | Comments |
|---|---|---|---|---|---|
| 12620-00000 | EUR | (109,600) | (66,000) | (98,000) | Other liabilities |
| USD equivalent<br>At month end 0.65 | | | (71,240) | | Automatic calculation |
| Local equivalent<br>At month end rate<br>USD/Local rate 1.40 | | | | (99,736) | Automatic calculation |
| Revaluation adjustment | | | (5,240) | (1,736) | Output difference |
| Revaluation offset | | | 5,240 | 1,736 | Offset |
| USD equivalent at month end rate<br>Local/USD rate 0.71 | | | 1,240 | | Automatic calculation |
| Equity FX | | | 4,000 | | Output difference |

◆ **Journals Generated**

Local Functional entity:

| | | | | |
|---|---|---|---|---|
| 12620-00000 | EUR | (5,240) | (1,736) | Reval Adjustment |
| 30030-00002 | EUR | 4,000 | 1,736 | Equity FX |
| 46040-00010 | EUR | 1,240 | | FX P+L |

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL
Appendix
LEHMAN BROTHERS
14
Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL
Source codes - Feeds
005 GCCM-GLOBAL CASH COLLATERAL MGMT
022 MANUAL JRNL NA-MTS
079 T&E AUTOMATION ACCRUALS
091 CAPSTONE AP LBGBM R2R
106 CASH SHEET/KTEC
109 ITS FEED
112 ISTAR
125 MTS TRADING
130 STREETSIDE
140 COMMODITIES
141 RISC
145 BSP TRADE
155 FAS 123R
160 TMS LAN FEED
180 GEDS OTC FEED
185 PALS DBS FEED
205 SHOEMAKER STATS
209 ITS ADJUSTMENT-EURO TRADE ANALYSIS
210 FID SALES CREDIT STATS
221 MARIA-ASIAREG KBR FEED
222 SMTKT-ASIAREG KBR FEED
250 ASSET MANAGEMENT FEES
260 T&E ACCRUALS ASIA
305 COMMODITIY HANDLING
310 COMMODITY INTEREST
315 COMMODITY BROKERAGE
320 CPI CHARGES
330 BRANCH POSTAGE
335 BRANCH WIRE FEES
340 P&S HANDLING CHARGES
350 CMS CHARGES
351 TCS CHARGES
353 IT TRAINING
355 INFOPAC CHARGEBACK
356 LMS LABELS CHARGE BACK
357 RDS RESEARCH DISTRIBUTION SYSTEM
360 VM CHARGES
370 HEADCOUNT
375 PCS HEADCOUNT
376 CES/QPS
405 ACCOUNTS PAYABLE-INDIA
407 SUN ACCOUNTS (TAIWAN)
408 SUN ACCOUNTS (SINGAPORE)
409 SUN ACCOUNTS (HONG KONG)
410 SUN ACCOUNTS (TOKYO)
412 NEW SUN ACCOUNTS (TOKYO)
413 ATS ASIA FIXED ASSETS
414 SUN ACCOUNTS (KOREA)
415 EUROPE AP
416 WALKER A/P (PARIS)
417 EUROPEAN NPE
418 ATS EUROPE FIXED ASSETS
420 NEW YORK A/P
422 SUN LBBK
444 RUSSIA DIASOFT JOURNAL FEED
450 LOAN IQ FEED
470 SANCHEZ/FISERV FEED
480 ALS FEED
485 NEUBERGER BERMAN FEED
490 CROSSROADS FEED
500 SMART STREAM ERRORS
510 PAYROLL TOKYO
520 PAYROLL NEW YORK
525 TALENT TREE-TEMP SERVICE VENDOR
555 GOG PC ASIA
571 OCCUPANCY ALLOCATION
572 SALES COMMISSION ALLOCATIONS
600 GIS ALLOC FEED
620 FIXED ASSETS NEW YORK
625 FIXED ASSETS EUROPE
630 FIXED ASSETS INDIA
720 COMMISSIONS NEW YORK
750 REAL ESTATE MANAGMENT SYSTEM
805 FX HEDGE/UNHEDGE
810 BRANCH CHECK FEES
815 TREASURY WORKSTATION
820 BRANCH CREDIT INTRST
825 MONTHLY MARGIN INTST
830 COST OF MONEY ALLOC
840 LATE PAY CHARGES
845 LATEPAY FEE DECS REV
854 POSTING ENGINE-EUC
855 GFS ADJUSTMENTS
856 TAXLOT
860 QUEST ADJUSTMENTS
870 TAXI MILAN
888 WHOLE LOAN TRACKING
900 CULLINET BRIDGEBACK
960 MIDAS
LEHMAN BROTHERS
15
Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## Source codes – Manual

