# EXHIBIT 27

Form **1120**
Department of the Treasury
Internal Revenue Service (77)

# U.S. Corporation Income Tax Return

For calendar year 2007 or tax year beginning _____, ending _____
► See separate instructions.

OMB No. 1545-0123

**2007**

| A Check if: | | Name | B Employer identification number |
|---|---|---|---|
| 1 Consolidated return (attach Form 851) | Use IRS label. | Lehman Brothers Commercial Corporation | 13-2927667 |
| b Life/nonlife consolidated return | Other-wise, | Number, street, and room or suite no. If a P.O. box, see instructions. | C Date incorporated |
| 2 Personal holding co. (attach Sch. PH) | print or type. | 70 Hudson Street, Corp. Tax Dept. 10th Floor | 12/08/1977 |
| 3 Personal service corp. (see instructions) | | City or town, state, and ZIP code | D Total assets (see instructions) |
| 4 Schedule M-3 attached · · · X | | Jersey City, NJ 07302-3988 | $ 2,984,806,067. |

E Check if:   (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 129,279,182. | b Less returns and allowances | | c Bal ► | 1c | 129,279,182. |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 129,279,182. |
| | 4 Dividends (Schedule C, line 19) | | 4 | |
| | 5 Interest ............... See Statement 1. | | 5 | 73,917,533. |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (see instructions - attach schedule) ... See Statement 1. | | 10 | -14,943,116. |
| | 11 Total income. Add lines 3 through 10 ► | | 11 | 188,253,599. |

| | | | |
|---|---|---|---|
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (Schedule E, line 4) | | 12 | |
| | 13 Salaries and wages (less employment credits) | | 13 | 360,826. |
| | 14 Repairs and maintenance | | 14 | 20. |
| | 15 Bad debts | | 15 | |
| | 16 Rents ............... See Statement 2. | | 16 | 1,373. |
| | 17 Taxes and licenses ....... See Statement 2. | | 17 | 13,546,795. |
| | 18 Interest ............ See Statement 2. | | 18 | 63,267,710. |
| | 19 Charitable contributions | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | | 20 | 244. |
| | 21 Depletion | | 21 | |
| | 22 Advertising | | 22 | |
| | 23 Pension, profit-sharing, etc., plans | | 23 | |
| | 24 Employee benefit programs | | 24 | 10,463. |
| | 25 Domestic production activities deduction (attach Form 8903) | | 25 | |
| | 26 Other deductions (attach schedule) ...... See Statement 3. | | 26 | 20,180,614. |
| | 27 Total deductions. Add lines 12 through 26 ► | | 27 | 97,368,045. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 90,885,554. |
| | 29 Less: a Net operating loss deduction (see instructions) | 29a | | | |
| | b Special deductions (Schedule C, line 20) | 29b | | 29c | |

| | | | |
|---|---|---|---|
| **Tax and Payments** | 30 Taxable income. Subtract line 29c from line 28 (see instructions) | | 30 | 90,885,554. |
| | 31 Total tax (Schedule J, line 10) | | 31 | NONE |
| | 32 a 2006 overpayment credited to 2007 | 32a | | | |
| | b 2007 estimated tax payments | 32b | | | |
| | c 2007 refund applied for on Form 4466 | 32c ( ) | d Bal ► | 32d | |
| | e Tax deposited with Form 7004 | | 32e | |
| | f Credits: (1) Form 2439 _____ (2) Form 4136 _____ | | 32f | | 32g | |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | 33 | |
| | 34 Amount owed. If line 32g is smaller than the total of lines 31 and 33, enter amount owed | | 34 | |
| | 35 Overpayment. If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2008 estimated tax ► _____ Refunded ► | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

► _____ Signature of officer   Date   Title

**Paid Preparer's Use Only**

| Preparer's signature ► | | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ► | | | EIN | |
| | | | | Phone no. | |

JSA
7C1110 2.000

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2007)

Lehman Brothers Commercial Corporation                                    13-2927667

Form 1120 (2007)                                                          Page **2**

