CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew P. Brozman
Sara M. Tapinekis

*Counsel to Crédit Agricole Corporate and Investment Bank*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re                                                                :
                                                                     :  Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :
                                                                     :  Case No. 08-13555 (JMP)
Debtors.                                                             :
                                                                     :  (Jointly Administered)
---------------------------------------------------------------------x


**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF CRÉDIT AGRICOLE**
**CORPORATE AND INVESTMENT BANK**
**TO CONFIRMATION OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**<u>LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS</u>**

**PLEASE TAKE NOTICE** that Crédit Agricole Corporate and Investment Bank, *f/k/a* Calyon ("<u>CACIB</u>"), by and through its undersigned counsel, withdraws its limited objection to confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated November 9, 2011 [Docket No. 21815]. CACIB reserves all other rights with respect to these chapter 11 cases.

- 2 -

Dated: New York, New York
November 29, 2011

                                        Respectfully submitted,

                                        __*/s/ Andrew P. Brozman*____
                                        Andrew P. Brozman
                                        Sara M. Tapinekis
                                        CLIFFORD CHANCE US LLP
                                        31 West 52nd Street
                                        New York, NY 10019
                                        Tel:  (212) 878-8000
                                        Fax:  (212) 878-8375

                                        *Counsel to Crédit Agricole Corporate and*
                                        *Investment Bank*