**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    ) ss.
COUNTY OF NEW YORK  )

MARGUERITE M. MELVIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, and I am not a party to the above-captioned action.

2. On November 29, 2011, I caused to be served, by overnight mail, a true and correct copy of the "Statement of the UK Administration Companies and UK Liquidation Companies (I) In Support of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and (II) In Response to the Farallon Objection Thereto" to those parties listed on the annexed Exhibit A.

3. On November 29, 2011, I also caused to be served, by hand-delivery, a true and correct copy of the aforementioned statement, to those parties listed on the annexed Exhibit B.

/s/ Marguerite M. Melvin
Marguerite M. Melvin

Sworn to before me this
29th day of November, 2011

/s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2015

# EXHIBIT A

**Service by Federal Express:**

| | |
|---|---|
| Tracy Hope Davis, Esq.<br>Elisabetta Gasparini, Esq.<br>Andrea B. Schwartz, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Harvey R. Miller, Esq.<br>Lori R. Fife, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed,<br>Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Alfredo R. Perez, Esq.<br>Weil, Gotshal & Manges LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002 |

# EXHIBIT B

**<u>Service by hand-delivery</u>:**

| | |
|---|---|
| Hon. James M. Peck<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Joon P. Hong, Esq.<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281<br><br>*Counsel to Farallon Capital* |