REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,*
*The Bank of New York Mellon Trust Company, N.A.,*
*and BNY Mellon Corporate Trustee Services Limited,*
*in their representative capacities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP)<br>(Jointly Administered) |
| Debtors. | Refers to Dkt. No. 22010 |

**AMENDMENT TO SCHEDULE 1 TO THE OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AND BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED TO ASSUMPTION OF DERIVATIVE CONTRACTS PURSUANT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS INC. AND ITS AFFILIATED DEBTORS**

The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, each as trustee, indenture trustee, agent, or in its other representative capacity for the holders of certain notes, certificates, bonds, or other interests issued pursuant to structures created by the Debtors or their affiliates that have entered into derivative contracts with one or more Debtors, by their undersigned counsel, hereby file this Amendment to Schedule 1 to the Objection of the Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to

Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated Debtors [D.I. 22010] (the "Objection").

Based upon the Debtors' further amendment of the schedule of derivative contracts to be assumed, the Trustee submits the attached Amended Schedule 1 to the Objection.

Dated: November 29, 2011
      New York, New York

Respectfully submitted,

REED SMITH LLP

By: */s/ Eric A. Schaffer*
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: eschaffer@reedsmith.com
      mvenditto@reedsmith.com

*Counsel to The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities*

**AMENDED SCHEDULE 1**

List of Derivative Contracts

(Attached)

| COUNTERPARTY | DEBTOR |
|---|---|
| Consumer Unsecured Reperforming Loans (Curl) PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-1 PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-2BL PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-3NC PLC | Lehman Brothers Special Financing Inc. |
| Eurosail - NL 2007-2 BV | Lehman Brothers Special Financing Inc. |
| Eurosail NL 2008-1 B.V. | Lehman Brothers Special Financing Inc. |
| Eurosail-UK 2007-2NP PLC | Lehman Brothers Special Financing Inc. |
| Ford Credit Auto Owner Trust 2007-B | Lehman Brothers Special Financing Inc. |
| Fullerton Drive CDO Limited | Lehman Brothers Special Financing Inc. |
| Kings River Limited | Lehman Brothers Special Financing Inc. |
| LB Peru Trust, II, 1998-A | Lehman Brothers Special Financing Inc. |
| Liberty Square CDO I. Limited | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO I, Ltd. | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO II, Limited | Lehman Brother Financial Products, Inc. |
| Liberty Square CDO II, Ltd. | Lehman Brothers Financial Products Inc. |
| Phoenix Series 2002-1 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-2 | Lehman Brothers Special Financing Inc. |
| Puerto Rico Commonwealth of (Escrow) | Lehman Brothers Special Financing Inc. |
| Racers Series 2002-26 | Lehman Brothers Special Financing Inc. |
| Sealink Funding Limited | Lehman Brothers Special Financing Inc. |

