UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                           :      Chapter 11

In re                            :

                               :      Case No. 08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., *et al.*, :

                               :      (Jointly Administered)

              Debtors.         :

                               :      Ref. Docket No. 22425

---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1.   I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On November 21, 2011, I caused to be served the "Eighth Interim Application of Lazard Frères & Co. LLC, Debtors' Investment Banker for Allowance of Compensation and for the Reimbursement of Actual and Necessary Expense Incurred for the Period from February 1, 2011 through May 31, 2011," filed on November 21, 2011 [Docket No. 22425], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  copied to CD and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c.  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Eleni Manners*
                                                    Eleni Manners

Sworn to before me this
29th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## LBH Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | andrew.lourie@kobrekim.com |
| aalfonso@willkie.com | angelich.george@arentfox.com |
| abeaumont@fklaw.com | ann.reynaud@shell.com |
| abraunstein@riemerlaw.com | anthony_boccanfuso@aporter.com |
| acaton@kramerlevin.com | aoberry@bermanesq.com |
| acker@chapman.com | aostrow@beckerglynn.com |
| adam.brezine@hro.com | apo@stevenslee.com |
| adarwin@nixonpeabody.com | aquale@sidley.com |
| Adiamond@DiamondMcCarthy.com | araboy@cov.com |
| aeckstein@blankrome.com | arahl@reedsmith.com |
| aentwistle@entwistle-law.com | arheaume@riemerlaw.com |
| afriedman@irell.com | arlbank@pbfcm.com |
| agbanknewyork@ag.tn.gov | arosenblatt@chadbourne.com |
| aglenn@kasowitz.com | arthur.rosenberg@hklaw.com |
| agold@herrick.com | arwolf@wlrk.com |
| ahammer@freebornpeters.com | aseuffert@lawpost-nyc.com |
| aisenberg@saul.com | ashaffer@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | ashmead@sewkis.com |
| akolod@mosessinger.com | asnow@ssbb.com |
| akornikova@lcbf.com | atrehan@mayerbrown.com |
| alum@ftportfolios.com | aunger@sidley.com |
| amarder@msek.com | austin.bankruptcy@publicans.com |
| AMcMullen@BoultCummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |
| anann@foley.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |

### *LBH Email Service List*

| | |
|---|---|
| bankruptcy@morrisoncohen.com | cbelisle@wfw.com |
| bankruptcy@ntexas-attorneys.com | cbelmonte@ssbb.com |
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | ceskridge@susmangodfrey.com |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |

## *LBH Email Service List*

| | |
|---|---|
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |

## *LBH Email Service List*

| | |
|---|---|
| drosenzweig@fulbright.com | eobrien@sbchlaw.com |
| drosner@goulstonstorrs.com | erin.mautner@bingham.com |
| drosner@kasowitz.com | eschaffer@reedsmith.com |
| dshaffer@wtplaw.com | eschwartz@contrariancapital.com |
| dshemano@pwkllp.com | esmith@dl.com |
| dspelfogel@foley.com | etillinghast@sheppardmullin.com |
| dtatge@ebglaw.com | ezujkowski@emmetmarvin.com |
| dtheising@harrisonmoberly.com | ezweig@optonline.net |
| dwdykhouse@pbwt.com | fbp@ppgms.com |
| dwildes@stroock.com | feldsteinh@sullcrom.com |
| dworkman@bakerlaw.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | foont@foontlaw.com |
| ecohen@russell.com | francois.janson@hklaw.com |
| efleck@milbank.com | fsosnick@shearman.com |
| efriedman@fklaw.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | geraci@thalergertler.com |
| ekbergc@lanepowell.com | ggitomer@mkbattorneys.com |
| elevin@lowenstein.com | ggoodman@foley.com |
| eli.mattioli@klgates.com | giddens@hugheshubbard.com |
| ellen.halstead@cwt.com | gkaden@goulstonstorrs.com |
| emerberg@mayerbrown.com | glenn.siegel@dechert.com |
| enkaplan@kaplanlandau.com | gmoss@riemerlaw.com |

*LBH Email Service List*

| | |
|---|---|
| gravert@mwe.com | jamie.nelson@dubaiic.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzzi@whitecase.com | jason.jurgens@cwt.com |
| harrisjm@michigan.gov | jay.hurst@oag.state.tx.us |
| harveystrickon@paulhastings.com | jay@kleinsolomon.com |
| hbeltzer@mayerbrown.com | Jbecker@wilmingtontrust.com |
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdoran@haslaw.com |
| icatto@mwe.com | Jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffery.black@bingham.com |
| iva.uroic@dechert.com | jeffrey.sabin@bingham.com |
| jaclyn.genchi@kayescholer.com | jeldredge@velaw.com |
| jacobsonn@sec.gov | jen.premisler@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.demarco@cliffordchance.com |
| james.sprayregen@kirkland.com | jennifer.gore@shell.com |
| jamestecce@quinnemanuel.com | jeremy.eiden@ag.state.mn.us |

