**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,        Case No. 08-13555(JMP)

                                                                              AFFIDAVIT OF SERVICE

----------------------------------------------------------X
STATE OF DELAWARE    )
                                     S.S.:
COUNTY OF NEW CASTLE)

DANIEL NEWCOMB, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 16th day of November, 2011, at approximately the time of 3:00pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon GOLDMAN SACHS (ASIA) LLC, c/o Corporation Trust Company at 1209 Orange Street, Wilmington, DE by personally delivering and leaving the same with SCOTT LASCALA who informed deponent that he holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address. At the time of service, two witness fees in the amount of $40.00 and $11.00 were tendered.

Scott LaScala is a white male, in his 40's, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair.

_____
DANIEL NEWCOMB

Sworn to before me this
21 day of November, 2011

_____
NOTARY PUBLIC
KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com