**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                        :
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :        **08-13555 (JMP)**
                                                        :        **(Jointly Administered)**
        **Debtors.**                                    :
                                                        :
                                                        :
------------------------------------------------------------------------x        **Ref. Docket Nos. 22357-22364,**
                                                                                 **22366-22368,**
                                                                                 **22370-22378**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On November 18, 2011, I caused to be served the:

     a.   "Notice of Hearing on Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated November 18, 2011 [Docket No. 22357], (the "92nd Omni NOH"),

     b.   "Notice of Hearing on Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated November 18, 2011 [Docket No. 22358], (the "120th Omni NOH"),

     c.   "Notice of Hearing on Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated November 18, 2011 [Docket No. 22359], (the "170th Omni NOH"),

     d.   "Notice of Hearing on Debtors' One Hundred Ninety-Sixth Omnibus Objection to Claims (Inferred Debtor Claims)," dated November 18, 2011 [Docket No. 22360], (the "196th Omni NOH"),

     e.   "Notice of Hearing on Debtors' Two Hundred Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated November 18, 2011 [Docket No. 22361], (the "203rd Omni NOH"),

f. "Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated November 18, 2011 [Docket No. 22362], (the "92nd Omni NOW"),

g. "Notice of Adjournment of Response of John J. Dmuchowski to Debtors' Fortieth and Forty-First Omnibus Objections to Claims (Late Filed Claims), Objection to Disallowance/Expungement of Claim Nos. 34401 and 34402, and Motion to Permit Filing of Claims as of September 23, 2009," dated November 18, 2011 [Docket No. 22363], (the "Dmuchowski NOA"),

h. "Notice of Adjournment of Motion of Pearl Assurance Limited to Deem Proofs of Claim to be Timely Filed," dated November 18, 2011 [Docket No. 22364], (the "Pearl NOA"),

i. "Notice of Adjournment of Debtors' Objection to Proofs of Claim filed by 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586)," dated November 18, 2011  [Docket No. 22366], (the "Ontario NOA"),

j. "Notice of Adjournment of Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed," dated November 18, 2011 [Docket No. 22367], (the "Symphony NOA"),

k. "Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims)," dated November 18, 2011 [Docket No. 22368], (the "40th Omni NOA"),

l. "Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims)," dated November 18, 2011 [Docket No. 22370], (the "41st Omni NOA"),

m. "Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)," dated November 18, 2011 [Docket No. 22371], (the "42nd Omni NOA"),

n. "Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated November 18, 2011[Docket No. 22372], (the "92nd Omni NOA"),

o. "Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated November 18, 2011 [Docket No. 22373], (the "140th Omni NOA"),

p. "Notice of Adjournment of Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims)," dated November 18, 2011[Docket No. 22374], (the "151st Omni NOA"),

q. "Notice of Adjournment of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims)," dated November 18, 2011 [Docket No. 22375], (the "159th Omni NOA"),

r.  "Notice of Adjournment of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims)," dated November 18, 2011 [Docket No. 22376], (the "198th Omni NOA"),

s.  "Notice of Adjournment of Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated November 18, 2011 [Docket No. 22377], (the "199th Omni NOA"), and

t.  "Notice of Adjournment of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims)," dated November 18, 2011 [Docket No. 22378], (the "200th Omni NOA"),

by causing true and correct copies of the:

i.  92nd Omni NOH, 120th Omni NOH, 170th Omni NOH, 196th Omni NOH, 203rd Omni NOH, 92nd Omni NOW, Dmuchowski NOA, Pearl NOA, Ontario NOA, Symphony NOA, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA, 92nd Omni NOA, 140th Omni NOA, 151st Omni NOA, 159th Omni NOA, 198th Omni NOA, 199th Omni NOA and 200th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  92nd Omni NOH, 120th Omni NOH, 170th Omni NOH, 196th Omni NOH, 203rd Omni NOH, 92nd Omni NOW, Dmuchowski NOA, Pearl NOA, Ontario NOA, Symphony NOA, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA, 92nd Omni NOA, 140th Omni NOA, 151st Omni NOA, 159th Omni NOA, 198th Omni NOA, 199th Omni NOA and 200th Omni NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.  92nd Omni NOH, 120th Omni NOH, 170th Omni NOH, 196th Omni NOH, 203rd Omni NOH, 92nd Omni NOW, Dmuchowski NOA, Pearl NOA, Ontario NOA, Symphony NOA, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA, 92nd Omni NOA, 140th Omni NOA, 151st Omni NOA, 159th Omni NOA, 198th Omni NOA, 199th Omni NOA and 200th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  92nd Omni NOH, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.  120th Omni NOH, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  170th Omni NOH, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  196th Omni NOH, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit G,

