EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: S.A.C. MultiQuant Fund, LLC

   S.A.C. MultiQuant Fund, LLC, a limited liability company organized under the laws of Anguilla, with an address of c/o S.A.C. Capital Advisors, L.P., 72 Cummings Point Road, Stamford, CT 06902 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns, with offices located at Mail Code: Ny1-A436, One Chase Manhattan Plaza, Floor 26, New York, NY 10005 Attn: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates Claim No. 66165 in the amount of $98,405,992 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

   SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

DOC ID-17642860.19

IN WITNESS WHEREOF, dated as of the 21st day of November, 2011.

**S.A.C. MultiQuant Fund, LLC**

By: _____
Name:  Peter A. Nussbaum
Title:  Authorized Person

**Chase Lincoln First Commercial Corporation**

By: _____
Name:
Title:

IN WITNESS WHEREOF, dated as of the 21st day of November, 2011.

**S.A.C. MultiQuant Fund, LLC**

By: _____
Name: Peter A. Nussbaum
Title: Authorized Person

**Chase Lincoln First Commercial Corporation**

By: _____
Name:
Title:      Andrew C. Faherty
            Authorized Signatory

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: S.A.C. MultiQuant Fund, LLC

   S.A.C. MultiQuant Fund, LLC, a limited liability company organized under the laws of Anguilla, with an address of c/o S.A.C. Capital Advisors, L.P., 72 Cummings Point Road, Stamford, CT 06902 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns, with offices located at Mail Code: Ny1-A436, One Chase Manhattan Plaza, Floor 26, New York, NY 10005 Attn: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates Claim No. 14695 in the amount of $4,529,187.95 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

   SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

DOC ID-17642860.19

IN WITNESS WHEREOF, dated as of the 21st day of November, 2011.

**S.A.C. MultiQuant Fund, LLC**

By: _____
Name:  Peter A. Nussbaum
Title:  Authorized Person

**Chase Lincoln First Commercial Corporation**

By: _____
Name:
Title:

IN WITNESS WHEREOF, dated as of the 21st day of November, 2011.

**S.A.C. MultiQuant Fund, LLC**

By: _____
Name: Peter A. Nussbaum
Title: Authorized Person

**Chase Lincoln First Commercial Corporation**

By: _____
Name:   Andrew C. Faherty
Title:   Authorized Signatory