TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Metropolitan Bank & Trust Company
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Wesley Chen, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :         Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*, :        Case No.: 08-13555(JMP)
                                                          (Jointly Administered)
                    Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )     ss.:
COUNTY OF NEW YORK    )

    Sheree Nobles, being duly sworn, deposes and says:

    Deponent is not a party to this proceeding, is over 18 years of age and resides in Bronx County, New York.

    On **November 29, 2011**, deponent served a true copy of **Notice of Appearance and Demand For Papers** via first class mail by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed below:

    JONES DAY
    222 East 41st Street
    New York, NY  10017
    Attention:     Benjamin Rosenblum, Esq.
                  Arthur J. Margulies, Esq.

270160 v1                                       1

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attention:   Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention:   Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.


United States Department of Justice
Office of the United States Trustee
Southern District of New York
33 Whitehall Street – 21st Fl.
New York, NY  10004-1408
Attention:   Andrew D. Velez-Rivera, Esq.


                                                                s/ Sheree Nobles
                                                                Sheree Nobles

Sworn to before me this 30th
day of **November, 2011**


 s/ Barbara F. Gonsalves
Notary Public, State of New York
No. 01GO4716132
Qualified in Richmond County
Commission Expires January 31, 2015