**Hearing Date and Time: December 6, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Daniel M. Eggermann
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Rutger J. Schimmelpenninck and*
*Frédéric Verhoeven as bankruptcy trustees for*
*Lehman Brothers Treasury Co. B.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STATEMENT OF THE TRUSTEES FOR LEHMAN BROTHERS
TREASURY CO. B.V. IN SUPPORT OF CONFIRMATION OF THE THIRD
AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

Rutger J. Schimmelpenninck and Frédéric Verhoeven, in their capacity as bankruptcy trustees (*curatoren*) (the "LBT Trustees") for Lehman Brothers Treasury Co., B.V. ("LBT"), hereby file this Statement in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors [Docket No. 19627] (the "Plan"), and state as follows:

On August 30, 2011, the LBT Trustees entered into a settlement agreement with the Debtors, which among other things, settled inter-company claims among the parties. The LBT Trustees voted in favor of the Plan and support confirmation and consummation thereof.

Dated: New York, New York
November 30, 2011

                         KRAMER LEVIN NAFTALIS & FRANKEL LLP

                         By: /s/ Thomas Moers Mayer
                         Thomas Moers Mayer
                         Daniel M. Eggermann
                         1177 Avenue of the Americas
                         New York, NY 10036
                         Telephone: (212) 715-9100
                         Facsimile: (212) 715-8000

                         Attorneys for Rutger J. Schimmelpenninck and
                         Frédéric Verhoeven, as bankruptcy trustees for
                         Lehman Brothers Treasury Co., B.V.