**Hearing Date and Time: December 6, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Daniel M. Eggermann
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Michiel R.B. Gorsira and*
*Robert F. van Beemen, in their capacity as*
*bankruptcy trustees (*curatoren*) of*
*Lehman Brothers Securities N.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STATEMENT OF THE TRUSTEES FOR LEHMAN BROTHERS SECURITIES N.V. IN SUPPORT OF CONFIRMATION OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

Michiel R.B. Gorsira and Robert F. van Beemen, in their capacity as bankruptcy trustees (*curatoren*) (the "LBS Trustees") of Lehman Brothers Securities N.V. ("LBS"), hereby file this Statement in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors [Docket No. 19627] (the "Plan"), and state as follows:

On October 19, 2011, the LBS Trustees entered into a settlement agreement with the Debtors and one non-debtor affiliate, which among other things, settled claims among the

parties.  The LBS Trustees voted in favor of the Plan and support confirmation and

consummation thereof.

Dated: New York, New York
      November 30, 2011

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                             By:/s/ Thomas Moers Mayer
                                             Thomas Moers Mayer
                                             Daniel M. Eggermann
                                             1177 Avenue of the Americas
                                             New York, NY 10036
                                             Telephone: (212) 715-9100
                                             Facsimile: (212) 715-8000

                                             Attorneys for Michiel R.B. Gorsira and
                                             Robert F. van Beemen, in their capacity as
                                             bankruptcy trustees (*curatoren*) of
                                             Lehman Brothers Securities N.V.