Daniel J. Bussel
David M. Guess
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(310) 407-4000

*Attorneys for Perry Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

**STATEMENT OF PERRY PARTNERS INTERNATIONAL INC.
AND PERRY PARTNERS LP IN SUPPORT OF THE PLAN**

Perry Capital LLC, solely on behalf of Perry Partners International Inc. and Perry Partners LP (together, "Perry"), through its undersigned counsel, hereby files this statement in support of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [Docket No. 19627] (the "Plan"), filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors on September 1, 2011 in the above-captioned case.

1

Perry is party to a certain Stipulation Concerning Certain Proofs of Claim, dated November 10, 2011 (the "Stipulation"), with LBHI and others.  Subject to the terms and conditions of the Stipulation, Perry supports the confirmation of the Plan.

Dated: November 30, 2011
      Los Angeles, California

KLEE, TUCHIN, BOGDANOFF & STERN LLP

*/s/ David M. Guess*
_____
Daniel J. Bussel
dbussel@ktbslaw.com
David M. Guess
dguess@ktbslaw.com
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(310) 407-4000

*Attorneys for Perry Capital LLC*