Alan Kolod
Mark N. Parry
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF**
**PLAN AS TO LBHI AND LCPI FILED BY DEUTSCHE BANK AG**
**AND WITHDRAWAL OF MEMORANDUM FILED BY**
**DEUTSCHE BANK AG FILED IN SUPPORT OF ITS OBJECTION**

DEUTSCHE BANK AG ("Deutsche Bank"), by its attorneys, Moses & Singer LLP, in accordance with the Settlement Agreement dated November 23, 2011, a copy of with is attached to Amendment No. 4 to the Plan Supplement, Exhibit C [Docket No. 22742], hereby withdraws its: (i) Objection To Confirmation Of Plan As To LBHI And LCPI To The Extent It Fails To Properly Classify And Treat Deutsche Bank AG Claims And Renewed Motion To Treat Such Claims Like And Equal To General Unsecured Claims Against LBHI And LCPI As Required By Court Approved Settlement [Docket No. 21416]; and (ii) Memorandum Of Law In Support Of Objection To Confirmation Of Plan As To LBHI And LCPI To The Extent It Fails To Properly

901451                                                          1

Classify And Treat Deutsche Bank Ag Claims And Renewed Motion To Treat Such Claims Like And Equal To General Unsecured Claims Against LBHI And LCPI [Docket No. 21628].

Dated: New York, New York
November 30, 2011

                          **MOSES & SINGER LLP**

                          By: /s/ Alan Kolod
                          Alan Kolod
                          Mark N. Parry
                          The Chrysler Building
                          405 Lexington Avenue
                          New York, New York 10174
                          Telephone: (212) 554-7800
                          Fax: (212) 554-7700
                          Email: akolod@mosessinger.com
                                              mparry@mosessinger.com

                          *Attorneys for Deutsche Bank AG*