KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Daniel M. Eggermann
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Michiel R.B. Gorsira and
Robert F. van Beemen, in their capacity as
bankruptcy trustees (*curatoren*) of
Lehman Brothers Securities N.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
In re:                                                 :   Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :   Case No. 08-13555 (JMP)
                                                       :
                    Debtors.                           :   (Jointly Administered)
                                                       :
                                                       :
------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Hunter A. Vanaria, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2. I served true and correct copies of the *Statement of the Trustees for Lehman Brothers Securities N.V. in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* on November 30, 2011, by Federal Express, to the parties listed on the annexed Exhibit A.

/s/ Hunter A. Vanaria
Hunter A. Vanaria

KL2 2726754.1

STATE OF NEW YORK          :
                           : ss
COUNTY OF NEW YORK         :

Subscribed and sworn before me on this __30th__ day of November 2011, by Hunter A. Vanaria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

**ALIYA ROSE SHAIN**
**Notary Public, State of New York**
**NO. 01SH6245133**
**Qualified in Kings County**
**Commission Expires July 18, 2015**

KL2 2726727.1

# Exhibit A

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Elisabetta G. Gasparini, Esq.
and Andrea B. Schwartz, Esq.)

Chambers of the Hon. James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq.
and Alfredo R. Pérez, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell,
Esq. and Evan R. Fleck, Esq.)

KL2 2726754.1