Michael J. Reilly
Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
212.705.7000

*Attorneys for*
*Metropolitan Life Insurance Company,*
*MetLife Insurance Company of Connecticut,*
*New England Life Insurance Company, and*
*General American Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    Case No. 08-13555 (JMP)
                                                               :
Debtors.                                                       :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### STATEMENT OF CERTAIN METLIFE CREDITORS IN SUPPORT OF THE PLAN

Metropolitan Life Insurance Company, MetLife Insurance Company of Connecticut, New England Life Insurance Company and General American Life Insurance Company (the "Certain MetLife Creditors"), through their undersigned counsel, hereby file this statement in support of the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Affiliated Debtors [Docket No. 19627] (the "Plan"), filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors on August 31, 2011 in the above-captioned case.

A/74593121.1

The Certain MetLife Creditors are party to a certain Stipulation Concerning Certain Proofs of Claim, dated November 10, 2011 (the "Stipulation"), with LBHI and others. Subject to the terms and conditions of the Stipulation, the Certain MetLife Creditors support the confirmation of the Plan.

Dated: November 30, 2011
       New York, New York

**BINGHAM MCCUTCHEN LLP**

/s/ Joshua Dorchak
Michael J. Reilly
michael.reilly@bingham.com
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
212.705.7000

*Attorneys for*
*Metropolitan Life Insurance Company,*
*MetLife Insurance Company of Connecticut,*
*New England Life Insurance Company, and*
*General American Life Insurance Company*

A/74593121.1