Mark Browning
Jay Hurst
Assistant Attorney Generals
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 463-2173

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                           :    CHAPTER 11
                                           :
In re:  LEHMAN BROTHERS HOLDINGS INC.      :    Case No. 08-13555-JMP
                                           :    (Jointly Administered)
                                           :
        DEBTORS                            :
-------------------------------------------------------------x
```

## MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO CONFIRMATION

The Texas Comptroller of Public Accounts ("Comptroller"), appearing through the Texas Attorney General's Office, submits this Memorandum of Law in support of its objection to confirmation of the Debtors' plan.

## Background Facts

The Debtors have tried to re-write the Bankruptcy Code in their Plan. In some respects, confronted with objections that pointed out the Plan's non-compliance with the Code, and therefore non-compliance with 11 U.S.C. § 1129(a)(1)(plan must "compl[y] with the applicable provisions of this title) and 11 U.S.C. § 1123(b)(6)(plan may only include provisions "not inconsistent with applicable provisions of this title"), the Debtors have reluctantly abandoned their attempts to re-write the Code in the fine print of the Plan. In other respects, the Plan still does not comply with the Bankruptcy Code.

The Debtors attempted to repeal 11 U.S.C. § 553(a) by providing in their Plan that setoff

rights would not survive confirmation, despite Congress' provision to the contrary in the statute and the holdings of multiple courts that setoff rights do survive bankruptcy and discharge. In the face of the Texas Comptroller's objection, the Debtors added Plan Art. 13.10 to bring the Plan into compliance with § 553(a).

The Debtors also attempted to re-write 11 U.S.C. Sec. 1146(a), which exempts transactions under a Plan from "stamp or similar" taxes, to include real estate transfer taxes, mortgage recording taxes, sales taxes and use taxes. Faced with the Texas Comptroller's objection and the constraints of §§ 1129(a)(1) and 1123(b)(6), the Debtors reluctantly removed the reference to "sales" and "use" taxes from Plan Art. 15.4, but they retained the "sales" and "use" tax reference in Plan Art. 10.3.

The Debtors have refused to remove references to "real estate transfer tax" and "mortgage recording tax" from Plan Arts. 10.3 and 15.4, though such terms nowhere appear in § 1146(a) or the Bankruptcy Code.

The Debtors' cavalier disregard for the Bankruptcy Code and for binding court decisions construing the Code has already been demonstrated in this case. As discussed further below, the Debtors have refused to pay pre-confirmation real estate transfer taxes, relying on the alleged § 1146(a) exemption. In doing so, the Debtors refused to comply with a Supreme Court decision clearly limiting § 1146(a)'s reach to post-confirmation transactions.

In sum, the Debtors have clearly demonstrated their intent to re-write the Bankruptcy Code and to disregard even Supreme Court cases to the extent they can get away with doing so.

### Argument and Authorities

The Debtors should not be allowed to re-write the Bankruptcy Code in their Plan.

Bankruptcy Code § 1146(a) provides that securities and instruments of transfer under a plan:

may not be taxed under any law imposing *a stamp tax or similar tax*. (**Emphasis added**)

Plan Art. 15.4, entitled "Exemption from Transfer Taxes", provides that a wide variety of documents and instruments:

> shall not be subject to *any stamp, real estate transfer, mortgage recording or other similar tax.* (**Emphasis added**)

Plan Art. 10.3 contains similar provisions.

Quite simply, the Debtors are trying to re-write the Bankruptcy Code. The Bankruptcy Code does not reference "real estate transfer" or "mortgage recording" taxes. The Plan does, and it precedes those references with the word "any", so that *any* real estate transfer or mortgage recording would be exempt from tax under the Plan.

Additionally, Plan Art. 10.3 continues to contain references to "sales" and "use" tax exemption under the Plan. That language is probably a mistake, since the Debtors, after being caught in the act of trying to stretch § 1146(a) to cover sales and use taxes that it clearly does not cover at all, removed references to "sales" and "use" taxes from Art. 15.4. The Debtors appear to have overlooked remaining references to those taxes in Art. 10.3 and will presumably correct that error.

However, the Plan's attempt to add exemptions for "any" real estate transfer or mortgage recording taxes remains as a blatant attempt to re-write the Bankruptcy Code.

*Some* real estate transfer taxes and document recording taxes qualify as "stamp or similar" taxes. Some do not. But the Plan provides that "any" real estate transfer tax or mortgage recording tax is exempt from tax.

These provisions are clearly at odds with the Second Circuit's decision in <u>995 Fifth Ave. Assoc. L.P. v. New York State Dept of Taxation & Finance</u>, 963 F.2d 503 (2d Cir), *cert. den.*, 113

3

S. Ct. 395 (1992). In that case, the debtor contended that a New York City tax on real estate transfers qualified for exemption under § 1146. The bankruptcy court and district court agreed with the debtor, but the Second Circuit reversed, holding that the real estate transfer tax in question was not the type of tax typically considered to be a "stamp tax or similar tax."

In its opinion, 963 F.2d at 511-512, the Second Circuit listed a number of documentary transfer taxes and real estate transfer taxes that *did* qualify as stamp or similar taxes, identifying characteristics including a relatively low tax rate that applied to the total consideration of a real estate transaction, as opposed to the 10% tax on gains on real estate transfers at issue for the 995 Fifth Ave. debtor.

The law, then, as decreed by the Second Circuit, is that some real estate transfer and document recording taxes qualify as "stamp or similar" taxes, while others do not. It depends on the characteristics of a particular tax, which vary from taxing jurisdiction to taxing jurisdiction and also vary as tax laws are amended. (The New York tax in 995 Fifth Ave. has since been amended.)

But that isn't what the Plan provides. It provides that "any" real estate transfer tax or mortgage recording tax is exempt from tax under § 1146(a). The Plan not only attempts to re-write the Bankruptcy Code. It also attempts to reverse the Second Circuit.

It is not surprising that the Debtors and their counsel who drafted the Plan would attempt to reverse the Second Circuit. They have already tried to reverse the Supreme Court.

In Florida Department of Revenue v. Piccadilly Cafeterias, Inc., 554 U.S. 33, 128 S. Ct. 2326 (2008), the Supreme Court resolved (or so States thought) a long-running battle between bankruptcy debtors and multiple States about whether § 1146's tax exemption applied to pre-confirmation sales of assets or just to post-confirmation sales. The Supreme Court sided with the States and held that

4

§ 1146 applied only to post-confirmation sales.

A mere binding decision by the Supreme Court hasn't deterred these Debtors or their counsel, however.  Prompted by the Debtors' attempt in the Plan to re-write § 1146(a), States have begun investigating how the Debtors dealt with § 1146(a) during the pre-confirmation phase of this case.  Sure enough, in at least one pre-confirmation transaction in the State of Washington, the Debtors declared themselves to be exempt from paying real estate transfer taxes under § 1146(a) and failed to pay the taxes, the Supreme Court's Piccadilly decision notwithstanding.  See Exhibit A hereto, where the Debtor claimed "Bankruptcy cause # 08-13555 JMP" as the "Reason for exemption" in a Real Estate Excise Tax Affidavit dated June 8, 2010.

That these actions were not inadvertent can be seen from the Debtors' phrasing of Art. 15.4 of their Plan, which attempts to exempt transfers "under, *in furtherance of, or in connection with* the Plan." (*Emphasis added*.)  That goes beyond § 1146's language of simply "under" a plan.  That same plan language was used by debtors' counsel, pre-Piccadilly, to create arguments that sales made during Chapter 11 were exempt.  See NVR Homes, Inc. v. Moon Area School District (In re NVR, LP), 189 F.3d 442, 455 (4th Cir. 1999), *cert. den.* 120 S. Ct. 936 (2000) where the same plan language was used.  The Supreme Court roundly rejected such arguments in Piccadilly, but that didn't stop the Debtors from trying the same tactic here.

