Alan Kolod
Mark N. Parry
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

  Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 30th day of November, 2011, he caused copies of the:

**Withdrawal of Objection to Confirmation of Plan as to LBHI and LCPI Filed by Deutsche Bank AG and Withdrawal of Memorandum Filed by Deutsche Bank AG Filed in Support of Its Objection.**

to be served by electronic transmission upon those parties listed on the Debtors' 2002 Master Service List dated as of November 7, 2011 and by First Class Mail upon those parties listed on the attached Service List.

                    /s/ Don K. Kick
                    Don K. Kick

Sworn to before me on November 30, 2011

  /s/ Marie S. Leybag
Notary Public

   Marie S. Leybag
Notary Public, State of New York
   No. 01LE5060744
  Qualified in Queens County
Commission Expires: May 20, 2014

896988v2 007756.0160

## SERVICE LIST

| | |
|---|---|
| Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.,<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq., Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq.<br>Andrea Schwartz, Esq.<br>Office of the United States Trustee for<br>the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Monica Lawless<br>Brookfield Properties One WFC Co. LLC<br>Three World Financial Center<br>200 Vesey Street<br>New York, NY 10281 |
| AT&T Services-James W. Gordon<br>AT&T Services<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | District Director<br>IRS-Special Procedures Branch<br>290 Broadway<br>New York, NY 10007<br>Attn: Bonnie Austin |
| Mr. Masaya Yamashiro<br>The Sumitomo Trust & Banking Co. Ltd.<br>Grantokyo South Tower<br>1-9-2 Marunouchi<br>Chiyoda-Ky<br>Tokyo, Japan 100-661 | Contrarian Capital Management, LLC<br>Attn: Ethan Schwartz<br>411 Putnam Avenue, Suite 425<br>Greenwich, CT 06830 |
| Stempel Bennett Claman & Hochberg, P.C<br>Attn: Edmond P. O'Brien, Esq.<br>AT&T Services<br>675 Third Avenue, 31st Floor<br>New York, NY 10017 | Standard Chartered Bank<br>Attn: Marc Chait<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| Cohen Lifland Pearlman Herrmann<br>    & Knopf LLP<br>Attn: Peter Perlman and Jeffrey Herrmann<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07663 | Alfredo R. Perez, Esq.<br>Weil Gotshal & Manges LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 |

896988v2  007756.0160