**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                                   :
         Debtors.                                                :    (Jointly Administered)
                                                                   :
---------------------------------------------------------------x    Ref. Docket No. 22346

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                           ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 18, 2011, I caused to be served the "Notice of (I) Adjournment of Hearing on the Debtors' Proposed Assumption of Certain Executory Contracts and Unexpired Leases Pursuant to Third Amended Joint Chapter 11 Plan, And (II) Date for Debtors' Filing of Pleadings in Support of Confirmation of Third Amended Joint Chapter 11 Plan," dated November 18, 2011 [Docket No. 22346], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to the party listed on the annexed Exhibit B,

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          */s/ Pete Caris*
            *Pete Caris*

Sworn to before me this
23rd day of November, 2011
*/s/ Eleni G. Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in the County of Queens
Commission Expires May 17, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com

bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| ggoodman@foley.com | jeffrey.sabin@bingham.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jen.premisler@cliffordchance.com |
| glenn.siegel@dechert.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| gravert@mwe.com | jeremy.eiden@ag.state.mn.us |
| gspilsbury@jsslaw.com | jfalgowski@reedsmith.com |
| guzzi@whitecase.com | jflaxer@golenbock.com |
| harrisjm@michigan.gov | jfox@joefoxlaw.com |
| harveystrickon@paulhastings.com | jfreeberg@wfw.com |
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| icatto@mwe.com | jim@atkinslawfirm.com |
| igoldstein@dl.com | jjoyce@dresslerpeters.com |
| ilevee@lowenstein.com | jjtancredi@daypitney.com |
| info2@normandyhill.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jaclyn.genchi@kayescholer.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | jnadritch@olshanlaw.com |
| jbeiers@co.sanmateo.ca.us | jnm@mccallaraymer.com |
| jbird@polsinelli.com | john.monaghan@hklaw.com |
| jbromley@cgsh.com | john.rapisardi@cwt.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdyas@halperinlaw.net | jowolf@law.nyc.gov |
| jean-david.barnea@usdoj.gov | joy.mathias@dubaiic.com |
| jeanites@whiteandwilliams.com | jpintarelli@mofo.com |
| jeannette.boot@wilmerhale.com | jporter@entwistle-law.com |
| jeff.wittig@coair.com | jprol@lowenstein.com |
| jeffery.black@bingham.com | jrabinowitz@rltlawfirm.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com

lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| michael.reilly@bingham.com | pbosswick@ssbb.com |
| millee12@nationwide.com | pdublin@akingump.com |
| miller@taftlaw.com | peisenberg@lockelord.com |
| mimi.m.wong@irscounsel.treas.gov | peter.gilhuly@lw.com |
| mitchell.ayer@tklaw.com | peter.macdonald@wilmerhale.com |
| mjacobs@pryorcashman.com | peter.simmons@friedfrank.com |
| mjedelman@vedderprice.com | peter@bankrupt.com |
| mjr1@westchestergov.com | pfeldman@oshr.com |
| mkjaer@winston.com | phayden@mcguirewoods.com |
| mlahaie@akingump.com | pmaxcy@sonnenschein.com |
| mlandman@lcbf.com | ppascuzzi@ffwplaw.com |
| mlichtenstein@crowell.com | ppatterson@stradley.com |
| mlynch2@travelers.com | psp@njlawfirm.com |
| mmendez@hunton.com | ptrainguiterrez@kaplanlandau.com |
| mmooney@deilylawfirm.com | ptrostle@jenner.com |
| mmorreale@us.mufg.jp | pwright@dl.com |
| mneier@ibolaw.com | r.stahl@stahlzelloe.com |
| monica.lawless@brookfieldproperties.com | raj.madan@bingham.com |
| mpage@kelleydrye.com | rajohnson@akingump.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger | ranjit.mather@bnymellon.com |
| mprimoff@kayescholer.com | raul.alcantar@ropesgray.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mshiner@tuckerlaw.com | rfleischer@pryorcashman.com |
| msiegel@brownrudnick.com | rfrankel@orrick.com |
| mschlesinger@julienandschlesinger | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |
| notice@bkcylaw.com | robert.bailey@bnymellon.com |
| oipress@travelers.com | robert.dombroff@bingham.com |
| omeca.nedd@lovells.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robertdakis@quinnemanuel.com |
| paul.turner@sutherland.com | robin.keller@lovells.com |
| pbattista@gjb-law.com | roger@rnagioff.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com

squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ADVENTIST HEALTH CARE MD | ADVENTIST HEALTH CARE MD ATTN: JAMES G. LEE 1801 RESEARCH BLVD., SUITE 300 ROCKVILLE MD 20850 |
| ALEX R. ROVIRA | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALEX R. ROVIRA | NICHOLAS P. CROWELL SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALISSA M. NANN | FOLEY & LARDNER LLP 90 PARK AVENUE, 36TH FLOOR NEW YORK NY 10016 |
| ALSTON & BIRD LLP | MICHAEL E. JOHNSON 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | JOHN C. WEITNAUER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| ANDREW B. ECKSTEIN | JEREMY A. RIST BLANK ROME LLP THE CHRYSLER BUILDING 405 LEXINGTON AVE. NEW YORK NY 10174-0208 |
| ANDREW C. GOLD | HANH V. HUYNH? HERRICK, FEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| ANDREW DENATALE | CLAUDE G. SZYFER DENISE K. WILDES STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| ANDREW P. BROZMAN | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| APEX LLC | 16-18F, MERITZ TOWER, 825-2 YEOKSAM-DONG, GANGNAM-GU, SEOUL 135-934 KOREA |
| ARNOLD & PORTER LLP | MICHAEL BERNSTEIN ROSA EVERGREEN DANA YANKOWITZ 555 TWELFTH ST., N.W. WASHINGTON DC 20004-1206 |
| BANCA POPOLARE DI VICENZA | SEDE LEGALE E DIREZIONE GENERALE: ATTENTION: SAMUELE SORATO, GENERAL MANAGER VIA BTG. FRAMARIN, 18 36100 VICENZA |
| BANCA PROFILO S.P.A. | SPADA ELENA 02584081 VIA S. MARTINO, 10 ATTENTION: FABIO CANDELI, CEO 20122 MILANO ITALY |
| BENNETTE D. KRAMER | SCHLAM STONE & DOLAN LLP 26 BROADWAY NEW YORK NY 10004 |
| BINGHAM MCCUTCHEN LLP | SABIN WILLETT EVAN BENANTI ONE FEDERAL STREET BOSTON MA 02110 |
| BRIAN E. FOONT | THE FOONT LAW FIRM, LLC 11909 REYNOLDS AVENUE POTOMAC MD 20854 |
| BRIAN TRUST | JEFFREY G. TOUGAS CHRISTINE A. WALSH MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| BRIAN TRUST, STEVEN WOLOWITZ, CHRISTOPHER J. HOUPT | 1675 BROADWAY NEW YORK NY 10019 |
| BRIAN V. OTERO | STEPHEN BLACKLOCKS RYAN A BECKER HUNTON & WILLIAMS LLP 200 PARK AVENUE NEW YORK NY 10166-0005 |
| BRUCE E. CLARK | MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BRYAN KRAKAUER | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CAISSE REGIONAL CREDITAGRICOLEPARIS ILE DE FRANCE | CAISSE REGIONAL CREDITAGRICOLEPARIS ILE DE FRANCE ATTN: FRANCOISE DEBRUS SIEGE SOCIAL: 26, QUAI DE LA RAPEE PARIS CEDEX 12 75596 FRANCE |
| CANADIAN IMPERIAL BANK OF COMMERCE | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: MICHELE HUNT 199 BAY STREET COMMERCE COURT WEST, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: MANAGER, SWAP OPERATIONS COMMERCE COURT TORONTO ON M5L 1A2 CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: MANAGER, SWAP OPERATIONS 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| CAREY D. SCHREIBER | WINSTON & STRAWN LLC 200 PARK AVENUE NEW YORK NY 10166-4193 |
| CAROLE NEVILLE, ESQ. | SNR DENTON US LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1089 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHARLES M. TATELBAUM | STEVEN E. SEWARD HINSHAW & CULBERTSON LLP ONE EAST BROWARD BOULEVARD SUITE 1010 FT. LAUDERDALE FL 33301 |
| CHRISTOPHER M. DESIDERIO | NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| CHRISTOPHER R. DONOHO III | HOGAN LOVELLS US LLP 875 THIRD AVENUE NEW YORK NY 10022 |
| CHRISTOPHER S. CHOW | BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CITICORP NORTH AMERICA, INC. | ATTN: TARA WOOSTER 1615 BRETT ROAD NEW CASTLE, DE 19720 |
| CITIGROUP ENERGY INC | CITIGROUP ENERGY INC ATTN: SENIOR DEPUTY GENERAL COUNSEL 388 GREENWICH ST, |

