Michael J. Reilly
Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
212.705.7000

*Attorneys for Wells Fargo Bank Northwest, N.A.,
as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    Case No. 08-13555 (JMP)
                                                              :
Debtors.                                                      :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x

### STATEMENT OF WELLS FARGO BANK NORTHWEST, N.A. IN SUPPORT OF THE PLAN

Wells Fargo Bank Northwest, N.A. ("Wells Fargo"), solely in its capacity as indenture trustee in connection with a certain indenture, dated as of December 21, 2004, between OMX Timber Finance Investments II, LLC and Wells Fargo, as indenture trustee, through its undersigned counsel, hereby files this statement in support of the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Affiliated Debtors [Docket No. 19627] (the "Plan"), filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors on August 31, 2011 in the above-captioned case.

A/74613747.1

Wells Fargo is party to a certain Stipulation Concerning Certain Proofs of Claim, dated November 10, 2011 (the "Stipulation"), with LBHI and others. Subject to the terms and conditions of the Stipulation, Wells Fargo supports the confirmation of the Plan.

Dated: November 30, 2011
      New York, New York

                **BINGHAM MCCUTCHEN LLP**

                /s/ Joshua Dorchak
                Michael J. Reilly
                michael.reilly@bingham.com
                Joshua Dorchak
                joshua.dorchak@bingham.com
                399 Park Avenue
                New York, New York 10022
                212.705.7000

                *Attorneys for Wells Fargo Bank Northwest, N.A.,*
                *as Indenture Trustee*

A/74613747.1