James D. Newbold
Assistant Attorney General
Revenue Litigation Bureau
100 W. Randolph Street
Chicago, IL 60601
(312) 814-4557
James.Newbold@illinois.gov

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------x
                                    :    Chapter 11
In re: LEHMAN BROTHERS             :    Case No. 08-13555-JMP
HOLDINGS, INC., et al.,            :    (Jointly Administered)
                                    :
        Debtors.                    :
----------------------------------------------------x
```

**JOINDER OF ILLINOIS DEPARTMENT OF REVENUE IN THE OBJECTION TO CONFIRMATION (Dockt. 21573) AND IN THE MEMORANDUM OF LAW IN SUPPORT OF THE OBJECTION TO CONFIRMATION (Dockt. 22793) FILED BY THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

The Illinois Department of Revenue ("Illinois"), by its attorney, Lisa Madigan, Illinois Attorney General, hereby joins the objection filed by the Texas Comptroller of Public Accounts ("Texas") to confirmation of the Debtors' third amended joint plan (Dockt. 21573) and the memorandum of law filed in support of the objection (Dockt. 22793). In joining the objection and memorandum, Illinois states:

1.      There is a continuing problem with debtors attempting to use the confirmation process to rewrite Bankruptcy Code provisions to divest States – and in particular State taxing agencies – of rights they possess under the Bankruptcy Code. As Texas points out, these attempts often include attempts to limit or even totally eliminate offset/recoupment rights and to expand the scope of the tax exemption under §1146(a) both to include taxes that clearly fall outside the ambit of the statute as well as to include pre-confirmation sales thereby evading the holding in *Florida Dep't of Revenue v.*

1

*Piccadilly Cafeterias, Inc.*, 554 U.S. 33 (2008). Once a State objects, it is then common for the debtor to attempt to carve out the objecting State but provide for the objectionable provisions to bind all other States and other creditors. This practice needs to end.

2.      Illinois joins the objection and memorandum filed by Texas in order to highlight the recurring problems caused by this practice.

3.      In the circumstances, Illinois believes that the objections filed by Texas are well founded and therefore files this joinder.

Wherefore, Illinois requests that the order not be entered unless and until the matters raised in Texas' objection are remedied.

ILLINOIS DEPARTMENT OF REVENUE
BY:    Lisa Madigan
        Illinois Attorney General

BY:    /s/ James D. Newbold
        James D. Newbold
        Assistant Attorney General
        100 W. Randolph Street
        Chicago, IL 60601
        (312) 814-4557
        James.Newbold@illinois.gov

## CERTIFICATE OF SERVICE

   I certify that on November 30, 2011, a true copy of the foregoing was served by the Court's ECF Noticing System on all parties registered to receive electronic notice and by the undersigned to the following party by faxing a copy from Chicago, Illinois:

Bruce J. Duke
4201 Grenwich Lane
Mt. Laurel, NJ 08054
Fax : (856) 234-6137

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax : (212) 530-5219

Robert K. Dakis
Quinn Emanuel Urquhart
& Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Fax : (212) 849-7100

David R. Seligman
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Fax : (312) 862-2200

Herbert Baer
Epiq Bankruptcy Solutions, LLC
757 Third Avenue
3rd Floor
New York, NY 10017
Fax : (646) 282-2501

Andrea B. Schwartz
Dep't of Justice - Office of U.S.Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax : (212) 668-2255

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY 10017
Fax : (212) 755-7306

Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Fax : (212) 833-3607

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Fax : (212) 422-4726

William Heuer
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Fax : 212.208.4521

Andrew Howard Sherman
Sills Cummis Epstein & Gross P.C.
30 Rockefeller Plaza
New York, NY 10112
Fax : (973) 643-6500

Elena Paras Ketchum
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street
Suite 200
Tampa, FL 33602
Fax : (813) 229-1811

/s/ James D. Newbold