UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                          :     Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     08-13555 (JMP)
                                               :
Debtors.                                       :     (Jointly Administered)
                                               :
------------------------------------------------------------------x    Ref. Docket Nos. 22426

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2011, I caused to be served the "Notice of Withdrawal of Debtors' Two Hundred Sixth Omnibus Objection to Claims (Foreign Currency Claims) as to Certain Claims," dated November 21, 2011 [Docket No. 22426], by causing true and correct copies to be:
    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,
    b. delivered via facsimile to the party listed on the annexed Exhibit B, and
    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Eleni Manners*
                                                    Eleni Manners

Sworn to before me this
30th day of November, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\NOW for Omni 206_DI 22426_AFF_11-21-11.doc

# EXHIBIT A

### *LBH MSL Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

anann@foley.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

## *LBH MSL Email Service List*

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

*LBH MSL Email Service List*

| | |
|---|---|
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

## LBH MSL Email Service List

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jaclyn.genchi@kayescholer.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| jfalgowski@reedsmith.com | jmcginley@wilmingtontrust.com |
| jflaxer@golenbock.com | jmelko@gardere.com |
| jfox@joefoxlaw.com | jmerva@fult.com |
| jfreeberg@wfw.com | jmmurphy@stradley.com |
| jg5786@att.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | jnadritch@olshanlaw.com |
| jguy@orrick.com | jnm@mccallaraymer.com |
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | Joseph.Cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jowolf@law.nyc.gov |
| jjtancredi@daypitney.com | joy.mathias@dubaiic.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@btkmc.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | KReynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |

## *LBH MSL Email Service List*

lsilverstein@potteranderson.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

MAOFILING@CGSH.COM

Marc.Chait@SC.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mharris@smsm.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

## *LBH MSL Email Service List*

| | |
|---|---|
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | Nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |

*LBH MSL Email Service List*

| | |
|---|---|
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | RJones@BoultCummings.com |
| psp@njlawfirm.com | rleek@HodgsonRuss.com |
| ptrainguiterrez@kaplanlandau.com | RLevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | Robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |
| rgmason@wlrk.com | rrigolosi@smsm.com |
| rgraham@whitecase.com | rroupinian@outtengolden.com |
| rhett.campbell@tklaw.com | rrussell@andrewskurth.com |
| richard.lear@hklaw.com | rterenzi@stcwlaw.com |
| richard.levy@lw.com | RTrust@cravath.com |
| richard.tisdale@friedfrank.com | russj4478@aol.com |

*LBH MSL Email Service List*

## *LBH MSL Email Service List*

| | |
|---|---|
| rwasserman@cftc.gov | shannon.nagle@friedfrank.com |
| rwyron@orrick.com | sharbeck@sipc.org |
| s.minehan@aozorabank.co.jp | shari.leventhal@ny.frb.org |
| sabin.willett@bingham.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| Schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.troyer@commerzbank.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | Streusand@StreusandLandon.com |

### *LBH MSL Email Service List*

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

Thomas_Noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

### *LBH MSL Email Service List*

### *LBH MSL Email Service List*

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE  
TRACY HOPE DAVIS, ESQ.  
ELISABETTA G. GASPARINI, ESQ.  
ANDREA B. SCHWARTZ, ESQ.  
33 WHITEHALL STREET, 21ST FLOOR  
NEW YORK, NY 10004  


INTERNAL REVENUE SERVICE  
SPECIAL PROCEDURES BRANCH  
ATTN: DISTRICT DIRECTOR  
290 BROADWAY  
NEW YORK, NY 10007

MICHIEL A. BLOEMSMA
ALBENA PETRAKOV
ATTORNEYS FOR STIBBE N.V.
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016


HSBC BANK PLC
C/O BOB KING
CORPORATE TRUST AND LOAN AGENCY - LEVEL 24
8 CANADA SQUARE
LONDON
E14 5HQ
UK


GLOBAL CREDIT OPPORTUNITY FUND
SUB ACCOUNT OF PROMARK ALTERNATIVE
HIGH YIELD BOND FUND
IMC ASSET MANAGEMENT
STRAWINS KYLANN 361
1077XX AMSTERDAM
NETHERLANDS


STIBBE, N.V.
P.O. BOX 75640
ATTN: A. VAN DYK
1070 AP AMSTERDAM
NETHERLANDS