Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Volksbank Kraichgau e.G.** | **Credit Suisse AG** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): __55829__ |
| Bahnhofstr. 23 | Date Claim Filed: __October 29, 2009__ |
| D 75031 Eppingen | Amount of Claim: __USD 120.000__ |
| Germany | Portion of Claim Transferred (see Schedule I): _____ |
| Phone: __06222/589-2085__ | Phone: _____ |
| Last Four Digits of Acct #: __7105__ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Volksbank Kraichgau e.G.__        Date: __November 17, 2011__
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>**EVIDENCE OF TRANSFER OF CLAIM**</u>

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Volksbank Kraichgau** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), **USD 120'000** in nominal amount related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON August 24, 2011.

CREDIT SUISSE AG

By:_____
Name:  Jean-Christophe Leender
Title:  Director

By:_____
Name:  Rico Hube
Title:  Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount |
|---|---|---|---|---|
| | 55829 | October 29, 2009 | | |

**Volksbank Kraichgau**
Wiesloch-Sinsheim

**Jeder Mensch hat etwas, das ihn antreibt.**

Die Bank der Region

Volksbank Kraichgau Wiesloch-Sinsheim eG
Postfach 1680 | 69157 Wiesloch

Epiq Bankrupcy Solutions, LLC
Attn: Lehmann Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Ihr/e Ansprechpartner/in:
**Karlheinz Roth**
Vermögensberatung

Tel.: 07261 699-1230
Fax: 07261 699-3855
E-Mail: karlheinz.roth
@vbkraichgau.de

17. November 2011 / ROK

Lehmann Brother

Dear Sir or Madam,

hereby we declare that the Credit Suisse AG has assigned us the
Court Claim # 55829 of October 29, 2009 over USD 120.000.
This took place on August 24, 2011.

To proof this, you will find attached the signed Evidence of Transfer of
Claim from Credit Suisse.

Please confirm the receipt of the document as well as your acceptance
regarding the assignment/transfer of the claim.

Best Regards

Volksbank Kraichgau
Wiesloch-Sinsheim

Hauptstraße 139
69168 Wiesloch

Hauptstraße 115
74889 Sinsheim

Vorstand:
Andreas Böhler
-Sprecher-
Thomas Geier
-stv. Sprecher-
Wilhelm Rau
Wilhelm Rupp

Aufsichtsratsvorsitzender:
Dr. Thorsten Seeker

Amtsgericht Mannheim
Gen.Reg. 350001

Bankleitzahl 672 922 00
BIC: GENODE61WIE

USt.-ID Nr. DE143293168

www.vbkraichgau.de
info@vbkraichgau.de

DZ Bank
Konto 9016
BLZ 66060000
IBAN:
DE23660600000000009016
BIC: GENODE6K



PORT
PAYE
France

95 GONESSE TTM

22.11.11

DAIC

Si non dist.,
retour à :

D171
PARIS INTER

PRIORITAIRE
PRIORITY

AUTORISATION
99002

RECEIVED

NOV 2 8 2011

LUFTPOST
PAR AVION PRIORITAIRE