Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 60910**

First of all we would like to inform you that Delbrück Bethmann Maffei AG has changed its company name and is called Bethmann Bank AG since 4 October 2011:

> Bethmann Bank AG
> Bethmannstraße 7 – 9
> 60311 Frankfurt am Main.

Furthermore, we would like to inform you that Dr Harald Wirt who filed the claim Number 60910 on 11/2/2009 has assigned the rights arising out of this claim corresponding with the following securities

> Lehman Brothers Treasury Co. B.V. EO-Zo Basket Lkd MTN 2007 (12) (WKN A0TLL9 / ISIN DE 0000A0TLL96) in the amount of a face value (purchase date: December 10th 2007) of USD 76,956 (EUR 52,521.30)

> to
> **Bethmann Bank AG**
> **Bethmannstraße 7-9**
> **60311 Frankfurt am Main**
> **Germany.**

Bethmann Bank AG has agreed to this assignment. Both Dr Harald Wirt and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned right.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 30.11.2011                                  Hamburg, 7..11.11

Bethmann Bank AG                                       Dr Harald Wirt
(Assignee)                                             (Assignor)


(Jochen Weber)   (Oliver Körner)                       (Dr Harald Wirt)