**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :   Case No. 08-13555 (JMP)
                                                                  :
Debtors.                                                          :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## STATEMENT OF SILVER ROCK FINANCIAL LLC, BDIF LLC, IN-FP2 LLC AND MOUNTE LLC IN SUPPORT OF THE PLAN

Silver Rock Financial LLC, BDIF LLC, In-FP2 LLC and Mounte LLC (collectively, "Silver Rock") hereby files this statement in support of the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Affiliated Debtors [Docket No. 19627] (the "Plan"), filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors on August 31, 2011 in the above-captioned case.

A/74593121.1

Silver Rock is party to a certain Stipulation Concerning Certain Proofs of Claim, dated November 10, 2011 (the "Stipulation"), with LBHI and others. Subject to the terms and conditions of the Stipulation, Silver Rock supports the confirmation of the Plan.

Dated: November 30, 2011
      New York, New York

SILVER ROCK FINANCIAL LLC

*/s/ Ralph Finerman*
Ralph Finerman, Manager
1250 Fourth Street
Santa Monica, CA 90401

BDIF LLC

*/s/ Ralph Finerman*
Ralph Finerman, Manager
1250 Fourth Street
Santa Monica, CA 90401

IN-FP2 LLC

*/s/ Ralph Finerman*
Ralph Finerman, Manager
1250 Fourth Street
Santa Monica, CA 90401

MOUNTE LLC

*/s/ Ralph Finerman*
Ralph Finerman, Manager
1250 Fourth Street
Santa Monica, CA 90401

A/74593121.1