RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Joon P. Hong

*Counsel for Farallon Capital Partners, L.P.,
Farallon Capital (AM) Investors L.P.,
Farallon Capital Institutional Partners II, L.P.,
Farallon Capital Offshore Investors II, L.P. and
Noonday Offshore, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           : Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          : Case No. 08-13555 (JMP)
                                                :
                    Debtors.                    : (Jointly Administered)
                                                :
------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF OBJECTION OF FARALLON CAPITAL
PARTNERS, L.P., FARALLON CAPITAL (AM) INVESTORS L.P.,
FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P.,
FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. AND
NOONDAY OFFSHORE, INC. TO THE THIRD AMENDED JOINT
CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC.
AND ITS AFFILIATED DEBTORS

Farallon Capital Partners, L.P., Farallon Capital (AM) Investors L.P., Farallon Capital Institutional Partners II, L.P., Farallon Capital Offshore Investors II, L.P. and Noonday Offshore, Inc. (collectively, the "Farallon Entities"), by their undersigned counsel, hereby withdraw their Objection to the Third Amended Joint Chapter 11 Plan of Lehman Brothers

Holdings Inc. and its Affiliated Debtors, dated November 4, 2011 [Docket No. 21643]. The Farallon Entities reserve all other rights with respect to these chapter 11 cases.

Dated: New York, NY
December 1, 2011

/s/ Joon P. Hong
Joon P. Hong

RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Counsel for:*
*Farallon Capital Partners, L.P.*
*Farallon Capital (AM) Investors L.P.*
*Farallon Capital Institutional Partners II, L.P.*
*Farallon Capital Offshore Investors II, L.P.*
*Noonday Offshore, Inc.*