Plan Confirmation Hearing Date and Time: December 6, 2011 at 10:00 a.m. (prevailing Eastern time)

Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

Howard S. Beltzer (HSB-5721)

*Counsel to Fortis Bank NV/SA and affiliates*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS, AND OBJECTION TO DEBTORS' PROPOSED ASSUMPTION OF CONTRACT

Fortis Bank NV/SA ("Fortis"), through its attorneys, hereby withdraws the Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, and the Objection to Debtors' Proposed Assumption of Contract, as filed on November 4, 2011 (Docket No. 21591).

700882612

Dated: New York, New York
December 1, 2011

           Respectfully submitted,

           /s/ Howard S. Beltzer
            Howard S. Beltzer (HSB-5721)

           Mayer Brown LLP
           1675 Broadway
           New York, New York 10019
           (212) 506-2500 (phone)
           (212) 262-1910 (fax)

           *Counsel to Fortis Bank NV/SA and affiliates*