B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.            ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| Luzerner Kantonalbank AG | Adler & Co. Privatbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  **Luzerner Kantonalbank AG, Legal & Compliance
  Department, Pilatusstrasse 12,
  CH-Luzern, Switzerland, ATTN: Peter Felder
  E-mail: peter.felder@lukb.ch
Phone:  +41 41 206 2486
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):
  Luzerner Kantonalbank AG, Legal & Compliance
  Department, Pilatusstrasse 12,
  CH-Luzern, Switzerland, ATTN: Peter Felder
  E-mail: peter.felder@lukb.ch
Phone:  +41 41 206 2486
Last Four Digits of Acct #:_____

Court Claim # (if known): ____46983____
Amount of Claim: ____$57,569.72____
Date Claim Filed: ____10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where notices to transferee
should be sent:

  **Ira A. Reid
  Baker & McKenzie
  1114 Avenue of the Americas
  New York, NY  10036
  Tel: +1 212 891-3976
  E-mail: ira.a.reid@bakermckenzie.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date: _12 - 1 - 2011_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____    District Of New York_____

In re Lehman Brothers Holding, Inc._____,    Case No. 08-13555 (JMP)___

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 46983 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Adler & Co. Privatbank AG_____             Luzerner Kantonalbank AG_____
Name of Alleged Transferor                  Name of Transferee

Address of Alleged Transferor:              Address of Transferee:
Adler & Co. Privatbank AG                   Luzerner Kantonalbank AG, Legal & Compliance
c/o Luzerner Kantonalbank AG, Legal & Compliance    Department, Pilatusstrasse 12,
Department, Pilatusstrasse 12,              CH-Luzern, Switzerland
CH-Luzern, Switzerland                      ATTN: Peter Felder
ATTN: Peter Felder

~~~DEADLINE TO OBJECT TO TRANSFER~~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 46983

Adler & Co. Privatbank AG ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Luzerner Kantonalbank AG (successor by merger with the Transferor), its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $57,569.72 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland; and to give all notices and other communications, in respect of the Claim to Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, Attention: Peter Felder, peter.felder@lukb.ch, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December⁄, 2011.

Luzerner Kantonalbank AG, as Transferee

By: _____

Peter Felder      Jörg Gubler
Legal & Compliance    Vice President

Luzerner Kantonalbank AG, as successor by merger to Adler & Co. Privatbank AG, as Transferor

By: _____

Peter Felder      Jörg Gubler
Legal & Compliance    Vice President

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings, Inc.              ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Luzerner Kantonalbank AG | Adler & Co. Privatbank AG |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  **Luzerner Kantonalbank AG, Legal & Compliance
    Department, Pilatusstrasse 12,
    CH-Luzern, Switzerland, ATTN: Peter Felder
    E-mail: peter.felder@lukb.ch
Phone:  +41 41 206 2486
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):
  Luzerner Kantonalbank AG, Legal & Compliance
  Department, Pilatusstrasse 12,
  CH-Luzern, Switzerland, ATTN: Peter Felder
  E-mail: peter.felder@lukb.ch
Phone:  +41 41 206 2486
Last Four Digits of Acct #:_____

Court Claim # (if known): ____46984____
Amount of Claim: ____$35,981.07____
Date Claim Filed: ____10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where notices to transferee
should be sent:

  **Ira A. Reid
    Baker & McKenzie
    1114 Avenue of the Americas
    New York, NY  10036
    Tel: +1 212 891-3976
    E-mail: ira.a.reid@bakermckenzie.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date:  _12 - 1 - 2011_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____   **District Of** New York_____

In re Lehman Brothers Holding, Inc._____,   Case No. 08-13555 (JMP)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 46984  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

Adler & Co. Privatbank AG_____           Luzerner Kantonalbank AG
**Name of Alleged Transferor**                    **Name of Transferee**

**Address of Alleged Transferor:**              **Address of Transferee:**
Adler & Co. Privatbank AG                       Luzerner Kantonalbank AG, Legal & Compliance
c/o Luzerner Kantonalbank AG, Legal & Compliance   Department, Pilatusstrasse 12,
Department, Pilatusstrasse 12,                  CH-Luzern, Switzerland
CH-Luzern, Switzerland                          ATTN: Peter Felder
ATTN: Peter Felder

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:___ _____                                 _____
                                                **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:      Clerk of the Court
            United States Bankruptcy Court
            Southern District of New York ("Bankruptcy Court")
            New York, New York

RE:      Lehman Brothers Holdings, Inc. ("Debtor")
            Case No. 08-13555 (JMP)

Claim #: 46984

Adler & Co. Privatbank AG ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Luzerner Kantonalbank AG (successor by merger with the Transferor), its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $35,981.07 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland; and to give all notices and other communications, in respect of the Claim to Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, Attention: Peter Felder, peter.felder@lukb.ch, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December /1, 2011.

