# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCA ITALEASE S.P.A C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN, 20123 ITALY | 30707 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $5,163,384.15 | Unsecured | $5,163,384.15 |
| 2 | BANCA ITALEASE S.P.A C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN, 20123 ITALY | 30708 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $5,163,384.15 | Unsecured | $5,163,384.15 |
| 3 | BLACK ARBITRAGE OFFSHORE LTD F/K/A BLACK DIAMOND ARBITRAGE OFFSHORE LDC C/O CARLSON CAPITAL, L.P. – ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 17159 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $6,458.00* | Unsecured | $6,458.00* |
| 4 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE AND CERTIFICATE TRUSTEE C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 18486 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $24,000.00* | Unsecured | $24,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | DOUBLE BLACK DIAMOND OFFSHORE LTD F/K/A DOUBLE BLACK DIAMOND OFFSHORE LDC C/O CARLSON CAPITAL, L.P. - ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 17157 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $14,541,147.00* | Unsecured | $14,541,147.00* |
| 6 | DOUBLE BLACK DIAMOND OFFSHORE LTD F/K/A DOUBLE BLACK DIAMOND OFFSHORE LDC C/O CARLSON CAPITAL, L.P. - ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 17158 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $503,709.00* | Unsecured | $503,709.00* |
| 7 | LBREM II ECI AIV, LP (US) ATTN: JUDY TURCHIN JI YEONG CHU 1271 AVENUE OF THE AMERICIAS, 38TH FLOOR NEW YORK, NY 10020 | 29211 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 8 | LBREM II OFFSHORE AIV,L.P. (UK LP) ATTN: JUDY TURCHIN JI YEUNG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29218 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 9 | LBREP III PP (CAN) GP LLC ATTN JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 27449 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | LEHMAN BROTHERS OFFSHORE (EUROPE 1) REAL ESTATE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28026 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 11 | LEHMAN BROTHERS OFFSHORE (EUROPE 3) REAL ESTATE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28025 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 12 | LEHMAN BROTHERS OFFSHORE (EUROPE 4) REAL ESTATE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10010 | 28024 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 13 | LEHMAN BROTHERS OFFSHORE PARTNERS, LTD. ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR LONDON, W1S 1BG UNITED KINGDOM | 27448 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASOCIATES III, LLC ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28856 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 15 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASOCIATES III, LP ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28857 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 16 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASOCIATES III, LP ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28858 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 17 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 27447 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 18 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, L.P. ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29222 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III, L.P. ATTN JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FL NEW YORK, NY 10020 | 27459 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 20 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, L.P. ATTN JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FL NEW YORK, NY 10020 | 27461 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 21 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, LTD. ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29224 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 22 | LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS I, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28022 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 23 | LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS II LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27804 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined Undetermined  $0.00 | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27808 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 25 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27784 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 26 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27798 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 27 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28028 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 28 | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, LP ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29216 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, LTD. ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29280 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 30 | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES LP ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29281 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 31 | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES. LTD. ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29213 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 32 | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PARTNERS (NORBAN) LP ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 26323 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 33 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NORBAN) II LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27806 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined Undetermined  $0.00 | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27807 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 35 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27783 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 36 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27797 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 37 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27782 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 38 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27796 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27781 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined Undetermined  $0.00 | Unsecured | Undetermined |
| 40 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28911 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 41 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28027 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 42 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 27445 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 43 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES III ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 27444 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | LEHMAN BROTHERS REAL ESTATE ASSOCITES , LP ATTN: JUDY TURCHIN AMERICAS, 38TH FLOOR JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29219 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 45 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS I, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28023 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 46 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27805 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 47 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28912 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|-------|--------|-------|--------|
