# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| 1 | AMERICAN MUNICIPAL POWER, INC. F/K/A AMERICAN MUNICIPAL POWER-OHIO, INC. ATTN: MACK THOMPSON 1111 SCHROCK ROAD, SUITE 100 COLUMBUS, OH 43229 | 23541 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Secured Unsecured  Subtotal | Undetermined $4,110,530.74*  $4,110,530.74 | Unsecured | $4,110,530.74* |
| 2 | COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28928 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 3 | COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28929 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 4 | COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28934 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28935 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 6 | DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUSTEE AND CERTIFICATE TRUSTEE C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 18485 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 7 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18504 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| | | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| 8 | DEUTSCHE BANK NATIONAL TRUST COMPANY INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18505 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 9 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18508 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 10 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18472 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|-----------|--------|-------|--------|-------|--------|
| 11 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18473 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 12 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C. PEDONE AMANDA D. DARWIN NIXON PEABOND LLP BOSTON, MA 02110 | 18529 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 13 | DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO, CA 94105 | 17585 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $92,189,808.00* $92,189,808.00 | Unsecured | $92,189,808.00* |
| 14 | DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO, CA 94105 | 17586 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $92,189,808.00* $92,189,808.00 | Unsecured | $92,189,808.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 4 of 8

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | KAUPTHING BANK HF ATTN: THORUNN HELGA THORDARDOTTIR, LEGAL COUNSEL BORGARTUN 19 REYKJAVIK, ICELAND | 20249 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $3,485,908.80*<br><br>$3,485,908.80 | Unsecured | $3,485,908.80* |
| 16 | KAUPTHING BANK HF ATTN: THORUNN HELGA THORDARDOTTIR BORGARTUN 19 REYKJAVIK, ICELAND | 20250 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $3,485,908.80*<br><br>$3,485,908.80 | Unsecured | $3,485,908.80* |
| 17 | KAUPTHING BANK HF ATTN: THORUNN HELGA THORDARDOTTIR BORGARTUN 19 REYKJAVIK, ICELAND | 20251 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $2,855,053.19*<br><br>$2,855,053.19 | Unsecured | $2,855,053.19* |
| 18 | LBOREP III (CAN), L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28917 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 19 | LBREP III PP (CAN), L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28916 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | LBREP LAKESIDE SC MASTER I, LLC C/O LBPREP II, LP ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28845 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 21 | LBREP LAKESIDE SC MASTER, LLC C/O LBPREP II, LP ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28846 | 09/22/2009 | Lehman Commercial Paper Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 22 | OFFSHORE FUNDS III NONUS SPV,, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28918 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 23 | PP III NON-US SPV, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28915 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 24 | PP III US SPV, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28914 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28926 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 26 | RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28927 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 27 | RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28930 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 28 | RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28931 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|-----------|--------|-------|--------|-------|--------|
| 29 | RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28932 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 30 | RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL ESTATE PARTNERS III L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 28933 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 31 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 24640 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| 32 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 24641 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Unsecured | Undetermined |
| | | | | | TOTAL | $198,317,017.53 | TOTAL | $198,317,017.53 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                    Page 8 of 8
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK AG LONDON BRANCH TRANSFEROR: ELEKTRIZITATS-GESELLSCHAFT ATTN: JEFF OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK, NY 10005 | 24257 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Administrative Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined Undetermined $6,123,968.90*<br><br>$6,123,968.90 | Unsecured | $6,123,968.90* |
| 2 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: ELEKTRIZITATS-GESELLSCHAFT ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 24258 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined Undetermined $6,123,968.90*<br><br>$6,123,968.90 | Unsecured | $6,123,968.90* |
| 3 | DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL-MART LEASE BACKED COMMERICIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 1991-3 FIXED PASS-THROUGH RATE C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP BOSTON, MA 02110 | 18541 | 09/18/2009 | Lehman Commercial Paper Inc. | Secured | Undetermined | Unsecured | Undetermined |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES, SERIES 2006-8 C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP BOSTON, MA 02110 | 18540 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 5 | DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18482 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 6 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18491 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ NIXON PEABODY LLP BOSTON, MA 02110 | 18492 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 8 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18493 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 9 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18494 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18495 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 11 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-10 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18496 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 12 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18497 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-10 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18498 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 14 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18499 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 15 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18500 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|-----------|--------|-------|--------|-------|--------|
| 16 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET0 BOSTON, MA 02110 | 18501 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 17 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18502 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 18 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18503 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Secured | Undetermined | Unsecured | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-11 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18506 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 20 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-11 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18507 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 21 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS SUPPLEMENTAL INTEREST TRUST TRUSTEE RELATING TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET BACKED CERTIFICATES SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. BOSTON, MA 02110 | 18510 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS SUPPLEMENTAL INTEREST TRUST TRUSTEE RELATING TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. BOSTON, MA 02110 | 18512 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 23 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02705 | 18484 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 24 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF GEMSTONE CDO VI C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18523 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF GEMSTONE CDO VI C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 18524 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 26 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS,INC SERIES 2006-QO8 MORTGAGE ASSET - BACKED PASS THROUGH CERTIFICATES C/O RICHARD D. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. 100 SUMMER STREET BOSTON, MA 02110 | 65602 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Administrative Secured  Subtotal | Undetermined Undetermined  $0.00 | Unsecured | Undetermined |
| 27 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC., SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18474 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|--------|--------|-------|--------|
| 28 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18475 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 29 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18476 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18477 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 31 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18478 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02705 | 18479 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 33 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 18480 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 34 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF SERIES 2005-A, PRIVATE STUDENT LOAN ASSET-BACKED FLOATING RATE NOTES C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 18534 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF          . SERIES 2005-A, PRIVATE STUDENT LOAN ASSET BACKED FLOATING RATE NOTES C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 18533 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 36 | DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST SWAP TRUSTEE OF INDY MAC INDX MORTGAGE LOAD TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 18481 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 37 | GMAC MORTGAGE, LLC 1100 VIRGINIA DRIVE ATTN: JOSEPH PENSABENE FORT WASHINGTON, PA 19034 | 25913 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $1,605,532.67*  $1,605,532.67 | Unsecured | $1,605,532.67* |
| 38 | SHELL TRADING INTERNATIONAL LTD ATTN JEREMY HUTCHINSON / MIKE OAKLEY 80 STRAND LONDON, WC2R 0ZA UNITED KINGDOM | 26243 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Secured Unsecured  Subtotal | Undetermined Undetermined  $0.00 | Unsecured | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 186: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) ATTN: HELENE HELLNERS S-106 40 STOCKHOLM, SWEDEN | 26483 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured | Undetermined $432,275.25* | Unsecured | $432,275.25* |
| | | | | | Subtotal | $432,275.25 | | |
| 40 | SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) ATTN: HELENE HELLNERS S-106 40 STOCKHOLM, SWEDEN | 26485 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured | Undetermined $6,057,320.19* | Unsecured | $6,057,320.19* |
| | | | | | Subtotal | $6,057,320.19 | | |
| | | | | | TOTAL | $20,343,065.91 | TOTAL | $20,343,065.91 |

# EXHIBIT 3

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 186: EXHIBIT 3 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|-----------|--------|-------|--------|-------|--------|
| 1 | AIG MARKETS INC. FKA AIG CDS, INC C/O AIG GLOBAL INVESTMENT CORP. ATTN: ALAN STEWART 70 PINE STREET 13TH FLOOR NEW YORK, NY 10270 | 34194 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 2 | AIG MARKETS, INC. FKA AIG CDS INC C/O AIG GLOBAL INVESTMENT CORP ATTN: ALAN STEWART 70 PINE STREET, 13TH FLOOR NEW YORK, NY 10270 | 34198 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 3 | HOLLAND HOME C/O DAVID TIESENGA 2100 RAYBROOK STREET SE SUITE 300 GRAND RAPIDS, MI 49546 | 18238 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 4 | HOLLAND HOME C/O DAVID TIESENGA 2100 RAYBROOK STREET SE SUITE 300 GRAND RAPIDS, MI 49546 | 18239 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Unsecured | Undetermined |
| 5 | HOLLAND HOME C/O DAVID TIESENGA 2100 RAYBROOK STREET, S.E., SUITE 300 GRAND RAPIDS, MI 49546 | 18240 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Unsecured | Undetermined |
| | | | | | TOTAL | $0.00 | TOTAL | $0.00 |