EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: PNC Bank, National Association

**PNC Bank, National Association**, a national banking association, having offices located at 249 Fifth Avenue (Mail Stop P1-POPP-18-1), Pittsburgh, Pennsylvania 15222-2707 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., Case No. 08-13888, (and its affiliates) in the amount of $1,984,209.86, docketed as Claim No. 21353, which was subsequently reduced and allowed in the amount of $935,417.03 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28 day of November, 2011.

PNC BANK, NATIONAL ASSOCIATION

WITNESS:

_____
(Signature)

Name: Michael Wagner
Title: Trader
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Nathan Oakley
Title: Managing Director
Tel.: 412.762.6047

JP MORGAN CHASE BANK, N.A.

WITNESS:

_____
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

PNC (LBSF-LBHI) POC 21353 and 21355 $935M AOC(2)final.DOCX

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: PNC Bank, National Association

**PNC Bank, National Association**, a national banking association, having offices located at 249 Fifth Avenue (Mail Stop P1-POPP-18-1), Pittsburgh, Pennsylvania 15222-2707 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,984,209.86, docketed as Claim No. 21355, which was subsequently reduced and allowed in the amount of $935,417.03 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28 day of November, 2011.

PNC BANK, National Association

WITNESS:

(Signature)

By: Nathan C Oakley
(Signature of authorized corporate officer)

Name: Michael Wagner
Title: trader
(Print name and title of witness)

Name: Nathan Oakley
Title: Managing Director
Tel.: 412.762.6047

JPMORGAN CHASE BANK, N.A.

WITNESS:

(Signature)

By:
(Signature of authorized corporate officer)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.:

PNC (LBSF-LBHI) POC 21353 and 21355 $935M AOC(2)final.DOCX