# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| | NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 10082 | Lehman Brothers Holdings Inc. | 524908AA8 | Unsecured | $300,000,000.00* | Unsecured | $288,955,497.33 |
| | | | | 524908BF6 | Unsecured | $150,000,000.00* | Unsecured | $151,558,333.33 |
| | | | | 524908BQ2 | Unsecured | $250,000,000.00* | Unsecured | $222,934,630.00 |
| | | | | 524908CF5 | Unsecured | $400,000,000.00* | Unsecured | $318,756,465.69 |
| | | | | 524908CM0 | Unsecured | $1,000,000,000.00* | Unsecured | $696,306,720.94 |
| | | | | 524908LK4 | Unsecured | $57,800,000.00* | Unsecured | $47,881,319.91 |
| | | | | 524908R51 | Unsecured | $30,000,000.00* | Unsecured | $30,199,208.67 |
| | | | | 524908R69 | Unsecured | $70,000,000.00* | Unsecured | $70,464,820.22 |
| | | | | 524908R77 | Unsecured | $320,000,000.00* | Unsecured | $30,199,208.67 |
| | | | | 524908S27 | Unsecured | $465,000,000.00* | Unsecured | $468,067,067.67 |
| | | | | 524908SQ4 | Unsecured | $300,000,000.00* | Unsecured | $300,451,000.00 |
| | | | | 524908X21 | Unsecured | $100,000,000.00* | Unsecured | $100,235,888.89 |
| | | | | 524908X54 | Unsecured | $400,000,000.00* | Unsecured | $400,943,555.56 |
| | | | | 52517P2K6 | Unsecured | $2,750,000,000.00* | Unsecured | $2,509,557,031.07 |
| | | | | 52517P2L4 | Unsecured | $100,000,000.00* | Unsecured | $100,136,791.67 |
| | | | | 52517P2S9 | Unsecured | $35,000,000.00* | Unsecured | $35,542,500.00 |
| | | | | 52517P3M1 | Unsecured | $7,000,000.00* | Unsecured | $7,040,444.44 |
| | | | | 52517P3Y5 | Unsecured | $7,000,000.00* | Unsecured | $7,061,833.33 |
| | | | | 52517P4A6 | Unsecured | $8,000,000.00* | Unsecured | $8,074,666.67 |
| | | | | 52517P4C2 | Unsecured | $1,500,000,000.00* | Unsecured | $1,155,950,102.67 |
| | | | | 52517P4Z1 | Unsecured | $750,000,000.00* | Unsecured | $197,904,225.56 |
| | | | | 52517P5C1 | Unsecured | $220,000,000.00* | Unsecured | $221,372,863.56 |
| | | | | 52517P5D9 | Unsecured | $590,000,000.00* | Unsecured | $291,822,572.67 |
| | | | | 52517P5E7 | Unsecured | $250,000,000.00* | Unsecured | $231,450,599.78 |
| | | | | 52517P5X5 | Unsecured | $2,250,000,000.00* | Unsecured | $2,193,609,499.95 |
| | | | | 52517P5Y3 | Unsecured | $1,000,000,000.00* | Unsecured | $951,506,295.33 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 52517P6B2 | Unsecured | $5,000,000.00* | Unsecured | $5,148,500.00 |
| | | | 52517P7A3 | Unsecured | $16,405,000.00* | Unsecured | $14,000,723.98 |
| | | | 52517P7L9 | Unsecured | $15,000,000.00* | Unsecured | $15,390,937.50 |
| | | | 52517PA35 | Unsecured | $1,000,000,000.00* | Unsecured | $837,535,676.63 |
| | | | 52517PAE1 | Unsecured | $55,000,000.00* | Unsecured | $11,362,726.42 |
| | | | 52517PAZ4 | Unsecured | $50,000,000.00* | Unsecured | $50,670,833.33 |
| | | | 52517PB34 | Unsecured | $20,000,000.00* | Unsecured | $20,568,138.89 |
| | | | 52517PC33 | Unsecured | $200,000,000.00* | Unsecured | $203,869,888.89 |
| | | | 52517PC41 | Unsecured | $150,000,000.00* | Unsecured | $150,497,291.67 |
| | | | 52517PC58 | Unsecured | $600,000,000.00* | Unsecured | $563,828,515.51 |
| | | | 52517PD57 | Unsecured | $750,000,000.00* | Unsecured | $704,831,320.83 |
| | | | 52517PD65 | Unsecured | $975,000,000.00* | Unsecured | $811,305,663.18 |
| | | | 52517PE23 | Unsecured | $500,000,000.00* | Unsecured | $475,029,928.43 |
| | | | 52517PF63 | Unsecured | $1,000,000,000.00* | Unsecured | $979,343,836.71 |
| | | | 52517PF71 | Unsecured | $300,000,000.00* | Unsecured | $301,838,229.17 |
| | | | 52517PG21 | Unsecured | $1,000,000,000.00* | Unsecured | $871,182,624.61 |
| | | | 52517PG39 | Unsecured | $350,000,000.00* | Unsecured | $331,563,558.33 |
| | | | 52517PG96 | Unsecured | $550,000,000.00* | Unsecured | $511,098,766.67 |
| | | | 52517PH61 | Unsecured | $750,000,000.00* | Unsecured | $718,613,322.78 |
| | | | 52517PK59 | Unsecured | $800,000,000.00* | Unsecured | $790,128,562.50 |
| | | | 52517PK67 | Unsecured | $750,000,000.00* | Unsecured | $624,646,219.79 |
| | | | 52517PK83 | Unsecured | $950,000,000.00* | Unsecured | $854,158,369.02 |
| | | | 52517PL25 | Unsecured | $22,225,000.00* | Unsecured | $21,579,176.28 |
| | | | 52517PL33 | Unsecured | $925,000,000.00* | Unsecured | $877,053,697.00 |
| | | | 52517PL58 | Unsecured | $52,500,000.00* | Unsecured | $53,161,088.02 |
| | | | 52517PN98 | Unsecured | $1,350,000,000.00* | Unsecured | $1,094,839,746.62 |
| | | | 52517PNZ0 | Unsecured | $150,000,000.00* | Unsecured | $37,041,169.65 |
| | | | 52517PP21 | Unsecured | $150,000,000.00* | Unsecured | $149,918,289.19 |
| | | | 52517PP96 | Unsecured | $125,000,000.00* | Unsecured | $126,911,111.11 |
| | | | 52517PQ38 | Unsecured | $25,000,000.00* | Unsecured | $25,374,652.78 |
| | | | 52517PQ46 | Unsecured | $1,000,000,000.00* | Unsecured | $919,315,709.62 |
| | | | 52517PQ53 | Unsecured | $650,000,000.00* | Unsecured | $605,346,931.37 |
| | | | 52517PQ61 | Unsecured | $400,000,000.00* | Unsecured | $398,567,499.63 |
| | | | 52517PR52 | Unsecured | $12,000,000.00* | Unsecured | $12,081,272.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 52517PR60 | Unsecured | $1,500,000,000.00* | Unsecured | $1,313,758,746.19 |
| | | | 52517PR78 | Unsecured | $1,500,000,000.00* | Unsecured | $1,381,009,794.28 |
| | | | 52517PRF0 | Unsecured | $5,420,154.78* | Unsecured | $4,058,430.27 |
| | | | 52517PRH6 | Unsecured | $2,012,750.71* | Unsecured | $1,507,997.42 |
| | | | 52517PRX1 | Unsecured | $1,708,000.00* | Unsecured | $1,261,813.99 |
| | | | 52517PS69 | Unsecured | $25,000,000.00* | Unsecured | $22,378,555.56 |
| | | | 52517PSC6 | Unsecured | $1,500,000,000.00* | Unsecured | $1,370,602,808.59 |
| | | | 52517PSJ1 | Unsecured | $10,750,000.00* | Unsecured | $10,921,462.50 |
| | | | 52517PSL6 | Unsecured | $15,000,000.00* | Unsecured | $15,182,778.13 |
| | | | 52517PSZ5 | Unsecured | $360,000,000.00* | Unsecured | $334,311,179.17 |
| | | | 52517PV81 | Unsecured | $5,000,000.00* | Unsecured | $5,147,000.00 |
| | | | 52517PVM0 | Unsecured | $500,000,000.00* | Unsecured | $491,246,529.43 |
| | | | 52517PVU2 | Unsecured | $500,000,000.00* | Unsecured | $459,599,188.80 |
| | | | 52517PVV0 | Unsecured | $1,150,000,000.00* | Unsecured | $1,073,664,999.47 |
| | | | 52517PW23 | Unsecured | $30,000,000.00* | Unsecured | $30,455,000.00 |
| | | | 52517PW31 | Unsecured | $1,600,000,000.00* | Unsecured | $1,423,688,644.54 |
| | | | 52517PW49 | Unsecured | $250,000,000.00* | Unsecured | $204,149,884.86 |
| | | | 52517PW56 | Unsecured | $650,000,000.00* | Unsecured | $645,859,731.25 |
| | | | 52517PW64 | Unsecured | $2,000,000.00* | Unsecured | $2,013,545.42 |
| | | | 52517PXT3 | Unsecured | $500,000,000.00* | Unsecured | $467,983,685.42 |
| | | | 52517PXU0 | Unsecured | $600,000,000.00* | Unsecured | $530,132,623.79 |
| | | | 52517PYN5 | Unsecured | $1,100,000,000.00* | Unsecured | $1,019,889,810.33 |
| | | | 52517PZE4 | Unsecured | $30,000,000.00* | Unsecured | $30,044,031.33 |
| | | | 52517PZW4 | Unsecured | $15,000,000.00* | Unsecured | $15,022,765.67 |
| | | | 52517PZX2 | Unsecured | $15,000,000.00* | Unsecured | $15,023,599.00 |
| | | | 52519FAB7 | Unsecured | $2,317,000.00* | Unsecured | $2,291,508.33 |
| | | | 52519FAC5 | Unsecured | $3,692,000.00* | Unsecured | $3,416,871.33 |
| | | | 52519FAD3 | Unsecured | $5,518,000.00* | Unsecured | $5,365,707.75 |
| | | | 52519FAE1 | Unsecured | $7,270,000.00* | Unsecured | $6,792,110.00 |
| | | | 52519FAG6 | Unsecured | $1,451,000.00* | Unsecured | $1,457,227.21 |
| | | | 52519FAH4 | Unsecured | $5,391,000.00* | Unsecured | $4,967,664.58 |
| | | | 52519FAJ0 | Unsecured | $4,272,000.00* | Unsecured | $4,057,837.50 |
| | | | 52519FAK7 | Unsecured | $2,248,000.00* | Unsecured | $2,251,808.75 |
| | | | 52519FAL5 | Unsecured | $5,934,000.00* | Unsecured | $5,374,743.75 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 52519FAM3 | Unsecured | $13,150,000.00* | Unsecured | $12,322,219.17 |
| | | | 52519FAN1 | Unsecured | $5,251,000.00* | Unsecured | $4,880,663.04 |
| | | | 52519FAP6 | Unsecured | $5,596,000.00* | Unsecured | $5,033,967.08 |
| | | | 52519FAQ4 | Unsecured | $839,000.00* | Unsecured | $815,248.00 |
| | | | 52519FAR2 | Unsecured | $1,986,000.00* | Unsecured | $1,861,261.50 |
| | | | 52519FAS0 | Unsecured | $7,866,000.00* | Unsecured | $7,107,842.00 |
| | | | 52519FAT8 | Unsecured | $2,880,000.00* | Unsecured | $2,474,985.33 |
| | | | 52519FAU5 | Unsecured | $50,000,000.00* | Unsecured | $45,444,214.31 |
| | | | 52519FAV3 | Unsecured | $8,085,000.00* | Unsecured | $7,354,949.00 |
| | | | 52519FAW1 | Unsecured | $5,081,000.00* | Unsecured | $4,911,379.17 |
| | | | 52519FAX9 | Unsecured | $8,148,000.00* | Unsecured | $7,359,094.17 |
| | | | 52519FAZ4 | Unsecured | $11,153,000.00* | Unsecured | $10,169,397.08 |
| | | | 52519FBA8 | Unsecured | $10,129,000.00* | Unsecured | $8,981,979.58 |
| | | | 52519FBB6 | Unsecured | $6,194,000.00* | Unsecured | $5,495,408.81 |
| | | | 52519FBC4 | Unsecured | $6,310,000.00* | Unsecured | $5,383,224.00 |
| | | | 52519FBD2 | Unsecured | $4,399,000.00* | Unsecured | $3,843,684.62 |
| | | | 52519FBE0 | Unsecured | $10,412,000.00* | Unsecured | $8,678,525.52 |
| | | | 52519FBF7 | Unsecured | $3,954,000.00* | Unsecured | $3,201,541.39 |
| | | | 52519FBG5 | Unsecured | $25,000,000.00* | Unsecured | $23,592,311.11 |
| | | | 52519FBH3 | Unsecured | $8,546,000.00* | Unsecured | $6,695,646.53 |
| | | | 52519FBJ9 | Unsecured | $13,445,000.00* | Unsecured | $10,624,156.11 |
| | | | 52519FBK6 | Unsecured | $7,446,000.00* | Unsecured | $5,702,923.60 |
| | | | 52519FBL4 | Unsecured | $1,323,000.00* | Unsecured | $1,314,823.61 |
| | | | 52519FBM2 | Unsecured | $3,163,000.00* | Unsecured | $2,754,201.39 |
| | | | 52519FBN0 | Unsecured | $25,165,000.00* | Unsecured | $23,670,026.15 |
| | | | 52519FBP5 | Unsecured | $1,317,000.00* | Unsecured | $1,184,687.22 |
| | | | 52519FBS9 | Unsecured | $3,041,000.00* | Unsecured | $2,942,678.20 |
| | | | 52519FBT7 | Unsecured | $689,000.00* | Unsecured | $632,013.96 |
| | | | 52519FBU4 | Unsecured | $643,000.00* | Unsecured | $441,505.78 |
| | | | 52519FBV2 | Unsecured | $3,773,000.00* | Unsecured | $3,201,908.67 |
| | | | 52519FBW0 | Unsecured | $12,932,000.00* | Unsecured | $11,767,115.21 |
| | | | 52519FBX8 | Unsecured | $6,791,000.00* | Unsecured | $6,177,590.33 |
| | | | 52519FBY6 | Unsecured | $60,000,000.00* | Unsecured | $56,637,913.67 |
| | | | 52519FBZ3 | Unsecured | $2,217,000.00* | Unsecured | $2,074,480.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 22837-1    Filed 12/01/11    Entered 12/01/11 15:29:52    Exhibits
Pg 6 of 8

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 52519FCA7 | Unsecured | $6,826,000.00* | Unsecured | $5,993,870.69 |
| | | | 52519FCB5 | Unsecured | $57,687,000.00* | Unsecured | $54,342,445.50 |
| | | | 52519FCC3 | Unsecured | $11,039,000.00* | Unsecured | $9,919,586.67 |
| | | | 52519FCD1 | Unsecured | $5,000,000.00* | Unsecured | $4,063,736.22 |
| | | | 52519FCE9 | Unsecured | $12,178,000.00* | Unsecured | $10,516,825.56 |
| | | | 52519FCF6 | Unsecured | $6,337,000.00* | Unsecured | $5,313,572.25 |
| | | | 52519FCG4 | Unsecured | $5,000,000.00* | Unsecured | $4,130,558.83 |
| | | | 52519FCH2 | Unsecured | $13,982,000.00* | Unsecured | $11,744,290.21 |
| | | | 52519FCJ8 | Unsecured | $11,884,000.00* | Unsecured | $10,134,951.91 |
| | | | 52519FCK5 | Unsecured | $12,817,000.00* | Unsecured | $10,910,525.00 |
| | | | 52519FCL3 | Unsecured | $11,957,000.00* | Unsecured | $10,673,540.71 |
| | | | 52519FCM1 | Unsecured | $8,821,000.00* | Unsecured | $7,190,645.20 |
| | | | 52519FCN9 | Unsecured | $11,700,000.00* | Unsecured | $9,719,820.50 |
| | | | 52519FCP4 | Unsecured | $6,794,000.00* | Unsecured | $5,747,820.75 |
| | | | 52519FCQ2 | Unsecured | $11,489,000.00* | Unsecured | $10,133,082.13 |
| | | | 52519FCR0 | Unsecured | $100,000,000.00* | Unsecured | $96,502,527.50 |
| | | | 52519FCT6 | Unsecured | $9,793,000.00* | Unsecured | $8,618,509.30 |
| | | | 52519FCU3 | Unsecured | $12,276,000.00* | Unsecured | $11,179,362.00 |
| | | | 52519FCV1 | Unsecured | $23,537,000.00* | Unsecured | $21,929,274.89 |
| | | | 52519FCW9 | Unsecured | $2,082,000.00* | Unsecured | $1,911,125.02 |
| | | | 52519FCX7 | Unsecured | $25,000,000.00* | Unsecured | $23,479,552.50 |
| | | | 52519FCY5 | Unsecured | $32,852,000.00* | Unsecured | $30,989,587.50 |
| | | | 52519FCZ2 | Unsecured | $873,000.00* | Unsecured | $864,150.67 |
| | | | 52519FDA6 | Unsecured | $909,000.00* | Unsecured | $910,363.50 |
| | | | 52519FDB4 | Unsecured | $724,000.00* | Unsecured | $678,128.33 |
| | | | 52519FDC2 | Unsecured | $12,903,000.00* | Unsecured | $12,020,182.92 |
| | | | 52519FDD0 | Unsecured | $13,069,000.00* | Unsecured | $11,488,533.73 |
| | | | 52519FDE8 | Unsecured | $11,995,000.00* | Unsecured | $10,619,321.33 |
| | | | 52519FDF5 | Unsecured | $70,000.00* | Unsecured | $71,847.71 |
| | | | 52519FDG3 | Unsecured | $16,587,000.00* | Unsecured | $14,352,874.13 |
| | | | 52519FDH1 | Unsecured | $19,227,000.00* | Unsecured | $16,320,155.98 |
| | | | 52519FDJ7 | Unsecured | $23,878,000.00* | Unsecured | $21,340,233.37 |
| | | | 52519FDK4 | Unsecured | $20,000,000.00* | Unsecured | $17,629,674.56 |
| | | | 52519FDL2 | Unsecured | $10,000,000.00* | Unsecured | $9,177,554.75 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 52519FDM0 | Unsecured | $13,343,000.00* | Unsecured | $12,136,305.25 |
| | | | 52519FDN8 | Unsecured | $7,209,000.00* | Unsecured | $6,855,010.50 |
| | | | 52519FDP3 | Unsecured | $25,174,000.00* | Unsecured | $22,744,921.75 |
| | | | 52519FDQ1 | Unsecured | $15,000,000.00* | Unsecured | $14,013,462.22 |
| | | | 52519FDR9 | Unsecured | $2,592,000.00* | Unsecured | $2,475,524.52 |
| | | | 52519FDS7 | Unsecured | $15,000,000.00* | Unsecured | $13,932,001.56 |
| | | | 52519FDT5 | Unsecured | $6,903,000.00* | Unsecured | $6,424,043.96 |
| | | | 52519FDU2 | Unsecured | $7,920,000.00* | Unsecured | $7,158,246.67 |
| | | | 52519FDV0 | Unsecured | $6,372,000.00* | Unsecured | $5,936,060.00 |
| | | | 52519FDW8 | Unsecured | $11,106,000.00* | Unsecured | $9,635,185.20 |
| | | | 52519FDX6 | Unsecured | $11,028,000.00* | Unsecured | $9,992,845.20 |
| | | | 52519FDY4 | Unsecured | $14,451,000.00* | Unsecured | $12,466,878.63 |
| | | | 52519FDZ1 | Unsecured | $7,231,000.00* | Unsecured | $6,357,601.88 |
| | | | 52519FEA5 | Unsecured | $11,101,000.00* | Unsecured | $9,722,048.34 |
| | | | 52519FEB3 | Unsecured | $10,967,000.00* | Unsecured | $9,834,078.92 |
| | | | 52519FEC1 | Unsecured | $11,474,000.00* | Unsecured | $10,432,871.10 |
| | | | 52519FED9 | Unsecured | $18,761,000.00* | Unsecured | $17,523,282.56 |
| | | | 52519FEE7 | Unsecured | $3,589,000.00* | Unsecured | $3,267,712.80 |
| | | | 52519FEF4 | Unsecured | $7,130,000.00* | Unsecured | $6,475,646.91 |
| | | | 52519FEG2 | Unsecured | $6,422,000.00* | Unsecured | $6,343,305.89 |
| | | | 52519FEH0 | Unsecured | $10,000,000.00* | Unsecured | $18,912,348.00 |
| | | | 52519FEJ6 | Unsecured | $35,000,000.00* | Unsecured | $33,910,272.00 |
| | | | 52519FEK3 | Unsecured | $748,000.00* | Unsecured | $700,792.00 |
| | | | 52519FEL1 | Unsecured | $18,326,000.00* | Unsecured | $17,736,111.40 |
| | | | 52519FEM9 | Unsecured | $610,000.00* | Unsecured | $610,635.42 |
| | | | 52519FEN7 | Unsecured | $10,000,000.00* | Unsecured | $9,926,296.00 |
| | | | 52519FEP2 | Unsecured | $9,830,000.00* | Unsecured | $9,777,657.57 |
| | | | 52519FEQ0 | Unsecured | $6,735,000.00* | Unsecured | $6,590,473.45 |
| | | | 52519FER8 | Unsecured | $10,084,000.00* | Unsecured | $9,815,267.15 |
| | | | 52519FES6 | Unsecured | $7,593,000.00* | Unsecured | $7,450,241.16 |
| | | | 52519FET4 | Unsecured | $7,359,000.00* | Unsecured | $7,591,523.96 |
| | | | 52519FEU1 | Unsecured | $34,012,000.00* | Unsecured | $35,056,138.44 |
| | | | 52519FEV9 | Unsecured | $14,000,000.00* | Unsecured | $14,383,288.89 |
| | | | 52519FEW7 | Unsecured | $14,635,000.00* | Unsecured | $15,023,437.29 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 52519FEX5 | Unsecured | $41,249,000.00* | Unsecured | $42,291,683.06 |
| | | | 52519FEY3 | Unsecured | $1,178,000.00* | Unsecured | $1,185,730.63 |
| | | | 52519FEZ0 | Unsecured | $2,989,000.00* | Unsecured | $3,053,761.67 |
| | | | 52519FFA4 | Unsecured | $3,992,000.00* | Unsecured | $4,076,580.50 |
| | | | 52519FFB2 | Unsecured | $14,311,000.00* | Unsecured | $14,410,344.36 |
| | | | 52519FFC0 | Unsecured | $24,643,000.00* | Unsecured | $24,800,149.83 |
| | | | 52519FFD8 | Unsecured | $35,909,000.00* | Unsecured | $36,123,842.33 |
| | | | 52519FFE6 | Unsecured | $43,895,000.00* | Unsecured | $43,998,437.50 |
| | | | 52519FFF3 | Unsecured | $21,829,000.00* | Unsecured | $21,949,059.50 |
| | | | 52519FFG1 | Unsecured | $27,564,000.00* | Unsecured | $27,643,944.79 |
| | | | 52519FFH9 | Unsecured | $10,623,000.00* | Unsecured | $10,640,262.38 |
| | | | 52519FFJ5 | Unsecured | $10,438,000.00* | Unsecured | $10,470,038.86 |
| | | | 52519FFK2 | Unsecured | $6,151,000.00* | Unsecured | $6,155,613.25 |
| | | | 52519FFL0 | Unsecured | $2,675,000.00* | Unsecured | $2,749,379.86 |
| | | | 52519FFM8 | Unsecured | $7,876,000.00* | Unsecured | $8,091,714.89 |
| | | | 52519FFN6 | Unsecured | $7,482,000.00* | Unsecured | $7,679,057.18 |
| | | | 52519FFP1 | Unsecured | $648,000.00* | Unsecured | $657,657.00 |
| | | | 52520WDF5 | Unsecured | $175,000,000.00* | Unsecured | $175,310,552.67 |
| | | | 52520WDK4 | Unsecured | $272,200,000.00* | Unsecured | $97,372,489.82 |
| | | | 5252M0AR8 | Unsecured | $19,000,000.00* | Unsecured | $19,284,472.22 |
| | | | 5252M0AT4 | Unsecured | $7,000,000.00* | Unsecured | $7,085,236.81 |
| | | | 5252M0AV9 | Unsecured | $38,000,000.00* | Unsecured | $5,360,009.84 |
| | | | 5252M0BZ9 | Unsecured | $4,000,000,000.00* | Unsecured | $3,418,022,031.25 |
| | | | 5252M0CB1 | Unsecured | $42,000,000.00* | Unsecured | $42,302,166.67 |
| | | | 5252M0CW5 | Unsecured | $9,000,000.00* | Unsecured | $9,066,914.44 |
| | | | 5252M0DE4 | Unsecured | $5,000,000.00* | Unsecured | $5,036,944.44 |
| | | | 5252M0DY0 | Unsecured | $300,000,000.00* | Unsecured | $301,673,768.25 |
| | | | 5252M0EJ2 | Unsecured | $3,000,000.00* | Unsecured | $3,011,833.33 |
| | | | 5252M0FD4 | Unsecured | $2,500,000,000.00* | Unsecured | $2,188,282,002.66 |
| | | | 82087KAG4 | Unsecured | $26,000,000.00* | Unsecured | $15,952,411.90 |
| | | | | Subtotal | $49,780,480,905.49* | Subtotal | $43,830,978,612.84 |
| | | | | TOTAL | $49,780,480,905.49 | TOTAL | $43,830,978,612.84 |

\* - Indicates claim contains unliquidated and/or undetermined amounts