ALSTON & BIRD LLP
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Gerhard Schuetz*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

## NOTICE OF CHANGE OF NAME FOR PROOF OF CLAIM NO. 43578

PLEASE TAKE NOTICE that creditor Brigitte Schuetz has predeceased her husband, co-creditor Gerhard Schuetz.  Accordingly, all notices, correspondence, or payments related to Proof of Claim No. 43578 filed against Lehman Brothers Holdings Inc. on or about October 22, 2009, on behalf of Gerhard and Brigitte Schuetz, should be sent to both:

> Ing. Gerhard Schuetz        Alston & Bird LLP
> Wolkersdorfer Str. 15       Attn: Karl Geercken
> 2122 Ulrichskirchen         90 Park Avenue
> Austria                     New York, New York 10016
>                             rnwbank-lehman@alston.com

Gerhard Schuetz respectfully requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

LEGAL02/32998292v1

- 2 -

Dated: December 1, 2011          Respectfully submitted,

ALSTON & BIRD LLP

By:    /s/ William S. Sugden
       William S. Sugden, Esq.
       1201 West Peachtree Street
       Atlanta, Georgia 30309
       Telephone: (404) 881-7000
       Fax: (404) 881-7777

*Counsel for Gerhard Schuetz*

LEGAL02/32998292v1