**VINSON & ELKINS LLP**
Dov Kleiner (BK 4600)
Ari M. Berman (AB 4928)
666 5th Avenue
New York, New York 10103
Telephone: (212) 237-0000
Facsimile: (212) 237-0010
Attorneys for Shinsei Bank, Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PRELIMINARY OBJECTION OF SHINSEI BANK, LIMITED TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE

Shinsei Bank, Limited ("Shinsei"), by its attorneys, Vinson & Elkins LLP, hereby

withdraws the Preliminary Objection of Shinsei Bank, Limited to Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of

the Bankruptcy Code [Docket No. 20960].

Dated: New York, New York
      December 1, 2011

Respectfully Submitted,
Vinson & Elkins LLP


*/s/* Dov Kleiner       
VINSON & ELKINS LLP
666 5th Avenue
New York, New York 10103
Telephone: (212) 237-0000
Facsimile: (212) 237-0010
Dov Kleiner
Ari M. Berman

Attorneys for Shinsei Bank,
Limited