**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    **Ref. Docket Nos. 22683-22688**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 28, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims," dated November 28, 2011 [Docket No. 22683], (the "213th Omni NOA"),

    b.  "Notice of Adjournment of Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims," dated November 28, 2011 [Docket No. 22684], (the "214th Omni NOA"),

    c.  "Notice of Adjournment of Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims," dated November 28, 2011 [Docket No. 22685], (the "215th Omni NOA"),

    d.  "Notice of Adjournment of Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims," dated November 28, 2011 [Docket No. 22686], (the "216th Omni NOA"),

    e.  "Notice of Adjournment of Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims," dated November 28, 2011 [Docket No. 22687], (the "217th Omni NOA"),

    f.  "Notice of Adjournment of Debtors' Two Hundred Eighteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims," dated November 28, 2011 [Docket No. 22688], (the "218th Omni NOA"),

by causing true and correct copies of the:

     i.   213th Omni NOA, 214th Omni NOA, 215th Omni NOA, 216th Omni NOA, 217th Omni NOA and 218th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

     ii.   213th Omni NOA, 214th Omni NOA, 215th Omni NOA, 216th Omni NOA, 217th Omni NOA and 218th Omni NOA, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

     iii.   213th Omni NOA, 214th Omni NOA, 215th Omni NOA, 216th Omni NOA, 217th Omni NOA and 218th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

     iv.   213th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

     v.   214th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

     vi.   215th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

     vii.   216th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

     viii.   217th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>, and

     ix.   218th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit I</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
1st day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

**_Email Addresses_**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com

bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com

drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com

glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com

MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mschlesinger@julienandschlesinger.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com

phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrainguiterrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com

russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com

wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| BANCO PASTOR | ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA CANTON PEQUENO N.1, 6 PLANTA A CORUNA 15003 SPAIN |
| BANQUE POPULAIRE COTE D'AZUR | SPORTING D'HIVER - PLACE DU CASINO MONTE-CARLO 98000 MONACO |
| BARNUEVO VIGIL DE QUINONES, MARIA PILAR | ORENSE, 5 MADRID 28020 SPAIN |
| BITKID B.V. | A VAN WOENSEL SINCLAIR LEWISPLAATS 7F ROTTERDAM 3068 EN NETHERLANDS |
| COLE, FRANK | KROMVENDREEF 52 SCHOTEN B-2900 BELGIUM |
| DIEZ EZCURRA, CLARA | CARLOS VII, 7 - 4 0 IZDA PORTUGALETE - VIZCAYA 48920 SPAIN |
| DOTSON INVESTMENTS LTD | BES SFE-ES-AV MIGUEL DANTAS - EDIFICIO STATUS VALENCA DO MINHO 4930-678 PORTUGAL |
| FORLER, CHANTAL CATHERINE | 2701 EVELINA HIRANANDANI ESTATE THANE WEST 400607 INDIA |
| GESTION PARTICIPATIVA XXI, S.L. | ESCALMENDI, 3 VITORIA 01013 SPAIN |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | CL. BETIS 1, 4-C SEVILLE 41010 SPAIN |
| HALEBY, HENRY MANZANO | CURICO 18 OFICINA 501 SANTIAGO CHILE |
| HEINZ-JOACHIN, ELBE | HANS-BOHM-ZEILE 32 BERLIN 14165 GERMANY |
| INTERNATIONAL DOMESTIC BALANCED FUND | 7-9 KIFISIAS AV. AND 2 NEAPOLEOS STR. MAROUSI ATHENS 15123 GREECE |
| JIMENEZ CASADO, MARIA DEL CARMEN | C/ ONA, 183 - 5 2 MADRID 28050 SPAIN |
| JIMENEZ CASADO, SANTIAGO | C/ MALDONADO, 56 - 4 C MADRID 28006 SPAIN |
| LECUE SALCEDO, JOSE | BARO CASERIO LARRAZABAL, 3-1 DRCHA BILBAO - VIZCAYA 48007 SPAIN |
| LEISSE, FRITZ | HUETTEBRAUCK 13 WINTERBERG 59955 GERMANY |
| LEISSE, JOHANNA | GOETHE STRASSE 16 WINTERBERG 59955 GERMANY |
| MARTINEZ, ENRIQUE VILLAGRASA | SINIA MORERA, 10 1 1A SITGES (BARCELONA) 08870 SPAIN |
| MATEOS ESCUDERO, MARIA AGUEDA | AVDA JOSE MESA Y LOPEZ 15, 5 E E-35006 LAS PALMAS DE GRAN CANARIA CANARY ISLANDS SPAIN |
| PEREZ GARCIA, BLAS | C/AGUERE 13 - 8 A EDF TORRE CRISTAL II S/C DE TENERIFE 38005 SPAIN |
| RIBEIRO VAZ, LUIS MIGUEL SILVEIRA | HERDADE MATA DUQUE LT 51 CCI 119 SANTO ESTEVAO BENAVENTE 2130-124 PORTUGAL |
| STANKOWEIT, MARIUS | SENTRUPER HOHE 10 MUNSTER 48149 GERMANY |
| STANKOWEIT, PHILIP | SENTRUPER HOHE 10 MUNSTER 48149 GERMANY |
| YARNOZ DIEZ, ISABEL MARIA | CARLOS VII, 7 - 4 0 IZDA PORTUGALETE - VIZCAYA 48920 SPAIN |
| ZEELAND INTERNATIONAL LIMITED | 10-1 BAMBOO ROAD 2ND HSINCHU, TAIWAN 30079 |

**Total Creditor count  26**

**NOA_Omni 213 Add**

Fernando Martin Anchorena
Corrientes 1528, Martinez, Pcia. de Buenos Aires, CP 1640, Argentina.

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ADVENTIST UNION LIMITED | 798 THOMSON ROAD SINGAPORE 298186 SINGAPORE |
| BANCO SANTANDER INTERNATIONAL AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | ATTN: LEGAL DEPARTMENT 1401 BRICKWELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANK OF EAST ASIA LTD, THE; AS NOMINEE | FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANK OF EAST ASIA LTD, THE; AS NOMINEE | FOR A/C LUNG WING MAN VIRGINIA 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANQUE POPULAIRE COTE D'AZUR | SPORTING D'HIVER - PLACE DU CASINO MONTE-CARLO 98000 MONACO |
| BEMO SAL | C/O SAMIH SAADEH BANQUE BEMO SAL IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ PO BOX 11-7048 BEYROUTH LEBANON |
| BESSIO, MIRTA | BERUTI 2485- PISO 14 BUENOS AIRES CP 1117 ARGENTINA |
| BIROL, ATIL | MIMAR SINAN MAH 1400 SOKAK NO=11 D=30 GOKTASI APT KONAK 1ZMIR TURKEY |
| BLOOMINGDALE'S INT VENT LTD. | MERRILL LYNCH BANK & TRUST COMPANY (CAYMAN) LTD. 4TH FLOOR HARBOR CENTER NORTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BORRINO, ALBERTO M. | 402-1416 HARWOOD STREET VANCOUVER BC V6G JX5 CANADA |
| BUOYANT HILL CORPORATION | 242 KWAI SHUI ST 6/F TAIPEI, TAIWAN TAIWAN, PROVINCE OF CHINA |
| CHAN, PETER AND ROSE | 4B GREENVIEW GARDENS 125 ROBINSON ROAD HONG KONG |
| CHEN, ROSA TE | HANGCHOW SOUTH RD, SEC 1, LANE 18 NO. 13, 1F TAIPEI, TAIWAN TAIWAN, PROVINCE OF CHINA |
| CHINA UNIQUE HOLDINGS LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| CHIPHAR CORPORATION | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| DARYANI, PARASRAM/ NEELAM P DARYANI/ | VIKAS P DARYANI/ NIKESH P DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DARYANI, VIKAS PARASRAM/ | NEELAM PARASRAM DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DE BAEREMAECKER, CAROLINA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| FUNG, GRACE SIN YU | FLAT B, 24/F, BLOCK 7, CAVENDISH HEIGHTS 33 PERKINS ROAD, JARDINE'S LOOKOUT HONG KONG |
| GARCIA PASTORI, SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| IP LAM SANG & TSE SIU MUI | BLOCK 5C 11/F PHOENIX COURT 39 KENNEDY ROAD HONG KONG |
| JAIN, RAJIV & RIPPAN | 10 JALAN BESAR B1-39, SIM LIM TOWER SINGAPORE 208787 SINGAPORE |
| KADER, SAMIR AMR MOHAMED ZAKI ABDEL | 19 ISMAIL MOHAMED STR. ZAMALEK CAIRO EGYPT |
| KRAEMER, WILHELM | FINTHER ZANDSTRASSE 89 MAINZ D-55124 GERMANY |
| KWOK, YUEN SUM & MA, MICHAEL LEUNG WU | 7C MARINE VIEW DISCOVERY BAY LANTAU ISLAND N.T. HONG KONG |
| LEE, TSU-SHIU AND LEE, YEN SHU MEEI | NO. 198-2 HSIN LOG ST KAOSHIUNG, TAIWAN TAIWAN, PROVINCE OF CHINA |
| LIN WEN YEN AND LIN-CHOU CHIANG HUA | C/O WING SANG CHEONG LTD 56 KA YIP STREET HONG KONG |
| LINUESA SANCHEZ, ANDRES | MA DOLORES CATALAN SANAHUJA CAMPRODON, 15-17 1-1 SANTA COLOMA GRAMANET BARCELONA 08922 SPAIN |
| LLOVET GARCIA, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA DOLORES | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA ISABEL | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET RUBIO, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LUMINANCE VENTURES LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| MATRIX CONTROL | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| MICHELINI, MARGARITA | BOLSA DE VALORES RINCON 454 PLANTA BAJA MONTEVIDEO URUGUAY |
| MIDDLE EAST SHIPPING | AGENCIES OVERSEAS LTD 19 MILTIADOU STR GLYFADA 16675 GREECE |
| MM2275 CO. LTD. | 39 AGUSAN CIRCLE ST. INSULAR VILLAGE 1, LANANG DAVAD CITY 8000 PHILIPPINES |

| Claim Name | Address Information |
|---|---|
| NEMOY, DANIEL | OBLIGADO 1113 MONTEVIDEO URUGUAY |
| OCCHIONE, LIONEL DARDO | PASATE BOLLINI 2281 CABA BUENOS AIRES 1425 ARGENTINA |
| PINKY LIMITED | PO BOX N-1576 NASSAU BAHAMAS |
| PO WAN LUK, KIT CHE FAN, KITTY KIT TAK FAN, | AND A CHEUNG FAN KIT LING 24C, BLOCK 19 555 VICTORIA ROAD POKFULAM HONG KONG |
| PRIMAX INTERNATIONAL INVESTMENTS LTD. | RM-1725, 17/FL, STAR HOUSE, 3 SALISBURY ROAD TSIM SHA TSUI, KOWLOON HONG KONG |
| RIDGECREST HOLDINGS LTD | P.O. BOX 31106 GRAND CAYMAN, KYI 1205 CAYMAN ISLANDS |
| ROLDOS, JORGE | GREGORIO SUAREZ 2726 MONTEVIDEO URUGUAY |
| ROLDOS, MARGARITA | RBLA. REPUBLICA DEL PERU 1483 PISO 3 MONTEVIDEO URUGUAY |
| SAUER, KLAUS PETER | 1 ALLEE L'OPIO VILLENEUVE-LOUBET 06270 FRANCE |
| SCHIARITI, EDUARDO RAFAEL | AVDA. RIVADAVIA 6346 PISO 2 A CP 1406 BUENOS AIRES ARGENTINA |
| SHYH-AN SU AND SHIOW-CHIN SU LUO | 11F-2, NO. 93, SEC 1, SINHAI ROAD DA-AN DISTRICT TAIPEI CITY, TAIWAN 106 TAIWAN, PROVINCE OF CHINA |
| SUGIARTO, BAMBANG/ LAU HA CHUN | FLAT A 15TH FLOOR STARLIGHT GARDEN 2-14 ELECTRIC ST WANCHAI HONG KONG |
| SURPLUS LINK LIMITED | ROOM 1705-8, 17/F, ST. GEORGE'S BUILDING 2 ICE HOUSE STREET CENTRAL HONG KONG |
| SUWANG-SUN CO LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| TACTICS LIMITED | FLAT 8B, BLOCK 8, BEVERLY VILLAS 16 LA SALLE ROAD KOWLOON HONG KONG |
| TAN, CARIDAD & ALLEN ANTONIO | 2064 LUMBANG ST., CORNER CALUMPANG ST. DASMARINAS VILLAGE MAKAT PHILIPPINES |
| TU, CHARLES AND PATTY | 2362 42ND AVENUE SAN FRANCISCO CA 94116 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| WANG, TSAI HSIANG | 3F, NO.6, LANE 153 SONGREN ROAD SINYI DISTRICT TAIPEI CITY, TAIWAN 110 TAIWAN, PROVINCE OF CHINA |
| WING LUNG BANK LIMITED | ATTN: WMC 2/F WING LUNG BANK BLDG. 45 DES VOEUX RD. CENTRAL HONG KONG HONG KONG |
| WONG HUNG YING | 10E TOWER 11 PARC OASIS YAU YAT CHUEN KOWLOON HONG KONG |
| YETTI LTD. | C/O MERRILL LYNCH INT'L BANK ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |

**Total Creditor count  62**

**NOA_Omni 214 Add**

Lung Tak Chung J, Tong Yuk Kwan
35/F. BEA Tower, Millennum City 5, CYD Depart
KWUN TONG, Hong Kong

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ALMADA GONZALEZ, ERNESTO JAVIER & | ANA MARIA GOMEZ MUNDO AV LAS PALMAS N 100 CASA 81, COL SANTA FE ZAPOPAN JALISCO C.P. 45110 MEXICO |
| BANCO ITAU EUROPA LUXEMBOURG S.A | 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG L-2227 LUXEMBOURG |
| BANCO ITAU EUROPA LUXEMBOURG S.A | AZAM H. AZIZ SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANCO PASTOR, S.A. | ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BOULEVARD SUITE 1620 MIAMI FL 33131 |
| BLASCO MARTIN, GREGORIO & | MARTINEZ GARCIA, NATIVIDAD CL MARQUES DE LOZOYA 13,  4-A MADRID 28007 SPAIN |
| BLASCO MARTIN, GREGORIO & | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA 2"A" MADRID 28046 SPAIN |
| BRICENO VARGAS ANTONIO & | DE LAR DE BRICENO, PATRICIA CALLE 38 18B X 9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN CP 97120 MEXICO |
| CALZADA REBOLLEDO, ROSA MARIA & SHARPE CALZADA, | CLAUDIA ELENA BEETHOVEN 111 COL LEON MODERNO LEON GUANJUATO 37480 MEXICO |
| CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ | 220 ANTONIO ALZATE FRACC HIDALGO LEON GUANAJUATO 37220 MEXICO |
| CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA | 308 MONTANA, JARDINES DEL MORAL LEON GUANAJUATO 37160 MEXICO |
| CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ | CANADA 105-A COL.JARDIN DEL MORAL LEON GTO 37160 MEXICO |
| CAMARENA PADILLA, SOCORRO & MA DE LA LUZ | BLVD CAMPESTRE 1102 COL VALLE DEL CAMPESTRE LEON GTO 37150 MEXICO |
| CASTANEDA SAN ROMAN, HERMINIA & SILVA HERMINIA | RAMIREZ CASTANEDA PLATEROS # 102, COL. CARRETAS QUERETARO QRO 76050 MEXICO |
| CASTELLANOS RAMIREZ, HECTOR | LILLIAN FRANK DE CASTELLANOS AND HECTOR MANUEL CASTELLANOS EFRAIN GONZALES LUNA 2565 COL ARCOS GUADALAJARA JAL 44100 MEXICO |
| DAVID JESUS ALPIZAR CARRILLO & | MARISSA NAVARRETE SIERRA CALLE 3 # 380X8Y8B COL.LA GUERRERO MERIDA, YUC. 97118 MEXICO |
| DIAZ CLARK, MONICA | 941 ORANGE AVE # 403 CORONADO CA 92118 |
| DUARTE, ALEJANDRO DIEGO | C/O BNP PARIBAS ATTN: EDUARDO ANDRADE 201 S. BISCAYNE BLVD. SUITE 1800 MIAMI FL 33131 |
| FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA | ARCIGA 34COL CENTRO PATZCUARO MICH 61600 MEXICO |
| FRANCISCO D'LUNA CANTON, JOSE/ | LILIANA ASCENCIO DE LUNA VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA BC-22830 MEXICO |
| GALLEGO, JAIME HERNANDEZ & | TERCERO, REGINA HERNANDEZ ARROYO CH. 708-122 COL. ALAMEDA CELAYA GUANAJUATO 38050 MEXICO |
| GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO | CALLE 31 DE MARZO NRO 105 COL. CENTRO LAGOS DE MORENO, JALISCO 47400 MEXICO |
| GONZALEZ ENRIQUE, ALICIA AND | GARCIA GONZALEZ, RUBEN OLIMPO 106 COL LA MARTINICA LEON GUANAJUATO 37500 MEXICO |
| GONZALEZ, GEORGINA MARGARITA | CALLE DEL CRESTON # 1542 SECC. JARDINES PLAYAS DE TIJUANA BC CP 22206 MEXICO |
| GUZMAN ALDANA, ESTHELA M | PROL COLON #1605 JARDINES DE LA ASUNCION AGUASCALIENTES, AGS 20270 MEXICO |
| JABBOUR, LAMITA | VILLA JABBOUR, TALLET SROUR ZONE ROUGE N 78 NACCACHE LEBANON |
| JABBOUR, LAMITA | ME GREGORY J CONNOR 100 RUE DU RHONE GENEVA 1204 SWITZERLAND |
| JANUS SYSTEMS S A | INTL TECNOPARK OF PANAMA BLDG 218, APT 10701 EL DORADO CITY OF KNOWLEDGE PANAMA |
| JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | ARCIGA 34 COL CENTRO PATZCUARO MICHOACAN 61600 MEXICO |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | MR.NABIH ZAKI MIKHAEL 20, RAMSES STREET HELIOPOLIS, CAIRO EGYPT |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | KRISHNA KRIPA INC. SALDUBA BUILDING 3RD FLOOR, EAST 53 STREET OBARRIO URBANIZATION PANAMA CITY PANAMA |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON | WALIBI FINANCIAL HOLDINGS 7 RUE DU RHONE GENEVA 1204 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| BEHALF OF: | WALIBI FINANCIAL HOLDINGS 7 RUE DU RHONE GENEVA 1204 SWITZERLAND |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | RICAZA INVESTMENTS LTD. RG HODGE PLAZA, 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH) |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | EVER BLESSED HOLDING INV ROAD TOWN PASEA ESTATE TORTOLA VIRGIN ISLANDS (BRITISH) |
| LUNA, JOSE RICARDO ALCALA AND | ANA MARIA OCAMPO FLORES CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN, JALISCO 45082 MEXICO |
| OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES | TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN 58090 MEXICO |
| OCTAVIO VELASCO, MARGARITA AND SEVILLA | EFRAIN GONZALES LUNA 2565 COLONIA ARCOS GUADALAJARA, JAL 44100 MEXICO |
| OROZCO COVARRUBIAS, FRANCISCO | CIRCUNVALACION NTE #129 COL NORTE AGUASCALIENTES AGS 20020 MEXICO |
| PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, | JOSE MA DE LOS ANGELES OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO 38010 MEXICO |
| PRECIAT DE MENENDEZ, ANA MARIA | CALLE 6 NO.59 X 21 PRIVADA REAL MONTECRISTO MERIDA, YUCATAN 97133 MEXICO |
| SAEZ JORGE, CONCEPCION | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA, 2"A" MADRID 28046 SPAIN |
| SAEZ JORGE, CONCEPCION | C/HUERTA SACEDILLA, 2 CHALET 23 MAJADAHONDA MADRID 28220 SPAIN |
| SALAME, SOAUD | C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK NY 10019 |
| SANTOS GRADIM, JOAQUIM ARMINDO | SADOR, INC 60 MARKET SQUARE PO BOX 364 BELIZE |
| SANTOS GRADIM, JOAQUIM ARMINDO | RUA PARRINHO, 365 SAO JOAO DA MADEIRA 3700-217 PORTUGAL |
| TAHRA HOLDINGS INC | 3 MILTIADOU STR GLYFADA ATHENS 16675 GREECE |
| TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA | CALLE ALGARROBO #23 CLUB DE GOLF LA CEIBA MERIDA YUCATAN 97000 MEXICO |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN JAL 45100 MEXICO |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO ATLAS COLOMOS #3000 INT 88 ATLAS COLOMOS ZAPOPAN JALISCO 45118 MEXICO |

**Total Creditor count  50**

**EXHIBIT G**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF VALLETTA P.L.C. | C/O DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| BANQUE PRIVEE | EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE 1204 SWITZERLAND |
| BANQUE SAFDIE SA | ATTN: MICHEL KISFALVDY 1, RUE DE LA TOUR-DE-L'ILE PO BOX 5415-1211 GENEVA 11 1204 SWITZERLAND |
| BANQUE SAFDIE SA | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH | CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | OMNAMO NARAYANAYA HOLDINGS LTD RH HODGE PLAZA , 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH) |
| S. FEIJ | HOGE BARAKKEN 7D MAASTRICHT 6221 GM NETHERLANDS |

**Total Creditor count  8**

**NOA_Omni 216 Adds**

Counsel to the Daryanis (Claim no. 59233):
David R. Hurst, Esq.
Young Conaway Stargatt & Taylor, LLP
1270 Avenue of the Americas
Suite 2210
New York, NY 10020

Counsel to Wong Chin Pang
Tally M. Wiener
Law Offices of Tally M. Wiener, Esq.
119 West 72nd Street, PMB 350
New York, NY 10023

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CLARIDEN LEU LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEKA INVESTMENT GMBH, ON BEHALF OF: | FUNDMASTER RRVRENT-FONDS MAINZER LANDSTRASSE 16 FRANKFURT 60325 GERMANY |
| DEKA INVESTMENT GMBH, ON BEHALF OF: | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| RIC-OMIGSA GLOBAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019 |

**Total Creditor count  8**

# EXHIBIT I

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| RESTELLI, STEPHEN C. | 26 POND ST. BARRE VT 05641 |

**Total Creditor count  1**