VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Carollynn H.G. Callari
Michael K. Madden

*Counsel For Danske Bank A/S*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.,*          Chapter 11
                                                  Case No. 08-13555 (JMP)
        Debtors.                                  (Jointly Administered)

**STATEMENT IN SUPPORT OF CONFIRMATION AND CONSUMMATION OF
DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN
HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

Danske Bank A/S ("Danske"), by and through its attorneys, files this statement in support of confirmation and consummation of Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as the same may have been amended, the "Plan") [Docket 19627], filed by Lehman Brothers Holdings Inc. and its affiliated Debtors ("Debtors") on August 31, 2011.

1.  On October 26, 2011, Danske entered into a Plan Support Agreement with the Debtors (the "PSA").

76095

2. The PSA provides that, subject to the terms of the PSA, Danske shall support the confirmation and consummation of the Plan.

3. Danske supports the confirmation and consummation of the Plan, and files this Statement pursuant to Section 1.02 of the PSA.

4. Danske reserves all of its respective rights under the PSA.

Dated: New York, New York
December 1, 2011

Respectfully submitted,

VENABLE LLP

By: /s/ Carollynn H.G. Callari
Carollynn H.G. Callari
Michael K. Madden
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
ccallari@venable.com
mkmadden@venable.com

*Counsel For Danske Bank A/S*

76095