UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
 : 
In re : Chapter 11 Case No.
 : 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
 : (Jointly Administered)
Debtors. : 
 : 
----------------------------------------------------------------x Ref. Docket Nos. 21275-21277,
21992, 22324, 22379, 22380, 22402,
22418, 22419, 22422, 22424, 22429,
22431, 22433-22440, 22442, 22445,
22447, 22465

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 23, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
1st day of December, 2011

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: SERENGETI RAPAX MM L.P.
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 63653-04 in the above referenced case and in the amount of
       $3,617,129.00       has been transferred **(unless previously expunged by court order)**

         SERENGETI RAPAX MM L.P.
         TRANSFEROR: BARCLAYS BANK PLC
         C/O SERENGETI ASSET MANAGEMENT LP
         ATTN: ERIN FINEGAN
         632 BROADWAY, 12TH FLOOR
         NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22419      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/23/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 23, 2011.

**EXHIBIT B**

```
TIME: 16:36:30                                      LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   1
DATE: 11/23/11                                           CREDITOR LISTING

Name                                              Address
AGNES LEUNG SUI BING                              G/F NO. 518 CANTON ROAD YAUMATEI KLN    HONG KONG
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
  MASTER FUND, LP                                 NEW YORK NY 10022
AU SHUK JANE                                      ROOM 15 4/F WAI MING HOUSE YUK MING COURT TSEUNG KWAN O, NT    HONG KONG
AU YEUNG WAI TAI                                  FLAT H 18/F BLOCK 8 METRO HARBOUR VIEW PHASE 2 8 FUK LEE STREET TAI KOK TSUI KLN    HONG KONG
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG OSTERREICH 745 SEVENTH AVE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE (UK) LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: DEXIA KOMMUNALBANK DEUTSCHLAND AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI PARTNERS LP 745 SEVENTH AVENUE NEW YORK NY 10019
BAUPOST GROUP SECURITIES LLC                      TRANSFEROR: SERENGETI RAPAX MM L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BAUPOST GROUP SECURITIES LLC                      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC CO/ ROPES & GRAY LLP ATTN: PHILIP A. WELLS 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
                                                  TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O ROPES & GRAY LLP ATTN: PHILIP A. WELLS 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
CANYON VALUE REALIZATION FUND, L.P.               SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON VALUE REALIZATION FUND, L.P.               TRANSFEROR: GOLDMAN SACHS & CO C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA
                                                  2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANYON VALUE REALIZATION MASTER FUND,             SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
  L.P.
CANYON VALUE REALIZATION MASTER FUND,             TRANSFEROR: GOLDMAN SACHS & CO C/O CANYON CAPITAL ADVISORS LLC ATTN: JOHATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
  L.P.                                            LOS ANGELES CA 90067
CHAN FONG FONG HAZEL                              FLAT D 3/F 42 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KOWLOON    HONG KONG
CHAN HING TSANG / CHAN WU FUNG TEI                FLAT A 22/F BLOCK 15 LAGUNA VERDE HUNG HOM KLN    HONG KONG
CHAN SING HAN, ANNE                               FLAT B 10/F 38 NASSAU ST MEI FOO SUN CHEN, KLN    HONG KONG
CHAN SZE YUNG SIMON                               ROOM 1 16/F WING HANG INDUSTRIAL BUILDING 13-29 KWAI HEI STREET KWAI CHUNG, NT    HONG KONG
CHAN WAN PANG                                     17A, TOWER 3 PARC REGAL 19 HOMANTIN HILL ROAD HOMANTIN    HONG KONG
CHAN YUEN MAN                                     2/F ISLAND GARDEN 55 CHAI WAN ROAD SHAU KEI WAN HK    HONG KONG
CHAN, FONG YUK YING (ALICE)                       FLAT B 9/F NAM FUNG COURT HARBOUR HEIGHTS 1 FOOK YUM ROAD NORTH POINT HK    HONG KONG
CHAN, KOK KEE                                     FLAT H 38/F BLK 3 SORRENTO NO.1 AUSTIN ROAD WEST TSIM SHA TSUI KLN    HONG KONG
CHANG CELENE                                      FLT 36E BLK ESTORIL COURT 55 GARDEN RD MID LEVELS HONG KONG
CHAU SHU WING                                     FLT 36D TOWER 11 DISCOVERY PARK 398 CASTLE PEAK ROAD TSUEN WAN, NT    HONG KONG
CHE, QUANHONG                                     A 12-05 XING HE DAN TI GARDEN BAO AN DISTRICT MIN ZHI JIE DAO SHENZHEN CITY SHENZHEN    CHINA
CHENG CHUNG YIU                                   BLK 20 22/F FLAT D BAGUIO VILLA 555 VICTORIA RD HONG KONG    HONG KONG
CHENG SIU YEE ALICE                               FLAT A 50/F BLOCK 1 OCEAN SHORES TSEUNG KWAN O HK    HONG KONG
CHENG TO CHING                                    ROOM 3 25/F RILEY HOUSE NO 88 LEI MUK ROAD KWAI CHUNG NT    HONG KONG
CHEUNG CHUI FAN CATHY                             FLAT D 49/F BLOCK 1 AQUAMARINE 8 SHAM SHING ROAD CHEUNG SHA WAN KLN    HONG KONG
CHEUNG LEUNG YUK                                  FLAT C 25/F BLOCK 2 BELVEDERE GARDEN PHASE 3 TSUEN WAN, NT    HONG KONG
CHEUNG MUI CHUN                                   ROOM 8 18/F MAN WAH BUILDING 2-24 MAN WUI STREET FERRY POINT YAU MA TEI, KLN    HONG KONG
CHEUNG SIU, TO & SIU, HENRY                       UNIT 110 1/F MY LOFT NO.9 HOI WING ROAD TUEN MUN, NT    HONG KONG
CHEUNG WAI LING                                   HOUSE NO.44 BAUHINIA ROAD SOUTH FAIRVIEW PARK YUEN LONG NT    HONG KONG
CHING KING YIU                                    FLAT E 28/F BLOCK 3 GREENVIEW COURT CASTLE PEAK ROAD TSUEN WAN NT    HONG KONG
CHING SAI CHEONG                                  RM 2104 KWAI CHI HOUSE KWAI FONG ESTATE KWAI CHUNG, NT    HONG KONG
CHIU JAK MAN, PATRICK                             FLAT A BLK 15 6/F PROVIDENT CENTRE 49 WHARF ROAD NORTH POINT    HONG KONG
CHOI CHI NAP                                      ROOM 4 8/F BLOCK A MAN FOOK HOUSE CHUN MAN COURT HO MAN TIN, KLN    HONG KONG
CHOI MING KWAN                                    ROOM 1620 KING LUI HOUSE KING LAM ESTATE TSEUNG KWAN O, NT    HONG KONG
CHOW WAI YING, SARAH                              FLAT 5C MAPLE MANSION TAIKOOSHING HK    HONG KONG
CHOY YUET WAH / TAM YUE MAN                       FLAT A 3/F BLOCK 3 GRANDUER VILLA 21 TAT CHEE AVENUE KOWLOON TONG    HONG KONG
CHU YU YIN                                        FLT 6A 6/F BLK 2 SCENIC GARDEN 9 KOTEWALL ROAD MID-LEVELS HK    HONG KONG
CHUNG KUO HAO                                     2/F NO. 27 ALLEY 6 LANE 21 YU SHENG ROAD TU CHEN CITY HSIEN TAIPEI 236 TAIWAN, PROVINCE OF CHINA
CHUNG WAI KWOK, JIMMY & TSE MEI KUEN,             FLAT G 4/F VENTRIS COURT NO.15 VENTRIS ROAD HAPPY VALLEY    HONG KONG
  HAYLEY
DEXIA KOMMUNALBANK DEUTSCHLAND AG                 CHARLOTTENSTRASSE 82 BERLIN 10969 GERMANY
DEXIA KOMMUNALBANK DEUTSCHLAND AG                 JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
ELIOTT ASSOCIATES, L.P.                           TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELIOTT INTERNATIONAL, L.P.                        TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:36:30                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 11/23/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| FAN HONG | FLAT B 3/F TSUEN TUNG INDUSTRIAL BUILDING 38-40 CHAI WAN KOK STREET TSUEN WAN, NT  HONG KONG |
| FONG BING CHEUNG | 2/F 41 GRAMPIAN ROAD KOWLOON CITY, KLN  HONG KONG |
| FUNG OI SUNG VICKY / FUNG CHIU SUNG JEANETTA | FLAT A 7/F BLOCK 2 PARC ROYALE 8 HIN TAI STREET SHATIN, NT  HONG KONG |
| GOLDMAN SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO | TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HOOY KOK WAI | ROOM 604-606 TOWER 1 SILVERCORD NO. 30 CANTON ROAD TSIM SHA TSUI, KLN  HONG KONG |
| HOU ZHIPING | 8M50 CLIFFORD ESTATES PANYU GUANGZHOU  CHINA |
| HSIEH YUEH-AI | FLAT 1, NO. 11 LANE 66 I SHOU STREET WEN SHAN DISTRICT TAIPEI  TAIWAN, PROVINCE OF CHINA |
| IP CHUI LING, JAQUELINE | FLAT 1110 CHOI PIK HOUSE CHOI PO CT SHEUNG SHUI  NT HONG KONG |
| J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS | J.P. MORGAN SECURITIES INC. C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JONG JUNG CHANG | 5304 CHRISTOPHER COURT BURNABY V5H 2K2 CANADA |
| JONG JUNG CHANG | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| JOR WING, CHEONG | FLAT B 18/F 5 BROADWAY MEI FOO SUN CHUEN STAGE 1 LAI CHI KOK, KLN  HONG KONG |
| KO TIM FAI, ROYMOND | ROOM 704 7/F HONG YAM HOUSE ON YAM ESTATE KWAI CHUNG  NT HONG KONG |
| KUNG YIN MEI | ROOM 6A 6/F BLOCK 3 GARDEN TERRACE 8A OLD PEAK ROAD MID-LEVELS HK  HONG KONG |
| KWOK SIU PING / MO EDMOND MAN HO | 6 MANN CT WINTHROP W A 6150 PERTH  AUSTRALIA |
| KWONG WAI LAN/TANG SHIU GUN | FLAT B 25/F BLOCK 10 WONDERLAND VILLAS 9 WAH KING HILL ROAD KWAI CHUNG NT  HONG KONG |
| LAI YU WAH | FLAT B 10/F 38 NASSAU ST MEI FOO SUN CHUEN KLN  HONG KONG |
| LAM CHOI FUNG | ROOM 13 35/F BLOCK A CHING WAH COURT TSING YI NT  HONG KONG |
| LAM LAI PING LILY | ROOM 7 2/F BLOCK 43 HENG FA CHUEN 100 SHING TAI ROAD CHAIWAN, HK  HONG KONG |
| LAM SHU KEE | FLAT C 29/F BLOCK 2 SUMMIT TERRACE NO. 1-2 ON YUK ROAD TSUEN WAN, NT  HONG KONG |
| LAM WAI CHOI | FLAT B 27/F BLOCK 5 PARK CENTRAL 9 TONG TAK STREET TSEUNG KWAN O, NT  HONG KONG |
| LAU MO LAN CHRISTINA | RM 1723 CHUNG MAN HOUSE OI MAN ESTATE KLN  HONG KONG |
| LAU PUN CHUN | NO. 57 HONG LOK ROAD WEST HONG LOK YUEN TAI PO  HONG KONG |
| LAU WAI LIN | FLAT A 22/F DOMINION HEIGHT BELAIR GARDEN SHATIN, NT  HONG KONG |
| LAW HO KWONG | 2/F THE WONDERLAND 602 TAI PO TAU TAI PO, NT  HONG KONG |
| LEE CHIN FU | FLAT K 11/F BLOCK 3 BEVERLY GARDEN 1 TONG MING STREET TSEUNG KWAN O HONG KONG, NT  HONG KONG |
| LEE SHUK MUI | FLAT C 12/F BLOCK 12 NAN FUNG SUN CHUEN QUARRY BAY, HK  HONG KONG |
| LEE SIU MEI | ROOM 10 26/F BLOCK A KA SHING COURT FANLING, NT  HONG KONG |
| LEE WAI KWAN | ROOM 2802 TAK WAH HOUSE TAK KEUNG COURT NO.9 FU KEUNG STREET LOK FU, KLN  HONG KONG |
| LEE YUK CHUN EPPIE | FLAT B 7/F JADEWATER 238 ABERDEEN MAIN ROAD ABERDEEN  HONG KONG |
| LEUNG CHIU YING, IVY | 2/F BLOCK B GREENFIELD COURT 17-21 SEYMOUR ROAD MID-LEVELS, HONG KONG  HONG KONG |
| LEUNG YEE MAI MABLE | FLT 7B BELLEVUE HEIGHTS 160-162 BOUNDARY STREET KOWLOON TONG KLN  HONG KONG |
| LI SHUK YIN | FLAT B 14/F FOOK SING BUILDING 234-238 SHAU KEI WAN ROAD SHAU KEI WAN, HK  HONG KONG |
| LI WING YING, JENNIFER | FLAT H/F BLOCK 3 KORNHILL GARDEN QUARRY BAY, HK  HONG KONG |
| LIN HUI-YING/WEI XIANGDONG | HOUSE 51 NGA YIU TAU VILLAGE SAI SHA ROAD SAI KUNG HONG KONG, NT  HONG KONG |
| LING WAI MING ANGELS | ROOM 2 8/F BLOCK A SAN FRANCISCO TOWERS 35 VENTRIS ROAD HAPPY VALLEY HK  HONG KONG |
| LIU JUNFENG | ROOM 415 4/F YING FA BUILDING FU XING ROAD GUZHEN TOWN ZHONG SHAN CITY GUANGDONG  CHINA |
| LIU YUNG SUN | ROOM 1313 HANG WING HOUSE FU HANG ESTATE TAI PO, NT  HONG KONG |
| LU, ZHONGWEN | 2/F BLOCK F 56 HILL ROAD SHEK TONG TSUI  HONG KONG |
| LUI YEM BUN | FLT F 9/F TIEN SING MANSION TAIKOO SHING TAI KOO SHING HK  HONG KONG |
| MA, MUK PING | FLAT A 4/F KA WAH COURT 353-355 PRINCE EDWARD ROAD MONGKOK  HONG KONG |
| MAIR-LEE VERONICA ANN | C/O HOLIDAY INN QINGDAO PARKVIEW RM#1039 306 XING YANG ROAD CHENGYANG DISTRICT QUING DAO 266109 CHINA |
| MORGAN STANLEY & CO INTERNATIONAL PLC | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 16:36:30                                            LEHMAN BROTHERS HOLDING INC.                                                                  PAGE:    3
DATE: 11/23/11                                               CREDITOR LISTING

Name                               Address
NG LEE NA                          FLAT 8C BLOCK 5 GRAND PACIFIC VIEWS PALATIAL COAST TUEN MUN   HONG KONG
SERENGETI RAPAX MM L.P.            TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SHEK CHUNG MING / PANG SOK FONG    FLAT A 6/F BLK 3 NEPTUNE TCE CHAI WAN, HK   HONG KONG
SHEK YIN SHAN                      FLAT C 50/F BLOCK 7 BANYAN GARDEN 863 LAI CHI KOK ROAD LAI CHI KOK, KLN   HONG KONG
SIU KIT MING JACKIE                ROOM 125 6/F GRAND COURT 109-135 KADOORIE AVENUE MONG KOK, KLN   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: AGNES LEUNG SUI BING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: AU SHUK JANE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: AU YEUNG WAI TAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN FONG FONG HAZEL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN HING TSANG / CHAN WU FUNG TEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN SING HAN, ANNE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN SZE YUNG SIMON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN WAN PANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN YUEN MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN, FONG YUK YING (ALICE) 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN, KOK KEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHANG CELENE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAU SHU WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHE, QUANHONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHENG CHUNG YIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHENG SIU YEE ALICE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHENG TO CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG CHUI FAN CATHY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG LEUNG YUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG MUI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG SIU, TO & SIU, HENRY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG WAI LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHING KING YIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHING SAI CHEONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHIU JAK MAN, PATRICK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI CHI NAP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI MING KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOW WAI YING, SARAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOY YUET WAH / TAM YUE MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHU YU YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHUNG KUO HAO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHUNG WAI KWOK, JIMMY & TSE MEI KUEN, HAYLEY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FAN HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FONG BING CHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FUNG OI SUNG VICKY / FUNG CHIU SUNG JEANETTA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HOOY KOK WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HOU ZHIPING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HSIEH YUEH-AI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: IP CHUI LING, JAQUELINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: JONG JUNG CHANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: JOR WING, CHEONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KO TIM FAI, ROYMOND 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KUNG YIN MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KWOK SIU PING / MO EDMOND MAN HO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KWONG WAI LAN/TANG SHIU GUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAI YU WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAM CHOI FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAM LAI PING LILY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAM SHU KEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAM WAI CHOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU MO LAN CHRISTINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
```

```
TIME: 16:36:30                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    4
DATE: 11/23/11                                        CREDITOR LISTING

Name                             Address
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU PUN CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU WAI LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAW HO KWONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEE CHIN FU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEE SHUK MUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEE SIU MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEE WAI KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEE YUK CHUN EPPIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEUNG CHIU YING, IVY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEUNG YEE MAI MABLE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LI SHUK YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LI WING YING JENNIFER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LIN HUI-YING/WEI XIANGDONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LING WAI MING ANGELS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LIU JUNFENG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LIU YUNG SUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LU, ZHONGWEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LUI YEM BUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: MA, MUK PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: MAIR-LEE VERONICA ANN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: NG LEE NA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG          HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: SHEK CHUNG MING / PANG SOK FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: SHEK YIN SHAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: SIU KIT MING JACKIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: SU LI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG              HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TAM KA YUEN / CHAN LAI LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TAN LUP, YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TANG CHANG HUNG / IP SAU MAN MARY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TANG WAI HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TANG WING CHOY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TIAN HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG          HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TONG SAI, CHEONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TSO LAI SIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WONG CHE YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WONG KA CHUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WONG YAN NI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WONG, KIN TONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WONG, WAI LAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WOO PAULIN PAULINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WU CHAN SIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WU LAI KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WU PIK LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WU YUK SHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WU, CHEUK SING PHILIP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: XIE HUANDI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YAU WAI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YEUNG KAM TONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YEUNG WONG TSZ WOON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YEUNG YEE CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: ZENG XIUQIONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: ZHU, JUNRUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
SU LI                            RM 1070 NO 15 333 LONG SONG LIN LU PUDONG XIN QU SHANGHAI CHINA
TACONIC MARKET DISLOCATION MASTER FUND     TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
II L.P.

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:36:30                                           LEHMAN BROTHERS HOLDING INC.                                           PAGE: 5
DATE: 11/23/11                                                CREDITOR LISTING

Name                                Address
TAM KA YUEN / CHAN LAI LING         ROOM 13 2/F FUNG SHUE WO ESTATE TSING YI, NT   HONG KONG
TAN LUP, YIN                        RM 4B EAST BOURNE COURT 5 EASTBOURE ROAD KOWLOON TONG, KLN   HONG KONG
TANG CHANG HUNG / IP SAU MAN MARY   ROOM 35A BEAUTY COURT 82 ROBINSON ROAD MID-LEVELS    HONG KONG
TANG WAI HUNG                       FLAT 806 BLK F TELFORD GARDEN KLN BAY, KLN   HONG KONG
TANG WING CHOY                      NO 36 TAI PO TAU VILLAGE TAI PO, NT   HONG KONG
TIAN HONG                           A2-29D SHI MAO INTERNATIONAL APARTMENT GUANG HUA ROAD CHAO YANG QU BEIJING   CHINA
TONG ANNIE MEI KAN                  FLAT A 10/F BLOCK 5 SCENIC VIEW 63 FUNG SHING STREET NGAU CHI WAN, KLN   HONG KONG
TONG SAI, CHEONG                    ROOM A 20/F CNT TOWER 338 HENNESSY ROAD WAN CHAI    HK HONG KONG
TSO LAI SIM                         15/F 9A MT STERLING MALL MEI FOO SUN CHUEN LAI CHI KOK, KLN   HONG KONG
WONG CHE YAN                        FLT B 17/F BLK 2 VILLA OCEANIA MA ON SHAN, NT   HONG KONG
WONG KA CHUNG                       FLAT B 13/F 28 NASSAU STREET MEI FOO SUN CHUEN LAI CHI KOK, KLN   HONG KONG
WONG YAN NI                         FLT 1509 15/F OI NING HOUSE TSZ OI COURT TSZ WAN SHAN, KLN   HONG KONG
WONG, KIN TONG                      FLAT H 3/F BLOCK 16 LAGUNA VERDE LAGUNA GRANDE HUNG HOM KLN   HONG KONG
WONG, WAI LAM                       1/F 34H TSENG LAN SHUE VILLAGE CLEARWATER BAY ROAD SAI KUNG KOWLOON   HONG KONG
WOO PAULIN PAULINE                  FLT H 31/F BLK B HOLLY WOOD TERRACE 268 QUEEN'S ROAD CENTRAL SHEUNG WAN, HK   HONG KONG
WU CHAN SIM                         FLT C 3/F BLK 3 VILLA OCEANIA MA ON SHAN NT   HONG KONG
WU LAI KUEN                         ROOM 2312 TAK LUNG HOUSE TAK TIN ESTATE LAM TIN, KLN   HONG KONG
WU PIK LING                         ROOM 1401 BLK C LUK YEUNG SUN CHUEN TSUEN WAN, NT   HONG KONG
WU YUK SHING                        SUITE 1210 TOWER A TIAN YUAN GANG CENTER DONGSANHUAN BEILU CHAOYANG DISTRICT BEIJING   100027 CHINA
WU, CHEUK SING PHILIP               FLAT C19/F TO LI COURT YING GA GARDEN 34 SANDS STREET KENNEDY TOWN HK   HK HONG KONG
XIE HUANDI                          ROOM 1 26/F TIN FAI HOUSE YUE FAI COURT NO. 45 YUE KWONG ROAD ABERDEEN HK   HONG KONG
YAU WAI CHUN                        FLAT A 26/F BLOCK 5 SOUTH TOWER RESIDENCE BEL-AIR PHASE 2 38 BEL-AIR AVENUE ISLAND SOUTH POK FU LAM, HK   HONG KONG
YEUNG KAM TONG                      FLAT E 17/F BLOCK 5 NERINE COVE TUEN MUN NT   HONG KONG
YEUNG WONG TSZ WOON                 FLAT A 21/F BLK 2 VISTA PARADISO MA ON SHAN HONG KONG, NT   HONG KONG
YEUNG YEE CHING                     FLAT D 15/F BLOCK 3 THE PARCVILLE 33 YUEN LONG KAU HUI ROAD YUEN LONG   NT HONG KONG
ZENG XIUQIONG                       1351 CENTER LAKE DRIVE MOUNT PLEASANT SC 29464
ZHU, JUNRUI                         8/29 PENTLAND AVE 1024 MT EDEN AUCKLAND    NEW ZEALAND

Total Number of Records Printed     240
```

EPIQ BANKRUPTCY SOLUTIONS, LLC