UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :     Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :     08-13555 (JMP)
                                                                   :     (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x     Ref. Docket Nos. 22441, 22443

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 28, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Lauren Rodriguez
                                             Lauren Rodriguez

Sworn to before me this
1st day of December, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   CREDIT SUISSE (GUERNSEY) LIMITED
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE (GUERNSEY) LIMITED
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   ELLIOTT ASSOCIATES, LP
              ATTN: MICHAEL STEPHAN
              40 W. 57TH ST.
              NEW YORK NY 10019

**Your transfer of claim #   55821   is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 22441              Date 11/21/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 28, 2011.

**EXHIBIT B**

```
TIME: 17:46:21                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 11/28/11                                         CREDITOR LISTING

Name                                   Address
CREDIT SUISSE (GUERNSEY) LIMITED       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (GUERNSEY) LIMITED       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (GUERNSEY) LIMITED       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
ELLIOTT ASSOCIATES, LP                 ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019


Total Number of Records Printed        4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC