UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
        Debtors.                                                  :
                                                                  :
-----------------------------------------------------------------x    Ref. Docket Nos. 22303, 22441,
                                                                       22443, 22612, 22614, 22618, 22620,
                                                                       22624, 22627, 22629, 22676, 22680,
                                                                       22682, 22692, 22693, 22699, 22704-
                                                                       22707

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ *Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
1st day of December, 2011

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

08-13555-mg    Doc 22856    Filed 12/02/11    Entered 12/02/11 00:16:20    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC
     TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH
     745 SEVENTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 55825-20 in the above referenced case and in the amount of $9,335.26 has been transferred **(unless previously expunged by court order)**

```
     THE VARDE FUND, L.P.
     TRANSFEROR: BARCLAYS BANK PLC
     ATTN: EDWINA P.M. STEFFER
     8500 NORMANDALE LAKE BOULEVARD
     SUITE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 22612 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/30/2011                                Vito Genna, Clerk of Court

                                                /s/ Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 30, 2011.

# EXHIBIT B

```
TIME: 17:12:40                                    LEHMAN BROTHERS HOLDING INC.                                     PAGE:    1
DATE: 11/30/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| AGUSTIN GUILLAMON FERNANDEZ FALCON | CONCEPCION CARRASCO AVILES PZA CARLOS III EDIFICIO WELLINGTON 3 A SAN MIGUEL, MURCIA 30008 SPAIN |
| ALPSTAR EUROPEAN CREDIT OPPORTUNITY MASTER FUND LTD | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALPSTAR EUROPEAN CREDIT OPPORTUNITY MASTER FUND LTD | MIGNON GENEVE SA ATTN: MICHAEL WHARTON, LEGAL DEPARTMENT 7 RUE DE TORNAY CHAMBESY 1292 GENEVA SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK SA | TRANSFEROR: AGUSTIN GUILLAMON FERNANDEZ FALCON ATTN: ABRAHAM CARPINTERO CL. MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN |
| CAPITAL BANK - GRAWE GRUPPE AG | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: JUERGEN STRASSER, CONSTANTIN VEYDER-MALBERG BURGRING 16 GRAZ 8010 AUSTRIA |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | SUSAN MCNAMARA JP MORGAN LEGAL DEPT MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: TAYLOR HEDGE FUND LIMITED C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CITIBANK, N.A. | BLANK ROME LLP ATTN: ANDREW B. ECKSTEIN, ESQ. 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| CITIBANK, N.A. | TRANSFEROR: THACHER PROFFITT & WOOD LLP DISSOLUTION COMMITTEE ATTN: STEPHEN EUSTACE, DIRECTOR 601 LEXINGTON AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| CQS ABS MASTER FUND | C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON SW1X 7HY UNITED KINGDOM |
| CQS ABS MASTER FUND | CADWALADER, WICKERSHAM & TAFT LLP WENDY KANE, CQS CLAIMS GROUP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ABS MASTER FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEXIA ASSET MANAGEMENT | ATTN: PIERRE GUILLAUME VEAUX 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT | ON BEHALF OF CLIENT 180 RUE ROYALE BRUSSELS 1000 BELGIUM |
| DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT | 180 RUE ROYALE BRUSSELS 1000 BELGIUM |
| DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT | PIERRE-GUILLAUME VEAUX DEXIA ASSET MANAGEMENT 40 RUE WASHINGTON PARIS 75008 FRANCE |
| ELLIOTT ASSOCIATES, LP | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| ELLIOTT INTERNATIONAL, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: DEXIA ASSET MANAGEMENT C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ILLIQUIDX LLP | TRANSFEROR: DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LA DISTRIBUTION MODERNE PICARDE ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| SEMPER CONSTANTIA PRIVATBANK AG | TRANSFEROR: ILLIQUIDX LLP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L.P AND | (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN 1010 AUSTRIA |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L.P AND | TRANSFEROR: ALPSTAR EUROPEAN CREDIT OPPORTUNITY MASTER FUND LTD SILVER POINT CAPITAL OFFSHORE FUND, LTD C/O SPCP GROUP, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| THACHER PROFFITT & WOOD LLP DISSOLUTION COMMITTEE | ATTN: DONALD F. SIMONE, ESQ. JONATHAN D. FORSTOT, ESQ. 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THACHER PROFFITT & WOOD LLP DISSOLUTION COMMITTEE | ATTN: DONALD F. SIMONE, ESQ., JONATHAN D. FORSTOT, ESQ. 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.M. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| WARWICKSHIRE HOLDINGS LLC | CHASE LINCOLN FIRST COMMERCIAL CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| YORK CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, L.P. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    39