UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   Case No. 08-13555 (JMP)
    Debtors.                                                      :
                                                                  :   (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 22737, 22738,
                                                                      22743, 22747, 22749, 22751,
                                                                      22759-22762

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 29, 2011, I caused to be served the:

   a. "Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 29, 2011 [Docket No. 22737],

   b. Blackline Version "Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 29, 2011 [Docket No. 22738],

   c. "Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 29, 2011 [Docket No. 22743],

   d. "Debtors' Memorandum of Law in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1129 of the Bankruptcy Code," dated November 29, 2011 [Docket No. 22747],

   e. "Debtors' Memorandum of Law, Pursuant to Section 1123(b)(3)(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure in Support of Plan Settlements," dated November 29, 2011 [Docket No. 22749],

    f. "Debtors' Response to Objections to Confirmation," dated November 29, 2011 [Docket No. 22751],

    g. "Declaration of John K. Suckow in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 29, 2011 [Docket No. 22759],

    h. "Declaration of Daniel J. Ehrmann in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 29, 2011 [Docket No. 22760],

    i. "Declaration of Steven J. Cohn in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 29, 2011 [Docket No. 22761], and

    j. "Notice of Filing of Proposed Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 29, 2011 [Docket No. 22762],

by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     /s/ *Pete Caris*
                                                                     Pete Caris

Sworn to before me this
1st day of December, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

- 2 -

T:\Clients\LBH\Affidavits\Modified Plans, Memos of Law, Response, Declarations, NOF_DI 22737, 22738, 22743, 22747, 22749, 22751, 22759-22762_AFF_11-29-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@goodwin.com |
| aalfonso@willkie.com | bankruptcy@morrisoncohen.com |
| abeaumont@fklaw.com | bankruptcy@ntexas-attorneys.com |
| abraunstein@riemerlaw.com | bankruptcymatters@us.nomura.com |
| acaton@kramerlevin.com | barbra.parlin@hklaw.com |
| acker@chapman.com | bbisignani@postschell.com |
| adam.brezine@hro.com | bcarlson@co.sanmateo.ca.us |
| adarwin@nixonpeabody.com | bdk@schlamstone.com |
| adiamond@diamondmccarthy.com | bguiney@pbwt.com |
| aeckstein@blankrome.com | bill.freeman@pillsburylaw.com |
| aentwistle@entwistle-law.com | bkmail@prommis.com |
| afriedman@irell.com | bmanne@tuckerlaw.com |
| agbanknewyork@ag.tn.gov | bmerrill@susmangodfrey.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| ahammer@freebornpeters.com | brian.corey@greentreecreditsolutions.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bstrickland@wtplaw.com |
| akornikova@lcbf.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amcmullen@boultcummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| anann@foley.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | ceskridge@susmangodfrey.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| apo@stevenslee.com | chammerman@paulweiss.com |
| aquale@sidley.com | chardman@klestadt.com |
| araboy@cov.com | charles@filardi-law.com |
| arahl@reedsmith.com | charles_malloy@aporter.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | colea@gtlaw.com |
| asnow@ssbb.com | cousinss@gtlaw.com |
| atrehan@mayerbrown.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |
| austin.bankruptcy@publicans.com | craig.goldblatt@wilmerhale.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| azylberberg@whitecase.com | cs@stevenslee.com |
| bankr@zuckerman.com | csalomon@beckerglynn.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cschreiber@winston.com | draelson@fisherbrothers.com |
| cshore@whitecase.com | dravin@wolffsamson.com |
| cshulman@sheppardmullin.com | drose@pryorcashman.com |
| ctatelbaum@adorno.com | drosenzweig@fulbright.com |
| cwalsh@mayerbrown.com | drosner@goulstonstorrs.com |
| cward@polsinelli.com | drosner@kasowitz.com |
| cweber@ebg-law.com | dshaffer@wtplaw.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| daniel.guyder@allenovery.com | dtatge@ebglaw.com |
| dave.davis@isgria.com | dtheising@harrisonmoberly.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.crichlow@pillsburylaw.com | dwildes@stroock.com |
| david.heller@lw.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | easmith@venable.com |
| david.seligman@kirkland.com | echang@steinlubin.com |
| davids@blbglaw.com | ecohen@russell.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | egeekie@schiffhardin.com |
| dbesikof@loeb.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehollander@whitecase.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | elevin@lowenstein.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | erin.mautner@bingham.com |
| deryck.palmer@cwt.com | eschaffer@reedsmith.com |
| dfelder@orrick.com | eschwartz@contrariancapital.com |
| dflanigan@polsinelli.com | esmith@dl.com |
| dgrimes@reedsmith.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | ezweig@optonline.net |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | feldsteinh@sullcrom.com |
| dkleiner@velaw.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dlemay@chadbourne.com | foont@foontlaw.com |
| dlipke@vedderprice.com | francois.janson@hklaw.com |
| dludman@brownconnery.com | fsosnick@shearman.com |
| dmcguire@winston.com | fyates@sonnenschein.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net |
| dneier@winston.com | gbray@milbank.com |
| dodonnell@milbank.com | george.davis@cwt.com |
| dove.michelle@dorsey.com | geraci@thalergertler.com |
| dowd.mary@arentfox.com | ggitomer@mkbattorneys.com |
| dpegno@dpklaw.com | ggoodman@foley.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| giddens@hugheshubbard.com | jeffrey.sabin@bingham.com |
| gkaden@goulstonstorrs.com | jeldredge@velaw.com |
| glenn.siegel@dechert.com | jen.premisler@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.demarco@cliffordchance.com |
| gravert@ravertpllc.com | jennifer.gore@shell.com |
| gspilsbury@jsslaw.com | jeremy.eiden@ag.state.mn.us |
| guzzi@whitecase.com | jfalgowski@reedsmith.com |
| harrisjm@michigan.gov | jflaxer@golenbock.com |
| harveystrickon@paulhastings.com | jfox@joefoxlaw.com |
| hbeltzer@mayerbrown.com | jfreeberg@wfw.com |
| heim.steve@dorsey.com | jg5786@att.com |
| heiser@chapman.com | jgenovese@gjb-law.com |
| hollace.cohen@troutmansanders.com | jguy@orrick.com |
| holsen@stroock.com | jherzog@gklaw.com |
| howard.hawkins@cwt.com | jhiggins@fdlaw.com |
| hseife@chadbourne.com | jhorgan@phxa.com |
| hsnovikoff@wlrk.com | jhuggett@margolisedelstein.com |
| hsteel@brownrudnick.com | jhuh@ffwplaw.com |
| icatto@mwe.com | jim@atkinslawfirm.com |
| igoldstein@dl.com | jjoyce@dresslerpeters.com |
| ilevee@lowenstein.com | jjtancredi@daypitney.com |
| info2@normandyhill.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jaclyn.genchi@kayescholer.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | jnadritch@olshanlaw.com |
| jbeiers@co.sanmateo.ca.us | jnm@mccallaraymer.com |
| jbird@polsinelli.com | john.monaghan@hklaw.com |
| jbromley@cgsh.com | john.rapisardi@cwt.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdyas@halperinlaw.net | jowolf@law.nyc.gov |
| jean-david.barnea@usdoj.gov | joy.mathias@dubaiic.com |
| jeanites@whiteandwilliams.com | jpintarelli@mofo.com |
| jeannette.boot@wilmerhale.com | jporter@entwistle-law.com |
| jeff.wittig@coair.com | jprol@lowenstein.com |
| jeffery.black@bingham.com | jrabinowitz@rltlawfirm.com |

-3-

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com

lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| michael.mccrory@btlaw.com | pbattista@gjb-law.com |
| michael.reilly@bingham.com | pbosswick@ssbb.com |
| millee12@nationwide.com | pdublin@akingump.com |
| miller@taftlaw.com | peisenberg@lockelord.com |
| mimi.m.wong@irscounsel.treas.gov | peter.gilhuly@lw.com |
| mitchell.ayer@tklaw.com | peter.macdonald@wilmerhale.com |
| mjacobs@pryorcashman.com | peter.simmons@friedfrank.com |
| mjedelman@vedderprice.com | peter@bankrupt.com |
| mjr1@westchestergov.com | pfeldman@oshr.com |
| mkjaer@winston.com | phayden@mcguirewoods.com |
| mlahaie@akingump.com | pmaxcy@sonnenschein.com |
| mlandman@lcbf.com | ppascuzzi@ffwplaw.com |
| mlichtenstein@crowell.com | ppatterson@stradley.com |
| mlynch2@travelers.com | psp@njlawfirm.com |
| mmendez@hunton.com | ptrainguiterrez@kaplanlandau.com |
| mmooney@deilylawfirm.com | ptrostle@jenner.com |
| mmorreale@us.mufg.jp | pwright@dl.com |
| mneier@ibolaw.com | r.stahl@stahlzelloe.com |
| monica.lawless@brookfieldproperties.com | raj.madan@bingham.com |
| mpage@kelleydrye.com | rajohnson@akingump.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | ranjit.mather@bnymellon.com |
| mprimoff@kayescholer.com | raul.alcantar@ropesgray.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mschlesinger@julienandschlesinger.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |
| notice@bkcylaw.com | robert.bailey@bnymellon.com |
| oipress@travelers.com | robert.dombroff@bingham.com |
| omeca.nedd@lovells.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robertdakis@quinnemanuel.com |
| paul.turner@sutherland.com | robin.keller@lovells.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| roger@rnagioff.com | splatzer@platzerlaw.com |
| ronald.silverman@bingham.com | squigley@lowenstein.com |
| ross.martin@ropesgray.com | sree@lcbf.com |
| rqureshi@reedsmith.com | sselbst@herrick.com |
| rreid@sheppardmullin.com | sshimshak@paulweiss.com |
| rrigolosi@smsm.com | sskelly@teamtogut.com |
| rroupinian@outtengolden.com | steele@lowenstein.com |
| rrussell@andrewskurth.com | stephen.cowan@dlapiper.com |
| rterenzi@stcwlaw.com | steve.ginther@dor.mo.gov |
| rtrust@cravath.com | steven.troyer@commerzbank.com |
| russj4478@aol.com | steven.wilamowsky@bingham.com |
| rwasserman@cftc.gov | streusand@streusandlandon.com |
| rwyron@orrick.com | susan.schultz@newedgegroup.com |
| s.minehan@aozorabank.co.jp | susheelkirpalani@quinnemanuel.com |
| sabin.willett@bingham.com | sweyl@haslaw.com |
| sabramowitz@velaw.com | swolowitz@mayerbrown.com |
| sagolden@hhlaw.com | szuch@wiggin.com |
| sagrawal@susmangodfrey.com | tannweiler@greerherz.com |
| sally.henry@skadden.com | tarbit@cftc.gov |
| sandyscafaria@eaton.com | tbrock@ssbb.com |
| sara.tapinekis@cliffordchance.com | tdewey@dpklaw.com |
| scargill@lowenstein.com | tduffy@andersonkill.com |
| schannej@pepperlaw.com | teresa.oxford@invescoaim.com |
| schepis@pursuitpartners.com | tgoren@mofo.com |
| schnabel.eric@dorsey.com | thaler@thalergertler.com |
| schristianson@buchalter.com | thomas.califano@dlapiper.com |
| schwartzmatthew@sullcrom.com | thomas.ogden@dpw.com |
| scottshelley@quinnemanuel.com | thomas_noguerola@calpers.ca.gov |
| scousins@armstrongteasdale.com | tim.desieno@bingham.com |
| sdnyecf@dor.mo.gov | timothy.brink@dlapiper.com |
| sehlers@armstrongteasdale.com | timothy.palmer@bipc.com |
| seichel@crowell.com | tjfreedman@pbnlaw.com |
| sfelderstein@ffwplaw.com | tkarcher@dl.com |
| sfineman@lchb.com | tkiriakos@mayerbrown.com |
| sfox@mcguirewoods.com | tlauria@whitecase.com |
| sgordon@cahill.com | tmacwright@whitecase.com |
| sgubner@ebg-law.com | tmarrion@haslaw.com |
| shannon.nagle@friedfrank.com | tmayer@kramerlevin.com |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tony.davis@bakerbotts.com |
| sidorsky@butzel.com | tslome@msek.com |
| slerner@ssd.com | ttracy@crockerkuno.com |
| slevine@brownrudnick.com | twheeler@lowenstein.com |
| sloden@diamondmccarthy.com | ukreppel@whitecase.com |
| smayerson@ssd.com | vdagostino@lowenstein.com |
| smillman@stroock.com | villa@streusandlandon.com |
| smulligan@bsblawyers.com | vmilione@nixonpeabody.com |
| snewman@katskykorins.com | vrubinstein@loeb.com |
| sory@fdlaw.com | walter.stuart@freshfields.com |
| spiotto@chapman.com | wanda.goodloe@cbre.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007