## CERTIFICATE OF SERVICE

I, Lauren Min, hereby certify:

1. That I am over the age of eighteen years, and am not a party to this action.

2. That on the 1st day of December, 2011, I caused to be served a copy of the foregoing *Notice of Withdrawal of Objection of Farallon Capital Partners, L.P., Farallon Capital (AM) Investors L.P., Farallon Capital Institutional Partners II, L.P., Farallon Capital Offshore Investors II, L.P. And Noonday Offshore, Inc. To The Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. And Its Affiliated Debtors* via federal express mail in a seal pre-paid envelope addressed to the following:

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

*Attorneys for the Debtors*

The U.S. Trustee
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

*Attorneys for the Creditors' Committee*

_____
Lauren Min