**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                              :
In re                                                         :          **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                  :          **08-13555 (JMP)**
                                                              :
             **Debtors.**                                     :          **(Jointly Administered)**
                                                              :
-------------------------------------------------------------------------x          **Ref. Docket Nos. 22590**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 22, 2011, I caused to be served the "Amendment No. 3 to the Plan Supplement," dated November 22, 2011 [Docket No. 22590], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

    d.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
30th day of November, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Amendment No 3 to the Plan Supplement_DI 22590_AFF_11-22-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com

bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com

jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com

lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mschlesinger@julienandschlesinger.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com

pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrainguiterrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com

squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

**LBH Plan Supp (3) 22590 11/22/2011**

ACCORD ENERGY LIMITED
c/o Centrica Energy
Milstream
Maidenhead Road
Windsor, Berkshire, SL4 5GD
UK

**LBH Plan Supp (3) 22590 11/22/2011**

BANCA POPOLARE DILODI
Attn: Legal Department
Piazza Nogara 237121
Verona Italy

**LBH Plan Supp (3) 22590 11/22/2011**

BEAR STEARNS BANK PLC
c/o JPMorgan Chase
Attn: Don Thompson
Legal Department
245 Park Avenue, 11th Floor
New York, NY, 10167

**LBH Plan Supp (3) 22590 11/22/2011**

BEAR STEARNS CREDIT PRODUCTS INC
c/o JPMorgan Chase
Attn: Don Thompson
Legal Department
245 Park Avenue, 11th Floor
New York, NY, 10167

**LBH Plan Supp (3) 22590 11/22/2011**

BEAR STEARNS FOREX INC.
Attn: David Schoenthal
245 Park Avenue
New York, NY, 10167

**LBH Plan Supp (3) 22590 11/22/2011**

BEAR STEARNS FOREX INC.
Legal Department
Attn: Don Thompson
245 Park Avenue, 11th Floor
New York, NY, 10167

**LBH Plan Supp (3) 22590 11/22/2011**

BEAR STEARNS INTERNATIONAL LTD.
c/o JPMorgan Chase
Attn: Don Thompson
Legal Department
245 Park Avenue, 11th Floor
New York, NY, 10167

**LBH Plan Supp (3) 22590 11/22/2011**

BEAR STEARNS INTERNATIONAL LTD.
Attn: Derivatives Operation
One Metrotech Center North
7th Fl
Brooklyn, NY, 10167

**LBH Plan Supp (3) 22590 11/22/2011**

CALIFORNIA INDEPENDENT SYSTEM
OPERATOR CORPORATION
Attn: Daniel J. Schonkwiler,
Assistant General Counsel
151 Blue Ravine Road
Folsom, CA, 95630

**LBH Plan Supp (3) 22590 11/22/2011**

CITI CANYON LTD
c/o CIBC Bank and Trust
Company (Cayman) Limited
P.O. Box 694 GT, Edward
Street
Georgetown, Grand Cayman,
Cayman Islands
British West Indies

**LBH Plan Supp (3) 22590 11/22/2011**

CITI CANYON LTD
Canyon Capital Advisors, LLC
Attn: Accounting
9665 Wilshire Boulevard,
Suite 200
Beverly Hills, CA , 90212

**LBH Plan Supp (3) 22590 11/22/2011**

CITI CANYON LTD
Citi Alternative Investments
Attn: Raymond Nolte
55 East 59th Street
New York, NY, 10022

**LBH Plan Supp (3) 22590 11/22/2011**

CITI CANYON LTD
c/o Citigroup Alternative Investments LLC
Attn: Vanessa Price
731 Lexington Avenue, 25th Floor
New York, NY, 10022

**LBH Plan Supp (3) 22590 11/22/2011**

CITI CANYON LTD
c/o PFPC International Ltd.
Attn: Fiona Finucane
Riverside Two Sir Rogersons Quay
Grand Canal Dock, Dublin 2
Ireland

**LBH Plan Supp (3) 22590 11/22/2011**

CITI CANYON LTD
c/o PricewaterhouseCoopers
Attn: Alan Nixon
George's Quay
Dublin 2
Ireland

**LBH Plan Supp (3) 22590 11/22/2011**

CITIBANK, N.A.
Attn: Director Derivatives Operations
250 West Street, 10th fl.
New York, NY 10013

**LBH Plan Supp (3) 22590 11/22/2011**

CITIBANK, N.A
Attn: Scott Flood/Director of Derivatives
388 Greenwich Street, 17th Floor
New York, NY 10013

**LBH Plan Supp (3) 22590 11/22/2011**

CITIBANK, N.A
Legal Dept.
Attn: Department Head
77 Water Street, 9th Fl.
New York, NY 10004

**LBH Plan Supp (3) 22590 11/22/2011**

CITIGROUP ENERGY INC
Attn: Senior Deputy General Counsel
388 Greenwich St, 17th Fl
New York, NY 10013

**LBH Plan Supp (3) 22590 11/22/2011**

CITIGROUP FINANCIAL PRODUCTS INC
Attn: Senior Deputy General Counsel
388 Greenwich Street, 17th Floor
New York, NY, 10013

LBH Plan Supp (3) 22590 11/22/2011

CITIGROUP FINANCIAL PRODUCTS INC
Attn: Senior Deputy General Counsel
Citibank Financial Products
388 Greenwich Street, 17th Floor
New York, NY, 10013

LBH Plan Supp (3) 22590 11/22/2011

HSBC BANK USA, NATIONAL ASSOCIATION
Attn: Jason Saturno; Jim Riley
425 Fifth Avenue
New York, NY, 10018

LBH Plan Supp (3) 22590 11/22/2011

HSBC BANK USA, NATIONAL ASSOCIATION
Attn: Martin Holcombe
18th Floor, 8 Canada Square
Canary Wharf, London, E14 5HQ
United Kingdom

LBH Plan Supp (3) 22590 11/22/2011

HSBC BANK USA, NATIONAL ASSOCIATION
Attn: Processing Swap
Thames Exchange
10 Queen Street Place
London, EC4R 1BQ
United Kingdom

LBH Plan Supp (3) 22590 11/22/2011

HSH NORDBANK SECURITIES SA
Attn: Mr Wolfgang Durr
2 rue Jean Monnet
L2180 Luxembourg

LBH Plan Supp (3) 22590 11/22/2011

HSH NORDBANK SECURITIES SA
Attn: Mr Heiko Ludwig
Martensdamm 6
Kiel 24103 Germany

LBH Plan Supp (3) 22590 11/22/2011

ING BANK SLASKI SA
Pl. Trzech Krzyzy 10/14
P.O. Box 29
Warsaw 00-950 Poland

LBH Plan Supp (3) 22590 11/22/2011

JP MORGAN CHASE & CO
Attn: Derivatives Practice Legal Department
270 Park Avenue
41st Floor
New York, NY, 10017-2070

LBH Plan Supp (3) 22590 11/22/2011

JP MORGAN CHASE & CO
Attn: Don Thompson
Legal Department
245 Park Avenue, 11th Floor
New York, NY, 10167

LBH Plan Supp (3) 22590 11/22/2011

JUPITER QUARTZ FINANCE PLC 2004-1
CLASS A
BNY Corporate Trustee
Services Limited – London Branch
One Canada Square
London, E14 5AL United Kingdom

LBH Plan Supp (3) 22590 11/22/2011

JUPITER QUARTZ FINANCE PLC 2004-1
CLASS A
c/o HSBC Bank, USA
Attn: Thomas Musarra
CTLA - Structured Finance
10 East 40th Street, Floor 14
New York, NY, 10016

LBH Plan Supp (3) 22590 11/22/2011

JUPITER QUARTZ FINANCE PLC 2004-1
CLASS B
Attn: Simone Martin
320 West 13th Street, 5th Floor
New York, NY, 10014

LBH Plan Supp (3) 22590 11/22/2011

JUPITER QUARTZ FINANCE PLC 2004-1
CLASS B
BNY Corporate Trustee
Services Limited – London Branch
One Canada Square
London, E14 5AL United Kingdom

LBH Plan Supp (3) 22590 11/22/2011

JUPITER QUARTZ PLC 2004-2
Attn: Simone Martin
320 West 13th Street, 5th Floor
New York, NY, 10014

LBH Plan Supp (3) 22590 11/22/2011

JUPITER QUARTZ PLC 2004-2
c/o HSBC Bank, USA
Attn: Thomas Musarra
CTLA - Structured Finance
10 East 40th Street, Floor 14
New York, NY, 10016

LBH Plan Supp (3) 22590 11/22/2011

KOCH FINANCIAL CORPORATION
Attn: Matt Orr
17550 North Perimeter Drive
Suite 300, Scottsdale AZ 85225

LBH Plan Supp (3) 22590 11/22/2011

KOCH SUPPLY & TRADING LP
Attn: Legal - ISDA
4111 East 37th Street North
Wichita, Kansas , 67220

LBH Plan Supp (3) 22590 11/22/2011

KOCH SUPPLY & TRADING LP
Attn: Rodger Lindwall
P.O. Box 2302
Wichita, Kansas , 67202

LBH Plan Supp (3) 22590 11/22/2011

KOCH SUPPLY & TRADING LP(MNSA)
Attn: Legal - ISDA
4111 East 37th Street North
Wichita, Kansas , 67220

LBH Plan Supp (3) 22590 11/22/2011

LEHIGH UNIVERSITY
Attn: Fiance and Administration
27 Memorial Drive West
Bethlehem, PA , 18015

**LBH Plan Supp (3) 22590 11/22/2011**

MASSACHUSETTS WATER RESOURCES
AUTHORITY
Charlestown Navy Yard
100 First Ave
Boston MA , 02129

**LBH Plan Supp (3) 22590 11/22/2011**

MORGAN STANLEY CAPITAL SERVICES LLC
c/o The Corporation Trust
Comp Corporation Trust C
1209 Orange Street
Wilmington, DE, 19801-1120

**LBH Plan Supp (3) 22590 11/22/2011**

MORGAN STANLEY CAPITAL SERVICES LLC
cc Morgan Stanley Capital Services Inc.
Floor 26, 1633 Broadway
New York, NY 10019

**LBH Plan Supp (3) 22590 11/22/2011**

MORGAN STANLEY CAPITAL SERVICES LLC
c/o Silverpeak Real Estate Partners
Attn: Rodolpho Amboss
1330 Avenue of the Americas
Suite 1200
New York, NY, 10019

**LBH Plan Supp (3) 22590 11/22/2011**

FIRST DATACORPORATION
Attn: Mike Jacobs
5565 Glenridge Connector, N.E.
Suite 2000
Atlanta, GA 30342

**LBH Plan Supp (3) 22590 11/22/2011**

CAPMARK FINANCIAL GROUP INC.
Attn: General Counsel
200 Witmer Road
Horsham, PA 19044

**LBH Plan Supp (3) 22590 11/22/2011**

Neggio Holding 3 GMBH
Attn: Maria Babilas
Schweinheimer Str, 3463743
Aschaffenburg
3463743
Germany

**LBH Plan Supp (3) 22590 11/22/2011**

PHS Group PLC
John Skidmore
Western Industrial Estate,
Caerphilly
CF83 1XH
United Kingdom

**LBH Plan Supp (3) 22590 11/22/2011**

ProSiebenSat1. Media AG
Ralf Gierig
Medienallee 7
Unterföhring
D-85774
Germany

**LBH Plan Supp (3) 22590 11/22/2011**

General Electric Capital Corporation
Bank Loan Group
Attention: Business Leader
201 Merritt 7
Norwalk, CT 06856

**LBH Plan Supp (3) 22590 11/22/2011**

Fusion Funding Limited
Attention: Diane Perinchief, Secretary
Canon's Court
22 Victoria Street
Hamilton HM 12 Bermuda

**LBH Plan Supp (3) 22590 11/22/2011**

Fusion Funding Luxembourg, S.A.R.L.
Attention : David Saigne
c/o Citco C&T (Luxembourg) S.A.
Le Dôme, 2nd Floor
2-8, avenue Charles de Gaulle
L-1653 Luxembourg

**LBH Plan Supp (3) 22590 11/22/2011**

Ventoux Funding Limited
c/o Maples Finance Limited
Attention: Directors
P.O. Box 1093
Boundary Hall
Cricket Square
Grand Cayman KY1-1102
Cayman Islands

**LBH Plan Supp (3) 22590 11/22/2011**

General Electric Capital Corporation
Bank Loan Group
Attention: Jennifer Cunningham, Michael
Pericht and Susan Hanna
201 Merritt 7
Norwalk, CT 06856

**LBH Plan Supp (3) 22590 11/22/2011**
U.S. Bank National Association
Corporate Trust Services - TFM Escrow
ATTN: Stefan Ronchetti and Bridget Greiber
60 Livingston Avenue
St. Paul, MN 55107

**LBH Plan Supp (3) 22590 11/22/2011**
U.S. Bank National Association, as Escrow
Agent
ATTN: Corporate Trust Services
100 Wall Street, 16th floor
New York, NY 10005

**LBH Plan Supp (3) 22590 11/22/2011**
WGZ Bank AG
Legal Department
Ludwig-Erhard-Allee 20
Dusseldorf, D-40227
Germany

**LBH Plan Supp (3) 22590 11/22/2011**
RUBY FINANCE 2008-01
HSBC Bank, USA
CTLA - Structured Finance
Attn: Thomas Musarra
10 East 40th Street, Floor 14
New York, NY, 10016

**LBH Plan Supp (3) 22590 11/22/2011**
SANTANDER AM SGIIC A/C BANIF
ESTRUCTURADO FI
acting on behalf of Banif
Estructurado
Attn: Teresa Saenz-Diez, Dir.
Legal Service Funds
Avda Cantabria s/n
28660 Boadilla del Monte
Madrid, Spain

**LBH Plan Supp (3) 22590 11/22/2011**
SANTANDER AM SGIIC A/C BANIF
ESTRUCTURADO FI
Ciudad Grupo Santander
Avda Cantabria s/n
28660 Boadilla del Monte
Madrid, Spain

**LBH Plan Supp (3) 22590 11/22/2011**
SANTANDER AM SGIIC A/C FONDO
ANTICIPACION CON
Avda. de Cantabria s/n
28660 Boadilla del Monte
Madrid 28660
Spain

**LBH Plan Supp (3) 22590 11/22/2011**
SANTANDER/FONDO
SUPERSELECCIONACCIONES 2 FIM
Ciudad Grupo Santander
Avda Cantabria s/n
28660 Boadilla del Monte
Madrid, Spain

**LBH Plan Supp (3) 22590 11/22/2011**
SANTANDER/SUPERSELECCIONDIVIDENDO
2 FI
Ciudad Grupo Santander
Avda Cantabria s/n
28660 Boadilla del Monte
Madrid, Spain

**LBH Plan Supp (3) 22590 11/22/2011**
The University of Scranton
800 Linden Street
Scranton, PA, 18510

LBH Plan Supp (3) 22590 11/22/2011

PHOENIX SERIES 2002-2
c/o QSVP Limited
Attn: Directors
P.O. Box 1093 GT
Queensgate House, 113 South
Church Street
George Town, Grand Cayman
Cayman Islands

LBH Plan Supp (3) 22590 11/22/2011

PHOENIX SERIES 2002-2
HSBC Bank, USA
CTLA - Structured Finance
Attn: Thomas Musarra
10 East 40th Street, Floor 14
New York, NY, 10016

LBH Plan Supp (3) 22590 11/22/2011

PHOENIX SERIES 2002-2
Attn: Director, Legal
P.O. Box 1093, Boundary Hall
Cricket Square
Grand Cayman
KY1-1102
Cayman Islands

LBH Plan Supp (3) 22590 11/22/2011

POLLYSON INTERNATIONAL LTD
Attn: Chan Chee Kong; Fung
Lee Woon King, Director
PO Box 210, 1st Floor, No. 1
The Mews
Ann Street, St. Helier
Jersey JE4 8SY
Channel Islands, United
Kingdom

LBH Plan Supp (3) 22590 11/22/2011

ROBERT A SCHOELLHORN TRUST
Attn: Steve Jakubowski
77 West Wacker Drive, Suite
4800
Chicago, IL, 60601-1812

LBH Plan Supp (3) 22590 11/22/2011

ROBERT A SCHOELLHORN TRUST
Attn: Robert A Schoellhorn
Marathon Coach
91333 Coburg Industrial Way
Coburg, OR, 97408-9492

LBH Plan Supp (3) 22590 11/22/2011

RUBY FINANCE 2008-01
BNY Corporate Trustee
Services Limited - London
Branch
One Canada Square London
London, E14 5AL
United Kingdom

LBH Plan Supp (3) 22590 11/22/2011

MPS CAPITAL SERVICES BANCA PERLE
IMPRESA SPA
Via Nino Bixio, 2
Offices: Viale Mazzini, 23
53100 Siena
Italy

LBH Plan Supp (3) 22590 11/22/2011

PHOENIX SERIES 2002-1
BNY Corporate Trustee
Services Limited - London
Branch
One Canada Square
London, E14 5AL
United Kingdom

LBH Plan Supp (3) 22590 11/22/2011

PHOENIX SERIES 2002-1
c/o Purrington Moody Weil
LLP
Attn: Simone Martin
320 West 13th Street, 5th
Floor
New York, NY, 10014

**LBH Plan Supp (3) 22590 11/22/2011**
PHOENIX SERIES 2002-1
HSBC Bank, USA
CTLA - Structured Finance
Attn: Thomas Musarra
10 East 40th Street, Floor 14
New York, NY, 10016

**LBH Plan Supp (3) 22590 11/22/2011**
PHOENIX SERIES 2002-1
Attn: The Directors
P.O. Box 1093, Boundary Hall
Cricket Square, Grand Cayman
KY1-1102
Cayman Islands, British West
Indies