# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | BORENSTEIN, ROBERTA 18 WINDY RIDGE PLACE WILTON, CT 06897 | 09/23/2009 | 08-13885 (JMP) | 34410 | $172,014.67 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 2 | CRIDER, GEORGE W. 474 HUGH DEEMS RD. CEDARTOWN, GA 30125 | 09/22/2009 | 08-13885 (JMP) | 33239 | $54,706.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 3 | KING STREET CAPITAL MASTER FUND, LTD. C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13885 (JMP) | 19766 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 4 | KING STREET CAPITAL MASTER FUND, LTD. C/O KING STREET CAPITAL MANAGEMENT, L.P.<br>ATTN: GENERAL COUNSEL<br>65 EAST 55TH STREET, 30TH FLOOR<br>NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 19767 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY NA<br>C/O THE BANK OF NEW YORK MELLON<br>ATTN: ALEX CHANG<br>101 BARCLAY STREET - 8W<br>NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |
| 5 | KING STREET CAPITAL, L.P. C/O KING STREET CAPITAL MANAGEMENT, L.P.<br>ATTN: GENERAL COUNSEL<br>65 EAST 55TH STREET, 30TH FLOOR<br>NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 19753 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY NA<br>C/O THE BANK OF NEW YORK MELLON<br>ATTN: ALEX CHANG<br>101 BARCLAY STREET - 8W<br>NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 6 | KING STREET CAPITAL, L.P.C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13885 (JMP) | 19773 | $0.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 7 | LYLE, J. ZACK & PORTER, LAURA L.HAZEL H. LYLE TRUST 458 TAKELY DRIVE LAWRENCEVILLE, GA 30046 | 09/21/2009 | 08-13885 (JMP) | 24336 | $107,046.00 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 8 | PRINCE, MARK 1243 FUNSTON STREET HOLLYWOOD, FL 33019-2217 | 12/29/2008 | 08-13555 (JMP) | 1500 | $50,562.50 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 9 | TIGERA, ARTURO & ANGELINA 6702 SW 134 CT MIAMI, FL 33183-2338 | 01/30/2009 | 08-13885 (JMP) | 2244 | $10,406.43 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |
| 10 | TRAWREK, CAROLYN O. 424 COUNTY ROAD 863 CRANE HILL, AL 35053 | 03/20/2009 | 08-13555 (JMP) | 3409 | $40,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |
| 11 | VANGUARD LONG-TERM TAX-EXEMPT FUND A SERIES OF VANGUARD MUNICIPAL BONDFUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 09/18/2009 | 08-13555 (JMP) | 16829 | $10,243,079.86 | BANK OF NEW YORK MELLON TRUST COMPANY NA C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13555 (JMP) | 29890 | $0.00 | Duplicative of Indenture Trustee Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 211: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 12 | VANGUARD LONG-TERM TAX-EXEMPT FUND A SERIES OF VANGUARD MUNICIPAL BONDFUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 09/18/2009 | 08-13885 (JMP) | 16830 | $10,243,079.86 | BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54 | Duplicative of Indenture Trustee Claim |

TOTAL      $20,920,895.32

\* - Indicates claim contains unliquidated and/or undetermined amounts