# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 225: EXHIBIT 1 – INCONSISTENT DEBTOR CLAIMS

| | NAME | CLAIM # | FILED DATE | TOTAL CLAIM DOLLARS | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED DEBTOR/CASE NUMBER |
|---|---|---|---|---|---|---|---|
| 1 | COLLIER, MICHAEL<br>69 HIGHFIELD WAY<br>RICKMANSWORTH<br>HERTS, WD3 7PP<br>UNITED KINGDOM | 11588 | 09/11/2009 | $225,335.44 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 2 | COLONIAL BANCGROUP, INC., THE<br>C/O KEVIN T. O'HALLORAN, CHIEF RESTRUCTURING OFFICER<br>P.O. BOX 723657<br>ATLANTA, GA 31139 | 25035 | 09/21/2009 | $4,053,591.00 | 08-13908 (JMP) | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc./ 08-13888 |
| 3 | JUDSON<br>ATTN: TIM BEAUREGARD<br>2181 AMBLESIDE DRIVE<br>CLEVELAND, OH 44106 | 32485 | 09/22/2009 | $434,656.17 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 4 | SEWARD, BRIAN<br>56 LODGE ROAD<br>BRAINTREE, ESSEX, CM7 1JB<br>UNITED KINGDOM | 11590 | 09/11/2009 | $115,492.70 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 5 | TERRANOVA, THOMAS<br>159 WEST 23RD STREET<br>APT 4R<br>NEW YORK, NY 10011-2499 | 33570 | 09/22/2009 | $55,000.00 | 08-13905 (JMP) | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. / 08-13555 (JMP) |
| 6 | VICTORY CAPITAL SERIES, LLC<br>SERIES D - ABSOLUTE RETURN CREDIT PORTFOLIO<br>C/O CHRISTOPHER WELKER<br>VICTORY CAPITAL MANAGEMENT<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | 25417 | 09/21/2009 | $7,548.98 | 08-13908 (JMP) | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc./ 08-13888 |

* - Indicates claim contains unliquidated and/or undetermined amounts