WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                             :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :    08-13555 (JMP)
:
Debtors.                                 :    (Jointly Administered)
:
------------------------------------------------------------------x

## AMENDMENT NO. 5 TO THE PLAN SUPPLEMENT

On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement, ECF No. 21254 (as amended, the "Plan Supplement"), containing documents and schedules in connection with the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31, 2011, ECF No. 19627 (as amended and modified, the "Plan").[1] On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement, ECF No. 21665. On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement, ECF No. 22156. On November 22, 2011, the Debtors filed Amendment No. 3 to the Plan Supplement, ECF No. 22590. On November 29, 2011, the Debtors filed Amendment No. 4 to the Plan

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Supplement, ECF No. 22742.  In accordance with section 11.1 of the Plan, this Amendment No. 5 to the Plan Supplement removes certain executory contracts from and adds another executory contract to Exhibit 2 of the Plan Supplement.

Pursuant to section 11.1 of the Plan, the Debtors reserve the right to alter, amend, update, supplement, or modify the Plan Supplement.

Pursuant to Section 15.5 of the Plan, the Plan Supplement may be obtained on the Debtors' independent website at www.lehman-docket.com or by request to the Debtors in accordance with section 15.12 of the Plan.

Dated: December 2, 2011
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

# CONTRACTS TO BE REMOVED FROM EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE HEREBY REMOVED FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO | LEHMAN BROTHERS SPECIAL FINANCING INC. | Forward Purchase Agreement dated on 12/30/1994 | 111 North Orlando Avenue Winter Park, FL, 32789<br><br>Attn: Gary Skilton |
|  | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MA - Multi-Currency Cross Border dated on 1/3/1997[2] | 111 North Orlando Avenue Winter Park, FL, 32789<br><br>Attn: Gary Skilton |
| ANTHRACITE BALANCE COMPANY (DIS 1) LTD | LEHMAN COMMERCIAL PAPER INC. |  | AIB International Centre I.F.S.C Dublin, 1 Ireland The Directors |
| ANTHRACITE BALANCED CO (LIBGDF) LTD-JR6 (ME) | LEHMAN COMMERCIAL PAPER INC. |  | Strathvale House North Church Street PO BOX 1109 GT Grand Cayman, Cayman Islands Attn: The Directors |
| ANTHRACITE BALANCED COMPANY (32) LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Strathvale House North Church Street PO BOX 1109 GT Grand Cayman, Cayman Islands Attn: The Directors |
|  | LEHMAN COMMERCIAL PAPER INC. |  | Strathvale House North Church Street PO BOX 1109 GT Grand Cayman, Cayman Islands Attn: The Directors |
| ANTHRACITE BALANCED COMPANY (36) LTD | LEHMAN COMMERCIAL PAPER INC. |  | AIB International Centre I.F.S.C Dublin, 1 Ireland The Directors |

---

[2] This contract is removed from Exhibit 2 to the Plan Supplement because it is duplicative of the 1992 ISDA MA – Multi-Currency Cross Border, dated on 1/3/1997, between Lehman Brothers Special Financing Inc. and Adventist Health System/Sunbelt, Inc. (the "1992 ISDA"). The 1992 ISDA remains on Exhibit 2 to the Plan Supplement and is scheduled for assumption.

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ANTHRACITE BALANCED COMPANY (40) LTD | LEHMAN COMMERCIAL PAPER INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE BALANCED COMPANY (44) LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| | LEHMAN COMMERCIAL PAPER INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE BALANCED COMPANY (AWF) LTD | LEHMAN COMMERCIAL PAPER INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE BALANCED COMPANY (GMN) LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| | LEHMAN COMMERCIAL PAPER INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE BALANCED COMPANY (JR-27) LTD | LEHMAN COMMERCIAL PAPER INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | LEHMAN COMMERCIAL PAPER INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE BALANCED COMPANY IR-19 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | LEHMAN COMMERCIAL PAPER INC. | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Anthracite Investments (Ireland) PLC<br>AIB International Centre<br>IFSC Dublin 1<br>Ireland |
| | | | North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands |
| | | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE INVESTMENTS (CAYMAN ) LTD | LEHMAN COMMERCIAL PAPER INC. | | AIB International Centre<br>I.F.S.C<br>Dublin, 1<br>Ireland<br>The Directors |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | AIB International Centre<br>I.F.S.C<br>Dublin, 1<br>Ireland<br>The Directors |
| | LEHMAN COMMERCIAL PAPER INC. | | AIB International Centre<br>I.F.S.C<br>Dublin, 1<br>Ireland<br>The Directors |
| BOULTBEE VASTERAS AB | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Boultbee (VÃsterÃs) AB, c/o EFM (Sverige) AB<br>Box 49166,<br>Stockholm<br>Fleminggatan 48, Stockholm, 100 29<br>Sweden |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Boultbee (VÃsterÃs) AB, c/o EFM (Sverige) AB<br>Box 49166,<br>Stockholm<br>Fleminggatan 48, Stockholm, 100 29<br>Sweden |
| CONVEX MASTER FUND LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o Convex Master Fund, Ltd<br>Torre de los Profesionales<br>Yaguaron 1407<br>Office 610, Montevido<br>11000<br>Uruguay<br>Attn: Andres Azicri |
| DANSKE BANK A/S | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 2-12 Holmens Kanal<br>Copenhagen K<br>DK1092<br>Denmark<br>Attn: Danske Markets Legal |
| DUBAI HOLDING COMM OPERAT | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Dubai Holdings<br>PO. Box 66000<br>Dubai, United Arab Emirates<br>Attn: Dubai Holdings |
| EFG PRIVATE BANK S.A. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 24, Quai du Seujet<br>CH-1211 Geneva 2<br>Switzerland |
| GUADELETE INVESTMENTS S.A.R.L | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Guadelete Investments SARL 22 Rue Jean-Pierre Brasseur<br>Luxembourg, L 1258<br>Luxembourg |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ING USA ANNUITY & LIFE INSURANCE COMPANY | LEHMAN BROTHERS SPECIAL FINANCING INC. | May 22, 2007 ISDA | ING USA Annuity and Life Insurance Company<br>c/o ING Investment Management LLC<br>5780 Powers Ferry Road, N.W. - Suite 300<br>Atlanta, GA, 30327-4349<br><br>Attention: Derivatives Middle Office |
| | | | ING Investment Management LLC<br>5780 Powers Ferry Road, N.W. Suite 300<br>Atlanta, GA, 30327-4349<br><br>Attention: Corporate Counsel |
| | | | ING Investment Management<br>230 Park Avenue, 15th Floor<br>New York, NY, 10169<br><br>Attention: Armand Aponte |
| ISRAEL DISCOUNT BANK | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Israel Discount Bank Ltd<br>Nightingale House 65<br>Curzon Street<br>London , W1Y 7PE<br>United Kingdom |
| | | | Israel Discount Bank Ltd<br>Nightingale House 65<br>Curzon Street<br>London, W1Y 7PE<br>United Kingdom |
| KLINE GALLAND CENTER | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1200 University Street<br>Seattle, WA , 98101-2883<br><br>Attn: Chief Fiancial Officer |
| | | | c/o Cain Brothers<br>360 Madison Avenue, 5th Floor<br>New York, NY, 10017<br><br>Attn: Derivative Operations |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LB PERU TRUST II, 1998-A | LEHMAN BROTHERS SPECIAL FINANCING INC. | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| LEHMAN RE LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 3 World Financial Center<br>9th floor<br>New York, NY, 10285-0700<br>USA |
| | | | Clarendon House<br>2 Church Street<br>Hamilton, HM11<br>Bermuda |
| | | | PWC, Dorchester House<br>7 Church Street<br>Hamilton, HM11<br>Bermuda |
| | | | Sofia House<br>48 Church St<br>Hamilton, HM12<br>Bermuda |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 3 World Financial Center<br>9th floor<br>New York, NY, 10285-0700<br>USA |
| | | | Clarendon House<br>2 Church Street<br>Hamilton, HM11<br>Bermuda |
| | | | PWC, Dorchester House<br>7 Church Street<br>Hamilton, HM11<br>Bermuda |
| | | | Sofia House<br>48 Church St<br>Hamilton, HM12<br>Bermuda |
| NGA CAPITAL FUND LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o Investors Fund Services (Ireland) Limited<br>Block D, Iveagh Court<br>Harcourt Road<br>Dublin 2, Ireland<br>Laura O'Doherty |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | Float Forward Agreement dated on 1/25/1995 | 136 Lincoln Street Boston, MA , 02111 |
| OAK HILL STRATEGIC PARTNERS, L.P. | LEHMAN BROTHERS OTC DERIVATIVES INC. | | Oak Hill Strategic Partners, L.P. 201 Main Street Suite 1600 Fort Worth, TX, 76102

Attn: Joanathan Nunnaley |
| QUARTZ FINANCE PLC SERIES 2003-1 CLASS A | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of 10 October 2002, as amended and supplemented from time to time between Dante Finance plc and Lehman Brothers Special Financing Inc. | c/o The Bank of New York Mellon-London Branch One Canada Square London E14 5AL England Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust |
| QUARTZ FINANCE PLC SERIES 2003-1 CLASS B | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of 10 October 2002, as amended and supplemented from time to time between Dante Finance plc and Lehman Brothers Special Financing Inc. | c/o The Bank of New York Mellon-London Branch One Canada Square London E14 5AL England Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust |
| Thomas Cook AG | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Thomas Cook Group Plc 6th Floor South, Brettenham House Lancaster Place, London, WC2E 7EN UK Attn: Richard Walker (Fuel Dealer) |
| UNIVERSITY OF PITTSBURGH - COMMONWEALTH SYSTEM | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 2403 Cathedral of Learning Pittsburgh, PA , 15260

Attn: Treasurer |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
|  |  |  | University of Pittsburg<br>2403 Cathedral of Learning<br>Pittsburgh, PA, 15260<br><br>Attn: Treasurer |
| STEPHEN G MACKENZIE &ELIZABETH MACKENZIE JTWROS | LEHMAN BROTHERS OTC DERIVATIVES INC. |  | 103 Chichester Road<br>New Canaan, CT,  06840<br><br>Attn: Mr. Stephen G MacKenzie |

# EXHIBIT B

# CONTRACT TO BE ADDED TO EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACT IS HEREBY ADDED TO THE PLAN SUPPLEMENT ON EXHIBIT 2, PART C – COMMERCIAL REAL ESTATE AGREEMENTS – AND IS SCHEDULED FOR ASSUMPTION**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| R04A28 | LBHI | THE WITKOFF GROUP LLC | ADVISORY SERVICES AGREEMENT | ONGOING SERVICES AGREEMENT | The Witkoff Group LLC Attn: Scott C. Alper 130 EAST 59TH STREET, 15TH FLOOR New York, New York 10022 |
| | | | | | THE WITKOFF GROUP LLC 220 EAST 42ND STREET NEW YORK, NEW YORK 10017 |

---

[1] LBHI – Lehman Brothers Holdings Inc.
   LCPI – Lehman Commercial Paper Inc.
   LCPUK – Lehman Commercial Paper Inc., UK Branch
   LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only.  To the extent there is an inconsistency between this description and the contract, the contract governs.