# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BARTON CREEK SENIOR LIVING CENTER, INC. C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS, TX 75201 | 27228 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $26,928.53 | Lehman Brothers Special Financing Inc. | Unsecured | $21,600.00 |
| 2 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 14018 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,616,462.50 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,000,000.00 |
| 3 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 14019 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,616,462.50 | Lehman Brothers Holdings Inc. | Unsecured | $5,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID, 28046 SPAIN | 28167 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,956,489.17* | Lehman Brothers Holdings Inc. | Unsecured | $1,900,000.00 |
| 5 | CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID, 28046 SPAIN | 28168 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,956,489.17* | Lehman Brothers Special Financing Inc. | Unsecured | $1,900,000.00 |
| 6 | CEBFT RUSSELL FIXED INCOME II FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30860 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $14,012.47 $67,116.05 $81,128.52 | Lehman Brothers Special Financing Inc. | Unsecured | $67,116.05 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | DRAX POWER LIMITED PHILIP HUDSON, GENERAL COUNSEL SELBY NORTH YORKSHIRE, YO8 8PH UNITED KINGDOM | 1759 | 01/15/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,377,747.59* | Lehman Brothers Commodity Services Inc. | Unsecured | $3,845,055.00 |
| 8 | DRAX POWER LIMITED PHILIP HUDSON, GENERAL COUNSEL SELBY NORTH YORKSHIRE, YO8 8PH UNITED KINGDOM | 1760 | 01/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,377,747.59* | Lehman Brothers Holdings Inc. | Unsecured | $3,845,055.00 |
| 9 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN, 60265 GERMANY | 65956 | 12/16/2009 | Lehman Brothers Commercial Corporation | Unsecured | $18,487,213.80* | Lehman Brothers Commercial Corporation | Unsecured | $7,000,000.00 |
| 10 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE, FLOOR 28 NEW YORK, NY 10167 | 24979 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $52,943,691.00* | Lehman Brothers Special Financing Inc. | Unsecured | $40,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | PRISMA ENHANCED FIXED INCOME FUND LP<br>ATTN: JOHN K. BRENNAN<br>C/O PRISMA CAPITAL PARTNERS LP<br>ONE PENN PLAZA, SUITE 3515<br>NEW YORK, NY 10119 | 8855 | 08/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,561,729.05 | Lehman Brothers Special Financing Inc. | Unsecured | $1,170,567.67 |
| 12 | PRISMA ENHANCED FIXED INCOME FUND LP<br>ATTN: JOHN K BRENNAN<br>C/O PRISMA CAPITAL PARTNERS LP<br>ONE PENN PLAZA, SUITE 3515<br>NEW YORK, NY 10119 | 8857 | 08/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $345,756.89 | Lehman Brothers Special Financing Inc. | Unsecured | $231,610.13 |
| 13 | PRISMA ENHANCED FIXED INCOME FUND LP<br>ATTN: JOHN K BRENNA<br>C/O PRISMA CAPITAL PARTNERS LP<br>ONE PENN PLAZA, SUITE 3515<br>NEW YORK, NY 10119 | 8858 | 08/20/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,561,729.05 | Lehman Brothers Holdings Inc. | Unsecured | $1,170,567.67 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30863 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $13,387,287.35 $2,635,922.85 $16,023,210.20 | Lehman Brothers Special Financing Inc. | Unsecured | $1,674,981.85 |
| 15 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33054 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,394,286.18 | Lehman Brothers Holdings Inc. | Unsecured | $1,674,981.85 |
| 16 | SCHRODER & CO. LIMITED C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPATRMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON, EC2V 7QA UNITED KINGDOM | 29084 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $263,915.28* | Lehman Brothers Holdings Inc. | Unsecured | $251,157.15 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | SCHRODER & CO. LIMITED C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPATRMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON, EC2V 7QA UNITED KINGDOM | 29085 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $263,915.28* | Lehman Brothers Special Financing Inc. | Unsecured | $251,708.48 |
| 18 | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 15925 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $16,069,041.00* | Lehman Brothers Special Financing Inc. | Unsecured | $14,750,000.00 |
| 19 | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 15926 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,069,041.00* | Lehman Brothers Holdings Inc. | Unsecured | $14,750,000.00 |
| 20 | SPCP GROUP, L.L.C. TRANSFEROR: AVISTA CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 2901 | 02/19/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,496,640.46 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,321,808.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

|    | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|----|------|---------|------------|-----------------|----------------|-----------------|-----------------|----------------|-----------------|
| 21 | SPCP GROUP, L.L.C. TRANSFEROR: AVISTA CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 2902 | 02/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,496,640.46 | Lehman Brothers Holdings Inc. | Unsecured | $3,321,808.00 |
| 22 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 4991 | 06/24/2009 | Lehman Brothers Holdings Inc. | Secured | $411,647.83 | Lehman Brothers Holdings Inc. | Unsecured | $232,751.33 |
| 23 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 4995 | 06/24/2009 | Lehman Brothers Commercial Corporation | Secured | $411,647.83 | Lehman Brothers Commercial Corporation | Unsecured | $232,751.33 |
| 24 | SWEDBANK AB (PUBL) MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM, SE-105 34 SWEDEN | 4997 | 06/24/2009 | Lehman Brothers Holdings Inc. | Secured | $282,339.70 | Lehman Brothers Holdings Inc. | Unsecured | $54,394.47 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 222: EXHIBIT 1 – SETTLED DERIVATIVES OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 25 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32807 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,585.24* | Lehman Brothers Special Financing Inc. | Unsecured | $24,563.02 |
| 26 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32818 | 09/22/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $21,606.63* | Lehman Brothers Derivative Products Inc. | Unsecured | $32,243.34 |
| | | | | | TOTAL | $160,123,092.45 | | TOTAL | $111,724,720.34 |