# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COMMINGLED PENSION TRUST FUND (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23015 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $369,578.54* $369,578.54 | Lehman Brothers Holdings Inc. | Unsecured | $381,065.33 |
| 2 | COMMINGLED PENSION TRUST FUND (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23016 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $369,578.54* $369,578.54 | Lehman Brothers Special Financing Inc. | Unsecured | $381,065.33 |
| 3 | COMMINGLED PENSION TRUST FUND (LONG CREDIT) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23017 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $71,033.56* $71,033.56 | Lehman Brothers Holdings Inc. | Unsecured | $71,034.00 |
| 4 | COMMINGLED PENSION TRUST FUND (LONG DURATION INVESTMENT GRADE) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23018 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $280,257.33* $280,257.33 | Lehman Brothers Special Financing Inc. | Unsecured | $280,257.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | COMMINGLED PENSION TRUST FUND (LONG DURATION INVESTMENT GRADE) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23019 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $280,257.33* $280,257.33 | Lehman Brothers Holdings Inc. | Unsecured | $280,257.00 |
| 6 | COMMINGLED PENSION TRUST FUND (LONG DURATION PLUS) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23020 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $168,154.40* $168,154.40 | Lehman Brothers Special Financing Inc. | Unsecured | $168,154.20 |
| 7 | COMMINGLED PENSION TRUST FUND (LONG DURATION PLUS) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK, NY 10167-0001 | 23021 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $168,154.40* $168,154.40 | Lehman Brothers Holdings Inc. | Unsecured | $168,154.20 |
| 8 | COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OPP FIXED INCOME) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22857 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $2,966,487.23* $2,966,487.23 | Lehman Brothers Special Financing Inc. | Unsecured | $2,966,487.23 |

\* - Indicates claim contains unliquidated and/or undetermined amounts          Page 2 of 6

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OPP. FIXED INCOME) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22872 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined $2,966,487.23*<br><br>$2,966,487.23 | Lehman Brothers Holdings Inc. | Unsecured | $2,966,487.23 |
| 10 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22858 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $7,081,477.97*<br><br>$7,081,477.97 | Lehman Brothers Holdings Inc. | Unsecured | $7,081,477.97 |
| 11 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22859 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $7,081,477.97*<br><br>$7,081,477.97 | Lehman Brothers Special Financing Inc. | Unsecured | $7,081,477.97 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22860 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $585,396.43* $585,396.43 | Lehman Brothers Special Financing Inc. | Unsecured | $585,396.43 |
| 13 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22861 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $585,396.43* $585,396.43 | Lehman Brothers Holdings Inc. | Unsecured | $585,396.43 |
| 14 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22862 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $1,019,693.74* $1,019,693.74 | Lehman Brothers Holdings Inc. | Unsecured | $1,019,693.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22863 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $1,019,693.74* $1,019,693.74 | Lehman Brothers Special Financing Inc. | Unsecured | $1,019,693.74 |
| 16 | COMMINGLED PENSION TRUST FUND (LONG CREDIT) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK, NY 10167-0001 | 22864 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Priority Secured Unsecured Subtotal | Undetermined Undetermined $71,033.56* $71,033.56 | Lehman Brothers Special Financing Inc. | Unsecured | $71,034.00 |
| 17 | QUANTUM PARTNERS LP. C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10106 | 31535 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $19,226,427.63* $19,226,427.63 | Lehman Brothers Special Financing Inc. | Unsecured | $17,515,044.29 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 222: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 18 | QUANTUM PARTNERS LP. C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10106 | 31595 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured  Subtotal | Undetermined Undetermined $19,226,427.63*  $19,226,427.63 | Lehman Brothers Holdings Inc. | Unsecured | $17,515,044.29 |
| | | | | | TOTAL | $51,514,379.75 | | TOTAL | $48,103,099.68 |