# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BELMONT BUSINESS SA TORRE AQUARELA S APT 1701, PARADA 18, ESQUINA AVD TERRADEL PUNTA DEL ESTE 20000 URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9415[1] | Undetermined | No Liability Claim |
| 2 | BPNS S.A. ATTN: BERNARDO GUILLAMON, PRESIDENT ELLAURI 491 MONTEVIDEO, 11300 URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25655 | $80,000.00 | No Liability Claim |
| 3 | CD REPRESENTATIVE LLC ATTN: JOHN S. WEHRLE 18500 EDISON AVENUE CHESTERFIELD, MO 63005 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 21489 | $40,100,000.00 | No Liability Claim |
| 4 | ELLIOTT ASSOCIATES L.P. TRANSFEROR: ARGO FUND LIMITED, THE ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1940 | $1,973,600.53 | No Liability Claim |
| 5 | ELLIOTT INTERNATIONAL L.P. TRANSFEROR: ARGO CAPITAL INVESTORS FUND SPC, ET AL. ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1939 | $1,750,645.40 | No Liability Claim |

[1] Claim 9415 is being expunged solely with respect to its asserted claim for securities in the quantity of 500,000 that are identified as LEHMAN BROTHERS HOLDINGS INC. The portion of Claim 9415 that is asserting a claim for securities with CUSIP No. 52520B206 was previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated July 21, 2011 [Docket No. 18712].

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | FEIGENBAUM, JAMES S. AND SHIRLEY G.<br>12 DRESSAGE COURT<br>CHERRY HILL, NJ 08003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31880 | $34,000.00 | No Liability Claim |
| 7 | HENNE, ARMIN<br>WATERLOOSTRASSE5<br>BRAUNSCHWEIG, 38106<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2191 | $2,300.00 | No Liability Claim |
| 8 | HUMBLE, JOSEPH P.<br>TASHA E. AGRUSO, ESQ.<br>200 S. ELM ST, SUITE 400<br>GREENSBORO, NC 27401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/29/2009 | 5046 | $128,517.03 | No Liability Claim |
| 9 | JACLYN FEIGENBAUM TRUST<br>C/O JAMES FEIGENBAUM TRUSTEE<br>12 DRESSAGE CT<br>CHERRY HILL, NY 08003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31881 | $39,000.00 | No Liability Claim |
| 10 | JOHNSON, RAY L. & BETTY JOHNSON<br>1675 BENIK RD<br>LA HABRA HTS, CA 90631 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7655[2] | $20,971.24* | No Liability Claim |
| 11 | KYUSHU LABOR BANK<br>OTEMON 3-3-3 TYUOKU-FUKUOKASHI<br>FUKUOKAKEN,<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2008 | 356 | $4,937,296.00 | No Liability Claim |
| 12 | LASKO JOINT INVESTMENTS<br>C/O BERNARD EIZEN, ESQUIRE<br>EIZEN FINEBURG & MCCARTHY, P.C.<br>2001 MARKET STREET, SUITE 3410<br>PHILADELPHIA, PA 19103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25377 | $750,000.00 | No Liability Claim |

[2] Claim 7655 is being expunged solely with respect to its asserted claim totaling $16,000 for securities identified as LEHMAN CMRCL CD.  The portion of Claim 7655 that is asserting a claim totaling $4,971.24 for securities with CUSIP No. 52520Y209 was previously expunged pursuant to the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893].

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | NGUYEN CONG THANH AND KIM PHUONG SU<br>7188 ALDER SPRING WAY<br>SAN JOSE, CA 95153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2185 | $400,000.00 | No Liability Claim |
| 14 | PENNY, MELISSA PERSONAL INJURY TRUST<br>13 STAFFORD RD.<br>STOCKTON HEATH<br>WARRINGTON, CHESHIRE, WA46RP<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/13/2009 | 5266 | $83,000.00* | No Liability Claim |
| 15 | PUA, ARTHUR S., DR.<br>7350 PRINCEVALLE ST.<br>GILROY, CA 95020-6146 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 7353 | $10,000.00 | No Liability Claim |
| 16 | SABELLA, RICHARD J., IRA CUSTODIAN<br>C/O PRISM VENTURE PARTNERS, LLC<br>675 INDIANTOWN ROAD<br>JUPITER, FL 33458 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12772[3] | $1,500,000.00* | No Liability Claim |
| 17 | SENGUPTA, SUPRIO<br>C/O I&M BANK<br>PO BOX 30238<br>NAIROBI, 00100<br>KENYA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/2008 | 818 | $17,000.00 | No Liability Claim |
| 18 | STURDIVANT, BARBARA M<br>9161 GREAT BLUE HERON LANE<br>BLAINE, WA 98230 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5726 | $116,840.00 | No Liability Claim |

---

[3] Claim 12722 is being expunged solely with respect to its asserted claim for "other investments having an original investment value of $1,000,000." The portion of Claim 12772 that is asserting a claim totaling $500,000 for securities with CUSIP No. 5252M0DK0 was previously expunged pursuant to the Order Granting Debtors' Twenty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated September 21, 2010 [Docket No. 11507].

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 208: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | TELLURIDE 360 REAL ESTATE P.O. BOX 2250 TELLURIDE, CO 81435 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32503 | $320,000.00 | No Liability Claim |
| 20 | VADAI, AMALIA AND EPHRAIN 16 AHARON BOXER ST. NES-ZIONA, 74057 ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32534 | $40,000.00 | No Liability Claim |
| | | | | | TOTAL | $52,303,170.20 | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY EMPLOYEE WELFARE FUND LOCAL 3 IBEW MITCHEL B. CRANER, ESQ. 60 EAST 42ND STREET, SUITE 4700 NEW YORK, NY 10165 | | Lehman No Case Asserted/All Cases Asserted | 01/20/2009 | 1826 | $500,000.00 | No Liability Claim |
| 2 | CONWAY & MROWIEC ATTN: JOHN MROWIEC 20 SOUTH CLARK SUITE 1000 CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5645 | $21,733.76 | No Liability Claim |
| 3 | KING STREET CAPITAL MASTER FUND, LTD. C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19768 | Undetermined | No Liability Claim |
| 4 | KROGER CO MASTER RETIREMENT TRUST C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINNATI, OH 45202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33149 | $475,000.00 | No Liability Claim |
| 5 | MANTON FOUNDATION, THE 800 BOYLSTON ST STE 3600 BOSTON, MA 02199-3600 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22598 | $5,000,000.00 | No Liability Claim |
| 6 | NEW JERSEY TRANSIT CORP ATTN: ROBERT WEBB 1 PENN PLAZA NEWARK, NJ 07105-2246 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28347 | $18,519,626.35 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 26934 | $2,300,000.00* | No Liability Claim |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 26935 | $2,300,000.00* | No Liability Claim |
| 9 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 26936 | $2,300,000.00* | No Liability Claim |
| 10 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 26937 | $2,300,000.00* | No Liability Claim |
| 11 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26938 | $2,300,000.00* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 26939 | $2,300,000.00* | No Liability Claim |
| 13 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 26940 | $2,300,000.00* | No Liability Claim |
| 14 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 26941 | $2,300,000.00* | No Liability Claim |
| 15 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 26942 | $2,300,000.00* | No Liability Claim |
| 16 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 26943 | $2,300,000.00* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26944 | $2,300,000.00* | No Liability Claim |
| 18 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26945 | $2,300,000.00* | No Liability Claim |
| 19 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 26946 | $2,300,000.00* | No Liability Claim |
| 20 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26947 | $2,300,000.00* | No Liability Claim |
| 21 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26948 | $2,300,000.00* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 26949 | $2,300,000.00* | No Liability Claim |
| 23 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13885 (JMP) | **Lehman Brothers Commodity Services Inc.** | 09/22/2009 | 26950 | $2,300,000.00* | No Liability Claim |
| 24 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13664 (JMP) | **PAMI Statler Arms LLC** | 09/22/2009 | 26951 | $2,300,000.00* | No Liability Claim |
| 25 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13600 (JMP) | **LB 745 LLC** | 09/22/2009 | 26952 | $2,300,000.00* | No Liability Claim |
| 26 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR & ANDREW M. THAU 4 TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 26953 | $2,300,000.00* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 208: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN JERI TRICE, ZENITH ADMINISTRATORS 201 QUEEN ANNE AVENUE NORTH SUITE 100 SEATTLE, WA 98109-4896 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/22/2009 | 4492 | $59,726.40 | No Liability Claim |
| | | | | | TOTAL | $70,576,086.51 | |