# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | BANCA ESPERIA S.P.A.<br>ATTN: LUCA PELLEGRINO<br>VIA FILODRAMMATICI, 5<br>MILANO, 20121<br>ITALY<br><br>TRANSFERRED TO: PICTET & CIE<br>TRANSFEROR: BANCA ESPERIA S.P.A.<br>ATTN:LEGAL DEPARTMENT<br>ROUTE DES ACACIAS 60<br>GENEVA 73<br>GENEVA, 1211<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63450 | $6,262,644.26*<br><br><br><br><br><br>$152,139.93 | $939,778.85 |
| 2 | BARCLAYS BANK PLC<br>ATTN: MARK MANSKI, MANAGING DIRECTOR<br>200 PARK AVE.<br>NEW YORK, NY 10166 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 64030 | $39,337,089.61* | $39,337,089.61 |
| 3 | BLACK ROCK FINANCIAL MANAGEMENT INC. ET AL<br>J. GREGORY MILMOE ESQ & ANDREW THAU ESQ, SKADDEN ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>4 TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62808 | $17,831,309.80* | $17,831,309.80 |
| 4 | COMPAGNIE MONEGASQUE DE BANQUE<br>23, AVENUE DE LA COSTA<br>MONACO, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55743[1] | $16,869,760.67 | $142,054.65 |

[1] The Debtors' have objected to a portion of Claim 55743 pursuant to the Debtors' 216th Omnibus Objection to Claims.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 5 | DEUTSCHE BANK AG LONDON BRANCH<br>ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG<br>WINCHESTER HOUSE<br>1 GREAT WINCHESTER STREET<br>LONDON, EC2N 2DB<br>UNITED KINGDOM<br><br>TRANSFERRED TO: YORK ASIAN OPPORTUNITIES MASTER FUND, LP<br>TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH<br>ATTN: ADAM SEMLER-C/O OPERATIONS DEPARTMENT<br>767 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59718[2] | $0.00*<br><br>$0.00* | $0.00 |
| 6 | DUEMME SGR S.P.A.<br>ATTN: LUCA PELLEGRINO<br>PIAZZA PAOLO FERRARI, 6<br>GALLERIA FILODRAMMATICI 2 PIANO<br>MILANO, 20121<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63452 | $1,084,360.25* | $1,084,360.25 |
| 7 | FORTIS INVESTMENT MANAGEMNENT BELGIUM NV/SA ACTING ON BEHALF OF CSA L BD CORPORATR EURO<br>AVENUE DE L'ASTRONOMIE, 14<br>BRUSSELS, B-1210<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62831 | $601,088.00* | $601,088.00 |

---

[2] The Debtors' have objected to a portion of Claim 59718 pursuant to the Debtors' 216th Omnibus Objection to Claims.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 8 | FORTIS INVESTMENT MANAGEMNENT BELGIUM NV/SA ACTING ON BEHALF OF CSA L BD CORPORATR EURO<br>AVENUE DE L'ASTRONOMIE, 14<br>BRUSELS, B-1210<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62832 | $6,086,007.00* | $6,086,007.00 |
| 9 | FORTIS INVESTMENT MANAGEMNENT LUXEMBOURG S.A. ACTING ON BEHALF OF CSA L BD CORPORATR EURO<br>46 B AVENUE J.F. KENNEDY<br>LUXEMBOURG, L 1855<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62830 | $22,465,632.00* | $22,465,632.00 |
| 10 | KFW (ALSO KNOWN AS KREDITANSTALT FUER WIDERAUFBAU)<br>ATTN: DEPT. RCE / SPECIAL ASSET GROUP<br>PALMENGARTENSTRASSE 5-9<br>FRANKFURT, 60325<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55740 | $109,603,864.83 | $1,447,461.71 |
| 11 | NORGES BANK<br>ATTN: NBIM LEGAL, MARGRETHE JORSTAD<br>BANKPLASSEN 2<br>PO BOX 1179 SENTRUM<br>OSLO, NO-0107<br>NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46975 | $424,680,555.29* | $7,310,293.54 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 12 | SWISS RE FUNDS (LUX) I<br>SWISS RE CAPITAL MARKETS LIMITED<br>ATTN: NICHOLAS RAYMOND<br>30 ST MARY AXE<br>LONDON, EC3A 8EP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63602 | $16,354,802.63 | $4,366,092.42 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 13 | UBS AG<br>ATTN: BERT GUQUA, ESQ.<br>677 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50309[3] | $0.00* | $0.00 |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD<br>TRANSFEROR: UBS AG<br>C/O GRUSS ASSET MANAGEMENT LP<br>ATTN: MICHAEL MONTICCIOLO<br>667 MADISON AVENUE, THIRD FLOOR<br>NEW YORK, NY 10065 | | | | | $0.00* | |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD<br>TRANSFEROR: UBS AG<br>C/O GRUSS ASSET MANAGEMENT LP<br>ATTN: MICHAEL MONTICCIOLO<br>667 MADISON AVENUE, THIRD FLOOR<br>NEW YORK, NY 10065 | | | | | $0.00* | |
| | TRANSFERRED TO: QUANTUM PARTNERS LTD<br>TRANSFEROR: UBS AG<br>C/O SOROS FUND MANAGEMENT LLPC<br>ATTN: JAY SCHOENFARBER<br>888 SEVENTH AVE, 33RD FL<br>NEW YORK, NY 10106 | | | | | $0.00* | |

---

[3] The Debtors' have objected to a portion of Claim 50309 pursuant to the Debtors' 216th Omnibus Objection to Claims.

## OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: THE VARDE FUND VIII, LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | | $135,000.00 | |
| TRANSFERRED TO: VARDE INVESTMENT PARTNERS LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | | $112,000.00 | |
| TRANSFERRED TO: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | | $52,000.00 | |
| TRANSFERRED TO: THE VARDE FUND LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | | $33,000.00 | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: THE VARDE FUND IX LP TRANSFEROR: UBS AG<br>ATTN: EDWINA PJ STEFFER<br>8500 NORMANDALE LAKE BLVD, STE 1500<br>MINNEAPOLIS, MN 55437 | | | | | $334,000.00 | |
| TRANSFERRED TO: THE VARDE FUND IX-A LP TRANSFEROR: UBS AG<br>ATTN: EDWINA PJ STEFFER<br>8500 NORMANDALE LAKE BLVD, STE 1500<br>MINNEAPOLIS, MN 55437 | | | | | $43,000.00 | |
| TRANSFERRED TO: THE VARDE FUND V-B LP TRANSFEROR: UBS AG<br>ATTN: EDWINA PJ STEFFER<br>8500 NORMANDALE LAKE BLVD, STE 1500<br>MINNEAPOLIS, MN 55437 | | | | | $11,000.00 | |
| TRANSFERRED TO: THE VARDE FUND VI-A LP TRANSFEROR: UBS AG<br>ATTN: EDWINA PJ STEFFER<br>8500 NORMANDALE LAKE BLVD, STE 1500<br>MINNEAPOLIS, MN 55437 | | | | | $19,000.00 | |
| TRANSFERRED TO: THE VARDE FUND VII-B LP TRANSFEROR: UBS AG<br>ATTN: EDWINA PJ STEFFER<br>8500 NORMANDALE LAKE BLVD, STE 1500<br>MINNEAPOLIS, MN 55437 | | | | | $5,000.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: THE VARDE FUND X (MASTER) LP<br>TRANSFEROR: UBS AG<br>ATTN: EDWINA PJ STEFFER<br>8500 NORMANDALE LAKE BLVD, STE 1500<br>MINNEAPOLIS, MN 55437 | | | | | $256,000.00 | |
| TRANSFERRED TO: CONTRARIAN FUNDS, LLC<br>TRANSFEROR: UBS AG<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | | | | $1,900,000.00 | |
| TRANSFERRED TO: CRESCENT 1 L.P.<br>TRANSFEROR: UBS AG<br>C/O CYRUS CAPITAL PARTNERS, L.P.<br>399 PARK AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022 | | | | | $0.00* | |
| TRANSFERRED TO: CYRUS OPPORTUNITIES MASTER FUND II, LTD.<br>TRANSFEROR: UBS AG<br>C/O CYRUS CAPITAL PARTNERS, L.P.<br>399 PARK AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022 | | | | | $0.00* | |
| TRANSFERRED TO: CRS FUND LTD.<br>TRANSFEROR: UBS AG<br>C/O CYRUS CAPITAL PARTNERS, L.P.<br>399 PARK AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022 | | | | | $0.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|----|------|-------------|-------------|------------|---------|---------------------|--------------------------|
|    | TRANSFERRED TO: CYRUS SELECT OPPS. MASTER FUND, LTD. TRANSFEROR: UBS AG C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | |
| 14 | UNION INVESTMENT INSTITUTIONAL GMBH C/O UNION ASSET MANAGEMENT HOLDING AG ATTN: DR. MIKE RINKER, LEGAL COUNSEL WIESENHUTTENSTRASSE 10 FRANKFURT AM MAIN, 60329 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43953 | $1,160,843.20 | $434,903.50 |
|    |      |             |             |            | TOTAL   | $665,390,097.47     | $102,046,071.33          |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 217: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CLARIDEN LEU LTD<br>ATTN: ALLEN GAGE<br>1 MADISON AVE<br>NEW YORK, NY 10010 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55813[1] | $0.00* | $0.00 |
| | TRANSFERRED TO: BANK VONTOBEL AG, ZURICH/SWITZERLAND<br>TRANSFEROR: CLARIDEN LEU LTD<br>GOTTHARDSTRASSE 43<br>POSTFACH<br>CH-8022 ZURICH,<br>SWITZERLAND | | | | | $200,000.00<br><br>$0.00* | |
| | TRANSFERRED TO: BSI SA (AS AGENT ON BEHALF OF ITS CLIENTS)<br>TRANSFEROR: CLARIDEN LEU LTD<br>VIA MAGATTI N.2<br>LUGANO, CH-6900<br>SWITZERLAND | | | | | | |
| | TRANSFERRED TO: BANK JULIUS BAER & CO. LTD.<br>TRANSFEROR: CLARIDEN LEU LTD<br>LEGAL PRODUCTS & SERVICES<br>PO BOX<br>ZURICH, CH-8010<br>SWITZERLAND | | | | | $0.00* | |
| | TRANSFERRED TO: WEGELIN & CO.<br>TRANSFEROR: CLARIDEN LEU LTD<br>PRIVATBANKIERS<br>BOHL 17, ST. GALLEN, CH-9004<br>SWITZERLAND | | | | | $0.00* | |

---

[1] The Debtors' have objected to a portion of Claim 55813 pursuant to the Debtors' 216th Omnibus Objection to Claims.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                Page 1 of 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 217: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: CLARIDEN LEU LTD<br>ATTN: LAWRENCE YOUNG<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: CLARIDEN LEU LTD<br>ATTN: LAWRENCE YOUNG<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $100,000.00 | |
| 2 | DEKA INVESTMENT GMBH, ON BEHALF OF:<br>FUNDMASTER RRVRENT-FONDS<br>MAINZER LANDSTRASSE 16<br>FRANKFURT, 60325<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58964 | $427,320.00* | $427,320.00 |
| 3 | RIC-OMIGSA GLOBAL BOND FUND<br>C/O ELLIOT COHEN<br>RUSSELL INVESTMENTS<br>1301 SECOND AVENUE, 18TH FLOOR<br>SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 60874 | $1,959,723.54 | $434,953.91 |
| 4 | ROYAL BANK OF SCOTLAND PLC, THE<br>C/O RBS SECURITIES INC.<br>ATTN: PIA FRIIS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59649 | Undetermined | $0.00 |
| | | | | | TOTAL | $2,687,043.54 | $862,273.91 |

\* - Indicates claim contains unliquidated and/or undetermined amounts