


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re :                                                              Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :                           08-13555 (JMP)
:
Debtors. :                                                           (Jointly Administered)
:
------------------------------------------------------------------x

RETURN DATE: 4/26/12

[Certified Mail Receipts and Certificate of Mailing forms, handwritten]

Sent To: Milbank Tweed, 1 Chase, NY NY 10005
7008 1140 0000 9267 5624

Sent To: [illegible], 767 5th, NY NY 10153
7008 1140 0000 9267 5617

U.S. POSTAL SERVICE    CERTIFICATE OF MAILING
Received From: Kunr, PB1801, Manchest MA 02554
One piece of ordinary mail addressed to:
US Trustee
33 Whitehall
NY NY 10004

PS Form 3817, Mar. 1989

RECEIVED NOV 21 [2011]
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

| English | Customer Service | USPS Mobile |
|---|---|---|

# USPS.COM

Search USPS

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop

# Track & Confirm

**PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION |
|---|---|---|---|---|
| EI182482295US | Express Mail® | Delivered | November 07, 2011, 1:15 pm | NEW YORK, NY 10004 |
| | | Notice Left (No Authorized Recipient Available) | November 07, 2011, 11:26 am | NEW YORK, NY 10004 |
| | | Sorting Complete | November 07, 2011, 10:08 am | NEW YORK, NY 10004 |
| | | Notice Left (No Authorized Recipient Available) | November 05, 2011, 9:49 am | NEW YORK, NY 10004 |
| | | Arrival at Post Office | November 05, 2011, 8:57 am | NEW YORK, NY 10004 |
| | | Processed through USPS Sort Facility | November 04, 2011, 4:39 pm | WAREHAM, MA 02571- |
| | | Acceptance | November 04, 2011, 1:49 pm | NANTUCKET, MA 0255 |

EI 182482295 US

**EXPRESS MAIL** — Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE®  Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 02554
Day of Delivery: 11/7/11
Postage: $18.30
Date Accepted: 11/4/11
Time Accepted: 1:49 PM
Flat Rate or Weight: 1 lb 2.80 ozs
Total Postage & Fees: $18.30

**FROM:** Wm Kuntz
PO Bx 1801
Nantucket MA 02554 1801

**TO:** Clerk
US Bankruptcy Court
1 Bowling Green
NY NY
10004

1/9/2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RETURN DATE: 4/26/12

------------------------------------------------------------------x

In re:

Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*, :

08-13555 (JMP)

Debtors. :

(Jointly Administered)

------------------------------------------------------------------x

Proof of Mailing of Rule 60 B Motion

[Certified Mail Receipt #1 - Sent To: Milbank Tweed, 1 Chase, NY NY 10005; Postage $4.95, Certified Fee $2.85, Total $7.80, 11/08/2011; Article 7008 1140 0000 9267 5624]

[Certified Mail Receipt #2 - Sent To: Weil Gotshal, 767 5th, NY NY 10153; Postage $4.95, Certified Fee $2.85, Total $7.80, 11/08/2011; Article 7008 1140 0000 9267 5617]

[Certificate of Mailing, PS Form 3817 - Received From: Kurt Belbol, Manhurst MA 02554; addressed to: US Trustee, 33 Whitehall, NY NY 10004; U.S. Postage Paid Hyannis MA 02601, Nov 08 11, $1.15]

RECEIVED NOV 21 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

USPS.com® - Track & Confirm

English   Customer Service   USPS Mobile



Search USPS

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop

# Track & Confirm

PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION |
|---|---|---|---|---|
| EI182482295US | Express Mail® | Delivered | November 07, 2011, 1:15 pm | NEW YORK, NY 10004 |
| | | Notice Left (No Authorized Recipient Available) | November 07, 2011, 11:26 am | NEW YORK, NY 10004 |
| | | Sorting Complete | November 07, 2011, 10:08 am | NEW YORK, NY 10004 |
| | | Notice Left (No Authorized Recipient Available) | November 05, 2011, 9:49 am | NEW YORK, NY 10004 |
| | | Arrival at Post Office | November 05, 2011, 8:57 am | NEW YORK, NY 10004 |
| | | Processed through USPS Sort Facility | November 04, 2011, 4:39 pm | WAREHAM, MA 02571- |
| | | Acceptance | November 04, 2011, 1:49 pm | NANTUCKET, MA 0255 |

EXPRESS MAIL — Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE® — Post Office To Addressee

EI 182482295 US

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 02554
Day of Delivery: 11/7/11
Postage: $18.30
Date Accepted: 11/4/11
Time Accepted: 1:49 PM
Flat Rate or Weight: 1 lb 2.80 ozs

FROM: Wm Kuntz, PO Bx 1801, Nantucket MA 02554-1801

TO: Clerk, US Bankruptcy Court, 1 Bowling Green, NY NY 10004+

Total Postage & Fees: $18.30

1/9/2011