Thomas J. Moloney
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Oak Hill Strategic Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Lehman Brothers Holdings Inc. <br><br> Debtor. | Case No. 08-13555 (JMP) |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM OF
OAK HILL STRATEGIC PARTNERS, L.P.**

PLEASE TAKE NOTICE that Oak Hill Strategic Partners, L.P. ("Oak Hill"), by its undersigned attorneys, hereby withdraws with prejudice the following claims, pursuant to Federal Rule of Bankruptcy Procedure 3006:

| **Debtor** | **Case No.** | **Claim No.** |
|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 | 15434 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 | 14800 |

PLEASE TAKE FURTHER NOTICE that Oak Hill hereby authorizes the debtors' duly-appointed claims agent to take all actions necessary to amend the debtors' claims registry to reflect this withdrawal.

Dated: New York, New York
December 2, 2011

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:    /s/ Thomas J. Moloney

Thomas J. Moloney
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Oak Hill Strategic Partners, L.P.*