Adam Paul
Brad Weiland
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Attorneys for Boise Land & Timber II, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) ) | Jointly Administered |

**STATEMENT OF BOISE LAND & TIMBER II, LLC
<u>IN SUPPORT OF THE PLAN</u>**

Boise Land & Timber II, LLC ("<u>Boise</u>"), through its undersigned counsel, hereby files this statement in support of the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Affiliated Debtors [Docket No. 19627] (the "<u>Plan</u>"), filed by Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated chapter 11 debtors on August 31, 2011 in the above-captioned case.

Boise is party to a certain Stipulation Concerning Certain Proofs of Claim, dated November 10, 2011 (the "<u>Stipulation</u>"), with LBHI and others. Subject to the terms and conditions of the Stipulation, Boise supports the confirmation of the Plan.

*[Remainder of the Page Intentionally Left Blank]*

| | |
|---|---|
| New York, New York<br>Dated:  December 2, 2011 | */s/ Adam Paul*<br>Adam Paul<br>Brad Weiland<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Attorneys for Boise Land & Timber II, LLC* |