Gregory S. Grossman (*pro hac vice* pending)
Rafael J. Valdes (*pro hac vice* pending)
**ASTIGARRAGA DAVIS MULLINS
& GROSSMAN, P.A.**
701 Brickell Avenue, Suite 1650
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

*Attorneys for Banco Interior de São Paulo, S.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA       )
                                         )
COUNTY OF MIAMI-DADE   )

RAFAEL J. VALDES, being sworn, deposes and says:

1. I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Astigarraga, Davis, Mullins & Grossman, P.A., 701 Brickell Avenue, Suite 1650, Miami, Florida 33131.

2. On December 2, 2011, true and correct copies of the Banco Interior de São Paulo, S.A Response to Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) on the [DE 22879] where served via U.S. Mail to:

    Weil, Gotshal & Manges LLP
    Attorneys for Debtors
    767 Fifth Avenue
    New York, NY 10153
    Attn: Robert Lemons, Esq.

Mark Bernstein, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
       Elisabetta Gaspirini, Esq.
       Andrea Schwartz, Esq.

Milbank, Weed, Hadley & McCloy LLP
Attorneys for the Official Committee of Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.

By: _____
Rafael J. Valdes (*pro hac vice* pending)
**ASTIGARRAGA, DAVIS, MULLINS & GROSSMAN, P.A.**
701 Brickell Avenue, 16th Floor
Miami, FL  33131
Phone:  (305) 372-8282
Facsimile:  (305) 372-8202

*Counsel for Banco Interior de São Paulo, S.A.*

Sworn to before me this 2nd day of December, 2011

_____
Cynthia Benavides
Notary Public, State of Florida
Commission Number EE005125
Commission Expires September 10, 2014



Notary Public State of Florida
Cynthia L Benavides
My Commission EE005125
Expires 09/10/2014