# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Sunshine Enterprises L.P.                                   Evergreen Solar, Inc.

Name of Transferee                                          Name of Transferor

Unliquidated                                                28007

Proof of Claim Amount                                       Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

| TRANSFEREE: | Sunshine Enterprises L.P. |
|---|---|
| Address: | c/o Akin Gump Strauss Hauer & FeldLLP |
| | One Bryant Park |
| | New York, NY 10036 |
| | Attn: Michael S. Stamer, Esq., Stephen B. Kuhn, Esq., Natalie E. Levine, Esq. |
| | |
| | 1700 Pacific Avenue, Suite 4100 |
| | Dallas, Texas  75201 |
| | Attn: Sarah Link Schultz Esq. |

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

Name: /s/ Michael S. Stamer          Date: December 2, 2011
Title: Counsel for Transferee

*EXECUTION VERSION*

## EVIDENCE OF TRANSFER

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Evergreen Solar, Inc.

  Evergreen Solar, Inc., with all notices and correspondence to be sent to c/o Bingham McCutchen LLP, One Federal Street, Boston, Massachusetts 02110, Attn: Newton Davis, Esq. and Ronald Silverman, Esq. ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Sunshine Enterprises L.P., its successors and assigns, with all notices and correspondence to be sent care of Akin Cump Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Michael S. Stamer, Esq. and Stephen B. Kuhn, Esq. ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $171,253,785.90 and assigned Claim No. 28007 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

  SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

A/74598626.2

IN WITNESS WHEREOF, dated as of the 18th day of November, 2011.

**SELLER**

By: _/s/ Michael El-Hillow_
Name:  Michael El-Hillow
Title:   President and Chief Executive Officer

*[Signature Page to Evidence of Transfer]*