**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:     **Chapter 11**
In re    :
:     Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :
    Debtors.    :     (Jointly Administered)
:
:     **Ref. Docket No. 22718**
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 29, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Claims Hearing on November 30, 2011 at 10:00 A.M.," dated November 29, 2011 [Docket No. 22718], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                               /s/ *Panagiota Manatakis*
                                                                Panagiota Manatakis

Sworn to before me this
2nd day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

LBH Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com

LBH Email Service List

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com

dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com

gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com

jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com

jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com

LBH Email Service List

| | |
|---|---|
| kerry.moynihan@hro.com | mabrams@willkie.com |
| kgwynne@reedsmith.com | MAOFILING@CGSH.COM |
| kiplok@hugheshubbard.com | Marc.Chait@SC.com |
| kkelly@ebglaw.com | margolin@hugheshubbard.com |
| kkolbig@mosessinger.com | mark.bane@ropesgray.com |
| klyman@irell.com | mark.deveno@bingham.com |
| kmayer@mccarter.com | mark.ellenberg@cwt.com |
| kobak@hugheshubbard.com | mark.ellenberg@cwt.com |
| korr@orrick.com | mark.houle@pillsburylaw.com |
| kovskyd@pepperlaw.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.davis@ots.treas.gov |
| kressk@pepperlaw.com | Marvin.Clements@ag.tn.gov |
| KReynolds@mklawnyc.com | matt@willaw.com |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| kuehn@bragarwexler.com | maustin@orrick.com |
| kurt.mayr@bgllp.com | max.polonsky@skadden.com |
| lacyr@sullcrom.com | mbenner@tishmanspeyer.com |
| Landon@StreusandLandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mbienenstock@dl.com |
| lathompson@co.sanmateo.ca.us | mbloemsma@mhjur.com |
| lberkoff@moritthock.com | mbossi@thompsoncoburn.com |
| Lee.Stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mccombst@sullcrom.com |
| lhandelsman@stroock.com | mcordone@stradley.com |
| linda.boyle@twtelecom.com | mcto@debevoise.com |
| lisa.ewart@wilmerhale.com | mdahlman@kayescholer.com |
| lisa.kraidin@allenovery.com | mdorval@stradley.com |
| LJKotler@duanemorris.com | melorod@gtlaw.com |
| lmarinuzzi@mofo.com | meltzere@pepperlaw.com |
| Lmay@coleschotz.com | metkin@lowenstein.com |
| lmcgowen@orrick.com | mfeldman@willkie.com |
| lml@ppgms.com | mgordon@briggs.com |
| lnashelsky@mofo.com | mgreger@allenmatkins.com |
| loizides@loizides.com | mh1@mccallaraymer.com |
| lromansic@steptoe.com | mharris@smsm.com |
| lscarcella@farrellfritz.com | mhopkins@cov.com |
| lschweitzer@cgsh.com | michael.frege@cms-hs.com |
| lsilverstein@potteranderson.com | michael.kelly@monarchlp.com |
| lthompson@whitecase.com | michael.kim@kobrekim.com |
| lubell@hugheshubbard.com | michael.mccrory@btlaw.com |
| lwhidden@salans.com | michael.reilly@bingham.com |

LBH Email Service List

| | |
|---|---|
| millee12@nationwide.com | nlepore@schnader.com |
| miller@taftlaw.com | notice@bkcylaw.com |
| mimi.m.wong@irscounsel.treas.gov | oipress@travelers.com |
| mitchell.ayer@tklaw.com | omeca.nedd@lovells.com |
| mjacobs@pryorcashman.com | otccorpactions@finra.org |
| mjedelman@vedderprice.com | paronzon@milbank.com |
| MJR1@westchestergov.com | patrick.oh@freshfields.com |
| mkjaer@winston.com | paul.turner@sutherland.com |
| mlahaie@akingump.com | pbattista@gjb-law.com |
| MLandman@lcbf.com | pbosswick@ssbb.com |
| mlichtenstein@crowell.com | pdublin@akingump.com |
| mlynch2@travelers.com | peisenberg@lockelord.com |
| mmendez@hunton.com | peter.gilhuly@lw.com |
| mmooney@deilylawfirm.com | peter.macdonald@wilmerhale.com |
| mmorreale@us.mufg.jp | peter.simmons@friedfrank.com |
| mneier@ibolaw.com | peter@bankrupt.com |
| monica.lawless@brookfieldproperties.com | pfeldman@oshr.com |
| mpage@kelleydrye.com | phayden@mcguirewoods.com |
| mparry@mosessinger.com | pmaxcy@sonnenschein.com |
| mpomerantz@julienandschlesinger.com | ppascuzzi@ffwplaw.com |
| mprimoff@kayescholer.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrainguiterrez@kaplanlandau.com |
| mruetzel@whitecase.com | ptrostle@jenner.com |
| mschimel@sju.edu | pwright@dl.com |
| mschlesinger@julienandschlesinger.com | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msiegel@brownrudnick.com | rajohnson@akingump.com |
| msolow@kayescholer.com | ramona.neal@hp.com |
| mspeiser@stroock.com | ranjit.mather@bnymellon.com |
| mstamer@akingump.com | raul.alcantar@ropesgray.com |
| mvenditto@reedsmith.com | rbeacher@pryorcashman.com |
| mwarren@mtb.com | rbyman@jenner.com |
| ncoco@mwe.com | rdaversa@orrick.com |
| neal.mann@oag.state.ny.us | relgidely@gjb-law.com |
| ned.schodek@shearman.com | rfleischer@pryorcashman.com |
| neilberger@teamtogut.com | rfrankel@orrick.com |
| newyork@sec.gov | rfriedman@silvermanacampora.com |
| nfurman@scottwoodcapital.com | rgmason@wlrk.com |
| Nherman@morganlewis.com | rgraham@whitecase.com |
| nissay_10259-0154@mhmjapan.com | rhett.campbell@tklaw.com |

LBH Email Service List

richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com

Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com

LBH Email Service List

susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com

wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE  TRACY HOPE DAVIS, ESQ. ELISABETTA G. GASPARINI, ESQ. ANDREA B. SCHWARTZ, ESQ. | 12126682255 |

```
FAX              NAME
14048817777      J WILLIAM BOONE
12127573990      PAUL WEISS RIFKIND A. KORNBERT
12128487179      SHEARMAN & STERLING LLP D BARTNER
12129408776      KATTEN MUCHIN ROSEMAN LLP J FRIEDMAN
12128487179      RICHARD F. SCHWED
12123101600      IRA REID
14023461148      BRUCE A WILSON
12125065151      LORRAINE S. MCGOWEN
12128729815      STEPHEN D. LERNER
12129293200      ROBIN E. KELLER
12123362222      DAVID W. DYKHOUSE
12126372702      PREEET BHARARA
16314234536      AVRUM J ROSEN
12123354501      TIMOTHY W. WALSH
12135724400      KERRY MOYNIHAN
14152681999      ADAM BREZINE
12128016400      MARIA DI CONZAM, ESQ
16099876651      OMAR JOHN C CHAVEZ ESQ.
12129183100      ROBIN E. KELLER
12026375910      CRAIG H. ULMAN
12123075598      EDWARD A. SMITH
17145469035      PENELOPE PARMES
12128788375      JENNIFER C. DEMARCO
16179517050      D. ROSS MARTIN
12128788375      JENNIFER C. DEMARCO
12127525378      JARED R CLARK
12125091831      JOEL SHAFFERMAN, ESQ
12129193200      ROBIN E. KELLER, ESQ.
12123091100      ROBERT A RICH
12128487179      DOUGLAS P. BARTNER
12124808421      RON COHEN
12128487179      DOUGLAS P. BARTNER
```

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ALEJANDRO DIEGO DUARTE | C/O BNP PARIBAS ATTN: EDUARDO ANDRADE 201 S. BISCAYNE BLVD, SUITE 1800 MIAMI FL 33131 |
| BAKER MCKENZIE LLP | ATTN: IRA A. REID COUNSEL TO: CMC MAGNETICS CORPORATION 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHRISTINA KIM | UNIT 98 THORN STREET KANGAROO POINT, QLD 4169 AUSTRALIA |
| CHRISTINA GELLARD | C/CUENCA 23 TORRLEMATA ALICANTE 03188 SPAIN |
| DEBEVOISE & PLIMPTON LLP | ATTN: RICHRD F. HAHN COUNSEL TO: PARKCENTRAL GOLABL HUB LIMITED 919 THIRD AVENUE NEW YORK NY 10022 |
| FOX ROTHSCHILD LLP | ATTN: KATHLEEN AIELLO COUNSEL TO: RIGHT MANAGEMENT INCORPORATED 100 PARK AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| FOX ROTHSCHILD LLP | ATTN: SAMUEL ISRAEL COUNSEL TO: RIGHT MANAGEMENT INCORPORATED 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA PA 19103 |
| FRESHFIELDS BRUCHHAUS DERINGER US LLP | ATTN: WALTER B. STUART, JESSICA R. SIMONOFF COUNSEL TO: BAYERISCHE LANDESBANK 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: JOHN TRIBOLATI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| JOSEPH L FOX ESQ. | 60 EAST 42ND STREET SUITE 2231 NEW YORK NY 10165 |
| MERRILL LYNCH CREDIT PRODUCTS | C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR NEW YORK NY 10036 |
| NIXON PEABODY LLP | ATTN: CHRISTOPHER M. DESIDERIO, CNSL TO:DEUTSCHE; BANK NTNL TRUST CO AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST,437 MADISON AVE NEW YORK NY 10022 |
| NIXON PEABODY LLP | ATTN: AMANDA D. DARWIN, CNSL TO:DEUTSCHE; BANK NTNL TRUST CO AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST,100 SUMMER STREET BOSTON MA 02110 |
| PRYOR CASHMAN LLP | ATTN: RONALD S. BEACHER, RICHARD LEVY JR. CNSL TO:SPCP GRP LLC,AGENT FOR SILVER POINT CPTL SEVEN TIMES SQUARE NEW YORK NY 10036-6569 |
| PUNJAB NATIONAL BANK | CAR OF TLT LLP ONE REDCLIFF STREET BRISTOL BS1 6TP UNITED KINGDOM |
| SCHLAM STONE & DOLAN LLP | ATTN: BENNETTE D. KRAMER COUNSEL TO: ALPHADYNE INTL MASTER FUND, LTD 26 BROADWAY NEW YORK NY 10004 |

**Total Creditor count 16**

HOGAN LOVELLS US LLP
ROBEIN E KELLER, ESQ, SCOTT W. REYNOLDS,
CHRISTOPHER BRYANT
875 THIRD AVENUE
NEW YORK, NY 10022