WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :    **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    **08-13555 (JMP)**
                                                   :
                         Debtors.                  :    (Jointly Administered)
------------------------------------------------------------------x

**NOTICE OF AMENDMENT TO SCHEDULE F**
**OF LBHI'S SCHEDULES OF ASSETS AND LIABILITIES**
**AND DEADLINE TO OBJECT TO SUCH AMENDMENTS PURSUANT**
**TO RULE 1009(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI"), has filed, together with this notice, an amendment to Schedule F (Unsecured Nonpriority Claims) of the LBHI's Schedule of Assets and Liabilities relating to (i) two subordinated notes issued by LBHI, (ii) certain trade payables and (iii) an intercompany claim (the "Amended Schedule"). Schedule F was initially filed with the Bankruptcy Court on March 12, 2009, and amended on June 15, 2009, August 5, 2011 and September 30, 2011.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [ECF No. 4271] (the "Bar Date Order"), LBHI is required to give notice of any amendment or supplement to their Schedules to the holders of

US_ACTIVE:\43867717\01\58399.0008

claims affected thereby (the "**Subject Creditors**"), and Subject Creditors are required to filed proofs of claim in respect of their claims within thirty (30) days of the date on which such notice is given, or forever be barred from doing so. Accordingly, LBHI has established **January 4, 2012 at 4:00 p.m. (prevailing Eastern Time)** (the "**Claim Filing Deadline**") as the date by which all Subject Creditors must file claims against LBHI.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bar Date Order, Subject Creditors whose claims are identified as "contingent," "unliquidated" or "disputed" on the Amended Schedule are required to file a proof of claim. In addition, if a Subject Creditor disputes the amount, priority or nature of a claim set forth on the Amended Schedule, the Subject Creditor is required to file a proof of claim.

**PLEASE TAKE FURTHER NOTICE THAT ANY SUBJECT CREDITOR AFFECTED BY THE AMENDED SCHEDULE THAT FAILS TO FILE AN OBJECTION ON OR BEFORE THE OBJECTION DEADLINE WILL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM OBJECTING TO OR CHALLENGING THE AMOUNTS SET FORTH ON THE AMENDED SCHEDULE.**

Dated: New York, New York
       December 2, 2011

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| ----------------------------------------------------------------x | | |

## AMENDMENT TO SCHEDULE F

**Schedule F (Unsecured Nonpriority Claims)**

     Note 1:  The attached replaces in the entirety the entries on Schedule F that relate to the claims set forth below.  The Amended Schedule (i) identifies that each of the trade payable claims are "unliquidated" and "disputed," (ii) identifies the intercompany claim of Woodstreet Investments Ltd. as not "contingent," "unliquidated" or "disputed," and modifies the amount of such claims and (iii) adds to the Schedules the  EB 17 - Floating Rate Subordinated Notes due January 2037 and EB 18 - Floating Rate Subordinated Notes due January 2037.  The attached does not have any affect on any other entries on Schedule F that do not relate to the claims set forth below.

     Note 2:  All notes and disclaimers referenced in LBHI's Schedules of Assets and Liabilities, Schedules of Current Income and Expenditure, and Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs filed with the Bankruptcy Court on March 12, 2009, and amended on June 15, 2009 [Dkt. Nos. 3053 and 3918] are incorporated by reference as if fully set forth at length herein.

B6F (Official Form 6F) (04/10)

In re   **Lehman Brothers Holdings Inc.**         ,         Case No. **08-13555 (JMP)**
                        **Debtor**                                          **(if known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. See attached rider: Schedule F Debt | | | | | | | $781,291,874.51 |
| ACCOUNT NO. See attached rider: Schedule F Payables | | | | | | | $276,825,598.24 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal ► | $ 1,058,117,472.75 |
| _3_ continuation sheets attached | | | | | | Total ► (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1,058,117,472.75 + undetermined amounts |

Lehman Brothers Holdings Inc.     08-13555 (JMP)

Schedule F:
Creditors Holding Unsecured Nonpriority Claims
Debt

| Agent/Trustee Name | CUSIP Number | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Principal amount outstanding | Accrued Interest (USD) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lehman Brothers UK Capital Funding V LP | | 1271 Avenue of the Americas | | New York | NY | 10020 | UNITED STATES | EB 18 - Floating Rate Subordinated Notes due January 2037 | | | | $ 500,000,000.00 | $ 575,105.00 | $ 500,575,105.00 |
| Lehman Brothers UK Capital Funding IV LP | | 1271 Avenue of the Americas | | New York | NY | 10020 | UNITED STATES | EB 17 - Floating Rate Subordinated Notes due January 2037 | | | | $ 278,447,400.00 | $ 2,269,369.51 | $ 280,716,769.51 |

08-13555-mg Doc 22893 Filed 12/02/11 Entered 12/02/11 18:16:39 Main Document
Pg 6 of 8

Lehman Brothers Holdings Inc.                                            Case No: 08-13555

Schedule F:
Creditors Holding Unsecured Nonpriority Claims
Payables

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION | CONTINGENT | UNLIQUIDATED | DISPUTED | UNSECURED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1301 PROPERTIES OWNER LP | c\o PARAMOUNT GROUP INC | 1633 BROADWAY SUITE 1801 | | NEW YORK | NY | 10019 | UNITED STATES | General trade payable | | X | X | Undetermined |
| A V SERVICES INC | 99 FAIRFIELD ROAD | | | FAIRFIELD | NJ | 07004 | UNITED STATES | General trade payable | | X | X | Undetermined |
| ADVANTAGE HUMAN RESOURCING | P.O. BOX 414362 | | | BOSTON | MA | 02241-4362 | UNITED STATES | General trade payable | | X | X | Undetermined |
| AGILYSYS NJ INC. | 4248 Paysphere Circle | | | Chicago | IL | 60674 | UNITED STATES | General trade payable | | X | X | Undetermined |
| ALEPH INC. | 1240 POWELL STREET | SUITE 1B | | EMERYVILLE | CA | 94608 | UNITED STATES | General trade payable | | X | X | Undetermined |
| ALPHA OFFICE SUPPLIES INC | PO BOX 2361 | | | PHILADELPHIA | PA | 19004 | UNITED STATES | General trade payable | | X | X | Undetermined |
| ANDREWS & KURTH | PO BOX 201785 | | | HOUSTON | TX | 77216-1785 | UNITED STATES | General trade payable | | X | X | Undetermined |
| ANIXTER INC. | PO BOX 847428 | | | DALLAS | TX | 75284-7428 | UNITED STATES | General trade payable | | X | X | Undetermined |
| AT&T | P.O. BOX 13148 | | | NEWARK | NJ | 07101-5648 | UNITED STATES | General trade payable | | X | X | Undetermined |
| AT&T MOBILITY | AT&T NATIONAL BUSINESS SERVICES | LOAD NO. 040881 | PO BOX 78405 | PHOENIX | AZ | 85062 | UNITED STATES | General trade payable | | X | X | Undetermined |
| AUTOMATED SECURITIES CLEARANCE LTD. | 7821 COLLECTIONS CENTER DRIVE | C\O BANK OF AMERICA | | CHICAGO | IL | 60693 | UNITED STATES | General trade payable | | X | X | Undetermined |
| BEELINE COM INC | 1 INDEPENDENT DR | Suite 800 | | JACKSONVILLE | FL | 32202 | UNITED STATES | General trade payable | | X | X | Undetermined |
| BROADRIDGE FINANCIAL SOLUTIONS INC. | 2 JOURNAL SQUARE | ATTN: CATHY BERNIER | | JERSEY CITY | NJ | 07306-0817 | UNITED STATES | General trade payable | | X | X | Undetermined |
| CDW DIRECT LLC | P.O. BOX 75723 | | | CHICAGO | IL | 60675-5723 | UNITED STATES | General trade payable | | X | X | Undetermined |
| CISCO SYSTEMS CAPITAL CORPORATION | FILE NO. 73226 | P.O. BOX 60000 | | SAN FRANCISCO | CA | 94160-3230 | UNITED STATES | General trade payable | | X | X | Undetermined |
| CLAYTON FIXED INCOME SERVICES INC | 1700 LINCOLN STREET | SUITE 1600 | | DENVER | CO | 80203 | UNITED STATES | General trade payable | | X | X | Undetermined |
| COMPUTER ASSOCIATES INTERNATIONAL INC | BOX 3591 | P.O. BOX 8500 | | PHILADELPHIA | PA | 19178-3591 | UNITED STATES | General trade payable | | X | X | Undetermined |
| CYVEILLANCE | 1555 WILSON BOULEVARD | | | ARLINGTON | VA | 22209-2405 | UNITED STATES | General trade payable | | X | X | Undetermined |
| DELL MARKETING L.P. | C\O DELL USA L.P. | BOX 643561 | | PITTSBURGH | PA | 15264-3561 | UNITED STATES | General trade payable | | X | X | Undetermined |
| DIMENSION DATA | P.O. BOX 403667 | | | ATLANTA | GA | 30384-3667 | UNITED STATES | General trade payable | | X | X | Undetermined |
| EUREST DINING SERVICES | P.O. BOX 91337 | | | CHICAGO | IL | 60693 | UNITED STATES | General trade payable | | X | X | Undetermined |
| FOREST ELECTRIC CORP | TWO PENN PLAZA | | | NEW YORK | NY | 10121 | UNITED STATES | General trade payable | | X | X | Undetermined |
| GARTNER GROUP INC | PO BOX 911319 | | | DALLAS | TX | 75391-1319 | UNITED STATES | General trade payable | | X | X | Undetermined |
| GENSLER AND ASSOCIATES | 12478 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | UNITED STATES | General trade payable | | X | X | Undetermined |
| GL TRADE AMERICAS INC. | 261 MADISON AVENUE | 16TH FLOOR | | NEW YORK | NY | 10016 | UNITED STATES | General trade payable | | X | X | Undetermined |
| GOTHAM TECHNOLOGY GROUP | 1 PARAGON DRIVE | SUITE 200 | | MONTVALE | NJ | 07645 | UNITED STATES | General trade payable | | X | X | Undetermined |
| GREENLINE FINANCIAL TECHNOLOGIES INC | POST OFFICE | PO BOX 5633 | | NEW YORK | NY | 10087-5633 | UNITED STATES | General trade payable | | X | X | Undetermined |
| HENEGAN CONSTRUCTION CO. INC. | 250 WEST 30TH STREET | | | NEW YORK | NY | 10001 | UNITED STATES | General trade payable | | X | X | Undetermined |
| IBM CORPORATION | PO BOX 643600 | LOCKBOX 643600 | | PITTSBURGH | PA | 15264-3600 | UNITED STATES | General trade payable | | X | X | Undetermined |
| ILOG INC | NW 5315 | P.O. BOX 1450 | | MINNEAPOLIS | MN | 55485-5315 | UNITED STATES | General trade payable | | X | X | Undetermined |
| INFORMATICA CORPORATION | P.O. BOX 712512 | | | CINCINNATI | OH | 45271 | UNITED STATES | General trade payable | | X | X | Undetermined |
| INFUSION DEVELOPMENT CORP. | 291 BROADWAY | 13TH FLOOR | | NEW YORK | NY | 10007 | UNITED STATES | General trade payable | | X | X | Undetermined |
| INTEGREON MANAGED SOLUTIONS | P.O. BOX 200400 | | | PITTSBURGH | PA | 15251-0400 | UNITED STATES | General trade payable | | X | X | Undetermined |
| IRON MOUNTAIN DIGITAL ARCHIVES | INFORMATION MANAGEMENT INC | PO 27128 | | NEW YORK | NY | 10087-7128 | UNITED STATES | General trade payable | | X | X | Undetermined |

Lehman Brothers Holdings Inc.  
Schedule F:  
Creditors Holding Nonpriority Claims  
Payables  

Case No: 08-13555

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION | CONTINGENT | UNLIQUIDATED | DISPUTED | UNSECURED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIQUID ENGINES INC. | 385 MOFFETT PARK DRIVE | SUITE 105 | | SUNNYVALE | CA | 94089 | UNITED STATES | General trade payable | | X | X | Undetermined |
| M&M SENTINEL GLOW INC | 24 REGENCY WAY | | | MANALAPAN | NJ | 07726 | UNITED STATES | General trade payable | | X | X | Undetermined |
| MCAFEE INC | 1729 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | UNITED STATES | General trade payable | | X | X | Undetermined |
| MCI | W 41729 | PO BOX 7777 | | PHILADELPHIA | PA | 19175-2925 | UNITED STATES | General trade payable | | X | X | Undetermined |
| MICHAEL STAPLETON ASSOCIATES | 9 MURRAY STREET | 2ND FLOOR | | NEW YORK | NY | 10007 | UNITED STATES | General trade payable | | X | X | Undetermined |
| NASTEL TECHNOLOGIES INC. | 48 SOUTH SERVICE ROAD | SUITE 205 | | MELVILLE | NY | 11747 | UNITED STATES | General trade payable | | X | X | Undetermined |
| NETWORK APPLIANCE INC. | P.O. BOX 39000 | DEPT 33060 | | SAN FRANCISCO | CA | 94139-3060 | UNITED STATES | General trade payable | | X | X | Undetermined |
| POWERLYTIX LLC | C/O LIBERTY CREEK FINANCIAL SERVICE | 2510 NORTH PINES RD. STE 102 | | SPOKANE VALLEY | WA | 99206 | UNITED STATES | General trade payable | | X | X | Undetermined |
| PRENAX INC | 1375 SUTTER STREET | SUITE 311 | | SAN FRANCISCO | CA | 94109 | UNITED STATES | General trade payable | | X | X | Undetermined |
| PRICE WATERHOUSE COOPERS LLP | 1441 BRICKELL AVENUE | SUITE 1100 | ATTN: MARIDEL TRUJILLO | MIAMI | FL | 33131 | UNITED STATES | General trade payable | | X | X | Undetermined |
| RESTAURANT ASSOCIATES | P.O. BOX 91337 | | | CHICAGO | IL | 60693-1337 | UNITED STATES | General trade payable | | X | X | Undetermined |
| REUTERS LIMITED LTD | AV. E. MADERO 942 - PISO 24 | | | BUENOS AIRES | | | ARGENTINA | General trade payable | | X | X | Undetermined |
| ROCKEFELLER GROUP | 1221 AVENUE OF THE AMERICAS | (FOR 1301 AVE OF THE AMERICAS) | | NEW YORK | NY | 10020 | UNITED STATES | General trade payable | | X | X | Undetermined |
| ROLFE & NOLAN SYSTEMS INC. | 7943 EAGLE WAY | | | CHICAGO | IL | 60678-1079 | UNITED STATES | General trade payable | | X | X | Undetermined |
| SOFTWARE SPECTRUM INC. | P.O. BOX 848264 | | | DALLAS | TX | 75284-8264 | UNITED STATES | General trade payable | | X | X | Undetermined |
| SOS SECURITY INC | P.O. BOX 822224 | | | PHILADELPHIA | PA | 19182-2224 | UNITED STATES | General trade payable | | X | X | Undetermined |
| STANDARD REGISTER | PO BOX 91047 | | | CHICAGO | IL | 60693 | UNITED STATES | General trade payable | | X | X | Undetermined |
| SUN MICROSYSTEMS | C\O BANK OF AMERICA | 12120 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-1212 | UNITED STATES | General trade payable | | X | X | Undetermined |
| SUNGARD SECURITIES FINANCE INC | 4434 COLLECTION CENTER DRIVE | | | CHICAGO | IL | 60693 | UNITED STATES | General trade payable | | X | X | Undetermined |
| T&M PROTECTION RESOURCES | 42 BROADWAY | SUITE 1630 | | NEW YORK | NY | 10004 | UNITED STATES | General trade payable | | X | X | Undetermined |
| TIBCO SOFTWARE INC. | DEPT 33142 | PO BOX 39000 | | SAN FRANCISCO | CA | 94139-3142 | UNITED STATES | General trade payable | | X | X | Undetermined |
| TIME WARNER | PO BOX 9227 | | | UNIONDALE | NY | 11555-9227 | UNITED STATES | General trade payable | | X | X | Undetermined |
| TRILOGY LEASING CO LLC | C\O 1ST CONSTITUTION BANK | P.O.BOX 574 | | CRANBURY | NJ | 08512 | UNITED STATES | General trade payable | | X | X | Undetermined |
| VERISIGN INC | PO BOX 849985 | | | DALLAS | TX | 75284 | UNITED STATES | General trade payable | | X | X | Undetermined |
| VERIZON | P.O. BOX 15124 | | | ALBANY | NY | 12212-5124 | UNITED STATES | General trade payable | | X | X | Undetermined |
| VERIZON BUSINESS | PO BOX 70928 | | | CHICAGO | IL | 60673-0928 | UNITED STATES | General trade payable | | X | X | Undetermined |
| VERIZON BUSINESS SERVICES | PO BOX 371322 | | | PITTSBURGH | PA | 15250-7322 | UNITED STATES | General trade payable | | X | X | Undetermined |
| VERIZON WIRELESS | 1305 SOLUTIONS CENTER | | | CHICAGO | IL | 60677 | UNITED STATES | General trade payable | | X | X | Undetermined |
| VIGILANT, LLC | 305 Madison Avenue | Suite 449 | | New York | NY | 10165 | UNITED STATES | General trade payable | | X | X | Undetermined |
| WILLIAMS LEA INC. | 14927 COLLECTIONS CENTER | | | CHICAGO | IL | 60693 | UNITED STATES | General trade payable | | X | X | Undetermined |
| WIPRO TECHNOLOGIES | 1300 CRITTENDEN LANE | SUITE 200 | | MOUNTAIN VIEW | CA | 94043 | UNITED STATES | General trade payable | | X | X | Undetermined |
| WOOD STREET INVESTMENTS LTD | 25 BANK STREET | | | LONDON | | E14 5LE | UNITED KINGDOM | I/C Payable | | | | $276,825,598.24 |

In re __Lehman Brothers Holdings Inc.__ ,                              Case No. __08-13555 (JMP)__
              Debtor                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                              Debtor

Date _____          Signature: _____
                                                                     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,            Social Security No.
of Bankruptcy Petition Preparer                          (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____                                   _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Executive Vice President & Chief Financial Officer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____
                                                          Signature: _____
                                                                                William J. Fox
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.