WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF AMENDMENT TO SCHEDULE F**
**OF LBCS'S SCHEDULES OF ASSETS AND LIABILITIES**
**AND DEADLINE TO OBJECT TO SUCH AMENDMENTS PURSUANT**
**TO RULE 1009(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that Lehman Brothers Commodity Services Inc. ("LBCS"), has filed, together with this notice, an amendment to Schedule F (Unsecured Nonpriority Claims) of the LBCS's Schedule of Assets and Liabilities relating to certain trade payables (the "Amended Schedule"). Schedule F was initially filed with the Bankruptcy Court on March 12, 2009, and amended on June 15, 2009.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [ECF No. 4271] (the "Bar Date Order"), LBCS is required to give notice of any amendment or supplement to their Schedules to the holders of claims affected thereby (the "**Subject Creditors**"), and Subject Creditors are required to filed

proofs of claim in respect of their claims within thirty (30) days of the date on which such notice is given, or forever be barred from doing so. Accordingly, LBCS has established **January 4, 2012 at 4:00 p.m. (prevailing Eastern Time)** (the "**Claim Filing Deadline**") as the date by which all Subject Creditors must file claims against LBCS.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bar Date Order, Subject Creditors whose claims are identified as "contingent," "unliquidated" or "disputed" on the Amended Schedule are required to file a proof of claim. In addition, if a Subject Creditor disputes the amount, priority or nature of a claim set forth on the Amended Schedule, the Subject Creditor is required to file a proof of claim.

**PLEASE TAKE FURTHER NOTICE THAT ANY SUBJECT CREDITOR AFFECTED BY THE AMENDED SCHEDULE THAT FAILS TO FILE AN OBJECTION ON OR BEFORE THE OBJECTION DEADLINE WILL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM OBJECTING TO OR CHALLENGING THE AMOUNTS SET FORTH ON THE AMENDED SCHEDULE.**

Dated: New York, New York
      December 2, 2011

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :   08-13555 (JMP)
                                                   :
                        Debtors.                   :   (Jointly Administered)
-----------------------------------------------------------------x
```

## AMENDMENT TO SCHEDULE F

**Schedule F (Unsecured Nonpriority Claims)**

   Note 1:  The attached replaces in the entirety the entries on Schedule F that relate to the claims set forth below.  The Amended Schedule identifies that each of the trade payable claims are "unliquidated" and "disputed."  The attached does not have any affect on any other entries on Schedule F that do not relate to the Claims set forth below.

   Note 2:  All notes and disclaimers referenced in LBCS's Schedules of Assets and Liabilities, Schedules of Current Income and Expenditure, and Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs filed with the Bankruptcy Court on March 12, 2009, and amended on June 15, 2009 [Dkt. Nos. 3053 and 3918] are incorporated by reference as if fully set forth at length herein.

B6F (Official Form 6F) (04/10)

In re   **Lehman Brothers Commodity Services Inc.**   ,            Case No. **08-13885 (JMP)**
             Debtor                                                              **(if known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>See attached rider: Schedule F Payables | | | | | X | X | Undetermined |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

  1  continuation sheets attached

Subtotal ▶  $ 0.00

Total ▶  $ 0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)
+ undetermined amounts

Lehman Brothers Commodity Services Inc.

Schedule F:
Creditors Holding Unsecured Nonpriority Claims
Payables

Case No: 08-13885

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION | CONTINGENT | UNLIQUIDATED | DISPUTED | UNSECURED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMEX CORPORATE CARD | P.O. BOX 1270 | PEOPLESOFT | NEWARK | NJ | 07101-1270 | UNITED STATES | General trade payable | | X | X | Undetermined |
| BLOOMBERG LP | 731 LEXINGTON AVENUE | ATTN: ESTHER RAMOS; ACCT. DEPT | NEW YORK | NY | 10022 | UNITED STATES | General trade payable | | X | X | Undetermined |
| CHICAGO MERCANTILE EXCHANGE | 141 WEST JACKSON BOULEVARD | | CHICAGO | IL | 60604 | UNITED STATES | General trade payable | | X | X | Undetermined |
| CQG INC | ATTN:  BILLING | 1050 17TH STREET-SUITE 2000 | DENVER | CO | 80265 | UNITED STATES | General trade payable | | X | X | Undetermined |
| CUSHMAN & WAKEFIELD INC | 70 HUDSON STREET | ATTN: DELSY PORTUHONDO; 101 HUDSON BUILDING | JERSEY CITY | NJ | 07305 | UNITED STATES | General trade payable | | X | X | Undetermined |
| DELL MARKETING L.P. | C\O DELL USA L.P. | BOX 643561 | PITTSBURGH | PA | 15264-3561 | UNITED STATES | General trade payable | | X | X | Undetermined |
| PIRA ENERGY GROUP | 3 PARK AVENUE | 26TH FLOOR | NEW YORK | NY | 10016-5989 | UNITED STATES | General trade payable | | X | X | Undetermined |
| PLATTS | PO BOX 848093 | | DALLAS | TX | 75284-8093 | UNITED STATES | General trade payable | | X | X | Undetermined |
| POWERLYTIX LLC | C/O LIBERTY CREEK FINANCIAL SERVICE | 2510 NORTH PINES RD. STE 102 | SPOKANE VALLEY | WA | 99206 | UNITED STATES | General trade payable | | X | X | Undetermined |
| PRENAX INC | 1375 SUTTER STREET | SUITE 311 | SAN FRANCISCO | CA | 94109 | UNITED STATES | General trade payable | | X | X | Undetermined |
| REUTERS AMERICA INC | PO BOX 10410 | | NEWARK | NJ | 07193-0410 | UNITED STATES | General trade payable | | X | X | Undetermined |
| STANDARD & POORS CORP. | 2542 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | UNITED STATES | General trade payable | | X | X | Undetermined |
| THOMSON FINANCIAL | P.O. BOX 5136 | | CAROL STREAM | IL | 60197-5136 | UNITED STATES | General trade payable | | X | X | Undetermined |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Lehman Brothers Commodity Services Inc.  ,          Case No. 08-13885 (JMP)
           Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                          Debtor

Date _____     Signature: _____
                                                   (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,       Social Security No.
of Bankruptcy Petition Preparer                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                _____
Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Executive Vice President & Chief Financial Officer  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the  Corporation  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                    William J. Fox
                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.