**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
    Debtors. : (Jointly Administered)
:
: Ref. Docket Nos. 22701-22703
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
    ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 28, 2011, I caused to be served the:

   a. "Notice of Adjournment of Debtors' Objection to Certain Claims (Valued Derivative Claims) as to TIAA Global Markets, Inc.," dated November 28, 2011 [Docket No. 22701], (the "NOA – TIAA Global Markets"),

   b. "Notice of Adjournment of Debtors' Objection to Certain Claims (Valued Derivative Claims) Solely as to The County of Dupage, Illinois," dated November 28, 2011 [Docket No. 22702], (the "NOA – Dupage"), and

   c. "Notice of Adjournment of Debtors' Objection to Certain Claims (Valued Derivative Claims) Solely as to the Nexen Marketing Entities," dated November 28, 2011 [Docket No. 22703], (the "NOA – Nexen Marketing"),

by causing true and correct copies of the:

i. NOA – TIAA Global Markets, NOA – Dupage and NOA – Nexen Marketing, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. NOA – TIAA Global Markets, NOA – Dupage and NOA – Nexen Marketing, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii. NOA – TIAA Global Markets, NOA – Dupage and NOA – Nexen Marketing, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv. NOA – TIAA Global Markets, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to *TIAA GLOBAL MARKETS, INC., C/O TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, ATTN: YVES DENIZE, 730 THIRD AVENUE, NEW YORK, NY 10017-3206*,

v. NOA – Dupage, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to *THE COUNTY OF DUPAGE, ILLINOIS, ATTN: FREDERIC BACKFIELD, 421 NORTH COUNTY FARM RD., WHEATON, IL 60187*, and

vi. NOA – Nexen Marketing, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to *NEXEN MARKETING, TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED, ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL, 1700, 801-7 AVE SW, CALGARY AB T2P 3P7, CANADA*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
2nd day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\NOA - TIAA Global; County of Dupage; Nexen Marketing_DI 22701-22703_AFF_11-28-11.doc

# EXHIBIT A

## *LBH Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

anann@foley.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

*LBH Email Service List*

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

## *LBH Email Service List*

| | |
|---|---|
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |

08-13555-mg    Doc 22900    Filed 12/02/11    Entered 12/02/11 18:50:27    Main Document
Pg 7 of 20

## *LBH Email Service List*

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

## *LBH Email Service List*

| | |
|---|---|
| gravert@ravertpllc.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jamie.nelson@dubaiic.com |
| guzzi@whitecase.com | jar@outtengolden.com |
| harrisjm@michigan.gov | jason.jurgens@cwt.com |
| harveystrickon@paulhastings.com | jay.hurst@oag.state.tx.us |
| hbeltzer@mayerbrown.com | jay@kleinsolomon.com |
| heim.steve@dorsey.com | jbecker@wilmingtontrust.com |
| heiser@chapman.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbeiers@co.sanmateo.ca.us |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hsteel@brownrudnick.com | jdoran@haslaw.com |
| icatto@mwe.com | jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffery.black@bingham.com |
| iva.uroic@dechert.com | jeffrey.sabin@bingham.com |
| jaclyn.genchi@kayescholer.com | jeldredge@velaw.com |
| jacobsonn@sec.gov | jen.premisler@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.demarco@cliffordchance.com |
| james.sprayregen@kirkland.com | jennifer.gore@shell.com |

### *LBH Email Service List*

| | |
|---|---|
| jeremy.eiden@ag.state.mn.us | jmazermarino@msek.com |
| jfalgowski@reedsmith.com | jmcginley@wilmingtontrust.com |
| jflaxer@golenbock.com | jmelko@gardere.com |
| jfox@joefoxlaw.com | jmerva@fult.com |
| jfreeberg@wfw.com | jmmurphy@stradley.com |
| jg5786@att.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | jnadritch@olshanlaw.com |
| jguy@orrick.com | jnm@mccallaraymer.com |
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | joseph.cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jowolf@law.nyc.gov |
| jjtancredi@daypitney.com | joy.mathias@dubaiic.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@btkmc.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |

## *LBH Email Service List*

| | |
|---|---|
| jsullivan@mosessinger.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | kreynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | landon@streusandlandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |

*LBH Email Service List*

| | |
|---|---|
| lschweitzer@cgsh.com | mcademartori@sheppardmullin.com |
| lsilverstein@potteranderson.com | mccombst@sullcrom.com |
| lthompson@whitecase.com | mcordone@stradley.com |
| lubell@hugheshubbard.com | mcto@debevoise.com |
| lwhidden@salans.com | mdahlman@kayescholer.com |
| mabrams@willkie.com | mdorval@stradley.com |
| maofiling@cgsh.com | melorod@gtlaw.com |
| marc.chait@sc.com | meltzere@pepperlaw.com |
| margolin@hugheshubbard.com | metkin@lowenstein.com |
| mark.bane@ropesgray.com | mfeldman@willkie.com |
| mark.deveno@bingham.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.ellenberg@cwt.com | mh1@mccallaraymer.com |
| mark.houle@pillsburylaw.com | mharris@smsm.com |
| mark.sherrill@sutherland.com | mhopkins@cov.com |
| martin.davis@ots.treas.gov | michael.frege@cms-hs.com |
| marvin.clements@ag.tn.gov | michael.kelly@monarchlp.com |
| matt@willaw.com | michael.kim@kobrekim.com |
| matthew.klepper@dlapiper.com | michael.mccrory@btlaw.com |
| maustin@orrick.com | michael.reilly@bingham.com |
| max.polonsky@skadden.com | millee12@nationwide.com |
| mbenner@tishmanspeyer.com | miller@taftlaw.com |
| mberman@nixonpeabody.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@dl.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mjacobs@pryorcashman.com |
| mbossi@thompsoncoburn.com | mjedelman@vedderprice.com |

*LBH Email Service List*

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

omeca.nedd@lovells.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

*LBH Email Service List*

| | |
|---|---|
| phayden@mcguirewoods.com | richard.tisdale@friedfrank.com |
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | rjones@boultcummings.com |
| psp@njlawfirm.com | rleek@hodgsonruss.com |
| ptrainguiterrez@kaplanlandau.com | rlevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | robin.keller@lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |
| rgmason@wlrk.com | rrigolosi@smsm.com |
| rgraham@whitecase.com | rroupinian@outtengolden.com |
| rhett.campbell@tklaw.com | rrussell@andrewskurth.com |
| richard.lear@hklaw.com | rterenzi@stcwlaw.com |
| richard.levy@lw.com | rtrust@cravath.com |

*LBH Email Service List*

| | |
|---|---|
| russj4478@aol.com | sgubner@ebg-law.com |
| rwasserman@cftc.gov | shannon.nagle@friedfrank.com |
| rwyron@orrick.com | sharbeck@sipc.org |
| s.minehan@aozorabank.co.jp | shari.leventhal@ny.frb.org |
| sabin.willett@bingham.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| sally.henry@skadden.com | sloden@diamondmccarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| sara.tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | sree@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.troyer@commerzbank.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |

## *LBH Email Service List*

| | |
|---|---|
| streusand@streusandlandon.com | tmayer@kramerlevin.com |
| susan.schultz@newedgegroup.com | tnixon@gklaw.com |
| susheelkirpalani@quinnemanuel.com | toby.r.rosenberg@irscounsel.treas.gov |
| sweyl@haslaw.com | tony.davis@bakerbotts.com |
| swolowitz@mayerbrown.com | tslome@msek.com |
| szuch@wiggin.com | ttracy@crockerkuno.com |
| tannweiler@greerherz.com | twheeler@lowenstein.com |
| tarbit@cftc.gov | ukreppel@whitecase.com |
| tbrock@ssbb.com | vdagostino@lowenstein.com |
| tdewey@dpklaw.com | villa@streusandlandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| tgoren@mofo.com | walter.stuart@freshfields.com |
| thaler@thalergertler.com | wanda.goodloe@cbre.com |
| thomas.califano@dlapiper.com | wballaine@lcbf.com |
| thomas.ogden@dpw.com | wbenzija@halperinlaw.net |
| thomas_noguerola@calpers.ca.gov | wcurchack@loeb.com |
| tim.desieno@bingham.com | wfoster@milbank.com |
| timothy.brink@dlapiper.com | william.m.goldman@dlapiper.com |
| timothy.palmer@bipc.com | wiltenburg@hugheshubbard.com |
| tjfreedman@pbnlaw.com | wisotska@pepperlaw.com |
| tkarcher@dl.com | wk@pwlawyers.com |
| tkiriakos@mayerbrown.com | wmckenna@foley.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmarrion@haslaw.com | wswearingen@llf-law.com |

## *LBH Email Service List*

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com


Additional Party:

mbediner@us.mufg.jp

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007