

Wertpapier

| | |
|---|---|
| U.S. Bankruptcy Court for the<br>Southern District of N.Y.<br>One Bowling Green<br>New York, NY 10004<br>USA | Kontakt   René Berger<br>Telefon   +43 662 8048-185<br>Fax       +43 662 8048-336<br>E-Mail    rene.berger@zkb-oe.at<br>Adresse   Getreidegasse 10, 5020 Salzburg |

Salzburg, 11.11.11

**Claim Transfer Agreement Lehman Program Securities**

Dear Sirs,

please find enclosed „NOTICE OF TRANSFER OF CLAIMS". The transferor asked us (the transferee) to send a copy of the signed form to you.
The original signed form has been sent to Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd floor, New York, NY 10017.

Freundliche Grüße
Zürcher Kantonalbank Österreich AG

Rudolf Mühlberger          René Berger



Sitz der Gesellschaft: Salzburg
FN 58966s . LG Salzburg . DVR-Nr. 0063371
UID ATU33854503 . BIC PIAGAT2S . BLZ 19510
Vorstand: Adrian Kohler, Michael Walterspiel, Hermann Wonnebauer

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:  Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> ZÜRCHER KANTONALBANK ÖSTERREICH AG | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br> ZÜRCHER KANTONALBANK ÖSTERREICH AG <br> GETREIDEGASSE 10 <br> 5020 SALZBURG <br> +43-662-8048-180 <br> Attn: Rudolf Mühlberger <br> rudolf.muehlberger@zkb-oe.at | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> €_50.000,00 (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:  _____     Date: _11.11.2011_
Rudolf Mühlberger
ZÜRCHER KANTONALBANK ÖSTERREICH AG
Getreidegasse 10
5020 Salzburg

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*



RECEIVED NOV 15 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

### Evidence of Transfer

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Brothers Treasury BV 2006-5.12.2010 | XS0268043709 | Lehman Brothers Treasury BV | Lehman Brothers Holding Inc. | EUR 50'000.00 out of EUR 226'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on page 9 and in paragraphs/lines 34 of the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

ZÜRCHER KANTONALBANK ÖSTERREICH
Getreidegasse 10
5020 Salzburg
AUSTRIA
Telephone: +43-662-8048-180
Fax: +43-662-8048-336
Attention: Rudolf Mühlberger

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules