## MEDIOBANCA
*Banca di Credito Finanziario S.p.A.*

Milan, 11 November 2011
CL.020/11

*To*

**Office of the United States Trustee for Region 2**
33 Whitehall Street, 21st Floor, New York
New York 10004
*Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. And Andrea Schwartz, Esq.*

*With copy to*

**Honorable James M. Peck**
One Bowling Green, New York
New York 10004, Courtroom 601

**Weil Gotshal & Manges LLP**
767 Fifth Avenue, New York
New York 10153
*Attn: Jacqueline Marcus, Esq.*

**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza, New York
New York 10005
*Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.*

**Re: Objection to Notice of Proposed Assumption of executory contracts and unexpired leases pursuant to Debtors' Third Amended Joint Chapter 11 Plan pursuant to Section 1121 of the Bankruptcy Code - _SECOND DELIVERY_**

Dear Sir, Madam,

Reference is made to your communication dated 27 October 2011.

We hereby inform you that the delivery of the attached letter, dated 8 November 2011, has not been accomplished within 10 November, as requested by You, due to a miscarriage by the courier Fedex Express.

Fedex undertook to delivery four original letters, addressed to You and to each of the entities copied hereto, by yesterday 10 November. Three letters were delivered to the relevant addressee, whilst we were informed by Fedex Express that the letter addressed to You was lost.

We are therefore re-sending the following documents:

1. Copy of the signed letter dated 8 November 2011, sent to Your attention;

2. A new original letter, dated 8 November 2011;

PIAZZETTA ENRICO CUCCIA, 1 - 20121 MILANO
ISCRITTA ALL'ALBO DELLE BANCHE - CAPOGRUPPO DEL GRUPPO BANCARIO MEDIOBANCA ISCRITTO ALL'ALBO DEI GRUPPI BANCARI
N. DI ISCRIZIONE NEL REGISTRO DELLE IMPRESE DI MILANO, CODICE FISCALE E PARTITA IVA: 00714490158 - CAPITALE 430.564.606,00
www.mediobanca.it





M E D I O B A N C A
*Banca di Credito Finanziario S.p.A.*

3. The following communications from Fedex Express: (i) copy of Fedex Express' proof of posting relating to the fourth letters; (ii) a print of Fedex Express' internet page showing that three letters, but not Your letter (letter No. 898537053896), were delivered to the relevant addresses (please make reference to the code number assigned to each letter under the proof of posting documentation to identify the relevant letters); and (iii) a communication from Fedex Express confirming that Your letter was delivered by us to Fedex Express in time to be delivered by yesterday 10 November.

Moreover, please note that, in order to avoid any further inconvenience, we are sending to Your attention two original copies of this letter, via two independent curriers. For sake of clarity, two originals of this letter shall be sent only to You, while only one single copy will be sent to the other parties copied hereto.

In light of the above explanations, we trust that our objection to the Notice of Proposed Assumption was timely served and is generally in order.

Best regards,

**Mediobanca**
**Banca di Credito Finanziario S.p.A.**

---

Authorized Signature


MEDIOBANCA
*Banca di Credito Finanziario S.p.A.*

**Annex 1**

**Signed letter dated 8 November 2011**



# MEDIOBANCA
*Banca di Credito Finanziario S.p.A.*

Milan, 8 November 2011
CL.020/11

*To:*

**Honorable James M. Peck**
One Bowling Green, New York
New York 10004, Courtroom 601

**Weil Gotshal & Manges LLP**
767 Fifth Avenue, New York
New York 10153
*Attn: Jacqueline Marcus, Esq.*

**Office of the United States Trustee for Region 2**
33 Whitehall Street, 21st Floor, New York            <=
New York 10004
*Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. And Andrea Schwartz, Esq.*

**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza, New York
New York 10005
*Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.*

**Re: Objection to Notice of Proposed Assumption of executory contracts and unexpired leases pursuant to Debtors' Third Amended Joint Chapter 11 Plan pursuant to Section 1121 of the Bankruptcy Code**

Please see enclosed Mediobanca S.p.A. objection to Notice of Proposed Assumption of executory contracts and unexpired leases pursuant to Debtors' Third Amended Joint Chapter 11 Plan pursuant to Section 1121 of the Bankruptcy Code.

Regards,

Mediobanca
**Banca di Credito Finanziario S.p.A.**

Legal Counsel

PIAZZETTA ENRICO CUCCIA, 1 - 20121 MILANO
ISCRITTA ALL'ALBO DELLE BANCHE - CAPOGRUPPO DEL GRUPPO BANCARIO MEDIOBANCA ISCRITTO ALL'ALBO DEI GRUPPI BANCARI
N. DI ISCRIZIONE NEL REGISTRO DELLE IMPRESE DI MILANO, CODICE FISCALE E PARTITA IVA: 00714490158 - CAPITALE € 430.564.606
www.mediobanca.it

## MEDIOBANCA
*Banca di Credito Finanziario S.p.A.*

Milan, 8 November 2011

CL.020/11

**To:** Honorable James M. Peck
    One Bowling Green, New York
    New York 10004, Courtroom 601

**To:** Weil Gotshal & Manges LLP
    767 Fifth Avenue, New York
    New York 10153
    Attn: Jacqueline Marcus, Esq.

**To:** Office of the United States Trustee for Region 2
    33 Whitehall Street, 21st Floor, New York
    New York 10004
    Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. And Andrea Schwartz, Esq.

**To:** Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza, New York
    New York 10005
    Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

Dear Sirs,

**Re: Objection to Notice of Proposed Assumption of executory contracts and unexpired leases pursuant to Debtors' Third Amended Joint Chapter 11 Plan pursuant to Section 1121 of the Bankruptcy Code,**

We make reference to the 1992 ISDA Master Agreement (Multicurrency – Cross Border) dated 6 November 2000 (the **"Agreement"**), as as supplemented by the Schedule thereto and by a Credit Support Annex dated as of 6 November 2000 which forms part of the Agreement, entered into by and between Mediobanca – Banca di Credito Finanziario S.p.A. and Lehman Brothers Special Financing Inc. (**"LBSF"**). Capitalized terms not defined in this letter shall have the same meaning ascribed to them in the Agreement.

Reference is also made to your communication dated 27 October 2011 whereby you notified us that you intend to assume the Agreement, to the extent not already expired by its own terms.

<u>In this regards, we would like to bring to your attention that the Agreement has indeed expired</u> by its own terms as a consequence of the termination notice dated 17 September 2008 and sent by us to LBSF whereby we exercised our right to terminate all the transactions entered into with LBSF under the Agreement in accordance with Section 6 of the Agreement and designated 18 September 2008 as early termination date of all the transactions entered into under the Agreement (the **"Early Termination Date"**).

PIAZZETTA ENRICO CUCCIA, 1 - 20121 MILANO
ISCRITTA ALL'ALBO DELLE BANCHE - CAPOGRUPPO DEL GRUPPO BANCARIO MEDIOBANCA ISCRITTO AL'ALBO DEI GRUPPI BANCARI
N. DI ISCRIZIONE NEL REGISTRO DELLE IMPRESE DI MILANO, CODICE FISCALE E PARTITA IVA: 00714490158 - CAPITALE € 430.564.606
www.mediobanca.it

Mod. 1 - (05-05 - MB)

Accordingly, we maintain that the Agreement is not capable of being assumed by you, contrary to what your communication may suggest. We note that Lehman itself, either directly or through LAMCO Services Ltd, has confirmed in many occasions that it also deems the Agreement to have been early terminated, so much so that we are currently engaged in discussions around the determination of the termination value of the Agreement. We cannot see how Lehman could have possibly engaged in such discussions, had it not accepted that the Agreement had been terminated.

In the light of the above, **we hereby OBJECT to assumption of the Agreement on the basis that it has already expired on the Early Termination Date and as such it is not capable of being assumed by you.**

Nothing in this notice shall be deemed to constitute a waiver of any rights, claims and remedies that we may have at law, in equity, under the Agreement or any other agreement between you and us, or otherwise, nor shall it be construed as an admission of any fact in respect of the subject matter of this letter.

Yours Sincerely,

Mediobanca
Banca di Credito Finanziario S.p.A.

_____                    _____
Legal Counsel                                          Authorized signature

2



MEDIOBANCA
*Banca di Credito Finanziario Sp.A.*

**Annex 2**

**New original signed objection letter**

**MEDIOBANCA**
*Banca di Credito Finanziario S.p.A.*

Milan, 8 November 2011

CL.020/11

**To:** Honorable James M. Peck
One Bowling Green, New York
New York 10004, Courtroom 601

**To:** Weil Gotshal & Manges LLP
767 Fifth Avenue, New York
New York 10153
Attn: Jacqueline Marcus, Esq.

**To:** Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor, New York
New York 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. And Andrea Schwartz, Esq.

**To:** Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York
New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

Dear Sirs,

**Re: Objection to Notice of Proposed Assumption of executory contracts and unexpired leases pursuant to Debtors' Third Amended Joint Chapter 11 Plan pursuant to Section 1121 of the Bankruptcy Code,**

We make reference to the 1992 ISDA Master Agreement (Multicurrency – Cross Border) dated 6 November 2000 (the "**Agreement**"), as as supplemented by the Schedule thereto and by a Credit Support Annex dated as of 6 November 2000 which forms part of the Agreement, entered into by and between Mediobanca – Banca di Credito Finanziario S.p.A. and Lehman Brothers Special Financing Inc. ("**LBSF**"). Capitalized terms not defined in this letter shall have the same meaning ascribed to them in the Agreement.

Reference is also made to your communication dated 27 October 2011 whereby you notified us that you intend to assume the Agreement, to the extent not already expired by its own terms.

In this regards, we would like to bring to your attention that the Agreement has indeed expired by its own terms as a consequence of the termination notice dated 17 September 2008 and sent by us to LBSF whereby we exercised our right to terminate all the transactions entered into with LBSF under the Agreement in accordance with Section 6 of the Agreement and designated 18 September 2008 as early termination date of all the transactions entered into under the Agreement (the "**Early Termination Date**").



**MEDIOBANCA**
*Banca di Credito Finanziario S.p.A.*

Accordingly, we maintain that the Agreement is not capable of being assumed by you, contrary to what your communication may suggest. We note that Lehman itself, either directly or through LAMCO Services Ltd, has confirmed in many occasions that it also deems the Agreement to have been early terminated, so much so that we are currently engaged in discussions around the determination of the termination value of the Agreement. We cannot see how Lehman could have possibly engaged in such discussions, had it not accepted that the Agreement had been terminated.

In the light of the above, **we hereby OBJECT to assumption of the Agreement on the basis that it has already expired on the Early Termination Date and as such it is not capable of being assumed by you.**

Nothing in this notice shall be deemed to constitute a waiver of any rights, claims and remedies that we may have at law, in equity, under the Agreement or any other agreement between you and us, or otherwise, nor shall it be construed as an admission of any fact in respect of the subject matter of this letter.

Yours Sincerely,

Mediobanca
Banca di Credito Finanziario S.p.A.

———————————                    ———————————
Authorized signature              Authorized signature

2



MEDIOBANCA
*Banca di Credito Finanziario S.p.A.*

**Annex 3**

**Communications/Prints from Fedex Express**

# FedEx Express — International Air Waybill

For shipments originating in Europa, the Middle East, Africa and the Indian Subcontinent.

**1 From** *Please print and press hard.*

Date: 08/11/2010

Sender's FedEx Account Number: 16 77-4214-9

Sender's Name:

Company: MEDIOBANCA

Address:

City: MILANO

Country: IT

Phone: 002 952-4063

Sender's VAT/TURN Number

**2 To**

Recipient's Name: Gaspardini/Selvaratti

Company: Office of The United States Trustee For Region 2

Address: 33 Whitehall Street 21st Floor

City: New York      State/Province: NY

Country: U.S.A      ZIP/Postal Code: 10004

**3 Shipment Information**

Total Packages: 1      Total Weight: 0015 kg

Commodity Description: Docs

Country of Manufacture

**4 Express Package Service**

- FedEx Int'l Priority
- FedEx Int'l First

FedEx Tracking Number: 8985 3705 3896

**5 Packaging**

- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**

- HOLD at FedEx Location
- SATURDAY Delivery

**7a Payment** Bill transportation charges to:

- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Cheque

**7b Payment** Bill duties and taxes to:

- Sender
- Recipient
- Third Party

**8 Your Internal Billing Reference**

**9 Required Signature**

FedEx Tracking Number: 8985 3705 3896    0406

540

RRDA  09/11

Manifest / Billing Copy

FedEx Express International Air Waybill

**1 From**
Date 09/14/11
Sender's FedEx Account Number 1677-4214-9
Sender's Name Dal Rosso
Company MEDIOBANCA
Address
City MILANO
Country IT    Postal Code 20121
Phone 002 952-4061

**2 To**
Recipient's Name Jacqueline Marcos
Company Weil Gotshal & Manges LLP
Address 767 Fifth Avenue
City New York
State NY
Country U.S.A.    ZIP 10153
Phone

**3 Shipment Information**
Total Packages 1    Total Weight 0.265 kg
Commodity Description: Docs

**4 Express Package Service**
6 FedEx Intl. Priority

**5 Packaging**
FedEx Envelope

**7a Payment** Bill transportation charges to:
2 FedEx Pak

FedEx Tracking Number 8985 3705 3900

Mike X1 5060

8985 3705 3900    040b

540

**FedEx Express**

**International Air Waybill**

For shipments originating in Europe, the Middle East, Africa, and the Indian Subcontinent.

/00

**1 From** Please print and press hard.

Date 09/14/11

Sender's FedEx Account Number 1677-4214-9

Sender's Name

Company MEDIOBANCA

Address

Address

City MILANO

Country IT    Postal Code 20121

Sender's VAT/RETURN Number REQUIRED for international shipments.

Phone 002 952-4061

**2 To**

Recipient's Name Daniel/Edward M. Fleck

Company Milbank Tweed Hadley & McCloy LLP

Address 1 CHASE MANHATTAN Plaza

City New York    State NY

Country U.S.A.    ZIP/Postal Code 10005

Recipient's Tax ID Number for Customs Purposes e.g. GST/RFC/VAT/EIN or Sender's own as applicable.

Phone

**3 Shipment Information**

Total Packages 1    Total Weight 2.015 kg

Commodity Description Docs

**4** FedEx Reference Number    8985 3705 3885

**5 Express Package Service**    Packages up to 68 kg

6 FedEx Int'l. Priority

**5 Packaging**

6 FedEx Envelope    1 Other

**6 Special Handling**
1 HOLD at FedEx Location

**7a Payment** Bill transportation charges to:
1 Sender    2 Recipient    3 Third Party

**7b Payment** Bill duties and taxes to:
1 Sender    2 Recipient    3 Third Party

**8 Your Internal Billing Reference**

**9 Required Signature**

FedEx Tracking Number    8985 3705 3885

Destination Station ID    MXP

040b

Form ID No.    540

Manifest (Billing Copy)

RFDA    09/11

**FedEx Express International Air Waybill**

For shipments originating in Europe, the Middle East, Africa, and the Indian Subcontinent.

**1 From** Please print and press hard.

Date 02/04/11

Sender's FedEx Account Number 16477-42144-4

Sender's Name Del Rosso

Company MEDIOBANCA

Address P. ITA ENRICO CUCCIA 1

City MILANO

Country IT    State/Province MI    Postal Code 20121

Phone 002 952-4061

Sender's VAT/TURN Number

**2 To**
Recipient's Name Honorable James M. Peck

Company One Bowling Green

Address Court Room 601

City New York    State/Province    ZIP/Postal Code 10004

Country U.S.A.

**3 Shipment Information**

Total Packages    Total Weight 0.025 kg

Commodity Description Docs

**4** FedEx Tracking Number 8985 3705 3874

**Express Package Service**

6 ☑ FedEx Intl. Priority

**5 Packaging**

6 ☐ FedEx Envelope    2 ☑ FedEx Pak    3 ☐ FedEx Box    4 ☐ FedEx Tube

5 ☐ Other

**6 Special Handling**

**7a Payment** Bill transportation charges to:
1 ☑ Sender    2 ☐ Recipient    3 ☐ Third Party    4 ☐ Credit Card    5 ☐ Cash/Cheque

**7b Payment** Bill duties and taxes to:
1 ☐ Sender    2 ☐ Recipient    3 ☐ Third Party

**8 Your Internal Billing Reference**

**9 Required Signature**

Form ID No. 040b

540

8985 3705 3874    040b



Italy Home | Italiano | Customer Service | Site Index  Search          Go!

### International Shipping

Ship ▸          Track ▸          Manage My Account ▸          Customs Tools ▸

## Summary Results

Printer-Friendly    Get Link          Help

Select time format 12H | 24H

### In Progress

| Tracking no. | Status | Estimated delivery | Destination |
|---|---|---|---|
| 898537053896 | In transit | | NEW YORK, NY |

### Delivered

| Tracking no. | Status | Delivery date | Destination | Signature Proof Image ⑦ ☑ |
|---|---|---|---|---|
| 898537053900 | Delivered | Nov 10, 2011 9:32 AM | NEW YORK, NY | Yes ☑ |
| 898537053885 | Delivered | Nov 10, 2011 9:28 AM | NUEVA YORK, NY | Yes ☑ |
| 898537053874 | Delivered | Nov 10, 2011 8:57 AM | NEW YORK, NY | Yes ☑ |

○ View/print Signature Proof of Delivery letter
○ E-mail Signature Proof of Delivery letter

**Account no.**
(Required for detailed Signature Proof of Delivery)
Click here if you have more than one account number for these shipments.

Submit

Global Home | Service Info | About FedEx | Careers at FedEx | Write to FedEx | fedex.com Terms of Use | Privacy Policy |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2011 FedEx

Federal Express Europe, Inc.  Tel. (02) 2188.1                    C.C.I.A.A. Milano n. 1335437
Filiale Italiana              Fax (02) 2188.7900                  303802 Reg. Soc. Trib. Milano
Praxis Business Park          Servizio Clienti                    Cod. Fisc & P. IVA 09963400156
Strada Padana Superiore, 2/B  199.151.119 (0,10 € / min. IVA inclusa)
20063 Cernusco sul Naviglio (MI)  fedex.com/it


Express

Cernusco S/N, *Nov,11th 2011*

> To
> MEDIOBANCA SPA
> *P.tta Enrico Cuccia, 1*
> *20121 Milano*
>
> Attn.*Ms Francesca Boriani*

*Subject: Your shipment dated nov,9th sent under AWB 898537053896*

Dear Ms Boriani,

with reference to the above mentioned shipment we regret to inform you that it is not located at the moment.
We activated all the necessary procedures to locate the shipment as soon as possible and the reasearch is still ongoing; we will keep you informed as soon as we have new information.

In the meantime we already instruct our billing office to credit back to you the transportation charges due.

We confirm that this shipment, addressed to

**Office of The United states Trustee for Region 2,  33 Whitehall Street 21ST Floor – 10004 New York USA**

was picked up on November 9th from your offices located in Piazzetta Cuccia 1 in Milan at 12.07pm.
The commitment for the delivery of this shipment was November 10th by 8am in New York.

We sincerely apologize for any inconvenience this situation could have caused and we remain at your disposal in case any further clarification should be needed.

Best regards,


**Remo Michelazzo**
Sales Solutions & Support Representative EMEA
FedEx Express Europe, Middle East, Indian Subcontinent & Africa

Tel: +39.02.21887459
Fax: +39.02.21888460