THOMPSON HINE LLP
Joseph B. Koczko, Esq.
335 Madison Ave, 12th Floor
New York, NY 10017
(212) 344-5680

*Attorneys for Ohio Housing Finance Agency*

**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re Lehman Brothers Holdings, Inc., et. al.,

                         Debtors.

Chapter 11 Case No. 08-13555 (JMP)
(Jointly Administered)

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF
RIGHTS OF OHIO HOUSING FINANCE AGENCY TO PROPOSED
<u>ASSUMPTION OF EXECUTORY CONTRACTS</u>**

Ohio Housing Finance Agency, by and through its undersigned counsel, hereby withdraws the *Limited Objection and Reservation of Rights of Ohio Housing Finance Agency to Proposed Assumption of Executory Contracts* [Doc. No. 21671] filed with the Court on November 4, 2011.

Dated: December 5, 2011

Respectfully Submitted,

THOMPSON HINE LLP

By: /s/ Joseph B. Koczko
Joseph B. Koczko, Esq.
335 Madison Ave., 12th Floor
New York, NY 10017
(212) 344-5680

*Attorneys for Ohio Housing Finance Agency*

# SERVICE LIST

        I hereby certify that on December 5, 2011, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

**VIA OVERNIGHT MAIL and E-MAIL:**

WEIL, GOTSHAL & MANGES LLP
Attention: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153
E-mail: jacqueline.marcus@weil.com

MILBANK, TWEED, HADLEY
McCLOY LLP
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
E-mail: ddunne@milbank.com
        dodonnell@milbank.com
        efleck@milbank.com

**VIA OVERNIGHT MAIL ONLY:**

Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Office of the United States Trustee for
Region 2
Attn:   Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004