November 19, 2011

Clerk of Court
Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York
10004-1408

Dear Sir,

I had objected to the Debtor's Motion in the VEBA matter and appeared at the hearing on November 16th 2011, before the Honorable Judge James M. Peck. The day prior I had received the Agenda of the Hearing and it listed the Motion and delineated several Objections ( Items A to O )in addition to mine. Three of the Objections had docket numbers and I was able to copy them from the Docket. However, neither mine nor any of the other objections listed in the Agenda ( items D to O) were assigned docket numbers. I was not able to review them before the hearing and have not seen them listed yet. Judge Peck indicated that he had reviewed all of the Objections and I assume the two referenced counsel got copies.

I can see from the docket page on the website that you must deal with an incredibly large number of Affidavits/Certificates of Service and Claim Transfer Forms, and I must apologize for not knowing the rules governing the assignment of docket numbers. I do not know if some objectors have requested confidentiality, but if permitted, is it possible for me to get copies of the filed objections which do not have assigned Docket Numbers.

Thank you very much.

*Steven G. Delaney* (signature)
Steven G. Delaney

Copies of this Letter have been sent to:

The Honorable Judge James M. Peck

Richard P. Krasnow, Esq.

Jeffrey S. Margolin, Esq.

at the addresses designated in the original Notice of Motion



RECEIVED
NOV 22 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK