**BERENBERG BANK**

*Joh. Berenberg, Gossler & Co. KG*

Mary Lopez
New York Southern Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
USA

RECEIVED
AUG 1 2 2011

*400 Jahre
Erfahrung hat Zukunft*

| Sven Stegelmann | Phone | +49 40 350 60-218 | 11 August 2011 |
| Legal Department | Fax | +49 40 350 60-270 | STM |

Dear Ms Lopez,

**Lehman Brothers Holdings Inc., Case No. 08-13555**
**Claim No. 55824**

Please be informed that the above claim has been transferred as follows:

| Date | Transferor | Transferee |
|---|---|---|
| 7th March 2011 | Credit Suisse (Deutschland) AG | Joh. Berenberg, Gossler & Co.KG |
| 10th August 2011 | Joh. Berenberg, Gossler & Co.KG | Mrs. Ruth Schrof |

The respective documentations are attached.

Yours faithfully,

Joh. Berenberg, Gossler & Co. KG

(Dr. v. Kuhlberg)    . (Stegelmann)

Encl.

## EVIDENCE OF TRANFER OF CLAIM

AUG 1 2 2011

To:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Joh. Berenberg, Gossler & Co. KG ( "Transferor") unconditionally and irrevocably transferred to Mrs. Ruth Schrof, Benrather Schlossallee 12, 40597 Duesseldorf, Germany ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55824**) in the 117 units related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administrated), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th August 2011.

**JOH. BERENBERG, GOSSLER & CO. KG**

Dr. Alexander v. Kuhlberg
Legal Department

Sven Stegelmann
Legal Department

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| DE000A0N7XQ2 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 117 |
| | | | | |
| | | | | |
| | | | | |