Edward A. Friedman
William P. Weintraub
Anne E. Beaumont
FRIEDMAN KAPLAN SEILER
　& ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone:　(212) 833-1100
E-mails:　efriedman@fklaw.com
　　　　　wweintraub@fklaw.com
　　　　　abeaumont@fklaw.com

*Attorneys for Boultbee (Helsinki) AB and Boultbee (Vasteras) AB*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
In re LEHMAN BROTHERS　　　　　　　　　　　　　:　　　　　Chapter 11
HOLDINGS INC., et al.,　　　　　　　　　　　　　　:　　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Debtors.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　　(Jointly Administered)
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BOULTBEE (HELSINKI)**
**AB AND BOULTBEE (VASTERAS) AB TO THIRD AMENDED JOINT CHAPTER 11**
**PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

　　　　　　　Boultbee (Helsinki) AB and Boultbee (Vasteras) AB (together, "Boultbee")

previously filed a Limited Objection to the Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and its Affiliated Debtors [Docket No. 21583] (the "Limited

Objection").[1] In consideration of the Debtors' removal of the Swap Agreement from the list of

contracts to be assumed under the Plan, Boultbee hereby withdraws the Limited Objection.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed in the Limited Objection.

2640184

Dated: New York, New York
December 5, 2011

                FRIEDMAN KAPLAN SEILER &
                  ADELMAN LLP

                /s/ William P. Weintraub
                Edward A. Friedman
                William P. Weintraub
                Anne E. Beaumont
                7 Times Square
                New York, New York 10036-6516
                Telephone: (212) 833-1100
                efriedman@fklaw.com
                wweintraub@fklaw.com
                abeaumont@fklaw.com

                *Attorneys for Boultbee (Helsinki) AB and Boultbee (Vasteras) AB*

2640184