Lawrence P. Eagel (LE4505)
Justin A. Kuehn (JK5853)
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue – Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 486-0462
eagel@bragarwexler.com
kuehn@bragarwexler.com

*Attorneys for Mark Mazzatta and*
*Michele McHugh-Mazzatta*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF MARK MAZZATTA AND
MICHELE McHUGH-MAZZATTA TO THIRD AMENDED JOINT CHAPTER 11 PLAN
OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that Mark Mazzatta and Michele McHugh-Mazzatta (the "Mazzattas"), by their undersigned attorneys, withdraw their objection to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, filed on November 4, 2011 [Docket No. 21581]. The Mazzattas reserve all other rights with respect to these chapter 11 cases.

Dated: New York, New York
December 5, 2011

      Respectfully submitted by:
      BRAGAR WEXLER EAGEL & SQUIRE, PC

      By: /s/ *Lawrence P. Eagel*
      Lawrence P. Eagel (LE4505)
      Justin A. Kuehn (JK5853)
      BRAGAR WEXLER EAGEL & SQUIRE, P.C.
      885 Third Avenue – Suite 3040
      New York, NY 10022
      Tel.: (212) 308-5858
      Fax: (212) 486-0462
      eagel@bragarwexler.com
      kuehn@bragarwexler.com

      *Attorneys for March Mazzatta and*
      *Michele McHugh-Mazzatta*