Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Vodafone Group plc |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 23553

Amount of Claim: USD 27,384,081.00

(FULL TRANSFER)

Date Claim Filed: 21 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 05 DECEMBER 2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: UNITED STATES BANKRUPTCY COURT, Southern District of New York
Attn: CLERK

AND TO: LEHMAN BROTHERS HOLDINGS INC..

CASE NAME: In re Lehman Brothers Holdings Inc., *et al*

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 23553 (FULL TRANSFER)

For value received, the adequacy and sufficiency of which are hereby acknowledged, VODAFONE GROUP PLC (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to DEUTSCHE BANK AG, LONDON BRANCH (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against LEHMAN BROTHERS HOLDINGS INC. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., *et al*, Chapter 11, Case No.08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $ 27,384,081, docketed as Claim No. 23553 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5 day of December 2011.

| VODAFONE GROUP PLC | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: ANDY HALFORD | Name: |
| Title: GROUP CHIEF FINANCIAL OFFICER | Title: |
| Tel.: | Tel.: |
| By: *[signature]* | By: *[signature]* |
| Name: NEIL GARROD | Name: |
| Title: DIRECTOR OF TREASURY. | Title: Stephen Byrne, Managing Director |
| Tel.: | Tel.: |

Confidential