James D. Newbold
Assistant Attorney General
Revenue Litigation Bureau
100 W. Randolph Street
Chicago, IL 60601
(312) 814-4557
James.Newbold@illinois.gov

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                  :    Chapter 11
**In re: LEHMAN BROTHERS**                        :    Case No. 08-13555-JMP
**HOLDINGS, INC., et al.,**                       :    (Jointly Administered)
                                                  :
        **Debtors.**                              :
---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF JOINDER [Dockt. 22809] OF ILLINOIS DEPARTMENT OF REVENUE IN THE OBJECTION TO CONFIRMATION FILED BY THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

The Illinois Department of Revenue ("Illinois"), by its attorney, Lisa Madigan, Illinois Attorney General, hereby withdraws its joinder in the objection to confirmation filed by the Texas Comptroller of Public Accounts ("Texas").

                ILLINOIS DEPARTMENT OF REVENUE
BY:    Lisa Madigan
         Illinois Attorney General

BY:    /s/ James D. Newbold
         James D. Newbold
         Assistant Attorney General
         100 W. Randolph Street
         Chicago, IL 60601
         (312) 814-4557
         James.Newbold@illinois.gov

**CERTIFICATE OF SERVICE**

I certify that on December 5, 2011, a true copy of the foregoing was served by the Court's ECF Noticing System on all parties registered to receive electronic notice.

/s/ James D. Newbold