UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re                                                           :         Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)
                                                                :
       Debtors.                                              :         (Jointly Administered)
                                                                :
---------------------------------------------------------------------x         Ref. Docket No. 22647

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 23, 2011, I caused to be served the "Notice of Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Authorization to Implement the Defense Costs Fund," dated November 23, 2011, to which is attached the "Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Authorization to Implement the Defense Costs Fund," dated November 23, 2011 [Docket No. 22647], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           */s/ Eleni Kossivas*
                                                         Eleni Kossivas

Sworn to before me this
30th day of November, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

-2-

# EXHIBIT A

*LBH Email Service List*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com

*LBH Email Service List*

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com

dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com

*LBH Email Service List*

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com

*LBH Email Service List*

| | |
|---|---|
| jchristian@tobinlaw.com | jmcginley@wilmingtontrust.com |
| jdoran@haslaw.com | jmelko@gardere.com |
| Jdrucker@coleschotz.com | jmerva@fult.com |
| jdyas@halperinlaw.net | jmmurphy@stradley.com |
| jean-david.barnea@usdoj.gov | jmr@msf-law.com |
| jeanites@whiteandwilliams.com | jnadritch@olshanlaw.com |
| jeannette.boot@wilmerhale.com | jnm@mccallaraymer.com |
| jeff.wittig@coair.com | john.monaghan@hklaw.com |
| jeffery.black@bingham.com | john.rapisardi@cwt.com |
| jeffrey.sabin@bingham.com | jorbach@hahnhessen.com |
| jeldredge@velaw.com | Joseph.Cordaro@usdoj.gov |
| jen.premisler@cliffordchance.com | joshua.dorchak@bingham.com |
| jennifer.demarco@cliffordchance.com | jowen769@yahoo.com |
| jennifer.gore@shell.com | jowolf@law.nyc.gov |
| jeremy.eiden@ag.state.mn.us | joy.mathias@dubaiic.com |
| jfalgowski@reedsmith.com | JPintarelli@mofo.com |
| jflaxer@golenbock.com | jporter@entwistle-law.com |
| jfox@joefoxlaw.com | jprol@lowenstein.com |
| jfreeberg@wfw.com | jrabinowitz@rltlawfirm.com |
| jg5786@att.com | jrsmith@hunton.com |
| jgenovese@gjb-law.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhuggett@margolisedelstein.com | jsullivan@mosessinger.com |
| jhuh@ffwplaw.com | jtimko@shutts.com |
| jim@atkinslawfirm.com | jtougas@mayerbrown.com |
| jjoyce@dresslerpeters.com | judy.morse@crowedunlevy.com |
| jjtancredi@daypitney.com | jwallack@goulstonstorrs.com |
| jjureller@klestadt.com | jwang@sipc.org |
| jkehoe@btkmc.com | jwcohen@daypitney.com |
| jlamar@maynardcooper.com | jweiss@gibsondunn.com |
| jlawlor@wmd-law.com | jwest@velaw.com |
| jlee@foley.com | jwh@njlawfirm.com |
| jlevitin@cahill.com | karen.wagner@dpw.com |
| jlipson@crockerkuno.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlovi@steptoe.com | keckhardt@hunton.com |
| jlscott@reedsmith.com | keith.simon@lw.com |
| jmaddock@mcguirewoods.com | Ken.Coleman@allenovery.com |
| jmazermarino@msek.com | ken.higman@hp.com |

*LBH Email Service List*

| | |
|---|---|
| kerry.moynihan@hro.com | mabrams@willkie.com |
| kgwynne@reedsmith.com | MAOFILING@CGSH.COM |
| kiplok@hugheshubbard.com | Marc.Chait@SC.com |
| kkelly@ebglaw.com | margolin@hugheshubbard.com |
| kkolbig@mosessinger.com | mark.bane@ropesgray.com |
| klyman@irell.com | mark.deveno@bingham.com |
| kmayer@mccarter.com | mark.ellenberg@cwt.com |
| kobak@hugheshubbard.com | mark.houle@pillsburylaw.com |
| korr@orrick.com | mark.sherrill@sutherland.com |
| kovskyd@pepperlaw.com | martin.davis@ots.treas.gov |
| kpiper@steptoe.com | Marvin.Clements@ag.tn.gov |
| kressk@pepperlaw.com | matt@willaw.com |
| KReynolds@mklawnyc.com | matthew.klepper@dlapiper.com |
| krosen@lowenstein.com | maustin@orrick.com |
| kuehn@bragarwexler.com | max.polonsky@skadden.com |
| kurt.mayr@bgllp.com | mbenner@tishmanspeyer.com |
| lacyr@sullcrom.com | mberman@nixonpeabody.com |
| Landon@StreusandLandon.com | mbienenstock@dl.com |
| lapeterson@foley.com | mbloemsma@mhjur.com |
| lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| Lee.Stremba@troutmansanders.com | mccombst@sullcrom.com |
| lgranfield@cgsh.com | mcordone@stradley.com |
| lhandelsman@stroock.com | mcto@debevoise.com |
| linda.boyle@twtelecom.com | mdahlman@kayescholer.com |
| lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| LJKotler@duanemorris.com | meltzere@pepperlaw.com |
| lmarinuzzi@mofo.com | metkin@lowenstein.com |
| Lmay@coleschotz.com | mfeldman@willkie.com |
| lmcgowen@orrick.com | mgordon@briggs.com |
| lml@ppgms.com | mgreger@allenmatkins.com |
| lnashelsky@mofo.com | mh1@mccallaraymer.com |
| loizides@loizides.com | mharris@smsm.com |
| lromansic@steptoe.com | mhopkins@cov.com |
| lscarcella@farrellfritz.com | michael.frege@cms-hs.com |
| lschweitzer@cgsh.com | michael.kelly@monarchlp.com |
| lsilverstein@potteranderson.com | michael.kim@kobrekim.com |
| lthompson@whitecase.com | michael.mccrory@btlaw.com |
| lubell@hugheshubbard.com | michael.reilly@bingham.com |
| lwhidden@salans.com | millee12@nationwide.com |

*LBH Email Service List*

miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mschlesinger@julienandschlesinger.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrainguiterrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com

*LBH Email Service List*

| | |
|---|---|
| richard.levy@lw.com | schnabel.eric@dorsey.com |
| richard.tisdale@friedfrank.com | schristianson@buchalter.com |
| richard@rwmaplc.com | schwartzmatthew@sullcrom.com |
| ritkin@steptoe.com | scottshelley@quinnemanuel.com |
| RJones@BoultCummings.com | scousins@armstrongteasdale.com |
| rleek@HodgsonRuss.com | sdnyecf@dor.mo.gov |
| RLevin@cravath.com | sehlers@armstrongteasdale.com |
| rmatzat@hahnhessen.com | seichel@crowell.com |
| rmcneill@potteranderson.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| robert.bailey@bnymellon.com | sfox@mcguirewoods.com |
| robert.dombroff@bingham.com | sgordon@cahill.com |
| robert.henoch@kobrekim.com | sgubner@ebg-law.com |
| robert.malone@dbr.com | shannon.nagle@friedfrank.com |
| Robert.yalen@usdoj.gov | sharbeck@sipc.org |
| robertdakis@quinnemanuel.com | shari.leventhal@ny.frb.org |
| Robin.Keller@Lovells.com | shgross5@yahoo.com |
| roger@rnagioff.com | sidorsky@butzel.com |
| ronald.silverman@bingham.com | slerner@ssd.com |
| ross.martin@ropesgray.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | SLoden@DiamondMcCarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rrigolosi@smsm.com | smillman@stroock.com |
| rroupinian@outtengolden.com | smulligan@bsblawyers.com |
| rrussell@andrewskurth.com | snewman@katskykorins.com |
| rterenzi@stcwlaw.com | sory@fdlaw.com |
| RTrust@cravath.com | spiotto@chapman.com |
| russj4478@aol.com | splatzer@platzerlaw.com |
| rwasserman@cftc.gov | squigley@lowenstein.com |
| rwyron@orrick.com | SRee@lcbf.com |
| s.minehan@aozorabank.co.jp | sselbst@herrick.com |
| sabin.willett@bingham.com | sshimshak@paulweiss.com |
| sabramowitz@velaw.com | sskelly@teamtogut.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| sagrawal@susmangodfrey.com | stephen.cowan@dlapiper.com |
| Sally.Henry@skadden.com | steve.ginther@dor.mo.gov |
| sandyscafaria@eaton.com | steven.troyer@commerzbank.com |
| Sara.Tapinekis@cliffordchance.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |

*LBH Email Service List*

sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com

william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

Additional Parties
jklein@petrilloklein.com
adam.wasserman@dechert.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| Petrillo Klein LLP Joshua Klein | (212) 370-0391 |
| Dechert LLP Adam Wasserman | (212) 698-3599 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007