WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Lori R. Fife
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**      :    08-13555 (JMP)
                                                :
                         Debtors.               :    (Jointly Administered)
------------------------------------------------------------------x

**DEBTORS' STATEMENT AS TO POST EFFECTIVE DATE**
**DIRECTORS OF LEHMAN BROTHERS HOLDINGS INC.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors in the above referenced chapter 11 cases (collectively, the "Debtors") submit this statement as proponents of the Debtors' third amended joint chapter 11 plan ("Plan") pursuant to section 1129(a)(5)(A)(i).[1]

1.  Pursuant to the Debtors' Plan and the related Disclosure Statement, following the Effective Date of the Debtors' Plan, the Board of Directors of LBHI is to consist of seven persons. That Board of Directors shall be selected by the Director Selection Committee. The Director Selection Committee consists of nine members:

(i) Rutger Schimmelpenninck (in his capacity as co-bankruptcy trustee (curatoren) for LBT); (ii) the LBB Administrator; (iii) the Debtors; (iv) each of the co-chairs of the Creditors' Committee (each of whom shall exercise his or her independent

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

business judgment in the selection of directors and not act at the direction of the Creditors' Committee); (v) an individual chosen by the Opco Plan Proponents who are PSA Creditors; (vi) an individual chosen by the members of the group of creditors commonly referred to as the Ad Hoc Group of Lehman Brothers Creditors that are PSA Creditors; and (vii) two individuals chosen collectively by the following PSA Creditors: Carval Investors UK Limited, Davidson Kempner Capital Management LLC, Elliott Management Corporation, King Street Capital Management LP., Och-Ziff Capital Management Group LLC, The Baupost Group LLC and Varde Partners LP.

2. Subsequent to September 1, 2011, the Director Selection Committee was organized and became operative. The Director Selection Committee engaged the executive search firm of Korn/Ferry International to assist it in the selection of the seven directors of LBHI. Over the course of many weeks, the Director Selection Committee reviewed potential candidates for the LBHI Board of Directors. After due deliberation and consideration, the Director Selection Committee reached its conclusions and has selected seven individuals to constitute the Board of Directors of LBHI on the Effective Date.

3. The following persons shall constitute the Board of Directors of LBHI on the Effective Date:

| Name | Affiliation |
|---|---|
| Frederick Arnold<br>Larchmont, New York | Executive Vice President and Chief Financial Officer of Capmark Financial Group, Inc. (2009-2011); Executive Vice President, Finance of Masonite International Inc., (2006-2007); prior thereto, a variety of senior financial positions with a number of different companies; Member of the Bar, State of New York; Independent Director and Audit Committee Financial Expert, CIF Corp. (DFR) |
| Robert S. Gifford<br>New York, New York | President and Chief Executive Officer, AIG Global Real Estate |
| Thomas A. Knott<br>Boston, Massachusetts | Former founder of Akasha Capital Management, a hedge fund |

| Name | Affiliation |
|---|---|
| Sean O. Mahoney<br>New York, New York | Private investor; Director, Delphi Automotive plc; former Partner, Investment Banking, and Head of Financial Sponsors Group, Goldman, Sachs & Co. (1987-2004); former Vice Chairman, Global Banking, Deutsche Bank Securities, Inc. (2004-2008). |
| David Pauker<br>New York, New York | Goldin Associates LLC, Expert Restructuring Advisor and Turnaround Manager; formerly Chief Restructuring Officer of Refco, Inc., a global commodities dealing during its chapter 11 case |
| Ronald K. Tanemura<br>Seattle, Washington | Former Partner, Global Co-Head of Credit Derivatives, the Goldman Sachs Group, Inc. |
| Owen D. Thomas<br>New York, New York | Chief Executive Officer, Morgan Stanley Asia, Ltd. (2008-2011); Morgan Stanley in various positions (1987-2008) |

4.      Following the Effective Date, the Boards of Directors of Lehman Brothers Special Finance ("LBSF") and Lehman Commercial Paper, Inc. ("LCPI") will each consist of three individuals:

> (i)     an individual who is a currently serving member of the Board of Directors of LBHI, as selected by that Board;

> (ii)    an individual who is a currently serving member of the Board of Directors of LBHI and, in the case of LBSF or LCPI, is acceptable to the "Opco Plan Proponents" who are also creditors who executed and delivered a Plan Support Agreement; and

> (iii)   an individual who is selected by the individuals appointed pursuant to (i) and (ii) above and who is independent from LBHI, the Members of the Director Selection Committee and, in the case of LBSF, LBSF or in the case of LCPI, LCPI.

5.      The respective Boards of Directors, or managers, as applicable, of Subsidiary Debtors, other than LBSF and LCPI, shall consist of one individual who shall be a

concurrently serving member of the Board of Directors of LBHI; provided, however, to the extent required by applicable law more than one director or manager is necessary, the additional individual(s) shall be appointed by the Board of Directors of LBHI, and, further, that any Subsidiary Debtor that is a limited partnership shall continue to be managed by its general partner.

6. The appointment of the Directors of the Debtors as of the Effective Date is consistent with the interests of creditors and with public policy.

Dated: New York, New York
December 5, 2011

/s/ Harvey R. Miller
Harvey R. Miller
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession