OPPOSITION TO THE DISALLOWANCE AND EXPUNGEMENT OF CERTAIN CLAIMS SET BY LBHI.

I.- Name of Bankruptcy Court:
UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK.

II.- Name of Debtors:
LEHMAN BROTHERS HOLDING INC., ET AL.
LEHMAN BROTHERS UK CAPITAL FONDING V LP.

III.- Case Number: N° 08-13555 (JMP)

IV.- Title of the objection:
Notice of Hearing of Debtors Two Hundred Fourteen Omnibus Objection to Disallow and Expunge certain filed proof of Claim.

V.- Name of the Claimant: WALTER AYALA.
 Description of the basis for the amount of Claim:
 Claim number: 47434
 Data Filled 10/26/2009
 Debtor: 08-13555
 Classification and amount: UNSECURED: $ 100.000.00

VI.- Statement setting forth the reasons why my claim should not be disallowed and expunged from the cause:

1.- Looking for good and safe savings for my retirement, I bought these Bonds, on good faith in 2007. I am a small investor and I think that the US Court and the US government including the SEC should ensure guard for the interest and safe of the small investors.
2.- At the time the financial instrument (The US$ ECAPS= Fixed Rate Enhanced Capital Advantaged Preferred Securities) and the issuer, Lehman Brothers and it´s subsidiaries had the best qualifications by the main Qualification Agencies.

RECEIVED
... 2 1 2011

3.- The instrument was listed in the New York Stock Exchange and had fulfilled the requisites of the Stock Exchange and the Security Exchange Commission (SEC).

4.- The instrument was been operated in the main financial platforms of the world Blooberg, Reuters, etc.), as a real proof of its existence and characteristics of the instrument.

5.- Lehman Brothers UK Capital Fonding VLP was a subsidiary of Lehman Brothers Holding Inc, enjoying the good reputation of the LBHI as the guarantor of its issuances.

VII.- The claim Number 47434 was filled on 10/26/2009, by means of Santander Bank of Uruguay.
   Address: Julio Herrera y Obes 1365. CP 11100

Name:   Walter Ayala.
Address: Avda. Gonzalo Ramírez 2153/901.  CP 11200
Telephone number: (+598)24112358

Signature:
Dated:  November 16, 2011.