

RECEIVED
NOV 21 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Siepmann & Cie. GmbH & Co. KG, Jenischstrasse 35, 22609 Hamburg

Axel Siepmann
Mobil +49 (0)170 8006268
Fax +49 (0)40 53052898

Honorable James M. Peck,
Courtroom 601
One Bowling Green
New York
New York 10004

USA

Hamburg, 7. November 2011

## My Objection to OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS) – Presentation of additional evidence

United States Bankruptcy Court Southern District of New York
Chapter 11 Case No. 08-13555 (JPM)
Claim number: 65948
Debtors: Lehman Brothers Holding
Creditor/Claimant Name & return address for reply and inquiries of Debtors:
    Siepmann & Cie. GmbH & Co. KG; Atten.):Mr. Axel Siepmann; Jenischstrasse 35;
    22609 Hamburg; Germany; Telephone +49 170 8006268
Description of the basis for the amount of the claim: Holder of the security LB Treasury Co. BV S&P Div. Trends NTS 28.8.12 which is guaranteed by Lehman Brothers Holding

Dear Sir,

When discussing the Lehman Brothers court case with my former secretary Mareike Stolze, Mrs. Stolze confirmed that she had sent the relevant documents containing the proof of claim to New York twice. Please find attached her statement that I would like to present as additional evidence.

As Mrs. Stolze will work on the cruise ship "Seacloud" starting 1st December, she will not be able to participate in the upcoming telephonic court hearing.

Furthermore I would like to indicate that I might not be able to attend the next hearing established for 21st December 2011 neither personally not telephonically. However I would like to point out that I would not have any other statement to make other than provided by courier in the past and other than made in writing including Mrs Stolze's

statement: I filed the proof of claim in time. My claim was apparently not registered and only one year after the expiry of the deadline, had I been informed, that my filing had not arrived in time.

Concerning all future hearing dates, I would like to renew my request for telephonic participation.

Sincerely,

Axel Siepmann, Siepmann & Cie. GmbH & Co. KG


Appendix: Statement of Mrs. Mareike Stolze, who had physically taken the filings to the post office.

Mareike Stolze

Moorweg 50

25462 Rellingen


Siepmann & Cie GmbH & Co. KG

Jenischstrasse 35

22609 Hamburg

Hamburg, 15. Oktober 2011

Dear Mr Siepmann,

I would like to confirm that - in my function as your secretary - I took correspondence related to the insolvency filing of Lehman Brothers addressed to New York on your behalf to the post office in mid October 2009.

I remember the case in so far as you asked me again to take the same correspondence to the same address to the post office in December 2009 as you had not received confirmation of the receipt of the correspondence sent in October.

Best regards

*[signature]*

Mareike Stolze