WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )     s.s.:
NEW YORK COUNTY       )

Michael J. Lonie, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 1st day of December, 2011, I caused a copy of the *Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Confirmation and Response to Certain Objections Thereto* [Dkt. No. 22827] to be served via UPS overnight mail on the attached service list.

  /s/ Michael J. Lonie_____
  Michael J. Lonie

Sworn to before me this
5th day of December, 2011

/s/  Carrol Marshall_____
Carrol Marshall
Notary Public State of New York, No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
My commission expires March 20, 2015

NEWYORK 8178084 (2K)

## SERVICE LIST

Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq

Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Gibson, Dunn & Crutcher LLP
Michael A. Rosenthal
Matthew K. Kelsey
200 Park Avenue
New York, NY 10166

SNR Denton US LLP
Carole Neville
1221 Avenue of the Americas
New York, NY 10020

Bingham McCutchen LLP
One Federal Street
Boston, Ma 02110

Lisa M. Solomon, Esq.
305 Madison Avenue, Suite 4700
New York, NY 10165

Sutherland Asbill & Brennan LLP
Mark D. Sherrill
1275 Pennsylvania Avenue NW
Washington, DC 20004

Venable LLP
Edward A. Smith
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020

Shearman & Sterling LLP
Fredric Sosnick
599 Lexington Avenue
New York, NY 10022

Olshan Grundman Frome Rosenzweig & Wolosky LLP
Adam H. Ftriedman
Park Avenue Tower
65 East 55th St.
New York, NY 10022

Brager Wexler Eagel & Squire P.C.
Lawrence P. Eagel
885 Third Avenue Suit 3040
New York, NY 10022

Preet Bharara
United States Attorney for the S.D.N.Y.
86 Chambers Street
New York, NY 10007

Chapman & Cutler LLP
James E. Spiotto
111 West Monroe Street
Chicago, Ill 60603

DLA Piper LLP
Thomas R. Califano
1251 Avenue of the Americas, 25th Flr.
New York, NY 10020

Kirkland & Ellis LLP
James H.M. Sprayregen
601 Lexington Avenue
New York, NY 10022

Sullivan & Cromwell LLP
Bruce E. Clark
125 Broad Street
New York, NY 10004

Lowenstein Sandler PC
Michael S. Etkin
1251 Avenue of the Americas, 18th Fl
New York, NY 10020

Reed Smith LLP
Eric A. Schaffer
599 Lexington Avenue
New York, NY 10022

Thompson Hine LLP
Joseph B. Koczko, Esq.
335 Madison Ave, 12th Fl
New York, NY 10017

Moses & Singer LLP
James Sullivan
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Mayer Brown LLP
Howard S. Beltzer
1675 Broadway
New York, NY 10019