Canberra, November 18, 2011

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004
United States of America

Dear Sir:

I am writing this letter to **oppose** the disallowance and expungement of Claim Number **47437**. Please note below the full details of the Case, Creditor and Claim:

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc., et al., Debtors**<br>**Two Hundred Fourteenth Omnibus Objection** | Chapter 11 Case No. 08-13555(JMP) |
| **Creditor Name and Address:**<br>Klappembach Childe, Celta<br>Benito Blanco 1293  apto. 1001<br>Montevideo, CP 11300<br>URUGUAY | **Claim Number:** 47437<br>**Date Filed:** 10/26/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $50,000.00 |

The request to Disallow and Expunge the aforementioned claim was made in the Two Hundred Fourteenth Omnibus Objection filed by Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") with the United States Bankruptcy Court for the Southern District of New York.

Please note that I requested and received an extension of time to respond until November 25, 2011. I enclose the corresponding exchange of e-mails with Mr. Ryan Martin of Weil, Gotshal & Manges LLP.

I am writing this response in representation of my mother whose name and address as the Creditor appear above. The above address is correct and should be used by the Debtors to reply to this response. I request that any reply also be sent by e-mail to alf@adinet.com.uy. I can also be reached by phone in Australia at +614 2082 7291.



1

My mother and I are small-time investors who bought Lehman Brothers bonds in good faith and like so many others were affected by this bankruptcy. We do not have the resources to hire an attorney in order to provide the legal bases upon which we oppose the Objection. However, after reading the reasons for the Objection, we cannot accept that LBHI has no liability to us as holders of a legitimate and timely filed Claim. We therefore consider that the aforementioned Claim should not be disallowed and expunged, and instead, we request that our Claim be included in the distribution of the Debtors' estate. I trust that the Bankruptcy Court will defend the rights of small-time investors in this matter and will decide in our best interests.

Sincerely yours,

Alberto Fajardo Klappenbach
PO Box 5058
Kingston ACT 2604
Australia
alf@adinet.com.uy
Mobile: +614 2082 7291

Enc:    Exchange of e-mails with Mr. Ryan Martin

2

# RE: Lehman Brothers Holdings Inc: request for extension regarding Two Hundred Fourteenth Omnibus Objection

De: alf@adinet.com.uy [alf@adinet.com.uy]
Fecha: 10/11/2011 00:34
A: <Ryan.Martin@weil.com>
Cc: <Mark.Bernstein@weil.com>

Canberra, Australia, November 10, 2011

Ryan Martin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dear Mr. Martin:

Thank you for your response. I acknowledge and accept your offer of an extension until November 25, 2011.

Kind regards,

Alberto Fajardo

19 Talbot St.
Forrest, ACT 2603, Australia
Mobile: +61 4 2082 7291

**Creditor Name and Address:**   Klappembach Childe, Celta
Benito Blanco 1293 ap. 1001
Montevideo, cp 11300 Uruguay

**Claim Number:**   47437

----Original Message----
De: Ryan.Martin@weil.com
Fecha: 09/11/2011 22:31
Para: "alf@adinet.com.uy"<alf@adinet.com.uy>
Cc: "Bernstein, Mark"<Mark.Bernstein@weil.com>
Asunto: RE: Lehman Brothers Holdings Inc: request for extension regarding Two Hundred Fourteenth Omnibus Objection

It was a pleasure speaking to you as well. We cannot offer a 30 day extension of time to respond as it would fall after the hearing date of November 30th. However, we can offer you an extension until November 25th. Please contact me with any concerns.

Ryan Martin

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ryan.martin@weil.com
+1 212 310 8325 Direct

**From:** alf@adinet.com.uy [mailto:alf@adinet.com.uy]
**Sent:** Wednesday, November 09, 2011 7:43 PM
**To:** Martin, Ryan
**Cc:** Bernstein, Mark
**Subject:** Lehman Brothers Holdings Inc: request for extension regarding Two Hundred Fourteenth Omnibus Objection

Canberra, Australia, November 10, 2011

Ryan Martin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dear Mr. Martin,

It was a pleasure to speak with you today and I thank you for the information you gave me. I am also sending a copy of this message to Mr. Mark Bernstein, whose name appears on your original notice as an attorney for the Debtors (Lehman Brothers Holdings Inc. and certain of its affiliates).

In this regard, I would like to **request an extension** of no less than 30 days to the response deadline of November 11, 2011 regarding the Debtors? Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim.
The **Claim Number** of my mother, for whom I am writing this message, is **47437**. If you agree with this extension, I'd appreciate it if you could email me written confirmation indicating for how many days the extension has been granted.

Kind regards,

Alberto Fajardo

19 Talbot St.
Forrest, ACT 2603, Australia
Mobile: +61 4 2082 7291

| | |
|---|---|
| **Creditor Name and Address:** | Klappembach Childe, Celta<br>Benito Blanco 1293 ap. 1001<br>Montevideo, cp 11300 Uruguay |
| **Claim Number:** | 47437 |
| **Date Filed:** | 10/26/2009 |
| **Debtor:** | 08-13555 |
| **Classification and Amount:** | Unsecured: $50,000.00 |

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.