# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 227: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BERYL FINANCE LIMITED SERIES 2006-15B<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17456 | Undetermined | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2006-15B<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17457 | Undetermined | Settled Derivatives Claim |
| 3 | COLORADO HOUSING & FINANACE AUTHORITY<br>ATTN: CHARLES L. BORGMAN<br>GENERAL COUNSEL<br>1981 BLAKE ST<br>DENVER, CO 80202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25448 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | Undetermined | |

\* - Indicates claim contains unliquidated and/or undetermined amounts