# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 224: EXHIBIT 1 – LATE-FILED CLAIMS

|   | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ANSARI, KAMRAN<br>1 BANK STREET, APT 6H<br>NEW YORK, NY 10014 | 08-13555 (JMP) | 09/14/2011 | 67662 | $25,000.00 | Late-Filed Claim |
| 2 | ANTOR, ILSE<br>UNTERM BERG 40<br>FRIEDBERG, 86316<br>GERMANY | | 09/08/2011 | 67659 | Undetermined | Late-Filed Claim |
|   |   |   |   | TOTAL | $25,000.00 |   |

* - Indicates claim contains unliquidated and/or undetermined amounts