# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 224: EXHIBIT 2 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | FRANZ, ROBERT<br>6 BAYER LANE<br>BOONTON, NJ 07005 | 08-13555 (JMP) | 08/24/2011 | 67641 | $8,354,024.08 | Late-Filed Claim |
| | | | | TOTAL | $8,354,024.08 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts    Page 1 of 1