ANNA M. STEELE
794 Cliff Street
Lander, WY 82520
(307) 332-0443

Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green
Courtroom 601
New York, New York 10004

November 18, 2011

RE: Lehman Brothers Holdings, Inc. Bankruptcy Case No. 08-13555 (JMP)

Honorable James M. Peck:

Enclosed you will find my Proof of Claim for the above-captioned case. I realize that this may not be a timely filing, however I am hoping it will be accepted.

I have been in contact with my local Edward Jones agent since I first heard of this filing and so far I have not received any proof that my interests are represented in this case. I invested $13,000 in Lehman Brothers Holdings, Inc. On February 27, 2003. It is my understanding that they have filed Chapter 11 Bankruptcy proceedings. I can find no proof that any claim was filed in my behalf by Edward Jones.

Is there any way you can help me out? Has my claim been filed by Edward Jones? If so, what does the Plan show will happen to my money? Any document or help you can give me will be greatly appreciated.

Sincerely,

Anna M. Steele

Anna M. Steele

cc: Edward Jones



RECEIVED NOV 28 2011 U.S. BANKRUPTCY COURT, SDNY JMP

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

In Re: Merit, LLC, Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC, Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Lehman Brothers Holdings, Inc. | 08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Anna M. Steele (Edward Jones Investment)
794 Cliff St.
Lander, WY 82520

Telephone number: 307-332-0443
Email Address: ebony1@bresnan.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____ Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ 18,000
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** $18,000 - Maturity Value of $13,000 Investment Invested on 2/27/2003 - Matures 2/27/20
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 11-18-11
Signature: Anna M. Steele

The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Account number:** 825-07224-1-3
**Statement type:** In-depth
**October 1 - October 28, 2011**

201 Progress Parkway
Maryland Heights, MO 63043-3042
www.edwardjones.com
Member SIPC

# Edward Jones
MAKING SENSE OF INVESTING

## Your Assets at Edward Jones

| | Current Yield/Rate | Current value |
|---|---|---|
| Cash, Insured Bank Deposit & Money Market funds | | |
| Money Market* | 0.01% | $1,016.31 |
| **Total Cash, Insured Bank Deposit & Money Market funds** | | **$1,016.31** |

**Current Yield** - The average yield on the money market fund for the past seven days.

### Bonds

| Corporate bonds | Rating | Maturity value | Maturity date | Interest rate | Current value | Purchase date | Cost basis | Unrealized gain/loss | Estimated yield |
|---|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC NOTES DTD 03/04/2003 CALLABLE 11/15/2011 @ 100.00 | CCC | $13,000.00 | 02/27/2020 | 5.500% | $2,860.00 | 02/27/2003 | $13,000.00 | -$10,140.00 | — |
| GOLDMAN SACHS GROUP INC SENIOR NOTE DTD 02/13/2003 | A/A1/A+ | 5,000.00 | 02/15/2033 | 6.125% | 5,056.60 | 07/17/2008 | 4,482.95 | 573.65 | 6.05% |
| **Total corporate bonds** | | **$18,000.00** | | | **$7,916.60** | | **$17,482.95** | **-$9,566.35** | |
| **Total bonds** | | **$18,000.00** | | | **$7,916.60** | | **$17,482.95** | **-$9,566.35** | |

### Estimated Yield

The Estimated Yield (EY) in the preceding sections(s) compares the anticipated earnings on your investments in the coming year to the current price of the investments. It is based on past interest and dividend payments made by the securities held in your account. Changes in the price of a security over time or in the amount of the investment held in your account will cause the EY to vary. The EY is only an estimate and cannot be guaranteed by Edward Jones or the issuers of the securities. Your actual yield may be higher or lower than the estimated amounts. Estimates for any securities that have a return of principal or capital gain may be overstated. Income cannot be estimated for any securities that do not have an annual payment amount or frequency available at this time.



(Single account)

October 2011    page 3    of    5