# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 219: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AGILENT TECHNOLOGIES INC ATTN: TREASURY DEPT/ DAWNETTE BLAKE 5301 STEVENS CREEK BLVD SANTA CLARA, CA 95051 | 14706 | 09/17/2009 | Lehman Brothers Commercial Corporation | Unsecured | $7,829,146.01 | Lehman Brothers Commercial Corporation | Unsecured | $7,791,433.00 |
| 2 | AGILENT TECHNOLOGIES INC ATTN: TREASURY DEPT/ DAWNETTE BLAKE 5301 STEVENS CREEK BLVD SANTA CLARA, CA 95051 | 14707 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,829,146.01 | Lehman Brothers Holdings Inc. | Unsecured | $7,791,433.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 219: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | RESTRUCTURED ASSET SECURITIES WITH ENHANCED RETURNS, SERIES 2002-20-C TRUST<br>C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP<br>ATTN: STUART ROTHENBERG<br>CONTROL NO. D&T 55<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10286 | 21998 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $67,642.24 |
| | | | | | TOTAL | $15,658,292.02 | | TOTAL | $15,650,508.24 |