# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 219: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LIMITED ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 31921 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $59,119.08* | Lehman Brothers Special Financing Inc. | Unsecured | $40,000.00 |
| 2 | NEXEN MARKETING ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-T AVE SW CALGARY, AB T2P 3P7 CANADA | 17152 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $16,284,844.62 | Lehman Brothers Commodity Services Inc. | Unsecured | $14,043,480.00 |
| 3 | NEXEN MARKETING TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 17153 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,601,164.20 | Lehman Brothers Holdings Inc. | Unsecured | $1,526,601.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                                Page 1 of 3

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 219: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | NEXEN MARKETING TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 17154 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $20,589,383.00 | Lehman Brothers Holdings Inc. | Unsecured | $14,308,717.79 |
| 5 | NEXEN MARKETING TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 18830 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $20,589,383.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $14,308,717.79 |
| 6 | NEXEN MARKETING TRANSFEROR: NEXEN MARKETING SINGAPORE PTE LTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 27641 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,601,164.20 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,526,601.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 219: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | NEXEN MARKETING ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY, AB T2P 3P7 CANADA | 27642 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,284,844.62 | Lehman Brothers Holdings Inc. | Unsecured | $14,043,480.00 |
| 8 | YAKIMA-TIETON IRRIGATION DISTRICT C/O FOSTER PEPPER PLLC ATTN: JANE PEARSON 1111 THIRD AVENUE, SUITE 3400 SEATTLE, WA 98101-3299 | 3848 | 04/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $546,568.34* | Lehman Brothers Special Financing Inc. | Unsecured | $185,000.00 |
| | | | | | TOTAL | $77,556,471.06 | | TOTAL | $59,982,597.58 |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**