# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 84: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EASTON INVESTMENTS II, A CALIFORNIA L.P. C/O COSTELL & CORNELIUS LAW CORPORATION ATTN: ALEXANDER IAN CORNELIUS 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA, CA 90401 | 10717 | 09/08/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $124,250.00 | Lehman Brothers Special Financing Inc. | Unsecured | $52,000.00 |
| 2 | SPCP GROUP L.L.C. TRANSFEROR: RATIA ENERGIE AG AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 19305 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,375,351.34* | Lehman Brothers Holdings Inc. | Unsecured | $845,855.08 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 84: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | SPCP GROUP L.L.C. TRANSFEROR: RATIA ENERGIE AG AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 19306 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,375,351.34* | Lehman Brothers Commodity Services Inc. | Unsecured | $845,855.08 |
| | | | | | TOTAL | $2,874,952.68 | | TOTAL | $1,743,710.16 |

\* - Indicates claim contains unliquidated and/or undetermined amounts