# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 220: EXHIBIT 1 – NO LIABILITY CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | LOEBER MOTORS INC.<br>4255 W. TOUHY AVE.<br>LINCOLNWOOD, IL 60712 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8533 | $118,755.00 |
| 2 | MOORE, WALTER T.<br>715 EAST BROW RD<br>LOOKOUT MOUNTAIN, TN 37350 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25268 | $107,750.00 |
|   |   |   |   |   | TOTAL | $226,505.00 |