**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Scott Cargill, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212. 262.6700  (Telephone)
212. 262.7402  (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to LibertyView (as defined below)*

**IN THE UNITED STATES BANKRUPTCY**
**THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | Re:  Doc. Nos. 19627 and 19631 |

**NOTICE OF WITHDRAWAL TO LIMITED OBJECTION OF**
**LIBERTYVIEW TO THIRD AMENDED**
**JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS**
**HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

LibertyView (as defined below)[1] previously filed a limited objection (the "Limited Objection")[2] to confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors  [Docket # 19627] (the "Plan").  Based upon certain changes set forth in the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its affiliated Debtors attached to the Debtors' Response to Objections to

---

[1] The funds include LibertyView Credit Opportunities Fund, L.P., LibertyView Credit Select Fund, LP, LibertyView Funds, L.P., LibertyView Global Risk Arbitrage Fund, L.P., and LibertyView Special Opportunities Fund, L.P.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed in the Limited Objection.

Confirmation, as well as language contained in the proposed Confirmation Order, LibertyView hereby withdraws its Limited Objection.

Dated: December 5, 2011
New York, New York

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *Michael S. Etkin*
Michael S. Etkin, Esq.
Scott Cargill, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and –

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel for LibertyView*