Mrs. S.A.B. Van Rooy, DVM and LLM
Schoonouwenseweg 24
2821 NX STOLWIJK
THE NETHERLANDS
Telephone:  + 31 182 34 34 43
Facsimile:  + 31 182 34 34 43
Email:      sabvanrooy@hotmail.com



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

The Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601
UNITED STATES OF AMERICA

---

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,) | ) | Case No. 08 – 13555 (JMP) |
| Debtors. | ) | (Jointly Administered) |

---

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Mrs. Van Rooy, a party in interest in the above-captioned case, hereby requests, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served at the address set forth below:

Mrs. S.A.B. Van Rooy, DVM and LLM
Schoonouwenseweg 24
2821 NX STOLWIJK
THE NETHERLANDS
Telephone:  + 31 182 34 34 43
Facsimile:  + 31 182 34 34 43
Email:      sabvanrooy@hotmail.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of Van Rooy to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of: (i) Van Rooy's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Van Rooy's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Van Rooy's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Van Rooy is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Van Rooy expressly reserves.

Dated: November 22, 2011

Stolwijk, The Netherlands

Respectfully submitted

by Mrs. S.A.B. van Rooy, DVM and LLM

*[signature]*

Schoonouwenseweg 24,

2821 NX Stolwijk,

THE NETHERLANDS

Telephone:    + 31 182 34 34 43
Facsimile:     + 31 182 34 34 43
Email:          sabvanrooy@hotmail.com