LOWENSTEIN SANDLER PC
Michael S. Etkin
Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212. 262.6700  (Telephone)
212. 262.7402  (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the MBS Class*

**IN THE UNITED STATES BANKRUPTCY
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| Debtors. | Re:  Doc. No. 19627 |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF MBS LITIGATION
LEAD PLAINTIFFS TO THIRD AMENDED
JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS
AND ITS AFFILIATED DEBTORS**

The Local 302 and 612 of the International Union of Operating Engineers–Employers Construction Industry Retirement Trust, the court-appointed lead plaintiff (the "Lead Plaintiff") in the consolidated securities class action pending in the United States District Court for the Southern District of New York (the "District Court") entitled *In re Lehman Brothers Mortgage Backed Securities Litigation*, Case No. 08-6762 (LAK) (the "MBS Litigation"),[1] by and through

---

[1] By order of the Judicial Panel on Multidistrict Litigation, the MBS Litigation was consolidated with a number of other federal actions against Lehman Brothers Holdings, Inc. and other defendants under the caption *In re Lehman Brothers Securities and ERISA Litigation*, Master Case No. 09-MD-2017 (LAK).

23273/2
12/05/2011 19180934.1

its undersigned counsel, previously filed a limited objection (the "Limited Objection")[2] to confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors. Based upon certain changes set forth in the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors attached to the Debtors' Response to Objections to Confirmation, as well as language contained in the proposed Confirmation Order, Lead Plaintiff hereby withdraws the Limited Objection.

Dated: December 5, 2011
       New York, New York

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *Michael S. Etkin*
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York  10022

-- and --

65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the MBS Class*

-- and --

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Joel P. Laitman
Christopher Lometti
Daniel B. Rehns
88 Pine Street, 14th Floor
New York, New York  10005
212.838.7797 (Telephone)
212.838.7745 (Facsimile)

*Lead Counsel for Lead Plaintiff and the MBS Class*

---

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed in the Limited Objection.