NITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chris Stovic Pro Se
435 Greeves St.
Kan, PA 16735
1-814-837-7046



-----------------------------------------------x

In re: LEHMAN BROTHERS
HOLDINGS, INC., et al.,

-----------------------------------------------x

Chapter 11
Case No. 08-13555-JMP  (Jointly Administered)

Debtors.

JOINDER OF CHRIS STOVIC IN THE OBJECTION TO CONFIRMATION (Dockt. 21573) AND IN THE MEMORANDUM OF LAW IN SUPPORT OF THE OBJECTION TO CONFIRMATION (Dockt. 22793) FILED BY THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND MY DOCKET 18493.

CHRIS STOVIC hereby joins the objection filed by the Texas Comptroller of

Public Accounts ("Texas") to confirmation of the Debtors' third amended joint plan

(Dockt. 21573) and the memorandum of law filed in support of the objection (Dockt.

22793). In joining the objection and memorandum, CHRIS STOVIC states:

1. There is a continuing problem with debtors attempting to use the

confirmation process to rewrite Bankruptcy Code provisions to divest States – and in

particular State taxing agencies – of rights they possess under the Bankruptcy Code. As

Texas points out, these attempts often include attempts to limit or even totally eliminate

ffset/recoupment rights and to expand the scope of the tax exemption under §1146(a)

both to include taxes that clearly fall outside the ambit of the statute as well as to include

pre-confirmation sales thereby evading the holding in Florida Dep't of Revenue v. Piccadilly Cafeterias, Inc., 554 U.S. 33 (2008). Once a State objects, it is then common for the debtor to attempt to carve out the objecting individual and State but provide for the objectionable rovisions to bind all other States and other creditors. This practice needs to end.

2. Chris Stovic joins the objection and memorandum filed by Texas in order to highlight the recurring problems caused by this practice.

3. In the circumstances, Chris Stovic believes that the objections filed by Texas are well founded and therefore files this joinder.

Wherefore, Chris Stovic requests that the order not be entered unless and until the matters raised in Dkt 18493 and in Texas' objection are remedied.

Respectfully,

December 01, 2011

*Chris Stovic*

Chris Stovic
435 Greeves St.
Kane, PA 16735

## CERTIFICATE OF SERVICE

I certify that on November 30, 2011, a true copy of the foregoing was served by US First Class Mail by the undersigned to the following party :

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP  1 Chase Manhattan Plaza
New York, NY 10005  Fax : (212) 530-5219

Diane Harvey
Weil Gotshal & Manges LLP  767 Fifth Avenue
New York, NY 10153  Fax : (212) 833-3607

Chris Stovic

*Chris Stovic*

435 Greeves St.
Kane, PA 16735
1-814-837-7046