LOWENSTEIN SANDLER PC
Michael S. Etkin
Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212. 262.6700  (Telephone)
212. 262.7402  (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | |

**REVISED NOTICE OF WITHDRAWAL OF SECURITIES LITIGATION
LEAD PLAINTIFFS' LIMITED OBJECTION TO DEBTORS' THIRD
AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC.
<u>AND ITS AFFILIATED DEBTORS</u>**

Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Government Officers' Superannuation Committee, City of Edinburgh Council as Administering Authority of the Lothian Pension Fund and Operating Engineers Local 3 Trust Fund, the court-appointed lead plaintiffs (collectively, the "<u>Lead Plaintiffs</u>") in the consolidated securities class action pending in the United States District Court for the Southern District of New York (the "<u>District Court</u>") entitled *In re Lehman Brothers*

22215/2
12/05/2011 19182234.1

*Equity/Debt Securities Litigation*, Case No. 08-05523 (LAK) (the "Securities Litigation")[1], by and through their undersigned counsel, previously filed a limited objection (the "Limited Objection")[2] to confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors. Based upon certain changes set forth in the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors attached to the Debtors' Response to Objections to Confirmation, as well as language contained in the proposed Confirmation Order, Lead Plaintiffs hereby withdraw their Limited Objection.

Dated: December 5, 2011
New York, New York

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *Michael S. Etkin*
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
*Bankruptcy Counsel to Lead Plaintiffs and the Class*

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney
Jon Worm

---

[1] By order of the Judicial Panel on Multidistrict Litigation, the Securities Litigation has been consolidated with a number of other federal actions against Lehman Brothers Holdings, Inc. and other defendants under the caption *In re Lehman Brothers Securities and ERISA Litigation*, Master Case No. 09-MD-2017 (LAK).

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed in the Limited Objection.

12481 High Bluff Drive
Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)

-- and --

**KESSLER TOPAZ MELTZER & CHECK, LLP**
David Kessler
John A. Kehoe
280 King of Prussia Road
Radnor, PA 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)

*Co-Lead Counsel to Lead Plaintiffs and the Class*