Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 43510**

We would like to inform you that Lutz and Erika Criegee who filed the claim Number 43510 on 10/21/2009 have assigned the rights arising out of this claim corresponding with the following securities

> 65 Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14) 25.MAI (WKN A0TVK2 / ISIN DE000A0TVK20) in the amount of a face value (purchase date: 12 June, 2008) of USD 92,306.50 (EUR 65,000.00)

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Bethmann Bank AG has agreed to this assignment. Both Lutz and Erika Criegee and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 30.11.11                                Halstenbek, 17. Nov. 2011

Bethmann Bank AG                                   Lutz and Erika Criegee
(Assignee)                                         (Assignors)

(Jochen Weber)  (Oliver Körner)                    (Lutz Criegee)   (Erika Criegee)