REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,*
*The Bank of New York Mellon Trust Company, N.A.,*
*and BNY Mellon Corporate Trustee Services Limited,*
*in their representative capacities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) (Jointly Administered) |
| Debtors. | Refers to Dkt. No. 22010 |

**AMENDMENT TO SCHEDULE 1 TO THE OBJECTION OF THE BANK
OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A., AND BNY MELLON CORPORATE TRUSTEE SERVICES
LIMITED TO ASSUMPTION OF DERIVATIVE CONTRACTS PURSUANT
TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN
BROTHERS INC. AND ITS AFFILIATED DEBTORS**

The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A.,

and BNY Mellon Corporate Trustee Services Limited, hereby file this further amendment to

Schedule 1 to the Objection of the Bank of New York Mellon, The Bank of New York Mellon

Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of

Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers

Inc. and its Affiliated Debtors [D.I. 22010] (the "Objection").

Based upon the Debtors' further amendment of the schedule of derivative contracts to be assumed, on November 29, 2011, the undersigned submitted an Amended Schedule 1 to the Objection, which is further amended by the annexed Exhibit A.

Dated:  December 5, 2011
        New York, New York

Respectfully submitted,

REED SMITH LLP

By:  /s/ Eric A. Schaffer
     Eric A. Schaffer (ES-6415)
     Michael J. Venditto (MV-6715)
     599 Lexington Avenue
     New York, NY 10022
     Telephone:  (212) 521-5400
     Facsimile:  (212) 521-5450
     Email: eschaffer@reedsmith.com
            mvenditto@reedsmith.com

     *Counsel to The Bank of New York Mellon,
     The Bank of New York Mellon Trust
     Company, N.A., and BNY Mellon Corporate
     Trustee Services Limited, in their
     representative capacities*

US_ACTIVE-107929421.2

**AMENDED SCHEDULE 1**

<u>List of Derivative Contracts</u>

(Attached)

| COUNTERPARTY | DEBTOR |
|---|---|
| Consumer Unsecured Reperforming Loans (Curl) PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-1 PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-2BL PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-3NC PLC | Lehman Brothers Special Financing Inc. |
| Eurosail - NL 2007-2 BV | Lehman Brothers Special Financing Inc. |
| Eurosail NL 2008-1 B.V. | Lehman Brothers Special Financing Inc. |
| Eurosail-UK 2007-2NP PLC | Lehman Brothers Special Financing Inc. |
| Ford Credit Auto Owner Trust 2007-B | Lehman Brothers Special Financing Inc. |
| Fullerton Drive CDO Limited | Lehman Brothers Special Financing Inc. |
| Kings River Limited | Lehman Brothers Special Financing Inc. |
| LB Peru Trust, II, 1998-A | Lehman Brothers Special Financing Inc. |
| Liberty Square CDO I. Limited | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO I, Ltd. | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO II, Limited | Lehman Brother Financial Products, Inc. |
| Liberty Square CDO II, Ltd. | Lehman Brothers Financial Products Inc. |
| Phoenix Series 2002-1 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-2 | Lehman Brothers Special Financing Inc. |
| Puerto Rico Commonwealth of (Escrow) | Lehman Brothers Special Financing Inc. |
| Racers Series 2002-26 | Lehman Brothers Special Financing Inc. |
| Sealink Funding Limited | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
| --- | --- |
| Sunset Park CDO Limited SPC Series 2004-1 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-2 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-4 | Lehman Brothers Special Financing Inc. |
| Tavares Square CDO Limited | Lehman Brothers Special Financing Inc. |
| Taylor Creek Limited | Lehman Brothers Special Financing Inc. |
| The Bank of New York Mellon | Lehman Brothers Commercial Corp. |
| TIAA Structured Finance CDO 1, Limited | Lehman Brothers Financial Products Inc. |
| Vox Place CDO Limited | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-11 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-16 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-7 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-15 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-5 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-6 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-1 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-10 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-11 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-13 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-15 | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
|---|---|
| Beryl Finance Limited Series 2007-4 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-5 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-7 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-8 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-6 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-7 | Lehman Brothers Special Financing Inc. |
| Consumer Unsecured Reperforming Loans (Curl) PLC | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-2 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Diamond Finance 2006-2 | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-1 PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-2BL PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-3NC PLC | Lehman Brothers Special Financing Inc. |
| Eurosail - NL 2007-2 BV | Lehman Brothers Special Financing Inc. |
| Eurosail NL 2008-1 B.V. | Lehman Brothers Special Financing Inc. |
| Eurosail-UK 2007-2NP PLC | Lehman Brothers Special Financing Inc. |
| Ford Credit Auto Owner Trust 2007-B | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
|---|---|
| Fullerton Drive CDO Limited | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz Finance PLC 2004-1 Class A | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz Finance PLC 2004-1 Class B | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz PLC 2004-2 | Lehman Brothers Special Financing Inc. |
| Kings River Limited | Lehman Brothers Special Financing Inc. |
| LB Peru Trust, II, 1998-A | Lehman Brothers Special Financing Inc. |
| Liberty Square CDO I. Limited | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO I, Ltd. | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO II, Limited | Lehman Brother Financial Products, Inc. |
| Liberty Square CDO II, Ltd. | Lehman Brothers Financial Products Inc. |
| Lion City CDO 2006-2 LTD | Lehman Brothers Special Financing Inc. |
| Lion City CDO 2006-3 Ltd | Lehman Brothers Special Financing Inc. |
| Lion City CDO Limited Series 2006-1 | Lehman Brothers Special Financing Inc. |
| Lion City CDO Ltd Series 2006-5 | Lehman Brothers Special Financing Inc. |
| Onyx Funding Limited Series 2006-1 | Lehman Brothers Special Financing Inc. |
| Pearl Finance Series 2003-8 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-1 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-2 | Lehman Brothers Special Financing Inc. |
| Puerto Rico Commonwealth of (Escrow) | Lehman Brothers Special Financing Inc. |
| *Quartz Finance 2003-1 Class A* | *Lehman Brothers Special Financing Inc.* |
| *Quartz Finance 2003-1 Class B* | *Lehman Brothers Special Financing Inc.* |

| COUNTERPARTY | DEBTOR |
|---|---|
| Quartz Finance 2003-4 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2004-1 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2005-1 | Lehman Brothers Special Financing Inc. |
| *Quartz Finance 2005-2* | *Lehman Brothers Special Financing Inc.* |
| Quartz Finance Series 2003-3 | Lehman Brothers Special Financing Inc. |
| Racers Series 2002-26 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Class A15 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Class A16 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Classes A2-A9 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-2 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-3 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-4 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-5 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2007-1 | Lehman Brothers Special Financing Inc. |
| *Ruby Finance 2007-2* | *Lehman Brothers Special Financing Inc.* |
| Ruby Finance 2007-3 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2008-01 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2004-4 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-1 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-10 | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
|---|---|
| Saphir Finance PLC 2005-3 Class A | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class B | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class C | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-4 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-10 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-2 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-3 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-1 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-3 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-5 | Lehman Brothers Special Financing Inc. |
| *Saphir Finance PLC 2007-7* | *Lehman Brothers Special Financing Inc.* |
| Saphir Finance PLC 2007-9 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2008-1 | Lehman Brothers Special Financing Inc. |
| Sealink Funding Limited | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-1 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-2 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-4 | Lehman Brothers Special Financing Inc. |
| Tavares Square CDO Limited | Lehman Brothers Special Financing Inc. |
| Taylor Creek Limited | Lehman Brothers Special Financing Inc. |
| The Bank of New York Mellon | Lehman Brothers Commercial Corporation |
| TIAA Structured Finance CDO 1, Limited | Lehman Brothers Financial Products Inc. |

| COUNTERPARTY | DEBTOR |
|---|---|
| Topaz Finance Ltd 2005-1 | Lehman Brothers Special Financing Inc. |
| Topas Finance LTD 2005-2 | Lehman Brothers Special Financing Inc. |
| Vox Place CDO Limited | Lehman Brothers Special Financing Inc. |
| Zircon Finance Limited Series 2007-3 | Lehman Brothers Special Financing Inc. |
| Zircon Finance Limited Series 2007-9 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-1 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-14 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-17 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-2 | Lehman Brothers Special Financing Inc. |

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,*
*The Bank of New York Mellon Trust Company, N.A.,*
*and BNY Mellon Corporate Trustee Services Limited,*
*in their representative capacities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )   ss.: |
| COUNTY OF NEW YORK | ) |

I, Anne Suffern, being duly sworn, deposes and says:

1.      I am not a party to this action, am over eighteen years of age and employed by

Reed Smith LLP, located at 599 Lexington Avenue, New York, NY 10022.

2.      On December 5, 2011, I served a true and correct copy of the *Amendment to*

*Schedule 1 to the Objection of the bank of New York Mellon, The Bank of New York Mellon Trust*

*Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of*

*Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers*

*Inc. and its Affiliated Debtors* on the attached service list by method indicated.

Sworn to me this
5th day of December, 2011.

_____
Notary Public

EVAN F. JAFFE
Notary Public, State of New York
No. 01JA6196006
Commission Expires 11/03/2012

- 2 -

## SERVICE LIST

## VIA HAND DELIVERY

Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Harvey R. Miller, Esq.
        Lori R. Fife, Esq.
        Alfredo R. Pérez, Esq.
        Jacqueline Marcus, Esq.
*Attorneys for the Debtors*

The Office of the United States Trustee
for Region 2
33 Whitehall Street
21st Floor
New York, NY  10004
Attn:   Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:    Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*