WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                           :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :     **08-13555 (JMP)**
:
Debtors.                                 :     **(Jointly Administered)**
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE CONFIRMATION HEARING ON DECEMBER 6, 2011 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

  A.    Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 22973]**

  Objection Deadline:   November 4, 2011 at 4:00 p.m.

  Unresolved Objections:

   1.    Objection of China Development Industrial Bank and Dotson Investments Ltd **[ECF No. 21649]**

Responses to Objections:

2. Debtors' Response to Objections to Confirmation **[ECF No. 22751]**

3. Statement of Official Committee of Unsecured Creditors (I) in Support of Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and (II) in Response to Objections to Such Plan **[ECF No. 22773]**

4. Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Confirmation and Response to Certain Objections Thereto **[ECF No. 22827]**

5. Statement of the UK Administration Companies and UK Liquidation Companies (I) in Support of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and (II) in Response to the Farallon Objection Thereto **[ECF No. 22750]**

Related Documents:

6. Debtors' Memorandum of Law in Support of Confirmation of Third Amended Joint Chapter 11 Plan **[ECF No. 22747]**

7. Debtors' Memorandum of Law in Support of Plan Settlements **[ECF No. 22749]**

8. Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 19627]**

    a. Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 22737]**

    b. Blackline of Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 22738]**

    c. Notice of filing of Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 22973]**

9. Plan Supplement **[ECF No. 21254]**

    a. Amendment No. 1 to the Plan Supplement **[ECF No. 21665]**

  b. Amendment No. 2 to the Plan Supplement **[ECF No. 22156]**

  c. Amendment No. 3 to the Plan Supplement **[ECF No. 22590]**

  d. Amendment No. 4 to the Plan Supplement **[ECF No. 22742]**

  e. Amendment No. 5 to the Plan Supplement **[ECF No. 22876]**

  f. Amendment No. 6 to the Plan Supplement **[ECF No. 22975]**

10. Proposed Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 22762]**

  a. Notice of Filing of Revised Proposed Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 22976]**

11. Debtors' Statement as to Post Effective Date Directors of Lehman Brothers Holdings Inc. **[ECF No. 22931]**

12. Notice of Adjournment of Hearing on the Debtors' Proposed Assumption of Certain Executory Contracts and Unexpired Leases Pursuant to Third Amended Joint Chapter 11 Plan **[ECF No. 22346]**

Declarations in Support:

13. Declaration of John K. Suckow in Support of Confirmation **[ECF No. 22759]**

14. Declaration of Daniel J. Ehrmann in Support of Confirmation **[ECF No. 22760]**

15. Declaration of Steven J. Cohn in Support of Confirmation **[ECF No. 22761]**

16. Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots **[ECF No. 22743]**

  a. Supplement Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots **[ECF No. 22972]**

Statements in Support:

17. Statement of Deutsche Bundesbank in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21377]**

18. Statement of BNP Paribas in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21509]**

19. Statement of Societe Generale, et al, in Support of Confirmation and Consummation of Debtors' Third Amended Joint Chapter 11 **[ECF No. 21565]**

20. Statement of The Baupost Group, L.L.C., in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21578]**

21. Statement of Bank of America, N.A. and Merrill Lynch International in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21592]**

22. Statement of Certain Noteholders of Lehman Brothers Treasury Co. B.V. in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21593]**

23. Statement of Och-Ziff Capital Management Group LLC in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21619]**

24. Statement of Elliott Management Corp. in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21621]**

25. Statement of The Royal Bank of Scotland plc in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 **[ECF No. 21662]**

26. Statement of Deutsche Bank AG and DB Energy Trading LLC in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21663]**

27. Statement of Värde Partners, L.P. in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21674]**

28. Statement of Davidson Kempner Capital Management LLC in Support of Confirmation and Consummation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21702]**

29. Statement of the King Street Parties in Support of Confirmation and Consummation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21713]**

30. Statement of UBS AG in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 21718]**

31. Statement of the Association of German Banks (Bundesverband deutscher Banken e.V.) and Entschädigungseinrichtung deutscher Banken GmbH in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22030]**

32. Amended Statement of SIPA Trustee in Connection with Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22065]**

33. Statement of OMX Timber Finance Investments II, LLC in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22176]**

34. Statement of CarVal Investors UK Limited in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22199]**

35. Statement of the UK Administration Companies and UK Liquidation Companies (I) in Support of Debtors' Third Amended Joint Chapter 11 Plan (II) in Response to the Farallon Objection **[ECF No. 22750]**

36. Statement of the Trustees for Lehman Brothers Treasury Co. B.V. in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22777]**

37. Statement of the Trustees for Lehman Brothers Securities N.V. in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22778]**

38. Statement of Perry Partners International Inc. and Perry Partners LP in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22782]**

39. Statement of Certain MetLife Creditors in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22789]**

40. Statement of Wells Fargo Bank Northwest, N.A. in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22808]**

41. Statement of Silver Rock Financial LLC, BDIF LLC, IN-FP2 LLC and Mounte LLC in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22820]**

42. Statement of Danske Bank A/S in Support of Confirmation and Consummation of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22849]**

43. Statement of Boise Land & Timber II, LLC in Support of Debtors' Third Amended Joint Chapter 11 Plan **[ECF No. 22886]**

Resolved Objections:

44. Preliminary Objection of Shinsei Bank, Limited **[ECF No. 20960]**

45. Objection of Deutsche Bank AG **[ECF No. 21416]**

    a. Memorandum of Law in Support of Objection of Deutsche Bank AG **[ECF No. 21628]**

46. Objection of the Texas Comptroller of Public Accounts **[ECF No. 21573]**

    a. Memorandum of Law in Support of Objection **[ECF No. 22793]**

    b. Joinder of Illinois Department of Revenue **[ECF No. 22809]**

47. Limited Objection of Christiane Schuster **[ECF No. 21574]**

48. Objection of Mark Mazzatta and Michele Mchugh-Mazzatta **[ECF No. 21581]**

49. Objection of PricewaterhouseCoopers AG, Zurich **[ECF No. 21589]**

50. Limited Objection of Claimants Vincent Primiano, *et al.* **[ECF No. 21594]**

51. Securities Litigation Lead Plaintiff's Statement and Reservation of Rights **[ECF No. 21607]**

52. MBS Litigation Lead Plaintiffs Limited Objection **[ECF No. 21613]**

53. Objection of Soffer Turnberry/South Strip, LLC, *et al.* **[ECF No. 21620]**

54. Limited Objection of LibertyView **[ECF No. 21623]**

55. The United States of America's Limited Objection to the Plan **[ECF No. 21624]**

    a. The United States of America's Limited Objection to the Plan Trust Agreement **[ECF No. 22144]**

56. Objection of Bank of Montreal **[ECF No. 21632]**

57. Objection of the United States Trustee **[ECF No. 21640]**

58. Objection of Farallon Capital Partners, L.P., *et al.* **[ECF No. 21643]**

59. Objection of City of Coppell, Copell Independent School District, City of Memphis, Dallas County, Harris County, McLennan County, and Tarrant County **[ECF No. 21661]**

60. Objection of Andorra Banc Agricol Reig, S. A. **[ECF No. 21664]**

61. Limited Objection of Credit Agricole Corporate and Investment Bank **[ECF No. 21815]**

62. Objection of Federal Home Loan Bank of Dallas **[ECF No. 21970]**

    a. Joinder of Michigan State Housing Development Authority West Point Housing LLC and Carnegie Institution of Washington **[ECF No. 22163]**

Stipulations:

63. Notice of Presentment of Stipulation and Agreement by and Among Fannie Mae, Freddie Mac and the Debtors Regarding the Debtors' Third Amended Plan **[ECF No. 22765]**

64. Notice of Stipulation Among Debtors and Fidelity National Title Insurance Company Resolving Disputes in Connection with Plan **[ECF No. 22788]**

   Status:  This matter is going forward.  In accordance with the *Notice of Adjournment of Hearing on the Debtors' Proposed Assumption of Certain Executory Contracts and Unexpired Leases Pursuant to Third Amended Joint Chapter 11 Plan* [ECF No. 22346], all objections to the assumption of executory contracts pursuant to the Plan have been adjourned to February 14, 2012 or deferred to a date to be scheduled.

Dated: December 05, 2011
   New York, New York

                /s/ Harvey R. Miller
                Harvey R. Miller

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession