WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|   |   |
|---|---|
|   | : |
| **In re** | : **Chapter 11 Case No.** |
|   | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : **08-13555 (JMP)** |
|   | : |
| **Debtors.** | : **(Jointly Administered)** |
|   | : |

----------------------------------------------------------------x

### NOTICE OF FILING OF SCHEDULES TO REVISED PROPOSED ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

On December 5, 2011, Lehman Brothers Holdings Inc. and its affiliated debtors

(the "Debtors") filed a revised proposed order (the "Revised Proposed Order") [ECF No. 22976]

in connection with the hearing to be held on December 6, 2011 at 10:00 a.m. to consider

confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and

its Affiliated Debtors, dated August 31, 2011 (as subsequently supplemented, amended or

modified).

PLEASE TAKE NOTICE that Schedule 1 and Schedule 2 to the Revised

Proposed Order are attached hereto.


Dated:  December 5, 2011
        New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
  and Debtors in Possession

## Schedule 1
**(The February 14 Contracts)**

## The February 14 Contracts

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Objection to Assumption by Debtors of Prepetition Derivative Contracts (Asbury Atlantic, Inc.) | 21505 | 11/2/11 |
| 2. | Limited Objection of Access VP High Yield Fund, Falling U.S. Dollar ProFund, Access Flex High Yield Fund and Falling US Dollar ProFunds VP to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21527 | 11/2/11 |
| 3. | Limited Objection to Assumption of Agreements (IBM Personal Pension Plan Trust) | 21535 | 11/2/11 |
| 4. | Limited Objection to Proposed Assumption of Executory Contracts (GMAC Mortgage, LLC) | 21556 | 11/03/11 |
| 5. | Statement and Response of Rockford Memorial Hospital Regarding Proposed Assumption of Certain Swap Agreements Pursuant to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Limited Objection of Rockford Memorial Hospital Regarding Proposed Assumption of Swap Agreement and Related Cure Amount | 21586 and 22044 | 11/4/11 and 11/14/11 |
| 6. | Limited Objection of State Street Bank and Trust Company to Assumption of Agreement as Set Forth in Plan Supplement | 21596 | 11/4/11 |
| 7. | Objection of Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21597 | 11/4/11 |
| 8. | Limited Objection of The Buck Institute For Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Amended Limited Objection of the Buck Institute for Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21599 and 21886 | 11/4/11 and 11/10/11 |
| 9. | Limited Opposition of The Massachusetts Development Finance Authority to Assumption of Executory Contracts | 21601 | 11/4/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 10. | Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Declaration of David R. Seligman in Support of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Supplemental Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Supplemental Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21602, 21606, 21616, 21904 and 21946 | 11/4/11 and 11/10/11 |
| 11. | Limited Objection of Giants Stadium LLC to Debtors' Supplement to the Third Amended Joint Chapter 11 Plan<br><br>Objection of Giants Stadium LLC to Debtors' Proposed Assumption of Terminated Contracts | 21604 and 21905 | 11/4/11 and 11/10/11 |
| 12. | Objection of Adventist Health System/Sunbelt, Inc. to the Debtors' Proposed Assumption of Contracts | 21610 | 11/4/11 |
| 13. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21626 | 11/4/11 |
| 14. | Limited Objection and Reservation of Rights with Regard to Debtors' Third Amended Joint Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (Richard Hayne) | 21630 | 11/4/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 15. | Objection of Bank of Montreal to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Including But Not Limited to the Assumption of the Master Agreement<br><br>Reservation of Rights of Bank of Montreal to Debtors Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivatives Contracts | 21632 and 21824 | 11/4/11 and 11/9/11 |
| 16. | Objection of the Dante Noteholders to the Debtors' Assumption of Certain Derivative Contracts; Declaration of Andrew K. Glenn<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Objection of the Dante Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21633, 21657 amd 21639 | 11/4/11 |
| 17. | Objection of The Loreley Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21634 | 11/4/11 |
| 18. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21655 | 11/4/11 |
| 19. | Objection of Blue Mountain Credit Alternatives Master Fund L.P. to Assumption of a Certain Executory Contract | 21672 | 11/4/11 |
| 20. | Objection to Motion to Assume Executory Contract (United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights) | 21699 | 11/7/11 |
| 21. | Objection of Sumitomo Mitsui Banking Corporation in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21719 | 11/7/11 |
| 22. | Objection of Ally Investment Management LLC in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21725 | 11/7/11 |
| 23. | Limited Objection and Reservation of Rights of Mountain States Properties Inc. to Proposed Assumption of Executory Contracts | 21786 | 11/9/11 |
| 24. | Limited Objection and Reservation of Rights of York Hospital to Proposed Assumption of Executory Contracts | 21788 | 11/9/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|--------|----------------------|------------|------------|
| 25. | Objection of AFCO Cargo PIT LLC to Debtors Plan Supplement and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21789 | 11/9/11 |
| 26. | Objection of Federal Home Loan Bank of Indianapolis to Assumption of Agreements as Set Forth in Plan Supplement | 21792 | 11/9/11 |
| 27. | Objection to Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code (Iberdrola Renewables Energies USA, Ltd., Iberdrola Renewables, Inc., fka PPM Energy, Inc.) | 21801 | 11/9/11 |
| 28. | Objection of ITV PLC And Carlton Communications Limited in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21802 | 11/9/11 |
| 29. | Objection of Waterstone Capital Advisors LLC in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21813 | 11/9/11 |
| 30. | Limited Objection of Franklin W. Olin College of Engineering, Inc. to Debtors' Proposed Assumption of Contracts | 21814 | 11/9/11 |
| 31. | Objection of Chapel Hill Retirement Center, Inc. to Debtors' Assumption of Derivative Contract | 21819 | 11/9/11 |
| 32. | Limited Objection and Reservation of Rights of Utah Housing Corp. (ME), Utah Housing Corporation (ME) and Utah Housing Finance Agency to Proposed Assumption of Executory Contracts | 21820 | 11/9/11 |
| 33. | Response to Debtors' Notice of Proposed Assumption of Executory Contracts With FF Thompson Foundation Inc. and The Frederick Ferris Thompson Hospital And Objection To Plan Supplement | 21821 | 11/9/11 |
| 34. | Objection of The Toronto-Dominion Bank to Debtors' Assumption of Derivative Contracts and Proposed Cure Amount | 21823 | 11/9/11 |
| 35. | Objection of Commonwealth of Virginia Tobacco Settlement Financing Corporation to Debtors' Assumption of Derivative Contract and Proposed Cure Amount | 21825 | 11/9/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 36. | Objection of Fuller Theological Seminary to Debtors' Assumption of Derivative Contracts | 21829 | 11/9/11 |
| 37. | Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivative Contracts | 21833 | 11/9/11 |
| 38. | Objection of Mizuho Corporate Bank Ltd. to Lehman Brothers Commercial Corporation's Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21837 | 11/9/11 |
| 39. | Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21838 | 11/9/11 |
| 40. | Oaklawn Psychiatric Center's Objection to LBSF's Assumption of Derivative Contract | 21839 | 11/9/11 |
| 41. | Limited Objection and Reservation of Rights of Riddle Memorial Hospital Health Care Center III Associates to Proposed Assumption of Executory Contracts | 21840 | 11/9/11 |
| 42. | Objection of Mizuho Securities Co., Ltd. to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21841 | 11/9/11 |
| 43. | Objection of Mizuho International plc to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21842 | 11/9/11 |
| 44. | Objection in Connection With Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts (Intralot S.A.) | 21843 | 11/9/11 |
| 45. | Limited Objection of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC to Proposed Assumption of Loan Agreements as Set Forth in Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21844 | 11/9/11 |
| 46. | Objection of Southwestern Ohio Seniors Services, Inc. to Assumption of Executory Contract | 21845 | 11/9/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 47. | Objection of DZ Bank Ireland Plc to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21846 | 11/9/11 |
| 48. | Objection of Hess Corporation and Hess Energy Power & Gas Company (UK) Limited to Assumption of Purported Executory Derivative Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and Its Affiliated Debtors | 21848 | 11/9/11 |
| 49. | Response and Reservation of Rights of Ethias SA with Respect to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21854 and 21908 | 11/10/11 |
| 50. | Objection of Nordea Bank AB (publ) and Nordea Bank Finland PLC to Debtors' Proposed Assumption of Their Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21869 | 11/10/11 |
| 51. | Objection of JPMorgan Chase & Co., Bear Sterns Bank PLC, Bear Sterns Credit Products Inc., Bear Sterns Forex Inc. and Bear Sterns International Limited to Proposed Assumption of Contracts Pursuant to Debtors' Third Amended Joint Chapter 11 Plan | 21871 | 11/10/11 |
| 52. | Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company to Assumption of Swap Agreements | 21872 | 11/10/11 |
| 53. | Objection of JR Moore, LP to Assumption of Agreements as set Forth in Plan Supplement | 21874 | 11/10/11 |
| 54. | Objection of Moore Macro Fund, LP to Assumption of Agreements as set Forth in Plan Supplement | 21875 | 11/10/11 |
| 55. | Objection of California Housing Finance Agency to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21876 | 11/10/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 56. | Objection of Moore Macro Markets Fund (Master), LP to Assumption of Agreements as set Forth in Plan Supplement | 21877 | 11/10/11 |
| 57. | Objection of the Regents of the University Of California to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21878 | 11/10/11 |
| 58. | Objection of SJL Moore, Ltd to Assumption of Agreements as set Forth in Plan Supplement | 21879 | 11/10/11 |
| 59. | Objection of the County Of Sacramento, California to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21880 | 11/10/11 |
| 60. | Objection of Citadel Equity Fund Ltd. to Assumption of Agreements as set Forth in Plan Supplement | 21881 | 11/10/11 |
| 61. | Objection of Tokyo Gas Co. Ltd. to Debtors' Proposed Assumption of Purported Executory Contracts on Exhibit 2 of the Plan Supplement | 21882 | 11/10/11 |
| 62. | Objection of the Airport Commission of the City and County of San Francisco to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21883 | 11/10/11 |
| 63. | Objection of Idaho Housing and Finance Association to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21884 | 11/10/11 |
| 64. | Objection and Reservation of Rights by Simpson Meadows to Debtors' Notice of Proposed Assumption of Executory Contracts | 21887 | 11/10/11 |
| 65. | Limited Objection of Florida Power & Light Company and FPL Energy Power Marketing, LLC to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21888 | 11/10/11 |
| 66. | Objection and Reservation of Rights by Jenner's Pond to Debtors' Notice of Proposed Assumption of Executory Contracts | 21891 | 11/10/11 |
| 67. | Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21892 | 11/10/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 68. | Limited Objection and Reservation of Rights of The Haverford School to Proposed Assumption of Executory Contracts | 21895 | 11/10/11 |
| 69. | Objection of Sankaty Credit Opportunities III, L.P. to Debtors' Proposed Assumption of Certain Derivative Agreements | 21896 | 11/10/11 |
| 70. | Statement and Reservation of Rights of Sankaty Special Situations I, L.P. with Respect to Debtors' Proposed Assumption of Derivative Agreements | 21897 | 11/10/11 |
| 71. | Objection of SunTrust Bank to (I) Debtors' Plan Supplement to Third Amended Joint Chapter 11 Plan and (II) Notice of Proposed Assumption of Executory Contracts | 21898 | 11/10/11 |
| 72. | Objection of Massachusetts Housing Finance Agency to Debtors' Proposed Assumption of ISDA Master Agreements | 21899 | 11/10/11 |
| 73. | Objection of FirstCaribbean International Bank (Bahamas) Limited in Connection with Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts | 21900 | 11/10/11 |
| 74. | Limited Objection of Commerzbank AG, as Successor to Dresdner Bank AG, to Assumption of Derivatives Contracts as set forth in the Plan Supplement | 21901 | 11/10/11 |
| 75. | Limited Objection of Goldman Sachs Asset Management, L.P., et al. to the Debtors' Proposed Assumption of Certain Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21903 | 11/10/11 |
| 76. | Anthracite Balanced Company (R-26) Ltd's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21907 | 11/10/11 |
| 77. | Magnetar Capital, LLC's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21910 | 11/10/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 78. | Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Declaration of Edward A. Smith in Support of Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg<br><br>Limited Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Objection of LBBW Luxemburg S.A. and Landesbank Banden Wrttemberg to the Debtors Assumption of Certain Derivatives Contracts | 21911, 21924 and 21943 | 11/10/11 |
| 79. | Objection of Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21912 | 11/10/11 |
| 80. | Objection and Reservation of Rights filed (Bell Trace Obligated Group) | 21913 | 11/10/11 |
| 81. | Objection of the Guam Power Authority to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21916 | 11/10/11 |
| 82. | Reservation of Rights by Mirabella with Respect to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21918 | 11/10/11 |
| 83. | Objection of the Guam Economic Development Authority to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21919 | 11/10/11 |
| 84. | Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, Solely in its Capacity as Trustee under that Certain Indenture dated as of October 17, 2006 among Libra CDO Limited., as Issuer Libra CDO LLC, as Co-Issuer and LaSalle Bank National Association, as Trustee, with Respect to Debtors' Plan Supplement to Third Amended Joint Chapter 11 Plan | 21920 | 11/10/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 85. | Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit--Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors Proposed Assumption of An ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors Third Amended Joint Plan | 21921 and 21959 | 11/10/11 |
| 86. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Amendment to Exhibit A to the Objection of U.S. Bank National Association, Not Individually But as Trustee, To Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21922 and 22281 | 11/10/11 and 11/17/11 |
| 87. | Objection of the Lincoln National Life Insurance Company to Assumption of Agreement and Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Limited Joinder in Objection of The Lincoln National Life Insurance Company to Assumption of Agreement<br><br>Declaration of R. Jeffery Black in Support of Objection of The Lincoln National Life Insurance Company | 21923, 21935 and 21939 | 11/10/11 |
| 88. | Objection by Eskaton Properties, Incorporated to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21926 | 11/10/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 89. | Partial Joinder of Bank of America, National Association, Successor by Merger with Lasalle Bank National Association, Solely in its Capacity as Trustee Under that Certain Indenture Dated as of March 6, 2007 Among Pyxis ABS CDO 2007-1 Ltd., as Issuer, Pxyis ABS CDO 2007-1 LLC, as Co-Issuer and Lasalle Bank National Association, as Trustee, to the Objection of Canadian Imperial Bank of Commerce with Respect to Debtors Plan Supplement | 21928 | 11/10/11 |
| 90. | Objection of Unicredit Bank AG, London Branch with Respect to Ruby Finance Public Limited Company Series 2005-1 Class A2 Notes, Class A3 Notes, Class A4 Notes, Class A5 Notes, Class A6 Notes, Class A7 Notes, Class A8 Notes and Class A9 Notes to the Debtors' Proposed Assumption of ISDA Master Agreement and the Transactions Thereunder Pursuant to Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon | 21929 and 21956 | 11/10/11 |
| 91. | Ballyrock ABS CDO 2007-1 Limited's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21930 | 11/10/11 |
| 92. | Limited Objection of Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. to the Proposed Assumption of a Certain Swap Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21931 | 11/10/11 |
| 93. | Blackrock, Inc. Objection to Debtor's Proposed Assumption of Derivative Contracts | 21932 | 11/10/11 |
| 94. | Protective Objection of Bank of Montreal to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21933 | 11/10/11 |
| 95. | Objection of Italease Finance S.p.A. in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21934 | 11/10/11 |
| 96. | Delaware Investment Advisors, a series of Delaware Management Business Trust, in its capacity as portfolio manager and attorney-in-fact for Penns Landing CDO SPC | 21935 | 11/10/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 97. | Principal Life Insurance Company Objection to the Debtors' Proposed Assumption of Derivative Contracts | 21938 | 11/10/11 |
| 98. | Objection of Access Group, Inc. to Cure Amounts for Proposed Assumption of Executory Contracts | 21947 | 11/10/11 |
| 99. | Objection and Reservation of Rights of LVFN Partners, L.P. to Debtors' Proposed Assumption of Certain Contracts Pursuant to Their Third Amended Joint Chapter 11 Plan<br><br>Declaration of Luke A. Barefoot in Support of Objection and Reservation of Rights of LVFN Partners, L.P. | 21948 and 21952 | 11/10/11 |
| 100. | Limited Objection of Liberty Square CDOI, Ltd. and Liberty Square CDO II, Ltd. to the Debtors' Proposed Assumption of Contracts set forth in the Plan Supplement | 21949 | 11/10/11 |
| 101. | Limited Objection of Tempe Life Care Village, Inc., d/b/a, Friendship Village of Tempe to Debtors' Proposed Assumption of Contracts | 21951 | 11/10/11 |
| 102. | Objection of Delphi Financial Group, Inc. to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21955 | 11/10/11 |
| 103. | Objection of HBK Investments L.P. as Collateral Manager, on behalf of Gemstone CDO VI Ltd. and Gemstone CDO VI Corp. to the Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan | 21964 | 11/10/11 |
| 104. | Limited Objection and Reservation of Rights of Longwood at Oakmont to Proposed Assumption of Purported Executory Contract | 21967 | 11/10/11 |
| 105. | Limited Objection and Reservation of Rights of Presbyterian SeniorCare to Proposed Assumption of Purported Executory Contract | 21968 | 11/10/11 |
| 106. | Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts Pursuant to Third Amended Plan | 21969 | 11/10/11 |
| 107. | Objection of the Bank of New York Mellon, as Agent, to Assumption of Sealink Funding Limited Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22004 | 11/11/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 108. | Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Amendment to Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited<br><br>Amendment to Schedule 1 to the Objection of the Bank of New York Mellon, the Bank Of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated Debtors | 22010, 22766 and 22970 | 11/11/11, 12/2/11, and 12/5/11 |
| 109. | Objection of the Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation to the Debtors' Proposed Assumption of Swap Agreements and Swap Transactions | 22016 | 11/11/11 |
| 110. | Objection of OneWest Bank, FSB To Terms Of Proposed Assumption of Residential Loan Servicing Agreement | 22041 | 11/14/11 |
| 111. | Limited Objection of Presbyterian Homes Regarding Proposed Assumption of Swap Agreement and Related Cure Amount | 22046 | 11/14/11 |
| 112. | Memorial Hospital's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Plan | 22047 | 11/14/11 |
| 113. | East Bay Municipal Utility District's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22070 | 11/14/11 |
| 114. | First Data Corporation's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22072 | 11/14/11 |
| 115. | Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22081 | 11/14/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 116. | Limited Objection and Reservation of Rights of AIG Markets Inc. to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22082 | 11/14/11 |
| 117. | Objection of Swiss Re Financial Products Corporation to Assumption of Derivative Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22084 | 11/14/11 |
| 118. | Objection of CNP Assurances and Anthracite Investments (Ireland) PLC to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22088 | 11/14/11 |
| 119. | Objection of Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC to Proposed Cure Amounts in Connection with the Assumption of Their Contracts | 22089 | 11/14/11 |
| 120. | Objection of CWCapital EY REIT LB2 LLC to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22091 | 11/14/11 |
| 121. | Objection of American Municipal Power, Inc. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22093 | 11/14/11 |
| 122. | Objection of Government of Singapore Investment Corporation Pte. Ltd. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22095 | 11/14/11 |
| 123. | Objection of Oak Hill Credit Partners IV Limited to the Debtors' Proposed Assumption of Certain Executory Contracts | 22104 | 11/14/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 124. | Joinder Of HSBC Bank USA, National Association, As Trustee, In Part To The Objection Of The Bank Of New York Mellon, The Bank Of New York Mellon Trust Company, N.A. And BNY Corporate Trustee Services Limited To Assumption Of Derivative Contracts Pursuant To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors And Reservation Of Rights | 22107 | 11/14/11 |
| 125. | Objection of CQS ABS Master Fund Limited to the Debtors' Proposed Assumption of Certain Executory Contracts | 22109 | 11/14/11 |
| 126. | Objection of Anthracite Balanced Company (Discover 1) Ltd., et al to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22175 | 11/15/11 |
| 127. | Objection to Motion /Limited Objection of HD Supply, Inc. to Assumption of Executory Contracts | 22203 | 11/16/11 |
| 128. | Limited Objection And Reservation Of Rights Of SPCP Group, LLC, With Respect To Debtors' Plan Supplement And Notices Of Proposed Assumption Of Derivatives Contracts Set Forth In Plan Supplement | 22208 | 11/16/11 |
| 129. | Objection of Eurosail 2006-1 PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan Of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22222 | 11/16/11 |
| 130. | Limited Objection of Consumer Unsecured Reperforming Loans (CURL) PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22224 | 11/16/11 |
| 131. | Objection of Eurosail 2006-3NC PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22225 | 11/16/11 |
| 132. | Objection of Eurosail 2006-2BL PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22227 | 11/16/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|--------|----------------------|------------|------------|
| 133. | Limited Objection of Eurosail-UK 2007-2NP PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22229 | 11/16/11 |
| 134. | Letter from Steven Knous regarding Golf Club Membership Dues | 22259 | 11/7/11 |
| 135. | Response of ACTS Retirement-Life Communities, Inc. to Debtors Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Declaration of Blake Denton in Support of Response of ACTS Retirement-Life Communities, Inc. to Debtors Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22252 and 22254 | 11/17/11 |
| 136. | Limited Objection to Assumption of Executory Contract (Erlanger Health Systems) | 22355 | 11/18/11 |
| 137. | Objection of the Roman Catholic Diocese of Memphis to Proposed Assumptions of Swap Agreement | N/A | N/A |
| 138. | Objection to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, sent by Apex LLC on behalf of Shinhan Bank | 22395 | 11/9/11 |
| 139. | F.F. Thompson Health System, Inc., Frederick Thompson Foundation, Inc., and F.F. Thompson Foundation, Inc. | 22412 | 11/10/11 |
| 140. | Ursuline Academy Objection to the Debtors of Lehman Brothers Holdings, Inc, et al assumption of interest rate cap insurance in the form of interest rate swaps | 22403 | 11/10/11 |
| 141. | Aviva S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A. and Aviva Assicurazioni S.p.A. to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 22681 | 11/28/11 |
| 142. | Objection of EPCO Holdings, Inc. to Assumption of Executory Contracts | 22708 | 11/28/11 |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|--------|----------------------|------------|------------|
| 143. | Objection of Wockhardt USA (Swiss) Holding AG, nka Wockhardt EU Operations (Swiss) AG, and Wockhardt Limited to Debtors Proposed Assumption and Assignment of Derivatives Agreement | 22859 | 12/2/11 |
| 144. | Objection of Deutsche Bank Trust Company Americas to Lehman Brothers Special Financing Inc.'s Proposed Cure Amount | 22971 | 12/5/11 |
| 145. | Derivative contract(s) with Lion City CDO Ltd 2006-2 | N/A | N/A |
| 146. | Derivative contract(s) with Lion City CDO Ltd 2006-3 | N/A | N/A |
| 147. | Derivative contract(s) with Lion City CDO Ltd 2006-1 | N/A | N/A |
| 148. | Derivative contract(s) with Granite Finance Ltd 2006 -6 | N/A | N/A |
| 149. | Derivative contract(s) with Granite Finance Ltd 2006 -11 | N/A | N/A |
| 150. | Derivative contract(s) with EUROSAIL-NL-2007-2 BV | N/A | N/A |
| 151. | Derivative contract(s) with New Generation Funding Trust 15 | N/A | N/A |
| 152. | Derivative contract(s) with New Generation Funding Trust 16 | N/A | N/A |
| 153. | Derivative contract(s) with New Generation Funding Trust 37 | N/A | N/A |
| 154. | Derivative contract(s) with New Generation Funding Trust 38 | N/A | N/A |
| 155. | Derivative contract(s) with New Generation Funding Trust 39 | N/A | N/A |
| 156. | Derivative contract(s) with New Generation Funding Trust 83 | N/A | N/A |
| 157. | Derivative contract(s) with the Workers Compensation Fund | N/A | N/A |
| 158. | Services Agreement with the Wiktoff Group LLC | N/A | N/A |
| 159. | Derivative contract(s) with Granite Finance SPC, for the Account of the Series 2007-1-C Segregated Portfolio | N/A | N/A |
| 160. | Derivative contract(s) with U.S. Bank NA | N/A | N/A |
| 161. | Derivative contract(s) with U.S. Bank NA | N/A | N/A |
| 162. | Services Agreement with Plant Masters | N/A | N/A |

| NUMBER | FEBRUARY 14 CONTRACTS | ECF NUMBER | DATE FILED |
|--------|----------------------|-----------|-----------|
| 163. | Unexpired lease with Ella's Alterations | N/A | N/A |
| 164. | Unexpired lease with Finer Things | N/A | N/A |

## **Schedule 2**
### **(Deferred Contracts)**

| Number | Counterparty | Debtor | Agreement |
|--------|-------------|--------|-----------|
| 1 | Citibank, NA / Pebble Creek LCDO 2007-2 Ltd. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 22, 2007 |
| 2 | Pyxis ABS CDO 2007-1 Ltd. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 6, 2007 |
| 4 | Adventist HealthCare, Inc. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 26, 2005 |
| 5 | Landesbank Rheinland-Pfalz Girozentrale | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated November 3, 2000 |
| 6 | Westpac Banking Corporation | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated December 31, 1996 |
| 7 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Seller's Warranties and Servicing Agreement (and related agreements), dated as of March 1, 2000 |
| 8 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Seller's Warranties and Servicing Agreement (and related agreements), dated as of December 1, 2000 |
| 9 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Custody Agreement, dated as of March 1, 1996 |
| 10 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Flow Subservicing Agreement, dated as of October 1, 2003. |
| 11 | Citi Mortgage Inc. | Lehman Brothers Holdings Inc. | Flow Mortgage Loan Purchase and Servicing Agreement, dated as of December 7, 2007 |
| 12 | Citicorp North America, Inc. | Lehman Commercial Paper Inc. | Colonial Realty Limited Partnership Credit Agreement, dated as of March 22, 2005 |
| 13 | Greenbrier Minerals Holdings, LLC, Greenbrier Minerals, LLC, Greenbrier Smokeless Coal Mining, L.L.C., Powhatan Mid-Vol Coal Sales, L.L.C., and Matoaka Land Company, LLC | Lehman Commercial Paper Inc. | Amended and Restated Credit Agreement of Greenbrier Minerals, LLC (and all other agreements related or ancillary thereto), dated as of May 1, 2007 |
| 14 | Retirement Housing Foundation | Lehman Brothers Special Financing Inc. | Interest rate derivative swap, dated June 20, 2008 |
| 15 | Debt II Austin-E.O.P., L.P. | Lehman Brothers Special Financing Inc. | Interest rate derivative swap, dated September 11, 2008 |
| 16 | Residences de la Republique S.A.S. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated August 5, 2008 |
| 17 | Commerces de la Republique S.A.S. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated August 5, 2008 |
| 18 | Saint Joseph's University | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Local Currency-Single Jurisdiction), dated as of May 16, 2006 |