WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    **08-13555 (JMP)**
                                                                  :
                    Debtors.                                      :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

**AMENDMENT NO. 7 TO THE PLAN SUPPLEMENT**

On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement, ECF No. 21254 (as amended, the "Plan Supplement"), containing documents and schedules in connection with the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31, 2011, ECF No. 19627 (as amended and modified, the "Plan").[1]  On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement, ECF No. 21665.  On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement, ECF No. 22156.  On November 22, 2011, the Debtors filed Amendment No. 3 to the Plan Supplement, ECF No. 22590.  On November 29, 2011, the Debtors filed Amendment No. 4 to the Plan

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Supplement, ECF No. 22742.  On December 2, 2011, the Debtors filed Amendment No. 5 to the Plan Supplement, ECF No. 22876.  On December 5, 2011, the Debtors filed Amendment No. 6 to the Plan Supplement, ECF No. 22975.  In accordance with section 11.1 of the Plan, this Amendment No. 7 to the Plan Supplement removes certain executory contracts from, adds certain unexpired leases and an executory contract to, and modifies the description of an executory contract on Exhibit 2 of the Plan Supplement.

Pursuant to section 11.1 of the Plan, the Debtors reserve the right to alter, amend, update, supplement, or modify the Plan Supplement.

Pursuant to Section 15.5 of the Plan, the Plan Supplement may be obtained on the Debtors' independent website at www.lehman-docket.com or by request to the Debtors in accordance with section 15.12 of the Plan.

Dated:  December 5, 2011
        New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## CONTRACTS TO BE REMOVED FROM EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE HEREBY REMOVED FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1530 P Street, N.W. Washington, D.C. , 20005-1910<br><br>Attn: Director of Administration and Finance |
| FEDERAL HOME LOAN BANK OF DALLAS | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 8500 Freeport Parkway South Suite 100 Irving, TX , 75063-2547<br><br>Attn: Michael Sims, SVP, CFO |
| | | | P.O. Box 619026 Dallas/Ft. Worth, TX , 75261-9026<br><br>Attn: Michael Sims, SVP, CFO |
| FEDERAL HOME LOAN BANK OF NEW YORK | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 101 Park Avenue New York, NY, 10178-0599<br><br>Attention: Patrick A. Morgan, CFO |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Plaza One Building, 5th Fl 401 South Washington Square Lansing, MI, 48933<br><br>Director Executive |
| OHIO HOUSING FINANCE AGENCY | LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | | 57 East Main Street Columbus, OH , 43215-5135 |
| ROYAL BANK OF CANADA | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Three World Financial Center 200 Vesey Street New York, NY, 10281-8098 |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 2nd Floor, Royal Bank Plaza North Tower 200 Bay Street Toronto, M5J 2J5 Canada |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| WEST POINT HOUSING LLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o Balfour Beatty Communities<br>10 Campus Boulevard<br>Newtown Square, PA , 19073<br><br>Attn: Leslie S. Cohn |
| | | | West Point Housing LLC<br>c/o Balfour Beatty Communities<br>10 Campus Boulevard<br>Newtown Square, PA, 19073<br><br>Attn: Leslie S. Cohn |

# EXHIBIT B

# CONTRACTS TO BE ADDED TO EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACTS ARE HEREBY ADDED TO THE PLAN SUPPLEMENT ON EXHIBIT 2, PART C – COMMERCIAL REAL ESTATE AGREEMENTS – AND ARE SCHEDULED FOR ASSUMPTION**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| N/A | PAMI STATLER ARMS LLC | PLANT MASTERS | Summary of Monthly Charges for Statler Arms | Service Agreement | Plant Masters<br>14379 Aquilla Rd.<br>Cleveland, OH 44021<br>Attn: Nanette Cox<br>Tel: 440.552.4819 |
| N/A | PAMI STATLER ARMS LLC | ELLA'S ALTERATIONS | Statler Arms Retail Lease | Retail Lease | Ella's Alterations<br>1127 Euclid Av.<br>Cleveland, OH 44115<br>Attn: Ella Poole<br>Tel: 216.589.9138 |
| N/A | PAMI STATLER ARMS LLC | FINER THINGS | Statler Arms Apartments Commertial Lease | Retail Lease | Finer Things<br>1127 Euclid Ave. Ste 717<br>Cleveland, OH 44115<br>Attn: Carol Stanley |

---

[1] LBHI – Lehman Brothers Holdings Inc.
LCPI – Lehman Commercial Paper Inc.
LCPUK – Lehman Commercial Paper Inc., UK Branch
LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

# EXHIBIT C

## MODIFICATIONS TO DESCRIPTIONS OF CONTRACTS ON EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE DESCRIPTIONS OF THE FOLLOWING CONTRACTS ON EXHIBIT 2, PART A OF THE PLAN SUPPLEMENT – DERIVATIVES CONTRACTS – ARE HEREBY MODIFIED AS FOLLOWS:**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ~~ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO~~U.S. Bank NA | LEHMAN BROTHERS SPECIAL FINANCING INC. | ~~Reserve Fund Agreement~~Escrow Reinvestment Contract dated on 1/17/2006 | Adventist Health System Sunbelt Healthcare Co.<br>111 North Orlando Avenue<br>Winter Park, FL, 32789<br><br>Attn: Gary Skilton |
| | | | Brian Justice<br>U.S. Bank National Association<br>225 E. Robinson Street<br>Suite 250<br>Orlando, Florida 32801 |
| | | | U.S. Bank NA<br>4930 34th Avenue South<br>Minneapolis, MN 55417-1594<br>MICR: 091000022 |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | ~~Reserve Fund~~Float Forward Agreement dated on 9/28/1994 | Adventist Health System Sunbelt Healthcare Co.<br>111 North Orlando Avenue<br>Winter Park, FL, 32789<br><br>Attn: Gary Skilton |
| | | | Brian Justice<br>U.S. Bank National Association<br>225 E. Robinson Street<br>Suite 250<br>Orlando, Florida 32801 |
| | | | U.S. Bank NA<br>4930 34th Avenue South<br>Minneapolis, MN 55417-1594<br>MICR: 091000022 |