**Hearing Date and Time: December 6, 2011, 10:00 a.m. (EST)**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS OF
THE UNITED STATES OF AMERICA**

1. On November 4, 2011, the United States of America (the "United States") filed *The United States of America's Limited Objection to Debtors' Third Amended Joint Chapter 11 Plan* [Dkt. No. 21624], and on November 15, 2011, the United States filed *The United States of America's Limited Objection to Plan Trust Agreement* [Dkt. No. 22144] (collectively, the "Objections").

2. On November 29, 2011, Debtors filed *Debtors' Response to Objections to Confirmation* [Dkt. No. 22751] (the "Response") and the *Modified Third Amended Joint Chapter 11 Plan of of Lehman Brothers Inc. and Its Affiliated Debtors* [Dkt. No. 22738] (the "Modified Plan").

3. Since the filing of their Response and Modified Plan, Debtors have added certain language to their Modified Plan and to the proposed *Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* [Dkt. No. 22762] that resolves the United States' Objections. That language is reflected in the *Modified Third Amended Chapter 11 Plan of Lehman Brothers Inc. and Its Affiliated Debtors* [Dkt. No. 22973] and the revised proposed *Order Confirming Modified Third Amended Joint Chapter 11*

*Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* [Dkt. No. 22976], both filed on December 5, 2011. Accordingly, the United States hereby withdraws its Objections.

Dated: New York, New York
        December 5, 2011

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for the
                                Southern District of New York
                                *Attorney for the United States of America*

                By:    s/ Joseph N. Cordaro
                                JOSEPH N. CORDARO
                                ROBERT WILLIAM YALEN
                                Assistant United States Attorneys
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2745, 2722
                                Facsimile: (212) 637-2686
                                Email: joseph.cordaro@usdoj.gov
                                        robert.yalen@usdoj.gov