B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et. al,      Case No. 08-13555(JMP)
                                                                         (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**                                  **Name of Transferor**
Perry Principals, L.L.C.                            Deutsche Bank AG, London Branch

Name and Address where notices to transferee      Court Claim # (if known): 27880 (16.53% of such claim)
should be sent:                                          Amount of Claim as Filed: $6,051,196.98
                                                              Amount of Claim Transferred: $1,000,000.00
Perry Principals, L.L.C.                             Date Claim Filed: 9/22/09
c/o Perry Capital, L.L.C.
767 Fifth Avenue, 19th Floor
New York, New York 10153
Attention: Aaron Zelig
Telephone: 212-583-4067

Last Four Digits of Account #: N/A

Name and Address where transferee payments
should be sent (if different than above) : N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Perry Principals, L.L.C.

By: _____                   Date: 11/28/2011
    Name: Lance Kravitz
    Title: Authorized Signatory
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B - Transfer of Portion of LBHI Claim # 27880

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")

Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc. et al

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 27880 (In Part-See Below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a 16.53% or $1,000,000 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in principal amount of $6,051,196.98 (the "Claim").

It is hereby certified that DEUTSCHE BANK AG, LONDON BRANCH ("Seller") has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with the claim, to the extent of the Transferred Portion to:

PERRY PRINCIPALS, L.L.C.
c/o Perry Capital, L.L.C.
767 Fifth Avenue, 19th Floor
New York, New York 10153
Attention: Aaron Zelig
Telephone: 212-583-4067
Facsimile: 212-583-4099
E-mail: azelig@perrycap.com

("Buyer") by assignment agreement dated 23 April 2010.

Seller hereby waives any objection to the transfer of the Transferred portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED

THIS 28th day of November, 2011.

Deutsche Bank AG, London Branch

By: _____
Name:
Title:

Perry Principals, L.L.C.

By: _____
Name: Lance Kravitz
Title: Authorized Signatory

## NOTICE TO INSOLVENCY OFFICER

To: PricewaterhouseCoopers AG, Zurich
Appointed Liquidators of Lehman Brothers Finance S.A. (in liquidation)
Attn: Christiana Suhr Brunner / Pascal Portmann

From: Deutsche Bank AG, London Branch (the "Assignor") and
Perry Principals, L.L.C. (the "Assignee")

Dear Sirs

**Lehman Brothers Finance S.A. (in liquidation) ("LBF")**
**Notice of assignment**

1. We refer to the claim originally held and filed by Swiss Re Global Markets Limited (the "Original Holder") in the amount of USD 6,051,196.98 in respect of the amount due under that certain Master Confirmation Agreement dated 30 November 2006 (as amended and restated) between the Original Holder and LBF (the "Claim").

2. We further refer to the assignment of the Claim to the Assignor, as notified to you by notice dated 10 December 2009.

3. We hereby notify you that as of 21 April 2010 the Assignor has assigned to the Assignee 16.53%, or a $1,000,000.00 portion, of the Claim.

4. The administrative details of the Assignee are as follows:

   *Address for Notices and Deliveries for Payments, Administrative Information and Public Information:*

   Perry Principals, L.L.C.
   c/o Perry Capital, L.L.C.
   767 Fifth Avenue, 19th Floor
   New York, New York 10153
   Attention: James Sorrentino
   Telephone: 212.583.4193
   Facsimile: 212.583.4099
   jsorrentino@perrycap.com

   *Address for Notices and Deliveries for Credit and Non-Public Information:*

   Golub & Golub, LLP
   225 Broadway, 15th Floor
   New York, New York 10007
   Attention: Steven M. Golub
   Telephone: 212.693.1000
   Facsimile: 212.693.0090
   sgolub@golublaw.com

5. Please acknowledge this notice by signing and returning to the Assignee the attached acknowledgement.

This notice shall be governed by and construed in accordance with the laws of England.

...................................................
DEUTSCHE BANK AG, LONDON
BRANCH

...................................................
PERRY PRINCIPALS, L.L.C.

Lance Kravitz
Authorized Signatory

## Acknowledgement of Notice of Assignment

To:   Perry Principals, L.L.C. (the "Assignee")

From: PricewaterhouseCoopers AG, Zurich
      Appointed Liquidators of Lehman Brothers Finance S.A. (in liquidation)


Dear Sirs

Lehman Brothers Finance S.A. (in liquidation)
Notice of assignment

1.   We acknowledge receipt of the notice of assignment from the Assignor to the Assignee dated 23 April 2010 (the "Notice").

2.   Terms defined in the Notice shall bear the same meanings when used herein.

This acknowledgement shall be governed by and construed in accordance with the laws of England.

Yours faithfully,

.................................................
For and on behalf of
Lehman Brothers Finance S.A. (in liquidation)