STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale
Matthew G. Garofalo
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Walwilhal Associates, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re* | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION
FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(d) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 4001 TO LIFT THE
AUTOMATIC STAY TO PERMIT WALWILHAL ASSOCIATES, LLC TO
PROSECUTE CERTAIN CAUSES OF ACTION IN STATE COURT**

PLEASE TAKE NOTICE that the hearing on the motion and its supporting declaration and exhibits (the "Motion") to permit Walwilhal Associates, LLC ("Movant") to file, prosecute and obtain judgment on causes of action arising under state law in the Supreme Court of the State of New York, County of New York ("State Court"), against debtor Lehman Brothers Holdings Inc., or its State Court-appointed Receiver [Docket Nos. 22575 & 22582], which was scheduled for December 14, 2011 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by agreement of Debtors and Movant to **January 11, 2012 at 10:00 a.m. (Prevailing Eastern Time),** or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy

Court"), at One Bowling Green, New York, New York 10004-1408, and such hearing on the Motion may be further adjourned from time without further notice other than an announcement at the hearing.

PLEASE TAKE FURTHER NOTICE that the deadline to file objections or other responsive pleadings to the Motion has been extended to **December 22, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

| | |
|---|---|
| Dated:  New York, New York<br>December 6, 2011 | STROOCK & STROOCK & LAVAN LLP<br><br>By:  /s/ Kenneth Pasquale<br>      Kenneth Pasquale<br><br>Kenneth Pasquale<br>Matthew G. Garofalo<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Telephone:  (212) 806-5400<br>Facsimile:  (212) 806-6006<br><br>*Attorneys for Walwilhal Associates, LLC* |