Jeff J. Friedman
Joel W. Sternman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for Federal Home Loan Bank of New York*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
In re:                                                              :   Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                             :   Case No. 08-13555(JMP)
                                                                    :
                        Debtors.                                    :
                                                                    :
------------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF OBJECTION OF FEDERAL HOME LOAN BANK OF NEW YORK TO THE ASSUMPTION OF ISDA MASTER AGREEMENT BY LEHMAN BROTHERS SPECIAL FINANCING, INC.

Federal Home Loan Bank of New York, by and through its undersigned counsel, hereby withdraws the *Objection of Federal Home Loan Bank of New York to the Assumption of ISDA Master Agreement by Lehman Brothers Special Financing, Inc.* [Doc. No. 21859] filed with the Court on November 10, 2011.

84571791

Dated: New York, New York
December 6, 2011

                    KATTEN MUCHIN ROSENMAN LLP
*Attorneys for Federal Home Loan Bank of New York*

By:   /s/  *Jeff J. Friedman*
        Jeff J. Friedman
        Joel W. Sternman
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800