Jeff J. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for Royal Bank of Canada*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
                                                                       :
In re:                                                                 :   Chapter 11
                                                                       :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                                :   Case No. 08-13555(JMP)
                                                                       :
            Debtors.                                                   :
                                                                       :
---------------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF OBJECTION OF ROYAL BANK OF CANADA TO THE ASSUMPTION OF ISDA MASTER AGREEMENTS BY LEHMAN BROTHERS COMMERCIAL CORPORATION AND LEHMAN BROTHERS SPECIAL FINANCING, INC.

Royal Bank of Canada, by and through its undersigned counsel, hereby withdraws the *Objection of Royal Bank of Canada to the Assumption of ISDA Master Agreements by Lehman Brothers Commercial Corporation and Lehman Brothers Special Financing, Inc.* [Doc. No. 21857] filed with the Court on November 10, 2011.

84571789

Dated: New York, New York
December 6, 2011

    KATTEN MUCHIN ROSENMAN LLP
    *Attorneys for Royal Bank of Canada*


By: */s/ Jeff J. Friedman*
    Jeff J. Friedman
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800