UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Lehman Brothers Holdings Inc., *et al.,* :    Case No. 08-13555 (JMP)
                                         :
            Debtors.                     :    (Jointly Administered)
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NEW YORK    )

    Leslie Salcedo, being duly sworn, hereby deposes and says:

1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.    On the December 1, 2011, I caused a true and correct copy of the Notice of Change of Name and Address for Proof of Claim No. 43578, to be served upon the parties as indicated on the attached service list

                                                                    /s/ Leslie Salcedo
                                                                    Leslie Salcedo

Sworn to before me this
6th December, 2011

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

LEGAL02/33006382v1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Harvey R. Miller
     Richard P. Krasnow

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076