B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| COF Asset Trust 11/11 | Goldman Sachs Credit Opportunities 2008 Master Fund, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BNY Mellon Trust of Delaware
Re: COF ASSET TRUST 11/11
100 White Clay Center, Suite 102
Newark, Delaware 19711

With a copy to:
Goldman, Sachs & Co.
200 West Street
New York, New York 10282
Attention: Neena Reddy

Court Claim # (if known): 15874
Amount of Claim Transferred: $1,444,992.90
Amount of Claim Filed: $8,357,391.00
Date Claim Filed: 9/17/09
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

COF Asset Trust 11/11, as Transferee                    Date:   December 6, 2011

By: BNY Mellon Trust of Delaware, not in
Its individual capacity, but solely as Trustee

By: _____
Name:  Vincent E. Sampson
Title:   President


By: _____          Date:_____
            Transferor/Transferor's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
Transferee/Transferee's Agent


By: _____[signature]_____    Date: December 5, 2011
John Lanza, Assistant Treasurer
Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.