UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                      :    Chapter 11
In re                                                 :
                                                      :    Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,          :
           Debtors.                                   :    (Jointly Administered)
                                                      :
                                                      :    Ref. Docket No. 22848
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2011, I caused to be served the "Notice of Proposed Sale of De Minimis Asset Pursuant to De Minimis Asset Sale Procedures," dated December 1, 2011[Docket No. 22848], by causing true and correct copies to be:

   a. delivered via facsimile to those parties listed on the annexed Exhibit A, and

   b. enclosed securely in a separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ *Panagiota Manatakis*
                                              Panagiota Manatakis

Sworn to before me this
6th day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

| NAME | FAX |
|---|---|
| 12125305219 | EVEN FLECK |
| 12125305219 | ROGER LEE |
| 12124224726 | JEFF MARGOLIN |
| 12122253999 | JOESL MOSS |

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004