SNR DENTON US LLP
Carole Neville
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700

*Counsel to Saint Louis University*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF STATEMENT AND
RESPONSE OF SAINT LOUIS UNIVERSITY REGARDING
PROPOSED ASSUMPTION OF CERTAIN SWAP AGREEMENTS
PURSUANT TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

Saint Louis University ("SLU"), by its undersigned counsel, hereby withdraws its Statement and Response Regarding the Proposed Assumption of Certain Swap Agreements Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors (Docket No. 21587).

Dated: December 6, 2011                 SNR DENTON US LLP

                                        */s/    Carole Neville*
                                        Carole Neville
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        (212) 768-6700

                                        *Counsel to Saint Louis University*