UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                               :
                Debtors.                                :    (Jointly Administered)
                                                               :
                                                               :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            )ss.:
COUNTY OF NEW YORK    )

      Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of SNR Denton US LLP.

      On December 6, 2011, I caused a true and correct copy of the **NOTICE OF WITHDRAWAL OF STATEMENT AND RESPONSE OF SAINT LOUIS UNIVERSITY REGARDING PROPOSED ASSUMPTION OF CERTAIN SWAP AGREEMENTS PURSUANT TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS** to be served electronically through the Court's ECF System on parties requesting electronic service and upon the parties listed on the Service List attached hereto in the manner indicated therein.

      */s/*    *Daniel Pina*
      Daniel Pina

Subscribed and sworn to before
me this 6th day of December, 2011

*/s/*    *Neil R. Toro*
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2011**

## Service List

### *By Electronic Mail and Regular Mail*
WEIL GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
harvey.miller@weil.com
Lori R. Fife, Esq.
lori.fife@weil.com
Alfredo R. Perez, Esq.
alfredo.perez@weil.com
Zaw Win, Esq.
Zaw.win@weil.com
767 Fifth Avenue
New York, New Cork 10153

### *By Electronic Mail and Regular Mail*
MILBANK TWEED HADLEY & MCCLOY LLP
Dennis F. Dunne, Esq.
ddunne@milbank.com
Dennis O'Donnell, Esq.
dodonnell@milbank.com
Evan Fleck, Esq.
efleck@milbank.com
1 Chase Manhattan Plaza
New York, New York 10005

### *By Facsimile and Regular Mail*
OFFICE OF THE UNITED STATES TRUSTEE
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York  10004
Fax:  (212) 668-2255

### *By Overnight Mail*
Hon. James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004