Alan Kolod
Mark N. Parry
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for Deutsche Bank AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK )

    Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 6th day of December, 2011, he caused copies of the:

**Objection of Deutsche Bank Trust Company Americas to Lehman Brothers Special Financing, Inc.'s Proposed Cure Amount**

to be served By Hand on those parties listed on the attached Service List at the addresses designated by them for such service.

                                                                         /s/ Don K. Kick
                                                                         Don K. Kick

Sworn to before me on December 6, 2011

    /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
  Notary Public, State of New York
      No. 01LE5060744
  Qualified in Queens County
Commission Expires: May 20, 2014

905720v1 007994.0146

## SERVICE LIST

| | |
|---|---|
| Jacqueline Marcus, Esq.,<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Tracy Hope Davis, Esq.<br>Elisabetta Gasparini, Esq.<br>Andrea Schwartz, Esq.<br>Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | |

905720v1 007994.0146