UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                            :   Case No. 08-13555(JMP)
                                                                   :
                    Debtors.                                       :
                                                                   :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )ss:
COUNTY OF NEW YORK           )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On December 6, 2011, I caused a copy of the **Notice of Withdrawal of Objection of Royal Bank of Canada to the Assumption of ISDA Master Agreements by Lehman Brothers Commercial Corporation and Lehman Brothers Special Financing, Inc.** in the above captioned matter to be served upon the parties listed on Exhibit A attached hereto by United States Postal Regular Mail.

_____
Marie A. Siena

Sworn to before me this
6th day of December 2011

_____
Notary Public

JEFF FRIEDMAN
NOTARY PUBLIC, State of New York
No. 02FR4952054
Qualified in New York County
Commission Expires June 12, 20 15

84572015v1

# EXHIBIT A

## Service List

Chambers
Hon. James M. Peck
U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004-1415

Attorneys for the Debtor
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

U.S. Trustee
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004-2122
Attn: Tracy Hope Davis, Esq.
     Elisabetta Gasparini, Esq.
     Andrea Schwartz, Esq.

Attorneys for the Official Committee of Unsecured Creditors
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

84572015v1