MEISTER SEELIG & FEIN LLP
140 East 45th Street, 19th Floor
New York, NY 10017
Phone: (212) 655-3500
Facsimile: (212) 655-3535
Stephen B. Meister, Esq.
Christopher J. Major, Esq.

and

RICHARD AND RICHARD, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131
Telephone: (305) 374-6688
Facsimile: (305) 374-0384
Dennis Richard, Esq.
Michael R. Tolley, Esq.

*Attorneys for Objecting Parties*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors, | (Jointly Administered) |

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CONFIRMATION OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that Fontainebleau Las Vegas, LLC, Fontainebleau Resorts, LLC, Soffer Turnberry/South Strip, LLC, Jacquelyn Soffer, Jeffrey Soffer, Turnberry Residential Limited Partner, LP, Turnberry Retail Holding, LP, Turnberry West Construction, Turnberry/Central Office Sub, LLC, and Turnberry/Central Sub, LLC (the "Objectors"), by their

4947-002 # 142

undersigned counsel, hereby respectfully withdraw their limited objection to the confirmation of the Third Amended Joint Chapter 11 Plan (the "Plan") of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Debtors") dated November 4, 2011 [Docket No. 21620] based upon the Debtors' agreement to modify the Plan.  The objectors reserve all other rights with respect to these chapter 11 cases.

Dated: New York, New York
December 6, 2011

                                  MEISTER, SEELIG & FEIN, LLP

                                  By: /s/ Christopher J. Major
                                        Stephen B. Meister, Esq.
                                        Christopher J. Major, Esq.
                                Two Grand Central Tower
                                140 E. 45th Street, 19th Floor
                                New York, New York 10017
                                Telephone: (212) 655-3500
                                Facsimile:  (212) 655-3535
                                E-mail:  sbm@msf-law.com
                                          cjm@msf-law.com

                                RICHARD AND RICHARD, P.A.
                                Dennis Richard, Esq.
                                Michael Tolley, Esq.
                                825 Brickell Bay Drive
                                Tower III, Suite 1748
                                Miami, Florida 33131
                                Telephone: (305) 374-6688
                                Facsimile: (305) 374-0384
                                E-mail:  dennis@richardandrichard.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this, the 6th day of December, 2011, I caused the foregoing to be filed with the Court and served on all parties receiving such notice via the Court's ECF System.

/s/Christopher J. Major
Christopher J. Major

4947-002 Doc # 142