UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11
                                                               :
                                                               :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
    Debtors.                                                   :   (Jointly Administered)
                                                               :
                                                               :   Ref. Docket No. 22852
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2011, I caused to be served the "Notice of Presentment of Stipulation, Agreement and Order between Lehman Commercial Paper Inc. and Certain SunCal Voluntary Debtor Entities Granting Limited Relief from the Automatic Stay," dated December 1, 2011 [Docket No. 22852], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Pete Caris*
                                                    Pete Caris

Sworn to before me this
6th day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@goodwin.com |
| aalfonso@willkie.com | bankruptcy@morrisoncohen.com |
| abeaumont@fklaw.com | bankruptcy@ntexas-attorneys.com |
| abraunstein@riemerlaw.com | bankruptcymatters@us.nomura.com |
| acaton@kramerlevin.com | barbra.parlin@hklaw.com |
| acker@chapman.com | bbisignani@postschell.com |
| adam.brezine@hro.com | bcarlson@co.sanmateo.ca.us |
| adarwin@nixonpeabody.com | bdk@schlamstone.com |
| adiamond@diamondmccarthy.com | bguiney@pbwt.com |
| aeckstein@blankrome.com | bill.freeman@pillsburylaw.com |
| aentwistle@entwistle-law.com | bkmail@prommis.com |
| afriedman@irell.com | bmanne@tuckerlaw.com |
| agbanknewyork@ag.tn.gov | bmerrill@susmangodfrey.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| ahammer@freebornpeters.com | brian.corey@greentreecreditsolutions.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bstrickland@wtplaw.com |
| akornikova@lcbf.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amcmullen@boultcummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| anann@foley.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | ceskridge@susmangodfrey.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| apo@stevenslee.com | chammerman@paulweiss.com |
| aquale@sidley.com | chardman@klestadt.com |
| araboy@cov.com | charles@filardi-law.com |
| arahl@reedsmith.com | charles_malloy@aporter.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | colea@gtlaw.com |
| asnow@ssbb.com | cousinss@gtlaw.com |
| atrehan@mayerbrown.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |
| austin.bankruptcy@publicans.com | craig.goldblatt@wilmerhale.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| azylberberg@whitecase.com | cs@stevenslee.com |
| bankr@zuckerman.com | csalomon@beckerglynn.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cschreiber@winston.com | draelson@fisherbrothers.com |
| cshore@whitecase.com | dravin@wolffsamson.com |
| cshulman@sheppardmullin.com | drose@pryorcashman.com |
| ctatelbaum@adorno.com | drosenzweig@fulbright.com |
| cwalsh@mayerbrown.com | drosner@goulstonstorrs.com |
| cward@polsinelli.com | drosner@kasowitz.com |
| cweber@ebg-law.com | dshaffer@wtplaw.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| daniel.guyder@allenovery.com | dtatge@ebglaw.com |
| dave.davis@isgria.com | dtheising@harrisonmoberly.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.crichlow@pillsburylaw.com | dwildes@stroock.com |
| david.heller@lw.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | easmith@venable.com |
| david.seligman@kirkland.com | echang@steinlubin.com |
| davids@blbglaw.com | ecohen@russell.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | egeekie@schiffhardin.com |
| dbesikof@loeb.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehollander@whitecase.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | elevin@lowenstein.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | erin.mautner@bingham.com |
| deryck.palmer@cwt.com | eschaffer@reedsmith.com |
| dfelder@orrick.com | eschwartz@contrariancapital.com |
| dflanigan@polsinelli.com | esmith@dl.com |
| dgrimes@reedsmith.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | ezweig@optonline.net |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | feldsteinh@sullcrom.com |
| dkleiner@velaw.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dlemay@chadbourne.com | foont@foontlaw.com |
| dlipke@vedderprice.com | francois.janson@hklaw.com |
| dludman@brownconnery.com | fsosnick@shearman.com |
| dmcguire@winston.com | fyates@sonnenschein.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net |
| dneier@winston.com | gbray@milbank.com |
| dodonnell@milbank.com | george.davis@cwt.com |
| dove.michelle@dorsey.com | geraci@thalergertler.com |
| dowd.mary@arentfox.com | ggitomer@mkbattorneys.com |
| dpegno@dpklaw.com | ggoodman@foley.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com

jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jrsmith@hunton.com | lmay@coleschotz.com |
| jschwartz@hahnhessen.com | lmcgowen@orrick.com |
| jsheerin@mcguirewoods.com | lml@ppgms.com |
| jshickich@riddellwilliams.com | lnashelsky@mofo.com |
| jsmairo@pbnlaw.com | loizides@loizides.com |
| jstoll@mayerbrown.com | lromansic@steptoe.com |
| jsullivan@mosessinger.com | lscarcella@farrellfritz.com |
| jtimko@shutts.com | lschweitzer@cgsh.com |
| jtougas@mayerbrown.com | lsilverstein@potteranderson.com |
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.bane@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| ken.coleman@allenovery.com | mark.houle@pillsburylaw.com |
| ken.higman@hp.com | mark.sherrill@sutherland.com |
| kerry.moynihan@hro.com | martin.davis@ots.treas.gov |
| kgwynne@reedsmith.com | marvin.clements@ag.tn.gov |
| kiplok@hugheshubbard.com | matt@willaw.com |
| kkelly@ebglaw.com | matthew.klepper@dlapiper.com |
| kkolbig@mosessinger.com | maustin@orrick.com |
| klyman@irell.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mbienenstock@dl.com |
| kovskyd@pepperlaw.com | mbloemsma@mhjur.com |
| kpiper@steptoe.com | mbossi@thompsoncoburn.com |
| kressk@pepperlaw.com | mcademartori@sheppardmullin.com |
| kreynolds@mklawnyc.com | mccombst@sullcrom.com |
| krosen@lowenstein.com | mcordone@stradley.com |
| kuehn@bragarwexler.com | mcto@debevoise.com |
| kurt.mayr@bgllp.com | mdahlman@kayescholer.com |
| lacyr@sullcrom.com | mdorval@stradley.com |
| landon@streusandlandon.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lathompson@co.sanmateo.ca.us | metkin@lowenstein.com |
| lberkoff@moritthock.com | mfeldman@willkie.com |
| lee.stremba@troutmansanders.com | mgordon@briggs.com |
| lgranfield@cgsh.com | mgreger@allenmatkins.com |
| lhandelsman@stroock.com | mh1@mccallaraymer.com |
| linda.boyle@twtelecom.com | mharris@smsm.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |
| ljkotler@duanemorris.com | michael.kelly@monarchlp.com |
| lmarinuzzi@mofo.com | michael.kim@kobrekim.com |

08-13555-mg    Doc 23027    Filed 12/06/11    Entered 12/06/11 17:36:46    Main Document
Pg 7 of 13

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| michael.mccrory@btlaw.com | pbattista@gjb-law.com |
| michael.reilly@bingham.com | pbosswick@ssbb.com |
| millee12@nationwide.com | pdublin@akingump.com |
| miller@taftlaw.com | peisenberg@lockelord.com |
| mimi.m.wong@irscounsel.treas.gov | peter.gilhuly@lw.com |
| mitchell.ayer@tklaw.com | peter.macdonald@wilmerhale.com |
| mjacobs@pryorcashman.com | peter.simmons@friedfrank.com |
| mjedelman@vedderprice.com | peter@bankrupt.com |
| mjr1@westchestergov.com | pfeldman@oshr.com |
| mkjaer@winston.com | phayden@mcguirewoods.com |
| mlahaie@akingump.com | pmaxcy@sonnenschein.com |
| mlandman@lcbf.com | ppascuzzi@ffwplaw.com |
| mlichtenstein@crowell.com | ppatterson@stradley.com |
| mlynch2@travelers.com | psp@njlawfirm.com |
| mmendez@hunton.com | ptrainguiterrez@kaplanlandau.com |
| mmooney@deilylawfirm.com | ptrostle@jenner.com |
| mmorreale@us.mufg.jp | pwright@dl.com |
| mneier@ibolaw.com | r.stahl@stahlzelloe.com |
| monica.lawless@brookfieldproperties.com | raj.madan@bingham.com |
| mpage@kelleydrye.com | rajohnson@akingump.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | ranjit.mather@bnymellon.com |
| mprimoff@kayescholer.com | raul.alcantar@ropesgray.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mschlesinger@julienandschlesinger.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |
| notice@bkcylaw.com | robert.bailey@bnymellon.com |
| oipress@travelers.com | robert.dombroff@bingham.com |
| omeca.nedd@lovells.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robertdakis@quinnemanuel.com |
| paul.turner@sutherland.com | robin.keller@lovells.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| roger@rnagioff.com | splatzer@platzerlaw.com |
| ronald.silverman@bingham.com | squigley@lowenstein.com |
| ross.martin@ropesgray.com | sree@lcbf.com |
| rqureshi@reedsmith.com | sselbst@herrick.com |
| rreid@sheppardmullin.com | sshimshak@paulweiss.com |
| rrigolosi@smsm.com | sskelly@teamtogut.com |
| rroupinian@outtengolden.com | steele@lowenstein.com |
| rrussell@andrewskurth.com | stephen.cowan@dlapiper.com |
| rterenzi@stcwlaw.com | steve.ginther@dor.mo.gov |
| rtrust@cravath.com | steven.troyer@commerzbank.com |
| russj4478@aol.com | steven.wilamowsky@bingham.com |
| rwasserman@cftc.gov | streusand@streusandlandon.com |
| rwyron@orrick.com | susan.schultz@newedgegroup.com |
| s.minehan@aozorabank.co.jp | susheelkirpalani@quinnemanuel.com |
| sabin.willett@bingham.com | sweyl@haslaw.com |
| sabramowitz@velaw.com | swolowitz@mayerbrown.com |
| sagolden@hhlaw.com | szuch@wiggin.com |
| sagrawal@susmangodfrey.com | tannweiler@greerherz.com |
| sally.henry@skadden.com | tarbit@cftc.gov |
| sandyscafaria@eaton.com | tbrock@ssbb.com |
| sara.tapinekis@cliffordchance.com | tdewey@dpklaw.com |
| scargill@lowenstein.com | tduffy@andersonkill.com |
| schannej@pepperlaw.com | teresa.oxford@invescoaim.com |
| schepis@pursuitpartners.com | tgoren@mofo.com |
| schnabel.eric@dorsey.com | thaler@thalergertler.com |
| schristianson@buchalter.com | thomas.califano@dlapiper.com |
| schwartzmatthew@sullcrom.com | thomas.ogden@dpw.com |
| scottshelley@quinnemanuel.com | thomas_noguerola@calpers.ca.gov |
| scousins@armstrongteasdale.com | tim.desieno@bingham.com |
| sdnyecf@dor.mo.gov | timothy.brink@dlapiper.com |
| sehlers@armstrongteasdale.com | timothy.palmer@bipc.com |
| seichel@crowell.com | tjfreedman@pbnlaw.com |
| sfelderstein@ffwplaw.com | tkarcher@dl.com |
| sfineman@lchb.com | tkiriakos@mayerbrown.com |
| sfox@mcguirewoods.com | tlauria@whitecase.com |
| sgordon@cahill.com | tmacwright@whitecase.com |
| sgubner@ebg-law.com | tmarrion@haslaw.com |
| shannon.nagle@friedfrank.com | tmayer@kramerlevin.com |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tony.davis@bakerbotts.com |
| sidorsky@butzel.com | tslome@msek.com |
| slerner@ssd.com | ttracy@crockerkuno.com |
| slevine@brownrudnick.com | twheeler@lowenstein.com |
| sloden@diamondmccarthy.com | ukreppel@whitecase.com |
| smayerson@ssd.com | vdagostino@lowenstein.com |
| smillman@stroock.com | villa@streusandlandon.com |
| smulligan@bsblawyers.com | vmilione@nixonpeabody.com |
| snewman@katskykorins.com | vrubinstein@loeb.com |
| sory@fdlaw.com | walter.stuart@freshfields.com |
| spiotto@chapman.com | wanda.goodloe@cbre.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
FAX SERVICE LIST

| Name | Fax |
|---|---|
| **OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ** | **(212) 668-2255** |
| **PACHULSKI STANG ZIEHL & JONES LLP - RICHARD M. PACHULSKI DEAN A. ZIEHL** | **(310) 201-0760** |
| **WINTHROP COUCHOT - PAUL J. COUCHOT, PETER W. LIANIDES** | **(949) 720-4111** |

**EXHIBIT C**

08-13555-mg    Doc 23027    Filed 12/06/11    Entered 12/06/11 17:36:46    Main Document
Pg 12 of 13

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

RICHARD M. PACHULSKI
DEAN A. ZIEHL
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BOULEVARD, 13TH FLOOR
LOS ANGELES, CALIFORNIA 90067

PAUL J. COUCHOT
PETER W. LIANIDES
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660