# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 196: EXHIBIT 1 – INFERRED DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | MODIFIED DEBTOR / CASE NUMBER |
|---|---|---|---|---|---|---|---|
| 1 | PACIFIC COAST BANKERS BANK<br>ATTN: TRACY HOLCOMB<br>340 PINE STREET, SUITE 401<br>SAN FRANCISCO, CA 94104 | | | 09/22/2009 | 31904 | $5,399.00 | **Lehman Brothers Special Financing Inc. /<br>08-13888 (JMP)** |
| | | | | | TOTAL | $5,399.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts