# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAGEMENT LIMITED ROOMS 2501-03, 25/F, WORLD TRADE CENTRE 280 GLOUCESTER ROAD ATTENTION: RUSKIN CHOW, SVP, BUSINESS DEVELOPMENT CAUSEWAY BAY, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/03/2009 | 3664 | Undetermined | Foreign Currency Claim |
| 2 | BOHM, ACHIM SAARLANDSTR. 25 BOCHUM, 44866 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37414 | Undetermined | Foreign Currency Claim |
| 3 | BUNDESANSTALT FUR FINANZDIENSTLEISTUNGSAUFSICHT GRAURHEINDORFER STR. 108 BONN, 53117 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/12/2009 | 4539 | Undetermined | Foreign Currency Claim |
| 4 | CDS FINANZ AG DR.- REHM - ST. 47 NOUIED, WY 82061 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/26/2009 | 5008 | Undetermined | Foreign Currency Claim |
| 5 | DELMEE, H.J. AND VERWEIJ, M.S.J. RODE WEG 80 KALMTHOUT, 2920 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/08/2009 | 4196 | Undetermined | Foreign Currency Claim |
| 6 | DIETZ, HILDEGARD NEULANDSTR. 11 NURNBERG, D90469 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6864 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | FLUXYS NV LEGAL DEPARTMENT AVENUE DES ARTS 31 BRUSSELS, 1040 BELGIUM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 04/15/2009 | 3778 | Undetermined | Foreign Currency Claim |
| 8 | HUBERATOR NV RUE GUIMARD 4 LEGAL DEPARTMENT BRUSSELS, B-1040 BELGIUM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 04/15/2009 | 3779 | Undetermined | Foreign Currency Claim |
| 9 | I.E. JERSEY PROPERTY CO NO 1 LIMITED 22 GRENVILLE STREET ST. HELIER JERSEY, JE4 8PX UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 05/06/2009 | 4169 | Undetermined | Foreign Currency Claim |
| 10 | JAPAN DIGITAL CONTENTS TRUST, INC. (ATTN: HIDEKI WAKAMATSU, LEGAL DEPT.) 3-10, TORANOMON 4-CHOME, MINATO-KU TOKYO, 105-0001 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/22/2008 | 1409 | Undetermined | Foreign Currency Claim |
| 11 | KOYANAGI, KINJI 376-58 KAWAHARAMACHI MAEBASHI-SHI, GUNMA GUNMA, 371-0046 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 449 | Undetermined | Foreign Currency Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | KYOBO SECURITIES CO., LTD. #26-4 YUIDO-DONG YUNGDEUNGPO-GU SEOUL, 150-737 KOREA, REPUBLIC OF | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/28/2009 | 2121 | Undetermined | **Foreign Currency Claim** |
| 13 | MAPLES AND CALDER SHAUN DENTON PRINCES COURT 7 PRINCES STREET LONDON, EC2R 8AQ UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/28/2009 | 2087 | Undetermined | **Foreign Currency Claim** |
| 14 | MCKAY, JENNIFER & HAROLD WILLIAM JAMES 2 BALLYHAMPTON COURT LARNE CO. ANTRIM, BT40 2PT UNITED KINGDOM | | **Lehman No Case Asserted/All Cases Asserted** | 07/01/2009 | 5062 | Undetermined | **Foreign Currency Claim** |
| 15 | MEITAN TRADITION CO., LTD. 29-17 TOYO 5-CHOME KOTO-KU TOKYO, 135-0016 JAPAN | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 12/01/2008 | 1160 | Undetermined | **Foreign Currency Claim** |
| 16 | MUENDEL, BERND AND GERLINDE BUSSARDWEG 29 ILLMENAU/OBERPOERLITZ, 98693 GERMANY | | **Lehman No Case Asserted/All Cases Asserted** | 09/28/2009 | 35352 | Undetermined | **Foreign Currency Claim** |
| 17 | NAGASHIMA OHNO & TSUNEMATSU KIOICHO BLDG, 3-12 KIOICHO CHIYODA-KU TOKYO, 102-0094 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/06/2009 | 2742 | Undetermined | **Foreign Currency Claim** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | PHOENIX FUND N.V. IMC ASSET MANAGEMENT STRAWINSKYLAAN 361 AMSTERDAM, 1077XX NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/02/2009 | 5067 | Undetermined | Foreign Currency Claim |
| 19 | QUARTZ FINANCE PLC - SERIES 2003-3 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25843 | Undetermined | Foreign Currency Claim |
| 20 | RADAU, RENATE KAISER STR. 42 HENNEF, 53773 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25075 | Undetermined | Foreign Currency Claim |
| 21 | RIERA VALERO, VICENTE PARQUE LIDON 3-7-A CASTELLON, 12003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48676 | Undetermined | Foreign Currency Claim |
| 22 | ROYAL BANK OF SCOTLAND PLC, THE 7TH FLOOR, 1 HARDMAN BOULEVARD MANCHESTER, M3 3AQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/11/2009 | 3297 | Undetermined | Foreign Currency Claim |
| 23 | SALER, JURGEN TREMMELWEG 6 SPIELBERG B. KNITTELFELD, A-8724 AUSTRIA | | Lehman No Case Asserted/All Cases Asserted | 05/03/2011 | 67483 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 206: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | SYDBANK HELLE MORTENSEN, ATTORNEY AT LAW PEBERLY 4 - POSTBOKS 1038 AABENRAA, 6200 DENMARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/21/2008 | 1108 | Undetermined | Foreign Currency Claim |
| 25 | TULLETT PREBON (AUSTRALIA) PTY LTD LEVEL 36, 60 MARGARET STREET SYDNEY NSW, AUSTRALIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/16/2009 | 2843 | Undetermined | Foreign Currency Claim |
| 26 | UNITED KINGDOM HM REVENUE & CUSTOMS DEBT MGMT. ENFORCEMENT & INSOLVENCY DURRINGTON BRIDGE HOUSE BARRINGTON ROAD WORTHING WEST SUSSEX, BN12 4SE UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2507 | Undetermined | Foreign Currency Claim |
| 27 | WALDRON, WILLIAM 70 CHURCH ROAD HALE, LIVERPOOL, L24 4BA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/26/2009 | 5007 | Undetermined | Foreign Currency Claim |
| 28 | WHU, STIFTUNG WHU FOUNDATION BURGPLATE Z VALLENDAR, D56179 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/22/2009 | 4933 | Undetermined | Foreign Currency Claim |
| | | | | | TOTAL | Undetermined | |