# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|-----------------|-------|--------|-----------------|-------|--------|
| 1 | PENNSYLVANIA CONVENTION CENTER AUTHORITY, THE MADELINE APOLLO VICE PRESIDENT OF FINANCE ONE CONVENTION CENTER PLACE 1101 ARCH STREET PHILADELPHIA, PA 19107-2299 | 3589 | 04/01/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,275,462.00 | Lehman Brothers Special Financing Inc. | Unsecured | $7,700,000.00 |
| | | | | | TOTAL | $8,275,462.00 | | TOTAL | $7,700,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts