# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 226: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANCO BILBAO VIZCAYA ARGENTARIA, S.A.<br>ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT<br>PASEO DE LA CASTELLANA, 81<br>FLOOR 21ST<br>MADRID, 28046<br>SPAIN | 09/17/2009 | 08-13555 (JMP) | 15645 | $6,610,685.85 | BANCO BILBAO VIZCAYA ARGENTARIA, S.A.<br>ATTN: IGNACIO OLLERO<br>ATTN: ELENA PRIETO<br>VIA DE LOS POBLADOS, 13<br>FLOOR 5TH<br>MADRID, 28033<br>SPAIN | 09/26/2011 | 08-13555 (JMP) | 67667 | $8,597,720.84 |
| 2 | DEUTSCHE BANK AG, LONDON BRANCH (UK)<br>TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A.<br>ATTN: MICHAEL SUTTON<br>WINCHESTER HOUSE, 1 GREAT WINCHESTER ST<br>LONDON, EC2N 2DB<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15647 | $42,993,390.48 | DEUTSCHE BANK AG, LONDON BRANCH<br>ATTN: ALEXANDER M. KRAEMER M. KRAEMER AND MICHAEL SUTTON<br>WINCHESTER HOUSE<br>1 GREAT WINCHESTER STREET<br>LONDON, EC2N 2DB<br>UNITED KINGDOM | 09/28/2011 | 08-13555 (JMP) | 67669 | $41,006,355.48 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 226: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | ENDA HARDIMAN TELECOM PENSIONS FUND, THE<br>REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD<br>BEAUX LANE HOUSE<br>MERCER STREET LOWER<br>DUBLIN 2,<br>IRELAND | 10/20/2009 | 08-13555 (JMP) | 42641 | $522,722.00 | ENDA HARDIMAN TELECOM PENSIONS FUND, THE<br>BDO SIMPSON XAVIER PRIVATE WEALTH MANAGEMENT LTD<br>5TH FLOOR BEAUX LANE HOUSE<br>MERCER STREET LOWER<br>DUBLIN 2,<br>IRELAND | 09/09/2011 | 08-13555 (JMP) | 67658 | $522,722.00 |
| 4 | GOLDMAN SACHS INTERNATIONAL<br>LEGAL DEPT CAROLINE GRAY<br>PETERBOROUGH COURT<br>133 FLEET STREET<br>LONDON, EC4A 2BB<br>UNITED KINGDOM | 08/05/2011 | 08-13555 (JMP) | 67635 | $5,011,000.00 | GOLDMAN SACHS INTERNATIONAL<br>LEGAL DEPARTMENT<br>ATTN: CAROLINE GRAY<br>PETERBOROUGH COURT<br>133 FLEET STREET<br>LONDON, EC4A 2BB<br>UNITED KINGDOM | 09/29/2011 | 08-13555 (JMP) | 67671 | $5,008,833.33 |
| 5 | JUDSON<br>ATTN: HONG CHAE<br>2181 AMBLESIDE DRIVE<br>CLEVELAND, OH 44106 | 12/01/2008 | 08-13555 (JMP) | 1163 | $434,656.17 | JUDSON<br>ATTN: TIM BEAUREGARD<br>2181 AMBLESIDE DRIVE<br>CLEVELAND, OH 44106 | 09/22/2009 | 08-13905 (JMP) | 32485 | $434,656.17 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 226: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | NATIONAL AUSTRALIA BANK LIMITED ATTN: ROSEMARIE DICANTO 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 09/22/2009 | 08-13555 (JMP) | 32761 | $2,400,000.00* | NATIONAL AUSTRALIA BANK LIMITED ATTN: ROSEMARIE DICANTO 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 09/28/2011 | 08-13555 (JMP) | 67668 | $2,350,519.00* |

TOTAL    $57,972,454.50

\* - Indicates claim contains unliquidated and/or undetermined amounts