# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13600 (JMP) | LB 745 LLC | 09/18/2009 | 16614 | Undetermined | No Liability Claim |
| 2 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/18/2009 | 16615 | Undetermined | No Liability Claim |
| 3 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 16616 | Undetermined | No Liability Claim |
| 4 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 16617 | Undetermined | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/18/2009 | 16618 | Undetermined | No Liability Claim |
| 6 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/18/2009 | 16619 | Undetermined | No Liability Claim |
| 7 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13905 (JMP) | CES Aviation LLC | 09/18/2009 | 16620 | Undetermined | No Liability Claim |
| 8 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13906 (JMP) | CES Aviation V LLC | 09/18/2009 | 16621 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13907 (JMP) | CES Aviation IX LLC | 09/18/2009 | 16622 | Undetermined | No Liability Claim |
| 10 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13908 (JMP) | East Dover Limited | 09/18/2009 | 16623 | Undetermined | No Liability Claim |
| 11 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10137 (JMP) | BNC Mortgage LLC | 09/18/2009 | 16624 | Undetermined | No Liability Claim |
| 12 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/18/2009 | 16625 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16626 | Undetermined | No Liability Claim |
| 14 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/18/2009 | 16627 | Undetermined | No Liability Claim |
| 15 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 09-10560 (JMP) | LB Rose Ranch LLC | 09/18/2009 | 16628 | Undetermined | No Liability Claim |
| 16 | THE TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME C/O PETER GAMESTER LAMORNA CHAPEL ROAD GREAT TOTHAM MALDON ESSEX, CM9 8DA UNITED KINGDOM | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/18/2009 | 16629 | Undetermined | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 212: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME, THE<br>C/O PETER GAMESTAR<br>LAMORNA<br>CHAPEL ROAD, GREAT TOTHAM<br>MALDON<br>ESSEX, CM9 8DA<br>UNITED KINGDOM | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 16489 | Undetermined | No Liability Claim |
| 18 | TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME, THE<br>C/O PETER GAMESTAR<br>LAMORNA<br>CHAPEL ROAD, GREAT TOTHAM<br>MALDON<br>ESSEX, CM9 8DA<br>UNITED KINGDOM | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/18/2009 | 16490 | Undetermined | No Liability Claim |
| 19 | TRUSTEES OF THE LEHMAN BROTHERS PENSION SCHEME, THE<br>C/O PETER GAMESTAR<br>LAMORNA<br>CHAPEL ROAD, GREAT TOTHAM<br>MALDON<br>ESSEX, CM9 8DA<br>UNITED KINGDOM | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/18/2009 | 16491 | Undetermined | No Liability Claim |
| | | | | | **TOTAL** | **$0.00** | |

\* - Indicates claim contains unliquidated and/or undetermined amounts