# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 223: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALMEIDA, MICHELLE<br>8215 HANNUM AVE<br>CULVER CITY, CA 90230 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8112 | Undetermined | No Supporting Documentation Claim |
| 2 | GOLDMAN, PAMELA<br>3455 TABLE MESA DR APT L240<br>BOULDER, CO 80305-5840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7804 | Undetermined | No Supporting Documentation Claim |
| 3 | KIM, CHI EUN<br>24 AVE AT PORT IMPERIAL APT 106<br>WEST NEW YORK, NJ 07093-8402 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7091 | $7,830.00 | No Supporting Documentation Claim |
| 4 | KROLL FACTUAL DATA - DENVER<br>P.O. BOX 1676<br>LOVELAND, CO 80539 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5587 | $13,347.45 | No Supporting Documentation Claim |
|   |   |   |   |   | TOTAL | $21,177.45 |   |