# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | | | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | |
| 1 | AMERICAN HEALTH AND LIFE INSURANCE COMPANY ATTN: DAVA CARSON CC: GENERAL COUNSEL 3001 MEACHAM BLVD. FORTH WORTH, TX 76137 | 09/22/2009 | 08-13555 (JMP) | 29631 | Undetermined | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| 2 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 12/16/2009 | 08-13555 (JMP) | 65963[1] | $41,209,112.25 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |

---

[1] Claim 65963 is being expunged solely with respect to its asserted claim totaling $8,000 for securities with CUSIP No. 67088CAA5. The portion of Claim 65963 that is asserting a guarantee claim totaling $2,209,112.25 related to certain derivatives contracts was previously allowed pursuant to the Order Granting Debtors' One Hundred Forty-Seventh Omnibus Objection to Claims (Partially Settled Guarantee Claims), dated June 30, 2011 [Docket No. 18186]. The portion of Claim 65963 that is asserting a claim totaling $31,000,000 for securities with CUSIP Nos. 52517PVM0, 52517PG96, 52517PVV0, and 524908WH9 is subject to the Debtors' Two Hundred Third Omnibus Objection to Claim (Duplicative of Indenture Trustee Claims), dated September 13, 2011 [Docket No. 19919].

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                 Page 1 of 5

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 | DEUTSCHE BANK AG, LONDON BRANCH ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 17754[2] | Undetermined | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |

---

[2] Claim 17754 is being expunged solely with respect to its asserted claim for securities with ISIN No. US67088CAA53. The portion of Claim 17754 that is asserting a claim for securities with ISIN Nos. US5249088866, US5249087041, US5249087207, US52520W2180, US52520W317, and US5253J4537 is subject to the Debtors' One Hundred Sixty-Ninth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated August 19, 2011 [Docket No. 19387]. The portion of Claim 17754 that is asserting a claim for securities with ISIN No. US52519Y2090 is subject to the Debtors' Two Hundred Third Omnibus Objection to Claim (Duplicative of Indenture Trustee Claims), dated September 13, 2011 [Docket No. 19919]. The portion of Claim 17754 that is asserting a claim for securities with ISIN No. US524908EC04 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 17754 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                      Page 2 of 5

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 4 | MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN ATTN: GAYLE ROBINSON, GENERAL COUNSEL 111 EAST KILBOURN AVENUE, SUITE 200 MILWAUKEE, WI 53202 | 09/22/2009 | 08-13555 (JMP) | 32096 | $1,500,000.00 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| 5 | OLD MUTUAL REASSURANCE (IRELAND) LIMITED C/O OLD MUTUAL BUSINESS SERVICES ATTN: VICTOR LUMBY 1001 FLEET STREET, 7TH FLOOR BALTIMORE, MD 21202 | 09/21/2009 | 08-13555 (JMP) | 21316 | $500,000.00* | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 6 | OM FINANCIAL LIFE INSURANCE COMPANY C/O OLD MUTUAL US LIFE ATTN: RAJ KRISHNAN, CFA, SENIOR VICE PRESIDENT CHIEF INVESTMENT OFFICER 1001 FLEET STREET BALTIMORE, MD 21202 | 09/21/2009 | 08-13555 (JMP) | 21314 | $44,500,000.00* | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| 7 | PRIMERICA LIFE INSURANCE CO. ATTN: ALISON RAND, CFO 3120 BRECKINRIDGE BLVD DULUTH, GA 30099 | 09/15/2009 | | 12833 | $4,000,000.00 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicate of Trustee Claim 17120 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 210: EXHIBIT 1 – DUPLICATIVE NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 8 | SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA 1289 WEST CITY CENTER DRIVE, SUITE 200 CARMEL, IN 46032 | 09/16/2009 | 08-13555 (JMP) | 13481 | $755,309.42 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicate of Trustee Claim 17120 |
| 9 | TRITON INSURANCE COMPANY ATTN: DAVA CARSON CC: GENERAL COUNSEL 3001 MEACHAM BLVD FORT WORTH, TX 76137 | 09/22/2009 | 08-13555 (JMP) | 29632 | Undetermined | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* | Duplicative No Liability Claim |
| | | | | TOTAL | $92,464,421.67 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts