B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ambling Property Investments, LLC | Jackson Bond, L.P. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ambling Property Investments, LLC
348 Enterprise Drive
Valdosta, GA 31601
Attn.: Tim Palmieri
Tel.: 770-630-2544
Email: tpalmieri@ambling.com

Court Claim No.: 22127

Total Amount of Claim Filed: $21,183.14
Amount of Claim Transferred: $ entire claim

Date Claim Filed: September 21, 2009

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_/s/ Tim Palmieri_                                    December 2, 2011
Transferee / Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.
EAST\47378776.1

Form 210B (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

### NOTICE OF TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

Claim No. 22127 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on December 7, 2011.

<u>Jackson Bond, L.P.</u>                              <u>Ambling Property Investments, LLC</u>
Name of Alleged Transferor                             Name of Transferee

Address of Alleged Transferor:                         Address of Transferee:

Jackson Bond, L.P.                                     Ambling Property Investments, LLC
c/o Ambling Property Investments                       348 Enterprise Drive
7000 Central Parkway, Suite 1100                       Valdosta, GA 31601
Atlanta, GA 30328                                      Attn.: Tim Palmieri
Attn.: Greg Wright                                     Tel.: 770-630-2544
Tel.: 678-320-3816                                     Email: tpalmieri@ambling.com

~ **DEADLINE TO OBJECT TO TRANSFER** ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                          **CLERK OF THE COURT**

EAST\47378776.1