# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 218: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23502 | $315,375.00 |
| 2 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23503 | $30,000.00 |
| 3 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23504 | $30,000.00 |
| 4 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23505 | $30,000.00 |
| 5 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23506 | $120,000.00 |
| 6 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23507 | $30,000.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 218: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 7 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23508 | $30,000.00 |
| 8 | BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA, 12001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23509 | $30,000.00 |
| 9 | BANCO SANTANDER INTERNATIONAL AS AGENT ATTN: LEGAL DEPARTMENT 1401 BRICKELL AVE, SUITE 1500 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23500 | $28,750.00 |
| 10 | BANCO SANTANDER INTERNATIONAL AS AGENT ATTN:LEGAL DEPARTMENT 1401 BRICKELL AVE, SUITE 1500 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23501 | $50,000.00 |
| 11 | BANCO SANTANDER INTERNATIONAL AS AGENT ATTN: LEGAL DEPARTMENT 1401 BRICKELL  AVENUE, SUITE 1500 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23511 | $161,875.00 |
| 12 | BANCO SANTANDER INTERNATIONAL, AS AGENT ATTN: LEGAL DEPT 1401 BRICKELL AVE, SUITE 1500 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23514 | $37,500.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 218: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 13 | BANCO SANTANDER INTERNATIONAL, AS AGENT<br>ATTN: LEGAL DEPT<br>1401 BRICKELL AVE, SUITE 1500<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23515 | $144,650.00 |
| 14 | DEUERLING, MELISSA<br>2802 SEBOLT ROAD<br>SOUTH PARK, PA 15129 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31178 | $62,500.00 |
| 15 | DUSZAK, MALGORZATA<br>19885 DETROIT ROAD 198<br>ROCKY RIVER, OH 44116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31720 | $3,504,775.00 |
| 16 | ITALIAN OVEN INC., THE<br>196 WEST ASHLAND<br>DOYLESTOWN, PA 18901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31722 | $600,000.00 |
| 17 | LEE, PAUL<br>14390 ROUTE 30<br>IRWIN, PA 15642 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31724 | $1,125,000.00 |
| 18 | MAYDAK, KEITH<br>613 CROSS STREET<br>EAST MC KEESPORT, PA 15035 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31719 | $1,352,500.00 |
| 19 | PEROTTI, JOHN<br>24 WESTMINSTER DRIVE<br>GREENSBURG, PA 15601 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31721 | $1,443,800.00 |
| 20 | SOCIETE GENERALE PRIVATE BANKING (SUISSE) SA<br>TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT<br>FORMERLY SG PRIVATE BANKING (SUISSE) S.A.<br>AVENUE DE RUMINE 20<br>CASE POSTALE 220<br>LAUSANNE, 1001<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23510 | $65,000.00 |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 218: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 21 | TAYLOR, PAUL APARTADO PA-228 MANAGUA, NICARAGUA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31723 | $555,000.00 |
| | | | | | TOTAL | $9,746,725.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    **Page 4 of 4**

# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 218: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | RESTELLI, STEPHEN C. 26 POND ST. BARRE, VT 05641 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25478 | $1,081,498.00 |
| | | | | | TOTAL | $1,081,498.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts