REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*          : 08-13555 (JMP)
                                                     :
                         Debtors.                    : (Jointly Administered)
-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL
### OF DEBTORS' OBJECTION TO PROOF OF CLAIM
### NO. 23713 FILED BY PHH MORTGAGE CORPORATION

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Objection to Proof of Claim No. 23713 Filed by PHH Mortgage Corporation [Dkt. No. 20080]. The Debtors reserve their rights to object to the claims on any grounds in the future.

Dated: December 7, 2011

                                                 /s/ *Michael A. Rollin*
                                                Michael A. Rollin
                                                REILLY POZNER LLP
                                                1900 16th Street, Suite 1700
                                                Denver, Colorado 80202
                                                Telephone: (303) 893-6100
                                                Facsimile: (303) 893-6110
                                                Attorneys for Debtors
                                                and Debtors in Possession

609193