UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                              Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MICHAEL K. McCRORY

UPON the motion of Michael K. McCrory dated November 14, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Michael K. McCrory is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         December 7, 2011

                                                  *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE