ALBERTO BENSIÓN AND/OR ZULEMA MALLO, in Pro Per
Br. Artigas 34, P.10
Montevideo, CP 11300
Uruguay
(Proof of Claim 47495)

ANDRÉS BENSIÓN MALLO, in Pro Per
San Rafael 1227
Barra de Carrasco
Canelones, CP 15001
Uruguay
(Proof of Claim 47496)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*

                                    Debtors.

-----------------------------------------------------

Chapter 11 Case No.:

08-13555 (JMP)
(Jointly Administered)

## JOINDER TO RESPONSES TO DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT

We hereby submit this joinder to the (i) Response of Banco Itau Europa Luxembourg

S.A. to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain

Filed Proofs of Claim [Docket No. 21998]; (ii) Response of Lloyds TSB Bank PLC (Geneva

Branch) to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge

Certain Filed Proofs of Claim [Docket Nos. 22008, 22011, 22012, 22013, & 22014]; (iii)

Response of Lamita Jabbour to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow

and Expunge Certain Filed Proofs of Claim [Docket No. 22020]; (iv) Response of Banco Pastor,


RECEIVED
DEC - 5 2011

S.A. to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim [Docket No. 22637]; and (v) Amended Response of Jamie H. Murcia to Debtors' Two Hundred Fifteenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim [Docket No. 22672], (collectively, the "Responses to the Two Hundred Fifteenth Omnibus Objection").

This joinder is submitted pursuant to the extension granted to us by Debtors' legal representatives until December 15, 2011 to respond to Debtors' Two Hundred Fifteenth Omnibus Objection. We are representing ourselves because the legal costs associated with this kind of litigation are beyond the scope of our financial possibilities, in no small part due to the fact that the money we lost as a result of the Lehman Brothers Chapter 11 bankruptcy represented a significant percentage of our savings.

## JOINDER

We join in the arguments set forth in the Responses to Debtors' Two Hundred Fifteenth Omnibus Objection for the reasons, facts and legal arguments cited therein and respectfully request that this Court overrule said Objection and allow our claims to proceed. We also reserve the right to amend or supplement this joinder and to join in new arguments in response to the Objection as they may become available.

Dated: November 28, 2011
Montevideo, Uruguay

_____
ALBERTO BENSION AND/OR ZULEMA MALLO, in Pro Per

_____
ANDRÉS BENSION MALLO, in Pro Per

C/ C

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.);

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.);

and

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.)