November 27th, 2011

From :

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genèse
Belgium
Mobile 00-32-478 788 201

To :
The current Deputy (Linda) of
The Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

Annexes :3 annexes, 5 pages

Subject :

Name of Bankruptcy Court : United States Bankruptcy Court for the Southern District of New York.

Name of the Debtors: Lehman Brothers Holding Inc. and certains of its affiliates, identified as 08-13555.

Care number: Chapter 11 Case number 09-13555(JMP).

Claimant's Name: Tinant Danielle, Avenue des Tilleuls 16, 1640 Rhode Saint-Genèse, Belgium.

Claim number : 64460.

Docket number : 19120.

Dear Mrs the Current Deputy,

In my letter of April 5th, 2011, I informed you that the original Proof of Claim was sent on time via the Belgian Post to the right address, as it can be seen on the "Proof of Sending" of the Belgian Post. (See annex 3).

I have just received a letter of the Belgian Post admitting a mistake in the delivery of my International Registered Sending. (Annex 1)

For your convenience, I have taken the initiative to translate this letter in annex 2.

I hope therefore you understand I have no responsibility in the delay with respect to the Bar Date Order established November 2d, 2009 as the deadline to file proofs of claim arising from securities on the Lehman Programs Securities list.



RECEIVED
DEC - 5 2011

Can you tell me if I have to sent this letter of the Belgian Post admitting mistake in the delivery, to others addresses and which ones to make it a valid argument supporting my position?

If allowed, can you please add this letter to my file containing the other documents related to the case?

I thank you very much in advance for answering me rapidly as the next hearing is planned on December 21st, 2011.

Best regards.

Danielle Tinant



**bpost**

Service Clients
Boîte Postale 5000
1000 Bruxelles
T. +32.22.012345
www.bpost.be

TINANT DANIELLE

LINDENLAAN 16

1640 SINT-GENESIUS-RODE

Bruxelles, le 07/11/2011

Notre référence : 1-2065891619

Cher client,

Le 17/10/2011, nous avons enregistré un dossier de réclamation référencé
1-2065891619 portant sur l'envoi n° RR697148388BE dont vous êtes l'expéditeur.

Il ressort des renseignements recueillis qu'un retard est effectivement survenu lors
du transport de votre envoi. Déplorant vivement cet incident, nous vous
présentons nos excuses les plus sincères pour les désagréments occasionnés et
osons espérer que votre confiance en notre entreprise n'aura pas été altérée.

Toutefois, nous vous informons que la réglementation internationale ne prévoit pas
de dédommagement en cas d'arrivée tardive. Les délais de livraison sont en effet
donnés à titre indicatif.

Nous restons à votre entière disposition et nous vous prions de croire, Madame,
Monsieur, à l'assurance de notre parfaite considération.

Bien cordialement,

Votre Conseiller Clientèle

<u>Translation of the letter from de Belgian Post of November 7th, 2011;</u>

"Dear Customer,

"On October 17th, 2011, we have registered your claim 1-2065891619 concerning your "sending number RR697148388BE.

"Following the information we have received, a delay is effectively occurred during the "transport of your sending. Deploring this incident sincerely, we apologize to you for the "troubles caused and we hope your trust in our company has not been affected.

"However we inform you the international regulation doesn't expect compensation in case of "late arrival. In fact the delivery times are given as an indication.

"Entirely we stay in your service.

"Best regards

Rhode ST. Genèse,
April 5th 2011

From :

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genèse
Belgium

Mobile 00-32-478 788 201
Phone nbr. 00-32-2- 358 20 55

To :

The Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
Attn : Shai Waisman and Mark Berstain
767 Fifth Avenue, New York
New York 10153

The Office of the United States Trustee for
Region 2
Attn : Tracy Hope Davis, Elisabetta Gasparini
And Andrea Schwartz
33 Whitehall Street, 21st Floor, New York
New York 10004

Milbank, Tweed, Hadley & Mc Cloy LLP
Attn : Dennis F. Dunne, Dennis O'Donnell,
And Evan Fleck
1 Chase Manhattan Plaza, New York
New York 10005

ANNEXES : 6 annexes / 7 pages

Subject : Answer to the letter in ANNEX 1.
    Correct Blocking Reference Number mentioned in ANNEX 5.
    My Claim should consequently not be disallowed and expunged.

Dear,

I oppose the disallowance and expurgation of my claim number 64460 mentioned in the letter in ANNEX 1.

I however discovered that the Blocking Reference Number mentioned on my Proof of Claim (see ANNEX 2), CA11169 is erroneous, and should be replaced by the Blocking Reference Number CA67719 communicated by ING Bank (see ANNEX 5).

Please find the required information:

1) Name of Bankruptcy Court : United States Bankruptcy Court for the Southern District of New York.

<u>Name of the Debtors</u>: Lehman Brothers Holding Inc. and certains of its affiliates, identified as 08-13555 in ANNEX 1.

<u>Care number</u>: Chapter 11 Case number 09-13555(JMP).

<u>Title of the Objection</u>: Debtor's One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims).

2) <u>Claimant's Name</u>: Tinant Danielle, Avenue des Tilleuls 16, 1640 Rhode Saint- Genèse, Belgium.

<u>Description of the basis for the amount of the claim</u>: 14 securities identified by the ISIN number XS0218304458-00 with a purchase value of 1000 EURO each, which makes a total value of 14000 EURO. See Proof of Claim (ANNEX 2).

The Securities one on my account 363-0223447-96-0, with a total value of 14000 EURO as stated in the document from ING Belgium Bank in ANNEX 3.

3) <u>Reason why the claim should not be disallowed and expunged</u>: My Proof of Claim (see ANNEX 2) included indeed by accident the erroneous Blocking Reference Number CA11169, but a valid Blocking Reference Number exists, number CA67719, communicate by ING Bank (see ANNEX 4).
Consequently, please find the correct Proof of Claim in ANNEX 5.

4) <u>Other evidence of the claim</u>: The original Proof of Claim (see ANNEX 2) was sent on time via the Belgian Post to the right address, as it can be seen on the "Proof of Sending" of the Belgian Post (see ANNEX 6).

5) <u>Address where the Debtors must return any reply to my response</u> : Same as in the Proof of Claim (ANNEX 5), i.e. :

Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium

6) <u>Name , address, telephone numbers of the person resolving the claim</u>:

Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium

Phone: 00-32-2-358-20-55
Mobile: 00-32-478-888-201

Regards,

D. Tinant

**LA POSTE**

ST-GENESIUS-RODE
FONTEINSTR. 22
1640 RHODE-SAINT-GENESE
TEL. 023831260
FAX. 023831270
Lu - Ve : 9:00 - 12:30 / 13:30 - 17:00
Sa : 9:00 - 12:30

Caisse 5560
Numéro du ticket de caisse 556000115968

| | | |
|---|---|---|
| 1 | Prior INTL | 1,05 |
| 1 | Recommandé int | 4,60 |
| 1 | Dépôt envoi recomm. | 0,00 |

| | |
|---|---|
| TOTAL TVA incluse | 5,65 |
| TOTAL TVA | 0,00 |
| TOTAL TVA exclue | 5,65 |
| | |
| Espèces | 10,00 |
| A RENDRE | 4,35 |

Merci de votre visite et à bientôt

Didier 19197916                    28/10/2009 11:31
Retail
212469122492



5 5 6 0 0 0 1 1 5 9 6 8

Achetez vos timbres sans vous déplacer
www.post.be/eshop.

LA POSTE, société anonyme de droit
public, Centre Monnaie, 1000 Bruxelles. TVA BE
0214.596.464 RPM Bruxelles. CCP IBAN BE08 6790 0000
1313. BIC PCHQBEBB.
LA POSTE est distributeur,
intermédiaire de crédit et intermédiaire en assurances
(CBFA 025275 cA-cB) pour Banque de La Poste S.A.



INTERNATIONALE AANGETEKENDE ZENDING
ENVOI RECOMMANDÉ INTERNATIONAL
INTERNATIONALE EINSCHREIBESENDUNG

201PoD.INT

Geadresseerde | Destinataire | Empfänger

Lehman Brothers
Holdingsclaims
Processing Center
% Epiq Bankruptcy Solutions,
LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

R  RR 697148388 BE

☐ AR
Port | Frais | Porto
☐☐☐☐,☐☐ €