# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BAYERISCHE HYPO - UND VEREINSBANK AG UNICREDIT MARKETS & INVESTMENT BANKING GLOBAL DOCUMENTATION & EXECUTION ARABELLASTRASSE 12 MUNICH, D-81925 GERMANY | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29293 | Undetermined | No Liability Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2007-4 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17490 | Undetermined | No Liability Claim |
| 3 | DIAMOND FINANCE PLC SERIES 2006-1F C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17988 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | GREENBRIER YUGEN KAISHA<br>C/O O'MELVENY & MYERS LLP<br>ATTN: TREVOR N. LAIN<br>TWO EMBARCADERO CENTER, 28TH FLOOR<br>SAN FRANCISCO, CA 94111-3823 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/27/2010 | 66579 | $114,675.60 | No Liability Claim |
| 5 | GSC CAPITAL CORP. MORTGAGE TRUST 2006-I<br>THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR<br>CREDITOR<br>101 BARCLAY STREET; 8 WEST<br>ATTN: MARTIN FEIG - VICE PRESIDENT<br>NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14467 | Undetermined | No Liability Claim |
| 6 | GSC CAPITAL CORP. MORTGAGE TRUST 2006-I<br>THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR<br>CREDITOR<br>101 BARCLAY STREET; 8 WEST<br>ATTN: MARTIN FEIG - VICE PRESIDENT<br>NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14468 | Undetermined | No Liability Claim |
| 7 | HBK MASTER FUND LP<br>TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)<br>C/O HBK SERVICES LLC<br>2101 CEDAR SPRINGS ROAD, SUITE 700<br>DALLAS, TX 75201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17957 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | MERCER UNIVERSITY<br>KING & SPALDING LLP<br>ATTN: JOHN F ISBELL<br>1180 PEACHTREE STREET, NE<br>ATLANTA, GA 30309 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32475 | Undetermined | No Liability Claim |
| 9 | MERCER UNIVERSITY<br>KING & SPALDING LLP<br>ATTN: JOHN F. ISBELL<br>1180 PEACHTREE STREET, NE<br>ATLANTA, GA 30309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32476 | Undetermined | No Liability Claim |
| 10 | PRISMA ENHANCED FIXED INCOME FUND LTD<br>ATTN: JOHN K. BRENNAN<br>C/O PRISMA CAPITAL PARTNERS LP<br>ONE PENN PLAZA, SUITE 3515<br>NEW YORK, NY 10119 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8856 | $345,756.89 | No Liability Claim |
| 11 | RELIANT ENERGY POWER SUPPLY, LLC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN: S. JASON TEELE<br>65 LIVIGSTON AVENUE<br>ROSELAND, NJ 07068 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22016 | Undetermined | No Liability Claim |
| 12 | T.O. HOLDINGS, LLC<br>ATTN: CRAIG ABOLT<br>850 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29118 | $2,693,902.01 | No Liability Claim |
| 13 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS 1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32997 | $9,378.33* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32998 | $9,378.33* | No Liability Claim |
| 15 | YAKIMA-TIETON IRRIGATION DISTRICT C/O JANE PEARSON FOSTER PEPPER PLLC 1111 THIRD AVENUE, SUITE 3400 SEATTLE, WA 98101-3299 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 3847 | $546,568.34* | No Liability Claim |
| | | | | | TOTAL | $3,719,659.50 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 228: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACTS RETIREMENT-LIFE COMMUNITIES, INC<br>ATTN: GERALD GRANT<br>375 MORRIS ROAD, PO BOX 90<br>WEST POINT, PA 19486-0090 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16217 | $58,571.52 | No Liability Claim |
| 2 | ACTS RETIREMENT-LIFE COMMUNITIES, INC<br>ATTN: GERALD GRANT<br>375 MORRIS ROAD, PO BOX 90<br>WEST POINT, PA 19486-0090 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 16218 | $58,571.52 | No Liability Claim |
| 3 | AFCO CARGO PIT LLC<br>C/O AVIATION FACILITIES COMPANY, INC.<br>PO BOX 16860<br>WASHINGTON, DC 20041-6860 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22899 | $1,446,201.99 | No Liability Claim |
| 4 | CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND<br>ATTN: RAPHAEL SHANNON, ESQ.<br>MCCARTHY JOHNSON & MILLER LC<br>595 MARKET STREET, SUITE 2200<br>SAN FRANCISCO, CA 94105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 44972 | $187,838.58 | No Liability Claim |
| 5 | CERBERUS INTERNATIONAL, LTD.<br>C/O LOWENSTEIN SANDLER PC<br>ATTN: ROBERT G. MINION, ESQ &<br>RICHARD BERNSTEIN, ESQ.<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25006 | $4,066,161.48* | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 228: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CERBERUS INTERNATIONAL, LTD. C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25009 | $4,066,161.48* | No Liability Claim |
| 7 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23642 | $9,213,965.00* | No Liability Claim |
| 8 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23643 | $9,192,195.00* | No Liability Claim |
| | | | | | TOTAL | $28,289,666.57 | |

# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 228: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L SHEARER ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 33309 | $4,453,369.00* | No Liability Claim |
| 2 | BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD<br>C/O SEWARD & KISSEL LLP<br>ATTNL JUSTIN L SHEARER ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 33315 | $4,453,369.00* | No Liability Claim |
| 3 | FPL ENERGY POWER MARKETING, LLC F/K/A<br>FPL ENERGY POWER MARKETING, INC<br>ATTN: CONTRACTS/LEGAL<br>FPL POWER MARKETING, INC.<br>C/O RACHEL BUDKE, ESQ.<br>JUNO BEACH, FL 33408 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32089 | Undetermined | No Liability Claim |
| 4 | FPL ENERGY POWER MARKETING, LLC F/K/A<br>FPL ENERGY POWER MARKETING, INC.<br>C/O RACHEL BUDKE, ESQ.<br>700 UNIVERSE BLVD.<br>JUNO BEACH, FL 33408 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 32101 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $8,906,738.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1