REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' TWO HUNDRED NINTH OMNIBUS OBJECTION TO PORTIONS OF CLAIM NOS. 29883 AND 29879 FILED BY CITIBANK, N.A. AND CITIGROUP GLOBAL MARKETS, INC.

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Ninth Omnibus Objection to Portions of Claim Nos. 29883 and 29879 Filed by Citibank, N.A. and Citigroup Global Markets, Inc. [Dkt. No. 20030]. The Debtors reserve their rights to object to the claims on any grounds in the future.

Dated: December 7, 2011

                                                 /s/ *Michael A. Rollin*
                                                 Michael A. Rollin
                                                 REILLY POZNER LLP
                                                 1900 16th Street, Suite 1700
                                                 Denver, Colorado 80202
                                                 Telephone: (303) 893-6100
                                                 Facsimile: (303) 893-6110
                                                 Attorneys for Debtors
                                                 and Debtors in Possession

609194