Hearing Date and Time:  December 14, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline:  December 7, 2011

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

**FEE COMMITTEE'S STATEMENT OF NO OBJECTION TO
THE FINAL FEE APPLICATION OF DUFF & PHELPS LLC**

**TO:    THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE**

The Fee Committee submits this *Statement of No Objection* in connection with the *Final Fee Application of Duff & Phelps LLC, as Financial Advisors to the Examiner, Anton R. Valukas, for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 6, 2009 through July 12, 2010* [Docket No. 22290] (the "**Final Fee Application**").  Through the Final Fee Application, Duff & Phelps LLC ("**Duff & Phelps**") seeks final Court approval for an award of $42,340,074.88 in fees and $781,456.90 in expenses. After reviewing the Final Fee Application and all of Duff & Phelps' interim applications and monthly statements, the Fee Committee submits this *Statement of No Objection* to the requested award.

## BACKGROUND

1. Commencing on September 15, 2008, and periodically thereafter (as applicable, the "**Commencement Date**"), Lehman Brothers Holdings, Inc. ("**LBHI**") and certain of its subsidiaries (the "**Debtors**") filed voluntary cases under title 11 of the U.S. Code (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On September 17, 2008, the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "**Creditors' Committee**").

3. On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("**SIPA**") with respect to Lehman Brothers, Inc. ("**LBI**"). A trustee appointed under SIPA (the "**SIPC Trustee**") is administering the LBI estate.

4. On January 20, 2009, the Court approved the appointment of Anton R. Valukas as Examiner to investigate the events immediately preceding the initiation of these cases, including certain transfers and actions taken by the Debtors or their affiliates. [Docket No. 2583]. On February 25, 2009, the Court approved the Examiner's motion to retain Duff & Phelps *nunc pro tunc* to February 6, 2009, as financial advisor to assist him in the performance of his duties. [Docket No. 2924].

5. On July 13, 2010, the Court discharged both the Examiner and Duff & Phelps and further ordered that Duff & Phelps not be required to file a fee application for services rendered after the Examiner's discharge unless it incurred more than $150,000 in charges for services and

2

expenses payable by the Debtors. *See* Docket No. 10169. Duff & Phelps has not filed any fee applications as a Retained Professional since July 12, 2010 (the "**Termination Date**").

6. On May 26, 2009, the Court appointed the Fee Committee to execute the duties set forth in the Fee Committee Order, amended from time to time,[1] including, among other things, monitoring the fees and expenses incurred by professionals ("**Retained Professionals**"). On January 24, 2011, the Fee Committee recommended the appointment of Richard A. Gitlin as the successor Independent Member on the four-member Fee Committee and, by an order the same day, the Court approved the recommendation. *See Order Approving Fee Committee's Recommendation of Appointment of Successor Independent Member* [Docket No. 14117](the "**Gitlin Appointment Order**").

7. On December 15, 2009, the Court entered an order authorizing the employment of BrownGreer PLC ("**BrownGreer**") as fee and expense auditor and consultant to the Fee Committee *nunc pro tunc* to June 10, 2009.

8. On April 6, 2011, the Court entered the *Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Committee Nunc Pro Tunc as of January 24, 2011* [Docket No. 15663] ("**Godfrey & Kahn**") to assist the Fee Committee in fulfilling the duties set forth in the Fee Protocol, as last amended on April 14, 2011.

9. On December 6, 2011, the Court entered the *Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors*, [Docket No. 23023].

---

[1] On April 14, 2011, the Court entered an Order amending the May 26, 2009 *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], superseding and replacing that Fee Protocol with the "Amended Fee Protocol." [Docket No. 15998].

3

**INTERIM FEE APPLICATIONS AND INTERIM COMPENSATION**

10.     Duff & Phelps filed five interim fee applications during these cases, seeking combined interim compensation of $42,772,120.89 in fees for professional services rendered and $806,075.90 for actual and necessary expenses. Through this Court's monthly and interim compensation orders, described in detail below, Duff & Phelps has received $41,114,091.93 in interim compensation and $775,498.05 in interim expenses to date.

11.     Through the Final Fee Application, Duff & Phelps seeks a final award of $42,340,074.88 in fees and $781,456.90 in expenses. If the Court approves the requested compensation request, Duff & Phelps will receive a final payment from the Debtors of $677,331.94 in compensation for professional services rendered and no additional payment for expenses incurred.

12.     This is a summary of each interim application Duff & Phelps has filed—and corresponding compensation order:

    A.     On August 14, 2009, Duff & Phelps filed its first interim fee application—for services rendered during the second interim fee period from its *nunc pro tunc* retention on February 6 through May 31, 2009—requesting interim compensation of $9,434,868.30 in fees for professional services and $149,258.09 for expenses. *See* Docket No. 4809. On September 25 and December 23, 2009, the Court entered two compensation orders approving Duff & Phelps's first fee application in a combined amount of $9,462,162.15 in fees and expenses. *See* Docket Nos. 5274 and 6354. Those orders, however, allocated the amounts approved for fees and expenses differently from subsequent orders—*compare id.* with Docket No. 8211, Schedule A(2) (second interim

4

application).[2] The Fee Committee has reviewed the subsequent compensation orders and the negotiation history with Duff & Phelps, concluding that the intended allocation for the first fee application award is $9,316,007.05 in fees and $146,155.10 in expenses. Through the compensation orders for the first fee application, Duff & Phelps was overpaid by $30 and has adjusted its request on the Final Fee Application to accommodate the overpayment. *See* Final Fee Application at 3.

B.   On December 14, 2009, Duff & Phelps filed its second interim fee application—for services rendered during the third interim fee period from June 1 through September 30, 2009—requesting interim compensation of $15,562,452.38 for professional services and $304,367.41 for expenses. *See* Docket No. 6189. On April 9, 2010, the Court entered a compensation order approving Duff & Phelps's second fee application in the amount of $15,109,656.16 in fees and $303,204.40 in expenses.

C.   On April 16, 2010, Duff & Phelps filed its third interim fee application—for services rendered during the fourth interim fee period from October 1, 2009 through January 31, 2010—requesting interim compensation of $17,090,309.03 for professional services and $346,491.55 for expenses. *See* Docket No. 8420. On September 9, 2010, the Court entered a compensation order approving Duff & Phelps's third fee application in the amount of $16,688,428.72 in fees and $326,138.55 in expenses.

D.   On August 16, 2010, Duff & Phelps filed its fourth interim fee application—for services rendered during the fifth interim fee period from February 1 through May 31, 2010—requesting interim compensation of $629,481.83 for professional

---

[2] The first fee application compensation orders, Docket Nos. 5274 and 6354, allocated 100 percent of the pre-approval reduction, amounting to $121,964.24 to Duff & Phelps fee request for professional services and no reduction to the firm's expense request. Subsequent orders, however, allocated $118,831.25 of the reduction to fees and $3,102.99 to its expenses. *See, e.g.*, Docket No. 8211. This latter allocation is consistent with the Fee Committee's understanding.

5

services and $5,958.85 for expenses. *See* Docket No. 10767. Duff & Phelps reports it has received payments from the Debtors of $503,574.66 in fees for the fourth interim fee application for professional services and $5,958.85 for expenses. *See* Final Fee Application at 3. These amounts are consistent with the Fee Committee's calculations of the amounts Duff & Phelps was entitled to receive pursuant to the *Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* ("**Third Amended Compensation Order**") [Docket No. 4165].

E. On December 14, 2010, Duff & Phelps filed its fifth interim fee application—for services rendered during the sixth interim fee period from June 1 through the Termination Date—requesting interim compensation of $55,009.35 for professional services and not seeking any reimbursement for expenses. *See* Docket No. 13468. Duff & Phelps reports it has received payments from the Debtors of $45,046.35 on its fifth interim fee application. *See* Final Fee Application at 3. The Fee Committee, however, calculates that pursuant to the Third Amended Compensation Order, Duff & Phelps was entitled to receive only up to $44,007.48 in fees from the Debtors. Duff & Phelps does not explain the basis for the higher monthly payment from the Debtors.

**APPLICABLE STANDARDS**

13. The Final Fee Application has been evaluated for compliance with the *Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, Administrative Order M-104 (Bankr. S.D.N.Y. June 20, 1991) and *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy*

6

*Cases*, Administrative Order M-389 (Bankr. S.D.N.Y. Nov. 25, 2009) (collectively, the "**Local Guidelines**"); the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330*, 28 C.F.R. Part 58, Appendix A (the "**U.S.T. Guidelines**"); and applicable case law.

## COMMENTS

14. Through its counsel, the Fee Committee has thoroughly reviewed each of Duff & Phelps' interim fee applications and each of its monthly statements. Fee Committee counsel has engaged in extensive consultations with Duff & Phelps regarding appropriate deductions, consulting as well with counsel to the Examiner on the reasonableness of fees charged by Duff & Phelps as financial advisor. The Fee Committee has negotiated with Duff & Phelps for the reductions in fees and expenses incorporated in Duff & Phelps' Final Fee Application.

15. Duff & Phelps has voluntarily reduced its prior fees requested for the five interim fee applications from a combined total of $42,772,120.89 to $42,340,074.88, amounting to a reduction of by $432,046.01 (the "**Voluntary Reduction**"). The Fee Committee concludes that the Voluntary Reduction adequately addresses all of the Fee Committee's concerns related to the reasonableness of Duff & Phelps' fees and expenses, including appropriate reductions for time spent on routine invoicing, for administrative overhead, for vague or repetitive time entries and for "lumped" or block billed entries.

16. The Fee Committee has unanimously resolved, therefore, to file this *Statement of No Objection* to the Final Fee Application.

## CONCLUSION

WHEREFORE, the Fee Committee respectfully submits this *Statement of No Objection* to the Final Fee Application.

Dated: Madison, Wisconsin
December 7, 2011.

        GODFREY & KAHN, S.C.

By:    */s/ Katherine Stadler*
       Katherine Stadler

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

7159349_2