UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                           :          Chapter 11
                                                                :
   LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :          Case No. 08-13555 (JMP)
                                                                :
                    Debtors.    :          (Jointly Administered)
-------------------------------------------------------------------x

**SECOND SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT
OF KEVIN M. NEWMAN ON BEHALF OF MENTER, RUDIN & TRIVELPIECE, P.C.**

*STATE OF NEW YORK*     )
*COUNTY OF ONONDAGA*   ) ss:

      KEVIN M. NEWMAN, being duly sworn, upon his oath, deposes and says:

      1.    I am an attorney licensed to practice in the State of New York and a shareholder of Menter, Rudin & Trivelpiece, P.C., located at 308 Maltbie Street, Suite 200, Syracuse, New York 13204-1498 (the "Firm").

      2.    On November 10, 2008, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") retention of the Firm as ordinary course professionals to provide legal services with respect to third-party bankruptcy cases where the Debtors are creditors or are secured creditors of other creditors and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on November 18, 2008 [Docket No. 1569].

      3.    On April 20, 2010, I executed a Supplemental Affidavit and Disclosure Statement (the "Supplemental Affidavit") in support of Debtors' expansion of the services to be performed by Menter, Rudin & Trivelpiece, P.C. as ordinary course professionals to include:

      a.    The commencement and prosecution of a mortgage foreclosure action in connection with a Consolidated, Amended and Restated Mortgage Note dated January 30, 2007 in the amount of $14,600,000, a Mortgage Spreader Agreement dated January 30, 2007, a Gap Mortgage, Assignment of Leases and Rents and Security Agreement dated January 30, 2007 in the amount of $7,132,146.73, a Consolidated, Amended and Restated Mortgage, Assignment of Leases and Rents and Security Agreement dated January 30, 2007 in the amount of $12,850,000, and a Mortgage, Assignment of Leases and Rents and Security Agreement dated July 31, 2007 in the amount of $1,750,000; and

      b.    Limited representation of the Debtors in an action entitled: *Richard Bidlake v. Wendover Financial Services Corporation, Lehman Brothers Holdings, Inc. and Lehman Capital Corporation*, pending in the Supreme Court of the State of New York, County of Onondaga, bearing Index No. 2010-0899 and R.J.I. No. 33-10-0620,

The Supplemental Affidavit was filed by the undersigned on April 20, 2010 [Docket No. 8492].

4.    Subsequent to those filings, the Debtors requested that the Firm further expand the scope of its retention to include a possible legal malpractice claim (the "Additional Services"). The Firm consented to provide such Additional Services, although it is no longer providing the Additional Services. Therefore, by this Supplemental Affidavit the Firm supplements the previous Affidavit and Supplemental Affidavit to include the Additional Services.

    /s/Kevin M. Newman
KEVIN M. NEWMAN, on behalf of
Menter, Rudin & Trivelpiece, P.C.

Subscribed and sworn to before me
this 7th day of December, 2011.

    /s/Audrey A. Vrooman
Notary Public – State of New York
Qual. in Onondaga Cty., No. 01VR4762616
Commission Expires July 31, 2014

{30909/25851/AAV/00397393.DOC}    30909/25851/AAV/00397393.DOC    2