Duncan E. Barber *(Pro Hac Vice Motion Pending)* (Colo. Bar No. 16768)
Steven T. Mulligan (Colo. Bar # 19901)
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711
Email:  dbarber@bsblawyers.com
Email:  smulligan@bsblawyers.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDINGS INC. and LB ROSE RANCH LLC | Chapter 11 |
| Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

---

## ORDER VACATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Upon the Motion by the Movants[1] for entry of an order granting relief from the automatic stay to (1) assert cross-claims against the Debtors when the Debtors are joined as defendants in a pending Colorado state court suit pursuant to the Stipulation, Agreement and Order Among Lehman Brothers Holdings Inc., LB Rose Ranch LLC, PAMI Statler Arms LLC and Certain Colorado Plaintiffs Providing for Limited Relief from the Automatic Stay approved by the Court on November 18, 2011 (the "Colorado Stay Relief Order," Dkt. #22336); and (2) assert claims against LB Rose Ranch, LLC, ("LBRR"), and against Lehman

---

[1] The Movants are Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, and Ironbridge Aspen Collection, LLC (collectively, the "Ironbridge Movants"), as well as Ironbridge Management LLC, Sunrise Company, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen (collectively with the Ironbridge Movants, the "Movants").

Brothers Holdings, Inc. ("LBHI", which together with LBRR are collectively, the "Debtors") in a state law civil action recently filed in the District Court for Garfield County, State of Colorado, in November 2011 but which has not yet been served (the "Colorado Contract Lawsuit"), all as more fully described in the Motion; and it appearing that due and sufficient cause exists therefore, it is hereby

ORDERED, the Motion is granted in its entirety; and it is further

ORDERED, the automatic stay provisions of 11 U.S.C. Section 362 are hereby modified, lifted and vacated to permit Movants to pursue their counterclaims and crossclaims against Debtors in the Colorado Construction Defect Lawsuit and in the Colorado Contract Lawsuit.

Dated:  New York, New York

_____

_____
United States Bankruptcy Judge