UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                :

In re                                :         Chapter 11 Case No.

                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :         08-13555 (JMP)

                                           :         (Jointly Administered)

                  Debtors.        :

                                           :

---------------------------------------------------------------------x    Ref. Docket Nos. 22531, 22532,
                                                    22610, 22727, 22730-22736

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
7th day of December, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANK LEUMI USA
             ATTN: DONALD BITTKER
             562 FIFTH AVENUE
             NEW YORK NY 10036

Please note that your claim # 59840-01 in the above referenced case and in the amount of
        $50,996.66        has been transferred **(unless previously expunged by court order)**

             ISREAL DISCOUNT BANK OF NEW YORK
             TRANSFEROR: BANK LEUMI USA
             C/O ISREAL DISCOUNT BANK
             511 5TH AVENUE
             NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22610      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/01/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 1, 2011.

**EXHIBIT B**

TIME: 11:23:35
DATE: 12/07/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND | MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND PATRIMONIO DANNI) C/O GENERALI INVESTMENTS ITALY SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND | PATRIMONIO DANNI) ATTN: ROBERTO SPERA PIAZZA DUCA DEGIL ABRUZZI 2 TRIESTE 34132 ITALY |
| BANK LEUMI USA | ATTN: DONALD BITTKER 562 FIFTH AVENUE NEW YORK NY 10036 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: LOUIS DREYFUS ENERGY SERVICES L.P. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR NEW YORK NY 10152 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND CITIGROUP FINAICIAL PRODUCTS INC. ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND PATRIMONIO DANNI) ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENERTEL S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND GENERTEL) ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: INA ASSISTALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND PATRIMONIO INA2000) ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND INA2000) ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| GENERTEL S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUN GENERTEL) | ATTN: GIOVANNI PILATO VIA MACHIAVELLI 4 TRIESTE 34132 ITALY |
| GENERTEL S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND GENERTEL) | MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS GENERTEL S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND GENERTEL) VIA TRENTO 8 TRIESTE 34132 ITALY |
| HIGHLAND CREDIT STRATEGIES MASTER FUND | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219 |
| INA ASSISTALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUN PATRIMONIO | DANNI) ATTN: OMELIA CHIARENZA VIA BISSOLATI 23 ROME 00187 ITALY |
| INA ASSISTALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUN PATRIMONIO | INA ASSISTALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND PATRIMONIO DANNI) C/O GENERALI INVESTMENTS ITALY SGR S.P.A. ATTN: MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS VIA TRENTO 8 TRIESTE 34132 ITALY |
| INA ASSISTALIA S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND INA2000) | ATTN: OMELIA CHIARENGA VIA BISSOLATI 23 ROME 00187 ITALY |
| INA ASSISTALIA S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND INA2000) | MARCO BARTOLOMEI INS ASSITALIA S.P.A. (FOR AND ON BEHALF OF ITS SUB FUND INA2000) C/O GENERALI INVESTMENTS ITALY SGR S.P.A. VIA TRENTO 8 34132 TRIESTE ITALY |
| ISREAL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK LEUMI USA C/O ISREAL DISCOUNT BANK 511 5TH AVENUE NEW YORK NY 10017 |
| LOUIS DREYFUS ENERGY SERVICES L.P. | ATTN: KEVIN CAPONE, EXECUTIVE VICE-PRESIDENT ATTN: JOHN TESORIERO 20 WESTPORT ROAD WILTON CT 06897-0843 |
| PENTWATER CREDIT PARTNERS FUND LTD | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER CREDIT PARTNERS FUND LTD | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| PWCM MASTER FUND LTD. | TRANSFEROR: PENTWATER CREDIT PARTNERS FUND LTD C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PWCM MASTER FUND LTD. | TRANSFEROR: PENTWATER GROWTH FUND LTD C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

Total Number of Records Printed    31