UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
              Debtors.                                       :
                                                                 :
                                                                 :   Ref. Docket Nos. 22326, 22351,
---------------------------------------------------------------x    22352, 22739-22741, 22744-22746,
                                                                     22748, 22752-22754, 22774, 22779,
                                                                     22780, 22783, 22784, 22798-22802,
                                                                     22804, 22812, 22814

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 2, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as **Exhibit A**, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached **Exhibit B**.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
                                                              Lauren Rodriguez

Sworn to before me this
7th day of December, 2011

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 22326, 22351, 22352... 22804, 22812, 22814_AFF_12-02-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP GLOBAL MARKETS INC.              CITIGROUP GLOBAL MARKETS INC.
     TRANSFEROR: BANCO BANIF, S.A.              DOUGLAS DAVIS
     ATTN: MARC HEIMOWITZ                       PAUL WEISS RIFKIND WHARTON & GARRISON LLP
     390 GREENWICH STREET, 4TH FL               1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                          NEW YORK NY 10019
```

Please note that your claim # 66962-15 in the above referenced case and in the amount of
      $6,244,987.50         has been transferred **(unless previously expunged by court order)**

```
     MONARCH DEBT RECOVERY MASTER FUND LTD
     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
     C/O MONARCH ALTERNATIVE CAPITAL LP
     ATTN: MICHAEL GILLIN
     535 MADISON AVENUE, FLOOR 26
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22798     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 2, 2011.

# EXHIBIT B

08-13555-mg    Doc 23100    Filed 12/07/11    Entered 12/07/11 22:44:50    Main Document
Pg 4 of 7

```
TIME: 15:55:48                                                    LEHMAN BROTHERS HOLDING INC.                                                                      PAGE:    1
DATE: 12/02/11                                                        CREDITOR LISTING

Name                                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                             TRANSFEROR: J.P. MORGAN SECURITIES LTD. CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
ALLEANZA TORO S.P.A. (FOR AND ON BEHALF                           ATTN: GIANLUCA SANMARTINO VIA GIUSEPPE MAZZINI 53 TORINO   10123 ITALY
  OF ITS SUB-FUND SAN GIORGIO)
ALLEANZA TORO S.P.A. (FOR AND ON BEHALF                           C/O GENERALI INVESTMENTS ITALY SGR S.P.A. ATTN: MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS VIA TRENTO 8
  OF ITS SUB-FUND SAN GIORGIO)                                    TRIESTE 34132 ITALY
ANDORRA BANC AGRICOL REIG, S.A.                                   C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY    ANDORRA
  ("ANDBANC")
ARIS, KATSAMPAS                                                   4 IOU STR., VOULA ATHENS    GREECE
ARIS, KATSAMPAS                                                   PIRAEUS BANK SA. 75, V.SOFIAS STR., ATHENS   11521 GREECE
ASSICURAZIONI GENERALI S.P.A. (FOR AND                            MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND GEVAL EURO)
  ON BEHALF OF ITS SUB-FUND                                       VIA TRENTO 8 TRIESTE 34132 ITALY
ASSICURAZIONI GENERALI S.P.A. (FOR AND                            GEVAL EURO) ATTN: ROBERTO SPERA PIAZZA DUCA DEGIL ABRUZZI 2 TRIESTE   34132 ITALY
  ON BEHALF OF ITS SUB-FUND
ASSICURAZIONI GENERALI S.P.A. FOR AND ON                          MARCO MARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS ASSICURAZIONI GENERALI S.P.A.A (FOR AND ON BEHALF OF ITS SUB-FUND GESAV
  BEHALF OF ITS SUB-FUND GESAV                                    C/O GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY
ASSICURAZIONI GENERALI S.P.A. FOR AND ON                          ATTN: ROBERTO SPERA PIAZZA DUCA DEGIL ABRUZZI 2 TRIESTE   34132 ITALY
  BEHALF OF ITS SUB-FUND GESAV
AU HELEN                                                          8/F 213 HENESSY ROAD HENESSY MANSION WAMCHAI    HONG KONG
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.                             ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID   28046 SPAIN
  ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.                             SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006
  ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.                             ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS   75008 FRANCE
  ("BBVA")
CHASE LINCOLN FIRST COMMERCIAL                                    TRANSFEROR: S.A.C. MULTIQUANT FUND, LLC ATTN: SUSAN MCNAMARA MAIL CODE:NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
  CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                                    TRANSFEROR: SAC MULTIQUANT FUND, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
  CORPORATION
CHEUNG MAN WAI                                                    FLAT B 12/F ON FOOK IND BUILDING NO.41-45 KWAI FUNG CRESCENT KWAI CHUNG, NT    HONG KONG
CITIGROUP GLOBAL MARKETS INC.                                     DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                                     TRANSFEROR: BANCO BANIF, S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: ALLEANZA TORO S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND SAN GIORGIO) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB FUND GEVAL EURO) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. FOR AND ON BEHALF OF ITS SUB-FUND GESAV) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: FATA ASSICURAZIONI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND DANNI) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: GENERTELLIFE S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND RI. ALTO BOND) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND EURO FORTE) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: INA ASSITALIA SPA (FOR & ON BEHALF OF ITS SUB-FUND NUOVA MONETA FORTE) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF                           TRANSFEROR: VALKENBORGS, ROGER C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
  VALKENBORGS, ROGER
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF                           TRANSFEROR: VAN DER EYNDE MEYSDER C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
  VAN DER EYNDE MEYSDER
FATA ASSICURAZIONI S.P.A. (FOR AND ON                             ATTN: PAOLA FERRANTE VIA URBANA 169/A ROME   00184 ITALY
  BEHALF OF ITS SUB-FUND DANNI)
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:55:48                                              LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    2
DATE: 12/02/11                                                    CREDITOR LISTING

Name                                                            Address
FATA ASSICURAZIONI S.P.A. (FOR AND ON                           MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS FATA ASSICURAZIONI DANNI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND DANNI)
  BEHALF OF ITS SUB-FUND DANNI)                                 C/O GENERALI INVESTMENTS ITALY SGRS S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY
GENERTELLIFE S.P.A. (FOR AND ON BEHALF                          C/O GENERALI INVESTMENTS ITALY SGRS S.P.A. ATTN: MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS VIA TRENTO 8
  OF ITS SUB-FUND RI. ALTO BOND)                                TRIESTE 34132 ITALY
GENERTELLIFE S.P.A. (FOR AND ON BEHALF                          ATTN: SAMANTHA BIANCOLELLA VIA FERRETTO 1 VENETO TREVISO 31021 ITALY
  OF ITS SUB-FUND RI. ALTO BOND)
HE, JUN                                                         RM 102 2A/F LONG XI YUAN JIN GUAN XIN CHENG 12 XIN XI WANG LU CHEN DU CITY SICHUAN CHINA
HESS AG                                                         SCHLACHTHAUSSTR. 19-19/3 VILLINGEN-SCHWENNINGEN 78050 GERMANY
INA ASSITALIA S.P.A. ( FOR AND ON BEHALF                        ATTN: OMELIA CHIARENZA VIA BISSOLATI 23 ROME 00187 ITALY
  OF IT'S SUB-FUND EURO FORTE)
INA ASSITALIA S.P.A. ( FOR AND ON BEHALF                        INA ASSISTALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND EURO FORTE C/O GENERALI INVESTMENTS ITALY SGR S.P.A.
  OF IT'S SUB-FUND EURO FORTE)                                  ATTN: MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS VIA TRENTO 8 TRIESTE 34132 ITALY
INA ASSITALIA SPA (FOR & ON BEHALF OF                           ATTN: OMELIA CHIARENZA VIA BISSOLATI 23 ROME 00187 ITALY
  ITS SUB-FUND NUOVA MONETA FORTE)
INA ASSITALIA SPA (FOR & ON BEHALF OF                           MARCO BARTOLOMEI INA ASSITALIA SPA (FOR & ON BEHALF OF ITS SUB-FUND NUOVA MONETA FORTE) C/O GENERALI INVESTMENTS ITALY SGR S.P.A.
  ITS SUB-FUND NUOVA MONETA FORTE)                              VIA TRENTO 8 TRIESTE 34132 ITALY
J.P. MORGAN SECURITIES LTD.                                     C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                                       TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                                  NEW YORK NY 10005
KHAN ABDULL GHAFAR                                              ROOM 1 40/F BLOCK D LEI YI HOUSE LEI ON COURT LAM TIN HONG KONG, KLN   HONG KONG
LAM FUNG, YEE                                                   FLAT A 21/F 339-347 LOCKHART ROAD WAN CHAI   HONG KONG
LIQUIDITY SOLUTIONS, INC.                                       TRANSFEROR: ARIS, KATSAMPAS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                                       TRANSFEROR: HESS AG ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                                       TRANSFEROR: LUSITANIA VIDA-COMPANHIA DE SEGUROS, SA ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LO YAU FAN SHIRLEY                                              FLAT B 6/F BLOCK 2 SCENEWAY GARDEN LAM TIN KOWLOON   HONG KONG
LO, LING & LO CHOI, SIU                                         FLT C BLK 9 ON WAH INDUSTRIAL BLDG NO.41-43 AU PUI WAN ST. FO TAN, NT   HONG KONG
LUO, HUA XING                                                   C/O HUA HONG GONG SI 3 HAO 2 JIE SHEN QIAN GANG HUANG JIANG ZHEN DONGGUAN GUANGDONG   CHINA
LUSITANIA VIDA-COMPANHIA DE SEGUROS, SA                         AV. ENG DUARTE PACHECO TORRE 2-12 LISBOA 1000 PORTUGAL
LUSITANIA VIDA-COMPANHIA DE SEGUROS, SA                         CAIXA ECONOMICA MONTEPIO GERAL RUA AUREA 219-241 LISBOA 1100-062 PORTUGAL
MONARCH CAPITAL MASTER PARTNERS II LP                           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP                         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP                              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                                  NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD                           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD                           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                                  NEW YORK NY 10022
P MONARCH RECOVERY LTD                                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                                  NEW YORK NY 10022
ROYAL BANK OF SCOTLAND, PLC, THE                                TRANSFEROR: ANDORRA BANC AGRICOL REIG, S.A. ("ANDBANC") ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                                TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
S.A.C. MULTIQUANT FUND, LLC                                     ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902
S.A.C. MULTIQUANT FUND, LLC                                     MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
SAC MULTIQUANT FUND, LLC                                        ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902
SAC MULTIQUANT FUND, LLC                                        MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
STANDARD CHARTERED BANK (HONG KONG)                             TRANSFEROR: KHAN ABDULL GHAFAR 21/F STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)                             TRANSFEROR: YIP SAU LIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG) LTD.                        TRANSFEROR: AU HELEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                        TRANSFEROR: CHEUNG MAN WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                        TRANSFEROR: HE, JUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                        TRANSFEROR: LAM FUNG, YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                        TRANSFEROR: LO YAU FAN SHIRLEY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG

                                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:55:48                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 12/02/11                                           CREDITOR LISTING

Name                                          Address
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LO, LING & LO CHOI, SIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LUO, HUA XING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: TANG CHING PO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: YAU WAI KEUNG/ KWOK CHING PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
TANG CHING PO                                 RM 5 2/F BLK B ARNOLD GARDENS 6 TAN KWAI TSUEN ROAD HUNG SHUI KIU YUEN LONG, NT  HONG KONG
VALKENBORGS, ROGER                            DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM
VALKENBORGS, ROGER                            SCHANSSTRAAT 95 HEUSDEN-ZOLDER  3550 BELGIUM
VAN DER EYNDE MEYSDER                         VIRGIWEIDE 22 BORGERHOUT  2140 BELGIUM
YAU WAI KEUNG/ KWOK CHING PING                FLAT 9 15/F YIN MING HOUSE CHUNG MING COURT TSUENG KWAN O, KLN  HONG KONG
YIP SAU LIN                                   G/F 9 LAM TIN VILLAGE TSING YI NT  HONG KONG

Total Number of Records Printed               82
```

EPIQ BANKRUPTCY SOLUTIONS, LLC