B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.         Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Hudson Bay Master Fund Ltd.</u> | <u>Deutsche Bank AG, London Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Hudson Bay Master Fund Ltd.
777 Third Avenue
30th floor
New York, New York 10017
Attention: Bob D'Orio

Court Claim # (if known): <u>66801 (amending claims 27945 and 15731)</u>
Amount of Claim as Filed: <u>$37,500,000.00</u>
Amount of Claim Transferred: <u>$10,000,000.00</u>
(i.e., a 26.66667% pro rata share)
Date Claim Filed: <u>June 7, 2010</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212) 571-1244</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: ___12/7/11___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 66801

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HUDSON BAY MASTER FUND LTD.**
777 Third Avenue
30th floor
New York, New York 10017
Attn: Bob D'Orio
Email: bdorio@hudsonbaycapital.com

its successors and assigns ("Buyer"), a 26.66667% pro rata share in and to all right, title and interest in and to Proof of Claim Number 66801, solely to the extent of $10,000,000.00 (the "Assigned Claim") out of the aggregate $37,500,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated __December 7__, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____          Philipp Roever
Name:    Rees Miller                     Name:                                 Vice President
Title:   Director                        Title:

**HUDSON BAY MASTER FUND LTD.**

By: Hudson Bay Capital Management L.P.,
    its Investment Manager

By: _____
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 66801

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HUDSON BAY MASTER FUND LTD.**
777 Third Avenue
30th floor
New York, New York 10017
Attn: Bob D'Orio
Email: bdorio@hudsonbaycapital.com

its successors and assigns ("Buyer"), a 26.66667% pro rata share in and to all right, title and interest in and to Proof of Claim Number 66801, solely to the extent of $10,000,000.00 (the "Assigned Claim") out of the aggregate $37,500,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated   DECEMBER 7  , 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

**HUDSON BAY MASTER FUND LTD.**

By: Hudson Bay Capital Management L.P.,
its Investment Manager

By: _____
Name: Yoav Roth
Title: Authorized Signatory