ALSTON & BIRD LLP
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Raiffeisenbank Region Baden eGen*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

### NOTICE OF CHANGE OF NAME AND ADRESS
### FOR PROOFS OF CLAIM NOS. 43698, 43632, 43642, AND 43736

PLEASE TAKE NOTICE that creditor Raiffeisenkasse Ebreichsdorf Reg. Genossenschaft m.B.H. has merged with Raiffeisenbank Baden to form Raiffeisenbank Region Baden eGen.  Accordingly, all notices, correspondence, or payments related to Proofs of Claim Nos. 43698, 43632, 43642, and 43736, should be sent to both:

| | |
|---|---|
| Raiffeisenbank Region Baden eGen | Alston & Bird LLP |
| Raiffeisenplatz 1 | Attn: Karl Geercken |
| 2500 Baden | 90 Park Avenue |
| Austria | New York, New York 10016 |
| | rnwbank-lehman@alston.com |

Raiffeisenbank Region Baden eGen respectfully requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

LEGAL02/33007140v1

- 2 -

Dated: December 8, 2011                       Respectfully submitted,

                                              ALSTON & BIRD LLP

                                              By:    /s/ William S. Sugden
                                                  William S. Sugden, Esq.
                                                  1201 West Peachtree Street
                                                  Atlanta, Georgia 30309
                                                  Telephone: (404) 881-7000
                                                  Fax: (404) 881-7777

                                              *Counsel for Raiffeisenbank Region Baden eGen*