Carmine D. Boccuzzi
Paul R. St. Lawrence, III (*admission pending*)
Lisa M. Gouldy
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Zwinger Opco 6 BV*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In re:                                                             :   Chapter 11
                                                                   :   Case No. 08-13555(JMP)
                                                                   :   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :
                                                                   :   CERTIFICATE OF
                    Debtors.                                       :   SERVICE
                                                                   :
------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 7th day of December 2011, the Notice of Appearance and Request for Service of Papers; the Third Amended Verified Statement of Cleary Gottlieb Steen & Hamilton LLP Pursuant to Bankruptcy Rule 2019(a); the Opposition of Zwinger Opco 6 BV to the Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) with Exhibit A; and the Opposition of Zwinger Opco 6 BV to the Debtors' Two Hundred Thirty-

Third Omnibus Objection to Claims (No Liability Derivative Claims) with Exhibit A were served by hand upon:

    Lee J. Goldberg, Esq.
    Robert J. Lemons, Esq.
    Ralph Miller, Esq.
    Penny Reid, Esq.
    Weil Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153

    Tracy Hope Davis, Esq.
    Elisabetta Gasparini, Esq.
    Andrea B. Schwartz, Esq.
    Office of the US Trustee
    33 Whitehall Street, 21st Floor
    New York, New York 10004

    Dennis F. Dunne, Esq.
    Evan Fleck, Esq.
    Dennis O'Donnell, Esq.
    Milbank, Tweed, Hadley & McCloy
    1 Chase Manhattan Plaza
    New York, New York 10005

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
       December 8, 2011

                                                   Richard V. Conza