**SNR Denton US LLP**
Sam J. Alberts
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-7004
Facsimile: (202) 408-6399
Email: sam.alberts@snrdenton.com

-and-

**SNR Denton US LLP**
Scott E. Koerner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: scott.koerner@snrdenton.com

*Substituting Attorneys for Great Bay Condominium Owners Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

------------------------------------------------------------- x

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Shaya M. Berger and the law firm of Dickstein Shapiro

LLP hereby withdraw their appearance as counsel for Great Bay Condominium Owners

Association ("Great Bay"), in the above-captioned bankruptcy case.

25403083\V-2

**PLEASE TAKE FURTHER NOTICE** that Scott E. Koerner and Sam J. Alberts and the law firm of SNR Denton US LLP hereby enter their appearance as counsel for Great Bay, in the above-captioned bankruptcy case.

Dated: December 2, 2011
New York, New York

SNR DENTON US LLP

_____
Sam J. Alberts
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-7004
Facsimile: (202) 408-6399
Email: sam.alberts@snrdenton.com

-and-

SNR DENTON US LLP

_____
Scott E. Koerner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: scott.koerner@snrdenton.com

*Substituting Attorneys for Great Bay
Condominium Owners Association*

DICKSTEIN SHAPIRO LLP

_____
Shaya M. Berger
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Email: bergers@dicksteinshapiro.com

*Withdrawing Attorney for Great Bay
Condominium Owners Association*

- 2 -

25403083\V-2