UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                               )
In re:                                         )         Chapter 11
                                               )
LEHMAN BROTHERS HOLDINGS INC., et. al.,        )         Case No. 08-13555 (JMP)
                                               )
                                               )
         Debtors                               )         (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**T Asia L Holdings, Ltd.**
Name of Transferee

Name and Address where notices to
Transferee should be sent:

c/o Tiger Asia Management LLC
101 Park Avenue
New York, N.Y. 10128
Attention: Patrick Halligan

With a copy to:

White & Case LLP
1155 Avenue of the Americas
New York, N.Y. 10036
Attn: Abraham Zylberberg
Phone: 212-819-8500
E-mail: azylberberg@whitecase.com

**Tiger Asia Fund LP**
Name of Transferor

**Case No. 08-13885**
Court Claim # (if known): 14633
Amount of Claim: $243,503,746.52
Date Claim Filed: September 17, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

T ASIA L HOLDINGS, LTD.

By: _____  Date: December 7, 2011
Patrick Halligan
Director

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Tiger Asia Fund LP** ("Transferor") transferred and assigned to **T Asia L Holdings, Ltd.** ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Holdings, Inc.** (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the proof of claim **(No. 14633)** filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 7th day of December, 2011.

Transferor:

**TIGER ASIA FUND, LP**

By: Tiger Asia Partners, LLC

By: _____
Patrick Halligan
Authorized Signatory

Transferee:

**T ASIA L HOLDINGS, LTD.**

By: _____
Patrick Halligan
Director