## CERTIFICATE OF SERVICE

I, Kathleen A. Senese, employed as a Paralegal for the law firm of Blank Rome LLP, certify that a copy of this Response to Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) was served on counsel of record registered to receive service through the Court's ECF system, and additionally was served via first class mail on the following parties per the instructions contained in the Notice of Hearing on Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims):

Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Lee J. Goldberg, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Office of the United States Trustee for Region 2
Attn: Elisabetta Gasparini, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Office of the United States Trustee for Region 2
Attn: Andrea Schwartz, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

13

132728.01601/22084497v.2

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Kathleen A. Senese