B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re  Lehman Brothers Holdings, Inc.            Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wegelin & Co. | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Wegelin & Co.
Privatbankiers
Bohl 17
CH-9004 St. Gallen
Switzerland

Phone: +41 71 242 59 19
Email:  ca@wegelin.ch
Last Four Digits of Acct #:  n/a

Court Claim # (if known): 59233
Amount of Claim:  Note: This is a Partial Transfer of Claim. See attached Evidence of Transfer of Claim for Details
Date Claim Filed: 10/30/2009

Phone:
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 2 December 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Wegelin & Co., Bohl 17, CH-9004 St.Gallen** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25th day of November 2011

**UBS AG**

By: _____
Name: Hugo Koller
Title:   Director

By: _____
Name: Jean-Claude Besson
Title:   Associate Director

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0225326858 | 59233 | October 30, 2009 | Lehman Brothers Treasury BV | CHF 50'000.00 out of CHF 50'000.00 |
| XS0251909478 | 59233 | October 30, 2009 | Lehman Brothers Treasury BV | 718 units out of 15'697 units |
| XS0324890440 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 95'000.00 out of CHF 120'000.00 |
| XS0326427480 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 75'000.00 out of CHF 25'301'000.00 |
| XS0320322901 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 100'000.00 out of CHF 17'798'000.00 |
| XS0303746571 | 59233 | October 30, 2009 | Lehman Brothers Treasury BV | CHF 25'000.00 out of CHF 25'000.00 |
| XS0335964648 | 59233 | October 30, 2009 | Lehman Brothers Treasury BV | CHF 30'000.00 out of CHF 30'000.00 |



# WEGELIN & CO.
PRIVATE BANKERS SINCE 1741



United States Bankruptcy
Court/Southern District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017
USA

St. Gallen, 30 November 2011

**Notice of transfer from UBS AG (the "Transferor") to Wegelin & Co. on behalf of its client/s (the "Transferee") of Lehman Brothers Securities NV – ISIN XS0225326858, XS0251909478, XS0324890440, XS0326427480, XS0320322901, XS0303746571, XS0335964648 (the "Securities") and the claim n. 59233 attached thereto (the "Claim")**

Dear Sirs

Reference is made to the transfer of the above mentioned Securities and the Claim attached thereto (the "Transfer") to our bank as nominee on behalf of its client/s.

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;
2) Form "Evidence of Transfer of Claim", signed by UBS AG as Transferor, as a proof that UBS AG has transferred a registered claim to Wegelin & Co. on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, we would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: ca@wegelin.ch.

Thank you very much in advance for your kind help and attention.

Yours sincerely

Wegelin & Co. Private Bankers

Thomas Hautle           August Zingg

Attachment: as above

WEGELIN & CO. PRIVATE BANKERS   PARTNERS BRUDERER, HUMMLER, TOLLE & CO.
CH-9004 St. Gallen  Bohl 17  Telephone +41 71 242 50 00  Fax +41 71 242 50 50  wegelin@wegelin.ch  www.wegelin.ch
ST. GALLEN   BASEL   BERNE   CHIASSO   CHUR   GENEVA   LAUSANNE   LOCARNO   LUCERNE
LUGANO   SCHAFFHAUSEN   WINTERTHUR   ZURICH

PRIORITAIRE

RECEIVED
DEC 07 2011

783449

DIE POST