Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 36536**

We would like to inform you that Ms. Lore Oldenburg who filed the claim Number 36536 on 6 October 2009 has assigned the rights arising out of this claim corresponding with the following securities

> 50 Lehman Bros. Treasury Co. B.V. EO-Zo Basket Lkd MTN 2007 (12) (WKN A0TLL9, ISIN DE000A0TLL96) in the amount of a face value (purchase date: 6 November 2007 of EUR 50,000 (USD 72,421)) and

> 125 Lehman Bros. Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008 (14) (WKN A0TVK2, ISIN DE000A0TVK20) in the amount of a face value (purchase date: 13 May 2008 of EUR 125,000 (USD 193,254))

to
Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.

Bethmann Bank AG has agreed to this assignment. Both Ms. Lore Oldenburg and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours Sincerely,

Frankfurt, 8.12.2011                                          Hamburg, 22. November 2011

Bethmann Bank AG                                              Lore Oldenburg
(Assignee)                                                    (Assignor)

(Jochen Weber)  (Oliver Körner)                               (Lore Oldenburg)