CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 878-8000
Facsimile:  (212) 878-8375
Jennifer C. DeMarco
Sarah N. Campbell

*Counsel for Turkiye Sinai Kalkinma Bankasi A.S.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re                                                    :    Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :
                                                         :    Case No. 08-13555 (JMP)
                                                         :
Debtors.                                              :
                                                         :    (Jointly Administered)

------------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

I, Damien A. Morris, hereby certify under penalty of perjury that on December 8, 2011, I caused

to be delivered true and correct copies of the *(1) Response of Turkiye Sinai Kalkinma Bankasi A.S. to*

*Debtors' Two Hundred Thirty-Third Objection to Claims (No Liability Derivative Claims), dated*

*December 8, 2011* to be served upon the following in a manner described below:

<u>BY HAND</u>

*Robert Lemons, Esq.*                          *Dennis F. Dunne, Esq.*
*Penny Reid, Esq.*                                *Evan Fleck, Esq.*
**Weil, Gotshal & Manges LLP**           **Milbank, Tweed, Hadley & McCloy LLP**
767 Fifth Avenue                                 1 Chase Manhattan Plaza
New York, NY 10153                            New York, NY 10005

**Hon. James M. Peck**                        *Andrea Schwartz, Esq.*
United States Bankruptcy Court            *Elisabeth Gasparini, Esq.*
Southern District of New York             **Office of United States Trustee**
1 Bowling Green                                  33 Whitehall Street, 21st Floor
New York, NY 10005                            New York, NY 10004

Dated: December 8, 2011
      New York, New York

By:  Damien A. Morris 
     Damien A. Morris