B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Halcyon Loan Trading Fund LLC | Macquarie Bank Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HALCYON LOAN TRADING FUND LLC
C/O HALCYON ASSET MANAGEMENT LP
477 MADISON AVENUE - 8TH FLOOR
NEW YORK, NEW YORK 10022
ATTENTION: MATT SELTZER
TELEPHONE: 212-303-9487
FAX: 212-838-8299

With a copy to:

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 17647
Amount of Claim as Allowed: $18,510,440.83
Amount of Claim Transferred: $18,510,440.83
Date Claim Filed:  September 18, 2009
Debtor: Lehman Brothers Commodity Services Inc.

Phone:_____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments

695779.1 9999/00999

should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: ___12-7-11_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

695779.1 9999/00999

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:   LEHMAN BROTHERS COMMODITY SERVICES INC.

Macquarie Bank Limited ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Halcyon Loan Trading Fund LLC ("Buyer"), all of its right, title and interest in and to the claims of Seller against Lehman Brothers Commodity Services Inc. in the amount of $18,510,440.83, docketed as Claim No. 17647 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of December, 2011.

**MACQUARIE BANK LIMITED**  **HALCYON LOAN TRADING FUND LLC**
By:  Halcyon Offshore Asset Management LLC, its
Investment Manager

By: _____  By: _____
Name:                              Name:
Title:    Marc Thatcher            Title:
Tel.:     Managing Director        Tel.:

By: _____
Name:   Joel Outlaw
Title:   Associate Director
Tel.:    Legal Risk Management

NY1 7907826v.4

## EVIDENCE OF TRANSFER OF CLAIM

TO:  CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:   LEHMAN BROTHERS COMMODITY SERVICES INC.

Macquarie Bank Limited ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Halcyon Loan Trading Fund LLC ("Buyer"), all of its right, title and interest in and to the claims of Seller against Lehman Brothers Commodity Services Inc. in the amount of $18,510,440.83, docketed as Claim No. 17647 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of December, 2011.

**MACQUARIE BANK LIMITED**

**HALCYON LOAN TRADING FUND LLC**
By:  Halcyon Offshore Asset Management LLC, its Investment Manager

By:_____
Name:
Title:
Tel.:

By:_____
Name:     James W. Sykes
Title:     Managing Principal
Tel.:

By:_____
Name:
Title:
Tel.:

Aaron Goldberg
_____ _____ial Officer

16