KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Daniel M. Eggermann
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Rutger J. Schimmelpenninck and
Frédéric Verhoeven as bankruptcy trustees for
Lehman Brothers Treasury Co. B.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :   Case No. 08-13555 (JMP)
                                                              :
                              Debtors.                        :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Hunter A. Vanaria, being duly sworn, deposes and says:

1.   I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2.   I served true and correct copies of the *Response of Southern Pacific Securities 05-1 PLC to Debtors' Two Hundred and Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims)* on December 8, 2011, by Federal Express, to the parties listed on the annexed Exhibit A.

                                                              Hunter A. Vanaria

STATE OF NEW YORK           :
                            : ss
COUNTY OF NEW YORK          :

      Subscribed and sworn before me on this 8th day of December 2011, by Hunter A. Vanaria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

ALIYA ROSE SHAIN
Notary Public, State of New York
NO. 01SH6245133
Qualified in Kings County
Commission Expires July 18, 2015

# Exhibit A

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Elisabetta G. Gasparini, Esq.
and Andrea B. Schwartz, Esq.)

Chambers of the Hon. James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Robert Lemons, Esq., Penny Reid, Esq.,
Ralph Miller, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell,
Esq. and Evan R. Fleck, Esq.)