B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

To the Debtors and the Bankruptcy Court:

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>Gentrification Ventures, L.L.C.</u>    <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 17247
should be sent:                                 Amount of Claim: <u>$150,000,000.00</u>
                                                Date Claim Filed: <u>September 18, 2009</u>
GENTRIFICATION VENTURES, LLC                    Debtor: Lehman Brothers Holdings Inc.
MANDEL KATZ & BROSNAN LLP                       Phone: _____
ATTN: KARA SCHEINMANN KATZ                      Last Four Digits of Acct. #: _____
THE LAW BUILDING
210 ROUTE 303
VALLEY COTTAGE NY 10989


Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*/s/ Kena S. K\_\_*_____     Date: _____
　　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>EVIDENCE OF PARTIAL TRANSFER OF CLAIM</u>

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman Sachs Lending Partners LLC** ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to **Gentrification Ventures, L.L.C.** (the "<u>Assignee</u>") **$150,000,000.00** of the settled amount described below (the "<u>Assigned Claim</u>") of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), reflected in proof of Claim No. 17247 filed by Assignor or its predecessor-in-interest with the Bankruptcy Court as settled and allowed in the amount of $580,000,000.00 by Bankruptcy Court Order dated November 18, 2011, against **Lehman Brothers Holdings Inc.** (the "<u>Debtor</u>"), the debtor in Case No. **08-13555** (JMP) ("<u>Case</u>") pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to the Assignee.

3

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this December __, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:
          Ivan Anderson
          Authorized Signatory

GENTRIFICATION VENTURES, L.L.C.

By: _____
Name: Kara Scheinmann Katz
Title: Authorized Signatory

9

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this December __, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

GENTRIFICATION VENTURES, L.L.C.

By: _____
Name: Kara Scheinmann Katz
Title: Authorized Signatory

4