MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust
Jeffrey G. Tougas
Christine A. Walsh

*Counsel to CypressTree Investment Management, LLC,
as Subadvisor to Primus CLO I, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on December 8, 2011, I caused copies of the (i) Notice of Appearance and Request for Service of Papers by Mayer Brown LLP on Behalf of CypressTree Investment Management, LLC, as Subadvisor to Primus CLO I, Ltd. (the "Notice"), and (ii) Response of Primus CLO I, Ltd. to Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) (the "Response") to be served by United Parcel Service Next Day Air upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Andrea B. Schwartz, Esq., and Elisabetta Gasparini, Esq.), (iii) Weil Gotshal &

700899080

Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq., and Lee J. Goldberg, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

I further certify that on December 8, 2011, upon electronic filing of the Notice and Response, electronic mail filing notifications of the Notice and Response were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         December 8, 2011

                                                    /s/ James Hennessey
                                                    James Hennessey