UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
    Debtors. : (Jointly Administered)
:
: Ref. Docket No. 22977
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 5, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for the Confirmation Hearing on December 6, 2011 at 10:00 A.M.," dated December 5, 2011 [Docket No. 22977], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            /s/ *Eleni Manners*
                                                                            Eleni Manners

Sworn to before me this
7th day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## *LBH MSL Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

anann@foley.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

*LBH MSL Email Service List*

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

*LBH MSL Email Service List*

| | |
|---|---|
| cschreiber@winston.com | ddrebsky@nixonpeabody.com |
| cshore@whitecase.com | ddunne@milbank.com |
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

*LBH MSL Email Service List*

### *LBH MSL Email Service List*

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jaclyn.genchi@kayescholer.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

*LBH MSL Email Service List*

| | |
|---|---|
| jennifer.demarco@cliffordchance.com | jlscott@reedsmith.com |
| jennifer.gore@shell.com | jmaddock@mcguirewoods.com |
| jeremy.eiden@ag.state.mn.us | jmakower@tnsj-law.com |
| jfalgowski@reedsmith.com | jmazermarino@msek.com |
| jflaxer@golenbock.com | jmcginley@wilmingtontrust.com |
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@fult.com |
| jg5786@att.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | joseph.cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| jshickich@riddellwilliams.com | kobak@hugheshubbard.com |
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kovskyd@pepperlaw.com |
| jsullivan@mosessinger.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | kreynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | landon@streusandlandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |

*LBH MSL Email Service List*

## *LBH MSL Email Service List*

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mharris@smsm.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

### *LBH MSL Email Service List*

| | |
|---|---|
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mvenditto@reedsmith.com |
| mjr1@westchestergov.com | mwarren@mtb.com |
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| mlandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |

*LBH MSL Email Service List*

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrainguiterrez@kaplanlandau.com

ptrostle@jenner.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| rrussell@andrewskurth.com | sfineman@lchb.com |
| rterenzi@stcwlaw.com | sfox@mcguirewoods.com |
| rtrust@cravath.com | sgordon@cahill.com |
| russj4478@aol.com | sgubner@ebg-law.com |
| rwasserman@cftc.gov | shannon.nagle@friedfrank.com |
| rwyron@orrick.com | sharbeck@sipc.org |
| s.minehan@aozorabank.co.jp | shari.leventhal@ny.frb.org |
| sabin.willett@bingham.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| sally.henry@skadden.com | sloden@diamondmccarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| sara.tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | sree@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |

***LBH MSL Email Service List***

| | |
|---|---|
| steve.ginther@dor.mo.gov | tlauria@whitecase.com |
| steven.troyer@commerzbank.com | tmacwright@whitecase.com |
| steven.wilamowsky@bingham.com | tmarrion@haslaw.com |
| streusand@streusandlandon.com | tmayer@kramerlevin.com |
| susan.schultz@newedgegroup.com | tnixon@gklaw.com |
| susheelkirpalani@quinnemanuel.com | toby.r.rosenberg@irscounsel.treas.gov |
| sweyl@haslaw.com | tony.davis@bakerbotts.com |
| swolowitz@mayerbrown.com | tslome@msek.com |
| szuch@wiggin.com | ttracy@crockerkuno.com |
| tannweiler@greerherz.com | twheeler@lowenstein.com |
| tarbit@cftc.gov | ukreppel@whitecase.com |
| tbrock@ssbb.com | vdagostino@lowenstein.com |
| tdewey@dpklaw.com | villa@streusandlandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| tgoren@mofo.com | walter.stuart@freshfields.com |
| thaler@thalergertler.com | wanda.goodloe@cbre.com |
| thomas.califano@dlapiper.com | wballaine@lcbf.com |
| thomas.ogden@dpw.com | wbenzija@halperinlaw.net |
| thomas_noguerola@calpers.ca.gov | wchen@tnsj-law.com |
| tim.desieno@bingham.com | wcurchack@loeb.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |
| timothy.palmer@bipc.com | william.m.goldman@dlapiper.com |
| tjfreedman@pbnlaw.com | wiltenburg@hugheshubbard.com |
| tkarcher@dl.com | wisotska@pepperlaw.com |
| tkiriakos@mayerbrown.com | wk@pwlawyers.com |

*LBH MSL Email Service List*

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| **Fax** | **Name** |
|---|---|
| 12125547700 | JAMES SULLIVAN |
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007