UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                    :
:
------------------------------------------------------------x    Ref. Docket Nos. 20136, 20283,
21228, 22724, 22813, 22816, 22819,
22821-22823, 22826, 22830, 22831,
22835

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 5, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of December, 2011

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

08-13555-mg    Doc 23152    Filed 12/08/11    Entered 12/08/11 20:48:52    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
|---|---|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
         ATTN: MARK MANSKI, MANAGING DIRECTOR           LINDSEE P. GRANFIELD, ESQ.
         200 PARK AVE.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
         NEW YORK NY 10166                              ONE LIBERTY PLAZA
                                                        NEW YORK NY 10006
```

Please note that your claim # 60699 in the above referenced case and in the amount of
    $10,521,826.79   Unliquidated     has been transferred **(unless previously expunged by court order)**

```
         CC ARBITRAGE LTD                              CC ARBITRAGE LTD
         TRANSFEROR: BARCLAYS BANK PLC                 SIDLEY AUSTIN LLP
         C/O CASTLE CREEK ARBITRAGE, LLC               ATTN: ROBERT SCHEININGER
         ATTN: CONSTANCE WICK                          727 SEVENTH AVENUE
         227 WEST MONROE, SUITE 3550                   NEW YORK NY 10019
         CHICAGO IL 60606
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22819    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/05/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 5, 2011.

**EXHIBIT B**

```
TIME: 17:40:07                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/05/11                                        CREDITOR LISTING

Name                                              Address
ADLER & CO. PRIVATBANK AG                         IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
ADLER & CO. PRIVATBANK AG                         LEGAL & COMPLIANCE DEPARTMENT CLARIDENSTRASSE 22 ZURICH CH-8022 SWITZERLAND
BANK LEUMI LE-ISRAEL B.M.                         TRANSFEROR: INBAR, SIGAL, IDO & OMRI ATTN: PATRICIA ACHER FOREIGN SECURITIES TRADING 35 YEHUDA HALEVI STREET TEL AVIV ISRAEL
BARCLAYS BANK PLC                                 ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                                 LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
BETHMANN BANK AG                                  TRANSFEROR: WIRT, HARALD BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY
BRETTON NOTCH ASSOCIATES, L.L.C.                  TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CC ARBITRAGE LTD                                  SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 727 SEVENTH AVENUE NEW YORK NY 10019
CC ARBITRAGE LTD                                  TRANSFEROR: BARCLAYS BANK PLC C/O CASTLE CREEK ARBITRAGE, LLC ATTN: CONSTANCE WICK 227 WEST MONROE, SUITE 3550 CHICAGO IL 60606
CHASE LINCOLN FIRST COMMERCIAL CORPORATION        TRANSFEROR: S.A.C. MULTIQUANT FUND, LLC ATTN: SUSAN MCNAMARA MAIL CODE:NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
CHASE LINCOLN FIRST COMMERCIAL CORPORATION        TRANSFEROR: SAC MULTIQUANT FUND, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
CITIBANK PRIVATKUNDEN AG & CO. KGAA               PAUL, WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA               ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
COMMERZBANK AG                                    BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE & YEHUDA HERBST 520 MADISON AVE 34TH FLOOR NEW YORK NY 10022
COMMERZBANK AG                                    BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE YEHUDA HERBST 520 MADISON AVE 34TH FLOOR NEW YORK NY 10022
COMMERZBANK AG                                    ATTN: MARTIN HANNOEVER FRANKFURT / MAIN 60261 GERMANY
COMMERZBANK AG                                    JEROME RANAWAKE AND YEHUDA HERBST FRESHFIELDS BRUCKHAUS DERRINGER US LLP 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022
CREDIT SUISSE AG                                  TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CVI GVF (LUX) MASTER S.A.R.L                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: ABI RIEHL KNOWLE HILL PARK FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: ABI RIEHL KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                               TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: NATIONAL CITY BANK C/O PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: NATIONAL CITY BANK, C/O PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MACNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
KAMPE, MELANIE                                    TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KURFUERSTENDAMM 121 BERLIN 10711 GERMANY
LUZERNER KANTONALBANK AG                          BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                          BAKER & MCKENZIE ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                          LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
LUZERNER KANTONALBANK AG                          TRANSFEROR: ADLER & CO. PRIVATBANK AG LEGAL & COMPLIANCE DEPARTMENT ATTN: PETER FELDER PILATUSSTRASSE 12 CH-LUZERN SWITZERLAND
NATIONAL CITY BANK                                CLEARY GOTTLIEB STEIN & HAMILTON LLP ATTN: PENELOPE CHRISTOPHOROU, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
NATIONAL CITY BANK                                C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222
PNC BANK, NATIONAL ASSOCIATION                    PENELOPE CHRISTOPHOROU CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
PNC BANK, NATIONAL ASSOCIATION                    ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222
WIRT, HARALD                                      CLEARY GOTTLIEB STEIN & HAMILTON LLP ATTN: PENELOPE CHRISTOPHOROU, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 HINDENBURG STR. 74 HAMBURG 22297 GERMANY

Total Number of Records Printed                   40                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```