UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        08-13555 (JMP)
                                              :        (Jointly Administered)
                     Debtors.                 :
                                              :
------------------------------------------------------------------x        Ref. Docket No. 20703

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 5, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Lauren Rodriguez*
                                    Lauren Rodriguez

Sworn to before me this
8th day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 20703_Aff 12-05-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)

                    Debtors.

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     DEUTSCHE BANK AG, LONDON BRANCH
                ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG
                WINCHESTER HOUSE
                1 GREAT WINCHESTER STREET
                LONDON EC2N 2DB UNITED KINGDOM


Additional:     DEUTSCHE BANK AG, LONDON BRANCH
                LONDON LOAN OPERATIONS
                ATTN: CONOR MCGOVERN
                21ST FLOOR, 99 BISHOPSGATE
                LONDON EC2M 3XD UNITED KINGDOM


Transferee:     LMA SPC FOR AND ON BEHALF OF THE MAP84 SEGREGATED PORTFOLIO
                ATTN: LAURA L. TORRADO, ESQ.
                623 5TH AVENUE, 29TH FLOOR
                NEW YORK NY 10022


**Your transfer   of claim #   67586   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match


Docket Number 20703                 Date 10/10/11


/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 5, 2011.

**EXHIBIT B**

TIME: 17:39:15
DATE: 12/05/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | LONDON LOAN OPERATIONS ATTN: CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON  EC2M 3XD UNITED KINGDOM |
| LMA SPC FOR AND ON BEHALF OF THE MAP84 SEGREGATED PORTFOLIO | ATTN: LAURA L. TORRADO, ESQ. 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed        3

EPIQ BANKRUPTCY SOLUTIONS, LLC