UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
                          :

In re                          :       Chapter 11 Case No.
                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       08-13555 (JMP)
                          :       (Jointly Administered)
           Debtors.        :
                          :

--------------------------------------------------------------------x    Ref. Docket Nos. 22454, 22479,
                                     22861, 22862, 22863, 22872, 22889,
                                     22890

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Lauren Rodriguez*
                                    Lauren Rodriguez

Sworn to before me this
8th day of December, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE (UK) LIMITED                     CREDIT SUISSE (UK) LIMITED
     ATTN: ALLEN GAGE                               CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                  WORLDWIDE PLAZA
     NEW YORK NY 10010                              ATTN: RICHARD LEVIN
                                                    825 EIGHTH AVENUE
                                                    NEW YORK NY 10019

Please note that your claim # 55816-11 in the above referenced case and in the amount of
          $0.00          has been transferred **(unless previously expunged by court order)**

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: CREDIT SUISSE (UK) LIMITED
          ATTN: KELLY WHISTANCE
          WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
          LONDON    EC2N 2DB
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22679   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/06/2011

                              Vito Genna, Clerk of Court

                              /s/ Lauren Rodriguez

                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 6, 2011.

**EXHIBIT B**

TIME: 20:42:16
DATE: 12/06/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  1

| Name | Address |
|---|---|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHINA ANGEL FUND | ROOM 808, TOWER A, GUANGZHOU INFORMATION PORT NO. 16 KE YUN ROAD GUANGZHOU  CHINA |
| CHINA ANGEL INVESTMENT MANAGEMENT LIMITED | TRANSFEROR: CHINA ANGEL FUND ROOM D, 36/F, SCHOLASTIC GARDEN 48 LYTTALETON ROAD MID-LEVELS HONG KONG  HONG KONG |
| CREDIT SUISSE (UK) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (UK) LIMITED | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (UK) LIMITED | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE (UK) LIMITED ATTN: KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| EVERGREEN SOLAR, INC. | ATTN: CHRISTIAN M. BHRBAR 138 BARTLETT STREET MARLBOROUGH MA 01752 |
| EVERGREEN SOLAR, INC. | GOODWIN PROCTER LLP THE NEW YORK TIMES BUILDING ATTN: EMANUEL C. GRILLO 620 EIGHTH AVENUE NEW YORK NY 10018 |
| LO, WAI KEE | FLT G 35/F BLK 1 TIERRA VERDE 33 TSING KING ROAD TSING YI NT  HONG KONG |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: LYONNAISE DE BANQUE ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON  E14 4AD UNITED KINGDOM |
| MZ57, L.L.C. | WILDERHALE ATTN: JAMES H. MILLAR 399 PARK AVENUE NEW YORK NY 10022 |
| MZ57, L.L.C. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED P.O. BOX 8301 NEW YORK NY 10150 |
| POON LAI KWAN CONNIE / FENN BENJAMIN | FLT 8 8/F BLK 2 1 PO SHAN ROAD MID-LEVELS HK  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LO, WAI KEE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: POON LAI KWAN CONNIE / FENN BENJAMIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG  HONG KONG |
| SUNSHINE ENTERPRISES L.P. | AIKIN GUMP STRAUSS HAUER & FELD LLP ATTN: SARAH LINK SCHULTZ, ESQ. 1700 PACIFIC AVENUE, SUITE 4100 DALLAS TX 75201 |
| SUNSHINE ENTERPRISES L.P. | TRANSFEROR: EVERGREEN SOLAR, INC. C/O AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: MICHAEL S. STAMER, ESQ., STEPHEN B. KUHN, ESQ., AND NATALIE E. LEVINE, ESQ. ONE BRYANT PARK NEW YORK NY 10036 |

Total Number of Records Printed        20