UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
               Debtors.                         :
                                                :
------------------------------------------------------------------x    Ref. Docket No. 22885

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    /s/ Lauren Rodriguez
                                    Lauren Rodriguez

Sworn to before me this
8th day of December, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 22885_Aff 12-06-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor: PRIVATBANK IHAG ZURICH AG
BLEICHERWEG 18
ZURICH CH-8022 SWITZERLAND

Additional:

Transferee: JATRALEC CAPITAL LLC
C/O RICHARDS KIBBE & ORBE
ATTN: LARRY HALPERIN
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

**Your transfer   of claim #   60485   is defective for the reason(s) checked below:**

Other                           TRANSFEROR NAME DOESN'T MATCH

Docket Number 22885              Date 12/02/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 6, 2011.

**EXHIBIT B**

```
TIME: 20:54:27                        LEHMAN BROTHERS HOLDING INC.                              PAGE:   1
DATE: 12/06/11                              CREDITOR LISTING

Name                       Address
JATRALEC CAPITAL LLC       C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
PRIVATBANK IHAG ZURICH AG  BLEICHERWEG 18 ZURICH  CH-8022 SWITZERLAND


Total Number of Records Printed     2
```