**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :   (Jointly Administered)
         Debtors.                                 :
                                                  :   Ref. Docket No. 19627, 21254
------------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2011, I caused to be served a customized version of the "Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code," dated December 1, 2011, *related to the "Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated August 31, 2011[Docket No. 19627] and the "Plan Supplement," dated October 25, 2011[Docket No. 21254]*, (the "Cure Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Cure Notice, personalized to include the name, address and cure amount information of the counterparty, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
*Panagiota Manatakis*

Sworn to before me this
8th day of December, 2011
*/s/ Eleni G. Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in the County of Queens
Commission Expires May 17, 2014

# EXHIBIT A

**Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY  10017**

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

**Address Service Requested**

LBH CURENTC COMRE 12-1-2011

THE WITKOFF GROUP LLC
ATTN: SCOTT C. ALPER
130 EAST 59TH STREET, 15TH FLOOR
NEW YORK, NEW YORK 10022

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                         :
**In re**                                                : **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             : **08-13555 (JMP)**
                                                                         :
              Debtors.                                   : **(Jointly Administered)**
                                                                         :
------------------------------------------------------------------------x

# NOTICE OF PROPOSED ASSUMPTION
# OF EXECUTORY CONTRACTS AND UNEXPIRED
# LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT
# CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

**Contract**
**Counterparty:**      Please refer to Exhibit A.

**Contract**
**To Be Assumed:**     Contract listed on Exhibit A to the extent not already rejected by Court order
                       or expired by its own terms.

> **If you have questions about this Notice or would like to resolve consensually any issues regarding assumption of the contract listed on Exhibit A or the cure amount listed on Exhibit A, please contact Joelle Halperin at (646) 285-9066 or by email at joelle.halperin@lamcollc.com. In any event, you must follow the instructions below for filing formal objections to the proposed assumption of the contract or cure amount listed on Exhibit A.**

**PLEASE TAKE NOTICE** that on September 1, 2011, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors-in-possession (the "Debtors"), filed their Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, ECF No. 19627 (as amended and modified from time to time, the "Plan").[1] If the Plan is approved by the United States Bankruptcy Court for the Southern District of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

New York (the "Bankruptcy Court"), the Debtors will, pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, assume the executory contracts and unexpired leases listed on Exhibit 2 of the Plan Supplement, dated October 25, 2011, ECF No. 21254 (as amended from time to time, the "Plan Supplement"), and the other executory contracts assumed pursuant to Sections 11.1, 11.5 and 11.6 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Plan, notice (this "Notice") is hereby provided that the Debtors currently propose to assume the executory contract or unexpired lease listed on Exhibit A hereto (the "Contract") to the extent not already rejected by Court order or expired by its own terms.[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall pay the cure amount set forth on Exhibit A in accordance with Section 11.3 of the Plan. Payment of such cure amount shall satisfy, in full, the Debtors' obligations pursuant to section 365(b)(1) of the Bankruptcy Code.

**PLEASE NOTE THAT THE CONTRACT LISTED ON EXHIBIT A WILL ONLY BE ASSUMED HEREUNDER IF THE PLAN IS APPROVED BY THE BANKRUPTCY COURT AND BECOMES EFFECTIVE.**

**PLEASE TAKE FURTHER NOTICE** that if you object to the Debtors' proposed assumption of the Contract, including to the cure amount set forth on Exhibit A hereto, and are unable to resolve your objection consensually with the Debtors, you must file a written objection with the Bankruptcy Court and state with specificity the nature of the objection and the proposed cure amount, and serve such objection on the following parties (the "Objection Notice Parties") **on or before December 15, 2011**: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

**PLEASE TAKE FURTHER NOTICE** that, if no objections are received by the above deadline, (i) you shall be deemed to have consented to the assumption of the Contract and shall be forever barred from asserting any objection with regard to such assumption, and (ii) the cure amount set forth on Exhibit A shall be binding upon you for all purposes and will constitute a final determination of total cure amount required to be paid by the Debtors in connection with the assumption of such Contract, and you shall be forever barred from asserting any other claims or cure amounts related to such Contract.

---

[2] This notice is without prejudice to the Debtors' rights to claim that the Contract expired by its own terms or was terminated prior to the effective date of assumption, as the case may be. Moreover, nothing herein shall be deemed an admission that the Contract is an enforceable obligation of the Debtors, is executory in nature, or that the Contract counterparty identified on Exhibit A has a valid claim against the Debtors. The Contract listed on Exhibit A will not be assumed until the Bankruptcy Court enters an order approving such assumption. The Debtors reserve all rights to remove the Contract from Exhibit A and the Plan Supplement, in which case such contract shall be deemed rejected as of the Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is received and such objection cannot otherwise be resolved by the parties, the Court may hear such objection at the hearing on February 14, 2012 at 10:00 a.m., or at such other date as determined by the Court or the parties.

**PLEASE TAKE FURTHER NOTICE** that if an objection to a cure amount is filed, the Debtors reserve the right to remove the applicable Contract from Exhibit A and the Plan Supplement if, among other things, the cure amount is ultimately determined by order of the Court to be higher than the cure amount set forth on Exhibit A, in which case such Contract shall be deemed rejected as of the Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Plan or the Plan Supplement, you should contact Epiq Bankruptcy Solutions, LLC, the voting and claims agent retained by the Debtors in these chapter 11 cases, at 1-866-879-0688 (domestic) or 1-503-597-7691 (international).

---

**If you have questions about this Notice or would like to resolve consensually any issues regarding assumption of the contract listed on Exhibit A or the cure amount listed on Exhibit A, please contact Joelle Halperin at (646) 285-9066 or by email at joelle.halperin@lamcollc.com.  In any event, you must follow the instructions above for filing formal objections to the proposed assumption of the contract or cure amount listed on Exhibit A.**

---

Dated:  December 1, 2011
         New York, New York

**Exhibit A**

| Deal ID | Debtor[1] | Counterparty | Date | Title of Agreement | Description[2] | Cure Amount |
|---------|-----------|--------------|------|--------------------|-----------------|-------------|
| R04A28 | LBHI | THE WITKOFF GROUP LLC | JUNE __, 1999 | ADVISORY SERVICES AGREEMENT | ONGOING SERVICES AGREEMENT | $0 |

---

[1] LBHI – Lehman Brothers Holdings Inc.
  LCPI – Lehman Commercial Paper Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

# EXHIBIT B

THE WITKOFF GROUP LLC
ATTN: SCOTT C. ALPER
130 EAST 59TH STREET, 15TH FLOOR
NEW YORK, NEW YORK 10022

THE WITKOFF GROUP LLC
220 EAST 42ND STREET
NEW YORK, NEW YORK 10017

GRANITE FINANCE SPC, FOR THE ACCOUNT OF
THE SERIES 2007-1-C SEGREGATED PORTFOLIO
ATTN: THOMAS MUSARRA
HSBC BANK, USA
CTLA - STRUCTURED FINANCE
10 EAST 40TH STREET, FLOOR 14
NEW YORK, NY 10016

GRANITE FINANCE SPC, FOR THE ACCOUNT OF
THE SERIES 2007-1-C SEGREGATED PORTFOLIO
C/O DEUTSCHE BANK (CAYMAN) LIMITED
P.O. BOX 1984
ELIZABETHAN SQUARE
GRAND CAYMAN KY1-1104
CAYMAN ISLANDS

GRANITE FINANCE SPC, FOR THE ACCOUNT OF
THE SERIES 2007-1-C SEGREGATED PORTFOLIO
DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL STREET
NEW YORK, NY 10005