STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale
Matthew G. Garofalo
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Walwilhal Associates, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re* | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

Mark Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On December 6, 2011, affiant caused to be served, true and correct copies of the *Notice of Adjournment of Hearing on the Motion for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001 to Lift the Automatic Stay to Permit Walwilhal Associates, LLC to Prosecute Certain Causes of*

*Action in State Court* (Dkt. No. 22990), via Overnight Mail upon the parties listed on the attached Service List "A."

3. On December 7, 2011, affiant caused to be served, true and correct copies of the *Notice of Adjournment of Hearing on the Motion for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001 to Lift the Automatic Stay to Permit Walwilhal Associates, LLC to Prosecute Certain Causes of Action in State Court* (Dkt. No. 22990), via Hand Delivery upon the parties listed on Service List "B."

/s/ Mark Wojcik
Mark Wojcik

Sworn to before me this
9th day of December, 2011

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

## Service List A

*Via Overnight Delivery*
Harvey Miller, Esq.
Richard Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Zaw Win, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Overnight Delivery*
Patrick J. Trostle, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908

*Via Overnight Delivery*
Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Matthew Brod, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

3

## Service List B

***Via Hand Delivery***
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004