B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,           Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Harold Shamah 2010 Family Trust
Name of Transferee

Shamah 2000 Family Trust
Name of Transferor

Name and Address where notices to transferee should be sent:
Harold Shamah 2010 Family Trust
C/O HIS Juveniles #1004
35 West 35th Street
New York, NY 10001
Phone: 212-594-4215
Last Four Digits of Acct #: 9211

Court Claim # (if known): 22072
Amount of Claim: $275,388.15
Date Claim Filed: 9/21/2009

Phone: 212-888-3033
Last Four Digits of Acct. #: 4907

Name and Address where transferee payments should be sent (if different from above):
Harold Shamah 2010 Family Trust
C/O HIS Juveniles #1004
35 West 35th Street
New York, NY 10001
Phone: 212-594-4215
Last Four Digits of Acct #: 9211

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Harold Shamah 2010 Family Trust_ /s/    Date: 12-6-11
Transferee/Transferee's Agent
Harold Shamah, Trustee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 22072 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/09/11 (date).

Shamah 2000 Family Trust
Name of Alleged Transferor

Harold Shamah 2010 Family Trust
Name of Transferee

Address of Alleged Transferor:
The Shamah 2000 Family Trust
C/O Chester B. Salomon, Esq.
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue, 16th Floor
New York, NY 10171

Address of Transferee:
Harold Shamah
C/O HIS Juveniles #1004
35 West 35th Street
New York, NY 10001

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

**LEHMAN BROTHERS HOLDINGS, INC., Debtor**
Case No. 08-13555 (JMP)

**EVIDENCE OF TRANSFER OF
PROOF OF CLAIM OF SHAMAH 2000 FAMILY TRUST**

In 2007 Shamah 2000 Family Trust ("Claimant") invested in Lehman Brothers Holdings, Inc.'s ("LBHI") "3 2/3-Year Cash-Settled Call Warrants Linked to the Performance of D.E. Shaw Oculus Fund (the "Oculus Warrant Fund").

As reflected in the Lehman Brothers Inc. Statement Account No. 832-04907 the Claimant owned 640 Warrants in the Oculus Warrant Fund.

On or about September 21, 2009, Claimant filed a proof of claim (no. 22072) claiming the value of the 640 warrants in the Oculus Warrant Fund.

In 2010 Claimant transferred its right, title and interest in the claim to Harold Shamah 2010 Family Trust, transferee.

Attached is the exercise of Trustee's Power to Distribute Trust Principal, dated July 1, 2010, wherein the Claimant has transferred the 640 Warrants in the Oculus Warrant Fund to Harold Shamah 2010 Family Trust as transferee.

# EXERCISE OF TRUSTEE'S POWER TO DISTRIBUTE TRUST PRINCIPAL

WHEREAS, a trust agreement was entered into as of July 14, 2000, between Isadore Shamah and Renee Shamah, as Grantors, and Rosalind Cohen, Merlene Levy, Harold Shamah and Isaac Shamah, as Trustees (the "Trust Agreement"), creating the "Shamah 2000 Family Trust" (the "Trust"); and

WHEREAS, Article FIRST of the Trust Agreement provides, in pertinent part:

> "The Trustees are authorized and empowered, in their sole and unreviewable discretion, at any time and from time to time, to pay to or apply for the benefit of any [member or members of a class of persons consisting of the Grantors' issue and the spouses of the Grantors' issue from time to time living], out of the principal of said trust fund, such sum or sums or distributions in cash or in kind, as the Trustees shall determine to be advisable for the support, maintenance, health and education of such beneficiary, including the entire principal of the trust in a lump sum."

WHEREAS, Article FIRST of the Trust Agreement further provides, in pertinent part:

> "Notwithstanding anything to the contrary, any distribution of income or principal from this trust to a beneficiary hereof, whether during the administration of the trust or upon its termination, in the sole and unreviewable discretion of the Trustees, may be (i) made directly to such beneficiary, (ii) applied for the benefit of such beneficiary or (iii) distributed to another trust which is in existence for the benefit of such beneficiary."

WHEREAS, NINTH of the Trust Agreement provides, in pertinent part:

> "Any discretion granted to the Trustees . . . to dispose of income or principal may not be exercised by any Trustee . . . in his or her own favor (including in whole or partial discharge of his or her legal obligations)."

WHEREAS, the sole trustees authorized to exercise a power to make a distribution of trust principal for the benefit of Harold Shamah are Merlene Shamah Levy, Rosalind Shamah Cohen and Isaac Shamah (the "Independent Trustees"); and

WHEREAS, the Independent Trustees wish to exercise their power under Article FIRST of the Trust Agreement by appointing the assets listed on Schedule A annexed hereto (the "Distributed Assets") to the Harold Shamah 2010 Family Trust created under a trust agreement

dated  June 7 , 2010, between the Independent Trustees, as Grantors, and Harold Shamah and Isaac Shamah, as Trustees (the "Harold Shamah 2010 Family Trust").

NOW, THEREFORE, Merlene Shamah Levy, Rosalind Shamah Cohen and Isaac Shamah, as the Independent Trustees of the Trust, do hereby exercise the power conferred upon them by Article FIRST of the Trust Agreement and do hereby appoint the Distributed Assets to Harold Shamah and Isaac Shamah, as Trustees of the Harold Shamah 2010 Family Trust, to be held, administered and disposed of in accordance with the terms thereof.

This instrument may be executed by the signatories hereto in one or more counterparts, each of which shall be an original and all of which shall together constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned have executed this instrument as of July 1, 2010.

_____
MERLENE SHAMAH LEVY, as Independent Trustee

_____
ROSALIND SHAMAH COHEN, as Independent Trustee

_____
ISAAC SHAMAH, as Independent Trustee

_____
HAROLD SHAMAH, as Trustee

2

## Schedule A

15% interest in Marlboro Partnership

10% interest in KingsCo LLC

640 Oculus warrants

3% of the cash held in the Trust as of the date hereof

NY847425.1
201848-02517

3