WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
---------------------------------------------------------------x

**OMNIBUS NOTICE OF HEARING ON DEBTORS'**
**SEVENTY-THIRD, ONE HUNDRED EIGHTEENTH, ONE HUNDRED THIRTIETH,**
**ONE HUNDRED THIRTY-FIRST, ONE HUNDRED THIRTY-THIRD, ONE**
**HUNDRED THIRTY-FOURTH, ONE HUNDRED THIRTY-FIFTH, AND**
**ONE HUNDRED SEVENTY-SIXTH OMNIBUS OBJECTIONS TO CLAIMS**
**(TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Seventy-Third Omnibus Objection to Claims **[Docket No. 13295]**, One Hundred Eighteenth Omnibus Objection to Claims **[Docket No. 15666]**, One Hundred and Thirtieth Omnibus Objection to Claims **[Docket No. 16115]**, One Hundred Thirty-First Omnibus Objection to Claims **[Docket No. 16116]**, One Hundred Thirty-Third Omnibus Objection to Claims **[Docket No. 16530]**, One Hundred Thirty-Fourth Omnibus Objection to Claims **[Docket No. 16532]**, One Hundred Thirty-Fifth Objection to Claims **[Docket No. 16808]**, and One Hundred Seventy-Sixth Omnibus Objection to Claims **[Docket No. 19392]** will be held on **December 21, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), solely as to the claims listed on Exhibit A attached

hereto.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: December 9, 2011
      New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## EXHIBIT A

## 73rd Objection

| Claimant Name | Claim Number | Docket Number |
| --- | --- | --- |
| Andrew Allard | 11044 | 14041 |
| Ian Anderson | 12809 | 14535 |
| Edmund Craston | 17879 | 13897 |
| Charles Diccianni | 12314 | 13879 |
| Kathleen C. Duffy | 21911 | 13879 |
| Robert C. Dyer | 28012 | 14058 |
| Sheryl Goldman | 10029 | 14116 |
| Michael Gran | 23900 | 14630 |
| Andrea T. Jao | 5340 | 14942, 16053 |
| Craig J. Kellard | 12821 | 14538 |
| Judith Ann Kenney | 13929 | 13865, 20996 |
| Mary E. Langevin | 24675 | 13878 |
| Samantha Malthouse | 9428 | 14533 |
| Barbara Muinos | 11043 | 14067 |
| Gavin Netzel | 12806 | 14541 |
| Richard Noble | 14197 | 14952 |
| Andrea Penton | 12044 | 14542 |
| Pail Nigel Shotton | 21362 | 13810 |
| Gregg Somma | 24373 | 13864 |
| Christopher A. Statham | 15690 | 14127 |
| Andrea Sullivan | 13087 | 14543 |

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Ian G. Toal | 12811 | 14544 |
| Colin S.A. Welch | 13290 | 13861 |

## 118th Objection

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Rocco F. Andriola | 10544 | 16950 |
| Madelyn Antoncic | 16516 | 16921 |
| Riccardo Banchetti | 20313 | 20664 |
| Bo Bazylevsky | 66323 | 16920 |
| Michael L. Bowyer | 15087 | 17047 |
| Alexandre Catalao Maia | 17760 | 17065 |
| Sandy Fleischman Richman | 8530 | N/A[1] |
| Richard J. Glasebrook II | 9682 | 20996 |
| Jason Goldberg | 23894 | 16765 |
| Randall J. Hutton | 14023 | 17078 |
| Henry Morgan Lawrence III | 3374 | 17021, 17022, 21065 |
| Fabio Liotti | 25895 | 16934 |
| Mary A. Lynch | 24409 | 17152 |
| Brian W. Monahan | 20775 | 17079 |
| Richard Nackenson | 13968 | 20996 |
| Anke Parr | 16039 | 20663 |
| Vincent A. Primiano | 31795 | 20662 |

---

[1] N/A denotes that the claimant did not file a formal docketed response with the court, but rather submitted an informal response to the Debtors' counsel.

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Vincent A. Primiano | 31796 | 20662 |
| Henry Ramallo | 17607 | 20996 |
| Brett S. Reiner | 19584 | N/A |
| Christian F. Reynolds | 28442 | `17153, 20996 |
| Giancarlo Sarrone | 15754 | 20665 |
| Marvin C. Schwartz | 20244 | 20996 |
| Harsh Shah | 14285 | 20666 |
| Stephanie J. Stiefel | 21711 | 20996 |
| William Phillip Walsh | 1707 | 16947 |
| David I Weiner | 18314 | 20996 |

## 130th Objection

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Jennifer Adler | 30611 | 16762 |
| Jennifer Becker | 13360 | 16917 |
| William Broadbent | 9971 | N/A |
| Nachiketa Das | 27231 | 17081 |
| Phillipe Dufournier | 15528 | 20667 |
| Inigo Fraser-Jenkins | 25772 | N/A |
| Nich Hoar | 30475 | N/A |
| Kyle Kettler | 13888 | 16778 |
| Nicole Lawrence | 3373 | 17022, 21065 |
| Manhua Leng | 27230 | N/A |
| Stewart Levy | 14342 | N/A |
| Michael O'Mara | 17872 | 17075 |

| Lisa Marcus | 24889 | 17132 |
|---|---|---|
| Vincent Mischler | 32557 | 17157 |
| Barry Porter | 12975 | 17159 |
| Matthew Walker | 12296 | 17158 |
| Jean de Watteville | 28313 | 16798 |

## 131st Objection

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Lisa Bogert | 33233 | 17156 |
| Anthony Carango | 25198 | 17077 |
| Patrick Cremin | 10101 | 17074 |
| Mathieu Desforges | 14260 | 17072 |
| Cynthia Flackman | 4709 | 16802 |
| Margaret Gattuso | 27735 | 16040 |
| Arthur Kenney | 14067 | 17160 |
| Linda Ludwig | 25110 | 16923 |
| Nikki Marshall | 23723 | N/A |
| Fiona Menzies | 8707 | 17076 |
| James Meyer | 32398 | 17039 |
| Boris Nedev | 22803 | N/A |
| Stefan Teschner | 14852 | N/A |
| Christian Whamond | 66053 | N/A |
| Robert Wilson | 9968 | N/A |

## 133rd Objection

| **Claimant Name** | **Claim Number** | **Docket Number** |
|---|---|---|
| Christian Bardehle | 14851 | N/A |
| Debbarh Latifa | 25874 | 17073 |
| Barry Falltrick | 12733 | 17749 |
| Ian Judd | 6286 | 17033 |

### **134th Objection**

| **Claimant Name** | **Claim Number** | **Docket Number** |
|---|---|---|
| Russell Mears | 11108 | 17768 |
| Milan Veleba | 8447 | 17376 |

### **135th Objection**

| **Claimant Name** | **Claim Number** | **Docket Number** |
|---|---|---|
| Gemma Day | 5952 | N/A/ |
| Vincent Primiano | 31794 | 20662 |
| Vincent Primiano | 31797 | 20662 |
| Vincent Primiano | 31798 | 20662 |
| Vincent Primiano | 31799 | 20662 |
| Vincent Primiano | 31800 | 20662 |
| Vincent Primiano | 31801 | 20662 |
| Vincent Primiano | 31802 | 20662 |
| Vincent Primiano | 31803 | 20662 |
| Vincent Primiano | 31804 | 20662 |
| Vincent Primiano | 31805 | 20662 |
| Vincent Primiano | 31806 | 20662 |

| Vincent Primiano | 31807 | 20662 |
| --- | --- | --- |
| Vincent Primiano | 31808 | 20662 |
| Vincent Primiano | 31809 | 20662 |
| Vincent Primiano | 31810 | 20662 |
| Vincent Primiano | 31811 | 20662 |
| Vincent Primiano | 31812 | 20662 |
| Vincent Primiano | 31813 | 20662 |
| Christiane Schuster | 11369 | 17747, 17925 |

## 176th Objection

| **Claimant Name** | **Claim Number** | **Docket Number** |
| --- | --- | --- |
| Guillemette Callies | 5733 | N/A |
| Darian Cohen | 16153 | N/A |
| Lars Jacobson | 24335 | N/A |
| Fabio Liotti | 15120 | N/A |
| Lisa Marcus | 16329 | 20147, 20397 |
| Kevin C. McCooey | 10370 | 20408 |
| Rodney A. Plaskett | 5063 | 20394 |
| Roger Saks | 19077 | 20755 |
| Amit K. Sarkar | 34872 | 20383 |
| Laurent Tuil | 32257 | 20384 |
| Jeffery K. Wardell | 24545 | 20140 |