AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer
Philip C. Dublin
Abid Qureshi
Kristine G. Manoukian

*Counsel to Centerbridge Credit Advisors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
| | |
|---|---|
| **In re:** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **08-13555 (JMP)** |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby withdraws its appearance as counsel to Centerbridge Credit Advisors LLC ("Centerbridge") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). Given the status of the Chapter 11 Cases, Centerbridge has determined that Akin Gump's services are no longer required in connection with the Chapter 11 Cases.

2

Dated:  New York, New York
December 9, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Philip C. Dublin*
Michael S. Stamer
Philip C. Dublin
Abid Qureshi
Kristine G. Manoukian
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
mstamer@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
kmanoukian@akingump.com

*Counsel to Centerbridge Credit Advisors LLC*

2