AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer
Natalie E. Levine

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to Sunshine Enterprises L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP hereby appears in the above-captioned case as counsel to Sunshine Enterprises L.P. ("Sunshine"), a party-in-interest herein, and enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests pursuant to Rules 2002(i), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required to be served in these cases, be given to and served upon the following:

        AKIN GUMP STRAUSS HAUER & FELD LLP
        One Bryant Park
        New York, New York 10036
        (212) 872-1000 (Telephone)
        (212) 872-1002 (Facsimile)
        Attn:   Michael S. Stamer
                Email: mstamer@akingump.com
                Natalie E. Levine
                Email: nlevine@akingump.com

        AKIN GUMP STRAUSS HAUER & FELD LLP
        1700 Pacific Avenue, Suite 4100
        Dallas, Texas 75201
        (214) 969-2800 (Telephone)
        (214) 969-4343 (Facsimile)
        Attn:   Sarah Link Schultz
                Email: sschultz@akingump.com

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, plan, disclosure statement or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors, the Debtors' estates, or Sunshine.

      **PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Sunshine, including, without limitation: (a) to require that where any adversary proceeding is to be initiated against Sunshine in this or any related cases or where any proceeding is to be initiated by complaint against Sunshine under applicable non-bankruptcy law, service shall be made on Sunshine in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b)

to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (c) to have a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Sunshine is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Sunshine expressly reserves and asserts.

| | |
|---|---|
| New York, New York<br>Dated: December 9, 2011 | */s/ Michael S. Stamer*<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000 (Telephone)<br>(212) 872-1002 (Facsimile)<br>Michael S. Stamer<br>Natalie E. Levine<br><br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>(214) 969-2800 (Telephone)<br>(214) 969-4343 (Facsimile)<br>Sarah Link Schultz<br><br>*Counsel to Sunshine Enterprises L.P.* |