B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

To the Debtors and the Bankruptcy Court:

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| Austarity Group LLC | Saphir Finance Public Limited Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Austarity Group LLC
c/o Richards Kibbe & Orbe LLP
Attn: Larry Halperin
One World Financial Center
New York, NY 10281

Court Claim # (if known): 67648 (as amends Claim # 19945)
Amount of Claim as Allowed: $137,000,000.00
Amount of Claim Transferred: $80,500,000.00
Date Claim Filed: August 31, 2011 (original Claim # 19945 filed September 21, 2009)
Debtor: Lehman Brothers Special Financing Inc.
Phone: _____
Last Four Digits of Acct. #: _____

Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Austarity Group LLC

By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Austarity Group LLC

By: _____   Date: _____

Name:    TIMOTHY LIN
Title:    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Saphir Finance Public Limited Company

Saphir Finance Public Limited Company ("Transferor"), pursuant to the terms of an Assignment of Claim Agreement and Evidences of Transfer of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Austarity Group LLC, its successors and assigns, with a mailing address at One World Financial Center, c/o Richards Kibbe & Orbe LLP, Attn: Larry Halperin, New York, NY 10281, 58.7591240875912% of all rights, title and interest in and to claim number 67648 against Lehman Brothers Special Financing Inc., in the amount of $80,500,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the ___th day of December, 2011.

**Austarity Group LLC**

By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Austarity Group LLC

By: _____
Name: TIMOTHY LIN
Title: Authorized Signatory

**Saphir Finance Public Limited Company**

By: _____
Name: André Bartholomae
Title: Bundesbankdirector

By: _____
Name: Christine Glockmann
Title: Bundesbankdirector

12

US 1154701v.5