# Exhibit A


WILMINGTON TRUST

## NOTICE OF EVENT OF DEFAULT
## TO HOLDERS OF SENIOR SECURITIES
## OF LEHMAN BROTHERS HOLDINGS INC. ISSUED UNDER
## INDENTURE DATED AS OF SEPTEMBER 1, 1987
## (SEE ATTACHED LIST OF CUSIP NOS.)

Wilmington Trust Company (the "Trustee") serves as successor trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formally known as Shearson Lehman Brothers Holdings Inc.) (the "Company") and the Trustee pursuant to which the above-referenced senior securities (the "Senior Securities") were issued and are outstanding. Capitalized terms used in this Notice have the meanings ascribed to such terms in the Indenture.

On September 15, 2008, the Company filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York as Case No. 08-13555 (JMP). The bankruptcy filing constitutes an Event of Default under Section 501(6) of the Indenture.

The Trustee has retained Michael B. Hopkins, Esq. and the law firm of Covington & Burling LLP to represent it in the bankruptcy case. The Trustee is a member of the official committee of unsecured creditors (the "Committee") in the bankruptcy case. The Committee has established a website for unsecured creditors at www.lehmancreditors.com. The Trustee recommends holders of the Senior Securities (the "Holders") monitor the website for information regarding the bankruptcy case.

Pursuant to Section 504 of the Indenture, the Trustee intends to file a global proof(s) of claim on behalf of all Holders on or before the deadline set for filing proofs of claim in the bankruptcy case. *Holders are advised that the Trustee's global proof(s) of claim will include amounts due under the Senior Securities only.* The Trustee is unable to provide legal advice to Holders regarding the filing of proofs of claim or other matters relating to the bankruptcy case. The Trustee recommends Holders consult their own legal counsel in this regard.

Enclosed for Holders' information is a copy of correspondence from legal counsel to an informal group of certain unaffiliated holders of notes issued by the Company ("Informal Noteholder Group"). All inquiries regarding the Informal Noteholder Group should be directed to its legal counsel as described in the correspondence.

Inquiries regarding the Senior Securities may be directed to the Trustee by telephone to 302.636.4185 or in writing to:

Wilmington Trust FSB
Attn: Julie J. Becker
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

Holders may complete the enclosed form and return it to the Trustee to be included on a matrix to receive future notices from the Trustee.

This Notice is provided for informational purposes only. The Trustee gives no legal, financial or tax advice regarding the Senior Securities or the matters described herein. Holders should consult with their own professionals regarding the Senior Securities and the bankruptcy case.

Dated: October 15, 2008                                                     WILMINGTON TRUST COMPANY,
                                                                             *as Indenture Trustee*

| Wilmington Trust Company: Lehman Brothers Holdings Inc. CUSIPs | | | | | |
|---|---|---|---|---|---|
| Lehman LTD Outstandings as of 09/15/2008* | 524935DD2 | 524935EF6 | 52522L566 | 524908WU0 | 52522L129 |
| 524908XL9 | 524935CU5 | 52522L822 | 52522L574 | 52523J206 | 52522L137 |
| 524908VN7 | 524935DF7 | 524908PH7 | 52522L582 | 52523J230 | 52522L145 |
| 5249087A2 | 524935DE0 | 524935EN9 | 52523J297 | 524908WW6 | 524908NY2 |
| 52522L251 | 524935DQ3 | 524908PL8 | 52523J305 | 524908JE1 | 52522L426 |
| 524908JC5 | 524935DT7 | 524908S27 | 524935EL3 | 524908XD7 | 524908PA2 |
| 524908LK4 | 524935DP5 | 524908PM6 | 524935EM1 | 524908NL0 | 5249085D8 |
| 524908L73 | 524935DR1 | 52522L236 | 52523J115 | 524908B66 | 52523J131 |
| 524935CV3 | 524908NZ9 | 524908LV0 | 52523J149 | 52520WAZ4 | 524908SH4 |
| 524908N30 | 524935BV4 | U5250MFR0 | 524908MB3 | 524908HW3 | 524908UL2 |
| 524908N48 | 524935BX0 | 52520W549 | 52522L798 | 524909BD9 | 524908AA8 |
| 524935AJ2 | 524935BY8 | 52522L327 | 52522L806 | U5250MES9 | 524908BF6 |
| 524908NV8 | 524908R69 | 52522L335 | 52522L814 | 524908HX1 | 524908NX4 |
| 5249087C8 | 5249083B4 | 52522L319 | 52522L871 | U52519AC6 | 52522L756 |
| 5249087K0 | 5249083S7 | 52522L301 | 52522L830 | 524909BE7 | 52522L731 |
| 5249087E4 | 5249083W8 | 52522L293 | 52522L848 | 52520W358 | 52522L749 |
| 524935CL5 | 524935EA7 | 52522L384 | 524908TY6 | 524908K25 | |
| 524935CN1 | 524935EB5 | 524935BF9 | 52520W341 | 524908J92 | |
| 524935CK7 | 524935DW0 | 52522L418 | 52523J156 | 524908NC0 | |
| 524935CP6 | 524935DX8 | 52523J222 | 524908CF5 | 524908SJ0 | |
| 524935CQ4 | 524935DY6 | 52523J172 | 524908JK7 | 524908CM0 | |
| 5249087D6 | 524935BN2 | 52520W440 | 524908MG2 | 524908UZ1 | |
| 52520WAM3 | 524935BR3 | 52522L459 | 52520W333 | 524908VB3 | |
| 524935AK9 | 524935BE2 | 52522L392 | 524908MR8 | 52522L244 | |
| 524935AV5 | 524935CA9 | 52522L376 | 524935129 | 52522L350 | |
| 5249086T2 | 524935CH4 | 524935CJ0 | 52523J263 | 5249083M0 | |
| 524935CW1 | 524908R77 | 524935CE1 | 52520W325 | 524908WS5 | |
| 524935CX9 | 524935DA8 | 52520WAD3 | 524908MV9 | 52522L533 | |
| 524935CY7 | 524935CR2 | 52523J248 | 5249086U9 | 524908UK4 | |
| 5249083H1 | 524935CT8 | 52523J255 | 5249086W5 | 5249085Y2 | |
| 524908X21 | 524935CZ4 | 52520W390 | 52522L632 | 524908WK2 | |
| 524935AX1 | 524935CM3 | 52522L483 | 52523J412 | 52522L475 | |
| 524935AW3 | 524908X54 | 52522L491 | 524908VE7 | 52520W283 | |
| 524908ET3 | 52522L558 | 524935DB6 | 524908MY3 | 52522L186 | |
| 524935AY9 | 524935DN0 | 52522L525 | 5249086M7 | 52522L889 | |
| 524935AZ6 | 524935DK6 | 524935DC4 | 52523J420 | 524908MP2 | |
| 52520WDF5 | 524908PF1 | 52522L657 | 524908VH0 | 52523J214 | |
| 524935DM2 | 52522L400 | 52522L673 | 52520W556 | 524908UH1 | |
| 524908R51 | 5249084X5 | 52522L699 | 52520W564 | 524908UY4 | |
| 524935AT0 | 5249085R7 | 52522L723 | 52523J446 | 52522L202 | |
| 5249087F1 | 524935DU4 | 52522L707 | 52523J438 | 524908VD9 | |
| 524935AP8 | 524935DV2 | 52522L715 | 524908WC0 | 524908NF3 | |
| 524935BG7 | 524908UP3 | 524908BQ2 | 524908FJ4 | 524908WD8 | |
| 524935CS0 | 5249086V7 | 524908SQ4 | 524908WE6 | 524908WF3 | |
| | 52520WDK4 | 524935ED1 | 52520W515 | 52520WAV3 | |
| | 5249086N5 | 524935EE9 | 524908FN5 | 52520WBD2 | |
| | 524935EC3 | 52522L772 | 52523J503 | 524908NM8 | |

1

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

## Wilmington Trust Company: Lehman Brothers Holdings Inc.
### CUSIPs

| Lehman MTN Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| 52517P7C9 | 52517P3S8 | 5252M0FF9 | 5252M0BE6 | 52517P7B1 | 5252M0CJ4 |
| 52517P3R0 | 5252M0CN5 | 5252M0FT9 | 52517P2M2 | 52517P6P1 | 52519FAD3 |
| 52517P5C1 | 52519FCZ2 | 5252M0BB2 | 52517PD65 | 52517P6M8 | 5252M0BY2 |
| 52517P5D9 | 52517P4K4 | 5252M0BQ9 | 52517PD65 | 52517PXV8 | 52517P4N8 |
| 52517P5E7 | 52517PK83 | 5252M0DB0 | 5252M0FZ5 | 52517P6X4 | 52519FAJ0 |
| 52517PC41 | 52517PK83 | 52517P2K6 | 5252M0GS0 | 52517P5T4 | 52519FAQ4 |
| 52517PC58 | 52517P4H1 | 52517P2L4 | 52517P2V2 | 52517P5N7 | 5252M0CX3 |
| 52517P6D8 | 52517P5Q0 | 5252M0ES2 | 52517PD57 | 52517PYD7 | 5252M0DD6 |
| 52517PL33 | 52517P6Q9 | 5252M0GE1 | 52517P6E6 | 5252M0BH9 | 52519FAR2 |
| 52517PQ46 | 52517P7E5 | 52517P2W0 | 5252M0CC9 | 5252M0GR2 | 52519FAW1 |
| 52517PQ53 | 52517P6U0 | 5252M0GB7 | 5252M0CG0 | 5252M0BG1 | 5252M0EV5 |
| 52517PQ53 | 52517PXT3 | 5252M0GA9 | 5252M0CR6 | 52517PR78 | 5252M0EQ6 |
| 52517PQ61 | 52517PXU0 | 52517P2Y6 | 5252M0DL8 | 52517PR78 | 5252M0EZ6 |
| 52517P2T7 | 52517P6Y2 | 52517P3A7 | 5252M0DA2 | 52517PSC6 | 52517PH61 |
| 52517P5V9 | 5252M0AN7 | 52517P3A7 | 52517PE98 | 52517PR60 | 5252M0FY8 |
| 5252M0BP1 | 52517P7H8 | 52517P3A7 | 5252M0EP8 | 5252M0AP2 | 5252M0FU6 |
| 52517PE23 | 52517PN98 | 5252M0BD8 | 52517PZE4 | 5252M0BM8 | 52517PRF0 |
| 5252M0DS3 | 52517PP21 | 52517P3X7 | 52517P5G2 | 5252M0BR7 | 52517PRH6 |
| 5252M0DT1 | 52517P3G4 | 52517PA35 | 5252M0EM5 | 5252M0BU0 | 52517P6W6 |
| 5252M0DT1 | 5252M0AF4 | 52517P3T6 | 82087KAG4 | 5252M0DF1 | 52517P6W6 |
| 52517PU74 | 5252M0AH0 | 5252M0GU5 | 52517PWC1 | 5252M0BK2 | 52519FEY3 |
| 5252M0DU8 | 5252M0FL6 | 52517P4E8 | 52517PWJ6 | 52517PYY1 | 52517PVV0 |
| 52517P4P3 | 5252M0AZ0 | 52517P4E8 | 52517PWD9 | 5252M0EE3 | 52517PWA5 |
| 52517PVU2 | 5252M0AC1 | 52517P4V0 | 52517PG96 | 5252M0EF0 | 52517PWB3 |
| 5252M0DY0 | 5252M0AX5 | 52517P4Y4 | 52517PG96 | 5252M0AE7 | 52517PWL1 |
| 52517PW31 | 5252M0BA4 | 5252M0DW4 | 5252M0EX1 | 5252M0FV4 | 52517PWT4 |
| 52517PW49 | 5252M0BC0 | 52517PVC2 | 5252M0AS6 | 52517PZW4 | 52517PWV9 |
| 52517PW56 | 5252M0BF3 | 52517P4Q1 | 5252M0AB3 | 5252M0GG6 | 52517PRX1 |
| 52517PU41 | 5252M0BN6 | 52517P4W8 | 5252M0AD9 | 52517P3B5 | 52519FDB4 |
| 52517PG21 | 52517PYN5 | 52517P5F4 | 5252M0FN2 | 52517P3C3 | 52517P5X5 |
| 52517PG39 | 52517P7K1 | 52517PR52 | 5252M0EB9 | 5252M0CD7 | 52517PXP1 |
| 52517PWH0 | 52517P5Z0 | 52517PWR8 | 5252M0GM3 | 52517P4U2 | 52517PXQ9 |
| 5252M0FB8 | 5252M0BT3 | 52517P6G1 | 5252M0GP6 | 52517P4C2 | 52517PXR7 |
| 5252M0FG7 | 5252M0BV8 | 52517P6V8 | 5252M0GC5 | 52517P3V1 | 52519FAG6 |
| 52517P5L1 | 5252M0DK0 | 52517P6F3 | 52517PWX5 | 5252M0GJ0 | 52519FAK7 |
| 5252M0FJ1 | 5252M0CE5 | 52517P6H9 | 52517PK59 | 52517P5J6 | 52517PYS4 |
| 5252M0FR3 | 5252M0DH7 | 52517P3N9 | 52517PK67 | 52517P4M0 | 52517PZJ3 |
| 52517PY70 | 52517PU33 | 52517P5P2 | 52517PK67 | 52517PB42 | 52517PZN4 |
| 5252M0AG2 | 5252M0CY1 | 52517P6R7 | 52517PW64 | 5252M0DQ7 | 52517PUF6 |
| 52517PWQ0 | 5252M0CP0 | 52517P5M9 | 5252M0GV3 | 52517P3P4 | 52517PZX2 |
| 52517P2Z3 | 5252M0DM6 | 52517PC33 | 52519FDA6 | 52517P3W9 | 52517PUQ2 |
| 52517P3Z2 | 5252M0ER4 | 52517P7G0 | 5252M0GW1 | 52517P6Z9 | 52517PZY0 |
| 52517P4F5 | 5252M0ED5 | 52517P7D7 | 5252M0GF8 | 52517P4R9 | 52517PUR0 |
| | 5252M0AL1 | 52517PY47 | 5252M0GX9 | 52517P4R9 | 52517PUU3 |
| | 5252M0EL7 | 52517PC74 | 52517PL74 | 5252M0FE2 | 52519FBL4 |
| | 5252M0FM4 | 52517PVM0 | 52517PL58 | 52519FAB7 | 52517PA68 |
| | 5252M0FS1 | 5252M0AQ0 | 52517P7A3 | 5252M0BZ9 | 52517PC66 |

2

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

08-13555-mg    Doc 23205-1    Filed 12/12/11    Entered 12/12/11 11:33:43    Exhibit A
Pg 5 of 8

*Wilmington Trust Company: Lehman Brothers Holdings Inc.*
*CUSIPs*

| | | | | | |
|---|---|---|---|---|---|
| 52517PUM1 | 52517PWE7 | 52517PM24 | 5252M0BS5 | 52519FBU4 | 52519FDP3 |
| 52517PD32 | 52519FDF5 | 52517PQ87 | 5252M0BX4 | 52519FBV2 | 52519FDQ1 |
| 52517PF63 | 52517PXS5 | 52517PQ20 | 5252M0CH8 | 52517PAE1 | 52519FDS7 |
| 52517PF71 | 52517PXW6 | 52517PR29 | 5252M0CL9 | 52519FBW0 | 52519FDU2 |
| 52517PF71 | 52517PXX4 | 52517PR37 | 5252M0CM7 | 52519FBX8 | 52519FDV0 |
| 52517PH53 | 52517PYE5 | 52517PT27 | 52519FFG1 | 52519FCA7 | 52519FDW8 |
| 52517PRW3 | 52517PYG0 | 52517PT92 | 5252M0DG9 | 52519FCC3 | 52519FDX6 |
| 52517PJ85 | 52517PYJ4 | 52517PU82 | 5252M0CQ8 | 52517P2J9 | 52519FDY4 |
| 52517PK91 | 52517PYH8 | 52517PV99 | 5252M0CT2 | 52519FDT5 | 52519FDZ1 |
| 52517PM81 | 52519FFC0 | 52517PW80 | 5252M0CV7 | 52517P2S9 | 52519FEA5 |
| 52517PM99 | 52517PYM7 | 52517PX89 | 52519FFJ5 | 52517PSJ1 | 52519FEB3 |
| 52517PN64 | 52517PYP0 | 52517PX48 | 5252M0CZ8 | 52517P3Y5 | 52519FEC1 |
| 52517PXZ9 | 52519FFF3 | 52517PX55 | 5252M0DV6 | 52517FET4 | 52519FED9 |
| 52517PS28 | 52519FDN8 | 52517PX63 | 52519FFH9 | 52517P5Y3 | 52519FEE7 |
| 52517PS28 | 52517PYT2 | 52517PY21 | 5252M0DZ7 | 52519FEW7 | 52519FEF4 |
| 52517PS44 | 52517PYU9 | 52517PY54 | 5252M0EA1 | 52519FEX5 | 52519FEG2 |
| 52517PYR6 | 52519FAP6 | 52517PZ61 | 5252M0EC7 | 52519FFA4 | 52519FEK3 |
| 52517PYQ8 | 52519FAS0 | 52517P2E0 | 5252M0EH6 | 5252M0CU9 | 52519FEL1 |
| 52517PT68 | 52519FDR9 | 52517PZ53 | 52519FAU5 | 5252M0EG8 | 52519FEM9 |
| 52517PT76 | 52519FAT8 | 52517P2H3 | 5252M0ET0 | 52517PNZ0 | 52519FEP2 |
| 52517PV73 | 52517PYX3 | 52517PY62 | 52519FAX9 | 52519FBY6 | 52519FEQ0 |
| 52517PYV7 | 52519FAV3 | 52517P3F6 | 5252M0EU7 | 52519FCB5 | 52519FEQ0 |
| 52517PZ79 | 52517PYW5 | 52517P2R1 | 5252M0DP9 | 52517PL25 | 52519FER8 |
| 52517PY96 | 52517PYZ8 | 52517P2X8 | 5252M0EK9 | 52519FCD1 | 52519FES6 |
| 52517PV40 | 52517PZA2 | 52517PZ38 | 52519FAZ4 | 52519FCE9 | 52519FEU1 |
| 52517PX97 | 52519FBD2 | 52517P2P5 | 5252M0EW3 | 52519FCF6 | 52519FEZ0 |
| 52517P4B4 | 52517PZL8 | 52517PSL6 | 52519FBA8 | 52519FCG4 | 52519FFB2 |
| 52517P2U4 | 52517PZM6 | 52517P3U3 | 5252M0EY9 | 52519FCH2 | 52519FFK2 |
| 52517P4S7 | 52517PZS3 | 52517P3H2 | 5252M0FA0 | 52519FCJ8 | 52519FCR0 |
| 52517P6L0 | 52519FFP1 | 52517P3L3 | 52519FBB6 | 52519FCK5 | 52519FCX7 |
| 52517PXM8 | 52517PA27 | 52517P4Z1 | 5252M0FC6 | 52519FCL3 | 52519FDK4 |
| 52517PSZ5 | 52517PZZ7 | 52517P5S6 | 52519FBC4 | 52519FCM1 | 52519FDL2 |
| 52519FAC5 | 52517PA43 | 52517P5K3 | 5252M0FK8 | 52519FCN9 | 52519FEH0 |
| 52519FAE1 | 52519FBP5 | 52517P4T5 | 5252M0FH5 | 52519FCP4 | 52519FEJ6 |
| 52519FAH4 | 52519FBS9 | 52517P6B2 | 5252M0FW2 | 52519FCQ2 | 52517PJ77 |
| 52519FAL5 | 52517PB34 | 52519FEV9 | 52519FBE0 | 52519FCT6 | 52517PK34 |
| 5252M0DJ3 | 52517PB59 | 52517P6C0 | 52519FBF7 | 52519FCU3 | 52517PP96 |
| 52519FAM3 | 52517PC25 | 52517P6S5 | 52519FBG5 | 52519FCV1 | 52517PQ38 |
| 52519FAN1 | 52517PD24 | 5252M0AU1 | 5252M0FX0 | 52519FCW9 | 52519FEN7 |
| 5252M0EN3 | 52519FFD8 | 5252M0AW7 | 52519FBH3 | 52519FCY5 | 52517PS69 |
| 5252M0FD4 | 52519FFE6 | 5252M0AA5 | 5252M0CF2 | 52519FDC2 | 52517PV81 |
| 52517PUL3 | 52517PE31 | 5252M0AJ6 | 52519FBJ9 | 52519FDD0 | 52517PW23 |
| 52517PUN9 | 52517PH46 | 5252M0AY3 | 52519FBK6 | 52519FDE8 | 52517P3M1 |
| 52517PUP4 | 52517PK42 | 5252M0BJ5 | 5252M0GQ4 | 52519FDG3 | 52517PX71 |
| 52519FBZ3 | 52517PL41 | 52517P3E9 | 52519FBM2 | 52519FDH1 | 52517P4A6 |
| 52517PVN8 | 52517PL66 | 52517P6A4 | 52519FBN0 | 52519FDJ7 | 52517P4X6 |
| 52517PAZ4 | 52517PM57 | 5252M0BL0 | 52519FBT7 | 52519FDM0 | 52517P6J5 |

3

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

## Wilmington Trust Company: Lehman Brothers Holdings Inc.
### CUSIPs

| |
|---|
| 52517P7L9 |
| 5252M0AT4 |
| 5252M0AM9 |
| 5252M0AV9 |
| 5252M0AR8 |
| 5252M0CS4 |
| 5252M0CW5 |
| 5252M0DE4 |
| 5252M0CB1 |
| 5252M0CK1 |
| 5252M0DR5 |
| 5252M0DX2 |
| 5252M0EJ2 |
| 52519FFL0 |
| 52519FFN6 |

4

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and current security registrar and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

**MICHAEL S. STAMER**
212.872.1025/fax: 212.872.1002
mstamer@akingump.com

September 25, 2008

VIA E-MAIL

James J. McGinley
Wilmington Trust Company
520 Madison Avenue
33rd Floor
New York, NY 10022

Re: In re Lehman Brothers Holdings, Inc., et al. (the "Debtors")

Dear Jim:

As you know, we are counsel to an informal group (the "Informal Noteholder Group") of certain unaffiliated holders of notes issued by Lehman Brothers Holdings, Inc. Currently, the members of the Informal Noteholder Group hold in the aggregate approximately $10 billion in senior notes. The Informal Noteholder Group is taking an active role in the Debtors' chapter 11 cases pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP). By this letter, the Informal Noteholder Group hereby requests that Wilmington Trust Company, as indenture trustee for certain series of senior notes issued pursuant to that certain indenture dated September 1, 1987, notify holders that if they hold in excess of $20 million in principal amount of senior notes and are interested in joining the Informal Noteholder Group, they should contact Phil Dublin at (212) 872-8083 (pdublin@akingump.com) or me at (212) 872-1025 (mstamer@akingump.com). Thank you.

Very truly yours,

Michael S. Stamer

cc: Philip C. Dublin, Esq.
Members of the Informal Noteholder Group

# TRUSTEE'S MAILING MATRIX

LEHMAN BROTHERS HOLDINGS INC.
SENIOR SECURITIES ISSUED UNDER
INDENTURE DATED AS OF SEPTEMBER 1, 1987

Name of Holder:_____

_____

Name of Broker(s)/ Investment Manager(s):_____

_____

Address:_____

_____

_____

Telephone Number:_____

Email Address: _____

Amount and Nature of Holdings (including CUSIP Nos.):_____

_____

_____

_____

_____

The undersigned hereby certifies that it is a holder of Senior Securities under the Indenture dated as of September 1, 1987 as set forth above.

Dated: _____    _____
                                          Authorized Signer

*Please return completed form to Wilmington Trust FSB, Attn: Julie J. Becker, 50 South Sixth Street, Suite 1290, Minneapolis, Minnesota 55402-1544*