# Exhibit B



# AMENDED NOTICE OF EVENT OF DEFAULT
## TO HOLDERS OF SENIOR SECURITIES
## OF LEHMAN BROTHERS HOLDINGS INC. ISSUED UNDER
## INDENTURE DATED AS OF SEPTEMBER 1, 1987
*(SEE ATTACHED AMENDED LIST OF CUSIP NOS.)*

**This notice amends the Notice of Event of Default, dated as of October 15, 2008 ("the Original Notice"), to holders of senior securities of Lehman Brothers Holdings Inc. issued under the Indenture (as defined below) (the "Senior Securities").**

Wilmington Trust Company (the "Trustee") serves as successor trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formally known as Shearson Lehman Brothers Holdings Inc.) (the "Company") and the Trustee pursuant to which the Senior Securities were issued and are outstanding. Capitalized terms not otherwise defined in this Notice have the meanings ascribed to such terms in the Indenture.

On September 15, 2008, the Company filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York as Case No. 08-13555 (JMP). The bankruptcy filing constitutes an Event of Default under Section 501(6) of the Indenture.

The Trustee has retained Michael B. Hopkins, Esq., and the law firm of Covington & Burling LLP to represent it in the bankruptcy case. The Trustee is a member of the official committee of unsecured creditors (the "Committee") in the bankruptcy case. The Committee has established a website for unsecured creditors at www.lehmancreditors.com. The Trustee recommends that holders of the Senior Securities (the "Holders") monitor the website for information regarding the bankruptcy case.

Pursuant to Section 504 of the Indenture, the Trustee intends to file a global proof(s) of claim on behalf of all Holders on or before the deadline set for filing proofs of claim in the bankruptcy case. *Holders are advised that the Trustee's global proof(s) of claim will include amounts due under the Senior Securities only.* The Trustee is unable to provide legal advice to Holders regarding the filing of proofs of claim. The Trustee recommends Holders consult their own legal counsel in this regard. **Holders who complete proofs of claim forms should file them in accordance with the directions set forth by the Company at its bankruptcy website (www.lehman-docket.com), or otherwise directed by the Company. Holders should not send completed proof of claim forms to the Trustee.**

**BASED ON ADDITIONAL INFORMATION PROVIDED BY THE PREDECESSOR TRUSTEE, SECURITIES RELATING TO THE FOLLOWING CUSIP NUMBERS, WHICH WERE INCLUDED ON THE LIST OF CUSIP NUMBERS ATTACHED TO THE ORIGINAL NOTICE, ARE NOT SENIOR SECURITIES FOR WHICH WILMINGTON TRUST COMPANY SERVES AS TRUSTEE UNDER THE INDENTURE: 524908JC5, 524908LV0, U5250MFR0, 524908VE7, 524908VH0, 524908WC0, 524908HW3, 524909BD9, U5250MES9, 524908HX1, U52519AC6, 524909BE7, 524908VD9 AND 524908WD8.**

**AMOUNTS DUE IN CONNECTION WITH THE ABOVE-REFERENCED CUSIP NUMBERS WILL NOT BE INCLUDED IN THE GLOBAL PROOF(S) OF CLAIM FILED BY THE TRUSTEE ON BEHALF OF**

**THE HOLDERS.  THE TRUSTEE IS UNABLE TO ASSIST PARTIES HOLDING THE SECURITIES REPRESENTED BY THE ABOVE-REFERENCED CUSIP NUMBERS.**

Inquiries regarding the Senior Securities may be directed to the Trustee as follows:

Wilmington Trust FSB
Attn:  Julie J. Becker (302) 636-4185[1]
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

or to the Trustee's attorneys:

Covington & Burling LLP
Attn: Michael B. Hopkins (212) 841-1064
Martin E. Beeler (212) 841-1023
The New York Times Building
620 Eighth Avenue
New York, NY  10018

Holders who have not already done so in connection with the Original Notice may complete the enclosed form and return it to the Trustee to be included on a matrix to receive future notices directly from the Trustee.  <u>HOLDERS WHO HAVE ALREADY SUBMITTED A TRUSTEE'S MAILING MATRIX FORM SHOULD NOT SUBMIT ANOTHER FORM</u>.

This Notice is provided for informational purposes only.  The Trustee gives no legal, financial or tax advice regarding the Senior Securities or the matters described herein.  Holders should consult with their own professionals regarding the Senior Securities and the bankruptcy case.

Dated: February 27, 2009                             WILMINGTON TRUST COMPANY,
                                                                              *as Indenture Trustee*

---

[1] *This phone line is monitored daily.  Calls will be returned in the order received.  Please do not leave multiple messages.*

*Please return completed form to Wilmington Trust FSB, Attn: Julie J. Becker, 50 South Sixth Street, Suite 1290, Minneapolis, Minnesota 55402-1544*

**TRUSTEE'S MAILING MATRIX[2]**

LEHMAN BROTHERS HOLDINGS INC.
SENIOR SECURITIES ISSUED UNDER
INDENTURE DATED AS OF SEPTEMBER 1, 1987

**Name of Holder(s)/Holder Representative(s):**_____

**Address:**_____

_____

**Name of Broker(s)/ Investment Manager(s):**_____

**Attn:**_____

**Address:**_____

_____

**Amount/Quantity and CUSIP No(s). of Holdings:**_____

_____

_____

_____

The undersigned hereby certifies that it is a holder of Senior Securities under the Indenture dated as of September 1, 1987 as set forth above.

Dated: _____          _____
                                          Holder, Broker, or Investment Manager

**HOLDERS WHO HAVE ALREADY SUBMITTED A TRUSTEE'S MAILING MATRIX FORM SHOULD NOT SUBMIT ANOTHER FORM**

---

[2] *This form is for communication purposes only, and enables the Trustee to send future notices directly to the Holders and/or brokers. One form may be used for multiple Senior Securities (CUSIP nos.). Please include attachments if necessary. Proof of ownership of the Senior Securities is not necessary.*