# Exhibit C



**NOTICE TO HOLDERS OF SENIOR NOTES
OF LEHMAN BROTHERS HOLDINGS INC.
(SEE ATTACHED LIST OF CUSIP NOS.)**

**RE: FILING OF AMENDED CHAPTER 11
PLAN AND DISCLOSURE STATEMENT**

Wilmington Trust Company (the "Trustee") is the successor indenture trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formally known as Shearson Lehman Brothers Holdings Inc.) ("LBHI") and the Trustee. Under the Indenture, LBHI issued the senior debt securities identified by CUSIP number on the attached Exhibit A (the "Senior Notes"). Holders of the Senior Notes are referred to herein as the "Senior Noteholders."

On September 15, 2008, and at various times thereafter, LBHI and certain of its affiliates commenced cases under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Cases"). LBHI and its affiliates that are subject to bankruptcy proceedings in the United States are referred to herein as the "Debtors."

On September 2, 2009, as authorized under the indenture, the Trustee filed a proof of claim against LBHI on behalf of the Senior Noteholders (the "Global Proof of Claim"). The Global Proof of Claim asserts claims against LBHI for, among other things, the principal, interest, and other amounts payable to the Senior Noteholders under the Senior Notes (the "Senior Noteholder Claim").

On January 25, 2011, the Debtors filed the First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Amended Plan") and the related Debtors' Disclosure Statement for First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "Disclosure Statement").

The Amended Plan and Disclosure Statement include, among other things, the Debtors' estimate of the percentage recovery for the allowed amount of the Senior Noteholder Claim. A summary chart setting forth the proposed treatment of the Senior Noteholder Claim is included on page 5 of the Disclosure Statement. The Senior Noteholder Claim is classified as a "Class 3" claim. Class 3 consists of "Senior Unsecured Claims against LBHI." According to the Disclosure Statement, Class 3 claimants are expected to recover 21.4% of the allowed amount of their claims. If the requisite percentage of Class 3 claimants does not vote to accept the Amended Plan, the estimated recovery percentage for Class 3 claims will be reduced to 17%. The Debtors have not yet provided a proposed total allowed amount of the Senior Noteholder Claim, nor has the Bankruptcy Court ruled on the claim. As discussed below, the Debtors have provided a proposed estimated allowed claim amount for those Senior Notes that are Senior Structured Notes (as defined below).

The Disclosure Statement includes information regarding the Debtors' proposed methodology (the "Valuation Methodology") for valuing certain of the Senior Notes that the Debtors consider to be "structured notes" (the "Senior Structured Notes"). Structured notes, according to the Disclosure Statement, are notes in which the return at maturity and/or the payment of periodic interest is linked to the performance of an underlying asset or group of assets, including global indices, single stock, currencies, interest rates, and various credit derivative instruments and baskets thereof. A description of the Valuation Methodology is included at pages 85-86 of the Disclosure Statement. The Debtors have provided a spreadsheet that identifies the Senior Structured Notes by CUSIP number and that includes the estimated allowed claim amount for each Senior Structured Note on the "Case Information" tab of their website, www.lehman-docket.com.

The Trustee is a member of the official committee of unsecured creditors (the "Committee") in the Bankruptcy Cases. The Committee supports the Amended Plan and will join the Debtors in further processing the Amended Plan.

The Senior Noteholders will be asked to vote to accept or reject the Amended Plan. The Debtors will provide detailed information on solicitation and voting procedures after the bankruptcy court approves the Disclosure Statement. The Court has not yet scheduled a hearing to approve the Disclosure Statement; the Trustee will issue a subsequent notice advising the Senior Noteholders of the hearing date when it is scheduled.

The Ad Hoc Group of Lehman Brothers Creditors (the "Ad Hoc Group[1]") filed a Joint Substantively Consolidating Chapter 11 Plan of Lehman Brothers Holdings Inc. and Certain of its Affiliated Debtors (the "Ad Hoc's Competing Plan") and a related Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan of Lehman Brothers Holdings Inc. and Certain of its Affiliated Debtors (the "Ad Hoc's Disclosure Statement," and together with the Ad Hoc's Competing Plan, the "Ad Hoc's Competing Plan and Disclosure Statement") on December 15, 2010. No hearing date is scheduled with respect to the Ad Hoc's Competing Plan and Disclosure Statement.

A Trustee's website that provides the Senior Noteholders with information about the Bankruptcy Cases will be available after March 15, 2011 at www.wilmingtontrust.com/Lehman. The Committee has established a website for unsecured creditors at www.lehmancreditors.com. As noted above, the Debtors maintain a website at www.lehman-docket.com. The Trustee recommends that the Senior Noteholders monitor these websites for information regarding the Bankruptcy Cases. Copies of the Amended Plan and Disclosure Statement, and the Ad Hoc's Competing Plan and Disclosure Statement, are available at each of these websites.

Inquiries regarding the Senior Notes may be directed to the Trustee as follows:

Wilmington Trust Company
Attn: Julie J. Becker (302) 636-4185[2]
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

or to the Trustee's attorneys:

Covington & Burling LLP
Attn: Michael B. Hopkins (212) 841-1064
Martin E. Beeler (212) 841-1023
The New York Times Building
620 Eighth Avenue
New York, NY 10018

This Notice is provided for informational purposes only. The Trustee gives no legal, financial or tax advice regarding the Senior Notes, the Amended Plan, Disclosure Statement or the other matters described herein. Senior Noteholders should consult with their own professionals regarding the Senior Notes.

Dated: February 24, 2011               WILMINGTON TRUST COMPANY,
                                        solely in its capacity *as Indenture Trustee*

---

[1] According to the Ad Hoc's Disclosure Statement, the Ad Hoc Group is comprised of pension funds, municipalities, institutional holders and secondary holders, holding over $12 billion of claims across the Lehman Brothers capital structure, including approximately $9.4 billion of Senior Unsecured Claims against LBHI.

[2] *This phone line is monitored daily. Calls will be returned in the order received. Please do not leave multiple messages.*

# Exhibit A

## Wilmington Trust Company: Lehman Brothers Holdings Inc.
### CUSIPs

| Lehman LTD Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| 524908AA8 | 52517PF63 | 52517PW23 | 52519FBE0 | 52519FDG3 | 52519FFF3 |
| 524908BF6 | 52517PF71 | 52517PW31 | 52519FBF7 | 52519FDH1 | 52519FFG1 |
| 524908BQ2 | 52517PG21 | 52517PW49 | 52519FBG5 | 52519FDJ7 | 52519FFH9 |
| 524908CF5 | 52517PG39 | 52517PW56 | 52519FBH3 | 52519FDK4 | 52519FFJ5 |
| 524908CM0 | 52517PG96 | 52517PW64 | 52519FBJ9 | 52519FDL2 | 52519FFK2 |
| 524908LK4 | 52517PH53 | 52517PWB3 | 52519FBK6 | 52519FDM0 | 52519FFL0 |
| 524908R51 | 52517PJ77 | 52517PWC1 | 52519FBL4 | 52519FDN8 | 52519FFN6 |
| 524908R69 | 52517PJ85 | 52517PWE7 | 52519FBM2 | 52519FDP3 | 52519FFP1 |
| 524908R77 | 52517PK34 | 52517PX48 | 52519FBN0 | 52519FDQ1 | 52520WDF5 |
| 524908S27 | 52517PK59 | 52517PX55 | 52519FBP5 | 52519FDR9 | 52520WDK4 |
| 524908SQ4 | 52517PK67 | 52517PXP1 | 52519FBS9 | 52519FDS7 | 5252M0AR8 |
| 524908X21 | 52517PK83 | 52517PXT3 | 52519FBT7 | 52519FDT5 | 5252M0AT4 |
| 524908X54 | 52517PK91 | 52517PXU0 | 52519FBU4 | 52519FDU2 | 5252M0BZ9 |
| 52517P2H3 | 52517PL33 | 52517PY54 | 52519FBV2 | 52519FDV0 | 5252M0CB1 |
| 52517P2K6 | 52517PL58 | 52517PYM7 | 52519FBW0 | 52519FDW8 | 5252M0CS4 |
| 52517P2L4 | 52517PN98 | 52517PYN5 | 52519FBX8 | 52519FDX6 | 5252M0CW5 |
| 52517P2R1 | 52517PP21 | 52517PYP0 | 52519FBY6 | 52519FDY4 | 5252M0DE4 |
| 52517P2X8 | 52517PP96 | 52517PYT2 | 52519FBZ3 | 52519FDZ1 | 5252M0DJ3 |
| 52517P3L3 | 52517PQ38 | 52517PYU9 | 52519FCA7 | 52519FEA5 | 5252M0DR5 |
| 52517P3M1 | 52517PQ46 | 52517PZE4 | 52519FCB5 | 52519FEB3 | 5252M0DX2 |
| 52517P3Y5 | 52517PQ53 | 52517PZW4 | 52519FCC3 | 52519FEC1 | 5252M0DY0 |
| 52517P4A6 | 52517PQ61 | 52517PZX2 | 52519FCD1 | 52519FED9 | 5252M0EJ2 |
| 52517P4C2 | 52517PQ87 | 52519FAB7 | 52519FCE9 | 52519FEE7 | 5252M0EN3 |
| 52517P4S7 | 52517PR52 | 52519FAC5 | 52519FCF6 | 52519FEF4 | 5252M0FD4 |
| 52517P4Z1 | 52517PR60 | 52519FAD3 | 52519FCG4 | 52519FEG2 | 5252M0FK8 |
| 52517P5C1 | 52517PR78 | 52519FAE1 | 52519FCH2 | 52519FEH0 | 5252M0FT9 |
| 52517P5D9 | 52517PS28 | 52519FAG6 | 52519FCJ8 | 52519FEJ6 | 82087KAG4 |
| 52517P5E7 | 52517PS69 | 52519FAH4 | 52519FCK5 | 52519FEK3 | 52517P2E0 |
| 52517P5X5 | 52517PSC6 | 52519FAJ0 | 52519FCL3 | 52519FEL1 | 52517P2J9 |
| 52517P5Y3 | 52517PSJ1 | 52519FAK7 | 52519FCM1 | 52519FEM9 | 52517P2P5 |
| 52517P6B2 | 52517PSL6 | 52519FAL5 | 52519FCN9 | 52519FEN7 | 52517P2S9 |
| 52517P6J5 | 52517PSZ5 | 52519FAM3 | 52519FCP4 | 52519FEP2 | 52517P2U4 |
| 52517P7L9 | 52517PT68 | 52519FAN1 | 52519FCQ2 | 52519FEQ0 | 52517P3E9 |
| 52517PA35 | 52517PT92 | 52519FAP6 | 52519FCR0 | 52519FER8 | 52517P3F6 |
| 52517PAE1 | 52517PU82 | 52519FAQ4 | 52519FCT6 | 52519FES6 | 52517P3H2 |
| 52517PAZ4 | 52517PUF6 | 52519FAR2 | 52519FCU3 | 52519FET4 | 52517P3U3 |
| 52517PB34 | 52517PUL3 | 52519FAS0 | 52519FCV1 | 52519FEU1 | 52517P4B4 |
| 52517PC33 | 52517PUM1 | 52519FAT8 | 52519FCW9 | 52519FEV9 | 52517P4N8 |
| 52517PC41 | 52517PUN9 | 52519FAU5 | 52519FCX7 | 52519FEW7 | 52517P4T5 |
| 52517PC58 | 52517PUP4 | 52519FAV3 | 52519FCY5 | 52519FEX5 | 52517P4X6 |
| 52517PD57 | 52517PUQ2 | 52519FAW1 | 52519FCZ2 | 52519FEY3 | 52517P5K3 |
| 52517PD65 | 52517PUR0 | 52519FAX9 | 52519FDA6 | 52519FEZ0 | 52517P5S6 |
| 52517PE23 | 52517PUU3 | 52519FAZ4 | 52519FDB4 | 52519FFA4 | 52517P6A4 |
| | 52517PV81 | 52519FBA8 | 52519FDC2 | 52519FFB2 | 52517P6C0 |
| | 52517PVN8 | 52519FBB6 | 52519FDD0 | 52519FFC0 | 52517P6L0 |
| | 52517PVU2 | 52519FBC4 | 52519FDE8 | 52519FFD8 | 52517P6S5 |
| | 52517PVV0 | 52519FBD2 | 52519FDF5 | 52519FFE6 | 52517P6W6 |

1

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
**CUSIPs**

| Lehman LTD Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| 52517PA27 | 52517PXS5 | 5252M0CF2 | 5249083W8 | 524908SH4 | 524935CS0 |
| 52517PA43 | 52517PXV8 | 5252M0CH8 | 5249084X5 | 524908SJ0 | 524935CT8 |
| 52517PA68 | 52517PXW6 | 5252M0CK1 | 5249085D8 | 524908TY6 | 524935CU5 |
| 52517PB42 | 52517PXX4 | 5252M0CL9 | 5249085R7 | 524908UH1 | 524935CV3 |
| 52517PB59 | 52517PXZ9 | 5252M0CM7 | 5249085Y2 | 524908UK4 | 524935CW1 |
| 52517PC25 | 52517PY21 | 5252M0CQ8 | 5249086M7 | 524908UL2 | 524935CX9 |
| 52517PC66 | 52517PY62 | 5252M0CT2 | 5249086N5 | 524908UP3 | 524935CY7 |
| 52517PC74 | 52517PY70 | 5252M0CU9 | 5249086T2 | 524908UY4 | 524935CZ4 |
| 52517PE31 | 52517PY96 | 5252M0CV7 | 5249086U9 | 524908UZ1 | 524935DA8 |
| 52517PH46 | 52517PYD7 | 5252M0CZ8 | 5249086V7 | 524908VB3 | 524935DB6 |
| 52517PH61 | 52517PYE5 | 5252M0DG9 | 5249086W5 | 524908VN7 | 524935DC4 |
| 52517PK42 | 52517PYG0 | 5252M0DP9 | 5249087A2 | 524908WE6 | 524935DD2 |
| 52517PL25 | 52517PYH8 | 5252M0DV6 | 5249087C8 | 524908WF3 | 524935DE0 |
| 52517PL41 | 52517PYJ4 | 5252M0DZ7 | 5249087D6 | 524908WK2 | 524935DF7 |
| 52517PL66 | 52517PYQ8 | 5252M0EA1 | 5249087E4 | 524908WS5 | 524935DK6 |
| 52517PM24 | 52517PYR6 | 5252M0EB9 | 5249087F1 | 524908WU0 | 524935DM2 |
| 52517PM57 | 52517PYS4 | 5252M0EC7 | 5249087K0 | 524908WW6 | 524935DN0 |
| 52517PM81 | 52517PYV7 | 5252M0EG8 | 524908B66 | 524908XD7 | 524935DP5 |
| 52517PM99 | 52517PYW5 | 5252M0EH6 | 524908ET3 | 524908XL9 | 524935DQ3 |
| 52517PN64 | 52517PYX3 | 5252M0EK9 | 524908FJ4 | 524935AJ2 | 524935DR1 |
| 52517PQ20 | 52517PYY1 | 5252M0ET0 | 524908FN5 | 524935AK9 | 524935DT7 |
| 52517PR29 | 52517PYZ8 | 5252M0EU7 | 524908J92 | 524935AP8 | 524935DU4 |
| 52517PR37 | 52517PZ38 | 5252M0EV5 | 524908JE1 | 524935AT0 | 524935DV2 |
| 52517PS44 | 52517PZ53 | 5252M0EW3 | 524908JK7 | 524935AV5 | 524935DW0 |
| 52517PT27 | 52517PZ61 | 5252M0EY9 | 524908K25 | 524935AW3 | 524935DX8 |
| 52517PT76 | 52517PZ79 | 5252M0FA0 | 524908L73 | 524935AX1 | 524935DY6 |
| 52517PV40 | 52517PZA2 | 5252M0FC6 | 524908MB3 | 524935AY9 | 524935EA7 |
| 52517PV73 | 52517PZJ3 | 5252M0FH5 | 524908MG2 | 524935AZ6 | 524935EB5 |
| 52517PV99 | 52517PZL8 | 5252M0FU6 | 524908MP2 | 524935BE2 | 524935EC3 |
| 52517PVM0 | 52517PZM6 | 5252M0FW2 | 524908MR8 | 524935BF9 | 524935ED1 |
| 52517PW80 | 52517PZN4 | 5252M0FX0 | 524908MV9 | 524935BG7 | 524935EE9 |
| 52517PWA5 | 52517PZS3 | 5252M0GB7 | 524908MY3 | 524935BN2 | 524935EF6 |
| 52517PWD9 | 52517PZY0 | 5252M0GD3 | 524908N30 | 524935BR3 | 524935EK5 |
| 52517PWL1 | 52517PZZ7 | 5252M0GN1 | 524908N48 | 524935BV4 | 524935EL3 |
| 52517PWQ0 | 52519FFM8 | 5252M0GQ4 | 524908NC0 | 524935BX0 | 524935EM1 |
| 52517PWT4 | 5252M0AA5 | 5252M0GU5 | 524908NF3 | 524935BY8 | 524935EN9 |
| 52517PWV9 | 5252M0AJ6 | 52517PNZ0 | 524908NL0 | 524935CA9 | 52517P2M2 |
| 52517PX63 | 5252M0AM9 | 52517P7A3 | 524908NM8 | 524935CE1 | 52517P2T7 |
| 52517PX71 | 5252M0AU1 | 52517PRF0 | 524908NV8 | 524935CH4 | 52517P2V2 |
| 52517PX89 | 5252M0AW7 | 52517PRH6 | 524908NX4 | 524935CJ0 | 52517P2W0 |
| 52517PX97 | 5252M0AY3 | 52517PRX1 | 524908NY2 | 524935CK7 | 52517P2Y6 |
| 52517PXM8 | 5252M0BJ5 | 5252M0AV9 | 524908NZ9 | 524935CL5 | 52517P2Z3 |
| 52517PXQ9 | 5252M0BL0 | 524935129 | 524908PA2 | 524935CM3 | 52517P3A7 |
| 52517PXR7 | 5252M0BS5 | 5249083B4 | 524908PF1 | 524935CN1 | 52517P3B5 |
| | 5252M0BX4 | 5249083H1 | 524908PH7 | 524935CP6 | 52517P3C3 |
| | 5252M0BY2 | 5249083M0 | 524908PL8 | 524935CQ4 | 52517P3G4 |
| | 5252M0CD7 | 5249083S7 | 524908PM6 | 524935CR2 | 52517P3N9 |

2

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

| Wilmington Trust Company: Lehman Brothers Holdings Inc. CUSIPs ||||||
|---|---|---|---|---|---|
| **Lehman LTD Outstandings as of 09/15/2008\*** | 52517P7B1 | 52522L384 | 52523J305 | 5252M0DB0 | 5252M0GW1 |
| | 52517P7C9 | 52522L392 | 52523J412 | 5252M0DD6 | 5252M0GX9 |
| | 52517P7D7 | 52522L400 | 52523J420 | 5252M0DF1 | |
| 52517P3P4 | 52517P7E5 | 52522L418 | 52523J438 | 5252M0DH7 | |
| 52517P3R0 | 52517P7G0 | 52522L426 | 52523J446 | 5252M0DK0 | |
| 52517P3S8 | 52517P7H8 | 52522L459 | 52523J503 | 5252M0DL8 | |
| 52517P3T6 | 52517P7K1 | 52522L475 | 5252M0AB3 | 5252M0DM6 | |
| 52517P3V1 | 52517PE98 | 52522L483 | 5252M0AC1 | 5252M0DQ7 | |
| 52517P3W9 | 52517PL74 | 52522L491 | 5252M0AD9 | 5252M0DS3 | |
| 52517P3X7 | 52517PU33 | 52522L525 | 5252M0AE7 | 5252M0DT1 | |
| 52517P3Z2 | 52517PU41 | 52522L533 | 5252M0AF4 | 5252M0DU8 | |
| 52517P4E8 | 52517PU74 | 52522L558 | 5252M0AG2 | 5252M0DW4 | |
| 52517P4F5 | 52517PVC2 | 52522L566 | 5252M0AH0 | 5252M0ED5 | |
| 52517P4H1 | 52517PWH0 | 52522L574 | 5252M0AL1 | 5252M0EE3 | |
| 52517P4K4 | 52517PWJ6 | 52522L582 | 5252M0AN7 | 5252M0EF0 | |
| 52517P4M0 | 52517PY47 | 52522L632 | 5252M0AP2 | 5252M0EL7 | |
| 52517P4P3 | 52520W283 | 52522L657 | 5252M0AQ0 | 5252M0EM5 | |
| 52517P4Q1 | 52520W325 | 52522L673 | 5252M0AS6 | 5252M0EP8 | |
| 52517P4R9 | 52520W333 | 52522L699 | 5252M0AX5 | 5252M0EQ6 | |
| 52517P4U2 | 52520W341 | 52522L707 | 5252M0AZ0 | 5252M0ER4 | |
| 52517P4V0 | 52520W358 | 52522L715 | 5252M0BA4 | 5252M0ES2 | |
| 52517P4W8 | 52520W390 | 52522L723 | 5252M0BB2 | 5252M0EX1 | |
| 52517P4Y4 | 52520W440 | 52522L731 | 5252M0BC0 | 5252M0EZ6 | |
| 52517P5F4 | 52520W515 | 52522L749 | 5252M0BD8 | 5252M0FB8 | |
| 52517P5G2 | 52520W549 | 52522L756 | 5252M0BE6 | 5252M0FE2 | |
| 52517P5J6 | 52520W556 | 52522L772 | 5252M0BF3 | 5252M0FF9 | |
| 52517P5L1 | 52520W564 | 52522L798 | 5252M0BG1 | 5252M0FG7 | |
| 52517P5M9 | 52520WAD3 | 52522L806 | 5252M0BH9 | 5252M0FJ1 | |
| 52517P5N7 | 52520WAM3 | 52522L814 | 5252M0BK2 | 5252M0FL6 | |
| 52517P5P2 | 52520WAV3 | 52522L822 | 5252M0BM8 | 5252M0FM4 | |
| 52517P5Q0 | 52520WAZ4 | 52522L830 | 5252M0BN6 | 5252M0FN2 | |
| 52517P5T4 | 52520WBD2 | 52522L848 | 5252M0BP1 | 5252M0FR3 | |
| 52517P5V9 | 52522L129 | 52522L871 | 5252M0BQ9 | 5252M0FS1 | |
| 52517P5Z0 | 52522L137 | 52522L889 | 5252M0BR7 | 5252M0FV4 | |
| 52517P6E6 | 52522L145 | 52523J115 | 5252M0BT3 | 5252M0FY8 | |
| 52517P6F3 | 52522L186 | 52523J131 | 5252M0BU0 | 5252M0FZ5 | |
| 52517P6G1 | 52522L202 | 52523J149 | 5252M0BV8 | 5252M0GA9 | |
| 52517P6H9 | 52522L236 | 52523J156 | 5252M0CC9 | 5252M0GC5 | |
| 52517P6M8 | 52522L244 | 52523J172 | 5252M0CE5 | 5252M0GE1 | |
| 52517P6P1 | 52522L251 | 52523J206 | 5252M0CG0 | 5252M0GF8 | |
| 52517P6Q9 | 52522L293 | 52523J214 | 5252M0CJ4 | 5252M0GG6 | |
| 52517P6R7 | 52522L301 | 52523J222 | 5252M0CN5 | 5252M0GJ0 | |
| 52517P6U0 | 52522L319 | 52523J230 | 5252M0CP0 | 5252M0GM3 | |
| 52517P6V8 | 52522L327 | 52523J248 | 5252M0CR6 | 5252M0GP6 | |
| 52517P6X4 | 52522L335 | 52523J255 | 5252M0CX3 | 5252M0GR2 | |
| 52517P6Y2 | 52522L350 | 52523J263 | 5252M0CY1 | 5252M0GS0 | |
| 52517P6Z9 | 52522L376 | 52523J297 | 5252M0DA2 | 5252M0GV3 | |

3

\*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.