# Exhibit D


WILMINGTON
TRUST

NOTICE TO HOLDERS OF SENIOR NOTES
OF LEHMAN BROTHERS HOLDINGS INC.
(SEE ATTACHED EXHIBIT A - LIST OF CUSIP NOS.)

RE: FILING OF SECOND AMENDED CHAPTER 11
PLAN AND DISCLOSURE STATEMENT AND
VALUATION METHODOLOGY APPLICABLE TO STRUCTURED SECURITIES

**This Notice provides an update on important matters in the Lehman Brothers Bankruptcy Cases. No action is required in connection with this Notice.**

Wilmington Trust Company (the "Trustee") is the successor indenture trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formerly known as Shearson Lehman Brothers Holdings Inc.) ("LBHI") and the Trustee. Under the Indenture, LBHI issued the senior debt securities identified by CUSIP numbers on the attached Exhibit A (the "Senior Notes"). Holders of the Senior Notes are referred to herein as the "Senior Noteholders."

On September 15, 2008, and at various times thereafter, LBHI and certain of its affiliates commenced cases under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Cases"). LBHI and its affiliates that are subject to bankruptcy proceedings in the United States are referred to herein as the "Debtors."

On September 2, 2009, as authorized under the indenture, the Trustee filed a proof of claim against LBHI on behalf of the Senior Noteholders (the "Global Proof of Claim"). The Global Proof of Claim asserts claims against LBHI for, among other things, the principal, interest, and other amounts payable to the Senior Noteholders under the Senior Notes (the "Senior Noteholder Claim").

On July 1, 2011, the Debtors filed the Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Second Amended Plan") [docket no. 18204 at www.lehman-docket.com] and the related Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "Disclosure Statement") [docket no. 18205 at www.lehman-docket.com ]. Thirty institutional creditors, representing over $100 billion in claims against the Debtors, have agreed to support the Second Amended Plan and Disclosure Statement and have signed Plan Support Agreements ("PSAs") with the Debtors. Those creditors who signed PSAs (the "PSA Creditors"), include substantially all of the proponents of the two alternative plans that were filed in the Bankruptcy Cases earlier this year. The proponents of the alternative plans have agreed not to prosecute their plans or seek approval of their disclosure statements while the Debtors seek approval and confirmation of the Second Amended Plan and Disclosure Statement.

The Trustee is a member of the official committee of unsecured creditors (the "Committee") in the Bankruptcy Cases. The Committee supports the Second Amended Plan and will join the Debtors in seeking confirmation of the Second Amended Plan.

A hearing to consider entry of an order determining that the Disclosure Statement contains "adequate information" pursuant to the Bankruptcy Code and approving the Disclosure Statement and the voting procedures and ballots with which creditors, including the Senior Noteholders, will vote on the Second Amended Plan will be held on August 30, 2011. The hearing will be held in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10014 on August 30, 2011 at 10:00 a.m. (Eastern Time) (the "Disclosure Statement Hearing"). The deadline for objections and responses to the motion for approval of the Disclosure Statement is August 11, 2011 at 4:00 p.m. (Eastern Time).

**The Debtors have not yet finalized the voting procedures and ballots. Once the Debtors have completed the voting procedures and ballots, and the Bankruptcy Court has approved them, the Debtors will send ballots to all voting creditors, including the Senior Noteholders, in advance of the voting deadline.[1]**

The Second Amended Plan and Disclosure Statement include, among other things, the Debtors' estimate of the percentage recovery for the allowed amount of the Senior Noteholder Claim. A summary chart setting forth the proposed treatment of the Senior Noteholder Claim is included on page 6 of the Disclosure Statement. The Senior Noteholder Claim is classified as a "Class 3" claim. Class 3 consists of "Senior Unsecured Claims against LBHI." According to the Disclosure Statement, Class 3 claimants are expected to recover 21.1% of the allowed amount of their claims. The Debtors have not yet provided a proposed total allowed amount of the Senior Noteholder Claim, nor has the Bankruptcy Court ruled on the claim. As discussed below, the Debtors have provided a proposed estimated allowed claim amount for those Senior Notes that are Senior Structured Securities (as defined below).

The Disclosure Statement includes information regarding the Debtors' proposed methodology (the "Valuation Methodology") for valuing certain of the Senior Notes that the Debtors consider to be "structured securities" (the "Senior Structured Securities"). Structured securities, according to the Disclosure Statement, are notes in which the return at maturity and/or the payment of periodic interest is linked to the performance of an underlying asset or group of assets, including global indices, single stock, currencies, interest rates, and various credit derivative instruments and baskets thereof. A description of the Valuation Methodology is included at pages 43-44 and Exhibit 11 of the Disclosure Statement. The Debtors have provided a spreadsheet that identifies the Senior Structured Securities by CUSIP number and that includes the estimated allowed claim amount for each Senior Structured Security on the "Case Information" tab of their website, www.lehman-docket.com. **Senior Notes that are not Senior Structured Securities will not appear on the spreadsheet and will not be subject to the Valuation Methodology.** The Debtors intend to republish the maximum allowable claim amounts for each Senior Structured Security on or before August 15, 2011.

On June 29, 2011, the Debtors filed an Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 For Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. (the "Structured Securities Motion") [docket no. 18127 at www.lehman-docket.com] seeking approval of notice and objection procedures to determine the allowed amount of claims based on certain structured securities issued by various Lehman entities. The Structured Securities Motion seeks to establish claim allowance procedures primarily for structured securities that do not have an indenture trustee, including structured securities issued as part of Lehman's European Medium-Term Note Program. The Global Proof of Claim is not subject to the proposed claim allowance procedures under the Structured Securities Motion. A hearing to consider the Structured Securities Motion is scheduled for August 9, 2011 at 2:00 p.m.

The Debtors do not seek court approval of the Valuation Methodology under the Structured Securities Motion, although they do intend to apply the Valuation Methodology to the structured securities that are subject to the motion, as described in the Disclosure Statement. In response to an earlier version of the Structured Securities Motion, on May 13, 2011, the Committee filed an informational statement that an independent analysis by its financial advisors revealed that there may be statistically relevant discrepancies between the Debtors' valuations according to the Valuation Methodology and the values arrived at through the Committee's sample testing process. The process to determine the appropriate methodology for valuing structured securities, including the Senior Structured Securities, is ongoing. Under the PSAs and the Second Amended Plan, the PSA Creditors have agreed that any structured securities claims that are held by such creditors and that are subject to the Structured Securities Motion will be valued according to the Valuation Methodology.

<u>NO ACTION IS REQUIRED AT THIS TIME</u>. **The Trustee will continue to monitor the bankruptcy proceedings, attend court hearings (including the Disclosure Statement Hearing and the hearing on the Structured Securities Motion), and take such further action on behalf of the Senior Noteholders as it deems appropriate. Any Senior Noteholder wishing to take any action in its individual capacity should consult its own professionals.**

The Trustee recommends that the Senior Noteholders monitor the Debtors' website (www.lehman-docket.com), the Committee's website (www.lehmancreditors.com), and the Trustee's website (www.wilmingtontrust.com/lehman) for

---

[1] **Senior Noteholders are not yet able to vote on the Second Amended Plan as the voting procedures (including the voting deadline) have yet to be approved by the Bankruptcy court. <u>No action is required at this time</u>.**

information regarding the Bankruptcy Cases. Copies of the Second Amended Plan and Disclosure Statement are available at each of these websites.

Inquiries regarding the Senior Notes may be directed to the Trustee as follows:

Wilmington Trust Company
Attn: Julie J. Becker (302) 636-4185[2]
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

or to the Trustee's attorneys:

Covington & Burling LLP
Attn: Martin E. Beeler (212) 841-1023
Amanda Raboy (212) 841-1171
The New York Times Building
620 Eighth Avenue
New York, NY 10018

This Notice is provided for informational purposes only. The Trustee gives no legal, financial or tax advice regarding the Senior Notes, the Second Amended Plan, Disclosure Statement or the other matters described herein. Senior Noteholders should consult with their own professionals regarding the Senior Notes.

Dated: July 26, 2011

WILMINGTON TRUST COMPANY,
solely in its capacity as Indenture Trustee

---

[2] *This phone line is monitored daily. Calls will be returned in the order received. Please do not leave multiple messages.*

# Exhibit A

## Wilmington Trust Company: Lehman Brothers Holdings Inc.
### CUSIPs

| Lehman LTD Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| 524908AA8 | 52517PF63 | 52517PW23 | 52519FBE0 | 52519FDG3 | 52519FFF3 |
| 524908BF6 | 52517PF71 | 52517PW31 | 52519FBF7 | 52519FDH1 | 52519FFG1 |
| 524908BQ2 | 52517PG21 | 52517PW49 | 52519FBG5 | 52519FDJ7 | 52519FFH9 |
| 524908CF5 | 52517PG39 | 52517PW56 | 52519FBH3 | 52519FDK4 | 52519FFJ5 |
| 524908CM0 | 52517PG96 | 52517PW64 | 52519FBJ9 | 52519FDL2 | 52519FFK2 |
| 524908LK4 | 52517PH53 | 52517PWB3 | 52519FBK6 | 52519FDM0 | 52519FFL0 |
| 524908R51 | 52517PJ77 | 52517PWC1 | 52519FBL4 | 52519FDN8 | 52519FFN6 |
| 524908R69 | 52517PJ85 | 52517PWE7 | 52519FBM2 | 52519FDP3 | 52519FFP1 |
| 524908R77 | 52517PK34 | 52517PX48 | 52519FBN0 | 52519FDQ1 | 52520WDF5 |
| 524908S27 | 52517PK59 | 52517PX55 | 52519FBP5 | 52519FDR9 | 52520WDK4 |
| 524908SQ4 | 52517PK67 | 52517PXP1 | 52519FBS9 | 52519FDS7 | 5252M0AR8 |
| 524908X21 | 52517PK83 | 52517PXT3 | 52519FBT7 | 52519FDT5 | 5252M0AT4 |
| 524908X54 | 52517PK91 | 52517PXU0 | 52519FBU4 | 52519FDU2 | 5252M0BZ9 |
| 52517P2H3 | 52517PL33 | 52517PY54 | 52519FBV2 | 52519FDV0 | 5252M0CB1 |
| 52517P2K6 | 52517PL58 | 52517PYM7 | 52519FBW0 | 52519FDW8 | 5252M0CS4 |
| 52517P2L4 | 52517PN98 | 52517PYN5 | 52519FBX8 | 52519FDX6 | 5252M0CW5 |
| 52517P2R1 | 52517PP21 | 52517PYP0 | 52519FBY6 | 52519FDY4 | 5252M0DE4 |
| 52517P2X8 | 52517PP96 | 52517PYT2 | 52519FBZ3 | 52519FDZ1 | 5252M0DJ3 |
| 52517P3L3 | 52517PQ38 | 52517PYU9 | 52519FCA7 | 52519FEA5 | 5252M0DR5 |
| 52517P3M1 | 52517PQ46 | 52517PZE4 | 52519FCB5 | 52519FEB3 | 5252M0DX2 |
| 52517P3Y5 | 52517PQ53 | 52517PZW4 | 52519FCC3 | 52519FEC1 | 5252M0DY0 |
| 52517P4A6 | 52517PQ61 | 52517PZX2 | 52519FCD1 | 52519FED9 | 5252M0EJ2 |
| 52517P4C2 | 52517PQ87 | 52519FAB7 | 52519FCE9 | 52519FEE7 | 5252M0EN3 |
| 52517P4S7 | 52517PR52 | 52519FAC5 | 52519FCF6 | 52519FEF4 | 5252M0FD4 |
| 52517P4Z1 | 52517PR60 | 52519FAD3 | 52519FCG4 | 52519FEG2 | 5252M0FK8 |
| 52517P5C1 | 52517PR78 | 52519FAE1 | 52519FCH2 | 52519FEH0 | 5252M0FT9 |
| 52517P5D9 | 52517PS28 | 52519FAG6 | 52519FCJ8 | 52519FEJ6 | 82087KAG4 |
| 52517P5E7 | 52517PS69 | 52519FAH4 | 52519FCK5 | 52519FEK3 | 52517P2E0 |
| 52517P5X5 | 52517PSC6 | 52519FAJ0 | 52519FCL3 | 52519FEL1 | 52517P2J9 |
| 52517P5Y3 | 52517PSJ1 | 52519FAK7 | 52519FCM1 | 52519FEM9 | 52517P2P5 |
| 52517P6B2 | 52517PSL6 | 52519FAL5 | 52519FCN9 | 52519FEN7 | 52517P2S9 |
| 52517P6J5 | 52517PSZ5 | 52519FAM3 | 52519FCP4 | 52519FEP2 | 52517P2U4 |
| 52517P7L9 | 52517PT68 | 52519FAN1 | 52519FCQ2 | 52519FEQ0 | 52517P3E9 |
| 52517PA35 | 52517PT92 | 52519FAP6 | 52519FCR0 | 52519FER8 | 52517P3F6 |
| 52517PAE1 | 52517PU82 | 52519FAQ4 | 52519FCT6 | 52519FES6 | 52517P3H2 |
| 52517PAZ4 | 52517PUF6 | 52519FAR2 | 52519FCU3 | 52519FET4 | 52517P3U3 |
| 52517PB34 | 52517PUL3 | 52519FAS0 | 52519FCV1 | 52519FEU1 | 52517P4B4 |
| 52517PC33 | 52517PUM1 | 52519FAT8 | 52519FCW9 | 52519FEV9 | 52517P4N8 |
| 52517PC41 | 52517PUN9 | 52519FAU5 | 52519FCX7 | 52519FEW7 | 52517P4T5 |
| 52517PC58 | 52517PUP4 | 52519FAV3 | 52519FCY5 | 52519FEX5 | 52517P4X6 |
| 52517PD57 | 52517PUQ2 | 52519FAW1 | 52519FCZ2 | 52519FEY3 | 52517P5K3 |
| 52517PD65 | 52517PUR0 | 52519FAX9 | 52519FDA6 | 52519FEZ0 | 52517P5S6 |
| 52517PE23 | 52517PUU3 | 52519FAZ4 | 52519FDB4 | 52519FFA4 | 52517P6A4 |
| | 52517PV81 | 52519FBA8 | 52519FDC2 | 52519FFB2 | 52517P6C0 |
| | 52517PVN8 | 52519FBB6 | 52519FDD0 | 52519FFC0 | 52517P6L0 |
| | 52517PVU2 | 52519FBC4 | 52519FDE8 | 52519FFD8 | 52517P6S5 |
| | 52517PVV0 | 52519FBD2 | 52519FDF5 | 52519FFE6 | 52517P6W6 |

1

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

## Wilmington Trust Company: Lehman Brothers Holdings Inc.
### CUSIPs

| Lehman LTD Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| | 52517PXS5 | 5252M0CF2 | 5249083W8 | 524908SH4 | 524935CS0 |
| | 52517PXV8 | 5252M0CH8 | 5249084X5 | 524908SJ0 | 524935CT8 |
| | 52517PXW6 | 5252M0CK1 | 5249085D8 | 524908TY6 | 524935CU5 |
| 52517PA27 | 52517PXX4 | 5252M0CL9 | 5249085R7 | 524908UH1 | 524935CV3 |
| 52517PA43 | 52517PXZ9 | 5252M0CM7 | 5249085Y2 | 524908UK4 | 524935CW1 |
| 52517PA68 | 52517PY21 | 5252M0CQ8 | 5249086M7 | 524908UL2 | 524935CX9 |
| 52517PB42 | 52517PY62 | 5252M0CT2 | 5249086N5 | 524908UP3 | 524935CY7 |
| 52517PB59 | 52517PY70 | 5252M0CU9 | 5249086T2 | 524908UY4 | 524935CZ4 |
| 52517PC25 | 52517PY96 | 5252M0CV7 | 5249086U9 | 524908UZ1 | 524935DA8 |
| 52517PC66 | 52517PYD7 | 5252M0CZ8 | 5249086V7 | 524908VB3 | 524935DB6 |
| 52517PC74 | 52517PYE5 | 5252M0DG9 | 5249086W5 | 524908VN7 | 524935DC4 |
| 52517PE31 | 52517PYG0 | 5252M0DP9 | 5249087A2 | 524908WE6 | 524935DD2 |
| 52517PH46 | 52517PYH8 | 5252M0DV6 | 5249087C8 | 524908WF3 | 524935DE0 |
| 52517PH61 | 52517PYJ4 | 5252M0DZ7 | 5249087D6 | 524908WK2 | 524935DF7 |
| 52517PK42 | 52517PYQ8 | 5252M0EA1 | 5249087E4 | 524908WS5 | 524935DK6 |
| 52517PL25 | 52517PYR6 | 5252M0EB9 | 5249087F1 | 524908WU0 | 524935DM2 |
| 52517PL41 | 52517PYS4 | 5252M0EC7 | 5249087K0 | 524908WW6 | 524935DN0 |
| 52517PL66 | 52517PYV7 | 5252M0EG8 | 524908B66 | 524908XD7 | 524935DP5 |
| 52517PM24 | 52517PYW5 | 5252M0EH6 | 524908ET3 | 524908XL9 | 524935DQ3 |
| 52517PM57 | 52517PYX3 | 5252M0EK9 | 524908FJ4 | 524935AJ2 | 524935DR1 |
| 52517PM81 | 52517PYY1 | 5252M0ET0 | 524908FN5 | 524935AK9 | 524935DT7 |
| 52517PM99 | 52517PYZ8 | 5252M0EU7 | 524908J92 | 524935AP8 | 524935DU4 |
| 52517PN64 | 52517PZ38 | 5252M0EV5 | 524908JE1 | 524935AT0 | 524935DV2 |
| 52517PQ20 | 52517PZ53 | 5252M0EW3 | 524908JK7 | 524935AV5 | 524935DW0 |
| 52517PR29 | 52517PZ61 | 5252M0EY9 | 524908K25 | 524935AW3 | 524935DX8 |
| 52517PR37 | 52517PZ79 | 5252M0FA0 | 524908L73 | 524935AX1 | 524935DY6 |
| 52517PS44 | 52517PZA2 | 5252M0FC6 | 524908MB3 | 524935AY9 | 524935EA7 |
| 52517PT27 | 52517PZJ3 | 5252M0FH5 | 524908MG2 | 524935AZ6 | 524935EB5 |
| 52517PT76 | 52517PZL8 | 5252M0FU6 | 524908MP2 | 524935BE2 | 524935EC3 |
| 52517PV40 | 52517PZM6 | 5252M0FW2 | 524908MR8 | 524935BF9 | 524935ED1 |
| 52517PV73 | 52517PZN4 | 5252M0FX0 | 524908MV9 | 524935BG7 | 524935EE9 |
| 52517PV99 | 52517PZS3 | 5252M0GB7 | 524908MY3 | 524935BN2 | 524935EF6 |
| 52517PVM0 | 52517PZY0 | 5252M0GD3 | 524908N30 | 524935BR3 | 524935EK5 |
| 52517PW80 | 52517PZZ7 | 5252M0GN1 | 524908N48 | 524935BV4 | 524935EL3 |
| 52517PWA5 | 52519FFM8 | 5252M0GQ4 | 524908NC0 | 524935BX0 | 524935EM1 |
| 52517PWD9 | 5252M0AA5 | 5252M0GU5 | 524908NF3 | 524935BY8 | 524935EN9 |
| 52517PWL1 | 5252M0AJ6 | 52517PNZ0 | 524908NL0 | 524935CA9 | 52517P2M2 |
| 52517PWQ0 | 5252M0AM9 | 52517P7A3 | 524908NM8 | 524935CE1 | 52517P2T7 |
| 52517PWT4 | 5252M0AU1 | 52517PRF0 | 524908NV8 | 524935CH4 | 52517P2V2 |
| 52517PWV9 | 5252M0AW7 | 52517PRH6 | 524908NX4 | 524935CJ0 | 52517P2W0 |
| 52517PX63 | 5252M0AY3 | 52517PRX1 | 524908NY2 | 524935CK7 | 52517P2Y6 |
| 52517PX71 | 5252M0BJ5 | 5252M0AV9 | 524908NZ9 | 524935CL5 | 52517P2Z3 |
| 52517PX89 | 5252M0BL0 | 524935129 | 524908PA2 | 524935CM3 | 52517P3A7 |
| 52517PX97 | 5252M0BS5 | 5249083B4 | 524908PF1 | 524935CN1 | 52517P3B5 |
| 52517PXM8 | 5252M0BX4 | 5249083H1 | 524908PH7 | 524935CP6 | 52517P3C3 |
| 52517PXQ9 | 5252M0BY2 | 5249083M0 | 524908PL8 | 524935CQ4 | 52517P3G4 |
| 52517PXR7 | 5252M0CD7 | 5249083S7 | 524908PM6 | 524935CR2 | 52517P3N9 |

2

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

| *Wilmington Trust Company: Lehman Brothers Holdings Inc.* *CUSIPs* | | | | | |
|---|---|---|---|---|---|
| **Lehman LTD Outstandings as of 09/15/2008\*** | 52517P7B1 | 52522L384 | 52523J305 | 5252M0DB0 | 5252M0GW1 |
| | 52517P7C9 | 52522L392 | 52523J412 | 5252M0DD6 | 5252M0GX9 |
| | 52517P7D7 | 52522L400 | 52523J420 | 5252M0DF1 | |
| 52517P3P4 | 52517P7E5 | 52522L418 | 52523J438 | 5252M0DH7 | |
| 52517P3R0 | 52517P7G0 | 52522L426 | 52523J446 | 5252M0DK0 | |
| 52517P3S8 | 52517P7H8 | 52522L459 | 52523J503 | 5252M0DL8 | |
| 52517P3T6 | 52517P7K1 | 52522L475 | 5252M0AB3 | 5252M0DM6 | |
| 52517P3V1 | 52517PE98 | 52522L483 | 5252M0AC1 | 5252M0DQ7 | |
| 52517P3W9 | 52517PL74 | 52522L491 | 5252M0AD9 | 5252M0DS3 | |
| 52517P3X7 | 52517PU33 | 52522L525 | 5252M0AE7 | 5252M0DT1 | |
| 52517P3Z2 | 52517PU41 | 52522L533 | 5252M0AF4 | 5252M0DU8 | |
| 52517P4E8 | 52517PU74 | 52522L558 | 5252M0AG2 | 5252M0DW4 | |
| 52517P4F5 | 52517PVC2 | 52522L566 | 5252M0AH0 | 5252M0ED5 | |
| 52517P4H1 | 52517PWH0 | 52522L574 | 5252M0AL1 | 5252M0EE3 | |
| 52517P4K4 | 52517PWJ6 | 52522L582 | 5252M0AN7 | 5252M0EF0 | |
| 52517P4M0 | 52517PY47 | 52522L632 | 5252M0AP2 | 5252M0EL7 | |
| 52517P4P3 | 52520W283 | 52522L657 | 5252M0AQ0 | 5252M0EM5 | |
| 52517P4Q1 | 52520W325 | 52522L673 | 5252M0AS6 | 5252M0EP8 | |
| 52517P4R9 | 52520W333 | 52522L699 | 5252M0AX5 | 5252M0EQ6 | |
| 52517P4U2 | 52520W341 | 52522L707 | 5252M0AZ0 | 5252M0ER4 | |
| 52517P4V0 | 52520W358 | 52522L715 | 5252M0BA4 | 5252M0ES2 | |
| 52517P4W8 | 52520W390 | 52522L723 | 5252M0BB2 | 5252M0EX1 | |
| 52517P4Y4 | 52520W440 | 52522L731 | 5252M0BC0 | 5252M0EZ6 | |
| 52517P5F4 | 52520W515 | 52522L749 | 5252M0BD8 | 5252M0FB8 | |
| 52517P5G2 | 52520W549 | 52522L756 | 5252M0BE6 | 5252M0FE2 | |
| 52517P5J6 | 52520W556 | 52522L772 | 5252M0BF3 | 5252M0FF9 | |
| 52517P5L1 | 52520W564 | 52522L798 | 5252M0BG1 | 5252M0FG7 | |
| 52517P5M9 | 52520WAD3 | 52522L806 | 5252M0BH9 | 5252M0FJ1 | |
| 52517P5N7 | 52520WAM3 | 52522L814 | 5252M0BK2 | 5252M0FL6 | |
| 52517P5P2 | 52520WAV3 | 52522L822 | 5252M0BM8 | 5252M0FM4 | |
| 52517P5Q0 | 52520WAZ4 | 52522L830 | 5252M0BN6 | 5252M0FN2 | |
| 52517P5T4 | 52520WBD2 | 52522L848 | 5252M0BP1 | 5252M0FR3 | |
| 52517P5V9 | 52522L129 | 52522L871 | 5252M0BQ9 | 5252M0FS1 | |
| 52517P5Z0 | 52522L137 | 52522L889 | 5252M0BR7 | 5252M0FV4 | |
| 52517P6E6 | 52522L145 | 52523J115 | 5252M0BT3 | 5252M0FY8 | |
| 52517P6F3 | 52522L186 | 52523J131 | 5252M0BU0 | 5252M0FZ5 | |
| 52517P6G1 | 52522L202 | 52523J149 | 5252M0BV8 | 5252M0GA9 | |
| 52517P6H9 | 52522L236 | 52523J156 | 5252M0CC9 | 5252M0GC5 | |
| 52517P6M8 | 52522L244 | 52523J172 | 5252M0CE5 | 5252M0GE1 | |
| 52517P6P1 | 52522L251 | 52523J206 | 5252M0CG0 | 5252M0GF8 | |
| 52517P6Q9 | 52522L293 | 52523J214 | 5252M0CJ4 | 5252M0GG6 | |
| 52517P6R7 | 52522L301 | 52523J222 | 5252M0CN5 | 5252M0GJ0 | |
| 52517P6U0 | 52522L319 | 52523J230 | 5252M0CP0 | 5252M0GM3 | |
| 52517P6V8 | 52522L327 | 52523J248 | 5252M0CR6 | 5252M0GP6 | |
| 52517P6X4 | 52522L335 | 52523J255 | 5252M0CX3 | 5252M0GR2 | |
| 52517P6Y2 | 52522L350 | 52523J263 | 5252M0CY1 | 5252M0GS0 | |
| 52517P6Z9 | 52522L376 | 52523J297 | 5252M0DA2 | 5252M0GV3 | |

3

\*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.