# Exhibit E



# NOTICE TO HOLDERS OF SENIOR NOTES OF
# LEHMAN BROTHERS HOLDINGS INC.[1]
# RE: VALUATION METHODOLOGY APPLICABLE TO
# LBHI STRUCTURED NOTES[2] AND REQUEST FOR DIRECTION

**THIS NOTICE PROVIDES IMPORTANT INFORMATION REGARDING THE VALUATION OF LBHI STRUCTURED NOTES (AS DEFINED BELOW). ACTION MAY BE REQUIRED BY SENIOR NOTEHOLDERS WHO DISAGREE WITH THE TRUSTEE'S PROPOSED ACTION**

## BACKGROUND

Wilmington Trust Company (the "Trustee") is the successor indenture trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formerly known as Shearson Lehman Brothers Holdings Inc.) ("LBHI") and the Trustee. Under the Indenture, LBHI issued the senior debt securities (the "Senior Notes"). Holders of the Senior Notes are referred to herein as the "Senior Noteholders."

On September 15, 2008, (the "Petition Date") and at various times thereafter, LBHI and certain of its affiliates commenced cases under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Cases"). LBHI and its affiliates that are subject to bankruptcy proceedings in the United States are referred to herein as the "Debtors."

On September 2, 2009, as authorized under the indenture, the Trustee filed a proof of claim against LBHI on behalf of the Senior Noteholders (the "Global Proof of Claim"). The Global Proof of Claim asserts claims against LBHI for, among other things, the principal, interest, and other amounts payable to the Senior Noteholders under the Senior Notes (the "Senior Noteholder Claim").

On July 1, 2011, the Debtors filed the Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Second Amended Plan") [docket no. 18204 at www.lehman-docket.com] and the related Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "Disclosure Statement") [docket no. 18205 at www.lehman-docket.com].

The Trustee is a member of the Official Committee of Unsecured Creditors (the "Committee") in the Bankruptcy Cases.

## MATTERS RELATING ONLY TO THE LBHI STRUCTURED NOTES

The Disclosure Statement provides information regarding the Debtors' proposed methodology (the "Valuation Methodology") for valuing those Senior Notes that the Debtors identify as "structured securities." The Debtors identify "structured securities" as those "notes that predominantly provide that the return at maturity and/or the payment of periodic interest is linked to the performance of an underlying asset or group of assets, including global indices, single stocks, currencies, interest rates, and various credit derivative instruments and baskets thereof" [Disclosure Statement at 43]. The Senior Notes that fall within this definition (the "LBHI Structured Notes") are listed by CUSIP number on the attached Exhibit B.

---

[1] See attached Exhibit A – List of CUSIP nos. for all the Senior Notes.
[2] See attached Exhibit B – List of CUSIP nos. for only the LBHI Structured Notes. **IF THE CUSIP NO. OF YOUR NOTES IS NOT INCLUDED ON THE ATTACHED EXHIBIT B, THE VALUATION METHODOLOGY DESCRIBED IN THIS NOTICE DOES NOT APPLY TO YOU.**

The Valuation Methodology that the Debtors intend to apply to all structured securities issued by any of the Debtors, including the LBHI Structured Notes, is described at pages 43-44 and Exhibit 11 of the Disclosure Statement. The Debtors have generated a spreadsheet that identifies all structured notes by CUSIP number and sets out the maximum allowed claim amount for each structured security under the valuation methodology (the "Structured Securities List"). The LBHI Structured Notes are included on the Structured Securities List, available electronically on the "Case Information" tab of the Debtors' website, www.lehman-docket.com. The Debtors will republish the maximum allowable claim amounts for each LBHI Structured Note on or before August 15, 2011 to adjust the foreign exchange rates used to calculate the maximum allowable amount of each structured security to reflect the prevailing rates as of the Petition Date. **Senior Notes that are not LBHI Structured Notes do not appear on the Structured Securities List and are not subject to the Valuation Methodology.**

On August 10, 2011, the Court entered an Order (the "Order") [docket no. 19120 at www.lehman-docket.com] granting the Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 For Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. (the "Structured Securities Motion") [docket no. 18127 at www.lehman-docket.com] and approving notice and objection procedures to determine the allowed amount of claims based on certain structured securities issued by various Lehman entities. The Order establishes claim allowance procedures for structured securities that, unlike the Senior Notes, do not have an indenture trustee, including structured securities issued as part of Lehman's European Medium-Term Note Program.

The Committee filed a statement in response to the Structured Securities Motion on August 5, 2011 (the "Committee's Response") [docket no. 19042 at www.lehman-docket.com], in which the Committee stated that:

> "LBHI's Structured Securities Valuation Methodology for the Structured Securities that the Debtors have categorized as fair market value notes ("FMV Notes") is based on "LBHI's prepetition internal accounting methodology," and is reflected by the values of the Structured Securities listed on [LBHI's prepetition general ledger] (the "GL"). Based on an extensive diligence process on a sampling of the Structured Securities conducted by FTI Consulting, Inc. ("FTI"), financial advisor to the Committee, the prepetition valuation methods used by LBHI appear to be generally consistent with comparable methods employed by broker-dealers for purposes of valuing securities on their financial statements at the time the GL values were determined. The Committee and its advisors recognize, however, that there are other reasonable methods to value these FMV Notes."

Committee's Response at 2, *quoting* Structured Securities Motion ex. B at B-4.

The Disclosure Statement provides that *the Debtors will apply* the Valuation Methodology to all structured securities issued by various Lehman entities, including the LBHI Structured Notes [Disclosure Statement at 43]. However, *the Debtors will not apply* the claim allowance procedures under the Structured Securities Motion to the LBHI Structured Notes. Instead, the Structured Securities Motion states that LBHI will negotiate the allowed claim amount for the Global Proof of Claim with the Trustee.

On August 11, 2011, the Trustee filed an objection to the Disclosure Statement (the "Objection") [docket no. 19149 at www.lehman-docket.com] requesting that the Debtors include in the Disclosure Statement information provided in the Committee's Statement with respect to the Valuation Methodology. The Trustee also requested that the Disclosure Statement expressly state that the claim allowance procedures under the Structured Securities Motion do not apply to the Global Proof of Claim. As the Trustee previously notified Senior Noteholders, a hearing on approval of the Disclosure Statement will be held on August 30, 2011.

## TRUSTEE'S PROPOSED ACTION AND REQUEST FOR DIRECTION

Pursuant to Section 512 of the Indenture, Senior Noteholders holding a majority in principal amount of a series of outstanding Senior Notes have the right to direct the Trustee as to the time, method and place of conducting any proceeding for any remedy available to the Trustee with respect to that series, subject to the conditions set forth therein. Pursuant to Section 603 of the Indenture, the Trustee is under no obligation to exercise any rights or powers vested in it at the direction of any Senior Noteholder unless the Trustee is provided reasonable security or indemnity against the costs, expenses and liabilities which might be incurred by the Trustee's compliance with any direction.

2

As described above, FTI has concluded that the prepetition valuation methods used by LBHI appear to be generally consistent with comparable methods employed by broker-dealers for purposes of valuing securities on their financial statements at the time the general ledger values were determined. **ACCORDINGLY, THE TRUSTEE PRESENTLY INTENDS TO ACCEPT THE ALLOWED CLAIM AMOUNTS FOR THE LBHI STRUCTURED NOTES THAT ARE PRODUCED BY THE VALUATION METHODOLOGY, AS SET FORTH ON THE STRUCTURED SECURITIES LIST, UNLESS DIRECTED OTHERWISE IN ACCORDANCE WITH THE TERMS OF THE INDENTURE. ANY DIRECTION MUST BE FROM HOLDERS OF A MAJORITY IN PRINCIPAL AMOUNT OF THE RELEVANT SERIES OF OUTSTANDING SENIOR NOTES AND INCLUDE AN APPROPRIATE INDEMNITY. THE TRUSTEE WILL DETERMINE IN ITS SOLE DISCRETION WHETHER ANY SUCH DIRECTION AND INDEMNIFICATION IS EFFECTIVE UNDER THE TERMS AND CONDITIONS OF THE INDENTURE.**

The Trustee will continue to monitor the bankruptcy proceedings, attend court hearings, and take such further action on behalf of the Senior Noteholders as it deems appropriate. Any Senior Noteholder wishing to take any action in its individual capacity should consult its own professionals.

The Trustee recommends that the Senior Noteholders monitor the Debtors' website (www.lehman-docket.com), the Committee's website (www.lehmancreditors.com), and the Trustee's website (www.wilmingtontrust.com/lehman) for information regarding the Bankruptcy Cases.

Inquiries regarding the Senior Notes may be directed to the Trustee as follows:

> Wilmington Trust Company
> Attn: Julie J. Becker (302) 636-4185[3]
> 50 South Sixth Street, Suite 1290
> Minneapolis, Minnesota 55402-1544
>
> or to the Trustee's attorneys:
>
> Covington & Burling LLP
> Attn: Martin E. Beeler (212) 841-1023
> Amanda Raboy (212) 841-1171
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018

This Notice is provided for informational purposes only. The Trustee gives no legal, financial or tax advice regarding the Senior Notes, the Second Amended Plan, Disclosure Statement or the other matters described herein. Senior Noteholders should consult with their own professionals regarding the Senior Notes.

Dated: August 11, 2011                WILMINGTON TRUST COMPANY,
                                      solely in its capacity as Indenture Trustee

---

[3] *This phone line is monitored daily. Calls will be returned in the order received. Please do not leave multiple messages.*

3

# Exhibit A

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
**CUSIPs**

| Lehman LTD Outstandings as of 09/15/2008* | | | | | |
|---|---|---|---|---|---|
| 524908AA8 | 52517PF63 | 52517PW23 | 52519FBE0 | 52519FDG3 | 52519FFF3 |
| 524908BF6 | 52517PF71 | 52517PW31 | 52519FBF7 | 52519FDH1 | 52519FFG1 |
| 524908BQ2 | 52517PG21 | 52517PW49 | 52519FBG5 | 52519FDJ7 | 52519FFH9 |
| 524908CF5 | 52517PG39 | 52517PW56 | 52519FBH3 | 52519FDK4 | 52519FFJ5 |
| 524908CM0 | 52517PG96 | 52517PW64 | 52519FBJ9 | 52519FDL2 | 52519FFK2 |
| 524908LK4 | 52517PH53 | 52517PWB3 | 52519FBK6 | 52519FDM0 | 52519FFL0 |
| 524908R51 | 52517PJ77 | 52517PWC1 | 52519FBL4 | 52519FDN8 | 52519FFN6 |
| 524908R69 | 52517PJ85 | 52517PWE7 | 52519FBM2 | 52519FDP3 | 52519FFP1 |
| 524908R77 | 52517PK34 | 52517PX48 | 52519FBN0 | 52519FDQ1 | 52520WDF5 |
| 524908S27 | 52517PK59 | 52517PX55 | 52519FBP5 | 52519FDR9 | 52520WDK4 |
| 524908SQ4 | 52517PK67 | 52517PXP1 | 52519FBS9 | 52519FDS7 | 5252M0AR8 |
| 524908X21 | 52517PK83 | 52517PXT3 | 52519FBT7 | 52519FDT5 | 5252M0AT4 |
| 524908X54 | 52517PK91 | 52517PXU0 | 52519FBU4 | 52519FDU2 | 5252M0BZ9 |
| 52517P2H3 | 52517PL33 | 52517PY54 | 52519FBV2 | 52519FDV0 | 5252M0CB1 |
| 52517P2K6 | 52517PL58 | 52517PYM7 | 52519FBW0 | 52519FDW8 | 5252M0CS4 |
| 52517P2L4 | 52517PN98 | 52517PYN5 | 52519FBX8 | 52519FDX6 | 5252M0CW5 |
| 52517P2R1 | 52517PP21 | 52517PYP0 | 52519FBY6 | 52519FDY4 | 5252M0DE4 |
| 52517P2X8 | 52517PP96 | 52517PYT2 | 52519FBZ3 | 52519FDZ1 | 5252M0DJ3 |
| 52517P3L3 | 52517PQ38 | 52517PYU9 | 52519FCA7 | 52519FEA5 | 5252M0DR5 |
| 52517P3M1 | 52517PQ46 | 52517PZE4 | 52519FCB5 | 52519FEB3 | 5252M0DX2 |
| 52517P3Y5 | 52517PQ53 | 52517PZW4 | 52519FCC3 | 52519FEC1 | 5252M0DY0 |
| 52517P4A6 | 52517PQ61 | 52517PZX2 | 52519FCD1 | 52519FED9 | 5252M0EJ2 |
| 52517P4C2 | 52517PQ87 | 52519FAB7 | 52519FCE9 | 52519FEE7 | 5252M0EN3 |
| 52517P4S7 | 52517PR52 | 52519FAC5 | 52519FCF6 | 52519FEF4 | 5252M0FD4 |
| 52517P4Z1 | 52517PR60 | 52519FAD3 | 52519FCG4 | 52519FEG2 | 5252M0FK8 |
| 52517P5C1 | 52517PR78 | 52519FAE1 | 52519FCH2 | 52519FEH0 | 5252M0FT9 |
| 52517P5D9 | 52517PS28 | 52519FAG6 | 52519FCJ8 | 52519FEJ6 | 82087KAG4 |
| 52517P5E7 | 52517PS69 | 52519FAH4 | 52519FCK5 | 52519FEK3 | 52517P2E0 |
| 52517P5X5 | 52517PSC6 | 52519FAJ0 | 52519FCL3 | 52519FEL1 | 52517P2J9 |
| 52517P5Y3 | 52517PSJ1 | 52519FAK7 | 52519FCM1 | 52519FEM9 | 52517P2P5 |
| 52517P6B2 | 52517PSL6 | 52519FAL5 | 52519FCN9 | 52519FEN7 | 52517P2S9 |
| 52517P6J5 | 52517PSZ5 | 52519FAM3 | 52519FCP4 | 52519FEP2 | 52517P2U4 |
| 52517P7L9 | 52517PT68 | 52519FAN1 | 52519FCQ2 | 52519FEQ0 | 52517P3E9 |
| 52517PA35 | 52517PT92 | 52519FAP6 | 52519FCR0 | 52519FER8 | 52517P3F6 |
| 52517PAE1 | 52517PU82 | 52519FAQ4 | 52519FCT6 | 52519FES6 | 52517P3H2 |
| 52517PAZ4 | 52517PUF6 | 52519FAR2 | 52519FCU3 | 52519FET4 | 52517P3U3 |
| 52517PB34 | 52517PUL3 | 52519FAS0 | 52519FCV1 | 52519FEU1 | 52517P4B4 |
| 52517PC33 | 52517PUM1 | 52519FAT8 | 52519FCW9 | 52519FEV9 | 52517P4N8 |
| 52517PC41 | 52517PUN9 | 52519FAU5 | 52519FCX7 | 52519FEW7 | 52517P4T5 |
| 52517PC58 | 52517PUP4 | 52519FAV3 | 52519FCY5 | 52519FEX5 | 52517P4X6 |
| 52517PD57 | 52517PUQ2 | 52519FAW1 | 52519FCZ2 | 52519FEY3 | 52517P5K3 |
| 52517PD65 | 52517PUR0 | 52519FAX9 | 52519FDA6 | 52519FEZ0 | 52517P5S6 |
| 52517PE23 | 52517PUU3 | 52519FAZ4 | 52519FDB4 | 52519FFA4 | 52517P6A4 |
| | 52517PV81 | 52519FBA8 | 52519FDC2 | 52519FFB2 | 52517P6C0 |
| | 52517PVN8 | 52519FBB6 | 52519FDD0 | 52519FFC0 | 52517P6L0 |
| | 52517PVU2 | 52519FBC4 | 52519FDE8 | 52519FFD8 | 52517P6S5 |
| | 52517PVV0 | 52519FBD2 | 52519FDF5 | 52519FFE6 | 52517P6W6 |

1

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

| Wilmington Trust Company: Lehman Brothers Holdings Inc. CUSIPs ||||||
|---|---|---|---|---|---|
| **Lehman LTD Outstandings as of 09/15/2008*** | 52517PXS5 | 5252M0CF2 | 5249083W8 | 524908SH4 | 524935CS0 |
| | 52517PXV8 | 5252M0CH8 | 5249084X5 | 524908SJ0 | 524935CT8 |
| | 52517PXW6 | 5252M0CK1 | 5249085D8 | 524908TY6 | 524935CU5 |
| 52517PA27 | 52517PXX4 | 5252M0CL9 | 5249085R7 | 524908UH1 | 524935CV3 |
| 52517PA43 | 52517PXZ9 | 5252M0CM7 | 5249085Y2 | 524908UK4 | 524935CW1 |
| 52517PA68 | 52517PY21 | 5252M0CQ8 | 5249086M7 | 524908UL2 | 524935CX9 |
| 52517PB42 | 52517PY62 | 5252M0CT2 | 5249086N5 | 524908UP3 | 524935CY7 |
| 52517PB59 | 52517PY70 | 5252M0CU9 | 5249086T2 | 524908UY4 | 524935CZ4 |
| 52517PC25 | 52517PY96 | 5252M0CV7 | 5249086U9 | 524908UZ1 | 524935DA8 |
| 52517PC66 | 52517PYD7 | 5252M0CZ8 | 5249086V7 | 524908VB3 | 524935DB6 |
| 52517PC74 | 52517PYE5 | 5252M0DG9 | 5249086W5 | 524908VN7 | 524935DC4 |
| 52517PE31 | 52517PYG0 | 5252M0DP9 | 5249087A2 | 524908WE6 | 524935DD2 |
| 52517PH46 | 52517PYH8 | 5252M0DV6 | 5249087C8 | 524908WF3 | 524935DE0 |
| 52517PH61 | 52517PYJ4 | 5252M0DZ7 | 5249087D6 | 524908WK2 | 524935DF7 |
| 52517PK42 | 52517PYQ8 | 5252M0EA1 | 5249087E4 | 524908WS5 | 524935DK6 |
| 52517PL25 | 52517PYR6 | 5252M0EB9 | 5249087F1 | 524908WU0 | 524935DM2 |
| 52517PL41 | 52517PYS4 | 5252M0EC7 | 5249087K0 | 524908WW6 | 524935DN0 |
| 52517PL66 | 52517PYV7 | 5252M0EG8 | 524908B66 | 524908XD7 | 524935DP5 |
| 52517PM24 | 52517PYW5 | 5252M0EH6 | 524908ET3 | 524908XL9 | 524935DQ3 |
| 52517PM57 | 52517PYX3 | 5252M0EK9 | 524908FJ4 | 524935AJ2 | 524935DR1 |
| 52517PM81 | 52517PYY1 | 5252M0ET0 | 524908FN5 | 524935AK9 | 524935DT7 |
| 52517PM99 | 52517PYZ8 | 5252M0EU7 | 524908J92 | 524935AP8 | 524935DU4 |
| 52517PN64 | 52517PZ38 | 5252M0EV5 | 524908JE1 | 524935AT0 | 524935DV2 |
| 52517PQ20 | 52517PZ53 | 5252M0EW3 | 524908JK7 | 524935AV5 | 524935DW0 |
| 52517PR29 | 52517PZ61 | 5252M0EY9 | 524908K25 | 524935AW3 | 524935DX8 |
| 52517PR37 | 52517PZ79 | 5252M0FA0 | 524908L73 | 524935AX1 | 524935DY6 |
| 52517PS44 | 52517PZA2 | 5252M0FC6 | 524908MB3 | 524935AY9 | 524935EA7 |
| 52517PT27 | 52517PZJ3 | 5252M0FH5 | 524908MG2 | 524935AZ6 | 524935EB5 |
| 52517PT76 | 52517PZL8 | 5252M0FU6 | 524908MP2 | 524935BE2 | 524935EC3 |
| 52517PV40 | 52517PZM6 | 5252M0FW2 | 524908MR8 | 524935BF9 | 524935ED1 |
| 52517PV73 | 52517PZN4 | 5252M0FX0 | 524908MV9 | 524935BG7 | 524935EE9 |
| 52517PV99 | 52517PZS3 | 5252M0GB7 | 524908MY3 | 524935BN2 | 524935EF6 |
| 52517PVM0 | 52517PZY0 | 5252M0GD3 | 524908N30 | 524935BR3 | 524935EK5 |
| 52517PW80 | 52517PZZ7 | 5252M0GN1 | 524908N48 | 524935BV4 | 524935EL3 |
| 52517PWA5 | 52519FFM8 | 5252M0GQ4 | 524908NC0 | 524935BX0 | 524935EM1 |
| 52517PWD9 | 5252M0AA5 | 5252M0GU5 | 524908NF3 | 524935BY8 | 524935EN9 |
| 52517PWL1 | 5252M0AJ6 | 52517PNZ0 | 524908NL0 | 524935CA9 | 52517P2M2 |
| 52517PWQ0 | 5252M0AM9 | 52517P7A3 | 524908NM8 | 524935CE1 | 52517P2T7 |
| 52517PWT4 | 5252M0AU1 | 52517PRF0 | 524908NV8 | 524935CH4 | 52517P2V2 |
| 52517PWV9 | 5252M0AW7 | 52517PRH6 | 524908NX4 | 524935CJ0 | 52517P2W0 |
| 52517PX63 | 5252M0AY3 | 52517PRX1 | 524908NY2 | 524935CK7 | 52517P2Y6 |
| 52517PX71 | 5252M0BJ5 | 5252M0AV9 | 524908NZ9 | 524935CL5 | 52517P2Z3 |
| 52517PX89 | 5252M0BL0 | 524935129 | 524908PA2 | 524935CM3 | 52517P3A7 |
| 52517PX97 | 5252M0BS5 | 5249083B4 | 524908PF1 | 524935CN1 | 52517P3B5 |
| 52517PXM8 | 5252M0BX4 | 5249083H1 | 524908PH7 | 524935CP6 | 52517P3C3 |
| 52517PXQ9 | 5252M0BY2 | 5249083M0 | 524908PL8 | 524935CQ4 | 52517P3G4 |
| 52517PXR7 | 5252M0CD7 | 5249083S7 | 524908PM6 | 524935CR2 | 52517P3N9 |

2

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
*CUSIPs*

| Lehman LTD Outstandings as of 09/15/2008* | | | | | | |
|---|---|---|---|---|---|---|
| 52517P3P4 | 52517P7B1 | 52522L384 | 52523J305 | 5252M0DB0 | 5252M0GW1 | |
| 52517P3R0 | 52517P7C9 | 52522L392 | 52523J412 | 5252M0DD6 | 5252M0GX9 | |
| 52517P3S8 | 52517P7D7 | 52522L400 | 52523J420 | 5252M0DF1 | | |
| 52517P3T6 | 52517P7E5 | 52522L418 | 52523J438 | 5252M0DH7 | | |
| 52517P3V1 | 52517P7G0 | 52522L426 | 52523J446 | 5252M0DK0 | | |
| 52517P3W9 | 52517P7H8 | 52522L459 | 52523J503 | 5252M0DL8 | | |
| 52517P3X7 | 52517P7K1 | 52522L475 | 5252M0AB3 | 5252M0DM6 | | |
| 52517P3Z2 | 52517PE98 | 52522L483 | 5252M0AC1 | 5252M0DQ7 | | |
| 52517P4E8 | 52517PL74 | 52522L491 | 5252M0AD9 | 5252M0DS3 | | |
| 52517P4F5 | 52517PU33 | 52522L525 | 5252M0AE7 | 5252M0DT1 | | |
| 52517P4H1 | 52517PU41 | 52522L533 | 5252M0AF4 | 5252M0DU8 | | |
| 52517P4K4 | 52517PU74 | 52522L558 | 5252M0AG2 | 5252M0DW4 | | |
| 52517P4M0 | 52517PVC2 | 52522L566 | 5252M0AH0 | 5252M0ED5 | | |
| 52517P4P3 | 52517PWH0 | 52522L574 | 5252M0AL1 | 5252M0EE3 | | |
| 52517P4Q1 | 52517PWJ6 | 52522L582 | 5252M0AN7 | 5252M0EF0 | | |
| 52517P4R9 | 52517PY47 | 52522L632 | 5252M0AP2 | 5252M0EL7 | | |
| 52517P4U2 | 52520W283 | 52522L657 | 5252M0AQ0 | 5252M0EM5 | | |
| 52517P4V0 | 52520W325 | 52522L673 | 5252M0AS6 | 5252M0EP8 | | |
| 52517P4W8 | 52520W333 | 52522L699 | 5252M0AX5 | 5252M0EQ6 | | |
| 52517P4Y4 | 52520W341 | 52522L707 | 5252M0AZ0 | 5252M0ER4 | | |
| 52517P5F4 | 52520W358 | 52522L715 | 5252M0BA4 | 5252M0ES2 | | |
| 52517P5G2 | 52520W390 | 52522L723 | 5252M0BB2 | 5252M0EX1 | | |
| 52517P5J6 | 52520W440 | 52522L731 | 5252M0BC0 | 5252M0EZ6 | | |
| 52517P5L1 | 52520W515 | 52522L749 | 5252M0BD8 | 5252M0FB8 | | |
| 52517P5M9 | 52520W549 | 52522L756 | 5252M0BE6 | 5252M0FE2 | | |
| 52517P5N7 | 52520W556 | 52522L772 | 5252M0BF3 | 5252M0FF9 | | |
| 52517P5P2 | 52520W564 | 52522L798 | 5252M0BG1 | 5252M0FG7 | | |
| 52517P5Q0 | 52520WAD3 | 52522L806 | 5252M0BH9 | 5252M0FJ1 | | |
| 52517P5T4 | 52520WAM3 | 52522L814 | 5252M0BK2 | 5252M0FL6 | | |
| 52517P5V9 | 52520WAV3 | 52522L822 | 5252M0BM8 | 5252M0FM4 | | |
| 52517P5Z0 | 52520WAZ4 | 52522L830 | 5252M0BN6 | 5252M0FN2 | | |
| 52517P6E6 | 52520WBD2 | 52522L848 | 5252M0BP1 | 5252M0FR3 | | |
| 52517P6F3 | 52522L129 | 52522L871 | 5252M0BQ9 | 5252M0FS1 | | |
| 52517P6G1 | 52522L137 | 52522L889 | 5252M0BR7 | 5252M0FV4 | | |
| 52517P6H9 | 52522L145 | 52523J115 | 5252M0BT3 | 5252M0FY8 | | |
| 52517P6M8 | 52522L186 | 52523J131 | 5252M0BU0 | 5252M0FZ5 | | |
| 52517P6P1 | 52522L202 | 52523J149 | 5252M0BV8 | 5252M0GA9 | | |
| 52517P6Q9 | 52522L236 | 52523J156 | 5252M0CC9 | 5252M0GC5 | | |
| 52517P6R7 | 52522L244 | 52523J172 | 5252M0CE5 | 5252M0GE1 | | |
| 52517P6U0 | 52522L251 | 52523J206 | 5252M0CG0 | 5252M0GF8 | | |
| 52517P6V8 | 52522L293 | 52523J214 | 5252M0CJ4 | 5252M0GG6 | | |
| 52517P6X4 | 52522L301 | 52523J222 | 5252M0CN5 | 5252M0GJ0 | | |
| 52517P6Y2 | 52522L319 | 52523J230 | 5252M0CP0 | 5252M0GM3 | | |
| 52517P6Z9 | 52522L327 | 52523J248 | 5252M0CR6 | 5252M0GP6 | | |
| | 52522L335 | 52523J255 | 5252M0CX3 | 5252M0GR2 | | |
| | 52522L350 | 52523J263 | 5252M0CY1 | 5252M0GS0 | | |
| | 52522L376 | 52523J297 | 5252M0DA2 | 5252M0GV3 | | |

3

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

# Exhibit B

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
*LBHI STRUCTURED NOTE CUSIPs**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5249087E4 | 524908NY2 | 524935CE1 | 524935EM1 | 52517P4T5 | 52517P7K1 | |
| 5249083B4 | 524908NZ9 | 524935CH4 | 524935EN9 | 52517P4U2 | 52517PA27 | |
| 5249083H1 | 524908PA2 | 524935CJ0 | 52517P2E0 | 52517P4V0 | 52517PA43 | |
| 5249083M0 | 524908PF1 | 524935CK7 | 52517P2H3 | 52517P4W8 | 52517PA68 | |
| 5249083S7 | 524908PH7 | 524935CL5 | 52517P2J9 | 52517P4X6 | 52517PB42 | |
| 5249083W8 | 524908PL8 | 524935CM3 | 52517P2M2 | 52517P4Y4 | 52517PB59 | |
| 5249084X5 | 524908PM6 | 524935CN1 | 52517P2P5 | 52517P5F4 | 52517PC25 | |
| 5249085D8 | 524908SH4 | 524935CP6 | 52517P2R1 | 52517P5G2 | 52517PC66 | |
| 5249085R7 | 524908SJ0 | 524935CQ4 | 52517P2T7 | 52517P5J6 | 52517PC74 | |
| 5249085Y2 | 524908TY6 | 524935CR2 | 52517P2U4 | 52517P5K3 | 52517PE31 | |
| 5249086M7 | 524908UH1 | 524935CS0 | 52517P2V2 | 52517P5L1 | 52517PE98 | |
| 5249086N5 | 524908UK4 | 524935CT8 | 52517P2W0 | 52517P5M9 | 52517PH46 | |
| 5249086T2 | 524908UL2 | 524935CU5 | 52517P2X8 | 52517P5N7 | 52517PH53 | |
| 5249086U9 | 524908UP3 | 524935CV3 | 52517P2Y6 | 52517P5P2 | 52517PJ77 | |
| 5249086V7 | 524908UY4 | 524935CW1 | 52517P2Z3 | 52517P5Q0 | 52517PJ85 | |
| 5249086W5 | 524908UZ1 | 524935CX9 | 52517P3A7 | 52517P5S6 | 52517PK34 | |
| 5249087A2 | 524908VB3 | 524935CY7 | 52517P3B5 | 52517P5T4 | 52517PK42 | |
| 5249087C8 | 524908VN7 | 524935CZ4 | 52517P3C3 | 52517P5V9 | 52517PK91 | |
| 5249087D6 | 524908WE6 | 524935DA8 | 52517P3E9 | 52517P5Z0 | 52517PL41 | |
| 5249087F1 | 524908WF3 | 524935DB6 | 52517P3F6 | 52517P6A4 | 52517PL66 | |
| 5249087K0 | 524908WK2 | 524935DC4 | 52517P3G4 | 52517P6C0 | 52517PL74 | |
| 524908B66 | 524908WS5 | 524935DD2 | 52517P3H2 | 52517P6E6 | 52517PM24 | |
| 524908ET3 | 524908WU0 | 524935DE0 | 52517P3L3 | 52517P6F3 | 52517PM57 | |
| 524908FJ4 | 524908WW6 | 524935DF7 | 52517P3N9 | 52517P6G1 | 52517PM81 | |
| 524908FN5 | 524908XD7 | 524935DK6 | 52517P3P4 | 52517P6H9 | 52517PM99 | |
| 524908J92 | 524908XL9 | 524935DM2 | 52517P3R0 | 52517P6J5 | 52517PN64 | |
| 524908JE1 | 524935AJ2 | 524935DN0 | 52517P3S8 | 52517P6L0 | 52517PQ20 | |
| 524908JK7 | 524935AK9 | 524935DP5 | 52517P3T6 | 52517P6M8 | 52517PQ87 | |
| 524908K25 | 524935AP8 | 524935DQ3 | 52517P3U3 | 52517P6P1 | 52517PR29 | |
| 524908L73 | 524935AT0 | 524935DR1 | 52517P3V1 | 52517P6Q9 | 52517PR37 | |
| 524908MB3 | 524935AV5 | 524935DT7 | 52517P3W9 | 52517P6R7 | 52517PS28 | |
| 524908MG2 | 524935AW3 | 524935DU4 | 52517P3X7 | 52517P6S5 | 52517PS44 | |
| 524908MP2 | 524935AX1 | 524935DV2 | 52517P3Z2 | 52517P6U0 | 52517PT27 | |
| 524908MR8 | 524935AY9 | 524935DW0 | 52517P4B4 | 52517P6V8 | 52517PT68 | |
| 524908MV9 | 524935AZ6 | 524935DX8 | 52517P4E8 | 52517P6W6 | 52517PT76 | |
| 524908MY3 | 524935BE2 | 524935DY6 | 52517P4F5 | 52517P6X4 | 52517PT92 | |
| 524908N30 | 524935BF9 | 524935EA7 | 52517P4H1 | 52517P6Y2 | 52517PU33 | |
| 524908N48 | 524935BG7 | 524935EB5 | 52517P4K4 | 52517P6Z9 | 52517PU41 | |
| 524908NC0 | 524935BN2 | 524935EC3 | 52517P4M0 | 52517P7B1 | 52517PU74 | |
| 524908NF3 | 524935BR3 | 524935ED1 | 52517P4N8 | 52517P7C9 | 52517PU82 | |
| 524908NL0 | 524935BV4 | 524935EE9 | 52517P4P3 | 52517P7D7 | 52517PUF6 | |
| 524908NM8 | 524935BX0 | 524935EF6 | 52517P4Q1 | 52517P7E5 | 52517PUL3 | |
| 524908NV8 | 524935BY8 | 524935EK5 | 52517P4R9 | 52517P7G0 | 52517PUM1 | |
| 524908NX4 | 524935CA9 | 524935EL3 | 52517P4S7 | 52517P7H8 | 52517PUN9 | |

1
*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent and from the Structured Securities List published by the Debtors. This information has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.
NY: 720984-1

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
**CUSIPs**

| | | | | | | |
|---|---|---|---|---|---|---|
| 52517PUP4 | 52517PYJ4 | 52522L244 | 52523J156 | 5252M0BL0 | 5252M0DS3 |
| 52517PUQ2 | 52517PYM7 | 52522L251 | 52523J172 | 5252M0BM8 | 5252M0DT1 |
| 52517PUR0 | 52517PYP0 | 52522L293 | 52523J206 | 5252M0BN6 | 5252M0DU8 |
| 52517PUU3 | 52517PYQ8 | 52522L301 | 52523J214 | 5252M0BP1 | 5252M0DV6 |
| 52517PV40 | 52517PYR6 | 52522L319 | 52523J222 | 5252M0BQ9 | 5252M0DW4 |
| 52517PV73 | 52517PYS4 | 52522L327 | 52523J230 | 5252M0BR7 | 5252M0DX2 |
| 52517PV99 | 52517PYT2 | 52522L335 | 52523J248 | 5252M0BS5 | 5252M0DZ7 |
| 52517PVC2 | 52517PYU9 | 52522L350 | 52523J255 | 5252M0BT3 | 5252M0EA1 |
| 52517PVN8 | 52517PYV7 | 52522L376 | 52523J263 | 5252M0BU0 | 5252M0EB9 |
| 52517PW80 | 52517PYW5 | 52522L384 | 52523J297 | 5252M0BV8 | 5252M0EC7 |
| 52517PWA5 | 52517PYX3 | 52522L392 | 52523J305 | 5252M0BX4 | 5252M0ED5 |
| 52517PWB3 | 52517PYY1 | 52522L400 | 52523J412 | 5252M0BY2 | 5252M0EE3 |
| 52517PWC1 | 52517PYZ8 | 52522L418 | 52523J420 | 5252M0CC9 | 5252M0EF0 |
| 52517PWD9 | 52517PZ38 | 52522L426 | 52523J438 | 5252M0CD7 | 5252M0EG8 |
| 52517PWE7 | 52517PZ53 | 52522L459 | 52523J446 | 5252M0CE5 | 5252M0EH6 |
| 52517PWH0 | 52517PZ61 | 52522L475 | 52523J503 | 5252M0CF2 | 5252M0EK9 |
| 52517PWJ6 | 52517PZ79 | 52522L483 | 5252M0AA5 | 5252M0CG0 | 5252M0EL7 |
| 52517PWL1 | 52517PZA2 | 52522L491 | 5252M0AB3 | 5252M0CH8 | 5252M0EM5 |
| 52517PWQ0 | 52517PZJ3 | 52522L525 | 5252M0AC1 | 5252M0CJ4 | 5252M0EN3 |
| 52517PWT4 | 52517PZL8 | 52522L533 | 5252M0AD9 | 5252M0CK1 | 5252M0EP8 |
| 52517PWV9 | 52517PZM6 | 52522L558 | 5252M0AE7 | 5252M0CL9 | 5252M0EQ6 |
| 52517PX48 | 52517PZN4 | 52522L566 | 5252M0AF4 | 5252M0CM7 | 5252M0ER4 |
| 52517PX55 | 52517PZS3 | 52522L574 | 5252M0AG2 | 5252M0CN5 | 5252M0ES2 |
| 52517PX63 | 52517PZY0 | 52522L582 | 5252M0AH0 | 5252M0CP0 | 5252M0ET0 |
| 52517PX71 | 52517PZZ7 | 52522L632 | 5252M0AJ6 | 5252M0CQ8 | 5252M0EU7 |
| 52517PX89 | 52520W283 | 52522L657 | 5252M0AL1 | 5252M0CR6 | 5252M0EV5 |
| 52517PX97 | 52520W325 | 52522L673 | 5252M0AM9 | 5252M0CS4 | 5252M0EW3 |
| 52517PXM8 | 52520W333 | 52522L699 | 5252M0AN7 | 5252M0CT2 | 5252M0EX1 |
| 52517PXP1 | 52520W341 | 52522L707 | 5252M0AP2 | 5252M0CU9 | 5252M0EY9 |
| 52517PXQ9 | 52520W358 | 52522L715 | 5252M0AQ0 | 5252M0CV7 | 5252M0EZ6 |
| 52517PXR7 | 52520W390 | 52522L723 | 5252M0AS6 | 5252M0CX3 | 5252M0FA0 |
| 52517PXS5 | 52520W440 | 52522L731 | 5252M0AU1 | 5252M0CY1 | 5252M0FB8 |
| 52517PXV8 | 52520W515 | 52522L749 | 5252M0AW7 | 5252M0CZ8 | 5252M0FC6 |
| 52517PXW6 | 52520W549 | 52522L756 | 5252M0AX5 | 5252M0DA2 | 5252M0FE2 |
| 52517PXX4 | 52520W556 | 52522L772 | 5252M0AY3 | 5252M0DB0 | 5252M0FF9 |
| 52517PXZ9 | 52520WAD3 | 52522L798 | 5252M0AZ0 | 5252M0DD6 | 5252M0FG7 |
| 52517PY21 | 52520WAM3 | 52522L806 | 5252M0BA4 | 5252M0DF1 | 5252M0FH5 |
| 52517PY47 | 52520WAV3 | 52522L814 | 5252M0BB2 | 5252M0DG9 | 5252M0FJ1 |
| 52517PY54 | 52520WAZ4 | 52522L822 | 5252M0BC0 | 5252M0DH7 | 5252M0FK8 |
| 52517PY62 | 52520WBD2 | 52522L830 | 5252M0BD8 | 5252M0DJ3 | 5252M0FL6 |
| 52517PY70 | 52522L129 | 52522L848 | 5252M0BE6 | 5252M0DK0 | 5252M0FM4 |
| 52517PY96 | 52522L137 | 52522L871 | 5252M0BF3 | 5252M0DL8 | 5252M0FN2 |
| 52517PYD7 | 52522L145 | 52522L889 | 5252M0BG1 | 5252M0DM6 | 5252M0FR3 |
| 52517PYE5 | 52522L186 | 52523J115 | 5252M0BH9 | 5252M0DP9 | 5252M0FS1 |
| 52517PYG0 | 52522L202 | 52523J131 | 5252M0BJ5 | 5252M0DQ7 | 5252M0FT9 |
| 52517PYH8 | 52522L236 | 52523J149 | 5252M0BK2 | 5252M0DR5 | 5252M0FU6 |

2

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

| *Wilmington Trust Company: Lehman Brothers Holdings Inc.* <br> ***CUSIPs*** |
|---|

| |
|---|
| 5252M0FV4 |
| 5252M0FW2 |
| 5252M0FX0 |
| 5252M0FY8 |
| 5252M0FZ5 |
| 5252M0GA9 |
| 5252M0GB7 |
| 5252M0GC5 |
| 5252M0GD3 |
| 5252M0GE1 |
| 5252M0GF8 |
| 5252M0GG6 |
| 5252M0GJ0 |
| 5252M0GM3 |
| 5252M0GN1 |
| 5252M0GP6 |
| 5252M0GQ4 |
| 5252M0GR2 |
| 5252M0GS0 |
| 5252M0GU5 |
| 5252M0GV3 |
| 5252M0GW1 |
| 5252M0GX9 |

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.