# Exhibit F



## NOTICE TO HOLDERS OF SENIOR NOTES OF
## LEHMAN BROTHERS HOLDINGS INC.
## (SEE ATTACHED EXHIBIT A – LIST OF CUSIP NOS.)

### RE: APPROVAL OF DISCLOSURE STATEMENT, PROCEDURES FOR VOTING ON AND OBJECTING TO PLAN, AND PROPOSED REDUCTION AND ALLOWANCE OF SENIOR NOTEHOLDER CLAIM (DEFINED BELOW)

### BACKGROUND

Wilmington Trust Company (the "Trustee") is the successor indenture trustee under that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formerly known as Shearson Lehman Brothers Holdings Inc.) ("LBHI") and Wilmington Trust Company (as successor trustee to Citibank, N.A. (the "Predecessor Trustee"). Under the Indenture, LBHI issued the senior debt securities (the "Senior Notes"). Holders of the Senior Notes are referred to herein as the "Senior Noteholders."

On September 15, 2008, (the "Petition Date") and at various times thereafter, LBHI and certain of its affiliates commenced cases under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Cases"). LBHI and its affiliates that are subject to bankruptcy proceedings in the United States are referred to herein as the "Debtors."

On September 2, 2009, as authorized under the Indenture, the Trustee filed a proof of claim against LBHI on behalf of the Senior Noteholders (the "Global Proof of Claim"). The Global Proof of Claim asserts claims against LBHI for, among other things, the principal, interest, and other amounts payable to the Senior Noteholders under the Senior Notes (the "Senior Noteholder Claim"). The Global Proof of Claim was filed in an undetermined total amount because, at the time, claim amounts were unknown for certain of the Senior Notes, including the LBHI Structured Notes (defined below). As stated in the Global Proof of Claim, based on information available at the time, the Trustee believed that the total claim amount fell within the range of $49,214,955,480.71 (based on information provided by the Predecessor Trustee) and $73,162,259,495.49 (based on information provided by the Debtors on their Master List of Securities with respect to the original issuance amounts of the Senior Notes).

### APPROVAL OF DISCLOSURE STATEMENT AND
### PROCEDURES FOR VOTING AND OBJECTING TO PLAN

On September 1, 2011, the Bankruptcy Court entered an Amended Order (the "Order") [docket no. 19631 at www.lehman-docket.com] (I) Approving the Proposed Disclosure Statement (the "Disclosure Statement") [docket no. 19629 at www.lehman-docket.com] and the Form and Manner of Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors Joint Chapter 11 Plan (the "Plan") [docket no. 19627 at www.lehman-docket.com]. The Plan and Disclosure Statement include, among other things, the Debtors' estimate of the percentage recovery for the allowed amount of the Senior Noteholder Claim. A summary chart setting forth the proposed treatment of the Senior Noteholder Claim is included on page 6 of the Disclosure Statement. The Senior Noteholder Claim is classified as a "Class 3" claim. Class 3 consists of "Senior Unsecured Claims against LBHI." According to the Disclosure Statement, the **Debtors estimate that Class 3 claimants will recover 21.1% of the allowed amount of their claims.**

The Debtors are currently sending solicitation packages to creditors (including Senior Noteholders) which include ballots and instructions for voting in accordance with the Order.[1] **Completed ballots must be received by the Debtors by November 4,**

---

[1] If you do not receive a solicitation package, have any questions regarding the ballot or require additional materials, PLEASE CONTACT THE DEBTORS' VOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC, AT 1.866.879.0688 (DOMESTIC) OR 1.503.597.7691 (INTERNATIONAL).

**2011 at 4:00 p.m. (all times referenced in this Notice are Prevailing Time of the Eastern Time Zone).** The Debtors have provided information on voting on the "Solicitation Information" tab of their website at www.lehman-docket.com.[2] Pursuant to the Indenture, the Trustee is **not** authorized to vote on behalf of the Senior Noteholders.

The solicitation package also includes a letter from the Official Committee of Unsecured Creditors (the "Committee"), of which the Trustee is a member, dated September 13, 2011 which states, in part: "THE COMMITTEE, WHICH REPRESENTS THE INTERESTS OF ALL UNSECURED CREDITORS OF THE DEBTORS, SUPPORTS THE PLAN AND RECOMMENDS THAT ALL HOLDERS OF UNSECURED CLAIMS VOTE TO ACCEPT THE PLAN IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH ON THE BALLOTS. *Each creditor must, however, make its own independent decision as to whether the Plan is acceptable to that creditor before voting to accept or reject the Plan.*"

**A hearing to consider confirmation of the Plan will commence on December 6, 2011 at 10:00 a.m. Any objections or responses to confirmation of the Plan must be received by November 4, 2011 at 4:00 p.m.**

## STRUCTURED NOTES VALUATION METHODOLOGY

The Disclosure Statement provides information regarding the Debtors' methodology (the "Valuation Methodology") for valuing those Senior Notes that the Debtors identify as "structured securities." The Debtors identify "structured securities" as those "notes that predominantly provide that the return at maturity and/or the payment of periodic interest is linked to the performance of an underlying asset or group of assets, including global indices, single stock, currencies, interest rates, and various credit derivative instruments and baskets thereof" [Disclosure Statement at 48]. The Senior Notes that fall within this definition (the "LBHI Structured Notes") are listed by CUSIP number on the attached Exhibit B.

The Valuation Methodology that the Debtors have applied to all structured securities issued by any of the Debtors, including the LBHI Structured Notes, is described at pages 48-50 and Exhibit 11 of the Disclosure Statement. The Debtors have generated a spreadsheet that identifies all structured notes by CUSIP number and sets out the maximum allowed claim amount for each structured security under the valuation methodology (the "Structured Securities List"). The LBHI Structured Notes are included on the Structured Securities List. The Structured Securities List is available electronically on the "Case Information" tab of the Debtors' website, www.lehman-docket.com. **Senior Notes that are not LBHI Structured Notes do not appear on the Structured Securities List and are not subject to the Valuation Methodology.**

## PROPOSED REDUCTION AND ALLOWANCE OF GLOBAL PROOF OF CLAIM

On August 11, 2011, the Trustee sent a notice to the Senior Noteholders explaining that based on information provided by the Committee in connection with the Debtors' Structured Securities Motion regarding the reasonableness of the Valuation Methodology, the Trustee would accept the allowed claim amounts for the LBHI Structured Notes that were produced by the Valuation Methodology, unless directed otherwise by Senior Noteholders in accordance with the Indenture. The Trustee received no such direction from Senior Noteholders and has therefore agreed to the Debtors' allowed claim amounts for the LBHI Structured Notes that were derived pursuant to the Valuation Methodology.

On September 30, 2011, the Debtors filed an Objection (the "Objection") [docket no. 20510 at www.lehman-docket.com] to the Global Proof of Claim seeking to reduce and allow the Global Proof of Claim to the aggregate amount of $48,783,940,671.27 (the "Reconciled Claim Amount"). An electronic copy of the Objection is available on the informational website maintained by the Trustee, www.wilmingtontrust.com/lehman, and on the Debtors' website, www.lehman-docket .com.[3] Attached to the Objection as Exhibit A is a list setting forth the allowed claim amounts for each CUSIP number included in the Global Proof of Claim. A summary of Exhibit A to the Objection is attached to this Notice as Exhibit A. The Reconciled Claim Amount

---

[2] The Trustee recommends Senior Noteholders review the "Frequently Asked Questions" section of the "Solicitation Information" tab of this website before contacting the Debtors' Voting Agent or the Trustee with questions.

[3] Senior Noteholders may request a hard copy of the Objection by contacting the Trustee at 302.636.4185 with their name and mailing address.

reflects: (1) the elimination of certain amounts included in the Master List of Securities due to significant reductions in the principal amount outstanding on many of the Senior Notes since the initial issuances, or corrections to the current outstanding amounts; (2) the adjustment of principal amounts and interest outstanding for certain Senior Notes resulting from calculations preformed and reconciliations between the Debtor, the Trustee and the Predecessor Trustee; and (3) the determination of the allowed claim amounts for the LBHI Structured Notes pursuant to the Valuation Methodology.

**The Trustee has requested that any order entered in connection with the Objection enjoin the holders of the LBHI Structured Notes from asserting claims against the Trustee arising from its negotiation of and consent to the reduction and allowance of the Global Proof of Claim as it relates to the LBHI Structured Notes.**

The deadline for filing responses to the Objection is November 14, 2011 at 4:00 p.m.[4] The hearing to consider the objection is scheduled for November 30, 2011 at 10:00 a.m.

## GENERAL INFORMATION

The Trustee will continue to monitor the bankruptcy proceedings, attend court hearings, and take such further action on behalf of the Senior Noteholders as it deems appropriate. Any Senior Noteholder wishing to take any action in its individual capacity should consult its own professionals.

The Trustee recommends that the Senior Noteholders monitor the Debtors' website (www.lehman-docket.com), the Committee's website (www.lehmancreditors.com), and the Trustee's website (www.wilmingtontrust.com/lehman) for information regarding the Bankruptcy Cases.

Inquiries regarding the Senior Notes may be directed to the Trustee as follows:

Wilmington Trust Company
Attn: Julie J. Becker (302) 636-4185[5]
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544

or to the Trustee's attorneys:

Covington & Burling LLP
Attn: Martin E. Beeler (212) 841-1023
Amanda Raboy (212) 841-1171
The New York Times Building
620 Eighth Avenue
New York, NY 10018

This Notice is provided for informational purposes only. The Trustee gives no legal, financial or tax advice regarding the Senior Notes, Objection, Plan, Disclosure Statement or the other matters described herein. Senior Noteholders should consult with their own professionals regarding the Senior Notes.

Dated: October 3, 2011                         WILMINGTON TRUST COMPANY,
                                               solely in its capacity as Indenture Trustee

---

[4] **Opposition to the relief sought in the Debtor's Objection may be filed by Senior Noteholders who disagree with the proposed allowed amount of the Senior Noteholder Claim. Senior Noteholders should consult with their own professionals in this regard.**

[5] This phone line is monitored daily. Calls will be returned in the order received. Please do not leave multiple messages.

# Exhibit A to
# October 2011 Notice

*Wilmington Trust Company: Lehman Brothers Holdings Inc.*
*CUSIPs and Modified Amounts*

Note: This Exhibit A includes a summary of the proposed allowed claim amounts for each CUSIP number included below as set forth in the Objection. For complete information regarding such proposed allowed claim amounts, please review the Objection.

| CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 524935129 | $6,359,349.27 | 524908N48 | $592,742.86 | 524935AV5 | $630,110.67 |
| 5249083B4 | $763,670.90 | 524908NC0 | $1,133,233.04 | 524935AW3 | $627,370.03 |
| 5249083H1 | $1,470,672.86 | 524908NF3 | $139,548.89 | 524935AX1 | $701,195.38 |
| 5249083M0 | $2,076,618.76 | 524908NL0 | $9,491,655.28 | 524935AY9 | $1,094,045.97 |
| 5249083S7 | $82,004.81 | 524908NM8 | $10,011,941.32 | 524935AZ6 | $469,589.67 |
| 5249083W8 | $568,610.95 | 524908NV8 | $4,004,719.86 | 524935BE2 | $79,400.62 |
| 5249084X5 | $166,604.55 | 524908NX4 | $53,481,388.89 | 524935BF9 | $948,927.32 |
| 5249085D8 | $55,229,166.67 | 524908NY2 | $14,513,829.16 | 524935BG7 | $1,257,124.95 |
| 5249085R7 | $101,392.10 | 524908NZ9 | $6,384,844.47 | 524935BN2 | $244,662.96 |
| 5249085Y2 | $75,195.40 | 524908PA2 | $9,575,000.00 | 524935BR3 | $71,183.66 |
| 5249086M7 | $382,602.00 | 524908PF1 | $9,070,724.20 | 524935BV4 | $509,977.30 |
| 5249086N5 | $108,955.78 | 524908PH7 | $1,513,063.20 | 524935BX0 | $1,474,762.73 |
| 5249086T2 | $97,675.57 | 524908PL8 | $12,617,583.16 | 524935BY8 | $540,616.48 |
| 5249086U9 | $931,627.00 | 524908PM6 | $4,948,975.30 | 524935CA9 | $1,208,088.20 |
| 5249086V7 | $741,829.45 | 524908R51 | $30,199,208.67 | 524935CE1 | $198,842.34 |
| 5249086W5 | $230,990.00 | 524908R69 | $70,464,820.22 | 524935CH4 | $502,293.06 |
| 5249087A2 | $1,920,583.33 | 524908R77 | $30,199,208.67 | 524935CJ0 | $984,463.69 |
| 5249087C8 | $144,581.08 | 524908S27 | $468,067,067.67 | 524935CK7 | $105,062.42 |
| 5249087D6 | $1,307,075.26 | 524908SH4 | $13,046,888.35 | 524935CL5 | $777,035.37 |
| 5249087E4 | $11,150.00 | 524908SJ0 | $1,201,038.25 | 524935CM3 | $420,130.12 |
| 5249087F1 | $65,001.47 | 524908SQ4 | $300,451,000.00 | 524935CN1 | $175,766.45 |
| 5249087K0 | $108,545.16 | 524908TY6 | $4,421,274.29 | 524935CP6 | $377,689.65 |
| 524908AA8 | $288,955,497.33 | 524908UH1 | $4,007,281.25 | 524935CQ4 | $295,421.53 |
| 524908B66 | $4,240,725.59 | 524908UK4 | $1,434,107.62 | 524935CR2 | $1,042,262.77 |
| 524908BF6 | $151,558,333.33 | 524908UL2 | $5,006,628.57 | 524935CS0 | $186,263.92 |
| 524908BQ2 | $222,934,630.00 | 524908UP3 | $18,345,555.97 | 524935CT8 | $245,989.05 |
| 524908CF5 | $318,756,465.69 | 524908UY4 | $264,500.12 | 524935CU5 | $670,958.44 |
| 524908CM0 | $696,306,720.94 | 524908UZ1 | $3,179,886.71 | 524935CV3 | $1,720,400.00 |
| 524908ET3 | $5,413,169.64 | 524908VB3 | $912,032.35 | 524935CW1 | $116,728.63 |
| 524908FJ4 | $725,999.27 | 524908VN7 | $3,670,261.42 | 524935CX9 | $20,784.43 |
| 524908FN5 | $4,001,999.57 | 524908WE6 | $2,125,480.24 | 524935CY7 | $200,004.73 |
| 524908J92 | $1,701,648.68 | 524908WF3 | $13,017,635.80 | 524935CZ4 | $893,144.99 |
| 524908JE1 | $5,310,040.73 | 524908WK2 | $704,244.86 | 524935DA8 | $455,022.41 |
| 524908JK7 | $1,566,812.06 | 524908WS5 | $2,002,333.23 | 524935DB6 | $1,003,585.33 |

NY: 725460-1

1

| CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 524908K25 | $3,804,788.92 | 524908WU0 | $60,131,072.13 | 524935DC4 | $843,108.96 |
| 524908L73 | $1,001,354.43 | 524908WW6 | $2,449,559.02 | 524935DD2 | $101,251.23 |
| 524908LK4 | $47,881,319.91 | 524908X21 | $100,235,888.89 | 524935DE0 | $419,391.91 |
| 524908MB3 | $10,873,966.00 | 524908X54 | $400,943,555.56 | 524935DF7 | $134,727.90 |
| 524908MG2 | $1,320,620.24 | 524908XD7 | $10,307,287.58 | 524935DK6 | $98,504.54 |
| 524908MP2 | $5,376,734.88 | 524908XL9 | $5,228,850.95 | 524935DM2 | $3,159,723.00 |
| 524908MR8 | $1,817,954.23 | 524935AJ2 | $1,364,556.91 | 524935DN0 | $510,094.69 |
| 524908MV9 | $1,283,561.71 | 524935AK9 | $192,514.18 | 524935DP5 | $344,506.99 |
| 524908MY3 | $1,553,254.19 | 524935AP8 | $90,250.86 | 524935DQ3 | $303,567.41 |
| 524908N30 | $150,934.94 | 524935AT0 | $118,405.82 | 524935DR1 | $181,853.17 |
| 524935DT7 | $189,735.52 | 52517P3V1 | $401,533.76 | 52517P6F3 | $2,479,968.73 |
| 524935DU4 | $417,876.92 | 52517P3W9 | $100,133.11 | 52517P6G1 | $2,383,914.98 |
| 524935DV2 | $1,401,727.09 | 52517P3X7 | $611,350.73 | 52517P6H9 | $4,148,637.36 |
| 524935DW0 | $374,587.86 | 52517P3Y5 | $7,061,833.33 | 52517P6J5 | $25,811,805.56 |
| 524935DX8 | $162,780.59 | 52517P3Z2 | $1,001,716.15 | 52517P6L0 | $20,209,083.34 |
| 524935DY6 | $97,447.18 | 52517P4A6 | $8,074,666.67 | 52517P6M8 | $1,164,319.13 |
| 524935EA7 | $660,491.64 | 52517P4B4 | $1,505,028.48 | 52517P6P1 | $2,524,049.85 |
| 524935EB5 | $465,213.16 | 52517P4C2 | $1,155,950,102.67 | 52517P6Q9 | $9,234,177.21 |
| 524935EC3 | $97,945.61 | 52517P4E8 | $3,514,835.36 | 52517P6R7 | $2,926,971.68 |
| 524935ED1 | $231,096.67 | 52517P4F5 | $1,001,373.27 | 52517P6S5 | $3,013,053.85 |
| 524935EE9 | $593,487.21 | 52517P4H1 | $4,616,615.35 | 52517P6U0 | $879,000.00 |
| 524935EF6 | $455,270.12 | 52517P4K4 | $10,640,428.46 | 52517P6V8 | $247,266.30 |
| 524935EK5 | $118,455.04 | 52517P4M0 | $103,156.56 | 52517P6W6 | $10,080,059.11 |
| 524935EL3 | $204,623.94 | 52517P4N8 | $20,441,771.41 | 52517P6X4 | $519,888.82 |
| 524935EM1 | $361,977.81 | 52517P4P3 | $1,316,945.88 | 52517P6Y2 | $2,376,221.50 |
| 524935EN9 | $771,278.98 | 52517P4Q1 | $179,250.94 | 52517P6Z9 | $101,452.11 |
| 52517P2E0 | $16,105,111.11 | 52517P4R9 | $1,025,101.20 | 52517P7A3 | $14,000,723.98 |
| 52517P2H3 | $5,007,989.49 | 52517P4S7 | $793,557.65 | 52517P7B1 | $1,166,085.81 |
| 52517P2J9 | $7,293,877.60 | 52517P4T5 | $1,004,888.89 | 52517P7C9 | $1,485,359.98 |
| 52517P2K6 | $2,509,557,031.07 | 52517P4U2 | $290,803.16 | 52517P7D7 | $751,051.43 |
| 52517P2L4 | $100,136,791.67 | 52517P4V0 | $1,968,056.68 | 52517P7E5 | $2,000,000.00 |
| 52517P2M2 | $1,565,161.66 | 52517P4W8 | $341,470.00 | 52517P7G0 | $3,605,066.19 |
| 52517P2P5 | $13,315,487.41 | 52517P4X6 | $25,188,020.83 | 52517P7H8 | $17,035,181.01 |
| 52517P2R1 | $10,063,981.82 | 52517P4Y4 | $2,370,028.22 | 52517P7K1 | $214,371.29 |
| 52517P2S9 | $35,542,500.00 | 52517P4Z1 | $197,904,225.56 | 52517P7L9 | $15,390,937.50 |
| 52517P2T7 | $521,585.24 | 52517P5C1 | $221,372,863.56 | 52517PA27 | $15,150,000.00 |
| 52517P2U4 | $1,902,149.01 | 52517P5D9 | $291,822,572.67 | 52517PA35 | $837,535,676.63 |
| 52517P2V2 | $961,367.18 | 52517P5E7 | $231,450,599.78 | 52517PA43 | $7,021,530.54 |
| 52517P2W0 | $19,616.81 | 52517P5F4 | $1,280,315.28 | 52517PA68 | $6,208,183.08 |
| 52517P2X8 | $3,019,194.55 | 52517P5G2 | $1,258,645.41 | 52517PAE1 | $11,362,726.42 |
| 52517P2Y6 | $1,146,449.26 | 52517P5J6 | $396,417.86 | 52517PAZ4 | $50,670,833.33 |

2

| CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 52517P2Z3 | $4,974,527.79 | 52517P5K3 | $4,680,000.00 | 52517PB34 | $20,568,138.89 |
| 52517P3A7 | $3,159,783.58 | 52517P5L1 | $347,327.13 | 52517PB42 | $10,068,531.25 |
| 52517P3B5 | $100,126.02 | 52517P5M9 | $64,069.00 | 52517PB59 | $30,185,192.97 |
| 52517P3C3 | $150,189.04 | 52517P5N7 | $1,288,196.96 | 52517PC25 | $7,029,122.21 |
| 52517P3E9 | $9,048,614.32 | 52517P5P2 | $192,175.16 | 52517PC33 | $203,869,888.89 |
| 52517P3F6 | $6,127,500.00 | 52517P5Q0 | $2,503,712.50 | 52517PC41 | $150,497,291.67 |
| 52517P3G4 | $2,023,213.41 | 52517P5S6 | $2,050,472.22 | 52517PC58 | $563,828,515.51 |
| 52517P3H2 | $6,278,121.22 | 52517P5T4 | $515,647.91 | 52517PC66 | $28,764,304.12 |
| 52517P3L3 | $4,545,516.94 | 52517P5V9 | $447,139.23 | 52517PC74 | $29,284,307.12 |
| 52517P3M1 | $7,040,444.44 | 52517P5X5 | $2,193,609,499.95 | 52517PD57 | $704,831,320.83 |
| 52517P3N9 | $190,179.12 | 52517P5Y3 | $951,506,295.33 | 52517PD65 | $811,305,663.18 |
| 52517P3P4 | $59,088.28 | 52517P5Z0 | $27,880,033.34 | 52517PE23 | $475,029,928.43 |
| 52517P3R0 | $2,362,000.00 | 52517P6A4 | $8,030,609.02 | 52517PE31 | $15,069,999.93 |
| 52517P3S8 | $500,577.00 | 52517P6B2 | $5,148,500.00 | 52517PE98 | $3,006,656.94 |
| 52517P3T6 | $692,872.09 | 52517P6C0 | $12,052,215.38 | 52517PF63 | $979,343,836.71 |
| 52517P3U3 | $2,008,552.52 | 52517P6E6 | $876,561.88 | 52517PF71 | $301,838,229.17 |
| 52517PG21 | $871,182,624.61 | 52517PSJ1 | $10,921,462.50 | 52517PX63 | $18,964,442.54 |
| 52517PG39 | $331,563,558.33 | 52517PSL6 | $15,182,778.13 | 52517PX71 | $25,113,454.78 |
| 52517PG96 | $511,098,766.67 | 52517PSZ5 | $334,311,179.17 | 52517PX89 | $14,051,943.20 |
| 52517PH46 | $19,101,375.55 | 52517PT27 | $6,013,678.07 | 52517PX97 | $5,032,423.63 |
| 52517PH53 | $90,204,661.87 | 52517PT68 | $33,038,892.14 | 52517PXM8 | $36,269,875.11 |
| 52517PH61 | $718,613,322.78 | 52517PT76 | $9,613,050.34 | 52517PXP1 | $9,290,999.34 |
| 52517PJ77 | $25,407,291.67 | 52517PT92 | $1,372,396.99 | 52517PXQ9 | $94,221,203.30 |
| 52517PJ85 | $50,106,835.53 | 52517PU33 | $146,203.74 | 52517PXR7 | $5,669,720.83 |
| 52517PK34 | $25,311,111.11 | 52517PU41 | $8,802,000.00 | 52517PXS5 | $15,153,333.18 |
| 52517PK42 | $9,120,906.78 | 52517PU74 | $250,221.69 | 52517PXT3 | $467,983,685.42 |
| 52517PK59 | $790,128,562.50 | 52517PU82 | $10,007,643.49 | 52517PXU0 | $530,132,623.79 |
| 52517PK67 | $624,646,219.79 | 52517PUF6 | $5,016,256.76 | 52517PXV8 | $16,149,803.30 |
| 52517PK83 | $854,158,369.02 | 52517PUL3 | $15,008,606.55 | 52517PXW6 | $66,810,537.50 |
| 52517PK91 | $35,026,752.20 | 52517PUM1 | $10,120,833.33 | 52517PXX4 | $5,012,916.68 |
| 52517PL25 | $21,579,176.28 | 52517PUN9 | $25,335,833.33 | 52517PXZ9 | $5,008,369.65 |
| 52517PL33 | $877,053,697.00 | 52517PUP4 | $6,055,452.85 | 52517PY21 | $6,020,457.95 |
| 52517PL41 | $2,016,115.56 | 52517PUQ2 | $7,076,805.56 | 52517PY47 | $3,602,936.61 |
| 52517PL58 | $53,161,088.02 | 52517PUR0 | $2,205,909.91 | 52517PY54 | $3,007,970.66 |
| 52517PL66 | $5,087,881.73 | 52517PUU3 | $5,778,282.16 | 52517PY62 | $23,026,272.30 |
| 52517PL74 | $3,500,772.01 | 52517PV40 | $2,535,624.31 | 52517PY70 | $3,236,692.97 |
| 52517PM24 | $12,068,727.75 | 52517PV73 | $6,886,299.48 | 52517PY96 | $5,012,211.52 |
| 52517PM57 | $1,520,469.17 | 52517PV81 | $5,147,000.00 | 52517PYD7 | $9,872,381.35 |
| 52517PM81 | $5,023,794.99 | 52517PV99 | $3,017,408.25 | 52517PYE5 | $38,992,842.78 |
| 52517PM99 | $3,010,905.37 | 52517PVC2 | $1,428,911.38 | 52517PYG0 | $11,139,791.67 |
| 52517PN64 | $59,929,514.04 | 52517PVM0 | $491,246,529.43 | 52517PYH8 | $10,134,166.36 |

3

08-13555-mg    Doc 23205-6    Filed 12/12/11    Entered 12/12/11 11:33:43    Exhibit F
Pg 9 of 16

| CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 52517PN98 | $1,094,839,746.62 | 52517PVN8 | $2,517,007.42 | 52517PYJ4 | $5,066,458.33 |
| 52517PNZ0 | $37,041,169.65 | 52517PVU2 | $459,599,188.80 | 52517PYM7 | $22,201,055.66 |
| 52517PP21 | $149,918,289.19 | 52517PVV0 | $1,073,664,999.47 | 52517PYN5 | $1,019,889,810.33 |
| 52517PP96 | $126,911,111.11 | 52517PW23 | $30,455,000.00 | 52517PYP0 | $5,052,222.17 |
| 52517PQ20 | $5,028,882.43 | 52517PW31 | $1,423,688,644.54 | 52517PYQ8 | $41,769,373.51 |
| 52517PQ38 | $25,374,652.78 | 52517PW49 | $204,149,884.86 | 52517PYR6 | $5,037,786.25 |
| 52517PQ46 | $919,315,709.62 | 52517PW56 | $645,859,731.25 | 52517PYS4 | $58,524,700.30 |
| 52517PQ53 | $605,346,931.37 | 52517PW64 | $2,013,545.42 | 52517PYT2 | $69,874,009.70 |
| 52517PQ61 | $398,567,499.63 | 52517PW80 | $4,819,969.52 | 52517PYU9 | $23,071,645.00 |
| 52517PQ87 | $3,018,904.86 | 52517PWA5 | $3,345,226.08 | 52517PYV7 | $10,193,750.20 |
| 52517PR29 | $9,043,887.93 | 52517PWB3 | $9,532,186.08 | 52517PYW5 | $29,405,581.11 |
| 52517PR37 | $2,511,815.98 | 52517PWC1 | $2,603,045.10 | 52517PYX3 | $15,265,833.04 |
| 52517PR52 | $12,081,272.50 | 52517PWD9 | $5,560,297.59 | 52517PYY1 | $21,768,700.13 |
| 52517PR60 | $1,313,758,746.19 | 52517PWE7 | $35,528,616.67 | 52517PYZ8 | $5,079,722.04 |
| 52517PR78 | $1,381,009,794.28 | 52517PWH0 | $8,609,708.83 | 52517PZ38 | $15,093,399.02 |
| 52517PRF0 | $4,058,430.27 | 52517PWJ6 | $9,162,975.86 | 52517PZ53 | $3,005,021.12 |
| 52517PRH6 | $1,507,997.42 | 52517PWL1 | $51,288,502.45 | 52517PZ61 | $10,112,395.74 |
| 52517PRX1 | $1,261,813.99 | 52517PWQ0 | $13,245,024.95 | 52517PZ79 | $25,428,507.02 |
| 52517PS28 | $114,523,687.50 | 52517PWT4 | $20,315,948.36 | 52517PZA2 | $10,139,855.56 |
| 52517PS44 | $3,011,130.69 | 52517PWV9 | $7,518,616.00 | 52517PZE4 | $30,044,031.33 |
| 52517PS69 | $22,378,555.56 | 52517PX48 | $5,018,175.62 | 52517PZJ3 | $5,016,386.11 |
| 52517PSC6 | $1,370,602,808.59 | 52517PX55 | $2,408,724.30 | 52517PZL8 | $17,646,136.67 |
| 52517PZM6 | $15,075,833.42 | 52519FBX8 | $6,177,590.33 | 52519FDX6 | $9,992,845.20 |
| 52517PZN4 | $6,683,478.21 | 52519FBY6 | $56,637,913.67 | 52519FDY4 | $12,466,878.63 |
| 52517PZS3 | $20,318,888.98 | 52519FBZ3 | $2,074,480.43 | 52519FDZ1 | $6,357,601.88 |
| 52517PZW4 | $15,022,765.67 | 52519FCA7 | $5,993,870.69 | 52519FEA5 | $9,722,048.34 |
| 52517PZX2 | $15,023,599.00 | 52519FCB5 | $54,342,445.50 | 52519FEB3 | $9,834,078.92 |
| 52517PZY0 | $7,022,416.05 | 52519FCC3 | $9,919,586.67 | 52519FEC1 | $10,432,871.10 |
| 52517PZZ7 | $5,048,999.84 | 52519FCD1 | $4,063,736.22 | 52519FED9 | $17,523,282.56 |
| 52519FAB7 | $2,291,508.33 | 52519FCE9 | $10,516,825.56 | 52519FEE7 | $3,267,712.80 |
| 52519FAC5 | $3,416,871.33 | 52519FCF6 | $5,313,572.25 | 52519FEF4 | $6,475,646.91 |
| 52519FAD3 | $5,365,707.75 | 52519FCG4 | $4,130,558.83 | 52519FEG2 | $6,343,305.89 |
| 52519FAE1 | $6,792,110.00 | 52519FCH2 | $11,744,290.21 | 52519FEH0 | $18,912,348.00 |
| 52519FAG6 | $1,457,227.21 | 52519FCJ8 | $10,134,951.91 | 52519FEJ6 | $33,910,272.00 |
| 52519FAH4 | $4,967,664.58 | 52519FCK5 | $10,910,525.00 | 52519FEK3 | $700,792.00 |
| 52519FAJ0 | $4,057,837.50 | 52519FCL3 | $10,673,540.71 | 52519FEL1 | $17,736,111.40 |
| 52519FAK7 | $2,251,808.75 | 52519FCM1 | $7,190,645.20 | 52519FEM9 | $610,635.42 |
| 52519FAL5 | $5,374,743.75 | 52519FCN9 | $9,719,820.50 | 52519FEN7 | $9,926,296.00 |
| 52519FAM3 | $12,322,219.17 | 52519FCP4 | $5,747,820.75 | 52519FEP2 | $9,777,657.57 |
| 52519FAN1 | $4,880,663.04 | 52519FCQ2 | $10,133,082.13 | 52519FEQ0 | $6,590,473.45 |
| 52519FAP6 | $5,033,967.08 | 52519FCR0 | $96,502,527.50 | 52519FER8 | $9,815,267.15 |

| CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 52519FAQ4 | $815,248.00 | 52519FCT6 | $8,618,509.30 | 52519FES6 | $7,450,241.16 |
| 52519FAR2 | $1,861,261.50 | 52519FCU3 | $11,179,362.00 | 52519FET4 | $7,591,523.96 |
| 52519FAS0 | $7,107,842.00 | 52519FCV1 | $21,929,274.89 | 52519FEU1 | $35,056,138.44 |
| 52519FAT8 | $2,474,985.33 | 52519FCW9 | $1,911,125.02 | 52519FEV9 | $14,383,288.89 |
| 52519FAU5 | $45,444,214.31 | 52519FCX7 | $23,479,552.50 | 52519FEW7 | $15,023,437.29 |
| 52519FAV3 | $7,354,949.00 | 52519FCY5 | $30,989,587.50 | 52519FEX5 | $42,291,683.06 |
| 52519FAW1 | $4,911,379.17 | 52519FCZ2 | $864,150.67 | 52519FEY3 | $1,185,730.63 |
| 52519FAX9 | $7,359,094.17 | 52519FDA6 | $910,363.50 | 52519FEZ0 | $3,053,761.67 |
| 52519FAZ4 | $10,169,397.08 | 52519FDB4 | $678,128.33 | 52519FFA4 | $4,076,580.50 |
| 52519FBA8 | $8,981,979.58 | 52519FDC2 | $12,020,182.92 | 52519FFB2 | $14,410,344.36 |
| 52519FBB6 | $5,495,408.81 | 52519FDD0 | $11,488,533.73 | 52519FFC0 | $24,800,149.83 |
| 52519FBC4 | $5,383,224.00 | 52519FDE8 | $10,619,321.33 | 52519FFD8 | $36,123,842.33 |
| 52519FBD2 | $3,843,684.62 | 52519FDF5 | $71,847.71 | 52519FFE6 | $43,998,437.50 |
| 52519FBE0 | $8,678,525.52 | 52519FDG3 | $14,352,874.13 | 52519FFF3 | $21,949,059.50 |
| 52519FBF7 | $3,201,541.39 | 52519FDH1 | $16,320,155.98 | 52519FFG1 | $27,643,944.79 |
| 52519FBG5 | $23,592,311.11 | 52519FDJ7 | $21,340,233.37 | 52519FFH9 | $10,640,262.38 |
| 52519FBH3 | $6,695,646.53 | 52519FDK4 | $17,629,674.56 | 52519FFJ5 | $10,470,038.86 |
| 52519FBJ9 | $10,624,156.11 | 52519FDL2 | $9,177,554.75 | 52519FFK2 | $6,155,613.25 |
| 52519FBK6 | $5,702,923.60 | 52519FDM0 | $12,136,305.25 | 52519FFL0 | $2,749,379.86 |
| 52519FBL4 | $1,314,823.61 | 52519FDN8 | $6,855,010.50 | 52519FFM8 | $8,091,714.89 |
| 52519FBM2 | $2,754,201.39 | 52519FDP3 | $22,744,921.75 | 52519FFN6 | $7,679,057.18 |
| 52519FBN0 | $23,670,026.15 | 52519FDQ1 | $14,013,462.22 | 52519FFP1 | $657,657.00 |
| 52519FBP5 | $1,184,687.22 | 52519FDR9 | $2,475,524.52 | 52520W283 | $8,083,300.00 |
| 52519FBS9 | $2,942,678.20 | 52519FDS7 | $13,932,001.56 | 52520W325 | $13,953,739.13 |
| 52519FBT7 | $632,013.96 | 52519FDT5 | $6,424,043.96 | 52520W333 | $49,202,727.32 |
| 52519FBU4 | $441,505.78 | 52519FDU2 | $7,158,246.67 | 52520W341 | $26,858,745.99 |
| 52519FBV2 | $3,201,908.67 | 52519FDV0 | $5,936,060.00 | 52520W358 | $13,988,833.16 |
| 52519FBW0 | $11,767,115.21 | 52519FDW8 | $9,635,185.20 | 52520W390 | $6,354,469.59 |
| 52520W440 | $8,795,607.65 | 52522L715 | $3,733,840.34 | 5252M0AR8 | $19,284,472.22 |
| 52520W515 | $19,043,800.86 | 52522L723 | $3,286,201.53 | 5252M0AS6 | $3,509,025.88 |
| 52520W549 | $9,335,378.55 | 52522L731 | $4,800,506.25 | 5252M0AT4 | $7,085,236.81 |
| 52520W556 | $19,636,861.76 | 52522L749 | $4,490,158.88 | 5252M0AU1 | $8,006,062.30 |
| 52520W564 | $32,039,118.89 | 52522L756 | $4,151,416.19 | 5252M0AV9 | $5,360,009.84 |
| 52520WAD3 | $10,021,500.91 | 52522L772 | $1,575,813.18 | 5252M0AW7 | $3,001,820.51 |
| 52520WAM3 | $361,437.08 | 52522L798 | $13,688,610.00 | 5252M0AX5 | $6,764,000.00 |
| 52520WAV3 | $287,646.39 | 52522L806 | $26,284,109.43 | 5252M0AY3 | $32,650,222.22 |
| 52520WAZ4 | $1,376,648.42 | 52522L814 | $3,788,372.77 | 5252M0AZ0 | $1,119,736.93 |
| 52520WBD2 | $5,011,154.69 | 52522L822 | $37,829,521.78 | 5252M0BA4 | $555,000.00 |
| 52520WDF5 | $175,310,552.67 | 52522L830 | $11,307,500.00 | 5252M0BB2 | $214,000.00 |
| 52520WDK4 | $97,372,489.82 | 52522L848 | $3,712,245.77 | 5252M0BC0 | $1,089,000.00 |
| 52522L129 | $6,908,755.87 | 52522L871 | $7,778,078.99 | 5252M0BD8 | $2,458,549.51 |

| CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 52522L137 | $7,216,252.15 | 52522L889 | $16,970,577.02 | 5252M0BE6 | $1,945,880.09 |
| 52522L145 | $1,201,327.02 | 52523J115 | $5,250,000.00 | 5252M0BF3 | $813,289.74 |
| 52522L186 | $8,250,719.08 | 52523J131 | $8,980,709.98 | 5252M0BG1 | $1,026,395.87 |
| 52522L202 | $18,032,062.56 | 52523J149 | $4,984,158.29 | 5252M0BH9 | $1,000,000.00 |
| 52522L236 | $12,467,336.52 | 52523J156 | $7,450,766.50 | 5252M0BJ5 | $1,981,379.68 |
| 52522L244 | $17,782,009.10 | 52523J172 | $11,497,687.08 | 5252M0BK2 | $505,000.00 |
| 52522L251 | $9,613,298.13 | 52523J206 | $21,062,034.81 | 5252M0BL0 | $55,210,437.00 |
| 52522L293 | $36,895,134.86 | 52523J214 | $4,204,785.38 | 5252M0BM8 | $1,112,434.70 |
| 52522L301 | $5,561,036.32 | 52523J222 | $6,690,624.98 | 5252M0BN6 | $3,430,047.63 |
| 52522L319 | $6,752,343.88 | 52523J230 | $16,145,320.79 | 5252M0BP1 | $1,000,000.00 |
| 52522L327 | $1,945,703.96 | 52523J248 | $12,247,850.96 | 5252M0BQ9 | $1,728,325.48 |
| 52522L335 | $34,044,123.11 | 52523J255 | $4,062,283.93 | 5252M0BR7 | $688,000.00 |
| 52522L350 | $81,339,784.84 | 52523J263 | $3,215,495.77 | 5252M0BS5 | $35,118,462.50 |
| 52522L376 | $14,137,626.66 | 52523J297 | $39,343,468.36 | 5252M0BT3 | $418,000.00 |
| 52522L384 | $2,110,392.08 | 52523J305 | $23,207,665.95 | 5252M0BU0 | $585,000.00 |
| 52522L392 | $3,226,053.33 | 52523J412 | $13,692,000.00 | 5252M0BV8 | $508,000.00 |
| 52522L400 | $25,028,997.40 | 52523J420 | $5,119,000.00 | 5252M0BX4 | $28,332,500.00 |
| 52522L418 | $19,855,419.18 | 52523J438 | $12,179,354.17 | 5252M0BY2 | $1,263,405.00 |
| 52522L426 | $8,964,731.94 | 52523J446 | $1,018,643.54 | 5252M0BZ9 | $3,418,022,031.25 |
| 52522L459 | $25,192,494.25 | 52523J503 | $4,290,180.18 | 5252M0CB1 | $42,302,166.67 |
| 52522L475 | $4,302,502.25 | 5252M0AA5 | $2,000,456.26 | 5252M0CC9 | $5,646,826.23 |
| 52522L483 | $3,202,849.85 | 5252M0AB3 | $3,850,118.72 | 5252M0CD7 | $6,865,217.60 |
| 52522L491 | $31,764,236.22 | 5252M0AC1 | $416,900.31 | 5252M0CE5 | $5,685,000.00 |
| 52522L525 | $72,681,740.00 | 5252M0AD9 | $2,216,193.02 | 5252M0CF2 | $5,001,140.65 |
| 52522L533 | $6,755,578.11 | 5252M0AE7 | $5,984,681.58 | 5252M0CG0 | $5,696,141.18 |
| 52522L558 | $245,067,367.75 | 5252M0AF4 | $513,816.08 | 5252M0CH8 | $35,102,409.01 |
| 52522L566 | $25,495,180.00 | 5252M0AG2 | $368,498.53 | 5252M0CJ4 | $1,006,000.00 |
| 52522L574 | $48,369,801.27 | 5252M0AH0 | $2,139,397.95 | 5252M0CK1 | $15,127,875.00 |
| 52522L582 | $7,314,405.65 | 5252M0AJ6 | $2,817,964.13 | 5252M0CL9 | $5,014,629.86 |
| 52522L632 | $3,386,947.67 | 5252M0AL1 | $465,000.00 | 5252M0CM7 | $24,055,816.45 |
| 52522L657 | $38,631,903.30 | 5252M0AM9 | $25,050,717.18 | 5252M0CN5 | $3,357,600.54 |
| 52522L673 | $2,399,393.37 | 5252M0AN7 | $3,000,000.00 | 5252M0CP0 | $30,000.00 |
| 52522L699 | $1,326,516.17 | 5252M0AP2 | $8,863,183.69 | 5252M0CQ8 | $15,020,385.38 |
| 52522L707 | $1,997,310.79 | 5252M0AQ0 | $155,253.89 | 5252M0CR6 | $1,464,346.66 |
| 5252M0CS4 | $17,084,190.00 | 5252M0ET0 | $4,259,353.33 | 82087KAG4 | $15,952,411.90 |
| 5252M0CT2 | $22,092,125.00 | 5252M0EU7 | $5,100,208.33 | | |
| 5252M0CU9 | $20,530,760.22 | 5252M0EV5 | $1,750,026.67 | | |
| 5252M0CV7 | $12,057,000.00 | 5252M0EW3 | $5,099,305.56 | | |
| 5252M0CW5 | $9,066,914.44 | 5252M0EX1 | $474,000.00 | | |
| 5252M0CX3 | $866,000.00 | 5252M0EY9 | $13,195,000.00 | | |

| CUSIP | ALLOWED CLAIM AMOUNT | CUSIP | ALLOWED CLAIM AMOUNT |
|---|---|---|---|
| 5252M0CY1 | $4,084,454.49 | 5252M0EZ6 | $328,750.63 |
| 5252M0CZ8 | $15,844,939.88 | 5252M0FA0 | $20,471,900.00 |
| 5252M0DA2 | $2,223,000.00 | 5252M0FB8 | $4,221,232.76 |
| 5252M0DB0 | $232,000.00 | 5252M0FC6 | $10,127,500.00 |
| 5252M0DD6 | $9,368,000.00 | 5252M0FD4 | $2,188,282,002.66 |
| 5252M0DE4 | $5,036,944.44 | 5252M0FE2 | $271,008.33 |
| 5252M0DF1 | $3,645,000.00 | 5252M0FF9 | $7,560,000.00 |
| 5252M0DG9 | $3,016,100.00 | 5252M0FG7 | $6,737,629.91 |
| 5252M0DH7 | $2,011,992.42 | 5252M0FH5 | $3,021,666.67 |
| 5252M0DJ3 | $2,011,000.00 | 5252M0FJ1 | $4,012,307.60 |
| 5252M0DK0 | $14,600,000.00 | 5252M0FK8 | $8,191,333.33 |
| 5252M0DL8 | $5,410,648.67 | 5252M0FL6 | $393,000.00 |
| 5252M0DM6 | $870,000.00 | 5252M0FM4 | $6,850,000.00 |
| 5252M0DP9 | $7,145,833.33 | 5252M0FN2 | $207,000.00 |
| 5252M0DQ7 | $712,629.48 | 5252M0FR3 | $2,165,958.78 |
| 5252M0DR5 | $7,024,675.00 | 5252M0FS1 | $2,476,977.52 |
| 5252M0DS3 | $774,000.00 | 5252M0FT9 | $10,148,222.22 |
| 5252M0DT1 | $10,648,097.00 | 5252M0FU6 | $2,312,071.25 |
| 5252M0DU8 | $1,200,000.00 | 5252M0FV4 | $6,235,580.13 |
| 5252M0DV6 | $5,017,083.33 | 5252M0FW2 | $9,052,000.00 |
| 5252M0DW4 | $837,093.74 | 5252M0FX0 | $10,000,000.00 |
| 5252M0DX2 | $9,032,625.00 | 5252M0FY8 | $507,370.88 |
| 5252M0DY0 | $301,673,768.25 | 5252M0FZ5 | $372,000.00 |
| 5252M0DZ7 | $3,607,200.00 | 5252M0GA9 | $2,259,000.00 |
| 5252M0EA1 | $20,025,694.44 | 5252M0GB7 | $1,602,792.47 |
| 5252M0EB9 | $1,000,000.00 | 5252M0GC5 | $232,000.00 |
| 5252M0EC7 | $8,008,888.89 | 5252M0GD3 | $5,142,638.89 |
| 5252M0ED5 | $18,132,000.00 | 5252M0GE1 | $1,146,768.84 |
| 5252M0EE3 | $1,623,792.94 | 5252M0GF8 | $4,417,221.59 |
| 5252M0EF0 | $3,716,596.11 | 5252M0GG6 | $223,266.21 |
| 5252M0EG8 | $10,268,888.89 | 5252M0GJ0 | $2,435,000.00 |
| 5252M0EH6 | $23,587,777.78 | 5252M0GM3 | $4,658,142.70 |
| 5252M0EJ2 | $3,011,833.33 | 5252M0GN1 | $25,658,333.33 |
| 5252M0EK9 | $4,522,000.00 | 5252M0GP6 | $3,029,574.32 |
| 5252M0EL7 | $3,075,000.00 | 5252M0GQ4 | $1,030,500.00 |
| 5252M0EM5 | $699,000.00 | 5252M0GR2 | $432,829.93 |
| 5252M0EN3 | $3,004,375.00 | 5252M0GS0 | $463,250.37 |
| 5252M0EP8 | $2,010,000.00 | 5252M0GU5 | $433,000.00 |
| 5252M0EQ6 | $155,000.00 | 5252M0GV3 | $2,007,664.34 |
| 5252M0ER4 | $1,940,394.92 | 5252M0GW1 | $1,840,000.00 |
| 5252M0ES2 | $2,125,075.76 | 5252M0GX9 | $3,245,000.00 |

# Exhibit B to October 2011 - Structured Securities

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
*LBHI STRUCTURED NOTE CUSIPs\**

| | | | | | |
|---|---|---|---|---|---|
| 5249087E4 | 524908NY2 | 524935CA9 | 524935EL3 | 52517P4S7 | 52517P7H8 |
| 5249083B4 | 524908NZ9 | 524935CE1 | 524935EM1 | 52517P4T5 | 52517P7K1 |
| 5249083H1 | 524908PA2 | 524935CH4 | 524935EN9 | 52517P4U2 | 52517PA27 |
| 5249083M0 | 524908PF1 | 524935CJ0 | 52517P2E0 | 52517P4V0 | 52517PA43 |
| 5249083S7 | 524908PH7 | 524935CK7 | 52517P2H3 | 52517P4W8 | 52517PA68 |
| 5249083W8 | 524908PL8 | 524935CL5 | 52517P2J9 | 52517P4X6 | 52517PB42 |
| 5249084X5 | 524908PM6 | 524935CM3 | 52517P2M2 | 52517P4Y4 | 52517PB59 |
| 5249085D8 | 524908SH4 | 524935CN1 | 52517P2P5 | 52517P5F4 | 52517PC25 |
| 5249085R7 | 524908SJ0 | 524935CP6 | 52517P2R1 | 52517P5G2 | 52517PC66 |
| 5249085Y2 | 524908TY6 | 524935CQ4 | 52517P2T7 | 52517P5J6 | 52517PC74 |
| 5249086M7 | 524908UH1 | 524935CR2 | 52517P2U4 | 52517P5K3 | 52517PE31 |
| 5249086N5 | 524908UK4 | 524935CS0 | 52517P2V2 | 52517P5L1 | 52517PE98 |
| 5249086T2 | 524908UL2 | 524935CT8 | 52517P2W0 | 52517P5M9 | 52517PH46 |
| 5249086U9 | 524908UP3 | 524935CU5 | 52517P2X8 | 52517P5N7 | 52517PH53 |
| 5249086V7 | 524908UY4 | 524935CV3 | 52517P2Y6 | 52517P5P2 | 52517PJ77 |
| 5249086W5 | 524908UZ1 | 524935CW1 | 52517P2Z3 | 52517P5Q0 | 52517PJ85 |
| 5249087A2 | 524908VB3 | 524935CX9 | 52517P3A7 | 52517P5S6 | 52517PK34 |
| 5249087C8 | 524908VN7 | 524935CY7 | 52517P3B5 | 52517P5T4 | 52517PK42 |
| 5249087D6 | 524908WE6 | 524935CZ4 | 52517P3C3 | 52517P5V9 | 52517PK91 |
| 5249087F1 | 524908WF3 | 524935DA8 | 52517P3E9 | 52517P5Z0 | 52517PL41 |
| 5249087K0 | 524908WK2 | 524935DB6 | 52517P3F6 | 52517P6A4 | 52517PL66 |
| 524908B66 | 524908WS5 | 524935DC4 | 52517P3G4 | 52517P6C0 | 52517PL74 |
| 524908ET3 | 524908WU0 | 524935DD2 | 52517P3H2 | 52517P6E6 | 52517PM24 |
| 524908FJ4 | 524908WW6 | 524935DE0 | 52517P3L3 | 52517P6F3 | 52517PM57 |
| 524908FN5 | 524908XD7 | 524935DF7 | 52517P3N9 | 52517P6G1 | 52517PM81 |
| 524908J92 | 524908XL9 | 524935DK6 | 52517P3P4 | 52517P6H9 | 52517PM99 |
| 524908JE1 | 524935129 | 524935DM2 | 52517P3R0 | 52517P6J5 | 52517PN64 |
| 524908JK7 | 524935AJ2 | 524935DN0 | 52517P3S8 | 52517P6L0 | 52517PQ20 |
| 524908K25 | 524935AK9 | 524935DP5 | 52517P3T6 | 52517P6M8 | 52517PQ87 |
| 524908L73 | 524935AP8 | 524935DQ3 | 52517P3U3 | 52517P6P1 | 52517PR29 |
| 524908MB3 | 524935AT0 | 524935DR1 | 52517P3V1 | 52517P6Q9 | 52517PR37 |
| 524908MG2 | 524935AV5 | 524935DT7 | 52517P3W9 | 52517P6R7 | 52517PS28 |
| 524908MP2 | 524935AW3 | 524935DU4 | 52517P3X7 | 52517P6S5 | 52517PS44 |
| 524908MR8 | 524935AX1 | 524935DV2 | 52517P3Z2 | 52517P6U0 | 52517PT27 |
| 524908MV9 | 524935AY9 | 524935DW0 | 52517P4B4 | 52517P6V8 | 52517PT68 |
| 524908MY3 | 524935AZ6 | 524935DX8 | 52517P4E8 | 52517P6W6 | 52517PT76 |
| 524908N30 | 524935BE2 | 524935DY6 | 52517P4F5 | 52517P6X4 | 52517PT92 |
| 524908N48 | 524935BF9 | 524935EA7 | 52517P4H1 | 52517P6Y2 | 52517PU33 |
| 524908NC0 | 524935BG7 | 524935EB5 | 52517P4K4 | 52517P6Z9 | 52517PU41 |
| 524908NF3 | 524935BN2 | 524935EC3 | 52517P4M0 | 52517P7B1 | 52517PU74 |
| 524908NL0 | 524935BR3 | 524935ED1 | 52517P4N8 | 52517P7C9 | 52517PU82 |
| 524908NM8 | 524935BV4 | 524935EE9 | 52517P4P3 | 52517P7D7 | 52517PUF6 |
| 524908NV8 | 524935BX0 | 524935EF6 | 52517P4Q1 | 52517P7E5 | 52517PUL3 |
| 524908NX4 | 524935BY8 | 524935EK5 | 52517P4R9 | 52517P7G0 | 52517PUM1 |

1

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent and from the Structured Securities List published by the Debtors. This information has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

NY: 720984-2

**Wilmington Trust Company: Lehman Brothers Holdings Inc.**
**CUSIPs**

| | | | | | |
|---|---|---|---|---|---|
| 52517PUN9 | 52517PYH8 | 52522L236 | 52523J149 | 5252M0BK2 | 5252M0DR5 |
| 52517PUP4 | 52517PYJ4 | 52522L244 | 52523J156 | 5252M0BL0 | 5252M0DS3 |
| 52517PUQ2 | 52517PYM7 | 52522L251 | 52523J172 | 5252M0BM8 | 5252M0DT1 |
| 52517PUR0 | 52517PYP0 | 52522L293 | 52523J206 | 5252M0BN6 | 5252M0DU8 |
| 52517PUU3 | 52517PYQ8 | 52522L301 | 52523J214 | 5252M0BP1 | 5252M0DV6 |
| 52517PV40 | 52517PYR6 | 52522L319 | 52523J222 | 5252M0BQ9 | 5252M0DW4 |
| 52517PV73 | 52517PYS4 | 52522L327 | 52523J230 | 5252M0BR7 | 5252M0DX2 |
| 52517PV99 | 52517PYT2 | 52522L335 | 52523J248 | 5252M0BS5 | 5252M0DZ7 |
| 52517PVC2 | 52517PYU9 | 52522L350 | 52523J255 | 5252M0BT3 | 5252M0EA1 |
| 52517PVN8 | 52517PYV7 | 52522L376 | 52523J263 | 5252M0BU0 | 5252M0EB9 |
| 52517PW80 | 52517PYW5 | 52522L384 | 52523J297 | 5252M0BV8 | 5252M0EC7 |
| 52517PWA5 | 52517PYX3 | 52522L392 | 52523J305 | 5252M0BX4 | 5252M0ED5 |
| 52517PWB3 | 52517PYY1 | 52522L400 | 52523J412 | 5252M0BY2 | 5252M0EE3 |
| 52517PWC1 | 52517PYZ8 | 52522L418 | 52523J420 | 5252M0CC9 | 5252M0EF0 |
| 52517PWD9 | 52517PZ38 | 52522L426 | 52523J438 | 5252M0CD7 | 5252M0EG8 |
| 52517PWE7 | 52517PZ53 | 52522L459 | 52523J446 | 5252M0CE5 | 5252M0EH6 |
| 52517PWH0 | 52517PZ61 | 52522L475 | 52523J503 | 5252M0CF2 | 5252M0EK9 |
| 52517PWJ6 | 52517PZ79 | 52522L483 | 5252M0AA5 | 5252M0CG0 | 5252M0EL7 |
| 52517PWL1 | 52517PZA2 | 52522L491 | 5252M0AB3 | 5252M0CH8 | 5252M0EM5 |
| 52517PWQ0 | 52517PZJ3 | 52522L525 | 5252M0AC1 | 5252M0CJ4 | 5252M0EN3 |
| 52517PWT4 | 52517PZL8 | 52522L533 | 5252M0AD9 | 5252M0CK1 | 5252M0EP8 |
| 52517PWV9 | 52517PZM6 | 52522L558 | 5252M0AE7 | 5252M0CL9 | 5252M0EQ6 |
| 52517PX48 | 52517PZN4 | 52522L566 | 5252M0AF4 | 5252M0CM7 | 5252M0ER4 |
| 52517PX55 | 52517PZS3 | 52522L574 | 5252M0AG2 | 5252M0CN5 | 5252M0ES2 |
| 52517PX63 | 52517PZY0 | 52522L582 | 5252M0AH0 | 5252M0CP0 | 5252M0ET0 |
| 52517PX71 | 52517PZZ7 | 52522L632 | 5252M0AJ6 | 5252M0CQ8 | 5252M0EU7 |
| 52517PX89 | 52520W283 | 52522L657 | 5252M0AL1 | 5252M0CR6 | 5252M0EV5 |
| 52517PX97 | 52520W325 | 52522L673 | 5252M0AM9 | 5252M0CS4 | 5252M0EW3 |
| 52517PXM8 | 52520W333 | 52522L699 | 5252M0AN7 | 5252M0CT2 | 5252M0EX1 |
| 52517PXP1 | 52520W341 | 52522L707 | 5252M0AP2 | 5252M0CU9 | 5252M0EY9 |
| 52517PXQ9 | 52520W358 | 52522L715 | 5252M0AQ0 | 5252M0CV7 | 5252M0EZ6 |
| 52517PXR7 | 52520W390 | 52522L723 | 5252M0AS6 | 5252M0CX3 | 5252M0FA0 |
| 52517PXS5 | 52520W440 | 52522L731 | 5252M0AU1 | 5252M0CY1 | 5252M0FB8 |
| 52517PXV8 | 52520W515 | 52522L749 | 5252M0AW7 | 5252M0CZ8 | 5252M0FC6 |
| 52517PXW6 | 52520W549 | 52522L756 | 5252M0AX5 | 5252M0DA2 | 5252M0FE2 |
| 52517PXX4 | 52520W556 | 52522L772 | 5252M0AY3 | 5252M0DB0 | 5252M0FF9 |
| 52517PXZ9 | 52520WAD3 | 52522L798 | 5252M0AZ0 | 5252M0DD6 | 5252M0FG7 |
| 52517PY21 | 52520WAM3 | 52522L806 | 5252M0BA4 | 5252M0DF1 | 5252M0FH5 |
| 52517PY47 | 52520WAV3 | 52522L814 | 5252M0BB2 | 5252M0DG9 | 5252M0FJ1 |
| 52517PY54 | 52520WAZ4 | 52522L822 | 5252M0BC0 | 5252M0DH7 | 5252M0FK8 |
| 52517PY62 | 52520WBD2 | 52522L830 | 5252M0BD8 | 5252M0DJ3 | 5252M0FL6 |
| 52517PY70 | 52522L129 | 52522L848 | 5252M0BE6 | 5252M0DK0 | 5252M0FM4 |
| 52517PY96 | 52522L137 | 52522L871 | 5252M0BF3 | 5252M0DL8 | 5252M0FN2 |
| 52517PYD7 | 52522L145 | 52522L889 | 5252M0BG1 | 5252M0DM6 | 5252M0FR3 |
| 52517PYE5 | 52522L186 | 52523J115 | 5252M0BH9 | 5252M0DP9 | 5252M0FS1 |
| 52517PYG0 | 52522L202 | 52523J131 | 5252M0BJ5 | 5252M0DQ7 | 5252M0FT9 |

2

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.

| Wilmington Trust Company: Lehman Brothers Holdings Inc. |
| --- |
| ***CUSIPs*** |

| |
| --- |
| 5252M0FU6 |
| 5252M0FV4 |
| 5252M0FW2 |
| 5252M0FX0 |
| 5252M0FY8 |
| 5252M0FZ5 |
| 5252M0GA9 |
| 5252M0GB7 |
| 5252M0GC5 |
| 5252M0GD3 |
| 5252M0GE1 |
| 5252M0GF8 |
| 5252M0GG6 |
| 5252M0GJ0 |
| 5252M0GM3 |
| 5252M0GN1 |
| 5252M0GP6 |
| 5252M0GQ4 |
| 5252M0GR2 |
| 5252M0GS0 |
| 5252M0GU5 |
| 5252M0GV3 |
| 5252M0GW1 |
| 5252M0GX9 |
| |

*This information is derived from material provided to the Trustee by Citibank, N.A. in its capacity as predecessor trustee and paying agent, and has not been independently verified by Wilmington Trust Company. No representation or warranty is made as to the completeness or accuracy of this information. Wilmington Trust Company reserves the right to supplement or amend this notice at any time.