WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                 :    **(Jointly Administered)**
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF APPLICATION OF THE DEBTORS PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016 FOR AUTHORIZATION TO EMPLOY AND RETAIN GLEACHER & COMPANY SECURITIES, INC. AS <u>FINANCIAL ADVISOR EFFECTIVE AS OF FEBRUARY 17, 2011</u>

**PLEASE TAKE NOTICE** that the hearing on the application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "<u>Debtors</u>"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York, to employ and retain Gleacher & Company Securities, Inc. as financial advisor to the Debtors, effective as of February 17, 2011 (the "<u>Application</u>") [ECF No. 22520], which was scheduled for December 14, 2011, at 10:00 a.m., **has been adjourned to December 21, 2011, at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Application will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Application may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: December 12, 2011
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession