# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

December 12, 2011

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
       **Twenty-fifth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twenty-fifth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order dated September 10, 2010. Debtors will file this report on the docket in advance of the December 14, 2011 omnibus hearing.

In the just-ended 30-day period, Debtors have served six additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is 204 on 221 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in 12 additional ADR matters, three as a result of mediation. Upon closing of those settlements, Debtors will have received an aggregate total of $953,784,076 new dollars for the Debtors' estates. Settlements have now been achieved in 164 ADR matters involving 173 counterparties.

US_ACTIVE:\43876831\01\58399.0008

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
December 12, 2011
Page 2

To date, of the 63 ADR matters that have reached the mediation stage and have been concluded, 58 have been settled in mediation. Only five mediations have terminated without settlement. Fifteen additional mediations have been scheduled to commence on the following dates: December 13, 15 and 19, 2011; January 17, 18, 19, 23, 25, 27, 30 and 31, 2012; and February 7, 22, 24 and 28, 2012.

Respectfully submitted,

*[signature: Peter Gruenberger]*

Peter Gruenberger
WEIL, GOTSAHL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)

US_ACTIVE:\43876831\01\58399.0008