UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re:                                                              :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et al.    :    08-13555 (JMP)
                                          Debtors.    :
                                                                    :    (Jointly Administered)
---------------------------------------------------------------------x


### NOTICE OF WITHDRAWAL OF CERTAIN CLAIMS FILED BY CITIBANK N.A. AND CITIGROUP GLOBAL MARKETS INC.

**PLEASE TAKE NOTICE** that Citibank N.A. ("Citibank") and Citigroup Global Markets Inc. ("CGMI," and together with Citibank, "Citi"), through their undersigned counsel, hereby withdraw Proofs of Claim 17915, 17931, 29879 and 29883 (the "Original Claims") filed against Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc. and Lehman Brothers Commercial Corporation (the "Debtors"). The details of the Original Claims are as follows:

| Debtor Name and Case Number | Creditor Name and Address | Claim Number to be Withdrawn | Date Claim Filed | Superseded by Surviving Claim Number |
|---|---|---|---|---|
| Lehman Brothers Special Financing Inc. 08-13888 (JMP) | Citibank, N.A. 388 Greenwich Street NY, NY 10013 | 17915 | 09/18/09 | 67733 |
| Lehman Brothers Commercial Corporation 08-13901(JMP) | Citibank, N.A. 388 Greenwich Street NY, NY 10013 | 17931 | 09/18/09 | 67734 |
| Lehman Brothers Holdings Inc. 08-13555 (JMP) | Citibank, N.A. 388 Greenwich Street NY, NY 10013 | 29883 | 09/22/09 | 67736 |
| Lehman Brothers Holdings Inc. 08-13555 (JMP) | Citigroup Global Markets Inc. 388 Greenwich Street NY, NY 10013 | 29879 | 09/22/09 | 67735 |

Citi filed the Original Claims prior to the September 22, 2009 bar date and in accordance with that certain *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim* [Docket No. 4271]. In the Original Claims, Citi expressly reserved its right to amend such claims.

On November 18, 2011, Citibank and CGMI amended the Original Claims and those filings have been registered as Proofs of Claim 67733, 67734, 67735 and 67736 (together, the "Amended Claims"). As described in the Amended Claims, Citi continues to assert the same claims asserted in the Original Claims, provided that the amount of some claims have been revised (or removed) based on Citi's continued review and

reconciliation of its books and records as they relate to the Debtors. Because the Amended Claims have been assigned new claim numbers by the Debtors' authorized Claims Agent, Epiq Bankruptcy Solutions, LLC ("Epiq"), the official claims register currently contains both the Original Claims and the Amended Claims, which in large part are duplicative. Accordingly, Citi hereby withdraws the Original Claims and authorizes Epiq to update the official claims register accordingly.

The filing of this Notice of Withdrawal shall have no effect on any other proof of claim filed by Citi or any of its affiliates against the Debtors or their affiliates. Citi reserves its right to amend this Notice of Withdraw in the event of any administrative error and/or to further amend or supplement the Amended Claims at any time and in any manner.

| | |
|---|---|
| Dated: New York, New York<br>December 12, 2011 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP<br><br>By:  /s/ Stephen J. Shimshak<br>Stephen J. Shimshak<br>(sshimshak@paulweiss.com)<br>Douglas R. Davis<br>(ddavis@paulweiss.com)<br>Claudia L. Hammerman<br>(chammerman@paulweiss.com)<br>1285 Avenue of the Americas<br>New York, New York  10019-6064<br><br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>*Attorneys for Citigroup, Inc. and its Respective Affiliates and Subsidiaries, including, without limitation, Citibank, N.A.* |