FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
Wolfgang A. Dase
One Liberty Plaza
New York, New York 10006
212-412-9500

*Attorneys for Banque Privée Edmond de Rothschild S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In re:                                                             :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :
                                                                   :    Case No. 08-13555 (jmp)
                         Debtors.                                  :
                                                                   :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wolfgang A. Dase of the law firm FLEMMING ZULACK WILLIAMSON ZAUDERER LLP, pursuant to Fed.R.Bankr.P 9010, hereby enters his Appearance on behalf of Banque Privée Edmond de Rothschild S.A. in the above-captioned proceeding. In accordance with Fed.R.Bankr.P. 9010, counsel provides the following identifying information:

> Wolfgang A. Dase
> FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
> One Liberty Plaza
> New York, New York 10006
> Telephone:   (212) 412-9500
> Facsimile:   (212) 964-9200
> E-mail:      wdase@fzwz.com

Counsel authorizes service by e-mail to the e-mail address set forth above.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, and any subsequent appearance, pleading, claim or suit, is not intended, and shall not be deemed, to waive Banque Privée Edmond de Rothschild S.A.'s (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have any matter litigated in state court or federal District Court; (iv) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Banque Privée Edmond de Rothschild S.A. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby reserved.

Dated: December 12, 2011
New York, New York

**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**

/s/ Wolfgang A. Dase
Wolfgang A. Dase
One Liberty Plaza
New York, NY 10006

(212) 412-9500 Telephone
(212) 964-9200 Facsimile

*Attorneys for Banque Privée Edmond de Rothschild S.A.*