Hearing Date:  **December 14, 2011 at 10:00 a.m.**

Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:
In re:                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :    08-13555 (JMP)
:
Debtors.                                                 :    (Jointly Administered)
:
------------------------------------------------------------------ x

**STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF**
**THE BANKRUPTCY CODE FOR AUTHORIZATION TO MONETIZE EQUITY**
**INTERESTS IN NEUBERGER BERMAN GROUP LLC**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and each of its affiliated debtors in possession (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Lehman"), hereby files this statement in support of the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Authorization to Monetize Equity Interests in Neuberger Berman Group LLC (the "Motion") [Docket No. 21847].

## BACKGROUND

A.  **Lehman Interests in Neuberger Berman**

1.  Lehman currently holds $814 million of preferred units (the "Preferred Units") and 47% of the outstanding equity interests in the form of common Class A units (the

"Common Units") of Neuberger Berman Group LLC ("Neuberger Berman"). Neuberger Berman's recent performance has been well above budget, with assets under its management increasing to $198 billion as of June 2011, up from $182 billion at year-end 2010. Lehman and Neuberger Berman have been exploring various alternatives to monetize either a portion or all of Lehman's investment in Neuberger Berman, including, a partial or full recapitalization of Neuberger Berman and a management buy-out.

2. In the summer of 2011, Lehman and Neuberger Berman reached an agreement in principle on a structure (the "Original Proposed Transaction"), which contemplated consideration to the Debtors' estates of approximately $1.5 billion, which was more than $100 million greater than that which was projected in the Debtors' Disclosure Statement (the "Disclosure Statement") [Docket No. 19629] for their Third Amended Joint Chapter 11 Plan (the "Plan").

3. In addition, the Committee and its legal and financial advisors were involved in all significant developments in the negotiations of both the Original Proposed Transaction, and its modifications subsequent to the filing of the Motion.

B. **Original Proposed Transaction**

4. The Original Proposed Transaction, as outlined in the Motion, included: (i) immediate redemption of Lehman's Preferred Units through the use of $125 million of balance sheet cash and proceeds from the issuances of new third-party bank and/or bond securities (the "Transaction Debt") of not less than $720 million; (ii) immediate repurchase of approximately 40% of Lehman's Common Units (up to 20% of Neuberger Berman's aggregate Common Units) at the price based on the December 31, 2011 valuation; (iii) redemption of the vested portion of the Preferred Units owned by management with cash and the unvested portion *via* a note bearing interest at LIBOR plus 300 basis points; (iv) future repurchases of the

2

remaining Lehman's Common Units, subject to a 25% cap[1] through (a) mandatory repurchases utilizing tiered excess cash flow based on leverage, (b) mandatory repurchases in amounts equal to any cash payments made to retiring/terminated employees, and (c) optional purchases by Neuberger Berman and its employees; and (v) a mechanism to ensure a complete exit of Lehman's investment by April 2018.  As part of the transaction, Lehman agreed to a rebate of a portion of the Preferred dividend otherwise owed to Lehman for 2011 and a portion of 2011 (the "Preferred Rebate").

C.   **Enhancements to the Original Proposed Transaction**

5.   Subsequent to the filing of the Motion, a number of the Debtors' significant creditors of (the "Creditors"), all of whom had executed plan support agreements, engaged in discussions with the Debtors and the Committee regarding the merits of the Original Proposed Transaction.  The Creditors demanded certain enhancements to the Original Proposed Transaction from Neuberger Berman.  Lengthy and contentious negotiations among Neuberger Berman, the Debtors, the Committee, and the Creditors ultimately resulted in additional benefits to the Debtors' estates, including, among others, the following:  (i) the amount of the Common Units to be purchased from the Debtors was reduced from 20% to 10% of the aggregate Common Units, thereby permitting the Debtors to benefit to a greater degree from future increases in the value of the Neuberger Berman; (ii) an elimination of the Preferred Rebate; (iii) the Debtors now stand to receive a 2.5% dividend (approximately $20 million) on the Preferred Units at closing; (iv) a reduction of the 20% discount for the Debtors' Common Units to 17.5%; (v) Neuberger Berman's valuation agent's fees were capped at $125,000; (vi) an acceleration of

---

[1]   Any purchases above the 25% cap will be on the terms mutually agreed upon by Lehman and Neuberger Berman.

3

the demand registration rights to 2017 from 2018; and (vii) other enhanced protections upon a third-party sale.

### STATEMENT

6. The Committee has been involved in the negotiations between Lehman and Neuberger Berman from late 2010 through late last week. Accordingly, the Committee and its legal and financial advisors have fully analyzed and evaluated the terms of the Original Proposed Transaction, as well as the modifications made subsequent to the filing of the Motion, on a stand-alone basis and in relation to the *status quo* projections and various other potential options. Based on this detailed analysis, the Committee and its advisors agree with the Debtors that the transaction, in its current form (the "Proposed Transaction"), is within the Debtors' sound business judgment, and should be approved by the Court.

7. The Proposed Transaction was the product of arm's length, good faith negotiations among Lehman, the Committee, the Creditors, and Neuberger Berman. Each party was represented throughout the negotiations by able counsel and financial advisors, and the negotiations that led to the Proposed Transaction were lengthy and sometimes contentious.

8. The Proposed Transaction will facilitate the Debtors' twin goals of accelerating and maximizing distributions to their creditors upon consummation of the Plan. The Committee's financial advisors estimate that the Proposed Transaction will generate approximately $1.5 billion in aggregate proceeds − almost double what would have been generated from the 2008 offer from Bain Capital and more than $100 million more than the Neuberger Berman proceeds projected in the Disclosure Statement. Under the Proposed Transaction, Lehman will also be able to benefit from future increases in Neuberger Berman's value.

9. The Committee supported the Original Proposed Transaction as a sound exercise of the Debtors' business judgment. The additional concessions resulting from the subsequent negotiations with Neuberger Berman make the Proposed Transaction even more beneficial to the Debtors' estates. Thus, the Committee is pleased to support the Proposed Transaction as a transaction that is in the best interests of the Debtors' creditors.

10. Thus, the Committee is comfortable both with the process and the result achieved, as reflected in the Proposed Transaction, and believes that the Proposed Transaction should be approved.

WHEREFORE, for the all foregoing reasons, the Committee respectfully requests that the Court approve the Proposed Transaction and grant such other relief as is just.

Dated: New York, New York
December 12, 2011

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

By: /s/ Dennis F. Dunne
Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell

1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

5