KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

————————————x

**SIXTH INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES, SPECIAL COUNSEL TO**
**THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

**FOR THE NINTH INTERIM PERIOD**

| | |
|---|---|
| Name of Applicant: | KLEYR GRASSO ASSOCIES |
| Role in Case: | Special Counsel to Debtors and Debtors in Possession |
| Date of Retention: | June 1, 2009 |
| Period for which Compensation and Reimbursement are Sought: | June 1, 2011 to September 30, 2011 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $273,820.26 (being the equivalent amount of € 193,111.00) |
| Amount of Disbursements and Expenses Reimbursement Sought as Actual, Reasonable and Necessary: | $ 1,927.05 (€ 1,352.06) |
| Total Amount Sought: | $ 275,747.31 (€ 194,463.06) |
| This is an: | Interim Fee Application |

Prior Applications:

First Interim Fee Application relating to the period June 1, 2009 to January 31, 2010 filed on April 12, 2010

Second Interim Fee Application relating to the period February 1, 2010 to May 31, 2010 filed on August 16, 2010

Third Interim Fee Application relating to the period June 1, 2010 to September 30, 2010 filed on December 14, 2010

Fourth Interim Fee Application relating to the period October 1, 2010 to January 31, 2011 filed on June 1, 2011.

Fifth Interim Fee Application relating to the period February 1, 2011 to May 31, 2011 filed on August 12, 2011.

Prior Amounts Requested

Fees Previously Requested:

First Interim Fee Application
$ 244,551.06 (€ 180,015.50)

Second Interim Fee Application
$ 198,958.50 (€ 150,809.00)

Third Interim Fee Application
$ 65,871.59 (€ 50,125.00)

Fourth Interim Fee Application
$ 72,948.45 (€ 54,597.00)

Fifth Interim Fee Application
$ 250,153.93 (€ 172,711.00)

Fees Previously Awarded:

First Interim Fee Application
$ 216,918.02

Second Interim Fee Application
$ 123,264.86

Third Interim Fee Application
$ 54,979.70

Fourth Interim Fee Application
$ 72,948.45

Fifth Interim Fee Application
$ 0.00

| | |
|---|---|
| Disbursements and Expenses Previously Requested: | First Interim Fee Application<br>$ 3,981.74 (€ 2,930.98) |
| | Second Interim Fee Application<br>$ 4,706.27 (€ 3,595.88) |
| | Third Interim Fee Application<br>$ 2,138.00 (€ 1,627.42) |
| | Fourth Interim Fee Application<br>$1,602.96 (€ 1,208.41) |
| | Fifth Interim Fee Application<br>$ 2,087.87 (€ 1,454.59) |
| Disbursements and Expenses Previously Awarded: | First Interim Fee Application<br>$ 2,935.61 |
| | Second Interim Fee Application<br>$ 3,780.13 |
| | Third Interim Fee Application<br>$ 2,138.00 |
| | Fourth Interim Fee Application<br>$ 1,602.96 |
| | Fifth Interim Fee Application<br>$ 0.00 |
| Aggregate Amounts Paid to Date: | $ 901,486.87 |

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

Below is a list of each individual at KLEYR GRASSO ASSOCIES who has performed work during the Interim Period, as defined later herein, on behalf of the Debtors, the position of each such individual in the Firm, the year of admittance to practice of each individual, his or her hourly billing rate, the aggregate time expended by each individual during the Interim Period, and the amount of KLEYR GRASSO ASSOCIES fees attributable to each individual during the Interim Period.

We wish to stress, in order to avoid any confusion, that internally, junior lawyers, although already admitted to the Luxembourg Bar Association *("avocats")* rank as (Junior) Associates, with the lowest billing rates applied by our firm.

After having passed and succeeded a "second" bar examination, they will become qualified lawyers *("avocats à la Cour")* and their internal status will be Associate, with a higher billing rate.

Accordingly, the trainee lawyers, Associates, ranking internally as Junior, can be distinguished from the qualified lawyers, Associates, using their billing rate of (€ 195.-), while the usual billing rate of (non Junior) Associates is (€ 255.-).

All amounts herein are set out in US dollars and additionally in the conversion amount in euros.

The US dollars amounts set forth herein result from the addition of all the USD amounts set forth in the relevant monthly statements, whereby such amounts were converted from euro to US dollars using the official exchange rate of the European Central Bank as of the last day of the month for which compensation is sought, hence (a) June 30, 2011 for the June 2011 monthly statement (Euro/USD rate 1.4453), (b) July 29[1], 2011 for the July 2011 monthly statement (Euro/USD rate 1.426), (c) August 31, 2011 for the August 2011 monthly statement (Euro/USD rate 1.445) and (d) September 30, 2011 for the September 2011 monthly statement (Euro/USD rate 1.3503)

The Fee Committee has requested that a "true-up" calculation be included in each interim fee application, based on the exchange rate applicable as of the day of filing of the relevant interim fee application.

Accordingly, using the official exchange rate of the European Central Bank as of December 12, 2011 (Euro/USD rate 1.3251), the "true-up" calculation is as follows:

Total fees for the interim period: € 193,111.00 / $ 255,891.39

Total disbursements for the interim period: € 1,352.06 / $ 1,791.61

---

[1] Since July 31, 2011 was not a business day (Sunday), exchange rate published by the European Central Bank as at July 29, 2011 has been used.

| Name of Professional & Title | Year Admitted to Practice | Billing Rate in EUR | Total Hours Billed | Fee Totals in USD | Fee Totals in EUR |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 122:18 | $ 73,694.48 | € 51,366.00 |
| Marc Kleyr, Managing Partner | 1991 | € 420.- | 66:54 | $ 38,941.14 | € 28.098.00 |
| Rosario Grasso Partner | 1991 | € 420.- | 00:18 | $ 170.14 | € 126.00 |
| Pascal Sassel Senior Associate | 2002 | € 420.- | 97:12 | $ 57,790.04 | € 40,824.00 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 157:00 | $ 66,104.89 | € 46,315.00 |
| Henry De Ron Associate | 2008 | € 255.- | 44:18 | $ 15,621.73 | € 11,296.50 |
| Katia Bartholomé, Associate | 2009 | € 195.-/255.-[2] | 63:18 | $ 21,497.84 | € 15,085.50 |
| **TIME CHARGES TOTAL:** | | | 551:18 | $ 273,820.26 | € 193,111.00 |

**Total Hours:**            **551:18**
**Total Fees:**             **$ 273,820.26 (€ 193,111.00)**
**Blended Hourly Rate:**    **$ 496.68 (€ 350.28)**

---

[2] Me Katia Bartholomé having passed and succeeded the « second » bar examination, she became, in July 2011, qualified lawyer. Accordingly her reduced billing rate of "Junior" Associate has been increased, effective July 1, 2011 to the usual billing rate of a qualified lawyer Associate.

KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

————————————————x

**SIXTH INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES, SPECIAL COUNSEL TO**
**THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

**FOR THE NINTH INTERIM PERIOD**

      KLEYR GRASSO ASSOCIES ("Kleyr Grasso"), special counsel for Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively,

the "Debtors"), submits this sixth interim application (the "Sixth Interim Application") seeking

allowance of (a) compensation for professional services rendered by Kleyr Grasso to the

Debtors in the amount of $ 273,820.26 (€ 193,111.00), and (b) reimbursement of actual and

necessary expenses and disbursements incurred by Kleyr Grasso in the rendition of required

professional services on behalf of the Debtors in the amount of $ 1,927.05 (€ 1,352.06), in each

case for the period from June 1, 2011 through September 30, 2011 (the "Interim Period")

pursuant to section 330(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the United States

Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"),

General Order M-389, Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases (the "Local Guidelines"), the Fourth Amended

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(b) Establishing Procedures for Interim Monthly Compensation of Professionals, entered in these cases on April 14, 2011 (the "Interim Compensation Order"), and the Fee Committee Guidelines (as defined below and, collectively with the UST Guidelines, the Local Guidelines and the Interim Compensation Order, the "Guidelines"). In support of this Sixth Interim Application, Kleyr Grasso respectfully represents as follows:

## Jurisdiction and Venue

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), Lehman Brothers Holdings Inc. ("LBHI") and the other Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate. On January 19, 2009, the U.S. Trustee appointed an examiner (the "Examiner") and on January 20, 2009, the Court approved the U.S. Trustee's appointment of the Examiner.

5.      This Sixth Interim Application is submitted in accordance with the Interim Compensation Order, which is annexed hereto as Exhibit A.

6.       On January 24, 2011, the Court entered an order modifying the composition of the fee committee (the "Fee Committee") that had previously been appointed in these chapter 11 cases [Docket No. 14117]. On April 14, 2011, the Court entered an order approving a revised fee protocol (the "Fee Protocol")setting forth certain procedures and guidelines with respect to the fees and expenses of retained professionals in these cases [Docket No. 15998] (the "Fee Committee Guidelines").

7.       On September 1, 2011, the Debtors filed a third amended joint chapter 11 plan (the "Plan") and disclosure statement (the "Disclosure Statement") [Docket Nos. 19627 and 19629].

8.       On September 1, 2011, the Bankruptcy Court entered an amended order [Docket No. 19631] approving the Disclosure Statement, establishing solicitation and voting procedures in connection with the Plan, scheduling the confirmation hearing and establishing notice and objection procedures for the confirmation hearing.

9.       On September 15, 2011, the Bankruptcy Court entered an order [Docket No. 20016] approving a modification to the Disclosure Statement.

10.      On April 12, 2010, Kleyr Grasso filed its first interim fee application (the "First Interim Application", [Docket No. 8241]) in connection with the rendering of services from June 1, 2009 through January 31, 2010.

11.      On August 16, 2010, Kleyr Grasso filed its second interim fee application (the "Second Interim Application", [Docket No. 10774]) in connection with the rendering of services from February 1, 2009 through May 31, 2010.

12.      On December 14, 2010, Kleyr Grasso filed its third interim fee application (the "Third Interim Application"), [Docket No. 13464]) in connection with the rendering of services from June 1, 2010 through September 30, 2010.

13.      On June 1, 2011, Kleyr Grasso filed its fourth interim fee application (the "Fourth Interim Application"), [Docket No. 17264]) in connection with the rendering of services from October 1, 2010 through January 31, 2011.

14. On August 12, 2011, Kleyr Grasso filed its fifth interim fee application (the "Fifth Interim Application"), [Docket No. 19208]) in connection with the rendering of services from February 1, 2011 through May 31, 2011.

## Retention of Kleyr Grasso

15.     On March 2, 2010, the Debtors filed their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules for Authorization to Employ and Retain Kleyr Grasso as Special Counsel to LBHI, effective *nunc pro tunc* to June 1, 2009 (the "Engagement Date") with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein.

16.     On March 25, 2010, the Court entered the Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Kleyr Grasso as Special Counsel to the Debtors, *nunc pro tunc* to the Engagement Date (the "Retention Order", [Docket No. 7825]).

17.     Pursuant to the Retention Order, Kleyr Grasso has been retained to continue its engagement as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions which arise or may arise in relation to direct or indirect subsidiaries as well as affiliates for which it is likely that these are Luxembourg entities/undertakings of LBHI (the "Luxembourg Entities"); thus Kleyr Grasso provides legal services as to the Debtors in matters not directly related to these chapter 11 cases, but solely concerning the Luxembourg Entities and Luxembourg law (the "Luxembourg Matters"). Kleyr Grasso does not and will not represent the Lehman Entities with respect to matters pending or that may arise in this Court, other than matters pertaining to Kleyr Grasso's employment. On August 23, 2011, Kleyr Grasso filed a declaration / supplemental declaration and disclosure statement of Maitre Marc Kleyr on behalf of Kleyr Grasso Associes in relation to some separate engagements with certain Luxembourg Entities [Docket No. 19433].

## Relief Requested

18.     Prefixed to this Sixth Interim Application is the cover sheet required by the UST Guidelines, which includes a schedule setting forth the names of all Kleyr Grasso professionals who have performed services for which compensation is sought, the person's position in the Firm, and the year each lawyer was first admitted to practice law. In addition, the schedule sets forth for each person (a) the hourly rate(s) during the Interim Period, (b) the total

hours billed during the Interim Period, and (c) the total compensation for such hours. The rate for each of the individuals listed in afore mentioned cover sheet is equal to the billing rate for such individual's time for similar services to clients in connection with other similar matters. Kleyr Grasso believes that these rates are equal to or less than the rates charged by professionals with similar experience.

19.　　By this Sixth Interim Application, Kleyr Grasso seeks allowance in full of interim compensation for professional services rendered to the Debtors during the Interim Period in the aggregate amount of $ 273,820.26 (€ 193,111.00), and for reimbursement of actual, necessary expenses and disbursements incurred during the Interim Period in connection with such services in the aggregate amount of $ 1,927.05 (€ 1,352.06).

### Kleyr Grasso's Fees

20.　　This Sixth Interim Application is filed in accordance with the Interim Compensation Order.

The Debtors have incurred fees of $ 273,820.26 (€ 193,111.00) for services rendered over 551,3 hours by Kleyr Grasso during the Interim Period, resulting in a blended hourly rate of approximately $ 496.68 (€ 350.28).

21.　　For services rendered for the period from and including June 1, 2011 through June 30, 2011 (the "June 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 57,229.84, representing eighty percent (80.00%) of the $ 71,537.30 (€ 49,496.50 ) total fees incurred by the Debtors for services rendered for the June 2011 Statement Period.

22.　　For services rendered for the period from and including July 1, 2011 through July 31, 2011 (the "July 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 41,986.57, representing eighty percent (80.00%) of the $ 52,483.22 (€ 36,804.50) total fees incurred by the Debtors for services rendered for the July 2011 Statement Period.

23.　　For services rendered for the period from and including August 1, 2011 through August 31, 2011 (the "August 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 68,043.90, representing eighty percent (80.00%) of the $ 85,054.87 (€ 58,861.50) total fees incurred by the Debtors for services



rendered for the August 2011 Statement Period.

24.     For services rendered for the period from and including September 1, 2011 through September 30, 2011 (the "September 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 51,795.90, representing eighty percent (80.00%) of the $ 64,744.87 (€ 47,948.50) total fees incurred by the Debtors for services rendered for the September 2011 Statement Period.

25.     Kleyr Grasso has annexed to the Sixth Interim Application, as Exhibit B, a copy of the invoices for the June 2011 Statement Period, the July 2011 Statement Period, the August 2011 Statement Period, and the September 2011 Statement Period, together with the respective summary sheet belonging to each of the afore mentioned respective statement period. Attached to each invoice are the relevant daily time records broken down by matter and listing the name of the individual performing the services, the date on which the services were performed, and the amount of time spent performing the services.

Additionally, annexed to this Sixth Interim Application, (i) as Exhibit C, is a list of all of the matters for which services were rendered and the aggregate amount of hours and fees expended for such matters during the Interim Period, and (ii) as Exhibit D, is a summary table identifying every timekeeper who provided services in each task code with the relevant hours and fees expended per task code during the interim period.

26.     No objections have been submitted to Kleyr Grasso with respect to Kleyr Grasso's monthly statements relating to the periods mentioned under foregoing paragraph 22.

27.     By this Sixth Interim Application, Kleyr Grasso seeks allowance for payment of $ 273,820.26 (€ 193,111.00), which amount represents hundred percent (100%) of the total of Kleyr Grasso's requested fees during the Interim Period, as special counsel to the Debtors.

28.     During the Interim Period, Kleyr Grasso lawyers expended a total of roughly 551 hours for services provided in connection with the Luxembourg Matters (more precisely described below in section "Summary of Services by Categories"), and incurred fees in the total amount of $ 273,820.26 (€ 193,111.00), and disbursements and expenses in the total amount of $ 1,927.05 (€ 1,352.06) in connection with such services.

29.     The services performed and expenses incurred by Kleyr Grasso during the Interim Period were provided only on behalf of and rendered a benefit to LBHI.

30.     In sum, pursuant to this Sixth Interim Application, Kleyr Grasso hereby seeks allowance and compensation from the Debtors' estates of the following:

(a)     Compensation for professional services rendered during the Interim Period in the aggregate amount of $ 273,820.26 (€ 193,111.00); and

(b)     Reimbursement of disbursements and expenses incurred during the Interim Period in connection with such services in the aggregate amount of $ 1,927.05 (€ 1,352.06), while as a matter of courtesy, only external disbursements have been invoiced to the exclusion of any other expenses (like photocopying, online legal researches, etc...) .

31.     Annexed hereto, as <u>Exhibit C</u>, is a summary of all services rendered by Kleyr Grasso during the Interim Period by project category. Annexed hereto, as <u>Exhibit D</u>, is a summary table identifying every timekeeper who provided services in each task code with the relevant hours and fees expended per task code during the interim period. Annexed hereto, as <u>Exhibit E</u>, is a summary of time charges and hourly rates by professional. Annexed hereto, as <u>Exhibit F</u>, is a summary of the types of expenses for which reimbursement is sought. Annexed hereto, as <u>Exhibit G</u>, is the certification of Rina Breininger, Partner of Kleyr Grasso, with respect to this Sixth Interim Application pursuant to the Local Guidelines.

32.     During the Interim Period, Kleyr Grasso encountered a variety of challenging legal issues, often requiring substantial research and negotiation. When possible, Kleyr Grasso delegated tasks to lower cost junior lawyers, being stressed that Kleyr Grasso, as a small sized law firm in Luxembourg, does not employ so-called "paralegals" often employed at the level of U.S. law firms. This approach has resulted in enhanced cost efficiency. Kleyr Grasso submits that the services it rendered were beneficial to the Debtors' estate and were performed efficiently, economically and effectively and in a manner commensurate with the complexity, importance and nature of the problems, issues and tasks involved. Moreover, the Firm's request for compensation is reasonable in light of the nature, extent, and value of its services to the Debtors. Accordingly, approval of the compensation for professional services sought herein is warranted.

33.     All services for which Kleyr Grasso seeks compensation were performed for and on behalf of the Debtors. No agreement or understanding exists between the

Firm and any other person for the sharing of compensation to be received for the services rendered in connection with the Firm's representation of the Debtors. No action prohibited by Section 504 of the Bankruptcy Code has been, or will be, made by Kleyr Grasso; see hereto the Affidavit of Marc Kleyr, Esq., dated February 26, 2010, annexed to this Sixth Interim Application as Exhibit H.

### Summary of Services Rendered

34.    The names of the partners and associates of Kleyr Grasso, who have rendered professional services in this case during the Interim Period, are set forth in the attached Exhibit E and in the cover sheet to this Sixth Interim Application.

35.    Kleyr Grasso, by and through the above-named persons, has prepared and assisted in the preparation of various documents, advised the Debtors on a regular basis with respect to the Luxembourg Matters, and performed all necessary professional services which are described and narrated in detail below and in the time sheets of the invoices attached hereto as Exhibit B.

### Summary of Services by Categories

36.    The services rendered by Kleyr Grasso during the Interim Period can be grouped into the categories set forth below. Kleyr Grasso, as a non-U.S. law firm, has been advised that, except as regards (a) the preparation of the documentation in order to be retained as special counsel in accordance with the applicable U.S. law requirements, and (b) the preparation of monthly statements and fee applications, all the services rendered by Kleyr Grasso with respect to the Luxembourg Matters, should be considered as being performed in relation with the project category "International Assets". Furthermore a summary table identifying every timekeeper who provided services in each task code with the relevant hours and fees expended per task code during the interim period has been annexed hereto, as Exhibit D.

### A.    International Assets

37.    Time billed in this category relates to the services performed by Kleyr Grasso in connection with the Firms function as "interface" in between Alvarez & Marsal North America, LLC ("A&M"), the Debtors' Chief Restructuring Officers, WGM, the Debtors' general bankruptcy counsel, on one side, and the Luxembourg authorities on the other side. In this

context, Kleyr Grasso assisted A&M during the Interim Period with providing frequently information as regards the Luxembourg Entities; especially but not limited to information relevant and necessary to gain and/or to maintain the assets of certain Luxembourg Entities. Thereby, Kleyr Grasso provided information concerning the current and former managers and the registered offices of the Luxembourg Entities.

With respect to the Luxembourg Entities which are already under A&M's control, Kleyr Grasso was advising the people from A&M as regards their obligations as managers of these Luxembourg Entities and supported them – where required – in providing information to and/or liaising with the Luxembourg authorities (especially tax authorities) and/or drafting of required Luxembourg corporate documentation. Kleyr Grasso also liaised with the auditors of certain Luxembourg Entities in order to facilitate their work and to achieve a quick regularization of some Luxembourg Entities under the threat of a possible compulsory liquidation at the request of the Luxembourg public prosecutor. The moreover, Kleyr Grasso liaised with the domiciliation agents of certain Luxembourg Entities in order to get access to the corporate documents deposited with these domiciliation agents in order to assess the accurate assets/liabilities situation of the relevant Luxembourg Entities. In particular, Kleyr Grasso has drafted Luxembourg corporate law documents in relation to the approval of (i) the extension of tolling agreement and (ii) the annual accounts for the years 2006 to 2010 2010 of the company Lehman Brothers Helsinki Holdings S.à r.l. and liaising with GT Fiduciares S.A. regarding the fiscal status of Lehman Brothers Helsinki Holdings S.à r.l.. Kleyr Grasso was also liaising with the people from A&M as regards the fiscal status of Lehman Brothers Captain N°2 S.à r.l..

38.    Kleyr Grasso assisted in filing of a statement of claim for an aggregate amount of € 612,273.90 against 81 VH Holding S.à r.l., a Luxembourg company in bankruptcy, such claim resulting from a swap and rate cape transaction entered into with Lehman Brothers Special Financing Inc. During this Interim Period Kleyr Grasso especially reviewed, finalized and filed the relevant statement of claim.

39.    The services performed by Kleyr Grasso during the Interim Period were also related to a proof of claim for a total amount of € 4,524,202,964.00, filed on or about July 24, 2009 by the administrators of LEHMAN BROTHERS INTERNATIONAL EUROPE (in administration) in the liquidation of LEHMAN BROTHERS (Luxembourg) S.A. under compulsory liquidation (en liquidation judiciaire). More precisely, since certain LEHMAN BROTHERS (Luxembourg) S.A.'s obligations have been guaranteed by LBHI, Kleyr Grasso assisted, at the request of A&M, the Luxembourg liquidators of LEHMAN BROTHERS (Luxembourg) S.A. in the

formulation of the factual and legal arguments for the rejection of LEHMAN BROTHERS INTERNATIONAL EUROPE (in administration) alleged claim in the liquidation of LEHMAN BROTHERS (Luxembourg) S.A. under compulsory liquidation (*en liquidation judiciaire*).

40.    Kleyr Grasso performed services with respect to issues relating to the liquidation of the so-called Brasstown entities in relation to which the annual accounts have/had to be prepared with respect to several years as well as the relevant tax returns. In particular, Kleyr Grasso liaised with the liquidator of the Brasstown entities as well as the Debtors' local tax advisor in order to efficiently move forward with such outstanding issues with the aim to achieve the closing of the ongoing liquidations of these entities in a near future. In particular, Kleyr Grasso has drafted the necessary documents in order to close the liquidation of the Brasstown entities (substitution agreements, transfer agreements....).

41.    Kleyr Grasso performed services in relation to project Calvino, especially reviewed and analyzed the situation / status of LB LUX RE Holding S.à r.l. regarding its existing investments / joint ventures in view of the new investment to be eventually made through LB LUX RE Holding S.à r.l..

Fees: $ 249,517.49 (€ 175,964.00)          Total hours: 497:12

**B.    Special Counsel Procedure**

42.    This category includes (i) reviewing of legal applicable provisions (UST Guidelines, Local Guidelines, the Interim Compensation Order, Fee Protocol, OCP Order, etc...), and other documents and memoranda issued by the Fee Committee, (ii) drawing and finalizing the supplemental declarations of Kleyr Grasso in relation to separate engagements by Lehman affiliated entities, and (iii) reviewing of the stipulation with respect to Third Interim Application.

Fees: $ 8,049.08 (€ 5,722.00)          Total hours: 16:36

**C.    Preparation of monthly statements and fee applications**

43.    In connection with this matter, Kleyr Grasso prepared and served monthly fee statements in accordance with the Guidelines. As requested, Kleyr Grasso also provided excel versions of its invoices including the conversion of all amounts thereof in USD. Additionally, Kleyr Grasso prepared and served its Fifth Interim Application. Tasks included reviewing all expenses, timekeeper entries, and fee statement schedules and tables for

accuracy and compliance with the Guidelines. Finally, Kleyr Grasso responded to requests from the Fee Committee.

Fees: $ 16,253.69 (€ 11,425.00)                    Total hours: 37:30

### Expenses Incurred by Kleyr Grasso

44.     Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed under section 327 of the Bankruptcy Code. The total amount of the expenses and disbursements is $ 1,927.05 (€ 1,352.06 for the Interim Period, as detailed in the attached Exhibit F. As set forth above, Kleyr Grasso seeks reimbursement for external disbursements only, incurred in rendering services to the Debtors during the Interim Period in the amount of $ 1,927.05 (€ 1,352.06).

45.     In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Guidelines, Kleyr Grasso maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a) No amortization of the cost of any investment, equipment, or capital outlay is included in the expenses. In addition, for those items or services that Kleyr Grasso purchased or contracted from a third party (such as the Luxembourg register of commerce and companies), Kleyr Grasso seeks reimbursement only for the exact amount billed to Kleyr Grasso by the third party vendor and paid by Kleyr Grasso to the third party vendor; such costs being referred to as disbursements.

(b) Photocopying as well as long distance calls and online legal researches were not charged by Kleyr Grasso, as a matter of courtesy, so that finally only disbursements are (re-)charged to the Debtors.

### The Requested Compensation Should Be Allowed

46.     Section 330 of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

(A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)     reimbursement for actual, necessary expenses. 11 U.S.C. § 330(a)(1).

Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

47.    In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

(A)    the time spent on such services;

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E)    whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. 11 U.S.C. § 330(a)(3)(A).

48.    Kleyr Grasso respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein. The services described above, at the time they were provided, were necessary and beneficial to the administration of the Debtors' chapter 11 cases. Kleyr Grasso's services were consistently performed in a timely manner, commensurate with the complexity of the issues facing the Debtors and the nature and importance of the problems, issues, and tasks. Furthermore, the compensation sought by Kleyr Grasso is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy. Accordingly, approval of the compensation sought herein is warranted.

## Statements of Kleyr Grasso Pursuant to Bankruptcy Rule 2016(a)

49.    After have been retained, *nunc pro tunc* to June 1, 2009, as special counsel to the Debtors by the Retention Order dated March 25, 2010, Kleyr Grasso has submitted monthly statements during the Interim Period. Kleyr Grasso submitted monthly statements with respect to (a) June 2011 (the "June Statement") on July 8, 2011, (b) July 2011

(the "July Statement") on August 11, 2011, (c) August 2011 (the "August Statement") on
September 5, 2011 and (d) September 2011 (the "September Statement") on October 7, 2011.

50.    No agreement or understanding exists between Kleyr Grasso and any
third person for the sharing of compensation, except as allowed by section 504(b) of the
Bankruptcy Code and Bankruptcy Rule 2016 with respect to the sharing of compensation
between and among partners of Kleyr Grasso. All of the services for which compensation is
sought in this Sixth Interim Application were rendered at the request of, and solely on behalf of,
the Debtors, and not at the request of, or on behalf of, any other person or entity.

### Notice

51.    Notice of this Sixth Interim Application and its exhibits will be given to
(a) the Debtors; (b) counsel to the Debtors; (c) the U.S. Trustee; (d) counsel to the Creditors'
Committee; and (e) the Fee Committee. Kleyr Grasso respectfully submits that no other or
further notice is required.

WHEREFORE, Kleyr Grasso respectfully requests that the Court enter an order: (a)
allowing interim compensation of $ 273,820.26 (€ 193,111.00), to Kleyr Grasso for professional
services rendered as special counsel for the Debtors during the Interim Period, plus
reimbursement of actual and necessary expenses and disbursements incurred in the sum of $
1,927.05 (€ 1,352.06), in connection with Kleyr Grasso's services during the Interim Period; (b)
authorizing and directing the Debtors to pay to Kleyr Grasso any and all unpaid amounts for the
Interim Period in the amount of $ 54,764.05 and (c) granting to Kleyr Grasso such other and
further relief as the Court may deem proper.

Dated: December 12, 2011          KLEYR GRASSO ASSOCIES

By
Rina Breininger
122, rue Adolphe Fischer
L-1521 Luxembourg
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

## EXHIBIT A

### INTERIM COMPENSATION ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
In re                                              :            Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,           :            Case No. 08-13555 (JMP)
                                                   :
                              Debtors.             :            (Jointly Administered)
-------------------------------------------------------------- x

### FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the proposed amended order filed March 11, 2011 and April 6, 2011 (the "**Fourth Amended Order**") of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "**Debtors**" and, together with their non-debtor affiliates, "**Lehman**"), pursuant to sections 105(a) and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to establish procedures for interim monthly compensation and reimbursement of expenses of professionals (the "**Professionals**")—all as more fully described in the Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 (the "**Motion**") [Docket No. 833]—and upon the notice of presentment of the proposed Fourth Amended Order; and the Court having jurisdiction to consider the proposed Fourth Amended Order and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under

Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

proposed Fourth Amended Order and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the proposed Fourth Amended Order having

been provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all parties who have requested notice; and (iii) all Professionals; and the Court

having entered an amended order, dated June 25, 2009 (the **"Third Amended Order"**) [Docket

No. 4165], governing the procedures for interim monthly compensation and reimbursement of

expenses of professionals; and the Court then concluding that there is cause to make certain

amendments to the Third Amended Order; and the relief sought in the proposed Fourth Amended

Order being in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion and the proposed Fourth

Amended Order establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

     ORDERED that the Third Amended Order is superseded in its entirety by this Fourth

Amended Order; and it is further

     ORDERED that except as may otherwise be provided in orders of the Court authorizing

the retention of specific Professionals, all Professionals in these cases may seek monthly

compensation in accordance with the following procedures (the "**Interim Compensation Procedures**"):

(a)     On or before the forty-fifth (45th) day following the month for which compensation is sought, each professional seeking compensation, other than a professional retained as an ordinary course professional or a professional retained by the Examiner appointed in these Chapter 11 cases, will serve a monthly statement (the "Monthly Statement"), by hand or overnight delivery on (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York, 10020 (Attn: John Suckow and William Fox); (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and, (v) Richard Gitlin, Chair of the Fee Committee (as defined in the Order Appointing a Fee Committee and Approving a Fee Protocol, dated May 26, 2009 [Docket No. 3651], all as may be amended from time to time, the "Fee Protocol") c/o Godfrey & Kahn, S.C., One East Main Street, P.O. Box 2719, Madison, WI 53701-2719 (the "Notice Parties"). In addition to being served with a paper copy, the Office of the United States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers Holdings, Inc. shall also be served with a disc containing an electronic version of the Monthly Statement.

(b)     The Monthly Statement need not be filed with the Court and a courtesy copy need not be delivered to chambers since this Fourth Amended Order is not intended to alter the fee application requirements outlined in sections 330 and 331 of the Bankruptcy Code and since professionals are still required to serve and file interim and final applications for approval of fees and expenses in accordance with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

(c)     Each Monthly Statement must contain a list of the individuals and their respective titles (e.g., attorney, paralegal, etc.) who provided services during the statement period, their respective billing rates, the aggregate hours spent by each individual, a reasonably detailed breakdown of the fees and expenses incurred (no professional should seek reimbursement of an expense that would otherwise not be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and April 21, 1995 or the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or as close thereto as practicable.

3

(d)    Each Notice Party shall have at least thirty (30) days after receiving the Monthly Statement to review the statement and, if the Notice Party objects to the compensation or expense reimbursement sought in a particular statement, such Notice Party shall, no later than the thirty-first (31st) day following receipt of the Monthly Statement (the "**Monthly Statement Objection Deadline**"), serve upon the professional to whose Monthly Statement the Notice Party objects and the other Notice Parties a written "Notice of Objection to Fee Statement," setting forth the nature of the Notice Party's objection and the amount of fees or expenses at issue.

(e)    At the expiration of the Monthly Statement Objection Deadline, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified in each Monthly Statement to which no objection has been served in accordance with paragraph (d) above.

(f)    If the Debtors object or receive an objection to a particular Monthly Statement, the Debtors shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth in paragraph (e).

(g)    If the parties to an objection resolve their dispute following the service of a Notice of Objection to Fee Statement and if the party whose Monthly Statement was objected to serves on all Notice Parties a statement indicating that the objection is withdrawn or modified and describing the terms of the resolution, then the Debtors shall promptly pay, in accordance with paragraph (e), that portion of the Monthly Statement that is no longer subject to an objection.

(h)    All objections that the parties do not resolve shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard by the Court in accordance with paragraph (j) below.

(i)    The service of an objection in accordance with paragraph (d) above shall not prejudice the objecting party's right to object to any fee application made to the Court in accordance with the Bankruptcy Code on any ground regardless of whether the objecting party raised the ground in the objection or not. Furthermore, the decision by any party not to object to a Monthly Statement shall not waive or prejudice that party's right to object to any fee application subsequently made to the Court in accordance with the Bankruptcy Code, including any final application.

(j)    Commencing with the period ending January 31, 2009, and at four-month intervals thereafter, each of the professionals shall file with the Court, in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov), an application (an "**Interim Fee Application**") for interim Court approval and allowance pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be) of the compensation and reimbursement of expenses requested in the fee statements served during such period (the "**Interim**

4

Fee Period"). Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses.[1] Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date through and including January 31, 2009. All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention and otherwise in accordance with the procedures set forth in this Motion.

(k)     The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals, which hearing date should be consistent with the timelines set forth in the Fee Protocol, as amended from time to time. Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline. The Debtors' attorneys shall file and serve such application.

(l)     The pendency of an application or objection or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)     Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)     Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures, collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; provided, however, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

(o)     Any Professional that materially fails to comply with this Order shall (1) be ineligible to receive further monthly payments of fees or expenses as provided herein until further order of this Court and (2) may be required to disgorge any fees paid since retention or the last fee application, whichever is later.

And, it is further

---

[1] For the seventh interim fee period (October 1, 2010 through January 31, 2011), any Retained Professional may, but need not, take an additional forty-five (45) days to file its Interim Fee Application.

5

ORDERED that the Debtors shall include all payments to Professionals on their monthly operating reports, detailed by line item so as to state the amount paid to each of the Professionals, and detailed so as to state the amount paid to ordinary course professionals (which may be aggregated into one line item); and it is further

ORDERED that the amount of fees and disbursements sought be set out in U.S. dollars, with the conversion amount calculated at the time of the submission of the Monthly Statement, to the extent practicable, or as soon thereafter as possible.

ORDERED that any party may object to requests for payments made pursuant to this Fourth Amended Order, or move to modify or vacate all or certain provisions of this Fourth Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; provided, however, that the inclusion in this Fourth Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that, in the event that an Ordinary Course Professional (as such term is defined in the Order Pursuant to Sections 105(1), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394] (the "**OCP Order**")) or a professional retained by the Examiner seeks more than $150,000 per month and, as set forth in the OCP Order or the *Order Discharging Examiner and Granting Related Relief* [Docket No. 10169] (as applicable), files a fee application for the full amount of its fees and expenses for that month, then the Debtors' attorneys shall obtain a

6

date from the Court for the hearing of the fee application, which shall be scheduled no earlier than 30 days after the fee application is served on the Notice Parties; and it is further

ORDERED that all time periods set forth in this Fourth Amended Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the Standard Parties entitled to notice pursuant to the Court's second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
     April 14, 2011

                                    *s/ James M. Peck*
                                    Honorable James M. Peck
                                    United States Bankruptcy Judge

**EXHIBIT B**

**INVOICES JUNE 2011, JULY 2011, AUGUST 2011, SEPTEMBER 2011**

**LBHI - Promissory Notes/Securities**
Detail of our fee note

from June 1, 2011
to June 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 852 | 4 189,00 | 6 054,36 |
| KB | Katia BARTHOLOME | 468 | 1 521,00 | 2 198,30 |
| RB | Rina BREININGER | 1158 | 8 106,00 | 11 715,60 |
| | | 2478 | 13 816,00 | 19 968,26 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | from | June 1, 2011 | | | | |
| | to | June 30, 2011 | | | | |
| | | | Services provided | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 1800 | 06/06/2011 | JEB | Study of the file : email of Majeed to KPMG regarding tax payments to be made by the Brasstown companies | 6 | 29,50 | 42,64 |
| 1900 | 07/06/2011 | JEB | Study of the file : email of Majeed regarding Entrada II and Mansfield II and Interconsult willingness to accept managers' mandates | 6 | 29,50 | 42,64 |
| 1900 | 07/06/2011 | JEB | Tel. conversation with Interconsult's offices (re: managers mandates for Entrada II and Mansfield II) | 6 | 29,50 | 42,64 |
| 1900 | 07/06/2011 | JEB | Study of the file : email of James Parker to Interconsult regarding the sign-off on the 2008 and 2009 accounts of Brasstown Entrada I SCA and Brasstown Mansfield I SCA and draft accounts/tax forms attached thereto | 48 | 236,00 | 341,09 |
| 1900 | 07/06/2011 | JEB | Study of the file : email of A. Scarcelli (Interconsult) regarding James email | 6 | 29,50 | 42,64 |
| 1800 | 07/06/2011 | RB | Study of the file email exchange Majeed/KPMG (tax assessment Brasstown entities) | 6 | 42,00 | 60,70 |
| 1900 | 08/06/2011 | JEB | Study of the file : email of James Parker to A. Scarcelli -re: update for the liquidators report (Brasstown) | 6 | 29,50 | 42,64 |
| 1900 | 08/06/2011 | JEB | Study of the file : email of JM Debaty (Interconsult) and quick review of enclosed liquidator's reports for Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 30 | 147,50 | 213,18 |
| 1900 | 08/06/2011 | JEB | Study of the file : further email of James Parker -re: managers' mandates for Entrada II and Mansfield II | 6 | 29,50 | 42,64 |
| 1900 | 08/06/2011 | JEB | Study of the file : email of A. Scarcelli - re: managers' mandates for Entrada II and Mansfield II | 6 | 29,50 | 42,64 |
| 1800 | 08/06/2011 | JEB | Study of the file : email of J. Bortuzzo (KPMG) re: Comment on the tax assessment of Brasstown Entrada I SCA/Brasstown Mansfield I SCA | 6 | 29,50 | 42,64 |
| 1900 | 08/06/2011 | RB | Study of the file email exchange James/Interconsult (and summary review of tax form/draft accounts Brasstown entities) and of the liquidators report | 30 | 210,00 | 303,51 |
| 1800 | 09/06/2011 | JEB | Study of the file : email of J. Bortuzzo (KPMG) regarding minimum corporate income tax to be paid by the Brasstown entities | 6 | 29,50 | 42,64 |
| 1800 | 09/06/2011 | RB | Study of the file email exchange between Majeed/KPMG Tax Advisor regarding minimum corporate tax due by Brasstown entities | 12 | 84,00 | 121,41 |
| 1800 | 10/06/2011 | JEB | Study of the file : email of M. Bortuzzo (KPMG) regarding  2008 to 2011 tax returns for the Brasstown entities | 12 | 59,00 | 85,27 |
| 1900 | 14/06/2011 | JEB | Study of the file : two emails of Majeed regarding Entrada 2009/2010 Financial Statements & Form 500's | 12 | 59,00 | 85,27 |
| 1900 | 14/06/2011 | RB | Study of the file review of mail of Majeed and updated Entrada documents | 18 | 126,00 | 182,11 |
| 1800 | 14/06/2011 | RB | Study of the file summary review of draft balance sheets 2009/2010 for Brasstown entities and related Entrada tax form | 54 | 378,00 | 546,32 |
| 1800 | 14/06/2011 | RB | Correspondance with Majeed (tax form Entrada 2010) | 6 | 42,00 | 60,70 |
| 1900 | 16/06/2011 | JEB | Study of the file : emails of JM Debaty (Interconsult) -re: comments on  Mansfield's financial statements 09 and 10 -- and review of statements 11 | 12 | 59,00 | 85,27 |
| 1900 | 16/06/2011 | RB | Study of the file email exchange Majed/Interconsult regarding draft accounts 2009/2010/draft liquidation accounts as at 30 June 2011 | 36 | 252,00 | 364,22 |
| 1900 | 20/06/2011 | JEB | Study of the file : email of Majeed and attached emails regarding status of liquidation and next steps -re: Brasstown SCAs | 18 | 88,50 | 127,91 |
| 1900 | 20/06/2011 | JEB | Correspondance with Majeed regarding missing information/documentation regarding intercompany positions of Brasstown SCAs | 12 | 59,00 | 85,27 |
| 1900 | 20/06/2011 | JEB | Study of the file : email of Majeed regarding missing information/documentation regarding intercompany positions of Brasstown SCAs | 12 | 59,00 | 85,27 |
| 1800 | 21/06/2011 | JEB | Study of the file : email of P. Copperwaite regarding wire order to tax authorities | 6 | 29,50 | 42,64 |
| 1900 | 21/06/2011 | JEB | Tel. conversation with Mrs Trapani (EY) regading current status of  liquidation and expected conf call | 12 | 59,00 | 85,27 |
| 1900 | 21/06/2011 | JEB | Study of the file of Interconsult (request to postpone call) | 6 | 29,50 | 42,64 |
| 1900 | 21/06/2011 | JEB | Correspondance with Interconsult (re: call with respect to Brasstown SCAs liquidation) | 6 | 29,50 | 42,64 |
| 1800 | 21/06/2011 | JEB | Correspondance with Paul Copperwaite -re: need to get evidence of payment for Lux. tax authorities | 12 | 59,00 | 85,27 |
| 1900 | 21/06/2011 | JEB | Tel. conversation with Mrs Scarcelli (Interconsult) regarding current status of the file from their side and availability for a conf call | 12 | 59,00 | 85,27 |
| 1900 | 21/06/2011 | JEB | Tel. conversation with Mr. Botuzzo (KPMG) regarding current status of the file from their side and availability for a conf call | 12 | 59,00 | 85,27 |
| 1900 | 21/06/2011 | JEB | Correspondance with KPMG and Interconsult (re: conf. call on next steps in the liquidation of Brasstown SCAs) | 12 | 59,00 | 85,27 |
| 1900 | 21/06/2011 | JEB | Study of the file : further emails of Majeed and J. Botuzzo (KPMG) regarding audit of 2009/2010/2011 accounts of Brasstown SCAs | 12 | 59,00 | 85,27 |
| 1900 | 21/06/2011 | JEB | Internal meeting between RB/JEB (further steps to be undertaken in the Brasstown entities in order to be able to close down the liquidation) | 36 | 177,00 | 255,82 |
| 1900 | 21/06/2011 | JEB | Correspondance with Majeed - next step prior to drawing step plan | 12 | 59,00 | 85,27 |
| 1900 | 21/06/2011 | JEB | Study of the file : email of Majeed (re: call with Interconsult on the liquidation process) | 6 | 29,50 | 42,64 |
| 1900 | 21/06/2011 | JEB | Correspondance with Majeed (re: call with Interconsult on the liquidation process) | 6 | 29,50 | 42,64 |
| 1900 | 21/06/2011 | KB | Research re: LB UK RE notes (transfer, applicable law, ...) | 198 | 643,50 | 930,05 |
| 1900 | 21/06/2011 | RB | Study of the file email of Majeed (financial situation of the Brasstown entities prior to the provisions made in the accounts 2008/2009..) | 18 | 126,00 | 182,11 |
| 1900 | 21/06/2011 | RB | Study of the file further email of Majeed (target date of 30.06.2011) | 12 | 84,00 | 121,41 |
| 1900 | 21/06/2011 | RB | Correspondance with answer to Majeed with respect to target date of 30/6/2011 | 24 | 168,00 | 242,81 |
| 1900 | 21/06/2011 | RB | Internal meeting between RB/JEB (further steps to be undertaken in order to be able to close down the liquidation | 36 | 252,00 | 364,22 |
| 1900 | 21/06/2011 | RB | working in relation to preparation of conf call with Interconsult/KPMG/KGA/EY (reviewing relevant documents / open items) | 72 | 504,00 | 728,43 |
| 1900 | 21/06/2011 | RB | Study of the file email exchange Majeed/KPMG/KGA (open items-items to be reviewed/status tax returns...with respect to planned closing of liquidation) | 24 | 168,00 | 242,81 |
| 1900 | 21/06/2011 | RB | Study of the file email exchange postponment of conf call | 12 | 84,00 | 121,41 |

| 1900 | 21/06/2011 | RB | Study of the file further email exchange with Majeed (closing/conf call) | 12 | 84,00 | 121,41 |
|------|-----------|-----|---------------------------------------------------------------------------|-----|--------|---------|
| 1900 | 22/06/2011 | JEB | Tel. conversation with Ulrike Menn from KPMG (re: timing -email to Majeed) | 12 | 59,00 | 85,27 |
| 1900 | 22/06/2011 | JEB | Internal meeting between RB/JEB- items to be discussed during conf call with liquidator/KPMG/EY | 30 | 147,50 | 213,18 |
| 1900 | 22/06/2011 | JEB | Tel. conversation with conf.call KGA (RB/JEB) with liquidator Brasstown entities (Intertrust)/KPMG/EY | 48 | 236,00 | 341,09 |
| 1900 | 22/06/2011 | JEB | Drawing draft action point / step plan agreed during conf. call | 60 | 295,00 | 426,36 |
| 1900 | 22/06/2011 | JEB | Correspondance with Majeed (step plan agreed during conf call) | 12 | 59,00 | 85,27 |
| 1900 | 22/06/2011 | JEB | Tel. conversation with Majeed about email/step plan - expected timing- outstanding issues to achieve the closing of the liquidations | 36 | 177,00 | 255,82 |
| 1900 | 22/06/2011 | JEB | Study of the file : email of EY confirming fees included in draft closing BS and need for meeting + engagement letter | 6 | 29,50 | 42,64 |
| 1900 | 22/06/2011 | JEB | Study of the file : email of KPMG confirming their fees included in draft closing BS | 6 | 29,50 | 42,64 |
| 1900 | 22/06/2011 | JEB | Study of the file : further email of KPMG further to their discussion with the relevant tax inspector, regarding timing to get a final tax assessment for the Brasstown SCAs | 12 | 59,00 | 85,27 |
| 1900 | 22/06/2011 | JEB | Correspondance with group having participated to the conf call (Interconsult, KPMG and EY) regarding  step plan | 18 | 88,50 | 127,91 |
| 1900 | 22/06/2011 | JEB | Study of the file : email of Angelina Scarcelli (re: accounts 09/10) | 6 | 29,50 | 42,64 |
| 1900 | 22/06/2011 | JEB | Review/Analysis of EGM signed in the past by Entrada and Mansfield with respect to their liquidation in view of the preparation of new required EGM to achieve closing of the liquidation | 168 | 826,00 | 1 193,82 |
| 1900 | 22/06/2011 | JEB | Review/Analysis of underlying documents, especially latest version of closing accounts, prior to conf. call | 78 | 383,50 | 554,27 |
| 1900 | 22/06/2011 | RB | Study of the file email exchange with KGA/KPMG/EY/Interconsult (items discussed during conf call-action plan)-further emails of EY/Interconsult | 42 | 294,00 | 424,92 |
| 1900 | 22/06/2011 | RB | Study of the file email of Jean-Marc (accounts 2009/2010) | 12 | 84,00 | 121,41 |
| 1900 | 22/06/2011 | RB | Correspondance with Jean Marc Debaty (accounts 2009/2010) | 6 | 42,00 | 60,70 |
| 1900 | 22/06/2011 | RB | Study of the file email exchange Majeed/KPMG (NWT accrual) | 12 | 84,00 | 121,41 |
| 1900 | 22/06/2011 | RB | Study of the file summary review of email of Angelina (finalized 2009/2010 accounts for Brasstown entities) | 12 | 84,00 | 121,41 |
| 1900 | 22/06/2011 | RB | Tel. conversation with further call with liquidator of Brasstown entities (points to be considered) | 30 | 210,00 | 303,51 |
| 1900 | 22/06/2011 | RB | Study of the file email of EY (condition to proceed as liquidation auditor) | 12 | 84,00 | 121,41 |
| 1900 | 22/06/2011 | RB | Study of the file confirmation of KPMG (KPMG fees in the Brasstown liquidation balances as at 30 June 2011 ) | 6 | 42,00 | 60,70 |
| 1900 | 22/06/2011 | RB | Internal meeting between RB/JEB- items to be discussed during conf call with liquidator of Brasstown entities/KPMG/EY | 30 | 210,00 | 303,51 |
| 1900 | 22/06/2011 | RB | Tel. conversation with conf.call KGA (RB/JEB) with liquidator Brasstown entities (Intertrust)/KPMG/EY | 42 | 294,00 | 424,92 |
| 1900 | 27/06/2011 | KB | Drawing of a mandatory French version of EGM 3 of Entrada I SCA | 120 | 390,00 | 563,67 |
| 1900 | 27/06/2011 | RB | Review/Analysis of detailed review of the documents (transfer, substitution agreement, etc ...) transmitted to us by Majeed | 150 | 1 050,00 | 1 517,57 |
| 1900 | 27/06/2011 | RB | Drawing draft Entrada EGM minutes (EGM2 and EGM3)/attendance lists | 180 | 1 260,00 | 1 821,08 |
| 1900 | 28/06/2011 | KB | Drawing of a draft EGM 3 for Mansfield I SCA | 120 | 390,00 | 563,67 |
| 1900 | 28/06/2011 | KB | Drawing of a draft EGM 2 for Mansfield I SCA | 30 | 97,50 | 140,92 |
| 1900 | 28/06/2011 | RB | Study of the file further email exchange between Majeed/KPMG/Interconsult regarding accounts/tax returns Brasstown 2008/2009/2010 | 12 | 84,00 | 121,41 |
| 1900 | 28/06/2011 | RB | Study of the file email exchange James/interconsult (regarding engagement letters Entrada II/Mansfield II S.à r.l.) | 12 | 84,00 | 121,41 |
| 1900 | 29/06/2011 | RB | Tel. conversation with interconsult (Angelina) - current status of accounts/tax returns for Brasstown entities | 18 | 126,00 | 182,11 |
| 1900 | 29/06/2011 | RB | Study of the file draft deeds in relation to the closing of the Brasstown entities (EGM 2/EGM 3/attendance/proxy) | 96 | 672,00 | 971,24 |
| 1900 | 29/06/2011 | RB | Drawing proxies Brasstown entities EGM 2/EGM 3 | 66 | 462,00 | 667,73 |
| 1900 | 29/06/2011 | RB | Correspondance with Interconsult/EY-draft minutes of EGM 2/EGM 3 of Brasstown entities for any eventual comments | 24 | 168,00 | 242,81 |
| 1900 | 29/06/2011 | RB | Study of the file email of interconsult to client (confirmation of Brasstown accounts attached) | 24 | 168,00 | 242,81 |
|      |            |    | Total fee |     | 13 816,00 | 19 968,26 |
|      |            |    |  |     |  |  |
|      |            |    | TOTAL FEE NOTE |     | 13 816,00 | 19 968,26 |

File    **301207**
        **14934**

**LBHI - General Queries 2010**
Detail of our fee note

from June 1, 2011
to June 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 66 | 324,50 | 469,00 |
| KB | Katia BARTHOLOME | 588 | 1 911,00 | 2 761,97 |
| RB | Rina BREININGER | 414 | 2 898,00 | 4 188,48 |
| | | 1068 | 5 133,50 | 7 419,45 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | June 1, 2011 | | | |
| | | to | June 30, 2011 | | | |
| | | | **Services provided** | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 1900 | 01/06/2011 | JEB | Study of the file : email of James Parker regarding the liquidation status of EF Hutton & Company | 6 | 29,50 | 42,64 |
| 1900 | 01/06/2011 | JEB | Review/Analysis of our files further to James Parker query -re: liquidation status of EF Hutton & Company | 12 | 59,00 | 85,27 |
| 1900 | 01/06/2011 | JEB | Correspondance with James Parker addressing his queries - re: liquidation status of EF Hutton & Company | 12 | 59,00 | 85,27 |
| 1900 | 01/06/2011 | JEB | Study of the file : further email fo James Parker -re: instruction to hold off -re: liquidation status of EF Hutton & Company | 6 | 29,50 | 42,64 |
| 1900 | 01/06/2011 | RB | Study of the file email exchange James (inquiry to be made with Intertrust) | 12 | 84,00 | 121,41 |
| 1900 | 22/06/2011 | JEB | Study of the file : quick review updated excerpt from Luxembourg register of commerce and companies regarding LB Helsinki Holdings S.à r.l. | 6 | 29,50 | 42,64 |
| 1900 | 22/06/2011 | JEB | Correspondance with Fauzan confirming current directors of LB Helsinki Holdings S.à r.l. | 6 | 29,50 | 42,64 |
| 1800 | 22/06/2011 | JEB | Study of the file : quick review of email of Shirley Houghton (LAMCO) -re: queries about LB Helsinki Holdings S.à r.l. - tax matters | 12 | 59,00 | 85,27 |
| 1900 | 22/06/2011 | JEB | Study of the file : email of Fauzan -re: current directors of LB Helsinki Holdings S.à r.l. | 6 | 29,50 | 42,64 |
| 1900 | 28/06/2011 | KB | Review/Analysis of the files in relation to E.F. Hutton & Company (Luxembourg) S.A. further to James Parker's request | 90 | 292,50 | 422,75 |
| 1900 | 28/06/2011 | KB | Research in relation to additionnal Lehman entities further to James Parker's request | 90 | 292,50 | 422,75 |
| 1800 | 28/06/2011 | RB | Study of the file detailled review of the email of Shirley in relation to Lehman Brother Helsinki Holdings S.à r.l. -the extract of the Lux Tax Administration (taxe d'abonnement) -notarial deed of increase of corporate capital of Helsinki | 72 | 504,00 | 728,43 |
| 1800 | 28/06/2011 | RB | Tel. conversation with Lux Tax Administration (Helsinki) | 42 | 294,00 | 424,92 |
| 1800 | 28/06/2011 | RB | Drawing of an explanatory email to Shirley (Helsinki/tax situation/sample of tax form to be submitted) | 36 | 252,00 | 364,22 |
| 1800 | 28/06/2011 | RB | Study of the file further email exchange with Shirley-Helsinki potential assistance for filing of 2008 declaration with Lux Tax Administration | 18 | 126,00 | 182,11 |
| 1900 | 28/06/2011 | RB | Study of the file email of James (regarding Luxembourg entities - check of eventual relationship with Lehman Group) | 12 | 84,00 | 121,41 |
| 1900 | 28/06/2011 | RB | Correspondance with email to James (we will check further Lux entities and eventual relationship with LB Group) | 6 | 42,00 | 60,70 |
| 1900 | 28/06/2011 | RB | Study of the file email of James (regarding Hutton Luxembourg S.A.-liquidation of Hutton BV) and further email exchange (liquidation status to be checked) | 18 | 126,00 | 182,11 |
| 1900 | 29/06/2011 | KB | Drawing / finalization of the memo in relation to additional Lehman entities further to James' request | 60 | 195,00 | 281,83 |
| 1900 | 29/06/2011 | KB | Tel. conversation with Luxembourg register of commerce and companies in relation to the publication of the list of attendance | 18 | 58,50 | 84,55 |
| 1800 | 29/06/2011 | KB | Drawing subscription tax form for the third quarter of 2008 and the fourth quarter of 2008 and for the quarters 2009 and 2010 | 150 | 487,50 | 704,58 |
| 1900 | 29/06/2011 | KB | Legal research regarding potential responsability of liquidators for the non achievement of its mandate without resignation (re: EF Hutton & Company) | 150 | 487,50 | 704,58 |
| 1900 | 29/06/2011 | KB | Drawing e-mail James Parker in relation to E.F. Hutton & Company S.à r.l. | 30 | 97,50 | 140,92 |
| 1900 | 29/06/2011 | RB | Study of the file summary review of the informations in our files with respect to  Hutton E.F. &Company (Luxembourg) S.A. | 54 | 378,00 | 546,32 |
| 1900 | 29/06/2011 | RB | Study of the file Memo in relation to further Luxembourg entities - queries of James-in order to identify if possible relationship with Lehman Group | 96 | 672,00 | 971,24 |
| 1800 | 29/06/2011 | RB | Study of the file review of email of Shirley (filing of tax form Helsinki) | 12 | 84,00 | 121,41 |
| 1900 | 29/06/2011 | RB | Study of the file email exchange with James (regarding Hutton Luxembourg S.A. -in liquidation- current status of liquidation) | 12 | 84,00 | 121,41 |
| 1900 | 30/06/2011 | RB | Study of the file email of James (memo on updated LB Lux entities) | 12 | 84,00 | 121,41 |
| 1900 | 30/06/2011 | RB | Correspondance with James (update on LB Lux entities) | 12 | 84,00 | 121,41 |
| | | | **Total fee** | | **5 133,50** | **7 419,45** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice Trade and Companies Register - excerpt relating to Lehman Brothers Helsinki Holdings S.à r.l. further to Fauzan's request to check current managers | | 11,99 | 17,33 |
| | | | Invoice Trade and Companies Register - excerpt relating to (i) GSC European CDO I-R S.A., (ii) Merlin Finance S.A. and (iii) Gateway IV Euro CLO S.A. further to James Parker's request to check further Luxembourg entities | | 35,97 | 51,99 |
| | | | Invoice Trade and Companies Register - excerpt relating to Sechep Investments Holding S.à r.l. further to James Parker's request to check further Luxembourg entities | | 11,99 | 17,33 |
| | | | **Total paid disbursements** | | **59,95** | **86,65** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **5 193,45** | **7 506,09** |

File    **301702**
        14936

**LBHI - Special Counsel Procedure**
Detail of our fee note

from June 1, 2011
to June 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 72 | 354,00 | 511,64 |
| RB | Rina BREININGER | 78 | 546,00 | 789,13 |
| | | 150 | 900,00 | 1 300,77 |

| File | 301702 | | | LBHI - Special Counsel Procedure | | | |
|------|--------|--|--|---------------------------------|--|--|--|
| | | | | Detail of our fee note | | | |
| | | | from | June 1, 2011 | | | |
| | | | to | June 30, 2011 | | | |
| | | | | **Services provided** | | | |
| Task Code | Date | Person | | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 14/06/2011 | JEB | | Study of the file : quick review of Fee Committee counsel memo transmitted by Zerithea Raiche on 11 June | 18 | 88,50 | 127,91 |
| 4600 | 14/06/2011 | JEB | | Internal meeting between Rina and Jérôme -re: terms and conditions of draft stipulation with respect to 3rd Interim Application and current status of fee applications | 18 | 88,50 | 127,91 |
| 4600 | 14/06/2011 | JEB | | Study of the file : email of Patricia Wheeler (GK Law) and quick review of the draft stipulation in relation to KGA third interim application | 18 | 88,50 | 127,91 |
| 4600 | 14/06/2011 | RB | | Study of the file draft stipulation with respect to 3rd Interim Application (and underlying documents) | 18 | 126,00 | 182,11 |
| 4600 | 14/06/2011 | RB | | Internal meeting between Rina and Jérôme -re: terms and conditions of draft stipulation with respect to 3rd Interim Application and current status of fee applications | 18 | 126,00 | 182,11 |
| 4600 | 14/06/2011 | RB | | Review/Analysis of Memorandum from Godfroy&Kahn (Retained Professionnal) Fee Review Process/Development/Timetable | 36 | 252,00 | 364,22 |
| 4600 | 21/06/2011 | JEB | | Drawing / amending signatory of draft stipulation | 12 | 59,00 | 85,27 |
| 4600 | 22/06/2011 | JEB | | Correspondance with Patricial Wheeler (GK law) -re: revised draft stipulation | 6 | 29,50 | 42,64 |
| 4600 | 22/06/2011 | RB | | Study of the file review of final draft stipulation | 6 | 42,00 | 60,70 |
| | | | | **Total fee** | | 900,00 | 1 300,77 |
| | | | | | | | |
| | | | | **TOTAL FEE NOTE** | | 900,00 | 1 300,77 |



File    **301778**            **LBHI - Preparation  Monthly Statements & Fee Applications**
      14935                        Detail of our fee note

from June 1, 2011
to June 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 378 | 1 858,50 | 2 686,09 |
| RB | Rina BREININGER | 18 | 126,00 | 182,11 |
| | | 396 | 1 984,50 | 2 868,20 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | | |
|---|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | | |
| | | from | June 1, 2011 | | | | |
| | | to | June 30, 2011 | | | | |
| | | | Services provided | | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | | Amount ($) |
| 4600 | 01/06/2011 | JEB | Preparation /finalization of fourth interim application with all exhibits | 30 | 147,50 | | 213,18 |
| 4600 | 01/06/2011 | JEB | Correspondance with Candace Arthur -re: fourth interim application for filing | 6 | 29,50 | | 42,64 |
| 4600 | 01/06/2011 | JEB | Study of the file : email EBS - noticing confirming filing of fouth interim application of KGA | 6 | 29,50 | | 42,64 |
| 4600 | 21/06/2011 | JEB | Préparation of KGA May monthly statement | 300 | 1 475,00 | | 2 131,82 |
| 4600 | 21/06/2011 | JEB | Correspondance with John Keen -re: May monthly statement | 6 | 29,50 | | 42,64 |
| 4600 | 21/06/2011 | JEB | Correspondance with Fee Committee -re: May monthly statement | 12 | 59,00 | | 85,27 |
| 4600 | 21/06/2011 | JEB | Correspondance with BrownGreer -re: May monthly statement | 12 | 59,00 | | 85,27 |
| 4600 | 21/06/2011 | JEB | Correspondance with US Trustee -re: May monthly statement | 6 | 29,50 | | 42,64 |
| 4600 | 21/06/2011 | RB | Study of the file email and monthly statement of May 2011 | 18 | 126,00 | | 182,11 |
| | | | Total fee | | 1 984,50 | | 2 868,20 |
| | | | | | | | |
| | | | **Paid disbursements** | | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of April Monthly Statement to all the Notice Parties in accordance with the Fourth Amended Interim Compensation Order | | 257,26 | | 371,82 |
| | | | Invoice TNT - express delivery charges relating to the delivery of May Monthly Statement to all the Notice Parties in accordance with the Fourth Amended Interim Compensation Order | | 197,59 | | 285,58 |
| | | | Total paid disbursements | | 454,85 | | 657,39 |
| | | | | | | | |
| | | | TOTAL FEE NOTE | | 2 439,35 | | 3 525,59 |

File    **302467**
       **14940**

**LBHI - Lehman Brothers (Luxembourg) SA in liquidation**
Detail of our fee note

from June 1, 2011
to June 30, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| HD | Henry DE RON | 816 | 3 468,00 | 5 012,30 |
| PS | Pascal SASSEL | 2184 | 15 288,00 | 22 095,75 |
| MK | Marc KLEYR | 966 | 6 762,00 | 9 773,12 |
| | | 3966 | 25 518,00 | 36 881,17 |

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA in liquidation | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | June 1, 2011 | | | |
| | | to | June 30, 2011 | | | |
| | | | **Services provided** | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 2500 | 02/06/2011 | MK | Review/Analysis of emails from Rosy Whittington of Weil with questions re: nominee-type directors, winding-up, joining by LBI of the proceedings☐ | 12 | 84,00 | 121,41 |
| 2500 | 02/06/2011 | MK | Drawing email to Rosy Whittington of Weil with answers re: nominee-type directors, winding-up, joining by LBI of the proceedings | 36 | 252,00 | 364,22 |
| 2500 | 06/06/2011 | HD | Meeting with Joint Liquidators of LB Lux and Me Paulo da Silva to discuss the amended draft briefs of the Joint Liquidators in the LBIE claim rejection procedure, to be filed by 8 June 2011 // | 156 | 663,00 | 958,23 |
| 2500 | 06/06/2011 | HD | working in relation to copying of documents from the evidence file for the lawyer of the Lux liquidators / re: completion of the evidence to be communicated in the case LBLUX ./. LBIE | 180 | 765,00 | 1 105,65 |
| 2500 | 06/06/2011 | HD | Internal meeting between Henry De Ron and Pascal Sassel / re: copy of documents from the evidence file to complete the evidence in the case LBLUX ./. LBIE | 18 | 76,50 | 110,57 |
| 2500 | 06/06/2011 | MK | Review/Analysis of amended draft briefs prepared by the LB Lux liquidators, received 5 June 2011 // | 186 | 1 302,00 | 1 881,78 |
| 2500 | 06/06/2011 | MK | Review/Analysis of / highlevel review of memo from Weil 2 June 2011 | 66 | 462,00 | 667,73 |
| 2500 | 06/06/2011 | MK | Meeting with Joint Liquidators of LB Lux and Me Paulo da Silva to discuss the amended draft briefs of the Joint Liquidators in the LBIE claim rejection procedure, to be filed by 8 June 2011 // | 156 | 1 092,00 | 1 578,27 |
| 2500 | 06/06/2011 | PS | Drawing e-mail to Weil team and A&M team re: update on meeting with Joint Liquidators | 12 | 84,00 | 121,41 |
| 2500 | 06/06/2011 | PS | Review/Analysis of updated draft of the Joint Liquidators' brief of defense in the LBIE claim rejection procedure | 120 | 840,00 | 1 214,05 |
| 2500 | 06/06/2011 | PS | Review/Analysis of lever arch folder with additional documents transmitted by Weil team on 25 May 2011 | 180 | 1 260,00 | 1 821,08 |
| 2500 | 06/06/2011 | PS | Meeting with Joint Liquidators of LB Lux and Me Paulo da Silva to discuss the amended draft briefs of the Joint Liquidators in the LBIE claim rejection procedure // | 156 | 1 092,00 | 1 578,27 |
| 2500 | 06/06/2011 | PS | Review/Analysis of e-mail from R. Whittington to Joint Liquidators re: comments by Weil team of draft brief of defense in the LBIE claim rejection procedure | 6 | 42,00 | 60,70 |
| 2500 | 06/06/2011 | PS | Drawing e-mail to P. da Silva requesting a copy of the legal opinions prepared by the English counsels re: UK law questions | 6 | 42,00 | 60,70 |
| 2500 | 06/06/2011 | PS | Review/Analysis of e-mail from P. da Silva with draft of legal opinion by English counsel re: UK law issues | 6 | 42,00 | 60,70 |
| 2500 | 06/06/2011 | PS | Tel. conversation with Paulo da Silva re: his brief of defense and meeting of 06.06.2011 | 12 | 84,00 | 121,41 |
| 2500 | 06/06/2011 | PS | Review/Analysis of e-mail from Joint Liquidators of 01.06.2011 re: meeting on 06.06.2011 | 6 | 42,00 | 60,70 |
| 2500 | 06/06/2011 | PS | Review/Analysis of e-mail from R. Whittington with questions re: nominee-type directors, winding-up, joining by LBI of the proceedings | 6 | 42,00 | 60,70 |
| 2500 | 06/06/2011 | PS | Review/Analysis of e-mail from Marc Kleyr to R. Whittington re: nominee-type directors, winding-up, joining by LBI of the proceedings | 12 | 84,00 | 121,41 |
| 2500 | 07/06/2011 | HD | Legal research about the legal sanction a court should apply to an action based on the "actio pauliana" / voidness versus unenforceability // | 150 | 637,50 | 921,38 |
| 2500 | 07/06/2011 | HD | Legal research about the possibility to file a third party by LBHI voluntary intervention in the pending dissent hearings between LBLUX and LBIE | 96 | 408,00 | 589,68 |
| 2500 | 07/06/2011 | HD | Drawing of a draft e-mail to Hannah Field in re: the possibility to file a third party by LBHI voluntary intervention in the pending dissent hearings between LBLUX and LBIE | 54 | 229,50 | 331,70 |
| 2500 | 07/06/2011 | MK | Tel. conversation with Laurent Fisch trying to convince him to go for an 8 day extension on court | 12 | 84,00 | 121,41 |
| 2500 | 07/06/2011 | MK | Tel. conversation with / conf call with Hannah Field re: brief of defense, Nabrro draft opinion, possibility for seeking an extension for the filing of the brief | 24 | 168,00 | 242,81 |
| 2500 | 07/06/2011 | MK | Correspondance with Hannah Field / info from meeting with LB Lux liquidators | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | MK | Internal meeting between / with Pascal / re: article 448 argument to be withdrawn ? // re: brief of defense, Nabrro draft opinion, possibility for seeking an extension for the filing of the brief | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | MK | working in relation to the amended briefs to be filed by the liquidators of LB Lux in the LBIE rejection procedure | 96 | 672,00 | 971,24 |
| 2500 | 07/06/2011 | MK | Tel. conversation with Jacques Delvaux trying to convince him to drop the article 448 argument | 18 | 126,00 | 182,11 |
| 2500 | 07/06/2011 | MK | Internal meeting between / dicussions with Pascal re: possible negligence of LBI as shareholder of LBLUX | 24 | 168,00 | 242,81 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from H. Field to Joint Liquidators, P. da Silva and Nabarro team with comments on Nabarro draft opinion | 12 | 84,00 | 121,41 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from H. Field re: possibility for LBI to join the LBIE claim rejection procedure | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from S. Eder (Nabarro) to H. Field with answers to questions of Weil team re: Nabarro draft opinion | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from H. Field re: KCKG discussions with Joint Liquidators on article 448 of the Commercial Code and possibility for getting an extension for the filing of the brief of defense | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from P. da Silva with updated brief of defense | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Tel. conversation with // conf. call with H. Field re: brief of defense, Nabarro draft opinion, possibility for seeking an extension for the filing of the brief | 24 | 168,00 | 242,81 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from H. Field re: possible negligence by LBI as shareholder of LBLUX | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: possible negligence of LBI as shareholder of LBLUX | 18 | 126,00 | 182,11 |
| 2500 | 07/06/2011 | PS | Drawing e-mail to Weil team re: possible negligence of LBI as shareholder of LBIE | 24 | 168,00 | 242,81 |
| 2500 | 07/06/2011 | PS | Drawing e-mail to P. da Silva re: finalization of Nabarro document | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Drawing e-mail to P. da Silva to get the updated brief of defense | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of // first high level overview of Nabarro document | 48 | 336,00 | 485,62 |

| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from Hannah Field re: argument of article 448 of the Commercial Code | 6 | 42,00 | 60,70 |
|---|---|---|---|---|---|---|
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from Hannah Field re: question whether Nabarro document will be exhibited | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from R. Whittington to M. Kleyr re: joining by LBI of the LBIE claim rejection proceedings | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Drawing e-mail to H. Field re: intention of the Joint Liquidators to attach Nabarro document to their brief of defense | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Drawing e-mail to P. da Silva re: Nabarro document and disclosure to Weil team | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from H. Field re: confidential nature of Nabarro document | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: article 448 argument to be withdrawn | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Tel. conversation with Paulo da Silva re: withdrawal of argumentation re: article 448 of the Commercial Code | 12 | 84,00 | 121,41 |
| 2500 | 07/06/2011 | PS | Drawing e-mail to Paulo da Silva and Joint Liquidators re: withdrawal of article 448 of the Commercial Code | 12 | 84,00 | 121,41 |
| 2500 | 07/06/2011 | PS | Review/Analysis of e-mail from Marc Kleyr to Hannah Field re: meeting with Joint Liquidators on 06.06.2011 | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of // first high level overview of the Joint Liquidators' updated brief of defense | 90 | 630,00 | 910,54 |
| 2500 | 07/06/2011 | PS | Drawing e-mail to H. Field re: Joint Liquidators' decision to request at the court hearing of 08.06.2011 an extension of the delay for filing their brief of defense | 6 | 42,00 | 60,70 |
| 2500 | 07/06/2011 | PS | Review/Analysis of // comparing the Joint Liquidators' brief of defense with the comments laid down in the Weil memorandum of 02.06.2011 | 150 | 1 050,00 | 1 517,57 |
| 2500 | 08/06/2011 | PS | Drawing e-mail to H. Field re: court hearing of this morning and extension granted until 22.06.2011 to the Joint Liquidators to file their brief of defense | 6 | 42,00 | 60,70 |
| 2500 | 08/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: exhibit bundle | 6 | 42,00 | 60,70 |
| 2500 | 08/06/2011 | PS | Drawing e-mail to R. Whittington re: exhibit bundle | 6 | 42,00 | 60,70 |
| 2500 | 08/06/2011 | PS | Review/Analysis of e-mail from R. Whittington whether briefs of defence are publicly available | 6 | 42,00 | 60,70 |
| 2500 | 08/06/2011 | PS | Drawing e-mail to R. Whittington re: publicly availability of briefs of defence | 6 | 42,00 | 60,70 |
| 2500 | 08/06/2011 | PS | Drawing e-mail to R. Whittington with a copy of the latest index of the exhibit bundle | 6 | 42,00 | 60,70 |
| 2500 | 08/06/2011 | PS | Drawing first part of amendments to the Joint Liquidators' updated brief of defence forwarded by P. da Silva on 07.06.2011 | 240 | 1 680,00 | 2 428,10 |
| 2500 | 09/06/2011 | MK | Drawing memo to Weil team in London to adress the questions raised in Hannah's e-mail of 7 June 2011 / re.: third party intervention for LBHI in the Luxembourg LBIE claim rejection procedure // | 72 | 504,00 | 728,43 |
| 2500 | 09/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: memo on question whether LBI should intervene in the LBIE claim rejection proceedings | 6 | 42,00 | 60,70 |
| 2500 | 09/06/2011 | PS | Drawing e-mail to P. da Silva whether the brief of defence that will have to be filed on 22.06.2011 will take into account the Nabarro opinion | 6 | 42,00 | 60,70 |
| 2500 | 09/06/2011 | PS | Review/Analysis of e-mail from P. da Silva re: the fact that brief of defence that will have to be filed on 22.06.2011 will take into account the Nabarro opinion | 6 | 42,00 | 60,70 |
| 2500 | 09/06/2011 | PS | Drawing e-mail to H. Field re: e-mail from P. da Silva that Joint Liquidators will file the Nabarro opinion and the importance of Weil helping Nabarro to substantiate the opinion | 12 | 84,00 | 121,41 |
| 2500 | 09/06/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: application of article 548 of the New Code of Civil Procedure in the context of the intervention of LBI in the LBIE claim rejection procedure | 6 | 42,00 | 60,70 |
| 2500 | 14/06/2011 | MK | Review/Analysis of e-mail with questions from Weil dated 10 June 2011 / re.: third party intervention | 12 | 84,00 | 121,41 |
| 2500 | 14/06/2011 | MK | Drawing e-mail with answers to questions from Weil dated 10 June 2011 / re.: third party intervention / | 18 | 126,00 | 182,11 |
| 2500 | 14/06/2011 | PS | Review/Analysis of e-mail to P. da Silva re: decision rendered by court on 10.06.2011 in relation to the possible application of article 495-1 of the Commercial Code | 6 | 42,00 | 60,70 |
| 2500 | 14/06/2011 | PS | Review/Analysis of e-mail from Marc Kleyr to R. Whittington with answers to R. Whittington's queries of 13.06.2011 | 6 | 42,00 | 60,70 |
| 2500 | 14/06/2011 | PS | Drawing second part of amendments to the Joint Liquidators' updated brief of defence forwarded by P. da Silva on 07.06.2011 | 150 | 1 050,00 | 1 517,57 |
| 2500 | 15/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: brief of defence of Joint Liquidators and need for a track changes version | 6 | 42,00 | 60,70 |
| 2500 | 15/06/2011 | PS | Drawing e-mail to P. da Silva re: judgment of the Commercial court of 10.06.2011 and when we can expect an updated draft of the Nabarro opinion | 6 | 42,00 | 60,70 |
| 2500 | 15/06/2011 | PS | Review/Analysis of e-mail from R. Whittington to M. Kleyr re: intervention of LBHI in the LBIE claim rejection proceedings | 6 | 42,00 | 60,70 |
| 2500 | 15/06/2011 | PS | Review/Analysis of e-mail from P. da Silva with copy of judgment rendered by the Luxembourg Commercial Court on 10 June 2011 rendering articles 495 and 495-1 of the Luxembourg Commercial Court applicable to the liquidation modus | 6 | 42,00 | 60,70 |
| 2500 | 15/06/2011 | PS | Drawing e-mail to Weil team with copy of judgment rendered by the Luxembourg Commercial Court on 10 June 2011 rendering articles 495 and 495-1 of the Luxembourg Commercial Court applicable to the liquidation modus | 6 | 42,00 | 60,70 |
| 2500 | 15/06/2011 | PS | Review/Analysis of judgment rendered by the Luxembourg commercial court on 10.06.2011 and rendering articles 495 and 495-1 of the Luxembourg Commercial Code applicable to the liquidation modus of LBLUX | 18 | 126,00 | 182,11 |
| 2500 | 15/06/2011 | PS | Drawing first part of amendments to the Joint Liquidators' brief of defence (article 495-1) in order to reflect the decision rendered by the Luxembourg commercial court on 10.06.2011 | 60 | 420,00 | 607,03 |
| 2500 | 16/06/2011 | PS | Drawing e-mail to Weil team re: Intervention by LBHI in the LBIE claim rejection proceedings as guarantor | 6 | 42,00 | 60,70 |
| 2500 | 16/06/2011 | PS | Review/Analysis of e-mail from R. Whittington and attached employee data protection consent | 18 | 126,00 | 182,11 |
| 2500 | 16/06/2011 | PS | Review/Analysis of e-mail from R. Whittington whether LBHI would have to pay LBIE's costs if it decided to join the proceedings and if the case was lost | 6 | 42,00 | 60,70 |
| 2500 | 16/06/2011 | PS | Drawing e-mail to R. Whittington whether LBHI would have to pay LBIE's costs if it decided to join the proceedings and if the case was lost | 12 | 84,00 | 121,41 |
| 2500 | 17/06/2011 | PS | Review/Analysis of e-mail to Joint Liquidators with amended brief of defence, request to remove argument in relation to article 448 of the Commercial Code and request to get a copy of the updated Nabarro opinion | 12 | 84,00 | 121,41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2500 | 17/06/2011 | PS | Drawing e-mail to Weil team with amended brief of defence and update re: requests addressed to Joint Liquidators to remove argument re: article 448 of the Commercial Code and updated Nabarro opinion | 12 | 84,00 | 121,41 |
| 2500 | 17/06/2011 | PS | Review/Analysis of e-mail from P. da Silva that Nabarro will not be in a position to deliver their opinion prior to Monday 20 June 2011 | 6 | 42,00 | 60,70 |
| 2500 | 17/06/2011 | PS | Drawing e-mail to Weil team that Nabarro will not be in a position to deliver their opinion prior to Monday 20 June 2011 | 6 | 42,00 | 60,70 |
| 2500 | 20/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: latest version of the draft brief of defence | 6 | 42,00 | 60,70 |
| 2500 | 20/06/2011 | PS | Drawing e-mail from R. Whittington re: latest version of the draft brief of defence | 6 | 42,00 | 60,70 |
| 2500 | 20/06/2011 | PS | Drawing e-mail to P. da Silva when we may expect the updated draft brief of defence | 6 | 42,00 | 60,70 |
| 2500 | 20/06/2011 | PS | Review/Analysis of e-mail from P. da Silva re: brief of defence and Nabarro opinion | 6 | 42,00 | 60,70 |
| 2500 | 20/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: the two draft briefs of defence of 7 June 2011 | 6 | 42,00 | 60,70 |
| 2500 | 20/06/2011 | PS | Drawing e-mail to R. Whittington re: the two draft briefs of defence of 7 June 2011 and the content of the second | 18 | 126,00 | 182,11 |
| 2500 | 20/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: Nabarro brief of defence | 6 | 42,00 | 60,70 |
| 2500 | 20/06/2011 | PS | Review/Analysis of e-mails from R. Whittington re: joining by LBHI of LBIE claim rejection proceedings and likely cost of an intervention | 6 | 42,00 | 60,70 |
| 2500 | 21/06/2011 | MK | Review/Analysis of amended brief of defense to be produced by the liquidators of LBLux // Version 07 06 2011 amended 15 06 2011 // | 198 | 1 386,00 | 2 003,19 |
| 2500 | 21/06/2011 | PS | Drawing e-mail to R. Whittington re: Nabarro opinion (whether Weil team has already received the latest draft) | 6 | 42,00 | 60,70 |
| 2500 | 21/06/2011 | PS | working in relation to comparison of Nabarro opinion of 7 June 2011 with draft forwarded today by P. da Silva | 36 | 252,00 | 364,22 |
| 2500 | 21/06/2011 | PS | Drawing e-mail to P. da Silva with first high level comments on updated Nabarro opinion of 21 June 2011 | 12 | 84,00 | 121,41 |
| 2500 | 21/06/2011 | PS | Meeting with e-mail correspondence between Weil team and Nabarro team re: final Nabarro opinion | 12 | 84,00 | 121,41 |
| 2500 | 21/06/2011 | PS | Review/Analysis of e-mail from R. Whittington with compare version of Nabarro opinions of 7 June 2011 and 21 June 2011 | 6 | 42,00 | 60,70 |
| 2500 | 21/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: question whether LBHI could withdraw at any given moment from the proceedings | 6 | 42,00 | 60,70 |
| 2500 | 21/06/2011 | PS | Tel. conversation with P. da Silva re: finalization of draft brief of defence and Nabarro opinion | 18 | 126,00 | 182,11 |
| 2500 | 21/06/2011 | PS | Research in Luxembourg legal scholarship and case law re: withdrawal from pending proceedings | 24 | 168,00 | 242,81 |
| 2500 | 21/06/2011 | PS | Drawing e-mail to R. Whittington re: Luxembourg law position re: withdrawal from pending proceedings | 24 | 168,00 | 242,81 |
| 2500 | 21/06/2011 | PS | Review/Analysis of the final version of the Joint Liquidators' brief of defence and the list of documents to be attached thereto | 120 | 840,00 | 1 214,05 |
| 2500 | 21/06/2011 | PS | Drawing e-mail to P. da Silva re: final version of the Joint Liquidators' brief of defence and the list of documents to be attached thereto | 12 | 84,00 | 121,41 |
| 2500 | 21/06/2011 | PS | Review/Analysis of e-mail from H. Field to Joint Liquidators re: disappointment over Nabarro opinion | 6 | 42,00 | 60,70 |
| 2500 | 22/06/2011 | HD | Represent. before trib. / attending case management hearing to follow the instruction of the case LBIE vs LB Lux | 12 | 51,00 | 73,71 |
| 2500 | 22/06/2011 | MK | Internal meeting between Marc Kleyr and Pascal Sassel re: intervention of LBHI in the LBIE claim rejection proceedings and fee estimate | 12 | 84,00 | 121,41 |
| 2500 | 22/06/2011 | PS | Drawing e-mail to R. Whittington re: hearing of this day | 6 | 42,00 | 60,70 |
| 2500 | 22/06/2011 | PS | Drawing to R. Whittington re: intervention of LBIE in claim rejection procedure and estimated fees for Kleyr Grasso work until end of the year in relation to the LBIE litigation | 30 | 210,00 | 303,51 |
| 2500 | 22/06/2011 | PS | Drawing e-mail to P. da Silva to receive copie of documents bundle remitted to court | 6 | 42,00 | 60,70 |
| 2500 | 22/06/2011 | PS | Drawing e-mail to R. Whittington re: hearing of this day | 6 | 42,00 | 60,70 |
| 2500 | 22/06/2011 | PS | Review/Analysis of e-mail from P. da Silva with execution version of the Joint Liquidators' brief of defence and outcome of the court hearing of this morning | 6 | 42,00 | 60,70 |
| 2500 | 22/06/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: intervention of LBHI in the LBIE claim rejection proceedings and fee estimate | 12 | 84,00 | 121,41 |
| 2500 | 22/06/2011 | PS | Drawing e-mail to R. Whittington with execution copy of the Joint Liquidators' brief of defence, outcome of the court hearing of this morning | 12 | 84,00 | 121,41 |
| 2500 | 24/06/2011 | HD | Research in case-law about the opportunity of a guarantor to file a voluntary intervention | 150 | 637,50 | 921,38 |
| 2500 | 24/06/2011 | PS | Review/Analysis of e-mail from H. Field re: LBHI intervention | 6 | 42,00 | 60,70 |
| 2500 | 24/06/2011 | PS | Drawing e-mail to H. Field re: LBHI intervention | 12 | 84,00 | 121,41 |
| 2500 | 27/06/2011 | MK | Internal meeting between Marc Kleyr and Pascal Sassel LBHI intervention and further budget if matter continues into 2012 | 12 | 84,00 | 121,41 |
| 2500 | 27/06/2011 | PS | Review/Analysis of e-mail from R. Whittington re: LBHI intervention and further budget if matter continues into 2012 | 6 | 42,00 | 60,70 |
| 2500 | 27/06/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel LBHI intervention and further budget if matter continues into 2012 | 12 | 84,00 | 121,41 |
| 2500 | 27/06/2011 | PS | Drawing e-mail to R. Whittington re: LBHI intervention and further budget if matter continues into 2012 | 18 | 126,00 | 182,11 |
| 2500 | 27/06/2011 | PS | Drawing e-mail to Weil team re: legal arguments that could not be used by LBHI in the case of an intervention in the LBIE claim rejection proceedings | 24 | 168,00 | 242,81 |
| 2500 | 27/06/2011 | PS | Internal meeting between Pascal Sassel and Henry de Ron re: admissibility of a voluntary intervention by a guarantor in claim rejection proceedings | 12 | 84,00 | 121,41 |
| 2500 | 28/06/2011 | PS | Review/Analysis of e-mail from Mike Tallent to Joint Liquidators re: data protection consent form | 6 | 42,00 | 60,70 |
| | | | **Total fee** | | **25 518,00** | **36 881,17** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **25 518,00** | **36 881,17** |

File   **110829**
       14931

LBHI - LBSF / 81 VHF holding stat 1 proof of debt -
Detail of our fee note



from June 1, 2011
to June 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 402 | 1 976,50 | 2 856,64 |
| MK | Marc KLEYR | 24 | 168,00 | 242,81 |
| | | 426 | 2 144,50 | 3 099,45 |

| File | 110829 | | LBHI - LBSF / 81 VH Holding 81.1.1 proof of debt - | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | from | June 1, 2011 | | | | |
| | to | June 30, 2011 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 01/06/2011 | JEB | Internal meeting between / with Marc discussing draft statement of claim | 24 | 118,00 | 170,55 |
| 2500 | 01/06/2011 | JEB | Drawing /updating draft documents as per Marc's comments | 18 | 88,50 | 127,91 |
| 2500 | 01/06/2011 | JEB | Correspondance with Marie Pisante (LAMCO) | 12 | 59,00 | 85,27 |
| 2500 | 01/06/2011 | MK | Internal meeting between / with Jérome discussing draft statement of claim | 24 | 168,00 | 242,81 |
| 2500 | 07/06/2011 | JEB | Study of the file : email of Marie Pisante with her comments to draft statement of claim | 12 | 59,00 | 85,27 |
| 2500 | 08/06/2011 | JEB | Study of the file : quick review of incumbency certificates transmitted by Marie Pisante | 6 | 29,50 | 42,64 |
| 2500 | 08/06/2011 | JEB | Study of the file : quick review of Cost of Funds Certificate transmitted by Marie Pisante | 12 | 59,00 | 85,27 |
| 2500 | 20/06/2011 | JEB | Tel. conversation with Marie Pisante (LAMCO London) regarding interets applicable to LBSF claim | 12 | 59,00 | 85,27 |
| 2500 | 20/06/2011 | JEB | Study of the file : email of Marie regarding applicable EONIA rate | 6 | 29,50 | 42,64 |
| 2500 | 20/06/2011 | JEB | Tel. conversation with (further) tel. conversation with Marie regarding way of caulculation of late interst by LAMCO | 6 | 29,50 | 42,64 |
| 2500 | 20/06/2011 | JEB | Study of the file :further email of Marie - re: way of calculation of late interest by LAMCO | 6 | 29,50 | 42,64 |
| 2500 | 20/06/2011 | JEB | Review/Analysis of relevant provisions of ISDA master agreement and 2000 ISDA definitions transmitted by Marie in order to update statement of claim | 90 | 442,50 | 639,55 |
| 2500 | 20/06/2011 | JEB | Drawing / updating draft statement of claim based on additional documents/information received from Marie | 72 | 354,00 | 511,64 |
| 2500 | 20/06/2011 | JEB | Correspondance with Marie -re: missing details regarding registered offices of LBSF | 6 | 29,50 | 42,64 |
| 2500 | 20/06/2011 | JEB | Drawing short breakdown to be attached to statement of claim | 12 | 59,00 | 85,27 |
| 2500 | 21/06/2011 | JEB | Study of the file : email of Marie and attached emails regarding registered offices of LBSF | 6 | 29,50 | 42,64 |
| 2500 | 21/06/2011 | JEB | Drawing /finalizing draft statement of claim | 36 | 177,00 | 255,82 |
| 2500 | 21/06/2011 | JEB | Correspondance with Marie Pisante (LAMCO) - re: updated statement of claim | 18 | 88,50 | 127,91 |
| 2500 | 22/06/2011 | JEB | Study of the file : email of Marie Pisante and quick review of her additional comments | 12 | 59,00 | 85,27 |
| 2500 | 22/06/2011 | JEB | Drawing / finalizing statement of claim further to final comments of Marie | 12 | 59,00 | 85,27 |
| 2500 | 22/06/2011 | JEB | Drawing email to Marie with final version of statement of claim and explanations as to the way to have it executed | 12 | 59,00 | 85,27 |
| 2500 | 22/06/2011 | JEB | Study of the file -re: question regarding notarization of signature | 6 | 29,50 | 42,64 |
| 2500 | 22/06/2011 | JEB | Correspondance with Marie addressing her query -re: notarization of signature | 6 | 29,50 | 42,64 |
| | | | Total fee | | 2 144,50 | 3 099,45 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 2 144,50 | 3 099,45 |

File    **301182**
**15258**

## LBHI - Promissory Notes/Securities
### Detail of our fee note

from July 1, 2011
to July 31, 2011

**Total per lawyer**

Author:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at July 29, 2011: 1.425

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 1104 | 5 428,00 | 7 740,33 |
| KB | Katia BARTHOLOME | 984 | 4 182,00 | 5 963,53 |
| RB | Rina BREININGER | 1092 | 7 644,00 | 10 900,34 |
| | | 3180 | 17 254,00 | 24 604,20 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|------|--------|---|------|---|---|---|
| | | | Detail of our fee note | | Author: | |
| | from | July 1, 2011 | | | Converted at the official EUR/USD exchange rate of the European Central Bank as at July 29, 2011: 1.426 | |
| | to | July 31, 2011 | | | | |
| | | | Services provided | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|------|------|--------|---------|------|------|------|
| 1900 | 04/07/2011 | JEB | Study of the file : email of Angelina Scarcelli (Interconsult) and quick review KPMG enclosed invoices for both Brasstown SCAs | 12 | 59,00 | 84,13 |
| 1800 | 04/07/2011 | JEB | Correspondance with Majeed -re: need for payment intruction regarding KPMG invoices for the preparation of the tax returns of the Brasstown SCAs | 12 | 59,00 | 84,13 |
| 1900 | 04/07/2011 | JEB | Tel. conversation with A. Scarcelli (re: status of filing of accounts) | 6 | 29,50 | 42,07 |
| 1900 | 04/07/2011 | JEB | Correspondance with Majeed further to call with A. Scarcelli (re: accounts of Brasstown SCAs) | 6 | 29,50 | 42,07 |
| 1900 | 04/07/2011 | JEB | Internal meeting between RB/JEB (update on current situation/liquidation Brasstown entities-open items) | 36 | 177,00 | 252,40 |
| 1900 | 04/07/2011 | JEB | Review/Analysis of emails exchanged last week of June (accounts, unwind, open items) | 42 | 206,50 | 294,47 |
| 1900 | 04/07/2011 | RB | Internal meeting between RB/JEB (update on current situation/liquidation Brasstown entities-open items) | 36 | 252,00 | 359,35 |
| 1900 | 04/07/2011 | RB | Study of the file email exchange with Majeed/Interconsult/KGA (update on Brasstown entities) | 12 | 84,00 | 119,78 |
| 1900 | 04/07/2011 | RB | Study of the file email of Interconsult regarding invoices of KPMG | 6 | 42,00 | 59,89 |
| 1900 | 05/07/2011 | JEB | Study of the file : email of A. Scarcelli and quick review of enclosed bank statements of Brasstown Mansfield I SCA | 12 | 59,00 | 84,13 |
| 1900 | 05/07/2011 | JEB | Study of the file : emails of Majeed - re: assets/debt postion of Brasstown SCAs and status of accounts 2009/2010 | 12 | 59,00 | 84,13 |
| 1900 | 05/07/2011 | JEB | Internal meeting between RB/JEB- update on UK Re Notes (further to call with Majeed) | 12 | 59,00 | 84,13 |
| 1900 | 05/07/2011 | JEB | Tel. conversation with Majeed Iqbal regarding transfer of UK RE Notes from Brasstown to Commonwelath 314 and issue with accrued interest | 12 | 59,00 | 84,13 |
| 1900 | 05/07/2011 | JEB | Study of the file : email of A. Scarcelli and quick review of enclosed bank statement of Entrada I SCA | 6 | 29,50 | 42,07 |
| 1900 | 05/07/2011 | JEB | Correspondance with Majeed Iqbal (re: bank statements of Brasstown Mansfield I SCA) | 6 | 29,50 | 42,07 |
| 1900 | 05/07/2011 | JEB | Correspondance with Majeed Iqbal (re: bank statement of Brasstown Entrada I SCA) | 6 | 29,50 | 42,07 |
| 1900 | 05/07/2011 | KB | Drawing of a draft substitution agreement and transfer agreement for Entrada I and for Mansfield I | 150 | 637,50 | 909,08 |
| 1900 | 05/07/2011 | KB | Internal meeting between RB and KB - re: substitution/transfer agreement to be drafted for Brasstown entities | 18 | 76,50 | 109,09 |
| 1900 | 05/07/2011 | RB | Internal meeting between RB and KB - re: substitution/transfer agreement to be drafted for Brasstown entities | 18 | 126,00 | 179,68 |
| 1900 | 05/07/2011 | RB | Study of the file further email exchange Interconsult/KPMG/client regarding filling of tax returns 2008-approval accounts 2009/2010 and tax returns 2009/2010-statement of bank accounts | 18 | 126,00 | 179,68 |
| 1900 | 05/07/2011 | RB | Correspondance with Majeed (reminder regarding open positions debts/claims to be transferred at level of Brasstown entities) | 12 | 84,00 | 119,78 |
| 1900 | 05/07/2011 | RB | Study of the file confirmation of Interconsult (promissory notes signed at level of Brasstown entities in 2011) | 6 | 42,00 | 59,89 |
| 1900 | 05/07/2011 | RB | Internal meeting between RB/JEB - update on UK Re Notes (further to call with Majeed) | 12 | 84,00 | 119,78 |
| 1900 | 05/07/2011 | RB | Study of the file further emails of Majeed (update Brasstown entities) | 12 | 84,00 | 119,78 |
| 1900 | 05/07/2011 | RB | Study of the file email of Fauzan (sign off on Mansfield 2009/2010 accounts-minor changes to be made to Entrada 2009/2010 accounts) | 12 | 84,00 | 119,78 |
| 1900 | 06/07/2011 | JEB | Internal meeting between Katia and Jérôme regarding acknowledgement agreement to be drafted in relation to UK RE Notes / interest | 18 | 88,50 | 126,20 |
| 1900 | 06/07/2011 | JEB | Internal meeting between RB/JEB (update on current situation-discussion with Majeed/interconsult...) | 42 | 206,50 | 294,47 |
| 1900 | 06/07/2011 | JEB | Tel. conversation with Majeed (re. analysis of debt situation by interconsult) | 12 | 59,00 | 84,13 |
| 1900 | 06/07/2011 | JEB | Study of the file : email of Majeed to interconsult-re: filing of annual accounts | 6 | 29,50 | 42,07 |
| 1900 | 06/07/2011 | KB | Drawing draft acknowledgment and amendment agreement to the transfer agreement | 120 | 510,00 | 727,26 |
| 1900 | 06/07/2011 | KB | Internal meeting between Jérôme and Katia regarding acknowledgment agreement to be drafted in relation to UK RE Notes / interest | 18 | 76,50 | 109,09 |
| 1900 | 06/07/2011 | RB | Tel. conversation with Mr Kamarowski (interconsult - update on the current situation / interconsult position and next steps) | 48 | 336,00 | 479,14 |
| 1900 | 06/07/2011 | RB | Internal meeting between JEB/RB (update on current situation-discussion with Majeed/interconsult...) | 42 | 294,00 | 419,24 |
| 1900 | 06/07/2011 | RB | Study of the file review of the first draft substitution agreement for Mansfield I SCA | 72 | 504,00 | 718,70 |
| 1900 | 07/07/2011 | RB | Study of the file email of Majeed (update Brasstown entities/what about deposit of Mansfield accounts) | 12 | 84,00 | 119,78 |
| 1900 | 07/07/2011 | RB | Correspondance with Interconsult (requesting copy of signed promissory notes for Brasstown entities) | 6 | 42,00 | 59,89 |
| 1900 | 07/07/2011 | RB | working in relation to review of Brasstown underlying documents/PWC report/liquidators report/balance sheets with respect to the finalisation of draft substitution/transfer documents | 270 | 1 890,00 | 2 695,14 |
| 1900 | 07/07/2011 | RB | Study of the file email of Interconsult and signed PN (Brasstown entities) | 18 | 126,00 | 179,68 |
| 1900 | 08/07/2011 | JEB | Internal meeting between RB/JEB/KB (with respect to the steps to be undertaken with respect to the planned closing of liquidation) | 90 | 442,50 | 631,01 |
| 1900 | 08/07/2011 | KB | Internal meeting between RB/JEB/KB (with respect to the steps to be undertaken with respect to the planned closing of liquidation) | 90 | 382,50 | 545,45 |
| 1900 | 08/07/2011 | RB | Internal meeting between RB/JEB/KB (with respect to the steps to be undertaken with respect to the planned closing of liquidation) | 90 | 630,00 | 898,38 |
| 1900 | 08/07/2011 | RB | working in relation to finalisation of the draft documents to be transmitted to client (amendment/substitution/transfer agreements) | 114 | 798,00 | 1 137,95 |
| 1900 | 08/07/2011 | RB | Correspondance with client/interconsult | 18 | 126,00 | 179,68 |
| 1900 | 11/07/2011 | JEB | Review/Analysis of draft agreements to be signed prior to liquidation // countercheck with former agreements signed prior to liquidation | 150 | 737,50 | 1 051,68 |
| 1900 | 12/07/2011 | JEB | Correspondance with Majeed - re: transmisson of complete updated set of draft documents in relation to the required EGM for the liquidation process of the Brasstown entities | 30 | 147,50 | 210,34 |
| 1900 | 12/07/2011 | JEB | Study of the file : email of Majeed and quick review of enclosed draft accounts for 2009 and 2010 | 30 | 147,50 | 210,34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1900 | 12/07/2011 | JEB | Drawing /finalizing draft agreements prior to circulation to group (re: transfer and substitution agreements for both Brasstown entities) | 60 | 295,00 | 420,67 |
| 1900 | 12/07/2011 | KB | Review/Analysis of the EGM 3 (in relation to the transfer agreement and substitution agreement) for Entrada I SCA | 12 | 51,00 | 72,73 |
| 1900 | 12/07/2011 | KB | Review/Analysis of the EGM3 (in relation to the transfer agreement and substitution agreement) for Mansfield I SCA | 12 | 51,00 | 72,73 |
| 1900 | 12/07/2011 | RB | Correspondance with explanatory email in relation with acknowledgement and restatement- /Substitution-and transfer agreements to be signed at level of Brasstown entities | 30 | 210,00 | 299,46 |
| 1900 | 13/07/2011 | JEB | Tel. conversation with Majeed regarding actual stage of the file and need to amend acknowledgement agreement of Entrada regarding transfer of interests under UK RE Notes | 12 | 59,00 | 84,13 |
| 1900 | 13/07/2011 | KB | Internal meeting between Jérôme and Katia re: checking and discussing open/outstanding items/points regarding the Brasstown entities□ | 24 | 102,00 | 145,45 |
| 1900 | 13/07/2011 | RB | Study of the file email exchange of Majeed/Intertrust and updated (final) Entrada 2009/2010 draft accounts to be approved | 42 | 294,00 | 419,24 |
| 1900 | 13/07/2011 | RB | Study of the file email exchange with client/Intertrust (draft EGM 2 and EGM 3 minutes) at level of Brasstown entities | 12 | 84,00 | 119,78 |
| 1900 | 14/07/2011 | RB | Study of the file review of the Entrada acknowledgment, amendment and restament agreement/transfer agreement/substitution agreement further to call with Fauzan (accrued interest under LB UK Re Notes to be retained with Entrada (avoid wrong figures in accounts) | 72 | 504,00 | 718,70 |
| 1900 | 15/07/2011 | JEB | Review/Analysis of actual stage of the file in order to set up list of critical points to be discussed with Interconsult (liquidator of Brasstown entities) | 60 | 295,00 | 420,67 |
| 1900 | 15/07/2011 | JEB | Drawing internal memo regarding critical points to be discussed with Interconsult regarding the closing of the liquidation of Brasstown SCAs | 30 | 147,50 | 210,34 |
| 1900 | 15/07/2011 | JEB | Correspondance with Majeed (transmission of amended draft acknowledgment agreement and transfer agreement regarding Entrada) | 18 | 88,50 | 126,20 |
| 1900 | 18/07/2011 | JEB | Drawing internal memo/list of outstanding / ongoing items regarding Brasstown Mansfield I SCA, Brasstown Entrada I SCA, Mansfield II S.à r.l. and Entrada II S.à r.l. (tax, annual accounts, management, etc...) | 108 | 531,00 | 757,21 |
| 1900 | 21/07/2011 | JEB | Correspondance with Abeer Garousha (re: promissory notes signed by the Brasstown entities) | 12 | 59,00 | 84,13 |
| 1900 | 21/07/2011 | RB | Study of the file email to Abeer (Brasstown entities signed promissory notes) | 6 | 42,00 | 59,89 |
| 1900 | 25/07/2011 | KB | Drawing internal memo in relation to the main important points in the liquidator report | 210 | 892,50 | 1 272,71 |
| 1800 | 26/07/2011 | JEB | Study of the file : email of J. Bortuzzo (KPMG) - tax assessments for 2009 and 2010 for the Brasstown entities | 6 | 29,50 | 42,07 |
| 1900 | 26/07/2011 | KB | Drawing internal memo in relation to the discrepancies in the initial liquidator's report (especially financial statements and tax provisions) | 240 | 1 020,00 | 1 454,52 |
| 1900 | 26/07/2011 | KB | Drawing list of items/discrepancies to be discussed with liquidator in view of complementary/final liquidator report | 90 | 382,50 | 545,45 |
| 1800 | 26/07/2011 | RB | Study of the file email of KPMG (tax assesment 2009/2010 for Brasstown entities) | 6 | 42,00 | 59,89 |
| 1900 | 27/07/2011 | JEB | Review/Analysis of draft memo and underlying documents regarding main points to be covered in liquidator's report | 120 | 590,00 | 841,34 |
| 1900 | 27/07/2011 | JEB | Drawing /summary of main important points to be covered in complementary/final liquidator's report | 60 | 295,00 | 420,67 |
| 1800 | 27/07/2011 | JEB | Study of the file :quick review of Brasstown Mansfield I SCA 2008 tax assessment transmitted by Mr. Debtaty (Interconsult) | 12 | 59,00 | 84,13 |
| 1800 | 27/07/2011 | JEB | Study of the file quick review of Brasstown Entrada I SCA 2008 tax assessment transmitted by Mr. Debtaty (Interconsult) | 12 | 59,00 | 84,13 |
| 1900 | 28/07/2011 | JEB | Study of the file : email of A. Scarcelli (Interconsult) and quick review of enclosed invoices issued by KPMG | 12 | 59,00 | 84,13 |
| 1900 | 28/07/2011 | JEB | Correspondance with Majeed and James regarding invoices addressed to both Brasstown companies and current account positions | 12 | 59,00 | 84,13 |
| 1900 | 28/07/2011 | RB | Drawing finalization of internal memo in relation with complementary/final liquidator's report/main points to be covered therein | 78 | 546,00 | 778,60 |
| 1900 | 28/07/2011 | RB | Study of the file email exchange Interconsult/KGA/Majeed/james (regarding KPMG invoices for filing of tax returns 2009/2010) | 12 | 84,00 | 119,78 |
| 1800 | 29/07/2011 | JEB | Study of the file : email of J. Bortuzzo (KPMG) regarding tax assessments et payments to be made by the Brasstown entities | 12 | 59,00 | 84,13 |
| | | | Total fee | | 17 254,00 | 24 604,20 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 17 254,00 | 24 604,20 |

File    **301207**
        **15260**

**LBHI - General Queries 2010**

Detail of our fee note

from July 1, 2011
to July 31, 2011

**Total per lawyer**

Authors:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at July 29, 2011: 1,43

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 1092 | 5 369,00 | 7 656,19 |
| KB | Katia BARTHOLOME | 324 | 1 377,00 | 1 963,60 |
| RB | Rina BREININGER | 516 | 3 612,00 | 5 150,71 |
| | | 1932 | 10 358,00 | 14 770,51 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | from | July 1, 2011 | | | | |
| | to | July 31, 2011 | | | | |
| | | | Services provided | | | |

Author:
Converted at the official EUR/USD exchange rate of the European Central Bank as at July 29, 2011: 1.426

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 1800 | 01/07/2011 | KB | Correspondance with Mr. Hellers: subscription tax form for Lehman Brothers Helsinki Holdings | 12 | 51,00 | 72,73 |
| 1900 | 04/07/2011 | KB | Drawing draft minutes of shareholder's meeting for the company Lehman Brothers Helsinki Holdings for approval of annual accounts 2006, 2007 and 2008 | 60 | 255,00 | 363,63 |
| 1900 | 04/07/2011 | KB | Drawing draft minutes of board meeting for the company Lehman Brothers Helsinki Holdings for approval of annual accounts 2006, 2007 and 2008 | 54 | 229,50 | 327,27 |
| 1900 | 04/07/2011 | KB | Drawing draft proxy for the company Lehman Brothers Helsinki Holdings for approval of annual accounts 2006, 2007 and 2008 | 18 | 76,50 | 109,09 |
| 1900 | 04/07/2011 | RB | Study of the file email of GTF to Shirley (tax forms 2008 Lehman Brothers Helsinki Holdings S.à r.l. (LBHH)) | 12 | 84,00 | 119,78 |
| 1800 | 04/07/2011 | RB | Drawing explanatory email to Shirley (LBHH accounts 2008/2007 and following years-tax form - resolutions to be drafted at level of LBHH) | 18 | 126,00 | 179,68 |
| 1900 | 04/07/2011 | RB | Study of the file email of Shirley (2008/2007 accounts of LBHH shortly ready for approval) | 6 | 42,00 | 59,89 |
| 1900 | 05/07/2011 | JEB | Study of the file : review of the articles of association and internal regulation adopted by the board of managers of Lehman Brothers Helsinki Holdings Sàrl | 60 | 295,00 | 420,67 |
| 1900 | 05/07/2011 | JEB | Drawing /amending and finalizing draft sole shareholder's resolution of Lehman Brothers Helsinki Holdings S.à r.l. (approval annual accounts) | 60 | 295,00 | 420,67 |
| 1900 | 05/07/2011 | JEB | Drawing /amending and finalizing draft circular resolutions of the board of managers of Lehman Brothers Helsinki Holdings S.à r.l. (approval annual accounts) | 60 | 295,00 | 420,67 |
| 1900 | 05/07/2011 | JEB | Correspondance with Shirley Houghton - :re approval of annual accounts of Lehman Brothers Helsinki Holdings Sàrl. | 12 | 59,00 | 84,13 |
| 1900 | 05/07/2011 | RB | Study of the file review of the draft resolutions LBHH (BoM-/Written sole shareholder's resolution) to be circulated | 42 | 294,00 | 419,24 |
| 1900 | 07/07/2011 | KB | Drawing draft circular resolution for the company Lehman Brothers Helsinki Holdings in relation to the extension of the tolling agreement | 42 | 178,50 | 254,54 |
| 1900 | 07/07/2011 | KB | Drawing draft circular resolution for the company LBS Holdings in relation to the extension of the tolling agreement | 36 | 153,00 | 218,18 |
| 1900 | 08/07/2011 | JEB | Drawing /finalizing first draft board resolutions of Lehman Brothers Helsinki Holdings S.à r.l. (re: extension tolling and forbearance agreement) | 18 | 88,50 | 126,20 |
| 1900 | 08/07/2011 | JEB | Review/Analysis of articles of association and updated RCS excerpt of LBS Holdings S.à r.l. (re: extension tolling and forbearance agreement) | 30 | 147,50 | 210,34 |
| 1900 | 08/07/2011 | JEB | Drawing /finalizing first draft board resolutions of LBS Holdings S.à r.l. (re: extension tolling and forbearance agreement) | 18 | 88,50 | 126,20 |
| 1900 | 08/07/2011 | JEB | Study of the file : email of Shirley Houghton - re: questions regarding management report and annual accounts of Lehman Brothers Helsinki Holdings S.à r.l. | 12 | 59,00 | 84,13 |
| 1900 | 08/07/2011 | JEB | Legal research regarding Shirley's questions, espec. need/exception for management report for a holding 29 company | 30 | 147,50 | 210,34 |
| 1900 | 08/07/2011 | JEB | Drawing /amending draft board resolution of Leman Brothers Helsinki Holdings S.à r.l. (re: approval of annual accounts) further to Shirley's request | 24 | 118,00 | 168,27 |
| 1900 | 08/07/2011 | JEB | Review/Analysis of articles of association and updated RCS excerpt of Lehman Brothers Helsinki Holdings S.à r.l. (re: extension tolling and forbearance agreement) | 30 | 147,50 | 210,34 |
| 1900 | 08/07/2011 | JEB | Drawing / amending draft shreholder's resolution of Leman Brothers Helsinki Holdings S.à r.l. (re: approval of annual accounts) further to Shirley's request | 18 | 88,50 | 126,20 |
| 1900 | 08/07/2011 | JEB | Drawing explanations' email to Shirley addressing her queries (re: management report and annual accounts Lehman Brothers Helsinki Holdings S. àr.l. -) | 30 | 147,50 | 210,34 |
| 1900 | 08/07/2011 | RB | Study of the file email of Abeer (Well UK) and enclosed final Tolling Agreement | 24 | 168,00 | 239,57 |
| 1900 | 08/07/2011 | RB | Study of the file draft resolution LBHH (Tolling agreement) | 18 | 126,00 | 179,68 |
| 1800 | 08/07/2011 | RB | Study of the file email of Shirley (regarding tax provision in the accounts) | 12 | 84,00 | 119,78 |
| 1900 | 11/07/2011 | JEB | Study of the file : email of Mr. Altwies (GTF) regarding annual accounts 2008/2009 and 2010 for LB Helsinki Holdings | 6 | 29,50 | 42,07 |
| 1800 | 12/07/2011 | JEB | Study of the file : email of GTF regarding possibility to discuss with tax authorities on base of draft accountd | 6 | 29,50 | 42,07 |
| 1900 | 12/07/2011 | JEB | Correspondance with Shirley regarding the possibility to approve accounts 2006 and 2007 forthwith to avoid compulsory liquidation of LB Helsinki Holdings | 12 | 59,00 | 84,13 |
| 1900 | 12/07/2011 | JEB | Study of the file :email of Shirley and quick review of enclosed draft accounts in order to update/finalize resolutions | 30 | 147,50 | 210,34 |
| 1900 | 12/07/2011 | JEB | Drawing /finalizing updated board and shareholder's resolutions for the approval of 2006 and 2007 accounts | 18 | 88,50 | 126,20 |
| 1900 | 12/07/2011 | JEB | Study of the file : further email of Shirley and quick review of enclosed draft accounts for 2008 to 2010 | 24 | 118,00 | 168,27 |
| 1800 | 12/07/2011 | JEB | Internal meeting between RB/JEB-discussion of email of GTF (tax discussion assessment can be made on draft accounts)-consequences | 12 | 59,00 | 84,13 |
| 1800 | 12/07/2011 | RB | Study of the file further email exchange with Shirley (tax assessment 2008 on draft accounts/accounts 2006/2007 to be approved asap-LBHH resolutions to be updated) | 18 | 126,00 | 179,68 |
| 1900 | 12/07/2011 | RB | Study of the file summary review of the email of Shirley and LBHH (most final) draft accounts 2006/2007 | 36 | 252,00 | 359,35 |
| 1900 | 12/07/2011 | RB | Correspondance with email exchange with Shirley (regarding criteria of requirements of management report by LBHH-updated draft resolutions) | 42 | 294,00 | 419,24 |
| 1800 | 12/07/2011 | RB | Internal meeting between RB/JEB-discussion of email of GTF (tax discussion assessment can be made on draft accounts)-consequences | 12 | 84,00 | 119,78 |
| 1800 | 13/07/2011 | JEB | Tel. conversation with Mr. Hellers regarding amount of potential tax fines incurred by LB Helsinki Holdings | 18 | 88,50 | 126,20 |
| 1900 | 13/07/2011 | JEB | Correspondance with Shirley Houghton - updated/finalized resolutions for the approval of LB Helsinki 2006/2007 accounts | 18 | 88,50 | 126,20 |
| 1900 | 13/07/2011 | JEB | Internal meeting between Katia and Jérôme -re: checking and discussing open/outstanding items/points regarding LB Helsinki Holdings | 18 | 88,50 | 126,20 |
| 1900 | 13/07/2011 | KB | Internal meeting between Jérôme and Katia re: checking and discussing open/outstanding items/points regarding the Brasstown entities | 18 | 76,50 | 109,09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1900 | 13/07/2011 | RB | Study of the file email of Shirley and detailled review of the 2008 to 2010 LBHH draft accounts | 30 | 210,00 | 299,46 |
| 1900 | 14/07/2011 | JEB | Study of the file : email of Shirley confirming position of UK lawyers on contingent liability of LB Helsinki unde subscription agreement | 6 | 29,50 | 42,07 |
| 1800 | 14/07/2011 | JEB | Internal meeting between JEB/RB (update on tax assessment - discussion of the draft accounts LBHH-notes to the accounts) | 42 | 206,50 | 294,47 |
| 1900 | 14/07/2011 | JEB | Study of the file : very summary review of subscription agreement, tax contest letter and put and call option agreement entered into by Lehman Brothers Helsinki Holdings in 2002, regarding notes in the annual accounts of LB Helsinki | 120 | 590,00 | 841,34 |
| 1900 | 14/07/2011 | JEB | Drawing explanations' email to Shirley Houghton regarding draft accounts of LBHH and contingent liability under subscription agreement | 30 | 147,50 | 210,34 |
| 1900 | 14/07/2011 | RB | Study of the file email of Shirley asking update on LBHH (Lux) documents | 6 | 42,00 | 59,89 |
| 1900 | 14/07/2011 | RB | Study of the file email exchange with Shirley (updated draft resolutions-accounts 2008/2007) | 18 | 126,00 | 179,68 |
| 1800 | 14/07/2011 | RB | Internal meeting between RB/JEB (update on tax assessment-discussion of the draft accounts LBHH-notes to the accounts) | 42 | 294,00 | 419,24 |
| 1900 | 15/07/2011 | RB | Study of the file email exchange with Shirley (Contingent Liabilities of LBHH) | 18 | 126,00 | 179,68 |
| 1800 | 18/07/2011 | JEB | Study of the file : email of Mr. Altwies (GT Fiduciaires) re: possible discussions with tax authorities regarding LB Helsinki Holdings | 6 | 29,50 | 42,07 |
| 1800 | 18/07/2011 | JEB | Tel. conversation with Mr. Hellers (GTF) re: possible discussions with tax authorities regarding LB Helsinki Holdings | 18 | 88,50 | 126,20 |
| 1900 | 19/07/2011 | JEB | Drawing internal memo/list of outstanding / ongoing items regarding LB Helsinki Holdings, LBS Holdings, E.F. Hutton & Company (tax, annual accounts, liquidation process, etc...) | 72 | 354,00 | 504,80 |
| 1800 | 19/07/2011 | JEB | Study of the file : re: Mr. Hellers (GTF) -re: explanations regarding subscription tax normally due by LB Helsinki Holdings and way to proceed with tax administration | 12 | 59,00 | 84,13 |
| 1800 | 19/07/2011 | JEB | Study of the file : email of Shirley Houghton regarding subscription tax and annual accounts of LB Helsinki Holdings | 6 | 29,50 | 42,07 |
| 1900 | 19/07/2011 | KB | Review/Analysis of internal memo (outstanding/ongoing terms) | 36 | 153,00 | 218,16 |
| 1900 | 20/07/2011 | JEB | Drawing explanations' email to Shirley regarding progress with LB Helsinki Holdings (annual accounts, tax issues) | 24 | 118,00 | 168,27 |
| 1800 | 20/07/2011 | RB | Study of the file detailled review of the email exchange between GT Fiduciaires and Shirley (LBHH-reduced tax on corporate capital-base for discussions with Lux tax authorities) | 24 | 168,00 | 239,57 |
| 1800 | 21/07/2011 | JEB | Correspondance with Shirley regarding 2008 tax declaration and possible fines (re: LB Helsinki Holdings) | 12 | 59,00 | 84,13 |
| 1800 | 21/07/2011 | JEB | Internal meeting between RB/JEB (preparation of call with GTF regarding the handling of LBHH tax form 2008) | 42 | 206,50 | 294,47 |
| 1900 | 21/07/2011 | KB | Drawing draft shareholder's resolution for the company Lehman Brothers Helsinki Holdings S.à r.l. in relation to the approval of 2008, 2009 and 2010 annual accounts | 24 | 102,00 | 145,45 |
| 1900 | 21/07/2011 | KB | Drawing draft circular resolution for the company Lehman Brohers Helsinki Holdings S.à r.l. in relation to the approval of 2008, 2009 and 2010 annual accounts | 24 | 102,00 | 145,45 |
| 1800 | 21/07/2011 | RB | Internal meeting between RB/JEB (preparation of call with GTF regarding the handling of LBHH tax form 2008) | 42 | 294,00 | 419,24 |
| 1800 | 21/07/2011 | RB | Study of the file email exchange with Shirley (LBHH filing of 2008 tax forms-actual status of 2006/2007 LBHH accounts-steps in relation to 2008/2009/2010 accounts) | 42 | 294,00 | 419,24 |
| 1800 | 22/07/2011 | JEB | Tel. conversation with Mr. Altwies (GT Fiduciaires) regarding the negociation process with the tax authorities with respect to subscription tax / fines to be paid by LB Helsinki Holdings S.à r.l. | 18 | 88,50 | 126,20 |
| 1800 | 22/07/2011 | JEB | Internal meeting between RB/JEB-updating on LBHH tax assessment further to call with GTF) | 12 | 59,00 | 84,13 |
| 1800 | 22/07/2011 | JEB | Study of the file : email of Mr. Altwies setting forth expected schedule regarding negociations with tax authorities | 6 | 29,50 | 42,07 |
| 1900 | 22/07/2011 | JEB | Drawing /finalizing draft LB Helsinki board and shareholder's resolution with respect to the approval of its annual accounts 2008, 2009 and 2010 | 18 | 88,50 | 126,20 |
| 1800 | 22/07/2011 | JEB | Drawing explanations email to Shirley regarding schedule with tax administration and content of tax returns as well as way to proceed regarding the approval of the annual accounts 2008 to 2010 | 24 | 118,00 | 168,27 |
| 1800 | 22/07/2011 | RB | Study of the file LBHH tax assessment-email exchange with GTF and explanatory email to Shirley | 12 | 84,00 | 119,78 |
| 1800 | 22/07/2011 | RB | Internal meeting between RB/JEB-updating on LBHH tax assessment further to call with GTF) | 12 | 84,00 | 119,78 |
| 1900 | 25/07/2011 | JEB | Study of the file : quick review of executed board resolutions of LB Helsinki Holdings and LBS Holdings (Extension tolling agreement) | 12 | 59,00 | 84,13 |
| 1800 | 27/07/2011 | JEB | Study of the file : email of Mrs Breyer (ATC) and quick review of enclosed tax assessment regarding Lehman Brothers Captain no2 S.à r.l. | 12 | 59,00 | 84,13 |
| 1800 | 27/07/2011 | JEB | Correspondance with Mrs Breyer (ATC) -re: tax assessment regarding Lehman Brothers Captain no2 S.à r.l. | 6 | 29,50 | 42,07 |
| 1800 | 27/07/2011 | JEB | Study of the file : former tax statements regarding Lehman Brothers Captain no 2 dated February 2011 and July 2009 in order to determine whether a tax refund is (still) due | 24 | 118,00 | 168,27 |
| 1800 | 28/07/2011 | RB | Study of the file tax assessment LB Captain N°2 S.à r.l. | 6 | 42,00 | 59,89 |
| 1800 | 29/07/2011 | JEB | Study of the file : email of Mr. Altwies -re: draft letter to be sent to tax authorities - re: LB Helsinki Holdings S.à r.l. | 6 | 29,50 | 42,07 |
| 1800 | 29/07/2011 | RB | Study of the file draft letter LBHH to be sent to Lux tax authorities | 24 | 168,00 | 239,57 |
| | | | **Total fee** | | **10 358,00** | **14 770,51** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice Trade and Companies Register - excerpts relating to (i) Lehman Brothers Helsinki Holdings S.à r.l. and (ii) LBS Holdings S.à r.l. required with respect to the resolutions relating to the extension tolling and forbearance agreement | | 23,98 | 34,20 |
| | | | **Total paid disbursements** | | **23,98** | **34,20** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **10 381,98** | **14 804,70** |

File    **301702**
15261

**LBHI – Special Counsel Procedure**
Detail of our fee note

from July 1, 2011
to July 31, 2011

**Total per lawyer**

Author:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at July 29, 2011; 1.4426

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--|-------------|------------|------------|
| JEB | Jérôme BUREL | 114 | 560,50 | 799,27 |
| RB | Rina BREININGER | 30 | 210,00 | 299,46 |
| | | 144 | 770,50 | 1 098,73 |

| File | 301702 | | LBHI - Special Counsel Procedure | | | | |
|---|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | Author: | |
| | | from | July 1, 2011 | | | Converted at the official EUR/USD | |
| | | to | July 31, 2011 | | | exchange rate of the European | |
| | | | | | | Central Bank as at July 29, 2011: | |
| | | | Services provided | | | 1,426 | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) | |
| 4600 | 22/07/2011 | JEB | Drawing /updating draft supplemental declaration of KGA in relation to separate engagements by Lehman affiliated entities | 60 | 295,00 | 420,67 | |
| 4600 | 25/07/2011 | JEB | Correspondance with Candace Arthur -re: queries regarding the filing of a supplemental declaration with respect to KGA separate engagements | 18 | 88,50 | 126,20 | |
| 4600 | 25/07/2011 | RB | Study of the file review of KGA draft supplemental declaration and disclosure statement | 30 | 210,00 | 299,46 | |
| 4600 | 26/07/2011 | JEB | Study of the file : email of John Keen requesting a forecast of fees for August | 6 | 29,50 | 42,07 | |
| 4600 | 28/07/2011 | JEB | Preparation of forecast of fees for August as requested by John Keen | 18 | 88,50 | 126,20 | |
| 4600 | 28/07/2011 | JEB | Correspondance with John Keen - transmission of requested forecast with additional informations | 12 | 59,00 | 84,13 | |
| | | | Total fee | | 770,50 | 1 098,73 | |
| | | | | | | | |
| | | | TOTAL FEE NOTE | | 770,50 | 1 098,73 | |

File    **301778**
**15262**

**LBHI - Preparation  Monthly Statements & Fee Applications**
Detail of our fee note

from July 1, 2011
to July 31, 2011

**Total per lawyer**

Author:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at July 29, 2011, 1,426

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 1032 | 5 074,00 | 7 235,52 |
| RB | Rina BREININGER | 66 | 462,00 | 658,81 |
| | | 1098 | 5 536,00 | 7 894,34 |

| File | 301778 | | LBHI - Preparation  Monthly Statements & Fee Applications | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | July 1, 2011 | | | |
| | | to | July 31, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 07/07/2011 | JEB | Préparation of KGA June monthly statement | 300 | 1 475,00 | 2 103,35 |
| 4600 | 08/07/2011 | JEB | Correspondance with Fee Committee -re: June monthly statement | 12 | 59,00 | 84,13 |
| 4600 | 08/07/2011 | JEB | Correspondance with John Keen -re: June monthly statement | 6 | 29,50 | 42,07 |
| 4600 | 08/07/2011 | JEB | Correspondance with BrownGreer -re: June monthly statement | 12 | 59,00 | 84,13 |
| 4600 | 08/07/2011 | JEB | Correspondance with US Trustee -re: June monthly statement | 6 | 29,50 | 42,07 |
| 4600 | 19/07/2011 | JEB | Drawing first draft KGA fifth interim application (start) | 180 | 885,00 | 1 262,01 |
| 4600 | 20/07/2011 | JEB | working in relation to the preparation of KGA fifth interim application (preparation of calculations and exhibits to be attached thereto) | 198 | 973,50 | 1 388,21 |
| 4600 | 21/07/2011 | JEB | Drawing  first draft of KGA fifth interim application (cont'd) | 120 | 590,00 | 841,34 |
| 4600 | 22/07/2011 | JEB | Drawing final amendments to KGA draft fifth interim application prior to sending to Candace | 180 | 885,00 | 1 262,01 |
| 4600 | 22/07/2011 | RB | Review/Analysis of review of final draft of 5th interim application | 46 | 336,00 | 479,14 |
| 4600 | 25/07/2011 | JEB | Correspondance with Candace Arthur - re: KGA draft fifth interim application for the eighth interim period | 12 | 59,00 | 84,13 |
| 4600 | 26/07/2011 | RB | Study of the file email exchange with Candace (draft 5th interim appl) | 6 | 42,00 | 59,89 |
| 4600 | 27/07/2011 | JEB | Study of the file : email of Candace Arthur (deadline for filing of KGA fifth interim application) | 6 | 29,50 | 42,07 |
| 4600 | 28/07/2011 | RB | Study of the file Forecast LB August 2011 | 12 | 84,00 | 119,78 |
| | | | Total fee | | 5 536,00 | 7 894,34 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of June Monthly Statement to all the Notice Parties in accordance with the Fourth Amended Interim Compensation Order | | 207,57 | 295,99 |
| | | | Total paid disbursements | | 207,57 | 295,99 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 5 743,57 | 8 190,33 |

**File**    **302467**    LBHI - Lehman Brothers (Luxembourg) SA in liquidation
      **15263**    Detail of our fee note

from July 1, 2011
to July 31, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| HD | Henry DE RON | 120 | 510,00 | 727,26 |
| PS | Pascal SASSEL | 180 | 1 260,00 | 1 796,76 |
| | | 300 | 1 770,00 | 2 524,02 |

Author:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at July 29, 2011: 1,428

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA in liquidation | | | | Author: Converted at the official EUR/USD exchange rate of the European Central Bank as at July 29,2011 1.426 |
|---|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | | |
| | | from | July 1, 2011 | | | | |
| | | to | July 31, 2011 | | | | |
| | | | Services provided | | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) | |
| 2500 | 04/07/2011 | HD | Study of the file review of completeness of copied files to be communicated to R. Whittington | 48 | 204,00 | 290,90 | |
| 2500 | 04/07/2011 | HD | Préparation of shipment of documents to Rosy Whittington | 72 | 306,00 | 436,36 | |
| 2500 | 04/07/2011 | PS | Drawing e-mail to R. Whittington re: address to send the copies of the lever arch files received from P. da Silva | 6 | 42,00 | 59,89 | |
| 2500 | 04/07/2011 | PS | Review/Analysis of e-mail from R. Whittington re: address to send the copies of the lever arch files received from P. da Silva | 6 | 42,00 | 59,89 | |
| 2500 | 14/07/2011 | PS | Review/Analysis of e-mail from R. Whittington re: decision of LBHI to join the LBIE claim rejection proceedings and request for a conf. call | 6 | 42,00 | 59,89 | |
| 2500 | 14/07/2011 | PS | Drawing e-mail to R. Whittington re: decision of LBHI to join the LBIE claim rejection proceedings and request for a conf. call | 6 | 42,00 | 59,89 | |
| 2500 | 14/07/2011 | PS | Review/Analysis of e-mail from R. Whittington re: conf. call on 15.07.2011 at 3pm UK time to discuss the intervention of LBHI in the LBIE claim rejection procedure | 6 | 42,00 | 59,89 | |
| 2500 | 15/07/2011 | PS | Review/Analysis of e-mail from R. Whittington re: rescheduling of conf. call re: intervention of LBHI in the LBIE claim rejection procedure | 6 | 42,00 | 59,89 | |
| 2500 | 15/07/2011 | PS | Drawing e-mail to R. Whittington re: rescheduling of conf. call re: intervention of LBHI in the LBIE claim rejection procedure | 6 | 42,00 | 59,89 | |
| 2500 | 18/07/2011 | PS | Review/Analysis of e-mail from W. Whittington re: call on 19.07.2011 | 6 | 42,00 | 59,89 | |
| 2500 | 18/07/2011 | PS | Drawing e-mail to R. Whittington re: call on 19.07.2011 | 6 | 42,00 | 59,89 | |
| 2500 | 19/07/2011 | PS | Tel. conversation with Hannah Field and Well team re: timing for LBHI third party intervention | 18 | 126,00 | 179,68 | |
| 2500 | 19/07/2011 | PS | Review/Analysis of e-mail from R. Whittington whether a party can be obliged to disclose its instructions given to an expert | 6 | 42,00 | 59,89 | |
| 2500 | 19/07/2011 | PS | Drawing e-mail to R. Whittington whether a party can be obliged to disclose its instructions given to an expert | 6 | 42,00 | 59,89 | |
| 2500 | 21/07/2011 | PS | Review/Analysis of e-mail from H. Field to Joint Liquidators re: signature by former LB Lux employees of declaration re: transmission of personal data | 6 | 42,00 | 59,89 | |
| 2500 | 22/07/2011 | PS | Review/Analysis of e-mail from R. Whittington re: English law opinion from Jonathan Nash QC | 6 | 42,00 | 59,89 | |
| 2500 | 22/07/2011 | PS | Drawing e-mail to R. Whittington re: English law opinion from Jonathan Nash QC | 6 | 42,00 | 59,89 | |
| 2500 | 22/07/2011 | PS | Review/Analysis of e-mail from H. Field re: English law opinion from Jonathan Nash QC | 6 | 42,00 | 59,89 | |
| 2500 | 22/07/2011 | PS | Drawing e-mail to H. Field re: English law opinion from Jonathan Nash QC | 6 | 42,00 | 59,89 | |
| 2500 | 22/07/2011 | PS | Review/Analysis of e-mails from R. Whittington re: call on 25.07.2011 to discuss strategy for English law opinion from Jonathan Nash QC | 12 | 84,00 | 119,78 | |
| 2500 | 22/07/2011 | PS | Drawing e-mail to R. Whittington re: call on 25.07.2011 to discuss strategy for English law opinion from Jonathan Nash QC | 6 | 42,00 | 59,89 | |
| 2500 | 25/07/2011 | PS | Drawing e-mails from R. Whittington re: rescheduling of conf. call to 26.07.2011 | 12 | 84,00 | 119,78 | |
| 2500 | 25/07/2011 | PS | Review/Analysis of e-mail from R. Whittington re: rescheduling of conf. call to 26.07.2011 | 6 | 42,00 | 59,89 | |
| 2500 | 26/07/2011 | PS | Tel. conversation with Well team re: independent expert issue | 30 | 210,00 | 299,46 | |
| | | | Total fee | | 1 770,00 | 2 624,02 | |
| | | | Paid disbursements | | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of the lever arch files requested by and to Rosy Whittington (Well, London) | | 89,03 | 126,96 | |
| | | | Total paid disbursements | | 89,03 | 126,96 | |
| | | | TOTAL FEE NOTE | | 1 859,03 | 2 650,98 | |

File   **110829**
       **15264**

**LBHI - LBSF / 81 VH Holding S.à r.l. – proof of debt –**

Detail of our fee note

from July 1, 2011
to July 31, 2011

**Total per lawyer**

Author:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at July 29, 2011: 1,426

**Person**

| | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 144 | 708,00 | 1 009,61 |
| KB | Katia BARTHOLOME | 96 | 408,00 | 581,81 |
| | | 240 | 1 116,00 | 1 591,42 |

| File | 110829 | | LBHI - LBSF / 81 VH Holding S.à r.l. - proof of debt - | | | |
|------|--------|--|---------------------------------------------------------|--|--|--|
| | | | Detail of our fee note | | Author: | |
| | from | July 1, 2011 | | | Converted at the official EUR/USD | |
| | to | July 31, 2011 | | | exchange rate of the European | |
| | | | | | Central Bank as at July 29, 2011 | |
| | | | Services provided | | 1,438 | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 05/07/2011 | JEB | Study of the file : several emails of Marie Pisante regarding actual stage of the file, signature process by Daniel Ehrman, ... | 12 | 59,00 | 84,13 |
| 2500 | 05/07/2011 | JEB | Drawing email to Marie Pisante addressing her queries (signature process, filing of statement of claim..) | 12 | 59,00 | 84,13 |
| 2500 | 05/07/2011 | JEB | Study of the file : further email of Marie Pisante regarding way the US notary should proceed for the notarization of the signature on the statement of claim | 6 | 29,50 | 42,07 |
| 2500 | 05/07/2011 | JEB | Drawing email to Marie Pisante addressing her questions :- re: way the US notary should proceed for the notarization of the signature on the statement of claim | 6 | 29,50 | 42,07 |
| 2500 | 11/07/2011 | JEB | Study of the file : email of Marie Pisante -re: executed statement of claim | 6 | 29,50 | 42,07 |
| 2500 | 12/07/2011 | JEB | Study of the file : quick review of original executed statement of claim | 12 | 59,00 | 84,13 |
| 2500 | 12/07/2011 | JEB | Internal meeting between / with Katia regarding instructions for the filing of the statement of claim with the clerk of the commercial court | 12 | 59,00 | 84,13 |
| 2500 | 12/07/2011 | KB | Internal meeting between /with Jérôme regarding instructions for the filing of the statement of claim with the clerk of the commercial court | 12 | 51,00 | 72,73 |
| 2500 | 12/07/2011 | KB | Preparation of the file (including the exhibits) for the transmission of the claim to the clerk of the commercial court | 30 | 127,50 | 181,82 |
| 2500 | 13/07/2011 | JEB | Correspondence with the bankruptcy receiver (transmission of statement of claim filed with the commercial court) | 12 | 59,00 | 84,13 |
| 2500 | 13/07/2011 | JEB | Correspondence with Marie Pisante (transmission of statement of claim filed with the commercial court) | 6 | 29,50 | 42,07 |
| 2500 | 13/07/2011 | JEB | Study of the file : email of Marie Pisante -queries regarding next steps and timing | 6 | 29,50 | 42,07 |
| 2500 | 13/07/2011 | JEB | Drawing email to Marie Pisante addressing her queries (further steps for the bankruptcy receiver and timing) | 24 | 118,00 | 168,27 |
| 2500 | 13/07/2011 | KB | Meeting with the clerk of the commercial court at the Luxembourg commercial court in order to file the statement of claim of Lehman Brothers Special Financing Inc. | 54 | 229,50 | 327,27 |
| 2500 | 21/07/2011 | JEB | Study of the file : email of Mrs. Korn (bankruptcy receiver of 81 VH Holding S.à r.l.) regarding the statement of claim of Lehman Brothers Special Financing Inc. | 6 | 29,50 | 42,07 |
| 2500 | 22/07/2011 | JEB | Drawing email to Marie Pisante - re: transmission of the email of the bankruptcy receiver and additional explanations | 12 | 59,00 | 84,13 |
| 2500 | 22/07/2011 | JEB | Correspondence with bankruptcy receiver of 81 VH Holdings S.à r.l. regarding expected timing of claim verification | 6 | 29,50 | 42,07 |
| 2500 | 26/07/2011 | JEB | Study of the file : email of Marie Pisante - re: current situation and expected schedule of treatment of LBSF claim | 6 | 29,50 | 42,07 |
| | | | Total fee | | 1 116,00 | 1 591,42 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 1 116,00 | 1 591,42 |

**File    301162**
**15510**

**LBHI - Promissory Notes/Securities**
Detail of our fee note

from August 1, 2011
to August 31, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--------------------|------|----------|----------|
| JEB | Jérôme BUREL | 432 | 2 124,00 | 3 069,18 |
| KB | Katia BARTHOLOME | 162 | 688,50 | 994,88 |
| RB | Rina BREININGER | 396 | 2 772,00 | 4 005,54 |
| | | 990 | 5 584,50 | 8 069,60 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|------|--------|--|-----------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | August 1, 2011 | | | |
| | | to | August 31, 2011 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 03/08/2011 | JEB | Study of the file : email of C. Trapani (EY) regarding their engagement as auditor to the liquidation of Brasstown entities | 6 | 29,50 | 42,63 |
| 1900 | 03/08/2011 | JEB | Study of the file : email of James Parker regarding the possible managers' mandates of Interconsult for Entrada II and Mansfield II | 6 | 29,50 | 42,63 |
| 1800 | 05/08/2011 | RB | Study of the file : mail from Mrs Trappani (E&Y) (tax assessment 2009 / 2010) | 12 | 84,00 | 121,38 |
| 1900 | 05/08/2011 | RB | Study of the file : mail from James to Interconsult - Entrada 2 / Mansfield 2 engagement letters | 6 | 42,00 | 60,69 |
| 1900 | 09/08/2011 | JEB | Internal meeting between Rina and Jérôme further to the email of Dan Mei (Weil US) regarding eventual pledge over participations held by LB Lux Re Holding S.à r.l. | 42 | 206,50 | 298,39 |
| 1900 | 09/08/2011 | JEB | Correspondance with Mei Dan (Weil US) regarding his request to send letter to shareholders of LB LUX RE Holding and LBS Holdings to consent to put in place collateral in favor of LBHI | 6 | 29,50 | 42,63 |
| 1900 | 09/08/2011 | RB | Internal meeting between Rina and Jérôme further to the email of Dan Mei (Weil US) regarding eventual pledge over participations held by LB Lux Re Holding S.à r.l. | 42 | 294,00 | 424,83 |
| 1900 | 10/08/2011 | JEB | Drawing draft memo/email to Mei regarding actual status of LB LUX RE Holding and LBS Holdings further to Mei request to get requests issued by these entities to their JV Partners and way to proceed (re: collateral to be provided to LBHI) | 60 | 295,00 | 426,28 |
| 1800 | 10/08/2011 | JEB | Study of the file : email of J. Bortuzzo regarding tax assessments and tax returns for the years 2009 and 2010 regarding both Brasstown entities | 12 | 59,00 | 85,26 |
| 1900 | 10/08/2011 | JEB | Study of the file : further email of Mei Dan (Weil US) regarding a possible pledge over Starman Holdings LLC (re: LBS Holdings S.à r.l.) | 6 | 29,50 | 42,63 |
| 1900 | 10/08/2011 | JEB | Internal meeting between RB and JEB - discussion of underlying documents with eventual further pledges to be undertaken at level of LB Lux Re/VIM/CEREP III Investment S.à r.l. | 48 | 236,00 | 341,02 |
| 1900 | 10/08/2011 | JEB | Study of the file : quick review of the files (excerpts from the companies register, structure chart, etc... regarding LB LUX RE Holding and LBS Holdings further to Mei request to get requests issued by these entities to their JV Partners (re: collateral to be provided to | 90 | 442,50 | 639,41 |
| 1900 | 10/08/2011 | RB | Internal meeting between RB and JEB - discussion of underlying documents with eventual further pledges to be undertaken at level of LB Lux Re/VIM/CEREP III Investment S.à r.l. | 48 | 336,00 | 485,52 |
| 1800 | 10/08/2011 | RB | Study of the file tax assessment/tax returns 2009/2010 of both Brasstown entities/documents and email confirmation of J. Bortuzzo regarding tax assessments and tax returns for the years 2009 and 2010 regarding both Brasstown entities | 12 | 84,00 | 121,38 |
| 1900 | 10/08/2011 | RB | Study of the file : email of Mei (explanations on US lawyers' review on JVA relating to Starman Holdings LLC) | 12 | 84,00 | 121,38 |
| 1900 | 11/08/2011 | JEB | Study of the file : email of A. Scarcelli and quick review of enclosed KYC requests from the bank in relation to Brasstown Mansfield I SCA | 12 | 59,00 | 85,26 |
| 1900 | 11/08/2011 | JEB | Correspondance with A. Scarcelli - re:  bank request  in relation to Brasstown Mansfield I SCA | 6 | 29,50 | 42,63 |
| 1900 | 11/08/2011 | JEB | Correspondance with Mei regarding actual status of LB LUX RE Holding and LBS Holdings further to Mei request to get requests issued by these entities to their JV Partners and way to proceed (re: collateral to be provided to LBHI) | 12 | 59,00 | 85,26 |
| 1900 | 11/08/2011 | RB | Study of the file email exchange with Intertrust (doc. of BGL BNP Paribas) | 12 | 84,00 | 121,38 |
| 1900 | 11/08/2011 | RB | Study of the file email exchange with Mei (regarding eventual supplemental pledges) | 36 | 252,00 | 364,14 |
| 1800 | 16/08/2011 | JEB | Study of the file : email of Majeed (15.08) regarding detailled breakdown of outstanding taxes due by the Brasstown entities | 12 | 59,00 | 85,26 |
| 1800 | 16/08/2011 | JEB | Study of the file : email of J. Bortuzzo (KPMG) regarding status of taxes due by the Brasstown entities | 6 | 29,50 | 42,63 |
| 1800 | 16/08/2011 | JEB | Study of the file : further email of J. Bortuzzo regarding tax payments to be done by the Brasstown entities | 12 | 59,00 | 85,26 |
| 1800 | 16/08/2011 | RB | Study of the file : email exchange Majeed / KPMG (Brasstown entities/ payment of outstanding taxes / funding to be made) | 12 | 84,00 | 121,38 |
| 1800 | 16/08/2011 | RB | Study of the file : further email from KPMG - confirmation / explanation Brasstown tax amount to be paid | 12 | 84,00 | 121,38 |
| 1800 | 18/08/2011 | JEB | Correspondance with Majeed -re: explanantions regarding payments made by Interconsult to the tax authorities | 12 | 59,00 | 85,26 |
| 1800 | 18/08/2011 | JEB | Correspondance with A. Scarcelli regarding the information/documents transmitted with respect to the Brasstown entities (tax payments and domiciliation agreements) | 6 | 29,50 | 42,63 |
| 1900 | 18/08/2011 | JEB | Study of the file : email of A. Scarcelli and quick review of enclosed bank statement for Brasstown Entrada I SCA | 6 | 29,50 | 42,63 |
| 1900 | 18/08/2011 | JEB | Correspondance with Majeed -re: transmission of  bank statement of Brasstown Entrada I SCA | 6 | 29,50 | 42,63 |
| 1900 | 18/08/2011 | JEB | Study of the file : email of Majeed requesting details regarding payment made by Entrada I SCA | 6 | 29,50 | 42,63 |
| 1900 | 18/08/2011 | JEB | Correspondance with Majeed addressing his queries -re: details on payment made by Entrada I SCA | 6 | 29,50 | 42,63 |
| 1900 | 18/08/2011 | JEB | Study of the file : further email of Majeed requesting additional details and clarification as to the payment made by Entrada I SCA | 6 | 29,50 | 42,63 |
| 1900 | 18/08/2011 | JEB | Tel. conversation with A. Scarcelli (Interconsult) in order to get supplemental details regarding payment made by Entrada I SCA further to Majeed request | 6 | 29,50 | 42,63 |
| 1800 | 18/08/2011 | JEB | Study of the file : email of A. Scarcelli regarding details of payments made to the tax authorities | 6 | 29,50 | 42,63 |
| 1900 | 18/08/2011 | RB | Study of the file and of the email exchange interconsult (Brasstown bank statement) - Majeed - KGA (payment done) | 18 | 126,00 | 182,07 |
| 1900 | 18/08/2011 | JEB | Study of the file : email of A. Scarcelli and enclosed bank statement for Brasstown Mansfield I SCA | 6 | 29,50 | 42,63 |
| 1800 | 19/08/2011 | JEB | Correspondance with Majeed transmitting bank statement for Brasstown Mansfield I SCA setting forth the payment made to the tax authorities | 6 | 29,50 | 42,63 |
| 1900 | 19/08/2011 | JEB | Study of the file : further emails of A. Scarcelli and enclosed fee statements of the Chamber of commerce regarding Brasstown Mansfield I SCA and Brasstown Entrada I SCA | 12 | 59,00 | 85,26 |

| 1900 | 19/08/2011 | JEB | Correspondance with Majeed transmitting him the fee statements of the Chamber of commerce regarding Brasstown Mansfield I SCA and Brasstown Entrada I SCA | 6 | 29,50 | 42,63 |
|------|-----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|--------|
| 1800 | 19/08/2011 | JEB | Study of the file : further email exchange between Majeed and J. Bortuzzo (KPMG) regarding tax payments | 6 | 29,50 | 42,63 |
| 1900 | 19/08/2011 | RB | Study of the file : email exchange interconsult / KGA / Majeed - Brasstown entities statement Lux Chamber of Commerce | 12 | 84,00 | 121,38 |
| 1900 | 19/08/2011 | RB | Study of the file : email of interconsult (Mansfield II/Entrada II -draft domincillation agreement) | 18 | 126,00 | 182,07 |
| 1900 | 30/08/2011 | RB | Study of the file : email of Brian (WGM) -LBHI new securities-bankruptcy cash court oder/provision with respect to new securities in relation with intragroupfinancing-promissory Note signed by LB Lux re in favour of LBHI | 42 | 294,00 | 424,83 |
| 1900 | 31/08/2011 | KB | Study of the file review of files in relation to the finance documents for the company LB LUX RE | 162 | 688,50 | 994,88 |
| 1900 | 31/08/2011 | RB | Review/Analysis of new securities to be taken / JVA Agreements VIS/CEREP/SUN&MOON and CEREP pledges | 72 | 504,00 | 728,28 |
| 1900 | 31/08/2011 | RB | Study of the file actual stage of Brasstown entities Transfer/substitution/acknowledgment agreements | 18 | 126,00 | 182,07 |
| 1900 | 31/08/2011 | RB | Correspondance with Majeed/Intertrust (regarding eventual further comments on draft documents circulated for Brasstown entities on 12 and 15 July 2011) | 12 | 84,00 | 121,38 |
| | | | **Total fee** | | **5 584,50** | **8 069,60** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice Trade and Companies Register - excerpt relating to (i) LB Lux RE Holding S.à r.l., (ii) LBS Holdings S.à r.l. and (iii) SOF MER Holdings S.à r.l. further to Dan Mei request (re: collateral in favor of LBHI) | | 35,97 | 51,98 |
| | | | **Total paid disbursements** | | **35,97** | **51,98** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **5 620,47** | **8 121,58** |

File   **301207**
    15518

**LBHI - General Queries 2010**
Detail of our fee note

from August 1, 2011
to August 31, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 564 | 2 773,00 | 4 006,99 |
| KB | Katia BARTHOLOME | 42 | 178,50 | 257,93 |
| RB | Rina BREININGER | 222 | 1 554,00 | 2 245,53 |
| | | 828 | 4 505,50 | 6 510,45 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|------|--------|--|------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | from | August 1, 2011 | | | | |
| | to | August 31, 2011 | | | | |
| | | | **Services provided** | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|-----------|------|--------|---------|-------------|------------|------------|
| 1800 | 01/08/2011 | JEB | Tel. conversation with Mr. Altwies (GT Fiduciaires) regarding letter to be sent to the Lux. tax authorities with respect to LB Helsinki Holdgs subscription tax | 12 | 59,00 | 85,26 |
| 1800 | 02/08/2011 | JEB | Study of the file : email of Shirley Houghton - re.: changing the basis of charging Helsinki's subscription tax | 6 | 29,50 | 42,63 |
| 1800 | 02/08/2011 | JEB | Study of the file : email of Mr. Altwies (GT Fiduciaires) addressing Shirley's query | 6 | 29,50 | 42,63 |
| 1800 | 02/08/2011 | RB | Study of the file and of the email exchange LBHI / GTF (tax assessment 2008) | 12 | 84,00 | 121,38 |
| 1800 | 03/08/2011 | JEB | Study of the file : email of Fauzan regarding Lehman Brothers Captain No2 (re: tax refund) | 6 | 29,50 | 42,63 |
| 1800 | 03/08/2011 | JEB | Study of the file : further email of Fauzan - instructions to contact tax office in order to address various queries regarding fiscal status of Lehman Brothers Captain No2 | 12 | 59,00 | 85,26 |
| 1800 | 03/08/2011 | JEB | Internal meeting between / with Katia regarding draft explanations'email to be prepared to John Keen with respect to the fiscal status of Lehman Brothers Captain No2 S.à r.l. | 12 | 59,00 | 85,26 |
| 1800 | 03/08/2011 | JEB | Review/Analysis of draft email prepared by Katia (re: Captain No2) | 18 | 88,50 | 127,88 |
| 1800 | 03/08/2011 | KB | Internal meeting between / with Jérôme regarding draft explanations'email to be prepared to John Keen with respect to the fiscal status of Lehman Brothers Captain No2 S.à r.l. | 12 | 51,00 | 73,70 |
| 1800 | 03/08/2011 | KB | Drawing of detailed explanations' e-mail to John Keen and Mohammed Fauzan in relation to Lehman Brother Captain N°2 (tax assessment) | 30 | 127,50 | 184,24 |
| 1800 | 05/08/2011 | RB | Study of the file and of the mail exchange with Fauzan - Lehman Brothers Captain No. 2 (tax statement 2008) | 18 | 126,00 | 182,07 |
| 1800 | 08/08/2011 | JEB | Tel. conversation with the Luxembourg tax authorities to get clearance regarding the file of Lehman Brothers Captain No2 (taxes/interest due - to be reimbursed, way to proceed,....) | 24 | 118,00 | 170,51 |
| 1800 | 08/08/2011 | JEB | Drawing of detailed explanations' email to Fauzan and John regarding Lehman Brothers Captain No2 taxes/interest due - to be reimbursed, way to proceed,..... further to the call with the tax administration | 36 | 177,00 | 255,77 |
| 1800 | 08/08/2011 | JEB | Internal meeting between Rina and Jérôme regarding the actual stage of the file LB Helsinki Holdings from a corporate (annual accounts) and tax (subscription tax) perspectives (dicussions and letters from GT Fiduciaires,...) | 24 | 118,00 | 170,51 |
| 1800 | 08/08/2011 | JEB | Internal meeting between Rina and Jérôme further to the discussion with the tax administration regarding Lehman Brothers Captain No2 tax situation and next steps to get refund in favour of LBHI | 24 | 118,00 | 170,51 |
| 1800 | 08/08/2011 | JEB | Study of the file : email of Fauzan - re: queries regarding instructions to tax authorities for reimbursement to 314 (re: Captain No2) | 6 | 29,50 | 42,63 |
| 1800 | 08/08/2011 | JEB | Correspondance with Fauzan - re: queries regarding instructions to tax authorities for reimbursement to 314 (re: Captain No2) | 12 | 59,00 | 85,26 |
| 1800 | 08/08/2011 | RB | Internal meeting between Rina and Jérôme regarding the actual stage of the file LB Helsinki Holdings from a corporate (annual accounts) and tax (subscription tax) perspectives (dicussions and letters from GT Fiduciaires,...) | 24 | 168,00 | 242,76 |
| 1800 | 08/08/2011 | RB | Internal meeting between Rina and Jérôme further to the discussion with the tax administration regarding Lehman Brothers Captain No2 tax situation and next steps to get refund in favour of LBHI | 24 | 168,00 | 242,76 |
| 1800 | 08/08/2011 | RB | Study of the file email to Fauzan and John/explanations Lehman Brothers Captain No2 taxes/interest due - to be reimbursed, way to proceed,..... | 12 | 84,00 | 121,38 |
| 1800 | 08/08/2011 | RB | Study of the file email exchange with Fauzan (instruction letter 314 to Lux tax authorities LB Captain N°2 S.à r.l.) | 12 | 84,00 | 121,38 |
| 1800 | 09/08/2011 | JEB | Study of the file : email of Fauzan and quick review of attached draft letter to the tax authorities (re: Captain No2 tax refund) | 12 | 59,00 | 85,26 |
| 1800 | 09/08/2011 | JEB | Drawing amendments to draft letter from 314 to Lux tax authorities (re: Captain No 2 tax refund) | 18 | 88,50 | 127,88 |
| 1800 | 09/08/2011 | JEB | Correspondance with Fauzan - sending amended draft letter to tax authorities and explanations regarding way to proceed | 12 | 59,00 | 85,26 |
| 1800 | 09/08/2011 | JEB | Study of the file : email of Shirley Houghton regarding finalization of 2007 tax return for Captain No 2 | 6 | 29,50 | 42,63 |
| 1800 | 09/08/2011 | JEB | Drawing explanations 'email to Shirley addressing her queries (re: 2007 tax return for Captain No2) | 24 | 118,00 | 170,51 |
| 1800 | 09/08/2011 | RB | Study of the file email exchange with Shirley (LB Captain N°2 taxation/ tax filing 2007) | 18 | 126,00 | 182,07 |
| 1800 | 09/08/2011 | RB | Study of the file email exchange with Fauzan (LB Captain N°2 request for reimbursement of tax advances paid in 2008) | 12 | 84,00 | 121,38 |
| 1900 | 10/08/2011 | JEB | Study of the file : review documents published by Lehman Brothers Captain No1 S.à r.l., especially annual accounts as at 30 Nov. 2006, further to Shirley question regarding dividend overpayment in 2006 | 42 | 206,50 | 298,39 |
| 1900 | 10/08/2011 | JEB | Study of the file : email of Shirley Houghton regarding dividend overpayment by Lehman Brothers Captain No1 | 6 | 29,50 | 42,63 |
| 1900 | 10/08/2011 | JEB | Drawing of an internal memo regarding the publications with the Luxembourg register of commerce in relation with LB Captain N° 1 S.à r.l. | 30 | 147,50 | 213,14 |
| 1900 | 10/08/2011 | RB | Study of the file internal memo of Jérôme (publications with the Luxembourg register of commerce regarding LB Captain N° 2 S.à r.l.) | 18 | 126,00 | 182,07 |
| 1900 | 10/08/2011 | RB | Study of the file email of Shirley (regarding dividend overpayment by Lehman Brothers Captain N°1) | 12 | 84,00 | 121,38 |
| 1900 | 11/08/2011 | JEB | Internal meeting between RB and JEB // update on dividend overpayment by LB Captain N°1 further to review of publications with the Luxembourg register of commerce and regularisation steps to be undertaken | 24 | 118,00 | 170,51 |
| 1900 | 11/08/2011 | JEB | Correspondance with Shirley Houghton - preliminary questions/clarifications regarding Lehman Brothers Captain No1 | 18 | 88,50 | 127,88 |
| 1900 | 11/08/2011 | JEB | Study of the file : email of Blandine Perret regarding information requests about LB LUX RE Holding and LB Holding S. àr.l. | 12 | 59,00 | 85,26 |
| 1900 | 11/08/2011 | JEB | Study of the file : emails of Blandine Perret (Weil UK) and Bethany Cooper (Lehman) inquiring about Lehman Brothers (Luxembourg) S.A. | 12 | 59,00 | 85,26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1900 | 11/08/2011 | JEB | Review/Analysis of current status of Lehman Brothers (Luxembourg) S.A. (quick review of dissolution judgment and subsequent and subsequent publications) in order to address Blandine's queries | 30 | 147,50 | 213,14 |
| 1900 | 11/08/2011 | JEB | Correspondance with Blandine Perret addressing her queries relating to Lehman Brothers (Luxembourg) S.A. | 18 | 88,50 | 127,88 |
| 1900 | 11/08/2011 | RB | Study of the file email exchange with Shirley (a/cs Captain N° 1) | 12 | 84,00 | 121,38 |
| 1900 | 11/08/2011 | RB | Internal meeting between RB and JEB // update on dividend overpayment by LB Captain N°1 further to review of publications with the Luxembourg register of commerce and regularisation steps to be undertaken | 18 | 126,00 | 182,07 |
| 1900 | 12/08/2011 | JEB | Study of the file : further email of Blandine regarding current liquidation process of Lehman Brothers (Luxembourg) S.A. | 6 | 29,50 | 42,63 |
| 1900 | 12/08/2011 | JEB | Correspondance with Blandine addressing her question regarding current liquidation process of Lehman Brothers (Luxembourg) S.A. | 6 | 29,50 | 42,63 |
| 1900 | 12/08/2011 | JEB | Study of the file : quick review of updated excerpts form the Luxembourg companies' register regarding LBREP III SUN & MOON S.à r.l. and LB Europe Holdings S.à r.l. further to Blandine's request | 18 | 88,50 | 127,88 |
| 1900 | 12/08/2011 | JEB | Drawing explanations' email to Blandine addressing her queries regarding LBREP III SUN & MOON S.à r.l. and LB Europe Holding S.à r.l. | 30 | 147,50 | 213,14 |
| 1900 | 17/08/2011 | JEB | Study of the file : email of John Keen requesting a forecast of fees for September | 6 | 29,50 | 42,63 |
| 1800 | 18/08/2011 | JEB | Study of the file : email of Fauzan with enclosed letter to the tax authorities executed by 314 (re: Captain No2 refund) | 6 | 29,50 | 42,63 |
| 1800 | 19/08/2011 | JEB | Correspondance with the Lux. tax administration (re: Captain No2 tax reimbursement) | 24 | 118,00 | 170,51 |
| 1800 | 19/08/2011 | JEB | Correspondance with Fauzan transmitting copy of our letter to the tax administration (re: Captain No2) | 6 | 29,50 | 42,63 |
| 1800 | 24/08/2011 | RB | Study of the file email exchange with Fauzan (regarding original letter of Lehman Captain 2 to Lux tax authorities claiming reimbursement) | 12 | 84,00 | 121,38 |
| 1800 | 25/08/2011 | RB | Correspondance with GTF (LBHH-asking for any reaction from Lux tax authorities) | 12 | 84,00 | 121,38 |
| 1800 | 26/08/2011 | RB | Study of the file email of GTF (LBHH update) | 6 | 42,00 | 60,69 |
| | | | **Total fee** | | 4 505,50 | 6 510,45 |
| | | | **TOTAL FEE NOTE** | | 4 505,50 | 6 510,45 |

File    **301702**
        15512

**LBHI - Special Counsel Procedure**
Detail of our fee note

from August 1, 2011
to August 31, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--|------|--------|--------|
| JEB | Jérôme BUREL | 162 | 796,50 | 1 150,94 |
| RB | Rina BREININGER | 156 | 1 092,00 | 1 577,94 |
| | | 318 | 1 888,50 | 2 728,88 |

| File | 301702 | | LBHI - Special Counsel Procedure | | | |
|------|--------|--|----------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | from | August 1, 2011 | | | | |
| | to | August 31, 2011 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 01/08/2011 | JEB | Study of the file : email of M. Santa Maria (GL Law) and enclosed final version of the Stipulation with KGA for the Third Interim fee appl. - (sixth interim period) | 12 | 59,00 | 85,26 |
| 4600 | 02/08/2011 | JEB | Drawing /finalizing for signature the stipulation with the Fee Committee relating to the 3rd interim application of KGA | 6 | 29,50 | 42,63 |
| 4600 | 02/08/2011 | JEB | Correspondance with Monica Santa Maria - re: executed stipulation with the Fee Committee relating to the 3rd iterim application of KGA | 6 | 29,50 | 42,63 |
| 4600 | 02/08/2011 | RB | Study of the file : stipulation third interim application | 12 | 84,00 | 121,38 |
| 4600 | 03/08/2011 | JEB | Correspondance with Candace Arthur (Weil US) regarding KGA draft supplemental declaration (re: separate engagements) | 12 | 59,00 | 85,26 |
| 4600 | 04/08/2011 | JEB | Study of the file : Fee Committee confidential letter report and quick review of enclosed exhibit of proposed rejections transmitted by Monica Santa Maria (GK Law) | 24 | 118,00 | 170,51 |
| 4600 | 05/08/2011 | JEB | Study of the file : email of John -re: need for retrospective forecasts for April and May | 6 | 29,50 | 42,63 |
| 4600 | 08/08/2011 | JEB | Internal meeting between Rina and Jérôme regarding Fee Committee confidential letter report re: 4th interim application and specific queries set forth therein and how to address them | 36 | 177,00 | 255,77 |
| 4600 | 08/08/2011 | RB | Internal meeting between Rina and Jérôme regarding Fee Committee confidential letter report re: 4th interim application and specific queries set forth therein and how to address them | 36 | 252,00 | 364,14 |
| 4600 | 08/08/2011 | RB | Study of the file and review of the Fees Committee Confid. Report on the 4th interim application KGA | 24 | 168,00 | 242,76 |
| 4600 | 09/08/2011 | JEB | Préparation of the forecasts requested by John Keen (A&M) | 30 | 147,50 | 213,14 |
| 4600 | 09/08/2011 | JEB | Tel. conversation with Monica Santa Maria (re: Fee Committee confidential letter report - re: evidence for rate increases) | 12 | 59,00 | 85,26 |
| 4600 | 10/08/2011 | JEB | Internal meeting between Rina/Jérôme-update on WGM explanations with respect to Fee Comittee position- Increase of rates-steps to be undertaken under US law | 12 | 59,00 | 85,26 |
| 4600 | 10/08/2011 | RB | Study of the file forecast April/May 2011 (further to request of John Keen) | 18 | 126,00 | 182,07 |
| 4600 | 10/08/2011 | RB | Internal meeting between Rina/Jérôme-update on WGM explanations with respect to Fee Comittee position- increase of rates-steps to be undertaken under US law | 12 | 84,00 | 121,38 |
| 4600 | 19/08/2011 | JEB | Correspondance with Candace Arthur - re: status of comments on draft supplemental declaration to be filed with US Court | 6 | 29,50 | 42,63 |
| 4600 | 19/08/2011 | RB | Study of the file and of the email exchange with Candace (draft suppl. declaration KGA) | 18 | 126,00 | 182,07 |
| 4600 | 23/08/2011 | RB | Study of the file email exchange with Candace (suppl declaration/extension delay) | 12 | 84,00 | 121,38 |
| 4600 | 24/08/2011 | RB | Study of the file email of Monica regarding extension of deadline and negotiation period | 12 | 84,00 | 121,38 |
| 4600 | 24/08/2011 | RB | Correspondance with Monica (extension of deadline/negotiation period) | 6 | 42,00 | 60,69 |
| 4600 | 24/08/2011 | RB | Study of the file : email of Monica regarding agreement to new deadlines | 6 | 42,00 | 60,69 |
| | | | Total fee | | 1 889,50 | 2 728,88 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice Trade and Companies Register - excerpt relating to (i) LBREP III Sun & Moon S.à r.l. and (ii) LB Europe Holdings S.à r.l. furtehr to Candace Arthur request in relation to the supplemental declaration | | 23,98 | 34,65 |
| | | | Total paid disbursements | | 23,98 | 34,65 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 1 912,48 | 2 763,53 |

File    **301778**       **LBHI - Preparation Monthly Statements & Fee Applications**
     15513                              Detail of our fee note



from August 1, 2011
to August 31, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 342 | 1 681,50 | 2 429,77 |
| RB | Rina BREININGER | 90 | 630,00 | 910,35 |
| | | 432 | 2 311,50 | 3 340,12 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | |
|------|--------|--|------------------------------------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | August 1, 2011 | | | |
| | | to | August 31, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 09/08/2011 | JEB | Tel. conversation with Candace Arthur (Weil) regarding draft interim application and draft supplemental declaration of KGA | 12 | 59,00 | 85,26 |
| 4600 | 10/08/2011 | JEB | Tel. conversation with Candace regarding an additonal footnote to be eventually inserted in KGA fifth interim fee application | 12 | 59,00 | 85,26 |
| 4600 | 11/08/2011 | JEB | Préparation of KGA July monthly statement | 228 | 1 121,00 | 1 619,85 |
| 4600 | 11/08/2011 | JEB | Correspondance with Fee Committee -re: July monthly statement and electronic invoices | 12 | 59,00 | 85,26 |
| 4600 | 11/08/2011 | JEB | Correspondance with US Trustee -re: July monthly statement | 6 | 29,50 | 42,63 |
| 4600 | 11/08/2011 | JEB | Correspondance with John Keen -re: July monthly statement | 6 | 29,50 | 42,63 |
| 4600 | 11/08/2011 | JEB | Correspondance with BrownGreer -re: July monthly statement and electronic invoices | 12 | 59,00 | 85,26 |
| 4600 | 11/08/2011 | RB | Study of the file email exchange/July 2011 monthly statement | 42 | 294,00 | 424,63 |
| 4600 | 12/08/2011 | JEB | Drawing /finalizing KGA fifth interim application | 42 | 206,50 | 298,39 |
| 4600 | 12/08/2011 | JEB | Correspondance with Candace Arthur - re: fifth interim application - request for filing | 12 | 59,00 | 85,26 |
| 4600 | 12/08/2011 | RB | Review/Analysis of the 5th Interim Application | 48 | 336,00 | 485,52 |
| | | | Total fee | | 2 311,50 | 3 340,12 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of July Monthly Statement to all the Notice Parties in accordance with the Fourth Amended Interim Compensation Order | | 237,72 | 343,51 |
| | | | Total paid disbursements | | 237,72 | 343,51 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 2 549,22 | 3 683,62 |

File    **302467**
        **15514**

**LBHI - Lehman Brothers (Luxembourg) SA in liquidation**
Detail of our fee note

from August 1, 2011
to August 31, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--------------|-------------|------------|-------------|
| PS | Pascal SASSEL | 1206 | 8 442,00 | 12 198,69 |
| MK | Marc KLEYR | 402 | 2 814,00 | 4 066,23 |
| | | 1608 | 11 256,00 | 16 264,92 |

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA in liquidation | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | August 1, 2011 | | | |
| | | to | August 31, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 01/08/2011 | MK | Review/Analysis of e-mail from Teo, Davin [dteo@alvarezandmarsal.com] // re.: chain of custody forms // | 6 | 42,00 | 60,69 |
| 2500 | 01/08/2011 | MK | Review/Analysis of email from Rosy Whittington of WEIL // re.: english counsel  Jonathan Nash QC comments | 6 | 42,00 | 60,69 |
| 2500 | 01/08/2011 | PS | Review/Analysis of e-mail from R. Whittington re: opinion from J. Nash QC | 6 | 42,00 | 60,69 |
| 2500 | 01/08/2011 | PS | Review/Analysis of e-mail from R. Whittington with latest version of the position paper re: LB Lux | 6 | 42,00 | 60,69 |
| 2500 | 04/08/2011 | MK | Review/Analysis of e-mail from R. Whittington with attached e-mail correspondence from S. Hutchinson re: automatic termination on 15.09.2008 | 12 | 84,00 | 121,38 |
| 2500 | 08/08/2011 | MK | Review/Analysis of e-mail from Rose Whittington @ weil // re.: Weil latest version of our position paper // | 6 | 42,00 | 60,69 |
| 2500 | 08/08/2011 | MK | Review/Analysis of latest version of our position paper from WEIL / >> start | 126 | 882,00 | 1 274,49 |
| 2500 | 08/08/2011 | MK | Review/Analysis of e-mail from  Rose Whittington @ weil / re: progress third party intervention writ of summons // | 6 | 42,00 | 60,69 |
| 2500 | 08/08/2011 | PS | Review/Analysis of e-mail from R. Whittington re: draft of writ of summons | 6 | 42,00 | 60,69 |
| 2500 | 09/08/2011 | PS | Drawing e-mail to R. Whittington re: draft writ of summons | 18 | 126,00 | 182,07 |
| 2500 | 10/08/2011 | MK | Review/Analysis of latest version of our position paper from WEIL / >> continue | 72 | 504,00 | 728,28 |
| 2500 | 10/08/2011 | MK | Internal meeting between Pascal Sassel and Marc Kleyr re: structure of LBHI writ of summons for intervention in the LBIE claim rejection proceedings | 18 | 126,00 | 182,07 |
| 2500 | 10/08/2011 | MK | Review/Analysis of / first high level review of draft English law opinion from Jonathan Nash // | 66 | 462,00 | 667,59 |
| 2500 | 10/08/2011 | MK | Review/Analysis of e-mail from Rosy Whittington @ Weil // re.: draft English law opinion from Jonathan Nash // | 6 | 42,00 | 60,69 |
| 2500 | 10/08/2011 | PS | Drawing e-mail to R. Whittington re: draft of English law opinion from J. Nash | 6 | 42,00 | 60,69 |
| 2500 | 10/08/2011 | PS | Internal meeting between Pascal Sassel and Marc Kleyr re: structure of LBHI writ of summons for intervention in the LBIE claim rejection proceedings | 18 | 126,00 | 182,07 |
| 2500 | 10/08/2011 | PS | Review/Analysis of e-mail from R. Whittington with draft of English law opinion from J. Nash | 6 | 42,00 | 60,69 |
| 2500 | 11/08/2011 | MK | Review/Analysis of latest version of our position paper from WEIL / >> continued | 78 | 546,00 | 788,97 |
| 2500 | 11/08/2011 | MK | Review/Analysis of e-mail from Whittington Rosy of Weil // re.: email from Sophie Hutcherson at LBIE states that LBIE considers that the OSLA between LBIE and LBJ "automatically terminated on the date of LBIE's administration, 15 September 2008 | 12 | 84,00 | 121,38 |
| 2500 | 11/08/2011 | PS | Internal meeting between / discussion with Marc Kleyr re.: email from Sophie Hutcherson at LBIE states that LBIE considers that the OSLA between LBIE and LBJ "automatically terminated on the date of LBIE's administration, 15 September 2008 | 12 | 84,00 | 121,38 |
| 2500 | 12/08/2011 | PS | Review/Analysis of e-mail from R. Whittington re: draft of writ of summons re: LBHI intervention | 6 | 42,00 | 60,69 |
| 2500 | 12/08/2011 | PS | Drawing e-mail to R. Whittington re: draft of writ of summons re: LBHI intervention | 6 | 42,00 | 60,69 |
| 2500 | 16/08/2011 | PS | Drawing of writ of summons for LBHI intervention in LBIE claim rejection proceedings (start) | 300 | 2 100,00 | 3 034,50 |
| 2500 | 18/08/2011 | PS | Drawing e-mail to H. Field re: LBJ OSLA termination | 18 | 126,00 | 182,07 |
| 2500 | 18/08/2011 | PS | Review/Analysis of latest version of our position paper from H. Field that Weil is currently reviewing the LBJ OSLA | 6 | 42,00 | 60,69 |
| 2500 | 18/08/2011 | PS | Drawing of writ of summons for LBHI intervention in LBIE claim rejection proceedings (continuation) | 300 | 2 100,00 | 3 034,50 |
| 2500 | 19/08/2011 | PS | Drawing of the English version of first part writ of summons for LBHI intervention in LBIE claim rejection proceedings | 240 | 1 680,00 | 2 427,60 |
| 2500 | 22/08/2011 | PS | Drawing of the English version of second part writ of summons for LBHI intervention in LBIE claim rejection proceedings | 240 | 1 680,00 | 2 427,60 |
| | | | Total fee | | 11 256,00 | 16 264,92 |
| | | | TOTAL FEE NOTE | | 11 256,00 | 16 264,92 |

File    **111400**
        **15515**

**LBHI - Lehman Brothers (Luxembourg) Equity Finance S.A.**

Detail of our fee note

from August 1, 2011
to August 31, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| PS | Pascal SASSEL | 480 | 3 360,00 | 4 855,20 |
| MK | Marc KLEYR | 114 | 798,00 | 1 153,11 |
| | | 594 | 4 158,00 | 6 008,31 |

| File | 111400 | | LBHI - Lehman Brothers (Luxembourg) Equity Finance S.A. | | | |
|------|--------|--|----------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | August 1, 2011 | | | |
| | | to | August 31, 2011 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 05/08/2011 | MK | Internal meeting between Marc Kleyr and Pascal Sassel re: presentation of the file and set-off issues | 30 | 210,00 | 303,45 |
| 2500 | 05/08/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: presentation of the file and set-off issues | 30 | 210,00 | 303,45 |
| 2500 | 09/08/2011 | PS | Review/Analysis of // first part of the file | 72 | 504,00 | 728,28 |
| 2500 | 10/08/2011 | MK | Internal meeting between / with Pascal, discussing legal issues in relation to a set-off between a Mauritius Company and a Luxembourg Co under bankruptcy / | 18 | 126,00 | 182,07 |
| 2500 | 10/08/2011 | MK | Drawing e-mail to Sunny Singh from Weil / re.: settlement agreement with LB Lux Equity Finance | 6 | 42,00 | 60,69 |
| 2500 | 10/08/2011 | PS | Review/Analysis of // detailed review of draft Settlement Agreement | 60 | 420,00 | 606,90 |
| 2500 | 10/08/2011 | PS | Drawing amendments to draft Settlement Agreement re: Luxembourg law issues | 24 | 168,00 | 242,76 |
| 2500 | 10/08/2011 | PS | Drawing e-mail to Lee Goldberg with explanations re: (i) Luxembourg law provisions set forth in the Settlement Agreement and set-off under Luxembourg law | 66 | 462,00 | 667,59 |
| 2500 | 10/08/2011 | PS | Internal meeting between Pascal Sassel and Marc Kleyr re: legal issues in relation to a set-off between a Mauritius Company and a Luxembourg Co under bankruptcy / | 18 | 126,00 | 182,07 |
| 2500 | 10/08/2011 | PS | Study of the file re: USD 34 mio LBIM claim, USD 38 mio LB Equity Finance claim | 60 | 420,00 | 606,90 |
| 2500 | 10/08/2011 | PS | Review/Analysis of legal scholarship and case-law re: set-off in an international context and in the context of the LB Equity Finance insolvency considering the impact of the Luxembourg law of 5 August 2005 on the LBIM claim | 120 | 840,00 | 1 213,80 |
| 2500 | 11/08/2011 | MK | Internal meeting between / discussion with Pascal / re.: set-off and netting agreements in international situations | 24 | 168,00 | 242,76 |
| 2500 | 11/08/2011 | MK | Review/Analysis of draft settlement agreement received from Weil on 5 August / to be entered into between LBHI and other debtors, LBIM and LB Lux Equity Finace // | 36 | 252,00 | 364,14 |
| 2500 | 11/08/2011 | PS | Review/Analysis of e-mail from Lee Goldberg re: KCKG comments in relation to Settlement Agreement and Luxembourg law issues | 6 | 42,00 | 60,69 |
| 2500 | 11/08/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re.: set-off and netting agreements in international situations | 24 | 168,00 | 242,76 |
| | | | **Total fee** | | **4 158,00** | **6 008,31** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **4 158,00** | **6 008,31** |

File    **111435**
    **15520**

**LBHI - PROJECT CALVINO**
Detail of our fee note

from August 1, 2011
to August 31, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 1596 | 7 847,00 | 11 338,92 |
| KB | Katia BARTHOLOME | 666 | 2 830,50 | 4 090,07 |
| RB | Rina BREININGER | 2640 | 18 480,00 | 26 703,60 |
| | | 4902 | 29 157,50 | 42 132,59 |

| File | 111435 | | LBHI - PROJECT CALVINO | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | August 1, 2011 | | | |
| | | to | August 31, 2011 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2300 | 16/08/2011 | JEB | Study of the file : email of Jasle Leekha (Lehman) regarding potential transaction through LB LUX RE Holding S.à r.l. (re: Calvino restructuring) | 12 | 59,00 | 85,26 |
| 2300 | 16/08/2011 | JEB | Correspondance with Jasle Leekha (Lehman) regarding potential transaction through LB LUX RE Holding S.à r.l. (re: Calvino restructuring) | 12 | 59,00 | 85,26 |
| 2300 | 16/08/2011 | JEB | Study of the file : email of Karl Clowry (Paul Hastings) - re: conf. call -re: Calvino restructuring | 6 | 29,50 | 42,63 |
| 2300 | 16/08/2011 | JEB | Study of the file : email of Onno Hakvoort (Nautadutilh) -re: call regarding Calvino restructuring | 6 | 29,50 | 42,63 |
| 2300 | 16/08/2011 | JEB | Correspondance with Paul Hastings -re: call regarding Calvino restructuring | 6 | 29,50 | 42,63 |
| 2300 | 16/08/2011 | RB | Study of the file : further email exchange (Calvino restructuring) | 12 | 84,00 | 121,38 |
| 2300 | 16/08/2011 | RB | Study of the file and of the email of Jasle (Calvino restructuring) | 24 | 168,00 | 242,76 |
| 2300 | 17/08/2011 | JEB | working in relation to planned conf. call with Paul Hastings and Nautadutilh lawyers // quick review of the joint venture agreement entered into by LB LUX RE Holding S.à r.l. in relation to the Sun&Moon deal in order to identify any eventual issue regarding the contemplated n | 120 | 590,00 | 852,55 |
| 2300 | 17/08/2011 | JEB | working in relation to planned conf. call with Paul Hastings and Nautadutilh lawyers // quick review of the current status of other assets of LB LUX RE Holdings S.à r.l. | 30 | 147,50 | 213,14 |
| 2300 | 17/08/2011 | JEB | Tel. conversation with / conf. call between Paul Hastings / Nautadutilh (Netherl.) / KGA | 48 | 236,00 | 341,02 |
| 2300 | 17/08/2011 | JEB | Study of the file : first quick research/review of CPECs/YFPECs documents signed by LB LUX RE Holdings by end of 2010 (Sun&Moon closing) | 30 | 147,50 | 213,14 |
| 2300 | 17/08/2011 | JEB | Study of the file : email of Jasle Leekha authorising KGA to get in touch with Lux managers of LB LUX RE Holding and to share documents with Paul Hastings | 6 | 29,50 | 42,63 |
| 2300 | 17/08/2011 | JEB | working in relation to planned conf. call with Paul Hastings and Nautadutilh lawyers // detailed review of articles of association, legal publications and updated excerpt of companies register regarding LB LUX RE Holding S.à r.l. | 72 | 354,00 | 511,53 |
| 2300 | 17/08/2011 | JEB | Internal meeting between RB and JEB - situation of LB Lux RE Holding S.à r.l. (corporate purpose / SHA / guarantees granted in the past) | 48 | 236,00 | 341,02 |
| 2300 | 17/08/2011 | RB | Tel. conversation with / conf. call between Paul Hastings / Nautadutilh (Netherl.) / KGA | 48 | 336,00 | 485,52 |
| 2300 | 17/08/2011 | RB | Internal meeting between RB and JEB - situation of LB Lux RE Holding S.à r.l. (corporate purpose / SHA / guarantees granted in the past) | 48 | 336,00 | 485,52 |
| 2300 | 17/08/2011 | RB | Study of the file : steps to be undertaken | 18 | 126,00 | 182,07 |
| 2300 | 17/08/2011 | RB | Study of the file : further email exchange with Jasle | 12 | 84,00 | 121,38 |
| 2300 | 18/08/2011 | JEB | Study of the file : email of Mr. Catalo (Intertrust) informing us of timing to get requested documents in relation to LB LUX RE Holding S.à r.l. | 6 | 29,50 | 42,63 |
| 2300 | 18/08/2011 | JEB | Study of the file : research/review of files, esp. PECs/YFPECs documents signed by LB LUX RE Holdings in July 2008, June 2009 and October 2010 in relation to the Sun&Moon transaction | 270 | 1 327,50 | 1 918,24 |
| 2300 | 18/08/2011 | JEB | Tel. conversation with Daniel Jané (manager of Alcanjane S.à r.l., itself manager of LB LUX RE Holding S.à r.l.) regarding current financing documents in place at the level LB LUX RE Holding S.à r.l. | 12 | 59,00 | 85,26 |
| 2300 | 18/08/2011 | JEB | Tel. conversation with D. Catala and P. Clodel (Intertrust - domiciliation agent and managers' provider) regarding available and up-to-date financing documents and/or rulings at the level of LB LUX RE Holding S.à r.l. for the investments in Sun&Moon, VIM and CEREP | 18 | 88,50 | 127,88 |
| 2300 | 18/08/2011 | JEB | Study of the file : emails of Jiten Tank (PH) transmitting documents and requesting information and documents (substance, debt documentation,...) regarding LB LUX RE Holding S.à r.l. | 12 | 59,00 | 85,26 |
| 2300 | 18/08/2011 | JEB | Study of the file : quick review of draft restructuring term sheet and structure current and post debt-equity swap (transmitted by Jiten Tank (PH)) | 54 | 265,50 | 383,65 |
| 2300 | 18/08/2011 | JEB | Study of the file : quick review of articles of association for Zwinger BV (transmitted by Jiten Tank (PH)) | 72 | 354,00 | 511,53 |
| 2300 | 18/08/2011 | RB | Study of the file and review of the email of Jiten and documents attached | 36 | 252,00 | 364,14 |
| 2300 | 18/08/2011 | RB | Study of the file - follow-up Calvino (calls of JEB with Lux managers / Intertrust) | 12 | 84,00 | 121,38 |
| 2300 | 19/08/2011 | JEB | Drawing summary table setting forth evolution of PECs/YFPECs issued or subscribed to by LB LUX RE Holding S.à r.l. in relation to the Sun&Moon transaction based on the documents currenly available to us | 102 | 501,50 | 724,67 |
| 2300 | 19/08/2011 | JEB | Study of the file : quick review of six asset-linked shareholder's loan agreements granted by LB LUX RE Holding S.à r.l. in favor of CEREP III Investment D S.à r.l. | 30 | 147,50 | 213,14 |
| 2300 | 19/08/2011 | JEB | Drawing summary table setting forth the asset-linked shareholder's loans granted by LB LUX RE Holding S.à r.l. in relation to the CEREP transaction based on the documents currenly available to us | 30 | 147,50 | 213,14 |
| 2300 | 19/08/2011 | JEB | Study of the file : quick research/review of debt/financing documents signed by LB LUX RE Holdings (CEREP Investment - JV with Carlyle) | 30 | 147,50 | 213,14 |
| 2300 | 22/08/2011 | JEB | Study of the file : email of D. Catala (Intertrust) and quick review of enclosed transfer and assignment agreements, redemption notices and contribution declaration regarding PECs, Class B and Class D YFPECs (Sun & Monn documents executed in July 2011) | 90 | 442,50 | 639,41 |
| 2300 | 22/08/2011 | JEB | Tel. conversation with Martina Misikova (Intertrust) several times regarding further documentation required with respect to LB LUX RE Holding S.à r.l., especially regarding executed documents on May 2011 and August 2011 in the framework of the Sun&Monn restructuring | 30 | 147,50 | 213,14 |
| 2300 | 22/08/2011 | JEB | Study of the file : email of M. Misikova (Intertrust) and first quick review of enclosed documents realting to Sun&Moon May and August 2011 closings (Class F YFPECs, Class F1 YFPECs, Class F1 PECs, Class F3 YFPECs, board resolutions, registers, etc.) | 120 | 590,00 | 852,55 |
| 2300 | 22/08/2011 | JEB | Internal meeting between Rina/Jérôme (currently transmitted documents /documents to be further requested) | 42 | 206,50 | 298,39 |
| 2300 | 22/08/2011 | KB | Review/Analysis of amendment agreement to the joint venture agreement (CEREP Investment) in order to identify any eventual issue regarding the contemplated new investment to be eventually made by LB Lux RE (start) | 102 | 433,50 | 626,41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2300 | 22/08/2011 | RB | Study of the file email exchange with domiciliatary agent/KGA/client regarding tax criterias to be met from Dutch point of view | 18 | 126,00 | 182,07 |
| 2300 | 22/08/2011 | RB | Study of the file update on calls with domiciliatary agent | 12 | 84,00 | 121,38 |
| 2300 | 22/08/2011 | RB | Study of the file review of the documents transmitted to us by Jitten (term sheet Calvino/current structure chart/proposed structure) and by Intertrust | 180 | 1 260,00 | 1 820,70 |
| 2300 | 22/08/2011 | RB | Internal meeting between Rina/Jérôme (currently transmitted documents /documents to be further requested) | 42 | 294,00 | 424,83 |
| 2300 | 23/08/2011 | JEB | Préparation compilation of financing / debt documents to be transmitted to PH as per their request | 42 | 206,50 | 298,39 |
| 2300 | 23/08/2011 | JEB | Tel. conversation with Martina Misikova (Intertrust) (several calls) in order to clarify PECs / CPECs / YFPECs at the level of LB Lux RE | 48 | 236,00 | 341,02 |
| 2300 | 23/08/2011 | JEB | Review/Analysis of various excel spreadsheets transmitted by Martina regarding PECs / CPECs / YFPECs situation | 60 | 295,00 | 426,28 |
| 2300 | 23/08/2011 | JEB | Review/Analysis of CPECs / YFPECs documents received from Martina in order to countercheck excel spreadsheets | 72 | 354,00 | 511,53 |
| 2300 | 23/08/2011 | JEB | Correspondance with Martina regarding the still missing documents for Sun & Moon (YFPECs registers, CPECs T&C, ...) and VIM and CEREP investments (loans, tax ruling, ...) | 30 | 147,50 | 213,14 |
| 2300 | 23/08/2011 | JEB | Tel. conversation with A. De Donker (LBREP group) in order to get missing documents | 12 | 59,00 | 85,26 |
| 2300 | 23/08/2011 | JEB | Internal meeting between KB and JEB regarding the eventual issuance of YFPECs by LB Lux RE Holding in favour of Lehman Brothers UK Holdings (Delaware) Inc. | 18 | 88,50 | 127,88 |
| 2300 | 23/08/2011 | KB | Internal meeting between KB and JEB regarding the eventual issuance of YFPECs by LB Lux RE Holding in favour of Lehman Brothers UK Holdings (Delaware) Inc. | 18 | 76,50 | 110,54 |
| 2300 | 23/08/2011 | KB | Review/Analysis of amendment agreement of joint venture agreement (CEREP investment) in order to identify any eventual issue regarding the contemplated new investment to be eventually made by LB Lux RE (continuation) | 72 | 306,00 | 442,17 |
| 2300 | 23/08/2011 | KB | Research in relation to the eventual issuance of YFPECs by LB Lux RE Holding in favour of Lehman Brothers U.K. Holdings (Delaware) Inc. | 60 | 255,00 | 368,48 |
| 2300 | 23/08/2011 | RB | Study of the file quick review of updated documents/underlying financing documents-financial instrument issued and subscribed by LB Lux Re /JVA at level of Sun&Moon/CREP/VIS | 240 | 1 680,00 | 2 427,60 |
| 2300 | 23/08/2011 | RB | Study of the file email of Tank Jitten (Paul Hastings) regarding urgent character of their request | 12 | 84,00 | 121,38 |
| 2300 | 24/08/2011 | KB | Review/Analysis of the amended and restated shareholder's agreement in respect of LBREP III Sun & Moon (continuation) | 126 | 535,50 | 773,80 |
| 2300 | 24/08/2011 | KB | Review/Analysis of the issue of YFPECs series C and D by Sun & Moon 1 in favour of LBREP III Sun & Moon/assignment of the YFPECs Series C/D/registration in the YFPECs register | 84 | 357,00 | 515,87 |
| 2300 | 24/08/2011 | RB | Tel. conversation with Martina (Interconsult) discussing missing supplemental information | 30 | 210,00 | 303,45 |
| 2300 | 24/08/2011 | RB | Tel. conversation with Jean-Michel Chamonard (Atoz) tax ruling S&M - authorization to continue final tax memo in S&M transaction | 48 | 336,00 | 485,52 |
| 2300 | 24/08/2011 | RB | Tel. conversation with Jasle (LAMCO) discussing the file and eventual issues | 42 | 294,00 | 424,83 |
| 2300 | 24/08/2011 | RB | Tel. conversation with Karel Heeren (LBREP Sun &Moon)-register of issued financial instruments | 48 | 336,00 | 485,52 |
| 2300 | 24/08/2011 | RB | Study of the file review of the assignment and substitution agreement at level of JV Equity (Sun&Moon) -SM 1and SM 2 to SM 6 with respect to YFPECs Series C/D and the YFPECS Series C/D register | 78 | 546,00 | 788,97 |
| 2300 | 24/08/2011 | RB | Tel. conversation with Karel Heeren follow-up on documents still to be transmitted and additional explanations | 36 | 252,00 | 364,14 |
| 2300 | 24/08/2011 | RB | Study of the file summary review of the further documents transmitted to us by the domiciliatary agent | 180 | 1 260,00 | 1 820,70 |
| 2300 | 24/08/2011 | RB | Correspondance with Paul Hastings (PH) - transmission of approximatively 45 documents and explanations in relation thereto | 72 | 504,00 | 728,28 |
| 2300 | 24/08/2011 | RB | Study of the file email of PH (Arun) re: historic tax structurings / rulings | 12 | 84,00 | 121,38 |
| 2300 | 25/08/2011 | KB | Study of the file : confidentiality clauses in the LB Lux Re joint venture agreements | 12 | 51,00 | 73,70 |
| 2300 | 25/08/2011 | RB | Study of the file : email of Arun (PH)-confirmation of call with Jasle (Atoz to be involved) | 12 | 84,00 | 121,38 |
| 2300 | 25/08/2011 | RB | Study of the file review of the further information request received from NDNL | 24 | 168,00 | 242,76 |
| 2300 | 25/08/2011 | RB | Correspondance with LAMCO (documents transmitted to PH/NDNL-our understanding of Atoz involvement | 18 | 126,00 | 182,07 |
| 2300 | 25/08/2011 | RB | Correspondance with domiciliatary agent (further information requested) | 30 | 210,00 | 303,45 |
| 2300 | 25/08/2011 | RB | Study of the file review of the information transmitted by domiciliatary agent | 24 | 168,00 | 242,76 |
| 2300 | 25/08/2011 | RB | Correspondance with PH/NDNL (transmission of further information requested) | 36 | 252,00 | 364,14 |
| 2300 | 25/08/2011 | RB | Study of the file further email of NDNL (fair market value of LB Lux RE) | 12 | 84,00 | 121,38 |
| 2300 | 25/08/2011 | RB | Correspondance with further email exchange with domiciliatary/JV entities in order to collect the informations/fair asset value of LB Lux RE | 36 | 252,00 | 364,14 |
| 2300 | 25/08/2011 | RB | Correspondance with NDNL re: fair market value of LB Lux RE | 12 | 84,00 | 121,38 |
| 2300 | 25/08/2011 | RB | Tel. conversation with Lonneke (NDNL) - discussing current stage of file | 42 | 294,00 | 424,83 |
| 2300 | 25/08/2011 | RB | Correspondance with PH (waterfall distribution in JVA) | 36 | 252,00 | 364,14 |
| 2300 | 26/08/2011 | RB | Correspondance with Richard Hiom (Lamco) regarding issue with fair market value of LB Lux RE | 6 | 42,00 | 60,69 |
| 2300 | 26/08/2011 | RB | Study of the file email of John Keen (agreement on mandate and manner to proceed/Atoz to advise on tax aspects) | 12 | 84,00 | 121,38 |
| 2300 | 26/08/2011 | RB | Study of the file email of Atoz (2 options acceptable) | 12 | 84,00 | 121,38 |
| 2300 | 26/08/2011 | RB | Correspondance with Jitten regarding Atoz position on 2 options | 6 | 42,00 | 60,69 |
| 2300 | 26/08/2011 | RB | Study of the file email of Jitten (requesting explanations on scope of Luxembourg tax ruling) | 12 | 84,00 | 121,38 |
| 2300 | 26/08/2011 | RB | Correspondance with Jitten (PH)-explanations on scope of Luxembourg tax ruling | 18 | 126,00 | 182,07 |
| 2300 | 26/08/2011 | RB | Study of the file email exchange between John and Richard Hiom (Alvarez and Marsal) regarding VIS | 12 | 84,00 | 121,38 |
| 2300 | 26/08/2011 | RB | Study of the file email of PH and opinion statement of NautaDuthil NL regarding qualification of LuxCo as JV partner for Zwinger | 42 | 294,00 | 424,83 |
| 2300 | 26/08/2011 | RB | Tel. conversation with Jean-Michel Chamonard (Atoz) regarding Luxembourg tax situation | 30 | 210,00 | 303,45 |
| 2300 | 26/08/2011 | RB | Correspondance with Jean-Michel (Atoz) | 18 | 126,00 | 182,07 |
| 2300 | 26/08/2011 | RB | Tel. conversation with Jitten (PH) further to the discussions with Atoz | 42 | 294,00 | 424,83 |
| 2300 | 26/08/2011 | RB | Study of the file review of the tax position Atoz (feasable/no adverse tax consequences for LB Lux RE) | 42 | 294,00 | 424,83 |
| 2300 | 26/08/2011 | RB | Correspondance with PH/LAMCO regarding Luxembourg tax position from Atoz | 12 | 84,00 | 121,38 |

| 2300 | 26/08/2011 | RB | Correspondance with Atoz (2 options under discussion) | 18 | 126,00 | 182,07 |
|------|------------|----|------------------------------------------------------|-----|--------|--------|
| 2300 | 29/08/2011 | KB | Review/Analysis of the restructuring term sheet | 120 | 510,00 | 736,95 |
| 2300 | 29/08/2011 | KB | Study of the file corporate documents of Luxembourg companies Whitehall currently holding the Dutch JV company | 60 | 255,00 | 368,48 |
| 2300 | 29/08/2011 | RB | Correspondance with email exchange PH/NDNL/KGA (conf call) | 12 | 84,00 | 121,38 |
| 2300 | 29/08/2011 | RB | Review/Analysis of articles of Zwinger BV/Whitehall (distributable assets/provisions in relation to distributions by the companies) | 48 | 336,00 | 485,52 |
| 2300 | 30/08/2011 | KB | Study of the file review of files/pledges in relation to LB LUX RE | 12 | 51,00 | 73,70 |
| 2300 | 30/08/2011 | RB | Study of the file further email exchange PH/Atoz/KGA | 18 | 126,00 | 182,07 |
| 2300 | 30/08/2011 | RB | Correspondance with Intertrust re: pledge agreements | 12 | 84,00 | 121,38 |
| 2300 | 30/08/2011 | RB | Correspondance with Atoz (draft email to PH/NDNL) | 36 | 252,00 | 364,14 |
| 2300 | 30/08/2011 | RB | Tel. conversation with various calls with Atoz-Atoz fiscal comments | 72 | 504,00 | 728,28 |
| 2300 | 30/08/2011 | RB | Correspondance with Intertrust-request further documentation | 12 | 84,00 | 121,38 |
| 2300 | 30/08/2011 | RB | Study of the file email of Intertrust and CEREP pledges | 48 | 336,00 | 485,52 |
| 2300 | 30/08/2011 | RB | Drawing / finalization of mail to PH (on 3 alternatives under discussion) | 36 | 252,00 | 364,14 |
| 2300 | 30/08/2011 | RB | Correspondance with Atoz (alternatives to be discussed during planned conf.call) | 12 | 84,00 | 121,38 |
| 2300 | 30/08/2011 | RB | Study of the file review of the tax position NDNL/draft position PH to Board of LBHI-draft LBHI Board resolutions | 90 | 630,00 | 910,35 |
| 2300 | 30/08/2011 | RB | Tel. conversation with Jean-Michel Chamonard (Atoz) | 30 | 210,00 | 303,45 |
| 2300 | 30/08/2011 | RB | Review/Analysis of summary review of main provisions of JVA signed by LB Lux Re at level of its current JV entities | 72 | 504,00 | 728,28 |
| 2300 | 30/08/2011 | RB | Tel. conversation with PH/NDNL/KGA (conf call) – actual stage of the file / open issues | 60 | 420,00 | 606,90 |
| 2300 | 30/08/2011 | RB | Study of the file in order to retrace current pledge agreements | 42 | 294,00 | 424,83 |
| 2300 | 31/08/2011 | RB | Study of the file review of comments on tax situation-draft summaries of Paul Hastings to LBH I-comments made thereto | 90 | 630,00 | 910,35 |
| 2300 | 31/08/2011 | RB | Study of the file further email exchange PH/KGA/NDNL/ATOZ on alternatives | 48 | 336,00 | 485,52 |
| 2300 | 31/08/2011 | RB | Study of the file updated PH summary to be sent to LBHI | 42 | 294,00 | 424,83 |
| 2300 | 31/08/2011 | RB | Tel. conversation with Jasie/Arun (conf call) re: summary to be sent to LBHI | 36 | 252,00 | 364,14 |
| | | | **Total fee** | | **29 157,50** | **42 132,59** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **29 157,50** | **42 132,59** |

File    **301182**
   **15949**

**LBHI - Promissory Notes/Securities**
Detail of our fee note

from September 1, 2011
to September 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 456 | 2 242,00 | 3 027,37 |
| RB | Rina BREININGER | 288 | 2 016,00 | 2 722,20 |
| | | 744 | 4 258,00 | 5 749,58 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|------|--------|--|-----------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | from | September 1, 2011 | | | | |
| | to | September 30, 2011 | | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 01/09/2011 | JEB | Study of the file : email of B. Drozda (Weil US) of 29/08 - RE: Lehman - LB LUX RE Holding S.à r.l. - eventual pledge over participations in VIM SPA & CEREP III INVESTMENT D S.à r.l - re: cash management order and next steps to be undertaken - | 18 | 88,50 | 119,50 |
| 1900 | 01/09/2011 | JEB | Study of the file : email of Gwen Zeisler (Lehman) RE: Lehman - LB LUX RE Holding S.à r.l. - eventual pledge over participations in VIM SPA & CEREP III INVESTMENT D S.à r.l - re: outstanding amounts of advances granted to LB Lux RE Holdings SARL, LBS Holdings SARL and Lux | 12 | 59,00 | 79,67 |
| 1900 | 01/09/2011 | RB | Study of the file email of Gwen (LB) outstanding LBHI amounts towards LB Lux Re/LBS Holding/luxembourg Trading | 12 | 84,00 | 113,43 |
| 1900 | 09/09/2011 | JEB | Tel. conversation with Martina Misikova (Intertrust) regarding situation of LB LUX RE Holding S.à r.l. | 12 | 59,00 | 79,67 |
| 1900 | 19/09/2011 | JEB | Study of the file : email of A. Scarcelli and enclosed letters from KPMG (reminders sent to both SCAs) | 12 | 59,00 | 79,67 |
| 1900 | 19/09/2011 | JEB | Internal meeting between RB/JEB actual stage of the file/open action points to be discussed with Intertrust (liquidator) and client | 18 | 88,50 | 119,50 |
| 1900 | 19/09/2011 | RB | Study of the file email of Interconsult (KPMG open invoices) | 12 | 84,00 | 113,43 |
| 1900 | 19/09/2011 | RB | Study of the file review of mandatory registrations and publications made by both Brasstown entities (a/c 2008/2009/2010) | 36 | 252,00 | 340,28 |
| 1900 | 19/09/2011 | RB | Internal meeting between RB/JEB actual stage of the file/open action points to be discussed with Intertrust (liquidator) and client | 18 | 126,00 | 170,14 |
| 1900 | 20/09/2011 | JEB | Tel. conversation with / conf. call between KGA (RB and JEB ) and Interconsult  (Mr. Kamarowski, Mrs. Scarcelli and Mr. Debaty) to discuss actual stage of the file and next steps to achieve the closing of the SCAs liquidations | 30 | 147,50 | 199,17 |
| 1900 | 20/09/2011 | RB | Tel. conversation with / conf. call between KGA (RB and JEB ) and Interconsult  (Mr. Kamarowski, Mrs. Scarcelli and Mr. Debaty) to discuss actual stage of the file and next steps to achieve the closing of the SCAs liquidations | 30 | 210,00 | 283,56 |
| 1900 | 20/09/2011 | RB | Study of the file email exchange with Interconsult (account balances) | 12 | 84,00 | 113,43 |
| 1900 | 21/09/2011 | JEB | Study of the file : two emails of Majeed regarding possible engagement of Interconsult as liquidator of Mansfield II S.à r.l. and Entrada II S.à r.l. and expected timing in relation thereto | 12 | 59,00 | 79,67 |
| 1900 | 22/09/2011 | JEB | Study of the file : email of Majeed -re: funding of Brasstown accounts and instruction to be given to Interconsult | 6 | 29,50 | 39,83 |
| 1900 | 22/09/2011 | JEB | Correspondance with Interconsult regarding payments to be made by Brasstown companies | 12 | 59,00 | 79,67 |
| 1900 | 22/09/2011 | JEB | Study of the file : email of Mr. Debaty regarding actual stage of tax and accounts filings for Brasstown entities | 6 | 29,50 | 39,83 |
| 1900 | 22/09/2011 | JEB | Correspondance with Mr. Debaty regarding expected conf. call and request from Majeed to Interconsult acting as liquidator of Mansfield II Sàrl and Entrada II Sàrl | 12 | 59,00 | 79,67 |
| 1900 | 22/09/2011 | JEB | working in relation to Blandine Davies (Weil UK) email -re: signature of ballots to approve third amendment to Chapt 11 // countercheck of information relating to Mansfield II S.à r.l. in the table sent by Blandine and up-to-date RCS extracts and bylaws | 24 | 118,00 | 159,34 |
| 1900 | 22/09/2011 | RB | Study of the file / email of Interconsult (balance sheet Brasstown entities 2010 registered with the Lux RCS / tax assessment 2009/2010) | 18 | 126,00 | 170,14 |
| 1900 | 22/09/2011 | RB | Study of the file / email exchange between Majeed / KPMG / Interconsult / KGA - outstanding invoices / fund transfers to be made for Brasstown entities | 18 | 126,00 | 170,14 |
| 1900 | 23/09/2011 | JEB | Study of the file : email of Mrs. Scarcelli regarding bank transfers / payments (re: Brasstown SCAs) | 6 | 29,50 | 39,83 |
| 1900 | 23/09/2011 | JEB | Study of the file : quick review of draft domiciliation agreements further to Majeed's request (re: Entrada II Sàrl and Mansfield II Sàrl) | 78 | 383,50 | 517,84 |
| 1900 | 23/09/2011 | RB | Study of the file : email exchange with Blandine regarding Lux resolution for ballots | 12 | 84,00 | 113,43 |
| 1900 | 26/09/2011 | JEB | working in relation to the preparation of the conf. call with Interconsult // quick review of financial statements (excel) transmitted by Interconsult | 36 | 177,00 | 239,00 |
| 1900 | 26/09/2011 | RB | Study of the file : review of the documents transmitted by Interconsult in view of the conference call discussion (closing liquidation Brasstown entities) | 42 | 294,00 | 396,99 |
| 1900 | 27/09/2011 | JEB | working in relation to the preparation of the conf. call with Interconsult // review of initial step plan to achieve the closing of the liquidations | 24 | 118,00 | 159,34 |
| 1900 | 27/09/2011 | JEB | Tel. conversation with Interconsult (liquidator of Brasstown entities) regarding the manner to proceed with respect to contemplated closing of the liquidations | 42 | 206,50 | 278,84 |
| 1900 | 27/09/2011 | RB | working in relation to documents/open items Brasstown entities- preparation of the conf. call with Interconsult // quick review of financial statements (excel) transmitted by Interconsult | 36 | 252,00 | 340,28 |
| 1900 | 27/09/2011 | RB | Tel. conversation with Interconsult (liquidator of Brasstown entities) regarding the manner to proceed with respect to contemplated closing of the liquidations | 42 | 294,00 | 396,99 |
| 1900 | 28/09/2011 | JEB | Study of the file : email of Mei Dan regarding status of notes/collateral to be granted by LBS Holdings, LTF and LB LUX RE | 6 | 29,50 | 39,83 |
| 1900 | 28/09/2011 | JEB | Study of the file : quick review 2008 cash management order transmitted by Mei Dan (re: notes/collateral to be granted by LBS Holdings, LTF and LB LUX RE) | 48 | 236,00 | 318,67 |
| 1900 | 28/09/2011 | JEB | Study of the file : email of A. Scarcelli (Interconsult) and quick review of enclosed bank statements for the Brasstown entities | 6 | 29,50 | 39,83 |
| 1900 | 28/09/2011 | JEB | Correspondance with Majeed transmitting bank statements and requesting further payment instructions | 12 | 59,00 | 79,67 |
| 1900 | 28/09/2011 | JEB | Correspondance with Interconsult regading payments to be made on behalf of the Brasstown entities | 12 | 59,00 | 79,67 |
| 1900 | 30/09/2011 | JEB | Tel. conversation with Majeed discussing possible further steps regarding Entrada II and Mansfield II (esp. Interconsult as manager) | 12 | 59,00 | 79,67 |
| | | | **Total fee** | | 4 259,00 | 5 749,58 |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | 4 259,00 | 5 749,58 |

File **301207**
15950

**LBHI - General Queries 2010**
Detail of our fee note

from September 1, 2011
to September 30, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|---|------|--------|--------|
| JEB | Jérôme BUREL | 36 | 177,00 | 239,00 |
| KB | Katia BARTHOLOME | 468 | 1 989,00 | 2 685,75 |
| RB | Rina BREININGER | 60 | 420,00 | 567,13 |
| | | 564 | 2 586,00 | 3 491,88 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|------|--------|--|------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | September 1, 2011 | | | |
| | | to | September 30, 2011 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1800 | 01/09/2011 | RB | Study of the file email of GTF-tax statement LBHH (reduction of a hughe amount of tax-explanatory email to James/Shirley) | 18 | 126,00 | 170,14 |
| 1800 | 01/09/2011 | RB | Study of the file email of James (LBHH tax statement) | 6 | 42,00 | 56,71 |
| 1800 | 15/09/2011 | JEB | Study of the file : emails of Shirley Houghton regarding subscription tax to be paid by LBHH | 6 | 29,50 | 39,83 |
| 1800 | 15/09/2011 | RB | Study of the file email of Shirley (regarding 2008 tax assessment) | 6 | 42,00 | 56,71 |
| 1900 | 20/09/2011 | KB | Research in relation to extracts RCS and coordinated articles of Luxembourg entities further to Blandine Perret's email | 42 | 178,50 | 241,03 |
| 1900 | 20/09/2011 | RB | Study of the file email of Blandine (ballot to be signed in relation to Chapter 11) | 12 | 84,00 | 113,43 |
| 1900 | 21/09/2011 | KB | Research in relation to the management of a société à responsabilité limitée further to Blandine's queries | 120 | 510,00 | 688,65 |
| 1900 | 22/09/2011 | JEB | working in relation to Blandine Davies (Weil UK) email -re: signature of ballots to approve third amendment to Chapt 11 // countercheck of information relating to LB Captain 1 Holding, LB Helsinki Holdings and LBS Holdings Sàrl set foth in table sent by Blandine Davies table and up-to-date RCS extracts and bylaws to Blandine Davies (Weil UK) email | 30 | 147,50 | 199,17 |
| 1900 | 22/09/2011 | KB | Legal research in relation to administrator de facto further to Blandine's queries | 174 | 739,50 | 998,55 |
| 1900 | 22/09/2011 | KB | Drawing extensive explanations' email to Blandine Perret in relation to signature of ballots in order to approve third amedment to the chapter 11 plan | 120 | 510,00 | 688,65 |
| 1900 | 26/09/2011 | KB | Correspondance with Blandine Perret re:third amendment of chapter 11 | 12 | 51,00 | 68,87 |
| 1900 | 27/09/2011 | RB | Study of the file email exchange with Blandine (third amendment ballots to Chapt 11/resolutions to be taken/signatures to be obtained from Luxembourg entities side) | 18 | 126,00 | 170,14 |
| | | | **Total fee** | | **2 586,00** | **3 491,88** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice Trade and Companies Register - excerpt relating to Lehman Brothers Captain No1 Luxembourg S.à r.l. further to Blandine's request (re: ballot) | | 11,99 | 16,19 |
| | | | **Total paid disbursements** | | **11,99** | **16,19** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **2 597,99** | **3 508,07** |

File    **301702**
        15951

**LBHI - Special Counsel Procedure**
Detail of our fee note

from September 1, 2011
to September 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 252 | 1 239,00 | 1 673,02 |
| RB | Rina BREININGER | 114 | 798,00 | 1 077,54 |
| RG | Rosario GRASSO | 18 | 126,00 | 170,14 |
| | | 384 | 2 163,00 | 2 920,70 |

| File | 301702 | | LBHI - Special Counsel Procedure | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | September 1, 2011 | | | |
| | | to | September 30, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 02/09/2011 | JEB | working in relation to the preparation of an answer to the Fee Committee's confidential report // research of available information on Luxembourg legal market over the last years | 30 | 147,50 | 199,17 |
| 4600 | 05/09/2011 | JEB | working in relation to the preparation of an answer to the Fee Committee's confidential report // internal meeting with Me Grasso (Partner - member of the Luxembourg Bar Council) to discuss information that could eventually be delivered by the Luxembourg Bar Council | 18 | 88,50 | 119,50 |
| 4600 | 05/09/2011 | JEB | Drawing first draft answer to be addressed to the Fee Committee (re: confidential letter report to KGA fourth interim appl.) | 42 | 206,50 | 278,84 |
| 4600 | 05/09/2011 | RG | working in relation to the preparation of an answer to the Fee Committee's confidential report // internal meeting with Me Burel to discuss information that could eventually be delivered by the Luxembourg Bar Council | 18 | 126,00 | 170,14 |
| 4600 | 06/09/2011 | JEB | Drawing / updating draft answer to be addressed to the Fee Committee (re: confidential letter report to KGA fourth interim appl.) | 66 | 324,50 | 438,17 |
| 4600 | 06/09/2011 | JEB | Tel. conversation with the general secretary of the Luxembourg Bar Association in order to get accurate information regarding the evolution of the number of lawyers at the Lux. Bar Association between 2008 and 2011, in order to substantiate our answer to the Fee Committee's con | 18 | 88,50 | 119,50 |
| 4600 | 08/09/2011 | JEB | Correspondance with the Fee Committee - (re: KGA answer to confidential letter report to KGA fourth interim appl.) | 12 | 59,00 | 79,67 |
| 4600 | 06/09/2011 | RB | Review/Analysis of draft response to Fee Comittee | 36 | 252,00 | 340,28 |
| 4600 | 07/09/2011 | JEB | Correspondance with Monica Santa Maria regarding Fee Committee confidential letter report | 18 | 88,50 | 119,50 |
| 4600 | 08/09/2011 | JEB | Préparation forecast requested by John Keen for September | 18 | 88,50 | 119,50 |
| 4600 | 12/09/2011 | JEB | Study of the file : email of Monica Santa Maria - re: KGA answers to Fee Committee's confidential letter  report | 12 | 59,00 | 79,67 |
| 4600 | 12/09/2011 | JEB | Drawing /finalizing September forecast requested by John Keen | 12 | 59,00 | 79,67 |
| 4600 | 12/09/2011 | JEB | Correspondance with John Keen -re: September forecast | 6 | 29,50 | 39,83 |
| 4600 | 12/09/2011 | RB | Study of the file email of Monica in relation to points under discussion with Fee Committee (non-compensable billing activities/voluntary reductions/rate increases) | 24 | 168,00 | 226,85 |
| 4600 | 14/09/2011 | RB | Study of the file email to John and September forecast | 12 | 84,00 | 113,43 |
| 4600 | 19/09/2011 | RB | Study of the file review of the memorandum of Fee Comittee to retained professionals in relation to hourly rate increases | 42 | 294,00 | 396,99 |
| | | | Total fee | | 2 163,00 | 2 920,70 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 2 163,00 | 2 920,70 |

**File    301778**
**15952**

**LBHI - Preparation  Monthly Statements & Fee Applications**
**Detail of our fee note**

from September 1, 2011
to September 30, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 324 | 1 593,00 | 2 151,03 |
| | | 324 | 1 593,00 | 2 151,03 |

| File | 301778 | | LBHI - Preparation  Monthly Statements & Fee Applications | | | |
|------|--------|--|------------------------------------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | September 1, 2011 | | | |
| | | to | September 30, 2011 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 05/09/2011 | JEB | Preparation of KGA August monthly statement | 288 | 1 416,00 | 1 912,02 |
| 4600 | 05/09/2011 | JEB | Correspondance with US Trustee -re: August monthly statement | 6 | 29,50 | 39,83 |
| 4600 | 05/09/2011 | JEB | Correspondance with Fee Committee -re: August monthly statement and electronic invoices | 12 | 59,00 | 79,67 |
| 4600 | 05/09/2011 | JEB | Correspondance with John Keen -re: August monthly statement | 6 | 29,50 | 39,83 |
| 4600 | 05/09/2011 | JEB | Correspondance with BrownGreer -re: August monthly statement and electronic invoices | 12 | 59,00 | 79,67 |
| | | | **Total fee** | | 1 593,00 | 2 151,03 |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of August Monthly Statement to all the Notice Parties in accordance with the Fourth Amended Interim Compensation Order | | 207,02 | 279,54 |
| | | | **Total paid disbursements** | | 207,02 | 279,54 |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | 1 800,02 | 2 430,57 |

File   **302467**
       15956

**LBHI - Lehman Brothers (Luxembourg) SA in liquidation**
Detail of our fee note

from September 1, 2011
to September 30, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| HD | Henry DE RON | 1722 | 7 318,50 | 9 882,17 |
| PS | Pascal SASSEL | 1782 | 12 474,00 | 16 843,64 |
| MK | Marc KLEYR | 2508 | 17 556,00 | 23 705,87 |
| | | 6012 | 37 348,50 | 50 431,68 |

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA in liquidation | | | |
|------|--------|--|-------------------------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | from | September 1, 2011 | | | | |
| | to | September 30, 2011 | | | | |
| | | | Services provided | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|-----------|------|--------|---------|-------------|------------|------------|
| 2500 | 01/09/2011 | MK | Drawing e-mail to Hannah Field / re meeting with the lux liquidators on 8 sept / | 6 | 42,00 | 56,71 |
| 2500 | 05/09/2011 | MK | Drawing e-mail to Lux liquidators / re.: meeting | 6 | 42,00 | 56,71 |
| 2500 | 06/09/2011 | MK | Drawing an e-mail to Hannah Field / re. meeting with LB Lux liquidators postponed to 9 sept. / | 6 | 42,00 | 56,71 |
| 2500 | 08/09/2011 | MK | Review/Analysis of briefs filed on 21 June 2011 by the LB Lux liquidators in view of preparation of meeting with the liquidators // | 186 | 1 302,00 | 1 758,09 |
| 2500 | 08/09/2011 | MK | Review/Analysis of draft writ of summons for intervention of LBHI in the LBLux / LBIE claim rejection procedure prepared by Pascal // | 72 | 504,00 | 680,55 |
| 2500 | 09/09/2011 | MK | Review/Analysis of draft writ of summons for intervention of LBHI in the LBLux / LBIE claim rejection procedure prepared by Pascal // continued | 36 | 252,00 | 340,28 |
| 2500 | 09/09/2011 | MK | Attending meeting with the Lux liquidators at Molitor Fisch offices for discussing separate writ to be issued by them against LBIE for shadow management // | 186 | 1 302,00 | 1 758,09 |
| 2500 | 09/09/2011 | MK | Review/Analysis of e-mail from Hannah Field | 6 | 42,00 | 56,71 |
| 2500 | 09/09/2011 | MK | Drawing reply to Hannah Field | 6 | 42,00 | 56,71 |
| 2500 | 12/09/2011 | HD | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron to address the request of the LB lux liquidators for case-law and doctrine indicated in our memo of May 2011 and the need for a memo on the issue of a potential third party opposition against the liquidation modu | 12 | 51,00 | 68,87 |
| 2500 | 12/09/2011 | HD | Legal research for memo on the issue of a potential third party opposition against the liquidation modus modification order (495 and 495-1) / case-law and bills of law // | 240 | 1 020,00 | 1 377,31 |
| 2500 | 12/09/2011 | MK | Internal meeting between / with Pascal discussing the approach of our draft writ of summons for third party intervention / | 48 | 336,00 | 453,70 |
| 2500 | 12/09/2011 | MK | Internal meeting between / with Pascal and Henry to address que request of the LB lux liquidators for caselaw and doctrine indicated in our memo of May 2011 and the need for a memo on the issue of a potential third party opposition against the liquidation modus modification order | 18 | 126,00 | 170,14 |
| 2500 | 12/09/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: the approach of the draft writ of summons for the LBHI third party intervention | 48 | 336,00 | 453,70 |
| 2500 | 12/09/2011 | PS | Review/Analysis of Weil Position Paper re: LBLUX (pages 1 to 37) | 120 | 840,00 | 1 134,25 |
| 2500 | 12/09/2011 | PS | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron to address the request of the LB lux liquidators for case-law and doctrine indicated in our memo in May 2011 and the need for a memo on the issue of a potential third party opposition against the liquidation modus | 12 | 84,00 | 113,43 |
| 2500 | 12/09/2011 | PS | Review/Analysis of e-mail from J. Nash QC to R. Whittington re: interpretation of clause 12 of OSLA | 12 | 84,00 | 113,43 |
| 2500 | 12/09/2011 | PS | Review/Analysis of e-mail from G. Bullmore re: update on revised writ of summons for LBHIE third party intervention□ | 6 | 42,00 | 56,71 |
| 2500 | 12/09/2011 | PS | Review/Analysis of e-mail from M. Kleyr to G. Bullmore re: conf. call and updated writ of summons re: LBHI third party intervention | 6 | 42,00 | 56,71 |
| 2500 | 12/09/2011 | PS | Drawing amendments to LBHI third party intervention writ of summons | 150 | 1 050,00 | 1 417,82 |
| 2500 | 13/09/2011 | HD | Drawing a memo in relation to the issue of a potential third party opposition against the liquidation modus modification order (495 and 495-1) // | 300 | 1 275,00 | 1 721,63 |
| 2500 | 13/09/2011 | PS | Review/Analysis of Weil Position Paper re: LBLUX (pages 37 to 65) | 90 | 630,00 | 850,69 |
| 2500 | 13/09/2011 | PS | Drawing amendments to LBHI third party intervention writ of summons | 120 | 840,00 | 1 134,25 |
| 2500 | 13/09/2011 | PS | Review/Analysis of e-mail from R. Villar re: conf. call on 14.09.2011 to discuss LBHI third party intervention writ | 6 | 42,00 | 56,71 |
| 2500 | 14/09/2011 | HD | Research of case-law in re: forced intervention by LBLUX of LBHI in the proceedings opposing LBLUX to LBIE | 126 | 535,50 | 723,09 |
| 2500 | 14/09/2011 | HD | Drawing a memo in relation to the issue of a potential third party opposition against the liquidation modus modification order (495 and 495-1) / further modifications and amendments // | 300 | 1 275,00 | 1 721,63 |
| 2500 | 14/09/2011 | MK | Review/Analysis of Position Paper from Weil team received on 01/08/2011 // | 276 | 1 932,00 | 2 608,78 |
| 2500 | 14/09/2011 | MK | Review/Analysis of draft english law opinion from Jonathan Nash received from Weil team on 10/08/2011 | 66 | 462,00 | 623,84 |
| 2500 | 14/09/2011 | MK | Drawing e-mail with Weil team for conf call | 6 | 42,00 | 56,71 |
| 2500 | 14/09/2011 | MK | Drawing /drafting MEMO for Weil team to report on the meeting with the LB Lux liquidators on Friday 9/9/2011 and to discuss third party intervention issues // | 132 | 924,00 | 1 247,68 |
| 2500 | 14/09/2011 | MK | Internal meeting between Marc Kleyr and Pascal Sassel // debriefing re: conf. call with Weil team // memo prepared by Marc Kleyr: amended strategy for the LBHI third party intervention // further amendments to be made to LBHI third party intervention writ | 36 | 252,00 | 340,28 |
| 2500 | 14/09/2011 | PS | Tel. conversation with // conf. call with Weil team to discuss the strategy regarding LBHI third party intervention, long writ vs. short writ, Liquidators' separate action against LBIE | 30 | 210,00 | 283,56 |
| 2500 | 14/09/2011 | PS | Review/Analysis of letters from Me Guy Loesch sent to Paulo da Silva re: (i) case-law and legal scholarship quoted in the Liquidators' brief in defence and (ii) amendment of the liquidation modus pursuant to the Luxembourg district court's judgment of 10 June 2011 | 12 | 84,00 | 113,43 |
| 2500 | 14/09/2011 | PS | Review/Analysis of e-mail correspondence between M. Kleyr and R. Villar re: conf. call of this day | 6 | 42,00 | 56,71 |
| 2500 | 14/09/2011 | PS | Review/Analysis of draft opinion re: English law arguments prepared by Jonathan Nash QC | 60 | 420,00 | 567,13 |
| 2500 | 14/09/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel // debriefing re: conf. call with Weil team // memo prepared by Marc Kleyr: amended strategy for the LBHI third party intervention // further amendments to be made to LBHI third party intervention writ | 36 | 252,00 | 340,28 |
| 2500 | 14/09/2011 | PS | Drawing further amendments to LBHI third party intervention writ | 240 | 1 680,00 | 2 268,50 |
| 2500 | 14/09/2011 | PS | Review/Analysis of memorandum drafted by Marc Kleyr and sent to Weil team re: meeting with Liquidators on 09.09.2011 | 24 | 168,00 | 226,85 |
| 2500 | 15/09/2011 | HD | Internal meeting between / with MK to discuss draft internal Memo on potential third party opposition of LBIE against the 10 June 2011 liquidation modus modification order // | 24 | 102,00 | 137,73 |
| 2500 | 15/09/2011 | HD | Drawing internal memorandum in relation to the modification of a liquidation modus and third party intervention / third party opposition | 300 | 1 275,00 | 1 721,63 |

| 2500 | 15/09/2011 | MK | Review/Analysis of the draft separate writ of summons prepared by the liquidators of LBLux for shadow management action against LBIE, compare with their brief of defense dated 21 June // | 210 | 1 470,00 | 1 984,94 |
|---|---|---|---|---|---|---|
| 2500 | 15/09/2011 | MK | Internal meeting between / with HD to discuss draft internal Memo on potential third party opposition of LBIE against the 10 June 2011 liquidation modus modification order // | 24 | 168,00 | 226,85 |
| 2500 | 15/09/2011 | MK | working in relation to our draft writ of summons for third party intervention by LBHI | 96 | 672,00 | 907,40 |
| 2500 | 15/09/2011 | PS | Review/Analysis of draft e-mail prepared by Marc Kleyr to be sent to Paulo da Silva re: draft writ of summons against LBIE for shadow management | 24 | 168,00 | 226,85 |
| 2500 | 15/09/2011 | PS | Review/Analysis of e-mail from M. Kleyr to J. Keen re: need to produce evidence in relation to the LBHI statement of claims in the LBLUX liquidation | 6 | 42,00 | 56,71 |
| 2500 | 15/09/2011 | PS | Drawing / drafting LBHI third party intervention writ of summons | 360 | 2 520,00 | 3 402,76 |
| 2500 | 15/09/2011 | PS | Review/Analysis of e-mail correspondence between M. Kleyr and Weil team re: shadow management writ of the Liquidatord and client's instructions as to third partyIntervention | 12 | 84,00 | 113,43 |
| 2500 | 16/09/2011 | HD | Drawing / drafting of internal memorandum in relation to the modification of a liquidation modus and third party intervention / third party opposition / further amendments // | 240 | 1 020,00 | 1 377,31 |
| 2500 | 16/09/2011 | MK | Drawing e-mail to counsel for the LBLux liquidators / suggesting to include "loss of chance/opportunity" argument | 12 | 84,00 | 113,43 |
| 2500 | 16/09/2011 | MK | Drawing a memo with questions and comments on the draft english law opinion from Jonathan Nash received from Weil team on 10/08/2011 | 132 | 924,00 | 1 247,68 |
| 2500 | 16/09/2011 | MK | Internal meeting between / discussion with Pascal / re.: draft english law opinion | 12 | 84,00 | 113,43 |
| 2500 | 16/09/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: draft english law opinion | 12 | 84,00 | 113,43 |
| 2500 | 16/09/2011 | PS | Review/Analysis of e-mail correspondence between M. Kleyr and P. da Silva re: draft LBLUX shadow management writ against LBIE | 12 | 84,00 | 113,43 |
| 2500 | 19/09/2011 | HD | Research of case-law and legal doctrine references requested by a letter from Linklaters dated 26 August 2011 | 84 | 357,00 | 482,06 |
| 2500 | 19/09/2011 | MK | Review/Analysis of draft writ of summons for third party intervention by LBHI in the LBLux vs/ LBIE claim rejection procedure // | 492 | 3 444,00 | 4 650,43 |
| 2500 | 19/09/2011 | MK | Drawing e-mail to Weil team / re.: meeting with liquidators and conf call | 6 | 42,00 | 56,71 |
| 2500 | 19/09/2011 | MK | Drawing e-mail to counsel for the LBLux liquidators / re meeting on 21/9/2011 | 6 | 42,00 | 56,71 |
| 2500 | 19/09/2011 | PS | Drawing e-mail to Weil team re: registered office of LBHI and legal representatives of LBHI for the purpose of legal proceedings | 12 | 84,00 | 113,43 |
| 2500 | 19/09/2011 | PS | Review/Analysis of e-mail correspondence between M. Kleyr and Weil team re: revised opinion from Jonathan Nash, meeting with Liquidators on 21.09.2011 and conf. call with Weil team on 20.09.2011 | 12 | 84,00 | 113,43 |
| 2500 | 19/09/2011 | PS | Review/Analysis of e-mail from P. da Silva with amended draft writ of summons against LBIE for shadow management and meeting with Liquidators on 21.09.2011 | 24 | 168,00 | 226,85 |
| 2500 | 20/09/2011 | HD | Research of a French case in relation to voluntary third party intervention at the University Library | 66 | 280,50 | 378,76 |
| 2500 | 20/09/2011 | HD | Research references "Sur quelques Adages, B.E.C 1996 re: Fraus omnia corrumpit" and "Adages du droit français, 4e édition, Litec re: Fraus omnia corrumpit" | 30 | 127,50 | 172,16 |
| 2500 | 20/09/2011 | MK | Review/Analysis of amended writ of summons for shadow management by LBIE revelved on 19/9/2011 by counsel acting for the LBLux liquidators // | 36 | 252,00 | 340,28 |
| 2500 | 20/09/2011 | MK | Drawing e-mail to Weil team sending amended writ of summons for shadow management by LBIE revelved on 19/9/2011 by counsel acting for the LBLux liquidators // | 6 | 42,00 | 56,71 |
| 2500 | 20/09/2011 | MK | Internal meeting between Marc Kleyr and Pascal Sassel / debriefing following conf. call with Weil team and discussion re: possible action by the Liquidators against PWC Administrators | 12 | 84,00 | 113,43 |
| 2500 | 20/09/2011 | MK | Drawing changes to draft writ of summons for third party intervention by LBHI in the LBLux vs/ LBIE claim rejection procedure // >> continue | 336 | 2 352,00 | 3 175,91 |
| 2500 | 20/09/2011 | MK | Tel. conversation with / conf call with Weil team in London to discuss points in our memo dated 14/9/2011 // | 36 | 252,00 | 340,28 |
| 2500 | 20/09/2011 | PS | Tel. conversation with // conf. call with Weil team re: LBHI third party intervention and LBLUX Liquidators separate writ for shadow management against LBIE | 36 | 252,00 | 340,28 |
| 2500 | 20/09/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel / debriefing following conf. call with Weil team and discussion re: possible action by the Liquidators against PWC Administrators | 12 | 84,00 | 113,43 |
| 2500 | 20/09/2011 | PS | Review/Analysis of e-mail from M. Kleyr to Weil team re: supplemental comment to Jonathan Nash QC opinion | 6 | 42,00 | 56,71 |
| 2500 | 21/09/2011 | PS | Review/Analysis of e-mail from V. Rossy re: need for authorisation by UK court to initiate proceedings against LBIE and treatment of claims pre- and post administration | 12 | 84,00 | 113,43 |
| 2500 | 21/09/2011 | PS | Drawing working paper re: issues in relation to potential liability action against LBIE Administrators | 30 | 210,00 | 283,56 |
| 2500 | 21/09/2011 | PS | Review/Analysis of Luxembourg legal scholarship and case-law re: lex loci delicti principles in order to determine the applicable law in the context of a liability claim against the LBIE administrators | 42 | 294,00 | 396,99 |
| 2500 | 21/09/2011 | PS | Meeting with LBLUX Liquidators and Paulo da Silva to discuss separate LBLUX writ of summons against LBIE for shadow management | 138 | 966,00 | 1 304,39 |
| 2500 | 21/09/2011 | PS | Review/Analysis of e-mail correspondence between G. Builmore and M. Kleyr to refrain from discussing the LBHI third party intervention during the meeting with the LBLUX liquidators | 6 | 42,00 | 56,71 |
| 2500 | 27/09/2011 | PS | Review/Analysis of e-mail from R. Villar | 6 | 42,00 | 56,71 |
| 2500 | 27/09/2011 | PS | Drawing e-mail to R. Villar to discuss update | 6 | 42,00 | 56,71 |
| 2500 | 27/09/2011 | PS | Correspondence with Hannah Field re: discussion on 28.09.2011 | 6 | 42,00 | 56,71 |
| 2500 | 28/09/2011 | PS | Review/Analysis of e-mail from H. Field re: call on 29.09.2011 | 6 | 42,00 | 56,71 |
| 2500 | 29/09/2011 | PS | Review/Analysis of e-mails from H. Field re: call on 30.09.2011 | 12 | 84,00 | 113,43 |
| 2500 | 29/09/2011 | PS | Drawing e-mails to H. Field re: call on 30.09.2011 | 12 | 84,00 | 113,43 |
|  |  |  | Total fee |  | 37 348,50 | 50 431,68 |
|  |  |  |  |  |  |  |
|  |  |  | TOTAL FEE NOTE |  | 37 348,50 | 50 431,68 |

## EXHIBIT C

### LIST OF ALL OF THE MATTERS FOR WHICH SERVICES WERE RENDERED AND THE AGGREGATE AMOUNT OF HOURS AND FEES EXPENDED FOR SUCH MATTERS DURING THE INTERIM PERIOD

| Project Category | Total Hours | Total Fees Requested in USD | Total Fees Requested in EUR |
|---|---|---|---|
| International Assets | 497:12 | $ 249,517.49 | € 175,964.00 |
| Special Counsel Procedure | 16:36 | $ 8,049.08 | € 5,722.00 |
| Preparation of Monthly Statements and Fee Applications | 37:30 | $ 16,253.69 | € 11,425.00 |

**EXHIBIT D**

**SUMMARY TABLE IDENTIFYING EVERY TIMEKEEPER WHO PROVIDED SERVICES IN EACH TASK CODE WITH THE RELEVANT HOURS AND FEES EXPENDED PER TASK CODE DURING THE INTERIM PERIOD**

| Taskcode | Lawyer | Time | EUR | USD |
|----------|--------|------|-----|-----|
| 1800 | JEB | 13:18 | 3,923.50 | 5,635.38 |
| | KB | 3:24 | 717.00 | 1,035.24 |
| | RB | 13:00 | 5,460.00 | 7,834.47 |
| | **Total** | **29:42** | **10,100.50** | **14,505.09** |
| 1900 | JEB | 63:24 | 18,703.00 | 26,627.04 |
| | KB | 47:12 | 11,130.00 | 15,790.72 |
| | RB | 56:06 | 23,562.00 | 33,661.07 |
| | **Total** | **166:42** | **53,395.00** | **76,078.83** |
| 2300 | JEB | 26:36 | 7,847.00 | 11,338.92 |
| | KB | 11:06 | 2,830.50 | 4,090.07 |
| | RB | 44:00 | 18,480.00 | 26,703.60 |
| | **Total** | **81:42** | **29,157.50** | **42,132.59** |
| 2500 | HD | 44:18 | 11,296.50 | 15,621.73 |
| | JEB | 9:06 | 2,684.50 | 3,866.24 |
| | KB | 1:36 | 408.00 | 581.81 |
| | MK | 66:54 | 28,098.00 | 38,941.14 |
| | PS | 97:12 | 40,824.00 | 57,790.04 |
| | **Total** | **219:06** | **83,311.00** | **116,800.96** |
| 4600 | JEB | 44:36 | 13,157.00 | 18,637.28 |
| | RB | 9:12 | 3,864.00 | 5,495.34 |
| | RG | 0:18 | 126.00 | 170.14 |
| | **Total** | **54:06** | **17,147.00** | **24,302.76** |
| | **Grand Total** | **551:18** | **193,111.00** | **273,820.26** |

**EXHIBIT E**

**SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL
FOR PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Name of Professional & Title | Year Admitted to Practice | Billing Rate in EUR | Total Hours Billed | Fee Totals in USD | Fee Totals in EUR |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 122:18 | $ 73,694.48 | € 51,366.00 |
| Marc Kleyr, Managing Partner | 1991 | € 420.- | 66:54 | $ 38,941.14 | € 28,098.00 |
| Rosario Grasso, Partner | 1991 | € 420.- | 00:18 | $ 170.14 | € 126.00 |
| Pascal Sassel Senior Associate | 2002 | € 420.- | 97:12 | $ 57,790.04 | € 40,824.00 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 157:00 | $ 66,104.89 | € 46,315.00 |
| Henry De Ron Associate | 2008 | € 255.- | 44 :18 | $ 15,621.73 | € 11,296.50 |
| Katia Bartholomé, Associate | 2009 | € 195.-/255.- [3] | 63:18 | $ 21,497.84 | € 15,085.50 |
| **TIME CHARGES TOTAL:** | | | 551:18 | $ 273,820.26 | € 193,111.00 |

**Total Hours:**              **551:18**
**Total Fees:**                **$ 273,820.26 (€ 193,111.00)**
**Blended Hourly Rate:**   **$ 496.68 (€ 350.28)**

---

[3] Me Katia Bartholomé having passed and succeeded the « second » bar examination, she became, in July 2011, qualified lawyer. Accordingly her reduced billing rate of "Junior" Associate has been increased, effective July 1, 2011 to the usual billing rate of a qualified lawyer Associate.

**EXHIBIT F**

**SUMMARY OF THE TYPES OF DISBURSEMENTS
FOR WHICH REIMBURSEMENT IS SOUGHT**

| June 2011 | in USD | in EUR |
|---|---|---|
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 86.65 | € 59.95 |
| Disbursements incurred with TNT (express delivery charges) | $ 657.39 | € 454.85 |
| Total Disbursements Billed: | $ 744.04 | € 514.80 |
| **July 2011** | | |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 34.20 | € 23.98 |
| Disbursements incurred with TNT (express delivery charges) | $ 422.95 | € 296.6 |
| Total Disbursements Billed: | $ 457.15 | € 320.58 |
| **August 2011** | | |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | € 86.63 | $ 59.95 |
| Disbursements incurred with TNT (express delivery charges) | € 343.51 | $ 237.72 |
| Total Disbursements Billed: | € 430.13 | $ 297.67 |
| **September 2011** | | |
| Disbursements incurred with TNT (express delivery charges) | $ 279.54 | € 207.02 |
| Disbursements incurred with the documentation section of the Luxembourg General Prosecutor department (legal and case-law researches) | $ 16.19 | € 11.99 |
| Total Disbursements Billed: | $ 295.73 | € 219.01 |
| **Total Interim Period** | $ 1,927.05 | € 1,352.06 |

**EXHIBIT G**

**CERTIFICATION OF Rina Breininger**

KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

———————————————x

**CERTIFICATION UNDER**
**GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**PROFESSIONALS IN RESPECT OF SIXTH INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR**
**THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

I, Rina Breininger, hereby certify that:

1.        I am a partner of the applicant firm of KLEYR GRASSO ASSOCIES ("Kleyr

Grasso"), special counsel to the debtors and debtors in possession in above-captioned chapter

11 cases. I submit this certification with respect to Kleyr Grasso's compliance with the United

States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"),

General Order M-389, Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases adopted by the Court on November 25, 2009

(the "Local Guidelines"), the Fourth Amended Order Pursuant to Sections 105( a) and 331 of the

Bankruptcy Code and Bankruptcy Rule 2016(b) Establishing Procedures for Interim Monthly

Compensation of Professionals, entered in these cases on April 14, 2011 (the "Interim

Compensation Order"), and the revised fee protocol approved by the Court pursuant to an order

dated April 14, 2011, setting forth certain procedures and guidelines with respect to the fees

and expenses of retained professionals in these cases [Docket No. 15998] (the "Fee Committee

Guidelines" and, collectively with the Interim Compensation Order, the UST Guidelines and the Local Guidelines, the "Guidelines").

2.      This Certification is made in connection with the Sixth Interim Application of Kleyr Grasso for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors (the "Sixth Interim Application") for the Period from and including June 1, 2011 through September 30, 2011 (the "Interim Period"), in accordance with the Guidelines.

3.      In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor to the best of my knowledge any lawyer of my firm has entered into any agreement, written or oral, express or implied, with the Office of the United States Trustee, with the Debtors, any creditor or any other party in interest, or any lawyer of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtors.

4.      In accordance with section 504 of the Bankruptcy Code, to the best of my knowledge no agreement or understanding exists between me, my firm or any lawyer thereof or any person for the division of such compensation as my firm may receive for services rendered in connection with this case, nor will any division or fees prohibited by section 504 of the Bankruptcy Code be made by me or any partner, counsel or associate of my firm.

5.      I certify that: (a) I have read the Sixth Interim Application; (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines; (c) the fees and disbursements sought are billed at rates in accordance with those customarily charged by Kleyr Grasso and generally accepted by Kleyr Grasso's clients; and (d) in providing a reimbursable service, Kleyr Grasso does not make a profit on that service, whether the service is performed by Kleyr Grasso in-house or through a third party.

6.      I certify that the Debtors, counsel for the Debtors, counsel for the statutory creditors' committee, the United States Trustee for the Southern District of New York, and the Fee Committee are being provided with a copy of the Sixth Interim Application.

[signature page to CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SIXTH INTERIM APPLICATION OF KLEYR GRASSO ASSOCIES FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011]

Dated: December 12, 2011                    KLEYR GRASSO ASSOCIES

By
Rina Breininger
122, rue Adolphe Fischer
L-1521 Luxembourg
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

## EXHIBIT H

**AFFIDAVIT OF Marc Kleyr**

NUMERO

<u>DECLARATION SUR L'HONNEUR DU 26 FEVRIER 2010</u>

In the year two thousand and ten, on the twenty-sixth of February.

Before M$^e$ Jean SECKLER, notary residing in Junglinster, (Grand-Duchy of Luxembourg), undersigned;

APPEARED:

M$^e$ Marc KLEYR, attorney-at-law (*avocat à la Cour*), residing professionally in L-1521 Luxembourg, 122, rue Adolphe Fischer, (Grand-Duchy of Luxembourg).

In relation with the matter LEHMAN BROTHERS HOLDINGS INC., et al., Debtors, Chapter 11 Case No. 08-13555 (JMP), (Jointly Administered), the said appearing person deposes and states under oath the following:

1. I am a lawyer admitted to the Luxembourg Bar Association and managing partner of KLEYR GRASSO ASSOCIES, located at 122, rue Adolphe Fischer, L-1521 Luxembourg, Grand-Duchy of Luxembourg ("Kleyr Grasso").

2. I submit this Declaration (the "Declaration") pursuant to Luxembourg law, and in support of the application, dated on or about March 1st, 2010 (the "Application") (Any capitalized term not defined herein shall have the meaning given in the Application), filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman") seeking authorization to employ Kleyr Grasso as special counsel to the Debtors with respect to the Luxembourg Matters nunc pro tunc to June 1st, 2009 (the "Engagement Date"), as described in greater detail below and in the Application, and to provide the disclosures required under Bankruptcy Rules 2014(a) and 2016(b). All facts set forth below in this Declaration are based upon information from, and discussions I or other Kleyr Grasso personnel reporting to me have had with certain of my colleagues. The facts below are also based on a review performed by

- 1 -

the persons within Kleyr Grasso responsible for maintaining records of our representations, with the assistance of attorneys at Kleyr Grasso, of the list provided to Kleyr Grasso by Weil, Gotshal and Manges LLP ("WGM"), the Debtors' general bankruptcy counsel, on October 21, 2009 (the "Master Conflicts Checklist") (Schedule 1). The Master Conflicts Checklist sets forth certain of the creditors and other parties in interest (collectively, the "Interested Parties") of the Debtors. Based on the foregoing, if I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of Kleyr Grasso.

### Services Performed by Kleyr Grasso

3. The Debtors seek to retain Kleyr Grasso as special counsel pursuant to section 327(e) of the Bankruptcy Code, *nunc pro tunc* to the Engagement Date, to perform legal services in connection with Luxembourg Matters set forth below and in the Application.

4. As an Ordinary Course Professional, Kleyr Grasso has been acting as "interface" between Alvarez & Marsal North America, LLC ("A&M"), the Debtors' Chief Restructuring Officers, and WGM, the Debtors' general bankruptcy counsel, on one side, and the Luxembourg authorities on the other side. In this context, Kleyr Grasso assisted A&M in discussions with the Luxembourg public prosecutor to prevent compulsory liquidation of certain Luxembourg Entities. Furthermore Kleyr Grasso assisted A&M in negotiations between A&M and the curators and/or the liquidators of certain Luxembourg Entities. From the Commencement Date on, Kleyr Grasso has been advising with respect to determining the legal entities in Luxembourg, which are affiliates of Lehman. To date, Kleyr Grasso provided information with respect to 177 Luxembourg Entities, as defined in the Application, which are likely affiliates of Lehman. Some of the Luxembourg Entities have been involved in transactions outside Luxembourg; such as, but not limited to, "Coeur Défense", "Sun & Moon", "VIM & VIS Merger", "Project Fortezza", "Project Newday", and the "Archstone Transaction". Kleyr Grasso assisted in these transactions as legal advisor with respect to the Luxembourg law issues. Moreover, Kleyr Grasso provided – to the extent possible – all information relevant and necessary to gain and/or to maintain the assets of the Luxembourg Entities. In connection therewith, Kleyr Grasso provided information concerning the current and former managers and the registered offices of the Luxembourg Entities as well as, where possible, information regarding assets and real estate

-2-

owed by the Luxembourg Entities. Further, Kleyr Grasso advised A&M with respect to the legal measures and required steps necessary to take over control of the Luxembourg Entities. In addition, Kleyr Grasso assisted in filing of proofs of claim for an aggregate amount of USD 1,168,090,883.00 against two of the Luxembourg Entities which are currently in liquidation/bankruptcy proceedings.

5. As a result, Kleyr Grasso is intimately familiar with Lehman's businesses in Luxembourg, its internal organization and its structuring. Consequently, assigning new counsel at this time would be inefficient.

6. For these reasons, appointment of Kleyr Grasso as special counsel will inure to benefit of the Debtors both in terms of our particular expertise as well as in cost savings to the Debtors and their estates.

7. Kleyr Grasso's work has heretofore been and hereafter will be comprised of continuing to represent the Debtors solely in connection with the Luxembourg Matters. Accordingly, the services rendered and functions to be performed by Kleyr Grasso will not be duplicative of any bankruptcy-related work performed by WGM or any of the other law firms retained by the Debtors. As a result of the foregoing, I believe that Kleyr Grasso is qualified to represent the Debtors as special counsel pursuant to section 327(e) of the Bankruptcy Code.

8. Following the Commencement Date, Kleyr Grasso, at the Debtors' request, assisted the Debtors in connection with Luxembourg Matters as one of the Debtors' Ordinary Course Professionals. In its capacity as an Ordinary Course Professional, Kleyr Grasso applied for and has been awarded compensation and reimbursement of expenses in the aggregate amount of $ 996,715.00.

"Connections" of Kleyr Grasso

9. To check and clear potential conflicts of interest in these cases, as well as to determine all "connections" to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed by the U.S. Trustee, Kleyr Grasso researched its client database for the past two (2) years to determine whether it had any relationships with the Interested Parties. To the extent that Kleyr Grasso's research of its relationships with the Interested Parties indicates that Kleyr Grasso has represented in the past two years, or currently represents, any of these entities, the identities of these entities and such entities' relationship to the Debtors and connection to Kleyr Grasso are set

- 3 -

forth below and in **Schedule 2**.

10. To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Kleyr Grasso, nor any partner or associate thereof, has any connection with the Debtors, their creditors, the U.S. Trustee or any other parties with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth below.

11. Further, to the best of my knowledge, Kleyr Grasso does not represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to the Luxembourg Matters.

12. The Debtors are a large global enterprise with thousands of parties in interest. Kleyr Grasso (a) may from time to time have represented, (b) may currently represent, and (c) may in the future represent many entities that are parties in interest in these cases in matters unrelated to the Debtors.

13. I understand that the Debtors will retain various professionals during the pendency of these cases to aid in the prosecution of the Debtors chapter 11 cases. I have been advised that the Debtors have retained, among others, the following professionals: Allen & Overy LLP; Baker & McKenzie LLP; Bonelli Erede Pappalardo; Cadwalader, Wickersham & Taft LLP; DLA Piper; Ernst & Young LLP; Freshfields Bruckhaus Deringer; Gianni, Origoni Grippo & Partners; Gibson, Dunn & Crutcher LLP; Herbert Smith Ltd.; Hogan & Hartson; Houlihan Lokey Howard & Zukin Capital, Inc.; Jones Day; Latham & Watkins LLP; McDermott Will & Emery LLP; Milbank, Tweed, Hadley & McCloy LLP; Morrison & Foerster LLP; Natixis Capital Markets; Paul, Hastings, Janofsky & Walker LLP; PricewaterhouseCoopers; Richard Sheldon QC; Schulte, Roth, & Zabel LLP; Sidley Austin LLP; Simpson Thacher & Bartlett LLP; Skadden, Arps, Slate, Meagher & Flom LLP; White & Case and Willkie Farr & Gallagher LLP. Over the past years, attorneys at Kleyr Grasso have worked with certain of these professionals on various matters, representing either the same parties, parties with similar interests or parties with adverse interests.

14. In addition, during the course of the Debtors' chapter 11 cases, the Debtors may retain additional or different professionals, not all of which are or can currently be identified. Further, the Master Conflicts Checklist does not disclose the identities of all of the various professionals that have been retained, or are being considered for retention by the various parties in interest. Therefore, we are unable to determine if Kleyr Grasso has a client or other relationship with

- 4 -

such as yet unidentified advisors or their affiliates. However, I believe
it is likely that many of the professionals who may appear in these
cases are trustees, witnesses, advisors or counsels, as the case may
be, in transactions or cases in which Kleyr Grasso also represents a
client. Kleyr Grasso may retain various such professionals or affiliates
thereof to provide forensic, litigation support and financial advisory
services to Kleyr Grasso or Kleyr Grasso's clients in a variety of past,
present or future engagements. Current employees at Kleyr Grasso
may be former employees of, or related to employees of, one or more
of the other professionals in this case. In addition, attorneys at Kleyr
Grasso belong to professional organizations to which other
professionals who may appear in these cases may also belong.

15.  Kleyr Grasso currently represents several clients that,
according to the Debtors' Master Conflicts Checklist, have
connections to the Debtors (the "Connected Entities"). Kleyr Grasso
does not, however, to the best of my knowledge, represent the
Connected Entities in matters related to the Debtors' chapter 11 cases
or the Luxembourg Matters.  A schedule sets forth the interested
parties that currently employ or have formerly employed Kleyr Grasso
in matters unrelated to the Debtors (Schedule 2); Kleyr Grasso
expects to continue to represent these Connected Entities in their
current matters within the limits of section 327(e) of the Bankruptcy
Code.

16.  Kleyr Grasso also may represent from time to time other
clients that are co-defendants with one or more of the Debtors, but I
do not believe that there is any adversity between such co-defendants
and the Debtors.

17.  In addition, Kleyr Grasso may have represented, may currently
represent, or may in the future represent, a borrower, issuer of
securities, financial advisor, underwriter of securities, lead bank or
other client financing transactions, merger and acquisition
transactions, litigation or arbitration matters, bankruptcy matters or
other matters unrelated to these cases in which one or more parties in
interest (or an affiliate) or a professional involved in these cases,
including, but not limited to those listed on the Master Conflicts
Checklist, happens to be involved, although not as Kleyr Grasso's
client.

18.  Kleyr Grasso may also represent, in matters unrelated to the
Debtors, competitors of the Debtors.

19.  I do not understand Bankruptcy Rule 2014(a), or other

- 5 -

applicable law to require disclosure of each present or future engagement Kleyr Grasso receives from a party in interest as long as it is unrelated to these cases. Kleyr Grasso intends to accept engagements from other parties in interest (whether existing or new clients). As described above, Kleyr Grasso has undertaken a detailed search to determine whether it represents, or has represented in the last two (2) years, any of the Interested Parties listed on the Master Conflicts Checklist; and the identities of such entities and such entities' relationship to the Debtors and connection to Kleyr Grasso is set forth herein. Kleyr Grasso, however, does not and will not represent any of the Interested Parties with respect to the matters for which Kleyr Grasso is being retained hereunder.

20. Despite the efforts described above to identify and disclose connections with parties in interest in these cases, because the Debtors are a large enterprise with many creditors and other relationships, Kleyr Grasso is unable to state with certainty that every client connection of Kleyr Grasso has been disclosed. In this regard, if Kleyr Grasso discovers additional information that requires disclosure, Kleyr Grasso will file supplemental disclosures with the Court.

**Securities Ownership**

21. Certain individual attorneys at Kleyr Grasso may own, or have beneficial interests in trusts owning, shares in the Debtors and securities of related entities and may own shares in other parties in interest.

22. Kleyr Grasso notes, however, that a large number of the Debtors' debt and equity securities are held by various mutual funds, trusts and portfolios and accounts that are managed by various advisors. Kleyr Grasso does not know the ultimate beneficial owners of the funds, although it is believed they are widely held. Similarly, many of the Debtors' securities are registered in the name of Depositary Trust Company or its nominee, and securities entitlements to such securities are held through securities accounts maintained by brokers, investment advisors and other securities intermediaries. The ultimate owners of the securities entitlements are unknown to Kleyr Grasso, except for those reported on the Master Conflicts Checklist. It is possible that some of such holders may be clients of Kleyr Grasso.

**Various Commercial Relationships with Parties in Interest**

23. Some attorneys at or employees of Kleyr Grasso may receive services from the Debtors, other parties in interest or professionals involved in these cases. Attorneys at or other employees at Kleyr

Grasso or their spouses or relatives may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money management relationships with, other parties in interest. Attorneys at Kleyr Grasso may have relatives or spouses who are members of professional firms involved in these cases or employed by parties in interest. We have conducted no investigation of our colleagues' banking, insurance, brokerage or investment activities or familial connections in preparing this Declaration.

### Fees and Engagement

24. Upon its retention as special counsel, Kleyr Grasso intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of the Bankruptcy Court and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Kleyr Grasso.

25. Kleyr Grasso's hourly rates and billing policies are based on market conditions among certain firms of a size, location and practice comparable to Kleyr Grasso. The current hourly billing rates for Kleyr Grasso professionals expected to spend significant time on the Luxembourg Matters range from EUR 385 for partners, EUR 275 for senior associates, EUR 235 for associates, and EUR 175 for junior associates (Such hourly rates may change from time to time in accordance with Kleyr Grasso's established billing practices and procedures).

26. The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopy toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, travel expenses, expenses for "working meals", computerized research, and transcription costs. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

27. Kleyr Grasso maintains contemporaneous records of the time

expended and out-of-pocket expenses incurred in connection with
providing services to its clients in accordance with sections 330 and
331 of the Bankruptcy Rules, the Local Rules and Orders of the
Court, and guidelines established by the U.S. Trustee.

28. Kleyr Grasso recognizes that it will be required to submit
applications for interim and/or final allowances of compensation
pursuant to sections 330 and 331 of the Bankruptcy Code and the
rules and orders of the Court. Kleyr Grasso has reviewed the fee
application guidelines promulgated by the U.S. Trustee, and will
comply with them.

29. To the best of my knowledge and belief, insofar as I have
been able to ascertain after reasonable inquiry, neither I nor Kleyr
Grasso, nor any partner or associate thereof, has received or been
promised any compensation for legal services rendered or to be
rendered in any capacity in connection with the Debtors' chapter 11
cases, other than as permitted by the Bankruptcy Code. Kleyr Grasso
has not agreed to share compensation received in connection with
these cases with any other person, except as permitted by section
504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in
respect of the sharing of compensation among Kleyr Grasso's
partners.

### STATEMENT

The undersigned notary, who understands and speaks English
and French, states herewith that, on request of the above appearing
person, the present deed is worded in English followed by a French
version; on request of the same appearing person, and in case of
discrepancies between the English and the French text, the English
version will prevail.

WHEREOF the present notarial deed was drawn up in
Luxembourg, on the day named at the beginning of this document.

The document having been read and interpretation given to the
appearing person, the latter has signed with Us, the notary, the
present deed.

### suit la version française de ce qui précède:

L'an deux mille dix, le vingt-six février.

Pardevant Maître Jean SECKLER, notaire de résidence à
Junglinster, (Grand-Duché de Luxembourg), soussigné;

### A COMPARU:

Maître Marc KLEYR, avocat à la Cour, demeurant
professionnellement à L-1521 Luxembourg, 122, rue Adolphe Fischer

- 8 -

(Grand-Duché de Luxembourg).

En relation avec l'affaire *LEHMAN BROTHERS HOLDINGS INC.,
et al., Debtors, Chapter 11 Case No. 08-13555 (JMP), (Jointly
Administered)*, ledit comparant dépose et déclare sous serment ce qui
suit:

1. Je suis avocat à la Cour inscrit au Barreau de Luxembourg et
*managing partner* de KLEYR GRASSO ASSOCIES, établie au 122,
rue Adolphe Fisher, L-1521 Luxembourg, Grand-Duché de
Luxembourg (« Kleyr Grasso »).

2. Je soumets cette Déclaration (la « Déclaration »)
conformément au droit Luxembourgeois, et à l'appui de l'application
datée du ou aux alentours du 1er mars 2010 (l' « *Application* ») (Tout
terme commençant par une lettre majuscule, non défini dans la
présente, aura la signification lui donné dans l'*Application*), déposée
par Lehman Brothers Holdings Inc. (« LBHI ») et ses débiteurs affiliés
dans les affaires relatives au *Chapter 11* susmentionnées, en tant que
*debtors* et *debtors in possession* (ensemble, les "*Debtors*" et
collectivement avec leurs affiliés non débiteurs, "Lehman")
demandant l'autorisation d'employer Kleyr Grasso en tant que *special
counsel* des *Debtors* en relation avec les *Luxembourg Matters nunc
pro tunc* au 1er juin 2009 (la « Date d'Engagement »), tel que décrit
plus amplement ci-dessous et dans l' *Application*, et de fournir les
divulgations requises par les *Bankruptcy Rules* 2014(a) et 2016(b).
Tous les faits exposés ci-dessous dans cette Déclaration sont basés
sur des informations provenant de, et des discussions que moi-même
j'ai eues ou que d'autres membres du personnel de Kleyr Grasso
m'ont rapporté avoir eues, avec certains de mes collègues. Les faits
ci-dessous sont aussi basés sur une revue, par les personnes en
charge au sein de Kleyr Grasso de l'archivage de nos dossiers, en
cela assistées par des avocats de Kleyr Grasso, de la liste fournie à
Kleyr Grasso par *Weil, Gotshal and Manges LLP* (« WGM »), le
*Debtor's general bankruptcy counsel* en date du 21 octobre 2009 (la
"Master Conflicts Checklist") (Annexe 1). La *Master Conflicts
Checklist* indique certains créanciers et autres *parties in interest*
(ensemble, les « *Interested Parties* ») des *Debtors*. Sur base de ce
qui précède, si j'étais appelé à témoigner, je pourrais témoigner et je
témoignerais, de manière capable, des faits ici exposés. Je suis
autorisé à fournir cette Déclaration pour le compte de Kleyr Grasso.

Prestations Effectuées par Kleyr Grasso

3. Les *Debtors* demandent de retenir, *nunc pro tunc* à la Date

-9-

d'Engagement, Kleyr Grasso en tant que *special counsel* conformément à la section 327(e) du *Bankruptcy Code*, afin de fournir des services juridiques en relation avec des *Luxembourg Matters* exposées ci-dessous dans la Déclaration.

4. En tant que *Ordinary Course Professional*, Kleyr Grasso a agi comme « interface » entre *Alvarez & Marsal North America, LLC* (« A&M »), les *Debtors' Chief Restructuring Officers*, et WGM, le *Debtors' general bankruptcy counsel* d'une part, et les autorités luxembourgeoises d'autre part. Dans ce contexte, Kleyr Grasso a assisté A&M dans des discussions avec le procureur d'Etat luxembourgeois afin d'éviter la liquidation judiciaire de certaines *Luxembourg Entities*. En outre, Kleyr Grasso a assisté A&M dans des négociations entre A&M et les curateurs et/ou liquidateurs de certaines *Luxembourg Entities*. Depuis la *Commencement Date*, Kleyr Grasso a presté des conseils aux fins d'identifier les entités juridiques au Luxembourg qui sont des filiales de Lehman. A ce jour, Kleyr Grasso a fourni des informations concernant 177 *Luxembourg Entities*, tel que définies dans l'*Application*, pour lesquelles il est probable qu'elles soient des filiales de Lehman. Certaines des *Luxembourg Entities* ont été impliquées dans des transactions en dehors du Luxembourg ; telles que, sans être limitées à, « Cœur Défense », "*Sun & Moon*", "*VIM & VIS Merger*", "*Project Fortezza*", "*Project Newday*", et "*Archstone Transaction* ». Kleyr Grasso est intervenu dans des ces transactions en qualité de conseil juridique relativement aux questions de droit luxembourgeois. De plus, Kleyr Grasso a fourni, dans la mesure du possible, toutes informations pertinentes et nécessaires pour accroître et/ou maintenir l'actif des *Luxembourg Entities*. A cet égard, Kleyr Grasso a fourni des informations concernant les actuels et anciens gérants et les sièges sociaux des *Luxembourg Entities* de même que, lorsque cela a été possible, des informations relatives à l'actif et aux propriétés immobilières détenus par les *Luxembourg Entities*. Ensuite, Kleyr Grasso a conseillé A&M en ce qui concerne les mesures et démarches juridiques nécessaires pour prendre le contrôle des *Luxembourg Entities*. De plus, Kleyr Grasso a fourni son assistance dans le dépôt de déclarations de créance contre deux *Luxembourg Entities* qui sont actuellement en procédure de liquidation/faillite, pour un montant total de 1.168.090.883,00 USD.

5. En conséquence, Kleyr Grasso est intimement familier des affaires de Lehman au Luxembourg, de son organisation interne et de

sa structure. Partant, désigner un nouveau conseil à ce stade serait inefficace.

6. Pour ces raisons, la nomination de Kleyr Grasso comme *special counsel* profitera aux *Debtors* tant au regard de son expérience spécifique qu'en termes d'économie de coûts pour les *Debtors* et leurs patrimoines.

7. Le travail de Kleyr Grasso a jusqu'alors compris et continuera à comprendre la représentation des *Debtors* en ce qui concerne les *Luxembourg Matters* uniquement. En conséquence, les services rendus et les fonctions à exercer par Kleyr Grasso ne seront pas identiques à un quelconque travail *bankruptcy-related* fourni par WGM ou une quelconque des autres études d'avocats retenues par les *Debtors*. Il résulte de ce qui précède que je pense que Kleyr Grasso est qualifié pour représenter les *Debtors* en tant que *special counsel* conformément à la section 327(e) du *Bankruptcy Code*.

8. Après la *Commencement Date*, Kleyr Grasso a, à la demande des *Debtors*, assisté les *Debtors* en relation avec des *Luxembourg Matters* en tant que l'un des *Debtors' Ordinary Course Professionals*.

En sa qualité de *Ordinary Course Professional*, Kleyr Grasso a demandé et reçu paiement d'honoraires et le remboursement de frais pour un montant total de 996.715,00 USD.

### « Connexions » de Kleyr Grasso

9. Afin de vérifier et de régler d'éventuels conflits d'intérêts dans ces affaires, de même qu'à fin d'identifier toutes les « connexions » aux *Debtors*, leurs créanciers, d'autres *parties in interest*, leurs avocats et comptables respectifs, le *U.S. Trustee* ou toute personne employée par le *U.S. Trustee*, Kleyr Grasso a recherché dans sa base de donnée de clients, sur les deux dernières années, toute relation qu'ils avaient avec les *Interested Parties*. Pour autant qu'il résulte de la recherche de ces relations avec les *Interested Parties* que Kleyr Grasso a représenté au cours des deux dernières années, ou représente actuellement, l'une de ces entités, l'identité de ces entités, la relation entre ces entités et les *Debtors* et la connexion à Kleyr Grasso sont énoncées ci-dessous et dans l'Annexe 2.

10. A ma meilleure connaissance et croyance, et dans la mesure de ce que j'ai été capable de déterminer après investigation raisonnable, ni moi-même, ni Kleyr Grasso, ni aucun de ses associés ou collaborateurs, n'avons une quelconque connexion avec les *Debtors*, leurs créanciers, le *U.S. Trustee* ou une quelconque autre partie ayant un intérêt actuel ou potentiel dans ces affaires de

*Chapter* 11, ou leurs avocats ou comptables respectifs, à l'exception de ce qui est énoncé ci-dessous.

11. De plus, à ma meilleure connaissance, Kleyr Grasso ne représente ni ne détient d'intérêts, en relation avec les *Luxembourg Matters*, qui pourraient être contraires aux intérêts des *Debtors* ou de leurs patrimoines.

12. Les *Debtors* sont une grande entreprise mondiale avec des milliers de *parties in interest*. Il se peut que Kleyr Grasso (a) ait de temps à autre représenté, (b) représente actuellement, et (c) ait à l'avenir à représenter de nombreuses entités qui sont des *parties in interest* dans ces affaires, dans des matières non liées aux *Debtors*.

13. Je comprends que les *Debtors* engageront divers professionnels, pendant la durée de ces affaires pour aider dans la poursuite des affaires de *Chapter* 11 des *Debtors*. J'ai été informé que les *Debtors* avaient engagé, entre autres, les professionnels suivants : Allen & Overy LLP; Baker & McKenzie LLP; Bonelli Erede Pappalardo; Cadwalader, Wickersham & Taft LLP; DLA Piper; Ernst & Young LLP; Freshfields Bruckhaus Deringer; Gianni, Origoni Grippo & Partners; Gibson, Dunn & Crutcher LLP; Herbert Smith Ltd.; Hogan & Hartson; Houlihan Lokey Howard & Zukin Capital, Inc.; Jones Day; Latham & Watkins LLP; McDermott Will & Emery LLP; Milbank, Tweed, Hadley & McCloy LLP; Morrison & Foerster LLP; Natixis Capital Markets; Paul, Hastings, Janofsky & Walker LLP; PricewaterhouseCoopers; Richard Sheldon QC; Schulte, Roth, & Zabel LLP; Sidley Austin LLP; Simpson Thacher & Bartlett LLP; Skadden, Arps, Slate, Meagher & Flom LLP; White & Case et Willkie Farr & Gallagher LLP. Au cours des dernières années, des avocats de Kleyr Grasso ont travaillé avec certains de ces professionnels sur diverses affaires, représentant soit les mêmes parties, soit des parties avec des intérêts similaires soit des parties avec des intérêts opposés.

14. De plus, pendant la durée des affaires de *Chapter* 11 des *Debtors*, il se peut que les *Debtors* engagent des professionnels supplémentaires ou différents, l'ensemble desquels ne sont pas ni ne peuvent être identifiés actuellement. En outre, la *Master Conflicts Checklist* ne divulgue pas les identités de tous les divers professionnels qui ont été engagés, ou que les diverses *parties in interest* envisagent d'engager. C'est pourquoi, nous sommes incapables d'identifier si Kleyr Grasso a un client ou une autre relation avec de tels conseillers ou leurs membres, actuellement non

- 12 -

identifiés. Cependant, je pense qu'il est probable que grand nombre de ces professionnels qui pourraient apparaître dans ces affaires sont des *trustees*, *witnesses*, *advisors* ou *counsels*, selon les cas, dans des transactions ou affaires dans lesquelles Kleyr Grasso représente également un client. Il se peut que Kleyr Grasso engage plusieurs de ces professionnels ou leurs membres pour fournir à Kleyr Grasso ou aux clients de Kleyr Grasso des services judiciaires, de support contentieux et de conseils financiers, dans divers mandats passés, actuels ou à venir. Il se peut que des employés actuels de Kleyr Grasso soient d'anciens employés de, ou liés à des employés de, l'un ou plusieurs des autres professionnels dans cette affaire. De plus, des avocats chez Kleyr Grasso appartiennent à des organisations professionnelles auxquelles il se peut qu'appartiennent également d'autres professionnels qui pourraient apparaître dans ces affaires.

15. Kleyr Grasso représente actuellement plusieurs clients, qui, suivant la *Master Conflicts Checklist*, ont des connexions avec les *Debtors* (les « Entités Connectées »). Kleyr Grasso ne représente cependant pas, à ma meilleure connaissance, des Entités Connectées dans des matières liées aux affaires de *Chapter* 11 ou dans les *Luxembourg Matters*. Une annexe expose les *interested parties* qui emploient actuellement ou qui ont employé par le passé Kleyr Grasso dans des affaires non liées aux *Debtors* (Annexe 2) ; Kleyr Grasso entend continuer à représenter ces Entités Connectées dans leurs affaires actuelles, dans les limites de la section 327(e) du *Bankruptcy Code*.

16. Il se peut que Kleyr Grasso représente de temps à autre d'autres clients qui sont codéfendeurs avec un ou plusieurs des *Debtors*, mais je ne pense pas qu'il y ait une opposition d'intérêts entre de tels codéfendeurs et les *Debtors*.

17. De plus, il se peut que Kleyr Grasso ait représenté, représente actuellement, ou représente à l'avenir, un emprunteur, émetteur de titres, conseiller financier, souscripteur de titres, banque principale ou autre client finançant des transactions, fusions et transactions d'acquisition, affaires judiciaires ou arbitrales, affaires d'insolvabilité ou autres matières non liées à ces affaires, et dans lesquelles pourraient être impliquées, quoi que non clientes de Kleyr Grasso, une ou plusieurs *parties in interest* (ou un affilié de celles-ci) ou un professionnel impliqué dans ces affaires, incluant, mais sans y être limité, ceux listés dans la *Master Conflicts Checklist*.

18. Il se peut que Kleyr Grasso représente également, dans des

- 13 -

affaires non liées aux *Debtors*, des concurrents des *Debtors*.

19. Je ne comprends pas la *Bankruptcy Rule* 2014(a), ou toute autre loi applicable, comme requérant la divulgation de chaque mandat présent ou à venir confié à Kleyr Grasso par une *party in interest* aussi longtemps qu'il n'est pas lié à ces affaires. Kleyr Grasso entend accepter des mandats d'autres *parties in interest* (soit existantes soit de nouveaux clients). Ainsi que cela a été décrit ci-dessus, Kleyr Grasso a entrepris une recherche détaillée pour déterminer s'ils représentent, ou ont représenté durant les deux (2) dernières années, l'une des *Interested Parties* listées dans la *Master Conflicts Checklist*, et les identités de telles entités, leur relation avec les *Debtors* et leur connexion à Kleyr Grasso sont exposées dans le présent acte. Kleyr Grasso, cependant, ne représente ni ne représentera aucune des *Interested Parties* en relation avec des matières pour lesquelles Kleyr Grasso est engagée sous les présentes.

20. En dépit des efforts décrits ci-dessus pour identifier et divulguer les connexions avec des *parties in interest* dans ces affaires, et en raison du fait que les *Debtors* sont une grande entreprise avec de nombreux créanciers et d'autres relations, Kleyr Grasso est incapable d'affirmer avec certitude que chaque connexion client de Kleyr Grasso a été dévoilée. A cet égard, si Kleyr Grasso découvre des informations additionnelles qui requièrent d'être divulguées, Kleyr Grasso déposera des déclarations additionnelles auprès de la *Court*.

## Propriété de Titres

21. Il se peut que certains avocats chez Kleyr Grasso, individuellement, détiennent ou aient des participations dans des trusts détenant, des actions des *Debtors*, des titres d'entités liées et des actions d'autres *parties in interest*.

22. Kleyr Grasso note cependant qu'un grand nombre des titres de capital et de dette des *Debtors* appartiennent à divers fonds communs de placement, trusts et portefeuilles et comptes qui sont gérés par divers conseillers. Kleyr Grasso ne connaît pas le bénéficiaire économique ultime des fonds, quoi que d'avis qu'ils sont largement répartis. De la même façon, nombre des titres des *Debtors* sont enregistrés au nom de *Depositary Trust Company* ou son nominee, et des titres ouvrant droit à ces titres sont détenus par le biais de comptes titres tenus par des courtiers, conseillers en investissement et autres intermédiaires financiers. Les détenteurs

- 14 -

ultimes des ces droits aux titres sont inconnus de Kleyr Grasso, excepté ceux signalés dans la *Master Conflicts Checklist*. Il est possible que certains de ces détenteurs soient clients de Kleyr Grasso.

### Diverses Relations Commerciales avec des *Parties in Interest*

23. Il se peut que certains avocats ou employés de Kleyr Grasso reçoivent des services des *Debtors*, d'autres *parties in interest* ou de professionnels impliqués dans ces affaires. Il se peut que des avocats ou employés de Kleyr Grasso ou leurs épouses ou parents soient les bénéficiaires économiques de titres émis par, respectivement par l'intermédiaire de banques, assurances, courtiers ou gestionnaires de fortune, d'autres *parties in interest*. Il se peut que des avocats chez Kleyr Grasso aient des parents ou épouses qui sont membres de cabinets professionnels impliqués dans ces affaires ou employés par des *parties in interest*. Pour la préparation de cette Déclaration, nous n'avons mené aucune investigation concernant les activités bancaire, d'assurance, de courtage ou d'investissement ou les connexions familiales de nos collègues.

### Honoraires et Engagement

24. A compter de son engagement en tant que *spécial counsel*, Kleyr Grasso entend demander rémunération pour les prestations professionnelles rendues en relation avec ces affaires de *Chapter* 11, sous réserve d'approbation par la *Bankruptcy Court* et en conformité avec les dispositions applicables du *Bankruptcy Code*, sur une base horaire, plus le remboursement des dépenses actuelles et nécessaires encourues par Kleyr Grasso.

25. Les taux horaires et pratiques de facturation de Kleyr Grasso sont basés sur les conditions de marché entre certaines études, de taille, d'implantation et de pratique comparables à Kleyr Grasso. Les taux horaires actuels des professionnels de chez Kleyr Grasso qui devraient passer un temps significatif sur les *Luxembourg Matters* varient entre 385 EUR pour des associés, 275 EUR pour des collaborateurs senior, 235 EUR pour des collaborateurs et 175 EUR pour des collaborateurs junior (il se peut que ces taux horaires changent de temps à autre en conformité avec les pratiques et procédures de facturation établies chez Kleyr Grasso).

26. Les taux horaires ci-dessus énoncés sont les taux horaires standard de l'Etude pour un travail de ce type. Ces taux sont établis à un niveau destiné à honnêtement rétribuer l'Etude pour le travail de ses avocats. Il est de la pratique de l'Etude de facturer à ses clients,

- 15 -

en toutes matières, toutes autres dépenses encourues en relation avec le dossier du client. Les dépenses imputées aux clients incluent, entre autres choses, appels téléphoniques longue distance, télécopies et autres frais, frais de courrier et d'envoi recommandé, frais pour envoi spécial ou par coursier, recherches documentaires, frais de photocopie, frais de déplacement, dépenses pour « déjeuner de travail », recherches informatiques, et coûts de transcription. L'Etude facturera les *Debtors* pour ces dépenses d'une manière et à des taux cohérents par rapports aux frais généralement facturés aux autres clients de l'Etude. L'Etude pense qu'il est plus équitable de mettre ces frais à la charge des clients pour lesquels ils ont été exposés plutôt que d'augmenter les taux horaires et de répartir les frais entre tous les clients.

27. Kleyr Grasso maintient des enregistrements contemporains du temps presté et des dépenses effectuées en relation avec la prestation de services à ces clients, conformément aux sections 330 et 331 du *Bankruptcy Code*, les *Bankruptcy Rules* applicables, les *Local Rules* et *Orders* de la *Court*, et les lignes directrices établies par le *U.S. Trustee*.

28. Kleyr Grasso reconnaît qu'il sera requis de soumettre des *applications* pour obtenir l'obtention de rémunérations intérimaires / finale conformément aux sections 330 et 331 du *Bankruptcy Code* et des règles et décisions de la *Court*. Kleyr Grasso a revu les lignes directrices promulguées par le *U.S. Trustee* en relation avec les *fee applications* et s'y conformera.

29. A ma meilleure connaissance et croyance, et dans la mesure de ce que j'ai été capable de déterminer après investigation raisonnable, ni moi-même, ni Kleyr Grasso, ni aucun de ses associés ou collaborateurs, n'avons reçu, ni ne bénéficions d'aucune promesse de recevoir, une quelconque rémunération pour les services juridiques prestés ou à prester en relation avec les affaires de *Chapter* 11 des *Debtors*, en quelque qualité que ce soit, autre que ce qui est autorisé par le *Bankruptcy Code*. Kleyr Grasso n'a pas convenu de partager la rémunération reçue en relation avec ces affaires avec quiconque, excepté ce qui est autorisé par la section 504(b) du *Bankruptcy Code* et la *Bankruptcy Rule* 2016(b) en relation avec le partage de la rémunération entre les associés de Kleyr Grasso.

### DECLARATION

Le notaire soussigné, qui comprend et parle l'anglais et le

- 16 -

française, déclare par les présentes, qu'à la requête du comparant le présent acte est rédigé en anglais suivi d'une version française; à la requête du même comparant, et en cas de divergences entre le texte anglais et français, la version anglaise prévaudra.

DONT ACTE, le présent acte a été passé à Luxembourg, à la date indiquée en tête des présentes.

Après lecture du présent acte au comparant, agissant comme dit ci-avant, connu du notaire par son nom, prénom, état civil et domicile, ledit comparant a signé avec Nous notaire le présent acte.

