UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                     :    Case No. 08-13555 (JMP)
                                                            :
                                                            :    Jointly Administered
                                                            :
------------------------------------------------------------X

## DECLARATION OF SERVICE

I, Wolfgang A. Dase, an attorney admitted to practice in the State of New York and Of Counsel at the firm Flemming Zulack Williamson Zauderer LLP, hereby declare, under the penalty of perjury, that the following is true:

1. On December 12, 2011, I served copies of the Response of Banque Privée Edmond de Rothschild S.A. To Debtors' Two Hundred Sixteenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim by forwarding a copy of the Notice of Electronic Filing for that document to the following e-mail addresses of the following persons:

   (i)   Attorneys for the Debtors:

         Mark I. Bernstein, Esq.
         mark.bernstein@weil.com

   (ii)  Office of the United States Trustee for Region 2:

         Andrea B. Schwartz, Esq.
         andrea.b.schwartz@usdoj.gov

   (iii) Attorneys for the Official Committee of Unsecured Creditors:

         Evan R. Fleck, Esq.
         efleck@milbank.com

Dated: December 12, 2011
       New York, New York

                                                                 /s/Wolfgang A. Dase
                                                                 _____
                                                                 Wolfgang A. Dase