UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
|                                            |   |
| In re:                                     | : |
|                                            | : | Chapter 11
| LEHMAN BROTHERS HOLDINGS INC., *et al*.,   | : |
|                                            | : | Case No. 08-13555 (JMP)
|                                            | : |
|                                Debtors.    | : | (Jointly Administered)
|                                            | : |

---------------------------------------------------------------x

CERTIFICATE OF SERVICE

Amanda Raboy certifies:

1.      I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

2.      On December 12, 2011, I caused to be served true and correct copies of the Declaration Of Julie J. Becker In Connection With The Debtors' Objection To The Claim Of Wilmington Trust Company As Indenture Trustee (Claim No. 10082) Docket No. [23205] (the "Declaration"), upon the following parties by overnight mail: (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Lori R. Fife, and Alfredo R. Pérez, attorneys for the Debtors; (ii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.; and (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Creditors' Committee.

4.      On December 12, 2011, I caused copies of the Affidavit to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

5.      On December 12, 2011, I served a true and correct copy of the Response to the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601 by hand delivery.

Dated: New York, New York
       December 12, 2011

                                                        /s/ Amanda Raboy
                                                        Amanda Raboy

NY: 731944-1