Peter S. Partee, Sr.
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York  10166-0136
Telephone:  (212) 309-1000

and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
Telephone:  (804) 788-8200

*Counsel for Bank of America, National Association, Successor by Merger to LaSalle Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Bank of America, National Association, Successor by Merger to LaSalle Bank, N.A. hereby withdraws claim number 19239 which was filed against Structured Asset Securities Corporation.

Dated: December 12, 2011
       Richmond, Virginia

**HUNTON & WILLIAMS LLP**

By:   */s/ J.R. Smith*

Peter S. Partee, Sr.
200 Park Avenue, 53rd Floor
New York, New York 10166
Telephone:  (212) 309-1000

and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
Telephone:  (804) 788-8200

*Counsel for Bank of America, National Association, Successor by Merger to LaSalle Bank, N.A.*