**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile:  (212) 610-6399

*Counsel to China Development Bank Corporation*
*and China Minsheng Banking Corp., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
                                                                   :
In re:                                                             :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    Case No. 08-13555 (JMP)
                                                                   :
                        Debtors.                                   :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X

**CERTIFICATE OF SERVICE**

JONATHAN C. CHO, being of full age, hereby certifies as follows:

1. I am employed as an attorney with the law firm of Allen & Overy LLP.

2. On October 19, 2011, the *Response of China Minsheng Banking Corp., Ltd. To Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivatives Claims)* was electronically filed with the United States Bankruptcy Court for the Southern District of New York. On October 19, 2011, this office caused to be served a copy of such document, via hand delivery, on: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq., and Penny Reid, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

3. On December 7, 2011, the *Response of China Development Bank Corporation To Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims)* was electronically filed with the United States Bankruptcy Court for the Southern District of New York. On December 8, 2011, this office caused to be served a copy of such document, via hand delivery, on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Lee J. Goldberg, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

| | |
|---|---|
| Dated:    December 12, 2011<br>         New York, New York | By:    /s/ Jonathan C. Cho<br>       Jonathan C. Cho<br>       **ALLEN & OVERY LLP**<br>       1221 Avenue of the Americas<br>       New York, New York 10020<br>       Telephone: (212) 610-6300<br>       Facsimile:  (212) 610-6399 |