AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer
Natalie E. Levine

1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to Sunshine Enterprises L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

DISTRICT OF COLUMBIA

MARY ABIGAIL FOLEY

1.      Deponent is not a party to this action, is over 18 years of age and is an employee

of Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, NW, Washington, DC

20036.

2.      On December 9, 2011, I caused true and correct copies of the Notice of

Appearance and Request for Service of all Pleadings and Documents [ECF No. 23192] to be

served via electronic mail on Service List A and via first class mail, postage prepaid on Service

List B.

Mary Abigail Foley

District of Columbia

Sworn to before me this _12th_ day of _December_ 2011.

Notary Public

My Commission Expires:

Anne H. Smart
District of Columbia, Notary Public
My Commission Expires
April 30, 2015

**Service List A**

| Name | Email |
|---|---|
| DILWORTH PAXSON LLP | AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM |
| WILLKIE FARR & GALLAGHER LLP | AALFONSO@WILLKIE.COM |
| HOLMES ROBERTS & OWEN LLP | ADAM.BREZINE@HRO.COM; KERRY.MOYNIHAN@HRO.COM |
| NIXON PEABODY, LLP | ADARWIN@NIXONPEABODY.COM |
| DIAMOND MCCARTHY LLP | ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM |
| BLANK ROME LLP | AECKSTEIN@BLANKROME.COM |
| ENTWISTLE & CAPPUCCI LLP | AENTWISTLE@ENTWISTLE-LAW.COM;  JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM |
| IRELL & MANELLA LLP | AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM |
| TENNESSEE DEPARTMENT OF REVENUE | AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV |
| HERRICK, FEINSTEIN LLP | AGOLD@HERRICK.COM |
| FREEBORN & PETERS LLP | AHAMMER@FREEBORNPETERS.COM;DEGGERT@FREEBORNPETERS.COM |
| SAUL EWING LLP | AISENBERG@SAUL.COM |
| OPPENHEIMERFUNDS, INC. | AKANTESARIA@OPPENHEIMERFUNDS.COM |
| OPPENHEIMERFUNDS, INC. | AKANTESARIA@OPPENHEIMERFUNDS.COM |
| MOSES & SINGER LLP | AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM |
| FIRST TRUST PORTFOLIOS L.P. | ALUM@FTPORTFOLIOS.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | AMARTIN@SHEPPARDMULLIN.COM |
| BOULT, CUMMINGS, CONNERS & BERRY, PLC | AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM |
| TISHMAN SPEYER PROPERTIES, LP | AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM; |
| FOLEY & LARDNER LLP | ANANN@FOLEY.COM |
| CLIFFORD CHANCE US LLP | ANDREW.BROZMAN@CLIFFORDCHANCE.COM; JEN.PREMISLER@CLIFFORDCHANCE.COM |
| CLIFFORD CHANCE US LLP | ANDREW.BROZMAN@CLIFFORDCHANCE.COM; SARA.TAPINEKIS@CLIFFORDCHANCE.COM |
| ARENT FOX LLP | ANGELICH.GEORGE@ARENTFOX.COM |

**Service List A**

| | |
|---|---|
| SHELL ENERGY NORTH AMERICA (US), L.P. | ANN.REYNAUD@SHELL.COM |
| ARNOLD & PORTER LLP | ANTHONY_BOCCANFUSO@APORTER.COM |
| BECKER, GLYNN, MELAMED & MUFFLY LLP | AOSTROW@BECKERGLYNN.COM |
| STEVENS & LEE, P.C. | APO@STEVENSLEE.COM; CP@STEVENSLEE.COM |
| SIDLEY AUSTIN LLP | AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM |
| REED SMITH LLP | ARAHL@REEDSMITH.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ARLBANK@PBFCM.COM |
| WACHTELL, LIPTON, ROSEN & KATZ | ARWOLF@WLRK.COM |
| GILMARTIN, POSTER & SHAFTO LLP | ASEUFFERT@LAWPOST-NYC.COM |
| SEWARD & KISSEL LLP | ASHMEAD@SEWKIS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| ZUCKERMAN SPAEDER LLP | BANKR@ZUCKERMAN.COM |
| SHIPMAN & GOODWIN LLP | BANKRUPTCY@GOODWIN.COM |
| MORRISON COHEN LLP | BANKRUPTCY@MORRISONCOHEN.COM |
| GAY MCCALL ISAACKS GORDON & ROBERTS, PC | BANKRUPTCY@NTEXAS-ATTORNEYS.COM |
| NOMURA HOLDING AMERICA, INC | BANKRUPTCYMATTERS@US.NOMURA.COM |
| HOLLAND & KNIGHT LLP | BARBRA.PARLIN@HKLAW.COM |
| HOLLAND & KNIGHT LLP | BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; FRANCOIS.JANSON@HKLAW.COM |
| POST & SCHELL, P.C. | BBISIGNANI@POSTSCHELL.COM |
| COUNTY OF SAN MATEO | BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US |
| SCHLAM STONE & DOLAN LLP | BDK@SCHLAMSTONE.COM |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BILL.FREEMAN@PILLSBURYLAW.COM; MARK.HOULE@PILLSBURYLAW.COM |
| TUCKER ARENSBURG, P.C. | BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM |
| MORRISON & FOERSTER, LLP | BMILLER@MOFO.COM |
| GREEN TREE SERVICING LLC | BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM |
| WHITEFORD TAYLOR & PRESTON, LLP | bstrickland@wtplaw.com; dshaffer@wtplaw.com |

**Service List A**

| | |
|---|---|
| MAYER BROWN LLP | BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM; |
| MAYER BROWN LLP | BTRUST@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM |
| MAYER BROWN LLP | BTRUST@MAYERBROWN.COM;FHYMAN@MAYERBROWN.COM;JTOUGAS@MAYERBROWN.COM;ATREHAN@MAYERBROWN.COM |
| CARTER, LEDYARD & MILBURN LLP | CAHN@CLM.COM |
| REITLER KAILAS & ROSENBLATT LLC | CALBERT@REITLERLAW.COM |
| PURSUIT PARTNERS | CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM |
| WATSON, FARLEY & WILLIAMS (NEW YORK) LLP | CBELISLE@WFW.COM; JFREEBERG@WFW.COM |
| SATTERLEE STEPHENS BURKE & BURKE LLP | CBELMONTE@SSBB.COM;TBROCK@SSBB.COM;PBOSSWICK@SSBB.COM;ASNOW@SSBB.COM |
| BERGER & MONTAGUE, P.C. | CBROTSTEIN@BM.NET |
| SUSMAN GODFREY L.L.P. | ceskridge@susmangodfrey.com; bmerrill@susmangodfrey.com |
| KLESTADT & WINTERS, LLP | CHARDMAN@KLESTADT.COM |
| FILARDI LAW OFFICES LLC | CHARLES@FILARDI-LAW.COM |
| ARNOLD & PORTER LLP | CHARLES_MALLOY@APORTER.COM |
| PARKER POE ADAMS & BERNSTEIN LLP | CHIPFORD@PARKERPOE.COM |
| LOVELLS LLP | CHRIS.DONOHO@LOVELLS.COM |
| BUCHANAN INGERSOLL & ROONEY PC | CHRISTOPHER.SCHUELLER@BIPC.COM |
| SULLIVAN & CROMWELL LLP | CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; MCCOMBST@SULLCROM.COM |
| REED SMITH LLP | CLYNCH@REEDSMITH.COM |
| SALANS | CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.COM |
| SEWARD & KISSEL LLP | COHENR@SEWKIS.COM |
| GREENBERG TRAURIG, LLP | COLE@GTLAW.COM |
| GREENBERG TRAURIG, LLP | COUSINSS@GTLAW.COM; MELOROD@GTLAW.COM |
| WILMER CUTLER PICKING HALE & DORR LLP | CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM |
| OFFICE OF ATTORNEY GENERAL | CRMOMJIAN@ATTORNEYGENERAL.GOV |
| STEVENS & LEE, P.C. | CS@STEVENSLEE.COM; CP@STEVENSLEE.COM |
| BECKER, GLYNN, MELAMED & MUFFLY LLP | CSALOMON@BECKERGLYNN.COM |

**Service List A**

| | |
|---|---|
| WINSTON & STRAWN LLP | CSCHREIBER@WINSTON.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | CSHULMAN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM |
| ADORNO & YOSS LLP | CTATELBAUM@ADORNO.COM |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | CWARD@POLSINELLI.COM |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | CWEISS@INGRAMLLP.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| ALLEN & OVERY LLP | DANIEL.GUYDER@ALLENOVERY.COM |
| INSTITUTIONAL SERVICES GROUP, LLC | DAVE.DAVIS@ISGRIA.COM |
| THOMPSON & KNIGHT LLP | DAVID.BENNETT@TKLAW.COM |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | DAVID.CRICHLOW@PILLSBURYLAW.COM |
| LATHAM & WATKINS LLP | DAVID.HELLER@LW.COM |
| BARNES & THORNBURG LLP | DAVID.POWLEN@BTLAW.COM |
| KIRKLAND & ELLIS LLP | DAVID.SELIGMAN@KIRKLAND.COM |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | DAVIDS@BLBGLAW.COM |
| MOORE & VAN ALLEN PLLC | DAVIDWHEELER@MVALAW.COM |
| INTERSIL CORPORATION | DBALOG@INTERSIL.COM |
| BIEGING SHAPIRO & BURNS LLP | DBARBER@BSBLAWYERS.COM |
| BIEGING SHAPIRO & BURRUS LLP | DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM |
| GIBBONS P.C. | DCRAPO@GIBBONSLAW.COM |
| NIXON PEABODY LLP | DDREBSKY@NIXONPEABODY.COM |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | DERYCK.PALMER@CWT.COM; JOHN.RAPISARDI@CWT.COM; GEORGE.DAVIS@CWT.COM |

**Service List A**

| | |
|---|---|
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | DFLANIGAN@POLSINELLI.COM |
| MCGUIREWOODS LLP | DHAYES@MCGUIREWOODS.COM |
| FOLEY & LARDNER LLP | DHEFFER@FOLEY.COM |
| GREENBERG TRAURIG, LLP | DICONZAM@GTLAW.COM |
| VINSON & ELKINS LLP | DKLEINER@VELAW.COM |
| CHADBOURNE & PARKE LLP | DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM |
| VEDDER PRICE P.C. | DLIPKE@VEDDERPRICE.COM |
| BROWN & CONNERY, LLP | DLUDMAN@BROWNCONNERY.COM |
| BROWN & CONNERY, LLP | DLUDMAN@BROWNCONNERY.COM |
| WINSTON & STRAWN LLP | DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM |
| JENNER & BLOCK LLP | DMURRAY@JENNER.COM; RBYMAN@JENNER.COM |
| WINSTON & STRAWN LLP | DNEIER@WINSTON.COM |
| ARENT FOX LLP | DOWD.MARY@ARENTFOX.COM |
| HODGSON RUSS LLP | DPIAZZA@HODGSONRUSS.COM; RLEEK@HODGSONRUSS.COM |
| PAUL HASTINGS LLP | DRAELSON@FISHERBROTHERS.COM |
| WOLFF & SAMSON PC | DRAVIN@WOLFFSAMSON.COM |
| FULBRIGHT & JAWORSKI L.L.P. | DROSENZWEIG@FULBRIGHT.COM |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM |
| PEITZMAN, WEG & KEMPINSKY LLP | DSHEMANO@PWKLLP.COM |
| FOLEY & LARDNER LLP | DSPELFOGEL@FOLEY.COM |
| EPSTEIN BECKER & GREEN, P.C. | DTATGE@EBGLAW.COM |
| HARRISON & MOBERLY, LLP | DTHEISING@HARRISONMOBERLY.COM |
| PATTERSON BELKNAP WEBB & TYLER LLP | DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM |
| BAKER & HOSTETLER LLP | DWORKMAN@BAKERLAW.COM |
| VENABLE LLP | EASMITH@VENABLE.COM |
| STEIN & LUBIN LLP | ECHANG@STEINLUBIN.COM |
| RUSSELL INVESTMENTS | ECOHEN@RUSSELL.COM |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | efriedman@fklaw.com; wweintraub@fklaw.com; abeaumont@fklaw.com |

**Service List A**

| | |
|---|---|
| FRIEDMAN DUMAS & SPRINGWATER LLP | EFRIEDMAN@FRIEDUMSPRING.COM |
| SCHIFF HARDIN LLP | EGEEKIE@SCHIFFHARDIN.COM |
| MCCARTER & ENGLISH, LLP | EGLAS@MCCARTER.COM |
| WHITE & CASE LLP | EHOLLANDER@WHITECASE.COM |
| WHITE & CASE LLP | EHOLLANDER@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM |
| LANE POWELL PC | EKBERGC@LANEPOWELL.COM |
| LOWENSTEIN SANDLER PC | ELEVIN@LOWENSTEIN.COM |
| K&L GATES LLP | ELI.MATTIOLI@KLGATES.COM |
| MAYER BROWN LLP | EMERBERG@MAYERBROWN.COM |
| STEMPEL BENNETT CLAMAN & HOCHBERG, P.C. | EOBRIEN@SBCHLAW.COM |
| REED SMITH LLP | ESCHAFFER@REEDSMITH.COM |
| CONTRARIAN CAPITAL MANAGEMENT, LLC | ESCHWARTZ@CONTRARIANCAPITAL.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHEPPARDMULLIN.COM |
| EMMET, MARVIN & MARTIN, LLP | EZUJKOWSKI@EMMETMARVIN.COM |
| LAW OFFICES OF NEIL MOLDOVAN, P.C. | EZWEIG@OPTONLINE.NET |
| POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A. | FBP@PPGMS.COM; LML@PPGMS.COM |
| BARTLETT HACKETT FEINBERG P.C. | FFM@BOSTONBUSINESSLAW.COM |
| MAYER BROWN LLP | FHYMAN@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM |
| THE FOONT LAW FIRM LLC | FOONT@FOONTLAW.COM |
| HOLLAND & KNIGHT LLP | FRANCOIS.JANSON@HKLAW.COM |
| SHEARMAN & STERLING LLP | FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM |
| SONNENSCHEIN NATH & ROSENTHAL LLP | FYATES@SONNENSCHEIN.COM; |
| LAW OFFICES OF GABRIEL DEL VIRGINIA | GABRIEL.DELVIRGINIA@VERIZON.NET |
| MCCAUSLAN, KEEN & BUCKLAND | GGITOMER@MKBATTORNEYS.COM |
| FOLEY & LARDNER LLP | GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM |
| HUGHES HUBBARD & REED LLP | GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM |

**Service List A**

| | |
|---|---|
| DECHERT LLP | GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM |
| RIEMER & BRAUNSTEIN LLP | GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM |
| RAVERT PLLC | GRAVERT@RAVERTPLLC.COM |
| JENNINGS, STROUSS & SALMON, P.L.C. | GSPILSBURY@JSSLAW.COM |
| WHITE & CASE LLP | GUZZI@WHITECASE.COM; CSHORE@WHITECASE.COM; LTHOMPSON@WHITECASE.COM |
| MICHAEL A. COX, ATTORNEY GENERAL | HARRISJM@MICHIGAN.GOV |
| PAUL HASTINGS LLP | HARVEYSTRICKON@PAULHASTINGS.COM |
| MAYER BROWN LLP | HBELTZER@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM |
| DORSEY & WHITNEY LLP | HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM |
| CHAPMAN AND CUTLER LLP | HEISER@CHAPMAN.COM |
| TROUTMAN SANDERS LLP | HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM |
| STROOCK & STROOCK & LAVAN LLP | HOLSEN@STROOCK.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | HOWARD.HAWKINS@CWT.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM |
| CADWALDER, WICKERSHAM & TAFT, LLP | HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM |
| WACHTELL, LIPTON, ROSEN & KATZ | HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM |
| MCDERMOTT WILL & EMERY LLP | icatto@mwe.com |
| LOWENSTEIN SANDLER PC | ILEVEE@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | ILEVEE@LOWENSTEIN.COM |
| NORMANDY HILL CAPITAL LP | INFO2@NORMANDYHILL.COM |
| THOMPSON & KNIGHT LLP | IRA.HERMAN@TKLAW.COM; DEMETRA.LIGGINS@TKLAW.COM |
| HOGAN & HARTSON LLP | ISGREENE@HHLAW.COM; SAGOLDEN@HHLAW.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | ISRAEL.DAHAN@CWT.COM |
| US SECURITIES AND EXCHANGE COMMISSION | JACOBSONN@SEC.GOV |

**Service List A**

| | |
|---|---|
| KIRKLAND & ELLIS LLP | JAMES.SPRAYREGEN@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | JAMES.SPRAYREGEN@KIRKLAND.COM |
| GSEF AL NAWRAS (CAYMAN) LIMITED | JAMIE.NELSON@DUBAIIC.COM; JOY.MATHIAS@DUBAIIC.COM |
| OUTTEN & GOLDEN LLP | JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM |
| JAY HURST, ASSISTANT ATTORNEY GENERAL | JAY.HURST@OAG.STATE.TX.US |
| KLEIN SOLOMON LLP | JAY@KLEINSOLOMON.COM |
| WILMINGTON TRUST FSB | JBECKER@WILMINGTONTRUST.COM |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | JBIRD@POLSINELLI.COM |
| CLEARY GOTTLIEB LLP | JBROMLEY@CGSH.COM |
| CUMMINGS & LOCKWOOD LLC | JCARBERRY@CL-LAW.COM |
| TOBIN & TOBIN | JCHRISTIAN@TOBINLAW.COM |
| HINCKLEY, ALLEN & SNYDER LLP | JDORAN@HASLAW.COM |
| WHITE AND WILLIAMS LLP | JEANITES@WHITEANDWILLIAMS.COM |
| CONTINENTAL AIRLINES, INC. | JEFF.WITTIG@COAIR.COM |
| BINGHAM MCCUTCHEN LLP | JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM |
| BINGHAM MCCUTCHEN LLP | JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM |
| BINGHAM MCCUTCHEN LLP | JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM |
| BINGHAM MCCUTCHEN LLP | JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM |
| BINGHAM MCCUTCHEN LLP | JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM; CAROL.WEINERLEVY@BINGHAM.COM |
| VINSON & ELKINS RLLP | JELDREDGE@VELAW.COM |
| CLIFFORD CHANCE US LLP | JENNIFER.DEMARCO@CLIFFORDCHANCE.COM |
| SHELL TRADING (US) COMPANY | JENNIFER.GORE@SHELL.COM |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL | JEREMY.EIDEN@AG.STATE.MN.US |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | JFLAXER@GOLENBOCK.COM |

**Service List A**

| | |
|---|---|
| JOSEPH L. FOX, ESQ. | JFOX@JOEFOXLAW.COM |
| AT&T SERVICES INC. | JG5786@ATT.COM |
| ORRICK HERRINGTON & SUTCLIFFE LLP | JGUY@ORRICK.COM |
| ORRICK, HARRINGTON & SUTCLIFFE LLP | JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM |
| PHOENIX AMERICAN FINANCIAL SERVICES, INC. | JHORGAN@PHXA.COM |
| MARGOLIS EDELSTEIN | JHUGGETT@MARGOLISEDELSTEIN.COM |
| DRESSLER & PETERS, LLC | JJOYCE@DRESSLERPETERS.COM |
| DAY PITNEY LLP | JJTANCREDI@DAYPITNEY.COM |
| KLESTADT & WINTERS, LLP | JJURELLER@KLESTADT.COM |
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | JKEHOE@BTKMC.COM |
| MAYNARD COOPER & GALE, PC | JLAMAR@MAYNARDCOOPER.COM |
| WOLLMUTH MAHER & DEUTSCH LLP | JLAWLOR@WMD-LAW.COM |
| WOLLMUTH MAHER & DEUTSCH LLP | JLAWLOR@WMD-LAW.COM |
| FOLEY & LARDNER LLP | JLEE@FOLEY.COM |
| CROCKER KUNO PLLC | JLIPSON@CROCKERKUNO.COM; TTRACY@CROCKERKUNO.COM |
| STEPTOE & JOHNSON LLP | JLOVI@STEPTOE.COM; LROMANSIC@STEPTOE.COM |
| REED SMITH LLP | JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM; RQURESHI@REEDSMITH.COM |
| MCGUIREWOODS LLP | JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM |
| WILMINGTON TRUST COMPANY | JMCGINLEY@WILMINGTONTRUST.COM |
| GARDERE WYNNE SEWELL LLP | JMELKO@GARDERE.COM |
| FULTON BANK | JMERVA@FULT.COM |
| MEISTER SEELIG & FEIN LLP | JMR@MSF-LAW.COM; |
| OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP | JNADRITCH@OLSHANLAW.COM |
| MCCALLA RAYMER, LLC | jnm@mccallaraymer.com |
| HOLLAND & KNIGHT LLP | JOHN.MONAGHAN@HKLAW.COM |
| JOSEPH N. CORDARO | JOSEPH.CORDARO@USDOJ.GOV |
| NEW YORK CITY LAW DEPARTMENT | JOWOLF@LAW.NYC.GOV |

**Service List A**

| | |
|---|---|
| MORRISON & FOERSTER LLP | JPINTARELLI@MOFO.COM |
| MORRISON & FOERSTER LLP | JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM |
| LOWENSTEIN SANDLER PC | JPROL@LOWENSTEIN.COM |
| RABINOWITZ LUBETKIN & TULLY, LLC | JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM |
| HUNTON & WILLIAMS, LLP | JRSMITH@HUNTON.COM |
| HAHN & HESSEN LLP | JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM |
| SHENWICK & ASSOCIATES | jshenwick@gmail.com |
| RIDDELL WILLIAMS P.S. | JSHICKICH@RIDDELLWILLIAMS.COM |
| PORZIO, BROMBERG & NEWMAN, P.C. | JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM |
| MAYER BROWN LLP | JSTOLL@MAYERBROWN.COM; ASHAFFER@MAYERBROWN.COM |
| MOSES & SINGER LLP | JSULLIVAN@MOSESSINGER.COM |
| SHUTTS & BOWEN LLP | JTIMKO@SHUTTS.COM |
| CROWE & DUNLEVY, P.C. | JUDY.MORSE@CROWEDUNLEVY.COM |
| GOULSTON & STORRS, P.C. | JWALLACK@GOULSTONSTORRS.COM; DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM |
| DAY PITNEY LLP | JWCOHEN@DAYPITNEY.COM |
| VINSON & ELKINS L.L.P. | JWEST@VELAW.COM |
| DAVIS POLK & WARDWELL | KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| HUNTON & WILLIAMS LLP | KECKHARDT@HUNTON.COM |
| LATHAM & WATKINS LLP | KEITH.SIMON@LW.COM |
| ALLEN & OVERY LLP | KEN.COLEMAN@ALLENOVERY.COM |
| HEWLETT-PACKARD COMPANY | KEN.HIGMAN@HP.COM |
| REED SMITH LLP | KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM |
| EPSTEIN BECKER & GREEN, P.C. | KKELLY@EBGLAW.COM |
| MCCARTER & ENGLISH, LLP | KMAYER@MCCARTER.COM |
| PEPPER HAMILTON LLP | KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM |
| MCBREEN & KOPKO | KREYNOLDS@MKLAWNYC.COM |
| LOWENSTEIN SANDLER PC | KROSEN@LOWENSTEIN.COM; VDAGOSTINO@LOWENSTEIN.COM; |
| BRAGAR WEXLER EAGEL & SQUIRE, P.C. | KUEHN@BRAGARWEXLER.COM |

| | |
|---|---|
| BRACEWELL & GIULIANI LLP | KURT.MAYR@BGLLP.COM |
| SULLIVAN & CROMWELL LLP | LACYR@SULLCROM.COM; FELDSTEINH@SULLCROM.COM |
| STREUSAND & LANDON LLP | LANDON@STREUSANDLANDON.COM; VILLA@STREUSANDLANDON.COM |
| PEPPER HAMILTON LLP | LAWALLF@PEPPERLAW.COM |
| MORITT HOCK HAMROFF & HOROWITZ LLP | LBERKOFF@MORITTHOCK.COM |
| TROUTMAN SANDERS LLP | LEE.STREMBA@TROUTMANSANDERS.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM |
| STROOCK & STROOCK & LAVAN LLP | LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM |
| TW TELECOM INC. | LINDA.BOYLE@TWTELECOM.COM |
| ALLEN & OVERY LLP | LISA.KRAIDIN@ALLENOVERY.COM |
| DUANE MORRIS LLP | LJKOTLER@DUANEMORRIS.COM |
| MORRISON & FOERSTER LLP | LMARINUZZI@MOFO.COM |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM |
| MORRISON & FOERSTER LLP | LNASHELSKY@MOFO.COM |
| LOIZIDES, P.A. | LOIZIDES@LOIZIDES.COM |
| FARRELL FRITZ, P.C. | LSCARCELLA@FARRELLFRITZ.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM |
| POTTER ANDERSON & CORROON LLP | LSILVERSTEIN@POTTERANDERSON.COM; RMCNEILL@POTTERANDERSON.COM |
| WILLKIE FARR & GALLAGHER LLP | MABRAMS@WILLKIE.COM |
| WILLKIE FARR & GALLAGHER LLP | MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| STANDARD CHARTERED BANK | MARC.CHAIT@SC.COM |
| BINGHAM MCCUTCHEN LLP | MARK.DEVENO@BINGHAM.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | MARK.ELLENBERG@CWT.COM |
| SUTHERLAND ASBILL & BRENNAN LLP | MARK.SHERRILL@SUTHERLAND.COM |

**Service List A**

| | |
|---|---|
| OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION | MARTIN.DAVIS@OTS.TREAS.GOV |
| THE WILSON LAW FIRM PC | MATT@WILLAW.COM |
| NIXON PEABODY, LLP | MBERMAN@NIXONPEABODY.COM |
| DEWEY & LEBOEUF LLP | MBIENENSTOCK@DL.COM; IGOLDSTEIN@DL.COM |
| DEWEY & LEBOEUF LLP | MBIENENSTOCK@DL.COM; TKARCHER@DL.COM |
| DEWEY & LEBOEUF LLP | MBIENENSTOCK@DL.COM;IGOLDSTEIN@DL.COM |
| MENAKER & HERRMANN LLP | MBLOEMSMA@MHJUR.COM |
| THOMPSON COBURN LLP | MBOSSI@THOMPSONCOBURN.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | MCADEMARTORI@SHEPPARDMULLIN.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLING.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | MCORDONE@STRADLEY.COM |
| DEBEVOISE & PLIMPTON LLP | MCTO@DEBEVOISE.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM |
| PEPPER HAMILTON LLP | MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM; SQUIGLEY@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM; SQUIGLEY@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM |
| BRIGGS & MORGAN, P.A. | MGORDON@BRIGGS.COM |

**Service List A**

| | |
|---|---|
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP | MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM |
| MCCALLA RAYMER, LLC | MH1@MCCALLARAYMER.COM; BKMAIL@PROMMIS.COM |
| SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. | MHARRIS@SMSM.COM |
| COVINGTON & BURLING LLP | MHOPKINS@COV.COM; DCOFFINO@COV.COM; ARABOY@COV.COM |
| MICHAEL C. FREGE | MICHAEL.FREGE@CMS-HS.COM |
| MONARCH ALTERNATIVE CAPITAL LP | michael.kelly@monarchlp.com |
| KOBRE & KIM LLC | MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM; ANDREW.LOURIE@KOBREKIM.COM |
| BARNES & THORNBURG LLP | MICHAEL.MCCRORY@BTLAW.COM |
| BINGHAM MCCUTCHEN LLP | michael.reilly@bingham.com; joshua.dorchak@bingham.com; erin.mautner@bingham.com |
| NATIONWIDE FUND ADVISORS | MILLEE12@NATIONWIDE.COM |
| TAFT STETTINIUS & HOLLISTER LLP | MILLER@TAFTLAW.COM |
| VEDDER PRICE PC | MJEDELMAN@VEDDERPRICE.COM |
| OFFICE OF CHARLENE M. INDELICATO | MJR1@WESTCHESTERGOV.COM |
| LANDMAN CORSI BALLAINE & FORD, P.C. | MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM; AKORNIKOVA@LCBF.COM |
| CROWELL & MORING LLP | MLICHTENSTEIN@CROWELL.COM; SEICHEL@CROWELL.COM |
| HUNTON & WILLIAMS LLP | MMENDEZ@HUNTON.COM |
| DEILY, MOONEY & GLASTETTER, LLP | MMOONEY@DEILYLAWFIRM.COM |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. | MMORREALE@US.MUFG.JP |
| IVEY, BARNUM, AND O'MARA, LLC | MNEIER@IBOLAW.COM |
| BROOKFIELD PROPERTIES ONE WFC CO. LLC | MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM |
| KELLEY DRYE & WARREN LLP | MPAGE@KELLEYDRYE.COM |
| JULIEN & SCHLESINGER, P.C. | MPOMERANTZ@JULIENANDSCHLESINGER.COM; MSCHLESINGER@JULIENANDSCHLESINGER.COM |
| KAYE SCHOLER LLP | MPRIMOFF@KAYESCHOLER.COM |
| KAYE SCHOLER LLP | MPRIMOFF@KAYESCHOLER.COM; JACLYN.GENCHI@KAYESCHOLER.COM |

| | |
|---|---|
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO | MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM |
| GIBSON DUNN & CRUTCHER LLP | MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM |
| WHITE & CASE LLP | MRUETZEL@WHITECASE.COM; UKREPPEL@WHITECASE.COM |
| SAINT JOSEPH'S UNIVERSITY | MSCHIMEL@SJU.EDU |
| BROWN RUDNICK LLP | MSIEGEL@BROWNRUDNICK.COM |
| KAYE SCHOLER LLP | MSOLOW@KAYESCHOLER.COM; MDAHLMAN@KAYESCHOLER.COM |
| STROOCK & STROOCK & LAVAN LLP | MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM |
| BROWN RUDNICK LLP | MSTEEL@BROWNRUDNICK.COM |
| REED SMITH LLP | MVENDITTO@REEDSMITH.COM |
| MANUFACTURERS AND TRADER TRUST COMPANY | MWARREN@MTB.COM |
| MCDERMOTT WILL & EMERY LLP | NCOCO@MWE.COM |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | NEAL.MANN@OAG.STATE.NY.US |
| TOGUT, SEGAL & SEGAL LLP | NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM |
| US SECURITIES AND EXCHANGE COMMISSION | NEWYORK@SEC.GOV |
| MORGAN LEWIS & BOCKIUS LLP | NHERMAN@MORGANLEWIS.COM |
| MORI HAMADA & MATSUMOTO | NISSAY_10259-0154@MHMJAPAN.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP | NLEPORE@SCHNADER.COM |
| BRICE, VANDER LINDEN & WERNICK, P.C. | NOTICE@BKCYLAW.COM |
| TRAVELERS | OIPRESS@TRAVELERS.COM; MLYNCH2@TRAVELERS.COM |
| OTC CORPORATE ACTIONS | otccorpactions@finra.org |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | PARONZON@MILBANK.COM; GBRAY@MILBANK.COM |
| SUTHERLAND ASBILL & BRENNAN LLP | PAUL.TURNER@SUTHERLAND.COM |
| LOCKE LORD BISSELL & LIDDELL LLP | PEISENBERG@LOCKELORD.COM |
| LATHAM & WATKINS LLP | PETER.GILHULY@LW.COM |
| WILMER CUTLER PICKING HALE & DORR LLP | PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM |

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | PETER.SIMMONS@FRIEDFRANK.COM;  RICHARD.TISDALE@FRIEDFRANK.COM |
| BANKRUPTCY CREDITORS' SERVICE, INC. | PETER@BANKRUPT.COM |
| MCGUIREWOODS LLP | PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM |
| SONNENSCHEIN NATH & ROSENTHAL LLP | PMAXCY@SONNENSCHEIN.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM |
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP | PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM |
| JENNER & BLOCK LLP | PTROSTLE@JENNER.COM |
| DEWEY & LEBOEUF LLP | PWRIGHT@DL.COM; ESMITH@DL.COM |
| STAHL ZELLOE, P.C. | R.STAHL@STAHLZELLOE.COM |
| BINGHAM MCCUTCHEN LLP | RAJ.MADAN@BINGHAM.COM; |
| AKIN GUMP STRAUSS HAUER & FELD LLP | RAJOHNSON@AKINGUMP.COM |
| HEWLETT-PACKARD COMPANY | RAMONA.NEAL@HP.COM |
| THE BANK OF NEW YORK MELLON | RANJIT.MATHER@BNYMELLON.COM; ROBERT.BAILEY@BNYMELLON.COM |
| ROPES & GRAY LLP | RAUL.ALCANTAR@ROPESGRAY.COM; MARK.BANE@ROPESGRAY.COM |
| PRYOR CASHMAN LLP | RBEACHER@PRYORCASHMAN.COM |
| ORRICK HERRINGTON & SUTCLIFFE LLP | RDAVERSA@ORRICK.COM |
| ORRICK HERRINGTON & SUTCLIFFE LLP | RDAVERSA@ORRICK.COM |
| GENOVESE, JOBLOVE & BATTISTA, P.A. | RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM |
| PRYOR CASHMAN LLP | RFLEISCHER@PRYORCASHMAN.COM; MJACOBS@PRYORCASHMAN.COM |
| PRYOR CASHMAN LLP | RFLEISCHER@PRYORCASHMAN.COM; MJACOBS@PRYORCASHMAN.COM; DROSE@PRYORCASHMAN.COM |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM; JGUY@ORRICK.COM; DFELDER@ORRICK.COM |
| SILVERMANACAMPORA LLP | RFRIEDMAN@SILVERMANACAMPORA.COM |
| WHITE & CASE LLP | RGRAHAM@WHITECASE.COM |
| THOMPSON & KNIGHT LLP | RHETT.CAMPBELL@TKLAW.COM |
| THOMPSON & KNIGHT LLP | RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM |

**Service List A**

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP | RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM |
| HOLLAND & KNIGHT LLP | RICHARD.LEAR@HKLAW.COM |
| LATHAM & WATKINS LLP | RICHARD.LEVY@LW.COM |
| RICHARD W. MARTINEZ, APLC | richard@rwmaplc.com |
| STEPTOE & JOHNSON LLP | RITKIN@STEPTOE.COM; KPIPER@STEPTOE.COM |
| CRAVATH, SWAINE & MOORE LLP | RLEVIN@CRAVATH.COM; RTRUST@CRAVATH.COM |
| HAHN & HESSEN LLP | RMATZAT@HAHNHESSEN.COM |
| WILLKIE FARR & GALLAGHER LLP | RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM |
| DRINKER BIDDLE & REATH LLP | ROBERT.MALONE@DBR.COM |
| ASSISTANT UNITED STATES ATTORNEY, SDNY | ROBERT.YALEN@USDOJ.GOV |
| LOVELLS LLP | ROBIN.KELLER@LOVELLS.COM |
| LOVELLS LLP | ROBIN.KELLER@LOVELLS.COM; OMECA.NEDD@LOVELLS.COM |
| ROGER B. NAGIOFF | ROGER@RNAGIOFF.COM |
| ROPES & GRAY LLP | ROSS.MARTIN@ROPESGRAY.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | RREID@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM |
| SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. | RRIGOLOSI@SMSM.COM |
| ANDREWS KURTH LLP | RRUSSELL@ANDREWSKURTH.COM |
| STAGG, TERENZI, CONFUSIONE & WABNIK, LLP | RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM |
| RUSSELL R. JOHNSON III | RUSSJ4478@AOL.COM |
| COMMODITY FUTURES TRADING COMMISSION | RWASSERMAN@CFTC.GOV |
| AOZORA BANK, LTD. | S.MINEHAN@AOZORABANK.CO.JP |
| BINGHAM MCCUTCHEN LLP | SABIN.WILLETT@BINGHAM.COM |
| VINSON & ELKINS L.L.P. | SABRAMOWITZ@VELAW.COM |
| SUSMAN GODFREY L.L.P. | sagrawal@susmangodfrey.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SALLY.HENRY@SKADDEN.COM |

| | |
|---|---|
| EATON CORPORATION | SANDYSCAFARIA@EATON.COM |
| DORSEY & WHITNEY LLP | SCHNABEL.ERIC@DORSEY.COM |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| ARMSTRONG TEASDALE LLP | SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@ARMSTRONGTEASDALE.COM |
| MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP | SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM; JHUH@FFWPLAW.COM |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | SFINEMAN@LCHB.COM |
| CAHILL GORDON & REINDEL LLP | SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM |
| EZRA BRUTZKUS GUBNER LLP | SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | SHANNON.NAGLE@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM |
| SECURITIES INVESTOR PROTECTION CORPORATION | SHARBECK@SIPC.ORG; JWANG@SIPC.ORG |
| FEDERAL RESERVE BANK OF NEW YORK | SHARI.LEVENTHAL@NY.FRB.ORG |
| BUTZEL LONG, A PROFESSIONAL CORPORATION | SIDORSKY@BUTZEL.COM |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | SLERNER@SSD.COM |
| BROWN RUDNICK LLP | SLEVINE@BROWNRUDNICK.COM |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | SMAYERSON@SSD.COM |
| KATSKY KORINS LLP | SNEWMAN@KATSKYKORINS.COM |
| FREDERIC DORWART, LAWYERS | SORY@FDLAW.COM; JHIGGINS@FDLAW.COM |
| CHAPMAN AND CUTLER LLP | SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW | SPLATZER@PLATZERLAW.COM |
| HERRICK, FEINSTEIN LLP | SSELBST@HERRICK.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM |
| DLA PIPER LLP (US) | STEPHEN.COWAN@DLAPIPER.COM |

**Service List A**

| | |
|---|---|
| DRESDNER BANK A.G. | STEVEN.TROYER@COMMERZBANK.COM |
| STREUSAND & LANDON LLP | STREUSAND@STREUSANDLANDON.COM |
| NEWEDGE USA, LLC | SUSAN.SCHULTZ@NEWEDGEGROUP.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNEMANUEL.COM;SCOTTSHELLEY@QUINNEMANUEL.COM; ROBERTDAKIS@QUINNEMANUEL.COM |
| HINCKLEY, ALLEN & SNYDER LLP | SWEYL@HASLAW.COM |
| MAYER BROWN LLP | SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM |
| WIGGIN AND DANA LLP | SZUCH@WIGGIN.COM |
| GREER, HERZ & ADAMS, LLP | TANNWEILER@GREERHERZ.COM |
| COMMODITY FUTURES TRADING COMMISSION | TARBIT@CFTC.GOV |
| DEWEY PEGNO & KRAMARSKY LLP | TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM |
| ANDERSON KILL & OLICK, P.C. | TDUFFY@ANDERSONKILL.COM |
| DUFFY & ATKINS LLP | TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM |
| INVESCO AIM MANAGEMENT GROUP, INC. | TERESA.OXFORD@INVESCOAIM.COM |
| MORRISON & FOERSTER LLP | TGOREN@MOFO.COM |
| THALER & GERTLER, LLP | THALER@THALERGERTLER.COM; GERACI@THALERGERTLER.COM |
| DLA PIPER LLP (US) | THOMAS.CALIFANO@DLAPIPER.COM |
| DAVIS POLK & WARDWELL | THOMAS.OGDEN@DPW.COM; JAMES.MCCLAMMY@DPW.COM |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | THOMAS_NOGUEROLA@CALPERS.CA.GOV |
| BINGHAM MCCUTCHEN LLP | TIM.DESIENO@BINGHAM.COM; JEFFREY.BLACK@BINGHAM.COM |
| DLA PIPER LLP (US) | TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM |
| BUCHANAN INGERSOLL & ROONEY PC | TIMOTHY.PALMER@BIPC.COM |
| MAYER BROWN LLP | TKIRIAKOS@MAYERBROWN.COM |
| WHITE & CASE LLP | TLAURIA@WHITECASE.COM |
| WHITE & CASE LLP | TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM |
| HINCKLEY, ALLEN & SNYDER LLP | TMARRION@HASLAW.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | TMAYER@KRAMERLEVIN.COM; BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | TMAYER@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM |
| GODFREY & KAHN, S.C. | TNIXON@GKLAW.COM; JHERZOG@GKLAW.COM |

**Service List A**

| | |
|---|---|
| INTERNAL REVENUE SERUICE | TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV |
| BAKEN BOTTS L.L.P. | TONY.DAVIS@BAKERBOTTS.COM |
| MEYER SUOZZI ENGLISH & KLEIN | TSLOME@MSEK.COM |
| NIXON PEABODY, LLP | VMILIONE@NIXONPEABODY.COM |
| NIXON PEABODY, LLP | VMILIONE@NIXONPEABODY.COM |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | WALTER.STUART@FRESHFIELDS.COM; PATRICK.OH@FRESHFIELDS.COM |
| CB RICHARD ELLIS, INC | WANDA.GOODLOE@CBRE.COM |
| HALPERIN BATTAGLIA RAICHT, LLP | WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET |
| TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C. | WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM |
| LOEB & LOEB LLP | WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM |
| DLA PIPER LLP (US) | WILLIAM.M.GOLDMAN@DLAPIPER.COM; |
| PEPPER HAMILTON LLP | WISOTSKA@PEPPERLAW.COM |
| PADUANO & WEINTRAUB LLP | WK@PWLAWYERS.COM |
| FOLEY & LARDNER LLP | WMCKENNA@FOLEY.COM |
| CROWELL & MORING LLP | WOCONNOR@CROWELL.COM; BZABARAUSKAS@CROWELL.COM |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM |
| LEVI LUBARSKY & FEIGENBAUM LLP | WSWEARINGEN@LLF-LAW.COM |
| MCCARTER & ENGLISH, LLP | WTAYLOR@MCCARTER.COM |
| THE SUMITOMO TRUST & BANKING CO., LTD | YAMASHIRO@SUMITOMOTRUST.CO.JP |
| MORRISON & FOERSTER LLP | YUWATOKO@MOFO.COM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CROWELL & MORING LLP | (COUNSEL TO: CITY EMPLOYEE WELFARE FUND LOCAL 3) | ATTN: MARL S. LICHTENSTEIN, ESQ. | STEVEN B. EICHEL, ESQ. | 590 MADISON AVENUE | NEW YORK | NY | 10022 |
| DEPARTMENT OF JUSTICE | (SOLICITOR FOR THE RESPONDENT | CANADA REVENUE AGENCY) | ATTN: DIANE WINTERS | ONTARIO REGIONAL OFFICE | TORONTO | ON | M5X 1K6 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK | ATTN: THE HONORABLE JAMES M. PECK | ONE BOWLING GREEN, COURTROOM 601 | | NEW YORK | NY | 10004 |
| OFFICE OF THE US TRUSTEE | Elisabetta Gasparini, Esq. Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq. | ANDREA B SCHWARTZ, ESQ | 33 WHITEHALL STREET, 21ST FLOOR | | NEW YORK | NY | 10004 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH | ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN | 290 BROADWAY | | NEW YORK | NY | 10007 |
| KAPLAN LANDAU LLP | (COUNSEL TO RICHARD J. GLASEBROOK II, JUDITH ANN | KENNEY, RICHARD NACKENSON, ET AL) | 1065 AVENUE OF THE AMERICAS | 27TH FLOOR | NEW YORK | NY | 10018 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DENNIS DUNNE, WILBUR FOSTER, JR | DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ. | 1 CHASE MANHATTAN PLAZA | | NEW YORK | NY | 10005 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WILMINGTON TRUST FSB | ATTN: JULIE BECKER | 50 S 6TH ST STE 1290 | | | MINNEAPOLIS | MN | 55402-1544 |
| MICHAEL C. FREGE | IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER | DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS | AKTIENGESELLSCHAFT | BARCKHAUSSTR. 12-16 | 60325 FRANKFURT AM MAIN | | GERMANY |
| WEIL GOTSHAL & MANGES LLP | ATTN: RICHARD P. KRASNOW, LORI R. FIFE | JACQUELINE MARCUS ROBERT LEMONS | (COUNSEL TO THE DEBTORS) | 767 FIFTH AVENUE | NEW YORK | NY | 10153 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | (COUNSEL TO: OFFICIAL COMMITTEE OF UNS. CREDITORS) | ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND | SCOTT C. SHELLEY, ROBERT DAKIS | 51 MADISON AVE, 22ND FLOOR | NEW YORK | NY | 10010 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, DANIEL M. EGGERMAN | (COUNSEL TO RUTGER SCHIMMELPENNINCK) | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |