UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | **Ref. Docket Nos. 22972, 22973,** |
| | | **22975, 22976, 22979, 22980** |

---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                      ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 5, 2011, I caused to be served the:

   a. "Supplement to Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated December 5, 2011 [Docket No. 22972], (the "Supplement"),

   b. "Notice of Filing of Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated December 5, 2011 [Docket No. 22973], (the "NOF of Modified Plan"),

   c. "Amendment No. 6 to the Plan Supplement," dated December 5, 2011 [Docket No. 22975], (the "Amendment No. 6"),

   d. "Notice of Filing of Revised Proposed Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated December 5, 2011 [Docket No. 22976], (the "NOF of Revised Order"),

   e. "Notice of Filing of Schedules to Revised Proposed Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated December 5, 2011 [Docket No. 22979], (the "NOF of Revised Order"), (the "NOF of Schedules"), and

f.  "Amendment No. 7 to the Plan Supplement," dated December 5, 2011 [Docket No. 22980], (the "Amendment No. 7"),

by causing true and correct copies of the:

i.  Supplement, NOF of Modified Plan, Amendment No. 6, NOF of Revised Order, NOF of Schedules and Amendment No. 7, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  NOF of Schedules and Amendment No. 7, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

iii.  Supplement, NOF of Modified Plan, Amendment No. 6, NOF of Revised Order, NOF of Schedules and Amendment No. 7, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  NOF of Revised Order and NOF of Schedules, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.  NOF of Schedules, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, and

vi.  Amendment No. 7, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
8th day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Supp, NOF of Modified Plan, Amendment No 6, NOF of Revised Order, NOF of Schedules and Amendment No 7_DI 22972, 22973, 22975, 22976, 22979, 22980_AFF_12-5-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS, INC.
## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com

azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov

# LEHMAN BROTHERS HOLDINGS, INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| cs@stevenslee.com | dowd.mary@arentfox.com |
| csalomon@beckerglynn.com | dpegno@dpklaw.com |
| cschreiber@winston.com | draelson@fisherbrothers.com |
| cshore@whitecase.com | dravin@wolffsamson.com |
| cshulman@sheppardmullin.com | drose@pryorcashman.com |
| ctatelbaum@adorno.com | drosenzweig@fulbright.com |
| cwalsh@mayerbrown.com | drosner@goulstonstorrs.com |
| cward@polsinelli.com | drosner@kasowitz.com |
| cweber@ebg-law.com | dshaffer@wtplaw.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| daniel.guyder@allenovery.com | dtatge@ebglaw.com |
| dave.davis@isgria.com | dtheising@harrisonmoberly.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.crichlow@pillsburylaw.com | dwildes@stroock.com |
| david.heller@lw.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | easmith@venable.com |
| david.seligman@kirkland.com | echang@steinlubin.com |
| davids@blbglaw.com | ecohen@russell.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | egeekie@schiffhardin.com |
| dbesikof@loeb.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehollander@whitecase.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | elevin@lowenstein.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | erin.mautner@bingham.com |
| deryck.palmer@cwt.com | eschaffer@reedsmith.com |
| dfelder@orrick.com | eschwartz@contrariancapital.com |
| dflanigan@polsinelli.com | esmith@dl.com |
| dgrimes@reedsmith.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | ezweig@optonline.net |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | feldsteinh@sullcrom.com |
| dkleiner@velaw.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dlemay@chadbourne.com | foont@foontlaw.com |
| dlipke@vedderprice.com | francois.janson@hklaw.com |
| dludman@brownconnery.com | fsosnick@shearman.com |
| dmcguire@winston.com | fyates@sonnenschein.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net |
| dneier@winston.com | gbray@milbank.com |
| dodonnell@milbank.com | george.davis@cwt.com |
| dove.michelle@dorsey.com | geraci@thalergertler.com |

# LEHMAN BROTHERS HOLDINGS, INC.
## EMAIL SERVICE LIST

ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com

jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com

# LEHMAN BROTHERS HOLDINGS, INC.
## EMAIL SERVICE LIST

jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallarto aymer.com
mharris@smsm.com
mhopkins@cov.com

## LEHMAN BROTHERS HOLDINGS, INC.
### EMAIL SERVICE LIST

michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org

paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrainguiterrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com

## LEHMAN BROTHERS HOLDINGS, INC.
### EMAIL SERVICE LIST

robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com

snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com

# LEHMAN BROTHERS HOLDINGS, INC.
### EMAIL SERVICE LIST

vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO. | ATTN: GARY SKILTON 111 NORTH ORLANDO AVENUE WINTER PARK FL 32789 |
| CITICORP NORTH AMERICA, INC. | ATTN: TARA WOOSTER 1615 BRETT ROAD NEW CASTLE, DE 19720 |
| CITIMORTGAGE, INC. | LAWRENCE J. KETTENBACH, JR. SVP / ASSOCIATE GENERAL COUNSEL 1000 TECHNOLOGY DR. O'FALLON, MO 63368 |
| COMMERCES DE LA REPUBLIQUE | 47 RUE DE MONCEAU PARIS 75008 FRANCE |
| DEBT II AUSTIN-EOP LP | 591 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| ELLA'S ALTERATIONS | ATTN: ELLA POOLE 1127 EUCLID AV. CLEVELAND OH 44115 |
| EUROSAIL −NL 2007-2 BV | STICHTING SECURITY TRUSTEE EUOSAIL-NL 2007-2 FREDERIK ROESKESTRAAT 123 I AMSTERDAM 1076 EE NETHERLANDS |
| EUROSAIL −NL 2007-2 BV | C/O BNY CORPORATE TRUSTEE SERVICES LTD ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| EUROSAIL −NL 2007-2 BV | 25 OLD BROAD STREET LONDON EC2N 1HQ UNITED KINGDOM |
| FINER THINGS | ATT: CAROL STANLEY 1127 EUCLID AVE. STE 717 CLEVELAND OH 44115 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | GRANITE FINANCE LIMITED STRATHVALE HOUSE NORTH CHURCH STREET PO BOX 1109 GT GRAND CAYMAN BVI KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA − STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | GRANITE FINANCE LIMITED STRATHVALE HOUSE NORTH CHURCH STREET PO BOX 1109 GT GRAND CAYMAN BVI KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA − STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE SPC, FOR THE ACCOUNT OF | THE SERIES 2007-1-C SEGREGATED PORTFOLIO C/O DEUTSCHE BANK (CAYMAN) LTD P.O. BOX 1984, ELIZABETHAN SQUARE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| GRANITE FINANCE SPC, FOR THE ACCOUNT OF | THE SERIES 2007-1-C SEGREGATED PORTFOLIO DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET NEW YORK NY 10005 |
| GRANITE FINANCE SPC, FOR THE ACCOUNT OF THE SERIES | 2007-1-C SEGREGATED PORTFOLIO,HSBC BANK, USA CTLA − STRUCTURED FINANCE ATTN: THOMAS MUSARRA 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREENBRIER MINERALS, LLC | ANJEAN ROAD P.O. BOX G ATTN: JOSEPH C. TURLEY, III RUPERT WV 25984 |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 MAINZ 55098 GERMANY |
| LION CITY CDO 2006-2 LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS CAYMAN ISLANDS |
| LION CITY CDO 2006-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA − STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO 2006-3 LTD | LION CITY CDO LIMITED C/O WALKERSS SPV LIMITED WALKER HOUSE PO BOX 908 GT GEORGETOWN GRAND CAYMAN, CAYMAN ISLANDS BRITISH WEST INDIES |
| LION CITY CDO 2006-3 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA − STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO LIMITED SERIES 2006-1 | C/O WALKER SPV LIMITED WALKER HOUSE P.O. BOX 908 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS CAYMAN ISLANDS |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: Y. G. JUNG C/O KIM SEYANG BUILDING, 223 NAEJA-DONG JONGO-GU, SEOUL 110-720 KOREA |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA − STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MARY SOHLBERG | DEFAULT & RESTRUCTR ACCT MGR MAC N9311-161 625 MARQUETTE AVE, 16TH FLOOR MINNEAPOLIS MN 55402-2308 |
| NEW GENERATION FUNDING TRUST 15 | ATTN: KWIATKOSKI PAUL CDC IXIS FINANCIAL GUARANTY 825 THIRD AVENUE 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 16 | C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC. 825 THIRD AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 37 | ATTN: GENERAL COUNSEL CDC IXIS FINANCIAL GUARANTY SERVICES INC. 825 THIRD |

| Claim Name | Address Information |
|---|---|
| NEW GENERATION FUNDING TRUST 37 | AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 83 | C/O CIFG SERVICES, INC. 825 THIRD AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 38 | ATTN: KWIATKOSKI ATT: PAUL CDC IXIS FINANCIAL GUARANTY SERVICES INC. 825 THIRD AVENUE, 6TH FL. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 39 | C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC. 825 THIRD AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: THE DIRECTORS C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1094 GEORGE TOWN, GRAND CAYMAN KYI-1104 CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK LCDO 2007-2, LTD. | C/O DEUTSCHE BANK (CAYMAN) LTD P.O. BOX 1984 GT GRAND CAYMAN KY-1104 CAYMAN ISLANDS |
| PLANT MASTERS | ATTN:NANETTE COX 14379 AQUILLA RD. CLEVELAND OH 44201 |
| PYXIS ABS CDO 2007-1 LTD | CDO TRUST SERVICES GROUP – PYXIS ABS CDO 2007-1 LT PYXIS ABS CDO 2007-1 LTD.C/O MAPLES FINANCE LIMITE P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PYXIS ABS CDO 2007-1 LTD | CDO TRUST SERVICES GROUP – PYXIS ABS CDO 2007-1 LT LASALLE BANK NATIONAL ASSOCIATION 181 WEST MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| RESIDENCES DE LA REPUBLIQUE | 47 RUE DE MONCEAU PARIS 75008 FRANCE |
| RETIREMENT HOUSING FOUNDATION | ATTN: STEPHEN MARGETIC RETIREMENT HOUSING FOUNDATION 5150 EAST PACIFIC COAST HIGHWAY LONG BEACH CA 90804 |
| RETIREMENT HOUSING FOUNDATION | ATTN: STEPHEN MARGETIC 5150 EAST PACIFIC COAST HIGHWAY LONG BEACH CA 90804 |
| SAINT JOSEPH'S UNIVERSITY | ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS SAINT JOSEPH#APPOSS UNIVERSITY 5600 CITY AVENUE PHILADELPHIA PA 19131 |
| SAINT JOSEPH'S UNIVERSITY | ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS SAINT JOSEPH'S UNIVERSITY 5600 CITY AVENUE PHILADELPHIA PA 19131 |
| THE WITKOFF GROUP LLC | 220 EAST 42ND STREET NEW YORK NY 10017 |
| THE WITKOFF GROUP LLC | ATTN: SCOTT C. ALPER 130 EAST 59TH STREET, 15TH FLOOR NEW YORK NY 10022 |
| U.S. BANK NA | 4930 34TH AVENUE SOUTH MICR: 091000022 MINNEAPOLIS, MN 55417-1594 |
| U.S. BANK NATIONAL ASSOCIATION | BRIAN JUSTICE 225 E. ROBINSON STREET SUITE 250 ORLANDO FL 32801 |
| WELLS FARGO BANK, N.A. | 1 HOME CAMPUS, MAC X2301-04R ATTENTION: JOHN B. BROWN DES MOINES IA 50328-0001 |
| WELLS FARGO BANK, N.A. | 1 HOME CAMPUS X2401-06T ATTENTION: MANAGING COUNSEL; LOAN SERVICING DES MOINES IA 50328-0001 |
| WESTPAC BANKING CORPORATION | ATTN: SEAN CRELLIN 575 5TH AVE, 39TH FLOOR NEW YORK NY 10017 |
| WORKERS COMPENSATION INSURANCE FUND | ADAM COHEN CRAVATH, SWAINE & MOORE LLP 825 EIGHTH AVENUE NEW YORK NY 10019-7475 |

**Total Creditor count  53**

| Claim Name | Address Information |
|---|---|
| ALEX R. ROVIRA | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALEX R. ROVIRA | NICHOLAS P. CROWELL SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALISSA M. NANN | FOLEY & LARDNER LLP 90 PARK AVENUE, 36TH FLOOR NEW YORK NY 10016 |
| ALSTON & BIRD LLP | MICHAEL E. JOHNSON 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | JOHN C. WEITNAUER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| ANDREW B. ECKSTEIN | JEREMY A. RIST BLANK ROME LLP THE CHRYSLER BUILDING 405 LEXINGTON AVE. NEW YORK NY 10174-0208 |
| ANDREW C. GOLD | HANH V. HUYNH? HERRICK, FEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| ANDREW DENATALE | CLAUDE G. SZYFER DENISE K. WILDES STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| ANDREW P. BROZMAN | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| APEX LLC | 16-18F, MERITZ TOWER, 825-2 YEOKSAM-DONG, GANGNAM-GU, SEOUL 135-934 KOREA |
| ARNOLD & PORTER LLP | MICHAEL BERNSTEIN ROSA EVERGREEN DANA YANKOWITZ 555 TWELFTH ST., N.W. WASHINGTON DC 20004-1206 |
| BANCA POPOLARE DI VICENZA | SEDE LEGALE E DIREZIONE GENERALE: ATTENTION: SAMUELE SORATO, GENERAL MANAGER VIA BTG. FRAMARIN, 18 36100 VICENZA |
| BANCA PROFILO S.P.A. | SPADA ELENA 02584081 VIA S. MARTINO, 10 ATTENTION:  FABIO CANDELI, CEO 20122 MILANO ITALY |
| BENNETTE D. KRAMER | SCHLAM STONE & DOLAN LLP 26 BROADWAY NEW YORK NY 10004 |
| BINGHAM MCCUTCHEN LLP | SABIN WILLETT EVAN BENANTI ONE FEDERAL STREET BOSTON MA 02110 |
| BRIAN E. FOONT | THE FOONT LAW FIRM, LLC 11909 REYNOLDS AVENUE POTOMAC MD 20854 |
| BRIAN TRUST | JEFFREY G. TOUGAS CHRISTINE A. WALSH MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| BRIAN TRUST, STEVEN WOLOWITZ, CHRISTOPHER J. HOUPT | 1675 BROADWAY NEW YORK NY 10019 |
| BRIAN V. OTERO | STEPHEN BLACKLOCKS RYAN A BECKER HUNTON & WILLIAMS LLP 200 PARK AVENUE NEW YORK NY 10166-0005 |
| BRUCE E. CLARK | MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BRYAN KRAKAUER | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CAREY D. SCHREIBER | WINSTON & STRAWN LLC 200 PARK AVENUE NEW YORK NY 10166-4193 |
| CAROLE NEVILLE, ESQ. | SNR DENTON US LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1089 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHARLES M. TATELBAUM | STEVEN E. SEWARD HINSHAW & CULBERTSON LLP ONE EAST BROWARD BOULEVARD SUITE 1010 FT. LAUDERDALE FL 33301 |
| CHRISTOPHER M. DESIDERIO | NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| CHRISTOPHER R. DONOHO III | HOGAN LOVELLS US LLP 875 THIRD AVENUE NEW YORK NY 10022 |
| CHRISTOPHER S. CHOW | BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CLAUDE G. SZYFER | FRANCIS C. HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| CLAUDE SZYFER | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| CLIFFORD CHANCE US LLP | 31 WEST 52ND STREET JENNIFER C. DEMARCO DAVID A. SULLIVAN NEW YORK NY 10019 |
| CONCEPCION A. MONTOYA | HINSHAW & CULBERTSON LLP 780  THIRD AVENUE 4TH FLOOR NEW YORK NY 10017 |
| CRAIG GOLDBLATT | WILMER CUTLER PICKERING HALE AND DORR LLP 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |
| CRAIG M. PRICE | 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | LAURA E. APPLEBY CHAPMAN AND CUTLER LLP 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |

| Claim Name | Address Information |
|---|---|
| D. ROSS MARTIN | PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199 |
| DAVID F. HEROY | ANDREW P. R. MCDERMOTT BAKER & MCKENZIE LLP ONE PRUDENTIAL PLAZA 130 EAST RANDOLPH STREET, SUITE 3500 CHICAGO IL 60601 |
| DAVID J. THEISING | HARRISON & MOBERLY, LLP 10 WEST MARKET STREET, SUITE 700 INDIANAPOLIS IN 46204 |
| DAVID M. CAPRIOTTI, ESQ. | HARRIS BEACH PLLC ONE PARK PLACE, 4TH FLOOR 300 SOUTH STATE STREET SYRACUSE NY 13202 |
| DAVID M. LEMAY | CHRISTY L. RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| DAVID M. POWLEN | BARNES & THORNBURG LLP 1000 NORTH WEST STREET, SUITE 1200 WILMINGTON DE 19803 |
| DAVID M. TURETSKY | MAX S. POLONSKY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| DAVID R. SELIGMAN | KIRKLAND & ELLIS LLP 300 N LASALLE STREET CHICAGO IL 60652 |
| DENIS M. FORSTER | LAW OFFICES OF DENIS M. FORSTER 230 PARK AVENUE, SUITE 1000 NEW YORK NY 10169 |
| DLA PIPER LLP (US) | THOMAS R. CALIFANO, ESQ. DANIEL G. EGAN, ESQ. 1251 AVENUE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| EDWARD A. SMITH | RISHI KAPOOR VENABLE LLP ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| EDWARDS WILDMAN PALMER LLP | LARRY D. HENIN PAUL J. LABOV 750 LEXINGTON AVENUE NEW YORK NY 10022 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FOSTER PEPPER PLLC | DILLON E. JACKSON WSBA # 1539 (PRO HAC PENDING) 1111 THIRD AVENUE, SUITE. 3400 SEATTLE WA 98101 |
| FREDERICK B, HORGAN | BUSINESS MANAGER URSULINE ACADEMY INC. 85 LOWDER STREET DEDHAM MA 02081 |
| FREDERICK D. HYMAN | MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | EDWARD A. FRIEDMAN WILLIAM P. WEINTRAUB ANNE E. BEAUMONT 7 TIMES SQUARE NEW YORK NY 10036-6516 |
| GEOFFREY S. GOODMAN | LARS A. PETERSON FOLEY & LARDNER LLP 321 N. CLARK STREET, STE. 2800 CHICAGO IL 60654 |
| GEORGE A. ZIMMERMAN | MAX S. POLONSKY SKADDEN ARPS SLATE MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| HAROLD S. NOVIKOFF | GREGORY E. PESSIN WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| HARRIS WINSBERG | KING & SPALDING LLP 1180 PEACHTREE STREET ATLANTA GA 30309 |
| HEATH D. ROSENBLAT | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| IRA A. REID | BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JACK YOSKOWITZ | BENAY L. JOSSELSON SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| JAMES H.M. SPRAYREGEN | DAVID R. SELIGMAN KIRKLAND & ELLIS LLP 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| JAMES H.M. SPRAYREGEN, P.C. | DAVID R. SELIGMAN, P.C. KIRKLAND & ELLIS LLP 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| JAMES M. RINGER | CARTER LEDYARD & MILBURN LLP 2 WALL STREET STEPHEN M. PLOTNICK NEW YORK NY 10005 |
| JEANNETTE K. BOOT | PETER K. VIGELAND LIPI M. SHAH WILMER CUTLER PICKERING HALE AND DORR LLP 399 PARK AVENUE NEW YORK NY 10022 |
| JEANNETTE K. BOOT | WILMER CUTLER PICKERING HALE AND DORR LLP 399 PARK AVENUE NEW YORK NY 10022 |
| JEFF J. FRIEDMAN | KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| JEFF J. FRIEDMAN | JOEL W. STERNMAN KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| JEFFREY L. SCHWARTZ | CHRISTOPHER J. HUNKER HAHN & HESSEN LLP 488 MADISON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND STREET? NEW YORK NY 10019 |
| JEREMY D. WEINSTEIN | LAW OFFICES OF JEREMY D. WEINSTEIN, P.C. 1512 BONANZA STREET (THE OLD FIRE STATION) WALNUT CREEK CA 94596 |
| JOHN A. STEN | JASON C. MOREAU GREENBERG TRAURIG, LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| JOHN A. STEN | JOSEPH P. DAVIS GREENBERG TRAURIG, LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| JOHN C. WEITNAUER | 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| JOSE RAUL ALCANTAR VILLAGRAN | ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| K&L GATES LLP | ERIC T. MOSER, ESQ. EUNICE RIM, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ANDREW K. GLENN MATTHEW B. STEIN 1633 BROADWAY NEW YORK NY 10019 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | 1633 BROADWAY NEW YORK NY 10019 |
| KLESTADT & WINTERS, LLP | TRACY L. KLESTADT JOHN E. JURELLER, JR. 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018 |
| KRISTIN K. GOING | DRINKER BIDDLE & REATH LLP 1500 K. ST., N.W., SUITE 1100 WASHINGTON DC 20005 |
| LAUREN MACKSOUD | JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LAWRENCE V. GELBER | SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| LEE S. ATTANASIO | ALEX R. ROVIRA SIDLEY AUSTIN LLP NEW YORK NY 10019 |
| LEE S. ATTANASIO | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. (PK4176) 1251 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10020 |
| MACAULEY LLC | 300 DELAWARE AVENUE, SUITE 760 THOMAS MACAULEY WILMINGTON DE 19801 |
| MARIA J. DICONZA | GREENBERG TRAURIG, LLP METLIFE BUILDING 200 PARK AVENUE NEW YORK NY 10166 |
| MARK C. ELLENBERG, ESQ. | JOHN H. THOMPSON, ESQ. CADWALADER, WICKERSHAM & TAFT LLP 700 6TH STREET, NW WASHINGTON DC 20001 |
| MARK I. BANE | JOSE RAUL ALCANTAR VILLAGRAN ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MAYER BROWN LLP | HOWARD S. BELTZER 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | JEFFREY G. TOUGAS (JT-5533) CHRISTINE A. WALSH (CW-2727) 1675 BROADWAY NEW YORK NY 10019 |
| MEDIOBANCA | BANCA DI CREDITOR FINANZIARIO S.P.A. PIAZZETTA ENRICO CUCCIA 1 ATTENTION: LEGAL COUNSEL 20121 MILANO ITALY |
| MELVIN A. BROSTERMAN | CLAUDE G. SZYFER HAROLD A. OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MELVIN A. BROSTERMAN | CLAUDE G. SZYFER STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MICHAEL G. BURKE | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MICHAEL J. CORDONE, ESQ. | MARK J. DORVAL, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7018 |
| MICHAEL J. CORDONE, ESQUIRE | MARK J. DORVAL, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7018 |
| MICHAEL J. REYNOLDS | MCCARTER & ENGLISH, LLP 245 PARK AVENUE 27TH FLOOR NEW YORK NY 10167 |
| MICHAEL JOHNSON | 90 PARK AVENUE NEW YORK NY 10016 |
| MICHAEL K. MCCRORY | BARNES & THORNBURG LLP 11 S. MERIDIAN STREET INDIANAPOLIS IN 46204 |
| NATHAN COCO | JEFFREY ROSSMAN MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4400 CHICAGO IL 60606 |
| NAVA HAZAN | JARED ZAJAC MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| NIXON PEABODY LLP | AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | MARK N. BERMAN CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| PATRICK DARBY, ESQ. | BRADLEY ARANT BOULT CUMMINGS LLP ONE FEDERAL PLACE 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |

| Claim Name | Address Information |
| --- | --- |
| PATRICK L. HAYDEN | SHAWN R. FOX MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| PATRICK L. HAYDEN | DION W. HAYES SHAWN R. FOX MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| PATTERSON BELKNAP WEBB & TYLER LLP | DAVID W. DYKHOUSE BRIAN P. GUINEY 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| RANIERO D'AVERSA | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| REED SMITH | ERIC A. SCHAFFER (ES-6415) MICHAEL J. VENDITTO (MV-6715) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ANDREA PINCUS, ESQ. 599 LEXINGTON AVE. NEW YORK NY 10022 |
| ROBERT L. SILLS | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| RONALD S. BEACHER | TINA N. MOSS PRYOR CASHMAN LLP SEVEN TIMES SQUARE NEW YORK NY 10036-6569 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | CHRISTOPHER R. BELMONTE (CB-2163) PAMELA A. BOSSWICK (PB-5307) ABIGAIL SNOW (AS-2960) 230 PARK AVENUE, SUITE 1130 NEW YORK NY 10169 |
| SETH H. LIEBERMAN | PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| SHAWN R. FOX | DION W. HAYES MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| SHAWN R. FOX | 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| SHERON KORPUS | MATTHEW B. STEIN MEISTER SEELIG & FEIN LLP 140 E. 45TH STREET NEW YORK NY 10017 |
| SHMUEL VASSER | JANET M. BOLLINGER DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SNR DENTON US LLP | CAROLE NEVILLE, ESQ. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1089 |
| STEVE JAKUBOWSKI | THE COLEMAN LAW FIRM 77 WEST WACKER DRIVE SUITE 4800 CHICAGO IL 60601 |
| STEVEN H. NEWMAN, ESQ. | KATSKY KORINS LLP 605 THIRD AVENUE NEW YORK NY 10158 |
| STEVEN J. FINK | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| STEVEN KNOUS | 575 RIVERSIDE DRIVE BASALT CO 81621 |
| SULLIVAN & CROMWELL LLP | BRUCE E. CLARK MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS 125 BROAD STREET NEW YORK NY 10004 |
| SUTHERLAND ASBILL & BRENNAN LLP | MARK D. SHERRILL 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| THOMAS J. MOLONEY | CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| THOMAS R. CALIFANO, ESQ. | DANIEL G. EGAN, ESQ. DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| THOMAS S. MARRION | HINCKLEY, ALLEN & SNYDER LLP 20 CHURCH STREET HARTFORD CT 06103-1221 |
| THOMPSON HINE LLP | JOSEPH B. KOCZKO, ESQ. 335 MADISON AVE, 12TH FLOOR NEW YORK NY 10017 |
| TIMOTHY B. DESIENO | R. JEFFERY BLACK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| TINA N. MOSS | PRYOR CASHMAN LLP 7 TIMES SQUARE? NEW YORK NY 10036 |
| VENABLE LLP | EDWARD A. SMITH RISHI KAPOOR ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| WALTER H. CURCHACK | DANIEL B. BESIKOF LOEB & LOEB LLP 345 PARK AVENUE NEW YORK NY 10154 |
| WILLIAM A. SLAUGHTER | BALLARD SPAHR LLP 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| WILLIAM H. SCHORLING, CHRISTOPHER P. SCHUELLER | DONALD E. MALECKI, TIMOTHY P. PALMER ZAKARIJ O. THOMAS BUCHANAN INGERSOLL & ROONEY PC 620 EIGHTH AVE., 23RD FLOOR NEW YORK NY 10018 |

Total Creditor count  140

AVIVA S.P.A., AVIVA VITA S.P.A., AVIVA LIFE S.P.A.,
AVIVA ITALIA S.P.A. AND AVIVA ASSICURAZIONI
S.P.A.
MARK D. SHERRILL
SUTHERLAND ASBILL & BRENNAN LLP
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

EPCO HOLDINGS INC.
ANDREWS KURTH LLP
ROBIN RUSSELL
JEREMY B. RECKMEYER
450 LEXINGTON AVENUE,
15TH FLOOR
NEW YORK, NEW YORK 10017

ERIC A. SCHAFFER
MICHAEL J. VENDITTO
REED SMITH LLP
599 LEXINGTON AVENUE

REED SMITH LLP
ANDREA PINCUS
599 LEXINGTON AVENUE,

MEDIOBANCA
BANCA DI CREDITOR FINANZIARIO S.P.A.
PIAZZETTA ENRICO CUCCIA 1 – 20121 MILANO
IT ITALY
  ATTENTION: LEGAL COUNSEL

APEX LLC
16-18F, MERITZ TOWER, 825-2 YEOKSAM-DONG,
GANGNAM-GU, SEOUL 135-934, KOREA

ERIC A. SCHAFFER
MICHAEL J. VENDITTO
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

ALAN KOLOD
MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVE
NEW YORK, NEW YORK 10174

THOMAS S. MARRION
HINCKLEY, ALLEN & SNYDER LLP
20 CHURCH STREET
HARTFORD, CONNECTICUT 06103-1221

MAYER BROWN LLP
JEFFREY G. TOUGAS (JT-5533)
CHRISTINE A. WALSH (CW-2727)
1675 BROADWAY
NEW YORK, NEW YORK 10019

K&L GATES LLP
ERIC T. MOSER, ESQ.
EUNICE RIM, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| IRON MOUNTAIN^LOS ANGELES | PO BOX 601002 LOS ANGELES CA 90060 |

**Total Creditor count  1**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| HANOVER MOVING &STORAGE CO INC | 15 EXCHANGE PLACE SUITE 520 – 5TH FLOOR JERSEY CITY NJ 07302 |
| ROCKEFELLER GROUP | 1221 AVENUE OF THE AMERICAS (FOR 1301 AVE OF THE AMERICAS) NEW YORK NY 10020 |

**Total Creditor count  2**

| Claim Name | Address Information |
|---|---|
| AMEX CORPORATE CARD | P.O. BOX 1270 PEOPLESOFT NEWARK NJ 07101-1270 |
| BLOOMBERG LP | 731 LEXINGTON AVENUE ATTN: ESTHER RAMOS; ACCT. DEPT NEW YORK NY 10022 |
| CHICAGO MERCANTILE EXCHANGE | 141 WEST JACKSON BOULEVARD CHICAGO IL 60604 |
| CQG INC | ATTN: BILLING 1050 17TH STREET-SUITE 2000 DENVER CO 80265 |
| CUSHMAN & WAKEFIELD INC | 70 HUDSON STREET ATTN: DELSY PORTUHONDO; 101 HUDSON BUILDING JERSEY CITY NJ 07305 |
| DELL MARKETING L.P. | C\O DELL USA L.P. BOX 643561 PITTSBURGH PA 15264-3561 |
| PIRA ENERGY GROUP | 3 PARK AVENUE 26TH FLOOR NEW YORK NY 10016-5989 |
| PLATTS | PO BOX 848093 DALLAS TX 75284-8093 |
| POWERLYTIX LLC | C/O LIBERTY CREEK FINANCIAL SERVICE 2510 NORTH PINES RD. STE 102 SPOKANE VALLEY WA 99206 |
| PRENAX INC | 1375 SUTTER STREET SUITE 311 SAN FRANCISCO CA 94109 |
| REUTERS AMERICA INC | PO BOX 10410 NEWARK NJ 07193-0410 |
| STANDARD & POORS CORP. | 2542 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| THOMSON FINANCIAL | P.O. BOX 5136 CAROL STREAM IL 60197-5136 |

**Total Creditor count  13**

| Claim Name | Address Information |
|---|---|
| 1301 PROPERTIES OWNER LP | C\O PARAMOUNT GROUP INC 1633 BROADWAY SUITE 1801 NEW YORK NY 10019 |
| A V SERVICES INC | 99 FAIRFIELD ROAD FAIRFIELD NJ 07004 |
| ADVANTAGE HUMAN RESOURCING | P.O. BOX 414362 BOSTON MA 02241-4362 |
| AGILYSYS NJ INC. | 4248 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| ALEPH INC. | 1240 POWELL STREET SUITE 1B EMERYVILLE CA 94608 |
| ALPHA OFFICE SUPPLIES INC | PO BOX 2361 PHILADELPHIA PA 19004 |
| ANDREWS & KURTH | PO BOX 201785 HOUSTON TX 77216-1785 |
| ANIXTER INC. | PO BOX 847428 DALLAS TX 75284-7428 |
| AT&T | P.O. BOX 13148 NEWARK NJ 07101-5648 |
| AT&T MOBILITY | AT&T NATIONAL BUSINESS SERVICES LOAD NO. 040881 PO BOX 78405 PHOENIX AZ 85062 |
| AUTOMATED SECURITIES CLEARANCE LTD. | 7821 COLLECTIONS CENTER DRIVE C\O BANK OF AMERICA CHICAGO IL 60693 |
| BEELINE COM INC | 1 INDEPENDENT DR SUITE 800 JACKSONVILLE FL 32202 |
| BROADRIDGE FINANCIAL SOLUTIONS INC. | 2 JOURNAL SQUARE ATTN: CATHY BERNIER JERSEY CITY NJ 07306-0817 |
| CDW DIRECT LLC | P.O. BOX 75723 CHICAGO IL 60675-5723 |
| CISCO SYSTEMS CAPITAL CORPORATION | FILE NO. 73226 P.O. BOX 60000 SAN FRANCISCO CA 94160-3230 |
| CLAYTON FIXED INCOME SERVICES INC | 1700 LINCOLN STREET SUITE 1600 DENVER CO 80203 |
| COMPUTER ASSOCIATES INTERNATIONAL INC | BOX 3591 P.O. BOX 8500 PHILADELPHIA PA 19178-3591 |
| CYVEILLANCE | 1555 WILSON BOULEVARD ARLINGTON VA 22209-2405 |
| DELL MARKETING L.P. | C\O DELL USA L.P. BOX 643561 PITTSBURGH PA 15264-3561 |
| DIMENSION DATA | P.O. BOX 403667 ATLANTA GA 30384-3667 |
| EUREST DINING SERVICES | P.O. BOX 91337 CHICAGO IL 60693 |
| FOREST ELECTRIC CORP | TWO PENN PLAZA NEW YORK NY 10121 |
| GARTNER GROUP INC | PO BOX 911319 DALLAS TX 75391-1319 |
| GENSLER AND ASSOCIATES | 12478 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| GL TRADE AMERICAS INC. | 261 MADISON AVENUE 16TH FLOOR NEW YORK NY 10016 |
| GOTHAM TECHNOLOGY GROUP | 1 PARAGON DRIVE SUITE 200 MONTVALE NJ 07645 |
| GREENLINE FINANCIAL TECHNOLOGIES INC | POST OFFICE PO BOX 5633 NEW YORK NY 10087-5633 |
| HENEGAN CONSTRUCTION CO. INC. | 250 WEST 30TH STREET NEW YORK NY 10001 |
| IBM CORPORATION | PO BOX 643600 LOCKBOX 643600 PITTSBURGH PA 15264-3600 |
| ILOG INC | NW 5315 P.O. BOX 1450 MINNEAPOLIS MN 55485-5315 |
| INFORMATICA CORPORATION | PO BOX 712512 CINCINNATI OH 45271 |
| INFUSION DEVELOPMENT CORP. | 291 BROADWAY 13TH FLOOR NEW YORK NY 10007 |
| INTEGREON MANAGED SOLUTIONS | P.O. BOX 200400 PITTSBURGH PA 15251-0400 |
| IRON MOUNTAIN DIGITAL ARCHIVES | IRON MOUNTAIN INFORMATION MANAGEMENT INC PO 27128 NEW YORK NY 10087-7128 |
| LEHMAN BROTHERS UK CAPITAL FUNDING IV LP | 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS UK CAPITAL FUNDING V LP | 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LIQUID ENGINES INC. | 385 MOFFETT PARK DRIVE SUITE 105 SUNNYVALE CA 94089 |
| M&M SENTINEL GLOW INC | 24 REGENCY WAY MANALAPAN NJ 07726 |
| MCAFEE INC | 1729 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| MCI | W 41729 PO BOX 7777 PHILADELPHIA PA 19175-2925 |
| MICHAEL STAPLETON ASSOCIATES | 9 MURRAY STREET 2ND FLOOR NEW YORK NY 10007 |
| NASTEL TECHNOLOGIES INC. | 48 SOUTH SERVICE ROAD SUITE 205 MELVILLE NY 11747 |
| NETWORK APPLIANCE INC. | P.O. BOX 39000 DEPT 33060 SAN FRANCISCO CA 94139-3060 |
| POWERLYTIX LLC | C/O LIBERTY CREEK FINANCIAL SERVICE 2510 NORTH PINES RD. STE 102 SPOKANE VALLEY WA 99206 |
| PRENAX INC | 1375 SUTTER STREET SUITE 311 SAN FRANCISCO CA 94109 |
| PRICE WATERHOUSE COOPERS LLP | 1441 BRICKELL AVENUE SUITE 1100 ATTN: MARIDEL TRUJILLO MIAMI FL 33131 |
| RESTAURANT ASSOCIATES | P.O. BOX 91337 CHICAGO IL 60693-1337 |

| Claim Name | Address Information |
|---|---|
| REUTERS LIMITED LTD | AV. E. MADERO 942 - PISO 24 BUENOS AIRES ARGENTINA |
| ROCKEFELLER GROUP | 1221 AVENUE OF THE AMERICAS (FOR 1301 AVE OF THE AMERICAS) NEW YORK NY 10020 |
| ROLFE & NOLAN SYSTEMS INC. | 7943 EAGLE WAY CHICAGO IL 60678-1079 |
| SOFTWARE SPECTRUM INC. | P.O. BOX 848264 DALLAS TX 75284-8264 |
| SOS SECURITY INC | P.O. BOX 822224 PHILADELPHIA PA 19182-2224 |
| STANDARD REGISTER | PO BOX 91047 CHICAGO IL 60693 |
| SUN MICROSYSTEMS | C\O BANK OF AMERICA 12120 COLLECTION CENTER DRIVE CHICAGO IL 60693-1212 |
| SUNGARD SECURITIES FINANCE INC | 4434 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| T&M PROTECTION RESOURCES | 42 BROADWAY SUITE 1630 NEW YORK NY 10004 |
| TIBCO SOFTWARE INC. | DEPT 33142 PO BOX 39000 SAN FRANCISCO CA 94139-3142 |
| TIME WARNER | PO BOX 9227 UNIONDALE NY 11555-9227 |
| TRILOGY LEASING CO LLC | C\O 1ST CONSTITUTION BANK P.O.BOX 574 CRANBURY NJ 08512 |
| VERISIGN INC | PO BOX 849985 DALLAS TX 75284 |
| VERIZON | P.O. BOX 15124 ALBANY NY 12212-5124 |
| VERIZON BUSINESS | PO BOX 70928 CHICAGO IL 60673-0928 |
| VERIZON BUSINESS SERVICES | PO BOX 371322 PITTSBURGH PA 15250-7322 |
| VERIZON WIRELESS | 1305 SOLUTIONS CENTER CHICAGO IL 60677 |
| VIGILANT, LLC | 305 MADISON AVENUE SUITE 449 NEW YORK NY 10165 |
| WILLIAMS LEA INC. | 14927 COLLECTIONS CENTER CHICAGO IL 60693 |
| WIPRO TECHNOLOGIES | 1300 CRITTENDEN LANE SUITE 200 MOUNTAIN VIEW CA 94043 |
| WOOD STREET INVESTMENTS LTD | 25 BANK STREET LONDON E14 SLE UNITED KINGDOM |

**Total Creditor count  68**

| Claim Name | Address Information |
|---|---|
| ADVANTAGE HUMAN | RESOURCING P.O. BOX 414362 BOSTON MA 02241-4362 |
| AMEX CORPORATE CARD | P.O. BOX 1270 PEOPLESOFT NEWARK NJ 07101-1270 |
| BEELINE COM INC | 1 INDEPENDENT DR SUITE 800 JACKSONVILLE FL 32202 |
| BLOOMBERG LP | 731 LEXINGTON AVENUE ATTN: ESTHER RAMOS; ACCT. DEPT NEW YORK NY 10022 |
| CHICAGO MERCANTILE | EXCHANGE 141 WEST JACKSON BOULEVARD CHICAGO IL 60604 |
| CUSHMAN & WAKEFIELD INC | 70 HUDSON STREET ATTN: DELSY PORTUHONDO; 101 HUDSON BUILDING JERSEY CITY NJ 07305 |
| LINKLATERS 10F | ALEXANDRA HOUSE; CHATER ROAD HONG KONG |
| MF GLOBAL INC | 440 SOUTH LA SALLE STREET 20TH FLOOR CHICAGO IL 60605 |
| PREBON FINANCIAL PRODUCTS INC | P.O. BOX 2010 JERSEY CITY NJ 07303-2010 |
| REUTERS AMERICA INC | PO BOX 10410 NEWARK NJ 07193-0410 |
| STANDARD & POOR'S INT'L LLC. | STE 3601, 36TH FL EDINBURGH TWR THE LANDMARK, 15 QUEEN'S ROAD CENTRAL HONG KONG |
| STANDARD & POORS | 20 CANADA SQUARE CANARY WHARF LONDON E14 5LH UNITED KINGDOM |
| STANDARD & POORS CORP. | 2542 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| THOMSON FINANCIAL | P.O. BOX 5136 CAROL STREAM IL 60197-5136 |
| WALKERS WALKER HOUSE | PO BOX 265GT; MARY STREET GEORGE TOWN CAYMAN ISLANDS |

**Total Creditor count  15**

| Claim Name | Address Information |
|---|---|
| AMEX CORPORATE CARD | P.O. BOX 1270 PEOPLESOFT NEWARK NJ 07101-1270 |
| BEELINE COM INC | 1 INDEPENDENT DR SUITE 800 JACKSONVILLE FL 32202 |
| BLOOMBERG LP | 731 LEXINGTON AVENUE ATTN: ESTHER RAMOS, ACCT. DEPT NEW YORK NY 10022 |
| DEALOGIC LLC | P.O. BOX 2803 BUFFALO NY 14240-2803 |
| DELL MARKETING L.P. | C\O DELL USA L.P. BOX 643561 PITTSBURGH PA 15264-3561 |
| DEUTSCHE BANK AG | 60 WALL STREET NEW YORK NY 10005 |
| FT INTERACTIVE DATA | P.O. BOX 98616 CHICAGO IL 60693 |
| GLOBAL INSIGHT INC | PO BOX 945937 ATLANTA GA 30394-5937 |
| GREENBERG TRAURIG | 1221 BRICKELL AVE MIAMI FL 33131 |
| LONGMEADE LIMITED | 5 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| MOODYS INVESTORS SERVICE | PO BOX 102597 ATLANTA GA 30368-0597 |
| REUTERS AMERICA INC | PO BOX 10410 NEWARK NJ 07193-0410 |
| STANDARD & POORS CORP. | 2542 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| SUNGARD SECURITIES FINANCE INC | 4434 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| TRADE WEB | HARBORSIDE FINANCIAL CENTER 2200 PLAZA FIVE JERSEY CITY NJ 07311 |

**Total Creditor count  15**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MF GLOBAL INC | 440 SOUTH LA SALLE STREET 20TH FLOOR CHICAGO IL 60605 |

**Total Creditor count  1**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO. | 111 NORTH ORLANDO AVENUE ATTN: GARY SKILTON WINTER PARK FL 32789 |
| BRIAN JUSTICE | U.S. BANK NATIONAL ASSOCIATION 225 E. ROBINSON STREET SUITE 250 ORLANDO FL 32801 |
| CARNEGIE INSTITUTION OF WASHINGTON | 1530 P STREET, N.W. ATTN: DIRECTOR OF ADMINISTRATION AND FINANCE WASHINGTON DC 20005-1910 |
| ELLA'S ALTERATIONS | 1127 EUCLID AV. ATTN: ELLA POOLE CLEVELAND OH 44115 |
| FEDERAL HOME LOAN BANK OF DALLAS | 8500 FREEPORT PARKWAY SOUTH ATTN: MICHAEL SIMS, SVP, CFO SUITE 100 IRVING TX 75063-2547 |
| FEDERAL HOME LOAN BANK OF DALLAS | ATTN: MICHAEL SIMS, SVP, CFO P.O. BOX 619026 DALLAS/FT. WORTH TX 75261-9026 |
| FEDERAL HOME LOAN BANK OF NEWYORK | ATTENTION: PATRICK A. MORGAN, CFO 101 PARK AVENUE NEW YORK NY 10178-0599 |
| FINER THINGS | 1127 EUCLID AVE. STE 717 ATT: CAROL STANLEY CLEVELAND OH 44115 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | PLAZA ONE BUILDING, 5TH FL 401 SOUTH WASHINGTON SQUARE DIRECTOR EXECUTIVE LANSING MI 48933 |
| OHIO HOUSING FINANCE AGENCY | 57 EAST MAIN STREET COLUMBUS OH 43215-5135 |
| PLANT MASTERS | 14379 AQUILLA RD. ATTN:NANETTE COX CLEVELAND OH 44021 |
| ROYAL BANK OF CANADA | 2ND FLOOR, ROYAL BANK PLAZA NORTH TOWER 200 BAY STREET TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK NY 10281-8098 |
| U.S. BANK NA | 4930 34TH AVENUE SOUTH MICR: 091000022 MINNEAPOLIS MN 55417-1594 |
| WEST POINT HOUSING LLC | C/O BALFOUR BEATTY COMMUNITIES 10 CAMPUS BOULEVARD ATTN: LESLIE S. COHN NEWTOWN SQUARE PA 19073 |
| WEST POINT HOUSING LLC | C/O BALFOUR BEATTY COMMUNITIES 10 CAMPUS BOULEVARD ATTN: LESLIE S. COHN NEWTOWN SQUARE PA 19073 |

**Total Creditor count  16**