**Exhibit A**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 15075 | $1,175,958.25 | No Liability Claim |
| 2 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15077 | $1,175,958.25 | No Liability Claim |
| 3 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20327 | $32,723,011.81* | No Liability Claim |
| 4 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20333[1] | $7,610,790.81* | No Liability Claim |

---

[1] Claim 20333 has been asserted in the amount of $62,657,178.81. Pursuant to the Two Hundred Forty-Fourth Omnibus Objection to Claims, only the portion of Claim 20333 asserting a claim totaling $7,610,790.81 against LBSF is being expunged. The remaining portion of Claim 20333 asserting a claim totaling $55,046,388.00 is not being expunged pursuant to, or being affected by, the Two Hundred Forty-Fourth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 20333 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20324 | $13,115,693.67* | No Liability Claim |
| 6 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20325 | $13,115,693.67* | No Liability Claim |
| 7 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20326 | $32,723,011.81* | No Liability Claim |
| 8 | CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY, THE CAMMY C. DUPONT, PRINCIPAL COUNTY COUNSEL OFFICE OF COUNTY COUNSEL - COUNTY OF LOS ANGELES 500 WEST TEMPLE STREET LOS ANGELES, CA 90012 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/01/2009 | 3611 | $18,925,292.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | CRE FIDUCIARY SERVICES INC., TRUSTEE ORG TRUST UAD 12/21/04 C/O LYNN JORDAN 2120 CARREY AVE CHEYENNE, WY 82001 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23878 | $12,972.02 | No Liability Claim |
| 10 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK, NY 10005 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 27906 | Undetermined | No Liability Claim |
| 11 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28465 | Undetermined | No Liability Claim |
| 12 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28466 | Undetermined | No Liability Claim |
| 13 | ENI UK LIMITED ENI HOUSE ATTN: SUZANNE C BELL 10 EBURY BRIDGE ROAD LONDON, SW1W 8PZ UNITED KINGDOM | 08-13885 (JMP) | **Lehman Brothers Commodity Services Inc.** | 09/22/2009 | 30079 | $1,211,111.00 | No Liability Claim |
| 14 | ENI UK LIMITED ENI HOUSE ATTN: SUZANNE C. BELL 10 EBURY BRIDGE ROAD LONDON, SW1W 8PZ UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30080 | $1,211,111.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 08/05/2009 | 7366 | $487,854.06 | No Liability Claim |
| 16 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 08/05/2009 | 7367 | $487,854.06 | No Liability Claim |
| 17 | GRANITE FINANCE LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 27816 | Undetermined | No Liability Claim |
| 18 | GRANITE FINANCE LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 27817 | Undetermined | No Liability Claim |
| 19 | GRANITE FINANCE LIMITED C/O HSBC HOUSE ATTN: THE DIRECTORS ATTN: CONNAN HILL & SYLVIA LEWIS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 27867 | Undetermined | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | **GRANITE FINANCE LIMITED** C/O HSBC HOUSE ATTN: THE DIRECTORS ATTN: CONNAN HILL & SYLVIA LEWIS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 27868 | Undetermined | No Liability Claim |
| 21 | **ITOCHU CORPORATION** FOR THE ATTENTION OF NAOKO FUJITA, LEGAL DEPT 1, LEGAL DIV (TOKYO) 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO, 107-8077 JAPAN | 08-13885 (JMP) | **Lehman Brothers Commodity Services Inc.** | 09/04/2009 | 10367 | $122,846.50 | No Liability Claim |
| 22 | **JUDSON** ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 12/01/2008 | 1166 | $434,656.17 | No Liability Claim |
| 23 | **KBL EUROPEAN PRIVATE BANKERS SA** ATTN: LEGAL DEPARTMENT 43, BOULEVARD ROYAL LUXEMBOURG, L2955 LUXEMBOURG | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/16/2009 | 13905 | $104,545.14* | No Liability Claim |
| 24 | **KBL EUROPEAN PRIVATE BANKERS SA** ATTN: LEGAL DEPARTMENT 43, BOULEVARD ROYAL L- 2955  LUXEMBOURG, LUXEMBOURG | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 14410 | $104,545.14* | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | PRECISION PARTNERS HOLDING COMPANY<br>3300 OAKTON ST<br>SKOKIE, IL 60076-2953 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 08/24/2009 | 9118 | $327,500.00 | No Liability Claim |
| 26 | SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT<br>C/O W. GARY HULL<br>PAB 207, 1521 N. PROJECT DRIVE<br>TEMPE, AZ 85281 | 08-13885 (JMP) | **Lehman Brothers Commodity Services Inc.** | 09/21/2009 | 22283 | Undetermined | No Liability Claim |
| 27 | THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8<br>ATTN: MARTIN FEIG, VICE PRESIDENT<br>101 BARCLAY STREET; 8 WEST<br>NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14587 | Undetermined | No Liability Claim |
| 28 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: PAMELA WIEDER, VP<br>CORPORATE TRUST SERVICES, ED-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST PAUL, MN 55107 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 27142 | $3,342,534.77* | No Liability Claim |
| 29 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: PAMELA WIEDER, VP<br>CORPORATE TRUST SERVICES, ED-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 27143 | $3,342,534.77* | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | WELLS FARGO BANK, NA AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 SUPPLEMENTAL INT. TST C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 24852 | Undetermined | No Liability Claim |
| 31 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 24639 | Undetermined | No Liability Claim |
| 32 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 24640 | Undetermined | No Liability Claim |
| 33 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 24641 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 244: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24642 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $131,755,474.90 | |