UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,
      Debtors.

------------------------------------------------------------------------x

:    Chapter 11

:

:    Case No. 08-13555 (JMP)

:

:    (Jointly Administered)

:

:    Ref. Docket Nos. 22893-22899

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                  ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.    I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On December 2, 2011, I caused to be served the:

    a.    "Notice of Amendment to Schedule F of LBHI's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22893], (the "LBHI Notice"),

    b.    "Notice of Amendment to Schedule F of LCPI's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22894], (the "LCPI Notice"),

    c.    "Notice of Amendment to Schedule F of LOTC's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22895], (the "LOTC Notice"),

    d.    "Notice of Amendment to Schedule F of LB 745's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22896], (the "LB 745 Notice"),

e.  "Notice of Amendment to Schedule F of LBCS's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22897], (the "LBCS Notice"),

f.  "Notice of Amendment to Schedule F of LBSF's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22898], (the "LBSF Notice"), and

g.  "Notice of Amendment to Schedule F of BNC's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22899], (the "BNC Notice"),

by causing true and correct copies of the:

i.  LBHI Notice, LCPI Notice, LOTC Notice, LB 745 Notice, LBCS Notice, LBSF Notice and BNC Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  LBHI Notice, LCPI Notice, LOTC Notice, LB 745 Notice, LBCS Notice, LBSF Notice and BNC Notice, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.  LBHI Notice, LCPI Notice, LOTC Notice, LB 745 Notice, LBCS Notice, LBSF Notice and BNC Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  LBHI Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.  LCPI Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.  LOTC Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.  LB 745 Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii.  LBCS Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H,

ix.  LBSF Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit I, and

x.  BNC Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit J.

3.    All envelopes utilized in the service of the foregoing contained the following legend:
     "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
     ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
7th day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Notices of Amendment to Schedule F_DI 22893-22899_AFF_12-2-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bill.freeman@pillsburylaw.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmerrill@susmangodfrey.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com |
| ahammer@freebornpeters.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| akornikova@lcbf.com | bstrickland@wtplaw.com |
| alum@ftportfolios.com | btrust@mayerbrown.com |
| amarder@msek.com | bturk@tishmanspeyer.com |
| amartin@sheppardmullin.com | bwolfe@sheppardmullin.com |
| amcmullen@boultcummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| anann@foley.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | ceskridge@susmangodfrey.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| apo@stevenslee.com | chammerman@paulweiss.com |
| aquale@sidley.com | chardman@klestadt.com |
| araboy@cov.com | charles@filardi-law.com |
| arahl@reedsmith.com | charles_malloy@aporter.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | colea@gtlaw.com |
| asnow@ssbb.com | cousinss@gtlaw.com |
| atrehan@mayerbrown.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |
| austin.bankruptcy@publicans.com | craig.goldblatt@wilmerhale.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com

dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com

jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| jporter@entwistle-law.com | lisa.kraidin@allenovery.com |
| jprol@lowenstein.com | ljkotler@duanemorris.com |
| jrabinowitz@rltlawfirm.com | lmarinuzzi@mofo.com |
| jrsmith@hunton.com | lmay@coleschotz.com |
| jschwartz@hahnhessen.com | lmcgowen@orrick.com |
| jsheerin@mcguirewoods.com | lml@ppgms.com |
| jshickich@riddellwilliams.com | lnashelsky@mofo.com |
| jsmairo@pbnlaw.com | loizides@loizides.com |
| jstoll@mayerbrown.com | lromansic@steptoe.com |
| jsullivan@mosessinger.com | lscarcella@farrellfritz.com |
| jtimko@shutts.com | lschweitzer@cgsh.com |
| jtougas@mayerbrown.com | lsilverstein@potteranderson.com |
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.bane@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| ken.coleman@allenovery.com | mark.houle@pillsburylaw.com |
| ken.higman@hp.com | mark.sherrill@sutherland.com |
| kerry.moynihan@hro.com | martin.davis@ots.treas.gov |
| kgwynne@reedsmith.com | marvin.clements@ag.tn.gov |
| kiplok@hugheshubbard.com | matt@willaw.com |
| kkelly@ebglaw.com | matthew.klepper@dlapiper.com |
| kkolbig@mosessinger.com | maustin@orrick.com |
| klyman@irell.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mbienenstock@dl.com |
| kovskyd@pepperlaw.com | mbloemsma@mhjur.com |
| kpiper@steptoe.com | mbossi@thompsoncoburn.com |
| kressk@pepperlaw.com | mcademartori@sheppardmullin.com |
| kreynolds@mklawnyc.com | mccombst@sullcrom.com |
| krosen@lowenstein.com | mcordone@stradley.com |
| kuehn@bragarwexler.com | mcto@debevoise.com |
| kurt.mayr@bgllp.com | mdahlman@kayescholer.com |
| lacyr@sullcrom.com | mdorval@stradley.com |
| landon@streusandlandon.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lathompson@co.sanmateo.ca.us | metkin@lowenstein.com |
| lberkoff@moritthock.com | mfeldman@willkie.com |
| lee.stremba@troutmansanders.com | mgordon@briggs.com |
| lgranfield@cgsh.com | mgreger@allenmatkins.com |
| lhandelsman@stroock.com | mh1@mccallaraymer.com |
| linda.boyle@twtelecom.com | mharris@smsm.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org

paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrainguiterrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com

snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| 1301 PROPERTIES OWNER LP | C\O PARAMOUNT GROUP INC 1633 BROADWAY SUITE 1801 NEW YORK NY 10019 |
| A V SERVICES INC | 99 FAIRFIELD ROAD FAIRFIELD NJ 07004 |
| ADVANTAGE HUMAN RESOURCING | P.O. BOX 414362 BOSTON MA 02241-4362 |
| AGILYSYS NJ INC. | 4248 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| ALEPH INC. | 1240 POWELL STREET SUITE 1B EMERYVILLE CA 94608 |
| ALPHA OFFICE SUPPLIES INC | PO BOX 2361 PHILADELPHIA PA 19004 |
| ANDREWS & KURTH | PO BOX 201785 HOUSTON TX 77216-1785 |
| ANIXTER INC. | PO BOX 847428 DALLAS TX 75284-7428 |
| AT&T | P.O. BOX 13148 NEWARK NJ 07101-5648 |
| AT&T MOBILITY | AT&T NATIONAL BUSINESS SERVICES LOAD NO. 040881 PO BOX 78405 PHOENIX AZ 85062 |
| AUTOMATED SECURITIES CLEARANCE LTD. | 7821 COLLECTIONS CENTER DRIVE C\O BANK OF AMERICA CHICAGO IL 60693 |
| BEELINE COM INC | 1 INDEPENDENT DR SUITE 800 JACKSONVILLE FL 32202 |
| BROADRIDGE FINANCIAL SOLUTIONS INC. | 2 JOURNAL SQUARE ATTN: CATHY BERNIER JERSEY CITY NJ 07306-0817 |
| CDW DIRECT LLC | P.O. BOX 75723 CHICAGO IL 60675-5723 |
| CISCO SYSTEMS CAPITAL CORPORATION | FILE NO. 73226 P.O. BOX 60000 SAN FRANCISCO CA 94160-3230 |
| CLAYTON FIXED INCOME SERVICES INC | 1700 LINCOLN STREET SUITE 1600 DENVER CO 80203 |
| COMPUTER ASSOCIATES INTERNATIONAL INC | BOX 3591 P.O. BOX 8500 PHILADELPHIA PA 19178-3591 |
| CYVEILLANCE | 1555 WILSON BOULEVARD ARLINGTON VA 22209-2405 |
| DELL MARKETING L.P. | C\O DELL USA L.P. BOX 643561 PITTSBURGH PA 15264-3561 |
| DIMENSION DATA | P.O. BOX 403667 ATLANTA GA 30384-3667 |
| EUREST DINING SERVICES | P.O. BOX 91337 CHICAGO IL 60693 |
| FOREST ELECTRIC CORP | TWO PENN PLAZA NEW YORK NY 10121 |
| GARTNER GROUP INC | PO BOX 911319 DALLAS TX 75391-1319 |
| GENSLER AND ASSOCIATES | 12478 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| GL TRADE AMERICAS INC. | 261 MADISON AVENUE 16TH FLOOR NEW YORK NY 10016 |
| GOTHAM TECHNOLOGY GROUP | 1 PARAGON DRIVE SUITE 200 MONTVALE NJ 07645 |
| GREENLINE FINANCIAL TECHNOLOGIES INC | POST OFFICE PO BOX 5633 NEW YORK NY 10087-5633 |
| HENEGAN CONSTRUCTION CO. INC. | 250 WEST 30TH STREET NEW YORK NY 10001 |
| IBM CORPORATION | PO BOX 643600 LOCKBOX 643600 PITTSBURGH PA 15264-3600 |
| ILOG INC | NW 5315 P.O. BOX 1450 MINNEAPOLIS MN 55485-5315 |
| INFORMATICA CORPORATION | PO BOX 712512 CINCINNATI OH 45271 |
| INFUSION DEVELOPMENT CORP. | 291 BROADWAY 13TH FLOOR NEW YORK NY 10007 |
| INTEGREON MANAGED SOLUTIONS | P.O. BOX 200400 PITTSBURGH PA 15251-0400 |
| IRON MOUNTAIN DIGITAL ARCHIVES | IRON MOUNTAIN INFORMATION MANAGEMENT INC PO 27128 NEW YORK NY 10087-7128 |
| LEHMAN BROTHERS UK CAPITAL FUNDING IV LP | 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS UK CAPITAL FUNDING V LP | 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LIQUID ENGINES INC. | 385 MOFFETT PARK DRIVE SUITE 105 SUNNYVALE CA 94089 |
| M&M SENTINEL GLOW INC | 24 REGENCY WAY MANALAPAN NJ 07726 |
| MCAFEE INC | 1729 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| MCI | W 41729 PO BOX 7777 PHILADELPHIA PA 19175-2925 |
| MICHAEL STAPLETON ASSOCIATES | 9 MURRAY STREET 2ND FLOOR NEW YORK NY 10007 |
| NASTEL TECHNOLOGIES INC. | 48 SOUTH SERVICE ROAD SUITE 205 MELVILLE NY 11747 |
| NETWORK APPLIANCE INC. | P.O. BOX 39000 DEPT 33060 SAN FRANCISCO CA 94139-3060 |
| POWERLYTIX LLC | C/O LIBERTY CREEK FINANCIAL SERVICE 2510 NORTH PINES RD. STE 102 SPOKANE VALLEY WA 99206 |
| PRENAX INC | 1375 SUTTER STREET SUITE 311 SAN FRANCISCO CA 94109 |
| PRICE WATERHOUSE COOPERS LLP | 1441 BRICKELL AVENUE SUITE 1100 ATTN: MARIDEL TRUJILLO MIAMI FL 33131 |
| RESTAURANT ASSOCIATES | P.O. BOX 91337 CHICAGO IL 60693-1337 |

| Claim Name | Address Information |
|---|---|
| REUTERS LIMITED LTD | AV. E. MADERO 942 - PISO 24 BUENOS AIRES ARGENTINA |
| ROCKEFELLER GROUP | 1221 AVENUE OF THE AMERICAS (FOR 1301 AVE OF THE AMERICAS) NEW YORK NY 10020 |
| ROLFE & NOLAN SYSTEMS INC. | 7943 EAGLE WAY CHICAGO IL 60678-1079 |
| SOFTWARE SPECTRUM INC. | P.O. BOX 848264 DALLAS TX 75284-8264 |
| SOS SECURITY INC | P.O. BOX 822224 PHILADELPHIA PA 19182-2224 |
| STANDARD REGISTER | PO BOX 91047 CHICAGO IL 60693 |
| SUN MICROSYSTEMS | C\O BANK OF AMERICA 12120 COLLECTION CENTER DRIVE CHICAGO IL 60693-1212 |
| SUNGARD SECURITIES FINANCE INC | 4434 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| T&M PROTECTION RESOURCES | 42 BROADWAY SUITE 1630 NEW YORK NY 10004 |
| TIBCO SOFTWARE INC. | DEPT 33142 PO BOX 39000 SAN FRANCISCO CA 94139-3142 |
| TIME WARNER | PO BOX 9227 UNIONDALE NY 11555-9227 |
| TRILOGY LEASING CO LLC | C\O 1ST CONSTITUTION BANK P.O.BOX 574 CRANBURY NJ 08512 |
| VERISIGN INC | PO BOX 849985 DALLAS TX 75284 |
| VERIZON | P.O. BOX 15124 ALBANY NY 12212-5124 |
| VERIZON BUSINESS | PO BOX 70928 CHICAGO IL 60673-0928 |
| VERIZON BUSINESS SERVICES | PO BOX 371322 PITTSBURGH PA 15250-7322 |
| VERIZON WIRELESS | 1305 SOLUTIONS CENTER CHICAGO IL 60677 |
| VIGILANT, LLC | 305 MADISON AVENUE SUITE 449 NEW YORK NY 10165 |
| WILLIAMS LEA INC. | 14927 COLLECTIONS CENTER CHICAGO IL 60693 |
| WIPRO TECHNOLOGIES | 1300 CRITTENDEN LANE SUITE 200 MOUNTAIN VIEW CA 94043 |
| WOOD STREET INVESTMENTS LTD | 25 BANK STREET LONDON E14 SLE UNITED KINGDOM |

**Total Creditor count  68**

**EXHIBIT E**

| Claim Name | Address Information |
|------------|---------------------|
| AMEX CORPORATE CARD | P.O. BOX 1270 PEOPLESOFT NEWARK NJ 07101-1270 |
| BEELINE COM INC | 1 INDEPENDENT DR SUITE 800 JACKSONVILLE FL 32202 |
| BLOOMBERG LP | 731 LEXINGTON AVENUE ATTN: ESTHER RAMOS, ACCT. DEPT NEW YORK NY 10022 |
| DEALOGIC LLC | P.O. BOX 2803 BUFFALO NY 14240-2803 |
| DELL MARKETING L.P. | C\O DELL USA L.P. BOX 643561 PITTSBURGH PA 15264-3561 |
| DEUTSCHE BANK AG | 60 WALL STREET NEW YORK NY 10005 |
| FT INTERACTIVE DATA | P.O. BOX 98616 CHICAGO IL 60693 |
| GLOBAL INSIGHT INC | PO BOX 945937 ATLANTA GA 30394-5937 |
| GREENBERG TRAURIG | 1221 BRICKELL AVE MIAMI FL 33131 |
| LONGMEADE LIMITED | 5 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| MOODYS INVESTORS SERVICE | PO BOX 102597 ATLANTA GA 30368-0597 |
| REUTERS AMERICA INC | PO BOX 10410 NEWARK NJ 07193-0410 |
| STANDARD & POORS CORP. | 2542 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| SUNGARD SECURITIES FINANCE INC | 4434 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| TRADE WEB | HARBORSIDE FINANCIAL CENTER 2200 PLAZA FIVE JERSEY CITY NJ 07311 |

**Total Creditor count  15**

# EXHIBIT F

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MF GLOBAL INC | 440 SOUTH LA SALLE STREET 20TH FLOOR CHICAGO IL 60605 |

**Total Creditor count  1**

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| HANOVER MOVING &STORAGE CO INC | 15 EXCHANGE PLACE SUITE 520 – 5TH FLOOR JERSEY CITY NJ 07302 |
| ROCKEFELLER GROUP | 1221 AVENUE OF THE AMERICAS (FOR 1301 AVE OF THE AMERICAS) NEW YORK NY 10020 |

**Total Creditor count  2**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMEX CORPORATE CARD | P.O. BOX 1270 PEOPLESOFT NEWARK NJ 07101-1270 |
| BLOOMBERG LP | 731 LEXINGTON AVENUE ATTN: ESTHER RAMOS; ACCT. DEPT NEW YORK NY 10022 |
| CHICAGO MERCANTILE EXCHANGE | 141 WEST JACKSON BOULEVARD CHICAGO IL 60604 |
| CQG INC | ATTN: BILLING 1050 17TH STREET-SUITE 2000 DENVER CO 80265 |
| CUSHMAN & WAKEFIELD INC | 70 HUDSON STREET ATTN: DELSY PORTUHONDO; 101 HUDSON BUILDING JERSEY CITY NJ 07305 |
| DELL MARKETING L.P. | C\O DELL USA L.P. BOX 643561 PITTSBURGH PA 15264-3561 |
| PIRA ENERGY GROUP | 3 PARK AVENUE 26TH FLOOR NEW YORK NY 10016-5989 |
| PLATTS | PO BOX 848093 DALLAS TX 75284-8093 |
| POWERLYTIX LLC | C/O LIBERTY CREEK FINANCIAL SERVICE 2510 NORTH PINES RD. STE 102 SPOKANE VALLEY WA 99206 |
| PRENAX INC | 1375 SUTTER STREET SUITE 311 SAN FRANCISCO CA 94109 |
| REUTERS AMERICA INC | PO BOX 10410 NEWARK NJ 07193-0410 |
| STANDARD & POORS CORP. | 2542 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| THOMSON FINANCIAL | P.O. BOX 5136 CAROL STREAM IL 60197-5136 |

**Total Creditor count  13**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| ADVANTAGE HUMAN | RESOURCING P.O. BOX 414362 BOSTON MA 02241-4362 |
| AMEX CORPORATE CARD | P.O. BOX 1270 PEOPLESOFT NEWARK NJ 07101-1270 |
| BEELINE COM INC | 1 INDEPENDENT DR SUITE 800 JACKSONVILLE FL 32202 |
| BLOOMBERG LP | 731 LEXINGTON AVENUE ATTN: ESTHER RAMOS; ACCT. DEPT NEW YORK NY 10022 |
| CHICAGO MERCANTILE | EXCHANGE 141 WEST JACKSON BOULEVARD CHICAGO IL 60604 |
| CUSHMAN & WAKEFIELD INC | 70 HUDSON STREET ATTN: DELSY PORTUHONDO; 101 HUDSON BUILDING JERSEY CITY NJ 07305 |
| LINKLATERS 10F | ALEXANDRA HOUSE; CHATER ROAD HONG KONG |
| MF GLOBAL INC | 440 SOUTH LA SALLE STREET 20TH FLOOR CHICAGO IL 60605 |
| PREBON FINANCIAL PRODUCTS INC | P.O. BOX 2010 JERSEY CITY NJ 07303-2010 |
| REUTERS AMERICA INC | PO BOX 10410 NEWARK NJ 07193-0410 |
| STANDARD & POOR'S INT'L LLC. | STE 3601, 36TH FL EDINBURGH TWR THE LANDMARK, 15 QUEEN'S ROAD CENTRAL HONG KONG |
| STANDARD & POORS | 20 CANADA SQUARE CANARY WHARF LONDON E14 5LH UNITED KINGDOM |
| STANDARD & POORS CORP. | 2542 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| THOMSON FINANCIAL | P.O. BOX 5136 CAROL STREAM IL 60197-5136 |
| WALKERS WALKER HOUSE | PO BOX 265GT; MARY STREET GEORGE TOWN CAYMAN ISLANDS |

**Total Creditor count  15**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| IRON MOUNTAIN^LOS ANGELES | PO BOX 601002 LOS ANGELES CA 90060 |

**Total Creditor count  1**