## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST** ("Assignor") does hereby unconditionally and irrevocably transfer and assign unto **HARTFORD LIFE INSURANCE COMPANY** ("Assignee") all rights, title and interest in and to the allowed claims of Assignor referenced as proof of claim number 0000023443 in the principal amount of $87,947.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

**ASSIGNOR:**

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST

By: _/s/ William H. Hall_

Name: William H. Hall
Title: Vice President

**ASSIGNEE:**

HARTFORD LIFE INSURANCE COMPANY
By: Hartford Investment Management Company
    Its Agent and Attorney-in-Fact

By: _/s/ Peter P. Perrotti_

Name: Peter P. Perrotti
Title: Executive Vice President    (H.P.P.)

4694777_1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) against Lehman Brothers Holdings Inc. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee<br>HARTFORD LIFE INSURANCE COMPANY | Name of Transferor<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Helder Pereira, Esq.<br>Investment Law<br>Hartford Investment Management Company<br>55 Farmington Avenue<br>Hartford, CT 06105<br><br>With a copy to:<br><br>Hartford Investment Management Company<br>c/o Portfolio Support<br>P.O. Box 1744<br>Hartford, CT 06144-1744 | Court Claim # (if known): 0000023443<br>Amount of Claim: USD $87,947.00<br>Date Claim Filed: September 21, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| HARTFORD LIFE INSURANCE COMPANY<br>By: Hartford Investment Management Company<br>Its Agent and Attorney-in-Fact<br><br>By: *[signature]*<br><br>Date: 12/9/11<br><br>Transferee/Transferee's Agent | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST<br><br><br>By: *William H. Hall*<br><br>Date: 12/9/11<br><br>Transferor/Transferor's Agent |

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4694781_1

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST** ("Assignor") does hereby unconditionally and irrevocably transfer and assign unto **HARTFORD LIFE INSURANCE COMPANY** ("Assignee") all rights, title and interest in and to the allowed claims of Assignor referenced as proof of claim number 0000023441 in the principal amount of $87,947.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) referred to as In re Lehman Brothers Special Financing Inc., Chapter 11 Case No. 08-13888.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

**ASSIGNOR:**

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST

_____
Name: William H. Hall
Title: Vice President

**ASSIGNEE:**

HARTFORD LIFE INSURANCE COMPANY
By: Hartford Investment Management Company
    Its Agent and Attorney-in-Fact

By: _____
Name: Peter P. Perrotti
Title: Executive Vice President

4694777_1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) against Lehman Brothers Special Financing Inc. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST |

Name and Address where notices to transferee should be sent:

Helder Pereira, Esq.
Investment Law
Hartford Investment Management Company
55 Farmington Avenue
Hartford, CT 06105

Court Claim # (if known): 0000023441
Amount of Claim: USD $87,947.00
Date Claim Filed: September 21, 2009

With a copy to:

Hartford Investment Management Company
c/o Portfolio Support
P.O. Box 1744
Hartford, CT 06144-1744

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| HARTFORD LIFE INSURANCE COMPANY By: Hartford Investment Management Company Its Agent and Attorney-in-Fact | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE EMERALDS, SERIES 2007-1 TRUST |
|---|---|
| By: [signature] | By: William H. Hall |
| Date: 12/9/11 | Date: 12/9/11 |
| Transferee/Transferee's Agent | Transferor/Transferor's Agent |

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4694784_1