**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

# ORDER GRANTING APPLICATIONS
## FOR THE ALLOWANCE OF INTERIM COMPENSATION
### FOR THE SIXTH INTERIM PERIOD
### (JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010)
### FOR PROFESSIONAL SERVICES PERFORMED AND
### REIMBURSEMENT OF ACTUAL AND NECESSARY
### <u>EXPENSES INCURRED AND OTHER RELIEF</u>

Upon consideration of the applications (collectively, the "**Sixth Interim Applications**")

for allowance of interim compensation for professional services performed and reimbursement of

actual and necessary expenses incurred during the period from June 1, 2010 through

September 30, 2010 (the "**Application Period**"), pursuant to sections 330(a) and 331 of title 11

of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, filed by the professionals listed on **Schedule A** annexed hereto (the

"**Retained Professionals**"), and upon consideration of the recommended deductions (the

"**Recommended Deductions**") from fees and expenses made by the Fee Committee in these

Chapter 11 cases ("**Fee Committee**"), rendered after the Fee Committee received and reviewed

written comments and/or conferred with Retained Professionals that responded to the issues

raised by the Fee Committee's initial recommended deductions distributed to the Retained

Professionals during the period from on or about April 8 to May 31, 2011; and after due notice

pursuant to the second amended order entered on June 17, 2010 governing case management and

administrative procedures [Docket No. 9635]; and there being no objections to the allowance of

the amounts set forth on **Schedule A,** incorporating the Fee Committee's Recommended

Deductions as stipulated; and, after due consideration and upon all of the proceedings had before

the Court, and sufficient cause appearing therefor, it is hereby

      **ORDERED**:

1. The Sixth Interim Applications of the Retained Professionals are granted to the extent provided in Schedule A.

2. Interim compensation to the Retained Professionals for professional services performed during the Application Period is allowed and awarded in the amounts set forth on Schedule A in the column entitled "Fees Allowed" pursuant to section 331 of the Bankruptcy Code.

3. Reimbursement to the Retained Professionals for expenses incurred during the Application Period is allowed and awarded in the amounts set forth on Schedule A in the column entitled "Expenses to be Paid for Current Fee Period."

4. Pursuant to this order, the Debtors are authorized and directed to pay the "Fees Allowed" and the "Expenses to be Paid for Current Fee Period," which amounts are totaled in Schedule B in the columns entitled "Total Fees Paid" and "Total Expenses Paid," to the respective Retained Professionals, but only to the extent not previously paid pursuant to the order dated April 14, 2011 governing interim compensation in these cases [Docket No. 15997].

5.    Neither the Retained Professionals nor the Fee Committee in stipulating to the

entry of this Order waive any right to maintain their respective positions in

connection with any prior applications for interim compensation or any final

application.

Dated: New York, New York
        December 12, 2011

_____*s/ James M. Peck*_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A

### CURRENT INTERIM FEE PERIOD
**June 1, 2010 through September 30, 2010**
**(Sixth Fee Period)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/ Document Number of Application | Interim Fees Requested on Application ($) | Fees Allowed ($) | Fees to be Paid for Current Fee Period ($) | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) ($) | Total Fees to be Paid ($) | Interim Expenses Requested ($) | Expenses to be Paid for Current Fee Period[1] ($) |
|---|---|---|---|---|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | 12/14/2010 [13465]  Amended 04/18/2011 [16109] | 696,338.45 | 696,037.45 | 61,294.26 | 0.00 | 61,294.26 | 4,060.21 | 3,995.49 |

**Schedule A**                    **Dated:  December 12, 2011**                    **INITIALS: _JMP_, USBJ**

---

[1]  Pursuant to the Court's *Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 4165], professionals receive 100% of the payments requested as reimbursement for expenses incurred in the Application Period.  Reductions to the expenses requested will result in the professional receiving more than it should have for expenses for the Application Period. These amounts will be deducted from the holdback of fees for this Application Period.

**SCHEDULE B**

**CUMULATIVE FEE APPLICATIONS**
**(September 15, 2008 Through and Including September 30, 2010)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested ($) | Total Fees Paid (including amounts to be paid pursuant to this Order) ($) | Total Expenses Requested ($) | Total Expenses Paid (including amounts to be paid pursuant to this Order) ($) |
|---|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | 2,437,393.59 | 2,276,297.91 | 28,429.38 | 25,952.03 |

**Schedule B**                          **Dated:  December 12, 2011**                          **INITIALS: *JMP*, USBJ**