WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 382-3300
Facsimile:  (212) 382-0050
William A. Maher
Paul R. DeFilippo

*Special Counsel for the*
*Debtors and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**NOTICE IS HEREBY GIVEN** that, upon the consent of the undersigned, Wollmuth Maher & Deutsch LLP is hereby substituted for Jones Day as counsel for Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors (together with LBHI, collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Cases"), pursuant to the Order Signed on October 28, 2010 Authorizing the Employment and Retention of Wollmuth Maher & Deutsch LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to September 9, 2010 [Docket No. 12406], in connection with those certain Notices of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, filed in the Cases on October 31, 2011 [Docket Nos. 21442 - 21466] and all related matters and proceedings.  All further notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in

connection with the foregoing, including, without limitation, all such items referred to in

Bankruptcy Rules 2002, 2015, 3017, and 9007, should be served upon the Debtors at the

following address:

> Wollmuth Maher & Deutsch LLP
> 500 Fifth Avenue
> New York, New York 10110
> Tel: (212) 382-3300
> Fax: (212) 382-0050
> Attn: William A. Maher
> Attn: Randall R. Rainer
> E-mail: wmaher@wmd-law.com
> E-mail: rrainer@wmd-law.com

Dated: New York, New York
December 13, 2011

| JONES DAY | WOLLMUTH MAHER & DEUTSCH LLP |
|---|---|
| /s/ Laura W. Sawyer___ | /s/ Randall R. Rainer___ |
| Jayant W. Tambe | William A. Maher |
| Laura W. Sawyer | Randall R. Rainer |
| Benjamin Rosenblum | |
| | 500 Fifth Avenue |
| 222 East 41st Street | New York, New York 10110 |
| New York, New York 10017-6702 | Telephone: (212) 382-3300 |
| Telephone: (212) 326-3939 | Facsimile: (212) 382-0050 |
| Facsimile: (212) 755-7306 | E-mail: wmaher@wmd-law.com |
| E-mail: jtambe@jonesday.com | E-mail: rrainer@wmd-law.com |
| E-mail: lwsawyer@jonesday.com | |
| E-mail: brosenblum@jonesday.com | *Substituted Counsel* |
| | |
| *Original Counsel* | |