WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
**In re**                                                       :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :    **08-13555 (JMP)**
                                                                :
            **Debtors.**                                        :    **(Jointly Administered)**
                                                                :
---------------------------------------------------------------x
                                                                :
**In re**                                                       :
                                                                :    **Case No.**
**LEHMAN BROTHERS INC.**,                                       :
                                                                :    **08-01420 (JMP) (SIPA)**
            **Debtor.**                                         :
                                                                :
---------------------------------------------------------------x

US_ACTIVE:\43876358\05\58399.0008

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FORTY-FIFTH OMNIBUS HEARING ON DECEMBER 14, 2011 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.   Debtors' Motion for Authorization to Monetize Equity Interests in Neuberger Berman Group LLC **[ECF No. 21847]**

   Response Deadline:   November 23, 2011 at 4:00 p.m.

   Responses Received:

   A.   Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[ECF No. 23212]**

   B.   Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion **[ECF No. 23222]**

   Related Document:

   C.   Notice of Amendment to Debtors' Motion **[ECF No. 23169]**

   Status:  This matter is going forward.

2.   Debtors' Motion for Approval of a Settlement and Compromise with The Bank of New York Trust Company, N.A., as Indenture Trustee for the Main Street Bonds and Main Street Natural Gas, Inc. **[ECF No. 22024]**

   Response Deadline:   December 7, 2011 at 4:00 p.m.

   Response Received:

   A.   Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[ECF No. 22867]**

   Related Document:

   B.   Declaration of Daniel Ehrmann in Support of Debtors' Motion **[ECF No. 22025]**

   Status:  This matter is going forward.

3. Motion of Setai (Turks & Caicos) Ltd., et al. for Relief from the Automatic Stay to Permit Assertion of Counterclaims and Third-Party Claims Against Debtor in Pending State Court Litigation Commenced by the Debtor **[ECF No. 21438]**

   Response Deadline: December 7, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Document:

   A. Declaration of Todd E. Soloway in Support of Motion **[ECF No. 21440]**

   Status: A stipulation and agreed order will be submitted to the Court.

4. Final Fee Application of Duff & Phelps LLC, as Financial Advisors to the Examiner, Anton R. Valukas, for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred **[ECF No. 22290]**

   Response Deadline: December 7, 2011

   Responses Received: None.

   Related Document:

   A. Fee Committee's Statement of No Objection **[ECF No. 23090]**

   Status: This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**II. ADVERSARY PROCEEDINGS:**

5. The Carabetta Organization, Ltd. v. Lehman Brothers Holdings Inc. **[Adversary Case No. 11-02908]**

   **Motion for Preliminary Injunction**

   Related Documents:

   A. Motion for Preliminary Injunction to Enjoin Defendants from Transferring Title, and/or taking any Further Steps in Transferring Title, to the Property Known as Summit Ridge Apartments, 300 Schraffts Drive, Waterbury, CT (the Property), to the lower bidder, during the Pendency of this Adversary Proceeding, Motion to Compel Defendant to sell Property to Plaintiff **[ECF No. 3]**

   B. Opposition of Lehman Brothers Holdings Inc. and LB Summit Ridge 300 Schraffts Road LLC **[ECF No. 8]**

      C.      Declaration of Joelle Halperin in Support of Opposition of Lehman Brothers Holdings Inc. and LB Summit Ridge 300 Schraffts Road LLC **[ECF No. 9]**

      D.      Declaration of Patrick Bisceglia in Support of Opposition **[ECF No. 10]**

Status:  This matter is going forward.

### III. ADJOURNED MATTERS:

**A. Lehman Brothers Holdings Inc.:**

6. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[ECF No. 434]**

    Response Deadline:  December 7, 2011 at 4:00 p.m.

    Response Received:

        A.    Objection of Barclays Capital Inc. and Barclays Bank PLC **[ECF No. 23126]**

    Related Documents:  None.

    Status:  This matter has been adjourned to January 11, 2012 at 10:00 a.m.

7. Motion for Sanctions **[ECF No. 22817]**

    Response Deadline:  December 14, 2011 at 4:00 p.m.

    Responses Received:

        A.    Objection of Issuers to Debtors' Motion **[ECF No. 23218]**

        B.    Affirmation of Issuers in Support of Objection to Debtors' Motion **[ECF No. 23219]**

    Related Document:

        C.    Declaration of Locke R. McMurray in Support of Motion **[ECF No. 22818]**

    Status:  This matter has been adjourned to December 21, 2011 at 10:00 a.m.

8. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[ECF No. 7102]**

    Response Deadline:    January 4, 2012 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:    None.

    Status:  This matter has been adjourned to January 11, 2012 at 10:00 a.m.

9. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

    Response Deadline:    February 9, 2011 at 4:00 p.m.

    Responses Received:

    A.    Debtors' Objection **[ECF No. 14398]**

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

    Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

    Status:  This matter has been adjourned to January 11, 2012 at 10:00 a.m.

10. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

    Response Deadline:    May 11, 2011 at 4:00 p.m.

    Responses Received:

    A.    Debtors' Objection **[ECF No. 16680]**

    B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

    Related Documents:  None.

    Status:  This matter has been adjourned to January 11, 2012 at 10:00 a.m.

11. Motion of Jason T. Taylor for Relief from the Automatic Stay **[ECF No. 14377]**

 Response Deadline: January 4, 2012 at 4:00 p.m.

 Responses Received: None.

 Related Documents: None.

 Status: This matter has been adjourned to January 11, 2012 at 10:00 a.m.

12. Motion of Phillip Walsh for Relief from the Automatic Stay **[ECF No. 14571]**

 Response Deadline: January 4, 2012 at 4:00 p.m.

 Responses Received: None.

 Related Documents: None.

 Status: This matter has been adjourned to January 11, 2012 at 10:00 a.m.

13. Motion of Walwilhal Associates, LLC for Relief from the Automatic Stay to Permit to Prosecute Certain Causes of Action in State Court **[ECF No. 22575]**

 Response Deadline: December 22, 2011 at 5:00 p.m.

 Responses Received: None.

 Related Document:

 A. Declaration of Kenneth Pasquale in Support of Motion **[ECF No. 22852]**

 Status: This matter has been adjourned to January 11, 2012 at 10:00 a.m.

14. Motion of Official Committee of Unsecured Creditors for Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses **[Case No. 08-13555, ECF No. 20723 and Case No. 08-01420, ECF No. 4528]**

 Response Deadline: November 15, 2011

 Responses Received:

 A. Response of JPMorgan Chase Bank, N.A. **[ECF No. 22164]**

 B. Statement of SIPA Trustee Regarding Objection **[Case No. 08-13555, ECF No. 22192 and Case No. 08-01420, ECF No. 4722]**

Related Documents:   None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

15. Notice of Presentment of Application of the Debtors for Authorization to Employ and Retain Gleacher & Company Securities, Inc. as Financial Advisor Effective as of February 17, 2011 **[ECF No. 22520]**

   Response Deadline:   December 6, 2011 at 4:00 p.m. (extended for certain parties)

   Responses Received:

   A.   Objection of United States Trustee **[ECF No. 23161]**

   B.   Objection Of Official Committee Of Unsecured Creditors **[ECF No. 23177]**

   Related Documents:   None.

   Status:  This matter has been adjourned to December 21, 2012 at 10:00 a.m.

16. Debtors' Motion for Authorization to Implement the Defense Costs Fund **[ECF No. 22647]**

   Response Deadline:   December 9, 2011 at 5:00 p.m.

   Response Received:

   A.   Objection of Official Committee of Unsecured Creditors **[ECF No. 23178]**

   Related Document:

   B.   Debtors' Reply **[ECF No. 23213]**

   Status:  This matter has been adjourned to December 21, 2012 at 10:00 a.m.

17. Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay **[ECF No. 23097]**

   Response Deadline:   January 4, 2012 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:   None.

   Status:  This matter has been adjourned to January 11, 2012 at 10:00 a.m.

B. **Lehman Brothers Inc.:**

18. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

    Response Deadline:  January 4, 2012 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A. Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

    B. Notices of Adjournment **[LBI ECF Nos. 4663, 4759]**

    Status:  This matter has been adjourned to January 11, 2012 at 10:00 a.m.

IV. **RESOLVED MATTERS:**

19. European Credit Management Limited, et al. v. Lehman Commercial Paper Inc. **[Case No. 09-01262]**

    **Motions for Summary Judgment**

Related Documents:

A. Motion of European Credit Management Limited, et al. for Summary Judgment **[ECF No. 25]**

B. Motion of Lehman Commercial Paper Inc. for Summary Judgment **[ECF No. 29]**

Status: This matter has been resolved.

Dated: December 13, 2011
      New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: December 13, 2011
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.