WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' TWO
HUNDRED FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 23250] **solely as to the claim listed on Exhibit A attached hereto**. The Debtors reserve their rights to object to

US_ACTIVE:\43880613\01\58399.0003

the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: December 13, 2011
      New York, New York

        <u>/s/ Robert J. Lemons</u>
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | 20329 | N/A |