B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.      ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| S.E. Reijnierse | Compagnie Maritime Luxembourgeoise |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
S.E. Reijnierse,
39 Allee Scheffer
L-2520 Luxembourg

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): __41311__
Amount of Claim: __$147,820.84__
Date Claim Filed: __10/19/2009__

Phone:  + 352 24 67 5272
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:  + 352 24 67 5272
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date: __11/19/2011__
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FMS SERVICES S.A.
Administrateur
Représentant permanent
Hugues Dupont

S.G.A. SERVICES S.A.
Administrateur
Représentant permanent
Sophie Champenois

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc. et al.          ,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| S.E. Reijnierse | Compagnie Maritime Luxembourgeoise |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
S.E. Reijnierse, 39 Allee Scheffer
L-2520 Luxembourg

Court Claim # (if known): 41312
Amount of Claim: $146,933.56
Date Claim Filed: 10/19/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: + 352 24 67 5272
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: + 352 24 67 5272
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 11/19/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FMS SERVICES S.A.
Administrateur
Représentant permanent
Hugues _____

S.G.A. SERVICES S.A.
Administrateur
Représentant permanent
Sophie CHAMPENOIS