WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**MOTION PURSUANT TO SECTIONS 105(a) AND 363(b)**
**OF THE BANKRUPTCY CODE FOR AUTHORIZATION**
**TO IMPLEMENT THE DEFENSE COSTS FUND**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to sections 105(a) and 363(b) of title 11 of the United States Code, for authorization to implement the "Defense Costs Fund" (the "Motion") [ECF No. 22647], which was scheduled for December 14, 2011, at 10:00 a.m., **has been adjourned to December 21, 2011, at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to

US_ACTIVE:\43880584\01\58399.0008

time without further notice other than an announcement at the hearing.

Dated: December 13, 2011
New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession