Alston & Bird LLP
J. William Boone
John Spears
90 Park Avenue
New York, New York 10016-1387

Attorneys for Wilmington Trust Company, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A certain claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a) by Bank of America, N.A., as Trustee or other representative capacity (the "Transferor") in connection with a certain securitization transaction for which Wilmington Trust Company (the "Transferee") now serves as Trustee or other representative capacity. As a result, **Claim Number 16382** filed with respect to the SASCO 2004-20 transaction has been transferred to the Transferee, who should be substituted as Trustee and any other capacity thereunder. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

NAME AND ADDRESS WHERE NOTICES TO TRANSFEREE SHOULD BE SENT:

Wilmington Trust Company                Claim Number:        16382
Attn: Dorri Costello                    Date Claim Filed:    09/18/2009
Rodney Square North
Mail Drop Code 1605
1100 North Market Street
Wilmington, DE 19801

33009913v1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: December 9, 2011

                                                Respectfully submitted,

                                                WILMINGTON TRUST COMPANY, not individually but as Trustee

                                                By: /s/ Dorri Costello
                                                Dorri Costello
                                                Financial Services Officer

33009913v1

ACKNOWLEDGEMENT

Transferor hereby waives any notice or hearing requirements imposed by, inter alia, Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Transfer and Transferee as the valid owner of the Claim listed above. All future payments and distributions, and all notices and other communications, with respect of the Claim listed above are to be made to Transferee.

Bank of America National Association

By: _____

Printed Name: Brandon Pankey

Its: Vice President

Address: 540 W. Madison St. Suite 2457

Chicago, IL 60661

33009913v1