**Presentment Date and Time: December 13, 2011 at 12:00 p.m. (Noon) (Prevailing Eastern Time)**
**Objection Date and Time: December 12, 2011 at 11:00 a.m. (Prevailing Eastern Time)**

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler
Brady C. Williamson

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REGARDING PROPOSED ORDER GRANTING THE FIRST CONSOLIDATED
APPLICATION OF RICHARD A. GITLIN, FEE COMMITTEE CHAIR, AND
GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, FOR
RETROACTIVE AND INTERIM ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED FROM JANUARY 24, 2011 THROUGH
APRIL 30, 2011, AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED FROM JANUARY 24, 2011 TO AUGUST 30, 2011**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures* [Docket No. 9635] (the "**Second Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On April 22, 2011, the Fee Committee appointed in Lehman Brothers Holdings, Inc. ("**LBHI**") with its affiliated debtors in possession (together, the "**Debtors**" and, collectively with their non-debtor affiliates, "**Lehman**") pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* (the "**Fee Committee Order**") [Docket No. 3651] and as amended by the April 14, 2011 *Order Amending the Fee Protocol* [Docket No. 15998], filed with this Court a *Notice of Presentment of Order Granting the First Consolidated Application of Richard A. Gitlin, Fee Committee Chair, and Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Retroactive and Interim Allowance of Compensation for Professional Services Rendered from January 24, 2011 Through April 30, 2011, and Reimbursement of Actual and Necessary Expenses Incurred from January 24, 2011 to August 30, 2011* [Docket No. 22392] (the "**First Consolidated Order**").

2. In accordance with the Second Amended Case Management Order, **December 12, 2011 at 11:00 a.m. (Prevailing Eastern Time)** was established as the deadline for parties to object or file responses to the proposed First Consolidated Order (the "**Objection Deadline**"). The Second Amended Case Management Order provides that pleadings may be granted without hearing, provided that no objections have been filed prior to the Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the proposed First Consolidated Order has been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, nor has any objection or other

2

responsive pleading with respect to the proposed First Consolidated Order been served on the Fee Committee's counsel.

    4. Accordingly, the Fee Committee respectfully request that the proposed Order annexed hereto as **Exhibit A**, and unmodified since the filing of the notice of presentment of the First Consolidated Order, be entered in accordance with the procedures described in the Second Amended Case Management Order.

    I declare that the foregoing is true and correct.

Dated: New York, New York
December 13, 2011.

                                                   GODFREY & KAHN, S.C.

                              By:      /s/ *Katherine Stadler*
                                         Katherine Stadler
                                         Brady C. Williamson

                                         GODFREY & KAHN, S.C.
                                         One East Main Street, Suite 500
                                         P.O. Box 2719
                                         Madison, Wisconsin 53701-2719
                                         Telephone: (608) 257-3911
                                         Facsimile: (608) 257-0609
                                         E-mail: kstadler@gklaw.com
                                                        bwilliam@gklaw.com

                                         *Attorneys for the Fee Committee*

7219084_1

# EXHIBIT A
## (Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

# ORDER GRANTING FIRST CONSOLIDATED APPLICATION OF RICHARD A. GITLIN, FEE COMMITTEE CHAIR, AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, FOR RETROACTIVE AND INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FROM JANUARY 24, 2011 THROUGH APRIL 30, 2011, AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JANUARY 24, 2011 TO AUGUST 30, 2011

Upon consideration of the *First Consolidated Application of Richard A. Gitlin, Fee Committee Chair, and Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Retroactive and Interim Allowance of Compensation for Professional Services Rendered from January 24, 2011 Through April 30, 2011, and Reimbursement of Actual and Necessary Expenses Incurred from January 24, 2011 to August 30, 2011* [Docket No. 22392], (the "**Application**") for the stated periods (the "**Compensation Period**"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed on November 18, 2011, in the aggregate amount of $873,689.61 as listed on **Schedule A** that accompanies this order; and after due notice pursuant to the second amended order entered on June 17, 2010 governing case management and administrative procedures [Docket No. 9635], and it appearing that no other or further notice need be provided; and there

7126736_1

being no objection to the Application filed before the deadline of December 12, 2011; and after due deliberation and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

**ORDERED**, that pursuant to sections 330 and 331 of the Bankruptcy Code, the Application is granted and approved as provided in Schedule A.

Dated: New York, New York
December ___, 2011.

_____
Hon. James M. Peck
UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A

### CURRENT INTERIM FEE PERIOD
**January 24, 2011 Through April 30, 2011**
**(Expenses Through August 31, 2011)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/ Document Number of Application | Interim Fees Requested on Application ($) | Fees Allowed ($) | Fees to be Paid for Current Fee Period ($) | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) ($) | Total Fees to be Paid ($) | Interim Expenses Requested ($) | Expenses to be Paid for Current Fee Period ($) |
|---|---|---|---|---|---|---|---|---|
| Godfrey & Kahn, S.C. and Richard A. Gitlin, Fee Committee Chair | 11/18/2011 [22392] | 806,450.00 | 806,450.00 | 0.00 | 0.00 | 0.00 | 67,239.61 | 67,239.61 |

Schedule A                                Dated:  December __, 2011                                INITIALS: _____USBJ

7126736_1

## SCHEDULE B

### CUMULATIVE FEE APPLICATIONS
**(September 15, 2008 Through and Including April 30, 2011)**
**(Expenses Through August 31, 2011)**

Case No.: 08-13555 (JMP) (Chapter 11)
Case Name: In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested ($) | Total Fees Paid (including amounts to be paid pursuant to this Order) ($) | Total Expenses Requested ($) | Total Expenses Paid (including amounts to be paid pursuant to this Order) ($) |
|---|---|---|---|---|
| Godfrey & Kahn, S.C. and Richard A. Gitlin, Fee Committee Chair | 806,450.00 | 806,450.00 | 67,239.61 | 67,239.61 |

**Schedule B**                     Dated: December __, 2011                     INITIALS: _____ USBJ

7126736_1