UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                    )    ss.:
COUNTY OF NEW YORK    )

Jeannine Grudzien, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the December 13, 2011, I caused a true and correct copy of the Transfer of Claim Other Than For Security (Docket No. 23280), to be served upon the parties as indicated on the attached service list

/s/ Jeannine Grudzien
Jeannine Grudzien

Sworn to before me this
13th December, 2011

/s// Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

LEGAL02/33020474v1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Harvey R. Miller
        Richard P. Krasnow

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Bank of America N.A.
Attn: Brandon Pankey
540 W. Madison St., Suite 2457
Chicago, IL 60661

Hunton & Williams LLP
Attn: J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219