B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Paulson Credit Opportunities Master Ltd.</u><br>Name of Transferee | <u>The Royal Bank of Scotland plc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Paulson Credit Opportunities Master Ltd.<br>1251 Avenue of the Americas<br>50th Floor<br>New York, NY 10020<br>Tel: 212-956-2221<br>Fax: 212-977-9505<br>Please copy IFS on all payment notices and interest reset notices. Fax: 212.339.2786.<br>If emailing payment notices and interest reset notices, please send to the following email addresses:<br>Paul.ops@paulsonco.com<br>Paulson@imsi.com<br>James.olivo@paulsonco.com<br>Pranav.desai@paulsonco.com<br>Kunwar.singh@paulsonco.com<br>Lisa.flaherty@paulsonco.com | Court Claim # (if known): <u>14175</u><br><br>Amount of Claim Listed on Claims Register as Reduced and Allowed by Court Order:<br>$<u>4,700,000.00</u><br><br>Amount of Claim Transferred: $<u>3,000,000.00</u><br><u>(63.8297872% of the amount of such claim)</u><br><br>Date Claim Filed: <u>9/16/2009</u><br><br>Debtor: <u>Lehman Brothers Commodity Services Inc.</u> |

18

677720v.12 2620/00398

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Paulson Credit Opportunities Master Ltd.

By: _____    Date: December 13, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
Transferor/Transferor's Agent

**Suzanne Glossoti**
**Authorized Signatory**

19

677720v.12

EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS COMMODITY SERVICES INC.

The Royal Bank of Scotland plc ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Paulson Credit Opportunities Master Ltd. ("Buyer"), 63.8297872% of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. in the amount of $3,000,000.00, docketed as Claim No. 14175 (the "Claim"), in the case entitled In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 13th day of December, 2011.

ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title: **Suzanne Glossoti**
Tel.: **Authorized Signatory**

PAULSON CREDIT OPPORTUNITIES MASTER LTD.

By: _____
Name:
Title: STUART MERZER
Tel.: Authorized Signatory

20

677720v.12