WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )   s.s.:
NEW YORK COUNTY        )

Michael J. Lonie, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 12th day of December, 2011, I caused a copy of the *Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion Pursuant to Sections 105 and 363 of The Bankruptcy Code for Authorization to Monetize Equity Interests in Neuberger Berman Group LLC* [Dkt. No. 23222] to be served via UPS overnight mail on the attached service list.

 /s/ Michael J. Lonie
Michael J. Lonie

Sworn to before me this
14th day of December, 2011
/s/  Carrol Marshall
Carrol Marshall
Notary Public State of New York, No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
My commission expires March 20, 2015

# SERVICE LIST

Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq

Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.