## Exhibit B

Summary of Total Hours and Fees Incurred by Professional

| Name | Admission Date | Position | Total Hours Billed | Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | 143.10 | 250.00 | 35,775.00 |
| Alter, Jonathan | 1989 | Partner | 0.70 | 915.00 | 640.50 |
| Banvard, Honor | 2008 | Associate | 1.10 | 555.00 | 610.50 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 154.00 | 790.00 | 121,660.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 5.40 | 395.00 | 2,133.00 |
| Boelitz, Anna M. | 1997 | Of Counsel | 4.30 | 635.00 | 2,730.50 |
| Bohls, Dawn | N/A | Research Spec. | 9.50 | 345.00 | 3,277.50 |
| Bowers, Chris | 1999 | Partner | 101.80 | 940.00 | 95,692.00 |
| Bowers, Chris | 1999 | Partner | 15.00 | 470.00 | 7,050.00 |
| Bridgeman, James D. | 1981 | Partner | 3.50 | 1,025.00 | 3,587.50 |
| Buch, Ronald L. | 1993 | Partner | 59.20 | 935.00 | 55,352.00 |
| Buch, Ronald L. | 1993 | Partner | 12.50 | 467.50 | 5,843.75 |
| Buddhdev, Sheena | 1999 | Of Counsel | 13.60 | 715.00 | 9,724.00 |
| Capato, Gina M. | N/A | Paralegal | 32.00 | 355.00 | 11,360.00 |
| Carrera, Alex | N/A | Paralegal | 0.50 | 280.00 | 140.00 |
| Davidson, Gordon | N/A | Paralegal | 3.70 | 255.00 | 943.50 |
| Desmond, Michael | 1994 | Partner | 0.70 | 1,025.00 | 717.50 |
| Dillon, Sheri A. | 1999 | Partner | 102.00 | 935.00 | 95,370.00 |
| Dillon, Sheri A. | 1999 | Partner | 10.50 | 467.50 | 4,908.75 |
| Gardner, Stephanie | N/A | Paralegal | 0.10 | 235.00 | 23.50 |
| Gross, Robert J. | 1998 | Partner | 0.50 | 750.00 | 375.00 |
| Hagan, Robert Patrick | 2008 | Associate | 1.60 | 640.00 | 1,024.00 |
| Hensel, Jeannie H. | N/A | Paralegal | 45.80 | 355.00 | 16,259.00 |
| Hensel, Jeannie H. | N/A | Paralegal | 25.90 | 355.00 | 0.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 13.30 | 850.00 | 11,305.00 |
| Katcher, Bob | 1978 | Partner | 4.10 | 1,025.00 | 4,202.50 |
| Kehoe, Paul T. | N/A | Paralegal | 3.40 | 355.00 | 1,207.00 |
| Kummer, Michael | 2008 | Associate | 208.40 | 460.00 | 95,864.00 |
| Kummer, Michael | 2008 | Associate | 8.90 | 230.00 | 2,047.00 |
| Leonard, Bob | 2007 | Associate | 34.40 | 610.00 | 20,984.00 |
| Levy, Michael N. | 1991 | Partner | 4.70 | 945.00 | 4,441.50 |
| Leyva, Natan J. | 1991 | Partner | 15.90 | 895.00 | 14,230.50 |
| Madan, Rajiv | 1993 | Partner | 62.50 | 940.00 | 58,750.00 |
| Madan, Rajiv | 1993 | Partner | 1.40 | 470.00 | 658.00 |
| Margulies, Oren P. | 2007 | Associate | 178.00 | 640.00 | 113,920.00 |
| Martin, Elizabeth L. | 2004 | Associate | 3.90 | 715.00 | 2,788.50 |
| McKee, Bill | 1970 | Partner | 0.30 | 1,095.00 | 328.50 |
| Metcalfe, Jonathon | N/A | Lit Specialist | 5.90 | 265.00 | 1,563.50 |
| Mezei, Saul | 2003 | Associate | 30.10 | 640.00 | 19,264.00 |
| Murray, Ann C. | N/A | Paralegal | 125.00 | 355.00 | 44,375.00 |

| Name | Admission Date | Position | Total Hours Billed | Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Neal, Stephen | N/A | Lit Specialist | 41.50 | 265.00 | 10,997.50 |
| Nelson, William F. | 1972 | Partner | 0.50 | 1,095.00 | 547.50 |
| Obach, Andrew | N/A | Paralegal | 13.70 | 215.00 | 2,945.50 |
| Owens, Angela M. | N/A | Paralegal | 121.10 | 280.00 | 33,908.00 |
| Owens, Angela M. | N/A | Paralegal | 7.40 | 280.00 | 0.00 |
| Peppelman, David J. | 2008 | Associate | 0.40 | 610.00 | 244.00 |
| Rankin, Kiara L. | 2007 | Associate | 421.80 | 610.00 | 257,298.00 |
| Rankin, Kiara L. | 2007 | Associate | 19.90 | 305.00 | 6,069.50 |
| Ross, Mark | N/A | Paralegal | 7.60 | 310.00 | 2,356.00 |
| Santamaria, Monisha | N/A | Associate - Summer | 48.10 | 265.00 | 0.00 |
| Schatz, Brian D. | 2009 | Associate | 2.20 | 490.00 | 1,078.00 |
| Senior, Tim | N/A | Paralegal | 1.60 | 215.00 | 344.00 |
| Sosna, Daniel | 2010 | Associate | 177.40 | 460.00 | 81,604.00 |
| Soverel, Myles C. | N/A | Paralegal | 9.00 | 195.00 | 1,755.00 |
| Stults, Kevin R. | 2005 | Associate | 164.30 | 670.00 | 110,081.00 |
| Stults, Kevin R. | 2005 | Associate | 4.10 | 335.00 | 1,373.50 |
| Sutton, Levon | N/A | Lit Specialist | 0.50 | 265.00 | 132.50 |
| Taylor, Victoria | 2008 | Associate | 3.80 | 610.00 | 2,318.00 |
| Tidwell, Royce | 2007 | Associate | 94.60 | 610.00 | 57,706.00 |
| Ussing, C. Terrell | N/A | Associate - Summer | 8.20 | 265.00 | 0.00 |
| Wacker, Nathan P. | 2010 | Associate | 60.30 | 460.00 | 27,738.00 |
| Wilkins, Nicholas | 2011 | Associate | 186.90 | 460.00 | 85,974.00 |
| Zukowski, Todd | N/A | Lit Specialist | 18.10 | 235.00 | 4,253.50 |
| **Totals:** | | | **2,860.20** | | **$1,559,850.00** |