# Exhibit B1

Summary of Hours and Fees
Incurred by Professional By Matter

| Matter | Timekeeper | Hours | Amount |
|---|---|---|---|
| 343744 | Bowers, Chris | 0.10 | 94.00 |
| 343744 | Levy, Michael N. | 4.70 | 4,441.50 |
| 343744 | Madan, Rajiv | 5.00 | 4,700.00 |
| 343744 | Martin, Elizabeth L. | 3.90 | 2,788.50 |
| 343744 | Taylor, Victoria | 3.80 | 2,318.00 |
| 1101400015 | Capato, Gina M. | 32.00 | 11,360.00 |
| 1101400015 | Carrera, Alex | 0.50 | 140.00 |
| 1101400015 | Gross, Robert J. | 0.50 | 375.00 |
| 1101400015 | Hagan, Robert Patrick | 1.60 | 1,024.00 |
| 1101400015 | Johnson, Jeffrey R. | 13.30 | 11,305.00 |
| 1101400015 | Soverel, Myles C. | 9.00 | 1,755.00 |
| 1101400402 | Abdel-Nour, Francesca | 1.20 | 300.00 |
| 1101400402 | Blanchard, Jr., Hartman | 3.20 | 2,528.00 |
| 1101400402 | Bohls, Dawn | 1.10 | 379.50 |
| 1101400402 | Bowers, Chris | 13.70 | 12,878.00 |
| 1101400402 | Buch, Ronald L. | 37.50 | 31,883.50 |
| 1101400402 | Desmond, Michael | 0.20 | 205.00 |
| 1101400402 | Dillon, Sheri A. | 22.20 | 19,354.50 |
| 1101400402 | Gardner, Stephanie | 0.10 | 23.50 |
| 1101400402 | Leyva, Natan J. | 15.90 | 14,230.50 |
| 1101400402 | Madan, Rajiv | 23.80 | 21,714.00 |
| 1101400402 | Owens, Angela M. | 11.10 | 3,108.00 |
| 1101400402 | Rankin, Kiara L. | 85.30 | 52,033.00 |
| 1101400402 | Sosna, Daniel | 89.00 | 40,940.00 |
| 1101400402 | Stults, Kevin R. | 104.80 | 68,842.50 |
| 1101400402 | Sutton, Levon | 0.50 | 132.50 |
| 1101400402 | Wilkins, Nicholas | 2.20 | 1,012.00 |
| 1101400474 | Abdel-Nour, Francesca | 140.60 | 35,150.00 |
| 1101400474 | Blanchard, Jr., Hartman | 135.30 | 106,887.00 |
| 1101400474 | Bowers, Chris | 65.20 | 54,238.00 |
| 1101400474 | Buch, Ronald L. | 3.80 | 3,553.00 |
| 1101400474 | Buddhdev, Sheena | 13.60 | 9,724.00 |
| 1101400474 | Davidson, Gordon | 3.70 | 943.50 |
| 1101400474 | Kummer, Michael | 55.40 | 25,484.00 |
| 1101400474 | Leonard, Bob | 10.90 | 6,649.00 |
| 1101400474 | Madan, Rajiv | 28.80 | 27,072.00 |
| 1101400474 | Margulies, Oren P. | 0.30 | 192.00 |
| 1101400474 | Metcalfe, Jonathon | 5.90 | 1,563.50 |
| 1101400474 | Mezei, Saul | 29.30 | 18,752.00 |
| 1101400474 | Murray, Ann C. | 121.10 | 42,990.50 |
| 1101400474 | Neal, Stephen | 41.50 | 10,997.50 |

| Matter | Timekeeper | Hours | Amount |
|---|---|---|---|
| 1101400474 | Obach, Andrew | 13.70 | 2,945.50 |
| 1101400474 | Owens, Angela M. | 63.70 | 17,836.00 |
| 1101400474 | Rankin, Kiara L. | 355.00 | 210,480.50 |
| 1101400474 | Senior, Tim | 1.60 | 344.00 |
| 1101400474 | Sosna, Daniel | 88.40 | 40,664.00 |
| 1101400474 | Stults, Kevin R. | 30.50 | 20,435.00 |
| 1101400474 | Wacker, Nathan P. | 11.40 | 5,244.00 |
| 1101400474 | Wilkins, Nicholas | 151.60 | 69,736.00 |
| 1101400474 | Zukowski, Todd | 18.10 | 4,253.50 |
| 1101400561 | Blanchard, Jr., Hartman | 20.90 | 14,378.00 |
| 1101400561 | Buch, Ronald L. | 30.40 | 25,759.25 |
| 1101400561 | Kummer, Michael | 32.40 | 14,030.00 |
| 1101400561 | Murray, Ann C. | 0.60 | 213.00 |
| 1101400561 | Owens, Angela M. | 2.00 | 560.00 |
| 1101400667 | Abdel-Nour, Francesca | 0.50 | 125.00 |
| 1101400667 | Bowers, Chris | 7.60 | 7,144.00 |
| 1101400667 | Madan, Rajiv | 1.60 | 1,504.00 |
| 1101400667 | Owens, Angela M. | 3.80 | 1,064.00 |
| 1101400667 | Peppelman, David J. | 0.10 | 61.00 |
| 1101400667 | Stults, Kevin | 21.70 | 14,539.00 |
| 1101400667 | Wilkins, Nicholas | 33.10 | 15,226.00 |
| 1101400750 | Bowers, Chris | 0.50 | 470.00 |
| 1101400750 | Desmond, Michael | 0.50 | 512.50 |
| 1101400750 | Kummer, Michael | 13.30 | 6,118.00 |
| 1101400750 | Madan, Rajiv | 3.00 | 2,820.00 |
| 1101400750 | Mezei, Saul | 0.80 | 512.00 |
| 1101400750 | Murray, Ann C. | 0.20 | 71.00 |
| 1101400750 | Owens, Angela M. | 3.20 | 896.00 |
| 1101400750 | Rankin, Kiara L. | 0.50 | 305.00 |
| 1101400750 | Ross, Mark | 1.10 | 341.00 |
| 1101400750 | Stults, Kevin R. | 5.00 | 3,350.00 |
| 1101400750 | Tidwell, Royce | 94.60 | 57,706.00 |
| 1101400901 | Alter, Jonathan B. | 0.70 | 640.50 |
| 1101400901 | Boelitz, Anna M. | 0.50 | 317.50 |
| 1101400901 | Bohls, Dawn | 2.80 | 966.00 |
| 1101400901 | Dillon, Sheri A. | 7.90 | 7,386.50 |
| 1101400901 | Hensel, Jeannie H. | 5.00 | 1,775.00 |
| 1101400901 | Owens, Angela M. | 1.90 | 532.00 |
| 1101400901 | Wacker, Nathan P. | 7.00 | 3,220.00 |
| 1101400902 | Dillon, Sheri A. | 8.60 | 8,041.00 |
| 1101400902 | Hensel, Jeannie H. | 66.70 | 14,484.00 |
| 1101400902 | Owens, Angela M. | 26.60 | 5,376.00 |
| 1101400902 | Rankin, Kiara L. | 0.60 | 366.00 |
| 1101400902 | Stults, Kevin R. | 0.60 | 402.00 |
| 1101400902 | Wacker, Nathan P. | 41.90 | 19,274.00 |
| 1101400903 | Boelitz, Anna M. | 3.80 | 2,413.00 |
| 1101400903 | Owens, Angela M. | 0.30 | 84.00 |

| Matter | Timekeeper | Hours | Amount |
|---|---|---|---|
| 1101400907 | Abdel-Nour, Francesca | 0.80 | 200.00 |
| 1101400907 | Owens, Angela M. | 1.10 | 308.00 |
| 1101400907 | Rankin, Kiara L. | 0.30 | 183.00 |
| 1101400907 | Stults, Kevin R. | 0.30 | 201.00 |
| 1101400910 | Bohls, Dawn | 5.30 | 1,828.50 |
| 1101400910 | Dillon, Sheri A. | 73.80 | 65,496.75 |
| 1101400910 | Kummer, Michael | 116.20 | 52,279.00 |
| 1101400910 | Leonard, Bob | 23.50 | 14,335.00 |
| 1101400910 | Madan, Rajiv | 0.80 | 752.00 |
| 1101400910 | Owens, Angela M. | 2.90 | 812.00 |
| 1101400910 | Stults, Kevin R. | 0.80 | 536.00 |
| 1101400910 | Ussing, C. Terrell | 8.20 | 0.00 |
| 1101400911 | Banvard, Honor | 1.10 | 610.50 |
| 1101400911 | Bohls, Dawn | 0.30 | 103.50 |
| 1101400911 | Bowers, Chris | 29.70 | 27,918.00 |
| 1101400911 | Bridgeman, James D. | 3.50 | 3,587.50 |
| 1101400911 | Katcher, Bob | 4.10 | 4,202.50 |
| 1101400911 | Kehoe, Paul T. | 3.40 | 1,207.00 |
| 1101400911 | Madan, Rajiv | 0.90 | 846.00 |
| 1101400911 | Margulies, Oren P. | 177.70 | 113,728.00 |
| 1101400911 | McKee, Bill | 0.30 | 328.50 |
| 1101400911 | Murray, Ann C. | 3.10 | 1,100.50 |
| 1101400911 | Nelson, William F. | 0.50 | 547.50 |
| 1101400911 | Owens, Angela M. | 11.90 | 3,332.00 |
| 1101400911 | Peppelman, David J. | 0.30 | 183.00 |
| 1101400911 | Ross, Mark | 6.50 | 2,015.00 |
| 1101400911 | Santamaria, Monisha | 48.10 | 0.00 |
| 1101400911 | Schatz, Brian D. | 2.20 | 1,078.00 |
| 1101400911 | Stults, Kevin R. | 4.70 | 3,149.00 |
|  |  | 2,860.20 | $ 1,559,850.00 |