# Exhibit C

## Summary of Hours and Fees Incurred by Category

| Matter Number | Hours | Fees | Exhibit |
|---|---|---|---|
| 343744 | 17.10 | 13,964.50 | C1 |
| 343744 | 0.40 | 377.50 | C4 |
| 1101400015 | 5.50 | 3,596.00 | C1 |
| 1101400015 | 7.70 | 3,983.00 | C2 |
| 1101400015 | 21.40 | 8,800.00 | C3 |
| 1101400015 | 22.30 | 9,580.00 | C4 |
| 1101400402 | 86.40 | 62,541.00 | C1 |
| 1101400402 | 21.40 | 14,754.50 | C2 |
| 1101400402 | 249.20 | 154,008.00 | C3 |
| 1101400402 | 54.80 | 38,261.00 | C4 |
| 1101400474 | 332.00 | 158,203.00 | C1 |
| 1101400474 | 365.80 | 179,347.00 | C2 |
| 1101400474 | 244.70 | 126,666.50 | C3 |
| 1101400474 | 446.90 | 251,918.00 | C4 |
| 1101400561 | 24.50 | 15,132.50 | C1 |
| 1101400561 | 53.80 | 34,718.25 | C2 |
| 1101400561 | 6.40 | 3,593.50 | C3 |
| 1101400561 | 1.60 | 1,496.00 | C4 |
| 1101400667 | 29.50 | 15,430.00 | C1 |
| 1101400667 | 14.90 | 7,928.00 | C2 |
| 1101400667 | 20.60 | 13,190.00 | C3 |
| 1101400667 | 3.40 | 3,115.00 | C4 |
| 1101400750 | 4.50 | 2,559.00 | C1 |
| 1101400750 | 11.40 | 7,284.00 | C2 |
| 1101400750 | 10.60 | 6,754.00 | C3 |
| 1101400750 | 96.20 | 56,504.50 | C4 |
| 1101400901 | 1.20 | 729.00 | C1 |
| 1101400901 | 1.60 | 959.00 | C2 |
| 1101400901 | 13.10 | 7,705.00 | C3 |
| 1101400901 | 9.90 | 5,444.50 | C4 |
| 1101400902 | 42.80 | 13,133.50 | C1 |
| 1101400902 | 31.90 | 8,624.00 | C2 |
| 1101400902 | 51.20 | 19,056.00 | C3 |
| 1101400902 | 19.10 | 7,129.50 | C4 |
| 1101400903 | 0.30 | 84.00 | C1 |
| 1101400903 | 3.80 | 2,413.00 | C4 |
| 1101400907 | 2.50 | 892.00 | C3 |
| 1101400910 | 117.90 | 67,686.50 | C1 |

| Matter Number | Hours | Fees | Exhibit |
|---|---|---|---|
| 1101400910 | 113.60 | 68,352.75 | C2 |
| 1101400910 | 0.00 | 0.00 | C3 |
| 1101400910 | 0.00 | 0.00 | C4 |
| 1101400911 | 24.60 | 10,356.00 | C1 |
| 1101400911 | 221.10 | 124,385.00 | C2 |
| 1101400911 | 50.10 | 26,828.50 | C3 |
| 1101400911 | 2.50 | 2,367.00 | C4 |
| **Total Fees Accrued** | 2,860.20 | $1,559,850.00 | |