# Exhibit D

## Summary of Expenses

| Expense Category | Actual Expense |
|---|---:|
| Consulting | 81,072.10 |
| Court Costs | 72.27 |
| Filing Fees | 2,449.99 |
| Ground Transportation | 311.42 |
| Index/Binding | 107.50 |
| Library Retrieval Services | 977.32 |
| Meals: Client Meeting | 957.83 |
| Meals: Working Lunch | 52.45 |
| Messenger/Courier | 34.98 |
| Online Legal Research | 31,266.10 |
| Other Electronic Research | 204.98 |
| Outside Service: Copy & Printing | 141.50 |
| Overnight/Express Delivery | 1,467.53 |
| Photocopies | 3,074.53 |
| Photocopies: Color | 5.14 |
| Scanning | 1,023.70 |
| Teleconference | 105.85 |
| Travel: Air Transportation | 22,351.42 |
| Travel: Coach Services | 2,558.46 |
| Travel: Ground Transportation | 704.10 |
| Travel: Lodging | 9,023.38 |
| Travel: Meals | 228.63 |
| Travel: Parking | 56.00 |
| Travel: Rail Transportation | 1,660.00 |
| Travel: Taxi | 55.00 |
| **Subtotal of Expenses Incurred** | **$159,962.18** |
| **Less Voluntary Reductions Taken in Monthly Statements** | **$19,254.22** |
| **Total Expenses Requested** | **$140,707.96** |