B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

To the Debtors and the Bankruptcy Court:

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice (the "Assigned Rights").. Transferor waives its right to raise any objection to the transfer of the Assigned Rights to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the Assigned Rights. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the Assigned Rights, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Assigned Rights to Transferee and recognizing Transferee as the sole owner and holder of the Assigned Rights. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the Assigned Rights be made to Transferee.

| <u>Goldman Sachs Lending Partners LLC</u> | <u>Highland Credit Strategies Master Fund, L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known): <u>16840</u>
Amount of Claim as Allowed: <u>$12,132,000.00</u>
Amount of Claim Transferred: <u>$4,000,000</u>
Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>
Phone: _____
Last Four Digits of Acct. #: _____

28

683014v.10 153/06156

With a copy to:

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Last Four Digits of Acct #: _____ _____ _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____ _____ _____ _____
Last Four Digits of Acct #: _____ _____ _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____
      Transferee/Transferee's Agent
      Faina Aronkoarogalo
      Authorized Signatory

By: _____        Date: _____
      Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

29

683014v.10 153/06156

With a copy to:

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

By: _____    Date: 12/9/11
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

29

683014v.10 153/06156