UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**SUMMARY STATEMENT FOR FIFTH INTERIM FEE APPLICATION OF
SUTHERLAND ASBILL & BRENNAN LLP AS SPECIAL COUNSEL
FOR DEBTORS FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
ACTUAL AND NECESSARY OUT-OF-POCKET EXPENSES INCURRED**

**FIFTH INTERIM APPLICATION**

Name of Applicant:              Sutherland Asbill & Brennan LLP

Time Period:                     June 1, 2011 through September 30, 2011

Role in the Case:             Special Tax Counsel to the Debtors

Current Application:          Total Fees Requested:         $ 96,002.00
                                Total Expenses Requested:   $    202.90

Prior Applications:           First Interim Application, August 13, 2010
                              Second Interim Application, December 14, 2010
                              Third Interim Application, May 31, 2011
                              Fourth Interim Application, August 15, 2011

## Professional Hours Billed During Interim Fee Period

### Partners and Of Counsel

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Byrne, Thomas | 1981 | Partner | 12.4 | 480 | 5,952.00 |
| Fenichel, Eric | 1986 | Partner | 1.5 | 660 | 990.00 |
| Libin, Jerome B. | 1961 | Partner | 24.3 | 800 | 19,440.00 |
| Simonetti, Marc | 2001 | Partner | 51.5 | 500 | 25,750.00 |
| Tresh, Eric | 1995 | Partner | 3.8 | 580 | 2,204.00 |
| TOTAL: | | | 93.5 | | $ 54,336.00 |

### Associates

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Appleby, Andrew | 2008 | Associate | 53.5 | 300 | 16,050.00 |
| Booth, Scott | 2010 | Associate | 67.4 | 280 | 18,872.00 |
| Fersko, Seth | 2010 | Associate | 28.1 | 240 | 6,744.00 |
| TOTAL: | | | 149.0 | | $ 41,666.00 |

### Summary of Professionals

| Professional Title | Blended Rate | Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Of Counsel | $  581 | 93.5 | $  54,336.00 |
| Associates | 279 | 149.0 | 41,666.00 |
| TOTAL: | $  396 | 242.5 | $  96,002.00 |

## Professional Services Rendered by Project Category During Interim Fee Period

| Client Number | Matter Number | Project Category | Hours Billed | Amount |
|---|---|---|---|---|
| 29779 | 0003 | Tax | 38.2 | 26,382.00 |
| 29779 | 0013 | Tax | 164.1 | 56,522.00 |
| 29779 | 0016 | Tax | 40.2 | 13,098.00 |
| | TOTAL: | | 242.5 | $  96,002.00 |

## Project Detail

| Matter Number and Name | Project Category | Attorney Name | Total Hours | Amount |
|---|---|---|---|---|
| 29779-0003 - General | Tax | J. Libin | 24.3 | 19,440.00 |
| | | T. Byrne | 12.4 | 5,952.00 |
| | | E. Fenichel | 1.5 | 990.00 |
| 2779-0013 – New York City Audit Matter | Tax | M. Simonetti | 43.2 | 21,600.00 |
| | | A. Appleby | 53.5 | 16,050.00 |
| | | S. Booth | 67.4 | 18,872.00 |
| 29779-0016 – New York Real Property Transfer Tax | Tax | M. Simonetti | 8.3 | 4,150.00 |
| | | S. Fersko | 28.1 | 6,744.00 |
| | | E. Tresh | 3.8 | 2,204.00 |
| TOTAL: | | | 242.5 | $ 96,002.00 |

## **Out-of-Pocket Expenses Incurred During Interim Fee Period**

| | | |
|---|---|---|
| Travel:  Ground Transportation | 5/18/11 – M. Simonetti Cab Fare to meeting at Lehman Brothers ($22.70) 6/21/11 – M. Simonetti – Parking at Lehman Brothers for Meeting ($23.00) 6/28/11 – M. Simonetti – Parking at Lehman Brothers for Meeting ($23.00) | $    68.70 |
| Photocopies:  (1,342 pages) | | 134.20 |
| TOTAL: | | $  202.90 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**FIFTH INTERIM FEE APPLICATION OF SUTHERLAND ASBILL & BRENNAN LLP, AS A SECTION 327(e) PROFESSIONAL, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

Sutherland Asbill & Brennan LLP ("Sutherland"), special tax counsel to Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors"), files its Fifth Interim Fee Application (the "Application") pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred in connection with its representation of the Debtors during the period from June 1, 2011 through September 30, 2011 (the "Compensation Period"). In support of its Application, Sutherland respectfully states the following:

## JURISDICTION

1.     This Court has jurisdiction to consider the Application pursuant to 28 U.S.C. sections 157 and 1334. Consideration of the Application is a core proceeding pursuant to 28 U.S.C. section 157(b)(2). Venue of this case is proper in this district pursuant to 28 U.S.C.

sections 1408 and 1409. The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## GENERAL BACKGROUND

2.    Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.    On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

5.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner (the "Examiner") in the above-referenced chapter 11 cases and, by order dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.

6.    On May 26, 2009, the Court appointed a fee committee ("Fee Committee") and approved a fee protocol ("Fee Protocol") in the above-referenced chapter 11 cases. [Docket No. 3651].

-2-

7.    Additional information regarding the Debtors' businesses, capital structures, and the circumstances leading to the commencement of these chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

## RETENTION OF SUTHERLAND

8.    Sutherland began performing legal services on behalf of the Debtors as an Ordinary Course Professional pursuant to this Court's *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business*, (the "OCP Order"), dated November 5, 2008 [Docket No. 1394]. In accordance with the procedures set forth in the OCP Order, Sutherland's retention became effective as of July 11, 2009. [Docket No. 4259].

9.    On April 23, 2010, the Debtors submitted to this Court an *Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Sutherland Asbill & Brennan LLP as Special Tax Counsel,* Nunc Pro Tunc *to April 1, 2010.* On May 6, 2010, this Court entered an order granting the Debtors' application. [Docket No. 8864].

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

10.    Sutherland has prepared this Application in accordance with the *Amended Guidelines for Fees and Disbursements of Professionals in Southern District of New York Bankruptcy Cases*, adopted by the Court on April 19, 1995 (the "Local Guidelines"); the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. section 330*, adopted on January 30, 1996 (the "UST

-3-

Guidelines"); the *Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 14968]; and this Court's *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], as amended on April 14, 2011 [Docket No. 14969] (the "Fee Protocol Order," and together with the Local Guidelines, the UST Guidelines, and the Interim Compensation Order, the "Guidelines"). Pursuant to the Local Guidelines, a certification regarding compliance with the Guidelines is annexed hereto as Exhibit A.

11.     During the Compensation Period, Sutherland professionals expended a total of 242.5 hours rendering services to the Debtors. Sutherland seeks the allowance of compensation for such services in the amount of $96,002.00 (of which $53,400.00 has been paid), and the approval of its reimbursement of actual and necessary expenses incurred in connection with such services in the amount of $202.90 (of which $173.90 has been paid).

12.     Except as noted in paragraph 11, during the Compensation Period Sutherland has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Sutherland and any other person for the sharing of compensation to be received for services rendered in these cases.

13.     Sutherland's fees in these cases are billed in accordance with its billing rates and procedures as agreed upon with the Debtors and as in effect during the Compensation Period. The rates charged by Sutherland for the services rendered in these chapter 11 cases do not (and will not) exceed the rates Sutherland customarily charges for services rendered in comparable non-bankruptcy matters. Such fees, which resulted in a voluntary discount of $10,784 from

Sutherland's standard hourly charges during the Compensation Period, are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

14.    Pursuant to the UST Guidelines, annexed hereto as Exhibit B is a schedule setting forth:  (a) a list of all Sutherland professionals who have performed services in these chapter 11 cases during the Compensation Period; (b) the capacities in which each such individual is employed by Sutherland; (c) the agreed-upon hourly rate charged by Sutherland for services performed by each such individual; (d) the total amount of time spent by each such individual on behalf of the Debtors during the Compensation Period; (e) the total amount billed for such time; and (f) the year in which each professional was first admitted to the bar.

15.    Annexed hereto as Exhibit C is a schedule specifying the categories of expenses for which Sutherland is seeking reimbursement and the total amount of reimbursement requested for each such category.

16    Pursuant to the UST Guidelines, annexed hereto as Exhibit D is a summary by project category of the services performed by Sutherland during the Compensation Period.

17.    Sutherland has attempted to include in this Application all of its time and expenses relating to the Compensation Period.  Sutherland reserves the right to request in a future application any additional time charges and expense amounts relating to services rendered during the Compensation Period that are not reflected in this Application.

18.    Sutherland maintains computerized records of the time spent by all Sutherland professionals in connection with its representation of the Debtors.  Subject to redaction for attorney-client privilege where necessary to protect the Debtors and their estates, a reformatted version of such computerized records for the Compensation Period is annexed hereto as Exhibit

-5-

E.  A detailed explanation of Sutherland's disbursements for the Compensation Period is

annexed hereto as Exhibit F.

## SERVICES RENDERED BY SUTHERLAND

19.     A summary description of the services rendered by Sutherland during the

Compensation Period is set forth below:

### A.      Bankruptcy Tax Issues

20.     Sutherland provided analysis and advice with respect to certain unsettled issues

relating to the separate tax liability of LBHI and LBI in the bankruptcy context.

### B.      New York City Tax Matters

21.     Sutherland continued to advise LBHI with respect to its New York City tax audit

matter.  This matter is still pending.

### C.      Other Tax Advice

22.     Sutherland advised LBHI on certain New York real property transfer tax issues.

## ALLOWANCE OF COMPENSATION

23.     Section 331 of the Bankruptcy Code authorizes the bankruptcy court to allow the

payment to section 327 professionals of "such compensation for services rendered...or

reimbursement for expenses incurred...as is provided in section 330...."

24.     Section 330(a)(1) of the Bankruptcy Code authorizes the payment of reasonable

compensation to a section 327 professional for "actual, necessary services rendered" and

reimbursement for "actual, necessary expenses."

25.     Section 330(a)(3) of the Bankruptcy Code provides that in determining the

amount of reasonable compensation to be awarded, the bankruptcy court should consider the

-6-

nature, extent and value of the services rendered to the estate, taking into account all relevant

factors, including:

      (A)    the time spent on such services;

      (B)    the rates charged for such services;

      (C)    whether the services were necessary to the administration of, or beneficial at the time at which the services was rendered toward the completion of, a case under this title;

      (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

      (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

      (F)    whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. section 330(a)(3)(A)-(F).

      26.    As discussed further below, Sutherland believes that its services were necessary

and beneficial to the Debtors and that its request for compensation is reasonable.

      **(A)    Time spent on services rendered**

      27.    During the Compensation Period, Sutherland partners, of counsel and associates

spent a total of 242.5 hours providing the professional services requested by the Debtors.

Exhibits B and D attached hereto show the time in summary form and by project category,

respectively.  In order to avoid any duplication of effort, Sutherland coordinated regularly with

the LBHI tax team in providing its services.

**(B)    Rates charged**

28.    During the Compensation Period, Sutherland's agreed-upon hourly billing rates
ranged from $480 to $800 for partners, and from $240 to $300 for associates.  Total fees billed
for the Compensation Period were $96,002.00.  Based on the total number of hours recorded, the
overall blended hourly rate for all time expended was $396.  No rate increases were implemented
during the Compensation Period.

29.    The amounts charged by Sutherland for the particular services rendered represent
a voluntary discount of $10,784 from standard hourly rates for the same professionals.  The
hourly rates agreed upon with the Debtors for these chapter 11 cases are below the standard
hourly rates Sutherland would charge for comparable work performed in a non-bankruptcy
context.

30.    Sutherland carefully monitored and reviewed the time entries of all professionals
who worked on these chapter 11 cases during the Compensation Period in order to ensure the
integrity of its bills and the reasonableness of its time charges.

**(C)    Necessity and benefit of the services**

31.    As has been the case since Sutherland was first retained as an Ordinary Course
Professional, the specialized services rendered by Sutherland during the Compensation Period
have provided the Debtors with a fresh and independent assessment of the strengths and
weaknesses of certain tax positions the Debtors must defend in connection with the pending New
York City tax audit.  Such assessments have enabled the Debtors to determine their ultimate
negotiating posture without concern that they have been too close to the transactions to develop
an appropriately objective analysis of the situation.  Sutherland has also provided effective
research and analysis on certain other tax issues.

-8-

**(D)    Reasonableness of time spent**

32.    The time spent by Sutherland professionals during the Compensation Period was reflective of, and commensurate with, the nature, complexity and importance of the matters being handled.  The issues raised in the New York City tax audit are technical in nature and involve a substantial amount of money.  In order to provide a meaningful, independent analysis of the tax audit issues, it has been necessary for Sutherland to devote a significant amount of time both to reviewing each issue carefully and to determining the issue's appropriate settlement value.

33.    Sutherland has considerable experience in handling matters of this type.  For that reason, it has been able to fulfill its assignments without an unreasonable expenditure of time, notwithstanding the complexity of the matters it has been asked to review.

**(E)    Board certification**

34.    There is no special board certification for tax lawyers.  All of the Sutherland partners, of counsel and associates who worked on matters for the Debtors during the Compensation Period have been admitted to the bar in one or more jurisdictions.

**(F)    Reasonableness of the compensation requested**

35.    The Sutherland professionals involved in these chapter 11 cases have achieved a high degree of expertise in the tax field.  That has enabled Sutherland to render high quality, efficient and timely service to the Debtors throughout the Compensation Period.  Sutherland believes that its request for compensation is reasonable and that comparably skilled practitioners rendering similar services in a non-bankruptcy setting would be compensated at least at the same level, and more likely at a higher level due to the discount Sutherland has afforded the Debtors.

## REIMBURSEMENT OF EXPENSES

36.    For the Compensation Period, Sutherland requests approval for the reimbursement of $202.90 in actual and necessary expenses incurred on behalf of the Debtors.  Exhibit C attached hereto provides a summary of such expenses, and Exhibit F attached hereto sets forth the details relating to such expenses.

37.    In accordance with the Fee Protocol, photocopying charges have been limited to 10 cents per page.  There were no charges for working meals during the Compensation Period.

38.    Sutherland has made reasonable efforts to minimize its disbursements during the Compensation Period.  Each of the expenses incurred was considered to be necessary, reasonable and justified under the circumstances.

WHEREFORE, Sutherland respectfully requests that allowance be made to it for $96,002.00 as reasonable compensation for necessary professional services rendered to the Debtors during the Compensation Period, and that $202.90 be considered properly reimbursable to it for actual and necessary expenses incurring during the Compensation Period, and further requests such other relief as this Court may deem just and proper.

December 14, 2011                    SUTHERLAND ASBILL & BRENNAN LLP

                                     By: _____
                                         Jerome B. Libin

                                         1275 Pennsylvania Ave., N.W.
                                         Washington, DC 20004
                                         Telephone:  202-383-0145
                                         Facsimile:   202-637-3593
                                         E-mail:  jerome.libin@sutherland.com

                                         Special Tax Counsel to the Debtors

-10-

**EXHIBIT A**

**CERTIFICATION OF JEROME B. LIBIN**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

---

**CERTIFICATION UNDER GUIDELINES WITH RESPECT TO FIFTH INTERIM FEE APPLICATION OF SUTHERLAND ASBILL & BRENNAN LLP AS A SECTION 327(e) PROFESSIONAL, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

I, Jerome B. Libin, hereby certify that:

1.      I am a partner with the applicant firm, Sutherland Asbill & Brennan LLP ("Sutherland"). I submit this certification in accordance with the *Amended Guidelines for Fees and Disbursements of Professionals in Southern District of New York Bankruptcy Cases,* adopted by the Court on April 19, 1995 (the "Local Guidelines"); the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11*

*U.S.C. section 330*, adopted on January 30, 1996 (the "UST Guidelines"); this Court's *Fourth*

*Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy*

*Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of*

*Expenses of Professionals* [Docket No. 14968] (the "Interim Compensation Order"); and this

Court's *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], as

amended on April 14, 2011 [Docket No. 14969] (the "Fee Protocol Order," and together with the

Local Guidelines, the UST Guidelines, and the Interim Compensation Order, the "Guidelines").

2.      This certification is made with respect to Sutherland's application, dated

December 14, 2011 (the "Application"), for compensation and reimbursement of expenses for

the period from June 1, 2011 through September 30, 2011 (the "Compensation Period"), in

accordance with the Guidelines.

3.      With respect to Section B.1 of the Local Guidelines, I certify that:

      a.      I have read the Application;

      b.      to the best of my knowledge, information, and belief formed after
reasonable inquiry, the fees and expense reimbursements sought fall
within the Guidelines;

      c.      the fees and expense reimbursements sought are billed at rates not
exceeding those customarily charged by Sutherland and generally
accepted by Sutherland's clients; and

      d.      in providing a reimbursable service, Sutherland does not make a profit
on that service, whether the service is performed by Sutherland in-house
or through a third party.

4.      With respect to Section B.2 of the Local Guidelines, I certify that the Notice

Parties identified in the Interim Compensation Order were provided with a detailed statement of

fees and expenses incurred for each of the months included in the Compensation Period.

-2-

5.      With respect to section B.3 of the Local Guidelines, I certify that the Notice

Parties identified in the Interim Compensation Order are all being provided with a copy of this

Application.


December 14, 2011

Jerome B. Libin

SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: 202-383-0145
Facsimile: 202-637-3593
E-mail: jerome.libin@sutherland.com

Special Tax Counsel to the Debtors

**EXHIBIT B**

**Professional Hours Billed During Interim Fee Period**

**Partners and Of Counsel**

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Byrne, Thomas | 1981 | Partner | 12.4 | 480 | 5,952.00 |
| Fenichel, Eric | 1986 | Partner | 1.5 | 660 | 990.00 |
| Libin, Jerome B. | 1961 | Partner | 24.3 | 800 | 19,440.00 |
| Simonetti, Marc | 2001 | Partner | 51.5 | 500 | 25,750.00 |
| Tresh, Eric | 1995 | Partner | 3.8 | 580 | 2,204.00 |
| TOTAL: | | | 93.5 | | $ 54,336.00 |

**Associates**

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Appleby, Andrew | 2008 | Associate | 53.5 | 300 | 16,050.00 |
| Booth, Scott | 2010 | Associate | 67.4 | 280 | 18,872.00 |
| Fersko, Seth | 2010 | Associate | 28.1 | 240 | 6,744.00 |
| TOTAL: | | | 149.0 | | $ 41,666.00 |

## EXHIBIT C

### <u>Out-of-Pocket Expenses Incurred During Interim Fee Period</u>

| | | |
|---|---|---|
| Travel:  Ground Transportation | 5/18/11 – M. Simonetti Cab Fare<br>to meeting at Lehman Brothers ($22.70)<br>6/21/11 – M. Simonetti – Parking at<br>Lehman Brothers for Meeting ($23.00)<br>6/28/11 – M. Simonetti – Parking at<br>Lehman Brothers for Meeting ($23.00) | $    68.70 |
| Photocopies:  (1,342 pages) | | 134.20 |
| TOTAL: | | $  202.90 |

**EXHIBIT D**

**Professional Services Rendered by Project Category During Interim Fee Period**

| Client Number | Matter Number | Project Category | Hours Billed | Amount |
|---|---|---|---|---|
| 29779 | 0003 | Tax | 38.2 | 26,382.00 |
| 29779 | 0013 | Tax | 164.1 | 56,522.00 |
| 29779 | 0016 | Tax | 40.2 | 13,098.00 |
| | TOTAL: | | 242.5 | $ 96,002.00 |

**Project Detail**

| Matter Number and Name | Project Category | Attorney Name | Total Hours | Amount |
|---|---|---|---|---|
| 29779-0003 - General | Tax | J. Libin | 24.3 | 19,440.00 |
| | | T. Byrne | 12.4 | 5,952.00 |
| | | E. Fenichel | 1.5 | 990.00 |
| 2779-0013 – New York City Audit Matter | Tax | M. Simonetti | 43.2 | 21,600.00 |
| | | A. Appleby | 53.5 | 16,050.00 |
| | | S. Booth | 67.4 | 18,872.00 |
| 29779-0016 – New York Real Property Transfer Tax | Tax | M. Simonetti | 8.3 | 4,150.00 |
| | | S. Fersko | 28.1 | 6,744.00 |
| | | E. Tresh | 3.8 | 2,204.00 |
| TOTAL: | | | 242.5 | $ 96,002.00 |

EXHIBIT E-1

| Sutherland Fee Spreadsheet for Invoice No. 613380 for Matter 29779-0003 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Matter Number | Date | Code | Name | Hours | Amount | Description |
| 613380 | 29779-0003 | 6/3/2011 | 1800 | JB LIBIN | 0.5 | $400.00 | Telephone conference and reviewing of |
| Dated: | | | | | | | redacted invoices per J. Ciongoli request. |
| August 2, 2011 | | | | | | | |
| | | | | BILLED TOTALS: | 0.5 | $400.00 | |
| Sutherland | | | | LESS 20% HOLDBACK | | -$80.00 | |
| Fees for | | | | | | $320.00 | |
| June 2011 | | | | | | | |

| Sutherland Fee Spreadsheet for Invoice No. 613380 for Matter 29779-0013 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Matter Number | Date | Code | Name | Hours | Amount | Description |
| 613380 | 29779-0013 | 6/7/2011 | 1800 | AD APPLEBY | 0.5 | $150.00 | Call with S. Mitra to discuss billing and |
| Dated: | | | | | | | reporting for May-July. |
| August 2, 2011 | | | | | | | |
| | 29779-0013 | 6/20/2011 | 1800 | AD APPLEBY | 0.5 | $150.00 | Research NYC law addressing ▪▪▪ |
| | | | | | | | review NYC audit |
| Fees for | | | | | | | issues. |
| June 2011 | | | | | | | |
| | 29779-0013 | 6/20/2011 | 1800 | MA SIMONETTI | 2.3 | $1,150.00 | Reviewing research of NYC treatment of |
| | | | | | | | ▪▪▪ (1.6); reviewing analysis |
| | | | | | | | of NYC ▪▪▪ (.7) |
| | 29779-0013 | 6/21/2011 | 1800 | AD APPLEBY | 0.6 | $180.00 | Research NYC law addressing ▪▪▪ |
| | | | | | | | review NYC audit |
| | | | | | | | issues. |
| | 29779-0013 | 6/21/2011 | 1800 | MA SIMONETTI | 3 | $1,500.00 | Meeting with J. Ciongoli, L. Klang and team |
| | | | | | | | regarding the NYC matter. |
| | 29779-0013 | 6/23/2011 | 1800 | AD APPLEBY | 0.3 | $90.00 | Research NYC law addressing ▪▪▪ |
| | | | | | | | review NYC audit |
| | | | | | | | issues. |
| | 29779-0013 | 6/24/2011 | 1800 | AD APPLEBY | 1.3 | $390.00 | Research NYC law addressing ▪▪▪ |
| | | | | | | | ▪▪▪ (0.9); review NYC |
| | | | | | | | audit issues (0.4). |
| | 29779-0013 | 6/24/2011 | 1800 | MA SIMONETTI | 1.2 | $600.00 | Reviewing NYC research regarding treatment of |
| | | | | | | | ▪▪▪. |
| | 29779-0013 | 6/25/2011 | 1800 | AD APPLEBY | 1 | $300.00 | Research NYC unincorporated business tax law |
| | | | | | | | addressing ▪▪▪. |

EXHIBIT E-3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29779-0013 | 6/27/2011 | 1800 | AD APPLEBY | 8.6 | $2,580.00 | Research NYC unincorporated business tax law addressing ▉ ▉ in NYC and NYS tax law (5.0); draft powerpoint illustrating UBT ▉ (2.7); discuss distinctions with M. Simonetti (0.9). |
| 29779-0013 | 6/27/2011 | 1800 | MA SIMONETTI | 1.8 | $900.00 | Review and analyze NYC treatment of ▉ transactions. |
| 29779-0013 | 6/28/2011 | 1800 | MA SIMONETTI | 2 | $1,000.00 | Preparation for meeting with J. Ciongoli and tax team on NYC (.8); meeting with J. Ciongoli and tax team on the NYC settlement discussions (1.2). |
| 29779-0013 | 6/29/2011 | 1800 | MA SIMONETTI | 2.5 | $1,250.00 | Reviewing NYC research on ▉ (.8); review research on ▉ (1.1); reviewing NYC differences from NYS (.6). |
| 29779-0013 | 6/30/2011 | 1800 | MA SIMONETTI | 1.4 | $700.00 | Discussion with the J. Ciongoli regarding the New York City tax matter. |
| 29779-0013 | 6/30/2011 | 1800 | MA SIMONETTI | 1.1 | $550.00 | Review NYC research on ▉. |
| | | | BILLED TOTALS: | 28.1 | $11,490.00 | |
| | | | MINUS 20% HOLDBACK | | -$2,298.00 | |
| | | | | | $9,192.00 | |

EXHIBIT E-4

| Invoice No. | Matter Number | Date | Code | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| | | | | **Sutherland Fee Spreadsheet for Invoice No. 613380 for Matter No. 29779-0016** | | | |
| 613380 | 29779-0016 | 5/20/2011 | 1800 | ES TRESH | 1 | $580.00 | Work relative to real property transfer |
| Dated: | | | | | | | issues; discussion with L. Klang. |
| August 2, 2011 | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | SA FERSKO | 0.5 | $120.00 | Researched of TSB-A-90(9)R per M.Simonetti. |
| Sutherland | | | | | | | |
| Fees for June | 29779-0016 | 6/2/2011 | 1800 | ES TRESH | 0.8 | $464.00 | Call regarding Real Property Transfer Tax |
| 2011 | | | | | | | Matter. |
| | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | MA SIMONETTI | 2.2 | $1,100.00 | Call with D. Steinberg, L. Klang regarding |
| | | | | | | | real property transfer tax matters (1.0); |
| | | | | | | | Review New York state law related to the real |
| | | | | | | | property transfer tax (.7); Review the |
| | | | | | | | research related to the exception to the real |
| | | | | | | | property transfer tax (.5). |
| | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | SA FERSKO | 1.5 | $360.00 | Drafted summary of New York City bankruptcy |
| | | | | | | | exemption from Real Property Transfer Tax. |
| | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | SA FERSKO | 2 | $480.00 | Draft Memorandum re bankruptcy exemption. |
| | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | SA FERSKO | 0.4 | $96.00 | Conferred with E.Tresh and M.Simonetti |
| | | | | | | | regarding follow-up on conference call |
| | | | | | | | discussion and research on New York City |
| | | | | | | | bankruptcy exemption from Real Property |
| | | | | | | | Transfer Tax. |
| | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | SA FERSKO | 0.4 | $96.00 | Conference call with D.Steinberg and L.Klang |
| | | | | | | | of Lehman Holdings and E.Tresh and |
| | | | | | | | M.Simonetti of Sutherland regarding New York |
| | | | | | | | State bankruptcy exemption from Real Property |
| | | | | | | | Transfer Tax. |
| | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | SA FERSKO | 0.5 | $120.00 | Assembled research binder for federal, New |
| | | | | | | | York State, and New York City bankruptcy |
| | | | | | | | exemptions exemptions per M.Simonetti. |
| | | | | | | | |
| | 29779-0016 | 6/2/2011 | 1800 | SA FERSKO | 2.5 | $600.00 | Researched the New York City bankruptcy |
| | | | | | | | exemption from Real Property Transfer Tax. |

EXHIBIT E-5

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0016 | 6/6/2011 | 1800 | MA SIMONETTI | 1.8 | $900.00 | Call with D. Steinberg and L. Klang regarding state real property transfer tax matters (.9); Review research related to NYS/NYC real property transfer tax (.9) |
| 29779-0016 | 6/7/2011 | 1800 | MA SIMONETTI | 1.1 | $550.00 | Reviewing real property transfer tax NYS/NYC. |
| 29779-0016 | 6/14/2011 | 1800 | SA FERSKO | 0.3 | $72.00 | Correspondence with M.Simonetti regarding follow-up research on the New York City bankruptcy exemption from Real Property Transfer Tax. |
| 29779-0016 | 6/15/2011 | 1800 | SA FERSKO | 3.6 | $864.00 | Researched pre-Piccadilly case law interpreting Title 19 of New York City Regulation 23-03(j)(8). |
| 29779-0016 | 6/15/2011 | 1800 | SA FERSKO | 0.3 | $72.00 | Conferred with M.Simonetti regarding follow-up research on the New York City bankruptcy exemption from Real Property Transfer Tax. |
| 29779-0016 | 6/15/2011 | 1800 | SA FERSKO | 3.6 | $864.00 | Researched the Bankruptcy listing for the New York City Law and regulations. |
| 29779-0016 | 6/16/2011 | 1800 | SA FERSKO | 0.5 | $120.00 | Drafted summary of research results for E.Tresh. |
| 29779-0016 | 6/16/2011 | 1800 | SA FERSKO | 1.5 | $360.00 | Researched pre-Piccadilly case law interpreting Title 19 of New York City Regulation 23-03(j)(8). |
| 29779-0016 | 6/18/2011 | 1800 | SA FERSKO | 2.1 | $504.00 | Revised summary memorandum based on E. Tresh comments. |
| 29779-0016 | 6/18/2011 | 1800 | MA SIMONETTI | 1.8 | $900.00 | Reviewing the NYC treatment of real property transfer tax matter |
| 29779-0016 | 6/18/2011 | 1800 | SA FERSKO | 1.4 | $336.00 | Drafted summary of research on pre-Piccadilly case law for the New York City bankruptcy |

EXHIBIT E-6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | exemption from Real Property Transfer Tax for E.Tresh. |
| | | | | | | | |
| 29779-0016 | 6/19/2011 | 1800 | SA FERSKO | | 1.5 | $360.00 | Finalized summary of research on pre-Piccadilly case law for the New York City bankruptcy exemption from Real Property Transfer Tax for E.Tresh. |
| | | | | | | | |
| 29779-0016 | 6/20/2011 | 1800 | SA FERSKO | | 1.2 | $288.00 | Revised research summary. |
| | | | | | | | |
| 29779-0016 | 6/20/2011 | 1800 | SA FERSKO | | 0.5 | $120.00 | Conferred with M.Simonetti regarding follow-up research on pre-Piccadilly case law. |
| | | | | | | | |
| 29779-0016 | 6/20/2011 | 1800 | SA FERSKO | | 1.6 | $384.00 | Researched legislation history for the New York City law. |
| | | | | | | | |
| 29779-0016 | 6/20/2011 | 1800 | MA SIMONETTI | | 1.4 | $700.00 | Reviewing NYC real property transfer tax issues (.8); communication with client (.6). |
| | | | | | | | |
| 29779-0016 | 6/20/2011 | 1800 | ES TRESH | | 1 | $580.00 | Review of legal analysis related to New York City and New York State real property transfer issues. |
| | | | | | | | |
| 29779-0016 | 6/20/2011 | 1800 | ES TRESH | | 1 | $580.00 | Conference call with Lehman Brothers (Linda Klang) regarding New York City and New York State real property transfer issues. |
| | | | | | | | |
| 29779-0016 | 6/20/2011 | 1800 | SA FERSKO | | 2.2 | $528.00 | Researched various issues for M.Simonetti regarding pre-Piccadilly case law. |
| | | | | | | | |
| | | | BILLED TOTALS: | | 40.2 | $13,098.00 | |
| | | | MINUS 20% HOLDBACK | | | -$2,619.60 | |
| | | | | | | $10,478.40 | |

EXHIBIT E-7

| Invoice No. | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| | | Sutherland Spreadsheet for Invoice No. 616400: Fees for Matter 29779-0003 | | | | | |
| 616400 | | | | | | | |
| Dated: | 29779-0003 | 7/12/2011 | 4600 | JB LIBIN | 0.20 | $160.00 | Reviewing draft Stipulation re: Second |
| August 31, 2011 | | | | | | | Interim Fee Application. |
| | | | | | | | |
| Sutherland | | | | TOTAL: | | $160.00 | |
| Fees for July 2011 | | | | Minus 20% Holdback | | -$32.00 | |
| | | | | | | $128.00 | |

EXHIBIT E-8

| Sutherland Spreadsheet for Invoice No. 616400:  Fees for Matter 29779-0013 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Matter Number | Date | Code | Name | Hours | Amount | Description |
| 616400 | 29779-0013 | 7/1/2011 | 1800 | MA SIMONETTI | 0.50 | $250.00 | Review NYC research related to |
| Dated: | | | | | | | characterization of ▮▮▮▮▮▮ (.5). |
| August 31, 2011 | | | | | | | |
| | 29779-0013 | 7/1/2011 | 1800 | MA SIMONETTI | 0.70 | $350.00 | Review additional research related to new NYC |
| Sutherland | | | | | | | tax treatment of ▮▮▮▮▮ (.7). |
| Fees for July 2011 | | | | | | | |
| | 29779-0013 | 7/1/2011 | 1800 | MA SIMONETTI | 1.00 | $500.00 | Discuss w. A. Appleby the outline of NYC |
| | | | | | | | analysis of the treatment of income from |
| | | | | | | | financial transactions (1.0). |
| | 29779-0013 | 7/1/2011 | 1800 | AD APPLEBY | 1.80 | $540.00 | Review NYS analysis to compare NYS and NYC |
| | | | | | | | differences (0.3); review NYC audit |
| | | | | | | | workpapers and proof of claim (0.6); discuss |
| | | | | | | | strategy of research and deliverables for the |
| | | | | | | | NYC corporate income tax analysis with M. |
| | | | | | | | Simonetti (0.9). |
| | 29779-0013 | 7/5/2011 | 1800 | AD APPLEBY | 3.80 | $1,140.00 | Review NYS analysis to contrast NYS and NYC |
| | | | | | | | differences (3.6); discuss strategy of |
| | | | | | | | research and deliverables with M. Simonetti |
| | | | | | | | (0.2). |
| | 29779-0013 | 7/5/2011 | 1800 | MA SIMONETTI | 0.20 | $100.00 | Discuss NYC research w. A. Appleby. |
| | 29779-0013 | 7/6/2011 | 1800 | AD APPLEBY | 5.90 | $1,770.00 | Review NYS analysis to identify NYC |
| | | | | | | | differences (2.6); research NYC tax law |
| | | | | | | | addressing ▮▮▮▮▮▮ |
| | | | | | | | (2.9); draft slide deck addressing NYC ▮▮▮▮ |
| | | | | | | | ▮▮▮ (0.4). |

| | 29779-0013 | 7/7/2011 | 1800 | AD APPLEBY | 2.40 | | $720.00 | Research NYC tax law addressing ▬ (1.8); analyze distinctions between NYS and NYC tax law addressing ▬ (0.6). |
| | 29779-0013 | 7/7/2011 | 1800 | MA SIMONETTI | 1.70 | | $850.00 | Review outline of the NYC analysis of taxation of financials (.8). Revise NYC analysis outline (.9). |
| | 29779-0013 | 7/7/2011 | 1800 | MA SIMONETTI | 0.50 | | $250.00 | Revise NYC analysis of outline for the characterization of income(.5). |
| | 29779-0013 | 7/15/2011 | 1800 | MA SIMONETTI | 3.50 | | $1,750.00 | Review research related to NYS characterization of income (1.7); revise outline of NYC corporate franchise tax treatment of financials analysis (1.8). |
| | 29779-0013 | 7/18/2011 | 1800 | MA SIMONETTI | 1.80 | | $900.00 | Review research related to ▬ of ▬ for NYC corporations tax (1.8). |
| | 29779-0013 | 7/25/2011 | 1800 | MA SIMONETTI | 2.30 | | $1,150.00 | Review additional research related to the ▬ (1.8); refine the issues to be researched regarding characterization of financial transactions (.5). |
| | 29779-0013 | 7/26/2011 | 1800 | AD APPLEBY | 1.30 | | $390.00 | Call with client to discuss progression of NYC matter (0.4); research NYC tax law addressing ▬ (0.9). |
| | 29779-0013 | 7/26/2011 | 1800 | MA SIMONETTI | 2.20 | | $1,100.00 | Conference call with J. Ciongoli, L. Klang, M. Morgese to discuss status of NYC matter (.5); review NYC legal analysis of ▬ (1.7). |

EXHIBIT E-10

| | 29779-0013 | 7/27/2011 | 1800 | MA SIMONETTI | 0.80 | $400.00 | Research and review analysis of ▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (.8). |
| | 29779-0013 | 7/29/2011 | 1800 | AD APPLEBY | 1.70 | $510.00 | Draft memo analyzing NYC tax position related to the treatment of financial institutions (1.2); research NYC tax law addressing ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (0.4); review NYC Form ▮▮▮▮ (0.1). |
| | | | | TOTAL | | $12,670.00 | |
| | | | | Minus 20% Holdback | | -$2,534.00 | |
| | | | | | | $10,136.00 | |

EXHIBIT E-11

| Invoice # | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| Sutherland Spreadsheet for Invoice No. 617330 - Matter No. 29779-0003 | | | | | | | |
| 617330 | 29779-0003 | 8/11/2011 | 4600 | JB LIBIN | 2.5 | $2,000.00 | Review and preparation of Fourth Interim Fee |
| | | | | | | | Application. |
| Dated: | | | | | | | |
| September 19, 2011 | 29779-0003 | 8/12/2011 | 4600 | JB LIBIN | 1.5 | $1,200.00 | Review and preparation of Fourth Interim Fee |
| | | | | | | | Application. |
| Sutherland Fees | | | | | | | |
| August 2011 | 29779-0003 | 8/19/2011 | 4600 | JB LIBIN | 1.4 | $1,120.00 | Drafting response to Fee Committee Report re: |
| | | | | | | | Third Interim Fee Application. |
| Matter Name: | | | | | | | |
| General | 29779-0003 | 8/19/2011 | 1800 | JB LIBIN | 0.3 | $240.00 | Telephone conference with Darryl Steinberg |
| | | | | | | | re: possible State tax issue in pending |
| | | | | | | | disposition. |
| | | | | | | | |
| | 29779-0003 | 8/29/2011 | 4600 | JB LIBIN | 0.4 | $320.00 | Billing - Reviewing Proformas. |
| | | | | | | | |
| | | | | Total Invoice: | 6.1 | $4,880.00 | |
| | | | | Less 20% Holdback | | -$976.00 | |
| | | | | | | $3,904.00 | |

| Sutherland Spreadsheet for Invoice No. 617330 - Matter No. 29779-0013 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # | Matter Number | Date | Code | Name | Hours | Amount | Description |
| 617330 | 29779-0013 | 8/1/2011 | 1800 | AD APPLEBY | 0.3 | $ 90.00 | Revising LBHI facts for the NYC analysis |
| | | | | | | | |
| Dated: | 29779-0013 | 8/4/2011 | 1800 | AD APPLEBY | 1.2 | $ 360.00 | Draft memo analyzing NYC position regarding |
| September 19, 2011 | | | | | | | the characterization of income from financial |
| | | | | | | | products (1.2). |
| Sutherland Fee for | | | | | | | |
| August 2011 | 29779-0013 | 8/5/2011 | 1800 | SA BOOTH | 1.5 | $ 420.00 | Background reading on NYC audit; procedural |
| | | | | | | | history of NYC audit, review NYC audit |
| Matter Name: | | | | | | | assessment (0.8);background research on ▇ |
| New York City Audit | | | | | | | ▇▇▇ transaction structure |
| Matter | | | | | | | (0.7). |
| | | | | | | | |
| | 29779-0013 | 8/8/2011 | 1800 | SA BOOTH | 4.1 | $ 1,148.00 | Research on ▇▇▇ transactions, |
| | | | | | | | general treatment of investment income on |
| | | | | | | | NYC(2.6).  NYC Research on General |
| | | | | | | | Corporation Tax (1.5). |
| | | | | | | | |
| | 29779-0013 | 8/9/2011 | 1800 | AD APPLEBY | 0.6 | $ 180.00 | Research NYC tax law addressing ▇ and |
| | | | | | | | ▇▇▇ (0.6). |
| | | | | | | | |
| | 29779-0013 | 8/9/2011 | 1800 | SA BOOTH | 7.3 | $ 2,044.00 | Conference call regarding initial audit |
| | | | | | | | issues indentified by NYC, and which years to |
| | | | | | | | address in the memorandum (.4); review of NYC |
| | | | | | | | audit adjustment, review workpapers that |
| | | | | | | | identify the adjustments(2.8); research on |
| | | | | | | | NYC GCT (3.1); drafting NYC GCT section |
| | | | | | | | (1.0). |
| | | | | | | | |
| | 29779-0013 | 8/9/2011 | 1800 | SA BOOTH | 1.8 | $ 504.00 | Revise NYC GCT law section on ▇▇ |
| | | | | | | | ▇▇ revise memorandum (1.6); draft email |
| | | | | | | | to A. Appleby with update regarding status of |
| | | | | | | | NYC law analysis and open issues (.2). |
| | | | | | | | |
| | 29779-0013 | 8/10/2011 | 1800 | SA BOOTH | 0.9 | $ 252.00 | Research NYC GCT ▇ treatment. |
| | | | | | | | |
| | 29779-0013 | 8/10/2011 | 1800 | AD APPLEBY | 0.6 | $ 180.00 | Research NYC tax law addressing ▇ and |
| | | | | | | | ▇▇ (0.4); draft memo |
| | | | | | | | analyzing NYC audit and positions (0.2). |

EXHIBIT E-13

| | 29779-0013 | 8/11/2011 | 1800 | AD APPLEBY | 0.4 | $ | 120.00 | Research NYC tax law addressing ▮ and ▮ (0.4). |
|---|---|---|---|---|---|---|---|---|
| | 29779-0013 | 8/11/2011 | 1800 | SA BOOTH | 4.5 | $ | 1,260.00 | Research re NYS and NYC distinctions (2.5); draft analysis section on investment income treatment NYC audit memo (1.2);draft facts section of LBHI ▮ transactions (.8). |
| | 29779-0013 | 8/12/2011 | 1800 | AD APPLEBY | 0.4 | $ | 120.00 | Research NYC tax law addressing ▮ and ▮ (0.4). |
| | 29779-0013 | 8/12/2011 | 1800 | SA BOOTH | 6.3 | $ | 1,764.00 | Review NYC Assessment workpapers (3.8); comparing NYC with NYS assessment (2.5). |
| | 29779-0013 | 8/12/2011 | 1800 | MA SIMONETTI | 1.1 | $ | 550.00 | Reviewing the NYC analysis of the treatment of ▮ for financial instruments. |
| | 29779-0013 | 8/15/2011 | 1800 | MA SIMONETTI | 1.8 | $ | 900.00 | Reviewing the draft memo describing the NYC characterization of income for financial transactions. (1.8) |
| | 29779-0013 | 8/15/2011 | 1800 | SA BOOTH | 3.1 | $ | 868.00 | Review NYC proof of claim schedules (1.8). Draft memo analyzing NYC audit adjustments from ▮ transaction (1.3). |
| | 29779-0013 | 8/15/2011 | 1800 | AD APPLEBY | 0.3 | $ | 90.00 | Draft memo analyzing NYC position regarding ▮ and ▮ (0.3). |
| | 29779-0013 | 8/16/2011 | 1800 | AD APPLEBY | 3.2 | $ | 960.00 | Draft memo analyzing NYC position regarding ▮ and ▮ (3.2). |
| | 29779-0013 | 8/17/2011 | 1800 | AD APPLEBY | 2.3 | $ | 690.00 | Draft memo analyzing NYC position regarding ▮ and ▮ (1.9); research NYC tax law addressing ▮ and ▮ (0.4). |

EXHIBIT E-14

| | 29779-0013 | 8/17/2011 | | 1800 SA BOOTH | 3.6 | $ 1,008.00 | Review and reconcile NYC audit with NYS audit and workpapers (1.7); Call with A. Appleby on audit issues (1.1); update outstanding issues and questions on treatment of certain subsidiaries on NYC return to clarify with LBHI (.8). |
| | 29779-0013 | 8/18/2011 | | 1800 SA BOOTH | 7.2 | $ 2,016.00 | Draft ███ / ███ transaction facts, supplementing NYC  GCT ████ law section(5.8); researching audit adjustment issues in NYC workpapers (1.4). |
| | 29779-0013 | 8/19/2011 | | 1800 AD APPLEBY | 0.5 | $ 150.00 | Draft memo analyzing NYC position regarding ███ and ███ (0.5). |
| | 29779-0013 | 8/19/2011 | | 1800 SA BOOTH | 8.1 | $ 2,268.00 | Draft investment and ███ analysis sections addressing NYC audit adjustment (6.3); research ███ in NYC (1.8). |
| | 29779-0013 | 8/22/2011 | | 1800 AD APPLEBY | 5.9 | $ 1,770.00 | Draft memo analyzing NYC position regarding ███ and ███ (5.9). |
| | 29779-0013 | 8/23/2011 | | 1800 AD APPLEBY | 1.9 | $ 570.00 | Draft memo analyzing NYC position regarding ███ and ███ (1.9). |
| | 29779-0013 | 8/23/2011 | | 1800 SA BOOTH | 1.7 | $ 476.00 | Review and edit structure of memo re NYC audit analysis, supplementing investment and ███ analysis and law sections (1.3); discussing ███ under GCT with A. Appleby (.4). |

EXHIBIT E-15

| | 29779-0013 | 8/23/2011 | | 1800 | SA BOOTH | 1.2 | $ | 336.00 | Update open issues and questions document to |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | confirm with LBHI and M. Simonetti;(.3); |
| | | | | | | | | | editing NYC audit memo; update open |
| | | | | | | | | | issues/questions to confirm with LBHI with |
| | | | | | | | | | respect to treatment and amount of income |
| | | | | | | | | | classified as investment and ▇ |
| | | | | | | | | | ▇ (.5); communicating with M. Simonetti |
| | | | | | | | | | and A. Appleby regarding status of NYC audit |
| | | | | | | | | | memo and outstanding questions to ask |
| | | | | | | | | | LBHI(.4). |
| | | | | | | | | | |
| | 29779-0013 | 8/29/2011 | | 1800 | SA BOOTH | 6.2 | $ | 1,736.00 | Research ▇ issues (2.0); |
| | | | | | | | | | indirect ▇ research |
| | | | | | | | | | (2.4); review and edit NYC memo for draft |
| | | | | | | | | | ▇ facts (1.8). |
| | | | | | | | | | |
| | 29779-0013 | 8/30/2011 | | 1800 | SA BOOTH | 2.4 | $ | 672.00 | Add new ▇ law and |
| | | | | | | | | | analysis section; research ▇ |
| | | | | | | | | | ▇ in NYC;(.9);review and revise facts, |
| | | | | | | | | | analysis of NYC audit memo (1.2); update |
| | | | | | | | | | outstanding issues (.3) and questions for |
| | | | | | | | | | LBHI to confirm. |
| | | | | | | | | | |
| | 29779-0013 | 8/30/2011 | | 1800 | MA SIMONETTI | 1.1 | $ | 550.00 | Review NYC analysis of the characterization |
| | | | | | | | | | of income (1.1). |
| | | | | | | | | | |
| | | | | Total Invoice | | 81.5 | $ 24,052.00 | | |
| | | | | Minus 20% Hold Back | | | $ (4,810.40) | | |
| | | | | | | | $ 19,241.60 | | |

| Sutherland Fee Spreadsheet for Invoice No. 622210 for Matter No. 29779-0003 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # | Matter Number | Date | Code | Name | Hours | Amount | Description |
| 622210 | 29779-0003 | 9/7/2011 | 1800 | ER FENICHEL | 0.3 | $ 198.00 | Analyze availability of repo ███ provisions for tax loss analysis. |
| Dated: | | | | | | | |
| November 4, 2011 | 29779-0003 | 9/7/2011 | 1800 | TM BYRNE | 0.3 | $ 144.00 | Review J. Libin & Bruce Brier memos re bankruptcy tax issue re repo |
| Sutherland | | | | | | | |
| Fees for | 29779-0003 | 9/8/2011 | 1800 | TM BYRNE | 0.5 | $ 240.00 | Telephone conference with Bruce Brier re ████ allocation (.5) |
| September 2011 | | | | | | | |
| | 29779-0003 | 9/8/2011 | 1800 | TM BYRNE | 0.2 | $ 96.00 | Continued telephone conference with Bruce Brier re ████ re repos |
| | 29779-0003 | 9/8/2011 | 1800 | TM BYRNE | 0.5 | $ 240.00 | Review notes and draft memo to E. Fenichel re repurchase agreement issue |
| | 29779-0003 | 9/8/2011 | 1800 | ER FENICHEL | 0.8 | $ 528.00 | Analyze availability of repo ████ provisions for tax loss analysis. |
| | 29779-0003 | 9/9/2011 | 1800 | TM BYRNE | 0.5 | $ 240.00 | Editing memorandum re repo agreement issues |
| | 29779-0003 | 9/9/2011 | 1800 | TM BYRNE | 0.2 | $ 96.00 | Finalize memo to E Fenichel re repo issues |
| | 29779-0003 | 9/9/2011 | 1800 | ER FENICHEL | 0.4 | $ 264.00 | Review memo summarizing repo agreement arguments asserted by Weil. |
| | 29779-0003 | 9/14/2011 | 1800 | TM BYRNE | 0.1 | $ 48.00 | Call to Bruce Brier re repo issue |
| | 29779-0003 | 9/15/2011 | 1800 | TM BYRNE | 0.5 | $ 240.00 | Telephone conference with B. Brier re repo issue |
| | 29779-0003 | 9/27/2011 | 1800 | TM BYRNE | 0.1 | $ 48.00 | Telephone conference with J Libin re tax allocation analysis |
| | 29779-0003 | 9/27/2011 | 1800 | TM BYRNE | 0.5 | $ 240.00 | Telephone conference with B. Brier, J. Ciongoli, J Libin re tax liability allocation issues |

EXHIBIT E-17

| | 29779-0003 | 9/27/2011 | 1800 | TM BYRNE | 0.9 | $ | 432.00 | Analysis of parent sub allocation question; review of Bankruptcy Code provisions |
|---|---|---|---|---|---|---|---|---|
| | 29779-0003 | 9/27/2011 | 1800 | JB LIBIN | 0.6 | $ | 480.00 | Telephone conference with J. Ciongoli, B. Brier, et al. (Lehman) and T. Byrne (Sutherland) re: priority claim issue relating to tax liability. |
| | 29779-0003 | 9/27/2011 | 1800 | JB LIBIN | 0.4 | $ | 320.00 | Discussing priority claim issue analysis with T. Bryne (Sutherland). |
| | 29779-0003 | 9/27/2011 | 1800 | JB LIBIN | 1.5 | $ | 1,200.00 | Reviewing Authorities re: priority claim issue relating to tax liability. |
| | 29779-0003 | 9/28/2011 | 1800 | JB LIBIN | 4.6 | $ | 3,680.00 | Reviewing Authorities relating to priority claim issue - Bankruptcy Statutes - Tax Regulations - cases. |
| | 29779-0003 | 9/28/2011 | 1800 | JB LIBIN | 0.4 | $ | 320.00 | Discussing priority claim issue with T. Byrne (Sutherland). |
| | 29779-0003 | 9/28/2011 | 1800 | TM BYRNE | 1 | $ | 480.00 | Review J. Libin memo re tax allocation reg and related analysis |
| | 29779-0003 | 9/28/2011 | 1800 | TM BYRNE | 0.4 | $ | 192.00 | Memo to J. Libin re contribution |
| | 29779-0003 | 9/28/2011 | 1800 | TM BYRNE | 0.2 | $ | 96.00 | Memo to J. Libin re prepetition tax liability |
| | 29779-0003 | 9/28/2011 | 1800 | TM BYRNE | 1.5 | $ | 720.00 | Research case law re corporate group tax allocation in bankruptcy |
| | 29779-0003 | 9/29/2011 | 1800 | TM BYRNE | 0.4 | $ | 192.00 | Telephone conference with J. Libin re advice to client |
| | 29779-0003 | 9/29/2011 | 1800 | TM BYRNE | 1 | $ | 480.00 | Research tax allocation issue |
| | 29779-0003 | 9/29/2011 | 1800 | TM BYRNE | 0.9 | $ | 432.00 | Reading Tax Law Rev. article on parent-sub tax allocation in bankruptcy |
| | 29779-0003 | 9/29/2011 | 1800 | TM BYRNE | 1 | $ | 480.00 | Review cases on tax allocation issues |

EXHIBIT E-18

| | 29779-0003 | 9/29/2011 | 1800 | TM BYRNE | 0.4 | $ 192.00 | Review draft advice memo and related emails with J. Libin |
|---|---|---|---|---|---|---|---|
| | 29779-0003 | 9/29/2011 | 1800 | JB LIBIN | 3.8 | $ 3,040.00 | Reviewing priority claim issue and IRC section ▮ |
| | 29779-0003 | 9/29/2011 | 1800 | JB LIBIN | 1.7 | $ 1,360.00 | Drafting priority claim issue memo. |
| | 29779-0003 | 9/29/2011 | 1800 | JB LIBIN | 0.3 | $ 240.00 | Telephone conference with T. Byrne (Sutherland) re: priority claim memo. |
| | 29779-0003 | 9/29/2011 | 1800 | JB LIBIN | 1.6 | $ 1,280.00 | Reviewing cases relating to priority claim issue. |
| | 29779-0003 | 9/30/2011 | 1800 | TM BYRNE | 0.5 | $ 240.00 | Editing draft advice memo re: allocation |
| | 29779-0003 | 9/30/2011 | 1800 | TM BYRNE | 0.4 | $ 192.00 | Finalizing advice memo with J. Libin |
| | 29779-0003 | 9/30/2011 | 1800 | TM BYRNE | 0.1 | $ 48.00 | Review B. Brier memo re allocation, priority |
| | 29779-0003 | 9/30/2011 | 1800 | JB LIBIN | 2.3 | $ 1,840.00 | Drafting memo re: Priority Claim issue. |
| | 29779-0003 | 9/30/2011 | 1800 | JB LIBIN | 0.3 | $ 240.00 | Discussing memo re: Priority Claim issue with T. Byrne. |
| | | | BILLED TOTALS: | | 31.4 | $ 20,942.00 | |
| | | | MINIS 20% HOLD BACK | | | -$4,188.40 | |
| | | | | | | $16,753.60 | |

EXHIBIT E-19

| Sutherland Fee Spreadsheet for Invoice No. 622210 for Matter No. 29779-0013 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # | Matter Number | Date | Code | Name | Hours | Amount | Description |
| 622210 | 29779-0013 | 9/7/2011 | 1800 | AD APPLEBY | 0.4 | $ 120.00 | Draft memo analyzing NYC position regarding |
| | | | | | | | repos and securities lending (0.4). |
| Dated: | | | | | | | |
| November 4, 2011 | 29779-0013 | 9/14/2011 | 1800 | AD APPLEBY | 1.2 | $ 360.00 | Review NYC settlement proposal slide deck |
| | | | | | | | (0.4); research ▇▇▇ NYC court filings and |
| Sutherland | | | | | | | settlement agreement (0.8). |
| Fees for | | | | | | | |
| September | 29779-0013 | 9/14/2011 | 1800 | MA SIMONETTI | 2.8 | $ 1,400.00 | Discussing settlement negotiations with M. |
| 2011 | | | | | | | Morgese and L. Klang (.5); reviewing the |
| | | | | | | | settlement proposal presentation for |
| | | | | | | | revisions (1.2); review legal precedent |
| | | | | | | | related to New York City settlements (1.1) |
| | 29779-0013 | 9/14/2011 | 1800 | SA BOOTH | 0.3 | $ 84.00 | Compare adjustments made by NYC Department to |
| | | | | | | | ▇▇▇ with LBHI's adjustments (.3). |
| | 29779-0013 | 9/14/2011 | 1800 | SA BOOTH | 0.4 | $ 112.00 | Research requirements for objecting to NYC |
| | | | | | | | Department's proof of claim (.4). |
| | 29779-0013 | 9/15/2011 | 1800 | SA BOOTH | 1.1 | $ 308.00 | Research bankruptcy code requirements for |
| | | | | | | | valid proof of claim (1.1). |
| | 29779-0013 | 9/15/2011 | 1800 | MA SIMONETTI | 1.1 | $ 550.00 | Reviewing the New York City analysis for |
| | | | | | | | settlement purposes (1.1) |
| | 29779-0013 | 9/15/2011 | 1800 | AD APPLEBY | 0.6 | $ 180.00 | Research ▇▇▇ NYC court filings and |
| | | | | | | | settlement agreement to determine issues in |
| | | | | | | | question and procedural posture compared to |
| | | | | | | | Lehman (0.6). |
| | 29779-0013 | 9/16/2011 | 1800 | MA SIMONETTI | 1.1 | $ 550.00 | Review NY city legal analysis for revisions |
| | | | | | | | (.8); Discuss with M. Morgese and L.Klang |
| | | | | | | | regarding settlement discussions (.3). |
| | 29779-0013 | 9/19/2011 | 1800 | AD APPLEBY | 0.9 | $ 270.00 | Research ▇▇▇ NYC court filings and |
| | | | | | | | settlement agreement to determine issues in |
| | | | | | | | question and procedural posture compared to |
| | | | | | | | Lehman (0.9). |

EXHIBIT E-20

| | 29779-0013 | 9/19/2011 | 1800 | SA BOOTH | 1.8 | $ | 504.00 | Research procedural requirements for filing an objection to NYC Department's proof of claim (1.8). |
|---|---|---|---|---|---|---|---|---|
| | 29779-0013 | 9/19/2011 | 1800 | SA BOOTH | 3.1 | $ | 868.00 | Review authority used by ▇▇▇▇ to object to NYC Department's proof of claim (3.1). |
| | 29779-0013 | 9/19/2011 | 1800 | SA BOOTH | 0.8 | $ | 224.00 | Draft email summarizing proof of claim research to M. Simonetti (.8). |
| | 29779-0013 | 9/21/2011 | 1800 | AD APPLEBY | 1.4 | $ | 420.00 | Research ▇▇▇ NYC court filings and settlement agreement to determine issues in question and procedural posture compared to Lehman (0.4); draft slide deck summarizing NYC audit: adjustments, settlement offer, law and analysis regarding ▇▇▇▇ and ▇▇▇ (1.0). |
| | 29779-0013 | 9/21/2011 | 1800 | MA SIMONETTI | 1.3 | $ | 650.00 | Review the Lehman NY city analysis for revisions (1.3). |
| | 29779-0013 | 9/22/2011 | 1800 | AD APPLEBY | 1.6 | $ | 480.00 | Draft slide deck summarizing NYC audit: adjustments, settlement offer, law and analysis regarding ▇▇▇ and ▇▇▇ (1.6). |
| | 29779-0013 | 9/23/2011 | 1800 | AD APPLEBY | 0.1 | $ | 30.00 | Draft slide deck summarizing NYC audit: adjustments, settlement offer, law and analysis regarding ▇▇▇ and ▇▇▇ (0.1). |
| | 29779-0013 | 9/29/2011 | 1800 | MA SIMONETTI | 1.2 | $ | 600.00 | Review memo and suggest revisions (1.2). |
| | 29779-0013 | 9/30/2011 | 1800 | MA SIMONETTI | 1.2 | $ | 600.00 | Reviewing NY city legal analysis for revisions (1.2) |
| | | | | BILLED TOTALS: | 22.4 | $ | 8,310.00 | |
| | | | | MINUS 20% HOLDBACK | | | -$1,662.00 | |
| | | | | | | | $6,648.00 | |

EXHIBIT F-1

| Sutherland Expense Spreadsheet for Invoice No. 613380 for Matter No. 29779-0003 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice No. | Matter Number | Date | Code | Name / In | Quantity | Rate | Amount | Description |
| 613380 | 29779-0003 | 6/1/2011 | 1800 | JB LIBIN | 488 | $0.10 | $48.80 | 488 Copies at $.10 per copy. |
| Dated: | | to | | | | | | |
| August 2, 2011 | | 6/30/2011 | | | | | | |
| | | | | | | | | |
| Sutherland | | | | BILLED TOTALS: | | BILL: | $48.80 | |
| Expenses for | | | | | | | | |
| June 2011 | | | | | | | | |

EXHIBIT F-2

| Invoice No. | Matter Number | Date | Code | Name | Amount | Description |
|---|---|---|---|---|---|---|
|  | Sutherland Expense Spreadsheet for Invoice No. 613380 for Matter No. 29779-0013 |||||| |
| 613380 | 29779-0013 | 6/3/2011 | 1800 | MA SIMONETTI | $22.70 | Cab/Local Trans - Simonetti, M. 05/18/11 |
| Dated: | | | | | | |
| August 2, 2011 | | | | | | |
| | | | | BILLED TOTALS: | $22.70 | |
| Sutherland | | | | | | |
| Expenses for | | | | | | |
| June 2011 | | | | | | |

EXHIBIT F-3

| Sutherland Spreadsheet for Invoice No. 616400:  Expenses for Matter 29779-0003 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Matter No. | Date | Code | Name | Rate | Amount | Description |
| 616400 | 29779-0003 | 6/30/2011 | 1800 | JB LIBIN | $0.10 | $18.10 | Copying - 181 Copies at $.10 per copy |
| Dated: | | | | | | | |
| August 31, 2011 | | | | | | | |
| | | | | | | | |
| Sutherland | | | | | Total: | $18.10 | |
| Fees for July 2011 | | | | | | | |

EXHIBIT F-4

| Sutherland Spreadsheet for Invoice No. 616400: Expenses for Matter 29779-0013 | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Matter No. | Date | Code | Name | Amount | Description |
| | | | | | | |
| 616400 | 29779-0013 | 7/12/2011 | 1800 | JA FRIEDMAN | $23.00 | Cab/Local Trans - Simonetti, M. - parking at |
| Dated: | | | | | | Lehman Brothers Holdings on 6/21/11 - NYC Audit |
| August 31, 2011 | | | | | | |
| | 29779-0013 | 7/12/2011 | 1800 | JA FRIEDMAN | $23.00 | Cab/Local Trans - Simonetti, M. - parking at |
| Sutherland | | | | | | the NYC meeting on 6/28/11. |
| Fees for July 2011 | | | | | | |
| | | | | TOTAL | $46.00 | |

EXHIBIT F-5

| Sutherland Spreadsheet for Invoice No. 617330 - Matter 29779-0003 | | | | | | |
|---|---|---|---|---|---|---|
| Invoice # | Matter # | Date | Code | Name | Amount | Description |
| 617330 | 29779-0003 | 8/2/2011 | 4600 | JB LIBIN | $ 38.30 | Copying - 383 copies at $.10 per copy. |
| | | | | | | |
| Dated: | | | | BILLED TOTALS:     BILL: | $ 38.30 | |
| September 19, 2011 | | | | | | |
| | | | | | | |
| Sutherland Expenses | | | | | | |
| for August 2011 | | | | | | |
| | | | | | | |
| Matter Name: | | | | | | |
| General | | | | | | |

EXHIBIT F-6

| Sutherland Fee Spreadsheet for Invoice No. 622210 for Matter No. 29779-0013 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # | Client Matter # | Date | Code | Name | Amount | | Description |
| 622210 | 29779-0003 | 9/1/2011 | 1800 | JB LIBIN | $ | 29.00 | Copies - 290 copies at |
| | | to | | | | | $.10 per copy |
| Dated: | | 9/30/2011 | | | | | |
| November 4, 2011 | | | | | | | |
| | | | | | | | |
| Sutherland | | | | | | | |
| Expenses for | | | | | | | |
| September 2011 | | | | | | | |
| | | | | | | | |
| | | | | Total Billed: | $ | 29.00 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |