KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Kevin B. Leblang

*Special Counsel for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
                                          :
**In re**                                 :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
                                          :
                          **Debtors.**    :    **(Jointly Administered)**
                                          :
--------------------------------------------------------------- x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE
GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. §§ 330 AND 331**

**SECOND INTERIM FEE APPLICATION**

| | |
|---|---|
| **Name of Applicant:** | **Kramer Levin Naftalis & Frankel LLP** |
| **Role in the Case:** | Special Counsel to Debtors and Debtors in Possession |
| **Date of Retention:** | May 19, 2011, effective as of October 1, 2010 |
| **Time Period:** | June 1, 2011 - September 30, 2011 |
| **Application:** | Total Fees Requested: $51,334.65[1] |
| | Total Expenses Requested: $2,435.53 |
| **Prior Applications:** | First Interim Fee Application, filed August 15, 2011, for the period from January 1, 2011 through and including May 31, 2011 [Docket No. 19241] |
| | Total Fees Requested: $131,057.10 |
| | Total Expenses Requested: $1,173.15 |
| | Total Fees Allowed: Pending |
| | Total Expenses Allowed: Pending |

---

[1] This amount includes the 20% of such fees held back pursuant to the Fourth Amended Interim Compensation Procedures Order (defined below).

## SUMMARY OF SECOND INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR SERVICES RENDERED FOR THE PERIOD JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

### Summary of Professionals

| Timekeeper Name | Department | Year Admitted to the Bar | Title | Hours | Rate | Amount[2] |
|---|---|---|---|---|---|---|
| Lutgens, Christine | Employee Benefits | 2000 | Partner | 8.2 | $885.00 | $7,257.00 |
| Schmidt, Robert T. | Bankruptcy | 1990 | Partner | 1.4 | $825.00 | $1,155.00 |
| Leblang, Kevin B. | Employment | 1985 | Partner | 18.8 | $775.00 | $14,570.00 |
| O'Neill, P. Bradley | Bankruptcy | 1991 | Partner | .2 | $750.00 | $150.00 |
| Holtzman, Robert N. | Employment | 1993 | Partner | 2.5 | $740.00 | $1,850.00 |
| Kaye, Jordan | Bankruptcy | 2004 | Associate | .7 | $690.00 | $483.00 |
| Knecht, Steven | Employment | 1992 | Special Counsel | .4 | $670.00 | $268.00 |
| Trast, Carissa R. | Employee Benefits | 2008 | Associate | .3 | $570.00 | $171.00 |
| Baker, Katrina | Employment | 2009 | Associate | 22.4 | $525.00 | $11,760.00 |
|  |  |  |  | .4 | $570.00 | $228.00 |
| Rappaport, Jason | Bankruptcy | 2009 | Associate | 33.1 | $525.00 | $17,377.50 |
|  |  |  |  | 2.9 | $570.00 | $1,653.00 |
| Neunder, Lisa | Employment | 2006 | Associate | .4 | $290.00 | $116.00 |
| **SUBTOTAL** |  |  |  | **91.7** |  | **$57,038.50** |
| *Minus 10% discount* |  |  |  |  |  | ($5,703.85) |
| **TOTAL** |  |  |  | **91.7** |  | **$51,334.65** |

### Fee Summary by Matter Number

| Matter Number | Project Category | Hours | Amount |
|---|---|---|---|
| 097372-00013 | Welfare Plans | 0.30 | $171.00 |
| 097372-00014 | Savings Plan Committee | 4.80 | $4,248.00 |
| 097372-00017 | Savings Plan | 3.40 | $3,009.00 |
| 097657-00077 | Employment Advice | 23.90 | $16,684.50 |
| 097657-00187 | Newman (Barbara) | 0.20 | $155.00 |
| 097657-00197 | Swabsin (Cynthia) | 0.90 | $633.00 |
| 097657-00200 | Bennett (Margaret) | 17.70 | $9,744.00 |
| 097657-00202 | Retention Matters/Fee Application | 40.50 | $22,394.00 |
| **SUBTOTAL** |  | **91.7** | **$57,038.50** |
| *Minus 10% discount* |  |  | ($5,703.85) |
| **TOTAL** |  | **91.7** | **$51,334.65** |

[2] In accordance with Kramer Levin's pre-Commencement Date practice with the Debtors, overall monthly fees are subject to a 10% discount.

KL2 2727307.3

## Expense Category Summary

| Expense Category | Amount |
|---|---|
| PHOTOCOPYING | $27.20 |
| MESSENGER/COURIER | $390.69 |
| INSIDE MESSENGER | $12.00 |
| POSTAGE | $70.04 |
| TRANSCRIPT FEES | $1,935.60 |
| **Total Expenses** | **$2,435.53** |

## Summary of Monthly Fee Statements

| Period | Requested Fees | Requested Expenses |
|---|---|---|
| 6/1/2011 – 6/30/2011 | $16,689.15 | $1,978.36 |
| 7/1/2011 – 7/31/2011 | $13,581.45 | $231.39 |
| 8/1/2011 – 8/30/2011 | $11,471.40 | $62.40 |
| 9/1/2011 – 9/30/2011 | $9,592.65 | $163.38 |
| **Total for Second Interim Period** | **$51,334.65** | **$2,435.53** |

KL2 2727307.3

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Kevin B. Leblang

*Special Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
                                                               :
**In re**                                                      :     **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**                   :     **08-13555 (JMP)**
                                                               :
                                      **Debtors.**             :     **(Jointly Administered)**
                                                               :
-------------------------------------------------------------- x

**SECOND INTERIM APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL
LLP, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Kramer Levin Naftalis & Frankel LLP ("Kramer Levin" or "Applicant"), special counsel

for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), as well

as their non-debtor affiliates (collectively with the Debtors, "Lehman"), files the Second Interim

Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation and

Reimbursement of Expenses (the "Second Interim Fee Application" or this "Application"),

pursuant to Sections 330 and 331 of Chapter 11 of Title 11 of the United States Code, 11 U.S.C.

§ 101 *et seq.* (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), for the allowance of compensation for the professional

services performed by the Applicant for the period commencing June 1, 2011, through and

including September 30, 2011 (the "Compensation Period"), and for reimbursement of its actual and necessary expenses incurred during the Compensation Period. In support of this Second Interim Fee Application, Kramer Levin respectfully represents the following:

## Background of the Chapter 11 Cases

1.     On September 15, 2008 and periodically thereafter (the "Commencement Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. These Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 08-13555 (JMP) pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.     On September 17, 2008, the United States Trustee for the Southern District of New York (Region 2) (the "U.S. Trustee") appointed the official committee of unsecured creditors pursuant to Section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.     On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA (the "SIPC Trustee") is administering LBI's estate.

4.     On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner. The Examiner issued a report of his investigation pursuant to Section 1106 of the Bankruptcy Code on March 11, 2010 [Docket No. 7531].

2

5.      On May 26, 2009, the Court appointed a fee committee (the "Fee Committee") and approved a fee protocol (the "Fee Protocol") in the above-captioned chapter 11 cases pursuant to an order of the same date [Docket No. 3651].

6.      On September 1, 2011, the Debtors filed a third amended joint chapter 11 plan (the "Plan") and disclosure statement (the "Disclosure Statement") [Docket Nos. 19627 and 19629]. On September 1, 2011, the Bankruptcy Court entered an amended order [Docket No. 19631] approving the Disclosure Statement, establishing solicitation and voting procedures in connection with the Plan, scheduling the confirmation hearing and establishing notice and objection procedures for the confirmation hearing.

7.      On September 15, 2011, the Bankruptcy Court entered an order [Docket No. 20016] approving a modification to the Disclosure Statement.

8.      On December 6, 2011, the Bankruptcy Court entered an order [Docket No. 23023] confirming the Plan.

### The Debtors' Businesses

9.      Prior to the events leading up to these Chapter 11 cases, Lehman was the fourth largest investment bank in the United States. For more than 150 years, Lehman had been a leader in the global financial markets by serving the financial needs of corporations, governmental units, institutional clients and individuals worldwide.

10.     Additional information regarding the Debtors' businesses, capital structures and the circumstances leading to the commencement of these Chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

3

**Jurisdiction**

11.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b); this

matter is a core proceeding under 28 U.S.C. § 157(b).

**Kramer Levin as an Ordinary Course Professional**

12.      During the course of these cases, Kramer Levin has been providing legal services

on behalf of the Debtors as a professional utilized in the ordinary course ("Ordinary Course

Professional") pursuant to this Court's Amended Order Pursuant to Sections 105(a), 327, 328,

and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the

Ordinary Course of Business, dated March 25, 2010 [Docket No. 7822] (the "Amended OCP

Order").

13.      On October 31, 2008, the Debtors submitted the Notice of Second Amendment to the

List of Ordinary Course Professionals (the "Second Amendment") [Docket No. 1326].   The

Debtors included Kramer Levin in the Second Amendment as "Employment Counsel."

14.      The Amended OCP Order authorizes the Debtors to pay compensation to and

reimburse the expenses of Ordinary Course Professionals in the full amount billed by each such

Ordinary Course Professional "upon receipt of reasonably detailed invoices indicating the nature of

the services rendered and calculated in accordance with such professional's standard billing practices."

In accordance with the Amended OCP Order, Kramer Levin provided services to the Debtors and

was or will be compensated for those services upon the presentation of detailed invoices indicating the

nature of the services rendered, which were calculated in accordance with Kramer Levin's standard

billing practices.

15.      The Amended OCP Order further provides that "payment to any one Ordinary

Course Professional shall not exceed $1 million for the period prior to the conversion of,

dismissal of, or entry of a confirmation in these chapter 11 cases (the "Chapter 11 Period")" and that

4

"in the event payment to any Ordinary Course Professional exceeds $1 million during the Chapter 11 Period, such Ordinary Course Professional shall be required to file a retention application to be retained as a professional pursuant to sections 327 and 328 of the Bankruptcy Code. . . ."

16.     Because Kramer Levin reached the $1 million compensation cap for Ordinary Course Professionals, the Debtors, on May 3, 2011, filed the Application of the Debtors Pursuant to Sections 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Kramer Levin Naftalis & Frankel LLP as Special Counsel to the Debtors, Effective as of October 1, 2010 [Docket No. 16535] (the "Employment Application").

17.     On May 19, 2011, the Court entered the Order Pursuant to Sections 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Kramer Levin Naftalis & Frankel LLP as Special Counsel to the Debtors, Effective as of October 1, 2010 [Docket No. 16985] (the "Order Authorizing Employment"). The Order Authorizing Employment authorized Kramer Levin to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation and Reimbursement Request

18.     This Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on November 25, 2009 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), the Order Appointing Fee Committee and Approving Fee Application Protocol [Docket No. 3651] (the "Fee Order") and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly

5

Compensation and Reimbursement of Expenses of Professionals [Docket No. 15997] (the "Fourth Amended Interim Compensation Procedures Order" and collectively with the Fee Order, the Local Guidelines and UST Guidelines, the "Guidelines"). Pursuant to the Local Guidelines, a certification of Kevin B. Leblang regarding compliance with same is attached hereto as Exhibit A.

19.    Pursuant to the Second Interim Fee Application, Kramer Levin seeks: (i) allowance of compensation for professional services performed during the Compensation Period in the total amount of $51,334.65; and (ii) allowance of its actual and necessary expenses incurred during the Compensation Period in the total amount of $2,435.53.[3]

20.    During the Compensation Period the Applicant's attorneys and paraprofessionals expended a total of 91.7 hours for which compensation is requested.

21.    During the Compensation Period, other than pursuant to the Amended OCP Order, Kramer Levin has received no payment and no promises for payment from any source for services rendered in connection with the matters covered by this Application. There is no agreement or understanding between the Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in these cases.

22.    Except as otherwise set forth herein, the fees charged by the Applicant in these cases are billed in accordance with its existing billing rates and procedures set forth in the Employment Application in effect during the Compensation Period. Consistent with Kramer Levin's standard billing practices, the Applicant increased the hourly billing rates for its

---

[3] In accordance with Kramer Levin's pre-Commencement Date practice with the Debtors, overall monthly fees are subject to a 10% discount. This discount was applied to the overall monthly fee amounts set forth in each Monthly Statement and is also reflected in the Compensation Period totals set forth in the Application.

6

associates effective September 1, 2011. The billing rates the Applicant charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates that the Applicant charges for professional and paraprofessional services rendered in comparable non-bankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

23.    Pursuant to the UST Guidelines, the Summary Sheet filed in connection with this Application includes a schedule setting forth all Kramer Levin professionals and paraprofessionals who have performed services in these chapter 11 cases during the Compensation Period, the capacity in which each such individual is employed by Kramer Levin, the department in which each individual practices, the hourly billing rate charged by Kramer Levin for services performed by such individual, the aggregate number of hours expended and fees billed, and the year in which each professional was first licensed to practice law in the state of New York.

24.    Annexed hereto as Exhibit B is a schedule specifying the categories of expenses for which Kramer Levin seeks reimbursement, and the total amount for each such expense category.

25.    Pursuant to the UST Guidelines, annexed hereto as Exhibit C is a summary of Kramer Levin's time records billed during the Compensation Period using project categories as hereinafter described.

26.    The Applicant maintains computerized records of the time spent by all of the Applicant's attorneys and paraprofessionals in connection with the services rendered on the Debtors' behalf during these chapter 11 cases. These detailed time records were submitted to the

7

"Notice Parties" specified in the Fourth Amended Interim Compensation Procedures Order as part of the Monthly Statements (defined below). Copies of the final detailed time records for the Compensation Period are annexed hereto as Exhibit D.[4]

27.     On August 15, 2011, the Applicant filed its first interim fee application [Docket No. 19241] for the allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred from January 1, 2011 through May 31, 2011 seeking interim allowance of fees in the aggregate amount of $131,057.10 and the interim allowance of the reimbursement for actual and necessary expenses in the amount of $1,173.15.

28.     During the Compensation Period, the Applicant provided the appropriate notice parties with the following monthly fee statements:

- For June 1, 2011 through June 30, 2011, fees of $16,689.15 and expenses of $1,978.36 (the "June Statement");

- For July 1, 2011 through July 31, 2011 fees of $13,581.45 and expenses of $231.39 (the "July Statement");

- For August 1, 2011 through August 30, 2011, fees of $11,471.40 and expenses of $62.40 (the "August Statement"); and

- For September 1, 2011 through September 30, 2011, fees of $9,592.65 and expenses of $163.38 (the "September Statement" and together with the June Statement, the July Statement and the August Statement, collectively, "Monthly Statements").

29.     In total, the Applicant has submitted Monthly Statements during the Compensation Period for fees of $51,334.65 and expenses of $2,435.53. As of the date of this Application, no notice party has objected to the Applicant's Monthly Statements for the Compensation Period.

---

[4] Given the sensitive and confidential nature of its work in certain areas, Kramer Levin has redacted its time detail for certain matters where necessary. Unredacted time records were submitted to the "Notice Parties" specified in the Fourth Amended Interim Compensation Procedures Order as part of the Monthly Statements.

30.     In accordance with the Fourth Amended Interim Compensation Procedures Order, the Applicant sought payment for 80% of its fees and 100% of its expenses incurred, pursuant to each Monthly Statement.  With respect to the June Statement, the Applicant received a payment of $15,329.68, representing 80% of fees and 100% of expenses requested.  With respect to the July Statement, the Applicant received a payment of $11,096.55, representing 80% of fees and 100% of expenses.  With respect to the August Statement, the Applicant received a payment of $9,239.52, representing 80% of fees and 100% of expenses.  With respect to the September Statement, the Applicant received a payment of $7,837.50, representing 80% of fees and 100% of expenses.

31.     To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period, but were not processed before the preparation of this Application, Kramer Levin reserves the right to request additional compensation for such services, and reimbursement of such expenses in a future application.

### Summary of Services

32.     The legal services rendered by the Applicant during the Compensation Period are summarized below.  The following summary is not a detailed description of the work performed, as the day-to-day services and the time expended in performing such services are fully set forth in the detailed time records.  Rather, in compliance with the UST Guidelines, the following summary highlights certain areas in which services were rendered by the Applicant to and for the benefit of the Debtors and their estates, and identifies some of the issues to which the Applicant devoted significant time and effort during the Compensation Period.

33.     The summary is divided according to the project billing codes that the Applicant created to best reflect the categories of tasks that it was required to perform in connection with

9

these chapter 11 cases. Nevertheless, under the circumstances, and given the interconnectedness of all the issues in these chapter 11 cases, certain of these categories may overlap with each other.

34.    The Applicant respectfully submits that its services throughout the Compensation Period warrant this Court's approval of its requested fees and expenses.

**A.    Welfare Plan**
**Billing Code: 097372-00013**

- During the Compensation Period, the Applicant reviewed issues relating to the VEBA application.

**B.    Savings Plan Committee**
**Billing Code: 097372-00014**

- During the Compensation Period, the Applicant reviewed and analyzed issues related to the investment management agreement.

**C.    Savings Plan**
**Billing Code: 097372-00017**

- During the Compensation Period, the Applicant reviewed and analyzed employee benefits and ERISA related issues.

**D.    Employment Advice**
**Billing Code: 097657-00077**

- During the Compensation Period, the Applicant analyzed and researched issues relating to the Wage Theft Protection Act, conducted a confidential investigation, drafted a memo on the Fair Credit Reporting Act and advised on employee termination issues.

**E.    Newman (Barbara)**
**Billing Code: 097657-00187**

- During the Compensation Period, the Applicant reviewed communications received from B. Newman.

**F.    Swabsin (Cynthia)**
**Billing Code: 097657-00197**

- During the Compensation Period, the Applicant reviewed a New York State tax subpoena.

KL2 2727307.3

G.  **Bennett (Margaret)**
    **Billing Code: 097657-00200**

- During the Compensation Period, the Applicant represented the Debtors in a post-petition employment contract claim brought by a former employee. In connection with this matter, the Applicant completed paper and electronic discovery, and reviewed deposition transcripts.

H.  **Retention Matters/Fee Application**
    **Billing Code: 097657-00202**

- During the Compensation Period, the Applicant performed a variety of services relating to its retention and compensation, including, among other things: (i) corresponded with the Debtors and/or their professionals regarding retention issues and fee applications; (ii) reviewed time entries to ensure adherence to the Guidelines; (iii) prepared and submitted compensation requests for fees and expenses incurred from January through August; and (iv) drafted Kramer Levin's first interim fee application.

## Statement of Kramer Levin

35.    The foregoing professional services performed by the Applicant were appropriate and necessary to the administration of these cases and were in the best interests of the Debtors, the estates, the creditors, and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed in an appropriately expeditious and efficient manner.

36.    The professional services performed by the Applicant on behalf of the Debtors during the Compensation Period required an aggregate expenditure of 91.7 recorded hours by the Applicant's partners, counsel and associates. Of the aggregate time expended, 31.5 recorded hours were expended by partners and counsel of the Applicant and 60.2 recorded hours were expended by associates.

37.    During the Compensation Period, the Applicant's hourly billing rates for attorneys that provided services on behalf of the Debtors ranged from $290 to $885 per hour.

KL2 2727307.3

Allowance of compensation in the amount requested would result in a blended hourly billing rate

for attorneys of approximately $559.81 per hour (based upon 91.7 recorded hours for attorneys at

the Applicant's billing rates in effect at the time of the performance of services). Such fees are

reasonable based on the customary compensation charged by comparably skilled practitioners in

comparable bankruptcy cases in a competitive national legal market.

## Actual and Necessary Disbursements of Kramer Levin

38.     As set forth in Exhibit B hereto, the Applicant has disbursed $2,435.53 as

expenses incurred in providing professional services during the Compensation Period. With

respect to photocopying expenses, the Applicant charged $0.10 per page. The Applicant does

not charge for facsimile transmissions, other than the cost of long distance facsimiles at

applicable toll charge rates, which invariably are less than $1.25 per page as permitted by the

Guidelines. Each of these categories of expenses does not exceed the maximum rate set by the

Guidelines.

39.     The Applicant has made every effort to minimize its disbursements in these cases.

The actual expenses incurred while providing professional services were necessary, reasonable,

and justified under the circumstances to serve the needs of the Debtors.

## The Requested Compensation Should be Allowed

40.     Section 331 of the Bankruptcy Code provides for interim compensation of

professionals and incorporates the substantive standards of section 330 to govern the Court's

award of such compensation. 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides

that a court may award a professional employed under section 327 of the Bankruptcy Code

"reasonable compensation for actual necessary services rendered . . . and reimbursement for

actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 of the Bankruptcy Code also

sets forth the criteria for the award of such compensation and reimbursement:

12

(3)    In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including --

(A)    the time spent on such services;

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

41.    In the instant case, Kramer Levin respectfully submits that the services for which it seeks compensation in this Application were, at the time rendered, believed to be necessary for and beneficial to the Debtors and their estates. Kramer Levin further submits that the services rendered to the Debtors were performed economically, effectively, and efficiently. Accordingly, the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

13

## Conclusion

WHEREFORE, Kramer Levin respectfully requests entry of an order (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $51,334.65, representing 100% of fees incurred during the Compensation Period, and reimbursement of $2,435.53, representing 100% of actual and necessary expenses incurred during the Compensation Period; (ii) authorizing and directing the Debtors' payment of the difference between the amounts allowed and the amounts previously paid by the Debtors pursuant to the Fourth Amended Interim Compensation Procedures Order; (iii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Kramer Levin's right to seek such further compensation for the full value of services performed and expenses incurred; and (iv) granting Kramer Levin such other and further relief as is just.

Dated: December 14, 2011
      New York, New York

                      /s/  Kevin B. Leblang
                      Kevin B. Leblang

                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                      Kevin B. Leblang
                      1177 Avenue of the Americas
                      New York, New York  10036
                      Telephone:  (212) 715-9100
                      Facsimile:  (212) 715-8000

                      *Special Counsel for the Debtors and Debtors-in Possession*

KL2 2727307.3

# EXHIBIT A

KL2 2727307.3

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Kevin B. Leblang

*Special Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
                               :

**In re**                               :         **Chapter 11 Case No.**

                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :         **08-13555 (JMP)**

                                  :

                     **Debtors.**       :         **(Jointly Administered)**

                                  :

-------------------------------------------------------------- x

**CERTIFICATION UNDER GUIDELINES FOR FEES**
**AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT**
**OF SECOND APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Kevin B. Leblang, hereby certify that:

1.      I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP

("Kramer Levin"), with responsibility for the chapter 11 cases of Lehman Brothers Holdings Inc.

and certain of its affiliates, as debtors in possession in the above-captioned cases (collectively,

the "Debtors"), and I submit this second application for interim compensation in compliance

with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District

of New York Bankruptcy Cases adopted by the Court on November 25, 2009 (the "Local

Guidelines"), the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "UST Guidelines"), and this Court's Fourth Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 15997] (the "Interim Compensation Order," and together with the Local Guidelines

and the UST Guidelines, the "Guidelines").

2.    This certification is made in respect of Kramer Levin's application, dated

December 14, 2011 (the "Application"), for interim compensation and reimbursement of

expenses for the period commencing June 1, 2011 through and including September 30, 2011

(the "Compensation Period") in accordance with the Guidelines.

3.    In respect of section A.1 of the Local Guidelines, I certify that:

(a)    I have read the Application;

(b)    to the best of my knowledge, information, and belief formed after
reasonable inquiry, the fees and disbursements sought fall within the Local
Guidelines and the UST Guidelines;

(c)    the fees and disbursements sought are billed at rates in accordance with
practices customarily employed by the Applicant and generally accepted by the
Applicant's clients; and

(d)    in providing a reimbursable service, the Applicant does not make a profit
on that service, whether the service is performed by the Applicant in-house or
through a third party.

4.    In respect of section A.2 of the Local Guidelines and as required by the Interim

Compensation Order, I certify that, to the best of my knowledge, the Applicant has complied

with the provision requiring it to provide the appropriate notice parties, on a monthly basis, with

a statement of the Applicant's fees and disbursements accrued during the previous month.

5.    In respect of section A.3 of the Local Guidelines, I certify that counsel for the

Debtors, the United States Trustee for the Southern District of New York and counsel for the

Committee are each being provided with a copy of this Application.

2

Dated: December 14, 2011
New York, New York

/s/ Kevin B. Leblang
Kevin B. Leblang

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kevin B. Leblang
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Special Counsel for the Debtors and Debtors-in Possession*

3

**EXHIBIT B**

## Expense Category Summary

| Expense Category | Amount |
|---|---|
| PHOTOCOPYING | $27.20 |
| MESSENGER/COURIER | $390.69 |
| INSIDE MESSENGER | $12.00 |
| POSTAGE | $70.04 |
| TRANSCRIPT FEES | $1,935.60 |
| **Total Expenses** | **$2,435.53** |

KL2 2727307.3

**EXHIBIT C**

## Fee Summary by Matter Number

| Matter Number | Project Category | Hours | Amount |
|---|---|---|---|
| 097372-00013 | Welfare Plans | 0.30 | $171.00 |
| 097372-00014 | Savings Plan Committee | 4.80 | $4,248.00 |
| 097372-00017 | Savings Plan | 3.40 | $3,009.00 |
| 097657-00077 | Employment Advice | 23.90 | $16,684.50 |
| 097657-00187 | Newman (Barbara) | 0.20 | $155.00 |
| 097657-00197 | Swabsin (Cynthia) | 0.90 | $633.00 |
| 097657-00200 | Bennett (Margaret) | 17.70 | $9,744.00 |
| 097657-00202 | Retention Matters/Fee Application | 40.50 | $22,394.00 |
| **SUBTOTAL** | | 91.7 | $57,038.50 |
| *Minus 10% discount* | | | ($5,703.85) |
| **TOTAL** | | **91.7** | **$51,334.65** |

2

**EXHIBIT D**

KL2 2727307.3

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

August 9, 2011

LEHMAN BROTHERS HOLDINGS INC.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN: JOHN SUCKOW AND WILLIAM FOX
CC: THOMAS HOMMEL

When remitting,
please reference:

Invoice Number: 575514
097657

FOR PROFESSIONAL SERVICES rendered through June 30, 2011,
as per the attached time detail.

| | |
|---|---:|
| FEES.................................................................................... | $18,543.50 |
| LESS 10% FEE DISCOUNT ........................................................... | (1,854.35) |
| FEE SUB-TOTAL..................................................................... | $16,689.15 |
| DISBURSEMENTS AND OTHER CHARGES............................... | 1,978.36 |
| INVOICE TOTAL ...................................................................... | $18,667.51 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 575514 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2316391.1

LEHMAN BROTHERS                                                    August 9, 2011
097657-00077 EMPLOYMENT ADVICE                          Invoice No. 575514

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LEBLANG, KEVIN B. | PARTNER | 0.30 | 232.50 |
| KNECHT, STEVEN | SPEC COUNSEL | 0.40 | 268.00 |
| BAKER, KATRINA L | ASSOCIATE | 0.90 | 472.50 |
| **TOTAL** | | **1.60** | **973.00** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 4.60 |
| INSIDE MESSENGER | 12.00 |
| MESSENGER/COURIER | 26.16 |
| TRANSCRIPT FEES | 1,935.60 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$1,978.36**

LEHMAN BROTHERS                                              August 9, 2011
097657-00077 EMPLOYMENT ADVICE                              Invoice No. 575514

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/14/11 | BAKER, KATRINA L | Telephone call with T. Hommel and D. Scott regarding Wage Theft Protection Act (.2). Conference with K. Leblang and S. Knecht re: same (.3). Gather relevant information and send to same (.4). | 0.90 | 472.50 |
| 06/14/11 | KNECHT, STEVEN | Conference with K. Leblang, K. Baker regarding Wage Act requirements (.3). Draft e-mail regarding template for same (.1). | 0.40 | 268.00 |
| 06/14/11 | LEBLANG, KEVIN B. | Conferences with K. Baker, S. Knect re Wage Theft Protection.Act. | 0.30 | 232.50 |
| TOTAL |  |  | 1.60 | 973.00 |

## DETAIL OF DISBURSEMENTS AND OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/06/11 | TRANSCRIPT: ELISA DREIER REPORTING C ELISA DREIER REPORTING CORP. Margaret Bennett. | 1,935.60 |
| 06/13/11 | PHOTOCOPYING BAKER, KATRINA L | 4.60 |
| 06/13/11 | MESSENGER: FEDERAL EXPRESS CORPORAT Gabriel Fischbarg, Esq | 13.60 |
| 06/22/11 | MESSENGER: FEDERAL EXPRESS CORPORAT Karen Coviello | 12.56 |
| 06/29/11 | INSIDE MESSENGER Baker Katrina L | 12.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                  **$1,978.36**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

LEHMAN BROTHERS                                           August 9, 2011
097657-00187 NEWMAN (BARBARA)                            Invoice No. 575514

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|------------|-------|-------|--------|
| LEBLANG, KEVIN B. | PARTNER | 0.20 | 155.00 |
| **TOTAL** | | **0.20** | **155.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 06/01/11 | LEBLANG, KEVIN B. | Reviewed message from B. Newman. | 0.20 | 155.00 |
| **TOTAL** | | | **0.20** | **155.00** |

KL4 2316391.1

LEHMAN BROTHERS                                          August 9, 2011
097657-00200 BENNETT (MARGARET)                    Invoice No. 575514

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| HOLTZMAN, ROBERT N. | PARTNER | 2.10 | 1,554.00 |
| BAKER, KATRINA L | ASSOCIATE | 13.70 | 7,192.50 |
| TOTAL | | 15.80 | 8,746.50 |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/09/11 | BAKER, KATRINA L | Draft Responses to second document request. | 1.00 | 525.00 |
| 06/10/11 | HOLTZMAN, ROBERT N. | Review and revise responses to discovery requests and conference with Katrina Baker regarding same. | 0.50 | 370.00 |
| 06/10/11 | BAKER, KATRINA L | Edit responses to second document requests (.8); conference with R. Holtzman re: same (.3). | 1.10 | 577.50 |
| 06/13/11 | BAKER, KATRINA L | Finalize Responses to second requests. | 0.40 | 210.00 |
| 06/14/11 | BAKER, KATRINA L | Review correspondence from G. Fischbarg and corresponding unemployment insurance statute. | 0.20 | 105.00 |
| 06/14/11 | HOLTZMAN, ROBERT N. | Review issues concerning request for unemployment documents and various e-mail correspondence with plaintiff's counsel. | 0.30 | 222.00 |
| 06/16/11 | BAKER, KATRINA L | Prepare with R. Holtzman for meet and confer (.2). Telephone call with opposing counsel regarding discovery issues (.3). E-mail update to T. Hommel and request approval of discovery resolution (.2). E-mail D. Scott requesting additional unemployment documents (.2). | 0.90 | 472.50 |
| 06/16/11 | HOLTZMAN, ROBERT N. | Prepare with K. Baker (.2) and attend conference call with plaintiff's counsel regarding outstanding discovery disputes, expert issues (.3). | 0.50 | 370.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 6

LEHMAN BROTHERS                                          August 9, 2011
097657-00200 BENNETT (MARGARET)                         Invoice No. 575514

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/20/11 | HOLTZMAN, ROBERT N. | E-mail correspondence with opposing counsel concerning discovery disputes (.2); revise affidavit for unemployment insurance division (.3). | 0.50 | 370.00 |
| 06/20/11 | BAKER, KATRINA L | Draft template letters to be sent to witnesses along with their transcripts (.5). Review J. Shaughnessy transcript for errors and begin reviewing K. Coviello transcript (1.0). Correspond via e-mail with opposing counsel regarding discovery disputes (.6). Draft consent for DOL's release of unemployment documentation (.6). | 2.70 | 1,417.50 |
| 06/21/11 | BAKER, KATRINA L | Edit DOL authorization (.1). E-mail authorization to D. Scott (.1). Complete review of K. Coviello deposition (.8). | 1.00 | 525.00 |
| 06/22/11 | BAKER, KATRINA L | Complete errata sheet for K. Coviello (.2). Edit letter to K. Coviello (.2). | 0.40 | 210.00 |
| 06/23/11 | BAKER, KATRINA L | Telephone call with P. McKenna and D. Scott regarding documents to produce regarding C. Hardie's interview process. | 0.20 | 105.00 |
| 06/28/11 | BAKER, KATRINA L | Review transcripts of M. Ferraro, P. McKenna, and R. Geraghty for errors (3.9). Edit letters to M. Ferraro, P. McKenna, R. Geraghty, and J. Shaughnessy re: transcripts (.4). | 4.30 | 2,257.50 |
| 06/29/11 | HOLTZMAN, ROBERT N. | Review issues concerning outstanding discovery. | 0.30 | 222.00 |
| 06/29/11 | BAKER, KATRINA L | Telephone call with M. Ferraro regarding transcript (.2). Telephone call with J. Shaughnessy re: same (.1). Determine documents to be produced and prepare production to be bates-stamped (1.2). | 1.50 | 787.50 |
| **TOTAL** | | | **15.80** | **8,746.50** |

Kramer Levin Naftalis & Frankel LLP

LEHMAN BROTHERS
097657-00202 RETENTION MATTERS/FEE APPLICATION

August 9, 2011
Invoice Number: 575514

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LEBLANG, KEVIN B. | PARTNER | 2.30 | 1,782.50 |
| RAPPAPORT, JASON | ASSOCIATE | 11.60 | 6,090.00 |
| **TOTAL** | | **13.90** | **7,872.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/11 | RAPPAPORT, JASON | Call with K. Stadler re: KL fee procedures (.3); call and emails with accounting department re: past invoices (.3). | 0.60 | 315.00 |
| 06/02/11 | LEBLANG, KEVIN B. | Conference with J. Rappaport regarding fee application. | 0.50 | 387.50 |
| 06/02/11 | RAPPAPORT, JASON | O/c with K. Leblang re: fee applications (.5); review interim fee procedures and fee protocol (.7). | 1.20 | 630.00 |
| 06/03/11 | RAPPAPORT, JASON | Review prior invoices and calls with accounting re: same | 0.80 | 420.00 |
| 06/07/11 | RAPPAPORT, JASON | Review outstanding invoices and create summary spreadsheet re: same (.8); emails with K. Leblang re: same (.2). | 1.00 | 525.00 |
| 06/08/11 | RAPPAPORT, JASON | Review open invoices (.6); o/c and calls with S. Mills re: same (.4). | 1.00 | 525.00 |
| 06/09/11 | RAPPAPORT, JASON | O/c with R. Mahler re: outstanding invoices (.5); emails/calls with S. Mills re: same (.5); Begin reviewing October invoices (.4). | 1.40 | 735.00 |
| 06/10/11 | RAPPAPORT, JASON | Calls with S. Mills re: outstanding invoices (.3); call with C. Arthur (Weil) re: same (.2); call and email with P. Djanev (Lehman) re: same (.3). | 0.80 | 420.00 |
| 06/13/11 | RAPPAPORT, JASON | Call/emails with S. Hernandez re: open invoices (.4); review same (.6). | 1.00 | 525.00 |
| 06/16/11 | LEBLANG, KEVIN B. | Conferences with J. Rappaport re retention | 0.80 | 620.00 |

KL4 2316391.1

LEHMAN BROTHERS                                              August 9, 2011
097657-00202 RETENTION MATTERS/FEE APPLICATION              Invoice Number: 575514

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | issues. | | |
| 06/16/11 | RAPPAPORT, JASON | O/c K. Leblang re: conforming outstanding invoices and UST guidelines (.8); call with P. Djanev re: ocp cap (.2); call/email with S. Hernandez re: same (.3). | 1.30 | 682.50 |
| 06/17/11 | RAPPAPORT, JASON | Email with K. Leblang re: new invoices; email J. Diana re: ocp cap | 0.20 | 105.00 |
| 06/20/11 | RAPPAPORT, JASON | Calls with C. Arthur re: ocp cap (.1); emails/calls with J. Diana re: same (.2). | 0.30 | 157.50 |
| 06/21/11 | LEBLANG, KEVIN B. | TCs with J. Rappaport re submission of invoices for court approval. | 0.60 | 465.00 |
| 06/21/11 | RAPPAPORT, JASON | Review spreadsheet reconciling open invoices (.7); call/email with K. Leblang re: same (.6); email with P. Djanev re: ocp cap (.1); call/email with C. Lapin re: submitting outstanding invoices (.4). | 1.80 | 945.00 |
| 06/22/11 | LEBLANG, KEVIN B. | TC with J. Rappaport re: open invoices to submit for court approval (.2); emails w/ J. Rappaport re: same (.2) | 0.40 | 310.00 |
| 06/22/11 | RAPPAPORT, JASON | Call with K. Leblang re: outstanding invoices. | 0.20 | 105.00 |
| **TOTAL** | | | **13.90** | **7,872.50** |

LEHMAN BROTHERS                                                   August 9, 2011
097372-00017 SAVINGS PLAN                                      Invoice No. 575514

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 0.90 | 796.50 |
| **TOTAL** | | **0.90** | **796.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/11 | LUTGENS, CHRISTINE | Review question from Carol Rado re: admin issues. | 0.10 | 88.50 |
| 06/07/11 | LUTGENS, CHRISTINE | Conference Carol Rado re: misc. admin. issues; follow up Carol Rado re: same; review files re: Fidelity advice program, prior review. | 0.80 | 708.00 |
| **TOTAL** | | | **0.90** | **796.50** |

# KRAMER LEVIN NAFTALIS & FRANKEL LLP
### 1177 AVENUE OF THE AMERICAS
### NEW YORK, NY 10036
### PHONE 212.715.9100
### FAX 212.715.8000

August 26, 2011

LEHMAN BROTHERS HOLDINGS INC.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN: JOHN SUCKOW AND WILLIAM FOX
CC: THOMAS HOMMEL

When remitting,
please reference:

Invoice Number: 576636
097657

FOR PROFESSIONAL SERVICES rendered through July 31, 2011,
as per the attached time detail.

| | |
|---|---:|
| FEES | $15,090.50 |
| LESS 10% FEE DISCOUNT | (1,509.05) |
| FEE SUB-TOTAL | $13,581.45 |
| DISBURSEMENTS AND OTHER CHARGES | 231.39 |
| INVOICE TOTAL | $13,812.84 |

Amounts due may be remitted by wire transfer.

To:            Citibank, N.A.
               Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
               ABA #021000089
Account:       Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019
By Order of:   Invoice No. 576636
Citibank Contact:  Gaetana Mauceli (212) 559-0165

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP

Page No. 2

LEHMAN BROTHERS
097372-00013 WELFARE PLANS

August 26, 2011
Invoice No. 576636

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 4.10 | $3,628.50 |
| LEBLANG, KEVIN B. | PARTNER | 4.80 | $3,720.00 |
| TRAST, CARISSA R. | ASSOCIATE | 0.30 | $171.00 |
| BAKER, KATRINA | ASSOCIATE | 1.90 | $997.50 |
| RAPPAPORT, JASON | ASSOCIATE | 12.30 | $6,457.50 |
| NEUNDER, LISA | ASSOCIATE | 0.40 | $116.00 |
| **TOTAL** | | **23.80** | **$15,090.50** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 22.60 |
| POSTAGE | 35.24 |
| MESSENGER/COURIER | 173.55 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$231.39** |

Kramer Levin Naftalis & Frankel LLP

Page No. 3

LEHMAN BROTHERS

August 26, 2011

097372-00013 WELFARE PLANS

Invoice No. 576636

## DETAIL OF DISBURSEMENTS AND OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01/11 | PHOTOCOPYING - BAKER, KATRINA L (1 copy) | 0.10 |
| 07/01/11 | PHOTOCOPYING - BAKER, KATRINA L (2 copies) | 0.20 |
| 07/01/11 | FEDERAL EXPRESS CORPORAT Gabriel Fischbarg, Esq | 13.60 |
| 07/05/11 | POSTAGE HOLTZMAN, ROBERT N. 10139 | 0.44 |
| 07/08/11 | PHOTOCOPYING - BAKER, KATRINA L (3 copies) | 0.30 |
| 07/08/11 | FEDERAL EXPRESS CORPORAT Gabriel Fischbarg, Esq | 15.27 |
| 07/12/11 | PHOTOCOPYING - BAKER, KATRINA L (1 copy) | 0.10 |
| 07/20/11 | POSTAGE LEBLANG, KEVIN B. 04126 | 17.40 |
| 07/20/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.48 |
| 07/20/11 | FEDERAL EXPRESS CORPORAT Weil, Gotshal & Manges, LLP | 12.48 |
| 07/20/11 | FEDERAL EXPRESS CORPORAT Milbank, Tweed, Hadley & McClo | 12.48 |
| 07/20/11 | FEDERAL EXPRESS CORPORAT Office of the U S Trustee for | 12.48 |
| 07/20/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.48 |
| 07/21/11 | PHOTOCOPYING - BAKER, KATRINA L (218 copies) | 21.80 |
| 07/21/11 | PHOTOCOPYING - BAKER, KATRINA L (1 copy) | 0.10 |
| 07/22/11 | FEDERAL EXPRESS CORPORAT Gabriel Fischbarg, Esq | 14.51 |
| 07/29/11 | POSTAGE LEBLANG, KEVIN B. 04126 | 17.40 |
| 07/29/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 14.27 |
| 07/29/11 | FEDERAL EXPRESS CORPORAT Milbank, Tweed, Hadley & McClo | 14.27 |
| 07/29/11 | FEDERAL EXPRESS CORPORAT Weil, Gotshal & Manges, LLP | 12.48 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

LEHMAN BROTHERS                                                        August 26, 2011
097372-00013 WELFARE PLANS                                            Invoice No. 576636

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/29/11 | FEDERAL EXPRESS CORPORAT Office of the U S Trustee for | 14.27 |
| 07/29/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.48 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                          **$231.39**

Kramer Levin Naftalis & Frankel LLP                                          Page No. 5

LEHMAN BROTHERS                                                     August 26, 2011
097372-00013 WELFARE PLANS                                    Invoice No. 576636

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| TRAST, CARISSA R | ASSOCIATE | 0.30 | 171.00 |
| **TOTAL** | | **0.30** | **171.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/08/11 | TRAST, CARISSA R | Review file on VEBA application, left message with IRS agent as follow-up. | 0.30 | 171.00 |
| **TOTAL** | | | **0.30** | **171.00** |

Kramer Levin Naftalis & Frankel LLP

Page No. 6

LEHMAN BROTHERS
097372-00014 SAVINGS PLAN COMMITTEE

August 26, 2011
Invoice No. 576636

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 4.00 | 3,540.00 |
| **TOTAL** | | **4.00** | **3,540.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/29/11 | LUTGENS, CHRISTINE | Draft revisions to investment management agreement (3.8); and transmit to Carol Rado (.2). | 4.00 | 3,540.00 |
| **TOTAL** | | | **4.00** | **3,540.00** |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 7

LEHMAN BROTHERS                                                        August 26, 2011
097372-00017 SAVINGS PLAN                                             Invoice No. 576636

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 0.10 | 88.50 |
| TOTAL | | 0.10 | 88.50 |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/11/11 | LUTGENS, CHRISTINE | Respond to C. Rado re: participant address question. | 0.10 | 88.50 |
| TOTAL | | | 0.10 | 88.50 |

Kramer Levin Naftalis & Frankel LLP

Page No. 8

LEHMAN BROTHERS
097657-00077 EMPLOYMENT ADVICE

August 26, 2011
Invoice No. 576636

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LEBLANG, KEVIN B. | PARTNER | 4.80 | 3,720.00 |
| **TOTAL** | | **4.80** | **3,720.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/26/11 | LEBLANG, KEVIN B. | TCs re confidential investigation (.5); drafted and revised warning letters and talking points (3.0); conferences re strategy (1.3). | 4.80 | 3,720.00 |
| **TOTAL** | | | **4.80** | **3,720.00** |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 9

LEHMAN BROTHERS                                                        August 26, 2011
097657-00200 BENNETT (MARGARET)                                       Invoice No. 576636

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| BAKER, KATRINA L | ASSOCIATE | 1.90 | 997.50 |
| TOTAL | | 1.90 | 997.50 |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/08/11 | BAKER, KATRINA L | Correspondence with witnesses regarding deposition transcripts (0.4). Review documents received from Department of Labor concerning plaintiff's unemployment application (0.2). Draft letter and send package to opposing counsel (0.2). | 0.80 | 420.00 |
| 07/19/11 | BAKER, KATRINA L | Telephone call with M. Ferraro regarding transcript (0.2). Make changes to Ferraro's errata sheet (0.2). | 0.40 | 210.00 |
| 07/21/11 | BAKER, KATRINA L | Followed-up with client re: R. Geraghty's deposition transcript. | 0.20 | 105.00 |
| 07/22/11 | BAKER, KATRINA L | Meet with and notarize R. Geraghty's transcript (0.2). Draft letter to Fischbarg to accompany transcripts (0.3). | 0.50 | 262.50 |
| TOTAL | | | 1.90 | 997.50 |

Kramer Levin Naftalis & Frankel LLP                                         Page No. 10

LEHMAN BROTHERS                                                             August 26, 2011
097657-00202 RETENTION MATTERS/FEE APPLICATION                             Invoice No. 576636

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| RAPPAPORT, JASON | ASSOCIATE | 12.30 | 6,457.50 |
| NEUNDER, LISA | ASSOCIATE | 0.40 | 116.00 |
| **TOTAL** | | **12.70** | **6,573.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/13/11 | RAPPAPORT, JASON | Attention to outstanding invoices. | 0.30 | 157.50 |
| 07/14/11 | RAPPAPORT, JASON | Call with S. Mills re: invoices (.1); emails C. LaPin re: same (.3); draft cover letter for monthly fee statement (1.2). | 1.60 | 840.00 |
| 07/15/11 | RAPPAPORT, JASON | Review February invoices to ensure compliance with UST guidelines (1.2); calls with S. Mills re: same (.4). | 1.60 | 840.00 |
| 07/18/11 | RAPPAPORT, JASON | Review January, February and May invoices to ensure compliance with UST guidelines (1.1); call/oc K. Baker re: same (.2); o/c S. Mills re: same (.2); begin drafting interim application (.6). | 2.10 | 1,102.50 |
| 07/19/11 | RAPPAPORT, JASON | Draft interim fee application (1.1); calls with C. Lapin re: outstanding invoices (.2). | 1.30 | 682.50 |
| 07/20/11 | RAPPAPORT, JASON | Review February, March, April and May invoices (1.3); multiple emails/calls with C. Lapin re: January invoice (.3); prepare January invoice for filing (.4). | 2.00 | 1,050.00 |
| 07/21/11 | RAPPAPORT, JASON | Emails R. Holtzman re: outstanding invoices and ensuring compliance with UST guidelines (.2); email S. Hernandez re: same (.1); left message for K. Stadler re: interim application (.1); revise draft interim application (.4). | 0.80 | 420.00 |
| 07/22/11 | RAPPAPORT, JASON | Call Y. Morales re: invoices. | 0.10 | 52.50 |
| 07/26/11 | RAPPAPORT, JASON | Call with K. Stadler re: interim fee application | 0.80 | 420.00 |

Kramer Levin Naftalis & Frankel LLP

Page No. 11

LEHMAN BROTHERS

August 26, 2011

097657-00202 RETENTION MATTERS/FEE APPLICATION

Invoice No. 576636

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| | | (.2); review February-May invoices to ensure compliance with UST guidelines (.5); o/c S. Hernandez re: same (.1). | | |
| 07/27/11 | RAPPAPORT, JASON | Email K. Leblang re: budget (.2); call with Y. Morales re: invoice summary data for interim application (.1); draft cover letter for February - May invoices (.3); discussion with C. LaPin re: same (.1); review disbursement back-up re: may invoice (.2). | 0.90 | 472.50 |
| 07/28/11 | RAPPAPORT, JASON | Cover letter revisions (.3); calls with K. Leblang re: same (.2). | 0.50 | 262.50 |
| 07/29/11 | RAPPAPORT, JASON | Finalize invoices for submission re: Feb - May. Emails with C. Lapin and S. Mills re: same | 0.30 | 157.50 |
| 07/29/11 | NEUNDER, LISA | Creating disks and labels for submission of monthly invoices. | 0.40 | 116.00 |
| **TOTAL** | | | **12.70** | **6,573.50** |

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

September 23, 2011

LEHMAN BROTHERS HOLDINGS INC.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN: JOHN SUCKOW AND WILLIAM FOX
CC: THOMAS HOMMEL

When remitting,
please reference:

Invoice Number:  577564
097372

FOR PROFESSIONAL SERVICES rendered through August 31, 2011,
as per the attached time detail.

| | |
|---|---:|
| FEES | $12,746.00 |
| LESS 10% FEE DISCOUNT | (1,274.60) |
| FEE SUB-TOTAL | $11,471.40 |
| DISBURSEMENTS AND OTHER CHARGES | 62.40 |
| INVOICE TOTAL | $11,533.80 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 577564 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2318491.1

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 2

LEHMAN BROTHERS                                              September 23, 2011
097372-00014 SAVINGS PLAN COMMITTEE                         Invoice No. 577564

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 1.60 | $1,416.00 |
| LEBLANG, KEVIN B. | PARTNER | 2.90 | 2,247.50 |
| BAKER, KATRINA L | ASSOCIATE | 5.90 | 3,097.50 |
| SCHMIDT, ROBERT T. | PARTNER | 1.40 | 1,155.00 |
| RAPPAPORT, JASON | ASSOCIATE | 9.20 | 4,830.00 |
| **TOTAL** | | **21.00** | **$12,746.00** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 62.40 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**              **$62.40**

## DETAIL OF DISBURSEMENTS AND OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/11/11 | FEDERAL EXPRESS CORPORAT Office of the U S Trustee for | 12.48 |
| 08/11/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.48 |
| 08/11/11 | FEDERAL EXPRESS CORPORAT Weil, Gotshal & Manges, LLP | 12.48 |
| 08/11/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.48 |
| 08/11/11 | FEDERAL EXPRESS CORPORAT Milbank, Tweed, Hadley & McClo | 12.48 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**              **$62.40**

LEHMAN BROTHERS                                              September 23, 2011
097372-00014 SAVINGS PLAN COMMITTEE                          Invoice No. 577564

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 0.80 | 708.00 |
| **TOTAL** | | **0.80** | **708.00** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 62.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$62.40** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/18/11 | LUTGENS, CHRISTINE | Conf. call with Carol Rado re new fund choices, Fidelity. | 0.80 | 708.00 |
| **TOTAL** | | | **0.80** | **708.00** |

LEHMAN BROTHERS                                September 23, 2011
097372-00017 SAVINGS PLAN                      Invoice No. 577564

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 0.80 | 708.00 |
| **TOTAL** | | **0.80** | **708.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/03/11 | LUTGENS, CHRISTINE | Draft comments on Fidelity Advisory Services documents for Carol Rado. | 0.80 | 708.00 |
| **TOTAL** | | | **0.80** | **708.00** |

LEHMAN BROTHERS                                September 23, 2011
097657-00077 EMPLOYMENT ADVICE                Invoice No. 577564

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LEBLANG, KEVIN B. | PARTNER | 2.90 | 2,247.50 |
| BAKER, KATRINA L | ASSOCIATE | 5.90 | 3,097.50 |
| **TOTAL** | | **8.80** | **5,345.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/11/11 | BAKER, KATRINA L | Telephone call with D. Scott regarding question concerning pre-hire use of consumer reports and criminal records (0.2). Research criminal conviction limitations (0.4). Research Fair Credit Reporting Act ("FCRA") and its recent amendments (3.4). Draft memo to D. Scott concerning FCRA compliance (1.8). | 5.80 | 3,045.00 |
| 08/12/11 | LEBLANG, KEVIN B. | Reviewed and revised memo re Fair Credit Reporting Act obligations. | 1.20 | 930.00 |
| 08/12/11 | BAKER, KATRINA L | Send memo concerning FCRA to D. Scott. | 0.10 | 52.50 |
| 08/30/11 | LEBLANG, KEVIN B. | Conference with T. Hommel re non-renewal of contract. | 0.50 | 387.50 |
| 08/31/11 | LEBLANG, KEVIN B. | Research re prior lawsuit by employee (.8); emails with T. Hommel re employee termination (.4). | 1.20 | 930.00 |
| **TOTAL** | | | **8.80** | **5,345.00** |

KL4 2318491.1

LEHMAN BROTHERS                                                 September 23, 2011
097657-00202 RETENTION MATTERS/FEE APPLICATION                 Invoice No. 577564

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| SCHMIDT, ROBERT T. | PARTNER | 1.40 | 1,155.00 |
| RAPPAPORT, JASON | ASSOCIATE | 9.20 | 4,830.00 |
| **TOTAL** | | **10.60** | **5,985.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/11 | RAPPAPORT, JASON | Draft and revise interim application (2.4); calls with S. Mills re: same (.2). | 2.60 | 1,365.00 |
| 08/03/11 | RAPPAPORT, JASON | Email S. Mills re: status of open invoices. | 0.10 | 52.50 |
| 08/04/11 | RAPPAPORT, JASON | Draft interim fee application | 1.40 | 735.00 |
| 08/08/11 | RAPPAPORT, JASON | O/c and emails K. Leblang re: interim application (..3); revise interim fee application re: same (2.0); calls with S. Mills re: June invoices (.2). | 2.50 | 1,312.50 |
| 08/09/11 | RAPPAPORT, JASON | Complete draft of First Interim fee application. | 1.20 | 630.00 |
| 08/11/11 | RAPPAPORT, JASON | Emails C. Lapin and K. Leblang re: June invoice | 0.20 | 105.00 |
| 08/12/11 | SCHMIDT, ROBERT T. | E/ms with J. Rappaport re interim fee application and preliminary review same. | 0.80 | 660.00 |
| 08/15/11 | RAPPAPORT, JASON | Finalize first interim fee application for filing (.1); discussions with R. Schmidt and K. Leblang re: same (.2); email/call with C. Arthur re: same (.1). | 0.40 | 210.00 |
| 08/15/11 | SCHMIDT, ROBERT T. | Rev and comment interim fee app (.4); o/cs J. Rappaport re same (.2). | 0.60 | 495.00 |
| 08/29/11 | RAPPAPORT, JASON | Review July time detail. | 0.30 | 157.50 |
| 08/30/11 | RAPPAPORT, JASON | Review July time detail to ensure compliance with UST guidelines (.2); discussions with K. Leblang and S. Mills re: same (.2). | 0.40 | 210.00 |
| 08/31/11 | RAPPAPORT, JASON | Emails/calls with C. Lapin and S. Mills re: July invoice. | 0.10 | 52.50 |
| **TOTAL** | | | **10.60** | **5,985.00** |

# KRAMER LEVIN NAFTALIS & FRANKEL LLP —

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

October 17, 2011

LEHMAN BROTHERS HOLDINGS INC.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN: JOHN SUCKOW AND WILLIAM FOX
CC: THOMAS HOMMEL

When remitting,
please reference:

Invoice Number:  579398
097657

FOR PROFESSIONAL SERVICES rendered through September 30, 2011,
as per the attached time detail.

| | |
|---|---:|
| FEES | $10,658.50 |
| LESS 10% FEE DISCOUNT | (1,065.85) |
| FEE SUB-TOTAL | $9,592.65 |
| DISBURSEMENTS AND OTHER CHARGES | 163.38 |
| INVOICE TOTAL | $9,756.03 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 579398 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

**TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.**

**DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339**

LEHMAN BROTHERS                                    October 17, 2011
097657                                            Invoice No. 579398

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LEBLANG, KEVIN B. | PARTNER | 8.3 | 6,432.50 |
| LUTGENS, CHRISTINE | PARTNER | 1.6 | 1,416.00 |
| HOLTZMAN, ROBERT N. | PARTNER | 0.4 | 296.00 |
| O'NEILL, P. BRADLEY | PARTNER | 0.2 | 150.00 |
| BAKER, KATRINA L | ASSOCIATE | 0.4 | 228.00 |
| KAYE, JORDAN D | ASSOCIATE | 0.7 | 483.00 |
| RAPPAPORT, JASON | ASSOCIATE | 2.9 | 1,653.00 |
| **TOTAL** | | **14.50** | **$10,658.50** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| POSTAGE | 34.80 |
| MESSENGER/COURIER | 128.58 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$163.38** |

LEHMAN BROTHERS                                              October 17, 2011
097372-00017 (SAVINGS PLAN)                                  Invoice No. 579398

## DETAIL OF DISBURSEMENTS AND OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/01/11 | POSTAGE LEBLANG, KEVIN B.   04126 | 17.40 |
| 09/01/11 | FEDERAL EXPRESS CORPORAT Weil, Gotshal & Manges, LLP | 12.48 |
| 09/01/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.48 |
| 09/01/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.48 |
| 09/01/11 | FEDERAL EXPRESS CORPORAT Milbank, Tweed, Hadley & McClo | 14.27 |
| 09/01/11 | FEDERAL EXPRESS CORPORAT Office of the U S Trustee for | 12.48 |
| 09/23/11 | POSTAGE LEBLANG, KEVIN B.   04126 | 17.40 |
| 09/23/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 14.31 |
| 09/23/11 | FEDERAL EXPRESS CORPORAT Weil, Gotshal & Manges, LLP | 12.52 |
| 09/23/11 | FEDERAL EXPRESS CORPORAT Milbank, Tweed, Hadley & McClo | 12.52 |
| 09/23/11 | FEDERAL EXPRESS CORPORAT Lehman Brothers Holdings Inc | 12.52 |
| 09/23/11 | FEDERAL EXPRESS CORPORAT Office of the U S Trustee for | 12.52 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                    **$163.38**

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 4

LEHMAN BROTHERS                                                        October 17, 2011
097372-00017 (SAVINGS PLAN)                                           Invoice No. 579398

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LUTGENS, CHRISTINE | PARTNER | 1.60 | 1,416.00 |
| **TOTAL** | | **1.60** | **$1,416.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/23/11 | LUTGENS, CHRISTINE | Review 401(k) auditor report (.9); conf. Michael Nassau re prior year notes (.1). | 1.00 | 885.00 |
| 09/26/11 | LUTGENS, CHRISTINE | Discuss audit footnote disclosures with Carol Rado et al. | 0.60 | 531.00 |
| **TOTAL** | | | **1.60** | **$1,416.00** |

Kramer Levin Naftalis & Frankel LLP                                      Page No. 5

LEHMAN BROTHERS                                          October 17, 2011
097657-00077 (EMPLOYMENT ADVICE)                        Invoice No. 579398

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LEBLANG, KEVIN B. | PARTNER | 7.90 | 6,122.50 |
| HOLTZMAN, ROBERT N. | PARTNER | 0.40 | 296.00 |
| BAKER, KATRINA L | ASSOCIATE | 0.40 | 228.00 |
| **TOTAL** | | **8.70** | **$6,646.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/11 | LEBLANG, KEVIN B. | Research re prior lawsuit by employee (.60); emails with T. Hommel re employee termination (.40). | 1.00 | 775.00 |
| 09/06/11 | LEBLANG, KEVIN B. | Prepared for meeting re employee termination (.50); meeting with T. Hommel and colleagues re employee termination (1.30). | 1.80 | 1,395.00 |
| 09/07/11 | LEBLANG, KEVIN B. | Reviewed complaint filed by employee to be terminated. | 0.40 | 310.00 |
| 09/09/11 | LEBLANG, KEVIN B. | TC with T. Hommel re ▮▮▮▮▮ | 0.40 | 310.00 |
| 09/13/11 | BAKER, KATRINA L | Telephone conference with R. Holtzman, D. Scott and P. Vozza regarding WARN Act questions. | 0.40 | 228.00 |
| 09/13/11 | HOLTZMAN, ROBERT N. | Conference call with P. Vozza, K. Baker and D. Scott regarding application of WARN Act to the estate and related issues. | 0.40 | 296.00 |
| 09/14/11 | LEBLANG, KEVIN B. | Met with client re ▮▮▮▮▮ termination. | 1.30 | 1,007.50 |
| 09/15/11 | LEBLANG, KEVIN B. | Drafted memo re ▮▮▮▮▮ settlement agreement. | 1.60 | 1,240.00 |
| 09/17/11 | LEBLANG, KEVIN B. | Revised Agreement and Release re ▮▮▮▮▮ | 0.60 | 465.00 |
| 09/19/11 | LEBLANG, KEVIN B. | Revised Agreement and Release for ▮▮▮▮▮ | 0.80 | 620.00 |
| **TOTAL** | | | **8.70** | **$6,646.50** |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 6

LEHMAN BROTHERS                                                October 17, 2011
097657-00197 (SWABSIN (CYNTHIA))                            Invoice No. 579398

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| O'NEILL, P. BRADLEY | PARTNER | 0.20 | 150.00 |
| KAYE, JORDAN D | ASSOCIATE | 0.70 | 483.00 |
| **TOTAL** | | **0.90** | **$633.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/16/11 | O'NEILL, P. BRADLEY | CF J. Kaye re NYS tax subpoena | 0.20 | 150.00 |
| 09/19/11 | KAYE, JORDAN D | Reviewed NYS tax subpoena (.5); discussions w/B. O'Neill re same (.2). | 0.70 | 483.00 |
| **TOTAL** | | | **0.90** | **$633.00** |

LEHMAN BROTHERS                                                    October 17, 2011
097657-00202 (RETENTION MATTERS/FEE APPLICATION)                  Invoice No. 579398

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | AMOUNT |
|---|---|---|---|
| LEBLANG, KEVIN B. | PARTNER | 0.40 | 310.00 |
| RAPPAPORT, JASON | ASSOCIATE | 2.90 | 1,653.00 |
| **TOTAL** | | **3.30** | **$1,963.00** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| POSTAGE | 34.80 |
| MESSENGER/COURIER | 128.58 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$163.38** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/11 | RAPPAPORT, JASON | Finalize invoice for submission; emails with C. Lapin re: same | 0.20 | 114.00 |
| 09/02/11 | RAPPAPORT, JASON | Email from B. Earman re: invoice backup for fee auditor; email C. LaPin, K. Leblang and S. Mills re: same | 0.30 | 171.00 |
| 09/06/11 | RAPPAPORT, JASON | Emails with C. Lapin and S. Mills re: excel files for fee auditor | 0.20 | 114.00 |
| 09/07/11 | RAPPAPORT, JASON | Emails with C. Lapin re: excel backup for fee auditor | 0.10 | 57.00 |
| 09/14/11 | RAPPAPORT, JASON | Review August time detail | 0.30 | 171.00 |
| 09/21/11 | RAPPAPORT, JASON | Review August invoice; Emails C. Lapin, K. | 0.10 | 57.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 8

LEHMAN BROTHERS                                        October 17, 2011
097657-00202 (RETENTION MATTERS/FEE APPLICATION)      Invoice No. 579398

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| | | Leblang re: same | | |
| 09/21/11 | RAPPAPORT, JASON | Draft supplemental Leblang affidavit | 1.00 | 570.00 |
| 09/22/11 | RAPPAPORT, JASON | Call with S. Mills and emails with C. Lapin re: August invoice; draft cover letter re: same | 0.50 | 285.00 |
| 09/30/11 | RAPPAPORT, JASON | Emails with K. Leblang re: budget | 0.20 | 114.00 |
| 09/30/11 | LEBLANG, KEVIN B. | Prepared budget and emails with J. Rappaport fe: same. | 0.40 | 310.00 |
| **TOTAL** | | | **3.30** | **$1,963.00** |