Melanie L. Cyganowski, Esq. (MC-7500)
Peter Feldman, Esq. (PF-3271)
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for The Freedom Forum, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**In re**                                              :    **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*           :    **08-13555 (JMP)**
                                                       :
                          **Debtors.**                 :    **(Jointly Administered)**
-------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Melanie L. Cyganowski, Esq. and Peter Feldman, Esq., of Otterbourg, Steindler, Houston & Rosen, P.C., hereby appear in the above-captioned case on behalf of The Freedom Forum, Inc. and demand that all notices given or required to be given and all papers served in this case be delivered to and served upon:

> **OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
> Attention: Melanie L. Cyganowski, Esq.
>            Peter Feldman, Esq.
> 230 Park Avenue
> New York, New York 10169-0075
> Tel: (212) 661-9100
> Fax: (212) 682-6104
> email: mcyganowski@oshr.com
>        pfeldman@oshr.com

2026933.1

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand for delivery and service of papers includes, without limitation, a demand for all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph or otherwise, which affect the Debtors in these cases or their property.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      December 14, 2011

                        Respectfully submitted,

                        OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                        By:   /s/ Peter Feldman
                              Peter Feldman [PF-3271]

                        230 Park Avenue
                        New York, NY 10169
                        (212) 661-9100
                        Attorneys for The Freedom Forum, Inc.