Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Banco Bilbao Vizcaya Argentaria, Chile |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known): 15642

Amount of Claim: $6,150,000.00

Date Claim Filed: 9/17/09

Last Four Digits of Acct #: N/A        Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: Dec 9, 2011
Transferee/Transferee's Agent

Philipp Roever         Michael Sutton
Vice President         Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, CHILE

BANCO BILBAO VIZCAYA ARGENTARIA, CHILE, a bank organized under the laws of Chile, with offices located at Av. Pedro de Valdivia N° 100, piso 15, Providencia, Región Metropolitana, Santiago de Chile ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. in the amount of $6,150,000.00, docketed as Claim No. 15642 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9 day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By:_____ Name: FERNANDO PARDO L. Title: Tel.: | By:_____ |
| By:_____ Name: JUAN MANUEL MANRIQUEZ B. Title: Tel.: | By:_____ Name: Title: Tel.: |

"ANDRES SOCHTING HERRERA"

11

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, CHILE

BANCO BILBAO VIZCAYA ARGENTARIA, CHILE, a bank organized under the laws of Chile, with offices located at Av. Pedro de Valdivia N° 100, piso 15, Providencia, Región Metropolitana, Santiago de Chile ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. in the amount of $6,150,000.00, docketed as Claim No. 15642 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By:_____<br>Name:<br>Title:<br>Tel.: | By:_____ *Roes Miller, Director*<br><br>By:_____<br>Name: Michael Sutton<br>Title: Managing Director<br>Tel.: |
| By:_____<br>Name:<br>Title:<br>Tel.: | |

11

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Name of Transferor

Banco Bilbao Vizcaya Argentaria, Chile

Court Claim # (if known): 15643

Amount of Claim: $6,150,000.00

Date Claim Filed: 9/17/09

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/_____    Date: Dec 9, 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever | Michael Sutton
Vice President | Managing Director

**Exhibit B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, CHILE

BANCO BILBAO VIZCAYA ARGENTARIA, CHILE, a bank organized under the laws of Chile, with offices located at Av. Pedro de Valdivia N° 100, piso 15, Providencia, Región Metropolitana, Santiago de Chile ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Special Financing Inc. in the amount of $6,150,000.00, docketed as Claim No. 15643 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9 day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: _____ <br> Name: <br> Title:   FERNANDO PARDO L. <br> Tel.: | By: _____ <br> Name: <br> Title: <br> Tel.: |
| By: _____ <br> Name:   JUAN MANUEL MANRIQUEZ B. <br> Title: <br> Tel.: | By: _____ <br> Name: <br> Title: <br> Tel.: |

"ANDRES SOCHTING HERRERA"

10

## Exhibit B

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, CHILE

BANCO BILBAO VIZCAYA ARGENTARIA, CHILE, a bank organized under the laws of Chile, with offices located at Av. Pedro de Valdivia N° 100, piso 15, Providencia, Región Metropolitana, Santiago de Chile ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Special Financing Inc. in the amount of $6,150,000.00, docketed as Claim No. 15643 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By:_____<br>Name:<br>Title:<br>Tel.: | By:_____ *[signature]* Rous Miller, Director<br><br>By:_____ *[signature]*<br>Name: Michael Sutton<br>Title: Managing Director<br>Tel.: |
| By:_____<br>Name:<br>Title:<br>Tel.: | |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Banco Bilbao Vizcaya Argentaria, S.A. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:　212-797-8770

Court Claim # (if known): 15644

Amount of Claim: $31,611,633.64

Date Claim Filed: 9/17/09

Last Four Digits of Acct #:  N/A　　　　　　　　Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　Date: Dec 9, 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Koever　　Michael Sutton
Vice President　　Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, S.A.

BANCO BILBAO VIZCAYA ARGENTARIA, S.A., a credit entity organized under the laws of Spain, with offices located at Vía de los Poblados, 13, 5th Floor, Madrid 28033, Spain ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated 9th December 2011, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Special Financing Inc. in the amount of $31,611,633.64, docketed as Claim No. 15644 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: _____<br>Name:<br>Title:<br>Tel.:<br><br>Juan Blasco<br>Managing Director<br>Head of Credit Europe<br><br>Jose Ramon Fernandez<br>Executive Director<br><br>09-Dec-4 | By: _____<br><br><br>By: _____<br><br>Name:<br>Title:<br>Tel.: |

### Exhibit B

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, S.A.

BANCO BILBAO VIZCAYA ARGENTARIA, S.A., a credit entity organized under the laws of Spain, with offices located at Vía de los Poblados, 13, 5th Floor, Madrid 28033, Spain ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement [dated as of the date hereof], does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Special Financing Inc. in the amount of $31,611,633.64, docketed as Claim No. 15644 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By:_____<br>Name:<br>Title:<br>Tel.: | By: _[signature]_<br>_Ross Miller_<br>_Director_ |
| | By: _[signature]_<br>Name: Michael Sutton<br>Title: Managing Director<br>Tel.: |

10

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Banco Bilbao Vizcaya Argentaria, S.A. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 15646

Amount of Claim: $31,611,633.64

Date Claim Filed: 9/17/09

Last Four Digits of Acct #:  N/A         Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:  Dec 9, 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever    Michael Sutton
Vice President    Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, S.A.

BANCO BILBAO VIZCAYA ARGENTARIA, S.A., a credit entity organized under the laws of Spain, with offices located at Vía de los Poblados, 13, 5th Floor, Madrid 28033, Spain ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated 9th December 2011, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. in the amount of $31,611,633.64, docketed as Claim No. 15646 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: _____ 09-DEC-11<br>Name:<br>Title: Juan Blasco<br>Tel.: Managing Director<br>Head of Credit Europe<br><br>Jose Ramon Fernandez<br>Executive Director | By: _____<br><br>By: _____<br>Name:<br>Title:<br>Tel.: |

11

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCO BILBAO VIZCAYA ARGENTARIA, S.A.

BANCO BILBAO VIZCAYA ARGENTARIA, S.A., a credit entity organized under the laws of Spain, with offices located at Vía de los Poblados, 13, 5th Floor, Madrid 28033, Spain ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement [dated as of the date hereof], does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices located at 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. in the amount of $31,611,633.64, docketed as Claim No. 15646 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of December, 2011

| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By:_____<br>Name:<br>Title:<br>Tel.: | By: _[signature]_  *Michael Sutton, Managing Director*<br><br>By: _[signature]_<br>Name:<br>Title:<br>Tel.: |

11