MCKENNA LONG & ALDRIDGE LLP
230 Park Avenue
New York, New York  10169
Telephone: (212) 922-1800
Facsimile:  (212) 922-1819
Christopher F. Graham

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
Charles D. Weiss

*Special Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                :
In re                                           :    **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
                                                :
                        **Debtors.**            :    **(Jointly Administered)**
                                                :
-------------------------------------------------------------------x

### SUMMARY SHEETS ACCOMPANYING NINTH APPLICATION OF MCKENNA LONG & ALDRIDGE LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| **Name of Applicant:** | McKenna Long & Aldridge LLP |
| **Role in the Case:** | Special Counsel to Debtors and Debtors in Possession |
| **Date of Retention:** | December 18, 2008, *Nunc Pro Tunc* to September 15, 2008 |
| **Time Period:** | June 1, 2011 - September 30, 2011 |
| **Application:** | Total Fees Requested:  $106,759.50 |
| | Total Expenses Requested:  $11,398.24 |

**Prior Applications:**          First Interim Fee Application Dated April 10, 2009

Second Interim Fee Application Dated August 14, 2009

Third Interim Fee Application Dated December 14, 2009

Fourth Interim Fee Application Dated April 16, 2010

Fifth Interim Fee Application Dated August 16, 2010

Sixth Interim Fee Application Dated December 14, 2010

Seventh Interim Fee Application Dated June 2, 2011

Eighth Interim Fee Application Dated August 15, 2011

## SUMMARY OF MONTHLY FEE STATEMENTS

| Period | Fees Requested | Expenses Requested | Fees Paid (*80% Requested*) | Expenses Paid (*100% Requested*) |
|---|---|---|---|---|
| 6/1/2011 – 6/30/2011 | $39,508.00 | $812.60 | $31,606.40 | $812.60 |
| 7/1/2011 – 7/31/2011 | $24,209.00 | $898.78 | $19,367.20 | $898.78 |
| 8/1/2011 – 8/31/2011 | $30,804.50 | $8,892.33 | $24,643.60 | $8,892.33 |
| 9/1/2011 – 9/30/2011 | $12,238.00 | $794.53 | $9,790.40 | $794.53 |
| **Total for Ninth Interim Period** | **$106,759.50** | **$11,398.24** | **$85,407.60** | **$11,398.24** |

## FEE SUMMARY ORGANIZED BY PROFESSIONALS AND PARAPROFESSIONALS

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate[1] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 24.40 | $19,154.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 5.90 | $3,245.00 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $525.00 | 1.50 | $787.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 41.30 | $19,617.50 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 9.50 | $4,227.50 |
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 2.10 | $913.50 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 13.40 | $5,695.00 |
| Rebecca Tingey | Associate, New York | 2007 | $410.00 | 6.50 | $2,665.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 100.30 | $37,612.50 |
| Ian Byrnside | Associate, Atlanta | 2008 | $315.00 | 37.30 | $11,749.50 |
| | | **Professionals**: | **Blended Rate: $436.28** | **Total Hours: 242.20** | **Total Fees: $105,667.00** |

---

[1]  These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP.  All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Paraprofessional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $250.00 | 0.20 | $50.00 |
| Robert M. Gee | Paralegal, New York | N/A | $235.00 | 3.00 | $705.00 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $225.00 | 1.50 | $337.50 |
| **Paraprofessionals:** | | | **Blended Rate: $232.45** | **Total Hours: 4.70** | **Total Fees: $1092.50** |
| | | | | | |
| **Total for Professionals and Paraprofessionals:** | | | | **Total Hours: 246.90** | **Total Fees: $106,759.50** |

2

## FEE SUMMARY ORGANIZED BY MATTER AND TASK CODE

### Kontrabecki in NY Bankruptcy Action (30837.0001) - Task Code 4000

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 2.10 | $913.50 |
| | | | **Total** | **2.10** | **$913.50** |

### Bankruptcy Employment Matter (30837.0002) - Task Code 4600

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 0.30 | $235.50 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $525.00 | 1.50 | $787.50 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 1.10 | $605.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 2.10 | 934.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 0.90 | $427.50 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 100.30 | $37,612.50 |
| | | | **Total** | **106.20** | **$40,602.50** |

### AZ 72 LLC (30837.0003) - Task Code 4000

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 24.10 | $18,918.50 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 1.40 | $770.00 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 40.40 | $19,190.00 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 13.40 | $5,695.00 |

3

**AZ 72 LLC (30837.0003) - Task Code 4000 [*continued from previous page*]**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Rebecca Tingey | Associate, New York | 2007 | $410.00 | 6.50 | $2,665.00 |
| Ian Byrnside | Associate, Atlanta | 2008 | $315.00 | 37.30 | $11,749.50 |
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $250.00 | 0.20 | $50.00 |
| Robert M. Gee | Paralegal, New York | N/A | $235.00 | 3.00 | $705.00 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $225.00 | 1.50 | $337.50 |
| | | | **Total** | **48.50** | **$15,507.00** |

**Walker Square/Riverbend Loan Restructuring (30837.0005) - Task Code 2300**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 6.20 | $2,759.00 |
| | | | **Total** | **6.20** | **$2,759.00** |

**Middle Mountain 156 LLC (04406.0222) - Task Code 2300**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 1.20 | $534.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 2.10 | $1,155.00 |
| | | | **Total** | **3.30** | **$1,689.00** |

| Middle Mountain 156 LLC (04406.0222) - Task Code 4600 | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 1.30 | $715.00 |
| | | | **Total** | **1.30** | **$715.00** |
| | | | | | |
| **Total for Professionals and Paraprofessionals:** | | | | **Total Hours: 246.90** | **Total Fees: $106,759.50** |

5

McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
New York, New York  10169
Telephone: (212) 922-1800
Facsimile:  (212) 922-1819
Christopher F. Graham

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
Charles D. Weiss

*Special Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
                                                :
                            **Debtors.**        :    **(Jointly Administered)**
                                                :
                                                :
-------------------------------------------------------------------x

**NINTH APPLICATION OF McKENNA LONG & ALDRIDGE LLP**
**FOR ALLOWANCE OF INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

McKenna Long & Aldridge LLP ("McKenna" or "Applicant"), Special Counsel for

Lehman Brothers Holdings Inc. (the "Debtor") and certain of its subsidiaries, as debtors and

debtors in possession (collectively, the "Debtors"), as well as their non-debtor affiliates

(collectively with the Debtors, "Lehman"), files the Ninth Application of McKenna Long &

Aldridge LLP for Allowance of Compensation and Reimbursement of Expenses (the "Ninth

Interim Fee Application" or this "Application") relating to the above-referenced bankruptcy case for the period from June 1, 2011 through September 30, 2011 (the "Ninth Interim Period"). Pursuant to the Ninth Interim Fee Application, McKenna seeks: (i) allowance of compensation for professional services McKenna performed during Ninth Interim Period in the total amount of $106,759.50; and (ii) allowance of its actual and necessary expenses incurred during the Ninth Interim Period in the total amount of $11,398.24. McKenna files this Ninth Interim Fee Application pursuant to Sections 330 and 331 of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Order Appointing Fee Committee and Approving Fee Application Protocol [Docket No. 3651] (the "Fee Order") and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 15997] (the "Fourth Amended Interim Compensation Procedures Order"). The total amount sought for fees represents approximately 242.20 hours of professional services and 4.70 hours of paraprofessional services, with blended rates of $436.28 for professionals and $232.45 for paraprofessionals. In support of this Ninth Interim Fee Application, McKenna shows the Court the following:

## Background of the Chapter 11 Cases

1.      On September 15, 2008 and periodically thereafter (the "Commencement Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. These Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 08-13555 (JMP) pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to

operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On September 17, 2008, the United States Trustee for the Southern District of New York (Region 2) (the "U.S. Trustee") appointed the official committee of unsecured creditors pursuant to Section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA (the "SIPC Trustee") is administering LBI's estate.

4.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned Chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner issued a report of his investigation pursuant to Section 1106 of the Bankruptcy Code on March 11, 2010 [Docket No. 7531].

5.      On May 26, 2009, the Court appointed a fee committee (the "Fee Committee") and approved a fee protocol (the "Fee Protocol") in the above-captioned Chapter 11 cases pursuant to an order of the same date [Docket No. 3651].  On January 24, 2011, the Court entered an order appointing Richard A. Gitlin as Successor Independent Member of the Fee Committee [Docket No. 14117].

6.      On September 1, 2011, the Debtors filed a third amended joint chapter 11 plan (the "Plan") and disclosure statement (the "Disclosure Statement") [Docket Nos. 19627 and 19629].  On September 1, 2011, the Bankruptcy Court entered an amended order [Docket No. 19631] approving the Disclosure Statement, establishing solicitation and voting procedures in

connection with the Plan, scheduling the confirmation hearing and establishing notice and objection procedures for the confirmation hearing.

7.      On September 15, 2011, the Bankruptcy Court entered an order [Docket No. 20016] approving a modification to the Disclosure Statement.

8.      On December 6, 2011, the Bankruptcy Court entered an order [Docket No. 23023] confirming the Plan (as subsequently supplemented, amended and/or modified).

### The Debtors' Businesses

9.      Prior to the events leading up to these Chapter 11 cases, Lehman was the fourth largest investment bank in the United States.  For more than 150 years, Lehman had been a leader in the global financial markets by serving the financial needs of corporations, governmental units, institutional clients and individuals worldwide.

10.     Additional information regarding the Debtors' businesses, capital structures and the circumstances leading to the commencement of these Chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

### Jurisdiction

11.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b); this matter is a core proceeding under 28 U.S.C. § 157(b).

### McKenna's Retention

12.     On December 2, 2008, the Debtors filed the Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain McKenna Long & Aldridge LLP

4

as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Commencement Date [Docket No. 2021] (the "Employment Application"). On December 18, 2008, the Court entered the Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain McKenna Long & Aldridge LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Commencement Date [Docket No. 2309] (the "Order Authorizing Employment"). No objections to the Employment Application were filed, and, accordingly, the Order Authorizing Employment became final.

### Interim Compensation Procedures

13.    On October 11, 2008, the Debtors filed the Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 833] (the "Interim Compensation Motion"). A hearing on the Interim Compensation Motion was held on November 5, 2008.

14.    On November 5, 2008, the Court entered the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1388] (the "Interim Compensation Order").

15.    On November 11, 2008, the Debtors filed the Notice of Presentment of Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 1449] requesting that the Court amend the Interim Compensation Order.

16.    On November 19, 2008, the Court entered the Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1604] (the "Amended Interim Compensation Procedures Order").

17.     On March 9, 2009, the Debtors filed the Notice of Presentment of Second Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 3029] requesting that the Court amend the Amended Interim Compensation Procedures Order.

18.     On March 13, 2009 the Court entered the Second Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 3102] (the "Second Amended Interim Compensation Procedures Order").

19.     On May 26, 2009, the Court entered the Fee Order in the above-styled case.

20.     On June 13, 2009, the Debtors filed the Notice of Presentment of Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 3915] requesting that the Court amend the Second Amended Interim Compensation Procedures Order.

21.     On June 25, 2009 the Court entered the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165] (the "Third Amended Interim Compensation Procedures Order").

22.     On January 24, 2011, the Court entered an order modifying the composition of the Fee Committee that had been previously appointed in these Chapter 11 cases and appointed Richard A. Gitlin as Successor Independent Member of the Fee Committee [Docket No. 14117].

23.     On March 11, 20011, the Debtors filed the Notice of Presentment of Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 14968] requesting that the Court amend the Third Amended Interim Compensation Procedures Order.

24.     On April 6, 2011, the Debtors filed the Notice of Revised Proposed Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 15678] requesting that the Court amend the Third Amended Interim Compensation Procedures Order.

25.     On April 14, 2011 the Court entered the Fourth Amended Interim Compensation Procedures Order.

26.     Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and standing General Orders M-219 and M-348 of the Bankruptcy Court for the Southern District of New York, the Fourth Amended Interim Compensation Procedures Order authorizes the interim monthly compensation and reimbursement of expense procedures set forth in the Interim Compensation Motion.

27.     The Fee Order and the Fourth Amended Interim Compensation Procedures Order authorize professionals paid from the Debtors' bankruptcy estates to serve monthly statements ("Monthly Statements"), via hand or overnight delivery, seeking payment for services rendered and for out-of-pocket expenses or other charges incurred on or before the thirtieth (30th) day of each month following the month for which compensation is sought on (i) the Fee Committee; (ii) the Debtor; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the

Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the U.S. Trustee for the Southern District of New York. The Fourth Amended Interim Compensation Order authorizes the Debtors to pay professionals eighty percent (80%) of fees requested and one hundred percent (100%) of expenses identified in each Monthly Statement, if no objection is made to such Monthly Statement.

### McKenna's Ninth Interim Fee Application

28.     In accordance with Sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the Fee Committee Order and the Fourth Amended Interim Compensation Procedures Order, McKenna seeks: (i) allowance of compensation for professional services McKenna performed during the Ninth Interim Period in the total amount of $106,759.50; and (ii) allowance of its actual and necessary expenses incurred during the Ninth Interim Period in the total amount of $11,398.24.

29.     In accordance with customary practice, McKenna has increased its timekeepers' billing rates for the year 2011, effective as of February 1, 2011, to reflect the timekeeper's increased experience, particularly with respect to associates and junior partners. Moreover, McKenna has raised the rates of associates who are promoted to the next level or to the partnership. Such increases in billing rates are standard across the industry, and McKenna's increases in its below-market rates are modest.

30.     By this Application, McKenna submits its Monthly Statements in the total amount of $118,157.74 (fees in the amount of $106,759.50 and expenses in the amount of $11,398.24) for services performed and expenses incurred during the Ninth Interim Period. During the Ninth Interim Period, McKenna received payment from the Debtors in the amount of $96,805.84 (fees in the amount of $85,407.60 and expenses in the amount of $11,398.24); therefore, McKenna has an outstanding balance, as of the date of this Application, of $21,351.90, for which McKenna

seeks an award of interim compensation as for the period of June 1, 2011 through September 30, 2011.

31.     Notice of this Application will be served in accordance with the procedures set forth in the order entered on September 22, 2008 governing case management and administrative procedures for these cases [Docket No. 285] on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the attorneys for the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these Chapter 11 cases.   McKenna has served a copy of this Fee Application upon (i) the Fee Committee; (ii) the Debtor; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the U.S. Trustee for the Southern District of New York.

32.     Under Section 330 of the Bankruptcy Code, the Court may allow compensation and reimbursement of McKenna's expenses only after notice and hearing.   Bankruptcy Rule 2002(a) provides that hearings on applications for compensation and reimbursement of expenses totaling in excess of $1,000 must be on twenty (20) day notice to parties in interest.   Section 331 of the Bankruptcy Code authorizes the filing of interim fee applications.   This Application is the ninth such application made by McKenna under Section 331 of the Bankruptcy Code.

33.     All legal services performed by McKenna were performed for and on behalf of Lehman and not on behalf of any committee, creditor, or other person or entity.

34.     Attached hereto as Exhibit "C" is a summary of the hours for which compensation is sought.

35.    Attached hereto as Exhibit "D" is a summary of the expenses for which reimbursement is sought.

36.    Attached hereto as Exhibits "E1" through "E4" are copies of the invoices for the Ninth Interim Period, which include time descriptions by McKenna professionals by code related to the matter or tasks reflected in the time entries, the expense detail for a given month sorted by category, and supplemental information sheets that provide further detail and supporting documentation for expenses.

37.    The following is a brief summary of the qualifications of each of the professionals from McKenna representing the Debtors for which compensation is sought:

*Professionals*:

Christopher F. Graham: Christopher F. Graham is a partner with the law firm of McKenna, practicing since 1983, who has experience in bankruptcy matters.

Charles D. Weiss:   Charles D. Weiss is a partner with the law firm of McKenna, practicing since 1989, who has experience in commercial real estate finance and development.

Gary W. Marsh:  Gary W. Marsh is a partner with the law firm of McKenna, practicing since 1985, who has experience in bankruptcy matters.

Alan F. Kaufman:   Alan F. Kaufman is a partner with the law firm of McKenna, practicing since 2000, who has experience in bankruptcy matters.

Gerald Walling:   Gerald Walling is of counsel of the law firm of McKenna, practicing since 1972, who has experience in commercial real estate finance and development.

B. Summer Chandler:  B. Summer Chandler is a partner with the law firm of McKenna, practicing since 2001, who has experience in bankruptcy matters.

Jill C. Kuhn:  Jill C. Kuhn is an associate with the law firm of McKenna, practicing since 1999, who has experience in litigation related to commercial disputes.

Rebecca Tingey:   Rebecca Tingey is an associate with the law firm of McKenna, practicing since 2007, who has experience in litigation related to commercial disputes.

Alison M. Elko:   Alison M. Elko is an associate with the law firm of McKenna, practicing since 2003, who has experience in bankruptcy matters.

10

<u>Ian Byrnside</u>:  Ian Byrnside is an associate with the law firm of McKenna, practicing since 2008, who has experience in litigation related to commercial disputes.

*Paraprofessionals*:

<u>Hillard T. Moore</u>:  Hillard T. Moore is a litigation support analyst with the law firm of McKenna.  Mr. Moore has performed services for which an attorney was not required in order to minimize costs and expenses.

<u>Robert M. Gee</u>:  Robert M. Gee is a paralegal with the law firm of McKenna who has experience in litigation.  Mr. Gee has performed services for which an attorney was not required in order to minimize costs and expenses.

<u>Jan E. Reed</u>:  Jan E. Reed is a paralegal with the law firm of McKenna who has experience in litigation matters.  Ms. Reed has performed services for which an attorney was not required in order to minimize costs and expenses.

**<u>Summary of Activities Undertaken During the
Ninth Interim Period Covered by This Application</u>**

38.     The major activities undertaken by McKenna during the Ninth Interim Period are summarized below, broken down by matter type.  The following summary is intended to highlight the services rendered by McKenna, and is not meant to be a detailed description of all of the work performed.  Detailed descriptions of the day-to-day services provided by McKenna and the time expended performing such services in each project billing category are fully set forth in Exhibits "E1" through "E4."

(1)     Kontrabecki in NY Bankruptcy Action (30837.0001)
Time recorded under this matter reflects, among other things, legal services consisting of the following: consideration of issues related to the post-settlement disposition of Lehman's litigation discovery database for the litigation and determination of the resolution of same; internal communications regarding the same; and communications with Lehman, co-counsel and litigation database service provider regarding same.

(2)     Bankruptcy Employment Matters (30837.0002)
Time recorded under this matter reflects, among other things, legal services consisting of the following: review and revision of invoices to comply with applicable court orders and Fee Committee Protocol; preparation and submission of interim monthly statements; preparation and submission of monthly budgets; preparation and submission of the Seventh Interim Fee Application and the Eighth Interim Fee Application; preparation and submission of responses to the Fee Committee's Reports regarding the Sixth Interim Fee Application and the Seventh Interim Fee Application; preparation and submission of responses to the Fee Committee's

11

analyses, comments and requests with respect to monthly statements, the Sixth Interim Fee Application and the Seventh Interim Fee Application; resolution of the Fee Committee's objections with respect to the Sixth Interim Fee Application; negotiations to resolve the Fee Committee's objections with respect to the Seventh Interim Fee Application; review, analysis and correspondence with the Fee Committee regarding its hourly billing rate inquiry; and communications with counsel for the Fee Committee regarding prior fee applications.

(3)    AZ 72 LLC (30837.0003)

Time recorded under this matter reflects, among other things, legal services consisting of the following: work on review and analysis of loan documents, prior correspondence and project development documents; consultation with the Debtors regarding remedy exercise and settlement alternatives; correspondence with borrower parties and counsel in connection with same; collection, organization, review and analysis of information concerning need for additional depositions by Lehman and TriMont Real Estate Advisors, Inc.; review and analysis of amended pleadings; collection, organization, preparation and analysis of supplemental discovery responses; collection, organization, review and analysis of expert discovery; settlement communications with opposing counsel; and drafting, review and analysis of settlement agreement.

(4)    Walker Square/Riverbend Loan Restructuring (30837.0005)

Time recorded under this matter reflects, among other things, legal services consisting of the following: continuing work on various matters arising after the take-back of equity interests in two condominium projects, including, among other things: communications with M. Martinez, K. Donahoe and K. Brinkman regarding CT Corporation's status as Delaware registered agent for Octopus entities; review of prior communications regarding same; communications with M. Martinez and S. Stigliano regarding lack of need for CT Corporation to serve as registered agent for Octopus Property LLC in New York; communications with M. Martinez and Commercial Title Group regarding reassignment of loan documents by Trust to Lehman affiliate/subsidiary incident to payoff of Note A and recordation status of such assignments; communications with M. Martinez regarding recordation and delivery status of loan assignment documents from Trust; work with M. Martinez regarding payoff of Note B and preparation of loan satisfaction documents; review of Virginia statutes regarding satisfaction of recorded loan documents; review of loan file to confirm record ownership of recorded loan documents; communications with M. Martinez, C. York, and R. Mehlman regarding inventory condominium units and coordination of release of recorded loan documents; communications with B. Blitz regarding recording fees for loan satisfaction documents, fee of Commercial Title Group to record satisfaction instruments, and coordination of recordation of satisfaction documents; review of UCC search files; preparation of loan satisfaction instruments; work with M. Martinez regarding execution of satisfaction documents; and communications with H. Perlin and M. Martinez regarding coordination of recordation of loan satisfaction instruments.

(5)    Middle Mountain 156 LLC (04406.0222)

Time recorded under this matter reflects McKenna's representation of the Debtor concerning matters related to the Debtor's loan to Middle Mountain 156, LLC, including, among other things: review and evaluation of possible claims of Debtor against the Schaub estate; work on matters related to judgment against N. Bonanno, enforcement of such judgment, and FBI

investigation of N. Bonanno theft of APS proceeds; work on matters related to lien priority of MMAZ mortgage on the Yavapai County real estate; communications with J. McVey regarding FBI investigation of N. Bonanno; file review regarding theft of APS easement sale proceeds by N. Bonanno in connection with FBI investigation; communications with E. Springler regarding FBI investigation of N. Bonanno theft of APS proceeds; and review of issues regarding disclosure of information requested by FBI concerning N. Bonanno theft of APS proceeds.

### Statutory Basis for Compensation

39.    Sections 330 and 331 of the Bankruptcy Code provide the statutory basis for compensation of professionals in bankruptcy cases.  Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).   Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
> (A)    the time spent on such services;
> (B)    the rates charged for such services;
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

40.    The Bankruptcy Code provisions concerning the compensation of professionals are designed to ensure that qualified attorneys will be compensated for services rendered to

debtors at a market rate for comparable services rendered in non-bankruptcy cases.  In re Ames Dep't Stores, Inc., 76 F.3d 66, 71 (2d Cir. 1996).  The rationale behind this goal is to ensure that counsel will not be deterred from taking bankruptcy cases due to failure to pay adequate compensation.  Id. at 72.

41.    McKenna respectfully represents to the Court that the fees and expenses requested to be paid are allowable and reasonable pursuant to the twelve (12) factor test as set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), as well as the amendments to Section 330 of the Bankruptcy Code.  Those tests and the applicability of each test to the services performed by McKenna in this case are set forth below:

A.    Time and Labor Required:  During the period of June 1, 2011 through September 30, 2011, McKenna has expended 246.90 hours as Special Counsel to Lehman.  The approximate blended hourly rate is $436.28 for professionals and $232.45 for paraprofessionals.  The substance of the time expended is set forth fully in Exhibits "E1" through "E4" to this Application.

B.    Novelty and Difficulty of Questions Presented:  Several of the above-referenced matters have involved novel and difficult issues.

C.    Skill Requisite to Perform Legal Services:  McKenna respectfully represents that it has the skill to perform the legal services rendered in a professional fashion.

D.    Preclusion of Other Employment Due to Acceptance of the Case:  The amount of time devoted to the above-referenced matters by the attorneys and paraprofessionals of McKenna significantly precluded them from performing other work to the extent of the time devoted to this case as covered by this Application.

14

E.    <u>Customary Fees for the Type of Services Rendered</u>:    McKenna respectfully represents that the fees requested herein are within the range of customary fees for the type of services rendered and are based upon the hours actually spent and multiplied by the normal billing rates for work of this nature, and that the billing rates are in keeping with the hourly rates charged by McKenna in non-bankruptcy matters.

F.    <u>Whether the Fee is Fixed or Contingent</u>:    McKenna believes that its fees and expenses in the above-referenced matters are contingent only to the extent that they are subject to this Court's approval.

G.    <u>Time Limitations Imposed by the Client or the Circumstances</u>:    The time limitations imposed or created by the circumstances of the above-referenced matters often required intense work by McKenna under short time-frames.

H.    <u>Amounts Involved and Results Obtained</u>:    McKenna respectfully represents that it has obtained good results for Lehman as Special Counsel thus far in the above-referenced matters.

I.    <u>Experience, Reputation and Ability of Attorneys</u>:    McKenna respectfully represents that McKenna has experience within the areas involved in its representation of Lehman.

J.    <u>Undesirability of the Case</u>:    McKenna respectfully represents that this factor is not applicable to this proceeding.

K.    <u>Nature and Length of Professional Relationship with Client</u>:    McKenna has represented Lehman for more than fifteen (15) years.

L.    <u>Awards in Similar Cases</u>:    McKenna respectfully represents that this Ninth Interim Fee Application, and the costs and fees sought herein, is in keeping with similar

applications for the payment of professional fees and expenses, including attorneys' fees in other cases.

42.     Based on the foregoing, McKenna submits that the services rendered to Lehman, for which compensation is sought herein, were necessary and beneficial to the Debtors' estates and parties in interest.   McKenna further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Debtors, their estates and all parties in interest.

### Compliance with Applicable Rules

43.     Pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Amended Guidelines"), attached hereto as Exhibit "A" is a copy of the Certification of Charles D. Weiss (the "Weiss Certification") certifying compliance with the same.

44.     During the Ninth Interim Period, McKenna received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity in connection with the fees and expenses sought to be allowed pursuant to this Application.   There is no agreement or understanding between McKenna and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

45.     As set forth in the Weiss Certification, the fees charged by McKenna in these cases are billed in accordance with its existing billing rates and procedures in effect during the Ninth Interim Period.   The rates McKenna charges for the services rendered by its professionals and paraprofessionals in these cases are the same rates McKenna charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters.   Such fees are

reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national market.

46.    Pursuant to the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 adopted on January 30, 1996 (the "UST Guidelines"), attached hereto as Exhibit "B" is a breakdown of the hours, hourly rates and fees attributable to the various individuals at McKenna who rendered the services for which compensation is sought in the Ninth Interim Fee Application.

**Actual and Necessary Expenses**

47.    As set forth in Exhibit "D" attached hereto, McKenna has incurred $11,398.24 of expenses in providing professional services to the debtors during the Ninth Interim Period.

48.    McKenna charged $0.10 per page for photocopying.  McKenna utilizes an electronic device that electronically records the number of copies made.  Whenever feasible, McKenna sends large photocopying projects to an outside service that charges a reduced rate for photocopying.  McKenna does not charge for incoming facsimile transmissions and only charges the cost of the long distance telephone call, if applicable, for outgoing facsimile transmissions.

49.    McKenna's charges for photocopying and facsimile transmissions do not exceed the maximum rate set forth by the Amended Guidelines.  These charges are intended to cover McKenna's direct operating costs, including the use of machines, supplies and labor expenses, which costs are not incorporated in the McKenna hourly billing rates.

50.    McKenna has flat rate contracts with LEXIS and WESTLAW for computerized legal research.  The charges incurred each month are allocated to relevant clients.  The resulting rates are less than the standard rates charged by LEXIS and WESTLAW.

51.    McKenna believes the foregoing rates and expenses are the market rates generally employed by the majority of law firms when charging their clients for such services.

17

## **Notice**

52.     Notice of this Application will be served in accordance with the procedures set forth in the order entered on September 22, 2008 governing case management and administrative procedures for these cases [Docket No. 285] on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the attorneys for the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these Chapter 11 cases.   McKenna has served a copy of this Fee Application upon (i) the Fee Committee; (ii) the Debtor; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the U.S. Trustee for the Southern District of New York.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

18

## Conclusion

WHEREFORE, McKenna respectfully requests the entry of an order in the form attached hereto as Exhibit "F":

1.    allowing the compensation for professional services performed by McKenna during the Ninth Interim Period in the total amount of $106,759.50 and reimbursement of actual expenses McKenna incurred during the Ninth Interim Period in the amount of $11,398.24;

2.    authorizing the release of the twenty percent (20%) holdback withheld from the Monthly Statements in the amount of $21,351.90; and

3.    granting McKenna such other and further relief as this Court deems just and proper.

Respectfully submitted this 14th day of December, 2011.

MCKENNA LONG & ALDRIDGE LLP

By:    /s/ Christopher F. Graham
      Christopher F. Graham
      230 Park Avenue
      New York, New York  10169
      Telephone: (212) 922-1800
      Facsimile: (212) 922-1819
      Email:    cgraham@mckennalong.com

      - and -

      /s/ Charles D. Weiss
      Charles D. Weiss
      303 Peachtree Street, N.E., Suite 5300
      Atlanta, Georgia  30308
      Telephone:  (404) 527-4000
      Facsimile:  (404) 527-4198
      Email:    cweiss@mckennalong.com

      *Special Counsel for Debtors*
      *and Debtors in Possession*

# EXHIBIT A

# Weiss Certification

McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
New York, New York  10169
Telephone: (212) 922-1800
Facsimile:  (212) 922-1819
Christopher F. Graham

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
Charles D. Weiss

*Special Counsel for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                       :

**In re**                                  :       **Chapter 11 Case No.**
                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**
                                         :

                     **Debtors.**     :       **(Jointly Administered)**
                                         :
                                         :
-------------------------------------------------------------------x

**CERTIFICATION OF CHARLES D. WEISS IN SUPPORT OF NINTH
APPLICATION OF McKENNA LONG & ALDRIDGE LLP FOR ALLOWANCE
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    I, Charles D. Weiss, hereby certify that:

    1.     I am a partner in the firm of McKenna Long & Aldridge LLP ("McKenna" or the

"Applicant") and am responsible for ensuring compliance with the Amended Guidelines for Fees

and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases

adopted by the Court on April 19, 1995 (the "Amended Guidelines"), the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), the Order

Appointing Fee Committee and Approving Fee Application Protocol [Docket No. 3651] (the

"Fee Order") and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly

Compensation and Reimbursement of Expenses of Professionals (the "Fourth Amended Interim

Compensation Procedures Order", and collectively with the Amended Guidelines and UST

Guidelines, the "Guidelines").

2.       This certification is made in respect of the Ninth Application of McKenna Long

& Aldridge LLP for Allowance of Compensation and Reimbursement of Expenses (the "Ninth

Interim Fee Application" or this "Application").

3.       In accordance with the Guidelines, I certify that:

   a.       I have read the Application;

   b.       to the best of my knowledge, information and belief formed after
            reasonable inquiry, the fees and disbursements sought fall within the
            Guidelines;

   c.       the fees and disbursements sought are billed at rates in accordance with
            the practices customarily employed by McKenna and generally accepted
            by McKenna's clients;

   d.       in seeking reimbursement for the disbursements sought herein, McKenna
            has not made a profit on that service whether the disbursement was for
            services performed by McKenna in-house or through a third party;

   e.       McKenna has complied with the provisions requiring it to provide the
            Debtors, counsel to the Debtors, counsel to the Official Committee of
            Unsecured Creditors and the United States Trustee with, on a monthly
            basis, a statement of McKenna's fees and disbursements accrued during
            the previous month; and

   f.       McKenna has complied with the provisions requiring it to provide the
            Debtors, counsel to the Debtors, counsel to the Official Committee of
            Unsecured Creditors and the United States Trustee with a copy of the
            Ninth Interim Fee Application.

4.      With respect to the attorneys' fees and expenses agreed to be paid by the Debtors to the undersigned:

A.      The Debtors have agreed to seek approval for McKenna's customary fees calculated at the applicable billable rate multiplied by the number of hours expended for legal services rendered or to be rendered in contemplation of and in connection with the above-referenced bankruptcy case.

B.      The amount of fees requested from June 1, 2011 through September 30, 2011 is $106,759.50.

C.      The amount of expenses requested from June 1, 2011 through September 30, 2011 is $11,398.24.

5.      The undersigned has received no transfer, assignment or pledge of property.

6.      The undersigned has not shared or agreed to share with any other person any compensation paid or to be paid except pursuant to the Partnership Agreement of McKenna.


This 14th day of December, 2011.

                                    MCKENNA LONG & ALDRIDGE LLP

                        By:     /s/ Charles D. Weiss
                                Charles D. Weiss
                                303 Peachtree Street, N.E., Suite 5300
                                Atlanta, Georgia  30308
                                Telephone:  (404) 527-4000
                                Facsimile:  (404) 527-4198
                                Email:      cweiss@mckennalong.com

                                *Special Counsel for Debtors
                                and Debtors in Possession*

**EXHIBIT B**

**Fee Summary of Professionals and Paraprofessionals Providing Services**

## FEE SUMMARY ORGANIZED BY PROFESSIONALS AND PARAPROFESSIONALS

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate[1] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 24.40 | $19,154.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 5.90 | $3,245.00 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $525.00 | 1.50 | $787.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 41.30 | $19,617.50 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 9.50 | $4,227.50 |
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 2.10 | $913.50 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 13.40 | $5,695.00 |
| Rebecca Tingey | Associate, New York | 2007 | $410.00 | 6.50 | $2,665.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 100.30 | $37,612.50 |
| Ian Byrnside | Associate, Atlanta | 2008 | $315.00 | 37.30 | $11,749.50 |
| | | | **Professionals**: | **Blended Rate: $436.28** | **Total Hours: 242.20** | **Total Fees: $105,667.00** |

---

[1]   These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP.  All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Paraprofessional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $250.00 | 0.20 | $50.00 |
| Robert M. Gee | Paralegal, New York | N/A | $235.00 | 3.00 | $705.00 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $225.00 | 1.50 | $337.50 |
| Paraprofessionals: | | | Blended Rate: $232.45 | Total Hours: 4.70 | Total Fees: $1092.50 |
| | | | | | |
| Total for Professionals and Paraprofessionals: | | | | Total Hours: 246.90 | Total Fees: $106,759.50 |

## FEE SUMMARY ORGANIZED BY MATTER AND TASK CODE

**Kontrabecki in NY Bankruptcy Action (30837.0001) - Task Code 4000**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 2.10 | $913.50 |
| | | | **Total** | **2.10** | **$913.50** |

**Bankruptcy Employment Matter (30837.0002) - Task Code 4600**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 0.30 | $235.50 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $525.00 | 1.50 | $787.50 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 1.10 | $605.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 2.10 | 934.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 0.90 | $427.50 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 100.30 | $37,612.50 |
| | | | **Total** | **106.20** | **$40,602.50** |

**AZ 72 LLC (30837.0003) - Task Code 4000**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 24.10 | $18,918.50 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 1.40 | $770.00 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 40.40 | $19,190.00 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 13.40 | $5,695.00 |

**AZ 72 LLC (30837.0003) - Task Code 4000 [*continued from previous page*]**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Rebecca Tingey | Associate, New York | 2007 | $410.00 | 6.50 | $2,665.00 |
| Ian Byrnside | Associate, Atlanta | 2008 | $315.00 | 37.30 | $11,749.50 |
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $250.00 | 0.20 | $50.00 |
| Robert M. Gee | Paralegal, New York | N/A | $235.00 | 3.00 | $705.00 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $225.00 | 1.50 | $337.50 |
| | | | **Total** | **48.50** | **$15,507.00** |

**Walker Square/Riverbend Loan Restructuring (30837.0005) - Task Code 2300**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 6.20 | $2,759.00 |
| | | | **Total** | **6.20** | **$2,759.00** |

**Middle Mountain (04406.0222) - Task Code 2300**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 1.20 | $534.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 2.10 | $1,155.00 |
| | | | **Total** | **3.30** | **$1,689.00** |

| Middle Mountain 156 LLC (04406.0222) - Task Code 4600 | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 1.30 | $715.00 |
| | | | **Total** | **1.30** | **$715.00** |
| | | | | | |
| **Total for Professionals and Paraprofessionals:** | | | **Total Hours: 246.90** | **Total Fees: $106,759.50** | |

# EXHIBIT C

## Summary of Hours and Fees

| | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | June | 0.00 | $0.00 |
| 2 | 30837 | 0002 | June | 28.50 | $10,961.50 |
| 3 | 30837 | 0003 | June | 68.20 | $27,831.50 |
| 4 | 30837 | 0005 | June | 0.00 | $0.00 |
| 5 | 04406 | 0222 | June | 1.30 | $715.00 |
| | | | **Subtotal:** | **98.00** | **$39,508.00** |
| | | | | | |
| 1 | 30837 | 0001 | July | 0.00 | $0.00 |
| 2 | 30837 | 0002 | July | 8.60 | $3,361.50 |
| 3 | 30837 | 0003 | July | 40.40 | $19,897.00 |
| 4 | 30837 | 0005 | July | 0.00 | $0.00 |
| 5 | 04406 | 0222 | July | 1.90 | $950.50 |
| | | | **Subtotal:** | **50.90** | **$24,209.00** |
| | | | | | |
| 1 | 30837 | 0001 | August | 0.80 | $348.00 |
| 2 | 30837 | 0002 | August | 59.10 | $22,385.50 |
| 3 | 30837 | 0003 | August | 11.20 | $6,940.00 |
| 4 | 30837 | 0005 | August | 1.50 | $667.50 |
| 5 | 04406 | 0222 | August | 0.90 | $463.50 |
| | | | **Subtotal:** | **73.50** | **$30,804.50** |
| | | | | | |

|   | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | September | 1.30 | $565.50 |
| 2 | 30837 | 0002 | September | 10.00 | $3,894.00 |
| 3 | 30837 | 0003 | September | 8.00 | $5,412.00 |
| 4 | 30837 | 0005 | September | 4.70 | $2,091.50 |
| 5 | 04406 | 0222 | September | 0.50 | $275.00 |
| | | | **Subtotal:** | **24.50** | **$12,238.00** |
| | | | | | |
| | | | **TOTAL:** | **246.90** | **$106,759.50** |

# EXHIBIT D

## Summary of Expenses

| Month | Expense Category | Total |
|---|---|---|
| June | Computerized Legal Research (Lexis and Westlaw) | $291.00 |
| June | Courier and Express Mail | $227.30 |
| June | Filing/Court/Witness Fees | $0.00 |
| June | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| June | Photocopy and Reproduction Charges (In-House) (2,934 pages @ $0.10 per copy) | $294.30 |
| June | Postage | $0.00 |
| June | Travel (Airline and Train Travel) | $0.00 |
| June | Travel (Hotels) | $0.00 |
| June | Travel (Local Transportation) | $0.00 |
| June | Travel (Meals) | $0.00 |
| June | Travel (Parking) | $0.00 |
| | **Subtotal** | **$812.60** |
| | | |
| July | Computerized Legal Research (Lexis and Westlaw) | $898.78 |
| July | Courier and Express Mail | $0.00 |
| July | Filing/Court/Witness Fees | $0.00 |
| July | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| July | Photocopy and Reproduction Charges (In-House) (0 pages @ $0.10 per copy) | $0.00 |
| July | Postage | $0.00 |
| July | Travel (Airline and Train Travel) | $0.00 |

| Month | Expense Category | Total |
|---|---|---|
| July | Travel (Hotels) | $0.00 |
| July | Travel (Local Transportation) | $0.00 |
| July | Travel (Meals) | $0.00 |
| July | Travel (Parking) | $0.00 |
| | **Subtotal** | **$898.78** |
| | | |
| August | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| August | Courier and Express Mail | $507.41 |
| August | Filing/Court/Witness Fees | $0.00 |
| August | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $8,238.42 |
| August | Photocopy and Reproduction Charges (In-House) (1,465 pages @ $0.10 per copy) | $146.50 |
| August | Postage | $0.00 |
| August | Travel (Airline and Train Travel) | $0.00 |
| August | Travel (Hotels) | $0.00 |
| August | Travel (Local Transportation) | $0.00 |
| August | Travel (Meals) | $0.00 |
| August | Travel (Parking) | $0.00 |
| | **Subtotal** | **$8,892.33** |
| | | |
| September | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| September | Courier and Express Mail | $150.79 |

| Month | Expense Category | Total |
|---|---|---|
| September | Filing/Court/Witness Fees | $0.24 |
| September | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $612.00 |
| September | Photocopy and Reproduction Charges (In-House) (315 pages @ $0.10 per copy) | $31.50 |
| September | Postage | $0.00 |
| September | Travel (Airline and Train Travel) | $0.00 |
| September | Travel (Hotels) | $0.00 |
| September | Travel (Local Transportation) | $0.00 |
| September | Travel (Meals) | $0.00 |
| September | Travel (Parking) | $0.00 |
| | **Subtotal** | **$794.53** |
| | | |
| | **TOTAL:** | **$11,398.24** |

# EXHIBITS E1 - E4

## Invoices for June 1, 2011 through September 30, 2011

# EXHIBIT E-1

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for June 1, 2011 through June 30, 2011**

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 767226
Matter No.: 30837.0002               Invoice Date: July 31, 2011
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through June 30, 2011
    RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| G. Marsh | 1.50 | 525.00 | 787.50 |
| G. Walling | 0.70 | 445.00 | 311.50 |
| A. Elko | 26.30 | 375.00 | 9,862.50 |
| Total | 28.50 | | 10,961.50 |

TOTAL FEES:                                    $ 10,961.50

CHARGES:

    COPY CHARGES                      153.70
    DELIVERY SERVICE/MESSENGER        227.30

TOTAL CHARGES:                            $     381.00

T O T A L  T H I S  S T A T E M E N T:    $ 11,342.50

LEHMAN BROTHERS HOLDINGS INC.            July 31, 2011            PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 767226

DESCRIPTION OF SERVICES

06/01/11  A. Elko           9.90    CONFER AND CORRESPOND WITH M. KAUFMAN REGARDING
          Task:  4600                REVISED SUMMARY OF KONTRABECKI MATTER FOR
                                     SEVENTH INTERIM FEE APPLICATION (0.2); CONFER
                                     AND CORRESPOND WITH M. KAUFMAN REGARDING FEE
                                     COMMITTEE OBJECTION TO TIME ENTRIES FROM SIXTH
                                     INTERIM FEE APPLICATION (0.3); CORRESPOND WITH
                                     J. BLACKAMORE AND C. CHIN REGARDING SUPPORTING
                                     DOCUMENTATION FOR EXPENSES TO INCLUDE WITH FEE
                                     APPLICATION PURSUANT TO FEE PROTOCOL (0.5);
                                     CORRESPOND WITH G. WALLING REGARDING REVISED
                                     DESCRIPTION NEEDED FOR FEE APPLICATION (0.2);
                                     CORRESPOND WITH H. JANIS, L. STIPANCIC AND L.
                                     GREEN REGARDING SUMMARY OF HOURS AND FEES
                                     NEEDED FOR FEE APPLICATION (0.3); REVIEW AND
                                     REVISE SUMMARIES AND CALCULATIONS RELATED
                                     THERETO (1.5); CONTINUE TO DRAFT, REVIEW AND
                                     REVISE FEE APPLICATION (6.8); CORRESPOND WITH
                                     G. MARSH, P. MCGEEHAN, M. KAUFMAN, C. WEISS, C.
                                     GRAHAM, A. KAUFMAN AND G. WALLING WITH RESPECT
                                     THERETO (0.1).

06/02/11  G. Marsh          1.50    REVIEW LEHMAN MONTHLY STATEMENTS AND SEVENTH
          Task:  4600                FEE APPLICATION.

06/02/11  A. Elko          10.40    REVIEW AND REVISE SEVENTH INTERIM FEE
          Task:  4600                APPLICATION (7.8); CORRESPOND WITH C. ARTHUR
                                     AND M. SCHOENFELD, DEBTORS' COUNSEL, REGARDING
                                     FILING AND SERVICE OF APPLICATION (0.2); DRAFT
                                     SUMMARIES FOR NOVEMBER 2010, DECEMBER 2010 AND
                                     JANUARY 2011 MONTHLY STATEMENTS (0.6); DRAFT
                                     LETTER TO FEE COMMITTEE MEMBERS REGARDING
                                     APPLICATION AND MONTHLY STATEMENTS FOR NOVEMBER
                                     2010, DECEMBER 2010 AND JANUARY 2011 (0.8);
                                     CORRESPOND WITH K. STADLER, M. SANTA MARIA AND
                                     T. WHEELER, COUNSEL TO FEE COMMITTEE, REGARDING

LEHMAN BROTHERS HOLDINGS INC.          July 31, 2011          PAGE   3
MATTER NUMBER: 30837.0002
INVOICE NO.: 767226

|  |  |  |  |
|---|---|---|---|
|  |  |  | FEE APPLICATION (0.1); CORRESPOND WITH L. STIPANCIC AND L. GREEN REGARDING ELECTRONIC CONVERSION OF INVOICES TO SPREADSHEETS (0.2); WORK WITH M. KAUFMAN TO REVISE NARRATIVES TO ADDRESS FEE COMMITTEE OBJECTION TO SIXTH INTERIM FEE APPLICATION (0.3); CORRESPOND WITH M. SANTA MARIA AND T. WHEELER REGARDING REVISED NARRATIVES AND OFFER FOR CONSENSUAL RESOLUTION TO FEE COMMITTEE OBJECTION (0.1); RECEIVE VOICE MAIL MESSAGES FROM FEE COMMITTEE COUNSEL REGARDING RESOLUTION (0.1); CORRESPOND WITH G. MARSH, M. KAUFMAN, C. WEISS, P. MCGEEHAN, C. GRAHAM AND A. KAUFMAN WITH RESPECT TO FEE APPLICATION (0.2). |
| 06/03/11 | A. Elko Task:   4600 | 1.30 | REVIEW INVOICES ELECTRONICALLY CONVERTED FROM PDF TO SPREADSHEETS (0.5); CORRESPOND WITH FEE COMMITTEE, U.S. TRUSTEE AND LEHMAN REGARDING SPREADSHEETS (0.2); CONFER WITH M. SANTA MARIA AND T. WHEELER, COUNSEL TO THE FEE COMMITTEE, REGARDING CONSENSUAL RESOLUTION OF FEE COMMITTEE OBJECTION TO SIXTH INTERIM FEE APPLICATION (0.2); CORRESPOND WITH G. MARSH, P. MCGEEHAN, M. KAUFMAN, C. WEISS, C. GRAHAM AND A. KAUFMAN REGARDING RESOLUTION (0.3); CORRESPOND WITH G. MARSH REGARDING SEVENTH INTERIM FEE APPLICATION (0.1). |
| 06/07/11 | A. Elko Task:   4600 | 1.00 | REVIEW AND REVISE FEBRUARY AND MARCH 2011 PRO FORMAS TO COMPLY WITH FEE COMMITTEE GUIDELINES (0.6): CORRESPOND WITH C. CHIN WITH RESPECT THERETO (0.2); CORRESPOND WITH BROWN GREER REGARDING ELECTRONIC VERSION OF MONTHLY STATEMENTS AND SEVENTH INTERIM FEE APPLICATION (0.2). |
| 06/08/11 | A. Elko Task:   4600 | 2.40 | REVIEW AND EDIT APRIL 2011 PRO FORMAS TO COMPLY WITH FEE COMMITTEE PROTOCOL (1.0); CORRESPOND WITH C. CHIN REGARDING REVISIONS (0.2); CORRESPOND WITH J. BLACKAMORE REGARDING KONTRABECKI PRO FORMAS (0.2); DRAFT BUDGET FOR JULY 2011 (0.4); CORRESPOND WITH C. WEISS, A. KAUFMAN, G. WALLING, C. GRAHAM AND G. MARSH REGARDING BUDGETS FOR VARIOUS MATTERS (0.6). |

LEHMAN BROTHERS HOLDINGS INC.              July 31, 2011              PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 767226

| 06/08/11 | G. Walling | .20 | WORK WITH A. ELKO REGARDING MONTHLY BUDGET FOR RIVERBEND/WALKER SQUARE. |
| | Task:  4600 | | |
| 06/09/11 | A. Elko | .50 | REVIEW FEES FOR FEBRUARY, MARCH AND APRIL 2011 FOR JULY 2011 BUDGET (0.3); CORRESPOND WITH G. WALLING, A. KAUFMAN AND M. KAUFMAN REGARDING JULY 2011 BUDGETS (0.2). |
| | Task:  4600 | | |
| 06/15/11 | A. Elko | .80 | DRAFT JULY 2011 BUDGET (0.3); DRAFT SUMMARIES FOR MONTHLY STATEMENTS FOR FEBRUARY THROUGH APRIL 2011 (0.5). |
| | Task:  4600 | | |
| 06/15/11 | G. Walling | .50 | WORK WITH A. ELKO REGARDING MONTHLY BUDGET FOR LEHMAN/RIVERBEND-WALKER SQUARE POST- EQUITY TRANSFER MATTERS RELATED TO PERIODIC SALES OF REO CONDO UNITS (0.3); REVIEWED RECENT MONTHLY BUDGETS REGARDING SAME (0.2). |
| | Task:  4600 | | |

4600  Firm's Own Billing/Fee Applications

| | | | |
|---|---|---|---|
| A. Elko | 26.30 | 375.00 | $9,862.50 |
| G. Marsh | 1.50 | 525.00 | $787.50 |
| G. Walling | .70 | 445.00 | $311.50 |
| | | | |
| TOTAL 4600 | 28.50 | | $10,961.50 |

Billed Recap Of Cost Detail - Invoice: 767226 Date: 07/31/2011
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 06/02/2011 | 4981 | ALISON ELKO | 101S | 1385.00 | 0.15 | 207.75 | COPY CHARGES | 26989405 |
| 07/31/2011 | | Invoice=767226 | | 1385.00 | 0.10 | 138.50 | | |
| | | | | | | | | |
| 06/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 28.08 | 28.08 | DELIVERY SERVICE/MESSENGER | 27018937 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 28.08 | 28.08 | RCVD:UNITED STATES BANKRUPTCY COURT/VITO GENNA, | |
| | | | | | | | | |
| 06/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 25.83 | 25.83 | DELIVERY SERVICE/MESSENGER | 27018938 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 25.83 | 25.83 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| 06/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 25.83 | 25.83 | DELIVERY SERVICE/MESSENGER | 27018939 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 25.83 | 25.83 | RCVD:DENNIS F. DUNNE, DENNIS ODONNE/MILBANK, | |
| | | | | | | | | |
| 06/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 25.83 | 25.83 | DELIVERY SERVICE/MESSENGER | 27018940 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 25.83 | 25.83 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | | | | | | | |
| 06/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 25.83 | 25.83 | DELIVERY SERVICE/MESSENGER | 27018941 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 25.83 | 25.83 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 06/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 28.08 | 28.08 | DELIVERY SERVICE/MESSENGER | 27018942 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 28.08 | 28.08 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 06/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 29.00 | 29.00 | DELIVERY SERVICE/MESSENGER | 27018943 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 29.00 | 29.00 | RCVD:/RICHARD GITLIN, ESQ. | |
| | | | | | | | | |
| 06/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27018944 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 12.94 | 12.94 | RCVD:C/O GODFREY & KAHN, S.C./RICHARD GITLIN, | |
| | | | | | | | | |
| 06/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27018945 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 12.94 | 12.94 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 06/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27018946 |
| 07/31/2011 | | Invoice=767226 | | 1.00 | 12.94 | 12.94 | RCVD:OFFICE OF THE U.S. TRUSTEE/ELIZABETTA | |
| | | | | | | | | |
| 06/07/2011 | 4981 | ALISON ELKO | 101S | 84.00 | 0.15 | 12.60 | COPY CHARGES | 26995329 |
| 07/31/2011 | | Invoice=767226 | | 84.00 | 0.10 | 8.40 | | |
| | | | | | | | | |
| 06/08/2011 | 4981 | ALISON ELKO | 101S | 68.00 | 0.15 | 10.20 | COPY CHARGES | 26996378 |
| 07/31/2011 | | Invoice=767226 | | 68.00 | 0.10 | 6.80 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 457.85 | 13 records | |
| | | BILLED TOTALS: BILL: | | | | 381.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 457.85 | 13 records | |
| | | GRAND TOTAL: BILL: | | | | 381.00 | | |

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 767229
Matter No.: 30837.0003               Invoice Date: July 31, 2011
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2011
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C.F. Graham | 6.90 | 785.00 | 5,416.50 |
| A.F. Kaufman | 15.90 | 475.00 | 7,552.50 |
| J. Kuhn | 6.80 | 425.00 | 2,890.00 |
| R. Tingey | 0.70 | 410.00 | 287.00 |
| I. Byrnside | 34.70 | 315.00 | 10,930.50 |
| H.T. Moore | 0.20 | 250.00 | 50.00 |
| R.M. Gee | 3.00 | 235.00 | 705.00 |
| Total | 68.20 | | 27,831.50 |

TOTAL FEES:                                    $ 27,831.50

CHARGES:

        COPY CHARGES                140.60
        WESTLAW RESEARCH            291.00

TOTAL CHARGES:                           $      431.60

T O T A L   T H I S   S T A T E M E N T:        $ 28,263.10

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011                PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 767229


DESCRIPTION OF SERVICES

| 06/01/11 | A.F. Kaufman<br>Task:  4000 | 1.40 | ANALYZE CUSHMAN AND WAKEFIELD DOCUMENTS FOR PURPOSES OF POSSIBLE PRODUCTION. |
|---|---|---|---|
| 06/02/11 | A.F. Kaufman<br>Task:  4000 | .20 | TELEPHONE CALL WITH J. CHORMANSKI REGARDING EXECUTIVE COMMITTEE ISSUE AND CASE STATUS. |
| 06/03/11 | C.F. Graham<br>Task:  4000 | .50 | E-MAILS WITH W. ANTONIEWICZ REGARDING DEPOSITION ISSUES (0.2);  READ PROPOSED CHANGES TO INTERROGATORY ANSWERS FROM PLAINTIFF'S SIDE (0.3). |
| 06/08/11 | C.F. Graham<br>Task:  4000 | .50 | READ E-MAILS FROM A. KAUFMAN TO CLIENTS REGARDING DECISION MAKERS (0.3); READ E-MAILS FROM J. CHORMANSKI REGARDING DECISION MAKERS IN CASE (0.2). |
| 06/08/11 | I. Byrnside<br>Task:  4000 | .20 | TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING RESEARCH RELATED TO EXPERT DISCLOSURES AND REVIEW OF POTENTIALLY PRIVILEGED DOCUMENTS. |
| 06/08/11 | A.F. Kaufman<br>Task:  4000 | 1.50 | ANALYZE CUSHMAN & WAKEFIELD DOCUMENTS (1.3); DRAFT AND SEND E-MAIL TO J. CHORMANSKI AND J. NASTASI REGARDING DESIGNATION OF WITNESSES (0.2). |
| 06/09/11 | A.F. Kaufman<br>Task:  4000 | 2.90 | ANALYZE CUSHMAN & WAKEFIELD APPRAISAL (2.3); TELEPHONE CALLS WITH I. BYRNSIDE REGARDING EXPERT WITNESS DISCLOSURES (0.6). |
| 06/09/11 | I. Byrnside<br>Task:  4000 | 2.50 | REVIEW AND ANALYZE CUSHMAN & WAKEFIELD DOCUMENTS FOR POTENTIAL PRIVILEGE AND PRODUCTION (0.6); TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING SAME AND PRODUCTION OF APPRAISAL (0.4); RESEARCH REGARDING EXPERT DISCLOSURES REQUIRED UNDER RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE, REQUIRED PRODUCTION OF RELATED COMMUNICATIONS AND PROTECTION FOR SAME (1.5). |

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011              PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 767229

| 06/09/11 | R.M. Gee<br>Task:  4000 | 1.40 | ASSIST A. KAUFMAN WITH CONDUCTING VARIOUS SEARCHES FOR DOCUMENTS IN CONNECTION WITH TERMINATION OF JDA. |
|---|---|---|---|
| 06/10/11 | I. Byrnside<br>Task:  4000 | 4.90 | CONTINUE RESEARCH REGARDING EXPERT DISCLOSURES REQUIRED UNDER RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR RETAINED AND NON-RETAINED EXPERTS (1.7); RESEARCH REGARDING REQUIRED PRODUCTION OF RELATED COMMUNICATIONS AND POTENTIAL PROTECTION FOR SAME (1.6); RESEARCH REGARDING OBLIGATIONS FOR RETAINED EXPERTS VERSUS NON-RETAINED EXPERTS (1.6). |
| 06/10/11 | R.M. Gee<br>Task:  4000 | .50 | REVIEW CUSHMAN & WAKEFIELD DOCUMENTATION AND ATTEND TO PRODUCTION OF DOCUMENTS MARKED BY A. KAUFMAN FOR FURTHER REVIEW (0.4); CONFER WITH VENDOR REGARDING PRODUCTION OF SAME (0.1). |
| 06/13/11 | H.T. Moore<br>Task:  4000 | .20 | EXTRACT, MANIPULATE AND PROCESS CLIENT DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 06/13/11 | R.M. Gee<br>Task:  4000 | .90 | REVIEW CUSHMAN AND WAKEFIELD DOCUMENTS AND ATTEND TO TIFF CONVERSION FORMATTING. |
| 06/13/11 | I. Byrnside<br>Task:  4000 | 1.80 | CONTINUE RESEARCH REGARDING REQUIRED PRODUCTION OF COMMUNICATIONS TO AND FROM RETAINED AND NON-RETAINED EXPERTS AND POTENTIAL PROTECTION FOR SAME (1.0); CONTINUE RESEARCH REGARDING OBLIGATIONS FOR RETAINED EXPERTS VERSUS NON-RETAINED EXPERTS (0.8). |
| 06/13/11 | C.F. Graham<br>Task:  4000 | .30 | READ E-MAILS FROM CLIENT REGARDING POTENTIAL IN-HOUSE WITNESSES. |
| 06/14/11 | I. Byrnside<br>Task:  4000 | 4.00 | TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING RESEARCH ON EXPERT WITNESS DISCLOSURES AND PROTECTION AND STRATEGY FOR MAKING EXPERT DISCLOSURES (0.2); TELEPHONE CONFERENCE WITH J. KUHN REGARDING SAME AND CASE STRATEGY (0.3); BEGIN RESEARCH REGARDING EFFECT OF IMPROPERLY REJECTED TENDER, EFFECT OF FAILURE TO OBJECT TO DEFICIENT TENDER AND WHETHER REJECTING A VALID TENDER RESULTS IN WAIVER OF ANY RIGHTS OR REMEDIES (3.5). |

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011                PAGE   4
MATTER NUMBER: 30837.0003
INVOICE NO.: 767229

06/14/11   A.F. Kaufman          .40   TELEPHONE CALLS TO CUSHMAN & WAKEFIELD
           Task:   4000                 REGARDING DOCUMENT AND PRODUCTION AND APPRAISAL
                                        EXPERT (0.1); TELEPHONE CALL WITH I. BYRNSIDE
                                        REGARDING RESEARCHING ON EXPERT DISCLOSURES
                                        (0.3).

06/15/11   A.F. Kaufman          .70   TELEPHONE CALL WITH CUSHMAN & WAKEFIELD
           Task:   4000                 REGARDING DOCUMENT PRODUCTION AND APPRAISAL
                                        EXPERT (0.4); REVIEW LETTER FROM OPPOSING
                                        COUNSEL REGARDING AMENDED ANSWER (0.3).

06/15/11   R. Tingey             .30   REVIEW LETTER FROM DEFENSE COUNSEL REGARDING
           Task:   4000                 AMENDED ANSWER AND OUTSTANDING DISCOVERY
                                        ISSUES.

06/15/11   C.F. Graham           .70   CONFER WITH A. KAUFMAN REGARDING DEFENSE
           Task:   4000                 ASSERTIONS OF PRIVILEGE ON AMENDED ANSWERS
                                        (0.3); READ E. SHERMAN LETTER REGARDING AMENDED
                                        ANSWERS (0.2); REVIEW E-MAILS FROM CLIENTS
                                        REGARDING DEPOSITIONS OF C. WARREN AND C.
                                        DEMARTINI (0.2).

06/15/11   I. Byrnside          6.10   CONTINUE RESEARCH REGARDING REQUIREMENTS FOR
           Task:   4000                 VALID TENDER, EFFECT OF IMPROPERLY REJECTING
                                        TENDER, EFFECT OF FAILURE TO OBJECT TO
                                        DEFICIENT TENDER AND WHETHER REJECTING A
                                        VALID TENDER RESULTS IN WAIVER OF ANY RIGHTS
                                        OR REMEDIES.

06/16/11   I. Byrnside          2.60   CONTINUE RESEARCH REGARDING REQUIREMENTS FOR
           Task:   4000                 VALID TENDER, EFFECT OF IMPROPERLY REJECTING
                                        TENDER, EFFECT OF FAILURE TO OBJECT TO
                                        DEFICIENT TENDER AND WHETHER REJECTING A
                                        VALID TENDER RESULTS IN WAIVER OF ANY RIGHTS
                                        OR REMEDIES.

06/16/11   C.F. Graham           .90   SETTLEMENT CONFERENCE CALL WITH R. KAUFMAN AND
           Task:   4000                 E. SHERMAN (0.5); UPDATE A. KAUFMAN ON
                                        SETTLEMENT OFFER DISCUSSION (0.2); REVIEW AND
                                        REVISE E-MAIL TO J. CHORMANSKI REGARDING STATUS
                                        OF CASE (0.2).

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011            PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 767229


06/16/11   A.F. Kaufman          4.10   ANALYZE AND DRAFT RESPONSE TO LETTER REGARDING
           Task:   4000                 AMENDED ANSWER FROM OPPOSING COUNSEL (2.9);
                                        EXCHANGE E-MAILS WITH J. CHORMANSKI REGARDING
                                        DEPOSITION SCHEDULING AND SETTLEMENT (0.3);
                                        EXCHANGE E-MAILS WITH W. ANTONIEWICZ REGARDING
                                        DEPOSITION SCHEDULING (0.1); DRAFT AND SEND
                                        E-MAIL TO E. SHERMAN REGARDING DEPOSITION
                                        SCHEDULING (0.8).

06/17/11   C.F. Graham            .50   REVIEW NOTICES OF DEPOSITION AND SUBPOENAS
           Task:   4000                 SERVED BY DEFENDANTS.

06/17/11   I. Byrnside           .70    CONTINUE RESEARCH REGARDING EFFECT OF REJECTING
           Task:   4000                 A VALID TENDER OFFER (0.3); TELEPHONE
                                        CONFERENCE WITH A. KAUFMAN REGARDING RESEARCH
                                        ON TENDER AND CASE STRATEGY (0.4).

06/21/11   I. Byrnside          2.30    RESEARCH REGARDING REQUIREMENTS FOR VALID
           Task:   4000                 TENDER WITH RESPECT TO NON-RECOURSE DEBT AND/OR
                                        REAL PROPERTY (0.8); RESEARCH REGARDING THE
                                        EFFECT OF REJECTING TENDER IN THE NON-RECOURSE
                                        LOAN AND REAL-PROPERTY CONTEXTS AND WHETHER
                                        REJECTING A VALID TENDER RESULTS IN WAIVER OF
                                        ANY RIGHTS OR REMEDIES IN SUCH CIRCUMSTANCES
                                        (1.5).

06/22/11   I. Byrnside           .40    CONTINUE RESEARCH REGARDING REQUIREMENTS FOR
           Task:   4000                 VALID TENDER WITH RESPECT TO NON-RECOURSE DEBT
                                        AND/OR REAL PROPERTY (0.2); CONTINUE RESEARCH
                                        REGARDING THE EFFECT OF REJECTING TENDER IN THE
                                        NON-RECOURSE LOAN AND REAL-PROPERTY CONTEXTS
                                        AND WHETHER REJECTING A VALID TENDER RESULTS IN
                                        WAIVER OF ANY RIGHTS OR REMEDIES IN SUCH
                                        CIRCUMSTANCES (0.2).

06/22/11   A.F. Kaufman          .70    REVIEW PROPOSED CONFIDENTIALITY STIPULATION
           Task:   4000                 SENT BY OPPOSING COUNSEL (0.2); EXCHANGE
                                        E-MAILS WITH J. CHORMANSKI WITH RESPECT THERETO
                                        (0.3); TELEPHONE CALL WITH S. GRAGG REGARDING
                                        DOCUMENT PRODUCTION (0.2).

06/22/11   C.F. Graham           .30    CONFER WITH A. KAUFMAN REGARDING SETTLEMENT
           Task:   4000                 PROPOSAL.

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011              PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 767229


06/23/11   A.F. Kaufman            .30   REVISE PROPOSED CONFIDENTIALITY STIPULATION
           Task:  4000                   SENT BY OPPOSING COUNSEL.

06/23/11   I. Byrnside            2.60   CONTINUE RESEARCH REGARDING REQUIREMENTS FOR
           Task:  4000                   VALID TENDER WITH RESPECT TO NON-RECOURSE DEBT
                                         AND/OR REAL PROPERTY (1.0); CONTINUE RESEARCH
                                         REGARDING THE EFFECT OF REJECTING TENDER IN THE
                                         NON-RECOURSE LOAN AND REAL-PROPERTY CONTEXTS
                                         AND WHETHER REJECTING A VALID TENDER RESULTS IN
                                         WAIVER OF ANY RIGHTS OR REMEDIES IN SUCH
                                         CIRCUMSTANCES (1.6).

06/24/11   A.F. Kaufman          2.20   REVIEW AND REVISE LETTER TO OPPOSING COUNSEL
           Task:  4000                   REGARDING SUPPLEMENTAL INTERROGATORY ANSWERS
                                         (0.8); ANALYZE AND REVISE PROPOSED
                                         CONFIDENTIALITY STIPULATION SENT BY OPPOSING
                                         COUNSEL (0.4); DRAFT AND SEND E-MAIL TO
                                         OPPOSING COUNSEL REGARDING DEPOSITION
                                         SCHEDULING (0.6); TELEPHONE CALL WITH J. KUHN
                                         REGARDING POSSIBLE PRODUCTION OF CUSHMAN &
                                         WAKEFIELD DOCUMENTS (0.4).

06/24/11   C.F. Graham           1.40   REVIEW AND REVISE STIPULATION ON SETTLEMENT
           Task:  4000                   TALKS (0.5); READ E-MAIL FROM E. SHERMAN
                                         REGARDING SETTLEMENT (0.1); REVISE LETTER TO E.
                                         SHERMAN ON AMENDED ANSWER (0.4); CONFER WITH A.
                                         KAUFMAN REGARDING INTEROGGATORY ANSWERS (0.2);
                                         READ E-MAILS FROM J. CHORMANSKI REGARDING
                                         LEHMAN INDIVIDUALS WITH KNOWLEDGE (0.1); CHECK
                                         TRANSCRIPT FOR JUDGE ELLIS COMMENTS (0.1).

06/24/11   J. Kuhn                .80   CONFER WITH A. KAUFMAN REGARDING REVIEW OF
           Task:  4000                   CLIENT DOCUMENTS THAT INVOLVE APPRAISER S.
                                         GRAGG AND CUSHMAN WAKEFIELD AS WELL AS
                                         APPLICATION OF FEDERAL RULES REGARDING
                                         PRODUCTION OF DOCUMENTS SENT OR RECEIVED FROM
                                         RETAINED EXPERT (0.4); REVIEW OF LEGAL RESEARCH
                                         FROM I. BYRNSIDE REGARDING PRODUCTION OF
                                         DOCUMENTS SENT OR RECEIVED FROM RETAINED EXPERT
                                         (0.4).

LEHMAN BROTHERS HOLDINGS INC.          July 31, 2011              PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 767229

| 06/27/11 | I. Byrnside<br>Task:   4000 | 4.10 | CONTINUE RESEARCH REGARDING THE EFFECT OF REJECTING TENDER IN THE NON-RECOURSE LOAN AND REAL-PROPERTY CONTEXTS AND WHETHER REJECTING A VALID TENDER RESULTS IN WAIVER OF ANY RIGHTS OR REMEDIES IN SUCH CIRCUMSTANCES (1.9); DRAFT MEMORANDUM TO A. KAUFMAN REGARDING SAME (1.7); CONFERENCE WITH J. KUHN REGARDING PROTECTION FOR CUSHMAN AND WAKEFIELD DOCUMENTS AND PRODUCTION OF SAME (0.5). |
| 06/27/11 | R. Tingey<br>Task:   4000 | .40 | REVIEW LETTER TO DEFENSE COUNSEL REGARDING OUTSTANDING DISCOVERY ISSUES (0.2); REVIEW PROTECTIVE ORDER REGARDING SETTLEMENT DISCUSSIONS (0.2). |
| 06/27/11 | J. Kuhn<br>Task:   4000 | 4.50 | REVIEW CLIENT DOCUMENTS THAT MENTION CUSHMAN WAKEFIELD AND APPRAISER S. GRAGG IN ORDER TO DETERMINE WHETHER THE DOCUMENTS NEED TO BE REDACTED AND PRODUCED ONCE MR. GRAGG IS DISCLOSED AS A RETAINED EXPERT (4.2); CONFER WITH I. BYRNSIDE REGARDING SAME (0.3). |
| 06/28/11 | R.M. Gee<br>Task:   4000 | .20 | EMAIL AND CONFER WITH J. REED REGARDING PRODUCTION OF CUSHMAN AND WAKEFIELD DOCUMENTS (0.1); CONFER WITH A. KAUFMAN REGARDING SAME (0.1). |
| 06/28/11 | J. Kuhn<br>Task:   4000 | 1.50 | CONTINUE ANALYSIS OF CLIENT DOCUMENTS REGARDING APPRAISER S. GRAGG AND CUSHMAN WAKEFIELD TO DETERMINE WHETHER DOCUMENTS NEED TO BE PRODUCED PURSUANT TO THE FEDERAL RULES (1.2); DRAFT E-MAIL CORRESPONDENCE TO A. KAUFMAN SETTING FORTH ISSUES REGARDING DOCUMENTS (0.3). |
| 06/28/11 | I. Byrnside<br>Task:   4000 | 1.10 | CONTINUE RESEARCH REGARDING THE EFFECT OF REJECTING TENDER IN THE NON-RECOURSE LOAN AND REAL-PROPERTY CONTEXTS AND WHETHER REJECTING A VALID TENDER RESULTS IN WAIVER OF ANY RIGHTS OR REMEDIES IN SUCH CIRCUMSTANCES (0.7); CONTINUE DRAFTING MEMORANDUM TO A. KAUFMAN REGARDING SAME (0.4). |

LEHMAN BROTHERS HOLDINGS INC.            July 31, 2011            PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 767229

06/29/11   I. Byrnside          1.40   COMPLETE RESEARCH REGARDING THE EFFECT OF
           Task:   4000                 REJECTING TENDER IN THE NON-RECOURSE LOAN AND
                                        REAL-PROPERTY CONTEXTS AND WHETHER REJECTING A
                                        VALID TENDER RESULTS IN WAIVER OF ANY RIGHTS OR
                                        REMEDIES IN SUCH CIRCUMSTANCES (0.6); COMPLETE
                                        MEMORANDUM TO A. KAUFMAN REGARDING SAME (0.8).

06/29/11   C.F. Graham           .50   READ AND REPLY TO E-MAILS WITH E. SHERMAN
           Task:   4000                 REGARDING SETTLEMENT (0.3); READ J. CHORMANSKI
                                        E-MAIL REGARDING SETTLEMENT STIPULATION (0.2).

06/29/11   A.F. Kaufman          .20   EXCHANGE E-MAILS WITH J. CHORMANSKI REGARDING
           Task:   4000                 CONFIDENTIALITY PROVISION (0.1); REVIEW
                                        REVISIONS FROM OPPOSING COUNSEL (0.1).

06/30/11   A.F. Kaufman         1.30   TELEPHONE CALL WITH OPPOSING COUNSEL REGARDING
           Task:   4000                 CONFIDENTIALITY PROVISION (0.8); REVISE AND
                                        CIRCULATE COMMENTS TO SAME (0.5).

06/30/11   C.F. Graham         1.30   SETTLEMENT CALL WITH E. SHERMAN AND R. KAUFMAN
           Task:   4000                 (0.6); REVIEW E. SHERMAN LETTER ON DEPOSITION
                                        LOGISTICS (0.4); CONFER WITH A. KAUFMAN
                                        REGARDING STRATEGY (0.3).

4000  Non-Bankruptcy Litigation
      A.F. Kaufman          15.90    475.00    $7,552.50
      C.F. Graham            6.90    785.00    $5,416.50
      H.T. Moore              .20    250.00       $50.00
      I. Byrnside           34.70    315.00   $10,930.50
      J. Kuhn                6.80    425.00    $2,890.00
      R. Tingey              .70    410.00      $287.00
      R.M. Gee              3.00    235.00      $705.00

         TOTAL 4000         68.20             $27,831.50

Billed Recap Of Cost Detail   Invoice: 767229 Date: 07/31/2011
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/01/2011 | 5084 | ALAN F. KAUFMAN | 101S | 125.00 | 0.15 | 18.75 | COPY CHARGES | 26986011 |
| 07/31/2011 | | Invoice=767229 | | 125.00 | 0.10 | 12.50 | | |
| | | | | | | | | |
| 06/02/2011 | 4769 | ROBERT M. GEE | 101S | 1.00 | 0.15 | 0.15 | COPY CHARGES | 26989406 |
| 07/31/2011 | | Invoice=767229 | | 1.00 | 0.10 | 0.10 | | |
| | | | | | | | | |
| 06/08/2011 | 5084 | ALAN F. KAUFMAN | 101S | 313.00 | 0.15 | 46.95 | COPY CHARGES | 26996379 |
| 07/31/2011 | | Invoice=767229 | | 313.00 | 0.10 | 31.30 | | |
| | | | | | | | | |
| 06/10/2011 | 4688 | IAN BYRNSIDE | 406S | 1.00 | 79.00 | 79.00 | WESTLAW RESEARCH | 27004996 |
| 07/31/2011 | | Invoice=767229 | | 1.00 | 79.00 | 79.00 | | |
| | | | | | | | | |
| 06/15/2011 | 4688 | IAN BYRNSIDE | 406S | 1.00 | 133.00 | 133.00 | WESTLAW RESEARCH | 27016882 |
| 07/31/2011 | | Invoice=767229 | | 1.00 | 133.00 | 133.00 | | |
| | | | | | | | | |
| 06/16/2011 | 4688 | IAN BYRNSIDE | 406S | 1.00 | 79.00 | 79.00 | WESTLAW RESEARCH | 27016884 |
| 07/31/2011 | | Invoice=767229 | | 1.00 | 79.00 | 79.00 | | |
| | | | | | | | | |
| 06/23/2011 | 4769 | ROBERT M. GEE | 101S | 967.00 | 0.15 | 145.05 | COPY CHARGES | 27017981 |
| 07/31/2011 | | Invoice=767229 | | 967.00 | 0.10 | 96.70 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 501.90 | 7 records | |
| | | BILLED TOTALS:    BILL: | | | | 431.60 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 501.90 | 7 records | |
| | | GRAND TOTAL:    BILL: | | | | 431.60 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

---

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                Invoice No. 767232
Matter No.: 04406.0222           Invoice Date: July 31, 2011
========================================================

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2011
RE: MIDDLE MOUNTAIN 156 LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C. Weiss | 1.30 | 550.00 | 715.00 |
| Total | 1.30 | | 715.00 |

TOTAL FEES:                                    $    715.00

T O T A L   T H I S   S T A T E M E N T:       $    715.00

LEHMAN BROTHERS HOLDINGS INC.            July 31, 2011            PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 767232

## DESCRIPTION OF SERVICES

06/06/11   C. Weiss              .30    REVIEW EMAIL MEMO FROM S. BROWN CONCERNING
           Task:  4000                  POSSIBLE LEHMAN CLAIMS AGAINST SCHAUB ESTATE
                                        (0.2); EMAIL TO G. MARSH REGARDING ISSUES
                                        RAISED IN S. BROWN EMAIL AS TO POSSIBLE LEHMAN
                                        CLAIMS AGAINST SCHAUB ESTATE (0.1).

06/09/11   C. Weiss             1.00    REVIEW MEMO FROM J. MCVEY REGARDING FBI
           Task:  4000                  INVESTIGATION OF N. BONANNO (0.3); REVIEW FILE
                                        REGARDING BONANNO JUDGMENT AND MEMO ON
                                        RECOMMENDED ACTIONS FOR ENFORCEMENT (0.5);
                                        EMAIL TO LEHMAN AND TRIMONT REGARDING BONANNO
                                        JUDGMENT ENFORCEMENT AND FBI INVESTIGATION
                                        (0.2).

4000   Non-Bankruptcy Litigation
       C. Weiss                        1.30    550.00    $715.00

          TOTAL 4000                   1.30             $715.00

**EXHIBIT E-2**

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for July 1, 2011 through July 31, 2011**

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                     Invoice No. 771324
Matter No.: 30837.0002                Invoice Date: August 26, 2011
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2011
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Weiss | 0.70 | 550.00 | 385.00 |
| G. Walling | 0.20 | 445.00 | 89.00 |
| A. Elko | 7.70 | 375.00 | 2,887.50 |
| Total | 8.60 | | 3,361.50 |

TOTAL FEES:                                      $ 3,361.50

T O T A L   T H I S   S T A T E M E N T :        $ 3,361.50

LEHMAN BROTHERS HOLDINGS INC.                August 26, 2011              PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 771324

DESCRIPTION OF SERVICES

07/12/11  A. Elko              .20    REVIEW DRAFT OF STIPULATION RESOLVING FEE
          Task:  4600                 COMMITTEE OBJECTION TO SIXTH INTERIM FEE
                                      APPLICATION (0.1); CORRESPOND WITH B. FROLICH
                                      AND L. STIPANCIC REGARDING PAYMENT OF MONTHLY
                                      STATEMENTS (0.1).

07/13/11  G. Walling           .20    WORK WITH A. ELKO REGARDING MONTHLY ESTIMATED
          Task:  4600                 FEE BUDGET FOR RIVERBEND/WALKER SQUARE
                                      POST-EQUITY TRANSFER REO DISPOSITION RELATED
                                      MATTERS.

07/13/11  A. Elko             1.30    REVIEW AND REVISE STIPULATION RESOLVING FEE
          Task:  4600                 COMMITTEE OBJECTION TO SIXTH INTERIM FEE
                                      APPLICATION (0.1); CORRESPOND WITH G. MARSH
                                      WITH RESPECT THERETO (0.1); CORRESPOND WITH
                                      COUNSEL FOR FEE COMMITTEE WITH RESPECT THERETO
                                      (0.1); CORRESPOND WITH B. FROHLICH AND L.
                                      STIPANCIC WITH RESPECT TO PAYMENT OF NOVEMBER
                                      AND DECEMBER 2010 AND JANUARY 2011 MONTHLY
                                      STATEMENTS (0.1); CORRESPOND WITH M. WARDEH,
                                      LEHMAN, WITH RESPECT TO ISSUE REGARDING PAYMENT
                                      OF NOVEMBER AND DECEMBER 2010 AND JANUARY 2011
                                      MONTHLY STATEMENTS (0.1); CORRESPOND AND CONFER
                                      WITH C. WEISS WITH RESPECT THERETO (0.1);
                                      CORRESPOND WITH A. KAUFMAN AND G. WALLING WITH
                                      RESPECT TO MONTHLY BUDGETS (0.2); DRAFT MONTHLY
                                      BUDGET FOR AUGUST 2011 (0.4); CORRESPOND WITH
                                      M. KAUFMAN WITH RESPECT TO DRAFT OF MONTHLY
                                      BUDGET FOR KONTRABECKI (0.1).

07/14/11  A. Elko              .20    CORRESPOND WITH M. WARDEH, LEHMAN, AND T.
          Task:  4600                 MEIGHAN, ALVAREZ AND MARSAL, REGARDING RECEIPT
                                      OF AND DELAY IN PAYMENT OF MONTHLY STATEMENTS
                                      FOR NOVEMBER AND DECEMBER 2010 AND JANUARY
                                      2011.

LEHMAN BROTHERS HOLDINGS INC.          August 26, 2011          PAGE   3
MATTER NUMBER: 30837.0002
INVOICE NO.: 771324

| 07/15/11 | A. Elko<br>Task:  4600 | .10 | CONFER AND CORRESPOND WITH G. MARSH REGARDING REVISIONS TO STIPULATION RESOLVING FEE COMMITTEE'S OBJECTION TO SIXTH INTERIM FEE APPLICATION. |
|---|---|---|---|
| 07/18/11 | A. Elko<br>Task:  4600 | .10 | CORRESPOND WITH C. GRAHAM AND A. KAUFMAN REGARDING AUGUST 2011 BUDGET. |
| 07/20/11 | A. Elko<br>Task:  4600 | .10 | CORRESPOND WITH COUNSEL FOR THE FEE COMMITTEE REGARDING REVISIONS TO STIPULATION TO RESOLVE OBJECTION TO SIXTH INTERIM FEE APPLICATION. |
| 07/22/11 | A. Elko<br>Task:  4600 | .90 | REVIEW REVISED STIPULATION RESOLVING OBJECTION TO SIXTH INTERIM FEE APPLICATION (0.1); CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.1); CORRESPOND WITH P. WHEELER, COUNSEL FOR FEE COMMITTEE WITH RESPECT THERETO (0.1); REVIEW CORRESPONDENCE FROM J. HALPERIN, LEHMAN, REGARDING MONTHLY STATEMENTS FOR NOVEMBER AND DECEMBER 2010 AND JANUARY 2011 (0.1); CONFER WITH C. WEISS WITH RESPECT TO SUPPLEMENTAL DECLARATION REGARDING POSSIBLE ADDITIONAL DISCLOSURE (0.1); CORRESPOND WITH C. WEISS WITH RESPECT THERETO (0.1); REVIEW AND REVISE AUGUST 2011 BUDGET (0.2); SUBMIT AUGUST 2011 BUDGET TO P. WHEELER, COUNSEL FOR FEE COMMITTEE (0.1). |
| 07/25/11 | C. Weiss<br>Task:  4600 | .40 | REVIEW PRIOR SUPPLEMENTAL DISCLOSURE AFFIDAVITS TO EMPLOYMENT APPLICATION IN CONNECTION WITH NEW REQUIRED DISCLOSURE (0.2); WORK ON SUPPLEMENTAL DISCLOSURE AFFIDAVIT REGARDING ERP MINNESOTA AND LIBERTY SQUARE MATTERS (0.2). |
| 07/25/11 | A. Elko<br>Task:  4600 | .30 | REVIEW NOVEMBER 2010 MONTHLY STATEMENT (0.1); DRAFT RESPONSE TO J. HALPERIN REGARDING MONTHLY STATEMENTS FOR NOVEMBER AND DECEMBER 2010 AND JANUARY 2011 (0.1); REVIEW REVISED STIPULATION RESOLVING OBJECTION TO SIXTH INTERIM FEE APPLICATION AND CORRESPONDENCE FROM FEE COMMITTEE COUNSEL WITH RESPECT THERETO (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                August 26, 2011           PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 771324

07/27/11   A. Elko              .60   CORRESPOND WITH M. SANTA MARIA, COUNSEL FOR FEE
           Task:  4600                COMMITTEE, REGARDING STIPULATION RESOLVING
                                      OBJECTION TO SIXTH INTERIM FEE APPLICATION
                                      (0.2); CORRESPOND WITH M. SANTA MARIA REGARDING
                                      OBJECTION TO FIFTH INTERIM FEE APPLICATION
                                      (0.1); REVIEW CORRESPONDENCE FROM J. HALPERIN,
                                      LEHMAN, REGARDING NOVEMBER 2010 MONTHLY
                                      STATEMENT FOR BANKRUPTCY EMPLOYMENT MATTERS
                                      (0.1); DRAFT RESPONSE TO J. HALPERIN MESSAGE
                                      REGARDING BANKRUPTCY EMPLOYMENT MATTERS (0.2).

07/28/11   C. Weiss             .30   REVIEW STIPULATION RESOLVING OBJECTION TO
           Task:  4600                FIFTH FEE APPLICATION (0.2); EMAILS WITH A.
                                      ELKO REGARDING STIPULATION RESOLVING
                                      OBJECTION TO FIFTH FEE APPLICATION (0.1).

07/28/11   A. Elko             3.90   CORRESPOND WITH C. WEISS, C. GRAHAM AND G.
           Task:  4600                MARSH REGARDING EXECUTION OF STIPULATION
                                      RESOLVING FEE COMMITTEE OBJECTION TO SIXTH
                                      INTERIM FEE APPLICATION (0.1); REVIEW SIGNED
                                      COPIES OF STIPULATION AND CORRESPONDENCE
                                      RELATED THERETO (0.1); CORRESPOND WITH M.
                                      SANTA MARIA, COUNSEL TO FEE COMMITTEE WITH
                                      RESPECT TO SUBMISSION OF COPIES OF
                                      STIPULATION WITH ELECTRONIC AND ORIGINAL
                                      SIGNATURES (0.1); REVIEW AND EDIT MAY AND
                                      JUNE PRO FORMAS TO COMPORT WITH FEE COMMITTEE
                                      PROTOCOL (3.5); CORRESPOND WITH C. CHIN WITH
                                      RESPECT THERETO (0.1).

4600  Firm's Own Billing/Fee Applications
       A. Elko                         7.70   375.00   $2,887.50
       C. Weiss                         .70   550.00     $385.00
       G. Walling                       .20   445.00      $89.00

           TOTAL 4600                  8.60            $3,361.50

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 771325
Matter No.: 30837.0003               Invoice Date: August 26, 2011
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2011
RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C.F. Graham | 6.70 | 785.00 | 5,259.50 |
| C. Weiss | 1.40 | 550.00 | 770.00 |
| A.F. Kaufman | 16.20 | 475.00 | 7,695.00 |
| J. Kuhn | 6.40 | 425.00 | 2,720.00 |
| R. Tingey | 5.60 | 410.00 | 2,296.00 |
| I. Byrnside | 2.60 | 315.00 | 819.00 |
| J.E. Reed | 1.50 | 225.00 | 337.50 |
| Total | 40.40 | | 19,897.00 |

TOTAL FEES:                                        $ 19,897.00

CHARGES:

    WESTLAW RESEARCH              898.78

TOTAL CHARGES:                              $    898.78

T O T A L   T H I S   S T A T E M E N T :   $ 20,795.78

LEHMAN BROTHERS HOLDINGS INC.           August 26, 2011          PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 771325


DESCRIPTION OF SERVICES


07/01/11   C.F. Graham         .80   SETTLEMENT CONFERENCE CALL WITH R. KAUFMAN
           Task:  4000                (0.4); E-MAILS WITH J. CHORMANSKI REGARDING
                                      SAME (0.2); REVIEW REVISIONS TO CONFIDENTIALITY
                                      STIPULATION DRAFTED BY R. KAUFMAN (0.2).

07/01/11   A.F. Kaufman       1.30   ANALYZE PROPOSED CONFIDENTIALITY AGREEMENT SENT
           Task:  4000                BY OPPOSING COUNSEL (0.2); TELEPHONE CALL WITH
                                      OPPOSING COUNSEL REGARDING SAME (0.6);
                                      TELEPHONE CALL WITH J. CHORMANSKI REGARDING
                                      SAME (0.3); DRAFT AND SEND E-MAIL TO J.
                                      CHORMANSKI REGARDING SAME (0.2).

07/05/11   J. Kuhn            2.20   REVIEW CLIENT DOCUMENTS TO DETERMINE WHICH
           Task:  4000                DOCUMENTS FROM APPRAISER S. GRAGG TO PRODUCE
                                      (1.7); DRAFT E-MAIL CORRESPONDENCE TO A.
                                      KAUFMAN REGARDING SAME (0.2); CONFER WITH A.
                                      KAUFMAN REGARDING SAME (0.3).

07/05/11   A.F. Kaufman       5.00   ANALYZE PRIOR TESTIMONY OF A. BARSANTI IN
           Task:  4000                ANTICIPATION OF CONTINUED DEPOSITION (4.4);
                                      CONFER WITH J. KUHN REGARDING POTENTIAL
                                      PRODUCTION OF CUSHMAN & WAKEFIELD
                                      CORRESPONDENCE (0.5); EXCHANGE E-MAILS WITH J.
                                      CHORMANSKI AND J. NASTASI REGARDING SETTLEMENT
                                      AND DEPOSITION SCHEDULING (0.1).

07/06/11   J. Kuhn            2.00   FURTHER REVIEW OF CLIENT DOCUMENTS TO DETERMINE
           Task:  4000                WHICH DOCUMENTS FROM APPRAISER S. GRAGG TO
                                      PRODUCE (1.2); DRAFT E-MAIL CORRESPONDENCE TO
                                      A. KAUFMAN AND I. BYRNSIDE REGARDING SAME
                                      (0.4); CONFER WITH A. KAUFMAN AND I. BYRNSIDE
                                      REGARDING SAME (0.4).

07/07/11   A.F. Kaufman       1.30   ANALYZE POTENTIAL PRODUCTION OF CORRESPONDENCE
           Task:  4000                WITH CUSHMAN & WAKEFIELD (0.2); CONFER WITH J.
                                      KUHN AND I. BYRNSIDE REGARDING SAME (0.6);
                                      TELEPHONE CALL WITH S. GRAGG
                                      REGARDING SAME (0.3); DRAFT AND SEND E-MAIL TO
                                      OPPOSING COUNSEL REGARDING SETTLEMENT (0.2).

LEHMAN BROTHERS HOLDINGS INC.                August 26, 2011              PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 771325


07/07/11   I. Byrnside        2.30   TELEPHONE CONFERENCE WITH A. KAUFMAN AND J.
           Task:   4000              KUHN REGARDING  PRODUCTION OF CUSHMAN &
                                     WAKEFIELD RELATED DOCUMENTS (0.5); RESEARCH
                                     REGARDING WHETHER PRIVILEGED COMMUNICATIONS
                                     CONTAINING INFORMATION RELIED UPON BY AN EXPERT
                                     MUST BE PRODUCED (1.8).

07/07/11   J. Kuhn            1.60   CONFER WITH A. KAUFMAN, I. BYRNSIDE AND J. REED
           Task:   4000              REGARDING PRODUCTION OF DOCUMENTS RELATED TO
                                     APPRAISER S. GRAGG (0.5); CONTINUED ANALYSIS OF
                                     DOCUMENTS PULLED FOR PRODUCTION FROM APPRAISAL
                                     EXPERT S. GRAGG (0.5); CONFER WITH J. REED
                                     REGARDING REDACTION OF DOCUMENTS AND LOCATING
                                     ATTACHMENTS TO CERTAIN DOCUMENTS (0.4); CONFER
                                     WITH A. KAUFMAN AND J. REED REGARDING WHETHER
                                     TO MARK APPRAISAL CONFIDENTIAL (0.2).

07/07/11   J.E. Reed           .50   ASSIST J. KUHN WITH RESEARCH OF S. GRAGG
           Task:   4000              DOCUMENTS AND ATTACHMENTS FOR PRODUCTION.

07/07/11   C.F. Graham         .30   E-MAILS WITH A. KAUFMAN REGARDING
           Task:   4000              CONFIDENTIALITY STIPULATION AND SETTLEMENT
                                     AGREEMENT.

07/08/11   R. Tingey           .40   REVIEW SETTLEMENT PROPOSAL AND DEFENDANTS'
           Task:   4000              FINANCIAL STATEMENTS

07/08/11   J. Kuhn             .40   RECEIPT AND REVIEW OF DEFENDANT'S SETTLEMENT
           Task:   4000              OFFER LETTER (0.2); FINALIZE APPRAISAL FOR
                                     PRODUCTION (0.2).

07/08/11   J.E. Reed          1.00   PREPARE CUSHMAN & WAKEFIELD APPRAISAL FOR
           Task:   4000              PRODUCTION.

07/08/11   A.F. Kaufman        .40   REVIEW DEFENDANTS' SETTLEMENT PROPOSAL (0.3);
           Task:   4000              CONFER WITH J. CHORMANSKI REGARDING SAME (0.1).

07/08/11   C.F. Graham        1.60   READ J. CHORMANSKI E-MAIL REGARDING
           Task:   4000              CONFIDENTIAL SETTLEMENT DISCUSSIONS (0.2); READ
                                     DEFENDANTS SETTLEMENT PROPOSAL AND FINANCIAL
                                     ATTACHMENTS (0.6);  CONFER WITH A. KAUFMAN
                                     REGARDING SETTLEMENT OFFER (0.2); E-MAIL WITH C.

LEHMAN BROTHERS HOLDINGS INC.                August 26, 2011          PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 771325


                              WEISS REGARDING SETTLEMENT OFFER (0.1);  E-MAIL
                              WITH R. KAUFMAN REGARDING DISCOVERY SUSPENSION
                              PENDING SETTLEMENT (0.2);  E-MAILS WITH J.
                              CHORMANSKI REGARDING DISCOVERY SUSPENSION
                              POSSIBILITY (0.3).

07/11/11  A.F. Kaufman      .80  TELEPHONE CALL WITH OPPOSING COUNSEL REGARDING
          Task:  4000            SETTLEMENT AND DISCOVERY SCHEDULE (0.4); CONFER
                                 WITH C. GRAHAM AND J. CHORMANSKI REGARDING SAME
                                 (0.4).

07/11/11  C. Weiss         1.00  REVIEW OFFER OF SETTLEMENT AND SUPPORTING
          Task:  4000            DOCUMENTATION RECEIVED FROM GUARANTORS (0.4);
                                 CONFER WITH C. GRAHAM AND A. KAUFMAN
                                 REGARDING DISCUSSIONS WITH LEHMAN ON
                                 SETTLEMENT OFFER AND STRATEGIC CONSIDERATIONS
                                 AS TO SAME (0.3); REVIEW FILES REGARDING
                                 INFORMATION REQUESTED BY CLIENT TO EVALUATE
                                 SETTLEMENT (0.3).

07/11/11  C.F. Graham       .70  CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING
          Task:  4000            PROPOSED SETTLEMENT AGREEMENT(0.5);  E-MAILS
                                 WITH J. CHORMANSKI REGARDING SETTLEMENT
                                 AGREEMENT(0.2).

07/12/11  C.F. Graham       .30  CONFER WITH A. KAUFMAN REGARDING SETTLEMENT
          Task:  4000            PROPOSAL.

07/12/11  A.F. Kaufman      .20  CORRESPOND WITH OPPOSING COUNSEL REGARDING
          Task:  4000            DISCOVERY SCHEDULE

07/12/11  I. Byrnside       .30  TELEPHONE CONFERENCE WITH A. KAUFMAN
          Task:  4000            REGARDING RESEARCH RELATED TO TENDER IN
                                 NON-RECOURSE DEBT, SETTLEMENT NEGOTIATIONS
                                 AND CASE STRATEGY.

07/13/11  A.F. Kaufman      .20  REVIEW LETTER TO COURT FROM  OPPOSING COUNSEL
          Task:  4000            REGARDING DISCOVERY SCHEDULE (0.1); EXCHANGE
                                 E-MAILS WITH OPPOSING COUNSEL REGARDING SAME
                                 (0.1).

07/13/11  C.F. Graham       .30  REVIEW CORRESPONDENCE FROM E. SHERMAN REGARDING
          Task:  4000            SETTLEMENT (0.2);  REVIEW E-MAILS FROM J.
                                 CHORMANSKI REGARDING SETTLEMENT (0.1).

LEHMAN BROTHERS HOLDINGS INC.                August 26, 2011          PAGE   5
MATTER NUMBER: 30837.0003
INVOICE NO.: 771325


| 07/14/11 | C.F. Graham<br>Task:  4000 | .40 | CONTINUED WORK ON SETTLEMENT PROPOSAL INFORMATION (0.4). |
|---|---|---|---|
| 07/18/11 | J. Kuhn<br>Task:  4000 | .20 | CONFER WITH A. KAUFMAN REGARDING DEFENDANT'S SETTLEMENT OFFER AND POSTPONING PRODUCTION OF DOCUMENTS REGARDING APPRAISAL EXPERT S. GRAGG. |
| 07/21/11 | C.F. Graham<br>Task:  4000 | .30 | CALL WITH R. KAUFMAN REGARDING SETTLEMENT PROPOSAL. |
| 07/25/11 | C.F. Graham<br>Task:  4000 | .50 | CONFER WITH R. KAUFMAN REGARDING SETTLEMENT PROCESS (0.3); CONFER WITH A. KAUFMAN REGARDING SETTLEMENT ISSUES (0.1); E-MAIL SUMMARIZING CALL WITH R. KAUFMAN TO A. KAUFMAN (0.1). |
| 07/26/11 | C. Weiss<br>Task:  4000 | .40 | WORK WITH A. KAUFMAN REGARDING SETTLEMENT ISSUES CONCERNING PREVAILING PARTY ATTORNEY'S FEE PROVISION (0.2); REVIEW LOAN AGREEMENT AND GUARANTY PROVISIONS REGARDING ATTORNEY'S FEES (0.2). |
| 07/26/11 | A.F. Kaufman<br>Task:  4000 | .50 | EXCHANGE E-MAILS WITH J. CHORMANSKI REGARDING SETTLEMENT (0.2); DRAFT AND SEND LETTER TO OPPOSING COUNSEL REGARDING SETTLEMENT PROPOSAL (0.1); CONFER WITH C. WEISS REGARDING PREVAILING PARTY PROVISIONS (0.2). |
| 07/27/11 | A.F. Kaufman<br>Task:  4000 | 1.90 | REVIEW AND ANALYZE CASE LAW FORWARDED BY OPPOSING COUNSEL ON ISSUE OF RECOVERY OF ATTORNEYS FEES. |
| 07/27/11 | R. Tingey<br>Task:  4000 | .10 | CONFERENCE WITH A. KAUFMAN REGARDING RESEARCH ON WHO IS PREVAILING PARTY FOR PURPOSES OF ATTORNEYS' FEES. |
| 07/27/11 | C.F. Graham<br>Task:  4000 | .30 | REVIEW OF LETTER FROM E. SHERMAN REGARDING ATTORNEYS FEES CLAIMS. |
| 07/28/11 | R. Tingey<br>Task:  4000 | 5.00 | REVIEW DEFENDANTS' CASES REGARDING ATTORNEYS' FEES AND PARTIAL RELIEF (1.8); RESEARCH CASELAW ON ATTORNEYS' FEES WHEN PARTY OBTAINS PARTIAL RELIEF (2.8); CONFERENCES WITH A. KAUFMAN AND EMAIL TO A. KAUFMAN REGARDING SAME (0.4). |

LEHMAN BROTHERS HOLDINGS INC.              August 26, 2011          PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 771325

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/28/11 | A.F. Kaufman<br>Task: 4000 | .20 | CONFER WITH R. TINGEY REGARDING ANALYSIS OF CASES CONCERNING RECOVERY OF ATTORNEYS' FEES. |
| 07/28/11 | C.F. Graham<br>Task: 4000 | .30 | CALL WITH R. KAUFMAN REGARDING SETTLEMENT. |
| 07/29/11 | A.F. Kaufman<br>Task: 4000 | 4.40 | ANALYZE CASES CONCERNING RECOVERY OF ATTORNEYS' FEES (1.9); REVIEW, REVISE AND SEND E-MAIL TO CLIENT RELATING TO SAME (1.6); DRAFT AND SEND E-MAIL TO CLIENT REGARDING SETTLEMENT AND CASE STATUS (0.9). |
| 07/29/11 | R. Tingey<br>Task: 4000 | .10 | REVIEW/EDIT EMAIL REGARDING PREVAILING PARTY AND ATTORNEYS' FEES. |
| 07/29/11 | C.F. Graham<br>Task: 4000 | .90 | CALL WITH R. KAUFMAN REGARDING COLLATERAL CONSISTING OF 2-3 CONDOS IN LAS VEGAS (0.2); SECOND CALL WITH R. KAUFMAN REGARDING DEPOSITIONS IN NY/LA (0.3); CONFER WITH A. KAUFMAN REGARDING SUMMARY (0.2); REVISE 2 E-MAILS TO J. CHORMANSKI (0.2). |

4000  Non-Bankruptcy Litigation

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A.F. Kaufman | 16.20 | 475.00 | $7,695.00 |
| C. Weiss | 1.40 | 550.00 | $770.00 |
| C.F. Graham | 6.70 | 785.00 | $5,259.50 |
| I. Byrnside | 2.60 | 315.00 | $819.00 |
| J. Kuhn | 6.40 | 425.00 | $2,720.00 |
| J.E. Reed | 1.50 | 225.00 | $337.50 |
| R. Tingey | 5.60 | 410.00 | $2,296.00 |
| TOTAL 4000 | 40.40 | | $19,897.00 |

Billed Recap Of Cost Detail   (Invoice: 771325 Date: 08/26/2011)
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/27/2011 | 5084 | ALAN F. KAUFMAN | 406S | 1.00 | 9.32 | 9.32 | WESTLAW RESEARCH | 27064190 |
| 08/26/2011 | | Invoice=771325 | | 1.00 | 9.32 | 9.32 | | |
| | | | | | | | | |
| 07/28/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 863.95 | 863.95 | WESTLAW RESEARCH | 27064223 |
| 08/26/2011 | | Invoice=771325 | | 1.00 | 863.95 | 863.95 | | |
| | | | | | | | | |
| 07/28/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 25.51 | 25.51 | WESTLAW RESEARCH | 27064224 |
| 08/26/2011 | | Invoice=771325 | | 1.00 | 25.51 | 25.51 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 898.78 | 3 records | |
| | | BILLED TOTALS:    BILL: | | | | 898.78 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 898.78 | 3 records | |
| | | GRAND TOTAL:    BILL: | | | | 898.78 | | |

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 771327
Matter No.: 04406.0222               Invoice Date: August 26, 2011
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2011
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| C. Weiss | 1.00 | 550.00 | 550.00 |
| G. Walling | 0.90 | 445.00 | 400.50 |
| Total | 1.90 | | 950.50 |

TOTAL FEES:                              $    950.50

T O T A L   T H I S   S T A T E M E N T:       $    950.50

LEHMAN BROTHERS HOLDINGS INC.            August 26, 2011            PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 771327

DESCRIPTION OF SERVICES

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/15/11 | C. Weiss<br>Task: 2300 | .50 | REVIEW EMAIL AND CORRESPONDENCE FROM D. WACHHOLZ CONCERNING YAVAPAI PROPERTY REGARDING POSSIBLE SUBORDINATION BY SENIOR LENDER (0.2); CONSIDER ISSUES RAISED IN D. WACHHOLZ LETTER AND ACTIONS TO BE TAKEN (0.1); EMAILS WITH G. WALLING REGARDING FILE REVIEW REGARDING LIEN STATUS OF YAVAPAI PROPERTY (0.2). |
| 07/15/11 | G. Walling<br>Task: 2300 | .90 | WORKED WITH C. WEISS AND G. MARSH REGARDING DISPOSITION OF LEHMAN SECOND LIEN SECURITY INTEREST IN YAVAPAI COLLATERAL FOR MIDDLE MOUNTAIN LOAN (0.6); MADE RELATED FILE REVIEW (0.3). |
| 07/16/11 | C. Weiss<br>Task: 2300 | .50 | REVIEW SECOND LETTER FROM D. WACHHOLZ REGARDING SUBORDINATION AND FORECLOSURE ON YAVAPAI PROPERTY (0.2); REVIEW SUBORDINATION AGREEMENT ON YAVAPAI PROPERTY (0.2); EMAILS REGARDING D. WACHHOLZ LETTERS AND SUBORDINATION AGREEMENT (0.1). |

2300  Real Estate Matters

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. Weiss | 1.00 | 550.00 | $550.00 |
| G. Walling | .90 | 445.00 | $400.50 |
| TOTAL 2300 | 1.90 | | $950.50 |

# EXHIBIT E-3

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for August 1, 2011 through August 31, 2011**

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837
Matter No.: 30837.0001

Invoice No. 774993
Invoice Date: September 29, 2011

==================================================================

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2011
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| S. Chandler | 0.80 | 435.00 | 348.00 |
| Total | 0.80 | | 348.00 |

TOTAL FEES:                                           $    348.00

CHARGES:

    LITIGATION SUPPORT VENDORS          3,905.02

TOTAL CHARGES:                                       $  3,905.02

T O T A L   T H I S   S T A T E M E N T :            $  4,253.02

LEHMAN BROTHERS HOLDINGS INC.          September 29, 2011          PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 774993

DESCRIPTION OF SERVICES

08/16/11  S. Chandler          .80   CONFER WITH S.BROOKS REGARDING TERMINATING
          Task:  4000                DISCOVERY DATABASE AND ISSUES RELATED TO SAME
                                     (0.3); REVIEW DISPOSITION FORM RELATED TO
                                     SAME AND CONSIDER ISSUES RELATED TO SAME
                                     (0.3); MESSAGE TO M.KAUFMAN REGARDING SAME
                                     (0.2).

4000  Non-Bankruptcy Litigation
      S. Chandler                     .80   435.00    $348.00

          TOTAL 4000                  .80             $348.00

Billed Recap Of Cost Detail [Invoice: 774993 Date: 09/29/2011]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/20/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:44 1-212-735-3000 | 27032620 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 04/20/2011 | 0999 | MLA MLA | 105S | 1.00 | 13.44 | 13.44 | LONG DISTANCE TELEPHONE 13:17 1-212-735-3770 | 27032621 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/04/2011 | 0999 | MLA MLA | 105S | 1.00 | 18.72 | 18.72 | LONG DISTANCE TELEPHONE 09:42 1-301-770-0040 | 27032622 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/12/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:12 1-646-285-9795 | 27032623 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/12/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:23 1-646-857-8811 | 27032624 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/12/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:47 1-646-857-8811 | 27032625 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/16/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:27 1-310-383-4724 | 27032626 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/16/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:28 1-310-383-4724 | 27032627 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/18/2011 | 0999 | MLA MLA | 105S | 1.00 | 6.54 | 6.54 | LONG DISTANCE TELEPHONE 15:04 1-424-603-7010 | 27032629 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/23/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:27 1-646-285-9795 | 27032631 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/23/2011 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 15:48 1-646-285-9795 | 27032632 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/24/2011 | 0999 | MLA MLA | 105S | 1.00 | 9.20 | 9.20 | LONG DISTANCE TELEPHONE 13:30 011- 39-017-3789 | 27032633 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/25/2011 | 0999 | MLA MLA | 105S | 1.00 | 14.17 | 14.17 | LONG DISTANCE TELEPHONE 16:32 1-562-741-2450 | 27032634 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 05/31/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 509.32 | 509.32 | LITIGATION SUPPORT VENDORS - - PAYEE: | 27031631 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 509.32 | 509.32 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1836381 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/03/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | OTHER - - PAYEE: LEXISNEXIS APPLIED DISCOVERY = | 26989500 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 485.10 | 485.10 | MONTHLY DATA HOSTING FEE | |
| | | Voucher=1830390 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/03/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | OTHER - - PAYEE: LEXISNEXIS APPLIED DISCOVERY = | 26989509 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 485.10 | 485.10 | MONTHLY DATA HOSTING FEE | |
| | | Voucher=1830391 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/03/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | OTHER - - PAYEE: LEXISNEXIS APPLIED DISCOVERY = | 26989510 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 485.10 | 485.10 | MONTHLY DATA HOSTING FEE | |
| | | Voucher=1830392 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/03/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | OTHER - - PAYEE: LEXISNEXIS APPLIED DISCOVERY = | 26989511 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 485.10 | 485.10 | MONTHLY DATA HOSTING FEE | |
| | | Voucher=1830393 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/03/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | OTHER - - PAYEE: LEXISNEXIS APPLIED DISCOVERY = | 26989512 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 485.10 | 485.10 | MONTHLY DATA HOSTING FEE | |
| | | Voucher=1830394 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/03/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | OTHER - - PAYEE: LEXISNEXIS APPLIED DISCOVERY = | 26989513 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 485.10 | 485.10 | MONTHLY DATA HOSTING FEE | |
| | | Voucher=1830395 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/03/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | OTHER - - PAYEE: LEXISNEXIS APPLIED DISCOVERY = | 26989514 |
| 09/29/2011 | | Invoice:774993 | | 1.00 | 485.10 | 485.10 | MONTHLY DATA HOSTING FEE | |
| | | Voucher=1830396 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY Balance= .00 Amount= | |
| 06/21/2011 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 12:09 1-212-909-8453 | 27032648 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 06/27/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:55 1-302-656-1034 | 27061135 |
| 09/29/2011 | | Invoice:774993 | | 0.00 | 0.00 | 0.00 | 74120 | |

Billed Recap Of Cost Detail [Invoice: 774993 Date: 09/29/20 11]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/27/2011 | 0999 | MLA MLA | 105S | 1.00 | 7.27 | 7.27 | LONG DISTANCE TELEPHONE 13:56 1-302-656-1034 | 27061136 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 06/27/2011 | 0999 | MLA MLA | 105S | 1.00 | 7.99 | 7.99 | LONG DISTANCE TELEPHONE 15.04 1-302-656-1034 | 27061137 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 07/06/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 11:45 1-212-909-8400 | 27061149 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 07/06/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:12 1-401-330-7131 | 27061150 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 07/06/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 17:33 1-917-523-7298 | 27061151 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 07/18/2011 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 16:25 1-608-345-9400 | 27068699 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 08/15/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:10 1-949-542-8303 | 27096208 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 08/15/2011 | 0999 | MLA MLA | 105S | 1.00 | 15.63 | 15.63 | LONG DISTANCE TELEPHONE 16:12 1-949-542-8303 | 27096209 |
| 09/29/2011 | | Invoice=774993 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | BILLED TOTALS:   WORK: | | | | 4,011.00 | 31 records | |
| | | BILLED TOTALS:   BILL: | | | | 3,905.02 | | |
| | | GRAND TOTAL:   WORK: | | | | 4,011.00 | 31 records | |
| | | GRAND TOTAL:   BILL: | | | | 3,905.02 | | |

**Supplemental Information Sheet**
**August 2011**

**Expenses for Kontrabecki (30837.0001)**
**Timekeeper: M. Kaufman**

| Date | Date of Invoice | Amount | Expense | Description | Supporting Documentation |
|------|-----------------|--------|---------|-------------|--------------------------|
| 5/31/11 | 5/31/11 | $509.32 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 6/3/11 | 3/31/11 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 6/3/11 | 2/28/11 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 6/3/11 | 1/31/11 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 6/3/11 | 12/31/10 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 6/3/11 | 11/30/10 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 6/3/11 | 10/31/10 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 6/3/11 | 9/30/10 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |



LexisNexis™
**Applied Discovery**®

| | |
|---|---|
| Page: | **1** |
| Number: | 0000129083 |
| Date: | 5/31/2011 |
| Due Date: | 6/30/2011 |
| Customer: | MCKEAT |

**REMIT TO:**
Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 613-3010 Ext: 3526
TIN: 91-1955281

## Invoice

| Ship To | Sold To |
|---|---|
| McKenna Long & Aldridge LLP<br>B. Summer Chandler, Esq.<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308   USA | McKenna Long & Aldridge LLP<br>B. Summer Chandler, Esq.<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308   USA |

**Matter Name**

Warsaw v. Lehman Bros.

| Matter Number | Ship Via | F.O.B | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees<br>Monthly Data Hosting Fee | | 14.00 | 36.380 | 509.32 |

LAST ITEM

*email approval attached*

JUL 01 2011

Please note that Applied Discovery data
hosting rates increased effective May 2011.

AR Contact:   Accounts Receivable
Email:   billing@applieddiscovery.com
Phone:   (877) 613-3010   Ext: 3526

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact
information above to initiate.

| | |
|---|---|
| Subtotal | 509.32 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **509.32** |


LexisNexis®
Applied Discovery®

**Page:** 1

**Number:** 0000128492
**Date:** 3/31/2011
**Due Date:** 4/30/2011

**REMIT TO:**

Applied Discovery, Inc.
18427 NE 18th Street
Suite 200
Bellevue, WA 98005
(877) 813-3010    Ext: 3526
TIN: 91-1955281

**Customer:** MCKEAT

## Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA |

| Matter Name | | | |
|---|---|---|---|
| Warsaw v. Lehman Bros. | | | |

| Matter Number | Ship Via | F.O.B | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.00 | 34.650 | 485.10 |
| Monthly Data Hosting Fee | | | | |

LAST ITEM

APPROVAL WITH C-287815

V-18304396

| | | |
|---|---|---|
| AR Contact:  Accounts Receivable | Subtotal | 485.10 |
| Email:  billing@applieddiscovery.com | Freight | 0.00 |
| Phone:  (877) 813-3010    Ext: 3526 | Sales Tax | 0.00 |
| *Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact information above to initiate. | Trade Discount | 0.00 |
| | Payment/Credit Amount | 0.00 |
| | **Balance (USD)** | **485.10** |


**LexisNexis** **Applied Discovery**

Page: 1

Number: 0000127636
Date: 2/28/2011
Due Date: 3/30/2011

Customer: MCKEAT

REMIT TO:

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 813-3010  Ext: 3528
TIN: 91-1955281

## Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA |

**Matter Name**

Warsaw v. Lehman Bros.

| Matter Number | Ship Via | F.O.B | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|

LAST ITEM

APPROVAL WITH C-227815

V-1830395

AR Contact:  Accounts Receivable
Email:  billing@applieddiscovery.com
Phone:  (877) 813-3010    Ext: 3528

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **485.10** |

LexisNexis
**Applied Discovery**

REMIT TO:

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 813-3010    Ext:  3828

TIN: 91-1955281

| | |
|---|---|
| Page: | 1 |
| Number: | 0000126386 |
| Date: | 1/31/2011 |
| Due Date: | 3/2/2011 |
| Customer: | MCKEAT |

## Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA |

| Matter Name |
|---|
| Warsaw v. Lehman Bros. |

| Matter Number | Ship Via | F.O.B | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.00 | 34.650 | 485.10 |
| Monthly Data Hosting Fee | | | | |

LAST ITEM

*APPROVAL WITH*
*C-227815*

*V-18303941*

AR Contact:    Accounts Receivable
Email:    billing@applieddiscovery.com
Phone:    (877) 813-3010    Ext:  3328

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.*

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | 485.10 |



LexisNexis™
**Applied Discovery**

Page: 1

Number: 0000124199
Date: 12/31/2010
Due Date: 1/30/2011

**REMIT TO:**

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 813-3010   Ext  3326

TIN: 91-1955281

Customer: MCKEAT

## Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA |

| Matter Name | | | | |
|---|---|---|---|---|
| Warsaw v. Lehman Bros. | | | | |

| Matter Number | Ship Via | F.O.B | Terms | |
|---|---|---|---|---|
| E300.0010 | USPS | | Net 30 | |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|

LAST ITEM

APPROVAL WITH
C-2207815

V-1830393

AR Contact:  Accounts Receivable
Email:  billing@applieddiscovery.com
Phone:  (877) 813-3010    Ext.  3326

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **485.10** |



**LexisNexis**
**Applied Discovery**

REMIT TO:

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 813-3010    Ext:  3526

TIN: 91-1955281

| | |
|---|---|
| Page: | 1 |
| Number: | 0000120305 |
| Date: | 11/30/2010 |
| Due Date: | 12/30/2010 |
| Customer: | MCKEAT |

## Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA |

| Matter Name |
|---|
| Warsaw v. Lehman Bros. |

| Matter Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.00 | 34.650 | 485.10 |
| Monthly Data Hosting Fee | | | | |
| | LAST ITEM | | | |

APPROVAL    WITH  C-227815

V-1830391

AR Contact:    Accounts Receivable
   Email:    billing@applieddiscovery.com
   Phone:    (877) 813-3010    Ext:  3526

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact
information above to initiate.

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **485.10** |



LexisNexis
**Applied Discovery***

| | |
|---|---|
| Page: | 1 |

REMIT TO:

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 813-3010   Ext: 3528

TIN: 91-1955281

| | |
|---|---|
| Number: | 0000117848 |
| Date: | 10/31/2010 |
| Due Date: | 11/30/2010 |

Customer:   MCKEAT

## Invoice

| Ship To |
|---|
| MCKENNA LONG & ALDRIDGE
BRANDY RICHARDSON
303 PEACHTREE ST NE STE 5300
ATLANTA, GA 30308-3265  USA |

| Sold To |
|---|
| MCKENNA LONG & ALDRIDGE
BRANDY RICHARDSON
303 PEACHTREE ST NE STE 5300
ATLANTA, GA 30308-3265  USA |

| Matter Name |
|---|
| Warsaw v. Lehman Bros. |

| Matter Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|

LAST ITEM

APPROVAL    WITH    C-227815

V-1830391

| | | |
|---|---|---|
| AR Contact: | Accounts Receivable | |
| Email: | billing@applieddiscovery.com | |
| Phone: | (877) 813-3010   Ext: 3528 | |

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| Balance (USD) | 485.10 |

# LexisNexis™
# Applied Discovery®

**REMIT TO:**

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 813-3010   Ext: 3526

TIN: 91-1955281

Page: 1

Number: 0000115795
Date: 9/30/2010
Due Date: 10/30/2010

Customer: MCKEAT

# Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA |

| Matter Name |
|---|
| Warsaw v. Lehman Bros. |

| Matter Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.00 | 34.650 | 485.10 |
| Monthly Data Hosting Fee | | | | |
| | LAST ITEM | | | |

V-1830390

AR Contact:  Accounts Receivable
Email:   billing@appliediscovery.com
Phone:  (877) 813-3010   Ext:  3526

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **485.10** |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

---

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 774994
Matter No.: 30837.0002               Invoice Date: September 29, 2011
========================================================================

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2011
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------:|----------------:|------------:|
| C. Weiss | 0.40 | 550.00 | 220.00 |
| A.F. Kaufman | 0.90 | 475.00 | 427.50 |
| G. Walling | 0.90 | 445.00 | 400.50 |
| A. Elko | 56.90 | 375.00 | 21,337.50 |
| Total | 59.10 | | 22,385.50 |

TOTAL FEES:                                          $ 22,385.50

CHARGES:

    COPY CHARGES                      146.50
    DELIVERY SERVICE/MESSENGER        499.21
    OTHER                              24.00

TOTAL CHARGES:                                       $    669.71

T O T A L   T H I S   S T A T E M E N T:            $ 23,055.21

LEHMAN BROTHERS HOLDINGS INC.          September 29, 2011          PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 774994


DESCRIPTION OF SERVICES


08/01/11   A. Elko              4.00   REVIEW AND EDIT LEHMAN INVOICES FOR FEBRUARY
           Task:  4600                 THROUGH APRIL 2011 TO CORRESPOND WITH FEE
                                       COMMITTEE PROTOCOL (1.5); CORRESPOND WITH C.
                                       CHIN WITH RESPECT THERETO (0.3); DRAFT
                                       SUMMARIES OF FEBRUARY THROUGH APRIL FEES AND
                                       EXPENSES (0.5); REVIEW AND EDIT MAY AND JUNE
                                       2011 PRO FORMAS AND INVOICES TO COMPLY WITH FEE
                                       COMMITTEE PROTOCOL (1.7).


08/02/11   A. Elko              4.40   REVIEW AND REVISE FEBRUARY THROUGH APRIL 2011
           Task:  4600                 INVOICES AND MONTHLY STATEMENTS TO COMPLY WITH
                                       FEE COMMITTEE PROTOCOL (1.2); PREPARE FEBRUARY
                                       THROUGH APRIL 2011 MONTHLY STATEMENTS FOR
                                       SUBMISSION TO FEE COMMITTEE (0.6); DRAFT
                                       CORRESPONDENCE TO FEE COMMITTEE WITH RESPECT
                                       THERETO (0.4); REVIEW AND EDIT MAY AND JUNE
                                       2011 INVOICES TO COMPLY WITH FEE COMMITTEE
                                       PROTOCOL (0.5); DRAFT MAY AND JUNE 2011 MONTHLY
                                       STATEMENTS (0.5); PREPARE TO SUBMIT MAY AND
                                       JUNE 2011 MONTHLY STATEMENTS TO FEE COMMITTEE
                                       (0.3); DRAFT CORRESPONDENCE TO FEE COMMITTEE
                                       WITH RESPECT THERETO (0.3); CORRESPOND WITH J.
                                       HALPERIN REGARDING VOLUNTARY REDUCTION RELATED
                                       TO NOVEMBER 2010 INVOICE FOR BANKRUPTCY
                                       EMPLOYMENT MATTER AND BUDGETS (0.1); REVIEW
                                       EXECUTED STIPULATION RESOLVING OBJECTION TO
                                       SIXTH INTERIM FEE APPLICATION (0.1); DRAFT
                                       CORRESPONDENCE TO M. SANTA MARIA, COUNSEL FOR
                                       FEE COMMITTEE, REGARDING STIPULATION (0.2);
                                       CORRESPOND WITH L. GREEN REGARDING ELECTRONIC
                                       CONVERSION OF INVOICES FOR FEBRUARY THROUGH
                                       APRIL 2011 (0.1); CORRESPOND WITH G. MARSH, P.
                                       MCGEEHAN, M. KAUFMAN, C. WEISS AND C. GRAHAM
                                       REGARDING SUBMISSION OF MONTHLY STATEMENTS
                                       (0.1).

LEHMAN BROTHERS HOLDINGS INC.            September 29, 2011         PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 774994


08/03/11   A. Elko              4.80   REVIEW AND ANALYZE FEE COMMITTEE'S CONFIDENTIAL
           Task:   4600                LETTER REPORT ON THE SEVENTH FEE INTERIM
                                       APPLICATION, INCLUDING OBJECTIONS TO CERTAIN
                                       TIME ENTRIES AND EXPENSES (1.2); OUTLINE
                                       RESPONSE TO OBJECTIONS THEREIN (0.4); BEGIN
                                       RESEARCHING ISSUES WITH RESPECT TO EXPENSES
                                       (0.5); EXTENSIVE CORRESPONDENCE WITH G. MARSH,
                                       C. WEISS, P. MCGEEHAN, M. KAUFMAN AND C. GRAHAM
                                       WITH RESPECT THERETO (0.5); REVIEW AND REVISE
                                       AUGUST 2011 BUDGET PURSUANT TO LEHMAN REQUEST
                                       (0.2); CORRESPOND WITH J. HALPERIN, LEHMAN,
                                       WITH RESPECT THERETO (0.1); REVIEW REVISED
                                       NOVEMBER 2010 INVOICE FOR BANKRUPTCY EMPLOYMENT
                                       MATTERS (0.1); DRAFT REVISED SUMMARY OF
                                       NOVEMBER 2010 MONTHLY STATEMENT (0.2); DRAFT
                                       CORRESPONDENCE ADDRESSED TO J. HALPERIN AND
                                       MEMBERS OF FEE COMMITTEE WITH RESPECT TO
                                       REVISED NOVEMBER 2010 INVOICE AND MONTHLY
                                       STATEMENT (0.3); CORRESPOND WITH G. MARSH, C.
                                       WEISS AND P. MCGEEHAN WITH RESPECT TO REVISED
                                       NOVEMBER 2010 INVOICE, MONTHLY STATEMENT AND
                                       CORRESPONDENCE (0.2); CORRESPOND WITH J.
                                       HALPERIN REGARDING REVISED NOVEMBER 2010
                                       INVOICE AND MONTHLY STATEMENT (0.1); CORRESPOND
                                       WITH M. SANTA MARIA, COUNSEL FOR THE FEE
                                       COMMITTEE, WITH RESPECT TO REVISED NOVEMBER
                                       2010 INVOICE AND MONTHLY STATEMENT (0.2);
                                       REVIEW AND REVISE JUNE 2011 MONTHLY STATEMENT
                                       (0.4); REVIEW AND REVISE CORRESPONDENCE TO FEE
                                       COMMITTEE SUBMITTING MAY AND JUNE 2011 MONTHLY
                                       STATEMENTS (0.2); CORRESPOND WITH L. GREEN
                                       REGARDING CONVERSION OF MAY AND JUNE 2011
                                       INVOICES TO EXCEL SPREADSHEET FOR FEE
                                       COMMITTEE, LEHMAN AND BROWN GREER (0.2).


08/04/11   A. Elko              2.20   BEGIN DRAFTING EIGHTH INTERIM FEE APPLICATION
           Task:   4600                (1.7); CORRESPOND WITH G. MARSH, P. MCGEEHAN,
                                       M. KAUFMAN, C. WEISS AND C. GRAHAM REGARDING
                                       STATUS OF MONTHLY STATEMENTS, FEE APPLICATIONS
                                       AND PAYMENTS AND OBJECTIONS RELATED THERETO
                                       (0.3); FURTHER CORRESPONDENCE WITH L. GREEN
                                       REGARDING CONVERSION OF INVOICES TO ELECTRONIC
                                       FORMAT (0.2).

LEHMAN BROTHERS HOLDINGS INC.     September 29, 2011     PAGE   4
MATTER NUMBER: 30837.0002
INVOICE NO.: 774994

08/05/11  A. Elko         5.30   CONTINUE TO DRAFT EIGHTH INTERIM FEE
       Task:  4600                APPLICATION (2.8); CORRESPOND WITH G. MARSH, M.
                                KAUFMAN, A. KAUFMAN, G. WALLING, C. WEISS AND
                                C. GRAHAM REGARDING MATTER SUMMARIES FOR
                                APPLICATION (0.5); DRAFT SEPTEMBER 2011 BUDGET
                                (0.4); REVIEW CONVERSION OF REVISED NOVEMBER
                                2010 INVOICE TO EXCEL (0.1); CORRESPOND VIA
                                E-MAIL WITH L. BARBOUR, BROWN GREER, REGARDING
                                REVISED INVOICE, REVISED NOVEMBER 2010 MONTHLY
                                STATEMENT AND ELECTRONIC COPY OF REVISED
                                INVOICE (0.1); CORRESPOND WITH G. MARSH, M.
                                KAUFMAN,  C. WEISS, C. GRAHAM, A. KAUFMAN AND
                                G. WALLING REGARDING BUDGETS (0.3); REVIEW
                                INVOICES FOR FEBRUARY 2011 THROUGH JUNE 2011
                                CONVERTED TO EXCEL FORMAT FOR SUBMISSION TO FEE
                                COMMITTEE, LEHMAN AND BROWN GREER (0.4); DRAFT
                                CORRESPONDENCE TO FEE COMMITTEE, LEHMAN AND
                                BROWN GREER REGARDING ELECTRONIC COPY OF
                                INVOICES (0.2); WORK ON TIMEKEEPER SUMMARIES
                                FOR EIGHTH INTERIM FEE APPLICATION (0.3);
                                CORRESPOND VIA E-MAIL WITH L. BARBOUR REGARDING
                                FEBRUARY 2011 THROUGH MAY 2011 MONTHLY
                                STATEMENTS AND ELECTRONIC COPY OF INVOICES
                                (0.1); CORRESPOND VIA E-MAIL WITH L. BARBOUR
                                REGARDING JUNE 2011 MONTHLY STATEMENT AND
                                ELECTRONIC COPY OF INVOICES (0.1).

08/08/11  G. Walling      .60   WORK WITH A. ELKO REGARDING RIVERBEND/WALKER
       Task:  4600                SQUARE MONTHLY SERVICES BUDGET (0.1); REVIEWED
                                  SAME (0.1); WORK WITH A. ELKO, C. WEISS, G.
                                MARSH REGARDING 8TH INTERIM FEE APPLICATION
                                (0.1); PREPARED SUMMARY DESCRIPTION OF
                                RIVERBEND/WALKER SQUARE SERVICES FOR SUBJECT
                                QUARTERLY PERIOD (0.2); MADE RELATED REVIEW OF
                                MONTHLY FEE INVOICES (0.1).

08/08/11  A. Elko         1.40   CORRESPOND WITH G. WALLING REGARDING WALKER
       Task:  4600                SQUARE BUDGET FOR SEPTEMBER 2011 (0.1);
                                CORRESPOND WITH A. KAUFMAN REGARDING AZ72 LLC
                                BUDGET FOR SEPTEMBER 2011 (0.1); REVIEW AND
                                REVISE BUDGETS (0.2); REVIEW AND REVISE
                                SUMMARIES OF MATTERS FOR FEE APPLICATION
                                (0.2); CONTINUE TO DRAFT EIGHTH INTERIM FEE
                                APPLICATION (0.8).

LEHMAN BROTHERS HOLDINGS INC.              September 29, 2011       PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 774994


08/09/11  A. Elko            2.40   CONTINUE TO DRAFT EIGHTH INTERIM FEE
          Task:  4600               APPLICATION (2.2); CORRESPOND WITH L. GREEN AND
                                    K. ROHLING WITH RESPECT TO TIME KEEPER SUMMARY
                                    (0.2).

08/10/11  A. Elko            1.10   CORRESPOND WITH M. KAUFMAN REGARDING
          Task:  4600               INFORMATION NEEDED FOR EIGHTH INTERIM FEE
                                    APPLICATION (0.1); CORRESPOND WITH L. GREEN
                                    REGARDING TIMEKEEPER SUMMARY (0.2); REVIEW
                                    TIMEKEEPER SUMMARY CHARTS (0.3); REVIEW AND
                                    REVISE APPLICATION (0.5).

08/11/11  A. Elko            2.40   REVIEW AND REVISE EIGHTH INTERIM FEE
          Task:  4600               APPLICATION (1.8); CORRESPOND WITH L. GREEN
                                    REGARDING TIMEKEEPER SUMMARIES (0.1);
                                    CORRESPOND WITH C. CHIN REGARDING SUPPORTING
                                    DOCUMENTATION (0.1); CORRESPOND WITH A. KAUFMAN
                                    AND M. KAUFMAN REGARDING MATTER SUMMARIES
                                    (0.2); CORRESPOND WITH M. KAUFMAN REGARDING
                                    SEPTEMBER BUDGET (0.1).

08/12/11  G. Walling          .30   WORK WITH A. ELKO REGARDING EIGHTH REVISED FEE
          Task:  4600               APPLICATION (0.1); REVIEWED SECTIONS OF REVISED
                                    FEE APPLICATION (0.2).

08/12/11  A. Elko            2.20   REVIEW AND REVISE EIGHTH INTERIM FEE
          Task:  4600               APPLICATION (1.7); CONFER WITH M. KAUFMAN
                                    REGARDING REVISIONS TO KONTRABECKI MATTER
                                    SUMMARY FOR APPLICATION (0.2); CORRESPOND WITH
                                    G. WALLING REGARDING REVISED MATTER SUMMARIES
                                    FOR APPLICATION (0.1); CONFER AND CORRESPOND
                                    WITH A. KAUFMAN REGARDING AZ 72 LLC MATTER
                                    SUMMARY FOR APPLICATION (0.2).

08/14/11  A. Elko            1.30   REVIEW AND REVISE EIGHTH INTERIM FEE
          Task:  4600               APPLICATION (1.2); CORRESPOND WITH G. MARSH,
                                    M. KAUFMAN, C. WEISS AND C. GRAHAM WITH
                                    RESPECT THERETO (0.1).

08/15/11  C. Weiss            .40   REVIEW EIGHTH INTERIM FEE APPLICATION,
          Task:  4600               SCHEDULES AND WEISS DECLARATION (0.3); EMAILS
                                    WITH A. ELKO REGARDING SAME (0.1).

LEHMAN BROTHERS HOLDINGS INC.          September 29, 2011          PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 774994

| | | | |
|---|---|---|---|
| 08/15/11 | A. Elko<br>Task: 4600 | 4.40 | REVIEW AND REVISE EIGHTH INTERIM FEE APPLICATION (1.4); PREPARE FOR FILING OF APPLICATION (0.8); DRAFT COVER LETTERS REGARDING EIGHTH INTERIM FEE APPLICATION TO MEMBERS OF FEE COMMITTEE AND COURT (0.3); ASSIST WITH FILING AND SERVICE OF APPLICATION (0.2); CORRESPOND WITH K. STADLER, COUNSEL TO FEE COMMITTEE, REGARDING FEE APPLICATION (0.1); CORRESPOND WITH C. ARTHUR, COUNSEL TO LEHMAN, REGARDING APPLICATION (0.1); CORRESPOND WITH L. BARBOUR, BROWN GREER, REGARDING APPLICATION (0.1); REVIEW AND REVISE SEPTEMBER 2011 BUDGET (0.2); CORRESPOND WITH COUNSEL TO FEE COMMITTEE WITH RESPECT TO SEPTEMBER 2011 BUDGET (0.1); CORRESPOND WITH J. HALPERIN, J. SUCKOW, C. ARTHUR, AND J. CHORMANSKI REGARDING SEPTEMBER 2011 BUDGET (0.1). |
| 08/18/11 | A.F. Kaufman<br>Task: 4600 | .30 | WORK ON AFFIDAVIT IN SUPPORT OF TRAVEL EXPENSE FOR RESPONSE TO FEE COMMITTEE OBJECTION THERETO. |
| 08/18/11 | A. Elko<br>Task: 4600 | 4.20 | RESEARCH EXPENSES REQUESTED IN SEVENTH INTERIM FEE APPLICATION AND FEE COMMITTEE'S OBJECTION WITH RESPECT THERETO (0.5); CORRESPOND WITH C. CHIN REGARDING SUPPORTING DOCUMENTATION WITH RESPECT THERETO (0.2); REVIEW SUPPORTING DOCUMENTATION (0.3); WORK ON AFFIDAVIT OF A. KAUFMAN IN SUPPORT OF LOCAL TRAVEL EXPENSE IN RESPONSE TO FEE COMMITTEE OBJECTION WITH RESPECT THERETO (0.3); CORRESPOND WITH A. KAUFMAN WITH RESPECT THERETO (0.2); CORRESPOND WITH J. MURPHY AND M. KAUFMAN REGARDING AIRFARE EXPENSE FOR RESPONSE TO FEE COMMITTEE OBJECTION (0.2); WORK ON AFFIDAVIT OF C. GRAHAM IN SUPPORT OF AIRFARE EXPENSE IN RESPONSE TO FEE COMMITTEE OBJECTION WITH RESPECT THERETO (0.2); CONFER AND CORRESPOND WITH C. GRAHAM AND J. VARGAS WITH RESPECT THERETO (0.2); REVIEW AND REVISE NARRATIVES TO RESPOND TO FEE COMMITTEE'S OBJECTION WITH RESPECT THERETO (0.5); CORRESPOND WITH J. REED, A. KAUFMAN AND R. GEE REGARDING REVISIONS TO NARRATIVES TO RESPOND TO FEE |

LEHMAN BROTHERS HOLDINGS INC.                September 29, 2011        PAGE    7
MATTER NUMBER: 30837.0002
INVOICE NO.: 774994

|            |                                |      | COMMITTEE'S OBJECTION (0.4); OUTLINE DRAFT OF RESPONSE (0.4). |
|------------|--------------------------------|------|--------------------------------------------------------------|
| 08/19/11   | A. Elko<br>Task: 4600          | 2.30 | CONTINUE TO RESEARCH AND ANALYZE EXPENSES REQUESTED IN SEVENTH INTERIM FEE APPLICATION FOR RESPONSE TO FEE COMMITTEE'S OBJECTION THERETO (0.6); WORK ON AFFIDAVIT FOR M. KAUFMAN IN SUPPORT OF TRAVEL EXPENSE FOR RESPONSE TO FEE COMMITTEE'S OBJECTION (0.4); CORRESPOND WITH J. VARGAS AND M. KAUFMAN WITH RESPECT THERETO (0.2); CONFER AND CORRESPOND WITH G. MARSH REGARDING SUPPORT FOR REASONABLENESS OF BILLING RATES (0.2); CORRESPOND WITH M. FLANAGAN, R. RUSHING AND D. ANDERSON REGARDING EVIDENTIARY SUPPORT FOR BILLING RATES (0.4); CORRESPOND AND CONFER WITH K. ROHLING AND R. MEEKS FOR INFORMATION REGARDING PROMOTIONS AND INCREASES IN BILLING RATES (0.3); REVIEW INFORMATION PROVIDED WITH RESPECT THERETO (0.2). |
| 08/22/11   | A.F. Kaufman<br>Task: 4600     | .30  | REVIEW, REVISE AND FINALIZE AFFIDAVIT IN SUPPORT OF LOCAL TRAVEL EXPENSE IN RESPONSE TO FEE COMMITTEE OBJECTION TO SAME. |
| 08/22/11   | A. Elko<br>Task: 4600          | .80  | REVIEW AND EDIT JULY 2011 PRO FORMAS FOR COMPLIANCE WITH FEE COMMITTEE PROTOCOL. |
| 08/22/11   | A. Elko<br>Task: 4600          | 1.50 | REVIEW AND REVISE AFFIDAVIT OF C. GRAHAM REGARDING AIRFARE EXPENSE IN RESPONSE TO FEE COMMITTEE OBJECTION WITH RESPECT THERETO (0.3); CONFER WITH C. GRAHAM WITH RESPECT THERETO (0.2); REVIEW AND REVISE AFFIDAVIT OF M. KAUFMAN IN SUPPORT OF AIRFARE EXPENSE IN RESPONSE TO FEE COMMITEE OBJECTION WITH RESPECT THERETO (0.2); CORRESPOND WITH M. KAUFMAN AND J. MURPHY WITH RESPECT THERETO (0.2); REVIEW AND REVISE AFFIDAVIT OF A. KAUFMAN IN SUPPORT OF LOCAL TRAVEL EXPENSE IN RESPONSE TO FEE COMMITTEE OBJECTION (0.3); CORRESPOND AND CONFER WITH A. KAUFMAN WITH RESPECT THERETO (0.3). |
| 08/23/11   | A.F. Kaufman<br>Task: 4600     | .30  | REVIEW, REVISE AND FINALIZE AFFIDAVIT IN SUPPORT OF LOCAL TRAVEL EXPENSE IN RESPONSE TO FEE COMMITTEE OBJECTION THERETO. |

LEHMAN BROTHERS HOLDINGS INC.            September 29, 2011        PAGE    8
MATTER NUMBER: 30837.0002
INVOICE NO.: 774994


08/23/11  A. Elko              .40   CORRESPOND WITH R. GEE AND J. REED REGARDING
          Task:  4600                REVISED NARRATIVES FOR RESPONSE TO FEE
                                     COMMITTEE REPORT REGARDING SEVENTH INTERIM
                                     FEE APPLICATION (0.3); CONFER WITH D.
                                     ANDERSON REGARDING BILLING RATES AND
                                     DOCUMENTATION SUPPORTING RESPONSE TO FEE
                                     COMMITTEE REPORT WITH RESPECT THERETO (0.1).

08/24/11  A. Elko             3.60   DRAFT LETTER RESPONDING TO LEHMAN FEE COMMITTEE
          Task:  4600                REPORT OBJECTING TO SEVENTH INTERIM FEE
                                     APPLICATION (1.8); CORRESPOND WITH R. GEE AND
                                     J. REED REGARDING REVISIONS TO NARRATIVES
                                     (0.3); DRAFT ATTACHMENTS TO LETTER RESPONDING
                                     TO OBJECTIONS (1.5).

08/25/11  A. Elko             8.10   REVIEW NATIONAL SURVEY FROM INDEPENDENT
          Task:  4600                CONSULTANT REGARDING BILLING RATES (0.6);
                                     ANALYZE MCKENNA'S BILLING RATES WITH RESPECT
                                     THERETO (0.3); DRAFT CHARTS SUMMARIZING AND
                                     COMPARING MCKENNA'S BILLING RATES (0.8);
                                     REVIEW AND REVISE RESPONSE TO LEHMAN FEE
                                     COMMITTEE REPORT REGARDING SEVENTH INTERIM
                                     FEE APPLICATION, INCLUDING EXHIBITS ATTACHED
                                     THERETO (5.8); CORRESPOND WITH G. MARSH
                                     REGARDING REVISIONS TO RESPONSE (0.3);
                                     CORRESPOND WITH COUNSEL FOR FEE COMMITTEE
                                     REGARDING RESPONSE TO REPORT (0.1);
                                     CORRESPOND WITH G. MARSH, C. WEISS, C. GRAHAM
                                     AND M. KAUFMAN REGARDING RESPONSE TO REPORT
                                     (0.2).

08/26/11  A. Elko              .10   CORRESPOND WITH C. CHIN REGARDING REVISING
          Task:  4600                TASK CODES FOR JULY 2011 INVOICES.

4600  Firm's Own Billing/Fee Applications
      A. Elko                      56.90   375.00  $21,337.50
      A.F. Kaufman                   .90   475.00     $427.50
      C. Weiss                       .40   550.00     $220.00
      G. Walling                     .90   445.00     $400.50

         TOTAL 4600                59.10            $22,385.50

Billed Recap of Cost Detail [Invoice: 774994 Date: 09/29/2011]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/01/2011 | 4981 | ALISON ELKO | 101S | 443.00 | 0.15 | 66.45 | COPY CHARGES | 27062580 |
| 09/29/2011 | | Invoice=774994 | | 443.00 | 0.10 | 44.30 | | |
| | | | | | | | | |
| 08/02/2011 | 4981 | ALISON ELKO | 101S | 683.00 | 0.15 | 102.45 | COPY CHARGES | 27064596 |
| 09/29/2011 | | Invoice=774994 | | 683.00 | 0.10 | 68.30 | | |
| | | | | | | | | |
| 08/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.18 | 21.18 | DELIVERY SERVICE/MESSENGER | 27076682 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 21.18 | 21.18 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 08/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 24.35 | 24.35 | DELIVERY SERVICE/MESSENGER | 27076683 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 24.35 | 24.35 | RCVD:/RICHARD GITLIN, ESQ. | |
| | | | | | | | | |
| 08/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.18 | 21.18 | DELIVERY SERVICE/MESSENGER | 27076684 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 21.18 | 21.18 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | | | | | | | |
| 08/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27076685 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 08/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.18 | 21.18 | DELIVERY SERVICE/MESSENGER | 27076686 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 21.18 | 21.18 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 08/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.18 | 21.18 | DELIVERY SERVICE/MESSENGER | 27076687 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 21.18 | 21.18 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| 08/03/2011 | 0945 | KRISTIN C. ROHLING | 101S | 133.00 | 0.15 | 19.95 | COPY CHARGES | 27065762 |
| 09/29/2011 | | Invoice=774994 | | 133.00 | 0.10 | 13.30 | | |
| | | | | | | | | |
| 08/03/2011 | 4981 | ALISON ELKO | 101S | 112.00 | 0.15 | 16.80 | COPY CHARGES | 27065763 |
| 09/29/2011 | | Invoice=774994 | | 112.00 | 0.10 | 11.20 | | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 23.46 | 23.46 | DELIVERY SERVICE/MESSENGER | 27092594 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 23.46 | 23.46 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092595 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092596 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 22.31 | 22.31 | DELIVERY SERVICE/MESSENGER | 27092597 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 22.31 | 22.31 | RCVD:/RICHARD GITLIN, ESQ. | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.15 | 19.15 | DELIVERY SERVICE/MESSENGER | 27092598 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 19.15 | 19.15 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092599 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.15 | 19.15 | DELIVERY SERVICE/MESSENGER | 27092600 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 19.15 | 19.15 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.15 | 19.15 | DELIVERY SERVICE/MESSENGER | 27092601 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 19.15 | 19.15 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092602 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:LAMCO LLC/JOELLE HALPERIN, ESQ. | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092603 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092604 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 08/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092605 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| 08/05/2011 | 4981 | ALISON ELKO | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 27068451 |
| 09/29/2011 | | Invoice=774994 | | 2.00 | 0.10 | 0.20 | | |
| | | | | | | | | |
| 08/05/2011 | 0999 | MLA MLA | 124S | 4.00 | 3.00 | 12.00 | OTHER  -  INVOICE DATE 08/05/11  CD/DVD | 27074923 |
| 09/29/2011 | | Invoice=774994 | | 4.00 | 3.00 | 12.00 | | |
| | | | | | | | | |
| 08/05/2011 | 0999 | MLA MLA | 124S | 4.00 | 3.00 | 12.00 | OTHER  -  INVOICE DATE 08/05/11  CD/DVD | 27074924 |
| 09/29/2011 | | Invoice=774994 | | 4.00 | 3.00 | 12.00 | | |
| | | | | | | | | |
| 08/05/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.22 | 12.22 | DELIVERY SERVICE/MESSENGER | 27092592 |

Billed Recap of Cost Detail [Invoice: 774994 Date: 09/29/2011]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.22 | 12.22 | RCVD:BROWNGREER PLC/LEAH BARBOUR | |
| | | | | | | | | |
| 08/05/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092593 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:GODFREY & KAHN, S.C./BRADY C. WILLIAMSON, | |
| | | | | | | | | |
| 08/05/2011 | 0999 | MLA MLA | 107S | 1.00 | 16.04 | 16.04 | DELIVERY SERVICE/MESSENGER | 27092606 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 16.04 | 16.04 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 08/05/2011 | 0999 | MLA MLA | 107S | 1.00 | 13.94 | 13.94 | DELIVERY SERVICE/MESSENGER | 27092607 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 13.94 | 13.94 | RCVD:OFFICE OF U.S. TRUSTEE/ELISABETTA G. | |
| | | | | | | | | |
| 08/15/2011 | 4981 | ALISON ELKO | 101S | 39.00 | 0.15 | 5.85 | COPY CHARGES | 27076175 |
| 09/29/2011 | | Invoice=774994 | | 39.00 | 0.10 | 3.90 | | |
| | | | | | | | | |
| 08/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 23.46 | 23.46 | DELIVERY SERVICE/MESSENGER | 27092608 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 23.46 | 23.46 | RCVD:UNITED STATES BANKRUPTCY COURT/VITO GENNA, | |
| | | | | | | | | |
| 08/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092609 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 08/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.18 | 21.18 | DELIVERY SERVICE/MESSENGER | 27092610 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 21.18 | 21.18 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 08/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.18 | 21.18 | DELIVERY SERVICE/MESSENGER | 27092611 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 21.18 | 21.18 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 08/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 16.04 | 16.04 | DELIVERY SERVICE/MESSENGER | 27092612 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 16.04 | 16.04 | RCVD:/RICHARD GITLIN, ESQ. | |
| | | | | | | | | |
| 08/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.88 | 12.88 | DELIVERY SERVICE/MESSENGER | 27092613 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 12.88 | 12.88 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | | | | | | | |
| 08/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.18 | 21.18 | DELIVERY SERVICE/MESSENGER | 27092614 |
| 09/29/2011 | | Invoice=774994 | | 1.00 | 21.18 | 21.18 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| 08/19/2011 | 4981 | ALISON ELKO | 101S | 13.00 | 0.15 | 1.95 | COPY CHARGES | 27085600 |
| 09/29/2011 | | Invoice=774994 | | 13.00 | 0.10 | 1.30 | | |
| | | | | | | | | |
| 08/25/2011 | 4962 | JENNY VARGAS | 101S | 36.00 | 0.15 | 5.40 | COPY CHARGES | 27090753 |
| 09/29/2011 | | Invoice=774994 | | 36.00 | 0.10 | 3.60 | | |
| | | | | | | | | |
| 08/25/2011 | 4981 | ALISON ELKO | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 27090754 |
| 09/29/2011 | | Invoice=774994 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 742.96 | 40 records | |
| | | BILLED TOTALS:    BILL: | | | | 669.71 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 742.96 | 40 records | |
| | | GRAND TOTAL:    BILL: | | | | 669.71 | | |

**Supplemental Information Sheet**
**August 2011**

**Expenses for Bankruptcy Employment Matter (30837.0002)**
**Timekeeper: A. Elko**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 8/5/11 | $12.00 | Other – Invoice Date 08/05/11 CD/DVD | 4 CDs for electronic copies of February through May 2011 Monthly Statements and invoices | Attached |
| 8/5/11 | $12.00 | Other – Invoice Date 08/05/11 CD/DVD | 4 CDs for electronic copies of June 2011 Monthly statementS and invoices | Attached |

# McKenna Long
## &Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 774995
Matter No.: 30837.0003               Invoice Date: September 29, 2011
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through August 31, 2011
    RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 5.30 | 785.00 | 4,160.50 |
| A.F. Kaufman | 5.50 | 475.00 | 2,612.50 |
| J. Kuhn | 0.20 | 425.00 | 85.00 |
| R. Tingey | 0.20 | 410.00 | 82.00 |
| Total | 11.20 | | 6,940.00 |

TOTAL FEES:                                  $  6,940.00

CHARGES:

    LITIGATION SUPPORT VENDORS          4,309.40

TOTAL CHARGES:                               $  4,309.40

T O T A L   T H I S   S T A T E M E N T:     $ 11,249.40

LEHMAN BROTHERS HOLDINGS INC.                September 29, 2011        PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 774995


DESCRIPTION OF SERVICES


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 08/02/11 | C.F. Graham<br>Task: 4000 | .30 | E-MAIL EXCHANGE WITH J. CHORMANSKI REGARDING SETTLEMENT PROPOSAL OPTIONS. |
| 08/03/11 | C.F. Graham<br>Task: 4000 | .40 | READ J. CHORMANSKI E-MAIL REGARDING SETTLEMENT COUNTERPROPOSAL(0.1); FORMULATE DRAFT RESPONSE TO DEFENDANTS(0.3). |
| 08/04/11 | C.F. Graham<br>Task: 4000 | 1.30 | WORK ON SETTLEMENT COUNTER-PROPOSAL LETTER TO R. KAUFMAN (0.4);  CONFER WITH A. KAUFMAN REGARDING SCHEDULING CONFERENCE (0.2); CONFERENCE CALL WITH E. SHERMAN AND R. KAUFMAN REGARDING PLAINTIFF'S COUNTER-OFFER (0.3); E-MAIL REPORT TO J. CHORMANSKI (0.2); READ ERIC SHERMAN E-MAIL REGARDING CALL WITH MAGISTRATE ELLIS (0.1);  CONFER WITH A. KAUFMAN REGARDING RESPONDING TO SHERMAN E-MAIL(0.1). |
| 08/04/11 | A.F. Kaufman<br>Task: 4000 | 2.10 | DRAFT LETTER CONTAINING SETTLEMENT COUNTER-PROPOSAL (1.2); REVISE, FINALIZE AND SEND SAME (0.5); TELEPHONE CALL WITH OPPOSING COUNSEL REGARDING SAME (0.4). |
| 08/04/11 | R. Tingey<br>Task: 4000 | .20 | REVIEW SETTLEMENT COUNTER OFFER. |
| 08/04/11 | J. Kuhn<br>Task: 4000 | .20 | RECEIPT AND REVIEW OF SETTLEMENT COUNTER-PROPOSAL FROM LEHMAN. |
| 08/12/11 | C.F. Graham<br>Task: 4000 | .20 | RETRIEVE VOICEMAIL FROM R. KAUFMAN REGARDING SETTLEMENT. |
| 08/15/11 | C.F. Graham<br>Task: 4000 | 1.40 | READ E-MAIL FROM R. KAUFMAN REGARDING SETTLEMENT (0.2); CONFERENCE CALL WITH J. CHORMANSKI AND A. KAUFMAN REGARDING SETTLEMENT (0.4); 2 CALLS WITH R. KAUFMAN REGARDING SETTLEMENT PARAMETERS/ISSUES (0.6);  FOLLOW-UP CALL WITH A. KAUFMAN SUMMARIZING COLLATERAL SETTLEMENT ISSUES (0.2). |

LEHMAN BROTHERS HOLDINGS INC.              September 29, 2011        PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 774995


| | | | |
|---|---|---|---|
| 08/15/11 | A.F. Kaufman<br>Task:  4000 | .80 | TELEPHONE CONFERENCE WITH J. CHORMANSKI REGARDING SETTLEMENT DISCUSSIONS (0.4); DRAFT AND SEND E-MAIL TO J. CHORMANSKI AND J. NASTASI REGARDING SAME (0.1); CONFER WITH C. GRAHAM REGARDING SAME (0.3). |
| 08/16/11 | A.F. Kaufman<br>Task:  4000 | .20 | REVIEW REVISED SETTLEMENT OFFER (0.1); EXCHANGE E-MAILS RELATED TO SAME (0.1). |
| 08/17/11 | C.F. Graham<br>Task:  4000 | .40 | CONFER WITH A. KAUFMAN REGARDING SETTLEMENT AGREEMENT (0.2); READ SETTLEMENT OFFERS FROM DEFENDANTS (0.2). |
| 08/18/11 | C.F. Graham<br>Task:  4000 | .50 | CONFER WITH J. CHORMANSKI REGARDING SETTLEMENT COUNTER-PROPOSAL (0.2); CALL WITH R. KAUFMAN REGARDING COUNTER-PROPOSAL (0.3). |
| 08/22/11 | C.F. Graham<br>Task:  4000 | .30 | E-MAILS WITH J. CHORMANSKI AND J. NASTASI REGARDING SETTLEMENT PROPOSAL TO BE MADE TO DEFENDENTS. |
| 08/23/11 | C.F. Graham<br>Task:  4000 | .50 | SETTLEMENT CALL WITH R. KAUFMAN REGARDING COUNTER-PROPOSAL. |
| 08/23/11 | A.F. Kaufman<br>Task:  4000 | .20 | CONFER WITH C. GRAHAM REGARDING SETTLEMENT OFFER (0.1); DRAFT AND SEND E-MAIL TO J. CHORMANSKI AND J. NASTASI REGARDING SAME (0.1). |
| 08/31/11 | A.F. Kaufman<br>Task:  4000 | 2.20 | DRAFT SETTLEMENT AGREEMENT, CONFESSION OF JUDGMENT AND STIPULATION OF DISMISSAL. |

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| A.F. Kaufman | 5.50 | 475.00 | $2,612.50 |
| C.F. Graham | 5.30 | 785.00 | $4,160.50 |
| J. Kuhn | .20 | 425.00 | $85.00 |
| R. Tingey | .20 | 410.00 | $82.00 |
| TOTAL 4000 | 11.20 | | $6,940.00 |

Billed Receipt of Cost Detail - [Invoice 774995 Date: 09/29/2011]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/22/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 522.83 | 522.83 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123854 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 522.83 | 522.83 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849191 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 02/09/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 225.00 | 225.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123856 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 225.00 | 225.00 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849190 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 02/17/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 65.33 | 65.33 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123859 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 65.33 | 65.33 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849148 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 02/22/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 75.00 | 75.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123864 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 75.00 | 75.00 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849174 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 02/25/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 606.49 | 606.49 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123866 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 606.49 | 606.49 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849146 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 02/25/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 1,470.24 | 1,470.24 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123869 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 1,470.24 | 1,470.24 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849147 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 03/18/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 983.20 | 983.20 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123872 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 983.20 | 983.20 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849145 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 03/31/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 37.50 | 37.50 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123875 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 37.50 | 37.50 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849144 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 06/22/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 136.31 | 136.31 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123878 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 136.31 | 136.31 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849142 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 06/22/2011 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 187.50 | 187.50 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 27123882 |
| 09/29/2011 | | Invoice=774995 | | 1.00 | 187.50 | 187.50 | TECHNOLOGIES INC. ***** LITIGATION SUPPORT | |
| | | Voucher=1849143 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 4,309.40 | 10 records | |
| | | BILLED TOTALS:    BILL: | | | | 4,309.40 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 4,309.40 | 10 records | |
| | | GRAND TOTAL:    BILL: | | | | 4,309.40 | | |

## Supplemental Information Sheet
### August 2011

**Expenses for AZ 72 LLC (30837.0003)**

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 12/22/10 | $522.83 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 561393 - litigation support for supplemental document production. See invoice for more detail. | Attached |
| 2/9/11 | $225.00 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 570689 - Processing Services. See invoice for more detail. | Attached |
| 2/17/11 | $65.33 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 572298 – EDD Media Services. See invoice for more detail. | Attached |
| 2/22/11 | $75.00 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 571799 - Processing Services. See invoice for more detail. | Attached |
| 2/25/11 | $606.49 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 573376 - Processing Services. See invoice for more detail. | Attached |
| 2/25/11 | $1,470.24 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 573371 - Processing Services. See invoice for more detail. | Attached |
| 3/18/11 | $983.20 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 576446 - Processing Services. See invoice for more detail. | Attached |

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 3/31/11 | $37.50 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 580565 - Processing Services. See invoice for more detail. | Attached |
| 6/22/11 | $136.31 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 593186 - Processing Services. See invoice for more detail. | Attached |
| 6/22/11 | $187.50 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 593185 - Processing Services. See invoice for more detail. | Attached |



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 561393

Invoice Date: 12/22/10

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| Customer ID | 24938 | | Job No. | 79751 |
| Terms | Net 15 Days | | ESI Project No. | |
| SalesPerson | NYC JRM | | Client / Matter No. | 30837.0003 |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 2,385 | C Work - Medium Litigation | 0.12 | 286.20 |
| 356 | Tabs | 0.35 | 124.60 |
| 4 | Card Stock Covers | 0.50 | 2.00 |
| 4 | 3" Ring Binders | 10.00 | 40.00 |
| 2,741 | Paper Modifier(Velo,GBC, etc.) | 0.01 | 27.41 |

RECEIVED
SEP 28 2011

1 Box/4x

Date Ordered 12/6/10

30837.0003

X

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| Subtotal: | 480.21 |
| Total Sales Tax: | 42.62 |
| Total: | 522.83 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272



## DTI Skyline

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  570689

Invoice Date:  02/09/11

**Bill To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

**Ship To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| Customer ID | 24938 |
|---|---|
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

| Job No. | M64595 |
|---|---|
| ESI Project No. | |
| Client / Matter No. | 30837.0003 |

RECEIVED
SEP 28 2011

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1.5 | **Processing - Local**<br>Litigation Support | 150.00 | 225.00 |
| | Volume: M62163014, M62163015 & M64308A001<br>Lit support charge is for converting native<br>files to tiff & ftp uploads.<br>E-Mail from Jan 2/3 12:45pm<br>Emails from Robert 2/3 3:53 pm & 7:19pm<br>3 e-mails | | |
| | Date Ordered 2/3/11 | | |

30837 . 0003

X

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 225.00 |
| Total Sales Tax: | 0.00 |
| Total: | 225.00 |

Accepted By: _____

**Remit To:**  DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

**DTI**

**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 572298

Invoice Date: 02/17/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | | |
|---|---|---|
| Customer ID | 24938 | |
| Terms | Net 15 Days | |
| SalesPerson | NYC JRM | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | |
|---|---|
| Job No. | M64813 |
| ESI Project No. | |
| Client / Matter No. | 30837.0003 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 3 | EDD Media - Local<br>CD Copy | 20.00 | 60.00 |
| | Vol: M59567C007<br>LHN-AZ0025867 - LHN-AZ0036236 | | |
| | Date Ordered: 2.15.11 | | |

RECEIVED
SEP 28 2011

30837.0003

X

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 60.00 |
| Total Sales Tax: | 5.33 |
| Total: | 65.33 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 571799

Invoice Date: 02/22/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | | | | |
|---|---|---|---|---|
| Customer ID | 24938 | Job No. | M64752 | |
| Terms | Net 15 Days | ESI Project No. | | |
| SalesPerson | NYC JRM | Client / Matter No. | 30837.0003 | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 0.5 | Processing - Local Litigation Support | 150.00 | 75.00 |
| | Vol: M62163016 -E-LHM docs | | |
| | Date Ordered: 2.11.11 | | |

RECEIVED SEP 28 2011

30837.0003

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 75.00 |
| Total Sales Tax: | 0.00 |
| Total: | 75.00 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  573376

Invoice Date:  02/25/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | | | | |
|---|---|---|---|---|
| Customer ID | 24938 | Job No. | M64885 | |
| Terms | Net 15 Days | ESI Project No. | | |
| SalesPerson | NYC JRM | Client / Matter No. | 30837.0003 | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 17,313 | IMG - OCR | 0.03 | 519.39 |
| 4 | IMG - CD Copy | 20.00 | 80.00 |

Vol: M59567C007 & M59567C008
LHN-AZ0025867 - LHN-AZ0043179

Date Ordered: 2.18.11

RECEIVED
SEP 28 2011

X

30837.0003

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 599.39 |
| Total Sales Tax: | 7.10 |
| Total: | 606.49 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA  31193-4272



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 573371

Invoice Date: 02/25/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | M64769 |
| ESI Project No. | |
| Client / Matter No. | 30837.0003 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 7 | Litigation Support | | |
| 3 | Electronic File Transfer (FTP, E-Mail, etc...) | 150.00 | 1,050.00 |
| 18,012 | Burn Endorsement | 20.00 | 60.00 |
| | | 0.02 | 360.24 |

Vol: M59567C007 - M59567C009
LHN-AZ0025867 - LHN-AZ0043878

Litigation support to:
-import redacted TIFFs overwriting existing images
-extract pages to produce for redacted documents
acording to client list
-remove Non-responsive pages and replace w/"
Non-Responsive" slipsheets
-remove privilege pages and replace w/"Privilege"
slipsheets
Transferred to page 2...................................

RECEIVED
SEP 2 8 2011

1,470.24

30837 · 0003

X

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Transferred from page 1............................. | | 1,470.24 |
| | -tag docs CONFIDENTIAL and HIGHLY CONFIDENTIAL according clients list | | |
| | Date Ordered: 2.11.11 | | |

**Thank you for choosing DTI Skyline**
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| Subtotal: | | 1,470.24 |
| Total Sales Tax: | | 0.00 |
| Total: | | 1,470.24 |

Accepted By: _____

Remit To: DTI Skyline
PO Box 934272
Atlanta. GA  31193-4272



**DTI Skyline**

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 576446

Invoice Date: 03/18/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| Customer ID | 24938 | | Job No. | M65005 |
|---|---|---|---|---|
| Terms | Net 15 Days | | ESI Project No. | |
| SalesPerson | NYC JRM | | Client / Matter No. | 30837.0003 |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 4 | Litigation Support | 150.00 | 600.00 |
| 7,264 | IMG - Endorsing | 0.02 | 145.28 |
| 7,264 | IMG - OCR | 0.03 | 217.92 |
| | **Processing - Local** | | |
| 1 | Electronic File Transfer (FTP, E-Mail, etc...) | 20.00 | 20.00 |

RECEIVED
SEP 2 8 2011

Volumes: M59567C010
LHN-AZ0043879-LHN-AZ0051142
Lit support to:
-import redacted TIFFs overwiting existing images
-extract pages to produce for redacted docs
according to client list
-remove non-responsive pages and replace w/
"Non-responsive" slipsheets
-tags docs confidential according to clients list
Transferred to page 2.................................

983.20

30837.0003

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Transferred from page 1............................... | | 983.20 |
| | 1 E-Mail | | |
| | Date Ordered 3/8/11 | | |

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| Subtotal: | | 983.20 |
| Total Sales Tax: | | 0.00 |
| Total: | | 983.20 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA  31193-4272


**DTI**

**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone: 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

**INVOICE**

Invoice Number: 580565

Invoice Date: 03/31/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | | | |
|---|---|---|---|
| Customer ID | 24938 | Job No. | M65376 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | NYC JRM | Client / Matter No. | 30837.0003 |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 0.25 | Processing - Local<br>Litigation Support | 150.00 | 37.50 |
| | LHN-AZ0051143-LHN-AZ00511481 E-Mail | | |
| | Date Ordered 3/17/11 | | |

RECEIVED
SEP 28 2011

30837.000 3

X

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| | Subtotal: | 37.50 |
| | Total Sales Tax: | 0.00 |
| | Total: | 37.50 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

 **DTI**

## DTI Skyline
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  593186

Invoice Date:  06/22/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

Customer ID    24938
Terms          Net 15 Days
SalesPerson    NYC JRM
SalesPerson 2
Cust. P.O.

Job No.            M66899
ESI Project No.
Client / Matter No.   30837.0003

*RECEIVED*
*SEP 2 8 2011*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,252 | Blowback Tiff Files B/W (Straight) | 0.10 | 125.20 |
|  | Selected DOCIDs from AZ 72 Case |  |  |
|  | Date Ordered: 6.13.11 |  |  |

*30837. 0003 -*

*\* Tiffing project per A. Kaufman in connection w/ possible production of Cushman & Wakefield documents*

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 125.20 |
| Total Sales Tax: | 11.11 |
| Total: | 136.31 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

 **DTI**

**DTI Skyline**

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 593185

Invoice Date: 06/22/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | | | |
|---|---|---|---|
| Customer ID | 24938 | Job No. | M66865 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | NYC JRM | Client / Matter No. | 30837.0003 |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1.25 | **Processing - Local** Litigation Support | 150.00 | 187.50 |
| | Selected DOCIDs from AZ 72 Case (endorsed & unendorsed) | | |
| | Date Ordered: 6.10.11 | | |

*RECEIVED SEP 28 2011*

30837. 0003

*+ Tech time in connection
w. the blowback of
Cushman & Wakefield
documents*

X

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 187.50 |
| Total Sales Tax: | 0.00 |
| Total: | 187.50 |

Accepted By. _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | | |
|---|---|---|
| Albany | | New York |
| Atlanta | | Philadelphia |
| Brussels | | San Diego |
| Denver | | San Francisco |
| Los Angeles | | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 774996
Matter No.: 30837.0005              Invoice Date: September 22, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2011
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Walling | 1.50 | 445.00 | 667.50 |
| Total | 1.50 | | 667.50 |

TOTAL FEES:                                      $    667.50

CHARGES:

    DELIVERY SERVICE/MESSENGER            8.20

TOTAL CHARGES:                                   $      8.20

T O T A L   T H I S   S T A T E M E N T:         $    675.70

LEHMAN BROTHERS HOLDINGS INC.     September 22, 2011     PAGE   2
MATTER NUMBER: 30837.0005
INVOICE NO.: 774996

## DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 08/02/11 | G. Walling<br>Task: 2300 | .50 | COMMUNICATIONS WITH M. MARTINEZ AND K. DONAHOE REGARDING CT CORP.'S STATUS AS FORMER REGISTERED AGENT FOR OCTOPUS ENTITIES (0.2); COMMUNICATIONS WITH M. BRINKMAN REGARDING SAME (0.2); MADE RELATED REVIEW OF PRIOR COMMUNICATIONS WITH K. DONAHOE AND M. BRINKMAN REGARDING SAME MATTER (0.1). |
| 08/03/11 | G. Walling<br>Task: 2300 | .20 | COMMUNICATIONS WITH M. MARTINEZ, S. STIGLIANO REGARDING LACK OF NEED FOR CT CORP. TO SERVE AS REGISTERED AGENT FOR OCTOPUS PROPERTY LLC IN NEW YORK. |
| 08/04/11 | G. Walling<br>Task: 2300 | .50 | REVIEW CORRESPONDENCE WITH COMMERCIAL TITLE GROUP AND M. MARTINEZ REGARDING TRUST ASSIGNMENT OF LOAN DOCUMENTS TO LEHMAN BROTHERS HOLDINGS INC. INCIDENT TO PAY OFF OF NOTE A AND RECORDATION STATUS OF SAME (0.3); COMMUNICATIONS WITH M. MARTINEZ REGARDING VERIFICATION OF RECORDATION OF RECORDABLE LOAN ASSIGNMENT DOCUMENTS AND DELIVERY OF NONRECORDABLE LOAN DOCUMENTS ASSIGNMENT TO TRIMONT (0.2). |
| 08/08/11 | G. Walling<br>Task: 2300 | .10 | COMMUNICATIONS WITH M. MARTINEZ REGARDING RECORDATION OF LOAN ASSIGNMENT DOCUMENTS FROM TRUST IN FAVOR OF LEHMAN AFFILIATE FOLLOWING PAY OFF OF SECURITIZED NOTE A. |
| 08/29/11 | G. Walling<br>Task: 2300 | .20 | COMMUNICATIONS WITH M. MARTINEZ REGARDING PAYOFF OF MORTGAGE LOAN AND PREPARATION OF RELEASE OF DEED OF TRUST AND RELATED LOAN DOCUMENTS. |

2300  Real Estate Matters
   G. Walling               1.50    445.00    $667.50

      TOTAL 2300         1.50          $667.50

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 08/04/2011 | 0999 | MLA MLA | 107S | 1.00 | 8.20 | 8.20 | DELIVERY SERVICE/MESSENGER | 27092615 |
| 09/22/2011 | | Invoice=774996 | | 1.00 | 8.20 | 8.20 | RCVD:TRIMONT REAL ESTATE ADVISORS,MARIO | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 8.20 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 8.20 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 8.20 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 8.20 | | |

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 774997
Matter No.: 04406.0222               Invoice Date: September 29, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2011
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C. Weiss | 0.60 | 550.00 | 330.00 |
| G. Walling | 0.30 | 445.00 | 133.50 |
| Total | 0.90 | | 463.50 |

TOTAL FEES:                                 $    463.50

T O T A L   T H I S   S T A T E M E N T:    $    463.50

LEHMAN BROTHERS HOLDINGS INC.          September 29, 2011          PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 774997


DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 08/22/11 | C. Weiss<br>Task: 2300 | .30 | REVIEW EMAIL AND LETTERS FROM J. MCVEY REGARDING COMMUNICATIONS WITH FBI CONCERNING N. BONANNO. |
| 08/23/11 | C. Weiss<br>Task: 2300 | .30 | REVIEW PRIOR EMAILS AND LETTERS REGARDING APS EASEMENT PROCEEDS THEFT IN CONNECTION WITH BONANNO INVESTIGATION. |
| 08/23/11 | G. Walling<br>Task: 2300 | .30 | COMMUNICATIONS FROM J. MCVEY REGARDING FBI INQUIRY CONCERNING N. BONANNO/APS FRAUD (0.1); WORKED WITH C. WEISS REGARDING SAME (0.1); MADE RELATED REVIEW OF FILE TO IDENTIFY CONTACT PERSONS AT APS (0.1). |

2300   Real Estate Matters

| | | | |
|---|---|---|---|
| C. Weiss | .60 | 550.00 | $330.00 |
| G. Walling | .30 | 445.00 | $133.50 |
| TOTAL 2300 | .90 | | $463.50 |

# EXHIBIT E-4

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for September 1, 2011 through September 30, 2011**

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

| | |
|---|---|
| Client No.: 30837 | Invoice No. 780340 |
| Matter No.: 30837.0001 | Invoice Date: October 31, 2011 |

===============================================================

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2011
RE: KONTRABECKI NY BANKRUPTCY ACTION

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| S. Chandler | 1.30 | 435.00 | 565.50 |
| Total | 1.30 | | 565.50 |

| | | |
|---|---|---|
| TOTAL FEES: | $ | 565.50 |
| CHARGES: | | |
| PACER SEARCHES | 0.24 | |
| TOTAL CHARGES: | $ | .24 |
| T O T A L   T H I S   S T A T E M E N T: | $ | 565.74 |

LEHMAN BROTHERS HOLDINGS INC.            October 31, 2011          PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 780340


DESCRIPTION OF SERVICES


09/01/11   S. Chandler          .40   CONFER WITH M.KAUFMAN REGARDING DISPOSITION OF
           Task:  4000                LITIGATION AND RELATED ISSUES AND REGARDING
                                      DISCOVERY DATABASE (0.2); CORRESPONDENCE WITH
                                      APPLIED DISCOVERY REGARDING STATUS OF
                                      MAINTENANCE OF DISCOVERY MATERIALS AND CONSIDER
                                      DISPOSITION OF SAME IN LIGHT OF CASE STATUS
                                      (0.2).

09/08/11   S. Chandler          .20   MESSAGE TO P.BENVENUTTUI PERTAINING TO
           Task:  4000                DISCONTINUANCE OF DISCOVERY DATABASE AND
                                      ANALYSIS RELATED THERETO.

09/27/11   S. Chandler          .70   CORRESPONDENCE WITH P.BENVENUTTI REGARDING
           Task:  4000                MAINTENANCE OF DISCOVERY DATABASE (0.3); REVIEW
                                      INFORMATION PERTAINING TO SAME (0.3).

4000  Non-Bankruptcy Litigation
      S. Chandler                     1.30   435.00    $565.50

         TOTAL 4000                   1.30            $565.50

Billed Recap Of Cost Detail [Invoice: 780340 Date: 10/31/2011]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/01/2011 | 0748 | SHARON L. BROOKS | 411S | 1.00 | 0.24 | 0.24 | PACER SEARCHES | 27121998 |
| 10/31/2011 | | Invoice=780340 | | 1.00 | 0.24 | 0.24 | | |
| | | | | | | | | |
| 09/27/2011 | 0999 | MLA MLA | 105S | 1.00 | 6.17 | 6.17 | LONG DISTANCE TELEPHONE 13:18 1-415-875-5826 | 27119860 |
| 10/31/2011 | | Invoice=780340 | | 0.00 | 0.00 | 0.00 | 78517 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 6.41 | 2 records | |
| | | BILLED TOTALS:    BILL: | | | | 0.24 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 6.41 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 0.24 | | |

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                     Invoice No. 780341
Matter No.: 30837.0002                Invoice Date: October 31, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2011
RE: BANKRUPTCY EMPLOYMENT MATTERS

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C.F. Graham | 0.30 | 785.00 | 235.50 |
| G. Walling | 0.30 | 445.00 | 133.50 |
| A. Elko | 9.40 | 375.00 | 3,525.00 |
| Total | 10.00 | | 3,894.00 |

TOTAL FEES:                                    $  3,894.00

CHARGES:

    COPY CHARGES                         31.50
    DELIVERY SERVICE/MESSENGER          150.79
    OTHER                                12.00

TOTAL CHARGES:                                 $    194.29

T O T A L   T H I S   S T A T E M E N T:        $  4,088.29

LEHMAN BROTHERS HOLDINGS INC.          October 31, 2011          PAGE   2
MATTER NUMBER: 30837.0002
INVOICE NO.: 780341

DESCRIPTION OF SERVICES

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/11 | A. Elko<br>Task:  4600 | .20 | CORRESPOND WITH P. WHEELER, COUNSEL TO FEE COMMITTEE, REGARDING RESPONSE TO FEE COMMITTEE'S REPORT REGARDING SEVENTH INTERIM FEE APPLICATION AND EXTENSION OF NEGOTIATION PERIOD. |
| 09/02/11 | A. Elko<br>Task:  4600 | 2.30 | REVIEW AND REVISE JULY 2011 INVOICES TO COMPORT WITH FEE COMMITTEE PROTOCOL (0.8); CORRESPOND WITH C. CHIN WITH RESPECT THERETO (0.2); DRAFT JULY 2011 MONTHLY STATEMENT, INCLUDING SUMMARIES OF FEES AND EXPENSES(1.2); VOICE MAIL MESSAGE FOR P. WHEELER, COUNSEL FOR FEE COMMITTEE, REGARDING RESPONSE TO COMMITTEE REPORT REGARDING SEVENTH INTERIM FEE APPLICATION (0.1). |
| 09/09/11 | A. Elko<br>Task:  4600 | .80 | REVIEW AND REVISE JULY 2011 MONTHLY STATEMENT TO COMPORT WITH FEE COMMITTEE GUIDELINES (0.7); CORRESPOND WITH L. GREEN REGARDING CONVERSION OF JULY 2011 INVOICES TO ELECTRONIC FORMAT PURSUANT TO FEE COMMITTEE PROTOCOL (0.1). |
| 09/12/11 | C.F. Graham<br>Task:  4600 | .30 | REVIEW SUMMARY OF CASE FOR NEW OCTOBER 2011 BUDGET. |
| 09/13/11 | A. Elko<br>Task:  4600 | 1.60 | CORRESPOND WITH L. GREEN WITH RESPECT TO JULY 2011 INVOICES CONVERTED TO EXCEL FORMAT (0.1); REVIEW AND ANALYZE JULY 2011 INVOICES CONVERTED TO EXCEL FORMAT (0.2); CORRESPOND WITH L. BARBOUR, BROWN GREER, WITH RESPECT THERETO (0.1); CORRESPOND WITH LEHMAN, BROWN GREER, DEBTOR'S COUNSEL AND U.S. TRUSTEE REGARDING JULY 2011 MONTHLY STATEMENT AND INVOICES CONVERTED TO ELECTRONIC FORMAT (0.3); DRAFT OCTOBER 2011 BUDGET (0.5); CONFER WITH G. MARSH, M. KAUFMAN, C. WEISS, C. GRAHAM, A. KAUFMAN AND G. WALLING WITH RESPECT THERETO (0.4). |

LEHMAN BROTHERS HOLDINGS INC.                October 31, 2011          PAGE   3
MATTER NUMBER: 30837.0002
INVOICE NO.: 780341


09/15/11   G. Walling          .30   REVIEW PROPOSED OCTOBER BUDGET FOR
           Task:  4600                RIVERBEND/WALKER SQUARE (0.1); WORK WITH A.
                                      ELKO REGARDING SAME (0.2).

09/15/11   A. Elko             .10   CORRESPOND WITH G. WALLING REGARDING AZ 72
           Task:  4600                LLC BUDGET FOR OCTOBER 2011.

09/16/11   A. Elko             .70   CORRESPOND WITH A. KAUFMAN REGARDING AZ 72 LLC
           Task:  4600                BUDGET FOR OCTOBER 2011 (0.2); REVIEW AND
                                      REVISE BUDGET FOR OCTOBER 2011 (0.2);
                                      CORRESPOND WITH P. WHEELER AND M. SANTA MARIA,
                                      COUNSEL TO FEE COMMITTEE, REGARDING BUDGET
                                      (0.1); CORRESPOND WITH J. HALPERIN, J. SUCKOW,
                                      C. ARTHUR AND J. CHORMANSKI, LEHMAN, REGARDING
                                      BUDGET (0.1); LEAVE VOICE MAIL MESSAGE FOR P.
                                      WHEELER, COUNSEL TO FEE COMMITTEE, REGARDING
                                      RESOLUTION OF FEE COMMITTEE OBJECTION TO
                                      SEVENTH INTERIM FEE APPLICATION (0.1).

09/19/11   A. Elko             .60   REVIEW MEMO FROM FEE COMMITTEE REGARDING
           Task:  4600                BILLING RATE INCREASES (0.3); CORRESPOND WITH
                                      G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS AND
                                      C. GRAHAM WITH RESPECT THERETO (0.3).

09/21/11   A. Elko            1.10   REVIEW AND REVISE AUGUST 2011 PRO FORMAS FOR
           Task:  4600                COMPLIANCE WITH FEE COMMITTEE GUIDELINES (0.8);
                                      CORRESPOND WITH C. CHIN WITH RESPECT THERETO
                                      (0.1); CORRESPOND WITH C. CHIN WITH RESPECT TO
                                      INFORMATION TO BE SUBMITTED TO FEE COMMITTEE IN
                                      SUPPORT OF AUGUST 2011 EXPENSES (0.2).

09/22/11   A. Elko             .60   REVIEW AND REVISE LEHMAN DRAFT INVOICES FOR
           Task:  4600                AUGUST 2011 TO COMPORT WITH FEE COMMITTEE
                                      PROTOCOL (0.3); CORRESPOND WITH A. KAUFMAN AND
                                      C. GRAHAM WITH RESPECT TO CONFIDENTIALITY
                                      ISSUES REGARDING AZ 72 LLC INVOICE (0.2);
                                      CORRESPOND WITH K. ROHLING REGARDING ADDITIONAL
                                      INFORMATION NEEDED FOR SUBMISSION TO FEE
                                      COMMITTEE REGARDING KONTRABECKI EXPENSE (0.1).

09/23/11   A. Elko             .90   CONFER WITH P. WHEELER, COUNSEL TO FEE
           Task:  4600                COMMITTEE, REGARDING STATUS OF RESOLUTION OF
                                      FEE COMMITTEE'S OBJECTION TO SEVENTH INTERIM
                                      FEE APPLICATION AND SUBMISSION OF INFORMATION
                                      RESPONDING TO HOURLY RATE INCREASE INQUIRY

LEHMAN BROTHERS HOLDINGS INC.          October 31, 2011          PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 780341

                                   (0.3); REVIEW AND EDIT AUGUST 2011 INVOICES IN
                                   COMPLIANCE WITH FEE COMMITTEE GUIDELINES (0.6).

09/29/11  A. Elko            .20   CORRESPOND WITH C. CHIN REGARDING SUPPORTING
          Task:  4600              DOCUMENTATION FOR LITIGATION SUPPORT VENDOR
                                   EXPENSES NEEDED FOR AUGUST 2011 MONTHLY
                                   STATEMENT TO COMPORT WITH FEE COMMITTEE
                                   GUIDELINES.

09/30/11  A. Elko            .30   REVIEW REVISED LEHMAN INVOICES FOR AUGUST 2011
          Task:  4600              AND ADDITIONAL INFORMATION REGARDING EXPENSES
                                   TO COMPLY WITH FEE COMMITTEE PROTOCOL (0.2);
                                   CORRESPOND WITH A. KAUFMAN REGARDING AZ 72 LLC
                                   AUGUST 2011 EXPENSES (0.1).

4600  Firm's Own Billing/Fee Applications
      A. Elko                      9.40    375.00   $3,525.00
      C.F. Graham                   .30    785.00     $235.50
      G. Walling                    .30    445.00     $133.50

         TOTAL 4600               10.00             $3,894.00

## <u>Supplemental Information Sheet</u>
### September 2011

**Expenses for Bankruptcy Employment Matter (30837.0002)**
**Timekeeper: A. Elko**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 8/5/11 | $12.00 | Other – Invoice Date 09/13/11 CD/DVD | 4 CDs for electronic copies of August 2011 Monthly Statement and invoices | Attached |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/02/2011 | 4981 | ALISON ELKO | 101S | 137.00 | 0.15 | 20.55 | COPY CHARGES | 27096363 |
| 10/31/2011 | | Invoice=780341 | | 137.00 | 0.10 | 13.70 | | |
| | | | | | | | | |
| 09/09/2011 | 4981 | ALISON ELKO | 101S | 59.00 | 0.15 | 8.85 | COPY CHARGES | 27099845 |
| 10/31/2011 | | Invoice=780341 | | 59.00 | 0.10 | 5.90 | | |
| | | | | | | | | |
| 09/09/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27120863 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 12.94 | 12.94 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 09/09/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27120864 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 12.94 | 12.94 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 09/09/2011 | 0999 | MLA MLA | 107S | 1.00 | 22.41 | 22.41 | DELIVERY SERVICE/MESSENGER | 27120865 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 22.41 | 22.41 | RCVD:RICHARD GITLIN, ESQ. | |
| | | | | | | | | |
| 09/09/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.23 | 19.23 | DELIVERY SERVICE/MESSENGER | 27120866 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 19.23 | 19.23 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | | | | | | | |
| 09/09/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27120867 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 12.94 | 12.94 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| 09/09/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.23 | 19.23 | DELIVERY SERVICE/MESSENGER | 27120868 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 19.23 | 19.23 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 09/13/2011 | 4981 | ALISON ELKO | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 27101377 |
| 10/31/2011 | | Invoice=780341 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| 09/13/2011 | 0999 | MLA MLA | 124S | 4.00 | 3.00 | 12.00 | OTHER  -  INVOICE DATE 09/13/11    CD/DVD | 27108402 |
| 10/31/2011 | | Invoice=780341 | | 4.00 | 3.00 | 12.00 | | |
| | | | | | | | | |
| 09/13/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27120869 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 12.94 | 12.94 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 09/13/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27120870 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 12.94 | 12.94 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | | | | | | | |
| 09/13/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.28 | 12.28 | DELIVERY SERVICE/MESSENGER | 27120871 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 12.28 | 12.28 | RCVD:BROWNGREER PLC/LEAH BARBOUR | |
| | | | | | | | | |
| 09/13/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27120872 |
| 10/31/2011 | | Invoice=780341 | | 1.00 | 12.94 | 12.94 | RCVD:OFFICE OF THE U.S. TRUSTEE/ELIZABETTA | |
| | | | | | | | | |
| 09/21/2011 | 4981 | ALISON ELKO | 101S | 74.00 | 0.15 | 11.10 | COPY CHARGES | 27111042 |
| 10/31/2011 | | Invoice=780341 | | 74.00 | 0.10 | 7.40 | | |
| | | | | | | | | |
| 09/23/2011 | 4981 | ALISON ELKO | 101S | 19.00 | 0.15 | 2.85 | COPY CHARGES | 27112896 |
| 10/31/2011 | | Invoice=780341 | | 19.00 | 0.10 | 1.90 | | |
| | | | | | | | | |
| 09/23/2011 | 4981 | ALISON ELKO | 101S | 22.00 | 0.15 | 3.30 | COPY CHARGES | 27112897 |
| 10/31/2011 | | Invoice=780341 | | 22.00 | 0.10 | 2.20 | | |
| | | | | | | | | |
| 09/23/2011 | 0999 | MLA MLA | 105S | 1.00 | 6.17 | 6.17 | LONG DISTANCE TELEPHONE 15:24 1-608-257-3911 | 27118126 |
| 10/31/2011 | | Invoice=780341 | | 0.00 | 0.00 | 0.00 | 74918 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 216.21 | 18 records | |
| | | BILLED TOTALS:    BILL: | | | | 194.29 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 216.21 | 18 records | |
| | | GRAND TOTAL:    BILL: | | | | 194.29 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                  Invoice No. 781113
Matter No.: 30837.0003             Invoice Date: October 31, 2011
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2011
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 5.20 | 785.00 | 4,082.00 |
| A.F. Kaufman | 2.80 | 475.00 | 1,330.00 |
| Total | 8.00 | | 5,412.00 |

TOTAL FEES:                                      $  5,412.00

CHARGES:

        LITIGATION SUPPORT VENDORS          600.00

TOTAL CHARGES:                                   $   600.00

T O T A L   T H I S   S T A T E M E N T:         $  6,012.00

LEHMAN BROTHERS HOLDINGS INC.                 October 31, 2011           PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 781113


DESCRIPTION OF SERVICES


09/01/11   A.F. Kaufman          .20    EXCHANGE E-MAILS WITH J. CHORMANSKI AND C.
           Task:  4000                  GRAHAM REGARDING SETTLEMENT.

09/06/11   C.F. Graham          1.40    REVIEW AND REVISE SETTLEMENT AGREEMENT(0.9);
           Task:  4000                  CONFER WITH A. KAUFMAN REGARDING SETTLEMENT
                                        AGREEMENT DETAILS(0.2);   CHECK ORIGINAL
                                        GUARANTY FOR SPOUSAL CONSENT REQUIREMENTS(0.3).

09/06/11   A.F. Kaufman          .80    EXCHANGE E-MAILS WITH OPPOSING COUNSEL
           Task:  4000                  REGARDING UPCOMING COURT CONFERENCE (0.2);
                                        PREPARE SETTLEMENT AGREEMENT (0.6).

09/07/11   C.F. Graham           .60    E-MAILS WITH R. KAUFMAN REGARDING COURT
           Task:  4000                  CONFERENCE (0.3); CONFER WITH A. KAUFMAN
                                        REGARDING COURT   CONFERENCE (0.1); READ LETTER
                                        DRAFTED BY A. KAUFMAN REGARDING ADJOURNING
                                        CONFERENCE (0.1); READ E-MAIL FROM J.
                                        CHORMANSKI REGARDING SETTLEMENT AGREEMENT(0.1).

09/07/11   A.F. Kaufman          .50    DRAFT, REVISE AND SEND LETTER TO COURT
           Task:  4000                  CANCELING CONFERENCE (0.4); TELEPHONE CALL WITH
                                        COURT REGARDING SAME (0.1).

09/08/11   A.F. Kaufman          .50    REVIEW AND REVISE SETTLEMENT AGREEMENT AS PER
           Task:  4000                  COMMENTS FROM LEHMAN.

09/12/11   C.F. Graham           .50    REVISE DRAFT  SETTLEMENT AGREEMENT (0.3);
           Task:  4000                  E-MAILS WITH J. CHORMANSKI REGARDING SETTLEMENT
                                        POINTS (0.2).

09/16/11   C.F. Graham           .30    CONFER WITH R. KAUFMAN REGARDING SETTLEMENT
           Task:  4000                  PROPOSALS.

09/20/11   C.F. Graham           .50    CONFERENCE CALL WITH R. KAUFMAN REGARDING
           Task:  4000                  CONFESSIONS OF JUDGMENTS.

09/21/11   C.F. Graham           .40    READ J. CHORMANSKI E-MAIL REGARDING SETTLEMENT
           Task:  4000                  (0.1); CONFER WITH A. KAUFMAN REGARDING
                                        SUGGESTED CHANGES TO AGREEMENTS (0.3).

LEHMAN BROTHERS HOLDINGS INC.               October 31, 2011           PAGE   3
MATTER NUMBER: 30837.0003
INVOICE NO.: 781113


| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 09/21/11 | A.F. Kaufman | Task: 4000 | .40 | REVIEW DEFENDANTS' COMMENTS TO SETTLEMENT AGREEMENT. |
| 09/22/11 | A.F. Kaufman | Task: 4000 | .40 | CONFER WITH C. GRAHAM REGARDING SETTLEMENT AGREEMENT. |
| 09/22/11 | C.F. Graham | Task: 4000 | .70 | WORK ON REVISING SETTLEMENT AGREEMENT. |
| 09/23/11 | C.F. Graham | Task: 4000 | .80 | MAKE REVISIONS TO SETTLEMENT AGREEMENT (0.6); CALL WITH R. KAUFMAN REGARDING CHANGES TO HIS REVISION TO SETTLEMENT AGREEMENT (0.2). |

4000  Non-Bankruptcy Litigation
      A.F. Kaufman                           2.80    475.00   $1,330.00
      C.F. Graham                            5.20    785.00   $4,082.00

         TOTAL 4000                          8.00             $5,412.00

## Supplemental Information Sheet
### September 2011

**Expenses for AZ 72 LLC (30837.0003)**

| Date(s) | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 3/18/2011 10/31/2011 | $75.00 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 568146 – Processing-Local; Litigation Support. See invoice for more detail. | Attached |
| 3/18/2011 10/31/2011 | $75.00 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 576448 – IMG-CD Master; CD Copy. See invoice for more detail. | Attached |
| 3/18/2011 10/31/2011 | $450.00 | Litigation Support Vendors - DOCUMENT TECHNOLOGIES INC. | DTI Skyline Invoice No. 576450 – Processing-Local; Litigation Support; IMG-CD Master; CD Copy. See invoice for more detail. | Attached |

Billed Recap Of Cost Detail   [Invoice: 781113 Date: 10/31/2011]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/27/2011 | 0999 | MLA MLA | 118Z | 1.00 | 75.00 | 75.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 27148963 |
| 10/31/2011 | | Invoice=781113 | | 1.00 | 75.00 | 75.00 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1852413 Unpaid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= 75.00 | |
| | | | | | | | | |
| 03/18/2011 | 0999 | MLA MLA | 118Z | 1.00 | 75.00 | 75.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 27148965 |
| 10/31/2011 | | Invoice=781113 | | 1.00 | 75.00 | 75.00 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1852414 Unpaid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= 75.00 | |
| | | | | | | | | |
| 03/18/2011 | 0999 | MLA MLA | 118Z | 1.00 | 450.00 | 450.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 27148966 |
| 10/31/2011 | | Invoice=781113 | | 1.00 | 450.00 | 450.00 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1852415 Unpaid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= 450.00 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 600.00 | 3 records | |
| | | BILLED TOTALS:    BILL: | | | | 600.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 600.00 | 3 records | |
| | | GRAND TOTAL:    BILL: | | | | 600.00 | | |



## DTI Skyline

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 568146

Invoice Date: 01/27/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Jan Reed

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | M64355 |
| ESI Project No. | |
| Client / Matter No. | 30837.0003 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 0.5 | **Processing - Local**<br>Litigation Support | 150.00 | 75.00 |

Vol: M62163011
- 2 B Tiffed JR - 01-24-11.txt

Date Ordered: 1.25.11

OCT 18 2011

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 75.00 |
| Total Sales Tax: | 0.00 |
| Total: | 75.00 |

Accepted By: _____

*Process per Lisa*

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272



# DTI Skyline

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 576448

Invoice Date: 03/18/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Jan Reed

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | | | | |
|---|---|---|---|---|
| Customer ID | 24938 | | Job No. | M65156 |
| Terms | Net 15 Days | | ESI Project No. | |
| SalesPerson | NYC JRM | | Client / Matter No. | 30837.0003 |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | IMG - CD Master | 35.00 | 35.00 |
| 2 | CD Copy | 20.00 | 40.00 |
| | M59567C009 | | |
| | LHN-AZ0043180-LHN-AZ0043878 | | |
| | 1 E-Mail | | |
| | Date Ordered 3/3/11 | | |

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 75.00 |
| Total Sales Tax: | 0.00 |
| Total: | 75.00 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272



**DTI Skyline**

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 576450

Invoice Date: 03/18/11

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Jan Reed

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | M65220 |
| ESI Project No. | |
| Client / Matter No. | 30837.0003 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 2 | Litigation Support | 150.00 | 300.00 |
| 2 | IMG - CD Master | 35.00 | 70.00 |
| 4 | CD Copy | 20.00 | 80.00 |
| | Lit support to make changes to volume | | |
| | 1 Request | | |
| | Date Ordered 3/8/11 | | |

RECEIVED
OCT 19 2011

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 450.00 |
| Total Sales Tax: | 0.00 |
| Total: | 450.00 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

```
                                    ATTORNEY-CLIENT PRIVILEGED
                                    TAX ID NO. 52-1237458


LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326



Client No.: 30837                   Invoice No. 780342
Matter No.: 30837.0005              Invoice Date: October 27, 2011
================================================================

      FOR PROFESSIONAL SERVICES RENDERED through September 30, 2011
      RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING
```

```
* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

                         Hours         Billed              Bill
Name                     Worked      Per Hour            Amount
----------------------   --------    ---------       -----------
G. Walling                 4.70        445.00          2,091.50
=====================    ========    =========       ===========
Total                      4.70                         2,091.50


TOTAL FEES:                                      $     2,091.50


T O T A L  T H I S  S T A T E M E N T:           $     2,091.50
```

LEHMAN BROTHERS HOLDINGS INC.          October 27, 2011          PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 780342


DESCRIPTION OF SERVICES


09/07/11  G. Walling          1.80   REVIEW VIRGINIA STATUTES REGARDING SATISFACTION
          Task:  2300                OF MORTGAGE LOAN DOCUMENTS (0.4); REVIEW LOAN
                                     DOCUMENT FILES RELATED TO LOAN ASSIGNMENTS TO
                                     CONFIRM RECORD OWNERSHIP OF RECORDED LOAN
                                     DOCUMENTS (0.6); COMMUNICATIONS WITH M.
                                     MARTINEZ REGARDING PREPARATION OF SATISFACTION
                                     INSTRUMENTS (0.2); COMMUNICATIONS WITH M.
                                     MARTINEZ, C. YORK AND R. MEHLMAN REGARDING
                                     REMAINING INVENTORY CONDO UNITS AND
                                     COORDINATION OF RELEASE OF RECORDED MORTGAGE
                                     LOAN DOCUMENTS (0.3); COMMUNICATIONS WITH B.
                                     BLITZ REGARDING RECORDING FEES FOR CERTIFICATES
                                     OF SATISFACTION AND ESTIMATED FEE OF COMMERCIAL
                                     TITLE GROUP TO COORDINATE RECORDATION OF
                                     CERTIFICATES OF SATISFACTION (0.3).

09/08/11  G. Walling          2.40   COMMUNICATIONS WITH B. BLITZ, H. PERLIN AND B.
          Task:  2300                HUBER REGARDING RECORDING FEES FOR CERTIFICATES
                                     OF SATISFACTION AND COMMERCIAL TITLE GROUP FEE
                                     FOR COORDINATION OF RECORDATION OF CERTIFICATES
                                     OF SATISFACTION (0.4); PREPARE CERTIFICATES OF
                                     SATISFACTION FOR MORTGAGE LOAN DOCUMENTS (1.3);
                                     MADE RELATED REVIEW OF LOAN DOCUMENTS FILES
                                     AND  OF UCC SEARCH FILES (0.4); COMMUNICATIONS
                                     WITH M. MARTINEZ REGARDING EXECUTION AND
                                     RECORDATION INSTRUCTIONS FOR CERTIFICATES OF
                                     SATISFACTION AND POSSIBLE NEED FOR FILING OF
                                     UCC TERMINATIONS AS TO ANY NON-LAPSED UCCS
                                     (0.3).

09/20/11  G. Walling           .10   COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300                LEHMAN EXECUTION OF RECORDABLE RELEASES OF
                                     RECORDED LOAN DOCUMENTS.

09/26/11  G. Walling           .20   COMMUNICATIONS WITH H. PERLIN AND M. MARTINEZ
          Task:  2300                REGARDING RECORDATION STATUS OF RECORDABLE LOAN
                                     SATISFACTION INSTRUMENTS.

LEHMAN BROTHERS HOLDINGS INC.                    October 27, 2011              PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 780342

09/29/11  G. Walling              .10   COMMUNICATIONS WITH H. PERLIN REGARDING
          Task:  2300                   DELIVERY OF LOAN SATISFACTION INSTRUMENTS TO
                                        M. MARTINEZ.

09/30/11  G. Walling              .10   COMMUNICATIONS WITH H. PERLIN (COMMERCIAL
          Task:  2300                   TITLE GROUP) REGARDING FEE FOR SERVICES
                                        RELATED TO RECORDATION OF LOAN SATISFACTION
                                        DOCUMENTS.

2300  Real Estate Matters
      G. Walling                        4.70    445.00   $2,091.50

         TOTAL 2300                     4.70             $2,091.50

# McKenna Long
## &Aldridge LLP
Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 780343
Matter No.: 04406.0222               Invoice Date: October 27, 2011
====================================================================

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2011
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|-------------|
| C. Weiss | 0.50 | 550.00 | 275.00 |
| Total | 0.50 | | 275.00 |

TOTAL FEES:                              $    275.00

T O T A L   T H I S   S T A T E M E N T:     $    275.00

LEHMAN BROTHERS HOLDINGS INC.                October 27, 2011          PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 780343


DESCRIPTION OF SERVICES


09/01/11  C. Weiss              .50   CALLS WITH E. SPINGLER REGARDING FBI
          Task:   2300                INVESTIGATION OF N. BONANNO THEFT OF APS
                                      PROCEEDS (0.3); CALL WITH G. MARSH REGARDING
                                      ISSUES CONCERNING DISCLOSURE OF INFORMATION
                                      (VOLUNTARILY OR BY SUBPOENA) REQUESTED BY FBI
                                      (0.2).


2300  Real Estate Matters
      C. Weiss                       .50    550.00    $275.00

         TOTAL 2300                  .50              $275.00

**EXHIBIT F**

**Proposed Form of Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :        **08-13555 (JMP)**
                                          :
                          **Debtors.**    :        **(Jointly Administered)**
                                          :
                                          :
-------------------------------------------------------------------x

## ORDER AWARDING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO McKENNA LONG & ALDRIDGE LLP

Upon consideration of the Ninth Application of McKenna Long & Aldridge LLP for Allowance of Compensation and Reimbursement of Expenses (the "Ninth Interim Fee Application"), dated December 14, 2011, relating to the above-referenced bankruptcy case for the period from June 1, 2011 through September 30, 2011 (the "Ninth Interim Period") for the (i) allowance of compensation for professional services performed by McKenna Long & Aldridge LLP ("McKenna") during the Ninth Interim Period in the total amount of $106,759.50; (ii) allowance of McKenna's actual and necessary expenses incurred during the Ninth Interim Period in the total amount of $11,398.24; and (iii) payment of the twenty percent (20%) holdback withheld from payments of the Monthly Fee Statements in the total amount of $21,351.90, and after notice and hearing thereon, and sufficient cause appearing therefore, and capitalized terms used in this Order being given the same meanings as are ascribed to those terms in the Ninth Interim Fee Application, it is hereby

ORDERED that the Ninth Interim Fee Application is hereby granted; and it is further

ORDERED that McKenna is authorized to apply against such amounts the amounts previously paid to it in respect of the Ninth Interim Period pursuant to the Fee Committee Order and the Fourth Amended Interim Compensation Procedures Order; and it is further

ORDERED that the Debtors pay to McKenna the twenty percent (20%) holdback withheld from the payment of Monthly Statements in the amount of $21,351.90.

This _____ day of _____, 2011.


_____
JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE


Prepared and presented by:

MCKENNA LONG & ALDRIDGE LLP

/s/ Christopher F. Graham_____
Christopher F. Graham
230 Park Avenue
New York, New York  10169
Telephone:  (212) 922-1800
Facsimile:  (212) 922-1819
Email:      cgraham@mckennalong.com

- and -

/s/ Charles D. Weiss_____
Charles D. Weiss
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
Email:      cweiss@mckennalong.com