UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                  Debtors.                    :    (Jointly Administered)
                                              :
-----------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(b) AUTHORIZING AND APPROVING A SETTLEMENT AND COMPROMISE RELATED TO PROOFS OF CLAIM NUMBER 3813 AND 17120

Upon the motion (the "Motion") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for approval of a Stipulation[1] with the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (the "Creditors' Committee"), Boise Land & Timber II, LLC, OMX Timber Finance Investments II, LLC ("OMX"), Wells Fargo Bank Northwest, N.A. as Indenture Trustee (the "Indenture Trustee"), and several holders of notes issued by OMX[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

[2] The noteholders include Perry Partners International Inc. and Perry Partners LP, Silver Rock Financial LLC, BDIF LLC, IN-FP2 LLC, and Mounte LLC, Metropolitan Life Insurance Company, MetLife Insurance Company of Connecticut, New England Life Insurance Company, and General American Life Insurance Company.

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their creditors and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, the Stipulation is approved, and LBHI is duly authorized to take all actions as may be reasonably necessary to carry out the terms of the Stipulation; and it is further

ORDERED that upon the Stipulation Effective Date, the Debtors' Court-appointed claims agent is authorized to modify the claims register to reflect the relief granted herein and the terms and conditions set forth in the Stipulation; and it is further

ORDERED that the Bankruptcy Court retains jurisdiction to enforce the Stipulation and any disputes arising thereunder.

Dated: New York, New York
December 14, 2011

       *s/ James M. Peck*
       Honorable James M. Peck
       United States Bankruptcy Judge