BORTSTEIN LEGAL LLC
275 Madison Avenue, Suite 1518
New York, New York 10016
Telephone: (646) 240-4840
Facsimile: (866) 955-9402
Special Counsel to Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
In re                                    :    Chapter 11
                                         :
LEHMAN BROTHERS HOLDINGS                  :
INC., *et al.*,                          :    Case No. 08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
-----------------------------------------------------x

## NINTH APPLICATION OF BORTSTEIN LEGAL LLC, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR INTERIM ALLOWANCE OF COMPENSATION

TO:    THE HONORABLE JAMES M. PECK
       UNITED STATES BANKRUPTCY JUDGE:

Bortstein Legal LLC ("Bortstein Legal" or the "Firm"), special counsel to the

debtors and debtors in possession in the above-captioned cases (collectively, the

"Debtors"), in support of its ninth application for interim allowance of compensation for

the period from June 1, 2011 through September 30, 2011 (the "Ninth Application

Period"), respectfully represents:

### Preliminary Statement

1.     By this Ninth Application for Interim Allowance of Compensation (the

"Application"), and pursuant to sections 330 and 331 of the Bankruptcy Code (as

defined herein), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local

Bankruptcy Rule 2016-1, Bortstein Legal requests that this Court authorize interim

allowance of compensation for professional services rendered during the Ninth

Application Period in the amount of $83,005.00[1] in accordance with this Court's

Interim Compensation Order (as defined herein). Bortstein Legal does not seek

reimbursement of expenses for the Ninth Application Period. Bortstein Legal received

payments totaling $69,796.00 for the Ninth Application Period, which represents 84%

of the fees incurred during the Ninth Application Period. Bortstein Legal now seeks

payment by the Debtors of all amounts allowed but previously held back pursuant to

the Interim Compensation Order (the "Holdback").

## Jurisdiction and Venue

2.      This Court has jurisdiction over this Application pursuant to 28 U.S.C.

§§ 157 and 1334.  This Application is a core proceeding pursuant to 28 U.S.C.

§ 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3.      Commencing on September 15, 2008 and periodically thereafter, Lehman

Brothers Holdings Inc. ("LBHI" and together with its affiliated debtors in the above-

referenced chapter 11 cases, as debtor in possession, the "Debtors" and, collectively

with the Debtors' non-debtor affiliates, "Lehman") and certain of LBHI's subsidiaries

commenced with this Court voluntary cases under chapter 11 of title 11 of the United

States Code (the "Bankruptcy Code").  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant

---

[1] Bortstein Legal billed the Debtors $87,245.00 for the work performed during the Ninth Application
Period.  The Firm has decided to hereby write off $4,240.00 of such fees, which amounts to 4.9% percent
of the Firm's fees for the Ninth Application Period.  As a result, by this Application, Bortstein Legal hereby
requests approval of $83,005.00.

to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA is administering LBI's estate.

6.      On December 17, 2008, the Court entered an order, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, authorizing the employment and retention of Bortstein Legal as special counsel to the Debtors to review, structure, draft and negotiate vendor contracts [Docket No. 2277] (the "Bortstein Legal Retention Order"). A copy of the Bortstein Legal Retention Order is annexed hereto as **Exhibit A**.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy Code on March 11, 2010 [Docket No. 7531].

8.      On January 24, 2011, the Court entered an order modifying the composition of the fee committee (the "Fee Committee") that had previously been appointed in these chapter 11 cases [Docket No. 14117].  On April 14, 2011, the Court

entered an order approving a revised fee protocol (the "Fee Protocol") setting forth

certain procedures and guidelines with respect to the fees and expenses of retained

professionals in these cases [Docket No. 15998].

9.       On September 1, 2011, the Debtors filed a third amended joint chapter 11

plan (the "Plan") and disclosure statement (the "Disclosure Statement") [Docket Nos.

19627 and 19629].  On September 1, 2011, the Bankruptcy Court entered an amended

order [Docket No. 19631] approving the Disclosure Statement, establishing solicitation

and voting procedures in connection with the Plan, scheduling the confirmation hearing

and establishing notice and objection procedures for the confirmation hearing.  On

September 15, 2011, the Bankruptcy Court entered an order [Docket No. 20016]

approving a modification to the Disclosure Statement.  On December 6, 2011, the

Bankruptcy Court entered an order [Docket No. 23023] confirming the Plan.

**Bortstein Legal's Fees**

10.       On November 5, 2008, the Court entered an order establishing

procedures for interim monthly compensation and reimbursement of expenses of

professionals [Docket No. 1388] (the "Original Interim Compensation Order").  On

November 19, 2008, the Court amended the Interim Compensation Order [Docket No.

1604] (the "First Amended Interim Compensation Order"). On March 13, 2009, the

Court amended the First Interim Compensation Order [Docket No. 3102] (the "Second

Amended Interim Compensation Order").  On June 25, 2009, the Court amended the

Second Amended Interim Compensation Order [Docket No. 4165] (the "Third Amended

Interim Compensation Order").  On April 14, 2011, the Court amended the Third

Amended Interim Compensation Order [Docket No. 15997] (the "Fourth Amended

Interim Compensation Order" or the "Interim Compensation Order"). This Application is submitted in accordance with the Interim Compensation Order, which is annexed hereto as **Exhibit B**.

11.     At a hearing on August 5, 2009, the Court awarded Bortstein Legal interim compensation in an amount equal to $397,298.48 incurred from December 15, 2008 through and including January 31, 2009 (the "First Application Period").[2] At a hearing on September 15, 2009, the Court awarded Bortstein Legal interim compensation in an amount equal to $1,303,321.50 incurred from February 1, 2009 through and including May 31, 2009 (the "Second Application Period").[3] By Order dated April 9, 2010, the Court awarded Bortstein Legal interim compensation in an amount equal to $670,480.00 incurred from June 1, 2009 through and including September 30, 2009 (the Third Application Period").[4] By Order dated September 1, 2010, the Court awarded Bortstein Legal interim compensation in an amount equal to $514,359.86 for the period from October 1, 2009 through January 31, 2010 (the "Fourth Application Period").[5] By Order dated May 12, 2011, the Court awarded Bortstein Legal interim compensation in an amount equal to $436,439.00 for the period from February 1, 2010 through May 31,

---

[2] On August 20, 2009, the Firm received $44,144.27 originally held back, which represents 10% of the fees incurred during the First Application Period. On October 16, 2009, the Firm received $44,144.28 originally held back, which represents an additional 10% of the fees incurred during the First Application Period.

[3] On October 16, 2009, the Firm received $144,813.50 originally held back, which represents 10% of the fees incurred in the Second Application Period. On December 30, 2009, the Firm received $141,451.00 originally held back, which represents an additional 10% of the fees incurred during the Second Application Period, less $3,362.50, which was contested by the Fee Committee.

[4] On May 6, 2010, the Firm received $133,459.99 originally held back, which represents 20% of the fees incurred during the Third Application Period, less $795.01, which was contested by the Fee Committee.

[5] On September 23, 2010, the Firm received $81,283.86 originally held back, which represents 20% of the fees incurred during the Fourth Application Period, less $26,985.14, which was contested by the Fee Committee.

2010 (the "Fifth Interim Fee Application").[6] By Order dated November 9, 2011 the Court awarded Bortstein Legal interim compensation in an amount equal to $235,076.25 for the period from June 1, 2010 through September 30, 2010 (the "Sixth Interim Fee Application").[7] On June 1, 2011, Bortstein Legal filed its seventh interim fee application requesting fees in an amount equal to $154,902.50 for the period from October 1, 2010 through January 31, 2011 (the "Seventh Interim Fee Application"). Bortstein Legal has entered into a stipulation with the Fee Committee concerning the Seventh Interim Fee Application (the "Stipulation"). The entry of an Order with respect to the Stipulation is pending. On August 15, 2011, Bortstein Legal filed its eighth interim fee application requesting fees in an amount equal to $136,742.50 for the period from February 1, 2011 through May 31, 2011 (the "Eighth Interim Fee Application"). A hearing on the Eighth Interim Fee Application is pending.

12.     This Application is filed in accordance with the Interim Compensation Order. The Debtors have incurred fees of $83,005.00[8] for services rendered over 234.7 hours by Bortstein Legal during the Ninth Application Period, resulting in a blended hourly rate of approximately $353.66.

13.     For services rendered for the period from and including June 1, 2011 through June 30, 2011 (the "June 2011 Statement Period"), Bortstein Legal has been

---

[6] On May 31, 2011 the Firm received $71,729.39 originally held back, which represents 20% of the fees incurred during the Fifth Application Period, less $19,427.50, which was contested by the Fee Committee.

[7] On December 5, 2011 the Firm received $41,564.25 originally held back, which represents 20% of the fees incurred during the Sixth Application Period, less $6,813.75, which was contested by the Fee Committee.

[8] Bortstein Legal billed the Debtors $87,245.00 for the work performed during the Ninth Application Period. The Firm has decided to hereby write off $4,240.00 of such fees, which amounts to 4.9% percent of the Firm's fees for the Ninth Application Period. As a result, by this Application, Bortstein Legal hereby requests approval of $83,005.00.

paid, in accordance with the Interim Compensation Order, $32,676.00, representing

eighty-two percent (82%) of the $39,952.50 in total fees incurred by the Debtors for

services rendered for the June 2011 Statement Period.  The total holdback amount

pursuant to the Interim Compensation Order for the June 2011 Statement Period is

$7,276.50.  Bortstein Legal did not seek reimbursement for any expenses for the June

2011 Statement Period.

14.     For services rendered for the period from and including July 1, 2011

through July 31, 2011 (the "July 2011 Statement Period"), Bortstein Legal has been paid,

in accordance with the Interim Compensation Order, $18,172.00, representing eighty-

seven percent (87%) of the $20,960.00 in total fees incurred by the Debtors for services

rendered for the July 2011 Statement Period.  The total holdback amount pursuant to the

Interim Compensation Order for the July 2011 Statement Period is $2,788.00.   Bortstein

Legal did not seek reimbursement for any expenses for the July 2011 Statement Period.

15.     For services rendered for the period from and including August 1, 2011

through August 31, 2011 (the "August 2011 Statement Period"), Bortstein Legal has

been paid, in accordance with the Interim Compensation Order, $12,414.00,

representing eighty-six percent (86%) of the $14,412.50 in total fees incurred by the

Debtors for services rendered for the August 2011 Statement Period.  The total holdback

amount pursuant to the Interim Compensation Order for the August 2011 Statement

Period is $1,998.50.  Bortstein Legal did not seek reimbursement for any expenses for

the August 2011 Statement Period.

16.     For services rendered for the period from and including September 1,

2011 through September 30, 2011 (the "September 2011 Statement Period"), Bortstein

Legal has been paid, in accordance with the Interim Compensation Order, $6,534.00,

representing eighty-four percent (84%) of the $7,680.00 in total fees incurred by the

Debtors for services rendered for the September 2011 Statement Period.  The total

holdback amount pursuant to the Interim Compensation Order for the September 2011

Statement Period is $1,146.00.   Bortstein Legal did not seek reimbursement for any

expenses for the September 2011 Statement Period.

17.     Bortstein Legal has annexed to the Application, as **Exhibit C**, a copy of

the invoices for the June 2011, July 2011, August 2011 and September 2011 Statement

Periods.  Attached to each invoice are the relevant daily time records broken down by

matter and listing the name of the individual performing the services, the date on which

the services were performed, and the amount of time spent performing the services.

Additionally, annexed to the Application as part of **Exhibit C,** is a list of all of the

matters for which services were rendered and the aggregate amount of hours and fees

expended for such matters during the Ninth Application Period.

18.     Bortstein Legal has further annexed to the Application, as **Exhibit D**, a

list of each individual in the Firm who has performed work during the Ninth Application

Period on behalf of the Debtors, the position of each such individual, the year of law

school graduation of each individual, his or her hourly billing rate, the aggregate time

expended by each individual during the Ninth Application Period, and the amount of

Bortstein Legal's fees attributable to each individual during the Ninth Application

Period.  The rate for each of the individuals listed in **Exhibit D** is equal to the billing

rate for such individual's time for similar services to clients in connection with other

similar matters.  Bortstein Legal believes that these rates are equal to or less than the rates charged to professionals with similar experience.

19.     Bortstein Legal has further annexed to the Application, as **Exhibit E**, a list of each individual in the Firm who has performed work during the Ninth Application Period on behalf of the Debtors, their time expended during the Ninth Application Period on each individual matter and the total fees attributable to each matter during the Ninth Application Period.

20.     No objections have been submitted to the applications for the June, July, August or September Statement Periods as of the filing of this Application.  Pursuant to the Interim Compensation Order, Bortstein Legal requests that this Court authorize payment of $83,005.00[9] in fees for services rendered for the Ninth Application Period, which represents one hundred percent (100%) of the total fees for services rendered during the Ninth Application Period. The total holdback amount pursuant to the Interim Compensation Order for the Ninth Application Period is $13,209.00.  Bortstein Legal did not seek reimbursement for any expenses during the Ninth Application Period.

21.     Pursuant to the Interim Compensation Order, as of the date of this Application, Bortstein Legal has received payment of 84% of the fees requested with respect to the monthly fee statements.

<u>**Summary of Services Rendered**</u>

---

[9] Bortstein Legal billed the Debtors $87,245.00 for the work performed during the Ninth Application Period.  The Firm has decided to hereby write off $4,240.00 of such fees, which amounts to 4.9% percent of the Firm's fees for the Ninth Application Period.  As a result, by this Application, Bortstein Legal hereby requests approval of $83,005.00.

22.    During the Ninth Application Period, Bortstein Legal has assisted the

Debtors in two specific areas: (A) Vendor Contract Structuring, Drafting and

Negotiating, and (B) Office Space Leasing and Subleasing.  The Firm also provided

other general support, which is described below.

A.  Lehman Brothers Holdings Inc. (**Total Hours - 175.1, Total Fees -**
**$62,357.50)**

23.    The Firm worked with the Debtors and its subsidiaries (excluding

LAMCO, which is described in paragraph 24 below) to structure, draft, negotiate, re-

negotiate, summarize, answer questions on, and resolve disputes in connection with

contracts with twenty-four (24) existing and new vendors, in areas such as outsourcing

(e.g., HR benefits and payroll), application service provider, software license,

professional services, litigation support services, content license and facilities-related

vendor services (i.e., network power).   In addition to the services described above, the

Firm also continues to assist the Debtors in maintaining form agreements and its vendor

risk management policies and procedures, which includes responding to questions

regarding vendor on-boarding and data protection.    Bortstein Legal also kept itself

apprised of general issues in the Debtors' cases in order to have familiarity sufficient to

address specific issues it was engaged to address.

B.  LAMCO (**Total Hours – 43.1 Total Fees - $15,180.00)**

24.    The Firm worked with LAMCO to structure, draft, negotiate, re-

negotiate, summarize and resolve disputes in connection with contracts with fourteen

(14) existing and new vendors, in areas such as outsourcing (e.g., technology

infrastructure), valuation services, application service provider, software license, professional services, and content license. In addition to the services described above, the Firm also continues to assist the Debtors in maintaining form agreements and its vendor risk management policies and procedures, which includes responding to questions regarding vendor on-boarding and data protection.    Bortstein Legal also kept itself apprised of general issues in the Debtors' cases in order to have familiarity sufficient to address specific issues it was engaged to address.

C.    Billing Review **(Total Hours – 12.7, Total Fees - $4,240.00)**[10]

25.    The Firm, in accordance with the Interim Compensation Order, drafted, edited, and served monthly fee statements on the Debtors for the work performed by the Firm during June 2011, July 2011, August 2011 and September 2011.

D.    Fee Application **(Total Hours – 13.0, Total Fees -$4,330.00)**

26.    The Firm drafted, edited and filed the Eighth Interim Fee Application with the Court seeking approval of the fees generated from February 1, 2011 through May 31, 2011.

E.    Fee Committee **(Total Hours – 3.5, Total Fees -$1,137.50)**

27.    The Firm spent time reviewing Fee Committee correspondence relating to both the Firm's Fifth Interim Fee Application and Sixth Interim Fee Application and

---

[10] During the Ninth Application Period, Bortstein Legal spent 12.7 hours, totaling $4,240.00 in fees, for the Billing Review matter.  The Firm, however, has written off all of this time, which results in no fees for the Billing Review matter.

communicating with the Fee Committee regarding such correspondence.  Additionally,

the Firm submitted monthly budgets to the Fee Committee.

**Evaluating Bortstein Legal's Services**

28.     The allowance of interim compensation for services rendered and

reimbursement of expenses incurred in bankruptcy cases is expressly provided for in

section 331 of the Bankruptcy Code:

> [A] debtor's attorney, or any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

> 11 U.S.C. § 331.

Concerning the level of compensation, section 330(a)(l) of the Bankruptcy Code

provides, in pertinent part, that the court may award to a professional person, including

the debtor's attorney

> reasonable compensation for actual, necessary services rendered by the . . . professional person, or attorney and by any paraprofessional person employed by any such person . . . .

> 11 U.S.C. § 330.

29.     Section 330 of the Bankruptcy Code also sets forth the criteria for the

award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

> (A) the time spent on such services;

> (B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

30.     Bortstein Legal submits that the services performed during the Ninth Application Period, for which it hereby seeks reimbursement, were necessary for and beneficial to the Debtors. The services rendered by the Firm during the Ninth Application Period required significant time and effort and were performed diligently and efficiently.

31.     During the Ninth Application Period, Bortstein Legal encountered a variety of challenging legal issues, often requiring substantial research and negotiation. When possible, Bortstein Legal delegated tasks to lower cost junior attorneys. This approach has resulted in enhanced cost efficiency.  Bortstein Legal submits that the services it rendered were beneficial to the Debtors' estate and were performed efficiently, economically and effectively and in a manner commensurate with the complexity, importance and nature of the problems, issues and tasks involved. Moreover, the Firm's request for compensation is reasonable in light of the nature, extent, and value of its services to the Debtors.  Accordingly, approval of the compensation for professional services sought herein is warranted.

32.    All services for which Bortstein Legal seeks compensation were

performed for and on behalf of the Debtors.  No agreement or understanding exists

between the Firm and any other person for the sharing of compensation to be received

for the services rendered in connection with the Firm's representation of the Debtors.

No action prohibited by Section 504 of the Bankruptcy Code has been, or will be, made

by Bortstein Legal. See Affidavit of Lawrence Bortstein, Esq., annexed to the

Application as **Exhibit F**.

### Procedure

33.    Notice of this Application has been provided in accordance with the

Interim Compensation Order.  Bortstein Legal submits that given the nature of the relief

requested herein, no other or further notice is necessary.

34.    No previous application for the relief requested herein has been made to

this or any other Court.

### Conclusion

Based upon the foregoing, Bortstein Legal respectfully submits that the services

rendered in the instant case during the Ninth Application Period have been efficient,

economical and effective. Pursuant to this retention, the Firm will continue to represent

the Debtors in addressing only those issues that are related to the review, structuring,

drafting and negotiation of vendor contracts. As previously stated, Bortstein Legal

requests that this Court enter an Order authorizing (i) an interim allowance of

compensation for professional services rendered during the Ninth Application Period in

the amount of $83,005.00[11], representing 100% of fees incurred during the Ninth

Application Period; (ii) that the allowance of such compensation be without prejudice to

Bortstein Legal's right to seek additional compensation for services performed and

expenses incurred during the Ninth Application Period, which were not processed at the

time of this Application; (iii) and directing payment by the Debtors of the difference

between the amounts allowed and the amounts previously paid by the Debtors pursuant to

the Interim Compensation Order; and (iv) such other and further relief as may be just or

proper.

Dated: December 14, 2011

BORTSTEIN LEGAL LLC
Special Counsel to Debtors and Debtors in
Possession

By: _____
Lawrence Bortstein

275 Madison Avenue, Suite 1518
New York, New York 10016
Telephone: (646) 240-4840
Facsimile: (866) 955-9402

---

[11] Bortstein Legal billed the Debtors $87,245.00 for the work performed during the Ninth Application
Period. The Firm has decided to hereby write off $4,240.00 of such fees, which amounts to 4.9% percent
of the Firm's fees for the Ninth Application Period. As a result, by this Application, Bortstein Legal hereby
requests approval of $83,005.00.

## Exhibit A

**Bortstein Legal Retention Order**

**(Attached)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                     :

In re                            :       **Chapter 11 Case No.**
                                       :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.,*  :       **08-13555 (JMP)**
                                       :

                  **Debtors.**       :       **(Jointly Administered)**
                                       :
                                       :
-----------------------------------------------------------------x

### ORDER PURSUANT TO
### SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY
### CODE AUTHORIZING THE EMPLOYMENT AND RETENTION
### OF BORTSTEIN LEGAL LLC AS SPECIAL COUNSEL TO THE DEBTORS

Upon consideration of the application, dated November 26, 2008 (the "Application"),[1] of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above -referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to

sections 327(e) and 328(a) of title 11 of the United States Code (the " Bankruptcy Code") and

Rule 2014(a) of the Federal Rules of Bankruptcy Proce dure (the "Bankruptcy Rules") for

authorization to employ and retain  Bortstein Legal LLC  ("Bortstein Legal") as special counsel to

the Debtors; and upon the Declaration of Lawrence A. Bortstein, the Managing Member of

Bortstein Legal (the "Bortstein Declaration"), filed in support of the Application; and the Court

being satisfied, based on the representations made in the Application and the  Bortstein

Declaration, that Bortstein Legal represents no interest adverse to the Debtors or the Debtors'

estates with respect to the matters upon which it is to be engaged,  under section 327 of the

Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to consider

the Application and the relief requested therein in accordance with 28 U.S.C. §§  157 and 1334

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New

York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.) ; and

consideration of the Application and the relief requested the rein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Application having been provided in

accordance with the procedures set forth in t he order entered September 22, 2008 governing case

management and administrative procedures [Docket No. 285] to (i) the United States Trustee for

the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v)

the United States Attorney for the Southern District of New York; and (vi) all parties who have

requested notice in these chapter 11 cases, and it appearing that no other or fu rther notice need be

provided; and the Court having found and determined that the relief sought in the Application is

in the best interests of the Debtors, their estates and creditors, and all parties in interest and that

the legal and factual bases set fo rth in the Application establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to sections 327(e) and 3 28(a) of the Bankruptcy Code, the

Debtors are hereby authorized to employ and retain Bortstein Legal as special counsel to the

Debtors on the terms set forth in the Application and this order, for the matters identified in the

Application and in accordance with Bortstein Legal's customary rates in effect from time to time

and its disbursement policies; and it is further

ORDERED that Bortstein Legal shall apply for co mpensation and reimbursement of

expenses in accordance with the procedures set forth in sect ions 330 and 331 of the Bankruptcy

Code, applicable Bankruptcy Rules, local rules and orders of the Court, guidelines established by

the U.S. Trustee, and such other procedures as may be fixed by order of this Court , including but

not limited to the Court's Amended Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly

Compensation and Reimbursement of Expenses of Professionals .


Dated:  New York, New York
       December 17, 2008

                 *s/ James M. Peck*
               UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit B</u>**

**Interim Compensation Order**

**(Attached)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the proposed amended order filed March 11, 2011 and April 6, 2011 (the "**Fourth Amended Order**") of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "**Debtors**" and, together with their non-debtor affiliates, "**Lehman**"), pursuant to sections 105(a) and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to establish procedures for interim monthly compensation and reimbursement of expenses of professionals (the "**Professionals**")—all as more fully described in the Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 (the "**Motion**") [Docket No. 833]—and upon the notice of presentment of the proposed Fourth Amended Order; and the Court having jurisdiction to consider the proposed Fourth Amended Order and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under

Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

proposed Fourth Amended Order and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the proposed Fourth Amended Order having

been provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all parties who have requested notice; and (iii) all Professionals; and the Court

having entered an amended order, dated June 25, 2009 (the "**Third Amended Order**") [Docket

No. 4165], governing the procedures for interim monthly compensation and reimbursement of

expenses of professionals; and the Court then concluding that there is cause to make certain

amendments to the Third Amended Order; and the relief sought in the proposed Fourth Amended

Order being in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion and the proposed Fourth

Amended Order establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

     ORDERED that the Third Amended Order is superseded in its entirety by this Fourth

Amended Order; and it is further

     ORDERED that except as may otherwise be provided in orders of the Court authorizing

the retention of specific Professionals, all Professionals in these cases may seek monthly

compensation in accordance with the following procedures (the "**Interim Compensation**

**Procedures**"):

(a)     On or before the forty-fifth (45th) day following the month for which compensation is sought, each professional seeking compensation, other than a professional retained as an ordinary course professional or a professional retained by the Examiner appointed in these Chapter 11 cases, will serve a monthly statement (the "Monthly Statement"), by hand or overnight delivery on (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York, 10020 (Attn: John Suckow and William Fox); (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and, (v) Richard Gitlin, Chair of the Fee Committee (as defined in the Order Appointing a Fee Committee and Approving a Fee Protocol, dated May 26, 2009 [Docket No. 3651], all as may be amended from time to time, the "**Fee Protocol**") c/o Godfrey & Kahn, S.C., One East Main Street, P.O. Box 2719, Madison, WI 53701-2719 (the "**Notice Parties**"). In addition to being served with a paper copy, the Office of the United States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers Holdings, Inc. shall also be served with a disc containing an electronic version of the Monthly Statement.

(b)     The Monthly Statement need not be filed with the Court and a courtesy copy need not be delivered to chambers since this Fourth Amended Order is not intended to alter the fee application requirements outlined in sections 330 and 331 of the Bankruptcy Code and since professionals are still required to serve and file interim and final applications for approval of fees and expenses in accordance with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

(c)     Each Monthly Statement must contain a list of the individuals and their respective titles (*e.g.*, attorney, paralegal, etc.) who provided services during the statement period, their respective billing rates, the aggregate hours spent by each individual, a reasonably detailed breakdown of the fees and expenses incurred (no professional should seek reimbursement of an expense that would otherwise not be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and April 21, 1995 or the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or as close thereto as practicable.

(d)    Each Notice Party shall have at least thirty (30) days after receiving the Monthly Statement to review the statement and, if the Notice Party objects to the compensation or expense reimbursement sought in a particular statement, such Notice Party shall, no later than the thirty-first (31st) day following receipt of the Monthly Statement (the "**Monthly Statement Objection Deadline**"), serve upon the professional to whose Monthly Statement the Notice Party objects and the other Notice Parties a written "Notice of Objection to Fee Statement," setting forth the nature of the Notice Party's objection and the amount of fees or expenses at issue.

(e)    At the expiration of the Monthly Statement Objection Deadline, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified in each Monthly Statement to which no objection has been served in accordance with paragraph (d) above.

(f)    If the Debtors object or receive an objection to a particular Monthly Statement, the Debtors shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth in paragraph (e).

(g)    If the parties to an objection resolve their dispute following the service of a Notice of Objection to Fee Statement and if the party whose Monthly Statement was objected to serves on all Notice Parties a statement indicating that the objection is withdrawn or modified and describing the terms of the resolution, then the Debtors shall promptly pay, in accordance with paragraph (e), that portion of the Monthly Statement that is no longer subject to an objection.

(h)    All objections that the parties do not resolve shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard by the Court in accordance with paragraph (j) below.

(i)    The service of an objection in accordance with paragraph (d) above shall not prejudice the objecting party's right to object to any fee application made to the Court in accordance with the Bankruptcy Code on any ground regardless of whether the objecting party raised the ground in the objection or not. Furthermore, the decision by any party not to object to a Monthly Statement shall not waive or prejudice that party's right to object to any fee application subsequently made to the Court in accordance with the Bankruptcy Code, including any final application.

(j)    Commencing with the period ending January 31, 2009, and at four-month intervals thereafter, each of the professionals shall file with the Court, in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov), an application (an "**Interim Fee Application**") for interim Court approval and allowance pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be) of the compensation and reimbursement of expenses requested in the fee statements served during such period (the "**Interim**

4

Fee Period"). Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses.[1] Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date through and including January 31, 2009. All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention and otherwise in accordance with the procedures set forth in this Motion.

(k)     The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals, which hearing date should be consistent with the timelines set forth in the Fee Protocol, as amended from time to time. Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline. The Debtors' attorneys shall file and serve such application.

(l)     The pendency of an application or objection or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)    Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)     Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures, collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; provided, however, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

(o)     Any Professional that materially fails to comply with this Order shall (1) be ineligible to receive further monthly payments of fees or expenses as provided herein until further order of this Court and (2) may be required to disgorge any fees paid since retention or the last fee application, whichever is later.

And, it is further

---

[1] For the seventh interim fee period (October 1, 2010 through January 31, 2011), any Retained Professional may, but need not, take an additional forty-five (45) days to file its Interim Fee Application.

ORDERED that the Debtors shall include all payments to Professionals on their monthly operating reports, detailed by line item so as to state the amount paid to each of the Professionals, and detailed so as to state the amount paid to ordinary course professionals (which may be aggregated into one line item); and it is further

ORDERED that the amount of fees and disbursements sought be set out in U.S. dollars, with the conversion amount calculated at the time of the submission of the Monthly Statement, to the extent practicable, or as soon thereafter as possible.

ORDERED that any party may object to requests for payments made pursuant to this Fourth Amended Order, or move to modify or vacate all or certain provisions of this Fourth Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; provided, however, that the inclusion in this Fourth Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that, in the event that an Ordinary Course Professional (as such term is defined in the Order Pursuant to Sections 105(1), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394] (the "**OCP Order**")) or a professional retained by the Examiner seeks more than $150,000 per month and, as set forth in the OCP Order or the *Order Discharging Examiner and Granting Related Relief* [Docket No. 10169] (as applicable), files a fee application for the full amount of its fees and expenses for that month, then the Debtors' attorneys shall obtain a

6

date from the Court for the hearing of the fee application, which shall be scheduled no earlier

than 30 days after the fee application is served on the Notice Parties; and it is further

ORDERED that all time periods set forth in this Fourth Amended Order shall be

calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it

is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the

Standard Parties entitled to notice pursuant to the Court's second amended order entered on

June 17, 2010 governing case management and administrative procedures for these cases

[Docket No. 9635] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this

Order.


Dated: New York, New York
         April 14, 2011

                                         *s/ James M. Peck*
                                         Honorable James M. Peck
                                         United States Bankruptcy Judge

## Exhibit C

**List of the matters for which services were rendered and the approximate aggregate amount of hours and fees expended for such matters.[12]**

*Lehman Brothers Holdings Inc.*
*Sub-total, June 2011*
Hours billed:  100.2
Amount billed:  $36,690.00

*LAMCO*
*Sub-total, June 2011*
Hours billed:  6.8
Amount billed:  $2,287.50

*Billing Review*
*Sub-total, June 2011*
Hours billed:  2.4
Amount billed: $892.50

*Fee Application*
*Sub-total, June 2011*
Hours billed: 1.2
Amount billed: $390.00

*Fee Committee*
*Sub-total, June 2011*
Hours billed: 1.8
Amount billed: $585.00

*Lehman Brothers Holdings Inc.*
*Sub-total, July 2011*
Hours billed:  47.6
Amount billed: $15,837.50

*LAMCO*
*Sub-total, July 2011*
Hours billed:  12.8

---

[12] During the Ninth Application Period, Bortstein Legal spent 12.7 hours, totaling $4,240.00 in fees, for the Billing Review matter.  The Firm, however, has written off all of this time, which results in no fees for the Billing Review matter.

Amount billed:  $4,602.50

*Billing Review*
*Sub-total, July 2011*
Hours billed:  5.4
Amount billed: $1,755.00

*Fee Application*
*Sub-total, July 2011*
Hours billed:  0.9
Amount billed: $292.50

*Fee Committee*
*Sub-total, July 2011*
Hours billed:  0.7
Amount billed: $227.50

*Lehman Brothers Holdings Inc.*
*Sub-total, August 2011*
Hours billed:  14.8
Amount billed:  $5,410.00

*LAMCO*
*Sub-total, August 2011*
Hours billed:  15.2
Amount billed:  $5,225.00

*Billing Review*
*Sub-total, August 2011*
Hours billed:  3.4
Amount billed: $1,105.00

*Fee Application*
*Sub-total, August 2011*
Hours billed:  10.9
Amount billed: $3,647.50

*Fee Committee*
*Sub-total, August 2011*
Hours billed:  0.4
Amount billed: $130.00

*Lehman Brothers Holdings Inc.*
*Sub-total, September 2011*
Hours billed:  12.5
Amount billed:  $4,420.00

*LAMCO*
*Sub-total, September 2011*
Hours billed:  8.3
Amount billed:  $3,065.00

*Billing Review*
*Sub-total, September 2011*
Hours billed:  1.5
Amount billed: $487.50

*Fee Application*
*Sub-total, September 2011*
Hours billed:  0.0
Amount billed: $0.00

*Fee Committee*
*Sub-total, September 2011*
Hours billed:  0.6
Amount billed:  $195.00

**Invoices for the June 2011, July 2011, August 2011 and September 2011 Statement Periods.**

**(Attached)**

**Bortstein Legal LLC**
275 Madison Avenue
Suite 1518
New York, NY 10016
Office Phone: 646-240-4872
Office Email:  lbortstein@blegalgroup.com

<u>**Via Overnight Courier**</u>

July 8, 2011

*Notice Parties In Accordance with the Interim Compensation Order and the Fee Protocol Order (both as defined herein)*:

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>35th Floor<br>New York, New York, 10020<br>Attention:      John Suckow<br>Telephone:  646-285-9263 | Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attention:      Shai Y. Waisman, Esq.<br>Telephone:  212-310-8000 |
| Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attention:      Dennis F. Dunne, Esq.<br>                    Dennis O'Donnell, Esq.<br>                    Evan Fleck, Esq.<br>Attorneys for Creditors' Committee<br>Telephone:  212-530-5000 | The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 22nd Floor<br>New York, New York 10004<br>Attention:      Andy Velez-Rivera, Esq.<br>                    Tracey Hope Davis, Esq.<br>Telephone:  212-510-0500 |
| BrownGreer<br>Attention: Leah Barbour<br><br>TRANSMITTED ELECTRONICALLY<br>lbarbour@browngreer.com | |

**Re:    Monthly Statement of Bortstein Legal LLC, Special Counsel Retained to Review and Negotiate Vendor Contracts**

      In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York, dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), Bortstein Legal LLC ("Bortstein Legal"), special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors"), hereby submits its monthly statement of services rendered and expenses for the period from and including June 1, 2011 through June 30, 2011 (the "Statement Period").

**I.    Itemization of Services Rendered by Bortstein Legal Personnel.**

A.    The hours spent during the Statement Period for which Bortstein Legal seeks compensation are set forth by the hourly billing rate for each attorney, and the resulting fees are as follows:

| Name | Position | Law School Graduation Year | Hourly Billing Rate | Hours | Total Fees |
|------|----------|----------------------------|---------------------|-------|------------|
| Lawrence Bortstein | Managing Partner | 1994 | $400 | 21.2 | 8,480.00 |
| Meredith Clair | Partner | 1998 | $375 | 3.2 | 1,200.00 |
| Marc Robinson | Partner | 1999 | $375 | 1.3 | 487.50 |
| Marc Wyttenbach | Of Counsel | 1999 | $375 | 4.8 | 1,800.00 |
| Amy Lashmet | Associate | 1997 | $375 | 45.2 | 16,950.00 |
| Jaime Abrams | Associate | 2002 | $325 | 3.5 | 1,137.50 |
| Brian Reay | Associate | 2005 | $325 | 33.2 | 10,790.00 |
| **TOTAL** | | | | **112.4** | **$40,845.00** |

B.    The time records, in the form of a formal invoice, of Bortstein Legal are attached hereto as Exhibit 1 (the "Invoice"). Bortstein Legal has been retained to review and negotiate vendor contracts for the Debtors, and the attached Invoice contains a breakdown of each task performed by Bortstein Legal personnel associated with such services. In the attached Invoice, each task performed by Bortstein Legal personnel is categorized into one of the following categories:

2

Insurance Issues, Customer/Vendor Issues, Other General Business Operation Issues, and Real Estate Matters.

To the extent travel appears in the Invoice, it is already set forth as one-half of the actual travel time, in accordance with typical cases in the Bankruptcy Court for the Southern District of New York.

**II.      Itemization of Disbursements Incurred and Reimbursement Sought**.

Bortstein Legal is not seeking reimbursement for any disbursements for the Statement Period.

**III.     Total Fees and Expenses Sought for the Statement Period.**

A.      The total amount sought for fees for professional services rendered and reimbursement of disbursements incurred for the Statement Period is as follows:

| | |
|---|---|
| Total Fees: | **$40,845.00** |
| Total Disbursements: | $0 |
| **TOTAL:** | **$40,845.00** |

B.      Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to Bortstein Legal for the Statement Period, after adjusting for the twenty percent (20%) holdback, is **$32,676.00**

C.       Accounting of Holdback Amount.

The total holdback amount pursuant to the Interim Compensation Order including the holdback amount for this Statement Period and any preceding statement period is set forth in the following chart:

| Statement Period | Holdback Amount |
|---|---|
| 6/1/11 – 6/30/11 (Current Statement Period) | $8,169.00 |
| 5/1/11 – 5/31/11 | $6,002.50 |
| 4/1/11 – 4/30/11 | $6,179.50 |
| 3/1/11 – 3/31/11 | $7,987.00 |
| 2/1/11 – 2/28/11 | $8,188.50 |
| 1/1/11 – 1/31/11 | $9,358.50 |
| 12/1/10 – 12/31/10 | $7,391.50 |
| 11/1/10 – 11/30/10 | $7,173.00 |
| 10/1/10 – 10/31/10 | $7,057.50 |
| 9/1/10 – 9/30/10 | $11,646.00 |
| 8/1/10 – 8/31/10 | $10,654.00 |
| 7/1/10 - 7/31/10 | $10,264.00 |
| 6/1/10 – 6/30/10 | $15,814.00 |
| 5/1/10 – 5/31/10 | $20,540.00 |
| 4/1/10 – 4/30/10 | $21,277.00 |
| 3/1/10 – 3/31/10 | $21,978.00 |
| 2/1/10 – 2/28/10 | $27,382.30 |
| 1/1/10 – 1/31/10 | $22,224.20 |
| 12/1/09 – 12/31/09 | $27,501.00 |
| 11/1/09 – 11/30/09 | $27,281.30 |
| 10/1/09 – 10/31/09 | $31,262.50 |
| 9/1/09 – 9/30/09 | $31,124.50 |
| 8/1/09 – 8/31/09 | $28,891.60 |
| 7/1/09 – 7/31/09 | $41,558.00 |
| 6/1/09 – 6/30/09 | $32,681.00 |
| 5/1/09 – 5/31/09 | $43,516.50 |
| 4/1/09 – 4/30/09 | $90,028.50 |
| 3/1/09 – 3/31/09 | $87,108.00 |
| 2/1/09 – 2/28/09 | $68,974.00 |
| 1/1/09 – 1/31/09 | $66,261.05 |
| 12/15/08 – 12/31/08 | $22,027.50 |
| **TOTAL** | **$827,501.95** |
| **PAID TO DATE** | **$661,026.74** |
| **BALANCE** | **$118,452.49** |

4

Bortstein Legal respectfully requests that **$32,676.00** be paid pursuant to the Interim Compensation Order.  Thank you.

Sincerely,

Lawrence A. Bortstein
Managing Partner


cc: William Gordon
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
35th Floor
New York, New York, 10020

## <u>Exhibit 1</u>

## <u>Time Records/Invoice</u>

(Attached)

**Bortstein Legal Group**
275 Madison Avenue
Suite 1518
New York, NY 10016
646-666-8991



**Lehman Estate**

## Invoice 20846

| Date | Jul 08, 2011 |
| --- | --- |
| **Terms** | Net 30 |
| **Service Thru** | Jun 30, 2011 |

**In Reference To: Billing Review (Service)**

| Date | By | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/01/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M.Robinson, M.Clair, M.Wyttenbach and A.Lashmet re: updates regarding Estate matters worked on during May. | 0.10 | $325.00/hr | $32.50 |
| 06/01/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries for May. | 0.20 | $325.00/hr | $65.00 |
| 06/01/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from L.Bortstein re: Estate matters worked on by BLG during April and May. | 0.10 | $325.00/hr | $32.50 |
| 06/01/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: active Estate matters worked on during April. | 0.10 | $325.00/hr | $32.50 |
| 06/06/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: Estate matters worked on by BLG in May. | 0.10 | $325.00/hr | $32.50 |
| 06/06/2011 | LB | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed May invoice | 1.30 | $400.00/hr | $520.00 |
| 06/07/2011 | LB | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed cover letter for May invoice | 0.20 | $400.00/hr | $80.00 |
| 06/28/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.30 | $325.00/hr | $97.50 |

| | | |
| --- | --- | --- |
| **Total Hours** | 2.40 hrs |
| **Total Service** | $892.50 |
| **Total Amount** | $892.50 |

**In Reference To: Fee Application (Service)**

| Date | By | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/01/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman and C. Fleming re: filing of seventh interim application. | 0.10 | $325.00/hr | $32.50 |
| 06/27/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 1.10 | $325.00/hr | $357.50 |

| | | |
| --- | --- | --- |
| **Total Hours** | 1.20 hrs |
| **Total Service** | $390.00 |

| | | Total Amount | $390.00 |

**In Reference To: Fee Committee (Service)**

| Date | By | Services | Hours | Rates | Amount |
|------|----|----|-------|-------|--------|
| 06/08/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed order re: fifth interim period | 0.20 | $325.00/hr | $65.00 |
| 06/08/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Discussed fifth interim order and related payment with C. Fleming | 0.20 | $325.00/hr | $65.00 |
| 06/08/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman and C. Fleming re: fifth interim order and related payment | 0.20 | $325.00/hr | $65.00 |
| 06/13/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Discussed w/ L. Bortstein, via phone, communicating with the Fee Committee re: the fifth interim order. | 0.10 | $325.00/hr | $32.50 |
| 06/13/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed correspondence re: fifth interim order in preparation for call with L. Bortstein re: same | 0.10 | $325.00/hr | $32.50 |
| 06/13/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Left voicemail for K. Stadler of Fee Committee re: inquiry related to fifth interim order. | 0.10 | $325.00/hr | $32.50 |
| 06/13/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed stipulation from fee committee re sixth interim fee application. | 0.20 | $325.00/hr | $65.00 |
| 06/13/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed w L. Bortstein re stipulation re sixth interim fee application. | 0.30 | $325.00/hr | $97.50 |
| 06/13/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed P. Wheeler of Godfrey & Kahn re stipulation re sixth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 06/17/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed July budget for submission to fee committee. | 0.10 | $325.00/hr | $32.50 |
| 06/17/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Email K. Stadler July budget. | 0.10 | $325.00/hr | $32.50 |
| 06/18/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed July budget to K. Stadler of Fee Committee per her request after first attempt failed. | 0.10 | $325.00/hr | $32.50 |

| | | Total Hours | 1.80 hrs |
|--|--|-------------|----------|
| | | **Total Service** | $585.00 |
| | | **Total Amount** | $585.00 |

**In Reference To: LAMCO (Service)**

| Date | By | Services | Hours | Rates | Amount |
|------|----|----|-------|-------|--------|
| 06/01/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master agreement for image conversion services. | 0.50 | $325.00/hr | $162.50 |
| 06/02/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed master agreement for IT hardware disposal for purposes of record retention. | 0.30 | $325.00/hr | $97.50 |
| 06/06/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor's proposed changes to market data addendum for data feed services | 0.60 | $375.00/hr | $225.00 |
| 06/06/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call to M.Dolgin re: vendor's proposed changes to market data addendum for data feed services. | 0.50 | $375.00/hr | $187.50 |
| 06/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: IT hardware disposal services. | 1.60 | $325.00/hr | $520.00 |

| | | | | |
|---|---|---|---|---|
| 06/09/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: data license agreement for specific real estate market data. | 2.50 | $325.00/hr | $812.50 |
| 06/17/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Revised form of Professional Services Agreement. | 0.50 | $325.00/hr | $162.50 |
| 06/24/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with J. Epstein re: data protection language in non-disclosure agreement in mortgage servicing agreement | 0.30 | $400.00/hr | $120.00 |

| | |
|---|---|
| **Total Hours** | 6.80 hrs |
| **Total Service** | $2,287.50 |
| **Total Amount** | $2,287.50 |

**In Reference To: Lehman Brothers Holdings Inc. (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 06/01/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from data storage vendor re: assignment of data storage agreement from vendor to vendor's successor-in-interest. | 0.30 | $375.00/hr | $112.50 |
| 06/01/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Robinson re: dispute letter with HR outsourcing services provider. | 0.10 | $325.00/hr | $32.50 |
| 06/01/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: specific questions pertaining to the assignment of analytics software license agreement to specific non-estate entity. | 0.20 | $325.00/hr | $65.00 |
| 06/01/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein in response to specific questions pertaining to assignment of analytics software license agreement to specific non-estate entity. | 0.20 | $325.00/hr | $65.00 |
| 06/01/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master consulting services agreement with IT consultants regarding specific consulting tasks related to data center development. | 0.40 | $325.00/hr | $130.00 |
| 06/02/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master services agreement with Non-IT services provider for office moving and relocation service. | 1.30 | $325.00/hr | $422.50 |
| 06/02/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza seeking update on re-negotiation with HR vendor | 0.10 | $400.00/hr | $40.00 |
| 06/02/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed draft Consent to Assignment Agreement from data storage vendor. | 0.30 | $375.00/hr | $112.50 |
| 06/02/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from P. Vozza re: update on re-negotiation of HR vendor agreement | 0.10 | $400.00/hr | $40.00 |
| 06/02/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Revised consent to assignment from vendor that provides record management services | 0.20 | $400.00/hr | $80.00 |
| 06/02/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to M. Kindy explaining that LBHI was asked to consent to the assignment of the LBHI contract for digital records management | 0.10 | $400.00/hr | $40.00 |
| 06/02/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M. Dolgin re: her comments on consent to assignment of agreement for digital records management | 0.10 | $400.00/hr | $40.00 |
| 06/02/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to M. Dolgin re: her comments on consent to assignment of agreement for digital records management | 0.10 | $400.00/hr | $40.00 |

| | | | |
|---|---|---|---|
| 06/02/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from A.Lashmet re: status of active Estate matters worked on during May. | 0.10 $325.00/hr | $32.50 |
| 06/02/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted memo to L.Bortstein re: Estate matters worked on during May. | 1.80 $325.00/hr | $585.00 |
| 06/02/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master consulsting services agreement with IT consultants regarding specific consulting tasks related to data center development. | 0.30 $325.00/hr | $97.50 |
| 06/02/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed IT consulting agreement regarding development of data center environment. | 0.20 $325.00/hr | $65.00 |
| 06/02/2011 MC | **Lehman - 2300 Real Estate Matters:** Drafted amendment to Manhattan sublease extending term by 1 year. | 0.70 $375.00/hr | $262.50 |
| 06/02/2011 MC | **Lehman - 2300 Real Estate Matters:** Emailed Frank Bartolotta regarding 1 year extension of Manhattan sublease. | 0.10 $375.00/hr | $37.50 |
| 06/03/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted changes to proposed draft Consent to Assignment Agreement from data storage vendor. | 0.50 $375.00/hr | $187.50 |
| 06/03/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted changes to proposed draft Consent to Assignment Agreement from data storage vendor. | 0.10 $375.00/hr | $37.50 |
| 06/06/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed master services agreement with IT vendor for managed hosted service. | 2.20 $325.00/hr | $715.00 |
| 06/06/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master services agreement with IT vendor for managed hosted service. | 2.30 $325.00/hr | $747.50 |
| 06/06/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised version of consent to assignment of digital storage agreement from one vendor to another. | 0.20 $400.00/hr | $80.00 |
| 06/06/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed the revised draft Consent to Assignment Agreement from data storage vendor. | 0.30 $375.00/hr | $112.50 |
| 06/06/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Sent email to data storage vendor approving the revised draft Consent to Assignment Agreement and directing original documents to be sent to the Director of Contract Management. | 0.30 $375.00/hr | $112.50 |
| 06/06/2011 MC | **Lehman - 2300 Real Estate Matters:** Revised Manhattan sublease to provide for shorter term. | 0.20 $375.00/hr | $75.00 |
| 06/06/2011 MC | **Lehman - 2300 Real Estate Matters:** Spoke to Frank Bartolotta regarding length of term for Manhattan sublease amendment. | 0.10 $375.00/hr | $37.50 |
| 06/06/2011 MC | **Lehman - 2300 Real Estate Matters:** Emailed Frank Bartolotta regarding changes to Manhattan sublease amendment to provide for different term length and higher rent. | 0.10 $375.00/hr | $37.50 |
| 06/07/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed C.Hallowell re: status of assignment of software license agreement. | 0.10 $325.00/hr | $32.50 |
| 06/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from C.Hallowell re: assignment of analytics software license agreement to non Estate entity. | 0.20 $325.00/hr | $65.00 |
| 06/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, B.Dowd, L.Bortstein and M.Wyttenbach re: status of active Estate matters. | 0.30 $325.00/hr | $97.50 |
| 06/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed software license agreement for analytics software to be assigned to non Estate entity. | 0.30 $325.00/hr | $97.50 |
| 06/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed statement of work in connection with hosted services agreement. | 0.50 $325.00/hr | $162.50 |
| 06/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: consulting services agreement for due dilligence services. | 1.90 $325.00/hr | $617.50 |

| Date | | Description | | | |
|------|---|---|---|---|---|
| 06/08/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from P. Vozza re: status of her negotiations with HR Vendor | 0.10 | $400.00/hr | $40.00 |
| 06/08/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed spreadsheet and documented description of failures re: dispute with HR Vendor | 0.60 | $400.00/hr | $240.00 |
| 06/08/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call with E. Murphy, L. Bortstein and B. Reay to discuss the status of active estate matters. | 0.20 | $375.00/hr | $75.00 |
| 06/08/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Linda Martinez regarding extension of term for Manhattan sublease. | 0.10 | $375.00/hr | $37.50 |
| 06/08/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed direction from Frank Bartolotta regarding amendment to Manhattan sublease to extend the term. | 0.10 | $375.00/hr | $37.50 |
| 06/08/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Call with M. Robinson and C. Searl in preparation for call with CFO and Head of HR for LBHI re: dispute with vendor. | 0.50 | $400.00/hr | $200.00 |
| 06/08/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Call with M. Dolgin re: new HR vendor agreement | 0.20 | $400.00/hr | $80.00 |
| 06/08/2011 | MR | **Lehman - 1500 Customer/Vendor Issues:** Call with L. Bortstein and C. Searl in preparation for call with CFO and Head of HR for LBHI re: dispute with vendor. | 0.50 | $375.00/hr | $187.50 |
| 06/09/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master agreement for office moving and relocation services. | 1.50 | $325.00/hr | $487.50 |
| 06/09/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza re: status of final spreadsheet to HR contract | 0.10 | $400.00/hr | $40.00 |
| 06/09/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed files to determine status of final spreadsheet to final HR contract | 0.30 | $400.00/hr | $120.00 |
| 06/09/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed software agreement to determine assignability to LAMCO | 0.30 | $400.00/hr | $120.00 |
| 06/09/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: request for assignment of software license agreement from LBHI to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 06/09/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed software license agreement for restrictions on assignment and notice requirements. | 0.30 | $325.00/hr | $97.50 |
| 06/09/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein and E.Murphy re: preparation of assignment documents to assign software license agreement from LBHI to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 06/09/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed C.Hallowell re: response to specific questions regarding the assignment of analytics software license agreement to non-Estate entity. | 0.10 | $325.00/hr | $32.50 |
| 06/09/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted assignment letter to software vendor re: assignment of software license agreement from LBHI to LAMCO. | 0.30 | $325.00/hr | $97.50 |
| 06/09/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed software license agreement with software vendor for valuation software. | 0.50 | $325.00/hr | $162.50 |
| 06/10/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: specific questions relating to assignment of software license agreement to LAMCO. | 0.20 | $325.00/hr | $65.00 |
| 06/10/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: software license agreement for financial reporting software. | 2.00 | $325.00/hr | $650.00 |
| 06/10/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted email to L.Bortstein re: draft of assignment notice to software vendor in connection with assignment of software license agreement to LAMCO. | 0.20 | $325.00/hr | $65.00 |

| | | | | |
|---|---|---|---|---|
| 06/10/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: specific questions pertaining to assignment notice. | 0.10 | $325.00/hr | $32.50 |
| 06/10/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein in response to specific questions re: assignment rights under software license agreement. | 0.10 | $325.00/hr | $32.50 |
| 06/10/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: call to discuss assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 06/10/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Call with L.Bortstein re: assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 06/10/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed form of assignment of agreement for services for Derivatives from LBHI and LAMCO | 0.40 | $400.00/hr | $160.00 |
| 06/10/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed draft of new HR services agreement to determine whether terms are acceptable, and which agreement will replace existing HR vendor agreement that is the cause of the dispute between the current HR vendor and LBHI. | 0.60 | $400.00/hr | $240.00 |
| 06/10/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with Mi. Shanahan re: interpretation of termination fee schedule to HR services agreement | 0.20 | $400.00/hr | $80.00 |
| 06/10/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: use of software license to be assigned to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 06/10/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with M. Shanahan and M. Robinson re: contract interpretation of pricing annex to HR services agreement. | 0.30 | $400.00/hr | $120.00 |
| 06/10/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with B. Reay re: assignment of software license agreement to LAMCO | 0.10 | $400.00/hr | $40.00 |
| 06/10/2011 MR | **Lehman - 1500 Customer/Vendor Issues:** Call with L. Bortstein, C. Searl, S. Cohn and P. Vozza re: dispute with vendor. | 0.50 | $375.00/hr | $187.50 |
| 06/10/2011 MR | **Lehman - 1500 Customer/Vendor Issues:** Call with M. Shanahan and L. Bortstein re: contract interpretation of pricing annex to HR services agreement. | 0.30 | $375.00/hr | $112.50 |
| 06/10/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted notice of assignment to software license vendor re: assignment of software license agreement to LAMCO. | 0.50 | $325.00/hr | $162.50 |
| 06/13/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from L.Bortstein re: potential new services agreement with HR vendor. | 0.10 | $375.00/hr | $37.50 |
| 06/13/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from L.Bortstein re: potential new services agreement with HR vendor and timing/schedule for new deal. | 0.20 | $375.00/hr | $75.00 |
| 06/13/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from L.Bortstein re: potential new services agreement with HR vendor re: responsibilities matrix and operating guidelines. | 0.20 | $375.00/hr | $75.00 |
| 06/13/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed draft of new HR services agreement to determine if the terms are acceptable, and which agreement wil replace existing HR vendor agreement that is the cause of the dispute between the current HR vendor and LBHI | 0.60 | $400.00/hr | $240.00 |
| 06/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 06/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy and L.Bortstein re: assignment of software license agreement to LAMCO. | 0.20 | $325.00/hr | $65.00 |
| 06/13/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy and B. Reay re: assignment of software license agreement to LAMCO. | 0.20 | $400.00/hr | $80.00 |

| | | | |
|---|---|---|---|
| 06/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted assignment and assumption agreement in connection with assignment of software license to LAMCO. | 0.80 $325.00/hr | $260.00 |
| 06/14/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from L.Bortstein re: potential new services agreement with HR vendor re: date and time on which I can give him a markup of the proposed draft. | 0.20 $375.00/hr | $75.00 |
| 06/14/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call with M. Dolgin re: overview of proposed services agreement with HR vendor. | 0.60 $375.00/hr | $225.00 |
| 06/14/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call with L. Bortstein re: overview of proposed services agreement with HR vendor. | 0.60 $375.00/hr | $225.00 |
| 06/14/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from L. Bortstein re: proposed services agreement with HR vendor and potential negotiation points for same. | 0.20 $375.00/hr | $75.00 |
| 06/14/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from M. Dolgin re: proposed services agreement with HR vendor and setting up time for a call to discuss same. | 0.20 $375.00/hr | $75.00 |
| 06/14/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call with M.Dolgin to discuss potential services agreement with HR vendor and timing of transaction (deadlines to close deal). | 0.60 $375.00/hr | $225.00 |
| 06/14/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor's initial draft of services agreement with HR vendor. | 2.50 $375.00/hr | $937.50 |
| 06/14/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Emailed C. Searl and P. Vozza re: strategy re: negotiating new HR services agreement | 0.10 $400.00/hr | $40.00 |
| 06/14/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed HR Vendor form agreement to determine if the terms are acceptable and which agreement will replace existing HR vendor agreement that is the cause of the dispute between the current HR vendor and LBHI. | 0.50 $400.00/hr | $200.00 |
| 06/14/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: data license agreement for tax compliance data with IT products and services provider. | 1.90 $325.00/hr | $617.50 |
| 06/14/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: software license agreement for financial reporting software. | 0.50 $325.00/hr | $162.50 |
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted assignment and assumption agreement in connection with assignment of software license agreement to LAMCO. | 0.60 $325.00/hr | $195.00 |
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted notice of assignment letter to software vendor regarding assignment of software license agreement to LAMCO. | 0.50 $325.00/hr | $162.50 |
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted consent, waiver and release form in connection with assignment of software license agreement to LAMCO. | 0.70 $325.00/hr | $227.50 |
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted email to L.Bortstein re: review of assignment documents in connection with assignment of software license agreement to LAMCO. | 0.30 $325.00/hr | $97.50 |
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Revised consent, waiver and release in connection with assignment of software license agreement to LAMCO. | 0.30 $325.00/hr | $97.50 |
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: review of assignment documents in connection with assignment of software license agreement to LAMCO. | 0.30 $325.00/hr | $97.50 |

| | | | | |
|---|---|---|---|---|
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Revised assignment and assumption agreement re: assignment of software license agreement to LAMCO. | 0.30 | $325.00/hr | $97.50 |
| 06/15/2011 MW | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, M.Dolgin, L.Bortstein and B.Reay re: status of active Estate matters. | 0.40 | $375.00/hr | $150.00 |
| 06/15/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, M.Dolgin, B. Reay and M.Wyttenbach re: status of active Estate matters. | 0.40 | $400.00/hr | $160.00 |
| 06/15/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, M.Dolgin, L.Bortstein and M.Wyttenbach re: status of active Estate matters. | 0.40 | $325.00/hr | $130.00 |
| 06/15/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor's initial draft of services agreement with HR vendor and drafted changes thereto. | 5.10 | $375.00/hr | $1,912.50 |
| 06/16/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Revised new HR services agreement and schedules | 1.60 | $400.00/hr | $640.00 |
| 06/16/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed assignment documents to assign software license from LBHI to LAMCO, to determine whether the form and substance met the requirements of LBHI and WGM. | 0.50 | $400.00/hr | $200.00 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor's initial draft of services agreement with HR vendor and drafted changes thereto. | 0.50 | $375.00/hr | $187.50 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Emailed revised draft of proposed services agreement with HR vendor to M. Dolgin and L.Bortstein. | 0.20 | $375.00/hr | $75.00 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call from L. Bortstein re: key negotiation pints for proposed services agreement with HR vendor. | 0.30 | $375.00/hr | $112.50 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call with M.Dolgin re: key negotiation points and changes I drafted to proposed services agreement with HR vendor. | 1.20 | $375.00/hr | $450.00 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Edited proposed services agreement with HR vendor to reflect points discussed with M. Dolgin. | 0.50 | $375.00/hr | $187.50 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Emailed revised draft of proposed services agreement with HR vendor to M. Dolgin and L.Bortstein. | 0.50 | $375.00/hr | $187.50 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call with L.Bortstein to discuss status of revised draft for HR vendor service agreement. | 0.40 | $375.00/hr | $150.00 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor's initial draft of services agreement with HR vendor. | 0.50 | $375.00/hr | $187.50 |
| 06/16/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted changes to vendor's initial draft of services agreement with HR vendor. | 0.50 | $375.00/hr | $187.50 |
| 06/16/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Drafted strategy outline for P. Vozza for her negotiation with HR vendor re: settlement of disputes | 0.40 | $400.00/hr | $160.00 |
| 06/17/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with P. Vozza, C. Searl and M. Dolgin re: negotiation of new HR vendor services agreement and settlement of disputes under current HR services agreement | 0.50 | $400.00/hr | $200.00 |
| 06/17/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Prepared for call with P. Vozza, C. Searl and M. Dolgin re: negotiation of new HR services agreement and settlement of existing HR services agreement | 0.40 | $400.00/hr | $160.00 |
| 06/17/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Sent email to L.Bortstein and M.Dolgin re: newspaper article about proposed HR vendor's recent security breach and its potential effect on negotiations with such vendor. | 0.20 | $375.00/hr | $75.00 |
| 06/17/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from L.Bortstein re: need to review schedules for new services agreement with HR vendor. | 0.20 | $375.00/hr | $75.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/17/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Revised form of IT services agreement. | 0.50 | $325.00/hr | $162.50 |
| 06/17/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed pricing schedule for implementation and on-going fees for new HR services agreement | 0.90 | $400.00/hr | $360.00 |
| 06/20/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor mark up to HR services agreement to determine if vendor's response to LBHI's counter-proposals were acceptable | 0.80 | $400.00/hr | $320.00 |
| 06/20/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Call with M. Dolgin re: comments from technology vendor re: migration of data from existing service provider | 0.30 | $400.00/hr | $120.00 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call from L.Bortstein re: revised draft of new services agreement with HR vendor received from vendor. | 0.20 | $375.00/hr | $75.00 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed emails from M.Dolgin re: revised draft of new services agreement with HR vendor received from vendor. | 0.20 | $375.00/hr | $75.00 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of new services agreement with HR vendor received from vendor. | 1.50 | $375.00/hr | $562.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone conference with L.Bortstein, M.Dolgin, P.Vozza re: new services agreement with HR vendor received from vendor. Discussed vendor's proposed changes. | 1.50 | $375.00/hr | $562.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of new services agreement with HR vendor received from vendor. | 1.50 | $375.00/hr | $562.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of new services agreement with HR vendor received from vendor. | 0.50 | $375.00/hr | $187.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Conference call for new services agreement with HR vendor counsel and business team. | 1.50 | $375.00/hr | $562.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call to M.Dolgin re: recap of conference call with HR vendor counsel for proposed HR services agreement. | 0.30 | $375.00/hr | $112.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted initial draft of Termination and Mutual Release Agreement for use in conjunction with proposed HR services agreement. | 1.10 | $375.00/hr | $412.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Sent initial draft of Termination and Mutual Release Agreement for use in conjunction with proposed HR services agreement to L.Bortstein. | 0.10 | $375.00/hr | $37.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Sent initial draft of Termination and Mutual Release Agreement for use in conjunction with proposed HR services agreement to L.Bortstein. | 0.30 | $375.00/hr | $112.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted summary of terms for proposed HR services agreement for L.Bortstein and M.Dolgin for review. | 0.30 | $375.00/hr | $112.50 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted changes to proposed Settlement Agreement with HR services vendor. | 1.00 | $375.00/hr | $375.00 |
| 06/20/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Emailed revised draft of proposed Settlement Agreement with HR services vendor to L.Bortstein. | 0.20 | $375.00/hr | $75.00 |
| 06/20/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Telephone conference with A. Lashmet, M.Dolgin, P.Vozza re: new services agreement with HR vendor received from vendor, to discuss changes proposed by vendor. | 1.50 | $400.00/hr | $600.00 |
| 06/21/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed multiple emails from L.Bortstein, M.Dolgin, P. Vozza re: follow up points and concerns re: proposed services agreement with HR vendor. | 1.30 | $375.00/hr | $487.50 |

| | | | |
|---|---|---|---|
| 06/21/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed emails from HR vendor counsel: follow up points and concerns re: proposed services agreement with HR vendor. | 0.80 $375.00/hr | $300.00 |
| 06/21/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted memorandum explaining concerns and open legal issues with respect to revised draft of proposed services agreement with HR vendor, received from vendor counsel. | 0.50 $375.00/hr | $187.50 |
| 06/21/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Emailed memorandum explaining concerns and open legal issues with respect to revised draft of proposed services agreement with HR vendor, received from vendor counsel, to M.Dolgin, L.Bortstein, P.Vozza. | 0.10 $375.00/hr | $37.50 |
| 06/21/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to emails from M.Dolgin and P. Vozza re: proposed times to speak about revised draft of proposed HR services agreement, received from HR vendor counsel. | 0.60 $375.00/hr | $225.00 |
| 06/21/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Sent emails to HR vendor counsel noting receipt of revised draft of proposed HR services agreement and noting that additional discussions may be necessary. | 0.40 $375.00/hr | $150.00 |
| 06/21/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed emails from HR vendor business team re: scheduling times to discuss proposed HR services agreement. | 0.60 $375.00/hr | $225.00 |
| 06/21/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Drafted release and settlement document re: HR vendor services agreement | 1.50 $400.00/hr | $600.00 |
| 06/21/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed comments on settlement release re: HR services agreement from M. Robinson and C. Searl | 0.30 $400.00/hr | $120.00 |
| 06/21/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Revised settlement and release document related to settlement of contract with HR Vendor | 1.20 $400.00/hr | $480.00 |
| 06/21/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with M. Dolgin re: release and settlement agreement re: HR services agreement | 0.20 $400.00/hr | $80.00 |
| 06/21/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Revised draft settlement agreement to HR services agreement based upon comments from S. Cohn (LBHI CFO) | 0.20 $400.00/hr | $80.00 |
| 06/22/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Drafted negotiation strategy for P. Vozza re: negotiation of settlement agreement and new agreement with HR services vendor | 0.50 $400.00/hr | $200.00 |
| 06/22/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Call with B. Reay and E. Murphy re: current state of agreements for the Estate. | 0.10 $400.00/hr | $40.00 |
| 06/22/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Revised settlement and agreement relating to dispute with HR vendor based on feedback from S. Cohn and C. Searl | 0.30 $400.00/hr | $120.00 |
| 06/22/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza re: a particular pricing requirement for the HR services deal | 0.10 $400.00/hr | $40.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed new vendor draft of proposed services agreement with HR vendor. | 0.80 $375.00/hr | $300.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call with M.Dolgin discussing changes to new vendor draft of proposed services agreement with HR vendor. | 0.50 $375.00/hr | $187.50 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Conference call with R. Onufrak (vendor counsel), vendor business representatives, M.Dolgin, P. Vozza, and C.Rado discussing changes to new vendor draft of proposed services agreement with HR vendor. | 0.50 $375.00/hr | $187.50 |

| | | | | |
|---|---|---|---|---|
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed second new vendor draft of proposed HR services agreement with HR vendor, received from vendor counsel. | 2.00 | $375.00/hr | $750.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Participated in second conference call with R. Onufrak (vendor counsel), vendor business representatives, M.Dolgin, P. Vozza, and C.Rado discussing changes to new vendor draft of proposed services agreement with HR vendor. | 0.90 | $375.00/hr | $337.50 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Participated in second telephone call with M.Dolgin, P. Vozza, and C.Rado discussing changes to new vendor draft of proposed services agreement with HR vendor and priorities of business terms and pricing over limitation of liability cap amount. | 0.50 | $375.00/hr | $187.50 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call to L.Bortstein recapping the conference calls today with HR vendor group and LBHI group, discussing changes to new vendor draft of proposed services agreement with HR vendor, and discussing priorities of business terms and pricing over limitation of liability cap amount. | 0.40 | $375.00/hr | $150.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted and sent memo to L. Bortstein, M.Dolgin, P.Vozza, C.Rado re: proposed refund language if HR vendor double-bills LBHI, as well as termination fee language. | 0.50 | $375.00/hr | $187.50 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Drafted and sent memo to L. Bortstein, M.Dolgin, P.Vozza, C.Rado re: proposed refund language if HR vendor double-bills LBHI, as well as termination fee language. | 1.20 | $375.00/hr | $450.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Third conference call with HR vendor team and LBHI team re: proposed changes to draft of HR services agreement, especially pricing issues and interconnection of the HR services agreement with the proposed settlement agreement. | 0.90 | $375.00/hr | $337.50 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Telephone call from L.Bortstein, recapping issues of the day with HR services vendor, including pricing issues, termination and termination fee issues, and the interconnection of the proposed HR services agreement and the proposed settlement agreement. | 0.40 | $375.00/hr | $150.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed and drafted changes to the proposed settlement agreement with the HR vendor. | 1.40 | $375.00/hr | $525.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Sent revised proposed settlement agreement with the HR vendor to L. Bortstein. | 0.20 | $375.00/hr | $75.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed and approved final draft of HR vendor services agreement. | 1.00 | $375.00/hr | $375.00 |
| 06/22/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Sent legal approval email to M.Dolgin for HR vendor services agreement. | 0.20 | $375.00/hr | $75.00 |
| 06/22/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza and C. Searl defining strategy re: certain key payment issues re: new HR services agreement | 0.20 | $400.00/hr | $80.00 |
| 06/22/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from B.Dowd re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 06/22/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed W.Dowd re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 06/22/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 06/22/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Call with L.Bortstein and E.Murphy re: status of active estate matters. | 0.10 | $325.00/hr | $32.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/22/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed email query from Frank Bartolotta regarding landlord consent to Manhattan sublease extension agreement. | 0.10 | $375.00/hr | $37.50 |
| 06/22/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Barry Langman regarding landlord's consent to Manhattan sublease extension. | 0.10 | $375.00/hr | $37.50 |
| 06/22/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed landlord's draft consent to Manhattan sublease amendment. | 0.30 | $375.00/hr | $112.50 |
| 06/22/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Barry Langman regarding comments to landlord's consent to Manhattan sublease extension. | 0.10 | $375.00/hr | $37.50 |
| 06/23/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Frank Bartolotta regarding comments to landlord's consent to Manhattan sublease extension. | 0.10 | $375.00/hr | $37.50 |
| 06/23/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed C.Hallowell re: assignment of software license agreement to non-Lehman entity. | 0.20 | $325.00/hr | $65.00 |
| 06/23/2011 | MC | **Lehman - 2300 Real Estate Matters:** Further reviewed landlord's consent to Manhattan sublease extension. | 0.20 | $375.00/hr | $75.00 |
| 06/23/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Barry Langman regarding comments to landlord's consent to the Manhattan sublease extension. | 0.10 | $375.00/hr | $37.50 |
| 06/23/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Revised settlement agreement with HR services vendor | 0.60 | $400.00/hr | $240.00 |
| 06/23/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed blackline of proposed settlement agreement with HR vendor. | 0.30 | $375.00/hr | $112.50 |
| 06/23/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Emailed blackline of proposed settlement agreement with HR vendor to L. Bortstein. | 0.10 | $375.00/hr | $37.50 |
| 06/23/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed emails from P.Vozza and C.Searl re: proposed settlement agreement with HR vendor re: additional changes and whether all LBHI affiliates should be a party to the release. | 0.50 | $375.00/hr | $187.50 |
| 06/23/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from C.Hallowell re: assignment of software license agreement to non-Lehman entity. | 0.10 | $325.00/hr | $32.50 |
| 06/23/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed assignment and assumption agreement in connection with the assignment of software license agreement to non-Lehman entity. | 0.20 | $325.00/hr | $65.00 |
| 06/23/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Revised release and settlement agreement to HR Services agreement based on comments from C. Searl | 0.50 | $400.00/hr | $200.00 |
| 06/24/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed redraft of Landlord's consent to Manhattan sublease extension agreement. | 0.20 | $375.00/hr | $75.00 |
| 06/24/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Frank Bartolotta regarding execution of Landlord's consent to manhattan sublease extension agreement. | 0.10 | $375.00/hr | $37.50 |
| 06/24/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed fully executed assignment and assumption agreement in connection with the assignment of software license agreement. | 0.20 | $325.00/hr | $65.00 |
| 06/24/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Revised settlement and release agreement re: HR services vendor | 0.40 | $400.00/hr | $160.00 |
| 06/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy re: specific questions pertaining to the assingment of software license agreement to LAMCO. | 0.20 | $325.00/hr | $65.00 |
| 06/28/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of agreement with an IT vendor related to a data migration and hosting service. | 0.70 | $375.00/hr | $262.50 |
| 06/28/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Linda Martinez regarding exhibits to Manhattan sublease amendment. | 0.20 | $375.00/hr | $75.00 |

| | | | | |
|---|---|---|---|---|
| 06/28/2011 MC | **Lehman - 2300 Real Estate Matters:** Reviewed email from Linda Martinez regarding exhibit to Manhattan sublease amendment. | 0.10 | $375.00/hr | $37.50 |
| 06/29/2011 MC | **Lehman - 2300 Real Estate Matters:** Revised Manhattan sublease amendment to correct reference to subleased premises. | 0.20 | $375.00/hr | $75.00 |
| 06/29/2011 MW | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of agreement with an IT vendor related to a data migration and hosting service. | 2.50 | $375.00/hr | $937.50 |
| 06/30/2011 MW | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of agreement with an IT vendor related to a data migration and hosting service. | 1.00 | $375.00/hr | $375.00 |

| | |
|---|---|
| **Total Hours** | 100.20 hrs |
| **Total Service** | $36,690.00 |
| **Total Amount** | $36,690.00 |

| | |
|---|---|
| **Total Hours** | 112.40 hrs |
| **Total Service** | $40,845.00 |
| **Total Expenses** | $0.00 |
| **Total Invoice Amount** | $40,845.00 |

**Notes:**

Please Remit Via ACH Transfer To:

JP Morgan Chase
In the name of: Bortstein Legal
Acct: 764-329-983
ABA Routing: 021000021

**Bortstein Legal LLC**
275 Madison Avenue
Suite 1518
New York, NY 10016
Office Phone: 646-240-4872
Office Email:  lbortstein@blegalgroup.com

**Via Overnight Courier**

August 5, 2011

*Notice Parties In Accordance with the Interim Compensation Order and the Fee Protocol Order (both as defined herein)*:

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>35th Floor<br>New York, New York, 10020<br>Attention:      John Suckow<br>Telephone:  646-285-9263 | Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attention:      Shai Y. Waisman, Esq.<br>Telephone:  212-310-8000 |
| Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attention:      Dennis F. Dunne, Esq.<br>                    Dennis O'Donnell, Esq.<br>                    Evan Fleck, Esq.<br>Attorneys for Creditors' Committee<br>Telephone:  212-530-5000 | The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 22nd Floor<br>New York, New York 10004<br>Attention:      Andy Velez-Rivera, Esq.<br>                    Tracey Hope Davis, Esq.<br>Telephone:  212-510-0500 |
| BrownGreer<br>Attention: Leah Barbour<br><br>TRANSMITTED ELECTRONICALLY<br>lbarbour@browngreer.com | |

1

**Re:    Monthly Statement of Bortstein Legal LLC, Special Counsel Retained to Review and Negotiate Vendor Contracts**

In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York, dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), Bortstein Legal LLC ("Bortstein Legal"), special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors"), hereby submits its monthly statement of services rendered and expenses for the period from and including July 1, 2011 through July 31, 2011 (the "Statement Period").

**I.    Itemization of Services Rendered by Bortstein Legal Personnel.**

A.    The hours spent during the Statement Period for which Bortstein Legal seeks compensation are set forth by the hourly billing rate for each attorney, and the resulting fees are as follows:

| Name | Position | Law School Graduation Year | Hourly Billing Rate | Hours | Total Fees |
|------|----------|----------------------------|---------------------|-------|-----------|
| Lawrence Bortstein | Managing Partner | 1994 | $400 | 3.6 | 1,440.00 |
| Meredith Clair | Partner | 1998 | $375 | 4.0 | 1,500.00 |
| Marc Wyttenbach | Of Counsel | 1999 | $375 | 6.8 | 2,550.00 |
| Jaime Abrams | Associate | 2002 | $325 | 2.6 | 845.00 |
| Brian Reay | Associate | 2005 | $325 | 50.4 | 16,380.00 |
| **TOTAL** | | | | **67.4** | **$22,715.00** |

B.    The time records, in the form of a formal invoice, of Bortstein Legal are attached hereto as Exhibit 1 (the "Invoice"). Bortstein Legal has been retained to review and negotiate vendor contracts for the Debtors, and the attached Invoice contains a breakdown of each task performed by Bortstein Legal personnel associated with such services. In the attached Invoice, each task performed by Bortstein Legal personnel is categorized into one of the following categories: Insurance Issues, Customer/Vendor Issues, Other General Business Operation Issues, and Real Estate Matters.

2

To the extent travel appears in the Invoice, it is already set forth as one-half of the actual travel time, in accordance with typical cases in the Bankruptcy Court for the Southern District of New York.

**II.**   **Itemization of Disbursements Incurred and Reimbursement Sought**.

Bortstein Legal is not seeking reimbursement for any disbursements for the Statement Period.

**III.**   **Total Fees and Expenses Sought for the Statement Period.**

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements incurred for the Statement Period is as follows:

| | |
|---|---|
| Total Fees: | **$22,715.00** |
| Total Disbursements: | $0 |
| **TOTAL:** | **$22,715.00** |

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to Bortstein Legal for the Statement Period, after adjusting for the twenty percent (20%) holdback, is **$18,172.00.**

3

C.      Accounting of Holdback Amount.

The total holdback amount pursuant to the Interim Compensation Order including the holdback amount for this Statement Period and any preceding statement period is set forth in the following chart:

| Statement Period | Holdback Amount |
|---|---|
| 7/1/11 – 7/31/11 (Current Statement Period) | $4,543.00 |
| 6/1/11 – 6/30/11 | $8,169.00 |
| 5/1/11 – 5/31/11 | $6,002.50 |
| 4/1/11 – 4/30/11 | $6,179.50 |
| 3/1/11 – 3/31/11 | $7,987.00 |
| 2/1/11 – 2/28/11 | $8,188.50 |
| 1/1/11 – 1/31/11 | $9,358.50 |
| 12/1/10 – 12/31/10 | $7,391.50 |
| 11/1/10 – 11/30/10 | $7,173.00 |
| 10/1/10 – 10/31/10 | $7,057.50 |
| 9/1/10 – 9/30/10 | $11,646.00 |
| 8/1/10 – 8/31/10 | $10,654.00 |
| 7/1/10 - 7/31/10 | $10,264.00 |
| 6/1/10 – 6/30/10 | $15,814.00 |
| 5/1/10 – 5/31/10 | $20,540.00 |
| 4/1/10 – 4/30/10 | $21,277.00 |
| 3/1/10 – 3/31/10 | $21,978.00 |
| 2/1/10 – 2/28/10 | $27,382.30 |
| 1/1/10 – 1/31/10 | $22,224.20 |
| 12/1/09 – 12/31/09 | $27,501.00 |
| 11/1/09 – 11/30/09 | $27,281.30 |
| 10/1/09 – 10/31/09 | $31,262.50 |
| 9/1/09 – 9/30/09 | $31,124.50 |
| 8/1/09 – 8/31/09 | $28,891.60 |
| 7/1/09 – 7/31/09 | $41,558.00 |
| 6/1/09 – 6/30/09 | $32,681.00 |
| 5/1/09 – 5/31/09 | $43,516.50 |
| 4/1/09 – 4/30/09 | $90,028.50 |
| 3/1/09 – 3/31/09 | $87,108.00 |
| 2/1/09 – 2/28/09 | $68,974.00 |
| 1/1/09 – 1/31/09 | $66,261.05 |
| 12/15/08 – 12/31/08 | $22,027.50 |
| **TOTAL** | **$832,044.95** |
| **PAID TO DATE** | **$661,026.74** |
| **BALANCE** | **$122,995.49** |

4

Bortstein Legal respectfully requests that **$18,172.00** be paid pursuant to the Interim Compensation Order.  Thank you.

Sincerely,

Lawrence A. Bortstein
Managing Partner

cc: William Gordon
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
35th Floor
New York, New York, 10020

## Exhibit 1

## Time Records/Invoice

(Attached)

**Bortstein Legal Group**
275 Madison Avenue
Suite 1518
New York, NY 10016
646-666-8991



**Lehman Estate**

# Invoice 20927

| | |
|---|---|
| **Date** | Aug 05, 2011 |
| **Terms** | Net 30 |
| **Service Thru** | Jul 31, 2011 |

**In Reference To: Billing Review (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/01/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M.Clair, M.Robinson, A.Lashmet and M.Wyttenbach re: estate matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/02/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.20 | $325.00/hr | $65.00 |
| 07/05/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from L.Bortstein regarding updates of active estate matters worked on during June. | 0.20 | $325.00/hr | $65.00 |
| 07/05/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from M.Wyttenbach re: update of estate matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/05/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from M.Clair re: update of estate matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/05/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M.Clair re: update of active estate matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/06/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: estate matters worked on during June. | 0.40 | $325.00/hr | $130.00 |
| 07/08/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: Lehman matters worked on by BLG during June. | 2.00 | $325.00/hr | $650.00 |
| 07/08/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M.Robinson re: specific questions pertaining to Lehman matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/08/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from M.Robinson re: Lehman matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/11/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: Lehman matters worked on by BLG team during June. | 0.20 | $325.00/hr | $65.00 |
| 07/11/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed A.Lashmet re: request for update of Lehman matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/11/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from A.Lashmet re: update of Lehman matters worked on during June. | 0.10 | $325.00/hr | $32.50 |
| 07/11/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L.Bortstein re: memo of Lehman matters worked on by BLG during June. | 0.10 | $325.00/hr | $32.50 |

| | | | |
|---|---|---|---|
| 07/18/2011 BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from L.Bortstein re: updated list of estate matters worked on by BLG during June. | 0.10 $325.00/hr | $32.50 |
| 07/18/2011 BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L.Bortstein re: updated list of estate matters worked on by BLG during June. | 0.10 $325.00/hr | $32.50 |
| 07/19/2011 JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed K. Stadler and L. Bortstein, B. Anisman and C. Fleming re: August budget. | 0.10 $325.00/hr | $32.50 |
| 07/27/2011 BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: status of Lehman matters worked on during July. | 0.40 $325.00/hr | $130.00 |
| 07/28/2011 JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.70 $325.00/hr | $227.50 |
| 07/28/2011 BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from J.Abrams re: comments to July billing entries. | 0.10 $325.00/hr | $32.50 |

| | |
|---|---|
| **Total Hours** | 5.40 hrs |
| **Total Service** | $1,755.00 |
| **Total Amount** | $1,755.00 |

**In Reference To: Fee Application (Service)**

| Date | By Services | Hours | Rates Amount |
|---|---|---|---|
| 07/26/2011 JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Began to draft eighth interim fee application. | 0.60 $325.00/hr | $195.00 |
| 07/26/2011 JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted eighth interim fee application | 0.30 $325.00/hr | $97.50 |

| | |
|---|---|
| **Total Hours** | 0.90 hrs |
| **Total Service** | $292.50 |
| **Total Amount** | $292.50 |

**In Reference To: Fee Committee (Service)**

| Date | By Services | Hours | Rates Amount |
|---|---|---|---|
| 07/14/2011 JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein and B. Anisman re: fee committee inquiry re: fees to K. Stadler. | 0.10 $325.00/hr | $32.50 |
| 07/14/2011 JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Left message for K. Stadler re: inquiry re: fees. | 0.10 $325.00/hr | $32.50 |
| 07/29/2011 JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman and C. Fleming re draft of sixth interim fee app circulated by fee committee. | 0.30 $325.00/hr | $97.50 |
| 07/31/2011 JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed stipulation from fee committee re sixth interim fee application. | 0.20 $325.00/hr | $65.00 |

| | |
|---|---|
| **Total Hours** | 0.70 hrs |
| **Total Service** | $227.50 |
| **Total Amount** | $227.50 |

**In Reference To: LAMCO (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/08/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: services agreement for email and text message delivery service. | 0.30 | $325.00/hr | $97.50 |
| 07/08/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: data license agreement for real estate market data. | 0.60 | $325.00/hr | $195.00 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed amendment to IT consulting agreement | 0.30 | $325.00/hr | $97.50 |
| 07/19/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed assignment document, pursuant to which a software license is being assigned from LBHI to LAMCO | 0.20 | $400.00/hr | $80.00 |
| 07/19/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Call with B. Reay re: comments from software vendor on assignment of software license from LBHI to LAMCO | 0.10 | $400.00/hr | $40.00 |
| 07/20/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call with B.Reay and M.Dolgin re: status of active estate matters. | 0.10 | $375.00/hr | $37.50 |
| 07/20/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E. Murphy re: assignment of software license from LBHI to LAMCO | 0.10 | $400.00/hr | $40.00 |
| 07/25/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: data license agreement. | 0.80 | $325.00/hr | $260.00 |
| 07/25/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed IT co-lo agreement documents | 1.30 | $400.00/hr | $520.00 |
| 07/26/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call w/ E.Murphy to discuss background for agreement with new colocation service provider. | 0.20 | $375.00/hr | $75.00 |
| 07/27/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Began reviewing and revising agreement with colocation services provider. | 1.00 | $375.00/hr | $375.00 |
| 07/28/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Ongoing review and revisions to agreement with colocation services provider. | 2.00 | $375.00/hr | $750.00 |
| 07/29/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Finished reviewing and revising agreement with colocation services provider. | 3.00 | $375.00/hr | $1,125.00 |
| 07/29/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master consulting services agreement with financial services consultant to perform data systems analysis in support of derivatives group. | 1.50 | $325.00/hr | $487.50 |
| 07/29/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: agreement for image coversion services with image conversion services vendor. | 1.30 | $325.00/hr | $422.50 |

|  |  |
|---|---|
| **Total Hours** | 12.80 hrs |
| **Total Service** | $4,602.50 |
| **Total Amount** | $4,602.50 |

**In Reference To: Lehman Brothers Holdings Inc. (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/01/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of agreement with an IT vendor related to a data migration and hosting service. | 0.50 | $375.00/hr | $187.50 |
| 07/05/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed recruiting agreement with candidate placement agency for the recruitment of personnel for specified positions. | 0.40 | $325.00/hr | $130.00 |
| 07/06/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed supplemental indenture in connection with Manhattan sublease extension. | 0.30 | $375.00/hr | $112.50 |
| 07/06/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Frank Bartolotta regarding supplemental indenture in connection with Manhattan sublease extension. | 0.10 | $375.00/hr | $37.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/06/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Call with M.Dolgin, B.Dowd, L.Bortstein and M.Wyttenbach re: status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/06/2011 LB | **Other - Hosted Services:** Emailed P. Vozza seeking update on the release and settlement agreement with HR vendor | 0.10 | $400.00/hr | $40.00 |
| 07/07/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: recruiting services agreement. | 2.10 | $325.00/hr | $682.50 |
| 07/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: consulting agreement with corporate services vendor for due dilligence and background check services. | 0.50 | $325.00/hr | $162.50 |
| 07/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: consulting agreement with real estate consultant regarding strategic managment of specific real estate holdings. | 0.70 | $325.00/hr | $227.50 |
| 07/08/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: software license agreement for system administration software. | 0.50 | $325.00/hr | $162.50 |
| 07/11/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: loan servicing agreement with mortgate loan servicing vendor. | 2.60 | $325.00/hr | $845.00 |
| 07/11/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed HR outsourcing agreement with HR outsourcing service provider. | 0.50 | $325.00/hr | $162.50 |
| 07/11/2011 MC | **Lehman - 2300 Real Estate Matters:** Reviewed consent documents to Manhattan sublease amendment. | 0.10 | $375.00/hr | $37.50 |
| 07/12/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: HR outsourcing services agreement. | 1.10 | $325.00/hr | $357.50 |
| 07/12/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed loan servicing agreement in connection with drafting deal memo re: loan servicing agreement. | 0.40 | $325.00/hr | $130.00 |
| 07/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: HR outsourcing services agreement. | 0.50 | $325.00/hr | $162.50 |
| 07/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: weekly call to discuss active Estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: weekly call to discuss status of active Estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: weekly call to discuss status of active Estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/13/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/14/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Revised consent letter with software vendor re: assignment of software license agreement to LAMCO. | 0.30 | $325.00/hr | $97.50 |
| 07/14/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed HR outsourcing agreement. | 0.40 | $325.00/hr | $130.00 |
| 07/14/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: review of software vendor's comments to consent letter for the assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 07/14/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: review of vendor's comments to consent letter in connection with assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 07/14/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor's comments to consent letter in connection with assignment of software license agreement to LAMCO. | 0.40 | $325.00/hr | $130.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: review of vendor's comments to consent letter in connection with assignment of software license agreement to LAMCO. | 0.40 | $325.00/hr | $130.00 |
| 07/15/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: HR oustsourcing agreement. | 1.40 | $325.00/hr | $455.00 |
| 07/18/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed vendor's comments to consent letter in connection with assignment of software license agreement to LAMCO. | 0.20 | $325.00/hr | $65.00 |
| 07/18/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed F. Bartolotta regarding consent to Manhattan sublease extension. | 0.10 | $375.00/hr | $37.50 |
| 07/18/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed HR outsourcing agreement. | 0.40 | $325.00/hr | $130.00 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Revised assignment letter in connection with assignment of software license agreement to LAMCO. | 0.20 | $325.00/hr | $65.00 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: software license agreement with eDiscovery software vendor. | 1.80 | $325.00/hr | $585.00 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed software license agreement with eDiscovery software vendor. | 0.30 | $325.00/hr | $97.50 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed software license agreement with analytics software provider. | 0.30 | $325.00/hr | $97.50 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Call with L.Bortstein re: software vendor's comments to consent letter in connection with the assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: review of vendor's comments to assignment letter in connection with assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: revisions to assignment letter in connection with assignment of software license agreement to LAMCO. | 0.20 | $325.00/hr | $65.00 |
| 07/19/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Revised consent form in connection with assignment of software license agreement to LAMCO | 0.10 | $325.00/hr | $32.50 |
| 07/20/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: license agreement with eDiscovery service provider. | 2.40 | $325.00/hr | $780.00 |
| 07/20/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from B.Dowd re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/20/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed B.Dowd re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/20/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: consent letter in connection with assignment of software license agreement to LAMCO. | 0.10 | $325.00/hr | $32.50 |
| 07/20/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Call with M.Dolgin and M.Wyttenbach re: status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/20/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: services agreement for expert services. | 1.70 | $325.00/hr | $552.50 |
| 07/20/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drated deal memo re: software license and hardware purchase agreement. | 0.80 | $325.00/hr | $260.00 |
| 07/22/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed independent contractors agreement with non-IT consultants for expert services in connection with Lehman bankruptcy proceeding in preparation of dratfting deal memo regarding same. | 0.70 | $325.00/hr | $227.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: independent contractors agreement with non-IT consultants for expert services in connection with Lehman Bankruptcy proceeding. | 1.90 | $325.00/hr | $617.50 |
| 07/25/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed and revised facilities services agreement. | 1.90 | $375.00/hr | $712.50 |
| 07/25/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: independent contractor agreement with risk management consultants providing expert services in connection with Lehman bankruptcy proceeding. | 0.50 | $325.00/hr | $162.50 |
| 07/26/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: HR outsourcing services agreement. | 2.20 | $325.00/hr | $715.00 |
| 07/26/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: Software license agreement for eDiscovery software. | 0.70 | $325.00/hr | $227.50 |
| 07/26/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: independent contractor agreement with consulting firm providing expert services to LBHI. | 1.30 | $325.00/hr | $422.50 |
| 07/26/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed with Bill Dowd regarding insurance provisions in facilities contract. | 0.10 | $375.00/hr | $37.50 |
| 07/26/2011 | MC | **Lehman - 2300 Real Estate Matters:** Revised insurance provisions in facilities agreement. | 0.90 | $375.00/hr | $337.50 |
| 07/26/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Bill Dowd regarding finalization of insurance provisions in facilities contract. | 0.20 | $375.00/hr | $75.00 |
| 07/26/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed insurance provisions in revised facilities agreement. | 0.30 | $375.00/hr | $112.50 |
| 07/26/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master default services agreement. | 1.30 | $325.00/hr | $422.50 |
| 07/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Dolgin re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from B.Dowd re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed B.Dowd re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 07/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: IT consulting agreement in connection with data migration service provided to LBHI. | 1.70 | $325.00/hr | $552.50 |
| 07/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: data subscription agreement for security pricing data. | 1.60 | $325.00/hr | $520.00 |
| 07/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master services agreement for hosted document storage service. | 1.20 | $325.00/hr | $390.00 |
| 07/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: master services agreement for hosted document storage service with IT consulting vendor. | 2.60 | $325.00/hr | $845.00 |
| 07/28/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed draft settlement and release agreement re: dispute with HR vendor, to prepare for negotiations with such HR vendor | 1.00 | $400.00/hr | $400.00 |
| 07/28/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Negotiation with HR vendor re: settlement and release in connection with dispute | 0.80 | $400.00/hr | $320.00 |
| 07/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: consulting services agreement with financial services consultant. | 0.70 | $325.00/hr | $227.50 |
| 07/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: recruiting agreement with recruiting agency. | 1.00 | $325.00/hr | $325.00 |

| | | |
|---|---|---|
| 07/28/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: loan servicing agreement with mortgage loan services provider. | 1.60 $325.00/hr $520.00 |

| | |
|---|---|
| **Total Hours** | 47.60 hrs |
| **Total Service** | $15,837.50 |
| **Total Amount** | $15,837.50 |

| | |
|---|---|
| **Total Hours** | 67.40 hrs |
| **Total Service** | $22,715.00 |
| **Total Invoice Amount** | $22,715.00 |

**Notes:**

Please Remit Via ACH Transfer To:

JP Morgan Chase
In the name of: Bortstein Legal
Acct: 764-329-983
ABA Routing: 021000021

**Bortstein Legal LLC**
275 Madison Avenue
Suite 1518
New York, NY 10016
Office Phone: 646-240-4872
Office Email:  lbortstein@blegalgroup.com

<u>**Via Overnight Courier**</u>

September 6, 2011

*Notice Parties In Accordance with the Interim Compensation Order and the Fee Protocol Order (both as defined herein)*:

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>35th Floor<br>New York, New York, 10020<br>Attention:      John Suckow<br>Telephone:  646-285-9263 | Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attention:      Shai Y. Waisman, Esq.<br>Telephone:  212-310-8000 |
| Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attention:      Dennis F. Dunne, Esq.<br>                    Dennis O'Donnell, Esq.<br>                    Evan Fleck, Esq.<br>Attorneys for Creditors' Committee<br>Telephone:  212-530-5000 | The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 22nd Floor<br>New York, New York 10004<br>Attention:      Andy Velez-Rivera, Esq.<br>                    Tracey Hope Davis, Esq.<br>Telephone:  212-510-0500 |
| BrownGreer<br>Attention: Leah Barbour<br><br>TRANSMITTED ELECTRONICALLY<br>lbarbour@browngreer.com | |

1

**Re:**     **Monthly Statement of Bortstein Legal LLC, Special Counsel Retained to Review and Negotiate Vendor Contracts**

In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York, dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), Bortstein Legal LLC ("Bortstein Legal"), special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors"), hereby submits its monthly statement of services rendered and expenses for the period from and including August 1, 2011 through August 31, 2011 (the "Statement Period").

**I.     Itemization of Services Rendered by Bortstein Legal Personnel.**

A.     The hours spent during the Statement Period for which Bortstein Legal seeks compensation are set forth by the hourly billing rate for each attorney, and the resulting fees are as follows:

| Name | Position | Law School Graduation Year | Hourly Billing Rate | Hours | Total Fees |
|------|----------|------|------|------|------|
| Lawrence Bortstein | Managing Partner | 1994 | $400 | 3.8 | 1,520.00 |
| Meredith Clair | Partner | 1998 | $375 | 6.0 | 2,250.00 |
| Marc Wyttenbach | Of Counsel | 1999 | $375 | 6.7 | 2,512.50 |
| Amy Lashmet | Associate | 1997 | $375 | 1.4 | 525.00 |
| Jaime Abrams | Associate | 2002 | $325 | 8.1 | 2,632.50 |
| Brian Reay | Associate | 2005 | $325 | 18.7 | 6,077.50 |
| **TOTAL** | | | | **44.7** | **$15,517.50** |

B.     The time records, in the form of a formal invoice, of Bortstein Legal are attached hereto as Exhibit 1 (the "Invoice"). Bortstein Legal has been retained to review and negotiate vendor contracts for the Debtors, and the attached Invoice contains a breakdown of each task performed by Bortstein Legal personnel associated with such services. In the attached Invoice, each task performed by Bortstein Legal personnel is categorized into one of the following categories: Insurance Issues, Customer/Vendor Issues, Other General Business Operation Issues, and Real Estate Matters.

2

To the extent travel appears in the Invoice, it is already set forth as one-half of the actual travel time, in accordance with typical cases in the Bankruptcy Court for the Southern District of New York.

**II.**    **Itemization of Disbursements Incurred and Reimbursement Sought**.

Bortstein Legal is not seeking reimbursement for any disbursements for the Statement Period.

**III.**    **Total Fees and Expenses Sought for the Statement Period**.

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements incurred for the Statement Period is as follows:

Total Fees:                **$15,517.50**
Total Disbursements:        $0

**TOTAL:**                **$15,517.50**

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to Bortstein Legal for the Statement Period, after adjusting for the twenty percent (20%) holdback, is **$12,414.00.**

3

C.      Accounting of Holdback Amount.

The total holdback amount pursuant to the Interim Compensation Order including the holdback amount for this Statement Period and any preceding statement period is set forth in the following chart:

| Statement Period | Holdback Amount |
|---|---|
| 8/1/11 – 8/31/11  (Current Statement Period) | $3,103.50 |
| 7/1/11 – 7/31/11 | $4,543.00 |
| 6/1/11 – 6/30/11 | $8,169.00 |
| 5/1/11 – 5/31/11 | $6,002.50 |
| 4/1/11 – 4/30/11 | $6,179.50 |
| 3/1/11 – 3/31/11 | $7,987.00 |
| 2/1/11 – 2/28/11 | $8,188.50 |
| 1/1/11 – 1/31/11 | $9,358.50 |
| 12/1/10 – 12/31/10 | $7,391.50 |
| 11/1/10 – 11/30/10 | $7,173.00 |
| 10/1/10 – 10/31/10 | $7,057.50 |
| 9/1/10 – 9/30/10 | $11,646.00 |
| 8/1/10 – 8/31/10 | $10,654.00 |
| 7/1/10 - 7/31/10 | $10,264.00 |
| 6/1/10 – 6/30/10 | $15,814.00 |
| 5/1/10 – 5/31/10 | $20,540.00 |
| 4/1/10 – 4/30/10 | $21,277.00 |
| 3/1/10 – 3/31/10 | $21,978.00 |
| 2/1/10 – 2/28/10 | $27,382.30 |
| 1/1/10 – 1/31/10 | $22,224.20 |
| 12/1/09 – 12/31/09 | $27,501.00 |
| 11/1/09 – 11/30/09 | $27,281.30 |
| 10/1/09 – 10/31/09 | $31,262.50 |
| 9/1/09 – 9/30/09 | $31,124.50 |
| 8/1/09 – 8/31/09 | $28,891.60 |
| 7/1/09 – 7/31/09 | $41,558.00 |
| 6/1/09 – 6/30/09 | $32,681.00 |
| 5/1/09 – 5/31/09 | $43,516.50 |
| 4/1/09 – 4/30/09 | $90,028.50 |
| 3/1/09 – 3/31/09 | $87,108.00 |
| 2/1/09 – 2/28/09 | $68,974.00 |
| 1/1/09 – 1/31/09 | $66,261.05 |
| 12/15/08 – 12/31/08 | $22,027.50 |
| **TOTAL** | **$835,148.45** |
| **PAID TO DATE** | **$661,026.74** |
| **BALANCE** | **$126,098.99** |

4

Bortstein Legal respectfully requests that **$12,414.00** be paid pursuant to the Interim Compensation Order.  Thank you.

Sincerely,

Lawrence A. Bortstein
Managing Partner


cc: William Gordon
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
35th Floor
New York, New York, 10020

## Exhibit 1

## Time Records/Invoice

(Attached)

**Bortstein Legal Group**
275 Madison Avenue
Suite 1518
New York, NY 10016
646-666-8991



**Lehman Estate**

# Invoice 21026

| Date | Sep 06, 2011 |
|---|---|
| Terms | Net 30 |
| Service Thru | Aug 31, 2011 |

**In Reference To: Billing Review (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/01/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.20 | $325.00/hr | $65.00 |
| 08/02/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed C. Fleming to confirm electronic service of monthly invoices. | 0.10 | $325.00/hr | $32.50 |
| 08/05/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: estate matters worked on by BLG during July. | 1.10 | $325.00/hr | $357.50 |
| 08/05/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted email to M.Clair re: update of July estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/09/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M.Clair re: request for updates of Lehman matters worked on during July. | 0.20 | $325.00/hr | $65.00 |
| 08/09/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from M.Clair re: request for updates of Lehman matters worked on during July. | 0.20 | $325.00/hr | $65.00 |
| 08/09/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L.Bortstein re: Lehman matters worked on by BLG during July. | 0.10 | $325.00/hr | $32.50 |
| 08/09/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from M.Robinson re: report of Lehman matters worked on during July. | 0.10 | $325.00/hr | $32.50 |
| 08/09/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M.Robinson re: report of Lehman matters worked on during July. | 0.10 | $325.00/hr | $32.50 |
| 08/09/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: Lehman matters worked on by BLG during July. | 0.20 | $325.00/hr | $65.00 |
| 08/09/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted email to L.Bortstein re: Lehman matters worked on by BLG during July. | 0.20 | $325.00/hr | $65.00 |
| 08/27/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.80 | $325.00/hr | $260.00 |

| | |
|---|---|
| **Total Hours** | 3.40 hrs |
| **Total Service** | $1,105.00 |
| **Total Amount** | $1,105.00 |

**In Reference To: Fee Application (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/02/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Revised Eighth Interim Fee Application. | 0.40 | $325.00/hr | $130.00 |
| 08/02/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed draft of Eighth Interim Fee Application. | 0.20 | $325.00/hr | $65.00 |
| 08/02/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed S. Garrison, C. Fleming and D. DePietto re: comments to draft of Eighth Interim Fee Application. | 0.10 | $325.00/hr | $32.50 |
| 08/02/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed D. DePietto, S. Garrison and C. Fleming re: fee numbers in eighth interim fee application. | 0.30 | $325.00/hr | $97.50 |
| 08/03/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Revised draft of eighth interim fee application. | 0.30 | $325.00/hr | $97.50 |
| 08/03/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed draft of eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/03/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman, D. DePietto, S. Garrison and C. Fleming re: draft of eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/11/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: specific vendor matters worked on by BLG during the period of February to May 2011. | 2.70 | $325.00/hr | $877.50 |
| 08/11/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from L.Bortstein re: compiling information in connection with fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/11/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from L.Bortstein re: status of memo detailing specific vendor matters worked on by BLG during the period of February - May of 2011. | 0.10 | $325.00/hr | $32.50 |
| 08/11/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed C. Arthur at Weil re: background in eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/11/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein and B. Anisman re: fee matters in eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/11/2011 | LB | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Revised 8th Fee Application | 1.00 | $400.00/hr | $400.00 |
| 08/11/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Discussed w/ C. Fleming via phone call write-offs for eighth interim application. | 1.00 | $325.00/hr | $325.00 |
| 08/11/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Edited eighth interim fee application. | 0.30 | $325.00/hr | $97.50 |
| 08/12/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman and C. Fleming re: write-offs for eighth interim period. | 0.30 | $325.00/hr | $97.50 |
| 08/12/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Discussed w/ C. Fleming, via phone call, matters listed in eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/12/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed emails from C. Fleming re: revision of eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/12/2011 | LB | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed final draft of 8th Fee Application | 0.40 | $400.00/hr | $160.00 |
| 08/12/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman and C. Fleming re: write-off in eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/13/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted eighth interim fee application. | 0.40 | $325.00/hr | $130.00 |

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/14/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted eighth interim fee application. | 0.50 | $325.00/hr | $162.50 |
| 08/14/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed with C. Fleming re: write-off in fee application. | 0.30 | $325.00/hr | $97.50 |
| 08/14/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Revised eighth interim fee application for write-off with respect to fee related matters. | 0.50 | $325.00/hr | $162.50 |
| 08/14/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Revised further the eighth interim fee application to incorporate write-off. | 1.00 | $325.00/hr | $325.00 |
| 08/15/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed C. Arthur and A. Lyon at Weil re: filing of eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/15/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed C. Arthur, L. Bortstein and B. Anisman re: completion of filing of eighth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/15/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman and C. Fleming re: filing of eighth interim fee application | 0.10 | $325.00/hr | $32.50 |

|  |  |  |
|---|---|---|
| **Total Hours** | 10.90 hrs |
| **Total Service** | $3,647.50 |
| **Total Amount** | $3,647.50 |

**In Reference To: Fee Committee (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/01/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein, B. Anisman and C. Fleming re: stipulation with fee committee re: sixth interim fee application. | 0.20 | $325.00/hr | $65.00 |
| 08/01/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M. Santa Maria re: stipulation pertaining to sixth interim fee application. | 0.10 | $325.00/hr | $32.50 |
| 08/17/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed M. Santa Maria, L. Bortstein and B. Anisman re: report on seventh interim fee application. | 0.10 | $325.00/hr | $32.50 |

|  |  |  |
|---|---|---|
| **Total Hours** | 0.40 hrs |
| **Total Service** | $130.00 |
| **Total Amount** | $130.00 |

**In Reference To: LAMCO (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/01/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed letter agreement with non-IT consultant for market analysis consulting services. | 0.40 | $325.00/hr | $130.00 |
| 08/04/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Revised agreement with colocation service provider based on E.Murphy's comments. | 0.50 | $375.00/hr | $187.50 |
| 08/09/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call w/ M.Dolgin to discuss open legal issues in agreement with a new telecommunications provider. | 1.50 | $375.00/hr | $562.50 |
| 08/10/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, B.Dowd, M.Dolgin, L.Bortstein and B.Reay re: status of active Lehman matters | 0.20 | $375.00/hr | $75.00 |
| 08/11/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call with new telecommunications vendor to negotiate agreement. | 1.50 | $375.00/hr | $562.50 |
| 08/23/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed asset manangement agreement in connection with the oversight of specific real estate holdings. | 0.60 | $325.00/hr | $195.00 |

| 08/23/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed consulting agreement with consulting firm for the provision of market analysis consulting services. | 0.50 $325.00/hr | $162.50 |
| 08/24/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed consulting agreement with financial services consultant. | 0.70 $325.00/hr | $227.50 |
| 08/26/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: asset management agreement pertaining to the oversight of specific real estate holdings. | 3.80 $325.00/hr | $1,235.00 |
| 08/28/2011 MW | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised drafts of agreements with co-location service provider. | 2.00 $375.00/hr | $750.00 |
| 08/29/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed data license agreement with data vendor for specific real estate market data. | 0.20 $325.00/hr | $65.00 |
| 08/29/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed market data exchange agreement. | 0.60 $325.00/hr | $195.00 |
| 08/30/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: conuslting agreement for real estate market analysis services. | 2.20 $325.00/hr | $715.00 |
| 08/30/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed consulting agreement for specific real estate market analysis services. | 0.50 $325.00/hr | $162.50 |

|  | **Total Hours** | 15.20 hrs |
|  | **Total Service** | $5,225.00 |
|  | **Total Amount** | $5,225.00 |

**In Reference To: Lehman Brothers Holdings Inc. (Service)**

| Date | By | Services | Hours | Rates | Amount |
|------|----|----|----|----|----|
| 08/01/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza requesting update on release and settlement document with HR vendor to settle dispute | 0.10 | $400.00/hr | $40.00 |
| 08/03/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: weekly call to discuss the status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/03/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/03/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Dolgin re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/03/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed M.Dolgin re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/03/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from B.Dowd re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/03/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed B.Dowd re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/05/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Call with M. Dolgin re: potential contract with voice carrier vendor | 0.40 | $400.00/hr | $160.00 |
| 08/08/2011 | MC | **Lehman - 2300 Real Estate Matters:** Revised indemnity provision in facilities agreement. | 0.50 | $375.00/hr | $187.50 |
| 08/08/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Bill Dowd regarding indemnity provisions in facilities agreement. | 0.10 | $375.00/hr | $37.50 |
| 08/08/2011 | MC | **Lehman - 2300 Real Estate Matters:** Drafted follow-up email to Bill Dowd regarding exhibits to facilities agreement. | 0.20 | $375.00/hr | $75.00 |
| 08/08/2011 | MC | **Lehman - 2300 Real Estate Matters:** Prepared final version of facilities agreement for execution. | 0.30 | $375.00/hr | $112.50 |

| | | | |
|---|---|---|---|
| 08/09/2011 MC | **Lehman - 2300 Real Estate Matters:** Emailed Bill Dowd regarding finalization of facilities contract. | 0.10 $375.00/hr | $37.50 |
| 08/10/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, B.Dowd, M.Dolgin, L.Bortstein and M.Wyttenbach re: status of active Lehman matters. | 0.20 $325.00/hr | $65.00 |
| 08/11/2011 MC | **Lehman - 2300 Real Estate Matters:** Reviewed correspondence from Frank Bartolotta regarding Manhattan sublease. | 0.20 $375.00/hr | $75.00 |
| 08/16/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from P. Vozza re: settlement agreement re: dispute with HR vendor | 0.10 $400.00/hr | $40.00 |
| 08/16/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza re: settlement agreement re: dispute with HR vendor | 0.10 $400.00/hr | $40.00 |
| 08/16/2011 LB | **Lehman - 1500 Customer/Vendor Issues:** Emailed A. Lashmet re: settlement agreement re: dispute with HR vendor | 0.10 $400.00/hr | $40.00 |
| 08/16/2011 MC | **Lehman - 2300 Real Estate Matters:** Had conversation with Bill Dowd regarding provision allowing property manager to give direction to vendor under facilities agreement. | 0.30 $375.00/hr | $112.50 |
| 08/16/2011 MC | **Lehman - 2300 Real Estate Matters:** Revised insurance provisions in facilities agreement. | 0.20 $375.00/hr | $75.00 |
| 08/16/2011 MC | **Lehman - 2300 Real Estate Matters:** Had follow up conversation with Bill Dowd regarding structure of facilities agreement. | 0.30 $375.00/hr | $112.50 |
| 08/16/2011 MC | **Lehman - 2300 Real Estate Matters:** Revised facilities agreement to provide for ability to give and receive instructions through property manager. | 1.50 $375.00/hr | $562.50 |
| 08/17/2011 MC | **Lehman - 2300 Real Estate Matters:** Made further revisions to facilities vendor agreement. | 0.30 $375.00/hr | $112.50 |
| 08/17/2011 MC | **Lehman - 2300 Real Estate Matters:** Emailed Bill Dowd regarding agency for facilities vendor agreement. | 0.10 $375.00/hr | $37.50 |
| 08/17/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: weekly call to discuss active estate matters. | 0.10 $325.00/hr | $32.50 |
| 08/17/2011 MC | **Lehman - 2300 Real Estate Matters:** Emailed with Bill Dowd regarding changes to facilities services contract. | 0.20 $375.00/hr | $75.00 |
| 08/17/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from B.Dowd re: weekly call to discuss active estate matters. | 0.10 $325.00/hr | $32.50 |
| 08/17/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: weekly call to discuss active estate matters. | 0.10 $325.00/hr | $32.50 |
| 08/17/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Dolgin re: weekly call to discuss status of active estate matters. | 0.10 $325.00/hr | $32.50 |
| 08/17/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted email to L.Bortstein, E.Murphy, M.Dolgin and W.Dowd re: rescheduling of weekly call to discuss active estate matters. | 0.10 $325.00/hr | $32.50 |
| 08/17/2011 AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed and edited proposed settlement agreement with data storage vendor. Emailed revised draft of proposed settlement agreement with data storage vendor to L.Bortstein. | 1.10 $375.00/hr | $412.50 |
| 08/17/2011 MC | **Lehman - 2300 Real Estate Matters:** Had further discussions with Bill Dowd regarding facilities services agreement. | 0.20 $375.00/hr | $75.00 |
| 08/17/2011 MC | **Lehman - 2300 Real Estate Matters:** Emailed Frank Bartolotta regarding final changes to Manhattan sublease. | 0.10 $375.00/hr | $37.50 |
| 08/17/2011 MC | **Lehman - 2300 Real Estate Matters:** Reviewed final version of Manhattan sublease amendment for signature. | 0.30 $375.00/hr | $112.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/17/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed subtenant's counsel regarding final changes to Manhattan sublease amendment. | 0.10 | $375.00/hr | $37.50 |
| 08/17/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Revised settlement agreement re: dispute with HR vendor | 0.80 | $400.00/hr | $320.00 |
| 08/17/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza re: requirements for post-termination assistance with HR vendor | 0.10 | $400.00/hr | $40.00 |
| 08/17/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from P. Vozaa re: requirements for post-termination assistance with HR vendor | 0.10 | $400.00/hr | $40.00 |
| 08/18/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from S. Cohen re: his comments on the settlement and release agreement re: dispute with HR vendor | 0.10 | $400.00/hr | $40.00 |
| 08/18/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza and C. Searl re: S. Cohen comments to settlement and release letter re: dispute with HR vendor | 0.10 | $400.00/hr | $40.00 |
| 08/18/2011 | MC | **Lehman - 2300 Real Estate Matters:** Corrected date in Manhattan sublease amendment to create execution copy. | 0.20 | $375.00/hr | $75.00 |
| 08/18/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed subtenant's counsel regarding execution of Manhattan sublease amendment. | 0.10 | $375.00/hr | $37.50 |
| 08/18/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call with M.Dolgin to discuss revised draft of agreement with new telecommunications vendor; revised limitation of liability provision. | 0.50 | $375.00/hr | $187.50 |
| 08/19/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Replied to email from L.Bortstein re: query as to relief if data transfer is erroneous post-settlement agreement with data storage vendor. | 0.30 | $375.00/hr | $112.50 |
| 08/19/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Revised settlement agreement re: dispute with HR vendor | 0.40 | $400.00/hr | $160.00 |
| 08/22/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed with Bill Dowd regarding finalization of facilities vendor contract. | 0.20 | $375.00/hr | $75.00 |
| 08/22/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed further with Bill Dowd regarding amended provisions to the facilities vendor agreement. | 0.10 | $375.00/hr | $37.50 |
| 08/23/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Revised limitation of liability provision based on call with M.Dolgin and vendor re: limitation of liability provision in agreement with new telecommunications vendor. | 0.20 | $375.00/hr | $75.00 |
| 08/23/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call with M.Dolgin and vendor re: limitation of liability provision in agreement with new telecommunications vendor. | 0.30 | $375.00/hr | $112.50 |
| 08/24/2011 | MC | **Lehman - 2300 Real Estate Matters:** Drafted response to query from Kelly Gargiulo regarding indemnification provision in facilities contract. | 0.20 | $375.00/hr | $75.00 |
| 08/24/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Kelly Gargiulo regarding indemnity provision in facilities contract. | 0.10 | $375.00/hr | $37.50 |
| 08/24/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed email from Kelly Gargiulo regarding indemnity provision in facilities agreement. | 0.10 | $375.00/hr | $37.50 |
| 08/24/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Revised deal memo re: HR outsourcing agreement. | 0.40 | $325.00/hr | $130.00 |
| 08/24/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Dolgin re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 08/24/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed emails from B.Dowd re: weekly call to discuss status of active estate matters. | 0.20 | $325.00/hr | $65.00 |
| 08/24/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed M.Dolgin and B.Dowd re: weekly call to discuss active estate matters. | 0.20 | $325.00/hr | $65.00 |

| | | | |
|---|---|---|---|
| 08/29/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed custody agreement with financial institution for certain services related to specific assets. | 1.40 $325.00/hr | $455.00 |
| 08/30/2011 BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed agreement for expert services in connection with specific litigation matter. | 0.40 $325.00/hr | $130.00 |

|  |  |
|---|---|
| **Total Hours** | 14.80 hrs |
| **Total Service** | $5,410.00 |
| **Total Amount** | $5,410.00 |

|  |  |
|---|---|
| **Total Hours** | 44.70 hrs |
| **Total Service** | $15,517.50 |
| **Total Invoice Amount** | $15,517.50 |

**Notes:**

Please Remit Via ACH Transfer To:

JP Morgan Chase
In the name of: Bortstein Legal
Acct: 764-329-983
ABA Routing: 021000021

**Bortstein Legal LLC**
275 Madison Avenue
Suite 1518
New York, NY 10016
Office Phone: 646-240-4872
Office Email:  lbortstein@blegalgroup.com


<u>**Via Overnight Courier**</u>

October 19, 2011

*Notice Parties In Accordance with the Interim Compensation Order and the Fee Protocol Order*
*(both as defined herein)*:


| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>35th Floor<br>New York, New York, 10020<br>Attention:      John Suckow<br>Telephone:  646-285-9263 | Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attention:      Shai Y. Waisman, Esq.<br>Telephone:  212-310-8000 |
| Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attention:      Dennis F. Dunne, Esq.<br>                    Dennis O'Donnell, Esq.<br>                    Evan Fleck, Esq.<br>Attorneys for Creditors' Committee<br>Telephone:  212-530-5000 | The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 22nd Floor<br>New York, New York 10004<br>Attention:      Andy Velez-Rivera, Esq.<br>                    Tracey Hope Davis, Esq.<br>Telephone:  212-510-0500 |
| BrownGreer<br>Attention: Leah Barbour<br><br>TRANSMITTED ELECTRONICALLY<br>lbarbour@browngreer.com | |

1

<u>**Re:**</u>    **Monthly Statement of Bortstein Legal LLC, Special Counsel Retained to Review and Negotiate Vendor Contracts**

In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York, dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), Bortstein Legal LLC ("Bortstein Legal"), special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors"), hereby submits its monthly statement of services rendered and expenses for the period from and including September 1, 2011 through September 30, 2011 (the "Statement Period").

**I.**    <u>**Itemization of Services Rendered by Bortstein Legal Personnel**</u>.

A.    The hours spent during the Statement Period for which Bortstein Legal seeks compensation are set forth by the hourly billing rate for each attorney, and the resulting fees are as follows:

| Name | Position | Law School Graduation Year | Hourly Billing Rate | Hours | Total Fees |
|------|----------|----------------------------|---------------------|-------|------------|
| Lawrence Bortstein | Managing Partner | 1994 | $400 | 4.0 | 1,600.00 |
| Meredith Clair | Partner | 1998 | $375 | 0.2 | 75.00 |
| Marc Wyttenbach | Of Counsel | 1999 | $375 | 6.0 | 2,250.00 |
| Amy Lashmet | Associate | 1997 | $375 | 2.3 | 862.50 |
| Jaime Abrams | Associate | 2002 | $325 | 1.8 | 585.00 |
| Brian Reay | Associate | 2005 | $325 | 8.6 | 2,795.00 |
| **TOTAL** | | | | **22.90** | **$8,167.50** |

B.    The time records, in the form of a formal invoice, of Bortstein Legal are attached hereto as Exhibit 1 (the "Invoice"). Bortstein Legal has been retained to review and negotiate vendor contracts for the Debtors, and the attached Invoice contains a breakdown of each task performed by Bortstein Legal personnel associated with such services. In the attached Invoice, each task performed by Bortstein Legal personnel is categorized into one of the following categories: Insurance Issues, Customer/Vendor Issues, Other General Business Operation Issues, and Real Estate Matters.

2

To the extent travel appears in the Invoice, it is already set forth as one-half of the actual travel time, in accordance with typical cases in the Bankruptcy Court for the Southern District of New York.

**II.    Itemization of Disbursements Incurred and Reimbursement Sought**.

Bortstein Legal is not seeking reimbursement for any disbursements for the Statement Period.

**III.    Total Fees and Expenses Sought for the Statement Period.**

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements incurred for the Statement Period is as follows:

| | |
|---|---|
| Total Fees: | **$8,167.50** |
| Total Disbursements: | $0 |
| **TOTAL:** | **$8,167.50** |

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to Bortstein Legal for the Statement Period, after adjusting for the twenty percent (20%) holdback, is **$6,534.00.**

3

C.        Accounting of Holdback Amount.

The total holdback amount pursuant to the Interim Compensation Order including the holdback amount for this Statement Period and any preceding statement period is set forth in the following chart:

| Statement Period | Holdback Amount |
| --- | --- |
| 9/1/11 – 9/30/11 (Current Statement Period) | $1,633.50 |
| 8/1/11 – 8/31/11 | $3,103.50 |
| 7/1/11 – 7/31/11 | $4,543.00 |
| 6/1/11 – 6/30/11 | $8,169.00 |
| 5/1/11 – 5/31/11 | $6,002.50 |
| 4/1/11 – 4/30/11 | $6,179.50 |
| 3/1/11 – 3/31/11 | $7,987.00 |
| 2/1/11 – 2/28/11 | $8,188.50 |
| 1/1/11 – 1/31/11 | $9,358.50 |
| 12/1/10 – 12/31/10 | $7,391.50 |
| 11/1/10 – 11/30/10 | $7,173.00 |
| 10/1/10 – 10/31/10 | $7,057.50 |
| 9/1/10 – 9/30/10 | $11,646.00 |
| 8/1/10 – 8/31/10 | $10,654.00 |
| 7/1/10 - 7/31/10 | $10,264.00 |
| 6/1/10 – 6/30/10 | $15,814.00 |
| 5/1/10 – 5/31/10 | $20,540.00 |
| 4/1/10 – 4/30/10 | $21,277.00 |
| 3/1/10 – 3/31/10 | $21,978.00 |
| 2/1/10 – 2/28/10 | $27,382.30 |
| 1/1/10 – 1/31/10 | $22,224.20 |
| 12/1/09 – 12/31/09 | $27,501.00 |
| 11/1/09 – 11/30/09 | $27,281.30 |
| 10/1/09 – 10/31/09 | $31,262.50 |
| 9/1/09 – 9/30/09 | $31,124.50 |
| 8/1/09 – 8/31/09 | $28,891.60 |
| 7/1/09 – 7/31/09 | $41,558.00 |
| 6/1/09 – 6/30/09 | $32,681.00 |
| 5/1/09 – 5/31/09 | $43,516.50 |
| 4/1/09 – 4/30/09 | $90,028.50 |
| 3/1/09 – 3/31/09 | $87,108.00 |
| 2/1/09 – 2/28/09 | $68,974.00 |
| 1/1/09 – 1/31/09 | $66,261.05 |
| 12/15/08 – 12/31/08 | $22,027.50 |
| **TOTAL** | **$836,781.95** |

| | |
| --- | --- |
| **PAID TO DATE** | **$661,026.74** |
| **BALANCE** | **$127,732.49** |

4

Bortstein Legal respectfully requests that **$6,534.00** be paid pursuant to the Interim Compensation Order.  Thank you.

Sincerely,

Lawrence A. Bortstein
Managing Partner


cc: William Gordon
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
35th Floor
New York, New York, 10020

5

## **Exhibit 1**

## **Time Records/Invoice**

(Attached)

**Bortstein Legal Group**
275 Madison Avenue
Suite 1518
New York, NY 10016
646-666-8991



**Lehman Estate**

# Invoice 21118

| Date | Oct 19, 2011 |
|---|---|
| Terms | Net 30 |
| Service Thru | Sep 30, 2011 |

## In Reference To: Billing Review (Service)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 09/01/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.10 | $325.00/hr | $32.50 |
| 09/01/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed with L. Bortstein, B. Anisman, C. Fleming and A. Lashmet re: review of August time. | 0.10 | $325.00/hr | $32.50 |
| 09/01/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries to determine write-off related to fee matters. | 0.40 | $325.00/hr | $130.00 |
| 09/07/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted email to M.Robinson, M.Wyttenbach, A.Lashmet and M.Clair re: Lehman matters worked on during August. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from M.Wyttenbach re: list of Lehman matters worked on during August. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Reviewed email from A.Lashmet re: Lehman matters worked on during August. | 0.10 | $325.00/hr | $32.50 |
| 09/20/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed with C. Fleming, L. Bortstein and B. Anisman re: monthly budget | 0.10 | $325.00/hr | $32.50 |
| 09/26/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.10 | $325.00/hr | $32.50 |
| 09/28/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.10 | $325.00/hr | $32.50 |
| 09/30/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed monthly time entries. | 0.30 | $325.00/hr | $97.50 |

| | | |
|---|---|---|
| **Total Hours** | | 1.50 hrs |
| **Total Service** | | $487.50 |
| **Total Amount** | | $487.50 |

## In Reference To: Fee Committee (Service)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 09/17/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed fee committee correspondence regarding rate increases. | 0.10 | $325.00/hr | $32.50 |
| 09/20/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Emailed with L. Bortstein and B. Anisman re: rate increases per Fee Committee memo. | 0.10 | $325.00/hr | $32.50 |
| 09/20/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Circulated October budget to Z. Raiche per Fee Committee protocol. | 0.10 | $325.00/hr | $32.50 |
| 09/20/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed with L. Bortstein and B. Anisman re: rate increases per Fee Committee memo. | 0.10 | $325.00/hr | $32.50 |
| 09/22/2011 | JA | **Lehman - 4600 Firm's Own Billing/Fee Applications:** Reviewed Fee Committee memo re rate increases | 0.10 | $325.00/hr | $32.50 |
| 09/22/2011 | JA | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Emailed L. Bortstein and B. Anisman re: rate increases | 0.10 | $325.00/hr | $32.50 |

|  |  |
|---|---|
| **Total Hours** | 0.60 hrs |
| **Total Service** | $195.00 |
| **Total Amount** | $195.00 |

**In Reference To: LAMCO (Service)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 09/01/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call w/ E.Murphy to discuss revised drafts of agreement with co-location services provider. | 0.30 | $375.00/hr | $112.50 |
| 09/01/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call w/ E.Murphy and co-location services provider to negotiate agreement. | 1.50 | $375.00/hr | $562.50 |
| 09/02/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Reviewed revised draft of services exhibit re: agreement with co-location services provider and sent comments to E.Murphy. | 0.50 | $375.00/hr | $187.50 |
| 09/07/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Revised agreement with co-location services provider based on call with the vendor. | 1.50 | $375.00/hr | $562.50 |
| 09/13/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: retail customer agreement for network and telecomunication services provided by IT vendor. | 1.50 | $325.00/hr | $487.50 |
| 09/13/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call w/ E.Murphy and co-location services provider to negotiate agreement. | 1.00 | $375.00/hr | $375.00 |
| 09/15/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Revised Master Services Agreement with co-location services provider based on negotiations with vendor. | 0.50 | $375.00/hr | $187.50 |
| 09/29/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed co-lo agreement terms and conditions. | 1.10 | $400.00/hr | $440.00 |
| 09/30/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Discussed interpretation of assignment provision in co-location services agreement with M.Leto. | 0.20 | $375.00/hr | $75.00 |
| 09/30/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Emailed summary of discussion of assignment provision in co-location services agreement to E.Murphy and T.Marr. | 0.20 | $375.00/hr | $75.00 |

|  |  |
|---|---|
| **Total Hours** | 8.30 hrs |
| **Total Service** | $3,065.00 |
| **Total Amount** | $3,065.00 |

**In Reference To: Lehman Brothers Holdings Inc. (Service)**

| Date | By | Services | Hours | Rates | Amount |
|------|----|---------|-------|-------|--------|
| 09/01/2011 | MC | **Lehman - 2300 Real Estate Matters:** Reviewed correspondence regarding finalization of Manhattan sublease. | 0.10 | $375.00/hr | $37.50 |
| 09/01/2011 | MC | **Lehman - 2300 Real Estate Matters:** Emailed Frank Bartolotta regarding execution of Manhattan sublease. | 0.10 | $375.00/hr | $37.50 |
| 09/06/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: drafting revisions to form Lehman agreements. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed settlement agreement related to dispute with HR vendor | 0.30 | $400.00/hr | $120.00 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Call with L.Bortstein re: drafting of revised form IT services agreement for LBHI. | 0.20 | $325.00/hr | $65.00 |
| 09/07/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Call with B. Reay re: drafting of revised form IT services agreement for LBHI | 0.20 | $400.00/hr | $80.00 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted email to L.Bortstein re: drafting revised Lehman form agreements. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: weekly call to discuss the status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed E.Murphy re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from B.Dowd re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed B.Dowd re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/07/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: response to specific questions relating to weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/12/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted deal memo re: asset management services agreement with asset management company for the management of various investment vehicles and debt instruments. | 2.80 | $325.00/hr | $910.00 |
| 09/13/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: proposed revisions to form IT services agreement. | 0.10 | $325.00/hr | $32.50 |
| 09/13/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: revisions to form IT services agreement. | 0.20 | $325.00/hr | $65.00 |
| 09/13/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: proposed revisions to form IT services agreement. | 0.10 | $325.00/hr | $32.50 |
| 09/13/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed M.Clair re: request for comments to form IT services agreement. | 0.20 | $325.00/hr | $65.00 |
| 09/14/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Clair re: revised template IT agreement. | 0.10 | $325.00/hr | $32.50 |
| 09/14/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed M.Clair re: revisions to template IT services agreement. | 0.10 | $325.00/hr | $32.50 |
| 09/14/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, B.Dowd, M.Dolgin, L.Bortstein and M.Wyttenbach re: status of active estate matters. | 0.30 | $325.00/hr | $97.50 |
| 09/14/2011 | MW | **Lehman - 1500 Customer/Vendor Issues:** Call with E.Murphy, B.Dowd, M.Dolgin, L.Bortstein and B.Reay re: status of active estate matters. | 0.30 | $375.00/hr | $112.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/14/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed final settlement agreement from C. Searl re: HR vendor dispute | 0.30 | $400.00/hr | $120.00 |
| 09/17/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed file re: executed settlement agreement with HR vendor to determine whether final copy was transmitted properly | 0.30 | $400.00/hr | $120.00 |
| 09/19/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed final settlement agreement sent by C. Searl re: HR vendor dispute | 0.20 | $400.00/hr | $80.00 |
| 09/21/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Dolgin re: weekly call to discuss status of active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/21/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/21/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from E.Murphy re: weekly call to discuss active estate matters. | 0.10 | $325.00/hr | $32.50 |
| 09/21/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein and E.Murphy re: weekly call to discuss active estate matters. | 0.20 | $325.00/hr | $65.00 |
| 09/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from L.Bortstein re: list of Lehman matters worked on by BLG team during August. | 0.10 | $325.00/hr | $32.50 |
| 09/27/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein re: list of Lehman matters worked on by BLG team in August. | 0.10 | $325.00/hr | $32.50 |
| 09/28/2011 | BR | **Lehman - 2600 Firm's Own Billing/Fee Applications:** Drafted memo to L.Bortstein re: Lehman matters worked on by BLG during August. | 0.80 | $325.00/hr | $260.00 |
| 09/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Drafted email to L.Bortstein re: list of Lehman matters worked on by BLG team during August. | 0.10 | $325.00/hr | $32.50 |
| 09/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Emailed L.Bortstein, M.Clair, M.Robinson, M.Wyttenbach, A.Lashment and B.Kabak re: Lehman matters worked on by BLG during September. | 0.10 | $325.00/hr | $32.50 |
| 09/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Clair re: Lehman matters worked on during September. | 0.10 | $325.00/hr | $32.50 |
| 09/28/2011 | BR | **Lehman - 1500 Customer/Vendor Issues:** Reviewed email from M.Robinson re: Lehman matters worked on during September. | 0.10 | $325.00/hr | $32.50 |
| 09/30/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Email to P. Vozza summarizing options and asking questions re: migration of data under HR Vendor Agreement | 0.20 | $400.00/hr | $80.00 |
| 09/30/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed underlying HR vendor contract in response to questions from P. Vozza re: data migration | 1.20 | $400.00/hr | $480.00 |
| 09/30/2011 | LB | **Lehman - 1500 Customer/Vendor Issues:** Reviewed draft assignment section of co-lo agreement for IT | 0.20 | $400.00/hr | $80.00 |
| 09/30/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Reviewed emails and documents from payroll processing vendor re: scope of services. | 1.50 | $375.00/hr | $562.50 |
| 09/30/2011 | AL | **Lehman - 1500 Customer/Vendor Issues:** Conference call with M.Dolgin and P. Vozza re: scope of services under contract with payroll processing vendor. | 0.80 | $375.00/hr | $300.00 |

| | |
|---|---|
| **Total Hours** | 12.50 hrs |
| **Total Service** | $4,420.00 |
| **Total Amount** | $4,420.00 |

| | |
|---|---|
| **Total Hours** | 22.90 hrs |
| **Total Service** | $8,167.50 |

|  | **Total Invoice Amount** | $8,167.50 |

**Notes:**

Please Remit Via ACH Transfer To:

JP Morgan Chase
In the name of: Bortstein Legal
Acct: 764-329-983
ABA Routing: 021000021

**Exhibit D**

Below is a list of each individual at Bortstein Legal who has performed work during the Ninth Application Period on behalf of the Debtors, the position of each such individual in the Firm, the year of law school graduation of each individual, his or her hourly billing rate, the aggregate time expended by each individual during the Ninth Application Period, and the amount of Bortstein Legal's fees attributable to each individual during the Ninth Application Period:

| Name | Position | Law School Graduation Year | Hourly Billing Rate | Hours | Total Fees[13] |
|---|---|---|---|---|---|
| Lawrence Bortstein | Managing Partner | 1994 | $400.00 | 32.6 | $13,040.00 |
| Marc Robinson | Partner | 1999 | $375.00 | 1.3 | $487.50 |
| Meredith Clair | Partner | 1998 | $375.00 | 13.4 | $5,025.00 |
| Marc Wyttenbach | Of Counsel | 1999 | $375.00 | 24.3 | $9,112.50 |
| Amy Lashmet | Associate | 1997 | $375.00 | 48.9 | $18,337.50 |
| Jaime Abrams | Associate | 2002 | $325.00 | 16 | $5,200.00 |
| Brian Reay | Associate | 2005 | $325.00 | 110.9 | $36,042.50 |
| **TOTAL** | | | | **247.4** | **$87,245.00** |

---

[13] Bortstein Legal billed the Debtors $87,245.00 for the work performed during the Ninth Application Period. The Firm has decided to hereby write off $4,240.00 of such fees, which amounts to 4.9% percent of the Firm's fees for the Ninth Application Period. As a result, by this Application, Bortstein Legal hereby requests approval of $83,005.00.

## Exhibit E

| Name | Lehman Brothers Holdings Inc | | LAMCO | | Billing Review[14] | | Fee Application | | Fee Committee | | Total Hours | Total Fees[15] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| Lawrence Bortstein | 26.6 | $10,640.00 | 3.1 | $1,240.00 | 1.5 | $600.00 | 1.4 | $560.00 | 0.0 | $0.00 | 32.6 | $13,040.00 |
| Marc Robinson | 1.3 | $487.50 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 1.3 | $487.50 |
| Meredith Clair | 13.4 | $5,025.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 13.4 | $5,025.00 |
| Marc Wyttenbach | 6.6 | $2,475.00 | 17.7 | $6,637.50 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 24.3 | $9,112.50 |
| Amy Lashmet | 47.8 | $17,925.00 | 1.1 | $412.50 | 0.0 | $0.00 | 0.0 | $0.00 | 0.0 | $0.00 | 48.9 | $18,337.50 |
| Jaime Abrams | 0.0 | $0.00 | 0.0 | $0.00 | 3.8 | $1,235.00 | 8.7 | $2,827.50 | 3.5 | $1,137.50 | 16.0 | $5,200.00 |
| Brian Reay | 79.4 | $25,805.00 | 21.2 | $6,890.00 | 7.4 | $2,405.00 | 2.9 | $942.50 | 0.0 | $0.00 | 110.9 | $36,042.50 |
| **Total** | **175.1** | **$62,357.50** | **43.1** | **$15,180.00** | **12.7** | **$4,240.00** | **13.0** | **$4,330.00** | **3.5** | **$1,137.50** | **247.4** | **$87,245.00** |

[14] During the Ninth Application Period, Bortstein Legal spent 12.7 hours, totaling $4,240.00 in fees, for the Billing Review matter.  The Firm, however, has written off all of this time, which results in no fees for the Billing Review matter.

[15] Bortstein Legal billed the Debtors $87,245.00 for the work performed during the Ninth Application Period.  The Firm has decided to hereby write off $4,240.00 of such fees, which amounts to 4.9% percent of the Firm's fees for the Ninth Application Period.  As a result, by this Application, Bortstein Legal hereby requests approval of $83,005.00.

**Exhibit F**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re                                                    :        Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS                                  :
INC., *et al.*,                                          :        Case No. 08-13555 (JMP)
                                                         :
                         Debtors.                        :        (Jointly Administered)

-------------------------------------------------------x

**AFFIDAVIT PURSUANT TO SECTION 504 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2016**

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF WESTCHESTER          )

LAWRENCE BORTSTEIN, being duly sworn, deposes and says:

A.       I am a member of the firm of Bortstein Legal LLC ("Bortstein Legal"),

which maintains offices at 275 Madison Avenue, Suite 1518, New York, NY 10016.

B.       By order dated December 17, 2008, Bortstein Legal was retained to

represent the debtors and debtors in possession in the above-captioned cases (collectively,

the "Debtors").

C.       This affidavit is submitted pursuant to Rule 2016 of the Federal Rules of

Bankruptcy Procedure in connection with Bortstein Legal's ninth application for interim

compensation and expenses for services rendered as counsel to the Debtors from June 1,

2011 through September 30, 2011, inclusive (the "Application").

D.       No agreement or understanding exists between Bortstein Legal and any

person for a division of compensation or reimbursement received or to be received herein

or in connection with the within cases.

E.       Bortstein Legal does not hold a retainer in connection with this case.

F.      To date, Bortstein Legal has received no payment or promise of payment

for the services rendered in these chapter 11 cases, except pursuant to this Court's Order

Under 11 U.S.C. §§ 105(a) and 331 and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals, dated June 25, 2009, Local Bankruptcy Rule 2016-1, the Order authorizing

the retention of Bortstein Legal, or as disclosed herein and in the Application.



Lawrence Bortstein

Sworn to before me this
14th day of December 2011

Notary Public, State of New York

KAREN BATTISTA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN WESTCHESTER COUNTY
NO. 01BA6029000
MY COMMISSION EXPIRES_____

**Exhibit G**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS                             :
INC., *et al.*,                                     :        Case No. 08-13555 (JMP)
                                                    :
                          Debtors.                  :        (Jointly Administered)
------------------------------------------------------x

**CERTIFICATION PURSUANT TO
ADMINISTRATIVE ORDER RE: GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES**

I, Lawrence Bortstein, Esq., certify as follows:

1.       I am a member of the firm of Bortstein Legal LLC ("Bortstein Legal").

Bortstein Legal represents the debtors and debtors in possession in the above-captioned

cases (collectively, the "Debtors").

2.       I submit this certification in conjunction with Bortstein Legal's

application, dated August 12, 2011 (the "Application"), for interim allowance of fees for

the period June 1, 2011 through September 30, 2011, inclusive (the "Ninth Application

Period").  The Application is being submitted pursuant to this Court's Order Under 11

U.S.C. §§ 105(a) and 331 and Bankruptcy Rule 2016(a) Establishing Procedures for

Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated

April 14, 2011 (the "Interim Compensation Order").

3.       I am the professional designated by Bortstein Legal with the responsibility

for Bortstein Legal's compliance in these cases with the Administrative Order, dated

April 19, 1995 (the "Amended Guidelines"), in this District regarding guidelines for fees

and disbursements for professionals in bankruptcy cases.

4.    I have read Bortstein Legal's Application and, to the best of my

knowledge, information, and belief, formed after reasonable inquiry (except as stated

herein or in the Application): (i) the fees and disbursements sought in the Application fall

within the Amended Guidelines and the guidelines promulgated May 30, 1995, by the

Office of the United States Trustee (the "UST Guidelines" and, together with the

Amended Guidelines, the "Guidelines"); and (ii) except to the extent the fees and

disbursements are prohibited by the Guidelines, the fees and disbursements sought are

billed at or below the rates and in accordance with practices customarily employed by

Bortstein Legal and generally accepted by its clients.

5.    I believe that the Debtors have reviewed Bortstein Legal's monthly fee

statements that form the basis for the Application and have not objected to the amounts

requested therein.  Such monthly statements of fees and disbursements have been

provided to the United States Trustee for the Southern District of New York (the "U.S.

Trustee"), the Debtors, counsel to the Debtors, counsel to the Official Committee of

Unsecured Creditors (the "Creditors' Committee"), and counsel to the Fee Committee.

6.    A copy of the Application will be provided to the U.S. Trustee, the

Debtors, counsel to the Debtors, counsel to the Creditors' Committee, and counsel to the

Fee Committee, among other parties-in-interest, contemporaneously with the filing

thereof.

7.    Attached to the Application as <u>Exhibit C</u> is a copy of the daily time

records maintained by the attorneys of Bortstein Legal in the ordinary course of business.

The time records set forth in reasonable detail the services rendered by Bortstein Legal in these cases.

8.     Included as the first page to <u>Exhibit C</u> of the Application is a current list of the different matter headings under which time is recorded.  That list includes all discrete matters within these cases during the Ninth Application Period that reasonably could have been expected to: (a) continue over a period of at least three months; and (b) constitute a significant portion of the fees to be sought for the interim period.

9.     Bortstein Legal is not seeking reimbursement for expenses incurred during the Ninth Application Period. To the extent that Bortstein Legal does request reimbursement for expenses in the future, Bortstein Legal will not make a profit on such service, whether the service is performed by Bortstein Legal in-house or through a third party.

10.     Bortstein Legal has sought to keep its fees at a reasonable level and to utilize professional services and incur expenses as necessary to competently represent the Debtors.

Dated: December 14, 2011

Lawrence Bortstein

**Exhibit H**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS                             :
INC., *et al.*,                                     :        Case No. 08-13555 (JMP)
                                                    :
                    Debtors.                        :        (Jointly Administered)
-------------------------------------------------------x

### SUMMARY SHEET TO NINTH APPLICATION OF BORTSTEIN LEGAL LLC, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR INTERIM ALLOWANCE OF COMPENSATION

     1.    <u>Total Compensation</u>. Bortstein Legal LLC ("Bortstein Legal"), in connection with its ninth application (the "Application") for interim allowance of compensation for professional services rendered for the period June 1, 2011 through September 30, 2011 (the "Ninth Application Period") in the above-captioned cases, has requested that the Court enter an order:

    (a)    authorizing an interim allowance of compensation for services rendered during the Ninth Application Period in the amount of $83,005.00, which represents 100% of fees incurred during the Ninth Application Period;[16]

    (b)    directing payment by the Debtors of the difference between the amounts allowed and the amounts previously paid by the Debtors pursuant to the Interim Compensation Order; and

    (c)    granting such other and further relief as may be just or proper.

---

[16] Bortstein Legal billed the Debtors $87,245.00 for the work performed during the Ninth Application Period. The Firm has decided to hereby write off $4,240.00 of such fees, which amounts to 4.9% percent of the Firm's fees for the Ninth Application Period. As a result, by this Application, Bortstein Legal hereby requests approval of $83,005.00.

2.     Total Compensation and Expenses Previously Awarded.  This Application is

Bortstein Legal's ninth application for interim compensation.  At a hearing on August 5,

2009, the Court awarded Bortstein Legal interim compensation in an amount equal to

$397,298.48 incurred from December 15, 2008 through and including January 31, 2009

(the "First Application Period").[17]  At a hearing on September 15, 2009, the Court

awarded Bortstein Legal interim compensation in an amount equal to $1,303,321.50

incurred from February 1, 2009 through and including May 31, 2009 (the "Second

Application Period").[18]  By Order dated April 9, 2010, the Court awarded Bortstein Legal

interim compensation in an amount equal to $670,480.00 incurred from June 1, 2009

through and including September 30, 2009 (the Third Application Period").[19]  By Order

dated September 1, 2010, the Court awarded Bortstein Legal interim compensation in an

amount equal to $514,359.86 for the period from October 1, 2009 through January 31,

2010 (the "Fourth Application Period").[20]  By Order dated May 12, 2011, the Court

awarded Bortstein Legal interim compensation in an amount equal to $436,439.00 for the

period from February 1, 2010 through May 31, 2010 (the "Fifth Interim Fee

Application").[21]  By Order dated November 9, 2011 the Court awarded Bortstein Legal

---

[17] On August 20, 2009, the Firm received $44,144.27 originally held back, which represents 10% of the fees incurred during the First Application Period.  On October 16, 2009, the Firm received $44,144.28 originally held back, which represents an additional 10% of the fees incurred during the First Application Period.

[18] On October 16, 2009, the Firm received $144,813.50 originally held back, which represents 10% of the fees incurred in the Second Application Period.  On December 30, 2009, the Firm received $141,451.00 originally held back, which represents an additional 10% of the fees incurred during the Second Application Period, less $3,362.50, which was contested by the Fee Committee.

[19] On May 6, 2010, the Firm received $133,459.99 originally held back, which represents 20% of the fees incurred during the Third Application Period, less $795.01, which was contested by the Fee Committee.

[20] On September 23, 2010, the Firm received $81,283.86 originally held back, which represents 20% of the fees incurred during the Fourth Application Period, less $26,985.14, which was contested by the Fee Committee.

[21] On May 31, 2011 the Firm received $71,729.39 originally held back, which represents 20% of the fees incurred during the Fifth Application Period, less $19,427.50, which was contested by the Fee Committee.

interim compensation in an amount equal to $235,076.25 for the period from June 1, 2010 through September 30, 2010 (the "Sixth Interim Fee Application").[22]  On June 1, 2011, Bortstein Legal filed its seventh interim fee application requesting fees in an amount equal to $154,902.50 for the period from October 1, 2010 through January 31, 2011 (the "Seventh Interim Fee Application").  Bortstein Legal has entered into a stipulation with the Fee Committee concerning the Seventh Interim Fee Application (the "Stipulation").  The entry of an Order with respect to the Stipulation is pending.  On August 15, 2011, Bortstein Legal filed its eighth interim fee application requesting fees in an amount equal to $136,742.50 for the period from February 1, 2011 through May 31, 2011 (the "Eighth Interim Fee Application").  A hearing on the Eighth Interim Fee Application is pending.

3.    Name, Billing Rate, Year of Law School Graduation, Total Hours Billed, and Total Billings for Each Professional.  Please refer to Exhibit D of the Application for: (a) the names and applicable billing rates of each professional who billed time during the Ninth Application Period; (b) the year of law school graduation for each attorney; (c) The total hours and total amounts billed for each attorney listed; and (d) the blended hourly rate for all attorneys who billed time during the Ninth Application Period.

4.    Please refer to Exhibit E of the Application for: (a) a list of each individual in the Firm who has performed work during the Ninth Application Period on behalf of the

---

[22] On December 5, 2011 the Firm received $41,564.25 originally held back, which represents 20% of the fees incurred during the Sixth Application Period, less $6,813.75, which was contested by the Fee Committee.

Debtors; (b) each attorney's time expended during the Ninth Application Period on each

individual matter; and (c) the total fees attributable to each matter during the Ninth

Application Period.