Melanie L. Cyganowski, Esq. (MC-7500)
Peter Feldman, Esq. (PF-3271)
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for The Freedom Forum, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jennifer S. Feeney, of full age, hereby certify that on December 14, 2011, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers by Otterbourg, Steindler, Houston & Rosen, P.C. on behalf of The Freedom Forum, Inc. to be served via first class mail on the parties listed on Exhibit "A" attached hereto.

I hereby further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: December 14, 2011

/s/ Jennifer S. Feeney
Jennifer S. Feeney

2027467.1

## Exhibit A

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Robert Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, NY 10001

Dennis Dunne, Esq.
Wilbur Foster, Jr., Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

2027467.1