UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

### SECOND INTERIM APPLICATION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP FOR THE NINTH INTERIM APPLICATION PERIOD FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Foster Graham Milstein & Calisher, LLP |
| Authorized to Provide Professional Services to: | Lehman Brothers Holdings, Inc. |
| Date of Retention: | Approximately February 2009, Foster Graham Milstein & Calisher, LLP began working for Lehman Brothers Holdings Inc. ("LBHI" or "Debtor") as an Ordinary Course Professional.  [Docket No. 2946]. On March 9, 2011 Foster Graham Milstein & Calisher, LLP was approved as special counsel. [Docket No. 14868] |
| Period for which compensation and reimbursement are sought: | June 1, 2011 through September 30, 2011 |
| Amount of compensation sought as Actual, reasonable and necessary: | $44,881.20 |
| Amount of expenses sought as Actual, reasonable and necessary: | $0.00 |

This is a(n):          ___ Monthly     _X_ Interim          _____ Final Application

## Second Interim Application for the Ninth Interim Period

| Monthly Fee Statement Period | Total Fees/Expenses Requested | Fees Paid | Expenses Paid | Holdback Amount |
|---|---|---|---|---|
| June 1, 2011-June 30, 2011 | Fees:  $57,962.50<br>Expenses:  $2,191.73 | $46,370.00 | $2,191.73 | $11,592.50 |
| July 1, 2011-July 31, 2011 | Fees: $45,634.50<br>Expenses:  $1,487.14 | $36,507.60 | $1,487.14 | $9,126.90 |
| August 1-2011-August 31, 2011 | Fees: $55,632.50<br>Expenses: $8,031.01 | $44,506.00 | $8,031.01 | $11,126.50 |
| September 1, 2011-September 30, 2011 | Fees:  $65,176.50<br>Expenses:  $4,010.62 | $52,141.20 | $4,010.62 | $13,035.30 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

---------------------------------------------------------------x

### SECOND INTERIM APPLICATION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP FOR THE NINTH INTERIM PERIOD FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Foster Graham Milstein & Calisher, LLP ("Foster Graham"), special counsel for Lehman

Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, as debtors and

debtors in possession here (collectively "Debtors"), submits this Second Interim Application for

compensation and reimbursement of expenses ("Application") seeking entry of an Order

pursuant to 11 U.S.C. §§330 and 331 awarding compensation to Foster Graham for the period of

June 1, 2011 through and including September 30, 2011 ("Ninth Interim Application Period") of

$44,881.20 fees incurred by the Debtor for services totaling 949.80 hours (resulting in a blended

hourly rate of $236.27) and $0.00 for expenses, in accordance with the Fourth Amended Order

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a)

Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals dated April 14, 2011 (Docket No. 15997) ("Compensation Order"), and granting

related relief, and respectfully sets forth and represents as follows:

    1.      This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the

Compensation Order. Summaries reflecting the incurrence of fees and expenses are annexed

hereto as follows:

**Exhibit A** is a summary of the time and expenses for June 1, 2011 through September 30, 2011;

**Exhibit B** is a list of all current open matters;

**Exhibit C** is the detail of the total fees and expenses for June 1, 2011 through June 30, 2011.

**Exhibit D** is the detail of the total fees and expenses for July 1, 2011 through July 31, 2011.

**Exhibit E** is the detail of the total fees and expenses for August 1, 2011 through August 31, 2011.

**Exhibit F** is the detail of the total fees and expenses for September 1, 2011 through September 30, 2011.

**Exhibit G** are true and correct copies of invoices of amounts over $1,000.00 for costs incurred on behalf of the Estate during the period June 1, 2011 through September 30, 2011.

2.      Foster Graham has received payment in the amount of $179,524.80 for the fees, and $15,720.50 for expenses during the Ninth Interim Application Period. Accordingly, it seeks the remaining balance of its fees ($44,881.20).

## Background

3.      Commencing on September 15, 2008 and periodically thereafter (as applicable, "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"). Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

4.      On September 17, 2008, the United States Trustee for the Southern District of New York ("U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to §1102 of the Bankruptcy Code ("Creditors Committee").

5.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

6.      On July 1, 2011, the Debtors filed a second amended joint chapter 11 plan and disclosure statement [Docket Nos. 18204 and 18205].

7.      This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334, and the Order of Reference of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.). This Court is the proper venue for this proceeding in accordance with 28 U.S.C. § 1409.

### The Application

8.      By order dated March 9, 2011 (Docket No. 14868), Foster Graham was retained by Debtors as special counsel to: (i) prosecute claims in connection with the recovery of losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits ("Loss Recovery Litigation"); and (ii) represent LBHI in connection with defense of claims made against it for losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary matters arising in such lawsuits. A copy of the Order Authorizing Employment and Retention of Foster Graham as Special Counsel is annexed hereto as **Exhibit H**.

9.      This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the Compensation Order, a copy of which is annexed hereto as **Exhibit I**.

5

10.    Foster Graham is a firm of 21 attorneys, that, in this matter: (i) prosecutes Loss Recovery Litigation and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits, as well as claims against other responsible parties, such as brokers and appraisers; and (ii) defends claims made against LBHI for losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary matters arising in such lawsuits.  As set forth in the Calisher affidavit submitted with application to retain Foster Graham as special counsel, Foster Graham has extensive knowledge and experience with these kinds of matters.  Foster Graham is a leading trial firm which has represented Debtors and their affiliates in these types of matters.

11.    Foster Graham has represented LBHI, directly or through its subsidiary Aurora Loan Services LLC ("Aurora") since 2003 in Loss Recovery Litigation.  Foster Graham began representing Aurora in 2003 in connection with mortgage related matters.  Such representation included litigation to enforce repurchase rights or to recover losses resulting from defective residential mortgage loans.  Such litigation and similar loss recovery efforts generally centered upon the purchase and sale of mortgage loans on the secondary market, and included claims against loan originators ("Correspondents") who, in connection with the transactions, made certain representations and warranties regarding the quality and/or characteristics of the loans.  Foster Graham's efforts over the years was focused on filing lawsuits to recover money (from Correspondents, appraisers, title/escrow companies, brokers, borrowers, and other responsible parties) for Aurora in its representative capacity as master servicer.  In this role, Aurora was acting on behalf and for the benefit of upstream secondary market investors (loan or loss holders) such as LBHI, its wholly owned subsidiary Aurora Bank, FSB f/k/a Lehman Brothers Bank, FSB ("Aurora Bank") and certain securitized trusts.  During that time, Foster Graham has represented LBHI and its affiliates in state and federal court litigation in several states and has overseen and

6

coordinated the efforts of local and regional counsel. Over the course of its representation of the Debtors and their affiliates, Foster Graham has become familiar with the relevant business personnel and operations, as well as the legal matters described in this Application.

12.    Foster Graham has opened a file bearing a separate client number for the Debtors. The Debtor's client number is 5130. All time and disbursements are billed to independent matters within the general client number. Of the 949.80 hours spent by Foster Graham professionals, 672.90 hours were spent on normal matters in which Foster Graham bills LBHI hourly. However, with respect to a new subset of claims, LBHI asked Foster Graham to evaluate and pursue several categories of potential defendants (such as mortgage brokers and appraisers, as opposed to Correspondents). To lessen the bankruptcy estate's fee exposure—while also pursuing legitimate and potentially valuable claims against responsible third parties, ultimately for the benefit of LBHI's creditors—LBHI asked Foster Graham to handle such cases on a part hourly and part contingency basis. Foster Graham agreed to do so as follows: (1) at the significantly reduced hourly rate of $150/hour for lawyers and $50/hour for paraprofessionals, with no contingency, during an initial evaluation/viability phase; and (2) at the significantly reduced hourly rate of $125/hour for lawyers and $50/hour for paraprofessionals, plus a contingency, in a later, claims pursuit/litigation phase. Foster Graham has thus far billed 276.90 hours under this agreement (all in the reduced hourly and no contingency initial phase). Accordingly, Foster Graham is not seeking any contingency fees in this application.

13.    Foster Graham filed a motion to supplement LBHI's retention of Foster Graham as special counsel to seek Court approval of the part-hourly part contingency agreement on September 9, 2011 [Docket No. 19811]. The Order granting Foster Graham's supplemental motion was entered on October 5, 2011 [Docket No. 20587].

14.    Foster Graham has annexed to this Application, as incorporated in Exhibits C-F, the actual time recorded, the services rendered, the date the services were rendered, and the names of the individuals performing the services by Foster Graham during the Ninth Interim Application Period on behalf of the debtors.  The rate for each of the individuals referred to above, for the purely hourly matters handled by Foster Graham, is equal to the billing rate for such individual's time for similar services rendered to clients in connection with bankruptcy and non-bankruptcy matters.  Foster Graham believes these rates constitute market rates and are equal to or less than the rates charged by professionals with similar experience.  The rate for each of the individuals referred to above for the part hourly-part contingency matter are significantly less than the billing rate for such individual's time for similar services rendered to clients.  Foster Graham has also annexed to this Application, as incorporated in Exhibits C-F a print-out of the disbursements Applicant has necessarily incurred on behalf of the Debtors during the Ninth Interim Application Period.

## Professional Services Rendered

15.    To date in this case, Foster Graham has been asked to assist the Debtors in mortgage loan-related litigation.  Specifically, Foster Graham has researched, prepared, filed, litigated, and settled cases on behalf of Debtors against counterparties to sales of mortgage loans on the secondary mortgage market.  In addition, Foster Graham has done a multi-jurisdictional analysis of potential claims against non-correspondents, such as brokers, appraisers, and borrowers, to determine if claims against these entities are viable.  To that end, it has analyzed contracts, looked at documents, surveyed statutes of limitations, analyzed legal theories, and reviewed state law requirements for bringing such claims.

16.    Foster Graham regularly maintains records of time expended in the rendition of all professional services and records of costs and expenses incurred on behalf of the Debtors.

8

These records were made substantially concurrent with the rendition of the professional services. All such records are available for inspection. A copy of the time records, in chronological order and segregated by individual matter, relating to Foster Graham representation of the Debtors during the Period, is annexed hereto as Exhibits C-F.

17.    The foregoing services performed by Foster Graham were necessary and appropriate to the effective and efficient administration of the secondary market litigation. The professional services performed by Foster Graham were in the best interests of Debtors, their creditors, and other parties in interest and were provided without unnecessary duplication of effort or expense.

18.    Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. The professional services were performed with expedition and in an efficient manner.

19.    The professional services performed by Foster Graham on behalf of the Debtors during the Ninth Interim Application Period required an aggregate expenditure of 949.80 recorded hours by Foster Graham's partners, special counsel, associates, and paraprofessionals. Of the aggregate time expended, 325.15 recorded hours were expended by partners, 497.25 recorded hours were expended by special counsel and associates, and 127.40 recorded hours were expended by paraprofessionals and law clerks.

20.    During the Ninth Interim Application Period, Foster Graham's hourly billing rates ranged from $150 to $425 per hour. Allowance of compensation in the amount requested would result in a blended hourly rate for attorneys of approximately $236.27 based on recorded hours at Foster Graham's regular billing rates in effect at the time of the performance of services as well as the reduced hourly rates charged as part of the hourly/contingency agreement. As noted, annexed hereto as "Exhibit A" is a schedule listing each Foster Graham professional and

9

paraprofessional who performed services in these cases during the billing period, the hourly rate charged by Foster Graham for services performed by each individual, and the aggregate number of hours and charges by each such individual.

## Actual And Necessary Disbursements Of Foster Graham

21.     As stated, annexed hereto as Exhibits C-F is a schedule of the actual and necessary expenses incurred by Foster Graham in connection with its representation of the Debtors. As set forth in Exhibits C-F, Foster Graham requests allowance of actual and necessary expenses incurred by Foster Graham during the Compensation Period in the aggregate amount of $0.00.

## The Requested Compensation Should Be Allowed

22.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331. Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including ---
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

    (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

23.    In the instant cases, Foster Graham respectfully submits that the professional services and the expenditures for which it seeks reimbursement in this Application were, at the time rendered, believed to be necessary for and beneficial to the Debtors and their chapter 11 estates. Accordingly, Foster Graham further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

### Notice

22.    Pursuant to the Compensation & Reimbursement Order, notice of this Application will be served upon (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York 10020 (Attn: John Suckow and David Coles) (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCoy LLP 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.) attorneys for the Creditors' Committee; and (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq. and Tracy Hope Davis, Esq.

23.    All services for which compensation and reimbursement of expenses are requested by Foster Graham were performed for and on behalf of the Debtors. No agreement or understanding exists between Foster Graham and any other person for the sharing of compensation to be received for the services rendered in connection with Foster Graham's

representation of the Debtors, and no action prohibited by § 504 of the Bankruptcy Code has been, or will be, made by Foster Graham.

24.    No previous application or motion for the relief requested herein has been made to this or any other Court.

## Conclusion

25.    Based on the foregoing, Foster Graham respectfully submits that the services rendered in the instant case during the Second Statement Period have been efficient and effective. Foster Graham will continue to (i) represent the Debtors in prosecuting Loss Recovery Litigation and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits, as well as claims against other responsible parties, such as brokers and appraisers; and (ii) defending claims made against LBHI for losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary matters arising in such lawsuits. As previously stated, Foster Graham seeks (i) an award of fees in the amount of $44,881.20 and expenses of $0.00 all incurred between June 1, 2011 and September 30, 2011; (ii) authorization for the Debtors to pay those amounts.

WHEREFORE, Foster Graham respectfully requests that this Court enter an Order consistent with the relief requested herein for such other and further relief as the Court deems just and proper.

DATED: December _____, 2011          Respectfully submitted,

_S/ DANIEL K. CALISHER_____
Daniel Calisher
Foster Graham Milstein & Calisher, LLP
621 Seventeenth Street, 19th Floor
Denver, Colorado 80293
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
calisher@fostergraham.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

In re                                      :        Chapter 11 Case No.

                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)

                                           :

                         Debtors.          :        (Jointly Administered)

                                           :

                                           :

--------------------------------------------------------------x

## CERTIFICATION OF DANIEL CALISHER

I, Daniel Calisher, am a partner of the firm of Foster Graham Milstein & Calisher, LLP ("Applicant"), attorneys authorized to provide legal services as Special Counsel to Lehman Brothers Holdings, Inc. ("LBHI"), and its affiliated debtors in the above referenced chapter 11 cases pursuant to an order of this Court.

This certification is made in support of the Second Interim Application of Foster Graham Milstein & Calisher, LLP for the Ninth Interim Application Period ("Application") and in compliance with Rule 2016(a) and with the United States Trustee's Guidelines for Review Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

I certify that, after diligent inquiry and to the best of my knowledge, the requested fees and disbursements are billed at rates and in accordance with practices accepted by Applicant's clients and that Applicant does not receive a profit on reimbursable services, whether the services are performed by the Applicant in-house or through a third party.

I certify that, after diligent inquiry and to the best of my knowledge, Applicant has met all applicable deadlines for delivery of monthly fee statements and applications to the trustee and other necessary parties for during the period covered by the subject application.

13

I have read the Application and I certify the Application substantially complies with the Rule and the Guidelines.

DATED: December 14, 2011

Daniel Calisher
Foster Graham Milstein & Calisher, LLP
621 Seventeenth Street, 19th Floor
Denver, CO, 80293
Telephone: (303) 333-9810
Facsimile:   (303) 333-9786
calisher@fostergraham.com

# EXHIBIT A

Summary of Time and Expense for the

Ninth Interim Application Period

(June 1, 2011 through September 30, 2011)

**ALL MATTERS**
**SUMMARY OF SERVICES BY PROFESSIONAL**
**FOR JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

## FOR REGULAR HOURLY MATTERS

| NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|------|-------|---------------|-------|------|------|
| Daniel Calisher | Partner | 1997 (CO) 1996 (CA) | 142.90 | 385 | $55,016.50 |
| Stephen Fermelia | Partner | 2001 (CO) 1995 (WY) | 33.2 | 330 | $10,956.00 |
| Michael G. Milstein | Partner | 1994 (CO) 1994 (PA) | .3 | 300 | $90.00 |
| Chip Schoneberger | Special Counsel | 2010 (CO) 2000 (Ill) | 81.7 | 295 | $24,101.50 |
| Lara Marx | Special Counsel | 2005 (CO) | .5 | 225 | $112.50 |
| Christopher Carrington | Associate | 2005 (CO) | 61.4 | 265 | $16,271.00 |
| Julia Prendergast (Harvey) | Associate | 2006 (CO) | 253.9 | 265 | $67,283.50 |
| Tiffany Yingling | Paralegal | N/A | 89.9 | 120 | $10,788.00 |
| Cindy Weakland | Paralegal | N/A | 4.5 | 120 | $540.00 |
| Sheila Croft | Paralegal | N/A | 4.6 | 120 | $552.00 |
| **Total for hourly matters:** | | | **672.90** | | **$185,711.00** |

## FOR MATTERS THAT ARE PART HOURLY AND PART CONTINGENCY[1]

| NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|------|-------|---------------|-------|------|------|
| Daniel Calisher | Partner | 1997 (CO) 1996 (CA) | 11.5 | 150 | $1,725.00 |

---

[1] The first set of hours were spent on normal matters in which Foster Graham bills LBHI hourly under Foster Graham's normal billing rates. However, with respect to a new subset of claims, LBHI asked Foster Graham to evaluate and pursue several categories of potential defendants (such as mortgage brokers and appraisers, as opposed to Correspondents). To lessen the bankruptcy estate's fee exposure—while also pursuing legitimate and potentially valuable claims against responsible third parties, ultimately for the benefit of LBHI's creditors—LBHI asked Foster Graham to handle such cases on a part hourly and part contingency basis. Foster Graham agreed to do so as follows: (1) at the significantly reduced hourly rate of $150/hour for lawyers and $50/hour for paraprofessionals, with no contingency, during an initial evaluation/viability phase; and (2) at the significantly reduced hourly rate of $125/hour for lawyers and $50/hour for paraprofessionals, plus a contingency, in a later, claims pursuit/litigation phase. All time so far has been billed under the reduced hourly and no contingency initial phase. Accordingly, Foster Graham is not seeking any contingency fees at this time.

| Name | Title | Year (State) | Hours | Rate | Total |
|---|---|---|---|---|---|
| Stephen Fermelia | Partner | 2001 (CO) 1995 (WY) | 126.0 | 150 | $18,900.00 |
| Susan Schneider | Partner | 2002 (CO) 1982 (IL) | 5.75 | 150 | $862.50 |
| Joan Fritsche | Partner | 1997 (CO) 1999 (AZ) | 5.5 | 150 | $825.00 |
| Chip Schoneberger | Special Counsel | 2010 (CO) 2000 (IL) | 7.9 | 150 | $1,185.00 |
| Steven Weiser | Special Counsel | 1999 (CO) | 2.6 | 150 | $390.00 |
| Julia Prendergast (Harvey) | Associate | 2006 (CO) | 61.9 | 150 | $9,285.00 |
| Laura Martinez | Associate | 2006 (CO) | 7.10 | 150 | $1,065.00 |
| Michael Gates | Associate | 1999 (CO) | 2.4 | 150 | $360.00 |
| Brian C. Proffitt | Associate | 1999 (CO) | 4.8 | 150 | $720.00 |
| Michael Bullock | Associate | 1999 (CO) | 7.4 | 150 | $1,110.00 |
| Marcy Ongert (McDermott) | Associate | 2006 (CO) | 5.65 | 150 | $847.50 |
| Tiffany Yingling | Paralegal | N/A | 15.2 | 50 | $760.00 |
| Sheila Croft | Paralegal | N/A | 5.2 | 50 | $260.00 |
| Jessica Lin | Law Clerk | N/A | 8.0 | 50 | $400.00 |
| **Total (for part hourly/part contingency matters)** | | | **276.90** | | **$38,695.00** |

## ALL MATTERS
## SUMMARY OF SERVICES BY TASK CODE

| Task Code | Description | Hours | Total |
|---|---|---|---|
| 4000 | Non-bankruptcy Litigation | 949.80 | $224,406.00 |

## ALL MATTERS
## SUMMARY OF DISBURSEMENTS BY TASK CODE

| Description | Total |
|---|---|
| **June** | |
| Travel Expense (taxi) | $52.75 |
| Travel Expense (taxi) | $61.65 |
| Online Legal Research | $47.76 |
| Conference Call | $36.77 |
| Deposition Fees | $828.16 |
| Deposition Fees | $863.58 |
| Online Legal Research | $276.82 |
| Online Legal Research | $24.24 |

**July**

| | |
|---|---|
| Delivery Fee | $28.79 |
| Filing Fee | $30.00 |
| Federal Express | $73.82 |
| Travel Expense (hotel) | $269.91 |
| Online Legal Research | $101.54 |
| Travel expense (parking) | $33.00 |
| Process Server Fees | $878.53 |
| Travel Expense (taxi) | $71.55 |

**August**

| | |
|---|---|
| Travel Expense (airline ticket) | $415.40 |
| Travel Expense (parking) | $32.00 |
| Travel Expense (hotel) | $215.61 |
| Online Legal Research | $15.95 |
| Online Legal Research | $29.90 |
| Online Legal Research | $19.95 |
| Travel Expense (rental car) | $89.31 |
| Process Server Fee | $275.00 |
| Process Server Fee | $275.00 |
| Process Server Fee | $275.00 |
| Process Server Fee | $312.82 |
| Hand-Delivery Fee | $20.50 |
| Process Server Fee | $79.01 |
| Process Server Fee | $194.55 |
| Online Legal Research | $48.30 |
| Filing Fee | $420.18 |
| Online Legal Research | $1.03 |
| Filing Fee | $431.20 |
| Delivery Fee | $47.25 |
| Delivery Fee | $47.25 |
| Online Legal Research | $6.64 |
| Travel Expense (airline ticket) | $462.40 |
| Travel Expense (parking) | $13.85 |
| Travel Expense (rental car) | $28.91 |
| Travel Expense (parking) | $37.00 |
| Travel Expense (hotel) | $255.26 |
| Travel Expense (airline ticket) | $419.40 |
| Deposition Fees (*invoice attached as Exhibit G*) | $1,681.43 |
| Copy Charges (*invoice attached as Exhibit G*) | $1,628.07 |
| Travel Expense (taxi) | $48.45 |
| Travel Expense (parking) | $33.00 |
| Travel Expense (taxi) | $38.95 |
| Online Legal Research | $132.44 |

**September**

| | |
|---|---|
| Travel Expense (parking) | $12.00 |
| Travel Expense (taxi) | $10.00 |
| Travel Expense (taxi) | $10.00 |
| Travel Expense (parking) | $63.00 |
| Travel Expense (hotel) | $133.99 |
| Travel Expense (taxi) | $34.41 |
| Travel Expense (parking) | $33.00 |
| Travel Expense (airline ticket | $235.40 |
| Travel Expense (airline ticket) | $235.40 |
| Travel Expense (airline ticket) | $357.40 |
| Copy Charges | $769.25 |
| Federal Express | $163.76 |
| Delivery Fee | $55.50 |
| Federal Express | $98.09 |
| Federal Express | $112.27 |
| Witness-Mileage Fee/Deponent Parking Reimbursement | $100.60 |
| Filing Fee | $6.18 |
| Process Server Fee | $254.75 |
| Process Server Fee | $275.00 |
| Copy Charges | $700.15 |
| Conference Call | $24.34 |
| Travel Expense (hotel) | $310.87 |
| Federal Express | $15.26 |
| **TOTAL EXPENSES:** | **$15,720.50** |

# EXHIBIT B

List of Current Open Matters

(June 1, 2011 through September 30, 2011)

Date: 12/13/2011

**Tabs3 Client List**
FOSTER GRAHAM MILSTEIN & CALISHER, LLP

Page: 1

**Primary Timekeeper:  5 Daniel K. Calisher**

| Client | Name | Description | Contact | Primary Phone |
|---|---|---|---|---|
| 5130.0001M | Lehman Brothers Holdings, Inc | PMAC Lending Services, INC | | |
| 5130.0005M | Lehman Brothers Holdings, Inc | EquiPoint Financial Network, Inc | | |
| 5130.0007M | Lehman Brothers Holdings, Inc | Metrostate | | |
| 5130.0012M | Lehman Brothers Holdings, Inc | Nationwide Equities | | |
| 5130.0022M | Lehman Brothers Holdings, Inc | PMC Bancorp | | |
| 5130.0025M | Lehman Brothers Holdings, Inc | Padilla | | |
| 5130.0028M | Lehman Brothers Holdings, Inc | United Pacific | | |
| 5130.0035M | Lehman Brothers Holdings, Inc | Aaron Wade | | |
| 5130.0044M | Lehman Brothers Holdings, Inc. | Valley Vista | | |
| 5130.0045M | Lehman Brothers Holdings, Inc. | Shea Mortgage | | |
| 5130.0046M | Lehman Brothers Holdings, Inc. | Christopher E. Hobson, Inc. | | |
| 5130.0047M | Lehman Brothers Holdings, Inc. | US Bank | | |
| 5130.0048M | Lehman Brothers Holdings, Inc. | Non-Correspondent Cases | | |
| 5130.0049M | Lehman Brothers Holdings, Inc. | Freedom II | | |

Number of Clients printed:  14

# EXHIBIT C

Detail of Time and Expense

(June 1, 2011 through June 30, 2011)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59170 |
| Account No. | 5130.0001 |
| | Page:   1 |

RE: PMAC Lending Services, INC

*Payments received after 06/30/2011 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | |
|---|---|
| Previous Balance | $106.00 |
| Balance Due | $106.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59171 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

**Payments received after 06/30/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $221.50 |
| Balance Due | $221.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59172 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE:  Metrostate

**Payments received after 06/30/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT_.**

| | |
|---|---|
| Previous Balance | $699.53 |
| Balance Due | $699.53 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59173 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

**Payments received after 06/30/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                        $4,631.00

## Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 06/01/2011 | | | | |
| | JRH | Email to opposing counsel regarding status of May 1st and June 1st payments. | 0.10 | 26.50 |
| 06/03/2011 | | | | |
| | JRH | Review email from opposing counsel regarding amended payment schedule. Conference with DKC regarding new schedule, accounting for past payments and accommodation fees. Call with client regarding same. Email to opposing counsel regarding same. | 0.60 | 159.00 |
| | DKC | Further attention to defendant's default and potential restructure or modification of payments. Emails regarding same. | 0.50 | 192.50 |
| 06/07/2011 | | | | |
| | JRH | Review email from opposing counsel with counter offer regarding revised payment plan. | 0.10 | 26.50 |
| | DKC | Attention to defendant's proposal and cure its default. | 0.20 | 77.00 |
| 06/08/2011 | | | | |
| | DKC | Emails regarding defendant's default and next steps. Follow up regarding same. | 0.30 | 115.50 |
| 06/09/2011 | | | | |
| | DKC | EMails with opposing counsel regarding settlement following defendant's irrevocable default. | 0.30 | 115.50 |
| 06/10/2011 | | | | |
| | JRH | Review Amendment to Settlement Agreement (.1). Call with DKC regarding same (.2). | 0.30 | 79.50 |

Lehman Brothers Holdings, Inc
Account No.    5130.0012
RE:  Nationwide Equities

Statement Date: 06/30/2011
Statement No.    59173
Page No.    2

| | | | Hours | |
|---|---|---|---|---|
| DKC | Attention to settlement efforts (following defendant's default under agreement). Emails regarding same. Draft amendment to settlement agreement and circulate to opposing counsel and client. | | 1.40 | 539.00 |
| **06/13/2011** | | | | |
| JRH | Review email correspondence regarding financing and amended settlement agreement. | | 0.20 | 53.00 |
| DKC | Follow up regarding status of settlement and payment of $7000 installment. Emails regarding same. Analyze options if confession of judgment acted upon vs. pragmatics of collection major installment. | | 0.50 | 192.50 |
| **06/14/2011** | | | | |
| JRH | Receipt of email from opposing counsel regarding settlement amendment. Email thoughts regarding same to DKC. | | 0.10 | 26.50 |
| **06/28/2011** | | | | |
| JRH | Conference with DKC regarding settlement numbers. Telephone call to opposing counsel regarding same. Attend to revisions of Amendment to Settlement Agreement and Mutual Release. Email to opposing counsel regarding same. Email to client regarding same. | | 1.20 | 318.00 |
| DKC | Telephone conference with opposing counsel regarding potential amendment to settlement agreement. Finalize draft and circulate. EMails regarding same. Analyze issues and options for client. | | 0.80 | 308.00 |
| **06/30/2011** | | | | |
| JRH | Attention to emails and questions regarding payment allocation and reimbursement for attorneys fees. Email to client and Aurora regarding same. | | 0.40 | 106.00 |
| DKC | Follow up with opposing counsel regarding amendment. | | 0.20 | 77.00 |
| | For Current Services Rendered | | 7.20 | 2,412.00 |
| | Total Current Work | | | 2,412.00 |
| | Balance Due | | | $7,043.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59174 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 06/30/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | |
|---|---|---|---|---|
| | Previous Balance | | | $835.00 |
| | *Fees* | | | |
| | | | Hours | |
| 06/20/2011 | | | | |
| JRH | Conference with TAY regarding status of case for monthly case status report. | | 0.20 | 53.00 |
| 06/21/2011 | | | | |
| TAY | Conference with DKC and JRH regarding case status. Update client report. | | 0.20 | 24.00 |
| | For Current Services Rendered | | 0.40 | 77.00 |
| | Total Current Work | | | 77.00 |
| | Balance Due | | | $912.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59175 |
| Account No. | 5130.0022 |
| Page: | 1 |

RE: PMC Bancorp

***Payments received after 06/30/2011 are not included on this statement.***

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

Previous Balance                                                                    $90,939.31

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 06/01/2011 | JRH | Conference with DKC regarding preparation for hearing on Motion for Summary Judgment (.2). Email to team regarding input on hearing preparation (.1). Conference with TAY regarding summary judgment hearing preparation, review local rules regarding same (.2). | 0.50 | 132.50 |
| | DKC | Compile documents, pleadings, and authority for upcoming Motion for Summary Judgment oral argument (.6). Review of same (.2). | 0.80 | 308.00 |
| 06/02/2011 | DKC | Review Motion for Summary Judgment pleadings and prepared for call with co-counsel and client regarding same. | 1.40 | 539.00 |
| 06/03/2011 | JRH | Conference call with client and RP counsel to discuss strategy for summary judgment hearing. | 0.50 | 132.50 |
| | CGS | Conference call with client and RP counsel regarding strategy for oral argument; conference with DKC regarding same [.6].  Review briefing in preparation for same [.2]. | 0.80 | 236.00 |
| 06/04/2011 | DKC | Review memos, authorities, and briefing (First Western) regarding "full credit bid" issues (1.3). Analyze potential role in Motion for Summary Judgment hearing (.5). | 1.80 | 693.00 |
| 06/05/2011 | DKC | Travel to CA for upcoming Motion for Summary Judgment hearing. | 5.00 | n/c |
| | DKC | Review documents, rules, case law, and pleadings in preparation | | |

Lehman Brothers Holdings, Inc
Account No.    5130.0022
RE:  PMC Bancorp

Statement Date: 06/30/2011
Statement No.    59175
Page No.    2

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | for upcoming Motion for Summary Judgment hearing. | 3.20 | 1,232.00 |
| 06/06/2011 | CGS | Telephone calls with D. Calisher in preparation for argument on Motion for Summary Judgment [1.5]; Call with J. Baker regarding Canales loan [.3]; call with Heston Gray regarding Canales loan [.3]; emails to/from D. Calisher regarding outcome of Motion for Summary Judgment hearing and next steps regarding damages evidence/pre-judgment interest [.2]. | 2.30 | 678.50 |
|  | DKC | Prepare for and attend Court hearing on Motion for Summary Judgment and related issues (7.5). Analyze outcome (win as to liability) and next steps towards judgment on damages (.7). Attention to case scheduling (trial) and depositions (borrowers and corporate representatives) (.6). | 8.80 | 3,388.00 |
|  | DKC | Travel (CA to CO) (Motion for Summary Judgment hearing) | 5.00 | n/c |
| 06/07/2011 | DKC | Emails regarding Motion for Summary Judgment hearing, fees recently incurred, settlement, and communications with other creditor of PMC (requested by Epstein). | 0.40 | 154.00 |
| 06/10/2011 | DKC | Review Court's minute order regarding Motion for Summary Judgment ruling, document examination of Baker, and scheduling of trial and deadlines. Follow up regarding supplemental filing regarding damages on Motion for Summary Judgment and depositions. | 1.10 | 423.50 |
| 06/13/2011 | JRH | Conference with TAY and DKC regarding status of case and deadlines going forward. | 0.20 | n/c |
| 06/17/2011 | JRH | Work on interrogatories to defendant (.8). | 0.80 | 212.00 |
| 06/20/2011 | JRH | Conference with TAY regarding status of case for monthly case status report. | 0.20 | n/c |
| 06/21/2011 | TAY | Conference with DKC and JRH regarding case status. Update client report. | 0.20 | n/c |
| 06/22/2011 | TAY | Telephone conference with Judge Kronstadt's clerk regarding trial scheduling issues and 26(f) report (no need to submit) (.2).  Email team regarding same (.1). Conference with JRH regarding trial settling/length (.2). | 0.50 | 60.00 |

Lehman Brothers Holdings, Inc
Account No.       5130.0022
RE:  PMC Bancorp

Statement Date: 06/30/2011
Statement No.       59175
Page No.              3

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/29/2011 |  |  |  |  |
| JRH | Work on written discovery requests. |  | 1.70 | 450.50 |
|  |  |  |  |  |
| 06/30/2011 |  |  |  |  |
| JRH | Work on discovery requests. |  | 1.40 | 371.00 |
|  | For Current Services Rendered |  | 26.00 | 9,010.50 |
|  | Total Non-billable Hours |  | 10.60 |  |

### Expenses

| 06/05/2011 | Travel expense (taxi airport/hotel) (DKC) | 52.75 |
|---|---|---|
| 06/06/2011 | Travel expense (taxi court/airport) (DKC) | 61.65 |
|  | Total Expenses | 114.40 |

### Advances

| 06/30/2011 | Online legal research. West | 47.76 |
|---|---|---|
|  | Total Advances | 47.76 |
|  | Total Current Work | 9,172.66 |
|  | Balance Due | $100,111.97 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59176 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

**Payments received after 06/30/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $244.02 |

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 06/13/2011 TAY | Review email from client requesting additional settlement information (.1). Review accounting ledgers, locate and list check numbers (.5).  Email to client regarding same (.2). | 0.80 | 96.00 |
| | For Current Services Rendered | 0.80 | 96.00 |
| | Total Current Work | | 96.00 |
| | Balance Due | | $340.02 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59177 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE:  United Pacific

*Payments received after 06/30/2011 are* *not* *included on this statement.*

*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT*.

| | |
|---|---|
| Previous Balance | $247.50 |
| Balance Due | $247.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59178 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

**Payments received after 06/30/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $48.00 |
| Balance Due | <u>$48.00</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59179 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE:  Valley Vista

**Payments received after 06/30/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $1,978.51 |
| Balance Due | $1,978.51 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59180 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

**Payments received after 06/30/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | |
|---|---|---|---|---|
| Previous Balance | | | | $3,024.32 |
| | | **Fees** | | |
| | | | Hours | |
| 06/20/2011 JRH | Conference with TAY regarding status of case for monthly case status report. | | 0.20 | n/c |
| 06/21/2011 DKC | Email opposing counsel regarding settlement impasse and filing of suit. | | 0.20 | 77.00 |
| 06/24/2011 DKC | Attention to settlement impasse. Emails regarding same. Follow up regarding status of draft complaint and prospective filing of same. | | 0.30 | 115.50 |
| | For Current Services Rendered | | 0.50 | 192.50 |
| | Total Non-billable Hours | | 0.20 | |
| | Total Current Work | | | 192.50 |
| | Balance Due | | | $3,216.82 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59181 |
| Account No. | 5130.0046 |
| Page: | 1 |

RE: Christopher E. Hobson, Inc.

**Payments received after 06/30/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $6,799.30 |

### Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/2011 | DKC | Attention to service attempts, attendant notice issues, and upcoming filing of complaint. | 0.30 | 115.50 |
| 06/20/2011 | JRH | Conference with TAY regarding status of case for monthly case status report. | 0.20 | n/c |
| 06/21/2011 | TAY | Conference with DKC and JRH regarding case status/target location issues. Update client report. | 0.20 | 24.00 |
| | | For Current Services Rendered | 0.50 | 139.50 |
| | | Total Non-billable Hours | 0.20 | |
| | | Total Current Work | | 139.50 |
| | | Balance Due | | $6,938.80 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59182 |
| Account No. | 5130.0047 |
| Page: | 1 |

RE: US Bank

**Payments received after 06/30/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

| | | |
|---|---|---|
| Previous Balance | | $49,020.84 |

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 06/01/2011 | | | |
| JRH | Conference with DKC regarding loan ownership and fraud claim (.2). Conference with CSS regarding research on real party in interest issue (.5). Conference with DKC regarding same and how to structure argument for Motion to Substitute (1.1). Create list of documents to request from local counsel (.3). Email to local counsel and to client indicating all documents needed for Motion to Substitute and accompanying analysis (.8). Research champerty issue and standing v. real party in interest (.9). | 3.80 | 1,007.00 |
| CGS | Mtg with JRH regarding motion to substitute [.5]; mtg with JRH and DKC regarding substitution issues [.5]; review case law on substitution/real party in interest standard [1.0]; conference with JRH regarding documents required to prepare substitution motion/status of Tibbits Loan [.6]. | 2.60 | 767.00 |
| DKC | Prepare for and conference with JRH and CGS regarding substitution issues and options (.5). Analyze joinder, assignment, and other real party in interest issues (1.2). | 1.70 | 654.50 |
| 06/02/2011 | | | |
| JRH | Review documents sent by client regarding loan ownership, including various assignment agreements and servicing agreements (.4). Conference with CSS regarding deed of trust (.2). Research regarding real party in interest v. standing (1.4). Email correspondence with client regarding second set of requests for admissions and begin to work on same (.2). | 2.20 | 583.00 |
| CGS | Work on motion to substitute:  review documents provided by local counsel and Heston regarding servicing agreements; trust agreement; loan transfers, etc [1.5].  Research non-judicial | | |

Lehman Brothers Holdings, Inc.
Account No.    5130.0047
RE:  US Bank

Statement Date: 06/30/2011
Statement No.    59182
Page No.    2

|  |  | Hours |  |
|---|---|---|---|
| | foreclosure procedure in CA in anticipation of US Bank response arguments [1.2].  Research whether upstream lender can maintain fraud claim against bank for conduct in origination process [.9]. Research effect of MERS foreclosure/credit bid by Aurora as agent of beneficiary [.7].  Draft background section of motion regarding LBHI bankruptcy, corporate structure, essential allegations [1.2]. Supplement prior research on substitution standard (.8). | 6.30 | 1,858.50 |
| DKC | Work on substitution issues, including review of authorities cited by co-counsel (.4). Attention to responses to defendant's RFA;s and related issues (.7). | 1.10 | 423.50 |
| **06/03/2011** | | | |
| JRH | Work on responses to second set of requests for admissions (2.5). Conference with client regarding case status and conference with CSS and DKC regarding requests for admission responses (.5). Conference with CSS regarding details about PICNIC and Requests for Admission (.4). | 3.40 | 901.00 |
| CGS | Work on motion to substitute [.8]; conference with JRH regarding responding to requests for admission/additional information needed to identify whether loan was sold or transferred to Picnic II [.7]. | 1.50 | 442.50 |
| DKC | Further work on assignability of claims, real party in interest/standing issues, and discovery responses. | 0.80 | 308.00 |
| **06/07/2011** | | | |
| JRH | Conference with CSS on loan ownership issues; Email to opposing counsel requesting an extension to respond to the Requests for Admission, email to client requesting additional documentation supporting various transfers (.6). Work on responses to RFAs (.3). | 0.90 | 238.50 |
| CGS | Conference with JRH regarding documentation needed to establish loan ownership [.8]; conference with JRH regarding responses to US Bank's requests for admission/extension of time to respond to same [.2]; assist in drafting emails to Heston Gray requesting documentation for motion to substitute [.1]; review discovery/disclosures by prior counsel [1.5].  Research interplay between Rule 15 and 17 for purposes of substituting real parties in interest/ratification/res judicata [.8].  Review email from opposing counsel regarding conditions to RFA response extension [.1]. | 3.50 | 1,032.50 |
| DKC | Emails and phone calls with opposing counsel regarding responses to discovery, extensions for US Bank in connection with response to Motion to Substitute/Intervene and related issues .(3). Work on same (.2). | 0.50 | 192.50 |
| **06/08/2011** | | | |
| CGS | Review/analyze email from Heston regarding documentation to prove LBHI as real party in interest [.5]; conference with JRH regarding same [.7]; review servicing agreement and purchase | | |

Lehman Brothers Holdings, Inc.                                          Statement Date: 06/30/2011
Account No.      5130.0047                                                    Statement No.      59182
RE: US Bank                                                                         Page No.           3

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | terms regarding factual background for declaration and motion supporting substitution [.9].  Work on motion to substitute argument section regarding assignment of rights in loan documents [1.1]. |  | 3.20 | 944.00 |
| SAF | Conference with JRH and SGC regarding assignments and dealing with discovery and proper entity issues. |  | 0.70 | 231.00 |
| DKC | Review email from client regarding loan/loss ownership issues. |  | 0.20 | n/c |
| 06/09/2011 |  |  |  |  |
| JRH | Conference with CSS regarding documents provided by client for Motion to Substitute (.1). Conference with DKC regarding responses to requests for production of documents (.2). Conference with CSS regarding timing of filing Motion to Substitute and discovery responses. Discuss ownership issues following CSS's call with client (.4). |  | 0.70 | 185.50 |
| CGS | Conference with JRH regarding documents for substitution referenced by Heston and S. Drosdick [.8]; conference with JRH regarding responses to US Bank's second request for production/review emails from local counsel regarding same [.1]; call with Heston regarding further explanation of loan history/transfers to LBHI and Picnic [.5]; draft declaration of John Baker in support of motion to substitute, including review of supporting documents [1.0]; review emails to/from local counsel regarding outstanding requests for production/conference with JRH regarding extension to answer same [.1]; |  | 2.30 | 678.50 |
| DKC | Attention to recent RFPs/RFAs and timing of response. Emails regarding same. |  | 0.40 | 154.00 |
| 06/10/2011 |  |  |  |  |
| JRH | Send RFPs and RFAs to client with email explaining same (.3). Begin review of RFPs. (.4). |  | 0.70 | 185.50 |
| CGS | Work on motion to substitute, including additional review of documents evidencing loan ownership [.7]; conference with JRH regarding other documentation responsive to RFPs [.4]; use of declaration in support of motion where documentation is insufficient [.5]; investigate documents for evidence of assignments [1.1]; consider strategy of asserting LBHI's own fraud claim vs. by assignment of LBB [.5]. |  | 3.20 | 944.00 |
| 06/12/2011 |  |  |  |  |
| JRH | Work on responses to requests for production. |  | 1.00 | 265.00 |
| 06/13/2011 |  |  |  |  |
| TAY | Review notices of depositions received from opposing counsel (Aurora Loan Services & Van Orman) (.2).  Conference with DKC regarding same (.2).  Update calendars (.1).  Conference with DKC and JRH regarding upcoming discovery deadlines and documents |  |  |  |

Lehman Brothers Holdings, Inc.                                          Statement Date: 06/30/2011
Account No.        5130.0047                                                    Statement No.        59182
RE: US Bank                                                                            Page No.        4

|  |  | Hours |  |
|---|---|---|---|
| | for same (.2). Call to Daryl Parker regarding previously disclosed documents and boxes containing unknown client documents (.3). | 1.00 | 120.00 |
| JRH | Continue to work on Requests for Production of Documents (.4). Conference with DKC regarding responses to Requests for Production of Documents and call to local counsel regarding same (.3). | 0.70 | 185.50 |
| CGS | Research california law regarding assignment of tort claims; scope of servicer duties and authorities with respect to managing property/taking title/suing in servicer's name on behalf of lender [2.5]; conference with JRH regarding Lehman ALI [.2]. | 2.70 | 796.50 |

06/14/2011

| JRH | Conference with CSS regarding discovery responses and arguments for Motion to Substitute (1.6). Work on responses to requests for admission (2.6). Review documents previously provided by local counsel in conjunction with responses to requests for production (1.3). | 5.50 | 1,457.50 |
|---|---|---|---|
| CGS | Conference with JRH, SAF regarding responses to requests for production/admission [.4]; review/analyze correspondence to counsel for US Bank regarding description of loan history and real party in interest to insure consistency [.7]; review/analyze correspondence regarding Lehman ALI's role in loan history [.3]; investigate corporate relation between LBHI, Lehman ALI and Picnic II for substitution motion [.7]. | 2.10 | 619.50 |

06/15/2011

| JRH | Conference with CJS regarding requests for production of documents and requests for admission. Conference with CSS regarding case strategy and basis for claims. (.8). Review correspondence file (.4). Email to local counsel regarding documents necessary to respond requests for production of documents (.2). Work on revisions to requests for admission (.9). Review email from local counsel regarding document production (.2). | 2.50 | 662.50 |
|---|---|---|---|
| CGS | Conference with JRH regarding strategy for responding to requests for production/admission. | 0.80 | 236.00 |
| DKC | Attention to and work on responses to RFA's, RFPs, and related issues. Emails regarding same. | 0.70 | 269.50 |

06/16/2011

| CGS | Emails from local counsel regarding discovery/documents available from both cases, status of indexing same [.3]; consider strategy and/or most immediate needs for responding to production requests and strategy [.5]. Conference with JRH, DKC regarding case strategy, standing/substitution issues [.8]; research whether assignment language in LBB/LBHI sales agreement is sufficient assignment of fraud claim against US Bank under NY law | | |
|---|---|---|---|

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE: US Bank

Statement Date: 06/30/2011
Statement No.      59182
Page No.      5

| | | | Hours | |
|---|---|---|---|---|
| | | [1.5]. | 2.80 | 826.00 |
| | JRH | Finish revisions to requests for admission based on conference with CJS (1.5). Conference with CGS regarding case status and email from local counsel regarding documents available and document production (.5). Call with DKC regarding same (.9). Email to local counsel regarding documents (.2). Set up call with team (.1). | 3.20 | 848.00 |
| | DKC | Prepare for and telephone conference with CGS and JRH regarding discovery responses (RFA's and RFP's) and interplay with real party in interest/standing issues/motion (.5). Analyze options regarding same (.8). Attention to production of documents and emails with local counsel (Parker) regarding same (.4). | 1.70 | 654.50 |
| 06/17/2011 | TAY | Prepare response framework for discovery requests from US Bank (1.0). Conference with JRH regarding same (.1). Emails to opposing counsel regarding upcoming depositions (Aurora and Van Orman) (.2). Call to opposing counsel's assistant regarding same (.1). Conference with DKC regarding scheduling (.1). Conference with DKC regarding preparing for Van Orman deposition (.1). | 1.60 | 192.00 |
| | JRH | Work on requests for admission based upon conversation with DKC (.4). Work on requests for production of documents and email client regarding additional documents necessary (2.2). | 2.60 | 689.00 |
| | CGS | Continue researching NY law on whether LBB's assignment of Van Orman loan to LBHI is sufficient to establish assignment tort claims as well/strategy for addressing weaknesses in assignment language [2.7]; draft motion for substitution [1.8]. | 4.50 | 1,327.50 |
| | DKC | Attention to universe of documents for potential responses to RFP's (.9). Attention to responses to RFA's, Motion to Substitute, and related standing/real party in interest issues (1.2). Attention to damages proof and hurdles regarding same (.7). Attention to service of witness (Van Orman) and deposition of same. | 2.80 | 1,078.00 |
| 06/20/2011 | JRH | Email correspondence to schedule team call (.1). Conference with CGS in preparation for call with client (.2). Call with client regarding case status and strategy regarding Motion to Substitute and discovery responses (1.2). Review specific Requests for Production relating to Krueger and email to client regarding documents needed for same. (.6). Conference with TAY regarding status of case for monthly case status report (.2). Email to opposing counsel to schedule call regarding scope of requests for production of documents (.1). | 2.50 | 662.50 |
| | TAY | Conference with JRH regarding documents to be received from CA counsel and review of same. | 0.30 | 36.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE:  US Bank

Statement Date: 06/30/2011
Statement No.      59182
Page No.      6

|  |  |  | Hours |  |
|---|---|---|---|---|
| | CGS | Prepare for and telephone conference with team regarding status, discovery issues and motion to substitute. | 1.20 | 354.00 |
| 06/21/2011 | JRH | Continue to work on requests for production and prepare for call with opposing counsel (1.6) Call with opposing counsel regarding discovery requests and depositions of Aurora Loan Services; call with counsel for Aurora Loan Services regarding same. Conference with DKC regarding same (1.7). | 3.30 | 874.50 |
| | TAY | Attend call with opposing counsel regarding upcoming depositions and issues regarding same (.3). Multiple conferences with DKC and JRH regarding same (.3). | 0.60 | 72.00 |
| | CGS | Work on motion to substitute | 2.50 | 737.50 |
| | TAY | Conference with DKC and JRH regarding case status. Update client report. | 0.20 | 24.00 |
| | DKC | Attention to and work on upcoming 30(b)(6) deposition of Aurora and LBB (.8). Telephone conferences with counsel for Aurora (Neureiter) and client regarding same (.5). Telephone conference with opposing counsel regarding delay (.3). Prepare for same and review topics, documents, and related matters (1.8). | 3.40 | 1,309.00 |
| 06/22/2011 | JRH | Email to client regarding refined documents search based on call with opposing counsel and email counsel for Aurora Loan Services regarding document production (.8). Review several boxes of discovery, pleadings and other miscellaneous documents provided by co-counsel (3.1). Email correspondence with DKC regarding settlement offer (.1). | 4.00 | 1,060.00 |
| | TAY | Initial review of documents received from local counsel (2.5). Conferences with JRH and CGS regarding same (.3). | 2.80 | 336.00 |
| | CGS | Review documents provided by Puchalski for LBB-BHEF broker agreement [.5]; review broker agreement to support position that assignment of rights/interests in loan documents included tort claims against US Bank [.8]; draft portion of substitution motion and supporting declaration to develop this point [1.2]; conference with JRH regarding responses to production request and review of all documents provided by Puchalski firm [2.5]; | 5.00 | 1,475.00 |
| | DKC | Attention to document production, location and review of documents, and related issues. Emails regarding same. | 0.50 | 192.50 |
| 06/23/2011 | JRH | Email to client regarding scheduling call to discuss settlement. Continue working requests for production, clarify documents received vs. what we have; email to client regarding documents | | |

Lehman Brothers Holdings, Inc.
Account No.    5130.0047
RE: US Bank

| | | | Hours | |
|---|---|---|---|---|
| | | needed. Conference with CGS and DKC regarding settlement offer and other issues (.6). Continue to review documents provided by local counsel (1.4). Continue to work on responses to requests for production (1.3). Prepare for call with client; Call with client to discuss settlement and document production issues, call with opposing counsel regarding same (1.6). Work on requests for admission and email local counsel regarding prejudgment interest (1.0). | 5.90 | 1,563.50 |
| | CGS | Conference with JRH, DKC regarding discovery responses, settlement offer and other issues [.5]; assist in drafting email to team regarding documents required for discovery response and substitution motion [.3]; consider damages issues for settlement demand to US Bank [.2]; conference with JRH, S. Drosdick, H. Grey and J. Baker regarding document production issues/settlement/substitution [1.3]; conference with DKC regarding same [.4]; participate in call to opposing counsel regarding outstanding discovery [.3]; confer with CA counsel regarding pre-judgment interest and current settlement demand [.3]. | 3.30 | 973.50 |
| | TAY | Continued review of documents received from local counsel (Parker).  Conferences with JRH regarding same and additional unreviewed documents that remain in possession of CA counsel. Call to Parker regarding location of missing documents and documents withheld due to privilege waiver (Jan Van Orman). Conference with JRH regarding call. | 2.60 | 312.00 |
| | DKC | Attention to pre-judgment interest, settlement possibilities, ownership history, and discovery responses/production. Emails regarding same. | 0.80 | 308.00 |
| 06/24/2011 JRH | | Work on requests for admission and email to DKC final draft for his review (1.0). Email correspondence with DKC regarding settlement offer. Telephone call to opposing counsel regarding same. Left message to call back (.2). | 1.20 | 318.00 |
| | CGS | Conference with JRH regarding settlement negotiations; call to opposing counsel regarding settlement offer. | 0.20 | n/c |
| | TAY | Review emails regarding documents (.2).  Conference with JRH regarding same and supplemental production deadline (.2). | 0.40 | 48.00 |
| 06/27/2011 JRH | | Conference with DKC regarding deadlines and review emails from client regarding production of documents (.3). Continue to work on requests for production of documents. Emails attempting to open secure website to obtain Krueger documents (2.5). Work on requests for production of documents, email to Daryl Parker regarding document production, email to former counsel regarding previous productions in case (1.9). Review additional documents | | |

Lehman Brothers Holdings, Inc.                                Statement Date: 06/30/2011
Account No.      5130.0047                                      Statement No.    59182
RE: US Bank                                                        Page No.          8

| | | | Hours | |
|---|---|---|---|---|
| | | from LBB v. BHEF case (.9), | 5.60 | 1,484.00 |
| 06/28/2011 | | | | |
| | TAY | Conference with JRH regarding discovery. | 0.30 | 36.00 |
| | JRH | Finish review of documents provided by local counsel (.5). Conference with CGS regarding responses to requests for production (.3). Work on discovery responses (2.1). | 2.90 | 768.50 |
| | CGS | Conference with JRH regarding discovery responses. | 0.40 | 118.00 |
| 06/29/2011 | | | | |
| | TAY | Conference with JRH regarding additional documents to be produced (.3).  Follow up email to original counsel (Severs) regarding bates numbers (.1).  Conference with JRH regarding locating missing documents (.2). Print same and add to client document binders (n/c). Emails to/from team regarding expert disclosure deadline (.1). Review modified deadline chart regarding same (.2). Attend telephone conference with Severson attorney (.2).  Emails to/from opposing counsel regarding confirmation of documents produced/bates numbers (.2).  Conference with JRH regarding same (.1). | 1.40 | 168.00 |
| | JRH | Meeting with CGS to discuss responses to requests for production including calls with client regarding same (2.5). Telephone call with former counsel for LBB regarding bates range (.2). | 2.70 | 715.50 |
| | CGS | Conference with JRH regarding finalizing draft response to production request. | 2.50 | 737.50 |
| | DKC | Travel (CO to CA) (Van Orman deposition). NC | 5.00 | n/c |
| | DKC | Review file and otherwise prepare for upcoming deposition (Van Orman) (4.2). Attention to status of discovery responses (.5). | 4.70 | 1,809.50 |
| | DKC | Prepare for and attend deposition (Van Orman). Organize and study exhibits, impressions, take-aways, and other uses for testimony (including potential Motion for Summary Judgment) (8.0). Conference with opposing counsel regarding discovery responses and settlement (.5). | 8.50 | 3,272.50 |
| | DKC | Travel (CA to CO) (Van Orman deposition). | 6.00 | n/c |
| 06/30/2011 | | | | |
| | JRH | Conference with DKC and CGS regarding discovery responses. Work on same. | 2.80 | 742.00 |
| | TAY | Bates number production documents (.5).  Conference with JRH regarding same and extension for RFAs and RFPs.  Update calendar. | | |
| | DKC | Work on responses to RFAs (1.8). Work on responses to RFPs | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE:  US Bank

Statement Date: 06/30/2011
Statement No.      59182
Page No.                 9

|  |  | Hours |  |
|---|---|---|---|
| and related issues (1.7). Emails regarding same and extension (.2). Conference with JRH and CGS regarding same. | | 3.70 | 1,424.50 |
| For Current Services Rendered | | 151.70 | 43,890.00 |
| Total Non-billable Hours | | 11.40 | |

### Expenses

| 06/20/2011 | Conference call paid to InterCall | 36.77 |
|---|---|---|
| 06/21/2011 | Deposition Fees Dokich Court Reporters, Inc. | 1,691.74 |
| | Total Expenses | 1,728.51 |

### Advances

| 06/30/2011 | Online legal research. West | 276.82 |
|---|---|---|
| | Total Advances | 276.82 |

Total Current Work                                            45,895.33

Balance Due                                                  $94,916.17

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | June 30, 2011 |
| Statement No. | 59206 |
| Account No. | 5130.0048 |
| Page: | 1 |

RE: Non-Correspondent Cases

*Payments received after 06/30/2011 are **not** included on this statement.*

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

|  |  |
|---|---|
| Previous Balance | $17,792.32 |

### Fees

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/2011 | | | | |
| | JRH | Conference call with DKC, SAF and TAY regarding status of claims and case strategy (1.0) Review Scot Osborne's emails and discuss demand letters with SAF (.3). | 1.30 | 195.00 |
| | TAY | Continue research project regarding CO and CA entities.  Multiple conferences with team regarding same. | 5.50 | 275.00 |
| | SAF | Review notes from prior meeting, newest spreadsheets, and otherwise prepare for client meeting (1).  Attend meeting with Scot Osborne, DKC, and JRH (2.2). | 3.20 | 480.00 |
| 06/09/2011 | | | | |
| | JRH | Prepare for meeting with Scot Osborne regarding broker claims. (1.1). Conference with TAY regarding search of addresses for CA and CO broker claims (.2). Meeting with client to discuss status of broker claim project and plan going forward. | 3.30 | 495.00 |
| | TAY | Continue work on CO/CA companies (2.4).  Multiple conferences with team regarding same (4).  Attend part of client meeting (.3). Conference with client regarding next steps (.4) | 3.50 | 175.00 |
| 06/13/2011 | | | | |
| | TAY | Review client's request for information regarding Premier Mortgage Funding (broker/5th highest claim amount) (.1). Research bankruptcy docket/creditor list/claim list for information regarding Lehman's POC and objection to same (.5). Email to client regarding results of research (.2). | 0.80 | 40.00 |
| 06/20/2011 | | | | |
| | JRH | Conference with TAY regarding broker claim project. Email to DKC | | |

Lehman Brothers Holdings, Inc.  
Account No.    5130.0048  
RE:  Non-Correspondent Cases

Statement Date: 06/30/2011  
Statement No.    59206  
Page No.    2

| | | | Hours | |
|---|---|---|---|---|
| | | and SAF regarding status of same. | 0.30 | 45.00 |
| | TAY | Conference with JRH regarding timing issues (.2).  Update calendars (n/c). Emails to/from client (Osborne) regarding same and next batch of broker cases (.2). | 0.40 | 20.00 |
| 06/22/2011 | JRH | Receipt of email from client regarding scheduling July meeting.  Conference with SAF and TAY regarding same and case status. | 0.20 | 30.00 |
| 06/24/2011 | TAY | Reconfirm research on first 10 Phase 1 targets (.6).  Prepare email team regarding contact/claim information regarding same (.3). | 0.90 | 45.00 |
| 06/28/2011 | LC1 | Research regarding broker claims (3.5) | 3.50 | 175.00 |
| 06/30/2011 | TAY | Finalize Phase One chart.  Email team regarding same. | 3.40 | 170.00 |
| | | For Current Services Rendered | 26.30 | 2,145.00 |

Advances

| | | | |
|---|---|---|---|
| 06/30/2011 | Online legal research. West | | 24.24 |
| | Total Advances | | 24.24 |
| | Total Current Work | | 2,169.24 |
| | Balance Due | | $19,961.56 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# EXHIBIT D

## Detail of Time and Expense

## (July 1, 2011 through July 31, 2011)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59183 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE: PMAC Lending Services, INC

**Payments received after 07/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $106.00 |
| Balance Due | $106.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59184 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

**Payments received after 07/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $221.50 |
| Balance Due | $221.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59185 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

**Payments received after 07/31/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT_.**

| | |
|---|---|
| Previous Balance | $699.53 |
| Balance Due | $699.53 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59186 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

**Payments received after 07/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | Hours | |
|---|---|---|---|
| Previous Balance | | | $7,043.00 |
| | *Fees* | | |
| 07/01/2011 | | | |
| DKC | Emails regarding settlement status, i.e., signing of draft amendment to settlement agreement with new payment schedule and other changes. | 0.30 | 115.50 |
| 07/07/2011 | | | |
| JRH | Email correspondence with client regarding status of payment and other related issues. | 0.30 | 79.50 |
| 07/12/2011 | | | |
| DKC | Attention to status of amendment and settlement agreement (.1). Emails regarding same (.1). | 0.20 | 77.00 |
| 07/13/2011 | | | |
| JRH | Email correspondence with client regarding status of signature from Aurora and status of side letter agreement. | 0.10 | 26.50 |
| DKC | Follow up regarding Aurora signature on amendment (.2). Emails/phone calls regarding same (.3). | 0.50 | 192.50 |
| 07/27/2011 | | | |
| DKC | Attention to circulation of fully-executed amendment to settlement agreement (.1). Emails regarding same (.`). | 0.20 | 77.00 |
| | For Current Services Rendered | 1.60 | 568.00 |
| | Total Current Work | | 568.00 |
| | Balance Due | | $7,611.00 |

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59187 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 07/31/2011 are not included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $912.00 |
| Balance Due | $912.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59189 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

***Payments received after 07/31/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | | |
|---|---|---|---|
| Previous Balance | | | $340.02 |

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 07/19/2011 TAY | Review email from client regarding additional research on settlement payments (.1). Email to client regarding same and need for client to confirm number of payments received to avoid additional work on closed file (.2). | | 0.30 | 36.00 |
| | For Current Services Rendered | | 0.30 | 36.00 |
| | Total Current Work | | | 36.00 |
| | Balance Due | | | $376.02 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59190 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE: United Pacific

**Payments received after 07/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $247.50 |
| Balance Due | $247.50 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59191 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

*Payments received after 07/31/2011 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

Previous Balance                                                                                      $48.00

Balance Due                                                                                            $48.00

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59192 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE:  Valley Vista

**Payments received after 07/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $1,978.51 |
| Balance Due | <u>$1,978.51</u> |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59193 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

**Payments received after 07/31/2011 are *not* included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | Previous Balance | | $3,216.82 |
|---|---|---|---|---|

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 07/20/2011 | CPC | Attention to status of case and negotiations (.5).  Draft complaint and exhibit A thereto (1.0). | 1.50 | 397.50 |
| 07/27/2011 | CPC | Conference with DKC regarding complaint (.4).  Email to John Baker and Scott Drosdick (.2). Email correspondence with Heston/Robin (.2).  Phone call with Robin (.2).  Research jurisdictional issues with regard to possibly filing in state court given Shea's nexus to Douglas County (.9). | 1.90 | 503.50 |
| | CGS | Conference with CPC, SAF regarding proper jurisdiction for litigation | 0.40 | 118.00 |
| | DKC | Analyze jurisdiction and venue, as well as claims for relief, and otherwise work on draft complaint. | 0.80 | 308.00 |
| 07/28/2011 | CPC | Attention to state jurisdiction issues (.5).  Finalize complaint for state filing (.5). | 1.00 | 265.00 |
| | MGM | Conference with CPC and DKC regarding litigation strategy in light of potential venue and/or jurisdictional issues. | 0.30 | 90.00 |
| 07/29/2011 | DKC | Study jurisdictional and venue issues (.8). Revise Complaint (.4). | 1.20 | 462.00 |
| | | For Current Services Rendered | 7.10 | 2,144.00 |
| | | Total Current Work | | 2,144.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0045
RE:  Shea Mortgage

Statement Date: 07/31/2011
Statement No.        59193
Page No.        2

Balance Due

$5,360.82

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:    July 31, 2011
Statement No.    59194
Account No.    5130.0046
Page:  1

RE: Christopher E. Hobson, Inc.

**Payments received after 07/31/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT_.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $6,938.80 |

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 07/06/2011 | JRH | Email to TAY regarding status of finding principal, email to client regarding status. | 0.20 | 53.00 |
| 07/07/2011 | JRH | Review Complaint, Exhibit A, and 7.1 Disclosures Statement and give to TAY for filing. | 0.40 | 106.00 |
| | | For Current Services Rendered | 0.60 | 159.00 |
| | | Total Current Work | | 159.00 |
| | | Balance Due | | $7,097.80 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59195 |
| Account No. | 5130.0047 |
| Page: | 1 |

RE: US Bank

**Payments received after 07/31/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT_.**

Previous Balance                                                                                $94,916.17

## <u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 07/01/2011 | | | | |
| | JRH | Complete draft of RFAs and send to client for review. | 0.30 | 79.50 |
| | SAF | Discuss MSJ with DKC. | 0.30 | 99.00 |
| 07/05/2011 | | | | |
| | JRH | Conference with DKC and CGS regarding status of discovery responses (.3). Email to client regarding status of review of Requests for Admission (.1). | 0.40 | 106.00 |
| 07/06/2011 | | | | |
| | JRH | Conference with DKC regarding deposition strategy. | 0.30 | 79.50 |
| | TAY | Conference with JRH regarding upcoming tasks (depositions, discovery, etc.) (.4).  Email to opposing counsel regarding receiver document review (.1). | 0.50 | 60.00 |
| 07/07/2011 | | | | |
| | JRH | Final revisions of RFP responses prior to sending them to client and send to client (1.3). Conference with TAY regarding status of client's review of discovery (.2). Call with client to discuss status of discovery and email to DKC regarding same (.4). | 1.90 | 503.50 |
| | TAY | Follow up call to Aurora's counsel (Nicole Kim) regarding status of RFP/RFA review (.2). Emails to/from team regarding same (.2). | 0.40 | 48.00 |
| 07/08/2011 | | | | |
| | TAY | Multiple conferences with JRH regarding status of RFP/RFA responses (.6).  Detailed review of same (1.2).  Finalize responses (.3).  Review docket to confirm all parties/non-terminated parties for service purposes (.2). Copy production documents to disc and | | |

Lehman Brothers Holdings, Inc.
Account No.     5130.0047
RE: US Bank

| | | | Hours | |
|---|---|---|---|---|
| | | mail to opposing counsel (.3). | 2.60 | 312.00 |
| | JRH | Conference with DKC regarding revisions to Requests for Production responses and make revisions accordingly (1.5). Emails and telephone calls to client regarding her review of Requests for Admission (.3). Call with client to discuss RFA responses (.2). Finalize RFA responses per client's comments and email to team regarding completion of discovery responses (.2). Prepare for document search at Receiver warehouse, call with opposing counsel regarding same (.4). | 2.60 | 689.00 |
| | DKC | Attention to requests for production and admission. Emails and call regarding same. | 0.40 | 154.00 |
| 07/10/2011 | JRH | Travel to Los Angeles for review of receiver documents. | 5.40 | n/c |
| 07/11/2011 | JRH | Prepare for and review of receiver's documents. | 9.40 | 2,491.00 |
| | JRH | Travel (CA to CO). | 5.00 | n/c |
| 07/12/2011 | DKC | Follow up regarding Motion to Substitute and receiver documents. | 0.30 | 115.50 |
| 07/14/2011 | JRH | Locate dates of employment for Krueger and email to client (.2). Email correspondence to copy service regarding receiver documents (.1). | 0.30 | 79.50 |
| | DKC | Attention to documents obtained from receiver and deposition transcripts. | 0.20 | 77.00 |
| 07/15/2011 | JRH | Receipt of email from client regarding status of document requests (.2). Email to opposing counsel regarding same (.1). | 0.30 | 79.50 |
| | CGS | Email from client regarding status of documentation for ownership of Van Orman loan (.1); conference with JRH regarding same (.2). | 0.30 | 88.50 |
| 07/18/2011 | TAY | Telephone conferences with Dokich Court Reporters regarding depositions transcripts/exhibits (.2). Conference with DKC regarding same (.1). | 0.30 | 36.00 |
| 07/19/2011 | TAY | Conference with JRH regarding depositions and scheduling of same (.3). Review calendars (.1). Emails to/from team regarding same (.2). Call to CA copy service regarding receiver documents (.2). | 0.80 | 96.00 |
| | DKC | Attention to upcoming depositions (Aurora) and preparation of | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE:  US Bank

Statement Date: 07/31/2011
Statement No.      59195
Page No.      3

| | | | Hours | |
|---|---|---|---|---|
| | | client regarding same. | 0.50 | 192.50 |
| 07/20/2011 | | | | |
| | JRH | Review documents provided by client and email DKC and CGS regarding same (.3). Attention to scheduling of Aurora 30(b)(6) depositions (.2). | 0.50 | 132.50 |
| | CGS | Emails to/from client regarding discovery documents [.2]; conference with JRH regarding same [.2]; review recent documents provided by client [.1]. | 0.50 | 147.50 |
| | DKC | Attention to upcoming depositions of Aurora (.4). Attention to new documents and status of draft motion to substitute (.3). | 0.70 | 269.50 |
| 07/21/2011 | | | | |
| | TAY | Review emails regarding depositions (Aurora) and calendar proposed dates. | 0.20 | 24.00 |
| | JRH | Prepare for and telephone call with client to discuss MERS documents. | 0.50 | 132.50 |
| | CGS | Prepare for and telephone call with client to discuss MERS document regarding ownership of Van Orman loan [.5]. | 0.50 | 147.50 |
| 07/26/2011 | | | | |
| | JRH | Email correspondence with client regarding scheduling of document review. | 0.20 | 53.00 |
| | DKC | Attention to upcoming depositions (.3); review of receiver documents (.2); status of motion to substitute (.2); and settlement (.2). | 0.90 | 346.50 |
| 07/27/2011 | | | | |
| | JRH | Email correspondence with opposing counsel regarding scheduling of document review and depositions of ALS. | 0.20 | 53.00 |
| | SAF | Discuss depositions with TAY and select documents to review for MSJ preparation. | 0.60 | 198.00 |
| | TAY | Conference with SAF regarding depositions (Grindley, Van Orman, and Abrams) (.3).  Prepare working set of transcripts for review (.1). | 0.40 | 48.00 |
| 07/29/2011 | | | | |
| | DKC | Telephone conference with client regarding settlement (.2). Phone opposing counsel regarding same (.1). | 0.30 | 115.50 |
| | | For Current Services Rendered | 27.60 | 7,053.50 |
| | | Total Non-billable Hours | 10.40 | |

## Expenses

| | | |
|---|---|---|
| 07/10/2011 | Palomar Hotel (LA) (JRH) | 269.91 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE:  US Bank

Statement Date: 07/31/2011
Statement No.      59195
Page No.            4

| | | |
|---|---|---:|
| 07/11/2011 | Travel expense (Parking DIA) (JRH) | 33.00 |
| 07/11/2011 | Travel expense (taxi hotel/airport) | 35.55 |
| 07/11/2011 | Travel expense (taxi airport/hotel) | 36.00 |
| | Total Expenses | 374.46 |

### Advances

| | | |
|---|---|---:|
| 07/20/2011 | Courier fee Federal Express | 17.19 |
| | Total Advances | 17.19 |
| | Total Current Work | 7,445.15 |
| | Balance Due | $102,361.32 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | July 31, 2011 |
| Statement No. | 59207 |
| Account No. | 5130.0048 |
| Page: | 1 |

RE: Non-Correspondent Cases

**Payments received after 07/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | Previous Balance | | $19,961.56 |
|---|---|---|---|---|

<u>Fees</u>

| Date | | | Hours | |
|---|---|---|---|---|
| 07/01/2011 | | | | |
| | SAF | Begin review of broker files on file-share for Security Bank Mortgage loans. | 1.00 | 150.00 |
| 07/05/2011 | | | | |
| | SAF | Review new Ohio case on appraiser liability and economic loss rule. | 0.20 | 30.00 |
| 07/08/2011 | | | | |
| | DKC | Prepare for and telephone conference with JRH and SAF regarding claims and process for pursuing same. | 0.80 | 120.00 |
| 07/09/2011 | | | | |
| | DKC | Prepare for and conference with client regarding non-correspondent claims (brokers, appraisers, etc.) (2.5). Work on same (1.0). | 3.50 | 525.00 |
| 07/14/2011 | | | | |
| | TAY | Conference with team and client regarding status of AR/CA/CO/IL claims.  Conference with DKC regarding next phase. | 0.30 | 15.00 |
| | SAF | Review most recent spreadsheets from Mr. Osborne and otherwise prepare for meeting with him to discuss status and strategy (3.5).  Attend meeting.  Discuss case management with DKC (.3). | 3.80 | 570.00 |
| | DKC | Prepare for and telephone conference with client regarding status of overall projects and next steps (1.0). Work on same (.5). | 1.50 | 225.00 |
| 07/18/2011 | | | | |
| | SAF | Discuss potential division of work with SGS. | 0.30 | 45.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 07/31/2011
Account No.     5130.0048                                              Statement No.     59207
RE:  Non-Correspondent Cases                                           Page No.         2

|  |  | Hours |  |
|---|---|---|---|
| SBS | Meeting with SAF regarding:  research project, process for review. | 0.50 | 75.00 |
| **07/21/2011** | | | |
| MLM | Meeting with SAF to discuss assignment regarding demand letters to brokers and appraisers. | 0.75 | 112.50 |
| CGS | Conference with SAF to discuss project and coordinate team assignments for pursuing claims. | 1.10 | 165.00 |
| SAF | Prepare for meeting with various attorneys in our office regarding preparation of demand letters, viability analysis, etc. by review of spreadsheets, notes from prior meetings, TAY's viability analysis for "Phase One" states, and draft memo regarding same. Conduct meeting followed by meeting with CGS regarding appraiser issues. | 3.10 | 465.00 |
| JMF | Attend conference with team regarding project scope and division of work | 1.00 | 150.00 |
| **07/22/2011** | | | |
| SBS | Meeting with SAF, DKC regarding process for project. | 0.50 | 75.00 |
| **07/26/2011** | | | |
| JRH | Conference with SAF regarding broker agreements. | 0.50 | 75.00 |
| SAF | Work on form demand letter, including review of various broker agreements on fileshare and discussion of same with JRH.  Email Mr. Osborne regarding spreadsheet with information for defects on CO, IL, AR, and CA brokers and review spreadsheets sent in response. | 3.70 | 555.00 |
| **07/27/2011** | | | |
| JRH | Conference with SAF regarding demand letter for broker claims. | 0.30 | 45.00 |
| SAF | Review demand letters with JRH from other cases (.4). Review fileshare and CD Rom files for broker agreements and to determine if we have all necessary information (2.3).  Exchange emails with Osborne and Spohn regarding same (.7).  Analyze and compare language of various broker agreements to determine notice requirements and other details for demand letters (2.8). Review demand letters in other cases and draft form demand letter (2.5).  Detailed email to DKC regarding issues with form Demand letter (.8). Prepare updated memo and email to attorneys with their viability assignments (1.2). | 10.70 | 1,605.00 |
| CGS | Conference with SAF regarding assignments by LBB as predecessor to Aurora Bank | 0.40 | 60.00 |
|  | For Current Services Rendered | 33.95 | 5,062.50 |
|  | Total Current Work |  | 5,062.50 |

Lehman Brothers Holdings, Inc.
Account No.    5130.0048
RE:  Non-Correspondent Cases

Statement Date: 07/31/2011
Statement No.    59207
Page No.    3

Balance Due    $25,024.06

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# EXHIBIT E

Detail of Time and Expense

(August 1, 2011 through August 31, 2011)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  September 15, 2011
Statement No.          60604
Account No.        5130.0001
Page:   1

RE: PMAC Lending Services, INC

**Payments received after 09/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                    $106.00

Balance Due                                                         $106.00

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  September 15, 2011
Statement No.            60605
Account No.         5130.0005
Page:   1

RE: EquiPoint Financial Network, Inc

**Payments received after 09/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $221.50 |
| Balance Due | $221.50 |

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  September 15, 2011
Statement No.              60606
Account No.          5130.0007
Page:   1

RE: Metrostate

**Payments received after 09/15/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $699.53 |
| Balance Due | $699.53 |

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.          60607
Account No.         5130.0012
Page:   1

RE: Nationwide Equities

**Payments received after 09/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $7,611.00 |

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/09/2011 | JRH | Draft Notice of Default and send to DKC for his review. | 0.20 | 53.00 |
| 08/10/2011 | DKC | Review documents and revise notice of default letter (.2). Email regarding same (.2). | 0.40 | 154.00 |
| 08/12/2011 | TAY | Emails to/from DKC regarding default issues (.1). Calendar monthly reminders regarding payment status/default notices (.1). | 0.20 | 24.00 |
| 08/19/2011 | JRH | Attention to potential attorney/client privilege and work product issues set forth in billing statements from Feb - May 2011. | 0.10 | 26.50 |
| 08/29/2011 | JRH | Email correspondence with Aurora regarding reimbursement of legal fees. | 0.20 | 53.00 |
| 08/31/2011 | DKC | Attention to side letter and reimbursement for attorneys fees (.1). Emails regarding same (.1). | 0.20 | 77.00 |
| | | For Current Services Rendered | 1.30 | 387.50 |
| | | Total Current Work | | 387.50 |
| | | Balance Due | | $7,998.50 |

Lehman Brothers Holdings, Inc
Account No.        5130.0012
RE:  Nationwide Equities

Statement Date: 09/15/2011
Statement No.        60607
Page No.        2

Task Code Recapitulation

| | Fees | Expenses |
|---|---|---|
| *** Task Code Not Found *** | 387.50 | 0.00 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | September 15, 2011 |
| Statement No. | 60608 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 09/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $912.00 |

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/11/2011 | JRH | Attend telephone status conference with client. | 0.20 | 53.00 |
| 08/19/2011 | JRH | Attention to potential attorney/client privilege and work product issues set forth in billing statements from Feb - May 2011. | 0.10 | 26.50 |
| | | For Current Services Rendered | 0.30 | 79.50 |
| | | Total Current Work | | 79.50 |
| | | Balance Due | | $991.50 |

### Task Code Recapitulation

| | Fees | Expenses |
|---|---|---|
| *** Task Code Not Found *** | 79.50 | 0.00 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.      60708
Account No.      5130.0022
Page:   1

RE: PMC Bancorp

***Payments received after 09/15/2011 are <u>not</u> included on this statement.***

<u>***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***</u>

| | | |
|---|---|---|
| Previous Balance | | $131,818.96 |

### Fees

| | | Hours | |
|---|---|---|---|
| **08/01/2011** | | | |
| JRH | Continue to work on RFAs (2.2). Meeting with CPC to discuss preparation for borrower depositions and other deadlines for case (1.1). Email to opposing counsel regarding 26(f) report in light of Judge Kronstadt's procedures (.1). Conference with TAY regarding document organization and deadlines (.2). | 3.60 | 954.00 |
| CPC | Prepare for and conference with JRH regarding PMC depositions, borrower documents, and status of case. (1.4). Email correspondence to TAY regarding location of appraiser for Burks loan. (.1). Email correspondence with Robin regarding appraiser Antonio Rodriquez. (.1) Phone call with borrower Barroga and subsequent email to Larry Lee. (.7). Draft records subpoena exhibit A to Saehan Bank for Borrower An records. (.5). | 2.80 | 742.00 |
| TAY | Calls/emails to/from process servers regarding problems obtaining service on certain borrowers (.3). Conference with CPC regarding same and authorization of skip traces (.2). Conference with JRH regarding documents (1.0). | 1.50 | 180.00 |
| DKC | Attention to need for scheduling order and work on same. | 0.30 | 115.50 |
| **08/02/2011** | | | |
| TAY | Conference with JRH regarding upcoming depositions (PMC 30(b)(6) and Cafcalas) (.2). Draft deposition notice (Cafcalas) (.3). Email team regarding same. Email from CPC regarding records deposition of Saehan Bank (.1). Draft subpoena and deposition notice for same (.4). Research regarding Saehan's registered agent information for service purposes (.2). Conference with CPC regarding appraiser from Burks loan (Fontes aka Flores) (.2). Research same on CA Appraiser Licensing website (.3). | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 09/15/2011
Account No.     5130.0022                                             Statement No.     60708
RE: PMC Bancorp                                                           Page No.          2

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | Conference with CPC regarding results (not listed) (.1). Prepare form request for information on appraiser Fontes/Flores (.2). | | 2.10 | 252.00 |
| JRH | Brief revisions of PMC 30(b)(6) notice and send to DKC for his review (.4). Receipt of transcript from 30(b)(6) deposition and deposition of John Baker, forward to client (.2). Work on Requests for Admission (3.5). Compile  exhibits for RFAs (1.2). | | 5.30 | 1,404.50 |
| CPC | Attention to location of Antonio Rodriquez field appraiser for Aurora. (.3) Conference with TAY regarding location of appraiser Albert Flores aka Fontes and amended deposition schedule. (.3) Phone call to Larry Lee. (.1) Email correspondence to Matt Spohn regarding 26e disclosures with regard to upstream investors. (.2) | | 0.90 | 238.50 |
| 08/03/2011 | | | | |
| TAY | Emails to/from First Legal regarding status of borrower skip traces (.1). Prepare copies of RFA exhibits (.3). | | 0.40 | 48.00 |
| JRH | Conference with CPC regarding supplemental witness disclosures and other timing issues. | | 0.30 | 79.50 |
| CPC | Email correspondence with opposing counsel regarding litigation deadlines (.2).  Conference with DKC regarding same (.5).  Email correspondence with Spohn regarding supplemental disclosures (.2).  Draft of third supplemental disclosures (.7). Draft disclosure for non-specifically retained expert (.8). | | 2.40 | 636.00 |
| 08/04/2011 | | | | |
| TAY | Review Order regarding CPC pro hac admission (.1). Call to Judge Kronstadt's clerk regarding status of JRH pro hac application (.2). | | 0.30 | 36.00 |
| CPC | Phone call from Alexandria Ramsey, borrower. Email correspondence to opposing counsel. | | 0.60 | 159.00 |
| SAF | Review and modify discovery to PMC as prepared by JRH, including Rule 30(b)(6) Deposition Notice and begin supplementation of, and revisions, to Requests for Admissions to PMC. | | 6.70 | 2,211.00 |
| 08/05/2011 | | | | |
| TAY | Email file-stamped copy of JRH's pro hac application to Judge Kronstadt's clerk (Court lost original filing) (.2).  Email to JRH regarding same (.1).  Finalize discovery and deposition notices and convert to PDF for service (.5).  Conferences regarding service (via hand-delivery) upon PMC's counsel (.1). Detailed email to First Legal regarding sam (.2)e. Call from First Legal regarding delivery confirmation details (.1). Calculate and calendar PMC's response deadline (.1). | | 1.30 | 156.00 |
| CPC | Conference with TAY regarding Ramsey deposition (.2).  Review files and draft second rule 26f report (1.1).  Email correspondence | | | |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 09/15/2011
Statement No.      60708
Page No.      3

| | | | Hours | |
|---|---|---|---|---|
| | | to opposing counsel (.1). | 1.40 | 371.00 |
| | SAF | Complete supplementation of LBHI's Requests for Admissions to PMC (4.3). Review and supplement Interrogatories and Requests for Production to PMC and discuss service of same with TAY (2). | 6.30 | 2,079.00 |
| 08/08/2011 | CPC | Attention to status of service of deposition subpoenas (.2). Conference with TAY regarding service attempts on borrowers (.2). Email correspondence to Alexandra Ramsey (.1). Email correspondence to with Jason Lamb of opposing counsel (.1). Phone call to Alexandria Ramsey (.2). Email correspondence with opposing counsel regarding stipulated case management pleading (.2). | 1.00 | 265.00 |
| | TAY | Conference with CPC regarding service issues. | 0.20 | 24.00 |
| 08/09/2011 | JRH | Conference with CPC and TAY regarding borrower depositions and manners in which to prove misrepresentation claims (.8). Review deposition transcript of 30(b)(6) deposition of John Baker (.9). | 1.70 | 450.50 |
| | CPC | Conference with JRH and TAY regarding borrower depositions. (1.0). Phone call to appraiser Antonio Rodriquez. (.1). Phone call to Estrella Barroga. (.2) Phone call to Pastor Larry Lee. (.2). Email correspondence to opposing counsel. (.1). Phone call to Saldarriaga. (.4). Review Saldarriaga subpoena. (.3). Review Ramsey subpoena (.1). Review info on Christopher Tran on Perez loan. (.2) | 2.60 | 689.00 |
| | TAY | Conference with team regarding borrower and document deposition issues (rescheduling, locating, etc.(1.0). Research regarding employers listed on loan application (Perez) (.4). Email to Merrill regarding change of deposition dates/locations (.2). Email to CPC regarding Saldarriaga (borrower/wife contact information) (.1). Research regarding owner of Tran Estates (business closed) for deposition purposes (.3). Draft Waiver of Service, Notice of Deposition and Subpoena (Ramsey) (.4). Email to CPC regarding same. Amend deposition subpoena and notice (Saldarriaga) (.1). Emails to/from CPC regarding same (.2). Contact deposition location (NM - Ramsey) regarding address for subpoena and notice (.2). | 2.90 | 348.00 |
| 08/10/2011 | TAY | Emails to First Legal regarding service and surveillance issues (.2). Finalize Ramsey and Saldarriaga subpoenas/notices (.2). Email to CPC regarding same (.1) Serve deposition notices (2) upon opposing counsel via email and regular mail (.2). Multiple conferences with CPC regarding records depositions (Saehan Bank, Magic Hands Dental, and Tran Estates) (.4). Emails regarding meeting with review-appraiser (.2). | 1.30 | 156.00 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 09/15/2011
Statement No.        60708
Page No.        4

Hours

| | | | |
|---|---|---|---|
| CPC | Phone call with Antonio Rodriquez, appraiser on Burks property (.4). Email correspondence with opposing counsel regarding 26f report (.1). Review subpoena and waiver and email correspondence to Saldarriaga. (.4) Phone call to Christopher Tran at TransEstates. (.1) Phone call with Jason Lamb at opposing counsel's office. (.2). | 1.20 | 318.00 |
| JRH | Attention to rescheduling of deposition dates for 30(b)(6) deposition and deposition of Gus Caflacas. Email opposing counsel regarding same. | 0.30 | 79.50 |
| 08/11/2011 | | | |
| CPC | Email correspondence with opposing counsel. | 0.10 | 26.50 |
| JRH | Attention to and provide DKC and CPC with status update in advance of LBHI monthly status call (.2). Attend telephone status conference with client (.2). | 0.40 | 106.00 |
| CPC | Conference with JRH regarding status and call with client. (.08). Draft records deposition subpoenas for Magic Hand and TranEstates on Perez loan and revise records deposition subpoena and exhibit on An loan (.9). | 1.70 | 450.50 |
| 08/12/2011 | | | |
| CPC | Phone call to borrower Barroga regarding deposition dates. Email correspondence with appraiser Tony Rodriquez. | 0.30 | 79.50 |
| TAY | Conference with CPC regarding status of borrower depositions (Barroga, Ramsey, Sheehan Bank) (.2). Review and finalize Rule 26(f) report (.3). Electronically file via ECF (.2). Calendar pre-trial deadlines (.2). | 0.90 | 108.00 |
| DKC | Attention to scheduling order and related issues. | 0.30 | 115.50 |
| 08/15/2011 | | | |
| TAY | Call to Judge Kronstadt's clerk regarding 26(f) report (.2). Coordinate delivery of mandatory chambers copy (.1). Revise and finalize subpoenas/deposition notices (Barroga. Ramsey, Saehan Bank) (.4). Conference with CPC regarding same (.1). | 0.80 | 96.00 |
| CPC | Review and revise Ramsey subpoena documents. (.5) Email correspondence to Ramsey regarding same. (.3) Phone call with Ramsey. (.2) Email with Ramsey regarding document pickup in San Francisco. (.1). Review and revise Barroga subpoena documents and email same to Larry Lee, pastor for borrower Estrella Barroga (.6). | 1.70 | 450.50 |
| 08/16/2011 | | | |
| TAY | Finalize and serve amended deposition notice (Barroga) upon opposing counsel. | 0.30 | 36.00 |

Lehman Brothers Holdings, Inc                                    Statement Date: 09/15/2011
Account No.      5130.0022                                        Statement No.       60708
RE: PMC Bancorp                                                        Page No.           5

|  |  | Hours |  |
|---|---|---|---|
| JRH | Email correspondence with client regarding review of deposition transcripts. | 0.20 | 53.00 |
| **08/17/2011** | | | |
| CPC | Prepare for and phone call with borrower Saldarriaga. | 0.40 | 106.00 |
| JRH | Email correspondence with opposing counsel regarding discovery and scheduling of PMC 30(b)(6) deposition and deposition of Gus Caflacas. | 0.20 | 53.00 |
| **08/18/2011** | | | |
| CPC | Review Saehan Bank Subpoena duces tecum (.1).  Review issues related to Magic Hand deposition subpoena (.1).  Attention to Saldarriaga subpoena issues (.1). | 0.30 | 79.50 |
| TAY | Finalize subpoena, exhibit A and letter to Saehan Bank (.4). Detailed email to First Legal regarding service/registered agent details (.3). Conference with CPC regarding same (.1).  Finalize subpoena, exhibit A, and letter to Magic Hands Dental (.4). Detailed email to First Legal regarding service/registered agent details (.3). Conference with CPC regarding same (.1). Conference with JRH regarding amending PMC/Gus deposition notices (.2).  Revise same and serve upon opposing counsel via email and regular mail (.4).  Draft email to Merrill Legal Solutions regarding details of all upcoming depositions (.3).  Revise Saldarriaga deposition notice and serve upon opposing counsel via email/regular mail (.4). Multiple conferences with CPC regarding deposition schedule (.4). | 3.30 | 396.00 |
| DKC | Work on upcoming depositions (30(b)(6) and Caflacas). | 0.40 | 154.00 |
| **08/19/2011** | | | |
| TAY | Draft Deposition Notices for Saehan Bank and Magic Hand Dental (.4).  Serve same upon opposing counsel via email and regular mail (.2). | 0.60 | 72.00 |
| CPC | Phone call to Saehan Bank (.4).  Email correspondence to Akell regarding more information on Seung An (.2).  Email correspondence to Larry Lee, pastor for borrower Barroga regarding whereabouts of waiver signature. (.1) | 0.70 | 185.50 |
| JRH | Attention to potential attorney/client privilege and work product issues set forth in billing statements from Feb - May 2011 (.4). | 0.40 | 106.00 |
| **08/22/2011** | | | |
| JRH | Conference with DKC regarding preparation for 30(b)(6) deposition (.2). Work on preparation for 30(b)(6) deposition (3.9). | 4.10 | 1,086.50 |
| CPC | Phone call to Saehan Bank regarding Subpoena duces tecum. | 0.10 | 26.50 |
| **08/23/2011** | | | |
| CPC | Review waiver signed by Saldarriaga and email correspondence to | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 09/15/2011
Account No.       5130.0022                                         Statement No.      60708
RE: PMC Bancorp                                                          Page No.            6

| | | | Hours | |
|---|---|---|---|---|
| | | same. (.1). Email correspondence with TAY regarding update on borrower Lemon. (.1). Phone call to Saehan Bank, Information Network, and various credit bureaus. (.3) | 0.50 | 132.50 |
| 08/24/2011 | | | | |
| | JRH | Work on deposition preparation. | 1.20 | 318.00 |
| | CPC | Email correspondence with Saldarriaga.(.1). Email correspondence with Ramsey (.1). | 0.20 | 53.00 |
| 08/25/2011 | | | | |
| | JRH | Work on outline for 30(b)(6) deposition; Review and compile documents relating to same (3.7). Review loan file and note documents necessary for 30(b)(6) and those possibly necessary. Email to DKC regarding same, receipt and review of email from opposing counsel requesting to reschedule 30(b)(6) depositions, correspondence with DKC regarding same  (2.6). | 6.30 | 1,669.50 |
| | DKC | Review documents and otherwise prepare for upcoming depositions (defendant's 30(b)(6) and principal) (1.1). Attention to defendant's attempt to reschedule same (.3). | 1.40 | 539.00 |
| 08/26/2011 | | | | |
| | JRH | Review Judge Kronstadt's Standing Order and Stipulation to Extend Deadline for 30(b)(6) Depositions and draft letter to opposing counsel regarding objection to request to reschedule 30(b)(6) depositions (2.0). Work on 30(b)(6) outline (2.3). Revise letter per conversation with DKC (1.0) | 5.30 | 1,404.50 |
| | DKC | Attention to defendant's request to reschedule depositions and work on response regarding same (.8). Review documents for upcoming depositions (.5). | 1.30 | 500.50 |
| 08/29/2011 | | | | |
| | CPC | Email correspondence with Larry Lee, pastor for borrower Barroga (.1). Email correspondence with borrower Ramsey (.1).  Phone call to Dr. Mgyun from Magic Hands regarding borrower Perez. (.2) Phone call with borrower Ramsey. (.2). | 0.60 | 159.00 |
| | JRH | Continue to compile exhibits for deposition and create list of loan key data (1.7) | 2.30 | 609.50 |
| | TAY | Conference with CPC regarding Barroga and Ramsey issues (.2). Review docket from SF Superior Court case against broker (filed by borrower Ramsey) (.3).  Conference with CPC regarding documents (complaint, answer, and judgment) (.2). | 0.70 | 84.00 |
| 08/30/2011 | | | | |
| | JRH | Email correspondence with DKC regarding PMC 30(b)(6) deposition (.2). Research regarding remedies to compel a deposition, call with DKC regarding same, email to other litigators regarding same (.8). Conference with SAF regarding Motion to | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 09/15/2011
Account No.      5130.0022                                          Statement No.      60708
RE: PMC Bancorp                                                         Page No.            7

|  |  | Hours |  |
|---|---|---|---|
|  | Compel v. Status conference (.3). Review Judge Kronstadt and Magistrate Walsh's rules on telephonic appearances, motions to continue and calls to court and email DKC and SAF accordingly (.9). | 2.20 | 583.00 |
| CPC | Phone call to Dr. Nguyen at Magic Hands Dental regarding subpoena duces tecum for Perez income records. (.2). Email correspondence with borrower Ramsey regarding fraud documentation (.2). Review letter documenting fraud (.3). | 0.70 | 185.50 |
| SAF | Several discussions with JRH regarding opposing counsel's backtracking on deposition settings, including review and analysis of local rules and magistrate's rules. | 0.80 | 264.00 |
| DKC | Attention to defendant's failure to comply with Stipulations regarding discovery dates and explore remedies regarding same. | 0.80 | 308.00 |
| 08/31/2011 |  |  |  |
| JRH | Work on deposition outline and preparation for deposition of Gus Cafcalas. | 1.80 | 477.00 |
| CPC | Email correspondence with borrower Ramsey regarding waiver of subpoena. (.2)  Email correspondence with opposing counsel regarding rescheduling of Ramsey deposition. (.1)  Phone call with Ramsey. (.1) Email correspondence with Aurora regarding borrower Ramsey (.2).  Research pulling Lexis search on An loan. (.1). | 0.70 | 185.50 |
| DKC | Review documents and draft deposition outline and otherwise prepare for upcoming depositions. | 1.40 | 539.00 |
|  | For Current Services Rendered | 92.80 | 23,790.00 |

## Expenses

| 06/03/2011 | Travel expense Frontier Airlines | 415.40 |
|---|---|---|
| 06/08/2011 | Travel expense DIA parking | 32.00 |
| 06/08/2011 | Travel expense Omni Hotel LA, CA | 215.61 |
| 07/18/2011 | PeopleSearch (borrower research) | 15.95 |
| 08/01/2011 | Intelius (borrower research) | 29.90 |
| 08/01/2011 | Intelius (borrower research) | 19.95 |
| 08/11/2011 | Travel expense Chris Carrington Rental car expense (enterprise - LAX) deposition trip CA | 89.31 |
|  | Total Expenses | 818.12 |

## Advances

| 08/01/2011 | Processor fee First Legal Investigations (Saldarriaga) | 275.00 |
|---|---|---|
| 08/01/2011 | Processor fee First Legal Investigations (Perez) | 275.00 |
| 08/01/2011 | Processor fee First Legal Investigations (Lemon) | 275.00 |
| 08/05/2011 | Processor fee/copy charges First Legal (The Walker Law Firm) | 312.82 |
| 08/15/2011 | Delivery fee First Legal (chambers copy - USDC LA) | 20.50 |

Lehman Brothers Holdings, Inc                              Statement Date: 09/15/2011
Account No.        5130.0022                                  Statement No.        60708
RE:  PMC Bancorp                                                 Page No.              8

| | | |
|---|---|---:|
| 08/18/2011 | Processor fee - First legal (Saehan Bank) | 79.01 |
| 08/18/2011 | Processor fee - First Legal (Magic Hand Dental) | 194.55 |
| 08/31/2011 | Online legal research. Westlaw | 48.30 |
| | Total Advances | 1,480.18 |
| | Total Current Work | 26,088.30 |
| | Balance Due | $157,907.26 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.        60610
Account No.        5130.0025
Page:   1

RE: Padilla

***Payments received after 09/15/2011 are not included on this statement.***

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                        $376.02

### Fees

|            |     |                                                                                                                                              | Hours |       |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
| 08/03/2011 | TAY | Review letter from Wayne Broetzman regarding payment status and request for refund of over-payment (.1). Call to client (Akell) regarding same (.2). | 0.30  | 36.00 |
|            |     | For Current Services Rendered                                                                                                                 | 0.30  | 36.00 |
|            |     | Total Current Work                                                                                                                           |       | 36.00 |

Balance Due                                                              $412.02

### Task Code Recapitulation

|                          | Fees  | Expenses |
|--------------------------|-------|----------|
| *** Task Code Not Found *** | 36.00 | 0.00     |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.           60611
Account No.         5130.0028
Page:  1

RE: United Pacific

**Payments received after 09/15/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT_.**

Previous Balance                                                        $247.50

Balance Due                                                             $247.50

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  September 15, 2011
Statement No.              60612
Account No.            5130.0035
Page:     1

RE: Aaron Wade

**Payments received after 09/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $48.00 |
| Balance Due | $48.00 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:  September 15, 2011
Statement No.                60613
Account No.            5130.0044
Page:   1

RE:  Valley Vista

**Payments received after 09/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $1,978.51 |
| Balance Due | $1,978.51 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.                60614
Account No.            5130.0045
Page:    1

RE: Shea Mortgage

***Payments received after 09/15/2011 are <u>not</u> included on this statement.***

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT**</u>.

| | | | Previous Balance | | $5,360.82 |
|---|---|---|---|---|---|

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---|---|
| 08/03/2011 | | | | | |
| | JRH | | Conference with DKC regarding loans in case and revisions to Complaint (.1). Email to TAY and CPC for filing (.1). | 0.20 | 53.00 |
| | CPC | | Attention to revised complaint.  Revise exhibit A.  Conference with TAY regarding filing.  Email correspondence with client regarding risks of litigation in state court.  Email correspondence with opposing counsel regarding waiver of service of summons. | 0.80 | 212.00 |
| | TAY | | Draft summons (.2). Review and revise complaint and civil cover sheet (.3).  Conference with CPC regarding same (.1). Electronically open/file new case via LexisNexis (.2). Emails to/from CPC regarding service upon defendant (.1). | 0.90 | 108.00 |
| | DKC | | Review and revise draft complaint. | 0.70 | 269.50 |
| 08/11/2011 | | | | | |
| | CPC | | Call with client regarding status. | 0.20 | 53.00 |
| 08/29/2011 | | | | | |
| | TAY | | Follow up with Shea's registered agent regarding acceptance of service. | 0.20 | 24.00 |
| | | | For Current Services Rendered | 3.00 | 719.50 |

<u>Advances</u>

| | | | | | |
|---|---|---|---|---|---|
| 08/31/2011 | | Filing fee Lexis Nexis | | | 420.18 |

Lehman Brothers Holdings, Inc.                              Statement Date: 09/15/2011
Account No.      5130.0045                                  Statement No.        60614
RE:  Shea Mortgage                                         Page No.                 2

|                        |          |            |
| ---------------------- | -------- | ---------- |
| Total Advances         |          | 420.18     |
| Total Current Work     |          | 1,139.68   |
| Balance Due            |          | $6,500.50  |

Task Code Recapitulation

|                            | Fees   | Expenses |
| -------------------------- | ------ | -------- |
| *** Task Code Not Found *** | 719.50 | 420.18   |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.                60709
Account No.           5130.0046
Page:   1

RE: Christopher E. Hobson, Inc.

*Payments received after 09/15/2011 are **not** included on this statement.*

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | Previous Balance | | $7,097.80 |
|---|---|---|---|

*Fees*

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/10/2011 | | | | |
| | JRH | Conference with TAY regarding locating service target. | 0.20 | 53.00 |
| | TAY | Research on Greenberry/Hobson/Franklin principals (.8).  Emails results to DKC and JRH (.1). | 0.90 | 108.00 |
| 08/11/2011 | | | | |
| | TAY | Finalize complaint and corporate disclosure statement (.3).  Draft civil cover sheet and summons (.2).  Meet with JRH regarding same (.4). | 0.90 | 108.00 |
| | JRH | Attention to and provide DKC and CPC with status update in advance of LBHI monthly status call (.2).  Review civil cover sheet and conference with TAY regarding same (.2). | 0.40 | 106.00 |
| 08/15/2011 | | | | |
| | TAY | Coordinate filing of new case (.2). Detailed email to First Legal regarding same (.2).  Conference with team regarding same (.1). | 0.50 | 60.00 |
| 08/16/2011 | | | | |
| | TAY | Call from First Legal regarding summons (.1).  Revise same (.2). Email to First Legal regarding filing of amended summons (w/ full list of f/k/a and d/b/a information) (.2). | 0.50 | 60.00 |
| 08/17/2011 | | | | |
| | TAY | Review file-stamped pleadings received from Court (.1).  Email mandatory copies to civil intake desk (.1). | 0.20 | 24.00 |
| | DKC | Attention to filing of suit and related issues (.3). | 0.30 | 115.50 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0046
RE:  Christopher E. Hobson, Inc.

Statement Date: 09/15/2011
Statement No.        60709
Page No.        2

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/19/2011 |  |  |  |  |
| JRH | Attention to potential attorney/client privilege and work product issues set forth in billing statements from Feb - May 2011. | | 0.10 | 26.50 |
|  | For Current Services Rendered | | 4.00 | 661.00 |

### Expenses

| 07/05/2011 | Research Texas Secretary of State | 1.03 |
|---|---|---|
|  | Total Expenses | 1.03 |

### Advances

| 08/15/2011 | Filing fee - First Legal (USDC - LA) | 431.20 |
|---|---|---|
| 08/16/2011 | Delivery fee - First Legal | 47.25 |
| 08/16/2011 | Delivery fee - First Legal | 47.25 |
| 08/31/2011 | Online legal research. West | 6.64 |
|  | Total Advances | 532.34 |
|  | Total Current Work | 1,194.37 |
|  | Balance Due | $8,292.17 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.                60616
Account No.          5130.0047
Page:  1

RE: US Bank

**Payments received after 09/15/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT_.**

|  |  | | Previous Balance |  | $102,361.32 |
|---|---|---|---|---|---|

_Fees_

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2011 | | | | |
| | JRH | Telephone call from Mark Abrams and email to DKC regarding same (.2).Receipt and review of email from local counsel and correspondence from receiver's attorney regarding settlement conference on LBB v. BHEF matter (.2). | 0.40 | 106.00 |
| | DKC | Attention to upcoming settlement conference and related issues (main case) (.3).  Attention to witness (Abrams) request for cooperation (.2). | 0.50 | 192.50 |
| 08/02/2011 | | | | |
| | JRH | Call from Mark Abrams and email to client regarding same. | 0.40 | 106.00 |
| | CGS | Emails from client regarding documents for motion to substitute. | 0.10 | 29.50 |
| | DKC | Attention to criminal aspects of case and email regarding same. | 0.70 | 269.50 |
| 08/03/2011 | | | | |
| | JRH | Call with GL, LEM, and DKC regarding Federal Rule 35(c) motion in conjunction with Abrams' request. Follow up call with DKC regarding same. Email to client regarding same (.9). Receipt and review of emails from DKC regarding deposition scheduling. Receipt and review of email from Nicole Kim regarding miscellaneous questions (.2). | 1.10 | 291.50 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 09/15/2011
Account No.      5130.0047                                            Statement No.      60616
RE:  US Bank                                                              Page No.      2

|  |  |  | Hours |  |
|---|---|---|---|---|
| TAY | Call to court reporter regarding e-transcript of Abrams deposition (.2).  Conference with JRH regarding same (NC). | | 0.20 | 24.00 |
| DKC | Attention to witness (Abrams) request for cooperation (.3). Prepare and consult with GL and LM regarding criminal aspects (Abrams) (.6). Follow up regarding next steps (.2). | | 1.10 | 423.50 |
| LEM | Confer with J.Harvey; D. Calisher and G.Lozow regarding issues related to 35C and witness deposition | | 0.50 | 112.50 |
| 08/05/2011 | | | | |
| TAY | Call from opposing counsel regarding settlement discussions (.1). Email team regarding same (.1). | | 0.20 | 24.00 |
| 08/09/2011 | | | | |
| JRH | Attention to case status (.1). Email counsel for Aurora regarding preparation session for Aurora depositions (.1). Email to opposing counsel regarding receiver document review (.1). | | 0.30 | 79.50 |
| DKC | Attention to upcoming depositions (Aurora) and request for information from in-house counsel (Kim). | | 0.30 | 115.50 |
| 08/10/2011 | | | | |
| JRH | Conference with CGS regarding status of Motion to Substitute (.3). Email to client regarding additional documentation regarding loan ownership (.2). | | 0.50 | 132.50 |
| CGS | Conference with JRH regarding status of documents requested from client for substitution motion; emails to/from client regarding same. | | 0.40 | 118.00 |
| 08/11/2011 | | | | |
| JRH | Attention to and provide DKC and CPC with status update in advance of LBHI monthly status call (.2). Attend telephone status conference with client (.2). | | 0.40 | 106.00 |
| DKC | Prepare and telephone conference with client regarding settlement conference and Grindley (.6). Follow up regarding same (witness cooperation) (.2). | | 0.80 | 308.00 |
| 08/15/2011 | | | | |
| JRH | Travel to Los Angeles for review of documents in receiver possession. | | 5.00 | n/c |

Lehman Brothers Holdings, Inc.         Statement Date: 09/15/2011
Account No.  5130.0047         Statement No.  60616
RE: US Bank              Page No.    3

|  |  | Hours |  |
|---|---|---|---|
| DKC | Draft and convey offer of settlement to opposing counsel (.3). | 0.30 | 115.50 |
| **08/16/2011** | | | |
| JRH | Prepare for and review documents held by receiver and mark same for copying. | 8.50 | 2,252.50 |
| CGS | Email from client regarding status of document request for motion to substitute [.1]; consider same regarding briefing strategy [.1]. | 0.20 | 59.00 |
| JRH | Travel (CA to CO). | 5.00 | n/c |
| **08/17/2011** | | | |
| JRH | Conference with DKC and CGS regarding case status, motion to substitute and discovery. | 0.30 | 79.50 |
| JRH | Locate Broker Agreement for Motion to Substitute. | 0.20 | 53.00 |
| CGS | Edit/substantially revise draft motion to substitute real party in interest [2.5]; review/analyze file and documents received from client regarding same [.7]; conference with DKC regarding motion [.3]. | 3.50 | 1,032.50 |
| **08/18/2011** | | | |
| CGS | Revise/edit draft motion to substitute [2.7]; conference with JRH regarding same [.6]; participate in meeting with Aurora's counsel in advance of Aurora's Rule 30(b)(6) witness [1.8]. | 5.10 | 1,504.50 |
| JRH | Review previous discovery served on opposing party by client and responses by opposing party (1.3). Conference with CGS regarding loan ownership issues in advance of meeting with counsel for Aurora (.5). Meeting with counsel for Aurora (1.3). Conference with CGS regarding draft of Motion to Substitute, make several small revisions and send to counsel for Aurora for his review (.2). | 3.30 | 874.50 |
| DKC | Prepare for and attend conference with counsel for Aurora (Neureiter) regarding upcoming depositions (Aurora). | 1.40 | 539.00 |
| **08/19/2011** | | | |
| JRH | Continue to review responses of US Bank to LBB discovery (.7). Review receiver documents and research regarding agency/principal relationship under CA law (2.3). Attention to potential attorney/client privilege and work product issues set forth in billing statements from Feb - May | | |

Lehman Brothers Holdings, Inc.
Account No.    5130.0047
RE:  US Bank

Statement Date: 09/15/2011
Statement No.         60616
Page No.               4

| | | Hours | |
|---|---|---|---|
| | 2011 (.4). | 3.40 | 901.00 |
| CGS | Confer with JRH regarding substantive law applicable to claims | 0.30 | 88.50 |
| **08/22/2011** | | | |
| JRH | Conference with DKC regarding preparation for Aurora 30(b)(6) deposition. Email to opposing counsel regarding scheduling depositions (.1). Receipt and review of docs from client (.1). Prepare for deposition of Aurora 30(b)6) witness, Kevin Payne (.7). | 0.90 | 238.50 |
| CGS | Email from client regarding loan remittances [.1]; review/analyze same [.4]. | 0.50 | 147.50 |
| DKC | Assist JRH with preparation  for upcoming deposition (Aurora 30(b)(6) partial). | 0.80 | 308.00 |
| **08/23/2011** | | | |
| JRH | Prepare for and attend deposition. | 8.30 | 2,199.50 |
| CGS | Conference with JRH regarding issues arising at deposition of Aurora's 30(b)(6) witness. | 0.10 | 29.50 |
| DKC | Assist JRH with deposition (Aurora 30(b)(6)) (1.0); Review documents and otherwise prepare to defend second day (2.4). | 3.40 | 1,309.00 |
| **08/24/2011** | | | |
| JRH | Conference with CGS regarding motion to substitute and defenses of opposing party (.3). Conference with DKC regarding deposition of Shirly Flaig (.2) | 0.50 | 132.50 |
| CGS | Conference with JRH regarding motion to substitute [.3]; edit/revise draft of motion [.4]; email to client regarding same [.1]. | 0.80 | 236.00 |
| DKC | Prepare for and attend deposition (Aurora 30(b)(6)) (7.5). Analyze outcome and follow up tasks (.5). Telephone conference with client regarding same (.2). | 8.20 | 3,157.00 |
| **08/25/2011** | | | |
| JRH | Conference with DKC regarding scheduling of mediation. | 0.20 | 53.00 |
| CGS | Email from Ms. Kim regarding draft motion to substitute. | 0.10 | 29.50 |
| DKC | Attention to potential mediation and related | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE: US Bank

Statement Date: 09/15/2011
Statement No.      60616
Page No.      5

|  |  | Hours |  |
|---|---|---|---|
|  | issues. | 0.30 | 115.50 |
| 08/26/2011 |  |  |  |
| JRH | Conference with CGS regarding damages issues and liability issues. | 0.20 | 53.00 |
| SAF | Research for Motion for Summary Judgment. | 2.00 | 660.00 |
|  | For Current Services Rendered | 60.70 | 18,606.50 |
|  | Total Non-billable Hours | 10.00 |  |

### Expenses

| 06/23/2011 | Travel expense Frontier airline | 462.40 |
|---|---|---|
| 06/30/2011 | Travel expense Irvine CA | 13.85 |
| 06/30/2011 | Travel expense Enterprise Car rental | 28.91 |
| 07/01/2011 | Travel expense DIA parking | 37.00 |
| 07/01/2011 | Travel expense Courtyard by Marriott | 255.26 |
| 07/08/2011 | Travel expense Frontier Airline | 419.40 |
| 07/20/2011 | Court reporter fees (Van Orman) | 1,681.43 |
| 07/27/2011 | Copy Charges (receiver docs) Excelsior Digital | 1,628.07 |
| 08/15/2011 | Taxi (airport to hotel) | 48.45 |
| 08/16/2011 | Parking (DIA) | 33.00 |
| 08/16/2011 | Taxi (document warehouse to airport) | 38.95 |
|  | Total Expenses | 4,646.72 |

### Advances

| 08/31/2011 | Online legal research. West | 132.44 |
|---|---|---|
|  | Total Advances | 132.44 |
|  | Total Current Work | 23,385.66 |
|  | Balance Due | $125,746.98 |

### Task Code Recapitulation

|  | Fees | Expenses |
|---|---|---|
| *** Task Code Not Found *** | 18606.50 | 4779.16 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date: September 15, 2011
Statement No.            60755
Account No.       5130.0048
Page:    1

RE: Non-Correspondent Cases

**Payments received after 09/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | Previous Balance | | $25,024.06 |
|---|---|---|---|---|

### Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/05/2011 | | | | |
| | LC1 | Research regarding statute of limitation for bringing appraisal claims in TX, MI, GA, and RI. | 4.50 | 225.00 |
| | SAF | Discuss broker viability project with MGB. | 0.30 | 45.00 |
| | MCB | Meeting with SAF regarding viability research (.2); Review parties and begin legal research regarding corporate status and litigation update (.3). | 0.50 | 75.00 |
| 08/08/2011 | | | | |
| | DKC | Attention to broker claims and demand form and related issues. Emails regarding same (.3). | 0.30 | 45.00 |
| 08/09/2011 | | | | |
| | SMW | Evaluate brokers for potential pursuance of claims. | 2.60 | 390.00 |
| 08/10/2011 | | | | |
| | JRH | Conference with SAF regarding viability analysis (.3). Work on viability analysis (2.4). | 2.70 | 405.00 |
| | SAF | Discuss status of research with JRH. | 0.30 | 45.00 |
| 08/12/2011 | | | | |
| | JMF | Research and evaluate viability of brokers for potential claims | 1.75 | 262.50 |
| 08/14/2011 | | | | |
| | BCP | Conduct viability search on target defendants. | 1.40 | 210.00 |
| 08/15/2011 | | | | |
| | JRH | Work on viability analysis. | 3.00 | 450.00 |

Lehman Brothers Holdings, Inc.
Account No.     5130.0048
RE: Non-Correspondent Cases

Statement Date: 09/15/2011
Statement No.     60755
Page No.     2

|  |  | Hours |  |
|---|---|---|---|
| CGS | Evaluate viability of brokers for potential claims | 5.70 | 855.00 |
| TAY | Review/download NCR documents received from RP (.3). Email team regarding same (.1). | 0.40 | 20.00 |
| SAF | Discuss status of appraiser limitations research with law clerk (.4). Discuss viability analysis with BCP (.2).   Discuss same with JRH (.2). | 0.80 | 120.00 |
| BCP | Conduct viability search on target defendants. (1.0) | 1.00 | 150.00 |
| **08/16/2011** |  |  |  |
| MLM | Review memo and assignment in preparation for working on viability analysis (.2); work on viability analysis (3). | 3.20 | 480.00 |
| SAF | Begin preparing for status meeting with client tomorrow, including review of past meeting notes. |  |  |
| **08/17/2011** |  |  |  |
| JRH | Work on and complete viability analysis. | 3.30 | 495.00 |
| CGS | Conference with SAF regarding viability analysis [.2]; update viability spreadsheet for target brokers [.5]. | 0.70 | 105.00 |
| MLM | Confer with SAF regarding viability analysis (.2); work on viability analysis (1.5). | 1.70 | 255.00 |
| SAF | Draft email to various attorneys regarding status of viability analysis (.3).  Conference with DKC regarding same (.3). Conference with MLM regarding same (.3).  Complete review of most recent spreadsheets, past meeting notes, and emails from Mr. Osborne and prepare agenda for meeting (3.2).  Attend same (1.8). | 5.90 | 885.00 |
| DKC | Prepare for conference with client regarding pursuit of claims against appraisers and brokers, including status of viability assessments (.8); Conference with client regarding same (1.0). | 1.80 | 270.00 |
| BCP | Conduct viability search on target defendants (2.4) | 2.40 | 360.00 |
| **08/18/2011** |  |  |  |
| SAF | Receive and review spreadsheet regarding appraiser claims. | 0.30 | 45.00 |
| DKC | Attention to CPL claims (.5); Analyze spreadsheet regarding appraiser claims and related issues (.6). | 1.10 | 165.00 |
| **08/19/2011** |  |  |  |
| MCB | Legal research regarding potential defendants and viability of claims; Update litigation spreadsheet regarding same. | 0.60 | 90.00 |
| JMF | Research and evaluate viability of brokers for potential claims. | 1.50 | 225.00 |

Lehman Brothers Holdings, Inc.
Account No.    5130.0048
RE: Non-Correspondent Cases

Statement Date: 09/15/2011
Statement No.    60755
Page No.    3

| | | Hours | |
|---|---|---|---|
| **08/21/2011** | | | |
| MCB | Continued legal research regarding viability of claims against potential defendants; Update and revise litigation spreadsheet. | 3.00 | 450.00 |
| **08/22/2011** | | | |
| SBS | Review of SOS web sites for status of brokers.  Conduct internet searches on brokers. | 2.50 | 375.00 |
| MCB | Continue to perform legal research and due diligence analysis of potential defendants and update litigation spreadsheet. | 3.30 | 495.00 |
| **08/23/2011** | | | |
| SBS | Conduct internet searches for broker web sites. | 0.25 | 37.50 |
| MJG | Research status of assigned brokers in multiple states and online presence; email to Steve Fermelia regarding the same. | 2.40 | 360.00 |
| SAF | Receive and review sample closing protection policy from client and analyze same for potential claims (.3).  Email to client regarding same (.3). | 0.70 | 105.00 |
| **08/24/2011** | | | |
| SAF | Draft analysis of CPL letter for client (.5).  Receive and analyze email and attachments from client regarding claim against appraiser where file information reflects value issue (.4). Review fileshare documents on same case and draft responsive email (1.3). | 2.20 | 330.00 |
| **08/26/2011** | | | |
| JMF | Complete research, evaluation and documentation of viability of broker claims | 1.25 | 187.50 |
| DKC | Prepare and conference with client regarding overall status for project and criteria/benchmarks for filing suit and recovery (1.5). Follow up research/analysis of statue of limitations tolling and appraisal issues (.7). | 2.20 | 330.00 |
| **08/30/2011** | | | |
| JRH | Conference with SAF regarding drafting demand letters (.2). Work on demand letters (1.3). | 1.50 | 225.00 |
| SBS | Review of internet for web sites of brokers. | 0.50 | 75.00 |
| SAF | Conference with JRH regarding demand letters to brokers (.2). Review spreadsheets of team to determine status of viability analysis (.5).  Review Osborne emails regarding appraisal claims to begin strategy for addressing same (.4). | 1.10 | 165.00 |
| **08/31/2011** | | | |
| JRH | Work on Broker demand letters. | 4.80 | 720.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE:  Non-Correspondent Cases

Statement Date: 09/15/2011
Statement No.      60755
Page No.      4

| | | Hours | |
|---|---|---|---|
| SAF | Review and modify several draft demand letter prepared by JRH, including review of underlying agreements and spreadsheets on same. | 5.50 | 825.00 |
| | For Current Services Rendered | 78.95 | 11,352.50 |
| | Total Current Work | | 11,352.50 |
| | Balance Due | | $36,376.56 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# EXHIBIT F

Detail of Time and Expense

(September 1, 2011 through September 30, 2011)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61155 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE: PMAC Lending Services, INC

**Payments received after 10/11/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $106.00 |
| Balance Due | $106.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

621 Seventeenth St., 19th Fl.
Denver, CO  80293

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61156 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

*Payments received after 10/11/2011 are <u>not</u> included on this statement.*

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | |
|---|---|
| Previous Balance | $221.50 |
| Balance Due | $221.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61157 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

**Payments received after 10/11/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $699.53 |
| Balance Due | $699.53 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61158 |
| Account No. | 5130.0012 |
| | Page:  1 |

RE: Nationwide Equities

**Payments received after 10/11/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $7,998.50 |
| | | | **Fees** | | |
| 09/02/2011 | | | | | |
| | DKC | B400 | A107 | Follow up regarding payment by defendant and potential notice of default (.1). Phone co-counsel (Rollin) and client (Gray) regarding same (.2). | 0.30 | 115.50 |
| 09/14/2011 | | | | | |
| | DKC | B400 | A106 | Attention to payment account (wire instructions) going forward for defendant (.1). Emails from opposing counsel and to co-counsel (Spohn) regarding same (.1). | 0.20 | 77.00 |
| | | | For Current Services Rendered | 0.50 | 192.50 |
| | | | Total Current Work | | 192.50 |
| | | | Balance Due | | $8,191.00 |

## Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 192.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 192.50 | 0.00 |

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61159 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 10/11/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                    $991.50

Balance Due                                          $991.50

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61160 |
| Account No. | 5130.0022 |
| Page: | 1 |

RE: PMC Bancorp

**Payments received after 10/11/2011 are *not* included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | | | | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $157,907.26 |
| | | | *Fees* | | |
| | | | | Hours | |
| 09/01/2011 | | | | | |
| | JRH | B400 | A105 | Conference with DKC regarding documents for deposition (.4).  Work on compiling exhibits (6.9). | 7.30 | 1,934.50 |
| | CPC | B400 | A108 | Email correspondence to Aurora regarding borrower Ramsey. (.1).  Email correspondence with opposing counsel and borrower Ramsey. (.1). Conference with JRH regarding 30(b)(6) preparation (.2). | 0.40 | 106.00 |
| | SAF | B400 | A105 | Discussions with JRH regarding selection of document for 30(b)(6) deposition (.3).  Discuss with JRH documents produced by PMC in its disclosures (.2). | 0.50 | 165.00 |
| | DKC | B400 | A104 | Review documents and otherwise prepare for upcoming depositions (30(b)(6) and principals). | 1.70 | 654.50 |
| 09/02/2011 | | | | | |
| | JRH | B400 | A104 | Receipt and review of documents from PMC initial disclosures with bates labels and review to see if same as documents provided previously by opposing party without bates labels (1.2). Conference with DKC and SAF regarding deposition preparation (.3). Create borrower summaries for DKC's deposition preparation (2.0). | 3.50 | 927.50 |
| | SLC | B400 | A110 | Compile and prepare documents to be used as deposition exhibits; ship documents to CA. | 4.60 | 552.00 |

Lehman Brothers Holdings, Inc                                    Statement Date: 10/11/2011
Account No.      5130.0022                                       Statement No.      61160
RE: PMC Bancorp                                                  Page No.            2

| | | | | Hours | |
|---|---|---|---|---|---|
| CPC | B400 | A103 | Draft summary on Ramsey loan for DKC. | 0.40 | 106.00 |
| SAF | B400 | A105 | Discuss PMC deposition issues with JRH and DKC. | 0.30 | 99.00 |
| DKC | B400 | A104 | Review pleadings and discovery, and otherwise prepare for upcoming depositions. | 1.20 | 462.00 |
| **09/04/2011** | | | | | |
| DKC | B400 | A104 | Review loan documents, purchase and sale contracts, QC files, damages proof, and otherwise prepare for upcoming depositions of defendant and its principal (including work on outlines). | 4.80 | 1,848.00 |
| **09/06/2011** | | | | | |
| CPC | B400 | A104 | Attention to supplemental disclosure of Ramsey documents and draft pleading for same. (.3). Attention to An loan. (.2). Attention to deposition documents for Barroga deposition, Saldarriaga deposition, and meeting with appraiser Rodriquez. (2.0). | 2.50 | 662.50 |
| JRH | B400 | A103 | Deposition preparation (8.0); Draft Status Conference statement (.3), review documents provided by opposing party in initial disclosures (.7). | 9.00 | 2,385.00 |
| CW | B400 | A110 | Work on Bates numbering and redacting supplemental disclosure documents of Ramsey; confer with CPC regarding documents; complete and submit to TAY. | 4.50 | 540.00 |
| TAY | B400 | A105 | Multiple conferences with team regarding supplemental disclosures, upcoming depositions,status conference statement, and PMC's discovery responses (.4). Email to opposing counsel regarding status of discovery responses (.1). Email team regarding lack of response to same (.1). Draft status conference statement (.4). Finalize and file/serve same via ECF (.3). Conference with CAW regarding supplemental disclosure documents and status of bates numbering/redaction of same (.2). Finalize and serve third supplemental disclosures (.3). | 1.80 | 216.00 |
| DKC | B400 | A111 | Travel (CO to CA) for depositions. | 5.00 | n/c |
| DKC | B400 | A104 | Review documents and otherwise prepare to take 30(b)(6) deposition of defendant (9.0). | | |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 10/11/2011
Statement No.        61160
Page No.            3

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Review status conference statement of defendant (.1). Prepare status conference statement and arrange for filing/service of same (.3). | 9.40 | 3,619.00 |
| JRH | B400 | A111 | Travel to CA for 30(b)(6) depositions. | 5.00 | n/c |
| 09/07/2011 CPC | B400 | A104 | Review Ramsey judgment against Taylor for fraud. (.1).  Phone call to Dr. Nguyen at Magic Hands dental for Perez W2s. (.1).  Compile deposition documents for Saldarriaga deposition. (.6). | 0.80 | 212.00 |
| TAY | B400 | A104 | Review emails regarding upcoming Ramsey deposition (.2). Conference with CPC regarding same (.1). Draft amended deposition notice (.3).  Serve same upon opposing counsel via email/regular mail (.1). Follow up regarding status of JRH pro hac (.1). Call to Judge Kronstadt's clerk regarding same (.2). Email First Legal regarding proof of payment/filing fee for pro hac application (JRH) (.2). Emails to/from CPC regarding documents/exhibits for upcoming depositions (Barroga, Saldarriaga) (.2).  Conference with CPC regarding status of Saehan Bank and Magic Hands Dental document production (.3). | 1.70 | 204.00 |
| JRH | B400 | A109 | Prepare for and attend 30(b)(6) deposition of PMC Bancorp, review PMC discovery responses, discuss with DKC strategy for remainder of 30(b)(6) deposition and deposition of Gus Cafcalas. | 10.50 | 2,782.50 |
| DKC | B400 | A109 | Prepare for and take deposition (defendant's 30(b)(6)) (8.5). Assist JRH with second day of deposition, analyze discovery disputes arising from deposition and prepare for personal of defendant's principal (3.0). | 11.50 | 4,427.50 |
| 09/08/2011 CPC | B400 | A104 | Review fax from Magic Hands (.1).  Draft fourth supplemental disclosure (.3).  Conference with TAY regarding bates labeling new documents and disclosing. (.1).  Attention to deposition logistics (.3).  Phone call to Magic Hands and Saehan Bank (.3).  Draft deposition outlines. (2.1). | 3.20 | 848.00 |
| TAY | B400 | A105 | Conference with CPC regarding upcoming depositions (Barroga, Saldarriaga, Saehan | | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 10/11/2011
Statement No.        61160
Page No.        4

|  |  |  |  | Hours |  |
|------|------|------|------|------|------|
|  |  |  | Bank, Magic Hand Dental) (.3).  Prepare documents/exhibits for Barroga and Saldarriaga depositions (.7). Conferences with CPC regarding same (.3). | 1.30 | 156.00 |
| JRH | B400 | A109 | Prepare for and take remainder of 30(b)(6) deposition and deposition of Gus Cafcalas. | 7.20 | 1,908.00 |
| JRH | B400 | A111 | Travel to CO from CA following depositions. | 5.00 | n/c |
| DKC | B400 | A109 | Assist JRH with second day of depositions. | 0.40 | 154.00 |
| 09/09/2011 |  |  |  |  |  |
| CPC | B400 | A101 | Attention to deposition preparations.(.2). Conference with TAY regarding travel logistics. (.2).  Conference with JRH regarding depositions. (.7). | 0.90 | 238.50 |
| JRH | B400 | A105 | Conference with CPC regarding strategies and points to make during borrower depositions. | 0.80 | 212.00 |
| 09/11/2011 |  |  |  |  |  |
| CPC | B400 | A111 | Travel to LAX/drive to San Bernardino. | 7.50 | n/c |
| CPC | B400 | A101 | Prepare for deposition of borrower Barroga, | 2.90 | 768.50 |
| DKC | B400 | A111 | Travel (CO to CA) for upcoming status conference. | 5.00 | n/c |
| DKC | B400 | A104 | Review docket, potential motions, discovery disputes, and otherwise prepare for upcoming status conference. | 2.20 | 847.00 |
| 09/12/2011 |  |  |  |  |  |
| SAF | B400 | A105 | Discuss stated income loan parameters with JRH. | 0.30 | 99.00 |
| JRH | B400 | A105 | Conference regarding interplay between loan program product profiles and section 7 of the Seller's Guide. | 0.30 | 79.50 |
| CPC | B400 | A109 | Attend and conduct deposition of borrower Barroga in San Bernardino (4.5).  Review deposition notes and provide update to client (.6).  Prepare for deposition of borrower Saldarriaga (2.1). | 7.20 | 1,908.00 |
| CPC | B400 | A111 | Travel to LA from San Bernardino (Barroga). | 1.60 | n/c |
| DKC | B400 | A109 | Prepare for and attend status conference (2.0). Meet with opposing counsel to discuss settlement and other issues (.5). Follow up |  |  |

Lehman Brothers Holdings, Inc                          Statement Date: 10/11/2011
Account No.        5130.0022                                  Statement No.      61160
RE: PMC Bancorp                                                    Page No.          5

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | regarding next steps in discovery, settlement, and potential Motion for Summary Judgment (1.0). Attention to borrower and third-party depositions (.7). | 4.20 | 1,617.00 |
| DKC | B400 | A111 | Travel (CA to CO). | 5.00 | n/c |
| **09/13/2011** | | | | | |
| CPC | B400 | A111 | Travel (LAX to DIA). | 7.80 | n/c |
| CPC | B400 | A101 | Prepare for and attend and conduct deposition of borrower Saldarriaga (4.9). Meet with appraiser Tony Rodriguez on Burks loan (1.1). | 6.00 | 1,590.00 |
| DKC | B400 | A104 | Attention to borrower depositions and other proof of misrepresentations (.4). Prepare for upcoming settlement call with defendant (.3). | 0.70 | 269.50 |
| **09/14/2011** | | | | | |
| JRH | B400 | A105 | Conference with DKC and SAF regarding case status and strategy and discovery motions. | 0.30 | 79.50 |
| TAY | B400 | A105 | Conference with DKC regarding scheduling settlement conference and locating magistrate for same (different than discovery magistrate already assigned to case) (.2). Call to Judge Kronstadt's clerk regarding same (.2). | 0.40 | 48.00 |
| CPC | B400 | A108 | Email correspondence to client with update from depositions. (.2). Email correspondence to borrower Saldarriaga (.2). Email correspondence with Barroga's pastor. (.2). | 0.60 | 159.00 |
| SAF | B400 | A105 | Discuss discovery responses and strategy for filing of various motions with JRH and DKC. | 0.30 | 99.00 |
| **09/15/2011** | | | | | |
| CPC | B400 | A104 | Attention to fourth supplemental disclosure to add notary Dorothy Umeda in Barroga case (.3). Phone call to Dorothy Umeda (.2). | 0.50 | 132.50 |
| TAY | B400 | A103 | Finalize 4th supplemental disclosures (.2). Bates number documents (.2). Serve same upon opposing counsel via email (.1). | 0.50 | 60.00 |
| **09/16/2011** | | | | | |
| CPC | B400 | A108 | Email correspondence with borrower Ramsey. | 0.10 | 26.50 |
| TAY | B400 | A108 | Call from Merrill regarding deposition issues (transcripts and video from PMC/Calafacas depositions) (.2). Conference with JRH regarding same (.2). Conference with CPC | | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 10/11/2011
Statement No.        61160
Page No.        6

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | regarding documents received from client regarding borrower Ramsey (identity theft/fraud docs) (.2).  Scan and email same (.2). | 0.80 | 96.00 |
| 09/19/2011 | | | | | |
| CPC | B400 | A108 | Email correspondence with borrower Saldarriaga and phone call to same. | 0.20 | 53.00 |
| TAY | B400 | A105 | Emails to/from CPC regarding mandatory witness/mileage fees for borrower Saldarriaga (.2). Review CA local rules/email to First Legal regarding same (.3). Calculate fees (.2). Email borrower Saldarriaga regarding same (.1). | 0.80 | 96.00 |
| 09/20/2011 | | | | | |
| CPC | B400 | A108 | Email correspondence to borrower Ramsey. | 0.10 | 26.50 |
| 09/21/2011 | | | | | |
| CPC | B400 | A108 | Phone call with borrower Saldarriaga. | 0.20 | 53.00 |
| 09/22/2011 | | | | | |
| CPC | B400 | A106 | Phone conference with client (.2).  Email correspondence with R. Akell regarding Perez loan. (.2). | 0.40 | 106.00 |
| JRH | B400 | A101 | Prepare for and attend conference call with client regarding case status. | 0.20 | 53.00 |
| DKC | B400 | A101 | Prepare for and telephone conference with client regarding recent developments (depositions and next steps (discovery dispute)) and settlement conference magistrate (.4). Follow up regarding selection of magistrate and scheduling with TAY (.2) Attention to evidence of misrepresentation (income) on Perez loan (.2) | 0.80 | 308.00 |
| 09/26/2011 | | | | | |
| TAY | B400 | A105 | Conference with CPC regarding upcoming borrower deposition (Ramsey) and documents/exhibits needed for same. Calendar send date. | 0.20 | 24.00 |
| 09/27/2011 | | | | | |
| CPC | B400 | A101 | Attention to upcoming deposition of borrower Ramsey and documents needed for deposition. (.7). | 0.70 | 185.50 |
| 09/28/2011 | | | | | |
| TAY | B400 | A104 | Review Order regarding settlement conference and Magistrate assigned to same (.2). Research regarding Magistrate Hillman (.3). | | |

Lehman Brothers Holdings, Inc                          Statement Date: 10/11/2011
Account No.       5130.0022                             Statement No.        61160
RE: PMC Bancorp                                              Page No.            7

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | Conference with DKC regarding same (.2). Calendar associated deadlines/status conference (.1). Review email from CPC regarding upcoming borrower deposition (Ramsey) and documents/exhibits for same (.1). Prepare exhibits (.8). | 1.70 | 204.00 |
| 09/30/2011 |  |  |  |  |  |
|  | TAY | B400 | A108 | Emails to/from court reporter regarding confirmation of upcoming borrower deposition (Ramsey) (.2). Work on exhibits for same (.6). Conferences with CPC regarding same (.2). | 1.00 | 120.00 |
|  | CPC | B400 | A101 | Plan and prepare for deposition of Ramsey. | 0.10 | 26.50 |
|  | SAF | B400 | A105 | Discuss division of work on discovery motions and related matters with CGS. | 0.20 | 66.00 |
|  | DKC | B400 | A104 | Attention to Court's selection of magistrate for settlement conference and review biography of same. | 0.30 | 115.50 |
|  |  |  | For Current Services Rendered | 124.40 | 34,735.50 |
|  |  |  | Total Non-billable Hours | 41.90 |  |

## Expenses

| 09/07/2011 | B400 | E110 | Parking (PMC deposition) | 12.00 |
|---|---|---|---|---|
| 09/08/2011 | B400 | E110 | Taxi (hotel to Calafacas deposition) | 10.00 |
| 09/08/2011 | B400 | E110 | Taxi (Gus Calafacas deposition to airport). | 10.00 |
| 09/08/2011 | B400 | E110 | Parking (DIA) (PMC/Calafacas depositions). | 63.00 |
| 09/11/2011 | B400 | E110 | Travel expense - Hotel (Barroga deposition - CPC)) | 133.99 |
| 09/11/2011 | B400 | E110 | Travel expense (LAX for depositions) (CPC) | 34.41 |
| 09/13/2011 | B400 | E110 | Travel expense (CPC) Parking (DIA - deposition trip to CA) | 33.00 |
| 09/28/2011 | B400 | E110 | Flight (Ramsey Deposition - 1 way) | 235.40 |
| 09/28/2011 | B400 | E110 | travel 8-16-11 flight (Ramsey Deposition - 1 way) | 235.40 |
| 09/28/2011 | B400 | E110 | Flight (Ramsey Deposition - Great Lakes Airlines (Albuquerque to Silver City, NM)) | 357.40 |
| 09/30/2011 | B400 | E101 | Copy Charges (deposition exhibits) | 769.25 |
|  |  |  | Total Expenses | 1,893.85 |

## Advances

| 09/02/2011 | B400 | E107 | Courier fee Federal Express (deposition exhibits to CA) | 163.76 |
|---|---|---|---|---|
| 09/06/2011 | B400 | E107 | Delivery fee (First Legal Investigations) | 55.50 |
| 09/08/2011 | B400 | E107 | Courier fee Federal Express (deposition exhibits to CA) | 98.09 |
| 09/09/2011 | B400 | E107 | Courier fee Federal Express (deposition exhibits to CA) | 112.27 |
| 09/19/2011 | B400 | E114 | Witness/mileage fee (+ parking) paid to deponent |  |

Lehman Brothers Holdings, Inc                          Statement Date: 10/11/2011
Account No.        5130.0022                              Statement No.        61160
RE:  PMC Bancorp                                            Page No.              8

| | |
|---|---:|
| (Nicolas Saldarriaga) | 100.60 |
| Total Advances | 530.22 |
| | |
| Total Current Work | 37,159.57 |
| | |
| Balance Due | $195,066.83 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 34735.50 | 2424.07 |
| B400 | Bankruptcy-Related Advice | 34,735.50 | 2,424.07 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61161 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

**Payments received after 10/11/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | |
|---|---|---|
| Previous Balance | | $412.02 |

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| 09/27/2011 | | | | | |
| TAY | B400 | A102 | Research payment status pursuant to client's request.  Detailed email to client regarding same. | 0.40 | 48.00 |
| | | | For Current Services Rendered | 0.40 | 48.00 |
| | | | Total Current Work | | 48.00 |
| | | | Balance Due | | $460.02 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 48.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 48.00 | 0.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61162 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE:  United Pacific

*Payments received after 10/11/2011 are <u>not</u> included on this statement.*

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | |
|---|---|
| Previous Balance | $247.50 |
| Balance Due | $247.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61163 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

**Payments received after 10/11/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                        $48.00

Balance Due                                               $48.00

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61164 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE: Valley Vista

*Payments received after 10/11/2011 are <u>not</u> included on this statement.*

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

| | |
|---|---|
| Previous Balance | $1,978.51 |
| Balance Due | $1,978.51 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61165 |
| Account No. | 5130.0045 |
| | Page: 1 |

RE: Shea Mortgage

***Payments received after 10/11/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

| | | | | Hours | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $6,500.50 |
| | | | *Fees* | | |
| **09/07/2011** | | | | | |
| TAY | B400 | A108 | Emails from opposing counsel regarding need for process server/will not waive service (.2). Update pleadings with case information received from Court (.2). Coordinate service of lawsuit (.2). | 0.60 | 72.00 |
| **09/08/2011** | | | | | |
| CPC | B400 | A108 | Phone call with opposing counsel. | 0.10 | 26.50 |
| **09/14/2011** | | | | | |
| TAY | B400 | A104 | Review Return of Service received from process server (.1). Electronically file same via LexisNexis (.1). Calculate and calendar Shea's deadline to respond to complaint (.1). | 0.30 | 36.00 |
| **09/21/2011** | | | | | |
| TAY | B400 | A111 | Review pleadings received from USDC pursuant to Shea's transfer to Federal Court (.2). Conference with DKC regarding same (.2). | 0.40 | 48.00 |
| | CPC | B400 | A105 | Attention to filings for notice of removal. Conference with DKC. Email correspondence to client. | 0.50 | 132.50 |
| | DKC | B400 | A106 | Attention to defendant's removal of case to Federal Court and related issues, including potential motion to transfer venue and remand. | 1.50 | 577.50 |
| **09/22/2011** | | | | | |
| JRH | B400 | A101 | Plan and prepare and attend conference call | | |

Lehman Brothers Holdings, Inc.          Statement Date: 10/11/2011
Account No.    5130.0045                     Statement No.    61165
RE: Shea Mortgage                            Page No.    2

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | with client regarding case status. | 0.20 | 53.00 |
| DKC | B400 | A106 | Attention to removal to Federal Court and next steps. Telephone conference with client regarding same. | 0.20 | 77.00 |
| **09/27/2011** | | | | | |
| TAY | B400 | A104 | Review Order remanding case back to State Court (Douglas) (.2).  Email to client (N/C). Conference with DKC regarding same (.1). | 0.30 | 36.00 |
| **09/29/2011** | | | | | |
| CGS | B400 | A104 | Initial review/analysis of defendant's motion to dismiss. | 0.30 | 88.50 |
| DKC | B400 | A104 | Review defendant's Motion to Dismiss (.3). Outline potential issues and argument for response (.4). | 0.70 | 269.50 |
| **09/30/2011** | | | | | |
| TAY | B400 | A104 | Review defendant's Motion to Dismiss (.1). Calculate and calendar response deadline (.1). | 0.20 | 24.00 |
| CGS | B400 | A105 | Conference with SAF regarding motion to dismiss [.2].  Review/analyze motion to dismiss/complaint and exhibits [1.0]. | 1.20 | 354.00 |
| SAF | B400 | A104 | Review Motion To Dismiss (.3).  Discuss same with CGS (.1).  Research for Response (2.3). | 2.70 | 891.00 |
| DKC | B400 | A104 | Further attention to and work on response to Motion to Dismiss and emails regarding same (.3). Attention to remand/removal issues (.1). | 0.40 | 154.00 |
| | | | For Current Services Rendered | 9.60 | 2,839.50 |

Advances

| | | | | | |
|---|---|---|---|---|---|
| 09/30/2011 | B400 | E112 | Court fees Lexis Nexis | | 6.18 |
| | | | Total Advances | | 6.18 |
| | | | Total Current Work | | 2,845.68 |
| | | | Balance Due | | $9,346.18 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 2839.50 | 6.18 |
| B400 | Bankruptcy-Related Advice | 2,839.50 | 6.18 |

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61166 |
| Account No. | 5130.0046 |
| | Page:  1 |

RE: Christopher E. Hobson, Inc.

**Payments received after 10/11/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | | | Previous Balance | | $8,292.17 |
|---|---|---|---|---|---|---|

### Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 09/19/2011 | TAY | B400 | A102 | Detailed research regarding Vincent Marconi (president of Greenberry) for service purposes (.9).  Research Marconi's new company (Lime Grip, LLC) (.4). | 1.30 | 156.00 |
| 09/21/2011 | TAY | B400 | A102 | Continue research on principals/service targets (1.8).  Emails to/from First Legal regarding service issues (principal's Receive calls (2) from borrower (Suzie Baker) regarding her dealings with Hobson/Greenberry/Franklin (.3). Conferences with DKC and JRH regarding same (.3).  Detailed email to First Legal regarding service target (Arus, as VP of Hobson and COO of Greenberry) (.2). | 2.60 | 312.00 |
| 09/22/2011 | CPC | B400 | A106 | Phone conference with client. | 0.20 | 53.00 |
| | JRH | B400 | A101 | Plan and prepare for and attend conference call with client regarding case status. | 0.20 | 53.00 |
| | TAY | B400 | A108 | Emails to/from First Legal regarding completed service upon defendant (.2). Conference with team regarding service upon C. Michael Arus (as COO/president of defendants) (.2). Call from Suzie Baker regarding case information (.4).  Conference with JRH regarding same (.1).  Calculate and calendar defendants' deadline to respond to Complaint (.2). | 1.10 | 132.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0046
RE:  Christopher E. Hobson, Inc.

Statement Date: 10/11/2011
Statement No.      61166
Page No.      2

| | | | | Hours | |
|---|---|---|---|---|---|
| 09/26/2011 | | | | | |
| TAY | B400 | A104 | Review voicemail from Michael Arus regarding service (.2). Conference with DKC regarding details of same/relation to defendants (.2). | 0.40 | 48.00 |
| DKC | B400 | A105 | Emails with co-counsel (Spohn) regarding voicemail from defendant's officer, and attention to role of served principal/officer. | 0.20 | 77.00 |
| 09/27/2011 | | | | | |
| DKC | B400 | A108 | Prepare for and conference with defendants' former officer/principal regarding status of defendant and service/procedural issues (.3). Analyze implications and next steps (.2) | 0.50 | 192.50 |
| | | | For Current Services Rendered | 6.50 | 1,023.50 |

Advances

| | | | | | |
|---|---|---|---|---|---|
| 09/26/2011 | B400 | E107 | Processor fee (First Legal Investigations - Arus) | | 254.75 |
| 09/26/2011 | B400 | E107 | Processor fee (First Legal Investigations - Marconi) | | 275.00 |
| | | | Total Advances | | 529.75 |
| | | | Total Current Work | | 1,553.25 |
| | | | Balance Due | | $9,845.42 |

Task Code Recapitulation

| | | | Fees | Expenses |
|---|---|---|---|---|
| B400 | Bankruptcy-Related Advice | | 1023.50 | 529.75 |
| B400 | Bankruptcy-Related Advice | | 1,023.50 | 529.75 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61167 |
| Account No. | 5130.0047 |
| Page: | 1 |

RE: US Bank

***Payments received after 10/11/2011 are not included on this statement.***

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

|  |  |  | | | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $125,746.98 |
| | | | *Fees* | | |
| | | | | Hours | |
| **09/01/2011** | | | | | |
| DKC | B400 | A108 | Email with opposing counsel regarding potential mediation and follow up regarding logistics/timing of same (.3). Prepare for and telephone conference with client (Drosdick) and co-counsel (Parker) regarding witness (Grindley) (.4). Work on deposition (Grindley) summary and related issues (1.1).  Call from opposing counsel regarding mediation timing an settlement issues (.1). Document and follow up regarding same (.2). | 2.10 | 808.50 |
| **09/02/2011** | | | | | |
| CGS | B400 | A105 | Conference with DKC regarding motion to substitute. | 0.20 | 59.00 |
| **09/06/2011** | | | | | |
| DKC | B400 | A104 | Attention to revised claim to receiver and related issues (.2). Follow up regarding Grindley (.1). | 0.30 | 115.50 |
| **09/08/2011** | | | | | |
| CGS | B400 | A106 | Email from client regarding status of motion to substitute. | 0.10 | 29.50 |
| **09/09/2011** | | | | | |
| JRH | B400 | A104 | Review of deposition transcript of Shirley Flaig. | 0.40 | 106.00 |
| SAF | B400 | A104 | Review mediation submission and attachments (.3). Begin review of deposition transcripts to prepare for summary judgment (.9). | 1.20 | 396.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0047
RE: US Bank

Statement Date: 10/11/2011
Statement No.        61167
Page No.              2

Hours

| 09/12/2011 | | | | | |
|---|---|---|---|---|---|
| CGS | B400 | A103 | Draft/edit declaration in support of motion to substitute. | 1.50 | 442.50 |
| JRH | B400 | A105 | Conference with CGS regarding status of Motion to Substitute and items to be added prior to filing. | 0.30 | 79.50 |
| SAF | B400 | A104 | Review docket (.6).  Review trial and magistrate judge's procedures and local rules for summary judgment requirements. (.5). | 1.10 | 363.00 |
| 09/14/2011 | | | | | |
| TAY | B400 | A108 | Conference with Dockich Court Reporters regarding Aurora depositions/transcripts (.2). Conference with DKC regarding same (.1). | 0.30 | 36.00 |
| JRH | B400 | A103 | Compile loan ownership information sent by client and forward to DKC for his review. | 0.20 | 53.00 |
| CGS | B400 | A106 | Communicate (with client) regarding status of motion to substitute. | 0.10 | 29.50 |
| 09/15/2011 | | | | | |
| JRH | B400 | A105 | Conference with DKC regarding case status and emails to opposing counsel regarding scheduling depositions of US Bank and Johnstone. | 0.40 | 106.00 |
| DKC | B400 | A103 | Work on deposition notices and subpoena issues (US Bank and Johnstone). Emails regarding same. | 0.30 | 115.50 |
| 09/16/2011 | | | | | |
| CGS | B400 | A105 | Communicate (in firm) regarding status of discovery and motion to substitute. | 0.10 | n/c |
| 09/19/2011 | | | | | |
| JRH | B400 | A105 | Conference with TAY to update RP status chart. | 0.10 | n/c |
| 09/26/2011 | | | | | |
| TAY | B400 | A111 | Work on organization of all deposition exhibits. | 1.40 | 168.00 |
| DKC | B400 | A105 | Follow up regarding Motion to Substitute and deposition of defendant and bank officer (Johnstone). | 0.30 | 115.50 |
| 09/28/2011 | | | | | |
| CGS | B400 | A105 | Conference with DKC regarding motion to substitute [.3]; emails to/from client regarding | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE:  US Bank

Statement Date: 10/11/2011
Statement No.        61167
Page No.              3

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | motion and supporting declaration [.5]; revise declaration [.9]; revise motion [1.2]; coordinate declaration exhibits [1.0]; correspondence to CA co-counsel regarding filing [.1]; review standing orders regarding filing/hearing procedures [.4]; prepare deposition notice for US Bank representative [.4]. | 4.80 | 1,416.00 |
| | TAY | B400 | A104 | Conferences with CGS regarding motion to substitute issues/filing (.2).  Prepare exhibits to client's declaration to same (.4).  Email to CGS (.1). | 0.70 | 84.00 |
| | DKC | B400 | A104 | Attention to Motion to Substitute and client declaration. Emails regarding same. | 0.30 | 115.50 |
| 09/29/2011 | | | | | | |
| | CGS | B400 | A106 | Conference call with client regarding motion to substitute [.7]; prepare for conference call (review/analyze draft documents, exhibits, pleadings, and prior correspondence) [.5]. | 1.10 | 324.50 |
| 09/30/2011 | | | | | | |
| | CGS | B400 | A103 | Draft/revise notice of deposition to US Bank and Geoff Johnstone [1.0]; review/analyze pleadings regarding same [.6]. | 1.60 | 472.00 |
| | TAY | B400 | A108 | Conference with CGS regarding US Bank depositions (.2). Draft deposition notices (U.S. Bank and Johnstone) (.4).  Emails regarding review/revisions to same (.1). | 0.70 | 84.00 |
| | DKC | B400 | A103 | Work on deposition notices and expert issues (.3). Attention to status of filing of Motion to Substitute and delays in same (.2). Telephone conference with Virginia Grindley and consider options (.3). | 0.80 | 308.00 |
| | | | | For Current Services Rendered | 20.20 | 5,827.00 |
| | | | | Total Non-billable Hours | 0.20 | |

## Expenses

| | | | | | |
|---|---|---|---|---|---|
| 09/01/2011 | B400 | E102 | Excelsior Digital Reprographics (copy charges - receiver documents) (CA company) | | 700.15 |
| 09/01/2011 | B400 | E105 | Telephone Conferencing Service InterCall service date 8-03-11 | | 24.34 |
| 09/01/2011 | B400 | E110 | Travel (hotel (receiver dock review) 8-18-11 (JRH)) | | 310.87 |
| | | | Total Expenses | | 1,035.36 |
| | | | Total Current Work | | 6,862.36 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0047
RE:  US Bank

Statement Date: 10/11/2011
Statement No.        61167
Page No.        4

Balance Due                                        $132,609.34

### Task Code Recapitulation

|       |                            | Fees    | Expenses |
|-------|----------------------------|---------|----------|
| B400  | Bankruptcy-Related Advice  | 5827.00 | 1035.36  |
| B400  | Bankruptcy-Related Advice  | 5,827.00 | 1,035.36 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61263 |
| Account No. | 5130.0048 |
| | Page:  1 |

RE: Non-Correspondent Cases

***Payments received after 10/11/2011 are <u>not</u> included on this statement.***

<u>***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***</u>

| | | | | | |
|---|---|---|---|---|---|
| | Previous Balance | | | | $36,376.56 |

<u>Fees</u>

| Date | | | | Hours | |
|---|---|---|---|---|---|
| 09/02/2011 | | | | | |
| JRH | B400 | A103 | Work on Broker demand letters. | 1.80 | 270.00 |
| SAF | B400 | A103 | Work on phase 1 demand letters to brokers. | 4.50 | 675.00 |
| 09/03/2011 | | | | | |
| SAF | B400 | A101 | Review and analysis of Colorado appraiser cases. | 2.20 | 330.00 |
| 09/05/2011 | | | | | |
| SAF | B400 | A103 | Work on phase 1 demand letters to brokers. | 7.40 | 1,110.00 |
| 09/06/2011 | | | | | |
| SAF | B400 | A104 | Review license status of Illinois and California appraisers and otherwise attempt to identify current location of same (2).  Prepare conflict check information and exchange emails with SLC and firm regarding same (1.2).  Exchange emails with Mr. Osborne regarding appraiser claims in Colorado and meeting time (.3). Work on comprehensive status chart for broker Demand letters (1).  Work on comprehensive status chart for appraiser demand letters (.7). Work on demand letters to brokers (2.4). | 7.60 | 1,140.00 |
| 09/07/2011 | | | | | |
| SBS | B400 | A102 | Internet research regarding:  entity viability. | 1.50 | 225.00 |
| SAF | B400 | A103 | Discuss conflict checks and letter issues with SLC (.3). Work on letters to brokers (5.4). | 5.70 | 855.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE:  Non-Correspondent Cases

Statement Date: 10/11/2011
Statement No.        61263
Page No.                2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **09/08/2011** | | | | | |
| SAF | B400 | A105 | Address potential conflicts issues with SLC and discuss locating identification of principals of Colorado companies with her. | 0.70 | 105.00 |
| **09/12/2011** | | | | | |
| JRH | B400 | A105 | Conference with SAF regarding appraiser viability study and related claims (.8). Work on appraiser viability (2.3). | 3.10 | 465.00 |
| SAF | B400 | A103 | Discuss appraiser viability analysis with JRH (.8).  Worked on phase 1 letters to brokers (2.3). | 3.10 | 465.00 |
| **09/13/2011** | | | | | |
| JRH | B400 | A102 | Work on and complete appraisal viability study for Florida appraisal claims (4.0). Conference with SAF regarding appraisal claims (.5). Conference with SAF regarding broker claims (.5). Review SAF's final versions of broker letters (.8). | 5.80 | 870.00 |
| SAF | B400 | A103 | Draft demand letter to appraisers (1.0). Discuss appraiser letter issues with JRH (.5). Discuss broker letter issues with JRH (.5). Continue drafting phase one broker demand letters (7.2). | 9.20 | 1,380.00 |
| **09/14/2011** | | | | | |
| JRH | B400 | A104 | Continue to review SAF's revised demand letters to brokers (1.7). Conference with DKC and SAF regarding appraiser claims and real party in interest issues (.4). Meeting with Scot Osborne to discuss status of appraiser and broker cases, follow up with SAF following meeting (1.0). Work on viability analysis for Texas appraiser claims (1.8). | 4.90 | 735.00 |
| SAF | B400 | A101 | Conference with DKC and JRH regarding appraiser issues (.4). Prepare for conference with client by reviewing past meeting by reviewing results of viability analysis by team, reviewing spreadsheets on appraiser claims (2.1). Conference with client and JRH regarding status and strategy. (1).  Prepare CD with additional information requested by client and cover letter for same (1). | 4.50 | 675.00 |
| **09/15/2011** | | | | | |
| JRH | B400 | A102 | Work on viability analysis of Texas and Georgia appraiser claims. | 3.50 | 525.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE:  Non-Correspondent Cases

Statement Date: 10/11/2011
Statement No.        61263
Page No.                3

| | | | | Hours | |
|---|---|---|---|---|---|
| SAF | B400 | A103 | Revise draft demand letter to Appraisers based on client meeting yesterday. | 1.30 | 195.00 |

**09/16/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRH | B400 | A102 | Complete appraiser viability analysis of Georgia, Missouri, and Maryland appraisers | 3.50 | 525.00 |
| SAF | B400 | A103 | Final revisions to draft of demand letter to appraisers and email to Trumpp and Drosdick regarding same. | 1.20 | 180.00 |

**09/19/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRH | B400 | A103 | Complete appraiser viability analysis for all first phase states and add claim amounts to spreadsheet (3.0). Conference with SAF regarding conflict checks for appraiser claims and create series of conflict checks to be run by SLC (NC). Begin demand letters (.4). | 3.40 | 510.00 |
| SLC | C100 | A102 | Research non-correspondent entities with potential conflicts. | 1.00 | n/c |

**09/20/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRH | B400 | A103 | Work on drafting demand letters to appraisers. | 3.40 | 510.00 |

**09/21/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRH | B400 | A103 | Work on appraiser demand letters. | 1.20 | 180.00 |
| SLC | B110 | A111 | Work on running conflict checks for appraiser cases. | 0.50 | n/c |

**09/22/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRH | B400 | A103 | Draft appraiser demand letters. | 6.30 | 945.00 |
| SLC | B110 | A111 | Complete conflict checks for appraiser demands. | 1.50 | n/c |

**09/23/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRH | B400 | A103 | Draft appraiser demand letters. | 2.20 | 330.00 |
| SAF | B400 | A103 | Work on phase 1 letters to brokers. | 3.20 | 480.00 |
| SLC | B110 | A111 | Work on clearing conflicts arising from conflict check of brokers and appraisers; internet research regarding same. | 1.20 | 60.00 |

**09/25/2011**

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A103 | Work on Broker demand letter, including updating secretary of state status on comprehensive phase 1 status chart, revising drafts reviewed by JRH, and drafting additional letters. | 8.50 | 1,275.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 10/11/2011
Account No.        5130.0048                                       Statement No.        61263
RE: Non-Correspondent Cases                                          Page No.              4

|            |      |      |                                                                                                                                                                                        | Hours |          |
|------------|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/26/2011 |      |      |                                                                                                                                                                                                    |       |          |
| JRH        | B400 | A103 | Work on appraiser demand letters.                                                                                                                                                                   | 1.60  | 240.00   |
| SAF        | B400 | A103 | Work on phase one letters to brokers.                                                                                                                                                               |       |          |
| 09/27/2011 |      |      |                                                                                                                                                                                                    |       |          |
| LMM        | B400 | A104 | Meeting with SAFregarding broker demand letters (.6); Review and work on letters (1.1).                                                                                                             | 1.70  | 255.00   |
| SAF        | B400 | A103 | Discuss status with DKC (.3). Discuss sending of broker letters with SLC (.3). Discuss nature of claims and issues with Laura Martinez (.6). Continue to draft letters to brokers (including review of viability and updating table for same) (9.3). | 10.50 | 1,575.00 |
| SLC        | B110 | A111 | Send demand letters via fax and mail to Arkansas and California brokers.                                                                                                                             | 2.50  | 125.00   |
| 09/28/2011 |      |      |                                                                                                                                                                                                    |       |          |
| LMM        | B400 | A104 | Continue to review and revise appraiser demand letters.                                                                                                                                             | 1.00  | 150.00   |
| SAF        | B400 | A103 | Work on phase one broker demand letters.                                                                                                                                                            | 3.60  | 540.00   |
| SLC        | B110 | A111 | Send broker demand letters via fax and mail.                                                                                                                                                        | 2.50  | n/c      |
| 09/29/2011 |      |      |                                                                                                                                                                                                    |       |          |
| SAF        | B400 | A104 | Work on phase one broker demand letters, including review secretary of state status of all Colorado and Illinois companies (2.2)). Prepare more detailed conflict check for Colorado individual owners of companies (NC). Review of all Colorado contracts (2.4). Update chart and draft letters (2.3). | 6.90  | 1,035.00 |
| 09/30/2011 |      |      |                                                                                                                                                                                                    |       |          |
| LMM        | B400 | A104 | Further work on demand letters.                                                                                                                                                                     | 4.40  | 660.00   |
| SLC        | B110 | A111 | Send demand letters to California and Florida appraisers.                                                                                                                                           | 1.50  | 75.00    |
| SAF        | B400 | A104 | Discuss with LMM status of appraiser demand letters (.2). Prepare list of same for SLC to send today (1.7). Review spreadsheet to determine facts of Wembley's loss and provide same to DKC (.3). Review emails regarding conflicts on Broker claims (.6). | 2.80  | 420.00   |
| DKC        | B400 | A104 | (Wembleys-CA) Emails regarding settlement call with prospective defendant (Krezaie) and                                                                                                             |       |          |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE:  Non-Correspondent Cases

Statement Date: 10/11/2011
Statement No.        61263
Page No.        5

|  |  |  | | Hours | |
|---|---|---|---|---|---|
|  |  |  | prepare for call. | 0.30 | 45.00 |
|  |  |  | For Current Services Rendered | 137.70 | 20,135.00 |
|  |  |  | Total Non-billable Hours | 5.50 | |

### Advances

| 09/15/2011 | B400 | E107 | Delivery services/messengers Federal Express | | 15.26 |
|---|---|---|---|---|---|
|  |  |  | Total Advances | | 15.26 |
|  |  |  | Total Current Work | | 20,150.26 |
|  |  |  | Balance Due | | $56,526.82 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B110 | Case Administration | 260.00 | 0.00 |
| B100 | Administration | 260.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 19875.00 | 15.26 |
| B400 | Bankruptcy-Related Advice | 19,875.00 | 15.26 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Statement No. | 61601 |
| Account No. | 5130.0049 |
| | Page: 1 |

RE: Freedom II

***Payments received after 10/11/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---|---|
| 09/01/2011 | | | | | |
| | DKC | B400 | A105 | Emails regarding status of business to business discussions. Follow up regarding same and next steps if talks breakdown. | 0.20 | 77.00 |
| 09/22/2011 | | | | | |
| | CPC | B400 | A106 | Phone conference with client. | 0.20 | 53.00 |
| | JRH | B400 | A101 | Plan and prepare and attend conference call with client regarding case status. | 0.20 | 53.00 |
| | DKC | B400 | A106 | Telephone conference with client regarding recent developments in settlement discussions (.2). Follow up regarding same, including defendant's claim that certain loans should have been (but were not) resolved by prior settlement (.3). | 0.50 | 192.50 |
| | | | | For Current Services Rendered | 1.10 | 375.50 |
| | | | | Total Current Work | | 375.50 |
| | | | | Balance Due | | $375.50 |

<u>Task Code Recapitulation</u>

| | | <u>Fees</u> | <u>Expenses</u> |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 375.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 375.50 | 0.00 |

# EXHIBIT G

Invoices for Amounts over $1,000.00

(June 1, 2011 through September 30, 2011)

DOKICH COURT REPORTERS, INC
19712 MACARTHUR BLVD
SUITE 100
IRVINE, CA 92612
(949) 222-1131   Fax  (949) 222-1139

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 29404 | 07/15/2011 | 01-12403 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/29/2011 | JOHNJE | CV 06-0495-D |

| CASE CAPTION |
|---|
| LEHMAN BROTHERS BANK vs US BANK NATIONAL |

| TERMS |
|---|
| Due upon receipt |

DANIEL K. CALISHER, ESQ.
FOSTER, GRAHAM, MILSTEIN & CALISHER LLP
621 SEVENTEENTH STREET
19TH FLOOR
DENVER, CO 80293

```
1 CERTIFIED TRANSCRIPT OF:
  JOHN GREGORY VAN ORMAN                                    1,681.43

                        TOTAL  DUE  >>>>        1,681.43

PAYMENT OPTIONS:
1)  Cash on Delivery.    2)  Send payment.    3)  Visa OR Mastercard.
For new or out-of-area clients or at the sole option of Dokich Court Reporters, Inc.,
payment is due by COD.  Past due accounts will be subject to a monthly finance charge
of 1.5% per month.
Now access your deposition calendar, transcripts, and more via our complimentary online
services with document repository. For more information, please contact Andrina Nunez
at (949) 222-1131 ext. 26 or visit our website at www.Dokich.com.

Thank you for using Dokich Court Reporters, Inc.
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,681.43 |
|---|---|---|---|---|---|

TAX ID NO. : 33-0745559                                              (303) 333-9810

*Please detach bottom portion and return with payment.*

DANIEL K. CALISHER, ESQ.
FOSTER, GRAHAM, MILSTEIN & CALISHER LLP
621 SEVENTEENTH STREET
19TH FLOOR
DENVER, CO 80293

Invoice No.:  29404
Date        :  07/15/2011
**TOTAL DUE  :    1,681.43**


Job No.    :  01-12403
Case No.   :  CV 06-0495-DDP PLAX
LEHMAN BROTHERS BANK vs US BANK NATI

Remit To:   **DOKICH COURT REPORTERS, INC**
            **19712 MACARTHUR BLVD**
            **SUITE 100**
            **IRVINE, CA 92612**



# Invoice

DIGITAL REPROGRAPHICS

1801 Avenue of the
Stars, Suite 731
Los Angeles, CA. 90067
Phone 310-553-8100

| Date | Invoice # |
|------|-----------|
| 7/18/2011 | 15116 |

**Bill To**

Foster Graham Mistein & Calister LLP
621 17th Street, 19th Floor
Denver, CO 80293

**Client Name**

Julia Harvey

| Fed. Tax I.D. # | Rep | Ship | Reference/Client Matter |
|---|---|---|---|
| | JH | 7/18/2011 | 5130.0047 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8,206 | SCDL | D Heavy Litigation Scanning | 0.16 | 1,312.96T |
| 8,206 | SCLB | Electronic Bates Label | 0.02 | 164.12T |
| 1 | SCCD | CD Master | 20.00 | 20.00T |
| | | Sales Tax | 8.75% | 130.99 |

Please disregard this invoice if it has already been paid.

Thank you for your business.

| **Total** | $1,628.07 |
|---|---|

_____          _____
Client Signature                              Date

# EXHIBIT H

Order Authorizing the Employment and
Retention of
Foster Graham Milstein & Calisher, LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                :

In re                         :        Chapter 11 Case No.
                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                :

              Debtors.        :        (Jointly Administered)
                                :

------------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 327(e) OF
## THE BANKRUPTCY CODE AND RULE 2014 OF
## THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
## AUTHORIZING THE EMPLOYMENT AND RETENTION OF FOSTER
## GRAHAM MILSTEIN & CALISHER, LLP AS SPECIAL COUNSEL TO DEBTORS

        Upon consideration of the application, dated February 2, 2011 (the

"Application"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the

"Debtors"), pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") for authorization to employ and retain Foster, Graham, Milstein & Calisher, LLP

("Foster Graham") as special counsel to the Debtors; and upon the affidavit of Daniel K.

Calisher, Esq., (the "Calisher Affidavit"), filed in support of the Application; and the Court being

satisfied, based on the representations made in the Application and the Calisher Affidavit, that

Foster Graham represents no interest adverse to the Debtors or the Debtors' estates with respect

to the matters upon which it is to be engaged, under section 327(e) of the Bankruptcy Code as

modified by section 1107(b); and the Court having jurisdiction to consider the Application and

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the
Application.

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing

Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All

Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Application having been provided in accordance with the

procedures set forth in the second amended order entered June 17, 2010 governing case

management and administrative procedures [Docket No. 9635] to (i) the United States Trustee

for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v)

the United States Attorney for the Southern District of New York; (vi) Foster Graham and (vii)

all parties who have requested notice in these chapter 11 cases, and it appearing that no other or

further notice need be provided; and no objections to the Application having been filed; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain Foster Graham as special counsel to the Debtors on

the terms set forth in the Application and this order, for the Representative Matters identified in

the Application and in accordance with Foster Graham's customary rates in effect from time to

time and its disbursement policies; and it is further

ORDERED that Foster Graham shall apply for compensation and reimbursement

of expenses in accordance with the procedures set forth in sections 330 and 331 of the

Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court,

guidelines established by the U.S. Trustee, and such other procedures that have been or may be

fixed by order of this Court, including but not limited to the Court's Third Amended Order

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a)

Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals [Docket No. 4165], and the Court's Order Appointing a Fee Committee and

Approving a Fee Protocol [Docket No. 3651].

Dated: New York, New York
        March 9, 2011

                            _____ *s/ James M. Peck* _____
                            UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT I

Order Establishing Procedures for Interim
Monthly Compensation and Reimbursement of
Expenses of Professionals

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

In re                                                    :        Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,                 :        Case No. 08-13555 (JMP)
                                                         :
                    Debtors.                             :        (Jointly Administered)

--------------------------------------------------------- x

### FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the proposed amended order filed March 11, 2011 and April 6, 2011 (the "**Fourth Amended Order**") of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "**Debtors**" and, together with their non-debtor affiliates, "**Lehman**"), pursuant to sections 105(a) and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to establish procedures for interim monthly compensation and reimbursement of expenses of professionals (the "**Professionals**")—all as more fully described in the Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 (the "**Motion**") [Docket No. 833]—and upon the notice of presentment of the proposed Fourth Amended Order; and the Court having jurisdiction to consider the proposed Fourth Amended Order and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under

Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

proposed Fourth Amended Order and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the proposed Fourth Amended Order having

been provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all parties who have requested notice; and (iii) all Professionals; and the Court

having entered an amended order, dated June 25, 2009 (the "**Third Amended Order**") [Docket

No. 4165], governing the procedures for interim monthly compensation and reimbursement of

expenses of professionals; and the Court then concluding that there is cause to make certain

amendments to the Third Amended Order; and the relief sought in the proposed Fourth Amended

Order being in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion and the proposed Fourth

Amended Order establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the Third Amended Order is superseded in its entirety by this Fourth

Amended Order; and it is further

ORDERED that except as may otherwise be provided in orders of the Court authorizing

the retention of specific Professionals, all Professionals in these cases may seek monthly

2

compensation in accordance with the following procedures (the "**Interim Compensation Procedures**"):

(a) On or before the forty-fifth (45th) day following the month for which compensation is sought, each professional seeking compensation, other than a professional retained as an ordinary course professional or a professional retained by the Examiner appointed in these Chapter 11 cases, will serve a monthly statement (the "Monthly Statement"), by hand or overnight delivery on (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York, 10020 (Attn: John Suckow and William Fox); (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and, (v) Richard Gitlin, Chair of the Fee Committee (as defined in the Order Appointing a Fee Committee and Approving a Fee Protocol, dated May 26, 2009 [Docket No. 3651], all as may be amended from time to time, the "**Fee Protocol**") c/o Godfrey & Kahn, S.C., One East Main Street, P.O. Box 2719, Madison, WI 53701-2719 (the "**Notice Parties**"). In addition to being served with a paper copy, the Office of the United States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers Holdings, Inc. shall also be served with a disc containing an electronic version of the Monthly Statement.

(b) The Monthly Statement need not be filed with the Court and a courtesy copy need not be delivered to chambers since this Fourth Amended Order is not intended to alter the fee application requirements outlined in sections 330 and 331 of the Bankruptcy Code and since professionals are still required to serve and file interim and final applications for approval of fees and expenses in accordance with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

(c) Each Monthly Statement must contain a list of the individuals and their respective titles (*e.g.*, attorney, paralegal, etc.) who provided services during the statement period, their respective billing rates, the aggregate hours spent by each individual, a reasonably detailed breakdown of the fees and expenses incurred (no professional should seek reimbursement of an expense that would otherwise not be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and April 21, 1995 or the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or as close thereto as practicable.

3

(d)     Each Notice Party shall have at least thirty (30) days after receiving the Monthly
        Statement to review the statement and, if the Notice Party objects to the
        compensation or expense reimbursement sought in a particular statement, such
        Notice Party shall, no later than the thirty-first (31st) day following receipt of the
        Monthly Statement (the "**Monthly Statement Objection Deadline**"), serve upon
        the professional to whose Monthly Statement the Notice Party objects and the
        other Notice Parties a written "Notice of Objection to Fee Statement," setting
        forth the nature of the Notice Party's objection and the amount of fees or expenses
        at issue.

(e)     At the expiration of the Monthly Statement Objection Deadline, the Debtors shall
        promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of
        the expenses identified in each Monthly Statement to which no objection has been
        served in accordance with paragraph (d) above.

(f)     If the Debtors object or receive an objection to a particular Monthly Statement,
        the Debtors shall withhold payment of that portion of the Monthly Statement to
        which the objection is directed and promptly pay the remainder of the fees and
        disbursements in the percentages set forth in paragraph (e).

(g)     If the parties to an objection resolve their dispute following the service of a Notice
        of Objection to Fee Statement and if the party whose Monthly Statement was
        objected to serves on all Notice Parties a statement indicating that the objection is
        withdrawn or modified and describing the terms of the resolution, then the
        Debtors shall promptly pay, in accordance with paragraph (e), that portion of the
        Monthly Statement that is no longer subject to an objection.

(h)     All objections that the parties do not resolve shall be preserved and presented to
        the Court at the next interim or final fee application hearing to be heard by the
        Court in accordance with paragraph (j) below.

(i)     The service of an objection in accordance with paragraph (d) above shall not
        prejudice the objecting party's right to object to any fee application made to the
        Court in accordance with the Bankruptcy Code on any ground regardless of
        whether the objecting party raised the ground in the objection or not.
        Furthermore, the decision by any party not to object to a Monthly Statement shall
        not waive or prejudice that party's right to object to any fee application
        subsequently made to the Court in accordance with the Bankruptcy Code,
        including any final application.

(j)     Commencing with the period ending January 31, 2009, and at four-month
        intervals thereafter, each of the professionals shall file with the Court, in
        accordance with General Order M-242 (which can be found at
        www.nysb.uscourts.gov), an application (an "**Interim Fee Application**") for
        interim Court approval and allowance pursuant to sections 330 and 331 of the
        Bankruptcy Code (as the case may be) of the compensation and reimbursement of
        expenses requested in the fee statements served during such period (the "**Interim**

4

Fee Period"). Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses.[1] Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date through and including January 31, 2009. All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention and otherwise in accordance with the procedures set forth in this Motion.

(k)    The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals, which hearing date should be consistent with the timelines set forth in the Fee Protocol, as amended from time to time. Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline. The Debtors' attorneys shall file and serve such application.

(l)    The pendency of an application or objection or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)    Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)    Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures, collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; provided, however, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

(o)    Any Professional that materially fails to comply with this Order shall (1) be ineligible to receive further monthly payments of fees or expenses as provided herein until further order of this Court and (2) may be required to disgorge any fees paid since retention or the last fee application, whichever is later.

And, it is further

---

[1] For the seventh interim fee period (October 1, 2010 through January 31, 2011), any Retained Professional may, but need not, take an additional forty-five (45) days to file its Interim Fee Application.

5

ORDERED that the Debtors shall include all payments to Professionals on their monthly operating reports, detailed by line item so as to state the amount paid to each of the Professionals, and detailed so as to state the amount paid to ordinary course professionals (which may be aggregated into one line item); and it is further

ORDERED that the amount of fees and disbursements sought be set out in U.S. dollars, with the conversion amount calculated at the time of the submission of the Monthly Statement, to the extent practicable, or as soon thereafter as possible.

ORDERED that any party may object to requests for payments made pursuant to this Fourth Amended Order, or move to modify or vacate all or certain provisions of this Fourth Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; provided, however, that the inclusion in this Fourth Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that, in the event that an Ordinary Course Professional (as such term is defined in the Order Pursuant to Sections 105(1), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394] (the "**OCP Order**")) or a professional retained by the Examiner seeks more than $150,000 per month and, as set forth in the OCP Order or the *Order Discharging Examiner and Granting Related Relief* [Docket No. 10169] (as applicable), files a fee application for the full amount of its fees and expenses for that month, then the Debtors' attorneys shall obtain a

6

date from the Court for the hearing of the fee application, which shall be scheduled no earlier than 30 days after the fee application is served on the Notice Parties; and it is further

ORDERED that all time periods set forth in this Fourth Amended Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the Standard Parties entitled to notice pursuant to the Court's second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: New York, New York
       April 14, 2011

                              s/ James M. Peck
                              Honorable James M. Peck
                              United States Bankruptcy Judge

7