WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                          :    **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                               :
           Debtors.                            :    **(Jointly Administered)**
                                               :
                                               :
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE**
**HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (COMPOUND CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims), that was scheduled for December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: December 14, 2011
      New York, New York

                         /s/ Robert J. Lemons
                        Robert J. Lemons

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Boughrum, Donald | 4625 | |
| Krieger, Karen M. Simon | 18087 | |
| Lister, James | 17624 | 20807 |
| Monahan, Brian | 20774 | |
| Nahum, Anthony | 24952 | |
| O'Sullivan, Thomas | 27300 | |
| Seraydar, Rose | 2927 | 20585 |
| Sheffer, Scott | 1681 | 20783 |
| Shi, Zhiyong | 4618 | |