WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                       :    **Chapter 11**
Case No.                                                                       :
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                                    :    **08-13555 (JMP)**
                                                                               :
                    Debtors.                                                   :    (Jointly
Administered)
                                                                               :
-------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF MOTION OF PEARL ASSURANCE LIMITED TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED

**PLEASE TAKE NOTICE** that the hearing on the Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed [Docket No. 12072] that is scheduled for December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43880192\01\58399.0008

Dated: December 14, 2011
      New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession