# EXHIBIT B

### Summary of Expenses

| SUMMARY OF LEGAL EXPENSES | |
|---|---|
| Category | Total |
| Official Records Search | 280.48 |
| Filing Fees | 150.00 |
| Professional Investigative Services | 286,545.55 |
| Automated Research | 3,022.76 |
| Local Transportation | 113.09 |
| Business Meals | 381.96 |
| Document Reproduction | 761.60 |
| Document Delivery | 390.01 |
| TOTAL | $291,645.45 |