# EXHIBIT B-1

| SUMMARY OF LEGAL EXPENSES BY TASK CODE ||
|---|---|
| TASK CODE - 4100   MATTER NO. 09114014 ||
| 2004 ISSUES ||
| Category | Total |
| Professional Investigative Services | $286,545.55 |
| Filing Fees | $150.00 |
| Official Records Search | $280.48 |
| Local Transportation | $113.09 |
| Business Meals | $381.96 |
| Automated Research | $3,022.76 |
| Document Reproduction | $661.60 |
| Document Delivery | $225.60 |
| TOTAL | $291,381.04 |

| SUMMARY OF LEGAL EXPENSES BY TASK CODE ||
|---|---|
| TASK CODE - 4600   MATTER NO. 09114019 ||
| FIRM'S OWN BILLING/FEE APPLICATIONS ||
| Category | Total |
| Document Reproduction | $100.00 |
| Document Delivery | $164.41 |
| TOTAL | $264.41 |