# EXHIBIT C

## Hours and Fees for Services Rendered for the Interim Fee Period by Category

| SUMMARY BY TASK CODE AND CATEGORY | | | |
|---|---|---|---|
| | | | |
| Matter Number/Task Code | Category | Total Hours | Total Amount |
| | | | |
| 09114014 - 4100 | Rule 2004 Discovery Issues | 2,736.50 | $902,870.00 |
| 09114019 - 4600 | Firm's Own Billing/Fee Applications | 31.70 | $12,962.50 |
| | | | |
| Total | | 2,768.20 | $915,832.50 |
| Less Voluntary Reduction Taken in the June 2011 and July 2011 Fee Statements: | | | -$110,000.00 |
| TOTAL: | | | $805,832.50 |