# EXHIBIT C-1

| TASK CODE - 4100 MATTER NO. 09114014 | | | | | |
|---|---|---|---|---|---|
| 2004 ISSUES | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Michael J. Bowe | 1993 | Partner | $750 | 87.70 | $65,775.00 |
| Marc E. Kasowitz | 1978 | Partner | $1,000 | 0.30 | $300.00 |
| Albert Mishaan | 1995 | Partner | $685 | 5.80 | $3,973.00 |
| Robert M. Novick | 1994 | Partner | $775 | 1.40 | $1,085.00 |
| Gary W. Dunn | 1990 | Associate | $450 | 608.10 | $273,645.00 |
| Jennifer S. Recine | 2004 | Associate | $435 | 17.70 | $7,699.50 |
| David M. Rubinstein | 2009 | Associate | $275 | 198.80 | $54,670.00 |
| Michelle J. Vladimirsky | 2007 | Associate | $350 | 182.60 | $63,910.00 |
| Karina Aiello Rocha | 2006 | Staff Attorney | $300 | 448.00 | $134,400.00 |
| Matthew Cowherd | 2007 | Staff Attorney | $265 | 87.60 | $23,214.00 |
| Jorge Diaz | 2000 | Staff Attorney | $375 | 65.30 | $24,487.50 |
| Dara J. Kaufman | 2004 | Staff Attorney | $325 | 46.40 | $15,080.00 |
| Patrick Moore | 2002 | Staff Attorney | $375 | 306.80 | $115,050.00 |
| Aneta Naumova Brzova | N/A | Law Clerk | $175 | 541.40 | $94,762.50 |
| Thomas J. Albuquerque | N/A | Lit. Support | $175 | 4.60 | $805.00 |
| Christine F. Gleitsmann | N/A | Paralegal | $225 | 32.00 | $7,200.00 |
| Gabriel Irizarry | N/A | Paralegal | $175 | 101.90 | $16,813.50 |
| TOTAL: | | | | 2,736.40 | $902,870.00 |

| TASK CODE - 4600 MATTER NO. 09114019 | | | | | |
|---|---|---|---|---|---|
| FIRM'S OWN BILLING/FEE APPLICATIONS | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Robert M. Novick | 1994 | Partner | $775 | 0.30 | $232.50 |
| Gary W. Dunn | 1990 | Associate | $450 | 17.40 | $7,830.00 |
| Michelle Vladimirsky | 2007 | Associate | $350 | 14.00 | $4,900.00 |
| TOTAL: | | | | 31.70 | $12,962.50 |