# EXHIBIT E

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
Marc E. Kasowitz
Michael J. Bowe
Robert M. Novick
Albert S. Mishaan

*Special Counsel for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------x

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application for Allowance of Interim Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing June 1, 2011 through September 30, 2011; and a hearing having been held before this Court to consider the Application on _____; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

ORDERED that the Application is granted to the extent set forth in Schedule "A."

Date:  New York, New York
       _____, 2012

                                          _____
                                          United States Bankruptcy Judge
                                          Southern District of New York

Case No.:   08-13555 (JMP)
Case Name:  In Re Lehman Brothers Holdings, Inc., et al.

CURRENT FEE PERIOD:
June 1, 2011 through September 30, 2011

| APPLICANT | DATE AND DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman LLP | _____, 2011 Docket No. | $805,832.50 | | $251,645.45 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE: A          DATE:_____          INITIALS: _____ USBJ