Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.*
*and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | The Debtors and Debtors in Possession |
| Date of Retention: | June 1, 2010, *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | June 1, 2011 through September 30, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $316,614.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,628.90 |
| This is a(n): | Fourth Interim Fee Application |

The total time expended for preparation of this application is approximately 6.0 hours, and the corresponding compensation is not included herein but will be requested in a future application of Reed Smith LLP for compensation and reimbursement of expenses.

**PRIOR APPLICATIONS**

| APPLICANT | APPLICATION FILING DATE AND DOCKET NUMBER | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Reed Smith LLP | First Interim Application (Sixth Fee Period) Docket No. 13481 | $418,202.00 | $403,466.00 | $4,832.33 | $4,778.40 |
| Reed Smith LLP | Second Interim Application (Seventh Fee Period) Docket No. 17341 | $237,869.50 | $224,708.50 | $5,517.90 | $5,387.28 |
| Reed Smith LLP | Third Interim Application (Eighth Fee Period) Docket No. 19274 | $174,090.50 | TBD | $7,152.42 | TBD |

## COMPENSATION BY PROFESSIONAL

| NAME, DEPARTMENT AND LOCATION | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Carolyn H. Rosenberg, Litigation – Insurance Recovery, Chicago | 1982 | $725.00 | 172.8 | $125,280.00 |
| Peter Hardy, Litigation – Insurance Recovery, London | 1993 | $705.00 | 6.8 | $4,794.00 |
| Margaret E. Campbell – Insurance Recovery, London | 1981 | $705.00 | 0.2 | $141.00 |
| Mark S. Hersh, Litigation – Insurance Recovery, Chicago | 1983 | $580.00 | 195.1 | $113,158.00 |
| J. Andrew Moss, Litigation – Insurance Recovery, Chicago | 1999 | $500.00 | 120.6 | $60,300.00 |
| Total Partners: | | | 495.5 | $303,673.00 |
| **ASSOCIATES** | | | | |
| Jennifer Katz, Litigation – Insurance Recovery, New York | 2004 | $450.00 | 12.3 | $5,535.00 |
| Total Associates: | | | 12.3 | $5,535.00 |
| **PARAPROFESSIONALS** | | | | |
| James Schad, Litigation – Insurance Recovery, Chicago | n/a | $280.00 | 0.6 | $168.00 |
| Jane Ann Conway Gross, Litigation – Insurance Recovery, Chicago | n/a | $250.00 | 7.0 | $1,750.00 |
| Elizabeth Anne Arundel, Financial Industry, Chicago | n/a | $240.00 | 21.4 | $5,136.00 |
| Enrique Sanroman – Litigation Support Specialist, Chicago | n/a | $220.00 | 1.6 | $352.00 |
| Total Paraprofessionals: | | | 30.6 | $7,406.00 |
| Blended Hourly Rate | | | | $586.39 |
| **Totals:** | | | **539.4** | **$316,614.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 1300 Insurance Coverage and Insurance Matters | 497.5 | $301,336.00 |
| 4600 Firm's Own Billing/Fee Applications | 41.9 | $15,278.00 |
| **TOTAL** | **539.4** | **$316,614.00** |

## EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Outside Database, Pacer | $127.42 |
| Legal Research, Westlaw/Lexis | $645.75 |
| Lodging Expense | $2,174.43 |
| Air Travel Expense | $2,565.95 |
| Telephone Expense | $35.34 |
| Taxi Expense | $516.53 |
| Meals | $277.31 |
| Courier Service | $286.17 |
| **Total Disbursements** | $6,628.90 |

Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.
and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------------x

**FOURTH INTERIM APPLICATION OF REED SMITH LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

Reed Smith LLP ("Reed Smith") hereby submits its Fourth Interim Application of Reed

Smith LLP, Special Counsel to the Debtors and Debtors in Possession (the "Debtors"), for

Allowance of Compensation and Reimbursement of Expenses for the period June 1, 2011

through September 30, 2011 (the "Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and

331, Federal Rule of Bankruptcy Procedure 2016, the Fourth Amended Order Pursuant To

Sections 105(A) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 15997] (the "Compensation Order"), and the Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses promulgated by the Executive

US_ACTIVE-107834466.1

Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A). By this Application,

Reed Smith, as special counsel to the Debtors in these cases, seeks interim approval and payment

of compensation for legal services performed and expenses incurred during the period

commencing June 1, 2011 through September 30, 2011 (the "Compensation Period"). In support

hereof, Reed Smith respectfully represents the following:

## I.    FACTUAL BACKGROUND

1.    Commencing on September 15, 2008 and periodically thereafter (as applicable,

the "Commencement Date"), Lehman Brothers Holdings Inc. ("LBHI") and certain of its

subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy

Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and

are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized

to operate their businesses and manage their properties as debtors in possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code.

2.    On September 17, 2008, the United States Trustee for the Southern District of

New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors

pursuant to section 1102 of the Bankruptcy Code (the "Creditors Committee").

3.    On September 19, 2008, a proceeding was commenced under the Securities

Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A

trustee appointed under SIPA is administering LBI's estate.

4.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner

in the above-captioned chapter 11 cases (the "Examiner") and, by order dated January 20, 2009

[Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner. The

Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy Code

on March 11, 2010 [Docket No. 7531].  On July 13, 2010, the Court entered an order discharging the Examiner and his professionals.

5.       On May 26, 2009, the Court entered an order appointing a fee committee (the "Fee Committee") and approving a fee protocol (the "Fee Protocol") to make recommendations with respect to fees and expenses of retained professionals in these chapter 11 cases [Docket No. 3651].

6.       This is the Fourth application Reed Smith for allowance of compensation and for reimbursement of expenses; two prior applications have been filed.

## EMPLOYMENT OF REED SMITH LLP

7.       On June 22, 2010, the Debtors filed the Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Reed Smith LLP, as Special Counsel to the Debtors [Docket No. 9722] (the "Retention Application").

8.       On July 21, 2010, the Court entered an Order Authorizing the Employment and Retention of Reed Smith Order Pursuant To Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Reed Smith LLP, as Special Counsel to The Debtors [Docket No. 10343] ("Retention Order").  A true and correct copy of the Retention Order is attached hereto as **Exhibit A.**

9.       On September 21, 2010, the Court approved the Stipulation Amending the Effective Date of the Employment and Retention of Reed Smith LLP as Special Counsel to the Debtors *nunc pro tunc* to June 1, 2010 [Docket No. 11499] (the "Stipulation").  A true and correct copy of the Stipulation is attached hereto as **Exhibit B.**

- 3 -

10.     Pursuant to the Retention Order, the Debtors were authorized pursuant to Section 327(e) of the Bankruptcy Code to employ and retain Reed Smith as special counsel to the Debtors on the terms set forth in the Retention Application for the special purpose of insurance recovery matters as identified in the Retention Application and in accordance with Reed Smith's customary rates in effect.

## II.    COMPENSATION AND REIMBURSEMENT OF EXPENSES

11.     Reed Smith submits this Application for the allowance of reasonable compensation for actual and necessary professional services provided to the Debtors in these cases, and for reimbursement of actual and necessary out-of-pocket expenses incurred in representing the Debtors during the Compensation Period.  All included services and costs for which Reed Smith seeks compensation were performed for, or on behalf of, the Debtors during the Compensation Period.

12.     This Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "U.S. Trustee Guidelines"), and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 15997] (the "Administrative Order," and together with the Local Guidelines and the U.S. Trustee Guidelines, the "Guidelines").  Reed Smith seeks to comply with the directions provided by the Fee Committee and will provide a copy of this Application to the Fee Committee.

13.     In connection with services performed, Reed Smith billed a total of $316,614.00 in fees and incurred $6,628.90 in expenses on behalf of the Debtors during the Compensation Period.

14.     By this Application, Reed Smith seeks:  (a) interim allowance of compensation in the amount of $316,614.00 for legal services rendered during the Compensation Period, and (b) reimbursement in the amount of $6,628.90 for expenses incurred during the Compensation Period.[1]

15.     For the Court's review, a summary containing the names of each Reed Smith professional and paraprofessional rendering services to the Debtors during the Compensation Period, their customary billing rates, the time expended by each professional and paraprofessional, and the total value of time incurred by each professional and paraprofessional is attached as **Exhibit C**.

16.     All Reed Smith professionals and paraprofessionals rendering services to the debtors bill and continue to bill at their customary billing rates that were in effect as of Reed Smith's retention *nunc pro tunc* on June 1, 2010.

17.     In addition, **Exhibit C** contains detailed time entries reflecting the time recorded for services rendered on a daily basis during the Compensation Period and descriptions of the services provided, identified by project task categories.

18.     **Exhibit C** also contains a breakdown of expenses incurred and disbursed by Reed Smith during the Compensation Period.  Reed Smith has incurred out-of-pocket expenses during the Compensation Period in the amount of $6,628.90.  This sum is broken down into categories

---

[1] Reed Smith is voluntarily reducing its request for compensation by $1,267.50 (3.7 professional hours) for non-compensable amounts reflected in its June 1, 2011 to June 30, 2011 invoice (Exhibit C-1).

of charges, including, among other things, telephone charges, travel and lodging charges, postage

and photocopying charges and legal research charges. Reed Smith's rate for in-house

duplication is $0.10 per page. Reed Smith also uses outside duplication services for large

photocopy work.

### III.    ANALYSIS AND NARRATIVE DESCRIPTION
### SERVICES RENDERED AND TIME EXPENDED

19.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that

bankruptcy courts may award "reasonable compensation for actual, necessary services rendered

by the trustee, examiner, ombudsman, professional person, or attorney and by any

paraprofessional employed by any such person." *See* 11 U.S.C. § 330(a)(1)(A). The attorneys

requesting compensation from the bankruptcy estate bear the burden of demonstrating to the

Court that the services performed and fees incurred were reasonable.

20.     In determining the amount of reasonable compensation to be awarded, the Court

shall consider, pursuant to Section 330(a)(3) of the Bankruptcy Code, the nature, extent, and the

value of such services, taking into account all relevant factors, including:  (A) the time spent on

such services; (B) the rates charged for such services; (C) whether the services were necessary to

the administration of, or beneficial at the time at which the service was rendered toward the

completion of, a case under this title; (D) whether the services were performed within a

reasonable time commensurate with the complexity, importance, and nature of the problem,

issue, or task addressed; (E) with respect to a professional person, whether the person is board

certified or otherwise has demonstrated skill and experience in the bankruptcy filed: and

(F) whether the compensation is reasonable, based on the customary compensation charged by

comparably skilled practitioners in cases other than cases under this title. *See* 11 U.S.C.

§ 330(a)(3)(A)-(F).

21.     With respect to the time and labor expended by Reed Smith in these cases, as set forth in **Exhibit C**, during the Compensation Period, Reed Smith rendered professional services in the aggregate amount of $316,614.00.  Reed Smith believes it is appropriate for it to be compensated for the time spent in connection with these matters, and sets forth a brief narrative description of the services rendered, for or on behalf of the Debtors, and the time expended, organized by project task categories, as follows:

A.     **SPECIAL INSURANCE COVERAGE COUNSEL (INSURANCE COVERAGE AND INSURANCE MATTERS)**

22.     During the Compensation Period, Reed Smith's services performed in connection with this category relate to, *inter alia*:  (1) evaluation and analysis of D&O insurance coverage, particularly with regard to insurance that may be available to respond to pending and future claims against directors and officers; (2) advising and counseling the Debtors regarding potential insurance recovery under primary and excess D&O insurance policies issued to the Debtors in connection with claims made against directors and officers; (3) preparation of substantive correspondence and substantive documents as necessary with regard to potential D&O insurance recovery for claims made against the directors and officers; (4) appearing and representing the interests of the Debtors with respect to D&O insurance recovery issues at meetings between the Debtors, representatives of the directors and officers and representatives of the D&O insurers; (5) appearing and representing the interests of the Debtors with respect to D&O insurance recovery issues at alternative dispute resolution proceedings between claimants and the directors and officers; and (6) appearing and representing the interests of the Debtors with respect to D&O insurance recovery issues at proceedings in these chapter 11 cases.  Reed Smith seeks compensation for 497.5 hours of reasonable and necessary legal services performed for Special

- 7 -

Insurance Coverage matters during the Compensation Period in the total amount of

$301,336.00.[2]

23.    During the compensation period, the following Reed Smith professionals and

paraprofessionals performed services under this category:  Anne Elizabeth Arundel; Margaret E.

Campbell: Jane Ann Conway-Gross; Peter Hardy; Mark S. Hersh; Jennifer Katz; J. Andrew

Moss; James Schad; and Carolyn H. Rosenberg.

24.    Reed Smith believes that its rates are market rates within the range charged by

other counsel in this marketplace for similar Chapter 11 cases.  The billing rates set forth in Reed

Smith's Summary Sheet pursuant to U.S. Trustee Guidelines (the "Summary") represent

customary rates routinely billed to the firm's many clients.  (*See* Exhibit A).  Moreover, the

Retention Application and the accompanying Declarations in Support of the Retention

Application stated that Reed Smith would be compensated on an hourly basis, plus

reimbursement of actual, reasonable and necessary out-of-pocket expenses incurred by the firm.

Here, the compensation requested does not exceed the reasonable value of the services rendered.

Reed Smith's standard hourly rates for work of this nature are set at a level designed to fairly

compensate Reed Smith for the work of its attorneys and paraprofessionals and to cover fixed

and routine overhead expenses.

25.    Further, the Debtors sought to retain Reed Smith as special counsel due to its

extensive experience and knowledge in the field of D&O insurance recovery matters on behalf of

---

[2] Reed Smith's invoices for June 1, 2011 through June 30, 2011 (Exhibit C-1) and for September 1, 2011 through
September 30, 2011 (Exhibit C-4) inadvertently attributed, respectively, $50.00 and $72.00 in professional fees to
task code 4600 (Firm's Own Billing/Fee Applications).  These amounts should have been attributed to task code
1300 (Insurance Coverage and Insurance Matters).  This total of $122.00 is reflected in the amount of compensation
sought in connection with Insurance Coverage and Insurance Matters.

policyholders in the financial services industry, and because of its expertise, experience and knowledge practicing in matters that are likely to arise in these cases before this Court.

### B.    FIRM'S OWN BILLING/FEE APPLICATIONS

26.    In connection with the work performed on behalf of the Debtors, Reed Smith prepared and submitted its Third Interim Fee Application seeking interim allowance of compensation and reimbursement of expenses, and engaged in substantive communications with representatives of the Fee Committee concerning issues identified by the Fee Committee with respect to Reed Smith's requests for interim compensation. Reed Smith seeks compensation for 41.9 hours of reasonable and necessary legal services performed during the Compensation Period in connection with fee applications and communications with the Fee Committee in the total amount of $15,278.00.

27.    During the compensation period, the following Reed Smith professionals and paraprofessionals performed services under this category: Elizabeth Anne Arundel, J. Andrew Moss, Carolyn H. Rosenberg and Enrique Sanroman.

28.    As shown in the Summary, this Application covers the period from June 1, 2011 through September 30, 2011. Every effort was made to include all fees and expenses from the Compensation Period in this Application. Some fees and/or expenses from the Compensation Period might not be included in this Application due to delays in processing time and receipt of invoices for expenses and/or for preparation of the instant application subsequent to the Compensation Period. Accordingly, Reed Smith reserves the right to make further applications to the Court for allowance of fees and expenses not included herein.

29.    Reed Smith believes that the Application and the description of services set forth herein for work performed are in compliance with the requirements of the Local Guidelines, the

U.S. Trustee Guidelines, and the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.   A true and correct copy of the Certification of Carolyn H. Rosenberg is attached hereto as **Exhibit D**.

WHEREFORE, Reed Smith respectfully requests monthly interim allowance of compensation for professional services rendered in the amount of $316,614.00 and reimbursement of expenses in the amount of $6,628.90 for the period June 1, 2011 through September 30, 2011 and payment according to the procedures set forth in the Compensation Order.

Dated:  December  9, 2011
       Chicago, Illinois

Respectfully submitted,

REED SMITH LLP

By:  /s/ Carolyn H. Rosenberg
     Carolyn H. Rosenberg
     10 S. Wacker Drive
     Suite 4000
     Chicago, IL 60606
     Telephone: (312) 207-1000
     Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc. and its affiliated Debtors and Debtors in Possession*

# EXHIBIT A

US_ACTIVE-106435870.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                                    :
                    **Debtors.**                    :        **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 327(e)**
**OF THE BANKRUPTCY CODE AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF REED**
**SMITH LLP, AS SPECIAL COUNSEL TO THE DEBTORS**

Upon consideration of the application, dated June 22, 2010 (the "Application"),[1]

of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to

section 327(e) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2014(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule

2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), to employ and retain Reed Smith LLP ("Reed Smith") as special counsel to the Debtors,

all as more fully described in the Application; and upon the Declaration of Carolyn H. Rosenberg

(the "Rosenberg Declaration"), filed in support of the Application; and the Court being satisfied,

based on the representations made in the Application and the Rosenberg Declaration, that Reed

Smith represents no interest adverse to the Debtors or the Debtors' estates with respect to the

matters upon which it is to be engaged, under section 327 of the Bankruptcy Code; and the Court

having jurisdiction to consider the Application and the relief requested therein in accordance

---

[1]     Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the
Application.

with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges

for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10,

1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having

been provided in accordance with the procedures set forth in the amended order entered February

13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the

United States Trustee for the Southern District of New York; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) Reed Smith, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Application is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Application establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain Reed Smith as special counsel to the Debtors on the

terms set forth in the Application and this order for the specified special purpose of insurance

recovery matters identified in the Application and in accordance with Reed Smith's customary

rates in effect from time to time and its disbursement policies; and it is further

ORDERED that Reed Smith shall apply for compensation and reimbursement of

expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy

Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines

established by the U.S. Trustee, and such other procedures that have been or may be fixed by

order of this Court, including but not limited to the Court's Third Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 4165] and the Court's Order Appointing a Fee Committee and Approving a Fee

Protocol [Docket No. 3651].


Dated: New York, New York
        July 21, 2010

                                    _____*s/ James M. Peck*_____
                                    Honorable James M. Peck
                                    United States Bankruptcy Judge

# EXHIBIT B

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                           :

**In re**                             :             **Chapter 11**

                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* :     **Case No. 08-13555 (JMP)**

                                           :

                          **Debtors.**    :     **(Jointly Administered)**

                                           :
-----------------------------------------------------------------x

**STIPULATION AMENDING THE EFFECTIVE**
**DATE OF THE EMPLOYMENT AND RETENTION**
**OF REED SMITH  LLP AS SPECIAL COUNSEL TO**
**THE DEBTORS *NUNC PRO TUNC* TO JUNE 1, 2010**

        This stipulation ("<u>Stipulation</u>") is entered into by and among Reed Smith LLP

("<u>Reed Smith</u>"), Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above

referenced chapter 11 cases, as debtors and debtors in possession (together, the "<u>Debtors</u>"), and

the Office of the United States Trustee for the Southern District of New York (collectively, the

"<u>Parties</u>"), to amend the effective date of the employment and retention of Reed Smith as special

counsel to the Debtors *nunc pro tunc* to June 1, 2010.

<u>**RECITALS**</u>

        A.      On June 22, 2010, the Debtors filed their Application of the Debtors

Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of

Bankruptcy Procedure for Authorization to Employ and Retain Reed Smith LLP, as Special

Counsel to the Debtors (the "Application") and the Declaration of Carolyn H. Rosenberg on

Behalf of Reed Smith LLP in Support of Debtors' Application for Authorization to Employ and

Retain Reed Smith LLP, as Special Counsel to the Debtors.  [Docket No. 9722].  The Debtors

requested authorization to engage Reed Smith LLP as special counsel with respect to directors'

and officers' liability insurance coverage.

      B.     On July 21, 2010, this Court approved the Application by way of its Order

Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention

of Reed Smith LLP, as Special Counsel to the Debtors (the "Retention Order").  [Docket No.

10343].  The Retention Order states that "the Debtors are hereby authorized to employ and retain

Reed Smith LLP as special counsel to the Debtors on the terms set forth in the Application. . . ."

Retention Order, at 2.

      C.     The Debtors and Reed Smith, did not request *nunc pro tunc* approval in

the abundance of caution, therefore Reed Smith's employment and retention as special counsel

was effective upon entry of the Retention Order.

      D.     To ensure Reed Smith is compensated for all of its services rendered to the

Debtors, the Parties request Reed Smith's retention be made effective *nunc pro tunc* to June 1,

2010.  The Debtors submit that the significant work Reed Smith performed at their request, prior

to entry of the Retention Order, was necessary and provided value to the Debtors and their

respective estates, thereby warranting retroactive approval.

## **AGREEMENT**

      E.     Reed Smith's retention as special counsel to the Debtors shall be effective

*nunc pro tunc* to June 1, 2010.

2

        F.      In all other respects the terms of the Retention Order shall remain in full force and effect.

        G.      This Stipulation is subject to approval of the Court and shall be of no force and effect unless and until it is approved.

[*Signature Page Follow*]

Dated: August 16, 2010
     New York, New York

Dated: August 16, 2010


By: /s/ Richard P. Krasnow

By:  /s/ Carolyn Rosenberg


Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Carolyn Rosenberg
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Attorneys for Lehman Brothers Holdings,
Inc. and its Affiliated Debtors and Debtors-
in-Possession*

*Special Counsel for Lehman Brothers
Holdings, Inc. and its Affiliated Debtors
and Debtors-in-Possession*


NO OBJECTION

Tracy Hope Davis
Acting United States Trustee

By: /s/ Andrew D. Velez-Rivera
OFFICE OF THE U.S. TRUSTEE
*33 Whitehall Street, Suite 2100*
*New York, New York  10004*
Telephone: (212) 510-0500
Facsimile:  (212) 668-2255

*Trial Attorney*


**SO ORDERED:**


Dated: New York, New York
     September 21, 2010

                *s/ James M. Peck*
                HONORABLE JAMES M. PECK
                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT C

## COMPENSATION BY PROFESSIONAL

| NAME, DEPARTMENT AND LOCATION | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Carolyn H. Rosenberg, Litigation – Insurance Recovery, Chicago | 1982 | $725.00 | 172.8 | $125,280.00 |
| Peter Hardy, Litigation – Insurance Recovery, London | 1993 | $705.00 | 6.8 | $4,794.00 |
| Margaret E. Campbell – Insurance Recovery, London | 1981 | $705.00 | 0.2 | $141.00 |
| Mark S. Hersh, Litigation – Insurance Recovery, Chicago | 1983 | $580.00 | 195.1 | $113,158.00 |
| J. Andrew Moss, Litigation – Insurance Recovery, Chicago | 1999 | $500.00 | 120.6 | $60,300.00 |
| Total Partners: | | | 495.5 | $303,673.00 |
| **ASSOCIATES** | | | | |
| Jennifer Katz, Litigation – Insurance Recovery, New York | 2004 | $450.00 | 12.3 | $5,535.00 |
| Total Associates: | | | 12.3 | $5,535.00 |
| **PARAPROFESSIONALS** | | | | |
| James Schad, Litigation – Insurance Recovery, Chicago | n/a | $280.00 | 0.6 | $168.00 |
| Jane Ann Conway Gross, Litigation – Insurance Recovery, Chicago | n/a | $250.00 | 7.0 | $1,750.00 |
| Elizabeth Anne Arundel, Financial Industry, Chicago | n/a | $240.00 | 21.4 | $5,136.00 |
| Enrique Sanroman – Litigation Support Specialist, Chicago | n/a | $220.00 | 1.6 | $352.00 |
| Total Paraprofessionals: | | | 30.6 | $7,406.00 |
| Blended Hourly Rate | | | | $586.39 |
| **Totals:** | | | **539.4** | **$316,614.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 1300 Insurance Coverage and Insurance Matters | 497.5 | $301,336.00 |
| 4600 Firm's Own Billing/Fee Applications | 41.9 | $15,278.00 |
| **TOTAL** | **539.4** | **$316,614.00** |

## EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Outside Database, Pacer | $127.42 |
| Legal Research, Westlaw/Lexis | $645.75 |
| Lodging Expense | $2,174.43 |
| Air Travel Expense | $2,565.95 |
| Telephone Expense | $35.34 |
| Taxi Expense | $516.53 |
| Meals | $277.31 |
| Courier Service | $286.17 |
| **Total Disbursements** | $6,628.90 |

**EXHIBIT   C-1**

**June 1, 2011 through June 30, 2011**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas, 38th Floor<br>New York, NY 10020 | Invoice Number: **2145653**<br>Invoice Date: **7/13/2011**<br>Client Number: **330015**<br>Matter Number: **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**     6/1/2011 – 6/30/2011

## INVOICE SUMMARY

Total Current Fees ........................................................................................... $     70,084.00

Total Current Disbursements ............................................................................     434.84

**Total Due This Invoice:**     $   **$70,518.84**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*2672 Paysphere Circle*
*Chicago, IL 60674*

*Wire Instructions:*
*Bank of America, N.A.*
*Chicago, IL*
*ABA Number: 0260-0959-3*
*Swift Code: BOFAUS3N (International)*
*Account #5201742490*
**(Please Reference Invoice Number)**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| Lehman Brothers Holdings Inc. | Invoice Number: **2145653** |
| 1271 Avenue of the Americas, 38th Floor | Invoice Date: **7/13/2011** |
| New York, NY 10020 | Client Number: **330015** |
| | Matter Number: **00001** |

## RE: Chapter 11 Special Insurance Coverage Counsel

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2011

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/11 | M.S. Hersh | Exchanged emails with client and defense counsel re mediation status and strategy (.4); teleconference with colleagues re strategy (.2); reviewed previous correspondence re Fried case (.4); analyzed coverage issues re Fried (.4); planning for coverage strategy (.3); revised documents (.7); teleconferences with client re strategy (1.2). | 1300 | 3.70 | 2,146.00 |
| 06/01/11 | C.H. Rosenberg | Reviewed communication from mediators (.10); communication with Marsh (.10); communication with M. Solinger (.10); reviewed M. Armstrong's forwarded correspondence on Fried (.10); communication with defense counsel on mediation (.10); prepared for and conference call with defense counsel and M. Solinger on developments (.50); communication with M. Hersh on strategy (.10); further communication with defense counsel (.10); reviewed communication from K. Melvin regarding Lehman Brothers Barkhaus AG (.10); communication with M. Solinger on mediation (.10); reviewed | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication from R. Lusk (.10); conference call with M. Solinger and defense counsel (.30); communication with bankruptcy counsel (.10); communication with M. Hersh (.10); communication with A. Moss on mediation (.10). | | | |
| 06/01/11 | A.J. Moss | Reviewed substantive email from M. Solinger, defense counsel and colleagues regarding US Air arbitration. | 1300 | 0.20 | 100.00 |
| 06/02/11 | M.S. Hersh | Teleconference with client re strategic issues (.5); prepared for telephone call (.3); reviewed issues and coverage correspondence re US Air case and other ARS cases (1.3); drafted email re same (.4); revised documents (.7). | 1300 | 3.20 | 1,856.00 |
| 06/02/11 | C.H. Rosenberg | Communication with bankruptcy counsel (.10); communication with M. Solinger (.10); conference with M. Solinger and M. Hersh (.30); follow-up communication with M. Hersh (.10); communication with U.S. Trustee's office (.10); reviewed communication with mediator (.10); communication with M. Hersh on analysis (.20); communication with A. Moss (.10); communication with M. Solinger on strategy (.10). | 1300 | 1.20 | 870.00 |
| 06/02/11 | A.J. Moss | Worked on fee application (.3); communications with C. Arthur regarding same (.1); communications with fee committee representative regarding same (.1); reviewed | 4600 | 0.60 | 300.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | docketing notification of same (.1). | | | |
| 06/02/11 | E.A. Arundel | Finalize 2nd interim fee application and coordinate filing of same with Weil (1.3) | 4600 | 1.30 | 312.00 |
| 06/03/11 | M.S. Hersh | Exchanged emails with client re mediation logistics (.2); reviewed draft analysis (2.7); teleconferences client re US Air case (.4); teleconference with carrier counsel re US Air case (.2); email to client re US Air case (.2); reviewed email from client to defense counsel in US Air case (.1). | 1300 | 3.80 | 2,204.00 |
| 06/03/11 | C.H. Rosenberg | Communication with M. Solinger on mediation (.10); conference call with M. Hersh and M. Solinger (.30); reviewed communication from M. Armstrong (.10); conference call with T. Geyer (.20); telephone conference with M. Solinger (.10); communication with M. Hersh on developments (.10); follow-up communication with M. Solinger (.10); reviewed draft documents (.30); communication with M. Hersh (.10). | 1300 | 1.40 | 1,015.00 |
| 06/03/11 | A.J. Moss | Teleconference with M. Solinger, C. Rosenberg and M. Hersh to discuss mediation and coverage issues (.5); reviewed substantive email from M. Solinger (.1); reviewed insurance notification correspondence from Marsh (.1); communications with M. Hersh (.1). | 1300 | 0.80 | 400.00 |
| 06/06/11 | M.S. Hersh | Teleconference with mediator (.3); drafted email to client re | 1300 | 2.60 | 1,508.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | teleconference with mediator (.3); reviewed revisions to draft documents (.7); exchanged emails with colleagues re mediation strategy (.3); worked on coverage analysis (.2); analyzed strategy re dispute resolution (.4); teleconference with defense counsel re strategy (.4). | | | |
| 06/06/11 | C.H. Rosenberg | Communication with mediator and M. Hersh (.10); reviewed and responded to M. Hersh's summary communication with mediator (.10); reviewed communication with defense counsel (.10); reviewed and responded to inquiry from defense counsel (.10); reviewed communication from M. Solinger (.10); communication with defense counsel on developments (.10); conference call with defense counsel and M. Hersh on developments (.50); follow-up conference call with M. Hersh (.20). | 1300 | 1.30 | 942.50 |
| 06/06/11 | A.J. Moss | Communications with J. Katz regarding procedural and coverage issues (.3); reviewed comments from same on coverage analysis (.2); communications with M. Hersh (.1); reviewed documents regarding primary D&O carrier (.1); reviewed substantive email regarding comments by mediators (.1); teleconference with defense counsel, C. Rosenberg and M. Hersh (.5). | 1300 | 1.30 | 650.00 |
| 06/06/11 | J. Katz | Reviewed and revised coverage | 1300 | 1.80 | 810.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | analysis and communicated with A. Moss re: same. | | | |
| 06/07/11 | M.S. Hersh | Prepared for teleconferences with client, mediator (.2); teleconference with client re status of settlement discussion (.3); reviewed client email re strategy (.1); drafted email to defendants' counsel (.1); teleconference with mediator (.5); worked on strategic issues re upcoming mediation session (.3); worked on revision to coverage analysis (.7); preparation for mediation (.3). | 1300 | 2.50 | 1,450.00 |
| 06/07/11 | C.H. Rosenberg | Reviewed and responded to update communication from M. Solinger (.10); conference call with M. Solinger and M. Hersh (.20); reviewed communication from M. Solinger (.10); communication with defense counsel (.10); conference call with mediators and defense counsel (.50); follow-up communication with M. Solinger (.10); communication with U.S. Trustee's office representative (.10); communication with defense counsel (.10); communication with M. Solinger (.10); communication on draft documents (.10). | 1300 | 1.50 | 1,087.50 |
| 06/07/11 | C.H. Rosenberg | Reviewed monthly fee invoice for submission (.30); communication with A. Moss on fee committee communication (.20). | 4600 | 0.50 | 362.50 |
| 06/07/11 | A.J. Moss | Communications with M. Hersh (.1); telephone call with J. Katz (.1). | 1300 | 0.20 | 100.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/11 | J. Katz | Analysis and communications re: strategy. | 1300 | 0.30 | 135.00 |
| 06/07/11 | E.A. Arundel | Discussions with Leah Barbour of Brown Greer/Fee Committee regarding Reed Smith's time detail in connection with the 2nd Interim fee application (.6) | 4600 | 0.60 | 144.00 |
| 06/07/11 | E.A. Arundel | Convert time entries into excel in response to fee commitee request (1.5) | 4600 | 1.50 | 360.00 |
| 06/08/11 | M.S. Hersh | Worked on revisions to complaint (1.7); prepared materials to bring to mediation (.2); teleconference with broker and email re same (.2). | 1300 | 2.10 | 1,218.00 |
| 06/08/11 | C.H. Rosenberg | Communication on drafting documents (.30); communication with M. Solinger on status (.10); communication with M. Hersh on conference with Marsh (.10); reviewed additional correspondence from Lloyd's (.10); communication with M. Hersh on documents (.20); reviewed communication from defense counsel (.10); reviewed revised drafts (.10). | 1300 | 1.00 | 725.00 |
| 06/08/11 | A.J. Moss | Communications with M. Hersh (.2); reviewed comments on draft analysis (.1); reviewed email from client representatives, broker and M. Hersh regarding mediation (.1); reviewed correspondence from Lloyd's (.1); communications with M. Hersh regarding same (.1); reviewed substantive comments on coverage analysis from defense counsel (.2). | 1300 | 0.90 | 450.00 |
| 06/08/11 | E.A. Arundel | Prepare excel sheet of time | 4600 | 2.70 | 648.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | entries in response to fee committee request (2.7) | | | |
| 06/09/11 | M.S. Hersh | Teleconference with mediator, client (.7); prepared for mediation (.6); attempted to travel to NYC for mediation (flight canceled at airport) (50%) (3.0). | 1300 | 4.30 | 2,494.00 |
| 06/09/11 | C.H. Rosenberg | Reviewed proposed comments from defense counsel on draft documents (.20); communication with M. Hersh and A. Moss on same (.10); reviewed carrier correspondence (.20); communication with D. Brew on mediation(.10); telephone conference with mediator and M. Solinger on mediation issues (.50); communication with M. Hersh on mediation issues (.20); worked on strategic issues per mediator's inquiries (.50). | 1300 | 1.80 | 1,305.00 |
| 06/09/11 | A.J. Moss | Teleconference with M. Solinger, mediator, C. Rosenberg and M. Hersh to discuss mediation and coverage issues (.5); communications with T. Fishman regarding NYS claim (.2); communications with M. Hersh (.1); reviewed email from M. Solinger and D. Brew (.1); reviewed and analyzed correspondence regarding claims regarding European Lehman entities (.2). | 1300 | 1.10 | 550.00 |
| 06/09/11 | E.A. Arundel | Prepare fee and expense chart at request of fee committee (3.1) | 4600 | 3.10 | 744.00 |
| 06/10/11 | M.S. Hersh | Prepared for mediation (.9); participated in mediation (by phone) (5.8); met with colleagues | 1300 | 6.80 | 3,944.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | re mediation strategic issues (.2). | | | |
| 06/10/11 | C.H. Rosenberg | Participated in mediation sessions telephonically (1.00); communication with M. Hersh on strategy (.30); communication with M. Solinger (.20); further discussion with mediators and defense counsel (1.00); follow-up strategy discussion with M. Hersh (.30). | 1300 | 2.80 | 2,030.00 |
| 06/10/11 | A.J. Moss | Communications with M. Hersh (.2); participated in mediation with client representatives, defense counsel and D&O carrier representatives before mediators by telephone (1.5); analyzed primary, excess and DIC D&O policies (.5); further communications with M. Hersh and C. Rosenberg (.2); teleconference with M. Solinger, defense counsel and M. Hersh (1.1); teleconference with mediators, M. Solinger, defense counsel, C. Rosenberg and M. Hersh (.7). | 1300 | 4.20 | 2,100.00 |
| 06/13/11 | M.S. Hersh | Worked on issues re mediation logistics (.2); reviewed recent claims correspondence (.2). | 1300 | 0.40 | 232.00 |
| 06/13/11 | C.H. Rosenberg | Reviewed fee committee memo and worked on response to requested information. | 4600 | 0.20 | 145.00 |
| 06/13/11 | C.H. Rosenberg | Communication with M. Hersh on mediation (.10); reviewed Federal's letters on Collins, Robinson, Stowaways, NYC and other claims (.30); communication with A. Moss on the multiple carrier letters and developments (.20); reviewed communication | 1300 | 0.90 | 652.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | with D. Brew (Marsh) and M. Solinger (.20); communication with A. Moss (.10). | | | |
| 06/13/11 | A.J. Moss | Reviewed multiple letters from Chubb regarding various D&O and VCAP claims (.7); reviewed correspondence regarding NYS tax claim against R. Fuld (.2); communications with T. Fishman regarding same (.2); communications with M. Armstrong (Marsh) regarding same (.1); telephone call with J. Katz (.1). | 1300 | 1.30 | 650.00 |
| 06/14/11 | M.S. Hersh | Worked on issues re mediation logistics and strategy. | 1300 | 0.30 | 174.00 |
| 06/14/11 | C.H. Rosenberg | Reviewed communication from D. Brew and M. Solinger on requested information (.10); communication with M. Solinger on mediation (.10); communication with mediator (.10); communication with M. Hersh on mediation (.10); further communication with mediator (.10); communication with M. Solinger (.10). | 1300 | 0.60 | 435.00 |
| 06/14/11 | C.H. Rosenberg | Worked on interim application (.10); reviewed invoices (.20); communication with M. Solinger on fee committee information and budget (.10). | 4600 | 0.40 | 290.00 |
| 06/14/11 | A.J. Moss | Communications with A. Arundel regarding monthly fee statement (.2); edited same (.2); worked on budget requested by fee committee (.5). | 4600 | 0.70 | 350.00 |
| 06/14/11 | E.A. Arundel | Prepare Ninth Monthly fee statement and circulate for review | 4600 | 2.20 | 528.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | (2.2) | | | |
| 06/15/11 | C.H. Rosenberg | Finalized fee petition and budget (.30); communication with M. Solinger regarding same (.10). | 4600 | 0.40 | 290.00 |
| 06/15/11 | C.H. Rosenberg | Reviewed communication with D. Brew on mediation. | 1300 | 0.10 | 72.50 |
| 06/15/11 | A.J. Moss | Worked on ninth monthly statement. | 4600 | 0.50 | 250.00 |
| 06/15/11 | E. Sanroman | Prepared CDs for distribution to client representatives creditors committee and fee committee. | 4600 | 0.50 | 110.00 |
| 06/15/11 | E.A. Arundel | Attention to monthly budget for fee committee review (.3) | 4600 | 0.30 | 72.00 |
| 06/16/11 | M.S. Hersh | Reviewed emails re settlement status. | 1300 | 0.20 | 116.00 |
| 06/16/11 | C.H. Rosenberg | Reviewed and responded to communication from bankruptcy counsel (.10); communication with M. Solinger (.10); reviewed A. Moss's communication with bankruptcy counsel (.10); telephone conference with D. Brew on mediation issues (.10); communication with M. Hersh on developments (.10); reviewed letters from carriers forwarded by M. Armstrong (.30). | 1300 | 0.80 | 580.00 |
| 06/16/11 | A.J. Moss | Reviewed coverage correspondence from XL regarding Federal Home Loan Bank of Boston action (.3); communications with C. Rosenberg regarding same (.1); reviewed recently received coverage correspondence from primary D&O carrier on various matters (.2); communications with C. Arthur and C. Rosenberg (.2). | 1300 | 0.80 | 400.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/16/11 | A.J. Moss | Communications with C. Rosenberg and A. Arundel regarding request from fee committee. | 4600 | 0.20 | 100.00 |
| 06/16/11 | E.A. Arundel | Coordinate circulation of Monthy Budget for review of Fee Committee (.3) | 4600 | 0.30 | 72.00 |
| 06/17/11 | M.S. Hersh | Exchanged emails, teleconferences with colleagues re status. | 1300 | 0.10 | 58.00 |
| 06/17/11 | C.H. Rosenberg | Communication with A. Arundel and fee committee on proposed July budget. | 4600 | 0.10 | 72.50 |
| 06/17/11 | E.A. Arundel | Finalize Budget and coordinate service of monthly budget of Reed Smith for July of 2011 (.3) | 4600 | 0.30 | 72.00 |
| 06/20/11 | M.S. Hersh | Teleconference with counsel for defendants and plaintiffs (.3); drafted email to client re same (.2); reviewed and exchanged emails re mediation status and strategic issues (.4). | 1300 | 0.90 | 522.00 |
| 06/20/11 | C.H. Rosenberg | Reviewed M. Hersh's communication on Fried matter (.10); reviewed M. Solinger's update on mediator (.10); communication with M. Solinger on developments (.10); reviewed communication with defense counsel on strategic issues (.20); further communication with M. Solinger on U.S. Air (.10); communication with mediators (.10); communication with M. Hersh on strategy (.20); communication with M. Solinger (.10); reviewed communication from defense counsel (.10). | 1300 | 1.10 | 797.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/20/11 | A.J. Moss | Reviewed correspondence from mediator. | 4600 | 0.10 | 50.00 |
| 06/20/11 | J.A.C. Gross | Organized Lehman files and recently received documents and correspondence. | 1300 | 0.70 | 175.00 |
| 06/21/11 | M.S. Hersh | Exchanged emails re inquiry of counsel for D's and O's (.2); reviewed ARS coverage correspondence (1.3); worked on issues re mediation logistics (.4); drafted email to defense counsel re mediation logistics (.2); reviewed recent coverage correspondence (.3). | 1300 | 2.40 | 1,392.00 |
| 06/21/11 | C.H. Rosenberg | Communication with M. Solinger on potential meeting with mediator and counsel and carriers (.10); communication with M. Hersh on meeting issues (.10); reviewed multiple letters from XL on claims forwarded by M. Armstrong (Marsh) (.50); reviewed communication with M. Hersh and A. Wasserstein (.20); communication with M. Solinger (.10); telephone conference with mediator (.10); reviewed communication with defense counsel on mediation issues (.20); reviewed communication from M. Solinger on mediation dates (.10); communication with M. Hersh on mediation dates and strategy (.10). | 1300 | 1.50 | 1,087.50 |
| 06/21/11 | A.J. Moss | Reviewed recently issued coverage correspondence from XL regarding various underlying claims (.3). | 1300 | 0.30 | 150.00 |
| 06/21/11 | J.A.C. Gross | Researched carrier | 1300 | 0.80 | 200.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | correspondence relating to the Essex and Maxxam claims. | | | |
| 06/22/11 | M.S. Hersh | Worked on issues re mediation logistics (.5); teleconference with defense counsel re status, strategy (.3); teleconference with colleague re same (.2); reviewed email re teleconference with mediator (.2); analyzed strategic issues (.4). | 1300 | 1.60 | 928.00 |
| 06/22/11 | C.H. Rosenberg | Communication with M. Solinger and defense counsel on possible meeting with carriers (.20); further communication with M. Solinger on developments (.10); communication with M. Hersh on meeting (.10); reviewed communication from counsel and mediator on developments (.20); telephone conference with M. Hersh on strategy (.10); reviewed additional analysis on mediation issues (.30). | 1300 | 1.00 | 725.00 |
| 06/23/11 | M.S. Hersh | Reviewed email from mediator (.2); analyzed issues raised by mediator (.5); teleconference with client re same (.2); email to broker (.2); drafted email to client re mediation strategy (.9); responded to defense counsel inquiry re policies (.9); exchanged emails with defenses counsel re strategy (.5). | 1300 | 3.40 | 1,972.00 |
| 06/23/11 | C.H. Rosenberg | Reviewed mediator's communication (.10); communication with M. Hersh on responses to mediator inquiries (.10); communication with Marsh's D. Brew (.10); reviewed communication from defense | 1300 | 1.40 | 1,015.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | counsel on mediation issues (.20); communication with M. Hersh on mediation issues (.10); reviewed draft analysis of coverage issues (.20); communication with M. Hersh on draft analysis (.10); reviewed A. Moss's comments (.10); reviewed communication on new Fuld suit (.10); reviewed communication with R. Lusk and D. Brew on draft motion (.20); communication with M. Hersh and M. Solinger regarding conference call with defense counsel (.10). | | | |
| 06/24/11 | M.S. Hersh | Edited draft motion (1.2); teleconference with mediators, defense counsel (1.4); prepared for teleconference (.2); exchanged emails, teleconferences with colleagues re strategy and logistics for mediation (.4); teleconference with defense counsel re coverage options (.6); email to client re same (.2). | 1300 | 4.30 | 2,494.00 |
| 06/24/11 | C.H. Rosenberg | Participated in conference call with mediators and defense counsel (.50); reviewed comments on draft motion (.20); communication with M. Solinger and bankruptcy counsel (.20); communication with M. Hersh on strategy (.10); reviewed communication with defense counsel (.20); telephone conference with M. Hersh on strategy and mediation (.10); reviewed communication from mediator (.10); reviewed communication with defense | 1300 | 1.90 | 1,377.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | counsel on mediators' inquiries (.10); reviewed communication from D. Brew (.10); reviewed draft motion (.20); reviewed communication from defense counsel (.10). | | | |
| 06/24/11 | A.J. Moss | Communications with M. Hersh (.2); reviewed substantive email from defense counsel (.1); reviewed communications from mediators regarding SASCo litigation (.2); reviewed email from M. Solinger, C. Rosenberg and M. Hersh (.2); teleconference with M. Solinger, M. Hersh and defense counsel to discuss coverage for underlying litigation (.5); telephone call with M. Hersh (.2); reviewed substantive email from same (.1); researched Marshall opinion from US Supreme Court and dispute resolution issues (.2). | 1300 | 1.70 | 850.00 |
| 06/26/11 | M.S. Hersh | Worked on response to mediator inquiry, including exchange of emails with colleagues re same. | 1300 | 0.70 | 406.00 |
| 06/26/11 | C.H. Rosenberg | Reviewed mediator's inquiry and analyzed potential response (.10); communication with M. Hersh on response (.10); reviewed communication with M. Solinger and defense counsel (.10). | 1300 | 0.30 | 217.50 |
| 06/26/11 | A.J. Moss | Reviewed substantive email from mediators (.2); communications with M. Hersh (.1); reviewed recent case law on coverage issues (.5). | 1300 | 0.80 | 400.00 |
| 06/27/11 | M.S. Hersh | Respond to client inquiry re excess policies (.1); | 1300 | 1.70 | 986.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | teleconference with defense counsel re response to mediator inquiry (.2); prepared for upcoming mediation session (.2); reviewed draft motion (.2); edited draft email to mediator (1.2). | | | |
| 06/27/11 | C.H. Rosenberg | Reviewed communication from mediator on meeting (.10); reviewed communication with M. Hersh, M. Solinger and defense counsel on mediation-related issues (.30); reviewed communication with bankruptcy counsel (.10); reviewed inquiry from M. Armstrong (Marsh) (.10); communication with M. Solinger and Marsh on U.S. Airways (.10); reviewed proposed draft motion (.20); communication with M. Hersh on proposed revisions (.10); reviewed defense counsel's proposed communication to mediator (.10); reviewed comments of M. Solinger and M. Hersh (.10); add additional comments to points in draft (.10); communication with defense counsel on motion (.10); reviewed communication from mediators (.10); reviewed new complaint forwarded by defense counsel (.20). | 1300 | 1.70 | 1,232.50 |
| 06/27/11 | J.A.C. Gross | Reviewed and organized recently received coverage correspondence from various carriers. | 1300 | 1.20 | 300.00 |
| 06/28/11 | M.S. Hersh | Exchanged emails with colleagues re motion (.2); reviewed new claims (.1). | 1300 | 0.30 | 174.00 |
| 06/28/11 | C.H. | Communication with M. Hersh on | 1300 | 0.50 | 362.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | Rosenberg | draft motion (.10); reviewed communication with bankruptcy counsel (.10); communication with A. Moss on draft motion (.10); reviewed correspondence from M. Armstrong (.10); reviewed further communication with bankruptcy counsel (.10). | | | |
| 06/28/11 | A.J. Moss | Telephone call with M. Hersh (.1); communications with J. Katz (.1). | 1300 | 0.20 | 100.00 |
| 06/29/11 | M.S. Hersh | Worked on issues regarding coverage strategy (.80); exchanged emails with client colleagues regarding preparation for mediation meeting (.40); telephone conference with client regarding coverage options (.40); prepared for mediation session (while traveling to New York)(1.0); travelled to New York (50%)(1.60). | 1300 | 4.20 | 2,436.00 |
| 06/29/11 | C.H. Rosenberg | Reviewed communication on mediation (.20); met with A. Moss on strategy (.20); telephone conference with M. Hersh regarding strategy issues (.20); reviewed communication with mediator and defense counsel on 6/30 meeting (.20); reviewed charts from defense counsel on claims (.20); communication with defense counsel regarding same (.10); reviewed communication from D. Brew (Marsh) (.10); communication with M. Solinger (.10); communication with A. Moss on mediation issues (.10); reviewed communication with defense counsel on mediation (.10); communication with M. Solinger on mediation issues. | 1300 | 1.60 | 1,160.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/29/11 | A.J. Moss | Worked on revisions to draft analysis (.7); communications with M. Hersh regarding same (.2); researched corporate information on various debtors (.2); telephone call with J. Katz (.2); communications with C. Rosenberg and M. Hersh (.2); teleconference with M. Solinger, M. Chepiga, E. Burk and M. Hersh to discuss strategic issues (.3); reviewed substantive email from E. Burk (.1); reviewed filings in various underlying claims (.7); reviewed recent case law related to various insurance coverage issues (.5); communications with C. Rosenberg and M. Hersh (.1). | 1300 | 3.20 | 1,600.00 |
| 06/29/11 | J. Katz | Communicated re: status and strategy | 1300 | 0.10 | 45.00 |
| 06/30/11 | M.S. Hersh | Attended mediation session (5.80); traveled back to Chicago (50%)(3.10). | 1300 | 8.90 | 5,162.00 |
| 06/30/11 | C.H. Rosenberg | Reviewed revised draft coverage analysis (.30); reviewed communication from M. Hersh on meeting in New York (.10); further communication with M. Hersh on mediation and related issues (.20). | 1300 | 0.60 | 435.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/30/11 | A.J. Moss | Researched, reviewed and analyzed cases and memoranda on coverage issue (1.5); worked on revisions to draft analysis (.7); communications with M. Hersh and J. Katz regarding same (.1); reviewed substantive email from M. Hersh (.1). | 1300 | 2.40 | 1,200.00 |
| Total Fees | | | | 126.20 | $70,084.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | | Total |
|-----------|-------|---|---|-------|
| A.J. Moss | Partner | 21.50 hrs @ $ | 500.00 / hr | 10,750.00 |
| C.H. Rosenberg | Partner | 28.60 hrs @ $ | 725.00 / hr | 20,735.00 |
| E. Sanroman | Other | 0.50 hrs @ $ | 220.00 / hr | 110.00 |
| E.A. Arundel | Paralegal | 12.30 hrs @ $ | 240.00 / hr | 2,952.00 |
| J. Katz | Associate | 2.20 hrs @ $ | 450.00 / hr | 990.00 |
| J.A.C. Gross | Paralegal | 2.70 hrs @ $ | 250.00 / hr | 675.00 |
| M.S. Hersh | Partner | 58.40 hrs @ $ | 580.00 / hr | 33,872.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Total Professional Services | $70,084.00 |
|---|---|

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 06/30/2011 | PACER | | 2.16 |
| 06/30/2011 | Duplicating/Printing/Scanning | 213  0.01 | NO CHARGE |
| 03/20/2011 | Air Travel Expense VENDOR: Mark S. Hersh, Mar 20, 2011 Attend Mediation AMERICAN 00179663652431 | | 115.35 |
| 03/23/2011 | Lodging VENDOR: Mark S. Hersh, Mar 23, 2011 Attend Mediation | | 281.99 |
| 05/06/2011 | Telephone - Outside Global Crossing Inv No: 9033268699 - MOSS, J ANDREW | | 8.56 |
| 05/13/2011 | Telephone - Outside Global Crossing Inv No: 9033268699 - MOSS, J ANDREW | | 26.78 |
| | **Current Costs and Expenses** | | **$434.84** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 70,084.00 |
| Disbursements | $ | 434.84 |
| **TOTAL CURRENT INVOICE DUE** | $ | **70,518.84** |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 1300 | Insurance Issues | 109.70 | 64,812.00 |
| 4600 | Firm's Own Billing/Fee Applications | 16.50 | 5,272.00 |
| | **Matter Total** | **126.20** | **$70,084.00** |

**EXHIBIT    C-2**

**July 1, 2011 through July 31, 2011**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | | |
|---|---|---|
| Lehman Brothers Holdings Inc. | Invoice Number: | **2171374** |
| 1271 Avenue of the Americas, 38th Floor | Invoice Date: | **9/14/2011** |
| New York, NY 10020 | Client Number: | **330015** |
| | Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**     **7/1/2011 – 7/31/2011**

## INVOICE SUMMARY

Total Current Fees ............................................................................... $     77,493.50

Total Current Disbursements ............................................................         4,326.35

**Total Due This Invoice:**                         $     **$81,819.85**

Please Remit to:

**Mail To:**
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

**Wire Instructions:**
Bank of America, N.A.
Chicago, IL
ABA Number: 0260-0959-3
Swift Code: BOFAUS3N (International)
Account #5201742490
**(Please Reference Invoice Number)**

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | |
|---|---|
| Lehman Brothers Holdings Inc. | Invoice Number: **2171374** |
| 1271 Avenue of the Americas, 38th Floor | Invoice Date: **9/14/2011** |
| New York, NY  10020 | Client Number: **330015** |
| | Matter Number: **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2011**

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/11 | M.S. Hersh | Teleconference with C. Rosenberg re carrier meeting (.2); responded to defense counsel inquiry re insurance and strategic issues (.4). | 1300 | 0.60 | 348.00 |
| 07/01/11 | C.H. Rosenberg | Telephone conference with M. Hersh on next steps and further meetings with carriers and mediator (.10); reviewed communication from D. Brew (Marsh) regarding negotiations (.10); communication with M. Solinger on motion filed by counsel (.10); communication with A. Moss on mediation issues (.10); communication with M. Hersh on U.S. Airways claim (.10). | 1300 | 0.50 | 362.50 |
| 07/01/11 | A.J. Moss | Communications with C. Rosenberg regarding mediation. | 1300 | 0.20 | 100.00 |
| 07/05/11 | M.S. Hersh | Reviewed emails from client, defense counsel re strategic issues (.1); communications with C. Rosenberg and A. Moss re mediation strategic issue (.1); met with A. Moss to discuss mediation and coverage issues (.2); reviewed emails from defense counsel re recent second circuit | 1300 | 0.50 | 290.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | ruling in MBS litigation (.1). | | | |
| 07/05/11 | C.H. Rosenberg | Reviewed multiple letters from D&O carriers from M. Armstrong (.30); communication with M. Hersh on issues for 1/18/11 mediation meeting with D&O carriers (.20); reviewed communication with defense counsel on issues for 1/18/11 meeting (.20); telephone conference with M. Hersh on mediation meeting (.10); reviewed defense counsel's communication to D&O carrier representatives regarding meeting and claims (.10). | 1300 | 0.90 | 652.50 |
| 07/05/11 | A.J. Moss | Meeting with C. Rosenberg and M. Hersh to discuss mediation and strategic planning issues (.6); researched and analyzed dispute resolution issues with respect to D&O policies (1.1); communications with C. Rosenberg and M. Hersh regarding same (.2); teleconference with M. Solinger, C. Rosenberg and M. Hersh to discuss coverage and dispute resolution issues (.4); reviewed substantive email from defense counsel regarding legal developments in Second Circuit and MBIA v. Hartford opinion (.1). | 1300 | 2.40 | 1,200.00 |
| 07/06/11 | M.S. Hersh | Met with C. Rosenberg and A. Moss re strategy for dispute resolution (1.); reviewed emails from client and defense counsel re possible claims (.2); reviewed emails on dispute resolution process (.4); teleconference with client re mediation strategy (.4). | 1300 | 2.00 | 1,160.00 |

# Reed Smith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/11 | C.H. Rosenberg | Conference with M. Hersh to address issues for upcoming mediation meeting in New York (1.00); communication with A. Moss on strategy issues (.30); conference call with M. Solinger on mediation issues (.50); follow-up communication with mediators and M. Solinger regarding same (.10); reviewed communication from mediator (.10). | 1300 | 2.00 | 1,450.00 |
| 07/06/11 | E.A. Arundel | Prepare documents regarding budget communications to Fee Committee (.4); worked on logistics regarding same (.2). | 4600 | 0.60 | 144.00 |
| 07/07/11 | M.S. Hersh | Reviewed and exchanged emails with colleagues and client re mediation strategy and dispute resolution (.5); reviewed U.S. Air comfort order (.1); worked on substantive email to mediators (1.6); exchanged multiple emails with colleagues and defense counsel re mediation (1.3). | 1300 | 3.50 | 2,030.00 |
| 07/07/11 | C.H. Rosenberg | Communication with mediator and M. Solinger on strategic issues (.30); worked on draft analysis with M. Hersh for mediation issues (.20); communication with M. Solinger on mediation issues (.10); reviewed communication with defense counsel on mediation issues (.20); reviewed and replied to communication from defense counsel and M. Solinger on mediation issues (.30); communication with D. Brew (Marsh) on carrier information (.10); further communication with M. Solinger and M. Hersh on | 1300 | 1.40 | 1,015.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | upcoming issues in mediation (.10); communication with A. Moss on draft dispute resolution analysis (.10). | | | |
| 07/07/11 | A.J. Moss | Communications with C. Rosenberg and M. Hersh regarding mediation and dispute resolution issues (.3); reviewed research on same (.5); reviewed substantive email from mediators and client representatives on mediation of underlying claim and insurance coverage issues (.2); reviewed and commented on proposed correspondence to mediators (.2); communications with C. Rosenberg and M. Hersh regarding same (.1). | 1300 | 1.30 | 650.00 |
| 07/08/11 | C.H. Rosenberg | Reviewed M. Solinger's communication with defense counsel on cases and claims. | 1300 | 0.10 | 72.50 |
| 07/08/11 | E.A. Arundel | Prepare response to L. Barbour regarding Fee Committee request for time statements in Excel format (.5) | 4600 | 0.50 | 120.00 |
| 07/11/11 | M.S. Hersh | Drafted email to colleagues re possible dispute resolution proceeding (.3); reviewed client and defense counsel emails re positions of D&O carriers (.3). | 1300 | 0.60 | 348.00 |
| 07/11/11 | C.H. Rosenberg | Communication with M. Hersh and A. Moss on coverage issues and strategy (.20); reviewed communication from M. Solinger on mediation update (.10); communication with M. Hersh on mediation meetings (.10); communication with defense counsel and M. Solinger on next | 1300 | 0.50 | 362.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | steps (.10). | | | |
| 07/11/11 | E.A. Arundel | Worked on Excel upload of time entries for fee application pursuant to Fee Committee request for transmission to Fee Committee representatives (1.5) | 4600 | 1.50 | 360.00 |
| 07/12/11 | M.S. Hersh | Exchanged emails with broker and client re status, strategy re carrier negotiations (.2); analyzed strategic issues re negotiations (.2). | 1300 | 0.40 | 232.00 |
| 07/12/11 | C.H. Rosenberg | Reviewed communication with D. Brew (Marsh) and M. Solinger on mediation issues (.20); communication with M. Hersh and D. Brew on coverage issues (.10); additional communication with M. Solinger regarding same (.10); further communication with D. Brew and M. Solinger on information for mediation (.10). | 1300 | 0.50 | 362.50 |
| 07/12/11 | A.J. Moss | Reviewed substantive email from M. Solinger and D. Brew (Marsh) regarding mediation and dispute resolution issues (.2); communications with M. Hersh regarding strategic issues (.2). | 1300 | 0.40 | 200.00 |
| 07/12/11 | E.A. Arundel | Worked on documentation of expenses for interim fee application pursuant to Fee Committee request (.5) | 4600 | 0.50 | 120.00 |
| 07/13/11 | M.S. Hersh | Reviewed objection to lifting of stay to pay US Air judgment and emails re same (.3); drafted email to client re same (.1). | 1300 | 0.40 | 232.00 |
| 07/13/11 | C.H. Rosenberg | Worked on interim fee application. | 4600 | 0.30 | 217.50 |
| 07/13/11 | C.H. | Reviewed communication from | 1300 | 0.50 | 362.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | Rosenberg | defense counsel on U.S. Airways motion (.10); communication with defense counsel and M. Solinger regarding same (.10); reviewed communication with D. Brew (Marsh) and M. Solinger on D&O coverage (.10); communication with M. Hersh on strategy issues (.10); communication with A. Moss on comfort motion (.10). | | | |
| 07/13/11 | A.J. Moss | Reviewed objection from NJ DOI to US Air comfort motion (.1); communications with C. Rosenberg regarding same (.1); reviewed communications from M. Solinger and bankruptcy counsel regarding same (.1). | 1300 | 0.30 | 150.00 |
| 07/13/11 | E.A. Arundel | Prepare October and November 2010 Excel upload sheet in response to Fee Committee request (.9) | 4600 | 0.90 | 216.00 |
| 07/14/11 | M.S. Hersh | Prepared for teleconference with mediator (.3); teleconference with mediator (.7); teleconferences with client, defense counsel re strategy regarding mediation and dispute resolution proceedings (.7); analyzed strategic issues (.4). | 1300 | 2.10 | 1,218.00 |
| 07/14/11 | C.H. Rosenberg | Communication with M. Solinger on U.S. Airways (.10); communication with M. Hersh on coverage issues (.10); participated in conference call with mediator and defense counsel (.50); follow-up telephone conference with M. Solinger regarding mediation (.20); communications with defense counsel regarding mediation | 1300 | 1.80 | 1,305.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (.40); communication with M. Hersh on strategic issues (.20); communication with A. Moss on follow-up strategies issues (.30). | | | |
| 07/14/11 | A.J. Moss | Participated in mediation teleconference with M. Solinger, defense counsel, mediator, carrier counsel, C. Rosenberg and M. Hersh (.7); communications with C. Rosenberg and M. Hersh regarding strategic issues (.2). | 1300 | 0.90 | 450.00 |
| 07/15/11 | M.S. Hersh | Teleconference with M. McGarry re jurisdictional issue (.1); prepared for mediation session (.4); analyzed issue re expedited procedures (.2); reviewed recent claims information and correspondence from D&O carriers (.6). | 1300 | 1.30 | 754.00 |
| 07/15/11 | C.H. Rosenberg | Communication with M. Hersh on mediation preparation (.10); communication with D. Brew (Marsh) on status of mediation (.10). | 1300 | 0.20 | 145.00 |
| 07/15/11 | C.H. Rosenberg | Communication with M. Solinger on information requested by Fee Committee and worked on draft response. | 4600 | 0.10 | 72.50 |
| 07/15/11 | A.J. Moss | Worked on legal memorandum regarding coverage issues. | 1300 | 1.60 | 800.00 |
| 07/15/11 | A.J. Moss | Reviewed Booth claim materials (.3); communications with M. Hersh regarding same (.1); communications with C. Rosenberg regarding dispute resolution issues (.1). | 1300 | 0.50 | 250.00 |
| 07/15/11 | E. Sanroman | Prepared enclosures to correspondence to Fee | 4600 | 0.50 | 110.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Committee. | | | |
| 07/17/11 | M.S. Hersh | Traveling to NYC to attend mediation session with D&O carriers (50%). | 1300 | 2.30 | 1,334.00 |
| 07/18/11 | M.S. Hersh | Attended mediation session with carriers. | 1300 | 6.00 | 3,480.00 |
| 07/18/11 | C.H. Rosenberg | Traveled to New York for mediation meeting (50%=3.00); participated in mediation meeting with carriers and mediator (6.00); communication with M. Hersh on coverage issues (.30); communication with A. Moss on research issues (.10); outlined projects per meeting with mediator (.20). | 1300 | 9.60 | 6,960.00 |
| 07/18/11 | A.J. Moss | Communications with M. Hersh regarding mediation session (.2); researched, reviewed and analyzed cases on various D&O coverage issues (.9); further communications with M. Hersh regarding same (.2). | 1300 | 1.30 | 650.00 |
| 07/19/11 | M.S. Hersh | Traveled back to Chicago after meeting with mediators, D&O carriers (50%=2.0); reviewed emails re dispute resolution (.3); met with A. Moss regarding carrier meeting and to discuss strategy (.3); worked on coverage analysis (.3); teleconference with R. Krasnow re dispute resolution issues (.3); drafted email to client re same (.2). | 1300 | 3.40 | 1,972.00 |
| 07/19/11 | C.H. Rosenberg | Return travel from mediation in New York to Chicago (50%=2.50); communication with M. Hersh on mediation follow up projects (.20); finalized | 1300 | 5.10 | 3,697.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication for M. Solinger regarding same (.20); analyzed mediation coverage issues (.50); communication with A. Moss on coverage issues (.10); analyzed dispute resolution issues (.50); telephone conference with M. Solinger regarding same (.10); reviewed communication from R. Krasnow regarding same (.10); communication with A. Moss on strategic issues (.20); communication with defense counsel on dispute resolution and defense issues (.30); communication with M. Solinger to discuss dispute resolution issues (.10); communication with defense counsel and M. Solinger on potential mediation issues and considerations (.30). | | | |
| 07/19/11 | A.J. Moss | Reviewed email from Fee Committee regarding interim fee application (.1); communications with C. Rosenberg regarding same (.1). | 4600 | 0.20 | 100.00 |
| 07/19/11 | A.J. Moss | Communications with M. Hersh regarding mediation (.2); reviewed proposed dispute resolution protocol (.2); reviewed information on potential dispute resolution proceedings (.5); communications with R. Krasnow regarding same (.1); communications with M. Solinger (.1); teleconference with R. Krasnow and M. Hersh to discuss mediation issues and procedures (.3). | 1300 | 1.40 | 700.00 |
| 07/20/11 | M.S. Hersh | Worked on issues re dispute resolution proceedings, including | 1300 | 1.40 | 812.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | review of substantive emails and prepared email to client regarding same. | | | |
| 07/20/11 | C.H. Rosenberg | Reviewed communications from M. Hersh and A. Moss on mediation issues (.30); communication with M. Solinger on U.S. Air settlement (.10); communication with A. Moss on U.S. Air settlement issues (.10); communication with M. Hersh on mediation issues (.10); communication with M. Solinger on claim developments (.10); further vetting of mediation and dispute resolution proceedings issues (.30); communication with M. Solinger on underlying claims and defense counsel (.10). | 1300 | 1.10 | 797.50 |
| 07/20/11 | A.J. Moss | Reviewed filings, transcript and articles in US Air comfort motion proceeding (.5); communications with M. Hersh (.1); researched and reviewed information regarding dispute resolution (1.2); communications with M. Solinger, C. Rosenberg, M. Hersh and P. Hardy regarding dispute resolution issues (.4). | 1300 | 2.20 | 1,100.00 |
| 07/21/11 | M.S. Hersh | Telephone conference with client and London counsel regarding dispute resolution issues (1.30); telephone conferences with colleagues regarding strategy (.60); reviewed and commented on draft memorandum regarding dispute resolution issues (.40); reviewed hearing transcript regarding insurance motion (.20); telephone conference with client regarding strategy (.50); | 1300 | 3.30 | 1,914.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | exchange emails with client regarding US Air issue (.30). | | | |
| 07/21/11 | C.H. Rosenberg | Reviewed communication from London colleagues on dispute resolution issues (.20); reviewed communication with M. Solinger and defense counsel (.10); participated in conference call with M. Solinger, M. Hersh and UK counsel on dispute resolution issues (1.00); follow-up communication with M. Hersh on same (.30); reviewed memorandum from D&O carriers (.20); reviewed communication from mediator on status issues (.10); communication with A. Moss and M. Hersh on strategy (.30); further communication with M. Solinger on strategy (.10); reviewed transcript of July 20, 2011 hearing (.20); conference call with M. Solinger, M. Hersh and A. Moss on strategic mediation issues (.50); further communication with M. Solinger on dispute resolution issues (.20); reviewed communication on claims status and potential developments (.10); further communication with defense counsel regarding same (.20); reviewed communication from mediator on progress in mediaiton (.10); reviewed further communication from M. Solinger regarding same (.10); communication with M. Hersh on strategic considerations (.10). | 1300 | 3.80 | 2,755.00 |
| 07/21/11 | A.J. Moss | Teleconference with M. Solinger, P. Hardy, M. Connelly, M. | 1300 | 4.00 | 2,000.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Campbell, C. Rosenberg and M. Hersh to discuss dispute resolution issues (1.0); telephone call with C. Rosenberg and M. Hersh to discuss dispute resolution issues (.3); meeting with M. Hersh to discuss same (.1); researched, reviewed and analyzed cases and articles on coverage issues and settlements (1.9); teleconference with M. Solinger, C. Rosenberg and M. Hersh regarding settlements (.4); reviewed email regarding NJ opt-out action (.2); reviewed email from mediator regarding same (.1). | | | |
| 07/21/11 | P. Hardy | Prepared for teleconference to discuss dispute resolution issues (.5); teleconference with M. Solinger, C. Rosenberg and A. Moss to discuss same (1.0). | 1300 | 1.50 | 1,057.50 |
| 07/22/11 | C.H. Rosenberg | Communication with defense counsel on mediation issues (.20); communication with M. Solinger on potential claim resolution issues (.20); participated in mediation conference call with mediator and D&O carriers (.50); follow-up communication with M. Hersh and M. Solinger (.20); reviewed draft updated proposed protocol from mediator (.20); communication with M. Hersh regarding mediator issues (.20); communication with defense counsel on dispute resolution issues (.30); communication with A. Moss on coverage issues (.10); reviewed communication | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | from M. Hersh regarding dispute resolution issues (.10). | | | |
| 07/22/11 | A.J. Moss | Communications with C. Rosenberg and M. Hersh regarding mediation (.2); teleconference with M. Solinger, mediator, D&O carrier representatives, C. Rosenberg and M. Hersh to discuss dispute resolution issues (.6); reviewed substantive email messages from M. Solinger, P. Hardy and C. Rosenberg regarding dispute resolution issues (.5). | 1300 | 1.30 | 650.00 |
| 07/22/11 | P. Hardy | Communications with C. Rosenberg on dispute resolution issues (.3); reviewed and analyzed memorandum on potential dispute resolution issues (.5); communications with client representatives and counsel regarding same (.3); communications with client, colleagues regarding dispute resolution protocol (.5); communications with M. Connolly and M. Campbell regarding same (.4). | 1300 | 2.00 | 1,410.00 |
| 07/23/11 | C.H. Rosenberg | Worked on mediation issues (.50); communication with A. Moss and M. Hersh on strategic issues (.10); communication with M. Solinger and mediator on mediation issues (.10); reviewed revised dispute resolution protocol from carriers (.30); further communication with defense counsel on revised protocol (.10); communication with M. Solinger on strategic issues (.10); outlined issues for | 1300 | 1.30 | 942.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | call with M. Solinger (.10). | | | |
| 07/23/11 | A.J. Moss | Reviewed substantive email regarding dispute resolution issues (.3); reviewed revised protocol received from insurers (.2); communications with C. Rosenberg regarding same (.1); reviewed comments on protocol and correspondence to client regarding same (.2); reviewed, analyzed and commented on revised protocol (.8); reviewed ACE Bermuda policy (.3); worked on substantive email to C. Rosenberg regarding same (.3). | 1300 | 2.20 | 1,100.00 |
| 07/24/11 | C.H. Rosenberg | Reviewed U.K. colleagues' communications on dispute resolution issues (.30); communication with A. Moss regarding same (.10); communication with M. Solinger on revised protocol (.10); analyzed coverage and mediation issues (.30); communication with A. Moss on strategic issues (.10); further communication with M. Solinger on New Jersey opt-out action (.10); communication with A. Moss regarding strategic issues (.10). | 1300 | 1.10 | 797.50 |
| 07/24/11 | A.J. Moss | Reviewed substantive comments on dispute resolution protocol from C. Rosenberg (.1); further communications with C. Rosenberg regarding same (.1); communications with client and carrier representatives (.2). | 1300 | 0.40 | 200.00 |
| 07/24/11 | P. Hardy | Analyzed potential coverage dispute resolution proceeding issues. | 1300 | 1.30 | 916.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/25/11 | Margaret E Campbell | Communications with U.S. colleagues regarding dispute resolution procedures. | 1300 | 0.10 | 70.50 |
| 07/25/11 | Margaret E Campbell | Further communications with U.S. colleagues regarding dispute resolution procedures. | 1300 | 0.10 | 70.50 |
| 07/25/11 | C.H. Rosenberg | Reviewed communication from UK colleagues regarding dispute resolution issues (.20); telephone conference with M. Solinger and UK counsel on protocol (.80); conference call with M. Solinger and carrier counsel on NJ matter (.70); communication with defense counsel on mediation issues (.20); participation on mediation conference call with carriers, mediator, M. Solinger and defense counsel (1.00); follow-up communication from M. Solinger on mediation issues (.20); communication with A. Moss on coverage issues (.10); communication with M. Solinger on dispute resolution strategy (.10); reviewed revised memorandum from D&O carriers (.10); communication with M. Hersh and A. Moss on strategy (.10); communication with M. Solinger regarding 7/27/11 mediation meeting (.10). | 1300 | 3.60 | 2,610.00 |
| 07/25/11 | A.J. Moss | Communications with C. Rosenberg regarding proposed dispute resolution (.2); communications with M. Solinger, mediator, ACE Bermuda and Zurich counsel regarding same (.1); teleconference with M. Solinger and mediator regarding mediation (.7); communications | 1300 | 2.80 | 1,400.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | with C. Rosenberg regarding same (.2); reviewed revised proposed dispute resolution protocol (.2); reviewed substantive email from defense counsel from C. Rosenberg regarding same (.1); mediation teleconference with M. Solinger, mediator, C. Rosenberg, defense counsel and D&O carrier representatives (1.1); reviewed email regarding dispute resolution issues (.2). | | | |
| 07/25/11 | A.J. Moss | Communications with C. Rosenberg regarding mediation (.2); communications with M. Solinger, J. Melnick (mediator), ACE Bermuda and Zurich counsel regarding mediation and NJ action (.1); teleconference with M. Solinger and J. Melnick regarding same (.6); further communications with C. Rosenberg regarding same (.2); reviewed revised proposed D&O insurance dispute resolution protocol (.2); reviewed substantive email from defense and D&O carrier from C. Rosenberg regarding same (.1); mediation teleconference with M. Solinger, mediator, C. Rosenberg, defense counsel and carrier representatives (1.0); reviewed email regarding dispute resolution issues (.2). | 1300 | 2.60 | 1,300.00 |
| 07/25/11 | P. Hardy | Communication with U.S. colleagues on dispute resolution procedures and protocol. | 1300 | 1.40 | 987.00 |
| 07/26/11 | C.H. Rosenberg | Communication with A. Moss on D&O carriers proposed | 1300 | 4.60 | 3,335.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | memorandum (.20); reviewed additional research (.20); communication with M. Solinger on coverage and mediation issues (.10); worked on analysis of carrier arguments (.50); drafted communication to M. Solinger on carrier positions (.30); revised analysis per caselaw (.10); communication with A. Moss on coverage analysis (.10); reviewed new complaint (.20); communication with D. Brew on notice to carriers (.10); further communication regarding talking points and issues with M. Solinger and A. Moss (.20); participated in mediation conference call with M. Solinger and mediator and carrier representatives on strategic and coverage issues (2.20); follow-up conference with A. Moss and M. Solinger on next steps (.20); communication with M. Hersh on status and strategy (.20). | | | |
| 07/26/11 | A.J. Moss | Communications with Fee Committee counsel (.1); communications with C. Arthur regarding interim fee application (.1). | 4600 | 0.20 | 100.00 |
| 07/26/11 | A.J. Moss | Reviewed substantive email from C. Rosenberg regarding mediation (.2); reviewed email from M. Solinger (.2); further communications with C. Rosenberg and M. Hersh regarding coverage issues (.5); researched, reviewed and analyzed cases and materials on D&O coverage issues (1.4); | 1300 | 7.90 | 3,950.00 |

# Reed Smith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | analyzed primary and excess D&O policies (.5); worked on substantive correspondence to M. Solinger and C. Rosenberg regarding D&O coverage issues (.5); communications with C. Rosenberg regarding same (.2); worked on revisions to correspondence to client (.4); further reviewed research on coverage issues (.5); further communications with C. Rosenberg regarding same (.2); reviewed and analyzed primary and excess D&O policies (.5); mediation teleconference with M. Solinger, mediator, C. Rosenberg and carrier representatives (2.4); teleconference with M. Solinger and C. Rosenberg to discuss mediation (.3); reviewed proposed email to claimants' counsel from carriers regarding settlement issues (.1). | | | |
| 07/26/11 | P. Hardy | Communicated with U.S. colleagues on dispute resolution procedures and protocol. | 1300 | 0.50 | 352.50 |
| 07/27/11 | C.H. Rosenberg | Reviewed opinion in debt-equity case (.30); communication with defense counsel and M. Solinger on the decision (.20); participated in mediation meeting with carriers, M. Solinger, mediators and plaintiffs' counsel (3.00); follow-up conference call with M. Solinger on developments (.20); further communication with defense counsel and D. Brew (Marsh) on the Kaplan opinion (.20); telephone conference with D. Brew (Marsh) on issues to be | 1300 | 4.80 | 3,480.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | resolved (.20); communication with counsel on dispute resolution process and mediation issues (.30); communication with M. Hersh on strategic issues (.10); communication with M. Solinger and mediators on U.S. Air and N.J. matters (.20); communication with A. Moss on developments in underlying litigation (.10). | | | |
| 07/27/11 | A.J. Moss | Reviewed news article about Lehman Debt/Equity class action (.1); communications with C. Rosenberg regarding same (.1); reviewed and analyzed opinion in Lehman Debt/Equity class action (.6); participated in mediation teleconference with M. Solinger, mediators, C. Rosenberg, insurer counsel and SASCo action counsel (3.0); communications with carrier representatives regarding opinion in Lehman Debt/Equity class action (.2); reviewed substantive email from M. Solinger regarding mediation (.2). | 1300 | 4.20 | 2,100.00 |
| 07/28/11 | C.H. Rosenberg | Reviewed communication from M. Solinger on N.J. matter (.10); conference call with carriers and mediator on New Jersey matter (.50); reviewed communication from mediator on U.S. Air matter (.10); communication with M. Solinger and mediator on developments in U.S. Air and NJ matters (.10); communication with carriers on coverage and settlement issues (.20); telephone conference with counsel regarding mediation issues (.30); | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | follow-up communication with M. Solinger regarding call with defense counsel (.10); further communication with carrier representatives on potential claim resolution issues (.20); reviewed FHLBB's letter on settlement (.10); communication with defense counsel and M. Solinger regarding FHLBB (.10); communication with A. Moss on providing notice to the carriers (.10); reviewed notice to carriers and communication with mediators on FHLBB (.10). | | | |
| 07/28/11 | A.J. Moss | Reviewed communications with M. Solinger and mediator (.1); mediation teleconference with M. Solinger, mediator, T. Geyer (Zurich); P. Matousek (ACE Bermuda) and C. Rosenberg (.5); reviewed correspondence regarding same (.2); reviewed correspondence from Federal Home Loan Bank of Boston plaintiffs and communications regarding same (.2); telephone call with MBS action counsel and C. Rosenberg (.4); communications with C. Rosenberg regarding same (.2); communications with D&O insurer representatives (.1); communications with mediators (.1). | 1300 | 1.80 | 900.00 |
| 07/29/11 | C.H. Rosenberg | Communication with M. Solinger on NJ and U.S. Air matters (.20); reviewed communication from counsel for U.S. Air (.10); reviewed communication with mediators (.20); communication | 1300 | 0.80 | 580.00 |

# Reed Smith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | with A. Moss on FHLBB letter (.10); communication with M. Solinger on FHLBB matter (.10); reviewed draft outline proposed by D&O carriers (.10). | | | |
| 07/29/11 | A.J. Moss | Reviewed substantive correspondence from M. Solinger and Zurich and ACE Bermuda representatives regarding NJ opt-out action. | 1300 | 0.30 | 150.00 |
| **Total Fees** | | | | **128.20** | **$77,493.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | Total |
|-----------|-------|------|-------|
| A.J. Moss | Partner | 40.40 hrs @ $ 500.00 / hr | 20,200.00 |
| C.H. Rosenberg | Partner | 48.60 hrs @ $ 725.00 / hr | 35,235.00 |
| E. Sanroman | Other | 0.50 hrs @ $ 220.00 / hr | 110.00 |
| E.A. Arundel | Paralegal | 4 hrs @ $ 240.00 / hr | 960.00 |
| M.S. Hersh | Partner | 27.80 hrs @ $ 580.00 / hr | 16,124.00 |
| Margaret E Campbell | Partner | 0.20 hrs @ $ 705.00 / hr | 141.00 |
| P. Hardy | Partner | 6.70 hrs @ $ 705.00 / hr | 4,723.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Total Professional Services | $77,493.50 |
|---|---|

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | Amount |
|---|---|---|
| 07/31/2011 | PACER | 3.44 |
| 07/31/2011 | Westlaw | 494.03 |
| 06/15/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400195118401 | 10.07 |
| 06/15/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400196430811 | 10.07 |
| 06/15/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Richard Gitlin Godfrey & Kahn, S.C. (MADISON WI 53703) 1Z6151400197692822 | 6.82 |
| 06/15/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400198438382 | 10.07 |
| 06/15/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400198939591 | 10.07 |
| 06/15/2011 | 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400195118401 | 7.06 |

# Reed Smith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 06/15/2011 | 00843 UPS - Shipped from  REEDSMITH SACHNOFF AND WEAV to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400196430811 | 5.41 |
| 06/15/2011 | 00843 UPS - Shipped from  REEDSMITH SACHNOFF AND WEAV to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400198438382 | 7.06 |
| 06/15/2011 | 00843 UPS - Shipped from  REEDSMITH SACHNOFF AND WEAV to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400198939591 | 5.41 |
| 06/27/2011 | Air Travel - VENDOR: Mark S. Hersh, Jun 27, 2011 Mediation Session UNITED 0164060219608 (Economy Plus Seat Fee) | 44.00 |
| 06/27/2011 | Air Travel - VENDOR: Mark S. Hersh, Jun 27 Mediation Session AGNT FEE 89005477258316 | 22.00 |
| 06/27/2011 | Air Travel - VENDOR: Mark S. Hersh, Jun 27 Mediation Session AGNT FEE 89005477258342 | 22.00 |
| 06/27/2011 | Air Travel - VENDOR: Mark S. Hersh, Jun 27, 2011 Mediation Session (Chicago to NYC) AMERICAN 00186631107471 | 345.70 |
| 06/27/2011 | Air Travel - Mark S. Hersh, Jun 27, 2011 Mediation Session (Chicago to NYC) UNITED 01686631107453 | 154.70 |
| 06/29/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jun 29, 2011 Mediation Session Cabfare | 34.00 |
| 06/29/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jun 29, 2011 Mediation Session Cabfare from office to O'hare | 43.00 |
| 06/30/2011 | Lodging - VENDOR: Mark S. Hersh, Jun 30, 2011 Mediation Session | 346.61 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 06/30/2011 | Air Travel - VENDOR: Mark S. Hersh, Jun 30, 20 Mediation Session AMERICAN 00106282416070 | 9.00 |
| 06/30/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jun 30, 2011 Mediation Session Cab from O'Hare to Home. | 38.00 |
| 06/30/2011 | Meal Expense - VENDOR: Mark S. Hersh, Jun 30, 201 Mediation Session LAGUARDIA AUBONPAIN 72 | 9.23 |
| 06/30/2011 | Meal Expense - VENDOR: Mark S. Hersh, Jun 30, 201 Mediation Session DEAN & DELUCA ESPRESSO | 11.11 |
| 06/30/2011 | Meal Expense - VENDOR: Mark S. Hersh, Jun 30, 2011 Mediation Session SHORTY'S - NEW YORK | 44.25 |
| 07/05/2011 | Air Travel -  VENDOR: Carolyn H. Rosenberg, Traveled to NY to attend meetings with mediator and carriers AGNT FEE 89005479179610 | 7.00 |
| 07/06/2011 | Air Travel -  VENDOR: Carolyn H. Rosenberg, Jul 06, Traveled to NY to attend meetings with mediator and carriers UNITED 01686652626960 | 447.40 |
| 07/06/2011 | Air Travel -  VENDOR: Carolyn H. Rosenberg, Traveled to NY to attend meetings with mediator and carriers AGNT FEE 89005479568865 | 7.00 |
| 07/06/2011 | Air Travel - VENDOR: Mark S. Hersh, Jul 06, 2011 Mediation Session UNITED 01686652626971 | 447.40 |
| 07/06/2011 | Air Travel - VENDOR: Mark S. Hersh, Jul 06 Mediation Session AGNT FEE 89005479568880 | 7.00 |
| 07/06/2011 | Air Travel - VENDOR: Mark S. Hersh, Jul 06 Mediation Session AGNT FEE 89005479635903 | 7.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 07/14/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400190034831 | 9.94 |
| 07/14/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Richard Gitlin Godfrey & Kahn, S.C. (MADISON WI 53703) 1Z6151400190968421 | 6.73 |
| 07/14/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400193577053 | 9.94 |
| 07/14/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400194100869 | 9.94 |
| 07/14/2011 | 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400194183048 | 9.94 |
| 07/14/2011 | 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400190034831 | 5.35 |
| 07/14/2011 | 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400193577053 | 5.35 |
| 07/14/2011 | 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400194183048 | 6.97 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 07/15/2011 | Air Travel - VENDOR: Carolyn H. Rosenberg, Jul 15, Traveled to NY to attend meetings with mediator and carriers UNITED 01686678310656 | 196.00 |
| 07/15/2011 | Air Travel - VENDOR: Carolyn H. Rosenberg, Traveled to NY to attend meetings with mediator and carriers AGNT FEE 89005482472561 | 22.00 |
| 07/17/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jul 17, 2011 Mediation Session CHICAGO PRIVATE CAR | 59.00 |
| 07/17/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jul 17, 2011 Mediation Session | 39.00 |
| 07/17/2011 | Meal Expense - VENDOR: Mark S. Hersh, Jul 17, 2011 Mediation Session ROSIE O'GRADY'S | 38.49 |
| 07/18/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jul 18, 2011 Mediation Session Cabfare from JAMS to hotel | 10.00 |
| 07/18/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jul 18, 2011 Mediation Session Reed Smith to JAMS | 11.00 |
| 07/18/2011 | Taxi Expense - VENDOR: Mark S. Hersh, Jul 18, 2011 Mediation Session Cabfare from dinner to hotel | 5.00 |
| 07/18/2011 | Taxi Expense - VENDOR: Carolyn H. Rosenberg, Jul 18, 201 Traveled to NY to attend meetings with mediator and carriers - taxi from LGA to mediation meeting | 37.00 |
| 07/18/2011 | Meal Expense - VENDOR: Carolyn H. Rosenberg, Jul 18 Traveled to NY to attend meetings with mediator and carriers | 9.86 |
| 07/18/2011 | Meal Expense - VENDOR: Carolyn H. Rosenberg, Jul 18, 2 Traveled to NY to attend meetings with mediator and carriers Mark S. Hersh BASSO 56. | 80.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 07/18/2011 | Meal Expense - VENDOR: Mark S. Hersh, Jul 18, 2011 Mediation Session | 7.34 |
| 07/19/2011 | Lodging - VENDOR: Mark S. Hersh, Jul 19, 2011 Mediation Session | 697.22 |
| 07/19/2011 | Lodging - VENDOR: Carolyn H. Rosenberg, Jul 19, Traveled to NY to attend meetings with mediator and carriers | 348.61 |
| 07/19/2011 | Taxi Expense - VENDOR: Carolyn H. Rosenberg, Jul 19, 201 Traveled to NY to attend meetings with mediator and carriers - taxi to  LGA | 37.00 |
| 07/19/2011 | Taxi Expense - VENDOR: Carolyn H. Rosenberg, Jul 19, 201 Traveled to NY to attend meetings with mediator and carriers - taxi from ORD to Chicago office | 39.00 |
| 07/19/2011 | Meal Expense - VENDOR: Carolyn H. Rosenberg, Jul 19 Traveled to NY to attend meetings with mediator and carriers | 9.76 |
| | **Current Costs and Expenses** | **$4,326.35** |

## INVOICE SUMMARY

| | | |
|--|--|--|
| Total Fees | $ | 77,493.50 |
| Disbursements | $ | 4,326.35 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **81,819.85** |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 1300 | Insurance Issues | 122.90 | 75,933.50 |
| 4600 | Firm's Own Billing/Fee Applications | 5.30 | 1,560.00 |
| | **Matter Total** | **128.20** | **$77,493.50** |

**EXHIBIT    C-3**

**August 1, 2011 through August 31, 2011**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

**NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND**

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, NY  10020

| | |
|---|---|
| Invoice Number: | **2173612** |
| Invoice Date: | **9/20/2011** |
| Client Number: | **330015** |
| Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**      **8/1/2011 – 8/31/2011**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Current Fees............................................................................... | $ | 91,934.00 |
| Total Current Disbursements ............................................................. | | 138.34 |
| **Total Due This Invoice:** | $ | **$92,072.34** |

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*2672 Paysphere Circle*
*Chicago, IL 60674*

**Wire Instructions:**
*Bank of America, N.A.*
*Chicago, IL*
*ABA Number: 0260-0959-3*
*Swift Code: BOFAUS3N (International)*
*Account #5201742490*
**(Please Reference Invoice Number)**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, NY  10020

| | |
|---|---|
| Invoice Number: | **2173612** |
| Invoice Date: | **9/20/2011** |
| Client Number: | **330015** |
| Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2011

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/11 | C.H. Rosenberg | Communication with U.K. colleagues on dispute resolution issues (.10); communication with M. Solinger on claim resolution developments (.10); communication with M. Hersh on status with FHLBB, debt-equity cases (.10). | 1300 | 0.30 | 217.50 |
| 08/02/11 | C.H. Rosenberg | Communication with M. Solinger on mediation issues (.20); communication with D. Brew (Marsh) on mediation (.10); reviewed communication from W. Maher on SASCo claim (.10); telephone conference with W. Maher on SASCo issues (.30); further communication with defense counsel and M. Solinger on SASCo and debt-equity cases (.30); communication with UK colleagues on dispute resolution developments (.20); telephone conference with M. Solinger on latest developments in open claims resolution options (.20); reviewed defense counsel's update on debt-equity case developments (.10); communication with W. Maher on SASCo cases (.10). | 1300 | 1.60 | 1,160.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/02/11 | C.H. Rosenberg | Worked on interim fee petition (.10); communication with A. Arundel on draft (.10). | 4600 | 0.20 | 145.00 |
| 08/03/11 | C.H. Rosenberg | Communication with M. Solinger on open claims developments (.20); communication with UK colleagues on dispute resolution procedures (.10); reviewed M. Solinger's communication to carriers on potential claim resolution (.10); communication with M. Solinger on strategy (.10); reviewed recent opinion on coverage issues (.20); communication with M. Solinger and mediators on developments (.10); telephone conference with P. Matousek on ACE's positions (.10); communication with defense counsel on carrier developments (.10); reviewed communication with P. Matousek and M. Solinger on claim developments (.10); communication with A. Moss on developments and strategy (.10). | 1300 | 1.20 | 870.00 |
| 08/03/11 | A.J. Moss | Reviewed correspondence from M. Solinger regarding California opt-out claim (.1); reviewed email from ACE Bermuda regarding same (.1); reviewed memoranda regarding status of debt/equity and MBS litigation (.4); reviewed new case law on relation-back issues (.4); worked on substantive analysis of same (.2); communications with C. Rosenberg regarding same (.1); reviewed email to mediators on claim issues (.1). | 1300 | 1.40 | 700.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/03/11 | P. Hardy | Draft e-mail and information obtained re potential arbitrator. | 1300 | 0.10 | 70.50 |
| 08/04/11 | C.H. Rosenberg | Communication with M. Solinger and carriers on potential settlements (.20); reviewed update report and planned call with mediators and defense counsel (.10). | 1300 | 0.30 | 217.50 |
| 08/04/11 | A.J. Moss | Reviewed correspondence from client and defense counsel regarding mediation and potential settlement. | 1300 | 0.10 | 50.00 |
| 08/05/11 | M.S. Hersh | Participated in teleconference with mediator, defense counsel re negotiation status (1.1); met with colleagues re mediation strategy (.9); teleconference with client and defense counsel re possible settlement (.7); worked on email to mediators (.2); reviewed recent emails re settlement discussion (.7); reviewed new court ruling on "relatedness" issues (.3). | 1300 | 3.90 | 2,262.00 |
| 08/05/11 | C.H. Rosenberg | Conference call with defense counsel, M. Solinger and mediators on status and developments (.80); follow-up conference call with defense counsel (.20); conference with M. Hersh on strategic issues (.30); telephone conference with defense counsel on open claims (.30); further communication with defense counsel on settling potential claims (.20); telephone conference with M. Solinger to develop strategy (.20); communication with mediators on strategic issues (.20); further communication with M. Solinger | 1300 | 2.90 | 2,102.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | on open claims (.10); communication with D. Brew (Marsh) on case update (.10); communication with M. Hersh on coverage strategy (.10); communication with defense counsel on carrier positions (.10); reviewed additional claim correspondence from M. Armstrong (Marsh) (.20); communication with M. Solinger on developments and next steps (.10). | | | |
| 08/05/11 | A.J. Moss | Attended mediation teleconference with M. Solinger, mediator and defense counsel to discuss settlement issues (1.0); post-call internal meeting to discuss mediation, coverage and strategic issues (.2); reviewed recently received coverage correspondence from Marsh (.1); reviewed email from D. Brew (Marsh) regarding settlement issues (.1). | 1300 | 1.40 | 700.00 |
| 08/05/11 | E.A. Arundel | Review fee committee letter regarding two previous fee applications. | 4600 | 0.50 | 120.00 |
| 08/08/11 | M.S. Hersh | Reviewed emails re status of carrier discussions. | 1300 | 0.10 | 58.00 |
| 08/08/11 | C.H. Rosenberg | Communication with Fee Committee counsel to address billing guidelines (.10); communication with A. Moss to outline issues and questions for 8/9/11 conference call with Fee Committee counsel (.10); reviewed third interim application petition (.30). | 4600 | 0.50 | 362.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/11 | C.H. Rosenberg | Communication with M. Solinger on the latest developments with carriers on resolving the SASCo and debt-equity matters and update from mediators (.10); communication with M. Hersh regarding the update and planned next steps with the mediators, carriers and defense counsel (.10); further communication with M. Solinger on mediators' report on carrier meeting and proposed next steps with the carriers (.20). | 1300 | 0.40 | 290.00 |
| 08/08/11 | A.J. Moss | Reviewed substantive email from M. Solinger and mediator regarding mediation of SASCo litigation and insurance coverage for same (.2). | 1300 | 0.20 | 100.00 |
| 08/08/11 | A.J. Moss | Meeting with A. Arundel to discuss revisions to third interim application (.2). | 4600 | 0.20 | 100.00 |
| 08/08/11 | E.A. Arundel | Prepare third interim fee application of Reed Smith (2.3) | 4600 | 2.30 | 552.00 |
| 08/08/11 | E.A. Arundel | Meeting with C. Rosenberg and A. Moss regarding Fee Committee correspondence and preparation of response (.9) | 4600 | 0.90 | 216.00 |
| 08/09/11 | M.S. Hersh | Reviewed and exchanged emails with colleagues re settlement strategy on NJ, SASCo and debt-equity claims. | 1300 | 0.70 | 406.00 |
| 08/09/11 | C.H. Rosenberg | Telephone conference with Fee Committee counsel to address billing guidelines and issues raised in 8/5 letter from Fee Committee counsel (.50); reviewed draft of third interim fee application and supplemental information (.20); communication | 4600 | 0.90 | 652.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | with A. Arundel and A. Moss on revisions to the third interim fee application (.20). | | | |
| 08/09/11 | C.H. Rosenberg | Telephone conference with M. Ledley on negotiations with mediators regarding the SASCo suit (.10); communication with M. Solinger on mediation developments and the mediator's communication on the underlying SASCo and debt-equity litigation (.10); communication with R. Lusk and Marsh Bermuda on U.S. Airways payment (.10); telephone conference with U.S. Airways claimant regarding same (.10); further communication with R. Lusk, M. Solinger and T. Russell (Marsh) on U.S. Airways claim (.10); telephone conference with D. Brew (Marsh) regarding mediators' report on SASCo and debt equity cases (.10); communication with M. Solinger on results of call with D. Brew and further strategic options (.10); communication with M. Hersh on strategies to assist mediator in resolving the SASCo and debt-equity claims on coverage front (.20); reviewed M. Solinger's and E. Burke's (Simpson Thacher) inquiries on NJ settlement payment issues (.20); communication with M. Hersh on ways to resolve the issues raised by plaintiffs in the NJ settlement (.10). | 1300 | 1.20 | 870.00 |
| 08/09/11 | A.J. Moss | Reviewed substantive email from M. Solinger and mediator regarding status of settlement | 1300 | 0.30 | 150.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | discussions with D&O insurers (.2); communications with C. Rosenberg regarding strategic issues related to settlements with insurers (.1). | | | |
| 08/09/11 | E.A. Arundel | Revise Lehman Third Interim Fee Application per C. Rosenberg comments (.4) | 4600 | 0.40 | 96.00 |
| 08/10/11 | M.S. Hersh | Teleconference with E. Burke re NJ settlement (.5); drafted email to ACE counsel re same (.1); teleconference with ACE counsel re same (.4); teleconference with colleague re US Air award and reviewed emails re same (.2). | 1300 | 1.20 | 696.00 |
| 08/10/11 | C.H. Rosenberg | Communicate with M. Hersh and P. Matousek (ACE) to address N.J. payment issues raised through plaintiff and Simpson Thatcher counsel (.2); communicate with M. Solinger as to status on mediation (.1); communicate with P. Hardy, U.K. colleague, regarding developments and potential ADR proceedings (.1); review results of M. Hersh's call with P. Matousek (ACE) on plaintiff's request in connection with escrowing N.J. settlement payment (.1); review inquiry from J. Kenny of Marsh Bermuda regarding US Airways information requested to pay settlement (.1); communication with M. Hersh and M. Solinger to obtain requested materials for Marsh Bermuda (.1); further communication with J. Kenny to confirm he has what is needed for payment instructions for ACE (.1); review communication from M. | 1300 | 0.90 | 652.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | Ledley, SASCO defense counsel, regarding coverage strategy (.1). | | | |
| 08/10/11 | C.H. Rosenberg | Further revise interim fee petition to implement comments from discussion with Fee Committee counsel on 8/9/11. | 4600 | 0.20 | 145.00 |
| 08/11/11 | M.S. Hersh | Exchanged emails with colleagues and client re strategy, and dispute resolution options (.4); met with colleagues re possible adversary proceeding against carriers (.4); reviewed draft email to client re same (.2); reviewed emails re NJ settlement (.2); teleconferences with E. Burke, ACE counsel, re same (.3). | 1300 | 1.50 | 870.00 |
| 08/11/11 | C.H. Rosenberg | Communication with A. Moss on draft changes to interim fee application. | 4600 | 0.10 | 72.50 |
| 08/11/11 | C.H. Rosenberg | Further communicate with M. Ledley on coverage strategy (.1); communicate with M. Solinger on coverage options and M. Ledley's views on SASCO litigation issues (.2); communicate with A. Moss on adversary proceeding options against carriers in light of mediation developments (.2); teleconference with M. Ledley on adversary proceeding issues (.1); meeting with M. Hersh and A. Moss to strategize on possible adversary proceeding against several insurers (.5); draft email to M. Solinger identifying strategic dispute resolution options against the carriers (.3); review M. Hersh's communication with M. Solinger on resolution of the | 1300 | 1.60 | 1,160.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | request by plaintiffs in the NJ action to have the insurer escrow the settlement amount (.1); review the mediators' report to M. Solinger on progress in addressing potential resolution of the SASCO litigation with the insurers (.1). | | | |
| 08/11/11 | A.J. Moss | Reviewed communication from M. Ledley regarding SASCo mediation issues (.1); communications with C. Rosenberg regarding same (.1); meeting with C. Rosenberg and M. Hersh to discuss mediation, insurance dispute resolution issues and strategic issues (.5); edited correspondence to M. Solinger regarding mediation and dispute resolution issues (.1); reviewed email from mediator regarding SASCo mediation (.1). | 1300 | 0.90 | 450.00 |
| 08/12/11 | M.S. Hersh | Exchanged emails with client re settlement negotiation issues (.1); revised draft adversary proceeding document (1.0). | 1300 | 1.10 | 638.00 |
| 08/12/11 | C.H. Rosenberg | Reviewed inquiry from defense counsel to Zurich counsel on remaining limits (.20); communication with M. Solinger on Essex claim (.10); communication with M. Hersh on strategic issues in light of remaining policy proceeds (.20); reviewed draft revised memo on coverage issues from M. Hersh (.30). | 1300 | 0.80 | 580.00 |
| 08/12/11 | E.A. Arundel | Prepare third interim fee application (2.1) | 4600 | 2.10 | 504.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/13/11 | C.H. Rosenberg | Reviewed and supplemented third interim fee application. | 4600 | 0.20 | 145.00 |
| 08/13/11 | C.H. Rosenberg | Drafted analytic e-mail to M. Ledley and M. Chepiga regarding mediation developments and strategy in SASCo litigation (.10); reviewed M. Ledley's responsive inquiry (.10); communication with M. Hersh on strategy question M. Ledley raised on insurers in 2007-8 tower (.10). | 1300 | 0.30 | 217.50 |
| 08/13/11 | A.J. Moss | Reviewed substantive email from M. Solinger, C. Rosenberg and M. Hersh regarding dispute resolution issues with D&O insurers (.2); reviewed draft analysis from M. Hersh and email from same (.1); reviewed correspondence from defense counsel for former officers regarding SASCo mediation (.1). | 1300 | 0.40 | 200.00 |
| 08/14/11 | A.J. Moss | Worked on revisions to third interim fee application (.5); communications with C. Rosenberg and A. Arundel regarding same (.2). | 4600 | 0.70 | 350.00 |
| 08/15/11 | C.H. Rosenberg | Reviewed communication from E. McGarry on mediation developments (.10); communication with M. Solinger and D. Brew (Marsh) on mediation payment information (.20); reviewed term sheet for potential debt-equity litigation settlement (.20); communication with M. Solinger and mediator on providing draft term sheet to insurers (.20); reviewed updated communication from mediator to defense counsel and M. Solinger | 1300 | 1.20 | 870.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | on term sheet and response dates for comments (.10); reviewed communication from P. Hynes, defense counsel, on term sheet (.10); reviewed A. Moss's communication with D&O carriers on the debt-equity class action term sheet (.10); reviewed and replied to E. McGarry's inquiry on revised term sheet (.20). | | | |
| 08/15/11 | C.H. Rosenberg | Further revised interim fee application. | 4600 | 0.10 | 72.50 |
| 08/15/11 | A.J. Moss | Reviewed substantive email from E. McGarry regarding dispute resolution issues (.1); communications with C. Rosenberg regarding D&O coverage issues for debt/equity and SASCo actions (.2); reviewed correspondence from mediator regarding debt/equity class action (.1); reviewed proposed term sheet from debt/equity plaintiffs (.2); communications with client representatives and C. Rosenberg regarding same (.2); communications with D&O insurer representatives regarding same (.2); reviewed further communications from M. Solinger, defense counsel and C. Rosenberg regarding D&O coverage issues for debt/equity actions and proposed settlement (.5). | 1300 | 1.50 | 750.00 |
| 08/15/11 | A.J. Moss | Communications with A. Arundel regarding interim application (.3); reviewed draft of same in preparation for filing (.2); communications with C. Arthur regarding same (.1). | 4600 | 0.60 | 300.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/16/11 | C.H. Rosenberg | Reviewed and responded to E. McGarry's email regarding comments to address on debt-equity term sheet (.20); conference call with E. McGarry, B. Paschler and A. Moss to discuss comments and open issues on term sheet, NJ settlement, and bankruptcy considerations (.30); communication with M. Hersh on NJ settlement question on carrier payment (.10); reviewed B. Pashler's communication to J. Huberty, carrier counsel, on the draft NJ settlement comments (.10); reviewed M. Armstrong's (Marsh) communications to D&O carriers on Fried claims and new additional defendants in the state action (.10); communication with JAMS mediation assistant regarding fees paid for mediation to identify all Defense Costs paid or to be paid (.10); reviewed information from D. Brew on mediation payments confirmed by Marsh (.20); reviewed B. Pashler's communication with P. Matousek on revised terms of NJ settlement and plaintiff's request to escrow prior to claim release (.10); communication with E. McGarry and M. Solinger on Zurich and ACE's payments to date (.10); communication with M. Solinger on mediation update on status of SASCo mediation efforts (.10); communication with M. Hersh on developments and next steps (.10). | 1300 | 1.50 | 1,087.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/16/11 | A.J. Moss | Reviewed email from E. McGarry regarding mediation issues (.1); communications with C. Rosenberg regarding same (.1); teleconference with E. McGarry, B. Paschler and C. Rosenberg to discuss mediation and coverage issues (.5); reviewed email from defense counsel regarding ACE Bermuda (.2); reviewed mark-up of NJ settlement agreement and correspondence from defense counsel regarding same (.3); reviewed correspondence from Marsh regarding Fried case (.1); reviewed email from M. McGarry regarding exhaustion issues (.1); reviewed email from B. Paschler to ACE Bermuda representatives regarding NJ settlement (.1). | 1300 | 1.50 | 750.00 |
| 08/17/11 | C.H. Rosenberg | Communication with M. Solinger on mediation developments in SASCo (.10); telephone conference with M. Ledley on developments in SASCo mediation efforts (.10); communication with M. Hersh on strategy in addressing mediation challenges (.10); reviewed communication from Fuld's counsel for copies of D&O policies (.10); communication with A. Moss on D&O policies requested by defense counsel (.10); reviewed defendants' draft revisions to the debt-equity class action term sheet and communication to mediators and plaintiffs (.30); reviewed communication with B. Paschler regarding transmittal to carriers of the revised term sheet and | 1300 | 4.10 | 2,972.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | documents (.10); communication with A. Moss and insurers on the term sheet (.10); reviewed communication from D. Brew (Marsh) on additional expenses incurred and paid by insurers relating to the mediation (.10); telephone conference with E. McGarry on NJ settlement issues and communication with carriers on revised term sheet (.10); telephone conference with J. Huberty (ACE) on requested conference call on NJ settlement (.10); communication with J. Huberty and P. Matousek (ACE) to confirm agreement to a conference call with Simpson Thacher counsel on NJ escrow issues (.20); communication with M. Solinger on mediation and dispute resolution issues if mediation is unsuccessful (.10); telephone conference with T. Geyer (Zurich) regarding obtaining carrier comments on defendants' revised term sheet (.20); communication with E. McGarry and M. Solinger on T. Geyer's comments on which carrier is leading discussions on debt-equity term sheet and status of collective comments (.10); reviewed plaintiffs' additional comments on the NJ settlement agreement forwarded by B. Pashler to carriers (.20); participated in conference call with ACE's coverage counsel and Simpson counsel to address issues relating to NJ settlement and debt-equity term sheet (.80).communication with A. Moss | | | |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | on draft dispute resolution document (.20); update M. Solinger on developments with ACE counsel, NJ settlement and revised term sheet (.20); drafted requested summary of debt-equity class litigation term sheet proposed revisions for M. Solinger (.30); communication with A. Moss on jurisdictional issues for dispute resolution proceedings (.20); reviewed objection filed by MBA plaintiffs in the Bankruptcy proceeding (.20); communication with M. Solinger regarding objection (.10). | | | |
| 08/17/11 | A.J. Moss | Reviewed substantive email from M. Solinger regarding mediation (.1); communications with C. Rosenberg regarding erosion of policy limits and defense costs issues (.2); reviewed email from mediator regarding same (.1); reviewed email from D. Brew (Marsh) regarding same (.1); reviewed email from M. Ledley regarding mediation (.1); telephone calls with M. Spieczny (Fuld) regarding insurance policies (.3); worked on substantive response to same (.5); reviewed mark-up of proposed term sheet from insureds (.2); reviewed email from B. Paschler regarding same (.1); communications with D&O insurer representatives regarding same (.1); reviewed substantive email from defense counsel regarding NJ settlement (.2); reviewed correspondence to ACE Bermuda representatives | 1300 | 6.60 | 3,300.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | regarding same (.1); teleconference with M. Solinger, defense counsel, ACE Bermuda and SPT counsel and C. Rosenberg to discuss coverage for NJ settlement (.5); reviewed further substantive email from defense counsel regarding settlements (.2); researched, reviewed and analyzed coverage issues for dispute resolution documents (1.2); worked on dispute resolution documents (2.5); communications with M. Hersh regarding same (.1). | | | |
| 08/17/11 | J.C. Schad | Research and report regarding insurers' corporate status pursuant to request from A. Moss. | 1300 | 0.60 | 168.00 |
| 08/18/11 | C.H. Rosenberg | Reviewed comments on draft dispute resolution document from J. Katz (.20); supplemented J. Katz's comments on draft document (.20); communication with A. Moss on collective comments on the draft (.10); reviewed and responded to M. Solinger's inquiry on call with ACE's counsel on debt-equity term sheet (.20); communication with ACE's counsel on the agenda for conference call with defendants and Lead Plaintiff in debt-equity action (.10); communication with defense counsel on term sheet and post-call with M. Solinger to discuss next steps (.10); communication with counsel for SASCo individual defendants on developments and MBS Plaintiffs' objection to | 1300 | 4.00 | 2,900.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | disclosure statement (.10); reviewed M. Berger's e-mail and red-lined comments to debt-equity term sheet (.30); communication with M. Solinger and mediators on the revised term sheet (.10); communication with ACE's counsel on going forward with conference call in light of revisions just received from plaintiffs in the debt-equity case (.10); conference call with ACE counsel, defense counsel and A. Moss on insurers' responses to comments on draft debt-equity term sheet (.30); follow-up conference call with M. Solinger and defense counsel as to results of call with ACE, status of term sheets, and next steps (.50); reviewed mediators' request for conference call and parties' responses as to timing and attendees (.20); communication with M. Solinger on attendees for various conference calls requested by mediators (.20); drafted summary of additional changes requested in term sheet for debt-equity settlement (.30); finalized revisions to draft dispute resolution proceeding and send with explanatory narrative to M. Solinger and counsel for individual defendants in SASCo case (.20); communication with M. Ledley on draft document (.10); communication with A. Moss and M. Solinger on M. Ledley's proposed changes to the draft document (.20); reviewed M. Solinger's inquiry to Weil counsel | | | |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| | | on term sheet item in debt-equity draft term sheet (.10); reviewed response of bankruptcy counsel (.10); telephone conference with C. Arthur regarding insurance parts of proposed comfort order (.10); communication with A. Moss on contemplated comfort order (.10); further communication with M. Solinger and bankruptcy counsel on contemplated debt-equity term sheet issues (.10). | | | |
| 08/18/11 | A.J. Moss | Worked on revisions to dispute resolution documents (1.8); communications with C. Rosenberg regarding same (.2); telephone call with J. Katz to discuss dispute resolution issues (.2); reviewed comments on dispute resolution documents from same (.2); further worked on dispute resolution documents (.5); further communications with C. Rosenberg regarding same (.1); teleconference with M. Solinger, E. McGarry and B. Paschler to discuss mediation (.6); reviewed objection to Debtors' disclosures with respect to insurance discussion (.1); communications with C. Rosenberg regarding same (.1); communications with W. Maher and M. Ledley regarding same (.2); reviewed email and comments on term sheet mark-up from debt/equity plaintiffs' counsel (.2); reviewed email from P. Matousek (ACE Bermuda) regarding same (.1); communications with D&O carrier | 1300 | 4.80 | 2,400.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | representatives regarding same (.1); reviewed email from mediator regarding debt/equity term sheet (.1); reviewed multiple email messages from defense counsel regarding Pearson settlement (.2); communications with D&O carrier representatives regarding same (.1). | | | |
| 08/18/11 | J. Katz | Reviewed and revised draft adversary proceeding document (.80); communicated re: status, strategy and revised items (.30). | 1300 | 1.10 | 495.00 |
| 08/19/11 | C.H. Rosenberg | Review further revised draft dispute resolution proceeding per comments of M. Ledley (.20); communication with M. Ledley, W. Maher and M. Solinger on red-lined and clean revised document of dispute proceeding (.10); conference call with mediator, insurer liasons and defense counsel to determine issues in contention on debt-equity term sheet (.50); conference call with debt-equity plaintiffs' counsel, carrier liasons, defense counsel and mediator to address MBS term sheet (1.50); further communication with bankruptcy counsel and M. Solinger on term sheet components and potential issues for the Estate (.20); drafted summary of call with carriers and plaintiffs for M. Solinger who could not remain on entire length of call (.20); communication with Estate's defense counsel on revising terms of debt-equity settlement term sheet (.20); | 1300 | 5.10 | 3,697.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication with P. Matousek on release issues affecting carriers and plaintiffs in term sheet discussions (.20); communication with M. Solinger on release language in term sheet (.10); reviewed Simpson defense counsel's collective further revised term sheet reflecting results of "all hands" call with plaintiffs, carriers and defense counsel (.30); communication with B. Pashler, E. McGarry and M. Solinger on further revisions to term sheet (.20); reviewed defense counsel's comments on proposed revisions (.20); reviewed carrier comments on the proposed revised term sheet (.20); reviewed further communication with bankruptcy counsel on terms in the release language (.10); communication with counsel for individual defendants on additional proposed changes to the debt-equity revised term sheet (.20); telephone conferences with E. McGarry and B. Paschler on term sheet items (.20); communication with A. Moss on term sheet items and proposed revisions (.10); reviewed latest draft of revised term sheet as sent to debt-equity plaintiffs (.20); telephone conference with P. Matousek (ACE) regarding insurance issues relating to revised term sheet (.10); communication with M. Hersh and A. Moss on insurance issues to be addressed in connection with term sheet issues raised by insurance counsel | | | |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | liason (.10). | | | |
| 08/19/11 | A.J. Moss | Reviewed substantive correspondence from M. Solinger, C. Rosenberg and bankruptcy counsel regarding proposed settlement of debt/equity class actions (.3); conference call with M. Solinger, mediator, defense counsel for individual insureds, D&O carrier counsel (ACE, HCC and SPT) and C. Rosenberg to discuss proposed term sheet, comments on same and insurance coverage issues (.6); teleconference with M. Solinger, mediator, defense counsel for insureds, debt/equity claimants' counsel and C. Rosenberg to discuss proposed term sheet and prospective settlement logistics (1.5); reviewed substantive email from E. McGarry and B. Paschler regarding proposed releases (.1); communications with C. Rosenberg regarding same (.3); teleconference with B. Paschler and C. Rosenberg to discuss same (.2); reviewed defendants' mark-up of proposed term sheet (.2); reviewed comments from defense counsel regarding same (.2); reviewed email from P. Matousek (ACE Bermuda) regarding carrier comments on defendants' mark-up of proposed term sheet (.1); communications with C. Rosenberg regarding ACE Bermuda (.2). | 1300 | 3.70 | 1,850.00 |
| 08/22/11 | M.S. Hersh | Reviewed multiple email messages regarding mediation | 1300 | 6.90 | 4,002.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (.9); prepared for teleconferences with plaintiff and defense counsel re terms sheet for security class action settlement (.9); participated in teleconferences with M. Solinger and defense counsel (2.2); reviewed today's emails re settlement of class action and possible coverage dispute proceeding (.3); analyzed issues re possible carrier releases (.6); teleconferences with carrier counsel on settlements (.9); exchanged email with C. Rosenberg and defense counsel re same (.6); reviewed revised settlement terms sheets (.5). | | | |
| 08/22/11 | C.H. Rosenberg | Reviewed D. Stickney's (Plaintiffs' counsel) revisions to latest term sheet for debt-equity case (.20); telephone conference with M. Hersh on debt-equity coverage issues to address on carrier call (.20); participated in conference call with defense counsel and Estate counsel on debt-equity term sheet issues (1.00); communication with M. Solinger on coverage issues and status of negotiations with SASCo plaintiffs in mediation (.20); reviewed status updates from mediators on SASCo mediation (.20); telephone conference with P. Matousek (ACE) and M. Hersh on coverage issues on debt-equity settlement term sheet (.10); communication with M. Solinger on developments in SASCo and debt-equity negotiations (.20); telephone conference with M. | 1300 | 4.00 | 2,900.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Hersh on strategy issues on debt-equity term sheet(.20); reviewed communication from defense counsel on draft comfort order motion (.10); communication with A. Moss on draft comfort order in debt- equity and NJ cases (.10); reviewed summary of M. Hersh's call with P. Matousek, J. Huberty (ACE) and T. Geyer (Zurich) on debt-equity coverage issues (.10); telephone conference with M. Hersh, M. Solinger and E. McGarry on coverage and settlement issues on debt-equity negotiations (.50); follow-up conference call with M. Hersh and carrier counsel on debt-equity settlement (.10); reviewed update to M. Solinger from M. Hersh on results of call with carriers(.10); reviewed draft revisions to New Jersey settlement term sheet (.20); reviewed plaintiffs' further revisions to debt-equity term sheet (.20); communication with carriers on both settlement term sheets (.10); communication with M. Hersh on strategic options for both negotiations (.20). | | | |
| 08/22/11 | A.J. Moss | Telephone call with M. Spieczny (Fuld) regarding comfort motion for debt/equity and NJ settlements (.3); reviewed mark-up of draft NJ settlement agreement (.2); communications with D&O carriers regarding same (.2); reviewed, analyzed and commented on draft comfort motion for prospective debt/equity settlement (1.3); worked on | 1300 | 2.70 | 1,350.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | revisions to same (.5); communications with M. Spieczny regarding same (.2). | | | |
| 08/23/11 | M.S. Hersh | Exchanged emails with defense counsel colleagues re NJ, class action settlements (.9); reviewed draft settlement documents (.5); teleconferences with client, C. Rosenberg, STB, mediator, carrier counsel re settlement issues and strategy (2.7); analyzed strategic issues re settlement discussion, "blow provision" issue raised by insurers (.8). | 1300 | 4.90 | 2,842.00 |
| 08/23/11 | C.H. Rosenberg | Reviewed communication from E. McGarry on negotiation issues in debt-equity settlement (.10); reviewed M. Hersh's report on call with carrier liason team regarding debt-equity and NJ term sheets (.10); responded to inquiries from defense counsel on obtaining carrier sign-off on NJ settlement today (.10); communication with A. Moss and bankruptcy counsel on revised draft comfort order regarding NJ settlement payment (.20); telephone conference with M. Hersh on next steps with carriers to obtain sign-off on debt-equity term sheet (.10); communication with M. Solinger on SASCo settlement issues and plan to finalize NJ and debt-equity term sheet (.10); reviewed bar order exhibit from A. Simkin to NJ settlement (.10); reviewed clean and black-line draft comfort order revisions from C. Arthur to | 1300 | 4.80 | 3,480.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | defense counsel (.10); reviewed defense counsel's summary of open issues from call with P. Matousek (ACE) on debt-equity term sheet (.10); reviewed B. Paschler's revised term sheets for debt-equity containing plaintiffs' comments (.20); reviewed final draft comfort order papers from C. Arthur to defense counsel (.10); telephone conference with E. McGarry and M. Hersh on strategic issues and items to close to get debt-equity term sheet finalized by insurers (.30); reviewed M. Hersh's communication to carriers regarding the final version of debt-equity term sheet and substantive message from plaintiffs' counsel (.10); telephone conference with M. Hersh and T. Geyer (Zurich, SPT) to address release and other provisions in debt-equity term sheet of concern to the carriers (.30); telephone conference with M. Solinger, M. Hersh and E. McGarry to update M. Solinger on developments with the insurers and plaintiffs as well as mediator involvement to close the deal (.30); telephone conference with mediator, M. Hersh and E. McGarry to update mediator and determine course of action (.20); reviewed defense counsel's comments on draft comfort order motion for NJ settlement (.10); reviewed defense counsel's response to plaintiffs on debt-equity term sheet (.10); communication with M. Solinger and E. McGarry on P. | | | |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Matousek's (ACE) comments on the latest term sheet for debt-equity settlement (.10); reviewed M. Hersh's communication to carriers on debt-equity term sheet latest draft (.10); reviewed M. Solinger's outreach to defense counsel to address carriers and resolve open issues on debt-equity term sheet (.10); telephone conference with M. Solinger, M. Hersh and defense counsel on carrier open issues on debt-equity term sheet (.20); conference call with M. Hersh, J. Huberty, T. Geyer and P. Matousek on issues of concern to carriers and their meeting 8/24/11 (.30); telephone conference with M. Hersh on strategy in light of carrier call (.10); telephone conference with M. Solinger and defense counsel on issues raised by carriers to close remaining issues on debt-equity settlement (.20); analyzed carrier issues and defense counsels' concerns on term sheets on follow-up call with mediator and M. Solinger (.30); draft proposed email to carriers per mediator's suggestion (.20); reviewed comments to proposed email to carriers from M. Solinger (.10); finalized communication to carriers on the debt-equity term sheet (.10); reviewed mediator's communication to carriers and M. Solinger on debt-equity settlement and plaintiffs' deadline for executing term sheet (.10); communication with A. Moss on status and anticipated next steps with settlements (.10); telephone | | | |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | conference with M. Hersh on debt-equity and SASCo mediation status and course of action (.10). | | | |
| 08/23/11 | A.J. Moss | Communications with C. Rosenberg and M. Hersh regarding proposed draft release in debt/equity term sheet (.5); communications with J.A. Conway Gross regarding coverage correspondence and underlying complaints (.2); reviewed and responded to email from C. Arthur regarding comfort motion review (.1); communications with M. Spieczny (Fuld) regarding comfort motion for debt/equity and NJ settlements (.2); worked on same (.8); further communications with M. Spieczny regarding comfort motions (.2); reviewed substantive summary of conference call with mediators and defense counsel regarding potential debt/equity class action settlement (.2). | 1300 | 2.20 | 1,100.00 |
| 08/23/11 | J.A.C. Gross | Worked on response to Fee Committee correspondence (.30); conferred with A. Moss regarding same (.20). | 1300 | 0.50 | 125.00 |
| 08/24/11 | M.S. Hersh | Met with C. Rosenberg re strategy for carrier contribution to securities settlements (.7); reviewed emails re same (.4); reviewed revised settlement documents and "comfort order" (.7); analyzed strategic issues re carrier contribution to settlement (.6); reviewed draft carrier release (.7); worked on revisions to | 1300 | 6.90 | 4,002.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | carrier release (1.7); worked on finalizing release and settlement term sheet in debt-equity case, including multiple teleconferences with carrier counsel and defense counsel, and multiple emails (2.1). | | | |
| 08/24/11 | C.H. Rosenberg | Communication with M. Solinger on latest communication to carriers on settling documents for debt-equity case (.10); reviewed draft debt-equity comfort order motion from M. Spieczny (Fuld) (.20); communication with A. Moss on draft motion for comfort order from a coverage perspective (.10); communication with M. Solinger on draft comfort order motion and timing of filing (.10); reviewed A. Wasserman's communication to carriers urging sign off on the term sheet for debt-equity settlement and comfort order (.10); reviewed E. McGarry's comments on term sheet and comfort order (.10); reviewed A. Wasserman's communication to plaintiffs on status of debt-equity term sheet (.10); reviewed plaintiffs' counsel D. Kessler's response to defense counsel for individual defendants to term sheet communication (.10); communication with P. Matousek (ACE) on latest version of debt-equity term sheet circulated to plaintiffs' counsel (.10); reviewed B. Paschler's communication to P. Matousek (ACE) on debt-equity term sheet questions (.10); reviewed E. McGarry's update to carriers on | 1300 | 7.80 | 5,655.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | plaintiffs' sign off on certain term sheet revisions (.10); reviewed and responded to T. Geyer's (SPT) further report of the carriers' positions on term sheet and requested release (.10); communication with defense counsel on plaintiffs' deadline and developments with insurers (.10); reviewed and responded to multiple communications from counsel for individual defendants on strategy in light of carrier issues and Plaintiffs' imposed deadline (.50); reviewed B. Pashler's redline of final term sheet implementing latest changes from Estate and Plaintiffs and insurers (.10); reviewed email and draft Insurer Release Agreement from T. Geyer (.30); communication with M. Solinger and defense counsel on the proposed draft release (.50); communication with M. Hersh to analyze draft release and proposed comments on key concepts (.50); telephone conference with T. Geyer (SPT) on questions regarding the intent of the release and considerations (.20); communication with counsel for insureds and Estate on carrier intent and drafting issues on the release (.30); reviewed collective comments on the Insurer draft from the individual defendants' counsel (.20); communication with E. McGarry on the comments from defendants (.20); communication with M. Solinger and mediators on draft Release (.10); | | | |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication with T. Geyer (SPT) on timing and issues regarding carrier approval on term sheet in light of issues regarding draft release (.10); reviewed additional proposed revisions to draft Release from A. Wasserman and Simpson counsel (.10); responded to counsel on the requested revisions (.10); reviewed executed copies of NJ settlement agreement and stipulation from A. Simkin (Simpson) (.10); telephone conferences with M. Solinger and M. Hersh on term sheet and release issues and strategy with carriers (.30); telephone conference with T. Geyer (SPT) and P. Matousek (ACE) on additional comments from defense counsel to the debt-equity Release (.50); reviewed red-lined and clean versions of proposed revised Release for carrier review (.20); further communication with counsel for individual defendants on carrier views on proposed revisions to Release (.10); conference call with counsel for individuals to go over Insurer reactions to proposed changes to the draft Release (.50); telephone conference with T. Geyer on latest positions of defense counsel and finalization of terms of Release (.30); telephone conferences with AXIS counsel on authority to sign off on debt-equity term sheet (.30); communication with M. Solinger and defense counsel on | | | |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | authorization from carriers to term sheet and comfort order (.20); communication with E. McGarry on final sign off and next steps for filing comfort order (.10); reviewed communication from A. Wasserman on the filing of comfort motion (.10); communication with M. Solinger on status, developments and strategic issues regarding additional mediation matters (.20); communication with Simpson counsel and M. Hersh on final documentation on debt-equity term sheet and comfort order (.30). | | | |
| 08/24/11 | A.J. Moss | Communications with M. Spieczny (Fuld) regarding comfort motion for debt/equity and NJ settlements (.2); communications with M. Solinger regarding comfort motion (.1); reviewed, commented on and edited proposed comfort motion for settlements (.6); communications with M. Spieczny and A. Wasserman regarding same (.2); reviewed comments from bankruptcy counsel regarding comfort motion (.1); reviewed draft proposed comfort order from M. Spieczny (.1); reviewed email from P. Matousek (ACE Bermuda) regarding debt/equity class action term sheet (.1); reviewed multiple substantive email messages from M. Solinger, defense counsel, mediators, C. Rosenberg and M. Hersh regarding settlement of debt/equity class action (.8); | 1300 | 6.10 | 3,050.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | further communications with M. Spieczny, M. Brody and A. Wasserman regarding comfort motion (.3); reviewed substantive email and draft proposed release from T. Geyer (St. Paul) and other D&O carriers regarding settlement of debt/equity class action (.7); communications with C. Rosenberg and M. Hersh regarding same (.5); reviewed 2007-08 D&O policies with respect to draft proposed release (.3); telephone call with M. Deifik (Chartis) regarding comfort motion (.1); communications with M. Spieczny, M. Brody and A. Wasserman regarding same (.1); teleconference with M. Solinger, defense counsel, C. Rosenberg and M. Hersh to discuss draft proposed release from D&O carriers (.7); reviewed comments on same from defense counsel (.1); telephone call with T. Geyer (SPT), C. Rosenberg and M. Hersh to discuss draft proposed release from D&O carriers (.3); reviewed executed NJ settlement agreement (.1); communications with D&O carrier representatives regarding same (.2); reviewed email from T. Geyer (St. Paul) regarding draft proposed release from D&O carriers (.1); reviewed email from defense counsel regarding same (.1); reviewed executed debt/equity settlement papers and as-filed comfort motion for same (.3). | | | |
| 08/25/11 | M.S. Hersh | Reviewed final settlement documents (.2); reviewed emails | 1300 | 0.70 | 406.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | re settlement discussions in MBS case, attorney fees (.2); teleconference with C. Rosenberg re carrier release issues (.2); teleconference with directors' counsel re settlement issues (.1). | | | |
| 08/25/11 | C.H. Rosenberg | Communication with M. Solinger on strategy with remaining cases to settle and coverage developments (.10); reviewed communication from SASCo counsel on scheduling and discovery in underlying matter and impact on settlement timing (.10); reviewed communication from opt-outs to mediators on potential settlement of cases (.10); communication with M. Solinger and SASCo counsel on carrier strategy (.20); communication with Simpson counsel on carrier payment of accumulated defense costs (.10); analyzed strategies for further action on payment of defense costs from carriers whose policy limits are soon depleted (.30); communication with M. Solinger and M. Hersh on coverage strategy on remaining claims (.10); communication with A Wasserman and M. Hersh on comfort order motion in debt-equity and NJ cases (.10); reviewed communication with W. Maher and M. Ledley on SASCo mediation issues (.10); reviewed M. Solinger's communication to SASCo defense counsel on SASCo mediation (.10). | 1300 | 1.30 | 942.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/25/11 | A.J. Moss | Reviewed multiple substantive emails from M. Solinger, defense counsel, mediators, C. Rosenberg and M. Hersh regarding settlement of debt/equity class action (.5). | 1300 | 0.50 | 250.00 |
| 08/25/11 | J.A.C. Gross | Organized recently received carrier correspondence, notice letters and internal correspondence in document management system for later retrieval and use by attorneys. | 1300 | 3.00 | 750.00 |
| 08/26/11 | M.S. Hersh | Teleconference with counsel for SASCO defendants (.3); reviewed numerous emails re MBS and opt-out settlement discussions, strategy (.3). | 1300 | 0.60 | 348.00 |
| 08/26/11 | C.H. Rosenberg | Communication with M. Solinger on SASCo mediation issues (.10); communication with M. Ledley and M. Hersh on SASCo mediation issues (.30); communication with M. Solinger and mediators on proposed call with SASCo defense counsel (.10); reviewed communication with debt-equity defense counsel requesting conference call with mediators (.10); communication with M. Hersh on strategy for SASCo settlement coverage (.10); telephone conference with M. Ledley on SASCo mediation issues (.10); reviewed further communication with M. Solinger on SASCo mediation (.10); reviewed W. Maher's communication to mediators on SASCo mediation (.10); reviewed mediator replies and communication with M. Solinger | 1300 | 1.20 | 870.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | and W. Maher on conference agenda and availability (.20). | | | |
| 08/26/11 | A.J. Moss | Reviewed multiple substantive email from M. Solinger, defense counsel, mediators, C. Rosenberg and M. Hersh regarding settlement of debt/equity class action (.5) | 1300 | 0.50 | 250.00 |
| 08/29/11 | M.S. Hersh | Reviewed recent emails re mediation status, possible other settlements (.3); reviewed draft carrier release (.7); made revisions to draft carrier release (1.8); responded to client inquiry (.1). | 1300 | 2.90 | 1,682.00 |
| 08/29/11 | C.H. Rosenberg | Reviewed communication with M. Solinger and mediators on settlements, remaining dollars in the policy towers and strategic considerations (.20); reviewed communication with defense counsel on mediation (.10); reviewed draft Release from T. Geyer (SPT) on debt-equity litigation settlement on behalf of insurers (.30); communication with M. Solinger on draft release and bankruptcy issues (.10); communication with M. Hersh on draft comments on the release from T. Geyer (.20); reviewed communications with defense counsel on debt-equity draft release issues (.10); reviewed P. Matousek's draft release on NJ matter (.20); communication with M. Solinger and defense counsel on NJ settlement release draft (.20); communication with M. Hersh on both draft releases (.20); reviewed communication on | 1300 | 2.40 | 1,740.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | potential Japan claim forwarded by D. Brew (Marsh) (.10); communication with M. Solinger and D. Brew on forwarded material from Marsh (.10); reviewed communication with M. Hersh and M. Solinger on coverage for regulatory fines per inquiry from defense counsel (.10); reviewed further communication with M. Solinger on comments and revisions on the draft release on debt-equity settlement (.20); reviewed communication with M. Hersh and defense counsel on red-lined settlement release reflecting our proposed changes (.20); communication with M. Hersh on communication with bankruptcy counsel on proposed release on debt-equity settlement and next steps (.10). | | | |
| 08/29/11 | A.J. Moss | Reviewed and analyzed substantive correspondence from Fee Committee counsel (.5); communications with C. Rosenberg regarding same (.2); reviewed and analyzed interim applications and documents supporting compensation and expenses for preparation of response to Fee Committee counsel (1.8); worked on substantive correspondence to Fee Committee counsel regarding 1st and 2d interim applications (2.5). | 4600 | 5.00 | 2,500.00 |
| 08/30/11 | M.S. Hersh | Reviewed emails re Indymac decision (.2); exchanged emails with defense counsel re carrier | 1300 | 6.80 | 3,944.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | release (.7); reviewed Indymac decision (.1); participated in teleconference with mediators and defense counsel re settlements of cases (1.8); teleconference with client re strategy re insurers (.8); reviewed mediator and client emails re settlements (.4); revised carrier release (1.1); drafted emails to carriers, bankruptcy counsel, defense counsel re release (1.4); met with C. Rosenberg re settlement strategy (.3). | | | |
| 08/30/11 | C.H. Rosenberg | Reviewed and revised response to Fee Committee's confidential letter (.30); communication with A. Moss on drafting additional responses to Fee Committee's letter (.20). | 4600 | 0.50 | 362.50 |
| 08/30/11 | C.H. Rosenberg | Communication with defense counsel on the draft debt-equity release (.20); communication with M. Hersh on "whereas" clauses comments from counsel on the draft release (.10); reviewed IndyMac coverage opinion in California on D&O issues to determine any issues relevant to coverage issues in Lehman claims (.30); communication with M. Solinger on IndyMac case (.10); communication with SASCo defense counsel on IndyMac decision (.10); conference call with mediators, M. Solinger, W. Maher and M. Ledley on SASCo mediation status and issues (.80); conference call with mediators, M. Solinger and debt-equity counsel on status of mediation of | 1300 | 4.00 | 2,900.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | opt out claims (.50); reviewed Dechert's comments on draft release on debt-equity case (.10); follow-up conference call with mediator and M. Solinger on strategy in resolving open claims (.30); conference call with M. Solinger and M. Hersh on carrier outreach on SASCo and opt out and remaining cases and strategic considerations (.30); reviewed communication with M. Solinger and mediator on conference call issues (.20); reviewed additional communication with M. Solinger and defense counsel on SASCo mediation (.10); reviewed communication with bankruptcy counsel on motion identified in draft debt-equity release (.10); communication with M. Hersh on carrier strategy for settling remaining cases and opt outs and SASCo (.20); reviewed communication with T. Geyer on revisions to draft release on debt-equity settlement (.10); further communication with M. Hersh and bankruptcy counsel regarding debt-equity release issues (.20); communication with M. Solinger on preparation with mediators for carrier conference call 8/31/11 (.20); communication with M. Hersh on further responses to R. Krasnow's questions on the draft debt-equity release (.10); further communication with M. Solinger on strategy issues for conference call with carriers on 8/31/11 (.10). | | | |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| 08/30/11 | A.J. Moss | Reviewed news article on recent coverage decision in IndyMac bankruptcy litigation (.1); reviewed opinion in in IndyMac bankruptcy litigation (.3); communications with C. Rosenberg regarding same (.1); reviewed comment on same from M. Solinger (.1); further communications with C. Rosenberg regarding coverage issues (.2); reviewed comments on D&O insurer release from defense counsel (.3); meeting with C. Rosenberg and M. Hersh to discuss mediation call with mediators, counsel for Estate and counsel for SASCo defendants (.1); teleconference with M. Solinger, mediator, counsel for defendants in debt/equity opt-out claims, C. Rosenberg and M. Hersh regarding mediation and case strategy and settlements (.7); teleconference with M. Solinger, mediator, C. Rosenberg and M. Hersh to further discuss mediation and case strategy and settlements and coverage issues (.8); reviewed substantive email from mediators and counsel for SASCo defendants regarding mediation (.2); reviewed substantive email from R. Krasnow regarding proposed D&O insurer release for debt/equity settlement (.1); communications with M. Solinger, C. Rosenberg and M. Hersh regarding same (.1). | 1300 | 3.10 | 1,550.00 |
| 08/30/11 | A.J. Moss | Reviewed substantive comments on substantive correspondence to | 4600 | 3.00 | 1,500.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Fee Committee counsel regarding 1st and 2d interim applications (.3); meeting with C. Rosenberg to discuss same (.3); worked on substantive correspondence to Fee Committee counsel regarding 1st and 2d interim applications (2.3); communications with P. Wheeler and M. Santa Maria regarding same (.1). | | | |
| 08/30/11 | J.A.C. Gross | Per request of M. Hersh, reviewed and organized D&O coverage correspondence. | 1300 | 0.80 | 200.00 |
| 08/31/11 | M.S. Hersh | Worked on revisions to carrier release (1.8); reviewed email re client teleconferences with mediators and carriers (.1); teleconference with R. Krasnow re carrier release (.3); email to client re same (.2); teleconference with carrier counsel re release (.2); exchanged emails re FHLBB settlement talks (.2). | 1300 | 2.80 | 1,624.00 |
| 08/31/11 | C.H. Rosenberg | Communication with M. Hersh on developments with R. Krasnow and release (.10); telephone conference with M. Solinger on the conference call with carriers and mediators (.10); reviewed communication from SASCo defendants' counsel on FHLBB demand (.10); communication with M. Hersh and M. Solinger on FHLBB issues (.20); reviewed inquiry from P. Matousek (ACE) on NJ settlement draft release (.10); communication with M. Hersh on responding to ACE's comments (.10); communication | 1300 | 1.10 | 797.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | with M. Solinger on update to defense counsel in SASCo and debt-equity cases on call with mediators and carriers (.10); further communication with A. Wasserman and M. Hersh on payment instructions requested by carriers in the debt-equity settlement (.10); communication with M. Solinger on FHLBB demand (.10); reviewed further communication with R. Krasnow and S. Singh on comfort orders and motions (.10). | | | |
| 08/31/11 | A.J. Moss | Reviewed substantive email from M. Solinger regarding status of mediation proceedings. | 1300 | 0.10 | 50.00 |
| **Total Fees** | | | | **157.50** | **$91,934.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | Total |
|-----------|-------|--|-------|
| A.J. Moss | Partner | 47.50 hrs @ $ 500.00 / hr | 23,750.00 |
| C.H. Rosenberg | Partner | 56.70 hrs @ $ 725.00 / hr | 41,107.50 |
| E.A. Arundel | Paralegal | 6.20 hrs @ $ 240.00 / hr | 1,488.00 |
| J. Katz | Associate | 1.10 hrs @ $ 450.00 / hr | 495.00 |
| J.A.C. Gross | Paralegal | 4.30 hrs @ $ 250.00 / hr | 1,075.00 |
| J.C. Schad | Other | 0.60 hrs @ $ 280.00 / hr | 168.00 |
| M.S. Hersh | Partner | 41 hrs @ $ 580.00 / hr | 23,780.00 |
| P. Hardy | Partner | 0.10 hrs @ $ 705.00 / hr | 70.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Total Professional Services | $91,934.00 |
|---|---|

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | Amount |
|---|---|---|
| 08/31/2011 | Westlaw | 121.82 |
| 08/18/2011 | 00843 UPS - Shipped from Bowen, Jeannine C. ( Reed Smith LLP - Chicago to  Martha Solinger (CHILMARK MA 02535) Andrew Moss 1Z6151400197943506 | 16.52 |
| | Current Costs and Expenses | $138.34 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 91,934.00 |
| Disbursements | $ | 138.34 |
| **TOTAL CURRENT INVOICE DUE** | $ | **92,072.34** |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 1300 | Insurance Issues | 139.10 | 83,738.50 |
| 4600 | Firm's Own Billing/Fee Applications | 18.40 | 8,195.50 |
| | **Matter Total** | **157.50** | **$91,934.00** |

**EXHIBIT    C-4**

**September 1, 2011 through September 30, 2011**

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | | |
|---|---|---|
| Lehman Brothers Holdings Inc. | Invoice Number: | **2180375** |
| 1271 Avenue of the Americas, 38th Floor | Invoice Date: | **10/11/2011** |
| New York, NY  10020 | Client Number: | **330015** |
| | Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**      **9/1/2011 – 9/30/2011**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Current Fees......................................................................................... $ | 78,370.00 |
| Total Current Disbursements ............................................................................ | 1,729.37 |
| **Total Due This Invoice:** | $ | **$80,099.37** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*2672 Paysphere Circle*
*Chicago, IL 60674*

*Wire Instructions:*
*Bank of America, N.A.*
*Chicago, IL*
*ABA Number: 0260-0959-3*
*Swift Code: BOFAUS3N (International)*
*Account #5201742490*
**(Please Reference Invoice Number)**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas, 38th Floor<br>New York, NY 10020 | Invoice Number: **2180375**<br>Invoice Date: **10/11/2011**<br>Client Number: **330015**<br>Matter Number: **00001** |

## RE: Chapter 11 Special Insurance Coverage Counsel

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2011

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/11 | M.S. Hersh | Exchanged emails with defense counsel re FHLBB demand (.2); send emails to carriers, defense counsel re revisions to carrier release (.8); analyzed issue re notice to carriers of settlement demand (.3); exchanged emails with defense counsel re carrier release, comfort order (.5); responded to client email re ARS settlement (.2); teleconference with M. Auerbach regarding coverage issues (.2); email to client re same (.1). | 1300 | 2.30 | 1,334.00 |
| 09/01/11 | C.H. Rosenberg | Communicate with A. Wasserman on draft release open items on debt-equity settlement release (.10); communicate with E. McGarry on FHLBB demand (.10); review R. Krasnow's communication on draft settlement release (.10); review communication with defense counsel in debt-equity and SASCo cases on FHLBB demand (.10); review M. Hersh's communication with T. Geyer (St. Paul) on changes to carrier release in debt-equity case (.10); review additional comments to bankruptcy and defense counsel | 1300 | 1.50 | 1,087.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | on carrier release document drafts (.20); review communication from D. Stickney on escrow information forwarded by A. Wasserman (.10); communicate with defense counsel on additional coverage issues (.10); communicate with E. McGarry and defense counsel on the N.J. draft release (.10); review communication with M. Hersh on the proposed comfort order (.10); communicate with M. Ledley on FHLBB demand and transmittal to carriers (.10); review communication to carriers on FHLBB demand (.10); communicate with M. Solinger on possible ARS settlement (.10); communicate with M. Solinger on substitution of defense counsel in SASCo case (.10). | | | |
| 09/01/11 | A.J. Moss | Communications with M. Hersh regarding FLHBB Claim issues. | 1300 | 0.10 | 50.00 |
| 09/02/11 | M.S. Hersh | Exchanged emails with client, defense counsel re issues re carrier releases and possible other settlements. | 1300 | 0.40 | 232.00 |
| 09/02/11 | C.H. Rosenberg | Communication with M. Hersh and M. Solinger on NJ release issues (.10); communication with A. Wasserman and E. McGarry on draft release issues and payment information (.10); follow-up communication with A. Wasserman and M. Hersh on defense costs paid for upcoming report to Board (.10); communication with A. Wasserman and M. Hersh on ARS case (.10). | 1300 | 0.40 | 290.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/05/11 | C.H. Rosenberg | Communication with M. Hersh on carriers' revisions to draft debt-equity release (.10); reviewed proposed changes (.10). | 1300 | 0.20 | 145.00 |
| 09/06/11 | M.S. Hersh | Worked on response to defense counsel inquiry re policy depletion (.8); reviewed revisions to carrier release (.5); reviewed D&O policy ADR provisions (.5); drafted emails to defense counsel and bankruptcy counsel re carrier release (.7); exchanged emails with client re ARS cases (.1); reviewed emails re settlement talks (.2). | 1300 | 2.80 | 1,624.00 |
| 09/06/11 | C.H. Rosenberg | Reviewed communication from J. Buckley on potential notice of claim (.10); communication with D. Brew (Marsh) regarding claim (.10); reviewed M. Hersh's communication to D. Brew on defense costs update (.10); reviewed communication with bankruptcy counsel on draft release changes proposed by the carriers (.10); communication with M. Solinger and M. Hersh and defense counsel, E. McGarry and A. Wasserman, on changes proposed to debt-equity release (.30); reviewed communication with M. Solinger on settlement and mediation status (.10); telephone conference with M. Hersh on settlement issues and information requested from M. Solinger (.10); further communication with M. Hersh and M. Solinger on carrier and mediation strategy (.30); reviewed communication with R. | 1300 | 1.60 | 1,160.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Krasnow and M. Solinger on provisions in draft release from carriers (.20); communication with M. Hersh and E. McGarry on escrow payment timing on debt-equity settlement (.10); communication with M. Solinger and R. Krasnow on dispute resolution issues in drafting release agreement (.10). | | | |
| 09/06/11 | E.A. Arundel | Worked on excell spreadsheet with data from February through May 2011 pursuant to fee committee request (1.1) | 4600 | 1.10 | 264.00 |
| 09/07/11 | M.S. Hersh | Worked on issues re finalizing carrier release for debt-equity settlement, including drafting email to carriers (.7); responded to defense counsel inquiry re insurance proceeds (.4); exchanged emails with colleagues, client re carrier settlement issues, objection to class action settlement (.2); analyzed strategic issues re coverage for MBS case (.3); reviewed memo re settlement issues (.2); reviewed objections to debt-equity settlement (.4); teleconference with LBHI directors (.2); teleconference with counsel for carrier (.2); reviewed MBS plaintiff demand (.1). | 1300 | 2.70 | 1,566.00 |
| 09/07/11 | C.H. Rosenberg | Communication with bankruptcy counsel and defense counsel on further revisions to draft debt-equity release (.30); communication with T. Geyer (St. Paul) and M. Hersh on carrier reply to proposed changes to draft release (.20); reviewed | 1300 | 2.90 | 2,102.50 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication from A. Wasserman on draft release (.10); communication with M. Hersh on strategy with final changes to debt-equity release (.10); communication with M. Solinger on developments in mediation (.10); communication with mediator and M. Hersh on summaries for carriers (.10); reviewed M. Solinger's report to defense counsel on results of mediation per mediator's status report (.10); communication with M. Hersh on strategy as a result (.20); reviewed communication with W. Maher and M. Solinger on potential objection to debt-equity settlement (.20); reviewed draft objection from M. Ledley (.20); communication with M. Hersh on objection (.10); reviewed demand attached to objection (.10); communication with M. Solinger and M. Hersh on developments and strategy (.20); reviewed objections filed by Essex to debt-equity and NJ settlement (.20); communication with A. Wasserman and M. Hersh on objections (.20); reviewed communication with T. Geyer, M. Hersh and defense counsel on carriers' views on release (.20); reviewed communication from E. McGarry on the release (.10); reviewed R. Krasnow's comments on the draft agreement (.10); reviewed communication with A. Wasserman and M. Hersh on Essex objections (.10). | | | |
| 09/08/11 | M.S. Hersh | Worked on possible response to | 1300 | 5.20 | 3,016.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | objection to NJ and debt-equity settlements (1.4); review of relevant coverage correspondence (.2); teleconference with client, R. Krasnow re settlement objections (.6); exchanged emails with defense counsel, client re same (.6); teleconference with SASCO defense counsel re plaintiff demand (.1); reviewed correspondence re SASCO settlement demand (.2); reviewed file re ERISA coverage issue (.3); reviewed SASCO defendants' objection to settlement (.3); analyzed strategic issues re resolution of coverage dispute (.9); teleconference with client re objection to settlement (.3); teleconference with counsel for Lowitt regarding comfort order objections (.3). | | | |
| 09/08/11 | C.H. Rosenberg | Reviewed communication with R. Krasnow on Essex's objections to settlement (.10); reviewed A. Wasserman's communication in reply to R. Krasnow on objections (.10); communication with M. Solinger, R. Krasnow and M. Hersh on strategic issues in connection with objections (.30); communication with M. Ledley and M. Solinger on demand to carriers to settle SASCo (.20); communication with M. Hersh and A. Wasserman on materials to reply to Essex's objections (.20); communication with M. Solinger regarding same (.10); telephone conference with M. Solinger, M. Hersh on strategic | 1300 | 3.20 | 2,320.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | issues on SASCo objections (.30); telephone conference with R. Krasnow, M. Solinger and M. Hersh on Estate's views on objections (.50); communication with A. Wasserman on Essex position and Estate issues (.20); reviewed communication with R. Krasnow on Estate filings in other objection circumstances (.10); reviewed communication and materials from E. McGarry on ERISA fiduciary policies and related correspondence (.30); telephone conference with M. Hersh on strategy in addressing coverage issues in light of objections (.20); reviewed communication with M. Hersh and M. Solinger regarding strategic options (.10); communication with M. Solinger and A. Wasserman on Essex objections (.10); communication with D. Brew (Marsh) on defense costs figures (.10); communication with A. Wasserman and M. Hersh on escrow payment instructions needed for funding (.10); reviewed communication with M. Auerbach and M. Hersh on coverage issues (.10); communication with M. Solinger on results of call with A. Wasserman (.10). | | | |
| 09/08/11 | A.J. Moss | Reviewed objections to motions for D&O insurance comfort orders filed by various parties (.4); communications with J. Katz regarding dispute resolution issues (.1) | 1300 | 0.50 | 250.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/09/11 | M.S. Hersh | Teleconference with client, R. Krasnow re estate position on objection to debt-equity settlement (.6); prepared for teleconference (.3); analyzed legal and strategic issues re objection to debt-equity settlement (.5); responded to defense counsel inquiry re coverage correspondence (.2); exchanged emails with colleagues re upcoming bankruptcy hearing (.3); reviewed Pearson draft settlement agreement (.1); reviewed Supreme Court Stern decision re bankruptcy court jurisdiction (.3); teleconference with C. Rosenberg re strategy, prepare for hearing (.2); reviewed carrier inquiry re defense costs and proposed response (.1); reviewed draft response to objection to settlement (.1). | 1300 | 2.70 | 1,566.00 |
| 09/09/11 | C.H. Rosenberg | Conference call with M. Solinger, M. Hersh and R. Krasnow on strategy in light of objections and Estate's views (1.00); follow-up communication with M. Hersh on New York hearing and logistics (.10); communication with M. Hersh on ERISA defendants and fiduciary policies (.10); communication with A. Wasserman and M. Hersh on the insurer correspondence on NJ action (.10); communication with R. Krasnow on participation in hearing (.10); communication with M. Hersh on Pearson settlement (.10); communication with S. Schaffer on Endurance's request | 1300 | 2.20 | 1,595.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | for defense costs information (.10); communication with A. Simkin and S. Schaeffer on claims represented by Pearson and Cotchette (.10); communication with S. Schaffer and M. Solinger on remaining limits on tower (.10); reviewed draft reply to objection to NJ comfort order motion (.20); communication with M. Hersh regarding objection (.10); communication with M. Solinger on her call with defense counsel and strategy (.10). | | | |
| 09/09/11 | A.J. Moss | Teleconference with M. Solinger, R. Krasnow, C. Rosenberg and M. Hersh to discuss D&O comfort orders and dispute resolution issues (.8). | 1300 | 0.80 | 400.00 |
| 09/09/11 | E.A. Arundel | Coordinate telephonic appearance with bankruptcy court for C. Rosenberg September 14 hearing on comfort motion and objections (.3) | 4600 | 0.30 | 72.00 |
| 09/10/11 | C.H. Rosenberg | Communication with A. Wasserman, R. Krasnow and M. Solinger on draft reply to objections to NJ settlement. | 1300 | 0.20 | 145.00 |
| 09/11/11 | M.S. Hersh | Reviewed draft motion to state court and emails regarding same. | 1300 | 0.50 | 290.00 |
| 09/11/11 | C.H. Rosenberg | Reviewed draft reply to objections of SASCo defendants to debt-equity settlement (.20); communication with M. Solinger regarding mediation and carrier positions (.10); communication with R. Krasnow on debt-equity settlement and 9/14 court hearing (.10); communication with M. | 1300 | 0.70 | 507.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Hersh on draft response to objections (.10); communication with M. Solinger on carrier update (.10); communication with A. Moss on developments and bankruptcy court hearing (.10). | | | |
| 09/12/11 | M.S. Hersh | Prepared for bankruptcy court hearing in SDNY (.60); reviewed media coverage/analysis of bankruptcy motions (.20); reviewed previous emails regarding comfort motions (.30); reviewed research (.10); telephone conference with client, bankruptcy counsel regarding strategy for court hearing (.60); reviewed revised carrier release (.20). | 1300 | 2.00 | 1,160.00 |
| 09/12/11 | C.H. Rosenberg | Communication with M. Solinger on Lehman articles and strategy (.10); reviewed M. Solinger's update on board meeting (.10); communication with M. Hersh and R. Krasnow on board meeting (.10); reviewed communication with B. Pashler on NJ comfort motion (.10); read final comfort motion (.10); communication with M. Solinger and R. Krasnow and M. Hersh on proposed conference call on strategy (.10); reviewed XL's response to Toll demand (.10); reviewed A. Wasserman's communication on escrow agreement for NJ settlement (.10); reviewed A. Moss's communication to J. Gross on fiduciary liability coverage (.10); telephone conference with R. Krasnow, M. Hersh and M. | 1300 | 1.60 | 1,160.00 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Solinger on strategy for 9/14 hearing (.50); follow-up communication with A. Moss, M. Hersh on hearing (.10); reviewed revised release agreement from T. Geyer (Zurich) on debt-equity settlement (.10). | | | |
| 09/12/11 | A.J. Moss | Communications with M. Hersh regarding comfort motion in NJ settlement (.1); multiple telephone calls with counsel for Chartis regarding fiduciary liability insurance and Lehman-related ERISA class actions (.5); reviewed documents on LBHI fiduciary liability insurance program and communications with Chartis representatives regarding same (.2); reviewed correspondence from Chartis regarding ERISA class action coverage issues (.3); communications with C. Rosenberg regarding objections to comfort motions and debt/equity settlement issues (.2). | 1300 | 1.30 | 650.00 |
| 09/13/11 | M.S. Hersh | Traveled to New York for bankruptcy hearing (50%)(1.30); prepared for hearing including review of pleadings, case law (2.60); telephone conference with client, bankruptcy counsel regarding hearing strategy (.40); exchanged emails with colleagues regarding issues regarding hearing (.50); reviewed revised carrier release (.20); drafted emails regarding same (.20); exchanged emails with carrier counsel regarding status of agreement (.20). | 1300 | 5.40 | 3,132.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/13/11 | C.H. Rosenberg | Communication with M. Solinger and R. Krasnow on progress of mediators (.10); telephone conferences with M. Hersh, M. Solinger and R. Krasnow on preparation and strategy for 9/14/11 hearing before Judge Peck on comfort motions and objections (.50); multiple communications with A. Wasserman, M. Solinger and M. Hersh and R. Krasnow on NJ comfort motion, postponement of debt-equity motion, Essex objections and strategy for hearing (.50); reviewed communications with mediator on progress with debt-equity plaintiffs (.10); reviewed communication with A. Wasserman and M. Hersh on NJ comfort motion/order support (.20); reviewed communication with T. Geyer (Zurich) and individuals' defense counsel and R. Krasnow on proposed revisions to debt-equity settlement and release (.30); reviewed communication with R. Krasnow and M. Solinger on additional issues with carriers and hearing (.10); reviewed communication with Simpson counsel on final version of debt-equity release (.20); reviewed communication with carriers on release agreement (.10). | 1300 | 2.10 | 1,522.50 |
| 09/14/11 | M.S. Hersh | Prepared for bankruptcy hearing, including meeting with other counsel (.70); attended bankruptcy hearing (.70); telephone conference with C. | 1300 | 5.30 | 3,074.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Rosenberg regarding hearing (.10); traveled back to Chicago after hearing (50%)(2.60); reviewed client email regarding settlement issue (.10); worked on finalizing insurer release agreement, including drafting email to insurer counsel, answering questions of insureds' counsel (1.10). | | | |
| 09/14/11 | C.H. Rosenberg | Participated telephonically in hearing before Judge Peck (.50); telephone conference with M. Hersh on results of hearing and next steps (.20); reviewed M. Solinger's presentation to UCC (.20); communication from W. Pollock on circulation of NJ draft escrow (.10); reviewed A. Wasserman's communication on release agreement on debt-equity settlement (.10); reviewed M. Davidson's question on release agreement and response of M. Hersh (.20); reviewed communication with M. Solinger, D. Brew and M. Hersh on proposed budget of cases and money spent on settlements and defense costs (.10); reviewed M. Davidson's further comments on debt-equity draft release (.10); reviewed M. Hersh's response to M. Davidson and carriers on timing of execution of release (.20); reviewed A. Wasserman's instruction on escrow and NJ settlement (.10); communication with D. Brew and M. Solinger on settlement (.10); communication with M. Hersh on strategy (.10). | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/14/11 | A.J. Moss | Reviewed presentation to directors from M. Solinger regarding coverage dispute (.2); reviewed multiple email messages from client and M. Hersh regarding hearing on D&O insurance payment comfort motion (.2). | 1300 | 0.40 | 200.00 |
| 09/15/11 | M.S. Hersh | Reviewed and exchanged emails from colleagues, client, carrier and defense counsel re status of defense costs settlement documents (.6); draft emails to carriers and defense counsel re carrier releases (.8); reviewed draft email to client re same (.2); teleconference with ACE counsel (.1). | 1300 | 1.70 | 986.00 |
| 09/15/11 | C.H. Rosenberg | Telephone conference with D. Brew on strategy with carriers (.30); communication with M. Solinger on D. Brew's update (.10); reviewed D. Brew's communication with carriers on defense costs (.10); communication with M. Hersh and M. Solinger regarding same (.20); reviewed communication with P. Matousek (ACE) on releases in NJ and debt-equity cases (.20); communication with M. Hersh regarding releases (.20); reviewed communication with A. Wasserman and M. Hersh on releases (.20); communication with M. Solinger on draft documents (.20); telephone conference with mediator on strategic issues (.50); communication with M. Hersh on potential strategic issues per | 1300 | 3.30 | 2,392.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | mediator call (.20); communication with M. Solinger on developments and ideas from call with mediator (.20); further communication with D. Brew (Marsh) on communication with carriers (.20); communication with mediator and M. Solinger on results of call with D. Brew (.10); further communication on draft releases and bankruptcy counsel's communications and views (.20); reviewed communication from M. Davidson on release questions (.10); reviewed M. Hersh's reply and proposed drafting issues and timing (.20); reviewed communication from R. Krasnow on order modifying the stay (.10). | | | |
| 09/15/11 | A.J. Moss | Teleconference with mediator and C. Rosenberg to discuss mediation, settlements and objections to comfort order (.3); communications with C. Rosenberg and M. Hersh to discuss settlement issues (.2); reviewed correspondence from M. Solinger, C. Rosenberg and M. Hersh regarding same (.1). | 1300 | 0.60 | 300.00 |
| 09/16/11 | M.S. Hersh | Reviewed D&O carrier email to SASCo defense counsel (.1). | 1300 | 0.10 | 58.00 |
| 09/16/11 | C.H. Rosenberg | Reviewed S. Schaffer's (Endurance's) response to SASCo demand (.10); communication with M. Hersh regarding same (.10); reviewed W. Pollock's communication with P. Matousek (ACE) on NJ escrow agreement (.10). | 1300 | 0.30 | 217.50 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/16/11 | A.J. Moss | Communications with E. McGarry, B. Paschler and M. Hersh regarding AXIS (.1); reviewed substantive email from Endurance representatives regarding advancement issues (.1). | 1300 | 0.20 | 100.00 |
| 09/19/11 | M.S. Hersh | Exchanged emails with carrier counsel, defense counsel, client re additional comfort order, release for NJ action (.6); teleconference with Proskauer counsel (.1); reviewed emails from carirers re settlement discussions (.1); teleconference with ACE counsel on settlement issues (.1). | 1300 | 0.90 | 522.00 |
| 09/19/11 | C.H. Rosenberg | Communication with D. Brew (Marsh) on strategic coverage issues (.10); reviewed communication with M. Solinger and mediator on coverage issues (.10); reviewed communication with R. Davidson on release (.10); communication with E. McGarry on NJ settlement (.10); communication with P. Matousek on comfort order (.10); reviewed R. Krasnow's views on comfort order (.10); telephone conference with D. Brew on coverage issues and strategy (.10); reviewed further update from D. Brew (.10); multiple communications with defense counsel and M. Hersh on draft releases (.30). | 1300 | 1.10 | 797.50 |
| 09/19/11 | A.J. Moss | Reviewed substantive correspondence from defense counsel and M. Hersh regarding negotiation of insurance release | 1300 | 0.30 | 150.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | agreement. | | | |
| 09/20/11 | M.S. Hersh | Reviewed ACE draft release for NJ settlement (1.1); made revisions to same (1.3); teleconference with counsel for Callan (.3); email to client re same (.2); exchanged emails with client re settlement strategy, NJ release (.7); reviewed emails re GameTech settlement (.1); exchanged emails w/defense counsel re ACE/NJ release (.5); teleconference with defense counsel re same (.2); teleconference with R. Krasnow re status, strategy (.2). | 1300 | 4.60 | 2,668.00 |
| 09/20/11 | C.H. Rosenberg | Multiple communications with M. Hersh, defense counsel and M. Solinger and R. Krasnow on NJ Release, proposed comfort orders, and timing issues (.50); communication with P. Matousek on carrier release issues on settlements (.30); communication with M. Hersh on strategy (.10); communication with A. Wasserman and M. Hersh on draft release (.10). | 1300 | 1.00 | 725.00 |
| 09/20/11 | A.J. Moss | Reviewed substantive email from M. Hersh and bankruptcy counsel regarding comfort motions for advancement of defense costs to Insured Persons. | 1300 | 0.20 | 100.00 |
| 09/20/11 | A.J. Moss | Communications with Fee Committee representatives regarding monthly budget. | 4600 | 0.10 | 50.00 |
| 09/21/11 | M.S. Hersh | Prepared for meeting with colleagues re status, strategy (.3); met with colleagues (.6); worked on ACE release for NJ | 1300 | 5.10 | 2,958.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | case (1.6); teleconference with J. Katz re legal research re objections to settlement (.3); reviewed emails re claim in Switzerland (.2); teleconference with board counsel (.1); worked on email to colleagues re key insurance legal issue (.3); exchanged emails with client, bankruptcy counsel re comfort motions (1.3); teleconference with bankruptcy counsel re comfort motion (.2); exchanged emails, voicemails with ACE counsel re release (.2). | | | |
| 09/21/11 | C.H. Rosenberg | Communication with D. Brew on carrier outreach and developments (.10); reviewed communication with defense counsel on NJ release (.10); meeting with M. Hersh and A. Moss to confirm open issues, analyze strategy and outline bankruptcy steps for several open claims (.50); reviewed written summary of open issues sent to R. Krasnow and M. Solinger (.10); communication with R. Krasnow and M. Hersh on pro hac vice motion (.10); communication with M. Solinger on European claims (.10); communication with E. McGarry on debt-equity release issues (.10); reviewed A. Wasserman's comments on draft documents to M. Hersh (.10); reviewed red-lined and clean versions of debt-equity releases (.10); reviewed communication from mediators on settlement strategy (.10); communication with D. Brew | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (Marsh) regarding carrier payment issues (.10); communication with mediators and M. Solinger on claims resolution (.10); communication with M. Solinger, D. Brew and M. Hersh on LBF directors' inquiries on notice of claim (.20); reviewed communication and draft from M. Hersh to C. Arthur on comfort motion for top four layers in 2007-08 policy year (.10); communication with E. McGarry and M. Hersh on draft release and documents for Pearson settlement (.10). | | | |
| 09/21/11 | A.J. Moss | Meeting with C. Rosenberg and M. Hersh to discuss strategic and coverage issues (.5); reviewed correspondence from defense counsel regarding comfort orders for settlements and defense costs (.2); reviewed correspondence from ACE Bermuda representatives regarding releases (.2); reviewed correspondence from client representatives and Marsh regarding Swiss claims against insureds (.1). | 1300 | 1.00 | 500.00 |
| 09/21/11 | E. Sanroman | Prepared correspondence and CDs for transmission to Fee Committee representatives. | 4600 | 0.60 | 132.00 |
| 09/21/11 | J. Katz | Researched and communicated re: settlement coverage issues | 1300 | 1.10 | 495.00 |
| 09/22/11 | M.S. Hersh | Teleconference with ACE counsel re NJ release (.4); worked on finalizing release with ACE (.8); exchanged emails with defense counsel re comfort orders, | 1300 | 2.90 | 1,682.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (Marsh) regarding carrier payment issues (.10); communication with mediators and M. Solinger on claims resolution (.10); communication with M. Solinger, D. Brew and M. Hersh on LBF directors' inquiries on notice of claim (.20); reviewed communication and draft from M. Hersh to C. Arthur on comfort motion for top four layers in 2007-08 policy year (.10); communication with E. McGarry and M. Hersh on draft release and documents for Pearson settlement (.10). | | | |
| 09/21/11 | A.J. Moss | Meeting with C. Rosenberg and M. Hersh to discuss strategic and coverage issues (.5); reviewed correspondence from defense counsel regarding comfort orders for settlements and defense costs (.2); reviewed correspondence from ACE Bermuda representatives regarding releases (.2); reviewed correspondence from client representatives and Marsh regarding Swiss claims against insureds (.1). | 1300 | 1.00 | 500.00 |
| 09/21/11 | E. Sanroman | Prepared correspondence and CDs for transmission to Fee Committee representatives. | 4600 | 0.60 | 132.00 |
| 09/21/11 | J. Katz | Researched and communicated re: settlement coverage issues | 1300 | 1.10 | 495.00 |
| 09/22/11 | M.S. Hersh | Teleconference with ACE counsel re NJ release (.4); worked on finalizing release with ACE (.8); exchanged emails with defense counsel re comfort orders, | 1300 | 2.90 | 1,682.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | releases, carrier settlement funding (.7); reviewed emails re settlement negotiations (.2); analyzed bankruptcy procedural issue (.2); reviewed draft comfort motion (.4); email to defense counsel re Pearson case (.2). | | | |
| 09/22/11 | C.H. Rosenberg | Reviewed communication with P. Matousek on release agreement with ACE (.10); reviewed D. Brew's (Marsh) report on carrier communications (.10); reviewed communication from C. Arthur on comfort order for NJ case (.10); reviewed W. Maher's communication on invoice submission to carriers past ACE's layer (.10); communication with defense counsel and M. Hersh on Pearson settlement (.10); communication with J. Hess on questions for carrier on Pearson settlement (.10); communication with A. Moss and M. Hersh on CalPERS settlement (.10); reviewed progress report from mediators (.10); reviewed communication to T. Geyer from M. Hersh on debt-equity release issues (.10); reviewed communication from M. Hersh to carriers on final release draft from ACE (.10); communication with E. McGarry on Pearson settlement (.10); communication with defense counsel on Pearson settlement (.10); communication with carriers on final debt-equity release (.10); reviewed M. Davidson's suggested revision to ACE draft (.10); reviewed communication with carriers on | 1300 | 1.90 | 1,377.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Davidson's suggested change (.10); reviewed draft defense costs motion from C. Arthur (.10); communication with D. Brew and M. Solinger on latest developments with AXIS (.10); communication with M. Hersh on strategy (.10); reviewed communication from M. Hersh on latest comfort order (.10). | | | |
| 09/22/11 | J. Katz | Researched, reviewed and analyzed settlement coverage issues | 1300 | 1.90 | 855.00 |
| 09/23/11 | M.S. Hersh | Teleconference with bankruptcy counsel re comfort motion (.2); reviewed and exchanged emails with colleagues, client, defense counsel re settlement negotiations, carrier releases (.9); worked on finalizing ACE release including email and teleconferences with defense counsel (3.2); reviewed debt-equity class action settlement stipulation (.1); teleconference with ACE counsel (.2); teleconference with J. Katz re research and analysis of coverage issues (.3). | 1300 | 4.90 | 2,842.00 |
| 09/23/11 | C.H. Rosenberg | Communication with M. Solinger on developments with mediators (.1); teleconference with D. Brew (Marsh) on carrier developments (.2); communication with M. Solinger on status per D. Brew's information (.1); review materials from D. Brew on carriers (.1); further communication with M. Solinger on additional outreach to carriers (.1); review status report from mediators (.1); review | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication on finalization of NJ release and further changes to language (.3); communication with M. Hersh on strategic issues and information needed from insurers (.2); review communication with M. Hersh, E. McGarry and M. Davidson on releases and payment issues (.3); communication with representatives of U.S. Speciality on coverage issues (.1); further update M. Solinger on developments (.1); communication with A. Washington on Pearson settlement (.1); review update to SASCo counsel for insureds (1.); review communication to debt-equity insureds on developments and next steps (.1). | | | |
| 09/23/11 | A.J. Moss | Reviewed substantive email from M. Solinger, M. Hersh and defense counsel regarding mediation of SASCo litigation (.3); reviewed multiple coverage letters from various carriers received from M. Armstrong (Marsh) (.2); reviewed substantive email from Lloyd's representatives regarding releases (.1). | 1300 | 0.60 | 300.00 |
| 09/23/11 | J. Katz | Researched, reviewed and analyzed settlement coverage issues (and communicated with M. Hersh re: same) | 1300 | 2.70 | 1,215.00 |
| 09/24/11 | J. Katz | Researched, reviewed and analyzed cases on settlement coverage issues. | 1300 | 1.90 | 855.00 |
| 09/25/11 | M.S. Hersh | Reviewed J. Katz substantive | 1300 | 0.50 | 290.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | email re legal issue of objections to settlement, and cases cited (.5). | | | |
| 09/25/11 | J. Katz | Summarized results of research on settlement coverage issues. | 1300 | 1.40 | 630.00 |
| 09/26/11 | M.S. Hersh | Teleconference with mediator, defense counsel re status, strategy re settlements (1.7); teleconferences and emails with defense counsel and ACE counsel re finalizing ACE settlement (.9); exchanged emails with carrier counsel re comfort orders, defense costs (.5); reviewed draft comfort motions and exchanged emails with Weil re same (.7); revised debt/equity release (.5). | 1300 | 4.30 | 2,494.00 |
| 09/26/11 | C.H. Rosenberg | Review research from J. Katz on coverage issues relevant to global settlement effort (.3); conference call with mediators, debt-equity defendants and M. Solinger (1.70); follow up communication with M. Solinger on mediator-carrier outreach (.1); communication with M. Hersh re: comfort order for defense costs on upper level carriers (.1); review communication with defense counsel and carrier representatives on potential revisions to release agreement (.2); further update with M. Hersh, P. Matousek (ACE) and M. Davidson on 9/12/11 version of release (.10); review communication with A. Washington on comfort motion for defense costs payment (.1); review communication with R. | 1300 | 4.10 | 2,972.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Krasnow and C. Arthur on draft comfort order with upper tier carriers (.2); communication with A. Moss on versions of the draft order and communicate with Lloyd's counsel re: draft (.1); communication with D. Brew (Marsh) and M. Solinger on status of carrier views on settlement strategy (.1); communication with carriers on comfort motion and draft releases (.2); communication with R. Krasnow on timing of filing and October hearing date on coverage motions (.1); communication with M. Solinger and M. Hersh on timing of outreach to carriers on settlement issues (.2); further communication with S. Shaeffer (Endurance) on draft release on debt-equity settlement (.1); communication with mediator and M. Solinger on document production requests per plaintiffs in debt-equity settlement (.1); review proposed schedule of claims and mediation from M. Solinger (.1); review communication with M. Hersh on finalization of NJ release with ACE (.1); communication with P. Matousek on exchanges and completion of release documents (.1); review comfort order and motion on "Pearson" cases from defense counsel (.1). | | | |
| 09/26/11 | A.J. Moss | Reviewed substantive email from M. Solinger, mediators, C. Rosenberg and M. Hersh regarding mediation of SASCo | 1300 | 3.20 | 1,600.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | claim (.2); reviewed budgetary information for insurance settlements from M. Solinger and mediators (.1); reviewed correspondence from A. Washington (Lloyd's) regarding defense costs and settlement comfort motions (.1); worked on comments and proposed revisions to defense costs comfort motion with respect to certain excess D&O carriers (1.1); communications with M. Hersh regarding same (.1); communications with M. Solinger, R. Krasnow, C. Arthur, S. Singh and M. Hersh regarding same (.1); reviewed comments on draft comfort motion from Endurance representatives (.2); communications with C. Rosenberg and M. Hersh regarding same (.1); reviewed proposed revision to comfort motion from R. Krasnow (.1); communications with same regarding carriers' position on comfort motion (.1); worked on comments and proposed revisions to comfort motion with respect to prospective settlement of debt/equity securities class action (.9); communications with M. Hersh regarding same (.1). | | | |
| 09/27/11 | M.S. Hersh | Worked on finalizing insurer releases for NJ and debt-equity settlements, including exchanging numerous emails re same with client, defense counsel, various carrier counsel (3.6); reviewed draft comfort motions (.6); exchanged emails with client re | 1300 | 4.90 | 2,842.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | coverage issue for settlements (.7). | | | |
| 09/27/11 | C.H. Rosenberg | Communication with S. Schaffer (Endurance) on proposed revisions for R. Krasnow to motion (.1); review communication with defense counsel on debt-equity release agreement (.1); review communication from A. Washington (Lloyd's) and other carrier counsel on daft funding motion (.1); review C. Arthur's email and latest draft of comfort motion sent to carriers (.1); review excess carrier's release (.1); review communication with M. Hersh on additional revisions to motions being filed today by bankruptcy counsel (.1); communication with A. Wasserman on NJ release (.1); communication with T. Geyer (St. Paul) on final version of debt-equity release (.1); communication with M. Solinger, R. Krasnow and M. Hersh on execution of ACE funding (.1); review funding motion filed by R. Krasnow (.1); communication with P. Matousek (ACE), M. Auerbach and M. Hersh on NJ Release Agreement changes (.1); communication with E. Burk on Pearson settlement agreement and strategic coverage issues (.1); communication with M. Solinger on carrier issues (.1); communication with K. Melvin (HCC) and M. Hersh on settlement and coverage conference (.1). | 1300 | 1.40 | 1,015.00 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/27/11 | A.J. Moss | Communications with C. Arthur regarding comfort motions for debt/equity securities class action settlement (.2); reviewed and edited same (.7); further communications with C. Arthur and M. Hersh regarding same (.2); reviewed email from S. Schaffer (Endurance) regarding comfort motion revisions (.1); communications with M. Hersh regarding debt/equity and NJ action releases (.2); reviewed correspondence from M. Solinger regarding potential settlement and mediation of SASCo action (.2); reviewed coverage information for settlements and communications with M. Hersh regarding same (.1). | 1300 | 1.70 | 850.00 |
| 09/28/11 | M.S. Hersh | Worked on finalizing debt-equity and NJ carrier releases including exchanging emails with carrier and defense counsel (2.2); teleconference with carrier counsel re settlement discussions re SASCo (.3); exchanged emails re payment of defense invoices (.7); teleconference with defense counsel re defense costs (.2). | 1300 | 3.40 | 1,972.00 |
| 09/28/11 | C.H. Rosenberg | Review A. Wasserman's comments on debt-equity settlement release (.1); communication with K. Melvin (HCC) and M. Hersh on settlement and releases (.5); review communication with T. Geyer (St. Paul) on W-9 and final revisions to releases (.1); communication on filed motions and defense costs budgets with | 1300 | 1.70 | 1,232.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | defense counsel and M. Hersh (.3); teleconference with M. Hersh on open issues, strategy and filings in bankruptcy court on Pearson (.3); communication with M. Solinger on strategy (.1); communication with e. McGarry on budget (.1); communication with T. Geyer and M. Hersh on carrier payment issues (.2). | | | |
| 09/28/11 | A.J. Moss | Reviewed and responded to email from R. Krasnow, C. Arthur and M. Hersh regarding comfort motion (.1); reviewed and commented on revised version of same (.3); further communications with R. Krasnow, C. Arthur and M. Hersh regarding same (.1); reviewed as-filed comfort motion (.1); reviewed email from defense counsel and various D&O insurer representatives regarding finalization of debt/equity settlement agreement (.2); reviewed email from M. Solinger and mediators regarding mediation of SASCo litigation (.1). | 1300 | 0.90 | 450.00 |
| 09/29/11 | M.S. Hersh | Exchanged emails and teleconference with defense counsel and carrier counsel re defense cost issues (.8); reviewed final comfort motions (.2); analyzed issues re D&O insurance payments (1.1); drafted email to client re strategic issues re settlements and defense costs (.3). | 1300 | 2.40 | 1,392.00 |
| 09/29/11 | C.H. Rosenberg | Review communication with M. Solinger, E. McGary, A. Wasserman and M. Hersh on | 1300 | 0.50 | 362.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | defense costs budget, carrier positions on resolving additional claims and settlement strategy (.3); communication with M. Hersh on defense budget conference call and calculations on remaining limits (.2). | | | |
| 09/29/11 | A.J. Moss | Reviewed multiple email messages from M. Solinger, defense counsel and M. Hersh regarding D&O policies erosion and defense costs payment issues. | 1300 | 0.20 | 100.00 |
| 09/30/11 | M.S. Hersh | Exchanged emails with client, defense counsel re coverage for settlements (.6); worked on setting up teleconference with carriers re defense costs (.2); analyzed strategic issues to prepare for teleconference with client re coveage for settlement issues (.8); teleconference with client re same (.8); further teleconference with client re same (.5). | 1300 | 2.90 | 1,682.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/30/11 | C.H. Rosenberg | Communication with M. Solinger, defense counsel and M. Hersh on budget for settling cases (.3); teleconference with M. Hersh on strategy (.2); teleconference with M. Hersh and M. Solinger on coverage issues settlements and releases (.5); follow up communication with defense counsel in SASCo on releases and settlements (.2); communication with carriers on defense costs payment issues (.1). | 1300 | 1.30 | 942.50 |
| **Total Fees** | | | | **130.20** | **$78,370.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | | Total |
|------------|-------|--|--|-------|
| A.J. Moss | Partner | 12.10 hrs @ $ | 500.00 / hr | 6,050.00 |
| C.H. Rosenberg | Partner | 39.20 hrs @ $ | 725.00 / hr | 28,420.00 |
| E. Sanroman | Other | 0.60 hrs @ $ | 220.00 / hr | 132.00 |
| E.A. Arundel | Paralegal | 1.40 hrs @ $ | 240.00 / hr | 336.00 |
| J. Katz | Associate | 9 hrs @ $ | 450.00 / hr | 4,050.00 |
| M.S. Hersh | Partner | 67.90 hrs @ $ | 580.00 / hr | 39,382.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/30/11 | C.H. Rosenberg | Communication with M. Solinger, defense counsel and M. Hersh on budget for settling cases (.3); teleconference with M. Hersh on strategy (.2); teleconference with M. Hersh and M. Solinger on coverage issues settlements and releases (.5); follow up communication with defense counsel in SASCo on releases and settlements (.2); communication with carriers on defense costs payment issues (.1). | 1300 | 1.30 | 942.50 |
| **Total Fees** | | | | **130.20** | **$78,370.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | | Total |
|-----------|-------|--|--|------|
| A.J. Moss | Partner | 12.10 hrs @ $ | 500.00 / hr | 6,050.00 |
| C.H. Rosenberg | Partner | 39.20 hrs @ $ | 725.00 / hr | 28,420.00 |
| E. Sanroman | Other | 0.60 hrs @ $ | 220.00 / hr | 132.00 |
| E.A. Arundel | Paralegal | 1.40 hrs @ $ | 240.00 / hr | 336.00 |
| J. Katz | Associate | 9 hrs @ $ | 450.00 / hr | 4,050.00 |
| M.S. Hersh | Partner | 67.90 hrs @ $ | 580.00 / hr | 39,382.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Total Professional Services | $78,370.00 |
| --- | --- |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | Amount |
| --- | --- | --- |
| 09/30/2011 | Westlaw | 151.72 |
| 09/09/2011 | Airfare - VENDOR: Mark S. Hersh, Sep 09, 2011 Attend hearing UNITED 01686797303192 | 527.40 |
| 09/09/2011 | Travel Agent Fee - VENDOR: Mark S. Hersh, Sep 09 Attend hearing AGNT FEE 89005499192072 | 22.00 |
| 09/09/2011 | Airfare - VENDOR: Mark S. Hersh, Sep 09, 2011 Attend hearing UNITED 0164060124536 (ecomony plus seating fee) | 88.00 |
| 09/13/2011 | Taxi - VENDOR: Mark S. Hersh, Sep 13, 2011 Attend hearing NYC TAXI MED 2A74 (cab from airport to Ny office) | 35.28 |
| 09/13/2011 | Taxi - VENDOR: Mark S. Hersh, Sep 13, 2011 Attend hearing cabfare from home to airport | 27.00 |
| 09/13/2011 | Dinner - VENDOR: Mark S. Hersh, Sep 13, 2011 Attend hearing LA PASTA PRESTO GRILL | 40.00 |
| 09/14/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400196902543 | 9.98 |
| 09/14/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400197333353 | 9.98 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|---|---|---|
| 09/14/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400198069334 | 9.98 |
| 09/14/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Richard Gitlin Godfrey & Kahn, S.C. (MADISON WI 53703) 1Z6151400198971779 | 6.76 |
| 09/14/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400199017763 | 9.98 |
| 09/14/2011 | Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400198069334 | 5.37 |
| 09/14/2011 | Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400199017763 | 7.01 |
| 09/14/2011 | Airfare - VENDOR: Mark S. Hersh, Sep 14, 2011 Attend hearing UNITED 0164066526969 (change of flight fee) | 75.00 |
| 09/14/2011 | Taxi - VENDOR: Mark S. Hersh, Sep 14, 2011 Attend hearing NYC TAXI MED 9V17 (cab from hotel to cour house) | 23.25 |
| 09/14/2011 | Taxi - VENDOR: Mark S. Hersh, Sep 14, 2011 Attend hearing cab from airport to home | 41.00 |
| 09/14/2011 | Taxi - VENDOR: Mark S. Hersh, Sep 14, 2011 Attend hearing cabfare from court house to airport | 38.00 |
| 09/14/2011 | Breakfast - VENDOR: Mark S. Hersh, Sep 14, 2011 Attend hearing | 12.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 09/15/2011 | Lodging - VENDOR: Mark S. Hersh, Sep 15, 2011 Attend hearing | 500.00 |
| 09/15/2011 | Lunch - VENDOR: Mark S. Hersh, Sep 15, 2011 Attend hearing LGAAIRPORTRESTAURANTS, | 14.77 |
| 09/21/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400195244186 | 9.98 |
| 09/21/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400195594567 | 9.98 |
| 09/21/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Richard Gitlin Godfrey & Kahn, S.C. (MADISON WI 53703) 1Z6151400196993393 | 6.76 |
| 09/21/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400198556576 | 9.98 |
| 09/21/2011 | Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400199582152 | 9.98 |
| 09/21/2011 | Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to Elisabetta Gasparini Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400195244186 | 7.01 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 09/21/2011 | Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400195594567 | 5.37 |
| 09/21/2011 | Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to Richard Gitlin Godfrey & Kahn, S.C. (MADISON WI 53703) 1Z6151400196993393 | 1.31 |
| 09/21/2011 | Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400198556576 | 7.01 |
| 09/21/2011 | Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400199582152 | 7.01 |
| | **Current Costs and Expenses** | **$1,729.37** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 78,370.00 |
| Disbursements | $ | 1,729.37 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **80,099.37** |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 1300 | Insurance Issues | 128.10 | 77,852.00 |
| 4600 | Firm's Own Billing/Fee Applications | 2.10 | 518.00 |
| | **Matter Total** | **130.20** | **$78,370.00** |

# EXHIBIT D

US_ACTIVE-107834466.1

Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.*
*and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (JMP)
                                                           :
                      Debtors                              :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x

## <u>CERTIFICATION OF CAROLYN H. ROSENBERG</u>

I, Carolyn H. Rosenberg, Esquire, certify as follows:

1.      I am a Partner with the applicant firm, Reed Smith LLP ("<u>Reed Smith</u>"), and have

been admitted to the Bar of the Supreme Court of Illinois since 1982.  Reed Smith has been

retained as Special Counsel to the Debtors and Debtors in Possession and has rendered

professional services in these Chapter 11 cases.

2.      In respect of compliance with the Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June

20, 1991 (the "<u>Fee and Disbursement Guidelines</u>") and the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by

the Court on April 19, 1995 (together with the Fee and Disbursement Guidelines, the "<u>Local</u>

US_ACTIVE-107834466.1

Guidelines"), the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "U.S. Trustee Guidelines") and the Fourth  Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 15997] (the "Administrative Order," and together with the Local Guidelines and the

U.S. Trustee Guidelines, the "Guidelines") this certification is made in respect of Reed Smith's

application, dated December 9, 2011 (the "Application"), for interim compensation and

reimbursement of expenses for the period commencing March 1, 2011 through and including

May 31, 2011 (the "Fourth Compensation Period") in accordance with the Guidelines.

      3.     In respect of section 2 of the Fee and Disbursement Guidelines, I certify that Reed

Smith reviewed the Application and has approved it.

      4.     In respect of section B.1 of the Local Guidelines, I certify that:

      a.     I have read the Application;

      b.     to the best of my knowledge, information, and belief formed after

reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines;

      c.     the fees and disbursements sought are billed at rates in accordance with

those customarily charged by Reed Smith and generally accepted by Reed Smith's clients; and

      d.     in providing a reimbursable service, Reed Smith does not make a profit on

that service, whether the service is performed by Reed Smith in-house or through a third party.

      5.     In respect of section B.2 of the Local Guidelines and as required by the

Administrative Order, I certify that the trustee, the chair of each official committee and the

debtor have all been provided not later than 20 days after the end of each month with a statement

of fees and disbursements accrued during such month, and that the statement contains a list of

professionals and paraprofessionals providing services, their respective billing rates, the

aggregate hours spent by each professional and paraprofessional, a general description of

services rendered, a reasonably detailed breakdown of the disbursements incurred and an

explanation of billing practices.

      6.      In respect of section B.3 of the Local Guidelines and as required by the

Administrative Order, I certify that the Office of the United States Trustee, the Debtors, the

attorneys for the Official Committee of Unsecured Creditors, are each being provided with a

copy of the Application at least ten (10) days before the date set by the court or any applicable

rules for filing fee applications.

      I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  December 9, 2011


                  By:  /s/ Carolyn H. Rosenberg
                       Carolyn H. Rosenberg

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                            :
                       Debtors              :    (Jointly Administered)
                                            :

-----------------------------------------------------------x

### ORDER GRANTING FOURTH INTERIM APPLICATION OF REED SMITH LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

Upon consideration of the Fourth Interim Application of Reed Smith LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2011 through September 30, 2011 (the "Application") for professional services rendered and expenses incurred during the period commencing June 1, 2011 through and including September 30, 2011; and a hearing having been held before the Court to consider the Application; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

ORDERED that the Application is granted to the extent set forth in Schedule "A."

This _____ day of _____, 2011.

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE A

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

| APPLICANT | APPLICATION FILING DATE AND DOCKET NUMBER | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Reed Smith LLP | Fourth Interim Application<br><br>Docket No. TBD | $316,614.00 | $316,614.00 | $6,628.90 | $6,628.90 |