WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                    :
**In re**                                           :   **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :   **08-13555 (JMP)**
                                                    :
                      **Debtors.**                  :   **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED
### SIXTIETH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

　　　　**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Sixtieth

Omnibus Objection to Claims (Settled Derivatives Claims) that was scheduled for December 21,

2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims**

**listed on Exhibit A attached hereto, to January 26, 2012, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

US_ACTIVE:\43880186\01\58399.0008

Dated: December 14, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| HBK Master Fund L.P. | 19275, 19276 | N/A |

US_ACTIVE:\43880186\01\58399.0008