WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11**
Case No.                                    :
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:    **08-13555 (JMP)**
                                            :
            Debtors.                        :    (Jointly
Administered)
                                            :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF**
**PICTET & CIE AND BANK JULIUS BAER & CO. LTD. TO ENLARGE THE**
**TIME PERIOD FOR THE FILING OF CLAIM NUMBER 64249 BY ONE DAY**

**PLEASE TAKE NOTICE** that the hearing on Pictet & Cie's and Bank

Julius Baer & Co. Ltd.'s Motion to Enlarge the Time Period for the Filing of Claim

Number 64249 By One Day [Docket No. 21979] that is scheduled for December 21,

2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 26,**

**2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as

counsel may be heard.  The Hearing will be held before the Honorable James M. Peck,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43881032\01\58399.0008

Dated: December 14, 2011
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors
and Debtors in Possession