WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                               :
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
                  Debtors.                     :   (Jointly Administered)
                                               :
                                               :
-----------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTIETH**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Fortieth Omnibus Objection to Claims (Late-Filed Claims) [Dkt. No. 11305] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: December 14, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number(s) |
|---|---|
| AMSTER, GERALDINE D. | 66444 |
| AMSTER, GERALDINE AND GILBERT | 66445 |
| ATHERTON CONSTRUCTION, INC. | 66479 |
| BEST LIFE AND HEALTH INSURANCE | 66478 |
| BUILDING MANAGEMENT SERVICES | 66480 |
| CHURCH OF SCIENTOLOGY INT. | 66481 |
| CHURCH OF SCIENTOLOGY RELIGIOUS TR | 66483 |
| DESERET GEN AND TRANS CO-OP | 66482 |
| DIMEGLIO, ROBERT | 65508 |
| DIXIE AND ANNE LEAVITT FOUNDATION | 66485 |
| MATTINGLY, LOUISE | 34564 |
| SEVILLA ARDISANA, JULIO F.; DE SEVILLA, DIGNA ROSA; SEVILLA, REBECA | 66616, 66617, 66618, 66619 |
| VERDE VALLEY MEDICAL CENTER | 66488 |
| VINTAH BASIN MEDICAL CENTER | 66493 |