WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                :

**In re**                              :        **Chapter 11 Case No.**
                                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                :

                  **Debtors.**     :        **(Jointly Administered)**
                                :
                                :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Forty-First Omnibus Objection

to Claims (Late-Filed Claims) [Dkt. No. 11306] solely with respect to the claims listed on

Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claims listed on

Exhibit A on any grounds in the future.

Dated:  December 14, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Claims for Which Objection Is Withdrawn Without Prejudice:**

| Claimant | Claim Number(s) |
|---|---|
| GH PHIPPS CONSTRUCTION COMPANIES | 66484 |
| MCMAHON, EDITH E. AND JOSEPH F. | 66611 |
| RODRIGUEZ-COLON, ELIZABETH | 34491 |
| SINCLAIR MEDICAL PLAN | 66489 |
| STARTEK INC. | 66490 |
| THE LAYTON COMPANIES, INC. | 66487 |
| UTAH BUSINESS/BENCHMARK INSURANCE CO. | 66491 |
| UTAH STATE BAR | 66492 |