WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                Debtors.                      :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF DEBTORS' ONE HUNDRED SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) [Dkt. No. 19388] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: December 14, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Numbers |
|---|---|
| ALDACO, MARIANA; ILDEFONSO, JOSE | 2814, 2815 |
| BELLAIR DEVELOPMENT GROUP, S.A. | 62724 |
| CENTRAL BANCO UNIVERSAL | 62725 |