WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                           :
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                           :
              Debtors.                     :    (Jointly Administered)
                                           :
                                           :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS' TWO HUNDREDTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundredth Omnibus Objection to Claims (No Liability Claims) [Dkt. No. 19921] solely with respect to the claim listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated:  December 14, 2011
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| JOINER, OWEN H. & LEATRICE | 19570 |

US_ACTIVE:\43880199\01\58399.0008