## EXHIBIT B

### EXPENSE SUMMARY BY SNR DENTON US LLP FOR THE FOURTH INTERIM PERIOD OF JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

| EXPENSES | AMOUNTS |
|---|---:|
| Document Reproduction | $167.50 |
| Delivery | $384.97 |
| Teleconference Expenses | $192.32 |
| Outside Professional Services | $10,022.00 |
| Specialized Document Processing Services | $517.50 |
| **Total:** | **$11,284.29** |