**EXHIBIT C**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
BY SNR DENTON US LLP FOR THE
FOURTH INTERIM PERIOD OF JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

| PROJECT CATEGORY | CLIENT NUMBER | MATTER NUMBER | HOURS | AMOUNT |
|---|---|---|---|---|
| **Real Estate** | 21416248 | 0795 | 5.80 | $4,849.50 |
| | 21416248 | 0807 | 7.20 | $3,708.00 |
| | 21416248 | 0813 | 12.90 | $7,565.50 |
| | 21416248 | 0814 | 2.90 | $2,436.00 |
| | 21416248 | 0815 | 2.30 | $1,932.00 |
| | 21416248 | 0818 | 11.90 | $8,302.00 |
| | 21416248 | 0824 | 28.70 | $19,186.00 |
| | 21416248 | 0838 | 4.80 | $4,032.00 |
| | 21416248 | 0851 | 10.10 | $8,225.00 |
| | 21416248 | 0866 | 17.80 | $14,137.00 |
| | 21416248 | 0867 | 14.10 | $10,523.50 |
| | 09807760 | 0011 | 576.10 | $366,240.00 |
| | 09807760 | 0021 | 61.90 | $34,797.00 |
| **Fee/Retention Issues** | 09807760 | 0030 | 60.90 | $28,792.00 |
| **Total Fees Invoiced** | | | 817.40 | $514,725.50 |
| **Credit** | | | | ($99.50)[1] |
| **Total Fees Requested:** | | | | $514,626.00 |

---

[1] Services performed by two SNR Denton professionals were at times mistakenly billed at an incorrect rate. This credit to the Debtors represents the difference between those time entries billed at the improper rate and those time entries billed at the correct rate. Please see footnotes 1-3 in the *Summary Sheet Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §§330 and 331*, filed concurrently herewith.