**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                        Debtors.                :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x
```

**ORDER GRANTING FOURTH INTERIM APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

Upon consideration of the Fourth Application of SNR Denton US LLP, as attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses (the "Application"), dated December 14, 2011, relating to the above-referenced bankruptcy case for the period from June 1, 2011 through September 30, 2011 (the "Fourth Compensation Period") for the (i) allowance of compensation for professional services performed by SNR Denton US LLP ("SNR Denton") during the Fourth Compensation Period in the total amount of $514,626.00; (ii) allowance of SNR Denton's actual and necessary expenses incurred during the Third Compensation Period in the total amount of $11,284.29; and (iii) payment of the twenty percent (20%) holdback withheld from payments of the monthly fee statements after notice and hearing thereon along with sufficient cause appearing therefore, and capitalized terms used in this Order being given the same meanings as are ascribed to those terms in the Application, it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that SNR Denton is authorized to apply against such amounts the amounts previously paid to it in respect of the Fourth Compensation Period pursuant to the Amended Fee Protocol and Guidelines; and it is further

**ORDERED** that the Debtors pay to SNR Denton the twenty percent (20%) holdback, withheld from the payment of monthly statements during the Fourth Compensation Period.

Dated:    New York, New York
_____, 2011

                                        _____
                                        THE HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE