## **Exhibit A**

# EXHIBIT A

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| LEHMAN MATTER NUMBER 001 | | |
|---|---|---|
| Project Category | Total Hours | Total Fees |
| General Case Administration [0100] | 16.00 | $13,969.00 |
| General Case Strategy Meetings [0200] | 134.40 | $110,640.00 |
| Calendar and Docket Maintenance [0300] | 1.80 | $1,295.00 |
| Hearings and Court Communications [0400] | 221.60 | $196,335.00 |
| Non-working Travel [0500] | 49.50 | $20,265.00 |
| Cash Management [1200] | 9.90 | $8,023.50 |
| Real Estate Matters [2300] | 5.40 | $4,952.50 |
| Loans/Investments [2600] | 1.40 | $1,190.00 |
| Non-Derivative Stay/Safe Harbor [3000] | 7.90 | $4,620.50 |
| Misc. Asset Sales/363 Issues [3100] | 70.10 | $54,951.00 |
| Non-Derivative Contracts [3200] | 29.00 | $23,590.00 |
| DIP Financing [3300] | 126.20 | $94,582.50 |
| Plan of Reorganization [3500] | 1,390.95 | $1,034,032.75 |
| Disclosure Statement/Voting [3600] | 1,181.30 | $715,378.00 |
| Non-Derivative Issues [3700] | 895.10 | $642,610.00 |
| Other Motions and Matters [3800] | 9.30 | $7,203.50 |
| Non-Derivative Litigation [3900] | 659.25 | $527,987.75 |
| Non-Bankruptcy Litigation [4000] | 29.00 | $23,974.00 |

| LEHMAN MATTER NUMBER 001 | | |
|---|---|---|
| Project Category | Total Hours | Total Fees |
| 2004 Issues [4100] | 60.90 | $48,593.00 |
| Appeals [4200] | 31.30 | $25,500.00 |
| PSZJ Fees [4600] | 35.20 | $17,810.00 |
| PSZJ Retention [4700] | 5.60 | $3,206.00 |
| Third Party Retention/Fees [4800] | 87.90 | $64,676.50 |
| **TOTAL SERVICES:** | **5,059.00** | **$3,645,385.50** |

| LEHMAN MATTER NUMBER 002 (LCPI ONLY) | | |
|---|---|---|
| Project Category | Total Hours | Total Fees |
| Non-Derivative Stay/Safe Harbor [3000] | 6.00 | $3,988.50 |
| Plan of Reorganization [3500] | 12.60 | $11,092.00 |
| Appeals [4200] | 2.50 | $2,102.50 |
| **TOTAL SERVICES:** | **21.10** | **$17,183.00** |

| TOTAL SERVICES | | |
|---|---|---|
| Matter Code | Total Hours | Total Fees |
| Lehman 001 | 5,059.00 | $3,645,385.50 |
| Lehman 002 | 21.10 | $17,183.00 |
| **TOTAL SERVICES:** | **2,626.60** | **$3,662,568.50** |