**Exhibit B**

# EXHIBIT B

### SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Richard M. Pachulski, Partner | 1979 | $950.00 | 570.10 | $541,595.00 |
| Richard M. Pachulski, Partner | 1979 | $475.00 | 18.50 | $8,787.50 |
| Dean A. Ziehl, Partner | 1978 | $895.00 | 652.30 | $583,808.50 |
| Robert B. Orgel, Partner | 1981 | $850.00 | 821.70 | $698,445.00 |
| Ira D. Kharasch, Partner | 1983 | $850.00 | 66.20 | $56,270.00 |
| Alan J. Kornfeld, Partner | 1987 | $825.00 | 346.90 | $286,192.50 |
| Alan J. Kornfeld, Partner | 1987 | $412.50 | 7.00 | $2,887.50 |
| Richard J. Gruber, Partner | 1982 | $825.00 | 0.60 | $495.00 |
| Henry C. Kevane, Partner | 1986 | $795.00 | 43.30 | $34,423.50 |
| Debra I. Grassgreen, Partner | 1992 | $795.00 | 5.80 | $4,611.00 |
| Stanley E. Goldich, Partner | 1980 | $775.00 | 25.90 | $20,072.50 |
| James K.T. Hunter, Of Counsel | 1988 | $725.00 | 4.10 | $2,972.50 |
| Steven J. Kahn, Of Counsel | 1977 | $725.00 | 379.50 | $275,137.50 |
| Daryl G. Parker, Of Counsel | 1970 | $725.00 | 90.00 | $65,250.00 |
| Victoria A. Newmark, Of Counsel | 1996 | $650.00 | 44.20 | $28,730.00 |
| Shirley S. Cho, Of Counsel | 1997 | $650.00 | 2.10 | $1,365.00 |
| Harry Hochman, Of Counsel | 1987 | $650.00 | 534.70 | $347,555.00 |
| Jonathan J. Kim, Of Counsel | 1995 | $595.00 | 135.80 | $80,801.00 |
| Maria A Bove, Of Counsel | 2001 | $625.00 | 378.30 | $236,437.50 |
| Maria A Bove, Of Counsel | 2001 | $312.50 | 19.00 | $5,937.50 |
| Gina F. Brandt, Of Counsel | 1997 | $595.00 | 0.80 | $476.00 |
| Gabrielle A. Rohwer, Of Counsel | 1997 | $575.00 | 17.20 | $9,890.00 |
| John W. Lucas, Associate | 2005 | $495.00 | 452.60 | $224,037.00 |
| Teddy M. Kapur, Associate | 2006 | $475.00 | 33.00 | $15,675.00 |
| Teddy M. Kapur, Associate | 2006 | $287.50 | 3.00 | $862.50 |
| Jason H. Rosell, Associate | 2010 | $395.00 | 178.30 | $70,428.50 |
| Leslie A. Forrester, Paralegal | N/A | $275.00 | 1.00 | $275.00 |
| Patricia J. Jeffries, Paralegal | N/A | $255.00 | 104.60 | $26,673.00 |
| Felice S. Harrison, Paralegal | N/A | $255.00 | 3.00 | $765.00 |
| David L. Downing, Paralegal | N/A | $220.00 | 28.30 | $6,226.00 |
| Mike A. Matteo, Paralegal | N/A | $220.00 | 68.80 | $15,136.00 |
| Thomas J. Brown, Paralegal | N/A | $220.00 | 14.50 | $3,190.00 |
| Jorge E. Rojas, Paralegal | N/A | $250.00 | 21.70 | $5,425.00 |

DOCS_NY:26075.2 52063-001

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Shawn A. Quinlivan, Paralegal | N/A | $255.00 | 6.10 | $1,555.50 |
| Robert E. Pacholder, Paralegal | N/A | $150.00 | 1.20 | $180.00 |
| | | TIME CHARGES TOTAL: | 5,080.10 | $3,662,568.50 |

**Total Hours:** 5,080.10

**Blended Hourly Rate:** $720.96
(Attorneys and Paralegals)

**Blended Hourly Rate:** $745.85
(Attorneys)