# **Exhibit C**

# EXHIBIT C

## SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---|
| Airline Fare | $1,154.80 |
| Auto Travel Expense | $1,291.51 |
| Conference Call | $1,018.56 |
| Fax Transmittal Expenses | $86.00 |
| Federal Express | $2,444.70 |
| Hotel Expense | $2,000.00 |
| Legal Vision Attorney Messenger Service | $4,931.35 |
| Lexis/Nexis Legal Research | $11.59 |
| Outside Reproduction Expense | $119,531.22 |
| Outside Services | $2,501.70 |
| Pacer – Court Research | $3,794.32 |
| Postage | $28,330.76 |
| Reproduction Expense | $98,393.80 |
| Reproduction/Scan Copy | $13,469.70 |
| Transcript | $37,024.20 |
| Westlaw Legal Research | $19,745.06 |
| Witness Fee | $364.00 |
| Working Meals | $971.20 |
| **TOTAL DISBURSEMENTS:** | **$337,064.47** |