# EXHIBIT E

**SUMMARY OF SERVICES**
**(LCPI ONLY – LEHMAN MATTER NO. 002)**

**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
June 30, 2011

Invoice Number    95419                                                52063    00002    RMP
F. Robert Brusco, Esq.
Lehman Brothers Holdings, Inc.
1271 Avenue of The Americas, 46th Floor
New York, New York 10020
Re:    LCPI

**Statement of Professional Services Rendered Through**                                6/30/2011

| Date | Time Keeper | Description | Hours | Rate | Amount | Comments |
|---|---|---|---|---|---|---|
| **Non-Derivative Stay / Safe Harbor [3000]** | | | | | | |
| 06/08/11 | MB | Review SunCal opposition to motion to enforce LCPI automatic stay filed in NY. | 0.70 | 625.00 | $437.50 | |
| 06/09/11 | JWL | Review SunCal response regarding NY motion to enforce LCPI automatic stay (1.0); provide comments to the same (1.8) | 2.80 | 495.00 | $1,386.00 | |
| 06/09/11 | HDH | Review SunCal opposition to motion to enforce LCPI automatic stay filed in NY. | 0.50 | 650.00 | $325.00 | |
| 06/09/11 | RMP | Telephone conference with Brusco, Camerik and Bond regarding automatic stay issues and pending motion to enforce LCPI stay in NY. | 1.40 | 950.00 | $1,330.00 | |
| | | **Task Code Total** | 5.40 | | $3,478.50 | |
| **Plan of Reorganization [3500]** | | | | | | |
| 06/26/11 | DAZ | Revise motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties. | 1.00 | 895.00 | $895.00 | |
| 06/27/11 | DAZ | Telephone conferences with Lobel re plan timing issues. | 0.30 | 895.00 | $268.50 | |
| 06/27/11 | DAZ | Review revised motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties | 1.00 | 895.00 | $895.00 | |
| 06/27/11 | RBO | Begin commenting on motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties | 2.70 | 850.00 | $2,295.00 | |
| 06/27/11 | RBO | Continue revisions to Weil's motion to for authority for LCPI to enter into and fund Lehman SunCal plans and bid on properties | 3.40 | 850.00 | $2,890.00 | |
| 06/27/11 | RMP | Review motion to authorize LCPI to enter into Lehman SunCal plans and cash bid on properties (.5) and conference with D. Ziehl re same (.1) and telephone conference with Perez regarding same (.3). | 0.90 | 950.00 | $855.00 | |
| 06/28/11 | DAZ | Review and revise motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties. | 1.00 | 895.00 | $895.00 | |
| 06/28/11 | DAZ | Conference with R. Pachulski re motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties | 0.30 | 895.00 | $268.50 | |
| 06/28/11 | RBO | Review Lemmer message re motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties (.1); Review Lehman SunCal Disclosure Statement and Plan re. same (.3); Prepare responses to Lemmer (.2) | 0.60 | 850.00 | $510.00 | |
| 06/28/11 | RBO | Conf. with C. Arthhur to confirm no further input needed re motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties | 0.10 | 850.00 | $85.00 | |
| 06/28/11 | RMP | Review comments to motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties (.5) and conferences with D. Ziehl and R. Orgel regarding same (.4). | 0.90 | 950.00 | $855.00 | |
| 06/29/11 | RMP | Review e-mails from Weil regarding motion to for authority for LCPI to enter into Lehman SunCal plans and bid on properties | 0.40 | 950.00 | $380.00 | |
| | | **Task Code Total** | 12.60 | | $11,092.00 | |

**Appeals [4200]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/11 | MB | Review Lehman collateral valuation stipulation and e-mail to and from A. Blaustein regarding same (regarding preparation for 9th cir. oral argument re LCPI stay). | 0.30 | 625.00 | $187.50 |
| 06/08/11 | DAZ | Telephone conference with Friedman re 9th Cir. BAP argument re LCPI automatic stay. | 0.50 | 895.00 | $447.50 |
| | | **Task Code Total** | **0.80** | | **$635.00** |
| | | **Total Professional Services:** | **18.80** | | **$15,205.50** |

***Summary:***

| | | | | |
|---|---|---:|---:|---:|
| | Total professional services | | | $15,205.50 |
| | **Net current charges** | | | **$15,205.50** |

| | **Individual** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| DAZ | Ziehl, Dean A. | 4.10 | $895.00 | $3,669.50 |
| HDH | Hochman, Harry D. | 0.50 | $650.00 | $325.00 |
| JWL | Lucas, John W. | 2.80 | $495.00 | $1,386.00 |
| MB | Bove, Maria A. | 1.00 | $625.00 | $625.00 |
| RBO | Orgel, Robert B. | 6.80 | $850.00 | $5,780.00 |
| RMP | Pachulski, Richard M. | 3.60 | $950.00 | $3,420.00 |
| | | **18.80** | | **$15,205.50** |

| | **Task Code Summary** | **Hours** | | **Amount** |
|---|---|---:|---|---:|
| 3000 | Non-Derivative Stay / Safe Harbor | 5.40 | | $3,478.50 |
| 3500 | Plan of Reorganization | 12.60 | | $11,092.00 |
| 4200 | Appeals | 0.80 | | $635.00 |
| | | **18.80** | | **$15,205.50** |

**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
July 31, 2011

Invoice Number: 95591                                              52063  00002        RMP
F. Robert Brusco, Esq.
Lehman Brothers Holdings, Inc.
1271 Avenue of The Americas, 46th Floor
New York, New York 10020
Re: LCPI

Statement of Professional Services Rendered Through July 31, 2011

| Date | Time Keeper | Description | Hours | Rate | Amount | Comments |
|---|---|---|---|---|---|---|
| **Non-Derivative Stay / Safe Harbor [3000]** | | | | | | |
| 06/12/11 | RBO | Review draft Lehman reply to SunCal's opposition to Lehman's motion regarding its automatic stay filed in NY (.2); revise same and send message to Weil with with comments (.4) | 0.60 | 850.00 | $510.00 | |
| | | **Task Code Total** | 0.60 | | $510.00 | |
| | | Total Professional Services: | 0.60 | | $510.00 | |

### *Summary:*

| | | | | |
|---|---|---|---|---|
| | Total Professional Services | | | $510.00 |
| | **Net Current Charges** | | | **$510.00** |

| | **Individual** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| RBO | Orgel, Robert B. | 0.60 | 850.00 | $510.00 |
| | | 0.60 | | $510.00 |

| | **Task Code Summary** | **Hours** | | **Amount** |
|---|---|---|---|---|
| 3000 | Non-Derivative Stay / Safe Harbor | 0.60 | | $510.00 |
| | | 0.60 | | $510.00 |

## PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
August 31, 2011

Invoice Number: 95903                                           52063 00002 RMP
F. Robert Brusco, Esq.
Lehman Brothers Holdings, Inc.
1271 Avenue of the Americas, 46th Floor
New York, New York 10020
Re: LCPI

**Statement of Professional Services Rendered Through August 31, 2011**

| Date | Time Keeper | Description | Hours | Rate | Amount | Comments |
|---|---|---|---|---|---|---|
| **Appeals [4200]** | | | | | | |
| 08/03/11 | DAZ | Review 9th Circuit ruling re stay of Equitable Subordination adversary proceeding with respect to LCPI. | 0.50 | 895.00 | $447.50 | |
| 08/03/11 | HDH | Review Ninth Circuit opinion affirming automatic stay applies to equitable subordination action against LCPI. | 0.20 | 650.00 | $130.00 | |
| 08/03/11 | SSC | Review Ninth Circuit opinion re stay of Equitable Subordination adversary proceeding with respect to LCPI and post-judgment notice. | 0.10 | 650.00 | $65.00 | |
| 08/03/11 | SSC | Correspond with A. Blautstein re Ninth Circuit's post-judgment notice re stay of equitable subordination action against LCPI. | 0.10 | 650.00 | $65.00 | |
| 08/04/11 | RMP | Telephone conference with client regarding Ninth Circuit decision re stay of Equitable Subordination adversary proceeding with respect to LCPI.. | 0.80 | 950.00 | $760.00 | |
| | | **Task Code Total** | **1.70** | | **$1,467.50** | |
| | | **Total Professional Services:** | **1.70** | | **$1,467.50** | |

### *Summary:*

| | | | | |
|---|---|---|---|---|
| | Total Professional Services | | | $1,467.50 |
| | **Net Current Charges** | | | **$1,467.50** |

| | **Individual** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| DAZ | Ziehl, Dean A. | 0.50 | 895.00 | $447.50 |
| HDH | Hochman, Harry D. | 0.20 | 650.00 | $130.00 |
| RMP | Pachulski, Richard M. | 0.80 | 950.00 | $760.00 |
| SSC | Cho, Shirley S. | 0.20 | 650.00 | $130.00 |
| | | **1.70** | | **$1,467.50** |

| | **Task Code Summary** | | | |
|---|---|---|---|---|
| 4200 | Appeals | 1.70 | | $1,467.50 |
| | | **1.70** | | **$1,467.50** |