# EXHIBIT F

Case No.:08-13555 (JMP)
Case Name: In re: Lehman Brothers Holdings, et al.

**CURRENT FEE PERIOD:
JUNE 1, 2011 to SEPTEMBER 30, 2011**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES ALLOWED | FEES TO BE PAID FOR CURRENT FEE PERIOD | FEES TO BE PAID FOR PRIOR FEE PERIOD(S) (IF ANY) (I.E., HOLDBACK RELEASE) | TOTAL FEES TO BE PAID | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | December 14, 2011, Docket No. [--] | $6,632,263.50 | | $6,632,263.50 | | | $398,662.27 | |

SCHEDULE A(1)      DATE: _____      INITIALS: _____USBJ