B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio</u><br>Name of Transferee | <u>The Royal Bank of Scotland plc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Waterstone Capital Management, L.P.<br>2 Carlson Parkway, Suite 260<br>Plymouth, MN  55447<br>Attn: Vincent Conley<br><br>With a copy to:<br><br>[Please Provide] | Court Claim # (if known): <u>67139 (amending claim # 18881) (1.34% of such claim)</u><br><br>Amount of Claim as filed: $<u>10,000,000.00</u><br><br>Amount of Claim Transferred: $<u>134,000.00</u><br><br>Date Claim Filed: <u>October 25, 2010 (original claim filed September 18, 2009)</u><br><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

16

695046v.1 2620/00408

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio
By: Waterstone Capital Management, L.P.

By: _____Waterstone Capital Management, L.P._____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Jeffrey C. Erb
General Counsel

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
    Transferor/Transferor's Agent

18

695046v.1 2620/00408

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio
By: Waterstone Capital Management, L.P.

By: _____    Date: _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
   Transferor/Transferor's Agent

**Suzanne Glossoti**
**Authorized Signatory**

18