B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Waterstone Market Neutral Master Fund, Ltd. | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Waterstone Capital Management, L.P.
2 Carlson Parkway, Suite 260
Plymouth, MN  55447
Attn: Vincent Conley

With a copy to:

[Please Provide]


Phone:_____
Last Four Digits of Acct #: _____

Court Claim # (if known): 67139 (amending claim # 18881) (41.29% of such claim)

Amount of Claim as filed: $10,000,000.00

Amount of Claim Transferred: $4,129,000.00

Date Claim Filed: October 25, 2010 (original claim filed September 18, 2009)

Debtor: Lehman Brothers Holdings Inc.


Phone: _____
Last Four Digits of Acct. #: _____

16

685503v.6 2620/00408

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Waterstone Market Neutral Master Fund, Ltd.
By: Waterstone Capital Management, L.P.
　　　　Waterstone Capital Management, **L.P.**

By: _____          Date: _____

　　　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jeffrey C. Erb
General Counsel
Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent


By: _____

　　　　Transferor/Transferor's Agent

18

685503v.6 2620/00408

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Waterstone Market Neutral Master Fund, Ltd.
By: Waterstone Capital Management, L.P.

By: _____        Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
        Transferor/Transferor's Agent

**Suzanne Glossoti**
**Authorized Signatory**

18

685503v.6 2620/00408