B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Waterstone MF Fund, Ltd. | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Waterstone Capital Management, L.P.
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attn: Vincent Conley

With a copy to:

[Please Provide]

Court Claim # (if known): 67139 (amending claim # 18881) (7.37% of such claim)

Amount of Claim as filed: $10,000,000.00

Amount of Claim Transferred: $737,000.00

Date Claim Filed: October 25, 2010 (original claim filed September 18, 2009)

Debtor: Lehman Brothers Holdings Inc.

Phone: _____       Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

16

695044v.1 2620/00408

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Waterstone MF Fund, Ltd.
By: Waterstone Capital Management, L.P.

By: ___Waterstone Capital Management, L.P.___    Date: _____
           Transferee/Transferee's Agent
           Jeffrey C. Erb
           General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent


By: _____
        Transferor/Transferor's Agent

18

695044v.1 2620/00408

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Waterstone MF Fund, Ltd.
By: Waterstone Capital Management, L.P.

By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
    Transferor/Transferor's Agent
    **Suzanne Glossoti**
    **Authorized Signatory**

18