B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

**In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors**   Case No: <u>**08-13555 (JMP)**</u>
**(Jointly Administered)**

**To the Debtors and the Bankruptcy Court:**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purpose in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor herby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| <u>**SPCP Group, LLC**</u> | <u>**Halbis US Credit Alpha Master Fund, Ltd.**</u> |
| **Name of Transferee** | **Name of Transferor** |

| | |
|---|---|
| **Name and Address where notices to transferee should be sent:** | Court Claim # (if known): <u>**12897**</u><br>Amount of Claim (Allowed): <u>**$1,094,443.42**</u><br>Date of Claim Filed: <u>**September 9, 2009**</u> |
| **SPCP Group, LLC**<br>**Two Greenwich Plaza**<br>**Greenwich CT 06830**<br>**Attn: Brain Jarmain**<br>**Email: <u>bjarmain@silverpoint.com</u>** | Debtor: <u>**Lehman Brothers Special Financing Inc.**</u> |

**With a copy to:**

**Pryor Cashman LLP**
**7 Times Square**
**New York, NY 10036**
**Attn: Ronald S. Beacher**
**Email: <u>rbeacher@pryorcashman.com</u>**

**EXHIBIT D**
**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HALBIS U.S.CREDIT ALPHA MASTER FUND, LTD ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, LLC ("Purchaser") 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $1,228,570.59 against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 12897) filed by Seller with the Bankruptcy Court in respect of the foregoing claim. Please note that, on April 15, 2011, Seller entered into a settlement agreement with the Debtor, in order to allow the amount of the claim (the "Allowed Claim") arising from the termination of the ISDA Master Agreement. In this respect, please note that the Allowed Claim is equal to $1,094,443.42.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of December 2011.

HALBIS U.S.CREDIT ALPHA MASTER FUND, LTD
By: _____
Name:
Title:

SPCP GROUP, LLC
By: _____
Name: Michael Gatto
Title: Authorized Person

1118487

Claim Question? Call: 866-879-0688 Technical Support Question? Call: 800 794 4430 Guest | Sign In

epiq SYSTEMS debtorMatrix

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home Claims Docket Key Documents

Home » Search Claims Bookmark this Page

# Search Claims

Criteria

**Claim Number**
12897

**Creditor Name**
Name Starts With

**Scope**
Claims and Schedules

**Schedule Number**

**Amount**
Total Claim Value Equals

**Docket Number**

**Claim Date Range**
to

**Debtor**

Order By: Creditor Name Results Per Page: 25

Reset Search

Results

Collapse All

**[1] Page 1 of 1 - 01 total items**

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 12897 | 888019990 | HALBIS US CREDIT ALPHA MASTER FUND, LTD | 9/15/2009 | $1,094,443.42 | Image |

C/O HALBIS CAPITAL MANAGEMENT (USA)
ATTN: JAMES CURTIS
452 FIFTH AVENUE
NEW YORK, NY 10018

Allowed Unsecured: $1,094,443.42
Claimed Unsecured: $1,228,570.59

Debtor: 08-13888 Lehman Brothers Special Financing Inc.

*Remarks: THIS CLAIM IS ALLOWED*

***Related Docket Entries***

