# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  Lehman Brothers Holdings, Inc.          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A  CLAIM  HAS  BEEN  FILED  IN  THIS  CASE  or deemed filed under 11 U.S.C. § 1111(a).Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VONWIN CAPITAL MANAGEMENT, LP**                    **BANK SAL.  OPPENHEIM JR & JR & CIE. (Schweiz) AG**
_____              _____
         **Name of Transferee**                                            **Name of Transferor**

**Date Filed:**        10/28/2009
**Court Claim #:**     50716
**Claim Amount:**      $49,300.82
**ISIN CODE:**         XS0232035534

**Name and Address of where notices to Transferee Should be sent:**

**VonWin Capital Management, LP**
**By VonWin Capital, LLC its general partner**
**261 Fifth Avenue, 22nd Floor**
**New York, NY 10016**
**Attn: Roger von Spiegel**
**Tel: 212-889-1601**
**Email: cw@vonwin.com**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Date: December 15, 2011**

**VONWIN CAPITAL MANAGEMENT, LP**

**By:     /s/ Roger von Spiegel**
**Name:   Roger von Spiegel**
**Title:  Managing Director**

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Sal. Oppenheim Jr & Cie. (Schweiz) AG** ("Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to VonWin Capital Management, L.P. (the "Purchaser") and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of **Claim Number 50716** (the "Proof of Claim") filed by or on behalf of Seller against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim and/or Purchased Security, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim and/or Purchased Security or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim and/or Purchased Security, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim and/or Purchased Security, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim and/or Purchased Security, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and the security or securities relating to the Purchased Claim and specified on Schedule 1 attached hereto, including but not limited to any of the Seller's rights to assert claims against Lehman Brothers Treasury, B.V. and/or any other affiliates of the Debtor (the "Purchased Security").

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller is the beneficial owner of the Purchased Security relating to the Transferred Claims and specified in Schedule 1 attached hereto; (d) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (e) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (f) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (g) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller with Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) in the form attached as Exhibit A hereto. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

※ ... holds the purchased security on behalf of ...

Doc#: US1:5895542v1
1

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method, or via another settlement method agreeable to both Purchaser and Seller), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim and/or filing of any additional proofs of debt related to the Transferred Claims.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 24 day of Nov, 2011.

| Seller [print full legal name]: | Purchaser [print full legal name]: |
|---|---|
| BANK SAL. OPPENHEIM JR & CIE. (SCHWEIZ) AG | VONWIN CAPITAL MANAGEMENT, LP By: VonWin Capital, LLC its general partner |
| By: R. Glanzmann<br>Name:<br>Title: Vice President | By:<br>Name:<br>Title: Roger Von Spiegel Managing Director |
| By:<br>Name:<br>Title: Martin Vetsch | By:<br>Name:<br>Title: |
| Address:<br>Bank Sal. Oppenheim Jr. & Cie. (Schweiz) AG<br>Attn: Roger Glanzmann<br>Uraniastrasse 28<br>Zurich CH-8001<br>SWITZERLAND | Address:<br>VonWin Capital Management, L.P.<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>USA |

Schedule 1

Transferred Claims

Transferred Claims

100% of ISIN XS0232035534 = US$49,300.82 of US$49,300.82 (the outstanding amount of the Proof of Claim as of [date of agreement]).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|
| KICK-IN REVERSE CONVERT ON 3 INDICES | XS0232035534 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC. | | 24-Oct-2008 |

| ISIN | Principal | Clearstream/Euroclear Blocking Number | Date traded |
|---|---|---|---|
| XS0232035534 | USD | 6049517 | |

Claim Question? Call: 866-879-0688    Technical Support Question? Call: 800 794 4430                                      Guest | Sign In

EPIQ SYSTEMS

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

**Client Home**   **Claims**   **Docket**   **Key Documents**

Home » Search Claims                                                                                              Bookmark this Page

# Search Claims

### Criteria

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| 50716 | Name Starts With | | Claims and Schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

| Docket Number | Claim Date Range | | |
|---|---|---|---|
| | | to | |

Debtor

Order By: Creditor Name      Results Per Page: 25

### Results
Collapse All

**[1] Page 1 of 1 - 01 total items**

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 50716 | | BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ) AG | 10/28/2009 | $49,300.82 | Image |
| | | ATTN: ROGER GLANZMANN<br>URANIASTRASSE 28<br>ZURICH, CH-8001<br>SWITZERLAND | Claimed Unsecured: | $49,300.82 | |
| | | Debtor: 08-13555 Lehman Brothers Holdings Inc. | | | |

**Related Docket Entries**

| Docket # | Docket Date | Docket Text | |
|---|---|---|---|
| 19120 | 8/10/2011 | Order Signed on 8/10/2011 Approving Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. (Related Doc # [16294]) (Nulty, Lynda) | Documents |
| | | Debtor: Lehman Brothers Holdings Inc.<br>Related: 16294 | |

**[1] Page 1 of 1 - 01 total items**

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.