Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) SS.:
COUNTY OF NEW YORK  )

        CHARMAINE THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 15th of December 2011, I caused a copy of the following documents:

        Ninth Application for Interim Professional Compensation of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During Period From June 1, 2011 Through and Including September 30, 2011 [DI 23418],

      Ninth Application for Interim Professional Compensation of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period From June 1, 2011 Through and Including September 30, 2011 [DI 23403], and

      Ninth Application for Interim Professional Compensation of Houlihan Lokey Howard & Zukin Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From June 1, 2011 Through and Including September 30, 2011 [DI 23319],

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by FedEx for next business day delivery.

      On the 15th of December 2011, I also caused a copy of the following documents:

      Ninth Application for Interim Professional Compensation of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period From June 1, 2011 Through and Including September 30, 2011 [DI 23403], and

      Ninth Application for Interim Professional Compensation of Houlihan Lokey Howard & Zukin Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From June 1, 2011 Through and Including September 30, 2011 [DI 23319],

to be served upon the party identified on Exhibit <u>B</u> by hand delivery.

      /s/ Charmaine Thomas
      CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before
me this 15th day of December, 2011


   /s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

**Exhibit A**

Bryan Marsal
John Suckow
David Coles
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
45th Floor
New York, New York, 10020-1300

Harvey Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

Godfrey & Kahn, S.C.
One East Main Street
Suite 500, Madison, WI 53703
Attn:   Richard Gitlin, Esq.
        Brady C. Williamson, Esq.
        Katherine Stadler, Esq.
        Timothy F. Nixon, Esq.

## Exhibit B

Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413