PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski
Dean A. Ziehl
Maria A. Bove
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777

*Special Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard C. Felix, certify that, on the 14th of December 2011, I caused true and accurate copies of the *Eighth Interim Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for the Period from June 1, 2011 through September 30, 2011,* to be served by Federal Express, an Overnight Courier, upon the parties on the attached service list.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Richard C. Felix*
　　　　　　　　　　　　　　　　　　　　　　Richard C. Felix

SWORN TO AND SUBSCRIBED before me this
15th day of December, 2011

 */s/ Thomas J. Brown*
Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Rockland County
Commission Expires February 15, 2015

DOCS_NY:26126.1 52063-001

## SERVICE LIST

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020
(Attn: John Suckow )

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020
(Attn: David Coles)

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis O'Donnell, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Evan Fleck, Esq.)

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004
(Attn: Andrea B. Schwartz, Esq.)

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq.)

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Elisabetta Gasparini, Esq.)

Godfrey & Kahn S.C.
Attn: Katherine Stadler, Esq.
One East Main Street
Madison, WI 53073

Godfrey & Kahn S.C.
Attn: Brady C. Williamson, Esq.
One East Main Street
Madison, WI 53073

Godfrey & Kahn S.C.
Timothy Nixon, Esq.
780 N Water Street
Milwaukee, WI 53202-3512