WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                    :
In re                                               :  Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :  08-13555 (JMP)
                                                    :
                Debtors.                            :  (Jointly Administered)
                                                    :
-------------------------------------------------------------------x
```

**OMNIBUS NOTICE OF HEARING ON DEBTORS'**
**TWO HUNDRED AND SEVENTH OMNIBUS OBJECTION TO**
**CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred and Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interest) **[Docket No. 20012]** will be held on **December 21, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), solely as to the claims listed on Exhibit A attached hereto. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: December 15, 2011
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:   (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

# **EXHIBIT A**

| Claimant Name | Claim Number |
|---|---|
| ABRAMS, STANLEY | 16132 |
| ALI, ASGAR | 27619 |
| BAREGGI, MICHELE | 32511 |
| BASS, BRADLEY | 65217 |
| BIRD, RICHARD | 19506 |
| BRANCATO, JENNIFER | 30417 |
| BURKE, JAMES K. | 11510 |
| BURKE, TIMOTHY A. | 27925 |
| CASSANOVA, CATRINA | 25137 |
| CASUPLE, VIRGILIO | 34326 |
| CHAN, SHIRLEY | 32595 |
| CINTRON, JACQUELINE | 25226 |
| COHEN GUSTAVO SEBASTIAN | 25443 |
| COLTON, DAVID | 25073 |
| DELLARUSSO, RICHARD J. | 4319 |
| DICENSO, JOSEPH | 29210 |
| DUNKIN, ROBEN L | 5729 |
| ERTMANN, JAMES | 19193 |
| ESCOBAR JR., CALIXTO M. | 24678 |
| FELDERHOF, STEPHEN | 25339 |
| FINKEL, SETH J. | 18067 |
| FRYER, DANIEL J. | 23028 |
| GOLDFARB, DAVID | 4611 |
| GREEN, LOUISE | 24266 |
| GREGG, HAWES | 7797 |
| HALL, ROOPALI A. | 30355 |
| HARGRAVE, BRIAN | 33155 |
| HASHIDA, AKIKO | 5421 |

| | |
|---|---|
| HOM, MICHAEL C. | 12940 |
| HOOPER, HELEN | 28365 |
| IYER, SUBRAMANIUM | 23575 |
| JENCKES, GEORGE A., IV | 20300 |
| JOHNSON, BRIAN A. | 15102 |
| KENG-CHONG, CHEN | 9025 |
| KILGALLON, JOHNINE | 25172 |
| KOTIAN, SURAJ | 23582 |
| LANKEN, JONATHAN P | 32239 |
| LAWSKY, MICHAEL | 24670 |
| LEE, MAN YANG | 5262 |
| LEGOTTE, LEONARD J. | 31267 |
| LEUNG, PAMELA | 6741 |
| LOWE, TIA GELAINE | 28287 |
| MALCOLM, ANDREW | 30704 |
| MARNEY, LESLEY N | 11107 |
| MCLAUGHLIN, MARY DEIRDRE | 11434 |
| MODASIA, DIPAK | 24585 |
| MONTALVO, MIRIAM | 30680 |
| MURPHY, PATRICIA | 17261 |
| NORTH-CLAUSS, BRYAN | 20305 |
| PATANKAR, SAMEER | 23578 |
| POCHINAPEDDI, VENKATA | 31219 |
| PULJIC, GORAN | 28316 |
| RADICK, JONATHAN | 11300 |
| REYCROFT, EMILY M. | 10489 |
| RONCAGLIOLO, JACQUELINE S | 5326 |
| ROSS, MEREDITH H | 19588 |
| SARODE, SUNIL | 23577 |
| SAVILLO, JOSEPHINE M. | 8951 |
| SCHWAB, STEVEN B | 11540 |

| | |
|---|---|
| SHINDE, SUDARSHAN SUBHASH | 23580 |
| SHUM, DANIEL T. | 14958 |
| SIBIRSKI, LINDA J. | 13458 |
| SIEGEL, NORMAN | 65222 |
| SINGH, ANIL KUMAR | 32064 |
| SPERO, CHARLES | 23799 |
| STEFFENS, EDWARD M. | 31665 |
| STEVENS, CHRISTIAN E. | 25431 |
| SURI, TARVINDER SINGH | 23576 |
| SWEELY, GORDON | 33156 |
| TRAVERSA, ROBERT | 9879 |
| TURNBULL, NIGINA | 26063 |
| VALECCE, JOHN | 31902 |
| WAIRKAR, DINESH VISHWANATH | 23579 |
| WANG, YULAN | 25072 |
| WEINREICH, RUTH | 13327 |
| WIDEMAN, ANDREW | 22286 |
| WILSON, KELLY WEINBERGER | 25129 |
| WINCHESTER, JUDITH A. | 19298 |
| WREN, ALEX H | 6130 |