**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Conflicts Counsel for the Debtors
 and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | **Chapter 11** |
| **In re:** | : | |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss:
COUNTY OF NEW YORK   )

Georgia Faust, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

2. On December 14, 2011, I caused to be served a true and correct copy of Curtis' Ninth Interim Fee Application [Docket No. 23413] upon the parties listed on the appended <u>Exhibit A</u> by the delivery methods listed respective to each party served.

　　　　　　　　　　　　　　　　　　　　　/s/ Georgia Faust
　　　　　　　　　　　　　　　　　　　　　Georgia Faust

Sworn to before me this
15th day of December 2011

/s/ James V. Drew
　Notary Public

**JAMES V. DREW
Notary Public, State of New York
No. 02DR6079092
Qualified in Kings County
Commission Expires August 12, 2014**

# EXHIBIT A

**BY HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention:   Elisabetta G. Gasparini, Esq.
             Andrea B. Schwartz, Esq.

**BY HAND DELIVERY**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attention:   John Suckow
             William Fox

**BY HAND DELIVERY**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:   Richard P. Krasnow, Esq.

**BY HAND DELIVERY**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:   Dennis F. Dunne, Esq.
             Dennis O'Donnell, Esq.
             Evan Fleck, Esq.

**BY FIRST CLASS MAIL**
Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:   Richard Gitlin, Esq.

**BY FIRST CLASS MAIL**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:   Katherine Stadler, Esq.
             Monica Santa Maria, Esq.

**BY FIRST CLASS MAIL**
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Attention:   Timothy F. Nixon, Esq.

**BY E-Mail**
Brown Greer, PLC
115 South 15th Street, Suite 400
Richmond, VA 23219-4209
lbarbour@browngreer.com
Attention:   Ms. Leah Barbour

10926111