**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor<br>08-13555 (JMP) |

UNIQUE II

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)     0000020774

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555041480*****
BRIAN W., MONAHAN
2 HANCOCK PLACE
IRVINGTON, NY 10533

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 5173
(If known)

Filed on: 7/8/09

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)
BWMonahan@msn.com
Telephone number: 914-523-0603   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 1,648,973.70 - see attached
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** PRIORITY CLAIM - UNPAID wages
   (See instruction #2 on reverse side.)  and commissions - earned, but NOT PAID

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $ 10,950

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 2 1 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9/15/09   Signature: Brian W Monahan
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

2008 Commissions / Wages Not Paid

```
OCT    $105.05              ⎫  See Schedule
NOV  $158,141.34            ⎬  - 4th Qtr
DEC       531.80            ⎭  Commissions
                               Not Paid
TOTAL  158,778.19
```

2008 Wages withheld as deferred compensation. These wages and commissions were earned but not paid. This total of $169,591.31 (see Schedule) was Never valued as RSUs. ( - Equity / Stock was Never purchased with these funds.

Total 2008 Wages Not Paid

```
$158,778.19      - 4th Qtr 2008 Commission
$169,591.31      Amount withheld for Deferred
                   Compensation
$328,369.50      Sub Total
```

see schedule    $366,000.00       Private Equity Sales
                                  Commissions Not Paid
                                  (see Lehman schedule attached)

see schedule
client 1        $695,779.20       - Leh Asset Management
                                  Commissions - Not Paid

see schedule    $258,825.00       Lehman Asset Management
client 2                          Commissions Not Paid
                                  (see Schedules)

                $1,648,973.70     Total Unpaid Wages

| Salesperson | 10025684 - BRIAN MONAHAN |
|---|---|
| Sales Unit | Asset Management Commissions Due |

Prev Trade   Next Trade                                              4 of 12

### Trade Detail

| Customer: | 83178999 - LEHMMAN BROTHERS COMMISSION ADJ ACCT BR. 306 |
|---|---|
| Master/Household: | ??????? - UNMAPPED-GSS MASTER |
| Security: | 23336Y631 - A0007020 - -DWS ADVISOR NY TAX FREE MONEY FD |
| Type/SubType: | MUTUALFD/MFOTLDEQ |
| Trading IR: | 306212 |
| Posting P&L: | 59743 |
| Allocation %: | 100 |
| Quantity: | 0 |
| B/S: | U |
| Price: | 0.00 |

| Ledger: | BINDEX3 | Product: | INVESTMENT |
|---|---|---|---|
| Report Date: | 4/9/2009 | Trade: | 2/23/2009 |
| Payout Month: | 4/2009 | Settled: | 2/23/2009 |
| Source: | TMS | TradeID: | @03H2YX - 1/1/2009 |
| Blotter: | | Operator: | sramsing |

| | Revenue | Payout | Pay Rate | Pay Grid |
|---|---|---|---|---|
| Commission: | 0.00 | 0.00 | | |
| Standard: | 43,486.20 | 17,394.48 | 40.00% | PIM - HNW - Sales Credit - Flat 40% |
| Value Added: | 0.00 | 0.00 | 0.0% | |
| Special: | 0.00 | 0.00 | 0.0% | |

Prev Trade   Next Trade



Lehman Brothers Asset Management Sales fee Flagstone RE by Brian Monahan

Net Quarterly Sales Credit for Asset Mgmt Sales

LBAM Quarterly Sales credits 2009 to 2018 10 years unpaid
$17,394.48 × 4 = $69,577.92 annual commission due

69,577.92 — annual SC due
× 10 YRS
_____
695,779.20 — amount due

Review
Trade Review

| Salesperson | 10025684 - BRIAN MONAHAN |
| --- | --- |
| Sales Unit | Asset Management Commissions DUE |

Prev Trade   Next Trade   5 of 12

**Trade Detail**

| Customer: | 83178999 - LEHMMAN BROTHERS COMMISSION ADJ ACCT BR. 306 |
| --- | --- |
| Master/Household: | ??????? - UNMAPPED-GSS MASTER |
| Security: | 23336Y631 - A0007020 - -DWS ADVISOR NY TAX FREE MONEY FD |
| Type/SubType: | MUTUALFD/MFOTLDEQ |
| Trading IR: | 306212 |
| Posting P&L: | 59743 |
| Allocation %: | 100 |
| Quantity: | 0 |
| B/S: | U |
| Price: | 0.00 |

| Ledger: | BPINDEX | Product: | INVESTMENT |
| --- | --- | --- | --- |
| Report Date: | 4/9/2009 | Trade: | 2/23/2009 |
| Payout Month: | 4/2009 | Settled: | 2/23/2009 |
| Source: | TMS | TradeID: | @03H2YY - 1/1/2009 |
| Blotter: | | Operator: | sramsing |

| | Revenue | Payout | Pay Rate | Pay Grid |
| --- | --- | --- | --- | --- |
| Commission: | 0.00 | 0.00 | | |
| Standard: | 23,676.60 | 9,470.64 | 40.00% | PIM - HNW - Sales Credit - Flat 40% |
| Value Added: | 0.00 | 0.00 | 0.0% | |
| Special: | 0.00 | 0.00 | 0.0% | |

Prev Trade   Next Trade                                                                 5 of 12

*Handwritten notes:*
- Lehman Brothers Asset Management Sales by Brian Monahan to state of N.M Educational Retirement Board
- Quarterly Commissions 2009 - 2018 due



*Handwritten:* Quarterly Commissions 3RD/4TH Q8 + 09 + 2010 + 2011 + 2012 + 2013 + 2014 + 2015 + 2016 + 2017 + 2018   QTR Q8 12,941.28  25,882.56   Asset Management 08 was paid by Barclays 09-2018 NOT Paid (9,470.64 × 2) (9,470.64 × 4 QTRS)   TOTAL 09-2018  $253,825.60

## Lehman Brothers Merchant Banking Fund III - 1st Close Commission
## YEAR 3 COMMISSION TRAIL - PAID IN NOV. 2006

| Entity Name (reference) | Acct # | PCS IR | Branch Office | Broker ID | Commitment Amt | November 2004 | | November 2005 | | November 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Year 1 Gross- 1.25% | Year 1 Net - .50% | Year 2 Gross - .625% | Year 2 Net- .25% | Year 3 Gross - .375% |
| Presidential Life Insurance Company | 83178999 | Brian Monahan | New York | 306212 | $10,000,000 | $125,000 | $50,000 | $62,500 | $25,000 | $37,500.00 |
| Illinois Mutual Life Ins. | 83178999 | Brian Monahan | New York | 306212 | $5,000,000 | $62,500 | $25,000 | $31,250 | $12,500 | $18,750.00 |
| Herbert Kurz | 83178999 | Brian Monahan | New York | 306212 | $500,000 | $6,250 | $2,500 | $3,125 | $1,250 | $1,875.00 |

## Lehman Brothers Merchant Banking Fund IV - 1st Close Commission Paid In October 20
## Paid in Oct 2007

| | | | | | | | | October 2007 | |
|---|---|---|---|---|---|---|---|---|---|
| Branch | Limited P | Limited P | Investor N | Account N | Commitment Amount | IR Number | NOTES 2007 Lehman Contact | Year 1 Gross- 1.25% | Year 1 Net - .50% |
| New York | MBP4 | Lehman Br | Illinois Mut | 83131482 | $5,000,000.00 | 306212 | Peter O'Grady <pogrady@lehman.c | 62,500.00 | 25,000.00 |
| New York | MBP4 | Lehman Br | Illinois Mut | 83170716 | $20,000,000.00 | 306212 | Peter O'Grady <pogrady@lehman.c | 250,000.00 | 100,000.00 |
| New York | MBP4 | Lehman Br | Presidenti | 83121419 | $10,000,000.00 | 306212 | Peter O'Grady <pogrady@lehman.c | 125,000.00 | 50,000.00 |

## Co-Invest Fund Commission Schedule Oct 2006

**PIM Orders**

| | | | | | | October 2006 | | October 2007 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Year 1 Gross 1.25% | Year 1 Net - .50% | Year 2 Gross .625% | Year 2 Net .25% | Notes 2007 |
| Investor N | Account N | Broker | Branch | IR Number | Commitment Amount | | | | | |
| WHITE M | USE DUMI | BRIAN MC | New York | 306212 | $20,000,000 | 250,000.00 | 100,000.00 | 125000.00 | 50000.00 | Per Mark Stevenson - |

*Lehman has not paid Private Equity and Asset Management Commissions due after filing Bankruptcy. This schedule was prepared by Lehman*

| | November 2007 | November 2008 | | November 2009 | | | | 2005 Review | 2006 Review | 2007 Review | 2008 Review |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year 3 Net - .15% | Year 4 Gross .25% | Year 4 Net - .10% | Year 5 Gross - .25% | Year 5 Net - .10% | Year 6 Gross - .25% | Year 6 Net - .10% | | | | |
| | $15,000.00 | $25,000 | $10,000 | $25,000 | $10,000 | $25,000 | $10,000 | | | No account at Lehman, sales credits booked to dummy account | |
| | $7,500.00 | $12,500 | $5,000 | $12,500 | $5,000 | $12,500 | $5,000 | | | No account at Lehman, sales credits booked to dummy account | |
| | $750.00 | $1,250 | $500 | $1,250 | $500 | $1,250 | $500 | | | No account at Lehman, sales credits booked to dummy account | |

15,500    15,500    31,000

7

| | October 2008 | | October 2009 | | October 2010 | | October 2011 | | October 2012 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Notes 2008 | Year 2 Gross .625% | Year 2 Net .25% | Year 3 Gross - .375% | Year 3 Net - .15% | Year 4 Gross - .25% | Year 4 Net - .10% | Year 5 Gross - .25% | Year 5 Net - .10% | Year 6 Gross - .25% | Year 6 Net - .10% |
| | 31,250.00 | 12,500.00 | 18,750.00 | 7,500.00 | 12,500.00 | 5,000.00 | 12,500.00 | 5,000.00 | 12,500.00 | 5,000.00 |
| | 125,000.00 | 50,000.00 | 75,000.00 | 30,000.00 | 50,000.00 | 20,000.00 | 50,000.00 | 20,000.00 | 50,000.00 | 20,000.00 |
| | 62,500.00 | 25,000.00 | 37,500.00 | 15,000.00 | 25,000.00 | 10,000.00 | 25,000.00 | 10,000.00 | 25,000.00 | 10,000.00 |

87,500    52,500    35,000    35,000    35,000   = 245,000

| October 2008 | | | October 2009 | | October 2010 | | Ocotber 2011 | | |
|---|---|---|---|---|---|---|---|---|---|
| Year 3 Gross .375% | Year 3 Net .15% | Notes 2008 | Year 4 Gross .25% | Year 4 Net .10% | Year 5 Gross .25% | Year 5 Net .10% | Year 6 Gross .25% | Year 6 Net .10% | NOTES |
| 75000.00 | 30000.00 | | 50000.00 | 20000.00 | 50000.00 | 20000.00 | 50000.00 | 20000.00 | |

= 90,000

*NET Private Equity Sales Comp 366,000
NOT PAID by Lehman*

GetSum                                                                                                                     Page 1 of 1

## Compensation Statement

Find: GSID  10025684  Get  Get in Excel          Sales Org:
Fiscal year: 2008  ☐ Show as of before EOM       ------10025684 BRIAN MONAHAN

*2008*

*Defered Compensation*

*4th Qtr Commissions Not Paid Totals $158,118.19*

*Not Paid — No RSUs were purchased. No equity was purchased. This was cash not paid*

Name: 10025684 - BRIAN MONAHAN
From: 12/1/2007 To: 12/31/2008
Future payout trades

| Year Total | | 12/2008 | 11/2008 | 10/2008 | 9/2008 | 8/2008 | 7/2008 | 6/2008 | 5/2008 | 4/2008 | 3/2008 | 2/2008 | 1/2008 | 12/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5,082,319.09 | Gross Production | 1,835.64 | 55,015.33 | 363,564.57 | 203,189.00 | 131,851.78 | 427,129.17 | 386,664.51 | 615,733.00 | 528,525.28 | 293,134.98 | 1,291,070.66 | 542,378.57 | 242,226.60 |
| 860,509.57 | Net Production | (531.80) | 158,141.34 | 105.05 | 20,657.03 | 14,516.43 | 63,646.71 | 59,505.34 | 70,460.88 | 61,607.51 | 47,421.02 | 243,483.41 | 83,268.58 | 37,164.47 |
| 91.56 | Retro Net Production | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61.49 | 30.07 | 0.00 |
| 16.93 | Average Rate (%) | 28.97 | 100+ | 0.03 | 10.17 | 11.01 | 14.90 | 15.39 | 11.44 | 11.66 | 16.18 | 18.86 | 15.36 | 15.34 |
| | Prior Months -Deficit/Overage | 0.00 | 0.00 | 0.00 | -17,088.87 | 0.00 | 0.01 | 0.01 | 61,607.52 | 0.00 | -0.01 | -0.01 | 0.00 | 0.00 |
| | Monthly Payout Balance | 531.80 | 158,141.34 | 105.05 | 3,568.16 | 14,516.43 | 63,646.71 | 59,505.35 | 132,068.40 | 61,607.52 | 47,421.01 | 243,544.89 | 83,298.64 | 37,164.47 |
| 0.00 | Draw Amount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 905,119.78 | Total Sales Compensation | 531.80 | 158,141.34 | 105.05 | 3,568.16 | 14,516.43 | 63,646.71 | 59,505.35 | 132,068.40 | 61,607.52 | 47,421.01 | 243,544.89 | 83,298.64 | 37,164.47 |
| 735,528.47 | Cash Commissions | 531.80 | 158,141.34 | 105.05 | 3,568.16 | 37,444.82 | 54,041.25 | 52,086.52 | 86,336.28 | 53,078.75 | 46,382.72 | 143,867.69 | 67,927.80 | 32,016.30 |
| 169,591.31 | Equity Accrual Calculated | 0.00 | 0.00 | 0.00 | 0.00 | -22,928.39 | 9,605.46 | 7,418.82 | 45,732.11 | 8,528.77 | 1,038.29 | 99,677.21 | 15,370.85 | 5,148.17 |
| 860,069.32 | Recorded Total Sales Compensation | 0.00 | 158,141.34 | 105.05 | 3,568.16 | 31,605.30 | 63,646.71 | 59,505.34 | 132,068.39 | 0.00 | 47,421.01 | 243,544.90 | 83,298.65 | 37,164.47 |
| | -Deficit/Overage | 531.80 | 0.00 | 0.00 | 0.00 | -17,088.87 | 0.00 | 0.01 | 0.01 | 61,607.52 | 0.00 | -0.01 | -0.01 | 0.00 |

*→ $169,591.31 was withheld for defered compensation purposes. Stock was NEVER purchased! This is wages/commissions that were withheld and not paid. The $169,591.31 is due, and is a priority claim.*

http://salescomp.lehman.com/Summary/SumCalc.asp                                                                              9/18/2009

**Addendum to Proof of Claim filed** *by*
*against*
**Lehman Brothers Holdings Inc. (Case No. 08-13555 (JMP))**

*Brian Monahan* ("Claimant") holds a claim(s) against Debtor Lehman Brothers, Inc. (Case No. 08-01420 (JMP) SIPA) ("LBI"), in the amount of at least 1,648,213.28 (the "Claim"). On information and belief, prior to the filing of these bankruptcy cases, LBI was managed and completely dominated by Debtor Lehman Brothers Holdings Inc. (the "Debtor"). In connection therewith, the Debtor wrongfully caused LBI to, among other things, operate without adequate capital to maintain its operations. As a direct result thereof, LBI has been left without sufficient assets to pay Claimant the full amount of the Claim. The Debtor is therefore responsible for the payment of all of LBI's claims, including, but not limited to, the Claim.

1. **Notice**.

All objections or other notices, pleadings, demands, or documents delivered in respect of this Claim should be delivered to:

*Brian W Monahan*
*2 Hancock Place*
*Irvington, New York 10533*

2. **Reservation of Rights**

This Proof of Claim is filed under the compulsion of the bar date set in this case and is filed to protect Claimant from forfeiture of Claimant's claim by reason of that bar date. The filing of this proof of claim is not and should not be construed to be (a) a waiver or release of any of Claimant's rights against any other entity or person for all or any part of any claim set forth herein; (b) a waiver of the right to seek to have or object to having the reference withdrawn with respect to the subject matter of this claim or with respect to any objection or other proceeding; (c) a waiver of any right to the subordination, in favor of Claimant, of indebtedness or liens held by other creditors of the Debtor; (d) an election of remedy which waives or otherwise affects any other remedy of Claimant; (e) a waiver of Claimant's right to file a request for payment of an administrative expense under section 503(b) of the Bankruptcy Code; or (f) a waiver of a right to trial by jury.

This proof of claim relates only to the Claim and is without prejudice to any and all other claims that may be held by Claimant. The amount reflected in this proof of claim is based, in whole or in part, on information supplied by LBI to Claimant. Claimant hereby reserves the right to amend this proof of claim in any way, including by amendment to supplement, clarify, recalculate, expand or reduce the claim described above.

*Please do not post claim details including schedules, attachments, dollar amounts [illegible] phone # to website*

**H A N D  D E L I V E R Y**

FILED / RECEIVED

SEP 2 1 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

_____     _____     6:17
RECEIVED BY:                  DATE                TIME