**SEWARD & KISSEL LLP**  
One Battery Park Plaza  
New York, NY  10004  
Phone: (212) 574-1200  
Fax:    (212) 480-8421  
Jack Yoskowitz, Esq. (JY-3935)  
Benay L. Josselson, Esq. (BJ-1278)  

Hearing Date: December 21, 2011, at 10:00 a.m.  
Objection Deadline: December 12, 2011, at 4 p.m.

Attorneys for the Issuers

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, BENAY L. JOSSELSON, an attorney duly admitted to the bar of the State of New York, hereby certifies that on December 12, 2011, I caused a copy of (i) the Issuers' Objection To The Debtors' Motion for Sanctions; and (ii) the Affirmation of Counsel and exhibits thereto, to be served by hand or electronic mail as indicated upon the parties on the annexed service list.

SEWARD & KISSEL LLP

By: /s/ Benay L. Josselson  
      Benay L. Josselson

*Attorneys for the Issuers*

## SERVICE LIST

Honorable James M. Peck (By Hand)
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP (By Email)
767 Fifth Avenue
New York, New York 10153
Attn:    Richard Levine, Esq.

Office of the United States Trustee (By Hand)
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:    Andy Velez-Rivera, Esq.
         Paul Schwartzberg, Esq.
         Brian Masumoto, Esq.
         Linda Rifkin, Esq.
         Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP (By Email)
1 Chase Manhattan Plaza
New York, New York 10005
Attn:    Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.

SK 27462 0001 1251436