UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
                                                    )
In re                                               )        Chapter 11
                                                    )
Lehman Brothers Holdings, Inc, et al.,              )        Case No. 08-13555 (JMP)
                                                    )
                        Debtors.                    )        Jointly Administered
———————————————————————)

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Millennium International, Ltd., by and through its

undersigned counsel, hereby withdraws with prejudice its claim, filed as proof of claim number

24488, against Lehman Brothers Holdings, Inc. and the related questionnaire filed pursuant to

this Court's *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rules*

*3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and*

*Manner of Notice Thereof and Approving the Proof of Claim Form* [Docket No. 4271].

Dated: New York, New York
           December 15, 2011

                                    By:  /s/ Paul V. Shalhoub
                                                                                            

                                         Paul V. Shalhoub
                                         WILLKIE FARR & GALLAGHER LLP
                                         787 Seventh Avenue
                                         New York, New York 10019
                                         (212) 728-8000

                                         Attorneys for Millennium International, Ltd.