B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  LEHMAN BROTHERS HOLDINGS, INC., et al  ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Logan Circle Partners, L.P.
Name of Transferee

Multicare Health System
Name of Transferor

Name and Address where notices to transferee should be sent: Jennifer Vollmer
General Counsel
Logan Circle Partners
1717 Arch Street, Suite 1500
Philadelphia, PA 19103

Court Claim # (if known): 65322
Amount of Claim: $797,697.65
Date Claim Filed: 10/11/2009

Phone: (267) 330-0007
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ William C. _____           Date: 12/15/11
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## AGREEMENT FOR TRANSFER OF CLAIMS

This Agreement ("Agreement") is made and entered into this 8 day of December, 2011, by and between MultiCare Health System and Logan Circle Partners, L.P.

1. In consideration of mutual covenants, terms and conditions contained herein, the adequacy and sufficiency of which are hereby acknowledged, **Multicare Health System** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to **Logan Circle Partners, L.P.** (the "Transferee"), and Transferee hereby agrees to accept transfer without recourse from the Transferor, as of the date hereof, (a) all of the Transferor's interest in Transferor's right, title and interest in and to Proofs of Claim Number 65322 and Number 8673 filed by or on behalf of Transferor (the "Proofs of Claim") against Lehman Brothers Holdings, Inc. and Lehman Brothers Special Financing, respectively, debtors in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case Nos. 08-13555 (JMP) and 08-13888 (JMP) (the "Debtors") (collectively, the "Transferred Claim"), (b) all rights and benefits of Transferor relating to the Transferred Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Transferred Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Transferred Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtors or any other party, arising out of or in connection with the Transferred Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Transferred Claim, and (iv) any and all of Transferor's right, title and interest in, to and under the transfer agreements, if any, under which Transferor or any prior transferor acquired the rights and obligations underlying or constituting a part of the Transferred Claim, but only to the extent related to the Transferred Claim, and (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims").

2. Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtors and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Transferee will file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

**EXHIBIT A**

      3.     Transferor shall promptly (but in any event no later than seven (7) business days) remit any payments, distributions or proceeds received by Transferor on or after the date hereof in respect of the Transferred Claims to Transferee.

      IN WITNESS WHEREOF, intending to be legally bound hereby, the undersigned have executed this Agreement as of the date indicated below.

MULTICARE HEALTH SYSTEM

By: _____

Title: _Sr. Vice President & Chief Financial Officer_

Date: _12/9/2011_


LOGAN CIRCLE PARTNERS, L.P.

By: _____

Title: _____

Date: _____

      3.      Transferor shall promptly (but in any event no later than seven (7) business days) remit any payments, distributions or proceeds received by Transferor on or after the date hereof in respect of the Transferred Claims to Transferee.

      IN WITNESS WHEREOF, intending to be legally bound hereby, the undersigned have executed this Agreement as of the date indicated below.

MULTICARE HEALTH SYSTEM

By: _____

Title: _____

Date: _____


LOGAN CIRCLE PARTNERS, L.P.

By: _____[signature]_____

Title: _Chief Executive Officer_____

Date: _December 8, 2011_____