WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------x
                                                                                                     :

**In re**                                                                                :          **Chapter 11**
Case No.
                                                                                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :          **08-13555 (JMP)**
                                                                                :
                               **Debtors.**                      :          **(Jointly Administered)**
                                                                                :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF ROBERT FRANZ FOR
RECONSIDERATION AND REINSTATEMENT OF PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Robert Franz Pursuant to Fed. R. Bankr. P. 9024 Incorporating By Reference Fed. R. Civ. P. 60(b), and Section 105(a) of the Bankruptcy Code for Reconsideration and Reinstatement of Proof of Claim [Docket No. 22665] that is scheduled for December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: December 15, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession