Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile:  (212) 653-8701
E-mail: mcademartori@sheppardmullin.com
        bwolfe@sheppardmullin.com

Alan H. Martin, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100
Facsimile:  (714) 513-5130
E-mail: amartin@sheppardmullin.com

*Counsel for Agricultural Bank of Taiwan*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS <br> HOLDINGS, INC., et al., <br><br> Debtors. | Case No.   08-13555 (JMP) <br><br> Chapter 11 <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Blanka K. Wolfe, hereby certify that on December 13, 2011, I caused a copy of  the

*Response of Agricultural Bank of Taiwan to the Debtors' One Hundred Eighty-Eighth Objection*

*to Claims (Duplicative LPS Claims)* [Docket No. 23298] to be sent by automatic ECF notice to

those parties receiving ECF in the above-captioned case, and to be served by overnight delivery

upon the following parties.


        By:   /s/ Blanka K. Wolfe
               Blanka K. Wolfe, Esq.

| | |
|---|---|
| Weil Gotshal & Manges, LLP<br>Attn: Robert J. Lemons, Esq.<br>      Lee J. Goldberg, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Titia A. Holtz, Esq.<br>Linklaters LLP<br>One Silk Street<br>London EC2Y 8HQ<br>United Kingdom |
| Milbank Tweed Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq.<br>      Dennis O'Donnell, Esq.<br>      Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Lehman Brothers International (Europe)<br>Level 23, 25 Canada Square<br>London E14 5LQ<br>United Kingdom |
| Office of the United States Trustee<br>for the Southern District of New York<br>Attn: Tracy Hope Davis, Esq.<br>      Elisabetta Gasparini, Esq.<br>      Andrea B. Schwartz, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | PricewaterhouseCoopers LLP<br>Attn:  Mr. Anthony Victor Lomas<br>        Mr. Steven Anthony Pearson<br>        Mr. Dan Yoram Schwarzmann<br>        Mr. Michael John Andrew Jervis<br>Plumtree Court<br>London EC4A 4HT<br>United Kingdom |