UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x    Ref. Docket Nos. 22430, 22908,
22909, 22912-22921, 22969

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
15th day of December, 2011

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: NEUE AARGAUER BANK AG
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 55814-22 in the above referenced case and in the amount of
$0.00   Unliquidated      has been transferred **(unless previously expunged by court order)**

```
      ELLIOTT ASSOCIATES, L.P.
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: MICHAEL STEPHAN
      40 W. 57TH STREET
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 22430     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/07/2011                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 7, 2011.

**EXHIBIT B**

```
TIME: 20:40:10                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 12/07/11                                              CREDITOR LISTING

Name                                                Address
BARCLAYS BANK PLC                                   TRANSFEROR: NEUE AARGAUER BANK AG  745 SEVENTH AVENUE  NEW YORK NY 10019
BETHMANN BANK AG                                    TRANSFEROR: CRIEGEE, LUTZ AND ERIKA  BETHMANNSTRASSE 7-9  FRANKFURT AM MAIN   60311 GERMANY
BRUNET TELLERIA, VICENTE                            CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA - SAN SEBASTIAN GUIPUZCOA SPAIN
BRUNET TELLERIA, VICENTE                            MIKEL EZKERRA HERNANDEZ  CAMINO PORTUETXE, NO 10  20018 DONOSTIA - SAN SEBASTIAN  SPAIN
CREDIT SUISSE (DEUTSCHLAND) AG                      ATTN: ALLEN GAGE  1 MADISON AVE  NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG                      CRAVATH, SWAINE & MOORE LLP  ATTN: RICHARD LEVIN  WORLDWIDE PLAZA 825 EIGHTH AVENUE  NEW YORK NY 10019
CREDIT SUISSE (DEUTSCHLAND) AG                      RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP  825 8TH AVENUE  NEW YORK NY 10019
CRIEGEE, LUTZ AND ERIKA                             AHORNWEG 92  HALSTENBEK   25469 GERMANY
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: VODAFONE GROUP PLC  ATTN: MICHAEL SUTTON  WINCHESTER HOUSE 1 GREAT WINCHESTER STREET  LONDON   EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: BARCLAYS BANK PLC  ATTN: MICHAEL STEPHAN  40 W. 57TH STREET  NEW YORK NY 10019
JOH. BERENBERG, GOSSLER & CO. KG                    TRANSFEROR: CREDIT SUISSE (DEUTSCHlAND) AG  ATTN: DR. ALEXANDER V. KUHLBERG, LEGAL DEPARTMENT  ATTN: SVEN STEGELMANN, LEGAL DEPARTMENT
                                                    NEUER JUNGFERNSTEIG 20  HAMBURG   20354 GERMANY
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA  MAIL CODE: NY1-A436  ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                    NEW YORK NY 10005
KUTXA                                               TRANSFEROR: BRUNET TELLERIA, VICENTE  ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS  CALLE GETARIA 9-11
                                                    DONOSTIA-SAN SEBASTIAN   20005 SPAIN
KUTXA                                               TRANSFEROR: MAYA BRUNET, IDOIA  ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS  CALLE GETARIA 9-11
                                                    DONOSTIA-SAN SEBASTIAN   20005 SPAIN
KUTXA                                               TRANSFEROR: MAYA BRUNET, INAKI  ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS  CALLE GETARIA 9-11
                                                    DONOSTIA-SAN SEBASTIAN   20005 SPAIN
KUTXA                                               TRANSFEROR: MAYA BRUNET, IRATI  ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS  CALLE GETARIA 9-11
                                                    DONOSTIA-SAN SEBASTIAN   20005 SPAIN
KUTXA                                               TRANSFEROR: MAYA BRUNET, OLATZ  ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS  CALLE GETARIA 9-11
                                                    DONOSTIA-SAN SEBASTIAN   20005 SPAIN
KUTXA                                               TRANSFEROR: MAYA MENDIA, ALEJANDRA  ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS  CALLE GETARIA 9-11
                                                    DONOSTIA-SAN SEBASTIAN   20005 SPAIN
KUTXA                                               TRANSFEROR: SHIBUMI INVERSIONES S.L.  ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS  CALLE GETARIA 9-11
                                                    DONOSTIA-SAN SEBASTIAN   20005 SPAIN
MAYA BRUNET, IDOIA                                  CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA  -  SAN SEBASTIAN GUIPUZCOA  SPAIN
MAYA BRUNET, IDOIA                                  MIKEL EZKERRA HERNANDEZ  CAMINO PORTUETXE, N 10  20018 DONOSTIA - SAN SEBASTIAN GUIPUZCOA SPAIN
MAYA BRUNET, INAKI                                  CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA  -  SAN SEBASTIAN GUIPUZCOA  SPAIN
MAYA BRUNET, INAKI                                  MIKEL EZKERRA HERNANDEZ  CAMINO PORTUETXE, NO 10  20018 DONOSTIA  -  SAN SEBASTIAN GUIPUZCOA SPAIN
MAYA BRUNET, IRATI                                  CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA  -  SAN SEBASTIAN GUIPUZCOA  SPAIN
MAYA BRUNET, IRATI                                  MIKEL EZKERRA HERNANDEZ  CAMINO PORTUETXE, N 10  20018 DONOSTIA - SAN SEBASTIAN GUIPUZCOA            SPAIN
MAYA BRUNET, OLATZ                                  CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA  -  SAN SEBASTIAN  20018 SPAIN
MAYA BRUNET, OLATZ                                  MIKEL EZKERRA HERNANDEZ  CAMINO PORTUETXE, N 10  20018 DONOSTIA - SAN SEBASTIAN GUIPUZCOA SPAIN
MAYA MENDIA, ALEJANDRA                              CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA  -  SAN SEBASTIAN GUIPUZCOA SPAIN
MAYA MENDIA, ALEJANDRA                              MIKEL EZKERRA HERNANDEZ  CAMINO PORTUETXE, N 10  20018 DONOSTIA - SAN SEBASTIAN GUIPUZCOA SPAIN
SCHROF, RUTH                                        TRANSFEROR: JOH. BERENBERG, GOSSLER & CO. KG  BENRATHER SCHLOSSALLEE 12  DUESSELDORF   40597 GERMANY
SHIBUMI INVERSIONES S.L.                            CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA  -  SAN SEBASTIAN GUIPUZCOA  SPAIN
SHIBUMI INVERSIONES S.L.                            MIKEL EZKERRA HERNANDEZ  CAMINO PORTUETXE, N 10  20018 DONOSTIA - SAN SEBASTIAN GUIPUZCOA SPAIN
UNITED MIZRAHI BANK (SWITZERLAND) LTD.              MICHAEL LEVIN ARNOLD & PORTER LLP  399 PARK AVE, 34TH FL  NEW YORK NY 10022
UNITED MIZRAHI BANK (SWITZERLAND) LTD.              NUSCHELERSTRASSE 31  ZURICH   CH-8021 SWITZERLAND
VODAFONE GROUP PLC                                  SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA  787 SEVENTH AVENUE  NEW YORK NY 10019
VODAFONE GROUP PLC                                  VODAFONE HOUSE, THE CONNECTION  ATTN: NEIL GARROD, DIRECTOR OF TREASURY  NEWBURY, BERKSHIRE   RG14 2FN UNITED KINGDOM

Total Number of Records Printed               38
```