## NOTICE TO THE GUARANTOR

### PART 1 - FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Transferor: **Nebraska S.A. (Compartment 10)**

Transferee: **BlueBay Specialised Funds: Credit Opportunity (Master) Fund (FCP-SIF)**

| | |
|---|---|
| Court Claim #: | 30129 |
| Amount of Claim: | The aggregate of the amounts stated in Section B and Section C in the Proof of Claim (attached with this notice) |
| Date Claim Filed: | September 22, 2009 |

Name and Address where notices to transferee should be sent:

BlueBay Specialised Funds: Credit Opportunity (Master) Fund (FCP-SIF)
c/o BlueBay Asset Management Ltd
77 Grosvenor Street
London, UK
Attention: Vivek Churamani
Email: vchuramani@bluebayinvest.com

Phone: +44 207 389 8377

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

1

By: *K.T.Webb*     *[signature]*     Date: 14th December 2011

Kevin Webb
Authorised Signatory
BlueBay Asset Management Ltd as Transferee's Agent

CLAIRE HARDWICK
AUTHORISED
SIGNATORY

2

## PART 2 - EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Nebraska S.A. (Compartment 10)** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **BlueBay Specialised Funds: Credit Opportunity (Master) Fund (FCP-SIF)** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been allocated a **claim number 30129**) (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.  Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _14th_ day of December, 2011.

| Nebraska S.A. (Compartment 10) by its agent BlueBay Asset Management Ltd | BlueBay Specialised Funds: Credit Opportunity (Master) Fund (FCP-SIF) by its agent BlueBay Asset Management Ltd |
|---|---|
| **SELLER** *[signature]* | **BUYER** *[signature]* |
| Name: Lucien Orlovius<br>Title: Director | Name: Lucien Orlovius<br>Title: Director |

2