# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

Chapter 11 case No. 08-1355 (JMP)
(Jointly Administered)

**LEHMAN BROTHERS HOLDINGS INC., et al,**
       **Debtors.**

**Creditor:**
**Stanton, Edward III**
edward.stanton@gmail.com

*RECEIVED DEC - 8 2011 U.S. BANKRUPTCY COURT, SDNY JMP*

## ADDENDUM TO CLAIMANT'S PREVIOUS RESPONSE TO DEBTORS' ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)

**Claimant: Stanton, Edward III (claim No. 33549)**
**Classification and Amount: Unsecured: $128,360.71 ("LBHI Claim")**
**Lehman Brothers Inc. Deferred Compensation Plan ("LDCP")**

**Objection:** Edward C. Stanton III ("Claimant") holds a claim against Debtor Lehman Brothers Inc. ("LBI") in (Case No. 08-01420 (JMP)(SIPA), in the amount of at least $128,360.71, claim No. 4639 (the "LBI Claim").

Claimant previously filed a response to Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) ("Debtors' Objection"). Such response was dated October 11, 2011 ("First Response"). The hearing on Debtors' Objection, previously scheduled for October 27, 2011, has been adjourned to December 21, 2011. As a consequence, Claimant files this addendum.

In addition to Claimant's assertions in the First Response, Claimant further states that Debtors' attempt to disallow and expunge Claimant's LBHI Claim (claim No. 33549) treats such Claim differently than hundreds of similar claims, filed against Debtors, by participants in the LDCP. Claimant believes that claims by all participants in LDCP should be treated in a similar manner. Debtors have not requested that all LDCP claims against Debtors be disallowed and expunged.

Therefore, Debtor's Objection, seeking to disallow and expunged the LBHI Claim, should be denied.

Dated: December 7, 2011
Edward C. Stanton III
1220 Harold Street
Houston, TX 77006
(713) 528-4992