1548 SW Mockingbird Circle
Port St. Lucie, FL 34986
December 9, 2011

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004



**RE: Lehman Brothers Holdings**

Dear Judge Peck:

    It is with a mixture of dismay, outrage and hope that I write to you today not just for myself but also on behalf of my former co-workers at Lehman Brothers (the "Retirees") who are the innocent victims of the turmoil caused by what many of us see as the Treasury Secretary's capricious decision to allow Lehman to fail and the company's subsequent bankruptcy.

    We Retirees are scattered throughout the country and do not have collective, designated legal representation nor the ability to reasonably arrange and pay for that representation.
I fear that our interests are not being adequately considered. Furthermore, we are confused by the myriad of legal transcripts, attorney letters, and U.S. Department of Labor materials we are receiving. Candidly, it is overwhelming to a non-attorney.

    We were loyal employees, most of whom were secretaries and back-office clerks. We are retired and in our 60's and 70's and are now faced with the financially difficult mission of purchasing medical benefits. As you know, health care coverage plans are expensive under the best circumstances; to obtain coverage in one's later years and with pre-existing conditions will surely cause an enormous financial hardship for many of us.

    I know that Lehman Brothers Holdings has won Your Honor's approval for reorganization, allowing it to emerge from bankruptcy. This bankruptcy has cost more than **$1.5 billion** in expenses and lawyer and advisor fees. How unconscionable it would be to not save the Retirees' health care benefits after spending such an outrageous amount of money on fees! And surely, somewhere in the **$65 billion** to be paid to Lehman's creditors, the relatively modest funds needed to extend the Retirees' health care benefits can – and should – be found.

    The question repeatedly arises as to whether we Retirees have a "vested right" to medical benefits, and I wish to state unequivocally that we indeed do! We were promised *"health care benefits for life"* upon retirement. I turned down other professional opportunities solely in reliance on this benefit. It was a significant inducement for many to start and to continue working at Lehman Brothers. And, with Lehman's emergence from bankruptcy, its life continues, as does ours; therefore, the promise of "health care benefits for life" must continue.

Honorable James M. Peck
December 9, 2011
Page Two

Your Honor, please take into consideration that the vast majority of the Retirees were not in decision-making roles and retired prior to 2008; therefore, we have no responsibility whatsoever for the unfortunate bankruptcy. We were hardworking, dedicated, faithful employees who believed that, by remaining with the firm for decades, we were "doing the right thing" for our future welfare, and our retirement plans included receiving the promised medical benefits for life. None of us anticipated the events of September 15, 2008. Certainly, none of us anticipated being punished for "doing the right thing."

I implore you, Your Honor, to please "do the right thing" and secure for us the health care benefits we were promised in return for our loyalty to a once venerable firm.

Most sincerely,

Armita M. Fucci
Lehman Brothers 1978-2003

cc: Leonard H. Gerson, Trial Attorney, SOL/PBSD, U.S. Department of Labor