**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :        08-13555 (JMP)
                                            :        (Jointly Administered)
                    Debtors.                :
                                            :
-------------------------------------------------------------------x
```
                                                     Ref. Docket Nos. 22949, 22985,
                                                     22989, 22991-22993, 22995, 22997,
                                                     22999, 23001, 23002, 23004-23006,
                                                     23008, 23010, 23012, 23019, 23020,
                                                     23022, 23024-23026, 23028, 23029

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 8, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*_____
                                        Lauren Rodriguez

Sworn to before me this
15th day of December, 2011
*/s/ Eleni Kossivas*_____
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BA-CA VERISCHERUNG AKTIENGESELLSCHAFT
     C/O BAKER & MCKENZIE LLP
     ATTN: IRA A. REID
     1114 AVENUE OF THE AMERICAS
     NEW YORK NY 10036

Please note that your claim # 58489-01 in the above referenced case and in the amount of
     $14,243,000.00  Unliquidated      has been transferred **(unless previously expunged by court order)**

     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: BA-CA VERISCHERUNG AKTIENGESELLSCHAFT
     ATTN: SIMON GLENNIE/KAIRI JAMES
     WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
     LONDON    EC2N 2DB
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22985     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/08/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez

                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 8, 2011.

**EXHIBIT B**

```
TIME: 19:06:47                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 12/08/11                                          CREDITOR LISTING
```

| Name | Address |
|---|---|
| ANVERSE LIMITED | 2ND, PEACOCK MANSIONS 3 CASTLE ROAD CENTRAL MID-LEVEL   HONG KONG |
| BA-CA VERISCHERUNG AKTIENGESELLSCHAFT | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAN CHUK FUI & LEUNG SIU SHAN, SUSANA | FLAT B, 32/F, BLOCK 6, VILLA ESPLANADA, 8 NGA YING CHAU STREET TSING YI   HONG KONG |
| CHAN FUK YUI | 5E, BLOCK 15, PARC OASIS, YAU YAT CHUEN KOWLOON   HONG KONG |
| CHAN SAI NAM & DING YEE MEE | FLAT C 7/F BLK 1 KOWAY COURT 111 CHAI WAN ROAD CHAI WAN   HONG KONG |
| CHAN SHUI CHU | FLAT 16D, TOWER 1 CENTRAL PARK 18 HOI TING ROAD KOWLOON   HONG KONG |
| CHAN SIU FUNG | FLAT 42/F BLK 3A TSEUNG KWAN O PLAZA TSEUNG KWAN O   HONG KONG |
| CHAN, YEE MAN DAPHNE | FLAT A, 2/F FUK KWAN HSE 12 FUK KWAN AVENUE HONG KONG |
| CHENG CHI HUNG | ROOM 18H, BLOCK 6, VILLA ESPLANADA TSING YI, NT   HONG KONG |
| CHENG, LAI CHUN | FLAT-G, 29/F, BLOCK 3, SOUTH HORIZONS AP LEI CHAI   HONG KONG |
| CHEUNG CHI WO & LAU LAI CHING | FLAT C, FLOOR 2, HONG FAI COURT, 190 TSAT TSZ MUI ROAD, NORTH POINT   HONG KONG |
| CHEUNG HUIE BICK JANE | 3, LAU SIN ST., 16/F, FLAT B TIN HAU   HONG KONG |
| CHEUNG WING YEE WINKLE | FLAT 16 6D FOK LAM COURT FOR KWAN ROAD FOR FU LAM   HONG KONG |
| CHIN, KUK HUNG | FLAT 21/F BLK 2, SCENEWAY GARDEN LAM TIN, KLN   HONG KONG |
| CHIU SIN CHI | FLAT E, 2/F NANCHANG HOUSE 88 TSUEN KING CIRCUIT TSUEN WAN CENTRE TSUEN WAN   HONG KONG |
| CHONG SIU FUN | FLAT 3G, BLK 13 TSUEN WAN CENTRE TSUEN WAN, NT   HONG KONG |
| CHU PUI SIN | 9B, TOWER 3, HARBOURFRONT LANDMARK 11 WAN HOI STREET HUNG HOM KOWLOON   HONG KONG |
| CHUNG WAI PING | 808, BLK 43, HENG FA CHUEN CHAI WAN   HONG KONG |
| CHUNG YEE WAN | ROOM 1932 19/F., SHEK TO HOUSE SHEK WAI KOK ESTATE TSUEN WAN, NT   HONG KONG |
| COF ASSET TRUST 11/11 | GOLDMAN, SACHS & CO. ATTN: NEENA REDDY 200 WEST STREET NEW YORK NY 10282 |
| COF ASSET TRUST 11/11 | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 MASTER FUND LP C/O BNY MELLON TRUST OF DELAWARE 100 WHITE CLAY CENTER, SUITE 102 NEWARK DE 19711 |
| COF SPV 11/11, LTD | GOLDMAN, SACHS & CO. ATTN: NEENA REDDY 200 WEST STREET NEW YORK NY 10282 |
| COF SPV 11/11, LTD | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 MASTER FUND LP C/O WALKERS CORPORATE SERVICES LIMITED WALTER HOUSE 87 MARY STREET GEORGE TOWN KY1-9005 GRAND CAYMAN |
| COF SPV 11/11, LTD. | GOLDMAN, SACHS & CO. ATTN: NEENA REDDY 200 WEST STREET NEW YORK NY 10282 |
| COF SPV 11/11, LTD. | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 MASTER FUND LP C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN KY1-9005 GRAND CAYMAN |
| CREDIT SUISSE HONG KONG BRANCH | LEVEL 88, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON ATTN: ALVIN CHIAM HONG KONG |
| CREDIT SUISSE HONG KONG BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE HONG KONG BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DANSKE BANK A/S LONDON BRANCH | JOVAN ATKINSON, ESQ. 75 KING WILLIAM STREET LONDON   EC4N 7DT UNITED KINGDOM |
| DANSKE BANK A/S LONDON BRANCH | VENABLE LLP ATTN: CAROLLYNN CALLARI & EDWARD SMITH 1270 AVENUE OF THE AMERICAS, 25TH FL NEW YORK NY 10020 |
| DANSKE BANK A/S LONDON BRANCH | VENABLE LLP ATTN: CAROLLYNN CALLARI & EDWARD SMITH COUNSEL TO DANSKE BANK A/S LONDON BRANCH 1270 AVENUE OF THE AMERICAS, 25TH FL. NEW YORK NY 10020 |
| DANSKE BANK A/S LONDON BRANCH | VENABLE LLP ATTN: MITCHELL KOLKIN, ESQ. 750 E. PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| DANSKE BANK A/S LONDON BRANCH | ATTN: PETER HUGHES 75 KING WILLIAM STREET LONDON   EC4N 7DT UNITED KINGDOM |
| DANSKE BANK A/S LONDON BRANCH | ATTN: PETER HUGHES 75 KING WILLIAM STREET LONDON LONDON   EC4N 7DT UNITED KINGDOM |
| DANSKE BANK A/S LONDON BRANCH | MITCHELL KOLKIN VENABLE LLP 750 E. PRATT ST., SUITE 900 BALTIMORE MD 21202 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BA-CA VERISCHERUNG AKTIENGESELLSCHAFT ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SABRETOOTH MASTER FUND LP ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWISS RE GLOBAL MARKETS LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| EVERGREEN FORWARDING & CONTAINER SERVICE LTD | RMD 25/F BIJOU COURT 171 PRINCE EDWARD ROAD WEST MONGKOK KOWLOON   HONG KONG |
| FAN KIT FAN | ROOM 506 YUET CHUI COURT 9 YAN TSUI STREET CHAI WAN   HONG KONG |
| GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| MASTER FUND LP | |
| GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MASTER FUND LP | |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 19:06:47
DATE: 12/08/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| HO KEI YAN | FLAT 10 28/F FO ON HOUSE KAM ON COURT MA ON SHAN, NT   HONG KONG |
| HO KIT SUM | FLAT A, 8/F, FU TIEN MANSION, TAIKOO SHING   HONG KONG |
| HO NG SIU MAN | FLAT B, 12/F ELEGANT GARDEN 11 CONDUIT ROAD CENTRAL MID LEVEL   HONG KONG |
| HUGH, ERROL PATRICK & CHAN, YEE MAN DAPHNE | FLAT A, 2/F 12 FUK KWAN AVE HONG KONG   CHINA |
| KHAN CHIANG HANIFA WAN CHUN | FLAT 14 B 27 BAREMAR HILL ROAD NORTH POINT   HONG KONG |
| KWOK KAM PING | FLAT F, 11/F EAST SOUTH BLDG 475-481 HENNESSY ROAD WAN CHAI   HONG KONG |
| KWOK LEUNG, KUN SHING | FLAT A 15/F VILLA VENETO 3 KOTEWALL RD HONG KONG   CHINA |
| KWOK LEUNG, KUN SHING | KENNETH C KWOK FLAT B 2/F 10 DIANTHUS RD KOWLOON   HONG KONG |
| LAM KIT WAN | FLAT A, 25/F, TOWER 11 TONG TAK STREET PARK CENTRAL TSEUNG KWAN O   HONG KONG |
| LAI CHEUK NI CHERRY | 10 B HONG FU MANSION 179-181 HENNESSY ROAD WANCHAI   HONG KONG |
| LAI SIU YIN, PETER | 21, VENTRIS ROAD, B4, 20/F, VENTRIS PLACE HAPPY VALLEY   HONG KONG |
| LAM SO KAN & | BLOCK 15,1/7/ RM F PARC OASIS, KOWLOON TONG, KLN   HONG KONG |
| LAU SO KAN & CHAN AH YING | FLAT C 32/F TOWER 16, LAGUNA GRANDE LAGUNA VERDE 8 LAGUNA VERDE AVE, HONGHOM   HONG KONG |
| LAU, SIU FONG | 4/F, 29 HAPPY VIEW TERRACE BROADWOOD ROAD HAPPY VALLEY   HONG KONG |
| LAW YIU TSING, CYNTHIA | FLAT C, 9/F, TOWER ONE THE REGALIA 33 KING'S PARK RISE KOWLOON   HONG KONG |
| LAW KWAI CHING | BLK 2A, 1/F, MERRY COURT 6 FESSENDEN RD KLN TONG   HONG KONG |
| LEE WAI CHING | 21/F, BK D, HONG PAK MANSION, PARKVALE 6 GREIG ROAD QUARRY BAY   HONG KONG |
| LEE WING HAN, BRENDA | FLAT D, 4/F, 10 LAI WAN ROAD MEI FOO SUN CHUEN, KOWLOON   HONG KONG |
| LEUNG CHI HO | RM 2112, FU YIU HSE LAI YIU EST, KWAI CHUNG HONG KONG   CHINA |
| LEUNG KWOK KAY, TONY | LAGUNA VERDE TOWER 11 10/F, FLAT D KOWLOON   HONG KONG |
| LEUNG ON KEI, ANGEL | 5/F FLAT B BLOCK 48 SAVANNA GORDON TAIPO NGAN TAIPO NT   HONG KONG |
| LEUNG WAI CHU & LEU LAI YING | ROOM 1418,, CHUNG SIN HOUSE CHUNG NGA COURT TAIPO, N.T.   HONG KONG |
| LI KWOK WAI | FLAT A, 1/F, BLOCK 7 LAGUNA CITY KWUN TONG KOWLOON   HONG KONG |
| LI MING QIANG | 11B MANSION BUILDING 846 KING'S ROAD HONG KONG   HONG KONG |
| LOK SHOR BING | FLAT D, 15/F BLOCK 5 CITY GARDEN 233 ELECTRIC ROAD HONG KONG   HONG KONG |
| LUNG SIK HANG | FLAT D 23/F SHUI PAK MANSION PARKVALE 4 GREIG RD QUARRY BAY   HONG KONG |
| MAK YIM FONG | FLAT H 4/F YUET WAH MANSION 39 YUET WAH ST K.T. KLN   HONG KONG |
| MAK YIM FONG | FLAT H, 4/F YUET WAH MANSION, 39 YUET WAH ST K.T. KLN   HONG KONG |
| MAN CHING FUN | FLAT D 11/F BLOCK 2 CAYMAN RISE 29 KA WAI MAN ROAD KENNEDY TOWN   HONG KONG |
| NG CHI HING | FLAT A 31/F, BLK 11 23 YAT MING ROAD, DAWNING VIEWS FANLING N.T.   HONG KONG |
| NG CHUN CHUNG & TO OI CHUNG | FLAT C 24/F YAT TIEN MANSION,TAIKOO SHING QUARRY BAY   HONG KONG |
| NG LAN YUK | FLAT 301 3/F, BLK C WANG KWONG BLDG, 33 NGAU TAU KOK RD KOWLOON   HONG KONG |
| NGAI SIK FONG FANNY | 10, ROBINSON RD THE GRAND PANORAMA BLOCK 2 2 A HONG KONG   HONG KONG |
| NGAI-CHAN LAI HA ANNA | 438 NATHAN ROAD, 111 FLOOR TANG'S MANSION CENTRAL   HONG KONG |
| NGAN LAI FONG | 1/F., NO. 5 1ST LANE TUNG TAU WAI SAN TSUEN WANG CHAU YUEN LONG, N.T.   HONG KONG |
| NGAU YUI | 4 B BLOCK 33 CITY ONE SHATIN SHATIN, N.T.   HONG KONG |
| NORONHA, ELISA & WONG, MELVIN ANTHONY | FLAT B1, 8/F PAK ON BUILDING 105 AUSTIN RD., TSIM SHA TSUI KOWLOON KOWLOON   HONG KONG |
| PAN LIHONG | FLAT C 13/F TOWER 5 THE HARBOUR GREEN 8 SHAM MONG ROAD TAI KOK TSUI KOWLOON   HONG KONG |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PERRY CAPITAL, L.L.C. ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: ANVERSE LIMITED 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHAN CHUK PUI & LEUNG SIU SHAN, SUSANA 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHAN FUK YUI 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHAN MAN BUN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHAN SHUI CHU 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHAN SIU PING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHAN, YEE MAN DAPHNE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHENG CHI HING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHENG, LAI CHUN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHEUNG CHI WO & LAU LAI CHING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHEUNG HUIE BICK JANE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHEUNG WING YEE WINKLE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHIN, KUK HING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHIU SIN CHI 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |

TIME: 19:06:47
DATE: 12/08/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 3

| Name | Address |
|------|---------|
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHONG SIU FUN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHU PUI SIN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHUNG WAI PING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: CHUNG YEE WAN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: EVERGREEN FORWARDING & CONTAINER SERVICE LTD 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: FAN KIT FAN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: HO KEI YAN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: HO KIT SUM 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: HO NG SIU MAN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: HUGH, ERROL PATRICK & CHAN, YEE MAN DAPHNE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: KHAN CHIANG HANIFA WAN CHUN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: KWOK KAM PING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: KWOK LEUNG, KUN SHING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAM KIT WAN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAU CHEUK NI CHERRY 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAU CHIU YIN, PETER 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAU FUNG MEE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAU SO KAN & CHAN AH YING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAU, SIU FONG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAW HIU TSING, CYNTHIA 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LAW KWAI HING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LEE WAI CHING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LEE WING HAN, BRENDA 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LEUNG CHI HO 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LEUNG KWOK KAY, TONY 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LEUNG ON KEI, ANGEL 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LEUNG WAI CHU & LEU LAI YING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LI KWOK WAI 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LI MING QIANG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LOK SHOR BING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: LUNG SIK HANG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: MAK YIM FONG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: MAN CHING HOA 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NG CHI MING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NG CHUN CHEONG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NG LAN YUK 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NG WAI FONG FANNY 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NGAI SIK FONG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NGAI-CHAN LAI HA ANNA 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NGAN LAI FONG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NGAU VUI 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: NORONHA, ELISA & WONG, MELVIN ANTHONY 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: PAN LIHONG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: ROYAL BANK OF SCOTLAND NV 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: SHEA TIN CHEUNG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: SIN NGA SUI 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: SUNG, SHEK WING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: TAM KA FO 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: TSE YUK YING 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: WANG LI BEN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: WANG ZHEN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: WONG KIT CHUN,JENNY 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: WONG KIT YUE KITTY 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: WOO CHUN FAN, JOSEPHINE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: YANG LIEN NIH 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: YEOH POOI SENG & LAI KAM KWI 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG HONG KONG |

TIME: 19:06:47
DATE: 12/08/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 4

| Name | Address |
| --- | --- |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: YU LAICHUN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| ROYAL BANK OF SCOTLAND NV | TRANSFEROR: YU PING & WANG SHUIIE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG |
| SHEA TIN CHEUNG | FLAT D, 13/F, BLOCK 6, GRAND PACIFIC VIEW, SIU LAM, TUEN MUN   HONG KONG |
| SO SUK CHUN & CHAN SUI FONG | RM. 16, 7/F, BLOCK B SAN PO KONG MANSION, 102-104 CHOI HUNG ROAD SAN PO KONG, KOWLOON   HONG KONG |
| STRATEGIC VALUE MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE   GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASCKHARAN 110 WEST PUTNAM AVENUE   GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE   GREENWICH CT 06830 |
| SUNG, SHEK WING | FLAT F, 49/F TOWER 1 33 TSING KING ROAD TSING YI, NT   HONG KONG |
| TAM KA FO | ROOM 1101, 11/F ON CHING HOUSE, CHEUNG ON ESTATE TSING YI NT   HONG KONG |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O TACONIA CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR   NEW YORK NY 10022 |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR   NEW YORK NY 10022 |
| TSE YUK YING | 36 LEE CENTRE DR. APT 1709 SCARBOROUGH ON M1H 3X2 CANADA |
| UBS AG | TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND |
| WANG LI BEN | 11B MANSION BUILDING 846 KING'S ROAD HONG KONG |
| WANG ZHEN | NO. 421 YAN'AN STREET CHAOYANG DISTRICT   CHINA |
| WONG KIT CHUN,JENNY | FLAT A, 29/F, BLK1 OCEAN SHORES O KING ROAD TSEUNG KWAN O., N.T.   HONG KONG |
| WONG KIT YUE KITTY | FLAT 1601, BLK A, 16/F MING YUEN MANSIONS 1-7 PEACOCK ROAD NORTH POINT   HONG KONG |
| WOO CHUN FAN, JOSEPHINE | 1902, 19/F, BLK SOUTH BAPTIST UNIVERSITY RESIDENCE NO.5 UNIVERSITY ROAD KOWLOON TONG KOWLOON   HONG KONG |
| YANG LIEN NIH | 2902, BLK B PARKWAY CT, 4 PARK RD MID-LEVEL   HONG KONG |
| YEOH POOI SENG & LAI KAM KWI | 1/F, 53 WONG NAI CHUNG ROAD HONG KONG   HONG KONG |
| YU LAICHUN | ROOM 2818, WAN TAI HOUSE TSZ WAN ESTATE, TSE WAN SHAN   HONG KONG |
| YU PING & WANG SHUIIE | RM 1001 BLK 8 BEI AN QIN SEN 268 XIN MA RD JIANG BEI AREA NINGBO ZHEJIANG   CHINA |
| YU PING & WANG SHUIIE | RM 1001 BLK 8 BEI AN QIN SEN 268 XIN MA RD JIANGBEI AREA NINGBO ZHEJIANG   CHINA |

Total Number of Records Printed    178

EPIQ BANKRUPTCY SOLUTIONS, LLC