UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :    (Jointly Administered)
                      Debtors.                                :
                                                              :
----------------------------------------------------------------x    Ref. Docket Nos. 23038, 23048,
                                                                   23050-23052, 23056-23062, 23065,
                                                                   23067, 23069, 23073, 23074, 23077,
                                                                   23079, 23080, 23083-23085, 23088,
                                                                   23089, 23091-23093, 23101-23104,
                                                                   23108, 23122, 23123, 23125, 23127,
                                                                   23133, 23134, 23138, 23142, 23143

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
15th day of December, 2011

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 23038, 23048, 23050...23138, 23142, 23143_AFF_12-12-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    ASHTON FOREST PARK, LP
           C/O AMBLING COMPANIES, INC
           2002 SUMMIT BLVD STE 1000
           ATLANTA GA 30319-1499

Please note that your claim # 27282 in the above referenced case and in the amount of
        $381,955.00    allowed at $23,920.00        has been transferred **(unless previously expunged by court order)**

           AMBLING PROPERTY INVESTMENTS, LLC
           TRANSFEROR: ASHTON FOREST PARK, LP
           ATTN: TIM PALMIERI
           348 ENTERPRISE DRIVE
           VALDOSTA GA 31601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23050    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/12/2011                   Vito Genna, Clerk of Court

                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 12, 2011.

**EXHIBIT B**

```
TIME: 21:55:13                                          LEHMAN BROTHERS HOLDING INC.                                                         PAGE:   1
DATE: 12/12/11                                              CREDITOR LISTING

Name                                                    Address
AGRICULTURAL BANK OF CHINA LTD                          CADWALADER, WICKERSHAM & TAFT LLP AGRICULTURAL BANK OF CHINA (LEHMAN TEAM) ATTN ANGUS DUNCAN 265 STRAND
                                                        LONDON  WC2R 1BH UNITED KINGDOM
AGRICULTURAL BANK OF CHINA LTD                          ATTN: LI MING NO. 69 JIANGUOMEN NEI AVENUE DONGCHENG DIST BEIJING 100005 CHINA
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND L.P.
AMBLING PROPERTY INVESTMENTS, LLC                       TRANSFEROR: ASHTON FOREST PARK, LP ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
AMBLING PROPERTY INVESTMENTS, LLC                       TRANSFEROR: DESOTO COUNTY PARTNERS LP ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
AMBLING PROPERTY INVESTMENTS, LLC                       TRANSFEROR: JACKSON BOND, L.P. ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
AMBLING PROPERTY INVESTMENTS, LLC                       TRANSFEROR: SOUTHHAVEN PARTNERS I, L.P. ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
ASHTON FOREST PARK, LP                                  C/O AMBLING COMPANIES, INC 2002 SUMMIT BLVD STE 1000 ATLANTA GA 30319-1499
CAJA LABORAL POPULAR COOP. DE CREDITO                   PO J.M. ARIZMENDIARRIETA S/N MONDRAGON GIPUZKOA 20500 SPAIN
CENTERBRIDGE CREDIT PARTNERS MASTER,                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SCOTT HOPSON 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
 L.P.
CENTERBRIDGE CREDIT PARTNERS, L.P.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SCOTT HOPSON 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CENTERBRIDGE SPECIAL CREDIT PARTNERS,                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SCOTT HOPSON 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
 L.P.
DESOTO COUNTY PARTNERS LP                               ATTN: GREG WRIGHT C/O AMBLING PROPERTY INVESTMENTS 2002 SUMMIT BLVD STE 1000 ATLANTA GA 30319-1499
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH                TRANSFEROR: DEUTSCHE BANK SA/NV ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM
DEUTSCHE BANK SA/NV                                     WHITE & CASE LLP ATTN: EVAN HOLLANDER, ESQ 1155 AVE OF THE AMERICAS NEW YORK NY 10036
DEUTSCHE BANK SA/NV                                     AVENUE MARNIX 13-15 BRUXELLES 1000 BELGIUM
ENECO ENERGY TRADE BV                                   C/O HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND VA 23219-4074
GOLDMAN SACHS LENDING PARTNERS LLC                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                           RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: MACQUARIE BANK LIMITED C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                        NEW YORK NY 10022
HALCYON LOAN TRADING LLC                                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HALCYON LOAN TRADING LLC                                TRANSFEROR: MACQUARIE BANK LIMITED C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                        NEW YORK NY 10022
HUDSON BAY MASTER FUND LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE 30TH FLOOR NEW YORK NY 10017
ILLIQUIDX LTD                                           TRANSFEROR: BORDIER & CIE ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JACKSON BOND, L.P.                                      ATTN: GREG WRIGHT C/O AMBLING PROPERTY INVESTMENTS 2002 SUMMIT BLVD STE 1000 ATLANTA GA 30319-1499
LIQUIDITY SOLUTIONS INC.                                TRANSFEROR: PANGERC, SCHELLENBERG & PARTNERS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                               TRANSFEROR: PANGERC, SCHELLENBERG & PARTNERS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MACQUARIE BANK LIMITED                                  SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                                  SIDLEY AUSTIN LLP ATTN: JAMIE SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                                  TRANSFEROR: MOUNT POLLEY MINING CORPORATION C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET
                                                        NEW YORK NY 10019
MERRILL LYNCH CREDIT PRODUCTS, LLC                      TRANSFEROR: ENECO ENERGY TRADE BV BANK OF AMERICA TOWER - 3RD FLOOR ATTN: JEFFREY BENESH AND GARY S. COHEN ONE BRYANT PARK
                                                        NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                      TRANSFEROR: NCB CAPITAL MARKETS LIMITED ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                                        NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                             TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH,                  TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
 INC.
MONARCH ALTERNATIVE SOLUTIONS MASTER                    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN NEW YORK NY 10022
 FUND LTD
MONARCH ALTERNATIVE SOLUTIONS MASTER                    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
 FUND LTD.                                              535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP                   TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                        535 MADISON AVENUE, FLOOR 26
MONARCH CAPITAL MASTER PARTNERS II LP                   TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                        535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:55:13                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 12/12/11                                              CREDITOR LISTING

Name                                        Address
MONARCH CAPITAL MASTER PARTNERS II-A LP     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                 TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD.      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC      TRANSFEROR: SAF BTP VIE 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MOUNT POLLEY MINING CORPORATION             0 200-580 HORNBY STREET VANCOUVER BC V6C 3B6 CANADA
MOUNT POLLEY MINING CORPORATION             200-580 HORNBY STREET VANCOUVER BC V6C 3B6 CANADA
NCB CAPITAL MARKETS LIMITED                 DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS ATTN: EMIL ARCA NEW YORK NY 10019
NCB CAPITAL MARKETS LIMITED                 32 TRAFALGAR ROAD ATTN: CHRISTOPHER C. WILLIAMS, MANAGING DIRECTOR KINGSTON 10 JAMAICA
OAKFORD MF LIMITED                          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD                      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                            535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
PANGERC, SCHELLENBERG & PARTNERS            ASSET MANAGEMENT AG TALACKER 50 ZURICH  8001 SWITZERLAND
SOUTHHAVEN PARTNERS I, L.P.                 C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE 1100 ATLANTA GA 30328
T ASIA L HOLDINGS, LTD.                     WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
T ASIA L HOLDINGS, LTD.                     WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
TAO L HOLDINGS, LTD.                        TRANSFEROR: TIGER ASIA FUND LP C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10036
TAO L HOLDINGS, LTD.                        WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
TIGER ASIA FUND LP                          TRANSFEROR: TIGER ASIA OVERSEAS FUND LTD. C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10128
TIGER ASIA FUND LP                          WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
TIGER ASIA OVERSEAS FUND LTD.               C/O TIGER ASIA MANAGEMENT, LLC 101 PARK AVENUE, 48TH FLOOR NEW YORK NY 10178
TIGER ASIA OVERSEAS FUND LTD.               WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
TIGER ASIA OVERSEAS FUND LTD.               C/O TIGER ASIA MANAGEMENT, LLC 101 PARK AVENUE, 48TH FLOOR NEW YORK NY 10178
UBS AG, STAMFORD BRANCH                     TRANSFEROR: AGRICULTURAL BANK OF CHINA LTD ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD. STAMFORD CT 06901

Total Number of Records Printed             65                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```