UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :        08-13555 (JMP)
                                                    :        (Jointly Administered)
                                   Debtors.         :
                                                    :
-------------------------------------------------------------------x        Ref. Docket Nos. 22401, 22452,
                                                             22453, 22459, 22667, 22668, 22828,
                                                             22901, 22932, 23105, 23111, 23112,
                                                             23114, 23120, 23121, 23129, 23144,
                                                             23145, 23157, 23159, 23160, 23162-
                                                             23165, 23171-23174, 23176, 23179-
                                                             23183, 23191, 23193

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On December 13, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
15th day of December, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 22401, 22452, 22453...23183, 23191, 23193_AFF_12-13-11.doc

**EXHIBIT A**

**EXHIBIT B**

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ABITRAL SECURITIES LTD | TRANSFEROR: BANK HAPOALIM B.M. OFFICE AT OLD FORT BUILDING 4 WESTERN ROAD PO BOX SP 64093 NASSAU BAHAMAS |
| APPALOOSA INVESTMENT L.P.1 | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| BANCA CARIGE S.P.A. | LUCA AMELOTTI BANCA CARIGE SPA VIA CASSA DI RISPARMIO 15 OFFICE 903 FINANZA POST TRADING GENOVA 16123 ITALY |
| BANCA CARIGE S.P.A. | VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ATTN: DANIEL MIRANDA & DANIEL CROWLEY 745 SEVENTH AVE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BEINT, L.L.C. | TRANSFEROR: MERRILL LYNCH & ROSENKRANTZ AVENUE DE MOREILLE 835 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| BEINT, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC PO BOX 8342 NEW YORK NY 10150 |
| BETHMANN BANK AG | TRANSFEROR: OLDENBURG, LORE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| CALADIUM PARTNERS, L.L.C. | TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY PDR STATION, PO BOX 262 NEW YORK NY 10150 |
| CAPITAL BANK - GRAWE GRUPPE AG | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: JUERGEN STRASSER BURGRING 16 GRAZ 8010 AUSTRIA |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SCOTT HOFSON 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CVI GVF (LUX) MASTER S.A.E.L. | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: JACK S. MCMURRAY 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER S.A.R.L. | MAYOR BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS U.K. LTD ATTN: DAVID SHORT KOWLE HILL PARK - FAIRMILE LANE COBHAM - SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | ATTN: DAVID SHORT C/O CARLVAL INVESTORS U.K. LTD. KOWLE HILL PARK - FAIRMILE LANE COBHAM - SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: JACK S. MCMURRAY 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER S.A.R.L. | MAYER BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DARYANI, PARASRAM, NEELAM P, VIKAS P. & NIKESH P. | TRANSFEROR: UBS AG ATTN: NIKESH P. DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DE CARVALHO, HERMA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA MUEHLENSTRASSE 25 50259 FULHEIM-BRAUWEILER GERMANY |
| DELMEIRE, FRANCOIS | MICHELSENDROED 54 BRASSCHAAT 2930 BELGIUM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ENGEMANN, LOTHAR AND ROGELO, QUINTA | A.P. 14 ALCANTARILHA PT-8365 PORTUGAL |
| ENGEMANN, LOTHAR AND ROGELO, QUINTA | CHRISTIAN EICH, ATTORNEY-AT-LAW STEINENBERG 19 BASEL CH-4001 SWITZERLAND |
| EYAT FAMILY IRREVOCABLE TRUST | TRANSFEROR: BANK HAPOALIM B.M. ATTN: TAMAR WEINSTEIN 1500 SAN REMO AVENUE, SUITE #125 MIAMI FL 33146 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF DELMEIRE, FRANCOIS | TRANSFEROR: DELMEIRE, FRANCOIS C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MANDEL KATZ & BROSNAN, LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| GENTRIFICATION VENTURES, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: BANK HAPOALIM B.M. C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 073055201 |
| H. GRAAF ASSET MANAGEMENT AG | TALACKER 50 ZURICH 8001 SWITZERLAND |
| HAROLD SHAMAH 2010 FAMILY TRUST | SHAMAH 2000 FAMILY TRUST C/O HIS JUVENILES # 1004 35 WEST 35TH STREET NEW YORK NY 10001 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: CITIBANK, N.A. ATTN: SUSAN MCNAMARA, MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA, 26TH FLOOR NEW YORK NY 10005-1401 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: CITIBANK, N.A. C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| JEFFERIES INTERNATIONAL LIMITED | BANCA CARIGE S.P.A. VINTNERS PLAZA 68 UPPER THAMES STREET LONDON EC4V 3BJ UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | J.P. MORGAN SECURITIES LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ENGEMANN, LOTHAR AND ROGELO, QUINTA ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: H. GRAAF ASSET MANAGEMENT AG ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 14:51:43
DATE: 12/13/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: RINZEMA, LAMMERT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: VAN LOCHEM, PAUL ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255 |
| OLDENBURG, LORE | ANNE-FRANK-STR. 108 HAMBURG  22587 GERMANY |
| PALOMINO FUND LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| RINZEMA, LAMMERT | BOKSINGEL 8 HAREN  9753 CE NETHERLANDS |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | FRESHFIELDS BUCKHAUS DERINGER LLP ATTN: BERNHARD KAISER AND DR GUNILA BOCKENHEIMER ANLAGE 44 FRANKFURT AM MAIN  60322 GERMANY |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1  IRELAND |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | MCCANN FITZGERALD SOLICITORS ATTN: PHIL CODY RIVERSIDE ONE SIR JOHN ROGERSON'S QUAY DUBLIN 2  IRELAND |
| SHAMAH 2000 FAMILY TRUST | C/O CHESTER B. SALOMON, ESQ, BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. C/O STONE CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L C/O STONE CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| TAMARKA HOLDINGS LIMITED | TRANSFEROR: BANK HAPOALIM B.M. ATTN: URI WEINSTEIN 281 WATERFRONT DRIVE WICKHAM CAY ROAD TOWN TORTOLA |
| THOROUGHBRED FUND L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LTD. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | NUSCHELERSTRASSE 31 ZURICH  CH-8021 SWITZERLAND |
| VAN LOCHEM, PAUL | BENTVELDSWEG 109 EC AERDENHOUT  2111 NETHERLANDS |
| ZURCHER KANTONALBANK ÖSTERREICH AG | TRANSFEROR: UBS AG ATTN: RUDOLF MUHLBERGER GETREIDEBASSE 10 SALZBURG  5020 AUSTRIA |

Total Number of Records Printed       77

EPIQ BANKRUPTCY SOLUTIONS, LLC