| |
|---|
| Commingled Pension Trust Fund (Core Bond) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Corporate High Yield) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Emerging Markets-Fixed Income) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Emerging Markets Opportunity-Fixed Income) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Enhanced Cash) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Extended Duration) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Fixed Income Relative Value 4% VAR) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Intermediate Bond) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Intermediate Credit) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Intermediate Public Bond) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Long Credit) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Long Duration Investment Grade) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Long Duration Plus) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Market Plus Bond) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Mortgage Private Placement) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Public Bond) of JPMorgan Chase Bank, N.A. |
| Commingled Pension Trust Fund (Subadvised Fixed Income - W) of JPMorgan Chase Bank, N.A. |
| JPMorgan Core Bond Fund, a series of JPMorgan Trust II |
| JPMorgan Core Bond Trust, a series of JPMorgan Institutional Trust |
| JPMorgan Core Plus Bond Fund, a series of JPMorgan Trust II |
| JPMorgan Diversified Fund, a series of JPMorgan Trust I |
| JPMorgan Emerging Markets Debt Fund, a series of JPMorgan Trust I |
| JPMorgan Insurance Trust Core Bond Portfolio, a series of JPMorgan Insurance Trust |
| JPMorgan Intermediate Bond Trust, a series of JPMorgan Institutional Trust |
| JPMorgan Limited Duration Bond Fund (formerly known as JPMorgan Ultra Short Duration Bond Fund), a series of JPMorgan Trust II |
| JPMorgan Real Return Fund, a series of JPMorgan Trust I |
| JPMorgan Short Duration Bond Fund, a series of JPMorgan Trust II |
| JPMorgan Short Term Bond Fund II, a series of J.P. Morgan Mutual Fund Group |
| JPMorgan Total Return Fund, a series of JPMorgan Trust I |
| JPMorgan Absolute Return Credit Master Fund Ltd. |
| JPMorgan Distressed Debt Master Fund, Ltd. |
| JPMorgan Fixed Income Opportunity Institutional Fund, Ltd. |
| JPMorgan Fixed Income Opportunity Master Fund, L.P. |
| JPMorgan Mortgage-Backed Securities Fund Trust |
| JPMorgan Funds - Emerging Markets Debt Fund |
| JPMorgan Funds - US Aggregate Bond Fund |
| JPMorgan Investment Funds - Highbridge Statistical Market Neutral Fund |

| |
|---|
| JPMorgan Investment Funds - US Bond Fund |
| J.P. Morgan Tokyo Fund - JPM Japan GTA Fund |
| JPMorgan Investment Funds - Income Opportunity Fund |
| JPM Emerging Sovereign Open Mother Fund |
| JPMorgan Fund ICVC - JPM Institutional Japan Fund |
| JF Japan Technology Fund |
| JF SAR Japan Fund |
| JPMorgan Fleming Japanese Smaller Companies Investment Trust Plc |
| JPMorgan Funds - JF Japan Equity Fund |
| JPMorgan Funds - JF Japan Small Cap Fund |
| JF E - Frontier Open Fund |
| JF Japan Discovery Fund |
| JF Japan Open |
| JF Japan Small Stock Open |
| JF Japan Tactical Investment Mother Fund |
| JPM Japan Active Bond Mother Fund |
| JF Pension Fund - Japanese Bond Portfolio |
| JF Pension Mother Fund - Japanese Equity Portfolio |
| JF Smaller Co. Equity Open |
| JF The Japan |
| JPM Emerging Sovereign Open Mother Fund |
| JPMorgan Investment Funds - Europe Short Duration Fund |
| JPMorgan Funds - Global Convertibles Fund (EUR) |
| JPMorgan Investment Funds - Global Capital Preservation Fund (EUR) |
| JP Morgan Funds - Europe Aggregate Plus Bond Fund |
| JPMorgan Funds - Global Aggregate Bond Fund |
| JPMorgan Investment Funds - Global Bond Fund (EUR) |
| JPMorgan Investment Funds - Global Bond Fund (USD) |
| JPMorgan Investment Funds - Global Enhanced Bond Fund |
| Highbridge Asia Opportunities Master Fund, L.P. |
| Contrarian Value, L.P. |
| Highbridge Convertible Arbitrage Master Fund, L.P. |
| Highbridge International LLC |
| Smithfield Fiduciary LLC |
| Highbridge Statistically Enhanced Equity Master Fund - Europe, L.P. |
| HB Quantitative Equity Strategies Limited |
| Cobra LLC |