**Teitelbaum & Baskin, LLP**
1 Barker Avenue, 3rd Floor
White Plains, New York 10601
Tel. (914) 437-7670
Fax. (914) 437-7672
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

and

**Leach Travell Britt pc**
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone (703) 584-8362
Facsimile (703) 584-8901
Email: lkatz@ltblaw.com
Lawrence A. Katz, Esq.
(Admission *Pro Hac Vice* Pending)

*Attorneys for The United Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | (Chapter 11) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR**
**SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that, the undersigned, along with co-counsel, Leach Travell Britt pc, appears as counsel for The United Company ("**United**"), a creditor and party-in-interest herein, and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), requests that all notices given or required in this case and any related adversary proceeding, and all disclosure statements and plans, and all other papers served in this case, be given to and served upon:

       Jay Teitelbaum
       1 Barker Avenue, 3rd Floor
       White Plains, New York

Telephone: (914) 437-7670
Facsimile: (914) 437-7672
Email: jteitelbaum@tblawllp.com

and

Lawrence A. Katz
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone (703) 584-8362
Facsimile (703) 584-8901
Email: lkatz@ltblaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which United may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[Signature Block on Next Page]

Dated: December 16, 2011
White Plains, New York

**Teitelbaum & Baskin, LLP**

By:/s/ Jay Teitelbaum
Jay Teitelbaum, Esq.
1 Barker Avenue, Third Floor
White Plains, New York 10601
Telephone (914) 437-7670
Facsimile (914) 437 -7672
Email: jteitelbaum@tblawllp.com

and

**Leach Travell Britt pc**
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone (703) 584-8362
Facsimile (703) 584-8901
Email: lkatz@ltblaw.com
Lawrence A. Katz, Esq.
(Admission *Pro Hac Vice* Pending)

*Attorneys for The United Company*