WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**     :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**     :     **08-13555 (JMP)**
:
Debtors.     :     (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT
OF DEBTORS' ONE HUNDRED THIRD OMNIBUS OBJECTION
TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for April 28, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to December 21, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  December 16, 2011
      New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons
                Penny P. Reid
                Ralph Miller
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                *Attorneys for Debtors*
                *and Debtors in Possession*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Bayerische Landesbank | 19949 |
| Bayerische Landesbank | 19950 |
| SPCP Group, LLC: Transferor: Central European Media Enterprises, Ltd. | 117 |
| SPCP Group, LLC: Transferor: Central European Media Enterprises, Ltd. | 171 |