Teitelbaum & Baskin, LLP
1 Barker Avenue
White Plains, New York 10601
Telephone (914)437-7670
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum

And

Leach Travell Britt pc
8270 Greensboro Drive
Suite 1050
McLean, Virginia 22102
Telephone (703) 584-8362
Email: lkatz@ltblaw.com
Lawrence A. Katz

*Counsel to The United Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | (Chapter 11) |
| Debtors. | (Jointly Administered) |

**RESPONSE OF THE UNITED COMPANY TO
DEBTORS' ONE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO
<u>CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)</u>**

The United Company ("United"), by and through its undersigned counsel, hereby files its response to the One-Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivative Claims) (the "Omnibus Objection") [Docket No. 16865] of Lehman Brothers Holdings, Inc. and its Affiliated Debtors (together, the "Debtors") and, in support thereof, respectfully states as follows:

## BACKGROUND

1.      United was a party to two foreign exchange transactions (Reference Nos. 10957757 and 10957759) (together, the "FX Transactions") entered into between United and Lehman Brothers Commercial Corporation ("LBCC") on or about January 23, 2008. The contract expiration date for the FX Transactions was January 23, 2009.

2.      In connection with the FX Transactions, United and LBCC did not enter into a new 1992 ISDA Master Agreement. Rather, United was led to believe that the FX Transactions would be governed by an existing 1992 ISDA Master Agreement between United and Lehman Brothers OTC Derivatives, Inc. ("LBOTC"), dated as of August 7, 2006 (the "Master Agreement"). Lehman Brothers Holdings, Inc. ("LBHI") is a credit support provider with respect to LBOTC under the Master Agreement.

3.      On September 15, 2008, LBHI filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. Subsequently, twenty-two affiliates of LBHI, including LBCC and LBOTC, filed voluntary bankruptcy petitions.

4.      Pursuant to section 5(a)(vii)(4) of the Master Agreement, the filing of a bankruptcy petition by any party to the Master Agreement, including LBHI as credit support provider, constitutes an event of default. Accordingly, on December 5, 2008, United sent a letter to LBOTC in care of Lehman Brothers, Inc. ("LBI") providing notice of an event of default (the "Early Termination Notice") and setting December 5, 2008 as the early termination date (the "Early Termination Date") pursuant to section 6(a) of the Master Agreement.

2

5.  Thereafter, on February 17, 2009, United sent a letter to LBOTC, again in care of LBI, with a calculation statement (the "Calculation Statement") as required by section 6(d)(i) of the Master Agreement. The Calculation Statement provided that, as of the Early Termination Date, LBOTC owed United $2,219,371.06 with respect to the FX Transactions.

6.  On September 21, 2009, United filed three proofs of claim, one each against LBHI, LBCC, and LBOTC (Claim Nos. 22940, 22941, and 22942, respectively) (together, the "United Claim") in the identical amount of $2,219,371.06, the amount owed to United with respect to the FX Transactions as of the Early Termination Date. While United filed three claims, United seeks only one recovery and filed the duplicate claims in an abundance of caution.

7.  On May 16, 2011, the Debtors filed the Omnibus Objection, whereby the Debtors objected to the United Claim. United's counsel has engaged in discussions with Debtors' counsel to negotiate a resolution to the claim objection, but such discussions thus far have not been successful.

## RESPONSE

8.  In the Omnibus Objection, the Debtors assert that the claims subject to objection, including the United Claim, do not constitute valid *prima facie* claims because the underlying derivatives contracts have either been terminated or matured and because the Debtors do not owe any amount to the claimants under the derivatives contracts. The Debtors have provided no evidence in support of this assertion.

9.  Pursuant to Fed. Bankr. R. Pro. 3001(f), a proof of claim "constitutes *prima facie* evidence of the validity and amount of the claim." Upon the proper filing of a proof of claim, the burden to prove that the claim is invalid shifts to the party objecting to the claim. *Carey v.*

3

*Ernst*, 333 B.R. 666, 672 (Bankr. S.D. N.Y. 2005); *In re Alper Holdings USA*, 2008 Bankr. LEXIS 86, at *10.  The claim objection must be supported by "substantial evidence." *In re George R. Burrows, Inc.*, 156 F. 2d 640, 641 (2d Cir. 1946).  If the objecting party produces such substantial evidence, the burden of proof then shifts back to the claimant to show that its claims are allowed by applicable law.  *Id.*

10. Here, the Debtors offer no evidence at all – let alone "substantial evidence" – to refute the *prima facie* validity of the United Claim.  United agrees that the FX Transactions have been terminated.  The FX Transactions were properly terminated under the Master Agreement pursuant to the Early Termination Notice.  United does not, however, agree that the Debtors do not have any liability to United under the FX Transactions.  As of the Early Termination Date, the Debtors owed United $2,219,371.06 with respect to the FX Transactions, and United has a valid claim against the Debtors in the amount of $2,219,371.06.

Remainder of Page Intentionally Omitted

4

**WHEREFORE**, United requests that the Court (i) overrule the Omnibus Objection as it relates to the United Claim; (ii) allow the United Claim in the amount of $2,219,371.06; and (iii) grant such other or further relief as this Court deems just and proper.

Dated: December 16, 2011

                        Respectfully submitted,

                        Teitelbaum & Baskin, LLP
                        By:/s/ Jay Teitelbaum
                        1 Barker Avenue
                        White Plains, New York 10601
                        Telephone (914)437-7670
                        Email: jteitelbaum@tblawllp.com

                        And

                        Leach Travell Britt pc
                        By: /s/ Lawrence A. Katz
                        8270 Greensboro Drive
                        Suite 1050
                        McLean, Virginia 22102
                        Email: lkatz@ltblaw.com
                        Telephone (703) 584-8362

                        *Counsel to The United Company*