Teitelbaum & Baskin, LLP
1 Barker Avenue
White Plains, New York 10601
Telephone (914)437-7670
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum

And

Leach Travell Britt pc
8270 Greensboro Drive
Suite 1050
McLean, Virginia 22102
Telephone (703) 584-8362
Email: lkatz@ltblaw.com
Lawrence A. Katz

*Counsel to The United Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | (Chapter 11) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE: RESPONSE OF THE UNITED COMPANY TO DEBTORS' ONE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2011, I caused a copy of the foregoing Response of the United Company to the Debtors' One-Hundred Thirty-Eighth Omnibus Objection to Claims to be served via electronic notice through the Court's CM/ECF system and/or first class mail, postage prepaid upon the following parties:

Robert J. Lemons, Esq.
Lee J. Goldberg, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

/s/Jay Teitelbaum
Teitelbaum & Baskin, LLP
1 Barker Avenue
White Plains, New York 10601
Telephone (914)437-7670
Email: jteitelbaum@tblawllp.com