B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A. | Citibank Korea Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citibank, N.A.
Citigroup Centre, Canada Square
Canary Wharf, London E14 5LB
United Kingdom
Attn: Nigel Kemp

Court Claim # (if known): 17920

Amount of Claim Filed: $ 5,104,279.70
Amount of Claim Transferred: 100% or $5,104,279.70
Date Claim Filed: September 18, 2009

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Nigel Kemp (MD)                    Date: 16 December 2011
    Transferee/Transferee's Agent

EXECUTION VERSION

## FORM OF EVIDENCE OF TRANSFER OF LBSF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Citibank Korea Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Citibank, N.A. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) as set forth in Proof of Claim No. 17920 against Lehman Brothers Special Finance Inc. ("LBSF") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28 day of Sep 2011.

CITIBANK KOREA INC.

By: _____
Name: Young-Sun Kim
Title:  Director


CITIBANK, N.A.

By: _____
Name: N/G ECP. KEMP
Title:  MANAGING DIRECTOR


26

Doc#: US1:7385035v2

EXECUTION VERSION

## FORM OF EVIDENCE OF TRANSFER OF LBSF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Citibank Korea Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Citibank, N.A. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) as set forth in Proof of Claim No. 17920 against Lehman Brothers Special Finance Inc. ("LBSF") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2⁵ day of Sep 2011.

CITIBANK KOREA INC.

By: _____
Name: Young-Sun Kim
Title: Director


CITIBANK, N.A.

By: _____
Name:
Title:

26

Doc#: US1:7385035v2