Wendy G. Marcari Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177
Telephone: (212) 351-4500
Facsimile: (212) 878-8600
E-mail: wmarcari@ebglaw.com

*Counsel to Intersil Communications, Inc. f/k/a Intersil Investment Company, Xicor, LLC, Intersil Europe SaRL, and Intersil Holding GmBH*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that each of **Intersil Communications, Inc. f/k/a Intersil Investment Company, Xicor, LLC, Intersil Europe SaRL, and Intersil Holding GmBH** (collectively, the "**Intersil Affiliates**"), each a creditor and party-in-interest, hereby appears in the above-captioned matter by its counsel Epstein Becker & Green, P.C. and requests, pursuant to sections 102(1), 342 and 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that any and all notices given or required to be given in this case to any of the Intersil Affiliates and all papers served or required to be served in this case on any of the Intersil Affiliates, be delivered and served upon the following:

Epstein Becker & Green, P.C.
<u>Attn</u>:   Wendy G. Marcari, Esq.
Stephanie Lerman, Esq.
250 Park Avenue

New York, New York 10177
Telephone: (212) 351-4500
Facsimile: (212) 878-8600
E-mail: wmarcari@ebglaw.com
slerman@ebglaw.com

- and –

Epstein Becker & Green, P.C.
<u>Attn</u>. David B. Tatge, Esq.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
Telephone: (202) 861-0900
Facsimile: (202) 296-2882
E-Mail: dtatge@ebglaw.com

-and-

Intersil Corporation
<u>Attn:</u> Douglas Balog
<u>Attn:</u> Paul Bernkopf
1650 Robert J. Conlan Blvd, NE
m/s 62B198
Palm Bay, FL 32905

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (*e.g.*, Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of the Intersil Affiliates' rights or interests, including, without limitation, any disclosure statements and plans filed under Chapter 11 of the Bankruptcy Code or amendments thereto, and any other documents with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest, as filed in these bankruptcy cases. *The undersigned also requests*

2

*that the above-referenced names and corresponding addresses be added to the mailing matrix for the Debtors in these bankruptcy cases.*

**PLEASE TAKE FURTHER NOTICE,** that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**"), nor any other appearances, pleadings, proofs of claims, claims or suits filed by any of the Intersil Affiliates shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 16, 2011
       New York, New York

EPSTEIN BECKER & GREEN, P.C.

By:    /s/ Wendy G. Marcari
     Wendy G. Marcari, Esq.
     250 Park Avenue
     New York, New York 10177
     Telephone: (212) 351-4500
     Facsimile: (212) 878-8600

*Counsel to Intersil Communications, Inc., f/k/a Intersil Investment Company, Xicor, LLC, Intersil Europe SaRL, and Intersil Holding GmBH*