# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OZ Special Master Fund, Ltd. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OZ Special Master Fund, Ltd.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
 Attn: Sean Foronjy
Alison McDevitt
Alexander Kholodny

Court Claim # (if known): 10223

Amount of Claim Transferred: $2,781,550.00

Date Claim Filed: September 3, 2009

Phone:
Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ Special Master Fund, Ltd.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____    Date: 12/14/11
Name: Joel Frank
Title: Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

513-254/COURT/3300481.1

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 10223 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Goldman Sachs Lending Partners LLC | OZ Special Master Fund, Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br><br>Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>200 West Street<br>New York, NY 10282-2198<br>Attn: Lauren Day<br>Email: gsd.link@gs.com<br>Tel: 212-934-3921 | Address of Transferee:<br><br>OZ Special Master Fund, Ltd.<br>c/o Och-Ziff Capital Management Group<br>9 West 57th Street, 13th Floor<br>New York, NY 10019<br>Attn: Sean Foronjy<br>Alison McDevitt<br>Alexander Kholodny<br>Email: noticesbankdebtozcap.com<br>Fax: +1 212 790 0050<br>Name: Sean Foronjy<br>Telephone: + 646 826 5736<br>Name: Alison McDevitt<br>Telephone: + 646 826 5773<br>Name: Alexander Kholodny<br>Telephone: + 646 526 4510 |

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                  CLERK OF THE COURT

513-254/COURT/3300481.1

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
In re Lehman Brothers Special Financing Inc., Debtor　　Case No. 08-13888(JMP)

To the Debtors and the Bankruptcy Court:

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| OZ Special Master Fund, Ltd. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OZ Special Master Fund, Ltd.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
Attn: Sean Foronjy
Alison McDevitt
Alexander Kholodny

Court Claim # (if known): 10223
Amount of Claim: $2,781,550.00
Date Claim Filed: September 3, 2009
Debtor: Lehman Brothers Special Financing Inc.
Phone: _____
Last Four Digits of Acct. #: _____

685593v.6 153/06165　　　　　15

Email: noticesbankdebt@ozcap.com
Fax: +1 212 790 0050

Name: Sean Foronjy
Telephone: +1 646 826 5736

Name: Alison McDevitt
Telephone: +1 646 826 5773

Name: Alexander Kholodny
Telephone: +1 646 526 4510


Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ Special Master Fund, Ltd.
By: OZ Management LP, its Investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____ Date: _____
Transferee/Transferee's Agent Name: Joel Frank
Title: Chief Financial Officer

By: _____ Date: _____
Transferor/Transferor's Agent

**Frank Garofalo**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.