# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Raytheon Savings and Investment Plan Trust

**Raytheon Savings and Investment Plan Trust**, having offices located at c/o Fidelity Management Trust Company, 82 Devonshire Street V7D, Boston, MA 02109 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,253,746.72 of Claim No. 67507 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16 day of December, 2011.

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

**Raytheon Savings and Investment Plan Trust**

By:_____

Name: Rachel Tyler
Title: Senior Vice President of Fidelity Management Trust Company and not individually, as directed trustee of the Raytheon Savings and Investment Plan
Tel.:_____

WITNESS:

_/s/ Alexander Wilk_____
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**

By:_/s/_____
(Signature of authorized corporate officer)

Name:____Peter Schoepe____
Title:____Authorized Signatory____
Tel.:_____

11

PIMCO Raytheon AOC (3).docx

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Raytheon Savings and Investment Plan Trust

**Raytheon Savings and Investment Plan Trust**, having offices located at c/o Fidelity Management Trust Company, 82 Devonshire Street V7D, Boston, MA 02109 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,253,746.72 of Claim No. 67507 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16 day of December, 2011.

WITNESS:
_____
(Signature)
Name: Mark Basiliere
Title: Custody Bank Relationship manager
(Print name and title of witness)

**Raytheon Savings and Investment Plan Trust**
By: _____
Name: Rachel Tyler
Title: Senior Vice President of Fidelity Management Trust Company and not individually, as directed trustee of the Raytheon Savings and Investment Plan
Tel.: 617-563-9324

WITNESS:
_____
(Signature)
Name: _____
Title: _____
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**
By: _____
(Signature of authorized corporate officer)
Name: _____
Title: _____
Tel.: _____

11

PIMCO Raytheon AOC (3).docx

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Raytheon Savings and Investment Plan Trust

**Raytheon Savings and Investment Plan Trust**, having offices located at c/o Fidelity Management Trust Company, 82 Devonshire Street V7D, Boston, MA 02109 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,253,746.72 of Claim No. 67506 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16 day of December, 2011.

**Raytheon Savings and Investment Plan Trust**

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name Name: Rachel Tyler
Title: Senior Vice President of Fidelity Management Trust Company and not individually, as directed trustee of the Raytheon Savings and Investment Plan
Tel.:_____

**JPMorgan Chase Bank, N.A.**

WITNESS:
_[signature]_
(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: _[signature]_
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.:_____

10

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Raytheon Savings and Investment Plan Trust

**Raytheon Savings and Investment Plan Trust**, having offices located at c/o Fidelity Management Trust Company, 82 Devonshire Street V7D, Boston, MA 02109 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,253,746.72 of Claim No. 67506 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16 day of December, 2011.

WITNESS:

_____
(Signature)

Name: Mark Brothers
Title: Cstal Bank Rollsta Major
(Print name and title of witness)

Raytheon Savings and Investment Plan Trust

By: _____
(Signature of authorized corporate officer)

Name Name: Rachel Tyler
Title: Senior Vice President of Fidelity Management Trust Company and not individually, as directed trustee of the Raytheon Savings and Investment Plan
Tel.: 617-563-9324

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

10

PIMCO Raytheon AOC (3).docx