WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter Gruenberger, Esq.
Richard L. Levine, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

**DECLARATION OF MEREDITH PARENTI IN SUPPORT OF DEBTOR'S
MOTION FOR SANCTIONS**

Pursuant to 28 U.S.C. § 1746, I, Meredith Parenti declare:

1. I am an associate with the law firm of Weil, Gotshal & Manges LLP, counsel for Debtor Lehman Brothers Financial Products Inc. ("LBFP") in the above-captioned jointly administered bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors in possession. I submit this declaration in support of LBFP's November 30, 2011, Motion for Sanctions [Docket No. 22817] (the "Motion").

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3. Exhibit K is a true and complete copy of the October 22, 2008 letter sent on behalf of Counterparty I (as defined in the Motion) designating an Early Termination Date in respect of all transactions under the Counterparty I Master Agreement.

4. Exhibit L is a true and complete copy of the October 22, 2008 letter sent on behalf of Counterparty II (as defined in the Motion) designating an Early Termination Date in respect of all transactions under the Counterparty II Master Agreement.

5. Exhibit M is a true and complete copy of the Noteholder Report Relating to the Payment Date: October 17, 2011 for the Counterparty I transaction.

6. Exhibit N is a true and complete copy of the Payment Date Report Relating to the Payment Date: June 15, 2011 for the Counterparty II transaction.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2011.

                                            */s/ Meredith Parenti*
                                            Meredith B. Parenti
                                            WEIL, GOTSHAL & MANGES LLP
                                            1300 I Street, N.W.
                                            Suite 900
                                            Washington, D.C. 20005
                                            Telephone. (202 682 7133