**RECEIVED DEC 16 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re: Lehman Brothers Holding Inc., et al.

                            Debtor
------------------------------------------------------x

                            Plaintiff

                            v.

                            Defendant
------------------------------------------------------x

Case No.: 08-13555

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lawrence A. Katz, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent The United Company, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Virginia and Maryland and, if applicable, the bar of the U.S. District Court for the Eastern District of Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/14/11
New York, New York

*[signature]*

Mailing Address:
Leach Travell Britt pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
E-mail address: lkatz@ltblaw.com
Telephone number: (703) 584-8362