**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 16th day of December, 2011, I caused to be served a true copy of **The JPM Funds' Response to Lehman Brothers Holdings Inc.'s and Creditors Committee's Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims)** upon those parties listed on the annexed Service List as indicated thereon.

/s/Patricia A. Wright
Patricia A. Wright

Sworn to before me this
19th day of December, 2011

/s/Karen A. Galione
Notary Public, State of New York
No. 01GA4976689
Qualified in Kings County
Commission Expires January 22, 2015

A/74655196.1

# SERVICE LIST

## Hand Delivery

Weil, Gotshal & Manges LLP
Attn: Lori R. Fife, Esq.
767 Fifth Avenue
New York, NY 10153

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Joesph D. Pizzurro, Esq.
101 Park Avenue
New York, NY 10178-0061

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: L.P. Harrison 3rd, Esq.
101 Park Avenue
New York, NY 10178-0061

Office of the U.S. Trustee
Attn: Elisabeth Gasparini, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn: Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

## Overnight Express Mail

Quinn Emanuel Urquhart & Sullivan LLP
Attn: John B. Quinn
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003

Quinn Emanuel Urquhart & Sullivan LLP
Attn: Erica Taggart
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003

A/74655196.1