**Hearing Date:** January 11, 2012 at 10:00 A.M. EST
**Objection Deadline:** January 4, 2012 at 4:00 PM EST

Duncan E. Barber *(Pro Hac Vice Motion Pending)* (Colo. Bar No. 16768)
Steven T. Mulligan (Colo. Bar # 19901)
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711
Email:  dbarber@bsblawyers.com
Email:  smulligan@bsblawyers.com

Attorneys for Movants

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.<br>and LB ROSE RANCH LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

## NOTICE OF AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that a hearing on the attached motion and its supporting exhibits (the "Motion") to permit Movants[1] to (1) assert cross-claims against the Debtors when the Debtors are joined as defendants in a pending Colorado state court suit pursuant to the Stipulation, Agreement and Order Among Lehman Brothers Holdings Inc., LB Rose Ranch LLC, PAMI Statler Arms LLC and Certain Colorado Plaintiffs Providing for Limited

---

[1] The Movants are Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, and Ironbridge Aspen Collection, LLC (collectively, the "Ironbridge Movants"), as well as Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen (collectively with the Ironbridge Movants, the "Movants").

1

197522

Relief from the Automatic Stay approved by the Court on November 18, 2011 (the "Colorado Stay Relief Order," Dkt. #22336); and (2) assert claims against LB Rose Ranch, LLC, ("LBRR"), and against Lehman Brothers Holdings, Inc. ("LBHI", which together with LBRR are collectively, the "Debtors") in a state law civil action recently filed in the District Court for Garfield County, State of Colorado, in November 2011 but which has not yet been served (the "Colorado Contract Lawsuit"), all as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), at One Bowling Green, New York, New York 10004-1408 on **January 11, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038, Attn: Kenneth Pasquale, Esq., attorneys for Walwilhal; (iii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq.,

2

197522

attorneys for the Debtors; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., B Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and (v) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases, so as to be so filed and received by no later than **January 4, 2012 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the date of the Hearing may be adjourned to a future date and or time in open court without further notice.

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested therein shall be deemed unopposed, and may be granted by the Bankruptcy Court without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and that failure to appear may result in relief being granted or denied upon default.

Dated:   December 19, 2011
        Denver, Colorado

BIEGING SHAPIRO & BARBER LLP

By: */s/ Duncan E. Barber*
Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 South Ulster St. Parkway, Suite 1650
Denver, CO  80237
Telephone:  (720) 488-0220
Fax:  (720) 488-7711
E-mail dbarber@bsblawyers.com

Attorneys for Movants

197522