Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :    Case No. 08-13555 (JMP)
:
Debtor.                                               :    Jointly Administered
:
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Duncan E. Barber, a member in good standing of the bar of the State of Colorado and admitted to practice before the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado, hereby request admission, *pro hac vice*, before the Honorable James M. Peck, U.S.B.J., to represent Ironbridge Mountain Cottages, LLC, Ironbridge Homes, LLC, Ironbridge Aspen Collection, LLC, Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen and to otherwise appear in connection with the above referenced Chapter 11 cases and any related pleadings.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

00197538.DOC

Dated: December 19, 2011; Denver, Colorado

/s/ Duncan E. Barber
Duncan E. Barber
Bieging Shapiro & Barber LLP
4582 S Ulster Street Pkwy, Suite 1650
Denver, Colorado  80237
Tel.    720-488-0220
Fax.   720-488-7711
Email  dbarber@bsblawyers.com