Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtor. | : | Jointly Administered |
| | : | |

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF DUNCAN E. BARBER

Upon the motion of Duncan E. Barber, to be admitted *pro hac vice*, to represent Ironbridge Mountain Cottages, LLC, Ironbridge Homes, LLC, Ironbridge Aspen Collection, LLC, Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen in this bankruptcy proceeding; it is hereby

**ORDERED,** that Duncan E. Barber is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
_____, \_\_\_\_, 2011

_____
UNITED STATES BANKRUPCY JUDGE

95599