**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                           :   Chapter 11
                                                                :
                                                                :   Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :
       Debtors.                                                 :   (Jointly Administered)
                                                                :
                                                                :   Ref. Docket Nos. 23186-23188
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2011, I caused to be served the:

   a. "Notice of Withdrawal of Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) as to Certain Claimants," dated December 9, 2011 [Docket No. 23186], (the "176th Omni NOW"),

   b. "Notice of Withdrawal of Debtors' One Hundred Eighty-Sixth Omnibus Objection to Claims (Misclassified Claims) as to Certain Claimants," dated December 9, 2011 [Docket No. 23187], (the "186th Omni NOW"), and

   c. "Notice of Withdrawal of Debtors' Two Hundred Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claim," dated December 9, 2011 [Docket No. 23188], (the "204th Omni NOW"),

   by causing true and correct copies of the:

   i. 176th Omni NOW, 186th Omni NOW and 204th Omni NOW, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. 176th Omni NOW, 186th Omni NOW and 204th Omni NOW, to be delivered via facsimile to the party listed on the annexed Exhibit B,

   iii. 176th Omni NOW, 186th Omni NOW and 204th Omni NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv. 176th Omni NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v. 186th Omni NOW, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit E</u>, and

vi. 204th Omni NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ <i>Pete Caris</i><br>
Pete Caris

Sworn to before me this
15th day of December, 2011
<i>/s/ Cassandra Murray</i>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | atrehan@mayerbrown.com |
| abeaumont@fklaw.com | aunger@sidley.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com |
| acaton@kramerlevin.com | avenes@whitecase.com |
| acker@chapman.com | azylberberg@whitecase.com |
| adam.brezine@hro.com | bankr@zuckerman.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com |
| afriedman@irell.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us |
| agold@herrick.com | bdk@schlamstone.com |
| agoldstein@tnsj-law.com | bguiney@pbwt.com |
| ahammer@freebornpeters.com | bill.freeman@pillsburylaw.com |
| aisenberg@saul.com | bkmail@prommis.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmerrill@susmangodfrey.com |
| akornikova@lcbf.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bstrickland@wtplaw.com |
| anann@foley.com | btrust@mayerbrown.com |
| andrew.brozman@cliffordchance.com | bturk@tishmanspeyer.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com |
| angelich.george@arentfox.com | bzabarauskas@crowell.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | calbert@reitlerlaw.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apo@stevenslee.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| araboy@cov.com | cbrotstein@bm.net |
| arahl@reedsmith.com | ceskridge@susmangodfrey.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com |
| ashmead@sewkis.com | christopher.schueller@bipc.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com

israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| jjoyce@dresslerpeters.com | jweiss@gibsondunn.com |
| jjtancredi@daypitney.com | jwest@velaw.com |
| jjureller@klestadt.com | jwh@njlawfirm.com |
| jkehoe@btkmc.com | karen.wagner@dpw.com |
| jlamar@maynardcooper.com | kdwbankruptcydepartment@kelleydrye.com |
| jlawlor@wmd-law.com | keckhardt@hunton.com |
| jlee@foley.com | keith.simon@lw.com |
| jlevitin@cahill.com | ken.coleman@allenovery.com |
| jlipson@crockerkuno.com | ken.higman@hp.com |
| jlovi@steptoe.com | kerry.moynihan@hro.com |
| jlscott@reedsmith.com | kgwynne@reedsmith.com |
| jmaddock@mcguirewoods.com | kiplok@hugheshubbard.com |
| jmakower@tnsj-law.com | kkelly@ebglaw.com |
| jmazermarino@msek.com | kkolbig@mosessinger.com |
| jmcginley@wilmingtontrust.com | klyman@irell.com |
| jmelko@gardere.com | kmayer@mccarter.com |
| jmerva@fult.com | kobak@hugheshubbard.com |
| jmmurphy@stradley.com | korr@orrick.com |
| jmr@msf-law.com | kovskyd@pepperlaw.com |
| jnadritch@olshanlaw.com | kpiper@steptoe.com |
| jnm@mccallaraymer.com | kressk@pepperlaw.com |
| john.monaghan@hklaw.com | kreynolds@mklawnyc.com |
| john.rapisardi@cwt.com | krosen@lowenstein.com |
| jorbach@hahnhessen.com | kuehn@bragarwexler.com |
| joseph.cordaro@usdoj.gov | kurt.mayr@bgllp.com |
| joshua.dorchak@bingham.com | lacyr@sullcrom.com |
| jowen769@yahoo.com | landon@streusandlandon.com |
| jowolf@law.nyc.gov | lapeterson@foley.com |
| joy.mathias@dubaiic.com | lathompson@co.sanmateo.ca.us |
| jpintarelli@mofo.com | lberkoff@moritthock.com |
| jporter@entwistle-law.com | lee.stremba@troutmansanders.com |
| jprol@lowenstein.com | lgranfield@cgsh.com |
| jrabinowitz@rltlawfirm.com | lhandelsman@stroock.com |
| jrsmith@hunton.com | linda.boyle@twtelecom.com |
| jschwartz@hahnhessen.com | lisa.ewart@wilmerhale.com |
| jsheerin@mcguirewoods.com | lisa.kraidin@allenovery.com |
| jshickich@riddellwilliams.com | ljkotler@duanemorris.com |
| jsmairo@pbnlaw.com | lmarinuzzi@mofo.com |
| jstoll@mayerbrown.com | lmay@coleschotz.com |
| jsullivan@mosessinger.com | lmcgowen@orrick.com |
| jtimko@shutts.com | lml@ppgms.com |
| jtougas@mayerbrown.com | lnashelsky@mofo.com |
| judy.morse@crowedunlevy.com | loizides@loizides.com |
| jwallack@goulstonstorrs.com | lromansic@steptoe.com |
| jwang@sipc.org | lscarcella@farrellfritz.com |
| jwcohen@daypitney.com | lschweitzer@cgsh.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| lsilverstein@potteranderson.com | miller@taftlaw.com |
| lthompson@whitecase.com | mimi.m.wong@irscounsel.treas.gov |
| lubell@hugheshubbard.com | mitchell.ayer@tklaw.com |
| lwhidden@salans.com | mjacobs@pryorcashman.com |
| mabrams@willkie.com | mjedelman@vedderprice.com |
| maofiling@cgsh.com | mjr1@westchestergov.com |
| marc.chait@sc.com | mkjaer@winston.com |
| margolin@hugheshubbard.com | mlahaie@akingump.com |
| mark.bane@ropesgray.com | mlandman@lcbf.com |
| mark.deveno@bingham.com | mlichtenstein@crowell.com |
| mark.ellenberg@cwt.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmendez@hunton.com |
| mark.houle@pillsburylaw.com | mmooney@deilylawfirm.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| martin.davis@ots.treas.gov | mneier@ibolaw.com |
| marvin.clements@ag.tn.gov | monica.lawless@brookfieldproperties.com |
| matt@willaw.com | mpage@kelleydrye.com |
| matthew.klepper@dlapiper.com | mparry@mosessinger.com |
| maustin@orrick.com | mpomerantz@julienandschlesinger.com |
| max.polonsky@skadden.com | mprimoff@kayescholer.com |
| mbenner@tishmanspeyer.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mbienenstock@dl.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | mschlesinger@julienandschlesinger.com |
| mcademartori@sheppardmullin.com | mshiner@tuckerlaw.com |
| mccombst@sullcrom.com | msiegel@brownrudnick.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcto@debevoise.com | mspeiser@stroock.com |
| mdahlman@kayescholer.com | mstamer@akingump.com |
| mdorval@stradley.com | mvenditto@reedsmith.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | ncoco@mwe.com |
| metkin@lowenstein.com | neal.mann@oag.state.ny.us |
| mfeldman@willkie.com | ned.schodek@shearman.com |
| mgordon@briggs.com | neilberger@teamtogut.com |
| mgreger@allenmatkins.com | newyork@sec.gov |
| mh1@mccallaraymer.com | nfurman@scottwoodcapital.com |
| mharris@smsm.com | nherman@morganlewis.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.frege@cms-hs.com | nlepore@schnader.com |
| michael.kelly@monarchlp.com | notice@bkcylaw.com |
| michael.kim@kobrekim.com | oipress@travelers.com |
| michael.mccrory@btlaw.com | omeca.nedd@lovells.com |
| michael.reilly@bingham.com | otccorpactions@finra.org |
| millee12@nationwide.com | paronzon@milbank.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| paul.turner@sutherland.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | robertdakis@quinnemanuel.com |
| peter.gilhuly@lw.com | robin.keller@lovells.com |
| peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| peter@bankrupt.com | ross.martin@ropesgray.com |
| pfeldman@oshr.com | rqureshi@reedsmith.com |
| phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| pmaxcy@sonnenschein.com | rrigolosi@smsm.com |
| ppascuzzi@ffwplaw.com | rroupinian@outtengolden.com |
| ppatterson@stradley.com | rrussell@andrewskurth.com |
| psp@njlawfirm.com | rterenzi@stcwlaw.com |
| ptrainguiterrez@kaplanlandau.com | rtrust@cravath.com |
| ptrostle@jenner.com | russj4478@aol.com |
| pwright@dl.com | rwasserman@cftc.gov |
| r.stahl@stahlzelloe.com | rwyron@orrick.com |
| raj.madan@bingham.com | s.minehan@aozorabank.co.jp |
| rajohnson@akingump.com | sabin.willett@bingham.com |
| ramona.neal@hp.com | sabramowitz@velaw.com |
| ranjit.mather@bnymellon.com | sagolden@hhlaw.com |
| raul.alcantar@ropesgray.com | sagrawal@susmangodfrey.com |
| rbeacher@pryorcashman.com | sally.henry@skadden.com |
| rbyman@jenner.com | sandyscafaria@eaton.com |
| rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| relgidely@gjb-law.com | scargill@lowenstein.com |
| rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| rfrankel@orrick.com | schepis@pursuitpartners.com |
| rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| rgmason@wlrk.com | schristianson@buchalter.com |
| rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| richard.levy@lw.com | sdnyecf@dor.mo.gov |
| richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| richard@rwmaplc.com | seichel@crowell.com |
| ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| rjones@boultcummings.com | sfineman@lchb.com |
| rleek@hodgsonruss.com | sfox@mcguirewoods.com |
| rlevin@cravath.com | sgordon@cahill.com |
| rmatzat@hahnhessen.com | sgubner@ebg-law.com |
| rmcneill@potteranderson.com | shannon.nagle@friedfrank.com |
| rnetzer@willkie.com | sharbeck@sipc.org |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com

tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com
sabvanrooy@hotmail.com
mberman@nixonpeabody.com
cdesiderio@nixonpeabody.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

CALHOUN, JOHN W. III
532 PEACHTREE BATTLE AVE, NW
ATLANTA, GA 30305

FORTUNE, JANICE K
4500 PARK COURT
BELLAIRE, TX  77401

# EXHIBIT E

HOLLAND HOME  
C/O DAVID TIESENGA  
2100 RAYBROOK STREET SE  
SUITE 300  
GRAND RAPIDS, MI   49546

**EXHIBIT F**

PENN MUTUAL LIFE INSURANCE COMPANY
ATTN: JOSHUA MYERS
600 DRESHER ROAD, C1A
HORSHAM, PA 19044

SIDLEY AUSTIN LLP
ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA
787 SEVENTH AVENUE
NEW YORK, NY 10019