WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                  :

**In re**                             :        **Chapter 11 Case No.**

                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :      **08-13555 (JMP)**

                                  :

                   **Debtors.**     :      **(Jointly Administered)**

                                  :

-------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON DECEMBER 21, 2011**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

        1.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), filed the following omnibus claims objections (collectively, the "Claims

Objections") with the Court for hearing on December 21, 2011:

(a)    Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16117]**

(b)    Debtors' Two Hundred Thirtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 21721]**

(c)    Debtors' Two Hundred Thirty-First Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 21700]**

(d)    Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 21741]**

2.    In accordance with the Second Amended Case Management Order, the Debtors established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses. The Response Deadlines have been extended for certain creditors from time to time. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.    The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included Exhibit 1 to any of the Orders attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted. Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors, by holders of certain proofs of claim included on the Claims Objections. The hearing on the Claims Objections as to any proof of claim for which a response was either filed on the docket or received by the Debtors, and which objection has not been resolved, has been adjourned to a future date.

2

4.       Accordingly, the Debtors respectfully request that the proposed orders granting the Claims Objections annexed hereto as <u>Exhibits A</u> through <u>E</u>, which, except for the inclusion of additional language to indicate that such order is supplemental to a previously entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: December 20, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A
**(Proposed Order –ECF No. 16117)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                       :       **Chapter 11 Case No.**
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :       **08-13555 (JMP)**
                                             :
                         **Debtors.**       :       **(Jointly Administered)**
-------------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS <u>(VALUED DERIVATIVE CLAIMS)</u>

Upon the one hundred thirty-second omnibus objection to claims, dated

April 18, 2011 (the "<u>One Hundred Thirty-Second Omnibus Objection to Claims</u>"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), pursuant to

section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the

"<u>Procedures Order</u>"), seeking to reduce, reclassify (in certain instances), and allow the

Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are

greater than the fair, accurate, and reasonable values determined by the Debtors after a

review of the claimants' supporting documentation and the Debtors' books and records,

and that the classifications (in certain instances) are improperly identified as secured,

administrative expenses or priority claims on claimants' proofs of claim, all as more fully

described in the One Hundred Thirty-Second Omnibus Objection to Claims; and due and

---

[1]       Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Thirty-Second Omnibus Objection to Claims.

proper notice of the One Hundred Thirty-Second Omnibus Objection to Claims having

been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the

United States Attorney for the Southern District of New York; (vi) the claimants listed on

Exhibit A attached to the One Hundred Thirty-Second Omnibus Objection to Claims; and

(vii) all other parties entitled to notice in accordance with the procedures set forth in the

second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9653]; and it appearing that no

other or further notice need be provided; and upon the resolution of Proof of Claim

number 9287 filed by TIAA Global Markets, Inc.; this claim having been objected to in

Debtors' One Hundred Thirty-Second Omnibus Objection to Claims; and a hearing

having been held on December 21, 2011; the Court having found and determined that the

relief sought in the One Hundred Thirty-Second Omnibus Objection to Claims is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the One Hundred Thirty-Second Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Thirty-Second

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Amount"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

2

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> to the One

Hundred Thirty-Second Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u>

annexed hereto; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TIAA GLOBAL MARKETS, INC. C/O TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ATTN: YVES DENIZE 730 THIRD AVENUE NEW YORK, NY 10017-3206 | 9287 | 08/24/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $15,620,802.90* | Lehman Brothers Derivative Products Inc. | Unsecured | $15,605,588.89 |
| | | | | | TOTAL | $15,620,802.90 | | TOTAL | $15,605,588.89 |

**EXHIBIT B**
**(Proposed Order – ECF No. 21721)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                          :        **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                               :
                         **Debtors.**          :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED THIRTIETH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred thirtieth omnibus objection to claims, dated November 7, 2011 (the "Two Hundred Thirtieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to revalue, reclassify (in certain instances), modify the Debtor entity (in certain instances), and allow the Settled Derivatives Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification and Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as more fully described in the Two Hundred Thirtieth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Thirtieth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Thirtieth Omnibus Objection to Claims.

to the Two Hundred Thirtieth Omnibus Objection to Claims; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases [Docket No.

9635]; and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Two Hundred Thirtieth Omnibus Objection to

Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and

that the legal and factual bases set forth in the Two Hundred Thirtieth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirtieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the Debtor

that is set forth on Exhibit 1 under the column headings *"Modified Amount," "Modified Class,"*

and *"Modified Debtor,"* respectively, *provided that*, the holder of a Settled Derivatives Claim

against both (i) a Debtor based on a derivatives contract and (ii) LBHI based on its guarantee

relating to that derivatives contract may not receive an aggregate recovery in respect of the

Settled Derivatives Claim greater than the applicable *"Modified Amount"*; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due to the

claimant under, in respect of, or related to the applicable derivatives contract and (ii) the Settled

Derivatives Claims shall represent the sole right of the claimant to any distributions from the

applicable Modified Debtor under, in respect of, or related to the applicable derivatives

contracts; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Two Hundred Thirtieth

Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
       New York, New York

       _____
       UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43851547\02\58399.0008

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONAVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 34902 | 09/24/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,310,157.00* | Lehman Brothers Holdings Inc. | Unsecured | $5,200,000.00 |
| 2 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK, NY 10022 | 34903 | 09/24/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,310,157.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $5,200,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 5584 | 07/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,318,289.01* | Lehman Brothers Special Financing Inc. | Unsecured | $3,100,000.00 |
| 4 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: JENNIFER DONOVAN, C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 5585 | 07/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,318,289.01* | Lehman Brothers Holdings Inc. | Unsecured | $3,100,000.00 |
| 5 | BLUE ANGEL CLAIMS LLC TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 6631 | 07/29/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,760,469.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,600,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | BLUE ANGEL CLAIMS LLC TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 6632 | 07/29/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,760,469.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,600,000.00 |
| 7 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 11423 | 09/11/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,520,834.50 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,000,000.00 |
| 8 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 11424 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,520,834.50 | Lehman Brothers Holdings Inc. | Unsecured | $3,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 9 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 30090 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,880,752.01* | Lehman Brothers Holdings Inc. | Unsecured | $10,850,000.00 |
| 10 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 30092 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,378,238.79* | Lehman Brothers Holdings Inc. | Unsecured | $750,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 35431 | 09/28/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $11,880,752.01* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $10,850,000.00 |
| 12 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 35432 | 09/28/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,378,238.79* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $750,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 21369 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,226,337.00 | Lehman Brothers Holdings Inc. | Unsecured | $12,500,000.00 |
| 14 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3634 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,758,653.92 | Lehman Brothers Holdings Inc. | Unsecured | $2,450,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: WATERSTONE MARKET NETURAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3635 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,094,080.49 | Lehman Brothers Special Financing Inc. | Unsecured | $1,900,000.00 |
| 16 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3640 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $510,599.00 | Lehman Brothers Special Financing Inc. | Unsecured | $200,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3642 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,094,080.49 | Lehman Brothers Holdings Inc. | Unsecured | $1,900,000.00 |
| 18 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3647 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $510,599.00 | Lehman Brothers Holdings Inc. | Unsecured | $200,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3649 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $622,082.00 | Lehman Brothers Holdings Inc. | Unsecured | $600,000.00 |
| 20 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3650 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $622,082.00 | Lehman Brothers Special Financing Inc. | Unsecured | $600,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3652 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,758,653.92 | Lehman Brothers Special Financing Inc. | Unsecured | $2,450,000.00 |
| 22 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) C/0 CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3653 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $946,113.09 | Lehman Brothers Holdings Inc. | Unsecured | $700,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | **MODIFIED** | | |
| 23 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 9289 | 08/24/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $16,226,337.00 | **Lehman Brothers Special Financing Inc.** | Unsecured | $12,500,000.00 |
| 24 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) c/o CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3638 | 03/31/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $946,113.09 | **Lehman Brothers Special Financing Inc.** | Unsecured | $700,000.00 |
| 25 | CARGILL, INCORPORATED ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS, MN 55440-5624 | 33135 | 09/22/2009 | **Lehman Brothers Commodity Services Inc.** | Secured Unsecured Subtotal | $4,861,431.17 $2,071,555.90 $6,932,987.07 | **Lehman Brothers Commodity Services Inc.** | Unsecured | $3,411,417.60 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | CARGILL, INCORPORATED ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS, MN 55440-5624 | 33137 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,923,724.66 | Lehman Brothers Holdings Inc. | Unsecured | $3,411,417.60 |
| 27 | CASTLERIGG MASTER INVESTMENTS LTD C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN NEW YORK, NY 10019 | 27311 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $13,904,506.00* | Lehman Brothers Holdings Inc. | Unsecured | $9,055,734.84 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK, NY 10152 | 15160 | 09/17/2009 | Lehman Commercial Paper Inc. | Unsecured | $5,712,681.20* | Lehman Commercial Paper Inc. | Unsecured | $5,298,750.00 |
| | TRANSFERRED TO: C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | | | | | $21,158,078.50* | | | $19,625,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | TRANSFERRED TO: CCP CREDIT ACQUISITION HOLDINGS, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK, NY 10152 | | | | | $15,445,397.30* | | | $14,326,250.00 |
| 29 | CITIZENS NATIONAL BANK ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE, TN 37864 | 11364 | 09/10/2009 | CES Aviation LLC | Unsecured | $781,438.00 | Lehman Brothers Holdings Inc. | Unsecured | $703,294.20 |
| 30 | CITIZENS NATIONAL BANK ANN BOWERS PO BOX 4610 SEVIERVILLE, TN 37864 | 11365 | 09/10/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $781,438.00 | Lehman Brothers Special Financing Inc. | Unsecured | $703,294.20 |
| 31 | CVI GVF (LUX) MASTER S.A.R.L. C/O BRETT STENBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA, MN 55343 | 18279 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,507,401.70 | Lehman Brothers Special Financing Inc. | Unsecured | $22,500,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED - KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3353 | 03/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,227,803.99 | Lehman Brothers Special Financing Inc. | Unsecured | $2,000,000.00 |
| 33 | DEUTSCHE BANK AG ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 14865 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $77,292,982.55* | Lehman Brothers Special Financing Inc. | Unsecured | $50,500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 34 | DEUTSCHE BANK AG LONDON BRANCH ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 14870 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $77,292,982.55* | Lehman Brothers Holdings Inc. | Unsecured | $50,500,000.00 |
| 35 | ENEL S.P.A. ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME, 00198 ITALY | 23594 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $22,115,160.41* | Lehman Brothers Holdings Inc. | Unsecured | $20,650,000.00 |
| 36 | ENEL S.P.A. ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME, 00198 ITALY | 23595 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $22,115,160.41* | Lehman Brothers Special Financing Inc. | Unsecured | $20,650,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 37 | FEDERAL HOME LOAN MORTGAGE CORPORATION ATTN: MARK LANDMAN LANDMAN CORSI BALLAINE & FORD P.C. 120 BROADWAY - 27TH FLOOR NEW YORK, NY 10271 | 33569 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,239,087.33 | Lehman Brothers Special Financing Inc. | Unsecured | $16,394,310.08 |
| 38 | FEDERAL HOME LOAN MORTGAGE CORPORATION ATTN: MARK LANDMAN LANDMAND, CORSI, BALLAINE & FORD P.C. 120 BROADWAY NEW YORK, NY 10271 | 33576 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,239,087.33[1] | Lehman Brothers Holdings Inc. | Unsecured | $16,100,024.63 |
| 39 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 23947 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,635.77 | Lehman Brothers Holdings Inc. | Unsecured | $115,434.40 |

[1] Claim 33576 has been asserted in the amount of $885,839,087.33.  Pursuant to the Two Hundred Thirtieth Omnibus Objection to Claims, only the portion of Claim 33576 asserting a claim totaling $17,239,087.33 in connection with that certain ISDA Master Agreement dated as of February 4, 1993 and related Schedule, Credit Support Annex and related documents and amendments is being reduced to $16,100,024.33 and allowed.  The portion of Claim 33576 that is asserting a claim totaling $868,600,000.00 in connection with that certain Master Commitment dated as of April 26, 2005 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Thirtieth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 33576 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 40 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 24593 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $103,187.74 | Lehman Brothers Special Financing Inc. | Unsecured | $105,378.80 |
| 41 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 24974 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $25,635.77 | Lehman Brothers Special Financing Inc. | Unsecured | $115,434.40 |
| 42 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 24632 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured  Subtotal | Undetermined $52,943,691.00*  $52,943,691.00 | Lehman Brothers Holdings Inc. | Unsecured | $40,000,000.00 |
| 43 | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID, 28050 SPAIN | 67514 | 06/01/2011 | Lehman Brothers Commercial Corporation | Unsecured | $5,547,007.62 | Lehman Brothers Commercial Corporation | Unsecured | $5,132,502.04 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 44 | WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS- ZENTRALBANK BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF, D- 40227 GERMANY | 27836[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $57,183.32* | Lehman Brothers Holdings Inc. | Unsecured | $83,194.65 |
| | | | | | TOTAL | $491,025,469.84 | | TOTAL | $387,081,437.44 |

[2] Claim 27836 has been asserted in the amount of $8,581,852.40.  Pursuant to the Two Hundred Thirtieth Omnibus Objection to Claims, only the portion of Claim 27836 asserting a claim totaling $57,183.32 (as filed, EUR 40,202) against LBHI in connection with that certain ISDA Master Agreement dated as of June 2, 1995 and its related schedules, documents, and confirmations is being increased to $83,194.65 per that certain termination agreement entered into as of May 9, 2011 by and among WGZ Bank AG, Lehman Brothers Special Financing Inc., and LBHI.  The portion of Claim 27836 asserting a claim totaling $2,623,334.89  in connection with that certain ISDA Master Agreement dated as of June 11, 2004 with Lehman Brothers Finance AG and its related Schedule and Credit Support Annex, and the portion of Claim 27836 asserting a claim totaling $5,901,334.12  in connection with certain foreign currency transactions with Lehman Brothers Commercial Corporation, is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Thirtieth Omnibus Objection to Claims, and the Debtors' rights to object to those portions of Claim 27836 are reserved.

# EXHIBIT C
**(Proposed Order – ECF No. 21700)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                          **Debtors.**              :        **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred thirty-first omnibus objection to claims, dated

November 7, 2011 (the "Two Hundred Thirty-First Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking disallowance and expungement of the Settled Derivatives Claims on the grounds

that the Debtors and claimants have agreed that the Settled Derivatives Claims seek

recovery of monies for which the applicable Debtors are not liable, all as more fully

described in the Two Hundred Thirty-First Omnibus Objection to Claims; and due and

proper notice of the Two Hundred Thirty-First Omnibus Objection to Claims having been

provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; (vi) each claimant listed on

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Thirty-First Omnibus Objection to Claims.

Exhibit A attached to the Two Hundred Thirty-First Omnibus Objection to Claims; and

(vii) all other parties entitled to notice in accordance with the procedures set forth in the

second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no

other or further notice need be provided; and the Court having found and determined that

the relief sought in the Two Hundred Thirty-First Omnibus Objection to Claims is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Two Hundred Thirty-First Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirty-First

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Settled Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and

expunged with prejudice to the extent set forth herein; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Two

Hundred Thirty-First Omnibus Objection to Claims with respect to the claims listed on

Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

US_ACTIVE:\43851545\03\58399.0008

basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> annexed to the

Two Hundred Thirty-First Omnibus Objection to Claims that does not appear on <u>Exhibit</u>

<u>1</u> annexed hereto; and it is further

       ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

                                 _____
                                 UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43851545\03\58399.0008

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BERYL FINANCE LIMITED SERIES 2005-2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON, LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26051 | Undetermined | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2005-2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH COPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26052 | Undetermined | Settled Derivatives Claim |
| 3 | BERYL FINANCE LIMITED SERIES 2007-16A C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17470 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | BERYL FINANCE LIMITED SERIES 2007-16A C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17472 | Undetermined | Settled Derivatives Claim |
| 5 | BERYL FINANCE LIMITED SERIES 2007-16B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17469 | Undetermined | Settled Derivatives Claim |
| 6 | BERYL FINANCE LIMITED SERIES 2007-16B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17494 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BERYL FINANCE LIMITED SERIES 2007-17 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 17495 | Undetermined | Settled Derivatives Claim |
| 8 | BERYL FINANCE LIMITED SERIES 2007-17 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 17496 | Undetermined | Settled Derivatives Claim |
| 9 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 29369 | $67,708.00* | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 10 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 29370 | $67,708.00* | **Settled Derivatives Claim** |
| 11 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C PEDONE AMANDA D. DARWIN NIXON PEABODY BOSTON, MA 02110 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 18528 | Undetermined | **Settled Derivatives Claim** |
| 12 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C. PEDONE AMANDA D. DARWIN NIXON PEABOND LLP BOSTON, MA 02110 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 18529 | Undetermined | **Settled Derivatives Claim** |
| 13 | LANDESBANK HESSEN-THURINGEN GIROZENTRAL TRANSFEROR: UBS AG, LONDON BRANCH ATTN: FLORIAN JOSEPH/UDO KOLPIN BONIFACIUSSTRASSE 16 ERFURT, 99084 GERMANY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 13877 | $5,770,456.94* | **Settled Derivatives Claim** |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | LANDESBANK HESSEN-THURINGEN GIROZENTRAL TRANSFEROR: UBS AG, LONDON BRANCH ATTN: FLORIAN JOSEPH/UDO KOLPIN BONIFACIUSSTRASSE 16 ERFURT, 99084 GERMANY | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/16/2009 | 13906 | $5,770,456.94* | Settled Derivatives Claim |
| 15 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23945 | $67,824.84 | Settled Derivatives Claim |
| 16 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23946 | $28,467.91 | Settled Derivatives Claim |
| 17 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 24908 | $28,467.91 | Settled Derivatives Claim |
| 18 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 24909 | $67,824.84 | Settled Derivatives Claim |
| 19 | MERCHANTIL COMMERCEBANK, N.A. 3105 NW 107TH AVE., 6TH FLOOR MIAMI, FL 33172-2136 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 02/04/2009 | 2570 | $235,998.00 | Settled Derivatives Claim |
| 20 | MERCHANTIL COMMERCEBANK, N.A. 3105 NW 107TH AVE. 6TH FLOOR MIAMI, FL 33172-2136 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 01/09/2009 | 4497 | $235,998.00 | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | ONYX FUNDING LIMITED - SERIES 2008-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17984 | Undetermined | Settled Derivatives Claim |
| 22 | ONYX FUNDING LIMITED- SERIES 2008-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17985 | Undetermined | Settled Derivatives Claim |
| 23 | ROSSLYN INVESTORS I LLC ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD ST., 37TH FLOOR NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 19652 | $5,251,776.04* | Settled Derivatives Claim |
| 24 | ROSSLYN INVESTORS I, LLC ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD, 37TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 19651 | $5,251,776.04* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | SAPHIR FINANCE PLC SERIES 2005-11 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22055 | Undetermined | Settled Derivatives Claim |
| 26 | SAPHIR FINANCE PLC SERIES 2005-11 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22056 | Undetermined | Settled Derivatives Claim |
| 27 | ST JOSEPH'S/CANDLER HEALTH SYSTEM, INC ATTN: VICE PRESIDENT AND CHIEF FINANCIAL OFFICER 5353 REYNOLDS STREET SAVANNAH, GA 31405 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32401 | Undetermined | Settled Derivatives Claim |
| 28 | TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP ATTN: CAROL LEE 450 PARK AVENUE NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/12/2009 | 37333 | $61,603,017.82* | Settled Derivatives Claim |
| 29 | TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP ATTN: CAROL LEE 450 PARK AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37335 | $61,603,017.82* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32863 | Undetermined | Settled Derivatives Claim |
| 31 | ZIRCON FINANCE LIMITED SERIES 2007-10 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25993 | Undetermined | Settled Derivatives Claim |
| 32 | ZIRCON FINANCE LIMITED SERIES 2007-10 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCE CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, EN UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25994 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $146,050,499.10 | |

EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MSMM FUNDS PLC GLOBAL BOND (EURO HEDGED) FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30858 | $3,406.56 | Settled Derivatives Claim |
| 2 | POLARIS INVESTMENT SA POLARIS FUND GED GLOBAL BOND TOTAL REF. III ATTN: FRANCESCO GENTILONI SKVERI, MANAGING DIRECTOR 5, ALLEE SCHEFFER , L-2520 LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14296 | $95,342.24 | Settled Derivatives Claim |
| | | | | | TOTAL | $98,748.80 | |

# EXHIBIT D
**(Proposed Order – ECF No. 21741)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :          **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :          **08-13555 (JMP)**
                                                         :
                         **Debtors.**                    :          **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred thirty-third omnibus objection to claims, dated November 8, 2011 (the "Two Hundred Thirty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the Two Hundred Thirty-Third Omnibus Objection to Claims; and due and proper notice of the Two Hundred Thirty-Third Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Thirty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims.

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Thirty-Third Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Thirty-Third Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to January 26, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Thirty-Third Omnibus Objection to Claims

with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that the Debtors have adjourned to February 22, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Thirty-Third Omnibus Objection to Claims

with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1, Exhibit 2, and Exhibit 3 annexed hereto; and it

is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Thirty-Third Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it

is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

                                       _____
                                       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A.M. MCGREGOR ATTN: PRESIDENT & CEO 14900 PRIVATE DRIVE EAST CLEVELAND, OH 44112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15638 | Undetermined | No Liability Claim |
| 2 | A.M. MCGREGOR 14900 PRIVATE DRIVE EAST CLEVELAND, OH 44112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15639 | Undetermined | No Liability Claim |
| 3 | AVIVA INVESTORS NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST TO AVQUAEST CAPITAL MASTER FUND, LTD. ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/19/2011 | 67636 | $0.00 | No Liability Claim |
| 4 | CAMERON MCKINNEY LLC C/O LEHMAN BROTHERS REAL EASTATE PARTNERS II LP ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28851 | Undetermined | No Liability Claim |
| 5 | CAMERON MCKINNEY LLC A/C REPE LBREP III LLC ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28852 | Undetermined | No Liability Claim |
| 6 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BARING EMERGING MARKETS DEBT FUND ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29340 | $5,585.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | GABRIEL CAPITAL, L.P. 450 PARK AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15125 | $8,542,177.00 | No Liability Claim |
| 8 | HOKKAIDO INTL AIRLINES CO., LTD. ATTN: YOSHIKAZU OYAUCGI, EXECUTIVE MANAGING DIRECTOR NISHI 2-CHOME 9 KITA 1-JO CHUO KU SAPPORO HOKKAIDO, 060-0001 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22944 | $934,058.01 | No Liability Claim |
| 9 | LEHMAN BROTHERS OFFSHORE PARTNERS LTD. TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC 1271 AVENUE OF THE AMERICAS, 38TH FLOOR ATTN: ASHVIN RAO NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24609 | $14,531.86* | No Liability Claim |
| 10 | LEHMAN BROTHERS OFFSHORE PARTNERS LTD. TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC 1271 AVENUE OF THE AMERICAS, 38TH FLOOR ATTN: ASHVIN RAO NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24611 | $14,531.86* | No Liability Claim |
| 11 | M. STEVEN SEMBLER AND SANDRA C. SEMBLER, TENANTS BY ENTIRETY 1511 N. WESTSHORE BLVD., SUITE 300 TAMPA, FL 33615 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33251 | $824,000.00 | No Liability Claim |

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 12 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O COLLEEN A MURPHY ESQ MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30549 | Undetermined | No Liability Claim |
| 13 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O COLLEEN A. MURPHY, ESQ. MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31092 | Undetermined | No Liability Claim |
| 14 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P. C. ATTN: COLLEEN A. MURPHY, ESQ. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31920 | Undetermined | No Liability Claim |
| 15 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO, P.C. ATTN: COLLEEN A. MURPHY, ESQ. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32319 | $807,304.81* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | ONDERLINGE WAARBORGMAATSCHAPPIJ CENTRALE ZORGVERZEKERAARS GROEP, ZORGVERZEKERAAR U.A. (""CZ"") ATTN: MASCHA VERHOEVEN RINGBAAN WEST 236 POSTBUS 90152 5000 LD TILBURG, 5038 KE NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31544 | $188,056.71* | No Liability Claim |
| 17 | PICERNE DEVELOPMENT CORP OF FLORIDA ATTN: RICHARD HALEY C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS, FL 32714 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8541 | $1,080.00 | No Liability Claim |
| 18 | PRIMUS TELECOMMUNICATIONS CANADA INC 5343 DUNDAS STREET W., SUITE 400 TORONTO, ON M9B 6K5 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14708 | $1,332,065.25* | No Liability Claim |
| 19 | PRIMUS TELECOMMUNICATIONS CANADA INC 5343 DUNDAS STREET W., SUITE 400 TORONTO, ON M9B 6K5 CANADA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14709 | $1,332,065.25* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A3 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25918 | Undetermined | No Liability Claim |
| 21 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A3 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25919 | Undetermined | No Liability Claim |
| 22 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25916 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 25917 | Undetermined | No Liability Claim |
| 24 | SBA COMMUNICATIONS CORPORATION C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON, MA 02116 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 22612 | $49,566,165.00 | No Liability Claim |
| 25 | STICHTING PENSIOENFONDS ABP C/O APG ASSET MANAGEMENT US INC ATTN: MARK SINGER 666 THIRD AVE, SECOND FLOOR NEW YORK, NY 10017 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 21963 | $13,765,430.00* | No Liability Claim |
| 26 | THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-15 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14606 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43963 | $502,244.11 | No Liability Claim |
| 28 | VANGUARD U.S. FUTURES FUND, A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16709 | $302,960.74 | No Liability Claim |
| 29 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 33087 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $78,132,255.60 | |

EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON, MA 02116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21852 | $22,635,513.41 | No Liability Claim |
| 2 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23644 | Undetermined | No Liability Claim |
| 3 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23645 | Undetermined | No Liability Claim |
| 4 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/16/2009 | 65580 | $13,423,051.72* | No Liability Claim |
| 5 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65581 | $13,423,051.72* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | EVERGREEN SOLAR, INC. ATTN: CHRISTIAN M. EHRBAR 138 BARTLETT STREET MARLBOROUGH, MA 01752 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28006 | Undetermined | No Liability Claim |
| 7 | EVERGREEN SOLAR, INC. ATTN: CHRISTIAN M. EHRBAR 138 BARTLETT STREET MARLBOROUGH, MA 01752 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28007 | Undetermined | No Liability Claim |
| 8 | INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE, TN 37205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24608 | $128,547.88* | No Liability Claim |
| 9 | JENNERS POND C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD, PA 19004-1725 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 34298 | $826,841.00 | No Liability Claim |
| 10 | JENNERS POND ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD, PA 19004-1725 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34299 | $826,841.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | MAGNETAR CONSTELLATION MASTER FUND LTD MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON, IL 60201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12700 | $20,130,595.00 | No Liability Claim |
| 12 | MAGNETAR CONSTELLATION MASTER FUND, LTD C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON, IL 60201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/15/2009 | 12722 | $20,130,595.00 | No Liability Claim |
| 13 | PRIMUS CLO I LTD C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-2002 CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 01/30/2009 | 2282 | $8,400,000.00* | No Liability Claim |
| 14 | PRIMUS CLO I LTD C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-2002 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2283 | $8,400,000.00* | No Liability Claim |
| 15 | SMURFIT KAPPA ACQUISITIONS F/K/A JSG ACQUISITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL DUBLIN, 4 IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15914 | $567,457.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | SOUTHERN PACIFIC SECURITIES 05-1 PLC C/O CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON, EC4N 7HE UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28740 | $86,513.76* | No Liability Claim |
| 17 | SOUTHERN PACIFIC SECURITIES 05-1 PLC CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON, EC4N 7HE UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28828 | $86,513.76* | No Liability Claim |
| 18 | TUDOR BVI GLOBAL PORTFOLIO L.P., THE TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH, CT 06831 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 27668 | $299,947.80* | No Liability Claim |
| 19 | TURKIYE SINAI KALKINMA BANKASI AS ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL, TURKEY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 15806 | $1,127,080.00* | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | **ZWINGER OPCO 6BV C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM, 1077 XX NETHERLANDS** | **08-13555 (JMP)** | **Lehman Brothers Holdings Inc.** | **09/22/2009** | **26679** | **$1,262,060.00\*** | **No Liability Claim** |
| | | | | | TOTAL | $111,754,609.05 | |

EXHIBIT 3

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANK SARASIN & CO LTD C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22808 | $578,051.03 | No Liability Claim |
| 2 | BANK SARASIN & CO LTD C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22809 | $200,947.86 | No Liability Claim |
| 3 | BANK SARASIN & CO LTD C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22810 | $260,123.69 | No Liability Claim |
| 4 | BANK SARASIN & CO LTD C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22811 | $578,051.03 | No Liability Claim |
| 5 | BANK SARASIN & CO LTD C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH, SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22957 | $200,947.86 | No Liability Claim |
| | | | | | TOTAL | $1,818,121.47 | |

* - Indicates claim contains unliquidated and/or undetermined amounts