000 MANUAL JOURNAL
001 NORTH AMERICA (COMBINE)
002 NORTH AMERICA (ITS-REV)
003 REGULATORY- AMERICAS
004 REGULATORY- EUROPE
006 LE CONTROL- INDIA
007 AURORA - MANUAL ENTRIES
008 BNC MORTGAGE, INC
009 MANUAL JRNL EUR-ITS
010 MANUAL JRNL NA-ITS
011 MANUAL JRNL NA-ITS
012 LONDON BRANCH
013 GENEVA BRANCH
014 FIXED INCOME INSTL CHGO
015 PARIS BRANCH
016 LUGANO BRANCH
017 SWAPS TRADING-FIXED INCOME
018 PRIOR YEAR GAAP DIFFERENCES
019 CURRENT YEAR GAAP DIFFERENCES
020 MANUAL JRNL NA-ITS
021 MANUAL JRNL NA-TMS
023 SBF - SMALL BUSINESS FINANCE
024 FINANCE - PARIS
025 MANUAL JRNL NA-LIQ
026 LE CONTROL- LONDON
027 LE CONTROL- EUROPE CONTINENT
028 CDO PRODUCT CONTROL - EU
029 GLOBAL FUTURES
030 CORPORATE FX
031 CTA-CUMULATIVE TRANSLATION ADJTMENT
032 SYNTHETIC PRIME BROKER US
033 GOV AGENCIES&PROP TRADE SUPP-GLOBAL
034 CUSTOMER FINANCE GROUP- AMERICAS
035 EQUITIES PC- EUROPE
036 STG - AMERICAS
037 CONSOLIDATIONS GROUP
038 SH EQUITY/LBHI CONTROL
039 IMD FINANCE - EUROPE
040 MANUAL JRNL NA-STREETSIDE
041 REAL ESTATE - AMERICAS
042 FIRM FINANCING
043 SUPPORT & CONTROL FINANCE
044 MORTGAGE TRADING - AMERICAS
045 MANUAL JRNL RASCALS
046 STRUCTURED FINANCE - AMERICAS
047 CREDIT HGHY LOANS - AMERICAS
048 MANUAL JOURNAL-COMMERCIAL BANK
049 EQUITY STOCKLOAN B/S - EUROPE
050 MANUAL JRNL REG ADJ
051 LEGAL ENTITY - INDIA
052 OPERATIONS FINANCE - AMERICAS
053 DOMESTIC NON-INCOME TAX - AMERICAS
054 HIGH GRADE CREDIT - EUROPE MAN JRLS
055 MANUAL JRNL FIN 46
056 ENERGY TRADING - AMERICAS
057 FX - AMERICAS
058 FID DERIVATIVES - AMERICAS
059 TOWNSEND ANALYTICS LTD
060 FIXED INCOME PC- EUROPE
061 PERM PLACEMENT AND TEMP
062 FIXED INCOME - US
063 PRIME SERVICES - MIS
064 ESS-CONTRA REVENUE GROUP
065 FIXED INCOME SYNDICATE
066 EQUITY SYNDICATE
067 MARGIN INTEREST
068 GOVERNMENTS - AMERICAS
069 SHORT TERM RATES - AMERICAS
070 IBD EUROPE
071 GLOBAL BALANCE SHEET
072 LIQUID MKTS PROP - AMERICA
073 THIRD PARTY SERVICE PROVIDER
074 REGISTRATION
075 REVENUE REPORTING
076 CURRENCY WASH JNLS - LN
077 CURRENCY WASH JNLS - NY
078 CURRENCY WASH JNLS - T&E
080 MCD KOREA
081 GLOBAL LEC
082 MCD T24 - ASIA
083 ESS - GLOBAL CONTRA-REVENUE GROUP
085 MCD JAPAN
086 MADRID VAT 4 PC
087 MADRID VAT 7 PC
088 MADRID VAT 16 PC
089 MCD ELQ
090 MCD ACCOUNTING - AMERICAS
092 CAPSTONE LYRIC MORTGAGE SYSTEM
093 CAPSTONE BANK REC TEAM
094 CAPSTONE FIN PLANNING & ANLYS

LEHMAN BROTHERS

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## Source codes – Manual continued

379 AVAILABLE NOT USED
380 IT FINANCE-AMERICAS
381 IT FINANCE-EUROPE
382 IT FINANCE-ASIA
383 IT FINANCE-INDIA
384 OPERATION CONTROL
385 CENTRAL NPE- AMERICAS
386 CENTRAL NPE- EUROPE
387 CENTRAL NPE- ASIA
388 CENTRAL NPE- INDIA
390 LE CONTROL- AMERICAS
391 LE CONTROL- ASIA
395 EXPENSE MNGT- ASIA
400 MANAGEMENT REPORTING - ASIA
401 FIXED INCOME PC - ASIA
402 EQUITIES PC - ASIA
403 IBD PC - ASIA
406 ACCOUNTS PAYABLE-ASIA
419 ACCOUNTS PAYABLE-EUROPE
425 ACCOUNTS PAYABLE-AMERICAS
430 AUDIT & CONTROL-AMERICAS
435 SALES COMPENSATION
440 BSG NY-STATS
445 BSG NY-FINANCING NETTINGS
455 NPE FIXED EXPENS ALLOCATION-AMERICA
456 NPE FIXED EXPENS ALLOCATION-EUROPE
459 BPM - GLOBAL
460 BPM- EUROPE
461 NPE VARIABLE EXP ALLOCATION-AMERICA
462 NPE VARIABLE EXP ALLOCATION-EUROPE
463 NPE VARIABLE EXP ALLOCATION-ASIA
464 NPE VARIABLE EXP ALLOCATION-INDIA
465 NPE FIXED EXPENS ALLOCATION-INDIA
486 LEHMAN BROTHERS BANK (LBB)
491 CAMPUS DOOR
515 PAYROLL LONDON
530 CORPORATE REAL ESTATE
721 NB REVENUE & PROD COMP EXPENSE
777 IMD FINANCE - NORTH AMERICA
800 EQUITIES PC AMERICAS - CASH
802 EQUITIES PC AMERICAS - VOL
804 EQUITIES CORP/MGT RPTG - AMERICAS
811 CCM - NY
816 TREASURY-AMERICAS
817 TREASURY-EUROPE
818 TREASURY-ASIA
095 PIM FINANCE - GLOBAL
096 ASSET MANAGEMENT
097 ARS
098 CAPSTONE TREASURY
099 CAPSTONE FINANCIAL CONTROL
100 ABANDONED PROPERTY
101 MANUAL JRNL QUEST ADJ
105 MANUAL JNL - SEG'
107 BLEND
108 ITS MONTH END ADJUSTMENT JRNL
110 ISTAR TRADE DATE FEED
111 ISTAR SETTLEMENT DATE FEED
135 SWAPS
136 DERIVATIVE VALUATION ADJ
138 SCT MANUAL ENTRIES
146 BSP INNOVA
150 EQUITY DERIVATIVES
152 PRIVATE EQUITY- AMERICAS
154 PRIVATE EQUITY- EUROPE
156 PRIVATE EQUITY- ASIA
157 DPI FINANCE
158 GTS-FINANCE
159 GPS-FINANCE
170 MANUAL JRNL INTERCO INTEREST
175 MANUAL JRNL PROJECTS
178 INVESTMENT MANAGEMENT
182 GLOBAL TRANSFER PRICING
191 UK MCD LOAN ORIGINATION SYSTEM
192 UK MCD LOAN SERVICING SYSTEM
195 DEC/ABI
212 GFS DERIVATIVES GROSS POSTINGS
213 GFS DERIVATIVES CPTY NETDOWN
214 GFS DERIVATIVES CASH NETDOWN
215 GFS DERIVATIVES GROSS OVERFLOW
216 GFS DERIVATIVES DEAL NETTING
220 CAPITAL CROSSING
237 BDS ADMIN - AMERICAS
238 NPE FIXED
239 NPE OCCUPANCY
240 NPE TECH & COMMS
241 NPE VARIABLE
365 CREDIT AMERICAS - FLOW TRADING
366 CREDIT AMERICAS - STRUCTURED
367 CREDIT AMERICAS - LOANS
368 CREDIT AMERICAS - CONTROL
373 CES/EXEC ADMIN
374 KCS SHANGHAI
819 TREASURY-INDIA
821 INTEREST CONTROL-GLOBAL
822 INTEREST CONTROL-EUROPE
823 INTEREST CONTROL-ASIA
824 INTEREST CONTROL-INDIA
850 MTM CARRY (P&L SYSTEM)
857 TAX LONDON
858 DOMESTIC INCOME TAX-AMERICAS
859 POSTING ENGINE-GL1
861 PE GQUEST MANUAL
862 POSTING ENGINE-CDY
863 POSTING ENGINE-DMS
864 POSTING ENGINE-ITS/ITE/IGE
865 POSTING ENGINE-GDS
866 POSTING ENGINE-LIQ
867 POSTING ENGINE-MTS
868 POSTING ENGINE-OTH
869 POSTING ENGINE-TMS
871 ARCHIMEDE GL LOCAL SYSTEM
872 MTS QUEST MARK ADJUSTMENTS
873 MTS QUEST TRADE ADJUSTMENTS
875 COMP & BENEFIT-AMERICAS
876 COMP & BENEFIT-EUROPE
877 COMP & BENEFIT-ASIA
878 COMP & BENEFIT-INDIA
895 BS CONTROL & VALIDATION
901 INTERCO DIVIDENDS MAN
908 NY CHARGES
90G TOTAL GFS DERIVATIVES
950 FR PRECOMPTES
951 FR CHARGE REELLE
952 FR REFACTURATION-PRODUITS
953 FR REFACTURATION-CHARGES
954 FR REPRISE DE PROVISION
955 FR FRAIS DE SIEGE
956 FR EXCEPTIONAL ITEMS PY
957 FR IRRECOVERABLE VAT
958 FR BAFI MAP ADJ #1
959 FR BAFI MAP ADJ #2
970 FRDIGER
998 LIQ CONVERSION
999 CONVERSION JOURNAL

LEHMAN BROTHERS

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

Pg 11 of 12

CONFIDENTIAL

## Reviewing Transactions

| Legal_I | Entry | Account | Manage | Sourc | Currency | PY_Period | Journal_Id | Effective_Date | Journal_S | Susp | Post_Date | SOURCE | Journal_Desc | Deb | USD | ORIG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0099 | 00 | 1262000000 | 00000 | 000 | AUDCUR | 200810 | REVALUE00 | 2008-09-12 | 26130 | 000 | 2008-09-14 | | REVALUATION RESULT | C | (1,847.49) | - |
| 0099 | 00 | 1262000000 | 00000 | 038 | USDCUR | 200810 | NANCONLG95 | 2008-09-01 | 00000 | 000 | 2008-09-12 | LUA4363 | 3Q08 NB CASH DIVIDEN | C | (23,835.94) | (23,835.94) |
| 0099 | 00 | 1262000000 | 00000 | 038 | USDCUR | 200810 | NANLECRL12 | 2008-09-12 | 00000 | 000 | 2008-09-14 | LUA5072 | FIDUCIARY LIABILITY | D | 21,211.04 | 21,211.04 |
| 0099 | 00 | 1262000000 | 00000 | 170 | GBPCUR | 200810 | LONINTKM50 | 2008-09-12 | 00001 | 000 | 2008-09-14 | GN1620 | INT-I/CO INTEREST | D | 1,958.45 | 1,118.73 |
| 0099 | 00 | 1262000000 | 00000 | 170 | GBPCUR | 200810 | REVALUE00 | 2008-09-12 | 26130 | 000 | 2008-09-14 | | REVALUATI( | C | (6,121.78) | - |
| 0099 | 00 | 1262000000 | 00000 | 170 | HKDCUR | 200810 | REVALUE00 | 2008-09-12 | 26130 | 000 | 2008-09-14 | | REVALUATI( | D | 137.46 | - |
| 0099 | 00 | 1262000000 | 00000 | 170 | USDCUR | 200810 | LONINTKM50 | 2008-09-12 | 00001 | 000 | 2008-09-14 | GN1620 | INT-I/CO INTEREST | C | (4,711,999.46) | (4,711,999.46) |
| 0099 | 00 | 1262000000 | 00000 | 390 | BRLCUR | 200810 | REVALUE00 | 2008-09-12 | 26130 | 000 | 2008-09-14 | | REVALUATI( | C | (606,692.14) | - |
| 0099 | 00 | 1262000000 | 00000 | 420 | USDCUR | 200810 | ACCTPAYUSD | 2008-09-01 | 00000 | 000 | 2008-09-01 | ACCTPAY | SYSTEM GENERATED IN | C | (11,122.74) | (11,122.74) |
| 0099 | 00 | 1262000000 | 00000 | 420 | USDCUR | 200810 | ACCTPAYUSD | 2008-09-02 | 00000 | 000 | 2008-09-02 | ACCTPAY | SYSTEM GENERATED IN | C | (1,538,509.25) | (1,538,509.25) |
| 0099 | 00 | 1262000000 | 00000 | 000 | USDCUR | 200810 | NANAPDT01 | 2008-09-11 | 00003 | 000 | 2008-09-11 | LUA658 | SYS GEN ICO ENTRY | D | 125,318.18 | 125,318.18 |
| 0099 | 00 | 1262000000 | 00000 | 000 | USDCUR | 200810 | NANAPDT04 | 2008-09-01 | 00006 | 100 | 2008-09-03 | LUA658 | SYS GEN ICO ENTRY | C | (161,230.05) | (161,230.05) |
| 0099 | 00 | 1262000000 | 00000 | 000 | USDCUR | 200810 | NANTNAP05 | 2008-09-01 | 00000 | 100 | 2008-09-02 | LUA4631 | SYS GEN ICO ENTRY | D | 37,911.69 | 37,911.69 |

LEHMAN BROTHERS 18

18

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

## LEC Report sample

Legal Entity Controllers

LEHMAN BROTHERS 19

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Journal ID – Group Names

| GROUP | CODE |
|---|---|
| Accounting | ACC |
| Allocations | ALC |
| AP Manual Journal | APM |
| ankhaus | BKH |
| Commissions Manual | CMM |
| Commodities | COM |
| Consolidations | CON |
| Corporate Advisory Admin | CAD |
| Dubai Branch | DUB |
| Emerging Markets Group | EMG |
| Equities Trade Analysis | ETA |
| Equity Derivatives | EQD |
| Expense Management | EXP |
| External Reporting | EXT |
| Facilities Management | FAM |
| Financial Reporting | FRP |
| Financial Services Division | FSD |
| Fixed Income Trade Analysis | FTA |
| FSG Accounting Group | GLG |
| FX Management | FXM |
| Geneva Inc. Branch | INC |
| Global Asset Management | AST |
| Human Resources | HUR |

| GROUP | CODE |
|---|---|
| Interest | INT |
| Investment Banking | IBD |
| ITS Accounting | ITS |
| Lugano Branch | LUG |
| Management Reporting | MGT |
| MOF Group | MOF |
| MTS Accounting | MTS |
| North America Trade Analysis | NTA |
| Payroll Manual | PAY |
| Regulatory | REG |
| SLH Finance | FIN |
| Special Accounting | SPC |
| Stock Loan Accounting | SLA |
| Stock Loan Operations | SLO |
| Swaps (Fixed Income Derivatives) | FXD |
| Syndicates | SYN |
| System Team/Administration | SYS |
| Tax | TAX |
| Technical Business Office | TBO |
| TMS Accounting | TMS |
| Trading Services | TSR |
| Treasury | TSY |
| Zurich Branch | ZUR |

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.

CONFIDENTIAL

# Journal ID Naming Convention

- For control and tracking purposes, all Journal ID's follow a naming convention. Journal ID are **10** characters.
- The standard applied to the first eight digits:
  - The first three characters represent the user location
  - The next three characters represent the user group
  - The next two characters represent the user initials
  - The last two digits can be any numeric sequence
  - Below and on the next page you will see an example of a Journal ID, and the different locations and groups that they belong to

LOCATION
GROUP
USER'S INITIALS
NUMERIC SEQUENCE
N A N
I T S
L A
0 1
N. American-NY
ITS Acctng
Lisa Athens
Journal #1

| LOCATION | CODE |
|---|---|
| Chile | CHI |
| Frankfurt | FKT |
| Geneva | GVA |
| Hong Kong | HKG |
| Italy | ITL |
| London | LON |
| North America – Canada | NAC |
| North America – Mexico | NAM |
| North America – NY | NAN |
| Paris | PAR |
| Singapore | SIN |
| Tokyo | TTK |
| Tokyo – MoF reporting | MTK |
| Tokyo – GAAP Reporting | UTK |

Nothing in this document should be deemed or construed as an admission of liability or a waiver of any rights, claims or defenses of any kind. This document is for settlement purposes only.