## Schedule A    Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach schedule) | 4 |
| 5 | Other costs (attach schedule) | 5 |
| 6 | Total. Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9 a Check all methods used for valuing closing inventory:

- (i) ☐ Cost
- (ii) ☐ Lower of cost or market
- (iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . . . . . ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Schedule C    Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . | | see | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation . . . . . . . . | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . . . . | | | |
| 17 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . ▶ | | | |

## Schedule E    Compensation of Officers (see instructions for page 1, line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| 1 | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

2  Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

3  Compensation of officers claimed on Schedule A and elsewhere on return . . . . . . . . . . . .

4  Subtract line 3 from line 2. Enter the result here and on page 1, line 12 . . . . . . . . . . . . .

JSA
7C 1120 2.000

Form **1120** (2007)

Lehman Brothers Commercial Corporation                                                    13-2927667

Form 1120 (2007)                                                                          Page **3**

## Schedule J  Tax Computation (see instructions)

| | | |
|---|---|---|
| 1  Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ [X] | | |
| 2  Income tax. Check if a qualified personal service corporation (see instructions) . . . . . . . ▶ | **2** | NONE |
| 3  Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4  Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | NONE |
| 5a  Foreign tax credit (attach Form 1118) . . . . . . . . . . . . | 5a | |
| b  Credits from Forms 5735 and 8834 . . . . . . . . . . . . . | 5b | |
| c  General business credit. Check applicable box(es): ☐ Form 3800  ☐ Form 5884  ☐ Form 6478  ☐ Form 8835, Section B  ☐ Form 8844  ☐ Form 8846 | 5c | |
| d  Credit for prior year minimum tax (attach Form 8827) . . . . . . . | 5d | |
| e  Bond credits from: ☐ Form 8860  ☐ Form 8912 | 5e | |
| 6  Total credits. Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7  Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | NONE |
| 8  Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . | **8** | |
| 9  Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | **9** | |
| 10  Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 . . . . . . . . . . . . | **10** | NONE |

## Schedule K  Other Information (see instructions)

| | Yes | No |
|---|---|---|
| 1  Check accounting method:  a ☐ Cash    b [X] Accrual    c ☐ Other (specify) ▶ | | |
| 2  See the instructions and enter the: | | |
| a  Business activity code no. ▶ 523140 | | |
| b  Business activity ▶ COMMODITY BROKERS | | |
| c  Product or service ▶ COMMODITY BROKERS | | |
| 3  At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) . . . . . . . . . . Stmt 4 . | X | |
| If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending on or within your tax year. | | |
| 4  Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . | X | |
| If "Yes," enter name and EIN of the parent corporation ▶ 13-3216325  LEHMAN BROTHERS HOLDINGS INC. | | |
| 5  At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) . . . . . . . . | X | |
| If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ 100.00 | | |
| 6  During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . . . . . . . . . . . . | | X |
| If "Yes," file Form 5452, Corporate Report of Nondividend Distributions. | | |
| If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |

| | Yes | No |
|---|---|---|
| 7  At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? . . . . . . . . . . . . . . | | X |
| If "Yes," enter: (a) Percentage owned ▶ and (b) Owner's country ▶ | | |
| c  The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ | | |
| 8  Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐ | | |
| If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9  Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10  Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ | | |
| 11  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | |
| If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12  Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ | | |
| 13  Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? . . . . | | X |
| If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ | | |

Form **1120** (2007)

Lehman Brothers Commercial Corporation

13-2927667

Form 1120 (2007)

Page 4

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 78,655,811. | | 507,030. |
| 2a | Trade notes and accounts receivable | 668,026,832. | | 1,230,613,689. | |
| b | Less allowance for bad debts | ( ) | 668,026,832. | ( ) | 1,230,613,689. |
| 3 | Inventories | | 1,461,399,742. | | 1,265,564,632. |
| 4 | U.S. government obligations | Stmt 5 | 116,456. | | 174,301. |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | Stmt 5 | 338,859,637. | | 487,947,218. |
| 7 | Loans to shareholders | | NONE | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | Stmt 5 | 432,458. | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach schedule) | Stmt 5 | 217,160. | | -803. |
| 15 | Total assets | | 2,547,708,096. | | 2,984,806,067. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 809,896,523. | | 616,988,266. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach schedule) | Stmt 5 | 1,705,863,787. | | 2,343,104,038. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | Stmt 6 | 3,666,484. | | -67,529,320. |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 1,000. | 1,000. | 1,100. | 1,100. |
| 23 | Additional paid-in capital | | 11,299,976. | | 11,299,976. |
| 24 | Retained earnings-Appropriated (attach schedule) | | | | |
| 25 | Retained earnings - Unappropriated | | 16,980,326. | | 80,942,007. |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 2,547,708,096. | | 2,984,806,067. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 63,961,684. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | 34,440,908. | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): See Statement 7 | -3,466,885. | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . . . . $ _____ | 100. |
| a | Depreciation . . . . $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions . $ _____ | | | See Statement 7 | 167,598. |
| c | Travel and entertainment . $ _____ | 4. | 9 | Add lines 7 and 8 | 167,698. |
| | See Statement 7 | -3,882,459. | 10 | Income (page 1, line 28) - line 6 less line 9 | 90,885,554. |
| 6 | Add lines 1 through 5 | 91,053,252. | | | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 16,980,326. | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 63,961,684. | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): Stmt 7 | 3. |
| | | | 7 | Add lines 5 and 6 | 3. |
| 4 | Add lines 1, 2, and 3 | 80,942,010. | 8 | Balance at end of year (line 4 less line 7) | 80,942,007. |

JSA
7C1140 2.000

Form **1120** (2007)

Schedule M-3 (Form 1120) 2007                                                                                          Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Lehman Brothers Commercial Corporation | 13-2927667 |

Check applicable box(es): (1) ☐ Consolidated group   (2) ☐ Parent corp   (3) ☐ Consolidated eliminations   (4) ☐ Subsidiary corp   (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group   (7) ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
|  |  |

## Part II — Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items (Attach schedules for lines 1 through 8) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations |  |  |  |  |
| 2 Gross foreign dividends not previously taxed |  |  |  |  |
| 3 Subpart F, QEF, and similar income inclusions |  |  |  |  |
| 4 Section 78 gross-up |  |  |  |  |
| 5 Gross foreign distributions previously taxed |  |  |  |  |
| 6 Income (loss) from equity method U.S. corporations |  |  |  |  |
| 7 U.S. dividends not eliminated in tax consolidation |  |  |  |  |
| 8 Minority interest for includible corporations |  |  |  |  |
| 9 Income (loss) from U.S. partnerships (attach schedule) |  |  |  |  |
| 10 Income (loss) from foreign partnerships (attach schedule) |  |  |  |  |
| 11 Income (loss) from other pass-through entities (attach schedule) |  |  |  |  |
| 12 Items relating to reportable transactions (attach details) |  |  |  |  |
| 13 Interest income (attach Form 8916-A) | 73,917,533. |  |  | 73,917,533. |
| 14 Total accrual to cash adjustment |  |  |  |  |
| 15 Hedging transactions |  |  |  |  |
| 16 Mark-to-market income (loss) | 132,753,427. | -3,469,956. |  | 129,283,471. |
| 17 Cost of goods sold (attach Form 8916-A) | ( ) |  |  | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) |  |  |  |  |
| 19 Section 481(a) adjustments |  |  |  |  |
| 20 Unearned/deferred revenue |  |  |  |  |
| 21 Income recognition from long-term contracts |  |  |  |  |
| 22 Original issue discount and other imputed interest |  |  |  |  |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities |  |  |  |  |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities |  |  |  |  |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses |  |  |  |  |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses |  |  |  |  |
| e Abandonment losses |  |  |  |  |
| f Worthless stock losses (attach details) |  |  |  |  |
| g Other gain/loss on disposition of assets other than inventory |  |  |  |  |
| 24 Capital loss limitation and carryforward used |  |  |  |  |
| 25 Other income (loss) items with differences (attach schedule) |  |  |  |  |
| 26 Total income (loss) items. Combine lines 1 through 25 | 206,670,960. | -3,469,956. |  | 203,201,004. |
| 27 Total expense/deduction items (from Part III, line 36) | -111,238,470. | -4,047,086. | 34,440,912. | -80,844,644. |
| 28 Other items with no differences | -31,470,806. |  |  | -31,470,806. |
| 29a Mixed groups, see instructions. All others, add lines 26 through 28 | 63,961,684. | -7,517,042. | 34,440,912. | 90,885,554. |
| b PC insurance subgroup reconciliation totals |  |  |  |  |
| c Life insurance subgroup reconciliation totals |  |  |  |  |
| 30 Reconciliation totals. Combine lines 29a through 29c | 63,961,684. | -7,517,042. | 34,440,912. | 90,885,554. |

**Note.** Line 30, column (a), must equal the amount on Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

JSA
7C2731 4.000

Schedule M-3 (Form 1120) 2007

Schedule M-3 (Form 1120) 2007     Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Lehman Brothers Commercial Corporation | 13-2927667 |

Check applicable box(es): (1) ☐ Consolidated group   (2) ☐ Parent corp (3) ☐ Consolidated eliminations   (4) ☐ Subsidiary corp (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group (7) ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

**Part III**   Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 34,440,908. | | -34,440,908. | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 13,546,512. | | | 13,546,512. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (attach Form 8916-A) | 63,267,710. | | | 63,267,710. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | -37,402. | 384,787. | | 347,385. |
| 11 Meals and entertainment | 162. | | -4. | 158. |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | 16,512. | -3,071. | | 13,441. |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Section 198 environmental remediation costs | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 144. | 100. | | 244. |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Other expense/deduction items with differences (attach schedule) 9 | 3,924. | 3,665,270. | | 3,669,194. |
| 36 Total expense/deduction items. Combine lines 1 through 35. Enter here and on Part II, line 27 | 111,238,470. | 4,047,086. | -34,440,912. | 80,844,644. |

Schedule M-3 (Form 1120) 2007

JSA
7C2732 3.000

Form **4626**

Department of the Treasury
Internal Revenue Service

**Alternative Minimum Tax - Corporations**

▶ See separate instructions.
▶ Attach to the corporation's tax return.

OMB No. 1545-0175

**2007**

| Name | Employer identification number |
|---|---|
| Lehman Brothers Commercial Corporation | 13-2927667 |

**Note:** *See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).*

| | | | |
|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | **1** | 90,885,554. |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property | **2a** | |
| b | Amortization of certified pollution control facilities | **2b** | |
| c | Amortization of mining exploration and development costs | **2c** | |
| d | Amortization of circulation expenditures (personal holding companies only) | **2d** | |
| e | Adjusted gain or loss | **2e** | |
| f | Long-term contracts | **2f** | |
| g | Merchant marine capital construction funds | **2g** | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | **2h** | |
| i | Tax shelter farm activities (personal service corporations only) | **2i** | |
| j | Passive activities (closely held corporations and personal service corporations only) | **2j** | |
| k | Loss limitations | **2k** | |
| l | Depletion | **2l** | |
| m | Tax-exempt interest income from specified private activity bonds | **2m** | |
| n | Intangible drilling costs | **2n** | |
| o | Other adjustments and preferences | **2o** | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | **3** | 90,885,554. |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |

| | | | | |
|---|---|---|---|---|
| a | ACE from line 10 of the ACE worksheet in the instructions | **4a** | 90,885,554. | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions) | **4b** | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | **4c** | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). Note: *You must enter an amount on line 4d (even if line 4b is positive)* | **4d** | | |

| | | | |
|---|---|---|---|
| e | ACE adjustment. <br> • If line 4b is zero or more, enter the amount from line 4c <br> • If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount } | **4e** | |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | **5** | 90,885,554. |
| 6 | Alternative tax net operating loss deduction (see instructions) | **6** | |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions | **7** | 90,885,554. |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- ... **8a** | | |
| b | Multiply line 8a by 25% (.25) ... **8b** | | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | **8c** | NONE |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | **9** | 90,885,554. |
| 10 | Multiply line 9 by 20% (.20) | **10** | 18,177,111. |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) | **11** | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | **12** | 18,177,111. |
| 13 | Regular tax liability before applying all credits except the foreign tax credit and the American Samoa economic development credit | **13** | NONE |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return | **14** | |

**For Paperwork Reduction Act Notice, see the instructions.**

Form **4626** (2007)

JSA
7X2400 2.000

Lehman Brothers Commercial Corporation                                          13-2927667

## Adjusted Current Earnings (ACE) Worksheet
▶ See ACE Worksheet Instruction (which begin on page 8).

| | | | |
|---|---|---:|---:|
| 1 | Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 . . . . . . . . . . . . . . . | **1** | 90,885,554. |
| 2 | ACE depreciation adjustment: | | |
| a | AMT depreciation . . . . . . . . . . . . . . . . . . . . . . . **2a** | | |
| b | ACE depreciation: | | |
| | (1) Post-1993 property . . . . . . . . . . . . . **2b(1)** | | |
| | (2) Post-1989, pre-1994 property . . . . . . . . . **2b(2)** | | |
| | (3) Pre-1990 MACRS property . . . . . . . . . . . **2b(3)** | | |
| | (4) Pre-1990 original ACRS property . . . . . . . **2b(4)** | | |
| | (5) Property described in sections 168(f)(1) through (4) . . . . . . . . . . . . . **2b(5)** | | |
| | (6) Other property . . . . . . . . . . . . . . . **2b(6)** | | |
| | (7) Total ACE depreciation. Add lines 2b(1) through 2b(6) . . . . **2b(7)** | | |
| c | ACE depreciation adjustment. Subtract line 2b(7) from line 2a . . . . . . . . . . . . . | **2c** | |
| 3 | Inclusion in ACE of items included in earnings and profits (E&P): | | |
| a | Tax-exempt interest income . . . . . . . . . . . . . . . . **3a** | | |
| b | Death benefits from life insurance contracts . . . . . . . . **3b** | | |
| c | All other distributions from life insurance contracts (including surrenders) . . . . . . **3c** | | |
| d | Inside buildup of undistributed income in life insurance contracts . . **3d** | | |
| e | Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) . . . . . . . . . . **3e** | | |
| f | Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e . . . . . . . . . . | **3f** | |
| 4 | Disallowance of items not deductible from E&P: | | |
| a | Certain dividends received . . . . . . . . . . . . . . . . **4a** | | |
| b | Dividends paid on certain preferred stock of public utilities that are deductible under section 247 . . . . . . . . . . **4b** | | |
| c | Dividends paid to an ESOP that are deductible under section 404(k) . . **4c** | | |
| d | Nonpatronage dividends that are paid and deductible under section 1382(c) . . . . . . . . . . . **4d** | | |
| e | Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list) . . . . . . **4e** | | |
| f | Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e . . . . . . . . . . | **4f** | |
| 5 | Other adjustments based on rules for figuring E&P: | | |
| a | Intangible drilling costs . . . . . . . . . . . . . . . . . **5a** | | |
| b | Circulation expenditures . . . . . . . . . . . . . . . . . **5b** | | |
| c | Organizational expenditures . . . . . . . . . . . . . . . **5c** | | |
| d | LIFO inventory adjustments . . . . . . . . . . . . . . . . **5d** | | |
| e | Installment sales . . . . . . . . . . . . . . . . . . . . **5e** | | |
| f | Total other E&P adjustments. Combine lines 5a through 5e . . . . . . . . . . | **5f** | |
| 6 | Disallowance of loss on exchange of debt pools . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts . . . . . | **7** | |
| 8 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property . . . . . | **9** | |
| 10 | Adjusted current earnings. Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 . . . . . . . . . . | **10** | 90,885,554. |

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions.    ▶ Attach to your tax return. | **2007** Attachment Sequence No. **67** |

Name(s) shown on return

Lehman Brothers Commercial Corporation

Business or activity to which this form relates

General Depreciation and Amortization

Identifying number

13-2927667

### Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1, if zero or less, enter -0-. If married filing separately, see instructions | 5 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 . . . . . ▶ 13 | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 |
| 15 | Property subject to section 168(f)(1) election | 15 |
| 16 | Other depreciation (including ACRS) | 16 |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 . . . . . . . . . . . . . . | 17 | 244. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B - Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (see instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . . | 22 | 244. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . | 23 | |

JSA    For Paperwork Reduction Act Notice, see separate instructions.                                    Form **4562** (2007)
7X2300 1.000

Lehman Brothers Commercial Corporation

Form 4562 (2007)  Page **2**

13-2927667

| **Part V** | **Listed Property** (include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A – Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If "Yes," is the evidence written? | Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for qualified Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not more than 5% owners or related persons** (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2007 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2007 tax year . . . . . . . . . . . . . . . . | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . | | | | 44 | |

ISA
FX2310 1.000

Form **4562** (2007)

Form **8916-A**
Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.

OMB No. 1545-2061

**2007**

Name of common parent

Lehman Brothers Commercial Corporation

Employer identification number

13-2927667

Name of subsidiary

Employer identification number

**Part I** Cost of Goods Sold

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions . . . . . . . | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense . . . . . | | | | |
| b Other equity based compensation . . . . . . . . . | | | | |
| c Meals and entertainment . . . . | | | | |
| d Parachute payments . . . . . . | | | | |
| e Compensation with section 162(m) limitation . . . . . . | | | | |
| f Pension and profit sharing . . . | | | | |
| g Other post-retirement benefits . | | | | |
| h Deferred compensation. . . . . | | | | |
| i Section 198 environmental remediation costs . . . . . . | | | | |
| j Amortization . . . . . . . . . . | | | | |
| k Depletion . . . . . . . . . . | | | | |
| l Depreciation . . . . . . . . . | | | | |
| m Corporate owned life insurance premiums . . . . . . . . . . | | | | |
| n Other section 263A costs . . . | | | | |
| 3 Inventory shrinkage accruals . . | | | | |
| 4 Excess inventory and obsolescence reserves . . . . . | | | | |
| 5 Lower of cost or market write-downs . . . . . . . . . . . | | | | |
| 6 Other items with differences (attach schedule) . . . . . . . | | | | |
| 7 Other items with no differences . | | | | |
| 8 Total cost of goods sold. Add lines 1 through 7, in columns a, b, c, and d . . . . . . . . . | | | | |

For Paperwork Reduction Act Notice, see page 4.

Form **8916-A** (2007)

JSA
7X9035 3.000

Lehman Brothers Commercial Corporation                                          13-2927667

Form 8916-A (2007)                                                                    Page **2**

## Part II   Interest Income

| | Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4 a | Intercompany interest income - From outside tax affiliated group | 9,336,904. | | | 9,336,904. |
| 4 b | Intercompany interest income - From tax affiliated group | 64,573,172. | | | 64,573,172. |
| 5 | Other interest income          Stmt 10 | 7,457. | | | 7,457. |
| 6 | Total interest income. Add lines 1 through 5. Enter total on Schedule M-3 (Forms 1120, 1120-PC, and 1120-L), Part II, line 13 or Schedule M-3 (Forms 1065 and 1120-S) Part II, line 11. | 73,917,533. | | | 73,917,533. |

## Part III   Interest Expense

| | Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3 a | Intercompany interest expense - Paid to outside tax affiliated group | 7,432,969. | | | 7,432,969. |
| 3 b | Intercompany interest expense - Paid to tax affiliated group | 55,652,421. | | | 55,652,421. |
| 4 | Other interest expense          Stmt 11 | 182,320. | | | 182,320. |
| 5 | Total interest expense. Add lines 1 through 4. Enter total on Schedule M-3 (Form 1120) Part III, line 8; Schedule M-3 (Forms 1120-PC and 1120-L), Part III, line 36; Schedule M-3 (Form 1065) Part III, line 27; or Schedule M-3 (Form 1120-S) Part III, line 26. | 63,267,710. | | | 63,267,710. |

Form **8916-A** (2007)

JSA
7X9036 3.000

Lehman Brothers Commercial Corporation                                    13-2927667


Form 1120, Page 1 Detail
========================================================================

Line 5 - Interest income
-----------------------------
  Intercompany Interest                                      73,910,076.
  Other Interest, Investments, and Advances                       7,457.
                                                            ----------------
    Total                                                    73,917,533.
                                                            ================

Line 10 - Other income
---------------------------
  Foreign Exchange                                          -14,943,116.
                                                            ----------------
    Total                                                   -14,943,116.
                                                            ================

Lehman Brothers Commercial Corporation                              13-2927667


Form 1120, Page 1 Detail
=====================================================================================


Line 16 - Rents
----------------
   Rent Expense - Real Property                                        1,373.
                                                                  ----------------
      Total                                                            1,373.
                                                                  ================


Line 17 - Taxes and licenses
------------------------------------------
   Payroll Taxes                                                         283.
 ✳ State and Local Income Taxes                                   13,546,512.
                                                                  ----------------
      Total                                                       13,546,795.
                                                                  ================


Line 18 - Interest deduction
---------------------------------------
   Intercompany Interest                                          63,085,390.
   Interest                                                          182,320.
                                                                  ----------------
      Total                                                       63,267,710.
                                                                  ================


                                                            Statement   2

       0005J5   T692   11/05/2008 14:05:42 V07-8.2      13-2927667         17

Form 1120, Page 1 Detail
=============================================================================

Line 26 - Summary of Travel, Meals and Entertainment
-----------------------------------------------------
  Net meals & entertainment                                              158.
                                                                  ---------------
    Total                                                                158.
                                                                  ===============


Line 26 - Other deductions
-----------------------------
  Travel, meals and entertainment                                        158.
  Brokerage                                                        12,064,716.
  Commission & Clearing                                               496,396.
  Market  Data                                                         18,460.
  Telephone, Telegrams, Telex                                           1,329.
  Postage & Freight                                                       280.
  Paper & Printing                                                        415.
  Office                                                                  267.
  Cleaning & Maintenance                                                   26.
  Subscriptions & Publications                                           595.
  Departmental Allocations                                           3,815,485.
  Fees - Legal                                                         60,293.
  Fees - Consulting                                                       242.
  Professional Regulation Fees                                          3,172.
  Systems Software                                                     36,670.
  Meals & Entertainment (Other)                                       23,013.
  Credit Reserves                                                    3,658,731.
  Other Deductions                                                       366.
                                                                  ---------------
    Total                                                           20,180,614.
                                                                  ===============

Form 1120, Page 3 Detail
=================================================================================

Schedule K, Line 3
--------------------
    A Name   Lehman Brothers Commodities Far East Inc.
       Employer ID number                                        22-3419652
    B Percentage owned                                               100.00


Schedule K, Line 5
--------------------
    A Name   Lehman Brothers Holdings Inc.
             70 Hudson St., 10th Fl. Tax Dept., Jersey City, N.J. 07302
    B Employer ID number                                         13-3216325
    C Percentage owned                                               100.00

Lehman Brothers Commercial Corporation                                                    13-2927667

Form 1120, Page 4 Detail
==================================================================================

| Sch L, Line 4 - | | |
| U.S. government obligations | Beginning | Ending |
| U.S. Government Obligations | 116,456. | 174,301. |
| Total | 116,456. | 174,301. |

| Sch L, Line 6 - | | |
| Other current assets | | |
| Intercompany Accounts Receivable | 338,859,637. | 487,947,218. |
| Total | 338,859,637. | 487,947,218. |

| Sch L, Line 9 - Other investments | | |
| Other Investments | 472,126. | |
| Investment in Consolid. Sub | -39,668. | |
| Total | 432,458. | |

| Sch L, Line 14 - Other assets | | |
| Other Assets | 217,160. | -803. |
| Total | 217,160. | -803. |

| Sch L, Line 18 - | | |
| Other current liabilities | | |
| Accrued State and Local Income Tax | -10,935,248. | 5,768,725. |
| Accrued Federal Income Tax | -25,349,661. | 14,480,928. |
| Intercompany Accounts Payable | 690,473,655. | 1,312,548,183. |
| Payroll Related | -89,317. | -130,187. |
| Other Current Liabilities | 1,051,764,358. | 1,010,436,389. |
| Total | 1,705,863,787. | 2,343,104,038. |

Lehman Brothers Commercial Corporation                                    13-2927667


Form 1120, Page 4 Detail
=========================================================================================

| Sch L, Line 21 - Other liabilities | Beginning | Ending |
|---|---|---|
| Other Liabilities | 3,666,484. | -64,062,435. |
| Reserves | | -3,466,885. |
| Total | 3,666,484. | -67,529,320. |

Form 1120, Page 4 Detail
=================================================================================

Sch M-1, Line 4 - Income subject to tax not recorded on books
-----------------------------------------------------------------
   Capital Markets  Adjustments                                     -3,466,885.
     Total                                                -3,466,885.
                                                                    ===============


Sch M-1, Line 5 - Expenses recorded on books not deducted on return
-----------------------------------------------------------------------
   Reserves - Other                                                  -3,658,731.
   Bonus Adjustments                                                   -223,728.
     Total                                                -3,882,459.
                                                                    ===============


Sch M-1, Line 8 - Deductions on return not recorded on books
-----------------------------------------------------------------
   Equity                                                              161,059.
   Other Tax Deductions Not on Books                                      6,539.
     Total                                                   167,598.
                                                                    ===============


Sch M-2, Line 6 - Other decreases
-------------------------------------------------
   ROUNDING                                                                 3.
     Total                                                        3.
                                                                    ===============

Schedule M-3, Part II Detail
============================================================================

Line 28 - Other items with no differences
-------------------------------------------------
```
Other Income - Commissions & Fees                            -4,289.
Other Income - Foreign Exchange                         -14,943,116.
Brokerage                                               -12,064,716.
Office                                                         -267.
Cleaning & Maintenance                                         -26.
Subscriptions & Publications                                  -595.
Departmental Allocation                                  10,695,542.
Fees - Legal                                                -60,293.
Fees - Consulting                                              -242.
Other Taxes                                                   -283.
Professional Regulation Fees                                -3,172.
Other Deductions                                        -14,548,063.
Rent                                                        -1,373.
Repairs                                                        -20.
Commission & Clearing                                     -496,396.
Meals & Entertainment (Other)                             -23,013.
Market Data                                               -18,460.
Telephone, Telegrams, Telex                                -1,329.
Postage & Freight                                            -280.
Paper & Printing                                            -415.
                                                        ----------------
       Total                                            -31,470,806.
                                                        ================
```

Lehman Brothers Commercial Corporation

13-2927667

Schedule M-3, Part III Detail

Line 35 - Other expense/deduction items with differences

| Description | Expense Per Income Stmt | Temporary Difference | Permanent Difference | Deduction Per Tax Return |
|---|---|---|---|---|
| Credit Reserves |  | 3,658,731. |  | 3,658,731. |
| Employee Benefits | 3,924. | 6,539. |  | 10,463. |
| Total | 3,924. | 3,665,270. |  | 3,669,194. |

0005J5  T692  11/05/2008  14:05:42  V07-8.2  13-2927667                24          Statement  9

Lehman Brothers Commercial Corporation

13-2927667

Form 8916-A, Part II Detail

Part II Line 5 - Other Interest Income

| Description | Per Income Stmt | Temporary Difference | Permanent Difference | Per Tax Return |
|---|---|---|---|---|
| Other Interest Income | 7,457. | | | 7,457. |
| Total | 7,457. | | | 7,457. |

Lehman Brothers Commercial Corporation

13-2927667

Form 8916-A, Part III Detail

Line 4 -- Other Interest Expense

| Description | Per Income Stmt | Temporary Difference | Permanent Difference | Per Tax Return |
|---|---|---|---|---|
| Other interest expense | 182,320. | | | 182,320. |
| Total | 182,320. | | | 182,320. |

0005J5    T692    11/05/2008    14:05:42    V07-8.2    13-2927667

26

Statement    11