- 2 -

| COUNTERPARTY | DEBTOR |
| --- | --- |
| Sunset Park CDO Limited SPC Series 2004-1 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-2 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-4 | Lehman Brothers Special Financing Inc. |
| Tavares Square CDO Limited | Lehman Brothers Special Financing Inc. |
| Taylor Creek Limited | Lehman Brothers Special Financing Inc. |
| The Bank of New York Mellon | Lehman Brothers Commercial Corp. |
| TIAA Structured Finance CDO 1, Limited | Lehman Brothers Financial Products Inc. |
| Vox Place CDO Limited | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-11 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-16 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-7 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-15 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-5 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-6 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-1 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-10 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-11 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-13 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-15 | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
| --- | --- |
| Beryl Finance Limited Series 2007-4 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-5 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-7 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-8 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-6 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-7 | Lehman Brothers Special Financing Inc. |
| Consumer Unsecured Reperforming Loans (Curl) PLC | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-2 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Diamond Finance 2006-2 | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-1 PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-2BL PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-3NC PLC | Lehman Brothers Special Financing Inc. |
| Eurosail - NL 2007-2 BV | Lehman Brothers Special Financing Inc. |
| Eurosail NL 2008-1 B.V. | Lehman Brothers Special Financing Inc. |
| Eurosail-UK 2007-2NP PLC | Lehman Brothers Special Financing Inc. |
| Ford Credit Auto Owner Trust 2007-B | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
| --- | --- |
| Fullerton Drive CDO Limited | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz Finance PLC 2004-1 Class A | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz Finance PLC 2004-1 Class B | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz PLC 2004-2 | Lehman Brothers Special Financing Inc. |
| Kings River Limited | Lehman Brothers Special Financing Inc. |
| LB Peru Trust, II, 1998-A | Lehman Brothers Special Financing Inc. |
| Liberty Square CDO I. Limited | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO I, Ltd. | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO II, Limited | Lehman Brother Financial Products, Inc. |
| Liberty Square CDO II, Ltd. | Lehman Brothers Financial Products Inc. |
| Lion City CDO 2006-2 LTD | Lehman Brothers Special Financing Inc. |
| Lion City CDO 2006-3 Ltd | Lehman Brothers Special Financing Inc. |
| Lion City CDO Limited Series 2006-1 | Lehman Brothers Special Financing Inc. |
| Lion City CDO Ltd Series 2006-5 | Lehman Brothers Special Financing Inc. |
| Onyx Funding Limited Series 2006-1 | Lehman Brothers Special Financing Inc. |
| Pearl Finance Series 2003-8 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-1 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-2 | Lehman Brothers Special Financing Inc. |
| Puerto Rico Commonwealth of (Escrow) | Lehman Brothers Special Financing Inc. |
| *Quartz Finance 2003-1 Class A* | *Lehman Brothers Special Financing Inc.* |
| *Quartz Finance 2003-1 Class B* | *Lehman Brothers Special Financing Inc.* |

| COUNTERPARTY | DEBTOR |
|---|---|
| Quartz Finance 2003-4 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2004-1 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2005-1 | Lehman Brothers Special Financing Inc. |
| *Quartz Finance 2005-2* | *Lehman Brothers Special Financing Inc.* |
| Quartz Finance Series 2003-3 | Lehman Brothers Special Financing Inc. |
| Racers Series 2002-26 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Class A15 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Class A16 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Classes A2-A9 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-2 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-3 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-4 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-5 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2007-1 | Lehman Brothers Special Financing Inc. |
| *Ruby Finance 2007-2* | *Lehman Brothers Special Financing Inc.* |
| Ruby Finance 2007-3 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2008-01 | Lehman Brothers Special Financing Inc. |
| Saphir Fiannce PLC 2004-4 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-1 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-10 | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
| --- | --- |
| Saphir Finance PLC 2005-3 Class A | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class B | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class C | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-4 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-10 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-2 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-3 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-1 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-3 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-5 | Lehman Brothers Special Financing Inc. |
| *Saphir Finance PLC 2007-7* | *Lehman Brothers Special Financing Inc.* |
| Saphir Finance PLC 2007-9 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2008-1 | Lehman Brothers Special Financing Inc. |
| Sealink Funding Limited | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-1 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-2 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-4 | Lehman Brothers Special Financing Inc. |
| Tavares Square CDO Limited | Lehman Brothers Special Financing Inc. |
| Taylor Creek Limited | Lehman Brothers Special Financing Inc. |
| The Bank of New York Mellon | Lehman Brothers Commercial Corporation |
| TIAA Structured Finance CDO 1, Limited | Lehman Brothers Financial Products Inc. |

| COUNTERPARTY | DEBTOR |
| --- | --- |
| Topaz Finance Ltd 2005-1 | Lehman Brothers Special Financing Inc. |
| Topas Finance LTD 2005-2 | Lehman Brothers Special Financing Inc. |
| Vox Place CDO Limited | Lehman Brothers Special Financing Inc. |
| Zircon Finance Limited Series 2007-3 | Lehman Brothers Special Financing Inc. |
| Zircon Finance Limited Series 2007-9 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-1 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-14 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-17 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-2 | Lehman Brothers Special Financing Inc. |