### *LBH Email Service List*

| | |
|---|---|
| jfalgowski@reedsmith.com | jmcginley@wilmingtontrust.com |
| jflaxer@golenbock.com | jmelko@gardere.com |
| jfox@joefoxlaw.com | jmerva@fult.com |
| jfreeberg@wfw.com | jmmurphy@stradley.com |
| jg5786@att.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | jnadritch@olshanlaw.com |
| jguy@orrick.com | jnm@mccallaraymer.com |
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | Joseph.Cardaro@usdoj.gov |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jowolf@law.nyc.gov |
| jjtancredi@daypitney.com | joy.mathias@dubaiic.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@btkmc.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |

### LBH Email Service List

| | |
|---|---|
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | KReynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |

### *LBH Email Service List*

| | |
|---|---|
| lsilverstein@potteranderson.com | mccombst@sullcrom.com |
| lthompson@whitecase.com | mcordone@stradley.com |
| lubell@hugheshubbard.com | mcto@debevoise.com |
| lwhidden@salans.com | mdahlman@kayescholer.com |
| mabrams@willkie.com | mdorval@stradley.com |
| MAOFILING@CGSH.COM | melorod@gtlaw.com |
| Marc.Chait@SC.com | meltzere@pepperlaw.com |
| margolin@hugheshubbard.com | metkin@lowenstein.com |
| mark.bane@ropesgray.com | mfeldman@willkie.com |
| mark.deveno@bingham.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.ellenberg@cwt.com | mh1@mccallaraymer.com |
| mark.houle@pillsburylaw.com | mharris@smsm.com |
| mark.sherrill@sutherland.com | mhopkins@cov.com |
| martin.davis@ots.treas.gov | michael.frege@cms-hs.com |
| Marvin.Clements@ag.tn.gov | michael.kelly@monarchlp.com |
| matt@willaw.com | michael.kim@kobrekim.com |
| matthew.klepper@dlapiper.com | michael.mccrory@btlaw.com |
| maustin@orrick.com | michael.reilly@bingham.com |
| max.polonsky@skadden.com | millee12@nationwide.com |
| mbenner@tishmanspeyer.com | miller@taftlaw.com |
| mberman@nixonpeabody.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@dl.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mjacobs@pryorcashman.com |
| mbossi@thompsoncoburn.com | mjedelman@vedderprice.com |
| mcademartori@sheppardmullin.com | MJR1@westchestergov.com |

*LBH Email Service List*

| | |
|---|---|
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | Nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |

### *LBH Email Service List*

| | |
|---|---|
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | RJones@BoultCummings.com |
| psp@njlawfirm.com | rleek@HodgsonRuss.com |
| ptrainguiterrez@kaplanlandau.com | RLevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | Robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |
| rgmason@wlrk.com | rrigolosi@smsm.com |
| rgraham@whitecase.com | rroupinian@outtengolden.com |
| rhett.campbell@tklaw.com | rrussell@andrewskurth.com |
| richard.lear@hklaw.com | rterenzi@stcwlaw.com |
| richard.levy@lw.com | RTrust@cravath.com |
| richard.tisdale@friedfrank.com | russj4478@aol.com |

### LBH Email Service List

| | |
|---|---|
| rwasserman@cftc.gov | shannon.nagle@friedfrank.com |
| rwyron@orrick.com | sharbeck@sipc.org |
| s.minehan@aozorabank.co.jp | shari.leventhal@ny.frb.org |
| sabin.willett@bingham.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| Schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.troyer@commerzbank.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | Streusand@StreusandLandon.com |

### LBH Email Service List

| | |
|---|---|
| susan.schultz@newedgegroup.com | tnixon@gklaw.com |
| susheelkirpalani@quinnemanuel.com | toby.r.rosenberg@irscounsel.treas.gov |
| sweyl@haslaw.com | tony.davis@bakerbotts.com |
| swolowitz@mayerbrown.com | tslome@msek.com |
| szuch@wiggin.com | ttracy@crockerkuno.com |
| tannweiler@greerherz.com | twheeler@lowenstein.com |
| tarbit@cftc.gov | ukreppel@whitecase.com |
| tbrock@ssbb.com | vdagostino@lowenstein.com |
| tdewey@dpklaw.com | Villa@StreusandLandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| TGoren@mofo.com | walter.stuart@freshfields.com |
| thaler@thalergertler.com | wanda.goodloe@cbre.com |
| thomas.califano@dlapiper.com | WBallaine@lcbf.com |
| thomas.ogden@dpw.com | wbenzija@halperinlaw.net |
| Thomas_Noguerola@calpers.ca.gov | wcurchack@loeb.com |
| tim.desieno@bingham.com | wfoster@milbank.com |
| timothy.brink@dlapiper.com | william.m.goldman@dlapiper.com |
| timothy.palmer@bipc.com | wiltenburg@hugheshubbard.com |
| tjfreedman@pbnlaw.com | wisotska@pepperlaw.com |
| tkarcher@dl.com | wk@pwlawyers.com |
| tkiriakos@mayerbrown.com | wmckenna@foley.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmarrion@haslaw.com | wswearingen@llf-law.com |
| tmayer@kramerlevin.com | wtaylor@mccarter.com |

## *LBH Email Service List*

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com


Additional Parties

Bradley.Dunn@lazard.com

lbarbour@browngreer.com

Lbhifeecommittee@gklaw.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007