viii.   203rd Omni NOH, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit H,

ix.   92nd Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I,

x.   Dmuchowski NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit J,

xi.   Pearl NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit K,

xii.   Ontario NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to 2138747 Ontario Ltd. & 6785778 Canada, Inc., C/O Dickstein Shapiro LLP, Attn: Shaya M. Berger, 1633 Broadway, New York, NY 10019,

xiii.   Symphony NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to Abraham L. Zylberberg, Esq., Richard Graham, Esq., Radek Pawlowski, Esq., White & Case LLP, 1125 Avenue Of The Americas, New York, NY 10036-278,

xiv.   40th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit L,

xv.   41st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit M,

xvi.   42nd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit N,

xvii.   92nd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit O,

xviii.   140th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit P,

xix.   151st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit Q,

xx.   159th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit R,

xxi.   198th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit S,

xxii.   199th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit T, and

xxiii.   200th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit U</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ *Pete Caris*</u>
Pete Caris

Sworn to before me this
29th day of November, 2011
<u>/s/ *Panagiota Manatakis*</u>
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com

bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com

jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| jrsmith@hunton.com | lmay@coleschotz.com |
| jschwartz@hahnhessen.com | lmcgowen@orrick.com |
| jsheerin@mcguirewoods.com | lml@ppgms.com |
| jshickich@riddellwilliams.com | lnashelsky@mofo.com |
| jsmairo@pbnlaw.com | loizides@loizides.com |
| jstoll@mayerbrown.com | lromansic@steptoe.com |
| jsullivan@mosessinger.com | lscarcella@farrellfritz.com |
| jtimko@shutts.com | lschweitzer@cgsh.com |
| jtougas@mayerbrown.com | lsilverstein@potteranderson.com |
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.bane@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.houle@pillsburylaw.com |
| ken.coleman@allenovery.com | mark.sherrill@sutherland.com |
| ken.higman@hp.com | martin.davis@ots.treas.gov |
| kerry.moynihan@hro.com | marvin.clements@ag.tn.gov |
| kgwynne@reedsmith.com | matt@willaw.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kkelly@ebglaw.com | maustin@orrick.com |
| kkolbig@mosessinger.com | max.polonsky@skadden.com |
| klyman@irell.com | mbenner@tishmanspeyer.com |
| kmayer@mccarter.com | mberman@nixonpeabody.com |
| kobak@hugheshubbard.com | mbienenstock@dl.com |
| korr@orrick.com | mbloemsma@mhjur.com |
| kovskyd@pepperlaw.com | mbossi@thompsoncoburn.com |
| kpiper@steptoe.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mccombst@sullcrom.com |
| kreynolds@mklawnyc.com | mcordone@stradley.com |
| krosen@lowenstein.com | mcto@debevoise.com |
| kuehn@bragarwexler.com | mdahlman@kayescholer.com |
| kurt.mayr@bgllp.com | mdorval@stradley.com |
| lacyr@sullcrom.com | melorod@gtlaw.com |
| landon@streusandlandon.com | meltzere@pepperlaw.com |
| lapeterson@foley.com | metkin@lowenstein.com |
| lathompson@co.sanmateo.ca.us | mfeldman@willkie.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lgranfield@cgsh.com | mh1@mccallaraymer.com |
| lhandelsman@stroock.com | mharris@smsm.com |
| linda.boyle@twtelecom.com | mhopkins@cov.com |
| lisa.ewart@wilmerhale.com | michael.frege@cms-hs.com |
| lisa.kraidin@allenovery.com | michael.kelly@monarchlp.com |
| ljkotler@duanemorris.com | michael.kim@kobrekim.com |
| lmarinuzzi@mofo.com | michael.mccrory@btlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mschlesinger@julienandschlesinger
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com

pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrainguiterrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com

squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| KIM, CHRISTINA | UNIT 3 98 THORN STREET KANGAROO POINT QLD 4169 AUSTRALIA |
| PROCESOS CONTROLADOS SE DE CV | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | TLT LLP ONE REDCLIFF STREET BRISTOL BS1 6TP UNITED KINGDOM |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | 87 GRESHAM STREET LONDON EC2V 7NQ UNITED KINGDOM |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | CARTER, LEDYARD & MILBURN LLP ATTN: AARON R. CAHN (COUNSEL TO PUNJAB NATIONAL BANK) 2 WALL STREET NEW YORK NY 10005 |
| RAKEPOLL FINANCE N.V. | DLA PIPER LLP (US) ATTN: TIMOTHY W. WALSH 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| RBS SECURITIES INC. | ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN, LLP DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SOGECAP | ATTN:  MAI NGUYEN 50 AVENUE DU GENERALE DE GAULLE 92093 LA DEFENCE CEDEX FRANCE |
| THE MINAMI-NIPPON BANK LIMITED | 1-1 YAMASHITA-CHO KAGOSHIMA CITY KAGOSHIMA 892-0816 JAPAN |

**Total Creditor count  11**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GELDARD, CHRISTINE L. | CL CUENCA 23 TORRELAMATA ALICANTE 03188 |
| MILLENNIUM MARKETING & MANAGEMENT PTY LTD | 80 LANG ROAD CENTENNIAL PARK NSW AUSTRALIA |
| MILLENNIUM MARKETING & MANAGEMENT PTY LTD | ADAM BREZINE HOLME ROBERTS & OWEN LLP 560 MISSION STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2994 |
| OPTIQUE PTY LTD ATF OPTIQUE SUPER | PENSION FUND KEITH MASNICK 1 ROSLYNDALE AVE WOOLLAHRA, N.S.W. 2025 AUSTRALIA |

**Total Creditor count  4**

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| BELLAIR DEVELOPMENT GROUP, S.A. | ATTN: JOSE GREGORIA CASTILLEJOS 48 EAST ST. BELLA VISTA SUCRA BUILDING PANANMA CITY PANAMA |
| BELLAIR DEVELOPMENT GROUP, S.A. | ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| CENTRAL BANCO UNIVERSAL | ATTN: ALEJANDRO GOMEZ SIGALA EDIFICIO CENTRAL E.A.P. AVE. SAN FELIPE, ENTRE 1A AND 2A TRANSVERSAL, LA CASTELLANA CARACAS VENEZUELA |
| CENTRAL BANCO UNIVERSAL | ATTN: DAVID LEMAY & CHRISTY RIVERA CHADBOURNE & PARKE 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| ILDEFONSO-MARIANA, JOSE I | ALDACO GUERRERO - JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| TODINI, GIOVANNA | VIA MAURIZIO QUADRIO, 15 ROME 00152 ITALY |

**Total Creditor count  6**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| PACIFIC COAST BANKERS BANK | ATTN: TRACY HOLCOMB 340 PINE STREET, SUITE 401 SAN FRANCISCO CA 94104 |

**Total Creditor count  1**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PEONIO, BARBARA | 432 E ELGIN ST. GILBERT AZ 85295 |

**Total Creditor count  1**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| DIETZSCH, KRISTIN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| LENNARTZ, HEINZ WERNER | VENLOER STRASSE 112 WEGBERG 41844 GERMANY |
| MARCHAND LOPEZ, HUMBERTO G. | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| WOLF, ANDREAS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

**Total Creditor count  4**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| DMUCHOWSKI, JOHN | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |

**Total Creditor count  4**

**EXHIBIT K**

NOA_DI22364_11-18-11

ROBIN E. KELLER
HOGAN LOVELLS US LLP
CHRISTOPHER R. BRYANT
875 THIRD AVENUE
NEW YORK, NY 10022

NOA_DI22364_11-18-11

CRAIG H. ULMAN
KHANG V. TRAN
HOGAN LOVELLS US LLP
COLUMBIA SQUARE
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004-1109

**EXHIBIT L**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |

Total Creditor count  2

**EXHIBIT M**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| DMUCHOWSKI, JOHN | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |

**Total Creditor count  2**

**EXHIBIT N**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PEARL ASSURANCE PLC | HELD BY THE BANK OF NEW YORK DEPOSITORY (NOMINEES) LTD THE PEARL CENTRE LYNCHWOOD PETERBOROUGH PE2 6FY UNITED KINGDOM |
| PEARL ASSURANCE PLC | AXIAL INVESTMENT MANAGEMENT LIMITED MIDDLE OFFICE SENTINEL HOUSE 16 HARCOURT STREET LONDON W1H 4AD UNITED KINGDOM |

Total Creditor count  2

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| AMONN-DINGER, VERENA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BAUMHEIER, KATJA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BAYER, DR. INGEBORG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BECKER, DR. KLAUS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BIESEMANN, DR. JOERG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BROSCHK, DIETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| CZYGANOWSKI, SIEGFRIED | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| FASSBENDER, MARIA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| FETKENHEUER, LOTHAR | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| FUCHS, GERHARD | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| GANSER, ALBERT | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| GETTE, HELENE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HASSE, KLAUS-DIETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HEINZEN, HANS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HIRSCH, KURT | C/O NABER PC 300 CENTRAL AVENUE SUTIE 320 GREAT FALLS MT 59401 |
| ISHII, HIROICHI AND HELLA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| JAHN, URSULA & HORST | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| JANSEN, WALTER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| JONAS, PETER AND HEIKE | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| KAPALLA, KURT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KELLNER, MARTIN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KLIPPEL, ALMUT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KLUG, KLAUS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KOECHLING, HERMANN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KRAWINKEL, ODO | C/O NABER PC 300 CNETRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KUHNAST, FRANK-ROLAND | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| LEWIN, JOERG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| LUCKS, IIONA | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| LUKOSCHEK, WOLFGANG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| MARTINEZ SABE, HECTOR RAUL | TACUARL 1159 ASUNCION PARAGUAY |
| MASTALEREK, MICHAEL | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| MITTMANN, HANA | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| MUELLER, WILFRIED | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| NOERRENBERG-SUDHAUS, WERNER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| OBERKERSCH, BEATRICE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| POSCH, MANFRED | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RAKE, FRANK-REINER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RAMPOLD, HEIDRUN ELISABETH | BARTHELSTRASSE 125 50823 KOLN GERMANY |
| RODRIGUEZ, KARSTEN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RUTTENER, JUERG FOR RUETTENER, HANS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHMIDT, KARIN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHMIDT, RA PETRA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHMITZ, HERBERT | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| SCHOBER, HANS-JOACHIM | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHOBER, MARITA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

| Claim Name | Address Information |
|---|---|
| SCHWEBIUS, SANDRA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHWERDT, KORINNA, DR. | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SOKOLOWSKI, CLAUS-GUENTHER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SPERZEL, SUSANNE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SPRINGER, WERNER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| STANGE, HANS-JOACHIM | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| STEINFORT, SILVIA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| STEINMUELLER, DR. BERND & HILDEGARD | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| TALREJA, ROHINI | APT BLOCK 2 RIVER VALLEY GROVE #02-01 SINGAPORE 238405 SINGAPORE |
| THOEMEL, HEINZ | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| UTTENDORF, WILFRIED | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| VOLK, HELMUT UND ANNEMARIE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| VON DER HEYDE, PHILIP | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WARTAK, BEATE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WEBER HANS-HERMANN | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| WEIDLICH, JOERG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WEISS, RENATE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WENZEL, PETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WERNER, FRIEDHELM AND IRENE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WILDEBRAND, PETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WIPPERN, MARGIT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WITTIG, HANSPETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WOLSKI, MIECZYSLAW | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| ZELLINGER, ERNST | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

**Total Creditor count  71**

**EXHIBIT P**

| Claim Name | Address Information |
| --- | --- |
| BANQUE SAFDIE SA | 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 ATTN: MICHEL KISFALUDY CH – 1211 GENEVA 11 SWITZERLAND |
| BANQUE SAFDIE SA | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |

**Total Creditor count  3**

**EXHIBIT Q**

| Claim Name | Address Information |
|---|---|
| HUNTON & WILLIAMS LLP | C/O LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND VA 23219 |
| RIGHT MANAGEMENT, INC. | ATTN: PRINCE ALTEE THOMAS, ESQ. FOX ROTHSCHILD LLP 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA PA 19103-3222 |

**Total Creditor count  2**

**EXHIBIT R**

| Claim Name | Address Information |
|---|---|
| ARC CAPITAL & INCOME PLC | MICHAEL BARRON DICKSON MINTO W.S. ROYAL LONDON HOUSE 22-25 FINSBURY SQUARE LONDON EC2A 1DX UNITED KINGDOM |
| ARC CAPITAL & INCOME PLC | ATTN: JOHN GRACEY 22 LOVAT LANE LONDON EC3R 8EB UNITED KINGDOM |
| ARC CAPITAL & INCOME PLC | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CORNER BANCA SA | VIA CANOVA 16 LUGANO 6900 SWITZERLAND |

**Total Creditor count  4**

**EXHIBIT S**

| Claim Name | Address Information |
|---|---|
| BUNEVICH, CAROL | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |
| BUNEVICH, CAROL | PO BOX 445 SIASCONSET MA 02564-0445 |
| PHILIPS PENSION TRUSTEES LTD, | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHILIPS PENSION TRUSTEES LTD, | AS TRUSTEE OF THE PHILIPS PENSION FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |

**Total Creditor count  5**

# EXHIBIT T

| Claim Name | Address Information |
| --- | --- |
| BURGER, MARTIN S. | 10 CITY PLACE, TRUMP TOWER, 29D WHITE PLAINS NY 10601 |
| CARTER, B. GENE | 4000 BRYN MAWR DALLAS TX 75225-7031 |
| DAVID SCHWARTZ REVOCABLE TRUST | C/O DAVID SCHWARTZ 1255 W. DRAPER ST. CHICAGO IL 60614-2118 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154-3190 |
| SOBO, MICHAEL AND ELLEN | 2 WASHINGTONS HEADQUARTERS DOBBS FERRY NY 10522 |
| SOBO, SCOTT AND HEIDI | 28 NORTHDALE ROAD WHITE PLAINS NY 10605 |
| SURYAN FAMILY TRUST | C/O FRANK SURYAN JR. 3821 SEASCAPE DRIVE HUNTINGTON BEACH CA 92649-2523 |
| THABIT FAMILY TRUST | C/O CORY THABIT 309 DIAMOND AVE. BALBOA ISLAND CA 92662-1117 |
| THOMAS, JAMES & ROSEMARY | 106 BEVERLY ROAD RYE NY 10580-1903 |
| WESTFAHL, CHRIS & EILEEN | 52 EAST RIDGE ROAD STAMFORD CT 06903-4337 |

**Total Creditor count  11**

**EXHIBIT U**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| A.M. BEST COMPANY, INC. | AMBEST ROAD OLDWICK NJ 08858 |
| JOINER, OWEN H. & LEATRICE | 120 FINLEY STREET GRIFFIN GA 30224 |
| MUNICIPAL SECURITIES RULEMAKING | 1900 DUKE STREET SUITE 600 ALEXANDRIA VA 22314-3412 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 1285 AVENUE OF THE AMERICAS STEPHEN J. SHIMSHAK NEW YORK NY 10019-6064 |
| ROSEKRANS, JOHN | C/O JOHN P. CHRISTIAN TOBIN & TOBIN 500 SANSOME STREET, SUITE 800 SAN FRANCISCO CA 94111 |

Total Creditor count  5