Congress mandated in 28 U.S.C. §§ 959(b) and 960 that bankruptcy debtors *comply* with tax laws.  These Debtors want to *evade* tax laws pre-confirmation and *re-write* tax laws, and the Bankruptcy Code, post-confirmation, just like they tried to evade § 553(a)'s provision that creditors' setoff rights survive bankruptcy.  The Debtors' effort, through their counsel, to "write their own laws," regardless of what Congress, the Supreme Court or Second Circuit say, must stop.

5

## Conclusion

Debtors proposing Chapter 11 plans must comply with the Bankruptcy Code.  That is what Bankruptcy Code §§ 1129(a)(1) and 1123(b)(6) require.  These Debtors have tried to re-write the Bankruptcy Code, changing some Plan provisions only when caught in the act of revising Code, but refusing to change others.

In Espinosa v. United States Aid Funds, Inc., 130 S. Ct. 1367, 1382 (2010), the Supreme Court deplored the practice of plan proponents knowingly including provisions that were improper under the Bankruptcy Code, hoping to get them approved without objection, but  realizing that they could remove such provisions with impunity if any party or a court objected.  That is just what the Debtors have done here.  The Supreme Court prescribed two remedies to deal with what it termed "bad faith litigation tactics": (1) bankruptcy courts should not confirm plans containing improper provisions, and (2) plan proponents and their counsel should be sanctioned for proposing them.

The first of those remedies is presented here.  The Court should not confirm a Plan that re-writes § 1146 of the Bankruptcy Code.  The Texas Comptroller reserves the right to seek the second remedy at an appropriate time and in an appropriate manner.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB

Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO

6

Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Mark Browning*
MARK BROWNING
JAY HURST
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX  78711-2548
Telephone:  (512) 463-2173
mark.browning@oag.state.tx.us
jay.hurst@oag.state.tx.us

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on November 30, 2011 a true copy of the foregoing was served to the following parties by the method indicated:

By Electronic Means as listed on the Court's ECF Noticing System:

Anne Marie Aaronson aaaronson@dilworthlaw.com
Marc Abrams maosbny@willkie.com, mabrams@willkie.com
Ann E. Acker acker@chapman.com
David J. Adler dadler@mccarter.com
Suyash Agrawal sagrawal@susmangodfrey.com
Kathleen M. Aiello kaiello@foxrothschild.com
Robert D. Albergotti robert.albergotti@haynesboone.com, dian.gwinnup@haynesboone.com
Craig J. Albert calbert@reitlerlaw.com
Jose Raul Alcantar Villagran raul.alcantar@ropesgray.com
Ana M. Alfonso maosbny@willkie.com, aalfonso@willkie.com
Darryl J. Alvarado dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
D. Sam Anderson sanderson@bernsteinshur.com,
acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
Carla O. Andres candres@gklaw.com
George Angelich angelich.george@arentfox.com, lane.katie@arentfox.com
Philip D. Anker philip.anker@wilmerhale.com
Tara B. Annweiler tannweiler@greerherz.com

Bruce G. Arnold barnold@whdlaw.com

John R. Ashmead ashmead@sewkis.com

Douglas Bacon chefiling@lw.com, beth.arnold@lw.com

Herbert Baer rjacobs@ecf.epiqsystems.com

Ingrid Bagby ingrid.bagby@cwt.com,
betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com;david.kronenberg
@cwt.com;jill.kaylor@cwt.com;benjamin.riskin@cwt.com;kelly.sinclair@cwt.com;jeffrey.taub
@cwt.com;wendy.kane@cwt.com

Katrina Lynne Baker kbaker@kramerlevin.com, docketing@kramerlevin.com

Helen Ball mtaylor@ba-boult.com

William G. Ballaine wballaine@lcbf.com

Andrew E. Balog aeb@gtlaw.com

Elizabeth Banda Calvo rgleason@pbfcm.com, ebcalvo@pbfcm.com

Duncan E. Barber dbarber@bsblawyers.com

Jean-David Barnea jean-david.barnea@usdoj.gov

David L. Barrack dbarrack@fulbright.com

Peter John Barrett peter.barrett@kutakrock.com

Lawrence Bass lawrence.bass@hro.com

Beatrice Hamza Bassey bassey@hugheshubbard.com

Paul M. Basta pbasta@kirkland.com,
jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com

Paul A. Batista batista007@aol.com

Kenneth L. Baum kbaum@coleschotz.com

Arthur G. Baumeister abaumeister@amigonesanchez.com

Ronald Scott Beacher rbeacher@pryorcashman.com, docketing@pryorcashman.com

Anne E. Beaumont abeaumont@fklaw.com,
lehmanbros@fklaw.com;vgarvey@fklaw.com;spai@fklaw.com;thaggerty@fklaw.com

Ryan A. Becker rbecker@hunton.com, mkruse@hunton.com;bmulder@hunton.com

Martin Beeler mbeeler@cov.com

T. Scott Belden sbelden@kleinlaw.com,
imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer hbeltzer@mayerbrown.com

Evan J. Benanti evan.benanti@bingham.com

Gregory M. Bentz gbentz@polsinelli.com

Walter Benzija wbenzija@halperinlaw.net, lgu@halperinlaw.net

Shaya M. Berger bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Jed I. Bergman jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman jbergman@kasowitz.com,
courtnotices@kasowitz.com;smoskowitz@kasowitz.com

Leslie Ann Berkoff lberkoff@moritthock.com

Ronit J. Berkovich ronit.berkovich@weil.com

Mark N. Berman mberman@nixonpeabody.com

Richard J. Bernard rbernard@foley.com
Darren Elliot Bernstein bernsted@lbitrustee.com
Matthew R. Berry mberry@susmangodfrey.com
Gene R. Besen gene.besen@snrdenton.com
Daniel B. Besikof dbesikof@loeb.com
Riyaz G. Bhimani rbhimani@eckertseamans.com
Adam M. Bialek abialek@wmd-law.com
Martin J. Bienenstock martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com
Laurie R. Binder binder@sewkis.com
Robert Jeffery Black jeffery.black@bingham.com, pat.wright@bingham.com
Joshua R. Blackman jBlackman@morganlewis.com
Benjamin Blaustein bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Daniel S. Bleck dbleck@mintz.com
Elliot J. Blumenthal elliot.blumenthal@bipc.com, elliot.blumenthal@bipc.com
Anthony D. Boccanfuso Anthony_Boccanfuso@aporter.com
Carmine Boccuzzi maofiling@cgsh.com, cboccuzzi@cgsh.com
Anna Boelitz anna.boelitz@bingham.com
James Nicholas Boeving james.n.boeving@usdoj.gov
Phillip W. Bohl phillip.bohl@gpmlaw.com
Hilary B. Bonial notice@bkcylaw.com
Mark V. Bossi mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
Maria A. Bove mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
Armen James Boyajian jamesboyajian@gmail.com
Jerrold Lyle Bregman jbregman@curtis.com,
ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;hsaydah
@curtis.com
Adam Brezine adam.brezine@hro.com, Kerry.Moynihan@hro.com
Timothy W. Brink timothy.brink@dlapiper.com
James L. Bromley maofiling@cgsh.com
Luke O. Brooks lukeb@rgrdlaw.com
Melvin A. Brosterman mbrosterman@stroock.com,
docketing@stroock.com;insolvency@stroock.com
Mark A. Broude mark.broude@lw.com, peter.gilhuly@lw.com
Andrew P. Brozman andrew.brozman@cliffordchance.com
Robert W. Brundige brundige@hugheshubbard.com
Martin G. Bunin marty.bunin@alston.com
Michael P. Burke mburke@wmd-law.com

Spencer A. Burkholz spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Michael G. Busenkell mbusenkell@wcsr.com, pgroff@wcsr.com

Aaron R. Cahn cahn@clm.com

Daniel K. Cahn dcahn@cahnlaw.com

John M. Callagy jcallagy@kelleydrye.com

Carollynn H.G. Callari ccallari@venable.com

Donald F. Campbell dcampbell@ghclaw.com

Sarah Campbell jdisanti@whitecase.com;mcosbny@whitecase.com

David M. Capriotti bkemail@harrisbeach.com

John F. Carberry jcarberry@cl-law.com, dsantos@cl-law.com

Jeffrey Morgan Carbino jcarbino@thorpreed.com, dlynch@thorpreed.com

Scott Cargill scargill@lowenstein.com, msavetsky@lowenstein.com

David Carlebach david@carlebachlaw.com, sam@carlebachlaw.com;george@carlebachlaw.com

Lawrence F. Carnevale bankruptcy@clm.com

James S. Carr KDWBankruptcyDepartment@kelleydrye.com

Daniel J. Carragher djcarragher@daypitney.com

Timothy J. Carter tcarter@goulstonstorrs.com

Gerard Sylvester Catalanello gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Gabriel I. Chacon gabriel.chacon@dol.lps.state.nj.us

Shelley C. Chapman maosbny@willkie.com

Thomas E. Chase tchase@rlrpclaw.com

Omar-John C. Chavez ochavez@smithstratton.com

Pamela Rogers Chepiga pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Ly S Chhay ly.chhay@activfinancial.com

Jonathan Chi-Shoong Cho jonathan.cho@allenovery.com

Christopher S. Chow chowc@ballardspahr.com

Dale C. Christensen christensen@sewkis.com

Jennifer A. Christian jennifer.christian@tklaw.com

Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Bruce E. Clark clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com

Jared Riley Clark jared.clark@bingham.com,
david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements agbanknewyork@ag.tn.gov

Hollace T. Cohen hollace.cohen@troutmansanders.com

Joshua W. Cohen jwcohen@daypitney.com

10

Ronald L. Cohen cohenr@sewkis.com

Joshua D. Cohn choupt@mayerbrown.com;jmarsala@mayerbrown.com

Michael H. Cohn mcohn@cohnroth.com, scaba@cohnroth.com

Adam D. Cole colea@gtlaw.com

Cassandra L. Coleman ccoleman@garfield-county.com

Jeffrey R. Coleman coleman@hugheshubbard.com

Kenneth P. Coleman kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Magdeline D. Coleman donna.curcio@bipc.com

Patrick Collins pcollins@farrellfritz.com, ffbkmao@farrellfritz.com

Christopher Combest ccombest@quarles.com, fbf@quarles.com

Jordan Connors jconnors@susmangodfrey.com

Dena Copulsky dlcopulsky@hhlaw.com

Joseph N. Cordaro joseph.cordaro@usdoj.gov

Kenneth Corey-Edstrom kcoreyedstrom@larkinhoffman.com

Patrick M. Costello , clee@vectislawgroup.com

Patrick M. Costello pcostello@vectislawgroup.com, clee@vectislawgroup.com

Steven Cousins scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo dcrapo@gibbonslaw.com

David A. Crichlow david.crichlow@pillsburylaw.com

Maureen A. Cronin mao-ecf@debevoise.com

Nicholas P. Crowell ncrowell@sidley.com

Leo T. Crowley leo.crowley@pillsburylaw.com

Walter H. Curchack wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio lcurcio@sonnenschein.com

Vincent D'Agostino jbecht@lowenstein.com

Raniero D'Aversa rdaversa@orrick.com, lmetzger@orrick.com

William F. Dahill wdahill@wmd-law.com

Marilee P. Dahlman mdahlman@kayescholer.com,
rcappiello@kayescholer.com;lschwall@kayescholer.com

Robert K. Dakis robertdakis@quinnemanuel.com

Michael R. Dal Lago , bankruptcy@morrisoncohen.com

J. Patrick Darby pdarby@babc.com

Andrew Rhys Davies andrew.rhys.davies@allenovery.com, kurt.vellek@allenovery.com

Jason C. Davis jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com

Megan P. Davis mdavis@fzwz.com

Paul R. DeFilippo pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com

Louis T. DeLucia ldelucia@schiffhardin.com, sodavis@schiffhardin.com

Jennifer C. DeMarco jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. gabriel.delvirginia@verizon.net

John Dellaportas dellajo@duanemorris.com

Bradford E. Dempsey bdempsey@faegre.com, cwilds@faegre.com

Christopher M. Desiderio cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Mark W. Deveno mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza diconzam@gtlaw.com, petermann@gtlaw.com;cusumanod@gtlaw.com

Daryl L. Diesing ddiesing@whdlaw.com, pbartoli@whdlaw.com

John P. Dillman houston_bankruptcy@publicans.com

Sara Discepolo Sara_Discepolo@verizon.net

Caroline R. Djang cdjang@rutan.com

Christopher R. Donoho chris.donoho@lovells.com, scao@centerbridge.com

Jennifer V. Doran jdoran@haslaw.com, calirm@haslaw.com

Joshua Dorchak joshua.dorchak@bingham.com

Mark J. Dorval mdorval@stradley.com

Amish R. Doshi adoshi@magnozzikye.com

Mary Joanne Dowd dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Thomas Alan Draghi tdraghi@westermanllp.com

Dennis J. Drebsky ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy tduffy@andersonkill.com, dnolan@andersonkill.com

James C. Dugan maosbny@willkie.com, jdugan@willkie.com

Buce J. Duke bruceduke@comcast.net

David Dunn ddunn@hhlaw.com;mferrara@hhlaw.com

Matthew Dyer BkMail@prommis.com

David W. Dykhouse dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Lawrence P. Eagel eagel@bragarwexler.com

Andrew B. Eckstein aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Egan daniel.egan@dlapiper.com,
evelyn.rodriguez@dlapiper.com;vincent.roldan@dlapiper.com;maria.grabis@dlapiper.com;benn
ett.silverberg@dlapiper.com;jacob.frumkin@dlapiper.com;MLinn@FarallonCapital.com;Docket
ingBaltimore@dlapiper.com

Daniel Eggermann deggermann@kramerlevin.com, edaniels@kramerlevin.com

Devon Eggert deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers sehlers@armstrongteasdale.com

Steven B. Eichel seichel@crowell.com

Jeremy D. Eiden jeremy.eiden@ag.state.mn.us

Charles R. Ekberg ekbergc@lanepowell.com

Robert F. Elgidely relgidely@gjb-law.com, gjbecf@gjb-law.com

Erin L. Eliasen eleliasen@stoel.com,
basargent@stoel.com;dblevant@stoel.com;nmevans@stoel.com;vdelay@stoel.com;sea_docket
@stoel.com;cejordan@stoel.com

David S. Elkind david.elkind@ropesgray.com

Mark C. Ellenberg mark.ellenberg@cwt.com,
allison.dipasqua@cwt.com;betty.comerro@cwt.com

Kristin Elliott kelliott@kelleydrye.com, KDWBankruptcyDepartment@Kelleydrye.com

David Elrod delrod@elrodtrial.com,
kwolfgram@elrodtrial.com;avance@elrodtrial.com;jdickerson@elrodtrial.com

Bertin C. Emmons bemmons@sovereignbank.com

Michael R. Enright menright@rc.com

Andrew J. Entwistle aentwistle@entwistle-law.com, mbernard@entwistle-
law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;jporter@entwistle-
law.com

Scott L. Esbin bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Edward J. Estrada eestrada@reedsmith.com

Michael S. Etkin metkin@lowenstein.com,
mseymour@lowenstein.com;tdwatson@lowenstein.com

William J. Factor wfactor@wfactorlaw.com, slorber@wfactorlaw.com

Michael A. Fagone mfagone@bernsteinshur.com,
astewart@bernsteinshur.com;lkubiak@bernsteinshur.com;sspizuoco@bernsteinshur.com

Jessica Fainman jessica.fainman@barclayscapital.com

Robert Michael Farquhar mfarquhar@winstead.com, whsu@winstead.com

William L. Farris farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com

Gregg M. Ficks gmf@cpdb.com

Charles J. Filardi charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman sfineman@lchb.com

Steven J. Fink sfink@orrick.com, nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com

Harden Alexander Fisch afisch@stutman.com

Gabriel Fischbarg fis123@yahoo.com

Eric Fisher fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

James C. Fitzpatrick fitzpat@hugheshubbard.com

Steven B. Flancher flanchers@michigan.gov

Daniel J. Flanigan dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer jflaxer@golenbock.com,
eneuman@golenbock.com;mweinstein@golenbock.com

Robert M. Fleischer rfleischer@pryorcashman.com,
docketing@pryorcashman.com;dstevens@pryorcashman.com

Martin N. Flics martin.flics@linklaters.com,
shauin.wang@linklaters.com;casey.bell@linklaters.com

Brian Edward Foont Foont@Foontlaw.com

Joseph L. Fox jfox@joefoxlaw.com

Shawn Randall Fox sfox@mcguirewoods.com, tcollins@mcguirewoods.com

Mark A. Frankel mfrankel@bfklaw.com;mark_frankel@yahoo.com

Jane M. Freeberg jfreeberg@wfw.com

Mark Freedlander mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman rfreeman@dealysilberstein.com

Elise Scherr Frejka efrejka@kramerlevin.com

Anson B. Frelinghuysen frelingh@hugheshubbard.com

Ellen A. Friedman jquiambao@friedumspring.com

Jeff J. Friedman jeff.friedman@kattenlaw.com

Kenneth Friedman kfriedman@manatt.com

Michael Friedman mfriedman@rkollp.com,
mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com

Andrew J Frisch afrisch@andrewfrisch.com

Joseph Froehlich jfroehlich@lockelord.com

Thomas M. Gaa tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza Agamza@mosessinger.com,
dkick@mosessinger.com;cgresh@mosessinger.com;kkolbig@mosessinger.com

Michael Garcia mgarcia@nixonpeabody.com

R. Scott Garley lduignan@gibbonslaw.com

Barry S. Gedan gedanman@gedanlaw.com

Karl Geercken kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com

Lawrence V. Gelber lawrence.gelber@srz.com

Stuart P. Gelberg spg@13trustee.net

Jan B. Geller jbgesq@bway.net

Daniel F.X. Geoghan bankfilings@ycst.com, dgeoghan@ycst.com

Katherine Geraci geraci@thalergertler.com

Anthony I. Giacobbe agiacobbe@zeklaw.com

Steven A. Ginther sdnyecf@dor.mo.gov

Glenn S. Gitomer ggitomer@mkbattorneys.com

Joseph M. Gitto jgitto@nixonpeabody.com

Lara O. Glaesman lara.glaesman@leonard.com, ma.xiong@leonard.com

Eduardo J. Glas eglas@mccarter.com

John P. Gleason jgleason@gleasonkoatz.com

Andrew K. Glenn aglenn@kasowitz.com, courtnotices@kasowitz.com

Larry Ivan Glick lglick@shutts.com

Jay M. Goffman JGoffman@skadden.com, mmirkovi@skadden.com

Kristin Going kristin.going@dbr.com

Andrew C. Gold agold@herrick.com

Matthew J. Gold mgold@kkwc.com

Adam J. Goldberg adam.goldberg@lw.com, alice.burke@lw.com;Kamil.redmond@lw.com

Thomas D. Goldberg tdgoldberg@dbh.com

Richard M. Goldman anthony.grossi@kirkland.com

Seth Goldman seth.goldman@mto.com

Irena M. Goldstein igoldstein@dl.com, lsaal@dl.com

Brett D. Goodman brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Robert S. Goodman rgoodman@moundcotton.com

Todd M. Goren tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Andrew R. Gottesman agottesman@secondmarket.com, gsalamone@secondmarket.com

Lawrence M. Gottlieb lgesquire@lmgottlieb.com

Christopher F. Graham cgraham@mckennalong.com, jvargas@mckennalong.com

Lindsee Paige Granfield lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag
@cgsh.com;jrietema@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com;rryan@cgsh.com

Ira S. Greene ira.greene@hoganlovells.com, david.spinley@hoganlovells.com

Carl M. Greenfeld cgreenfeld@lowenstein.com

Michael E. Grenert mgrenert@liddlerobinson.com

Emanuel C. Grillo egrillo@goodwinprocter.com

Robert K. Gross rgross@evw.com, slapriore@evw.com

Stephen H. Gross shgross5@yahoo.com

Howard J. Grossman howard.j.grossman@chase.com

Edward P. Grosz egrosz@reitlerlaw.com

Steven T. Gubner ecf@ebg-law.com

David M. Guess dguess@ktbslaw.com

Philip M. Guess philg@klgates.com, rhonda.hinman@klgates.com

Paul C. Gunther pgunther@salans.com, nkhalatova@salans.com

Michael P. Guta karlaortega@hill-law-offices.com

Daniel J. Guyder daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Richard F. Hahn rfhahn@debevoise.com;jchung@debevoise.com;mao-bk-ecf@debevoise.com

Robert R. Hall robert.hall@azag.gov

Terry E. Hall tehall@bakerd.com

Thomas J. Hall thall@chadbourne.com

Alan D. Halperin ahalperin@halperinlaw.net,
lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Heidi L Hamilton heidi@crumbielaw.com

Aaron Hammer ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

Andrew Hammond ahammond@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com

William Hao william.hao@alston.com

Carrie V. Hardman chardman@klestadt.com

Lee Harrington lharrington@nixonpeabody.com

Adam Craig Harris adam.harris@srz.com

Christopher Harris Christopher.harris@lw.com, rachel.feld@lw.com

Juandisha Harris harrisj12@michigan.gov, reardonv@michigan.gov

Lynn P. Harrison lharrison@curtis.com,
jdrew@curtis.com;mlischin@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndelaney@c
urtis.com;dching@curtis.com

Brian W. Harvey bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Howard R. Hawkins howard.hawkins@cwt.com,
allison.dipasqua@cwt.com;anthony.moore@cwt.com

Patrick L. Hayden phayden@mcguirewoods.com

Dion W. Hayes dhayes@mcguirewoods.com,
phayden@mcguirewoods.com;kcain@mcguirewoods.com

Nava Hazan nhazan@mwe.com

Patricia H. Heer phheer@duanemorris.com, odmclean@duanemorris.com

Douglas S. Heffer dheffer@foley.com

Christopher R. Heinrich cheinrich@hslegalfirm.com

Jay Heinrich jheinrich@mkbllp.com

James M. Heiser heiser@chapman.com

Jay S. Hellman jsh@spallp.com

Larry D. Henin lhenin@eapdlaw.com

Robin A. Henry rhenry@bsfllp.com

Sally M. Henry Sally.Henry@skadden.com

Ira L. Herman ira.herman@tklaw.com, orlando.salcedo@tklaw.com

Neil E. Herman Nherman@morganlewis.com

David F. Heroy david.heroy@bakermckenzie.com

Jennifer B. Herzog jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

Paul S. Hessler paul.hessler@linklaters.com, shauin.wang@linklaters.com

William Heuer wheuer@duanemorris.com

Autumn D. Highsmith autumn.highsmith@haynesboone.com

Robert M. Hirsh hirsh.robert@arentfox.com, constantino.nova@arentfox.com

David J. Hoffman djhoffman@djhoffmanlaw.com

Evan C. Hollander ehollander@whitecase.com,
mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman pholleman@sandw.com

Robert Neil Holtzman rholtzman@kramerlevin.com

Jonathan Hook jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com

Christopher J. Houpt choupt@mayerbrown.com, jmarsala@mayerbrown.com

Casey B. Howard choward@lockelord.com

Hamish Hume hhume@bsfllp.com, tbloomer@bsfllp.com;lsmith@bsfllp.com

Stephen C. Hunt shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com

David R. Hurst dhurst@ycst.com, bankfilings@ycst.com

Frederick D. Hyman fhyman@mayerbrownrowe.com

Jeremiah Iadevaia jiadevaia@vladeck.com

Adam H. Isenberg aisenberg@saul.com

Robbin L. Itkin ritkin@steptoe.com, kpiper@steptoe.com

Jennifer M. Jackson jacksonj5@michigan.gov

Lawrence Evan Jacobs lawrence.jacobs@davispolk.com

Steve Jakubowski sjakubowski@colemanlawfirm.com

Sedgwick M. Jeanite jeanites@whiteandwilliams.com, yoderj@whiteandwilliams.com

Daniel S. Jo djo@liddlerobinson.com

Michael E. Johnson michael.johnson@alston.com

Robert Alan Johnson rajohnson@akingump.com

John J. Jolley jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roger G. Jones rjones@bccb.com

Benay L. Josselson josselson@sewkis.com

John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden gkaden@goulstonstorrs.com

William Wade Kannel wkannel@mintz.com

Richard S. Kanowitz rkanowitz@cooley.com

Alex J. Kaplan ajkaplan@sidley.com, emcdonnell@sidley.com

Gary Kaplan gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

Martin H. Kaplan mkaplan@gkblaw.com

Anjna R. Kapoor akapoor@kelleydrye.com, docketing@kelleydrye.com

Dimitri G. Karcazes dimitri.karcazes@goldbergkohn.com

David J. Karp david.karp@srz.com, jonathan.blattmachr@srz.com

Marc E Kasowitz mkasowitz@kasowitz.com, courtnotices@kasowitz.com

Diane J. Kasselman dkasselman@kasselman-law.com

Elyssa Suzanne Kates ekates@bakerlaw.com

Jordan Kaye jkaye@kramerlevin.com

Robert J. Keach rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;aste
wart@bernsteinshur.com

Robin Elizabeth Keller robin.keller@lovells.com, omeca.nedd@lovells.com

Craig I. Kelley grace@kelleylawoffice.com

J. Michael Kelly kellyjm@cooley.com

Kenneth J. Kelly kkelly@ebglaw.com, nyma@ebglaw.com

Elena Paras Ketchum eketchum.ecf@srbp.com

Christopher K. Kiplok kiplok@hugheshubbard.com

Edward J. Kirk edward.kirk@clydeco.us

Paul Kizel pkizel@lowenstein.com

Barry R. Kleiner dkleiner@velaw.com

Tracy L. Klestadt tklestadt@klestadt.com, tklestadt@gmail.com

Joseph B. Koczko joseph.koczko@thompsonhine.com

Douglas Koff douglaskoff@paulhastings.com

Howard Koh hkoh@meisterseelig.com

Samuel S. Kohn , dcunsolo@winston.com

Claude F. Kolm claude.kolm@acgov.org, jamartinez@acgov.org

Alan Kolod dkick@mosessinger.com

Anna Kornikova akornikova@lcbf.com

Sheron Korpus courtnotices@kasowitz.com

Lawrence J. Kotler ljkotler@duanemorris.com

Deborah Kovsky-Apap kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Lisa J.P. Kraidin lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com

Bennette D. Kramer bdk@schlamstone.com

Richard P. Krasnow richard.krasnow@weil.com,
richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

Michael M. Krauss mkrauss@faegre.com,
charayda@faegre.com;cdougherty@faegre.com;mdoty@faegre.com

Julia S. Kreher rleek@hodgsonruss.com;jthoman@hodgsonruss.com

J. Alex Kress akress@riker.com

Martin Krolewski mkrolewski@kelleydrye.com,
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Justin A. Kuehn kuehn@bragarwexler.com

Greg T. Kupniewski greg.kupniewski@flastergreenberg.com

Paul J. Labov plabov@eapdlaw.com

Robinson B. Lacy Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com

Darryl S. Laddin bkrfilings@agg.com

Michael C. Lambert mclambert@lawpost-nyc.com

Mark Landman mlandman@lcbf.com

David P. Langlois david.langlois@sablaw.com

Robert Laplaca rlaplaca@levettrockwood.com

Kevin J. Larner klarner@riker.com

Francis J. Lawall lawallf@pepperlaw.com, henrys@pepperlaw.com;matourj@pepperlaw.com

James N. Lawlor jlawlor@wmd-law.com, jgiampolo@wmd-law.com

David M. LeMay dlemay@chadbourne.com

Michael C. Ledley mledley@wmd-law.com

Mark G. Ledwin mark.ledwin@wilsonelser.com

David H. Lee dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Alexander B. Lees ablees@wlrk.com, calert@wlrk.com

David S. Leinwand dleinwand@avenuecapital.com

Robert R. Leinwand rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert J. Lemons robert.lemons@weil.com, andrew.lyon@weil.com;lee.goldberg@weil.com

Stephen D. Lerner stephen.lerner@ssd.com

Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal shari.leventhal@ny.frb.org

Erin S. Levin elevin@lowenstein.com

Richard B. Levin rlevin@cravath.com,
managing_attorneys_office@cravath.com;jmanning@cravath.com

Eric B. Levine levine@whafh.com

Jonathan Levine bankruptcy@andrewskurth.com

Jeffrey W. Levitan jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin JLevitin@cahill.com,
MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com

Richard Levy rlevy@pryorcashman.com

Leo V. Leyva lleyva@coleschotz.com

Isabelle Liberman iliberman@akingump.com

Michael Liberman mliberman@ebglaw.com, nyma@ebglaw.com

Mark S. Lichtenstein mlichtenstein@crowell.com, mlichtenstein@crowell.com

Valdi Licul vlicul@vladeck.com

David Liebenstein david.liebenstein@haynesboone.com

Seth H. Lieberman slieberman@pryorcashman.com

David Liebov liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

Demetra Liggins demetra.liggins@tklaw.com

Angelina E. Lim angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com

Douglas J. Lipke dlipke@vedderprice.com, ecfdocket@vedderprice.com

Alan Jay Lipkin alipkin@willkie.com, maosbny@willkie.com

Joanne K. Lipson jlipson@crockerlaw.com, ttracy@crockerlaw.com;nancy@crockerlaw.com

Stephen T. Loden sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Joli A. Lofstedt joli@crlpc.com

Sarah K. Loomis Cave cave@hugheshubbard.com

Eric Lopez Schnabel mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sara E. Lorber slorber@wfactorlaw.com

Alexander S. Lorenzo alexander.lorenzo@alston.com

Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com

Mark L. Lubelsky mark@mllassociates.com

Donald K. Ludman dludman@brownconnery.com

Alan Lungen alungen@kasowitz.com, alungen@kasowitz.com

Kerri Anne Lyman klyman@irell.com

Michael C. Lynch mlynch@kelleydrye.com, docketing@kelleydrye.com

Bruce G. MacIntyre bmacintyre@perkinscoie.com

Kevin L. MacMillan kmacmillan@abv.com

John H. Maddock jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

Howard P. Magaliff hmagaliff@dtmlawgroup.com

Wendy Mager wmager@smithstratton.com

George E.B. Maguire gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com

William R. Maguire maguire@hugheshubbard.com

William A Maher wmaher@wmd-law.com

John S. Mairo jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.c
om;kdcurtin@pbnlaw.com

Christopher J. Major cjm@msf-law.com, nj@msf-law.com;bm@msf-law.com

Jill L. Makower jmakower@tnsj-law.com, bgonsalves@tnsj-law.com

Robert K. Malone robert.malone@dbr.com

Michael J. Maloney mmaloney@kelleydrye.com, docketing@kelleydrye.com

Ray A. Mandlekar e_file_sd@csgrr.com

Beverly Weiss Manne bmanne@tuckerlaw.com

Julie A. Manning
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Jacqueline Marcus jacqueline.marcus@weil.com,
aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com

Alan E. Marder lgomez@msek.com

Jeffrey S. Margolin margolin@hugheshubbard.com

Lorenzo Marinuzzi lmarinuzzi@mofo.com

David J. Mark dmark@kasowitz.com, courtnotices@kasowitz.com

Scott S. Markowitz smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com

Thomas S. Marrion tmarrion@haslaw.com

D. Ross Martin ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Richard W. Martinez claire@rwmaplc.com

Rosanne Thomas Matzat

jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson
@hahnhessen.com;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen
.com;jsmith@hahnhessen.com
Laurence May lmay@coleschotz.com
Douglas Kirk Mayer dkmayer@wlrk.com, calert@wlrk.com
Sandra E. Mayerson sandra.mayerson@ssd.com,
wilfred.lancaster@ssd.com;rudy.green@ssd.com
Kurt A. Mayr kurt.mayr@bgllp.com

Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com
James I. McClammy james.mcclammy@davispolk.com

Theodore McCombs mccombst@sullcrom.com
Richard J. McCord RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com
Michael K. McCrory mmccrory@btlaw.com

Mark McDermott Mark.McDermott@skadden.com
Hugh M. McDonald hmcdonald@sonnenschein.com,
elsmith@sonnenschein.com;lcurcio@sonnenschein.com
Frank McGinn ffm@bostonbusinesslaw.com

Lorraine S. McGowen lmcgowen@orrick.com
Mark E. McKane mmckane@kirkland.com,
adrienne.levin@kirkland.com;beth.friedman@kirkland.com
William J. McKenna wmckenna@foley.com
Michelle McMahon michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Austin L. McMullen amcmullen@babc.com
John P. McNicholas vincent.roldan@dlapiper.com;jeremy.johnson@dlapiper.com
Matthew S. Melamed MMelamed@rgrdlaw.com
John P. Melko jmelko@gardere.com

Richard G. Menaker rmenaker@mhjur.com
Michelle A. Mendez mmendez@hunton.com

William R.H. Merrill bmerrill@susmangodfrey.com
Michael T. Mervis Mmervis@proskauer.com,
Mmervis@proskauer.com;LSONYSB@proskauer.com
Richard M. Meth msteen@foxrothschild.com, mlsecf@gmail.com

G. Christopher Meyer cmeyer@ssd.com
Jessica Mikhailevich mikhailevich.jessica@dorsey.com

Lisa Milas lmilas@rosicki.com, ecfnotice@rosicki.com
Paul Milbauer paulmilbauer@msn.com

Brett H. Miller bmiller@mofo.com
David Emanuel Miller dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com

Ralph I. Miller ralph.miller@weil.com

W. Timothy Miller miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
Anne Miller-Hulbert rocbkcourt@logs.com

Jeffrey A. Mitchell dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com
Joseph Thomas Moldovan bankruptcy@morrisoncohen.com

Thomas J. Moloney maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
Christopher R. Momjian crmomjian@attorneygeneral.gov

John J. Monaghan bos-bankruptcy@hklaw.com
Claude D. Montgomery
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
Concepcion A. Montoya cmontoya@hinshawlaw.com
Martin A. Mooney mmooney@deilylawfirm.com,
tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
James C. Moore jcmoore1939@gmail.com, cjohnson@hselaw.com

William M. Moran wmoran@mccarter.com
Matthew P. Morris matthew.morris@lovells.com,
hugh.hill@lovells.com;daniel.lanigan@lovells.com
Joshua D. Morse jmorse@dl.com
Judy Hamilton Morse judy.morse@crowedunlevy.com,
ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com
Jeanne Morton bkmail@prommis.com
Eric T. Moser eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com
Michael L. Moskowitz mlm@weltmosk.com
Seth A. Moskowitz smoskowitz@kasowitz.com, courtnotices@kasowitz.com
Kerry Moynihan kerry.moynihan@hro.com
Monique J. Mulcare mmulcare@mayerbrown.com
Lance Mulhern lmulhern@velaw.com
Steven T. Mulligan smulligan@bsblawyers.com
Michael F. Murphy murphym2@michigan.gov
Jordanna L. Nadritch jnadritch@olshanlaw.com
Jason A. Nagi jnagi@polsinelli.com, tbackus@polsinelli.com
Alissa M. Nann anann@foley.com
David L. Neale kjm@lnbyb.com, tma@lnbyb.com
David Neier dneier@winston.com, dcunsolo@winston.com
Melissa Z. Neier mneier@ibolaw.com
Edward E. Neiger eneiger@neigerllp.com
Laura E. Neish lneish@zuckerman.com
Justin A. Nelson jnelson@susmangodfrey.com
Roger David Netzer maosbny@willkie.com, rnetzer@willkie.com
Dave L. Neville dave@ojai-lawyer.com
Steven H. Newman snewman@katskykorins.com
Philip John Nichols pnichols@philipjohnnichols.com

Robert E. Nies rnies@wolffsamson.com, ecf@wolffsamson.com
Timothy F. Nixon tnixon@gklaw.com, zraiche@gklaw.com;eseelig@gklaw.com
Rebecca Northey rnorthey-lbi@mhjur.com
Richard P. Norton rnorton@hunton.com
Robert M. Novick rnovick@kasowitz.com, courtnotices@kasowitz.com
Harold S. Novikoff hsnovikoff@wlrk.com, calert@wlrk.com
Anne Faith O'Berry jputnam@bermanesq.com
Edmond P. O'Brien eobrien@sbchlaw.com
Brian Edward O'Connor maosbny@willkie.com, boconnor@willkie.com
Sean A. O'Neal soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com
Paul B. O'Neill boneill@kramerlevin.com, edaniels@kramerlevin.com
Kalman Ochs ochska@ffhsj.com
Patrick D. Oh patrick.oh@freshfields.com
Sean A. Okeefe sokeefe@winthropcouchot.com
Jeffrey M. Olinsky chad.valerio@db.com
Juliana P. Oliveira joliveira@kramerlevin.com
Harold Olsen holsen@stroock.com
Matthew Olsen molsen@morganlewis.com
David H. Orozco dorozco@susmangodfrey.com
Jody Michelle Oster ECF.Oster@huntington.com
Alec P. Ostrow aostrow@beckerglynn.com,
lmueller@beckerglynn.com;shennessey@beckerglynn.com
Neil J. Oxford oxford@hugheshubbard.com
Isaac M. Pachulski ipachulski@stutman.com
Anthony Paduano ap@pwlawyers.com, lw@pwlawyers.com
R. Stephen Painter spainter@cftc.gov
Charles Palella cpalella@kurzman.com
Deryck A. Palmer deryck.palmer@cwt.com,
david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@c
wt.com
Peter V. Pantaleo managingclerk@stblaw.com
Charles N. Panzer cpanzer@sillscummis.com
Merritt A. Pardini
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.j
acobsen@kattenlaw.com;monica.mosby@kattenlaw.com
David W. Parham david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com
Barbra R. Parlin barbra.parlin@hklaw.com
Peter S. Partee ppartee@hunton.com
Michael A. Paskin mpaskin@cravath.com
David S. Pegno dpegno@dpklaw.com
Alfredo R. Perez alfredo.perez@weil.com,
Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.

com;michele.meises@weil.com;donald.etienne@weil.com;nicole.aliseo@weil.com;aliza.reicher
@weil.com
Robert E. Pershes rpershes@bdblaw.com, sweires@bdblaw.com;cedwards@bdblaw.com
Anne M. Peterson anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com
David M. Peterson dpeterson@susmangodfrey.com
Albena Petrakov apetrakov@mhjur.com
Gregory M. Petrick gregory.petrick@cwt.com, allison.dipasqua@cwt.com
Deborah J. Piazza dpiazza@abramslaw.com,
kmurray@abramslaw.com;dallen@abramslaw.com;tmarciano@abramslaw.com
Douglas J. Pick dpick@picklaw.net, ezabicki@picklaw.net
Thomas Pietrantonio pietrantoniolaw@optonline.net
Andrea Pincus apincus@reedsmith.com
Leslie A. Plaskon leslieplaskon@paulhastings.com
Sydney G. Platzer splatzer@platzerlaw.com
Frederick B. Polak lml@ppgms.com
John Polich john.polich@ventura.org
John N. Poulos poulos@hugheshubbard.com
Kiyam J. Poulson kpoulson@dlgnylaw.com
Constantine Pourakis cp@stevenslee.com
Jennifer Premisler Jen.Premisler@cliffordchance.com
Patricia Williams Prewitt pwp@pattiprewittlaw.com
William C. Price wprice@thorpreed.com
Madlyn Gleich Primoff mprimoff@kayescholer.com, maosbny@kayescholer.com
Jeffrey D. Prol jprol@lowenstein.com
Jacob S. Pultman jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
Deborah Quinn dquinn@garfield-county.com, garcoatt@garfield-county.com
Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
Amanda Raboy araboy@cov.com
Paul A. Rachmuth prachmuth@gerstensavage.com
Randall Rainer rrainer@wmd-law.com
Jack A. Raisner jar@outtengolden.com
Jennifer Rando Cristiano ntreglia@logs.com, plamberti@logs.com
Kiara L. Rankin kiara.rankin@bingham.com, angela.owens@bingham.com
John J. Rapisardi john.rapisardi@cwt.com, betty.comerro@cwt.com;allison.dipasqua@cwt.com
Craig V. Rasile mmannering@hunton.com
Paul L. Ratelle pratelle@fwhtlaw.com
Gary O. Ravert gravert@mwe.com
Gary O. Ravert gravert@ravertpllc.com
Jeremy B Reckmeyer jeremyreckmeyer@andrewskurth.com
Sophia Ree sree@lcbf.com
Ira A. Reid ira.reid@bakermckenzie.com
Russell Lowell Reid rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
Michael J. Reilly michael.reilly@bingham.com

Steven J. Reisman sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;mgallagher@curtis.com;dching@cur
tis.com;njames@curtis.com;mgiugliano@curtis.com;hsaydah@curtis.com;jzimmer@curtis.com
Howard D. Ressler hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
Kenneth A. Reynolds kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com
Alexander G. Rheaume arheaume@riemerlaw.com, gmoss@riemerlaw.com
Jeffrey N. Rich jeff.rich@klgates.com, nathanael.meyers@klgates.com
Robert A. Rich rrich2@hunton.com
Marc E. Richards mrichards@blankrome.com
Paul J. Ricotta pricotta@mintz.com
Michael J. Riela michael.riela@lw.com
Robert R. Rigolosi rrigolosi@smsm.com
Fred B. Ringel fbr@robinsonbrog.com
Christy Rivera crivera@chadbourne.com
Jennifer L. Rodburg jennifer.rodburg@friedfrank.com,
aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com
Theodore O. Rogers rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com
Vincent J. Roldan vincent.roldan@dlapiper.com,
maria.grabis@dlapiper.com;evelyn.rodriguez@dlapiper.com
William J.F. Roll wroll@shearman.com
Michael A. Rollin mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com
William A. Rome warome@hpplegal.com
Jorian L. Rose jrose@bakerlaw.com
Avrum J. Rosen ajrlaw@aol.com,
AJRLAW@aol.com;kberson@avrumrosenlaw.com;fkantrow@avrumrosenlaw.com;lstalker@avr
umrosenlaw.com;dldobbin@avrumrosenlaw.com;gbara@avrumrosenlaw.com;emeade@avrumro
senlaw.com
Arthur E. Rosenberg arthur.rosenberg@hklaw.com
Jeffrey M. Rosenberg jeff@kleinsolomon.com
Kermit A. Rosenberg krosenberg@bltplaw.com
Heath D. Rosenblat hrosenblat@kslaw.com
Benjamin Rosenblum brosenblum@jonesday.com
Jeffrey A. Rosenthal maofiling@cgsh.com
Michael A. Rosenthal mrosenthal@gibsondunn.com
Wendy Rosenthal wendy.rosenthal@cliffordchance.com
David A. Rosenzweig DRosenzweig@Fulbright.com
David S. Rosner dfliman@kasowitz.com;courtnotices@kasowitz.com
Douglas B. Rosner drosner@goulstonstorrs.com
Melissa-Jean Rotini mjr1@westchestergov.com
Alex R. Rovira arovira@sidley.com, emcdonnell@sidley.com
Barry J Roy broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
Kenneth Rudd krudd@zeklaw.com

Samuel H. Rudman srudman@rgrdlaw.com
Abby Rudzin arudzin@omm.com
Eric Litman Ruiz eric.ruiz@davispolk.com
Scott K. Rutsky srutsky@proskauer.com
Herbert K. Ryder hryder@daypitney.com
Jeffrey S. Sabin jeffrey.sabin@bingham.com
Jay G. Safer jsafer@lockelord.com
Chester B. Salomon csalomon@beckerglynn.com,
shennessey@beckerglynn.com;lmueller@beckerglynn.com
Michael E. Salzman salzman@hugheshubbard.com
Diane W. Sanders austin.bankruptcy@publicans.com
Jason Sanjana jason.sanjana@lw.com
Lori K. Sapir lsapir@sillscummis.com
Jeffrey L. Sapir-13 info@sapirch13tr.com
Robert M. Sasloff rms@robinsonbrog.com
Paul A. Saso psaso@gibbonslaw.com
Joseph Cono Savino savino@larypc.com,
silvestro@larypc.com;ruda@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@laryp
c.com
Robert Scannell rscannell@morganlewis.com
Louis A. Scarcella lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com
Eric A Schaffer eschaffer@reedsmith.com, slucas@reedsmith.com

Brian Schartz bschartz@kirkland.com, bfriedman@kirkland.com;nehal.madhani@kirkland.com
Jonathan D. Schiller jschiller@bsfllp.com
William B. Schiller wschiller@schillerknapp.com, lgadomski@schillerknapp.com

Michael L. Schleich mschleich@fslf.com
Erik Schneider erik.schneider@srz.com
Edward L. Schnitzer eschnitzer@hahnhessen.com,
jzawadzki@hahnhessen.com;nrigano@hahnhessen.com;sthompson@hahnhessen.com;jsmith@h
ahnhessen.com;kprimm@hahnhessen.com
William H. Schorling william.schorling@bipc.com, donna.curcio@bipc.com
Carey D. Schreiber cschreiber@winston.com
Christopher P. Schueller christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com
Dan Jeremy Schulman dschulman@salans.com
Andrea B. Schwartz andrea.b.schwartz@usdoj.gov
Jeffrey L. Schwartz
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@ha
hnhessen.com;jsmith@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com
Matthew A. Schwartz schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com
Richard Schwed rschwed@shearman.com
Lisa M. Schweitzer lschweitzer@cgsh.com,
maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com

Brendan M. Scott bscott@klestadt.com
John Scott jlscott@reedsmith.com
Barry N. Seidel seidelb@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
Howard Seife arosenblatt@chadbourne.com
Stephen B. Selbst sselbst@herrick.com, courtnotices@herrick.com

David R. Seligman david.seligman@kirkland.com
Andrew D. Shaffer ashaffer@mayerbrown.com

Joel M. Shafferman joel@shafeldlaw.com
Dan Shaked dan@shakedandposner.com

Daniel Shamah dshamah@omm.com
Nolan E. Shanahan nshanahan@coleschotz.com

David B. Shemano dshemano@pwkllp.com
James H. Shenwick jshenwick@gmail.com

Thomas I. Sheridan tsheridan@hanlyconroy.com
Andrew Howard Sherman asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill mark.sherrill@sablaw.com
Stephen J. Shimshak sshimshak@paulweiss.com, sshimshak@paulweiss.com

Michael A. Shiner mshiner@tuckerlaw.com

J. Christopher Shore cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@
ny.whitecase.com
Carren B. Shulman cshulman@sheppardmullin.com, jshah@sheppardmullin.com
Motty Shulman MSHULMAN@BSFLLP.COM
Patrick Sibley psibley@pryorcashman.com, dstevens@pryorcashman.com
Paul H. Silverman PSilverman@mclaughlinstern.com
Laurie Selber Silverstein bankruptcy@potteranderson.com
Paul N. Silverstein paulsilverstein@andrewskurth.com, jlevine@akllp.com
Peter L. Simmons peter.simmons@friedfrank.com
Keith A. Simon keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Leif T. Simonson lsimonson@faegre.com
Charles E. Simpson csimpson@windelsmarx.com,
detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com
Howard G. Sloane pfarren@cahill.com
Thomas R. Slome lgomez@msek.com
Edward Smith easmith@venable.com
Elizabeth Page Smith esmith@llgm.com

John R. Smith jrsmith@hunton.com
Turner P. Smith tsmith@cm-p.com, jclyne@cm-p.com

Abigail Snow asnow@ssbb.com
Andrew T. Solomon asolomon@sandw.com, rlombardo@sandw.com

Jay B. Solomon jay@kleinsolomon.com
Lisa M. Solomon lisa.solomon@worldnet.att.net

John Wesley Spears john.spears@alston.com
Arthur J. Spector aspector@bergersingerman.com,
byglesia@bergersingerman.com;efile@bergersingerman.com
Mark A. Speiser mspeiser@stroock.com, insolvency2@stroock.com
Douglas E. Spelfogel dspelfogel@foley.com, bmjones@foley.com
James H.M. Sprayregen jsprayregen@kirkland.com, wguerrieri@kirkland.com
Marvin E. Sprouse msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
J. Gregory St.Clair Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com
Katherine Stadler kstadler@gklaw.com, zraiche@gklaw.com
Bonnie Steingart steinbo@ffhsj.com,
nydocketclrk@ffhsj.com,Matthew.Roose@friedfrank.com,cedrick.mendoza-
tolentino@friedfrank.com
Malani Sternstein msternstein@sheppardmullin.com
J. Robert Stoll jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
Ralph M. Stone rstone@lawssb.com
Brent C. Strickland bstrickland@wtplaw.com
Harvey A. Strickon harveystrickon@paulhastings.com
Walter B. Stuart walter.stuart@freshfields.com
William S. Sugden will.sugden@alston.com, heather.byrd@alston.com
David A. Sullivan david.sullivan@cliffordchance.com
James M. Sullivan jsullivan@mosessinger.com
Walter E. Swearingen wswearingen@llf-law.com
Claude Szyfer cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com
Matthew S. Tamasco mtamasco@schnader.com
Sara M. Tapinekis sara.tapinekis@cliffordchance.com
Robert E. Tarcza bobt@tglaw.net
Charles Martin Tatelbaum ctatelbaum@hinshawlaw.com, smerrill@hinshawlaw.com
James Tecce jamestecce@quinnemanuel.com
Samuel Jason Teele jteele@lowenstein.com, lbonito@lowenstein.com
Jay Teitelbaum jteitelbaum@tblawllp.com
H. Marc Tepper marc.tepper@bipc.com, donna.curcio@bipc.com
Ronald M. Terenzi rterenzi@stcwlaw.com
April J. Theis april.theis@azag.gov
David J. Theising dtheising@harrisonmoberly.com
Richard C. Tisdale richard.tisdale@friedfrank.com
My Chi To mcto@debevoise.com, mao-bk-ecf@debevoise.com
Christine M. Tobin-Presser ctobin@bskd.com,
psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com
Lawrence E. Tofel letofel@tofellaw.com, mallison@tofellaw.com;jworden@tofellaw.com
Jeffrey G. Tougas jtougas@mayerbrown.com, JCDebaca@mayerbrown.com

30

Amit K. Trehan atrehan@mayerbrown.com, atrehan@mayerbrown.com
Curtis V. Trinko ctrinko@trinko.com
Patrick J. Trostle ptrostle@jenner.com
Brian Trust btrust@mayerbrown.com
Tal Unrad tunrad@burnslev.com
Gerard Uzzi guzzi@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
Rafael J. Valdes rvaldes@astidavis.com
Jantra Van Roy jvanroy@zeklaw.com
Shmuel Vasser shmuel.vasser@dechert.com
Michael J. Venditto mvenditto@reedsmith.com
August C. Venturini acv@venturini-law.com
Raymond W. Verdi rwvlaw@yahoo.com
Paul Vizcarrondo pvizcarrondo@wlrk.com, calert@wlrk.com
Shai Waisman shai.waisman@weil.com,
amanda.hendy@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@we
il.com
Shai Waisman1 shai.waisman@weil.com
Shai Waisman2 shai.waisman@weil.com
Adrienne Walker awalker@mintz.com
Lisa L. Wallace lwallace@mwc-law.com
Abbey Walsh awalsh@kkwc.com
Josephine Wang jwang@sipc.org
Mark W. Warren mwarren@mtb.com
W. Clark Watson cwatson@balch.com
Corey R. Weber ecf@ebg-law.com
Jeffrey T. Wegner jeffrey.wegner@kutakrock.com
Chaya F. Weinberg-Brodt chaya.weinberg@withers.us.com
Daniel S Weinberger dweinberger@gibbonslaw.com
Stephen L. Weinstein sweinstein@eisemanlevine.com
William P. Weintraub wweintraub@fklaw.com, vgarvey@fklaw.com;gfox@fklaw.com
Rochelle R. Weisburg rochellew@shiboleth.com
John W. Weiss john.weiss@alston.com
Elizabeth Weller dallas.bankruptcy@publicans.com
Philip Anthony Wells philip.wells@ropesgray.com
Mark F. Werle eag@rsclaw.com;dmc@rsclaw.com
Stephen E. Weyl sweyl@haslaw.com

David B. Wheeler davidwheeler@mvalaw.com
Timothy Raymond Wheeler twheeler@lowenstein.com,
lbonito@lowenstein.com;klafiura@lowenstein.com
Lee Papachristou Whidden lwhidden@salans.com, nkhalatova@salans.com
Dennis J. Wickham wickham@scmv.com
Monika S. Wiener mwiener@dl.com
Tally M. Wiener tallymindy@gmail.com

Michael E. Wiles mewiles@debevoise.com, mao-bk-ecf@debevoise.com
Brady C. Williamson bwilliamson@gklaw.com, zraiche@gklaw.com
Deborah D. Williamson dwilliamson@coxsmith.com, aseifert@coxsmith.com
Eric J. Wilson zraiche@gklaw.com
Eric R. Wilson KDWBankruptcyDepartment@Kelleydrye.com
L. Matt Wilson efile@willaw.com
Michael G. Wilson mwilson@hunton.com, shislop@hunton.com;candonian@hunton.com
Stephen P Wing spwing@iabar.org
Eric D. Winston ericwinston@quinnemanuel.com
Jane Rue Wittstein jruewittstein@jonesday.com

Amy R. Wolf arwolf@wlrk.com, calert@wlrk.com
Joshua Matthew Wolf jowolf@law.nyc.gov
Blanka K. Wolfe bwolfe@sheppardmullin.com
Steven Wolowitz swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

James Addison Wright james.wright@ropesgray.com
Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
Thomas John Wright wrightth@sullcrom.com
Robert William Yalen robert.yalen@usdoj.gov
Robert C. Yan ryan@farrellfritz.com, ffbkmao@farrellfritz.com

David Farrington Yates farrington.yates@snrdenton.com
Jack Yoskowitz yoskowitz@sewkis.com
Jerome Zamos zamoslaw@aol.com
Erin Zavalkoff ecfnydocket@vedderprice.com
Menachem O. Zelmanovitz mzelmanovitz@morganlewis.com
George A. Zimmerman brian.mcdermott@skadden.com
N. Theodore Zink tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com
Peter Alan Zisser peter.zisser@ssd.com, wilfred.lancaster@ssd.com;rudy.green@ssd.com
Scott A. Zuber szuber@daypitney.com, jhahn@daypitney.com
Edward P. Zujkowski ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com
Ellen Zweig ezweig@optonline.net
Abraham L. Zylberberg azylberberg@whitecase.com,
mcosbny@whitecase.com;jdisanti@whitecase.com

/s/ Mark Browning
MARK BROWNING