| Claim Name | Address Information |
|---|---|
| CITIGROUP ENERGY INC | 17TH FL NEW YORK NY 10013 |
| CITIMORTGAGE, INC. | LAWRENCE J. KETTENBACH, JR. SVP / ASSOCIATE GENERAL COUNSEL 1000 TECHNOLOGY DR. O'FALLON, MO 63368 |
| CLAUDE G. SZYFER | FRANCIS C. HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| CLAUDE SZYFER | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| CLIFFORD CHANCE US LLP | 31 WEST 52ND STREET JENNIFER C. DEMARCO DAVID A. SULLIVAN NEW YORK NY 10019 |
| CONCEPCION A. MONTOYA | HINSHAW & CULBERTSON LLP 780 THIRD AVENUE 4TH FLOOR NEW YORK NY 10017 |
| CRAIG GOLDBLATT | WILMER CUTLER PICKERING HALE AND DORR LLP 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |
| CRAIG M. PRICE | 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | LAURA E. APPLEBY CHAPMAN AND CUTLER LLP 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| D. ROSS MARTIN | PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199 |
| DAVID F. HEROY | ANDREW P. R. MCDERMOTT BAKER & MCKENZIE LLP ONE PRUDENTIAL PLAZA 130 EAST RANDOLPH STREET, SUITE 3500 CHICAGO IL 60601 |
| DAVID J. THEISING | HARRISON & MOBERLY, LLP 10 WEST MARKET STREET, SUITE 700 INDIANAPOLIS IN 46204 |
| DAVID M. CAPRIOTTI, ESQ. | HARRIS BEACH PLLC ONE PARK PLACE, 4TH FLOOR 300 SOUTH STATE STREET SYRACUSE NY 13202 |
| DAVID M. LEMAY | CHRISTY L. RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| DAVID M. POWLEN | BARNES & THORNBURG LLP 1000 NORTH WEST STREET, SUITE 1200 WILMINGTON DE 19803 |
| DAVID M. TURETSKY | MAX S. POLONSKY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| DAVID R. SELIGMAN | KIRKLAND & ELLIS LLP 300 N LASALLE STREET CHICAGO IL 60652 |
| DENIS M. FORSTER | LAW OFFICES OF DENIS M. FORSTER 230 PARK AVENUE, SUITE 1000 NEW YORK NY 10169 |
| DLA PIPER LLP (US) | THOMAS R. CALIFANO, ESQ. DANIEL G. EGAN, ESQ. 1251 AVENUE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| EDWARD A. SMITH | RISHI KAPOOR VENABLE LLP ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| EDWARDS WILDMAN PALMER LLP | LARRY D. HENIN PAUL J. LABOV 750 LEXINGTON AVENUE NEW YORK NY 10022 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FOSTER PEPPER PLLC | DILLON E. JACKSON WSBA # 1539 (PRO HAC PENDING) 1111 THIRD AVENUE, SUITE. 3400 SEATTLE WA 98101 |
| FREDERICK B, HORGAN | BUSINESS MANAGER URSULINE ACADEMY INC. 85 LOWDER STREET DEDHAM MA 02081 |
| FREDERICK D. HYMAN | MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | EDWARD A. FRIEDMAN WILLIAM P. WEINTRAUB ANNE E. BEAUMONT 7 TIMES SQUARE NEW YORK NY 10036-6516 |
| GEOFFREY S. GOODMAN | LARS A. PETERSON FOLEY & LARDNER LLP 321 N. CLARK STREET, STE. 2800 CHICAGO IL 60654 |
| GEORGE A. ZIMMERMAN | MAX S. POLONSKY SKADDEN ARPS SLATE MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| GREENBRIER MINERALS, LLC | GREENBRIER MINERALS, LLC ANJEAN ROAD P.O. BOX G ATTN: JOSEPH C. TURLEY, III RUPERT WV 25984 |
| HAROLD S. NOVIKOFF | GREGORY E. PESSIN WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| HARRIS WINSBERG | KING & SPALDING LLP 1180 PEACHTREE STREET ATLANTA GA 30309 |
| HEATH D. ROSENBLAT | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| IRA A. REID | BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JACK YOSKOWITZ | BENAY L. JOSSELSON SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| JAMES H.M. SPRAYREGEN | DAVID R. SELIGMAN KIRKLAND & ELLIS LLP 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| JAMES H.M. SPRAYREGEN, P.C. | DAVID R. SELIGMAN, P.C. KIRKLAND & ELLIS LLP 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| JAMES M. RINGER | CARTER LEDYARD & MILBURN LLP 2 WALL STREET STEPHEN M. PLOTNICK NEW YORK NY 10005 |
| JEANNETTE K. BOOT | PETER K. VIGELAND LIPI M. SHAH WILMER CUTLER PICKERING HALE AND DORR LLP 399 PARK AVENUE NEW YORK NY 10022 |
| JEANNETTE K. BOOT | WILMER CUTLER PICKERING HALE AND DORR LLP 399 PARK AVENUE NEW YORK NY 10022 |
| JEFF J. FRIEDMAN | KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| JEFF J. FRIEDMAN | JOEL W. STERNMAN KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| JEFFREY L. SCHWARTZ | CHRISTOPHER J. HUNKER HAHN & HESSEN LLP 488 MADISON AVENUE NEW YORK NY 10022 |
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND STREET? NEW YORK NY 10019 |
| JEREMY D. WEINSTEIN | LAW OFFICES OF JEREMY D. WEINSTEIN, P.C. 1512 BONANZA STREET (THE OLD FIRE STATION) WALNUT CREEK CA 94596 |
| JOHN A. STEN | JASON C. MOREAU GREENBERG TRAURIG, LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| JOHN A. STEN | JOSEPH P. DAVIS GREENBERG TRAURIG, LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| JOHN C. WEITNAUER | 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| JOSE RAUL ALCANTAR VILLAGRAN | ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| K&L GATES LLP | ERIC T. MOSER, ESQ. EUNICE RIM, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ANDREW K. GLENN MATTHEW B. STEIN 1633 BROADWAY NEW YORK NY 10019 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | 1633 BROADWAY NEW YORK NY 10019 |
| KLESTADT & WINTERS, LLP | TRACY L. KLESTADT JOHN E. JURELLER, JR. 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018 |
| KRISTIN K. GOING | DRINKER BIDDLE & REATH LLP 1500 K. ST., N.W., SUITE 1100 WASHINGTON DC 20005 |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | LANDESBANK RHEINLAND-PFALZ GIROZENTRALE GROSSE BLEICHE 54-56 MAINZ 55098 GERMANY |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | LANDESBANK RHEINLAND-PFALZ GIROZENTRALE ATTN: MATTHIAS QUEST, ANDREAS KINZELBACH, JURGEN WIEDMANN AM HAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LAUREN MACKSOUD | JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LAWRENCE V. GELBER | SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| LEE S. ATTANASIO | ALEX R. ROVIRA SIDLEY AUSTIN LLP NEW YORK NY 10019 |
| LEE S. ATTANASIO | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. (PK4176) 1251 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10020 |
| MACAULEY LLC | 300 DELAWARE AVENUE, SUITE 760 THOMAS MACAULEY WILMINGTON DE 19801 |
| MARIA J. DICONZA | GREENBERG TRAURIG, LLP METLIFE BUILDING 200 PARK AVENUE NEW YORK NY 10166 |
| MARK C. ELLENBERG, ESQ. | JOHN H. THOMPSON, ESQ. CADWALADER, WICKERSHAM & TAFT LLP 700 6TH STREET, NW WASHINGTON DC 20001 |
| MARK I. BANE | JOSE RAUL ALCANTAR VILLAGRAN ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MAYER BROWN LLP | HOWARD S. BELTZER 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | JEFFREY G. TOUGAS (JT-5533) CHRISTINE A. WALSH (CW-2727) 1675 BROADWAY NEW YORK NY 10019 |
| MEDIOBANCA | BANCA DI CREDITOR FINANZIARIO S.P.A. PIAZZETTA ENRICO CUCCIA 1 ATTENTION: |

| Claim Name | Address Information |
| --- | --- |
| MEDIOBANCA | LEGAL COUNSEL 20121 MILANO ITALY |
| MELVIN A. BROSTERMAN | CLAUDE G. SZYFER HAROLD A. OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MELVIN A. BROSTERMAN | CLAUDE G. SZYFER STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MICHAEL G. BURKE | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MICHAEL J. CORDONE, ESQ. | MARK J. DORVAL, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7018 |
| MICHAEL J. CORDONE, ESQUIRE | MARK J. DORVAL, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7018 |
| MICHAEL J. REYNOLDS | MCCARTER & ENGLISH, LLP 245 PARK AVENUE 27TH FLOOR NEW YORK NY 10167 |
| MICHAEL JOHNSON | 90 PARK AVENUE NEW YORK NY 10016 |
| MICHAEL K. MCCRORY | BARNES & THORNBURG LLP 11 S. MERIDIAN STREET INDIANAPOLIS IN 46204 |
| NATHAN COCO | JEFFREY ROSSMAN MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4400 CHICAGO IL 60606 |
| NAVA HAZAN | JARED ZAJAC MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| NIXON PEABODY LLP | AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | MARK N. BERMAN CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| PATRICK DARBY, ESQ. | BRADLEY ARANT BOULT CUMMINGS LLP ONE FEDERAL PLACE 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| PATRICK L. HAYDEN | SHAWN R. FOX MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| PATRICK L. HAYDEN | DION W. HAYES SHAWN R. FOX MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DAVID W. DYKHOUSE BRIAN P. GUINEY 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PEBBLE CREEK LCDO 2007-2 LTD | MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2 LTD | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1094 GEORGE TOWN, GRAND CAYMAN KYI-1104 CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2 LTD | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK LCDO 2007-2, LTD. | P.O. BOX 1984 GT GRAND CAYMAN KY-1104 CAYMAN ISLANDS |
| RANIERO D'AVERSA | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| REED SMITH | ERIC A. SCHAFFER (ES-6415) MICHAEL J. VENDITTO (MV-6715) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ANDREA PINCUS, ESQ. 599 LEXINGTON AVE. NEW YORK NY 10022 |
| ROBERT L. SILLS | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| RONALD S. BEACHER | TINA N. MOSS PRYOR CASHMAN LLP SEVEN TIMES SQUARE NEW YORK NY 10036-6569 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | CHRISTOPHER R. BELMONTE (CB-2163) PAMELA A. BOSSWICK (PB-5307) ABIGAIL SNOW (AS-2960) 230 PARK AVENUE, SUITE 1130 NEW YORK NY 10169 |
| SETH H. LIEBERMAN | PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| SHAWN R. FOX | DION W. HAYES MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| SHAWN R. FOX | 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| SHERON KORPUS | MATTHEW B. STEIN MEISTER SEELIG & FEIN LLP 140 E. 45TH STREET NEW YORK NY 10017 |
| SHMUEL VASSER | JANET M. BOLLINGER DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SNR DENTON US LLP | CAROLE NEVILLE, ESQ. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1089 |

| Claim Name | Address Information |
|---|---|
| STEVE JAKUBOWSKI | THE COLEMAN LAW FIRM 77 WEST WACKER DRIVE SUITE 4800 CHICAGO IL 60601 |
| STEVEN H. NEWMAN, ESQ. | KATSKY KORINS LLP 605 THIRD AVENUE NEW YORK NY 10158 |
| STEVEN J. FINK | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| STEVEN KNOUS | 575 RIVERSIDE DRIVE BASALT CO 81621 |
| SULLIVAN & CROMWELL LLP | BRUCE E. CLARK MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS 125 BROAD STREET NEW YORK NY 10004 |
| SUTHERLAND ASBILL & BRENNAN LLP | MARK D. SHERRILL 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| THOMAS J. MOLONEY | CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| THOMAS R. CALIFANO, ESQ. | DANIEL G. EGAN, ESQ. DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| THOMAS S. MARRION | HINCKLEY, ALLEN & SNYDER LLP 20 CHURCH STREET HARTFORD CT 06103-1221 |
| THOMPSON HINE LLP | JOSEPH B. KOCZKO, ESQ. 335 MADISON AVE, 12TH FLOOR NEW YORK NY 10017 |
| TIMOTHY B. DESIENO | R. JEFFERY BLACK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| TINA N. MOSS | PRYOR CASHMAN LLP 7 TIMES SQUARE? NEW YORK NY 10036 |
| VENABLE LLP | EDWARD A. SMITH RISHI KAPOOR ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| WALTER H. CURCHACK | DANIEL B. BESIKOF LOEB & LOEB LLP 345 PARK AVENUE NEW YORK NY 10154 |
| WELLS FARGO BANK, N.A. | 1 HOME CAMPUS, MAC X2301-04R ATTENTION: JOHN B. BROWN DES MOINES IA 50328-0001 |
| WELLS FARGO BANK, N.A. | 1 HOME CAMPUS, MAC X2301-04R ATTENTION: MANAGING COUNSEL – LOAN SERVICING DES MOINES IA 50328-0001 |
| WESTPAC BANKING CORPORATION | WESTPAC BANKING CORPORATION ATTN: SEAN CRELLIN 575 5TH AVE, 39TH FLOOR NEW YORK NY 10017 |
| WILLIAM A. SLAUGHTER | BALLARD SPAHR LLP 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| WILLIAM H. SCHORLING, CHRISTOPHER P. SCHUELLER | DONALD E. MALECKI, TIMOTHY P. PALMER ZAKARIJ O. THOMAS BUCHANAN INGERSOLL & ROONEY PC 620 EIGHTH AVE., 23RD FLOOR NEW YORK NY 10018 |

**Total Creditor count 158**