Luzerner Kantonalbank AG, as Transferee

By: _____

Peter Felder          Jörg Gubler
Legal & Compliance    Vice President

Luzerner Kantonalbank AG, as successor by merger to Adler & Co. Privatbank AG, as Transferor

By: _____

Peter Felder          Jörg Gubler
Legal & Compliance    Vice President

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.                    ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Luzerner Kantonalbank AG | Adler & Co. Privatbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  **Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12,
  CH-Luzern, Switzerland, ATTN: Peter Felder
  E-mail: peter.felder@lukb.ch
Phone:  +41 41 206 2486
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
  Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12,
  CH-Luzern, Switzerland, ATTN: Peter Felder
  E-mail: peter.felder@lukb.ch
Phone:  +41 41 206 2486
Last Four Digits of Acct #: _____

Court Claim # (if known): ____46985____
Amount of Claim: ____$28,454.20____
Date Claim Filed: ____10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where notices to transferee should be sent:

  **Ira A. Reid
  Baker & McKenzie
  1114 Avenue of the Americas
  New York, NY 10036
  Tel: +1 212 891-3976
  E-mail: ira.a.reid@bakermckenzie.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _12-1-2011_____
     /Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____   **District Of** New York _____

In re Lehman Brothers Holding, Inc._____,   Case No. 08-13555 (JMP)____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 46985 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Adler & Co. Privatbank AG_____ | Luzerner Kantonalbank AG_____ |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Adler & Co. Privatbank AG | Luzerner Kantonalbank AG, Legal & Compliance |
| c/o Luzerner Kantonalbank AG, Legal & Compliance | Department, Pilatusstrasse 12, |
| Department, Pilatusstrasse 12, | CH-Luzern, Switzerland |
| CH-Luzern, Switzerland | ATTN: Peter Felder |
| ATTN: Peter Felder | |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 46985

Adler & Co. Privatbank AG ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Luzerner Kantonalbank AG (successor by merger with the Transferor), its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $28,454.20 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland; and to give all notices and other communications, in respect of the Claim to Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, Attention: Peter Felder, peter.felder@lukb.ch, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December __, 2011.

Luzerner Kantonalbank AG, as Transferee

By: _____  _____
    Peter Felder                Jörg Gubler
    Legal & Compliance          Vice President

Luzerner Kantonalbank AG, as successor by merger to Adler & Co. Privatbank AG, as Transferor

By: _____  _____
    Peter Felder                Jörg Gubler
    Legal & Compliance          Vice President

NYCDMS/1203401.1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.                    ,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Luzerner Kantonalbank AG | Adler & Co. Privatbank AG |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  \*\*Luzerner Kantonalbank AG, Legal & Compliance
  Department, Pilatusstrasse 12,
  CH-Luzern, Switzerland, ATTN: Peter Felder
  E-mail: peter.felder@lukb.ch
Phone: __+41 41 206 2486__
Last Four Digits of Acct #: _____

Court Claim # (if known): ___46986___
Amount of Claim: ___$28,585.99___
Date Claim Filed: ___10/26/2009___

Name and Address where transferee payments
should be sent (if different from above):
  Luzerner Kantonalbank AG, Legal & Compliance
  Department, Pilatusstrasse 12,
  CH-Luzern, Switzerland, ATTN: Peter Felder
  E-mail: peter.felder@lukb.ch
Phone: __+41 41 206 2486__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where notices to transferee
should be sent:

  \*\*Ira A. Reid
  Baker & McKenzie
  1114 Avenue of the Americas
  New York, NY 10036
  Tel: +1 212 891-3976
  E-mail: ira.a.reid@bakermckenzie.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date: __12 - 1 - 2011__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ **District Of** New York _____

In re Lehman Brothers Holding, Inc. _____,    Case No. 08-13555 (JMP)___

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 46986  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Adler & Co. Privatbank AG _____
Name of Alleged Transferor

Luzerner Kantonalbank AG _____
Name of Transferee

Address of Alleged Transferor:
Adler & Co. Privatbank AG
c/o Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland
ATTN: Peter Felder

Address of Transferee:
Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland
ATTN: Peter Felder

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
           United States Bankruptcy Court
           Southern District of New York ("Bankruptcy Court")
           New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
           Case No. 08-13555 (JMP)

Claim #: 46986

Adler & Co. Privatbank AG ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Luzerner Kantonalbank AG (successor by merger with the Transferor), its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $28,585.99 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland; and to give all notices and other communications, in respect of the Claim to Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, Attention: Peter Felder, peter.felder@lukb.ch, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December _1_, 2011.

Luzerner Kantonalbank AG, as Transferee

By: _____
     Peter Felder        Jörg Gubler
     Legal & Compliance  Vice President

Luzerner Kantonalbank AG, as successor by merger to Adler & Co, Privatbank AG, as Transferor

By: _____
     Peter Felder        Jörg Gubler
     Legal & Compliance  Vice President

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc._____,        Case No.  08-13555 (JMP)____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| ___Luzerner Kantonalbank AG_____<br>Name of Transferee | ___Adler & Co. Privatbank AG_____<br>Name of Transferor |

Name and Address where notices to transferee should be sent:
**Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland,  ATTN: Peter Felder
E-mail:  peter.felder@lukb.ch
Phone:   +41 41 206 2486_____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___46987____
Amount of Claim: ___$21,439.49____
Date Claim Filed: _____10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland,  ATTN: Peter Felder
E-mail:  peter.felder@lukb.ch
Phone:   +41 41 206 2486_____.
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:

**Ira A. Reid
Baker & McKenzie
1114 Avenue of the Americas
New York, NY  10036
Tel: +1 212 891-3976
E-mail: ira.a.reid@bakermckenzie.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date:____12-1-2011_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of New York_____

In re Lehman Brothers Holding, Inc._____,    Case No. 08-13555 (JMP)___

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 46987_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Adler & Co. Privatbank AG_____
Name of Alleged Transferor

Luzerner Kantonalbank AG_____
Name of Transferee

Address of Alleged Transferor:
Adler & Co. Privatbank AG
c/o Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland
ATTN: Peter Felder

Address of Transferee:
Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland
ATTN: Peter Felder

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 46987

Adler & Co. Privatbank AG ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Luzerner Kantonalbank AG (successor by merger with the Transferor), its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $21,439.49 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland; and to give all notices and other communications, in respect of the Claim to Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, Attention: Peter Felder, peter.felder@lukb.ch, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December /, 2011.

Luzerner Kantonalbank AG, as Transferee

By: _____  _____
    Peter Felder                Jörg Gubler
    Legal & Compliance          Vice President


Luzerner Kantonalbank AG, as successor by merger
to Adler & Co. Privatbank AG, as Transferor

By: _____  _____
    Peter Felder                Jörg Gubler
    Legal & Compliance          Vice President

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.     ,       Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Luzerner Kantonalbank AG | Adler & Co. Privatbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
> **Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, ATTN: Peter Felder
> E-mail: peter.felder@lukb.ch
> Phone: +41 41 206 2486

Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
> Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, ATTN: Peter Felder
> E-mail: peter.felder@lukb.ch
> Phone: +41 41 206 2486

Last Four Digits of Acct #: _____

Court Claim # (if known): ___46988___
Amount of Claim: ___$91,355.81___
Date Claim Filed: ___10/26/2009___

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where notices to transferee should be sent:

> **Ira A. Reid
> Baker & McKenzie
> 1114 Avenue of the Americas
> New York, NY 10036
> Tel: +1 212 891-3976
> E-mail: ira.a.reid@bakermckenzie.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: 12-1-2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____   District Of New York _____

In re Lehman Brothers Holding, Inc. _____,   Case No. 08-13555 (JMP)___

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 46988  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

Adler & Co. Privatbank AG
_____
Name of Alleged Transferor

Luzerner Kantonalbank AG
_____
Name of Transferee

Address of Alleged Transferor:
Adler & Co. Privatbank AG
c/o Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzem, Switzerland
ATTN: Peter Felder

Address of Transferee:
Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzem, Switzerland
ATTN: Peter Felder

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 46988

Adler & Co. Privatbank AG ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Luzerner Kantonalbank AG (successor by merger with the Transferor), its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $91,355.81 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland; and to give all notices and other communications, in respect of the Claim to Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, Attention: Peter Felder, peter.felder@lukb.ch, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December _1_, 2011.

Luzerner Kantonalbank AG, as Transferee

By: _____
    Peter Felder        Jörg Gubler
    Legal & Compliance  Vice President

Luzerner Kantonalbank AG, as successor by merger to Adler & Co. Privatbank AG, as Transferor

By: _____
    Peter Felder        Jörg Gubler
    Legal & Compliance  Vice President

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc. _____,          Case No. 08-13555 (JMP)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.


| Luzerner Kantonalbank AG | Adler & Co. Privatbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

**Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland, ATTN: Peter Felder
E-mail: peter.felder@lukb.ch
Phone: +41 41 206 2486 _____

Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):
Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland, ATTN: Peter Felder
E-mail: peter.felder@lukb.ch
Phone: +41 41 206 2486 _____

Last Four Digits of Acct #: _____

Court Claim # (if known): __46989__
Amount of Claim: __$134,053.68__
Date Claim Filed: __10/26/2009__


Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where notices to transferee
should be sent:

**Ira A. Reid
Baker & McKenzie
1114 Avenue of the Americas
New York, NY 10036
Tel: +1 212 891-3976
E-mail: ira.a.reid@bakermckenzie.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date: __12-1-2011__
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____   **District Of** New York _____

In re Lehman Brothers Holding, Inc._____,   Case No. 08-13555 (JMP)____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 46989 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Adler & Co. Privatbank AG_____
Name of Alleged Transferor

Luzerner Kantonalbank AG
Name of Transferee

Address of Alleged Transferor:
Adler & Co. Privatbank AG
c/o Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland
ATTN: Peter Felder

Address of Transferee:
Luzerner Kantonalbank AG, Legal & Compliance
Department, Pilatusstrasse 12,
CH-Luzern, Switzerland
ATTN: Peter Felder

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 46989

Adler & Co. Privatbank AG ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Luzerner Kantonalbank AG (successor by merger with the Transferor), its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $134,053.68 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland; and to give all notices and other communications, in respect of the Claim to Luzerner Kantonalbank AG, Legal & Compliance Department, Pilatusstrasse 12, CH-Luzern, Switzerland, Attention: Peter Felder, peter.felder@lukb.ch, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December __/__, 2011.

Luzerner Kantonalbank AG, as Transferee

By: _____

Peter Felder     Jörg Gubler
Legal & Compliance    Vice President

Luzerner Kantonalbank AG, as successor by merger to Adler & Co. Privatbank AG, as Transferor

By: _____

Peter Felder     Jörg Gubler
Legal & Compliance    Vice President

NYCDMS/1203408.1