| 48 | LEHMAN BROTHERS REAL ESTATE FUND II, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28021 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 49 | LEHMAN BROTHERS REAL ESTATE FUND III, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28032 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 50 | LEHMAN BROTHERS REAL ESTATE FUND III, LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27803 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 51 | LEHMAN BROTHERS REAL ESTATE FUND LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27780 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 52 | LEHMAN BROTHERS REAL ESTATE FUND, L.P. ATTN : JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28037 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 53 | LEHMAN BROTHERS REAL ESTATE MEZZANINE ATTN: JUDY TURCHIN & JI YEONG CHU CAPITAL PARTNERS, L.P. 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 29763 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 54 | LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSCOCIATES II, L.P. ATTN: JUDY TURCHIN JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 29226 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 55 | LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES II LP ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 29284 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 56 | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 29762 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 57 | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 29764 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 58 | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 29186 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 59 | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS LP ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 26321 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 60 | LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTNERS III, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28913 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 61 | LEHMAN BROTHERS REAL ESTATE PARTNERS II LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27810 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined Undetermined<br><br>$0.00 | Unsecured | Undetermined |
| 62 | LEHMAN BROTHERS REAL ESTATE PARTNERS III (NYC) LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27786 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined Undetermined<br><br>$0.00 | Unsecured | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63 | LEHMAN BROTHERS REAL ESTATE PARTNERS III (NYC) LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27799 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 64 | LEHMAN BROTHERS REAL ESTATE PARTNERS III (TRS) LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27800 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 65 | LEHMAN BROTHERS REAL ESTATE PARTNERS III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27787 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 66 | LEHMAN BROTHERS REAL ESTATE PARTNERS III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27802 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 67 | LEHMAN BROTHERS REAL ESTATE PARTNERS, II L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28922 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $4,034,000.00* $4,034,000.00 | Unsecured | $4,034,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 68 | LEHMAN BROTHERS REAL ESTATE PARTNERS, II L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28923 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $4,034,000.00* $4,034,000.00 | Unsecured | $4,034,000.00* |
| 69 | LEHMAN BROTHERS REAL ESTATE PARTNERS, III L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28924 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $14,505,891.62* $14,505,891.62 | Unsecured | $14,505,891.62* |
| 70 | LEHMAN BROTHERS REAL ESTATE PARTNERS, III L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28925 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $14,505,891.62* $14,505,891.62 | Unsecured | $14,505,891.62* |
| 71 | LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28031 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 72 | LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. ATTN : JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28034 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 73 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27809 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 74 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27785 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 75 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 27801 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 76 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28030 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 77 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 28035 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| | | | | | TOTAL | $62,481,865.54 | TOTAL | $62,481,865.54 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|-------|--------|-------|--------|
| 1 | HSBC BANK PLC C/O MARTIN HOLCOMBE/ROSS MACKENZIE 8 CANADA SQUARE LONDON, E14 5HQ UNITED KINGDOM | 18218 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $2,910,446.00* | Unsecured | $2,910,446.00* |
| 2 | ITALEASE FINANCE S.P.A. C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN, 20123 ITALY | 28074 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $354,347.67 | Unsecured | $354,347.67 |
| 3 | ITALEASE FINANCE S.P.A. C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN, 20123 ITALY | 28075 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $354,347.67 | Unsecured | $354,347.67 |
| 4 | SHELL INTERNATIONAL EASTERN TRADING COMPANY ATTN: VINAY LAJMI 83 CLEMENCEAU AVENUE PO BOX 643, SINGAPORE 901243 SINGAPORE, 239920 SINGAPORE | 24182 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Secured | $6,150,724.24* | Unsecured | $6,150,724.24* |
| 5 | SHELL TRADING (US) COMPANY ATTN: JENNIFER M. GORE, ESQ. 909 FANNIN, PLAZA LEVEL I HOUSTON, TX 77010 | 15939 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Secured | $2,480,655.98 | Unsecured | $2,480,655.98 |
| 6 | SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) ATTN: HELENE HELLNERS S-106 40 STOCKHOLM, SWEDEN | 26481 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $933,570.00* Undetermined $933,570.00 | Unsecured | $933,570.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 187: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) ATTN: HELENE HELLNERS S-106 40 STOCKHOLM, SWEDEN | 26482 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured <br><br> Subtotal | $149,455.32* Undetermined <br><br> $149,455.32 | Unsecured | $149,455.32* |
| 8 | WESTLB AG ATTN: LEGAL DEPARTMENT 250 GREENWICH ST NEW YORK, NY 10007-2140 | 30100 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $15,358,249.49 | Unsecured | $15,358,249.49 |
| 9 | WISHENGRAD, CORY 299 RIVERSIDE DRIVE APARTMENT 2B NEW YORK, NY 10025 | 20183 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $21,315.00 | Unsecured | $21,315.00 |
| | | | | | TOTAL | $28,713,111.37 | TOTAL | $28,713,111.37 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit