WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                          :
**In re**                                                 :          **Chapter 11**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :          **Case No. 08-13555 (JMP)**
                                                          :
                                    **Debtors.**          :          **(Jointly Administered)**
                                                          :
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON DECEMBER 21, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        Alexander Hamilton U.S. Custom House, before the Honorable, James
                        M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
                        Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

    1.    Debtors' Objection to the Claim of Wilmington Trust Company as Indenture
        Trustee (Claim No. 10082) **[ECF No. 20510]**

        Response Deadline:   November 23, 2010 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

            A.    Affidavit Declaration of Julie J. Becker in Connection with
                  Debtors' Objection **[ECF No. 23205]**

            B.    Order Granting Debtors' Objection to the Claim of Wilmington
                  Trust Company as Indenture Trustee (Claim No. 10082) **[ECF No.
                  22837]**

Status:  This matter is going forward on an uncontested basis as to the structured securities portion of the Wilmington Claim.

2. Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 16867]**

   Response Deadline:    June 15, 2011 at 4:00 p.m.

   Adjourned Responses:  See  Exhibit 1.

   Related Documents:    None.

   Status:  This matter is going forward on an uncontested basis solely with respect to Claim Nos. 67043 and 27789.  All over claims listed on Exhibit 1 have been adjourned to February 22, 2012 at 10:00 a.m.

3. Debtors' Motion for Authorization to Implement the Defense Costs Fund **[ECF No. 22647]**

   Response Deadline:    December 7, 2011 at 4:00 p.m. (extended for certain parties)

   Resolved Response:

   A. Objection of Official Committee of Unsecured Creditors **[ECF No. 23178]**

   Related Document:

   B. Debtors' Reply to Objection of the Official Committee of Unsecured Creditors **[ECF No. 23213]**

   Status:  This matter is going forward uncontested as the above response has been resolved.

## II.    **CONTESTED MATTERS:**

4. Application of the Debtors for Authorization to Employ and Retain Gleacher & Company Securities, Inc. as Financial Advisor Effective as of February 17, 2011 **[ECF No. 22520]**

   Response Deadline:    December 6, 2011 at 11:00 a.m. (extended for certain parties)

   Responses Received:

   A. Objection of United States Trustee **[ECF No. 23161]**

      B.     Objection Of Official Committee Of Unsecured Creditors **[ECF No. 23177]**

Related Documents:  None.

Status:  This matter is going forward.

5.    Archstone LB Syndication Partner LLC, et al. v. Banc of America Strategic Ventures, Inc. et al. **[Adversary Case No. 11-02928]**

**Motion for Preliminary Injunction**

Related Documents:

      A.     Adversary Complaint **[ECF No. 1]**

      B.     Motion of Archstone LB Syndication Partner LLC, et al. for Preliminary Injunction **[ECF No. 9]**

      C.     Declaration of Paul R. DeFilippo in Support of Motion for Preliminary Injunction **[ECF No. 11]**

      D.     Declaration of Jeffrey Fitts in Support of Motion for Preliminary Injunction **[ECF No. 13]**

Status:  This matter is going forward.

6.    Motion for Sanctions **[ECF No. 22817]**

Response Deadline:   December 14, 2011 at 4:00 p.m.

Responses Received:

      A.     Objection of Issuers to Debtors' Motion **[ECF No. 23218]**

      B.     Affirmation of Issuers in Support of Objection to Debtors' Motion **[ECF No. 23219]**

Related Documents:

      C.     Declaration of Locke R. McMurray in Support of Motion **[ECF No. 22818]**

      D.     Reply to Objection to Debtor's Motion for Sanctions **[ECF No. 23538]**

Status:  This matter is going forward.

### III.  CONTESTED CLAIMS MATTERS:

7.  Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 13295]**

Response Deadline:    January 6, 2011 at 4:00 p.m.

Related Documents:

A.  Order Granting Debtors' Seventy-Third Omnibus Objection **[ECF No. 14025]**

B.  Supplemental Order Granting Debtors' Seventy-Third Omnibus Objection **[ECF No. 14776]**

C.  Omnibus Reply to Responses to Debtors' Seventy-Third Omnibus Objection to Claims  **[ECF No. 15406**]

Status:  This matter is going forward.

8.  Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 15666]**

Adjourned Responses:  See Exhibit 2.

Response Deadline:    May 18, 2011 at 4:00 p.m.

Related Document:

A.  Omnibus Reply to Responses to Debtors' One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 23470]**

Status:  This matter is going forward on a contested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit 2.  The hearing on the objection to the claims identified on Exhibit 2  has been adjourned to January 26, 2012 at 10:00 a.m.

9.     Debtors' One Hundred Thirtieth Omnibus Objection to Claims (To Reclassify
       Proofs of Claim as an Equity Interest) **[ECF No. 16115]**

       Response Deadline:    May 18, 2011 at 4:00 p.m.

       Related Document:

              A.     Omnibus Reply to Responses to Debtors' One Hundred Eighteenth,
                     One Hundred Thirtieth, One Hundred Thirty-First, One Hundred
                     Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-
                     Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh
                     Omnibus Objections to Claims (To Reclassify Proofs of Claim as
                     Equity Interests) **[ECF No. 23470]**

       Status:  This matter is going forward on a contested basis with respect to all
       claims identified in the Debtors' objection.

10.    Debtors' One Hundred Thirty-First Omnibus Objection to Claims (To Reclassify
       Proofs of Claim as an Equity Interest) **[ECF No. 16116]**

       Response Deadline:    May 18, 2011 at 4:00 p.m.

       Related Document:

              A.     Omnibus Reply to Responses to Debtors' One Hundred Eighteenth,
                     One Hundred Thirtieth, One Hundred Thirty-First, One Hundred
                     Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-
                     Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh
                     Omnibus Objections to Claims (To Reclassify Proofs of Claim as
                     Equity Interests) **[ECF No. 23470]**

       Status:  This matter is going forward on a contested basis with respect to all
       claims identified in the Debtors' objection other than the claim of James Meyer
       (Claim No. 32398) which has been adjourned to January 26, 2012 at 10:00 a.m.

11.    Debtors' One Hundred Thirty-Third Omnibus Objection to Claims (To Reclassify
       Proofs of Claim as an Equity Interest) **[ECF No. 16530]**

       Response Deadline:    June 10, 2011 at 4:00 p.m..

       Related Document:

              A.     Omnibus Reply to Responses to Debtors' One Hundred Eighteenth,
                     One Hundred Thirtieth, One Hundred Thirty-First, One Hundred
                     Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-
                     Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh

Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 23470]**

Status:  This matter is going forward on a contested basis with respect to all claims identified in the Debtors' objection.

12.    Debtors' One Hundred Thirty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest) **[ECF No. 16532]**

Response Deadline:    June 10, 2011 at 4:00 p.m.

Related Document:

A.    Omnibus Reply to Responses to Debtors' One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 23470]**

Status:  This matter is going forward on a contested basis with respect to all claims identified in the Debtors' objection.

13.    Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest) **[ECF No. 16808]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Related Document:

A.    Omnibus Reply to Responses to Debtors' One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 23470]**

Status:  This matter is going forward on a contested basis with respect to all claims identified in the Debtors' objection.

14.    Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 19392]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Document:

A.  Omnibus Reply to Responses to Debtors' One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 23470]**

Status:  This matter is going forward on a contested basis with respect to all claims identified in the Debtors' objection.

15.  Debtors' Two Hundred Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 21083]**

Response Deadline:  December 7, 2011 at 4:00 p.m.

Related Document:

B.  Omnibus Reply to Responses to Debtors' One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 23470]**

Status:  This matter is going forward on a contested basis solely with respect to Gordon Sweely (Claim No. 33156) and Seth Finkel (Claim No. 18067) and on an uncontested basis regarding all other clams identified in the Debtors' objection.

## IV.  **ADJOURNED MATTERS:**

16.  Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 9983]**

Response Deadline:  August 3, 2010 at 4:00 p.m.

Adjourned Response:

A.  Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[ECF No. 10616]**

Related Documents:

B.  Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11161]**

     C.     Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12416]**

     D.     Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12678]**

<u>Status</u>:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

17.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11260]**

<u>Response Deadline</u>:    October 13, 2010 at 4:00 p.m.

<u>Unresolved Responses</u>:

     A.     Response of IKB International SA **[ECF No. 11929]**

     B.     Response of Lincore Limited **[ECF No. 11922]**

     C.     Response of The Morningside Ministries **[ECF No. 11894]**

<u>Related Documents</u>:

     D.     Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12425]**

     E.     Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 14022]**

     F.     Second Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 15487]**

     G.     Third Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 17356]**

     H.     Fourth Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 18175]**

<u>Status</u>:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

18. Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

Response Deadline: October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 3.

Related Documents:

    A.    Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12527]**

    B.    Amended Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12675]**

    C.    Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18202]**

    D.    Second Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19517]**

    E.    Notice of Withdrawal of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23405]**

    F.    Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23376]**

Status:  The hearing on the claim of John J. Dmuchowski (Claim No. 34401) was previously adjourned to January 26, 2012.  The hearing on the claims on Exhibit 3 is adjourned to January 26, 2012 at 10:00 a.m.

19. Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 11306]**

Response Deadline:  October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 4.

Related Documents:

    A.    Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12413]**

    B.    Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18419]**

C.  Second Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19503]**

D.  Notice of Withdrawal of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23406]**

E.  Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23378]**

Status:  The hearing on the claim of John J. Dmuchowski (Claim No. 34402) was previously adjourned to January 26, 2012.  The hearing on the claims listed on Exhibit 4 is adjourned to January 26, 2012 at 10:00 a.m.

20.  Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 5.

Related Documents:

A.  Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12407]**

B.  Supplemental Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18203]**

C.  Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[ECF No. 23379]**

Status:  The hearing on the claims listed on Exhibit 5 is adjourned to January 26, 2012 at 10:00 a.m.

21.  Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11308]**

Response Deadline:  October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 5.

Related Documents:

    A.    Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12424]**

    B.    Supplemental Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18420]**

    C.    Notice of Withdrawal of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) as to Claim No. 65266 **[ECF No. 21133]**

    D.    Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 23381]**

Status:  The hearing on the claims listed on Exhibit 6 has been adjourned to January 26, 2012 at 10:00 a.m.

22.    Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11978]**

Response Deadline:    November 15, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of BG Energy Merchants LLC **[ECF No. 12765]**

    B.    Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[ECF No. 12714]**

    C.    Response of Telecom Italia Finance SA **[ECF No. 12951]**

    D.    Response of Tenor Opportunity Master Fund, Ltd. **[ECF No. 12698]**

Related Documents:

    E.    Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13164]**

    F.    Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

G.    Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

H.    Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14023]**

I.    Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14791]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

23.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

Response Deadline: December 6, 2010 at 4:00 p.m.

Adjourned Responses: See Exhibit 7.

Related Documents:

A.    Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13616]**

B.    Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14019]**

C.    Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14785]**

D.    Third Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17365]**

E.    Fourth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18421]**

F.    Fifth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18709]**

G.    Sixth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19519]**

H.      Seventh Supplemental Order Granting Debtors' Sixty-Seventh
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 20603]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

24.     Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of ICCREA Banca S.P.A**. [ECF No. 13792]**

B.      Response of Norddeutsche Landesbank Girozentrale
**[ECF No. 13794]**

Related Documents:

C.      Order Granting Debtors' Seventy-First Omnibus Objection to
Claims (Valued Derivative Claims) **[ECF No. 15601]**

D.      Supplemental Order Granting Debtors' Seventy-First Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

25.     Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 13955]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of Chinatrust Commercial Bank. **[ECF No. 14470]**

B.      Response of Eton Park Fund, L.P. **[ECF No. 14587]**

C.      Response of Eton Park Master Fund, Ltd. **[ECF No. 14589]**

D.      Response of Magnetar Capital Master Fund Ltd **[ECF No. 14319]**

E.      Response of Magnetar Constellation Master Fund II LTD **[ECF
No. 14321]**

F.      Response of Magnetar Constellation Master Fund III LTD **[ECF
No. 14323]**

13

       G.      Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[ECF No. 14435]**

Related Documents:

       H.      Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14772]**

       I.      Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16350]**

       J.      Second Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22956]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

26.    Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14440]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 8.

Related Documents:

       A.      Order Granting Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15495]**

       B.      Notice of Adjournment of Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 23383]**

Status:  The hearing on the claims listed on Exhibit 8 is adjourned to February 22, 2012 at 10:00 a.m.

27.    Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14442]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 9.

Related Documents:

       A.      Order Granting Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15496]**

B.      Notice of Adjournment of Debtors' Eighty-Seventh Omnibus
Objection to Claims (No Liability Claims) Solely as to Certain
Claims **[ECF No. 23384]**

Status:  The hearing on the claims listed on Exhibit 9 is adjourned to February 22,
2012 at 10:00 a.m.

28.    Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 14450]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 10.

Related Documents:

A.      Order Granting Debtors' Eighty-Eighth Omnibus Objection to
Claims (No Liability Claims) **[ECF No. 15505]**

B.      Notice of Adjournment of Debtors' Eighty-Eighth Omnibus
Objection to Claims (No Liability Claims) Solely as to Certain
Claims **[ECF No. 23385]**

Status:  The hearing on the claims listed on Exhibit 10 is adjourned to February
22, 2012 at 10:00 a.m.

29.    Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF
No. 14452]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 11.

Related Documents:

A.      Order Granting Debtors' Eighty-Ninth Omnibus Objection to
Claims (No Liability Claims) **[ECF No. 15498]**

B.      Notice of Withdrawal of Debtors' Eighty-Ninth Omnibus
Objection to Claims (No Liability Claims) as to Certain Claimants
**[ECF No. 16141]**

C.      Notice of Adjournment of Debtors' Eighty-Ninth Omnibus
Objection to Claims (No Liability Claims) Solely as to Certain
Claims **[ECF No. 23386]**

Status:  The hearing on the claims listed on Exhibit 11 is adjourned to February
22, 2012 at 10:00 a.m.

30. Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14453]**

Response Deadline: March 16, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 12.

Related Documents:

A. Order Granting Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15500]**

B. Notice of Withdrawal of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23407]**

C. Notice of Adjournment of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 23387]**

Status: The hearing on the claims listed on Exhibit 12 is adjourned to February 22, 2012 at 10:00 a.m.

31. Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline: March 16, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 13.

Related Documents:

A. Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

B. Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16143]**

C. Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16231]**

D. Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16690]**

E.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 17193]**

F.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 17874]**

G.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Claim No. 45223 **[ECF No. 21134]**

H.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 22362]**

I.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23408]**

J.      Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23388]**

Status:  The hearing on the claims listed on Exhibit 13 is adjourned to January 26, 2012 at 10:00 a.m.

32.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14490]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of Brevan Howard Master Fund **[ECF No. 15079]**

B.      Response of LINC-Redondo Beach Seniors, Inc. **[ECF No. 15085]**

C.      Response of Parkcentral Global Hub Limited **[ECF No. 17215]**

D.      Response of SPCP Group LLC: Transferor: Tiffany & Co. **[ECF No. 14983]**

Related Documents:

E.      Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15501]**

17

      F.      Supplemental Order Granting Debtors' Ninety-Fifth Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 17348]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

33.     Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims)
**[ECF No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Response:

      A.      Response of  Eva Schwabmueller **[ECF No. N/A]**

Related Document:

      B.      Order Granting Debtors' Ninety-Sixth Omnibus Objection to
Claims (Duplicative LPS Claims) **[ECF No. 15524]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

34.     Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative
Claims) **[ECF No. 15003]**

Response Deadline: April 13, 2011 at 4:00 p.m.

Adjourned Responses:

      A.      Response of Bayerische Landesbank **[ECF No. 15922]**

      B.      Response of SPCP Group, LLC: Transferor Central European
Media Enterprises, Ltd. **[ECF No. 15921]**

Related Documents:

      C.      Order Granting Debtors' One Hundred Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No.
16339]**

      D.      Amended Order Granting Debtors' One Hundred Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 16981]**

      E.      Supplemental Order Granting Debtors' One Hundred Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 17357]**

F.     Second Supplemental Order Granting Debtors' One Hundred
Third Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 18425]**

G.     Third Supplemental Order Granting Debtors' One Hundred Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 18705]**

H.     Fourth Supplemental Order Granting Debtors' One Hundred Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 21373]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

35.     Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims)
**[ECF No. 15010]**

Response Deadline:     April 13, 2011 at 4:00 p.m.

Related Documents:     None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

36.     Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability
Claims) **[ECF No. 15012]**

Response Deadline:     April 13, 2011 at 4:00 p.m.

Related Documents:     None.

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

37.     Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking
Number LPS Claims) **[ECF No. 15014]**

Response Deadline:     April 13, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 14.

Related Documents:

A.     Order Granting Debtors One Hundred Twelfth Omnibus Objection
to Claims (Invalid Blocking Number LPS Claims) **[ECF No.
16342**]

      B.      Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 17358**]

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m. as to the claims on Exhibit 14 attached hereto.

38.    Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 15363]**

    Response Deadline:    May 18, 2011 at 4:00 p.m.

    Related Documents:    None.

    Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

39.    Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 16074]**

    Response Deadline:  May 18, 2011 at 4:00 p.m.

    Unresolved Responses:

      A.      Response of Christine Geldard **[ECF N/A]**

      B.      Response of Optique Pty Ltd Atf Optique Super Pension Fund **[ECF No. 18322]**

    Related Documents:

      C.      Order Granting Debtors' One Hundred Twentieth Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 17367]**

      D.      Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimant **[ECF No. 17467]**

      E.      Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23461]**

      F.      Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claims **[ECF No. 23389]**

Status:  The hearing on the Objection as to the claims of Christine L. Geldard (Claim No. 1537) and Optique Pty Ltd Atf Optique Super Pension Fund (Claim No. 5712) is adjourned to January 26, 2012 at 10:00 a.m.

40.    Debtors' One Hundred Twenty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest) **[ECF No. 16075]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

41.    Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 16046]**

Response Deadline:  May 18, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 15.

Related Documents:

    A.    Order Granting Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 17360]**

    B.    Supplemental Order Granting Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19515]**

    C.    Notice of Adjournment of Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 23390]**

Status:  The hearing on the claims listed on Exhibit 15 is adjourned to February 22, 2012 at 10:00 a.m.

42.    Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16114]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

43.    Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16860]**

Response Deadline:        May 18, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Keybank National Association **[ECF No. 17694]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 18181**]

    C.    Supplemental Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 21349**]

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

44.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

45.    Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 16853]**

Response Deadline: June 15, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Glitnir Banki hf **[ECF No. 17729]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 18179]**

    C.    Supplemental Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 21375]**

    D.    Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 23391]**

Status:  The hearing on the claims of Banque Safdie (Claim No. 33557) and Glitnir Banki hf (Claim No. 27419) is adjourned to January 26, 2012 at 10:00 a.m.

46. Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

Response Deadline: June 15, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 16.

Related Documents:

    A. Order Granting Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18427]**

    B. Notice of Adjournment of Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23392]**

Status: The hearing on the Objection as to the claims listed on Exhibit 16 is adjourned to January 26, 2012 at 10:00 a.m.

47. Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 17478]**

Response Deadline: July 7, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 17.

Related Documents:

    A. Order Granting Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 17478]**

    B. Supplemental Order Granting Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19508]**

    C. Notice of Adjournment of Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 23393]**

Status: The hearing on the claims listed on Exhibit 17 is adjourned to February 22, 2012 at 10:00 a.m.

48. Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17468]**

Response Deadline: July 7, 2011 at 4:00 p.m.

Adjourned Response:

      A.     Response of QVT Fund LP and Quintessence Fund LP **[ECF Nos. 19206 & 19207]**

Related Documents:

      B.     Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18706]**

      C.     Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19520]**

      D.     Second Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20625]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

49.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 17469]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

50.    Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18399]**

Response Deadline:  August 10, 2011 at 4:00 p.m.

Related Documents:

      A.     Order Granting Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19521]**

      B.     Notice of Adjournment of Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23394]**

Status:  The hearing on the Objection as to the claims of Deborah Focht (Claim Nos. 34381, 42915, 42916) is adjourned to January 26, 2012 at 10:00 a.m.

51.    Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 18407]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19510]**

    B.    Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 20395]**

    C.    Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 21046]**

    D.    Notice of Adjournment of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 23395]**

Status:  The hearing on the Objection as to the claims of Arc Capital & Income PLC (Claim No. 60892) and Corner Banca SA (Claim No. 45218) is adjourned to January 26, 2012 at 10:00 a.m.

52.    Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 19522]**

    B.    Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely as to Certain Claims **[ECF No. 20393]**

    C.    Supplemental Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 20624]**

    D.    Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 23396]**

Status:  The hearing on the Objection as to the claims of HBK Master Fund L.P. (Claim Nos. 19275 and 19276) is adjourned to January 26, 2012 at 10:00 a.m.

53.    Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims

Response Deadline:        August 10, 2011 at 4:00 p.m.

Adjourned Responses:

        A.    Response of Cascade Investment, L.L.C. **[ECF No. 19349]**

        B.    Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

        C.    Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC  **[ECF No. 19101]**

        D.    Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

        E.    Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

        F.    Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

        G.    Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103]**

        H.    Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

        I.    Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

        J.    Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

        K.    Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

        L.    Response of Zephyr Recovery II-C **[ECF No. 19109]**

Related Documents:

        M.    Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19518]**

        N.    Supplemental Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21374]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

54.     Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 19399]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

55.     Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 19390]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

56.     Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Pension Claims) **[ECF No. 19391]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

57.     Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 19393]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

58.     Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19377]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

59. Debtors' One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 19378]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

60. Debtors' One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19396]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 18.

Related Document:

    A.    Order Granting Debtors' One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**ECF No. 20628**]

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m. as to the claims on Exhibit 18 attached hereto.

61. Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19398]**

Response Deadline: September 20, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Catholic Healthcare West **[ECF No. 22635]**

    B.    Response of China Development Ind Bank **[ECF No. 21995]**

    C.    Response of New York City Municipal Water Finance Authority **[ECF No. 20138]**

    D.    Response of Windermere Private Placement I S.A. **[ECF No. 20137]**

Related Documents:

    E.    Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 20630]**

F.  Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 21350]**

G.  Second Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23042]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

62.  Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims)  **[ECF No. 19714]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

63.  Debtors' One Hundred Eighty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19816]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Status:  This matter is not going forward.  The hearing on the objection to the claims has been adjourned to February 22, 2012 at 10:00 a.m.

64.  Debtors' One Hundred Eighty-Seventh Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19817]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Status:  This matter is not going forward.  The hearing on the objection to the claims has been adjourned to February 22, 2012 at 10:00 a.m.

65.  Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 19871]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 19.

Related Document:

A.  Order Granting Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 21348**]

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m. as to the claims on Exhibit 19 attached hereto.

66.     Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability
        Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

    A.    Response of Marquette Financial Companies **[ECF No. 20821** ]

    B.    Response of Highland Credit Strategies Master Fund, L.P. **[ECF
        No. 22051]**

    C.    Response of ICP Strategic Credit Income Master Fund **[ECF. No.
        23297]**

Related Documents:

    D.    Order Granting Debtors' One Hundred Eighty-Ninth Objection To
        Claims (No Liability Repo Claims) **[ECF. No. 21372]**

    E.    Notice of Adjournment of Hearing / Notice of Adjournment of
        Debtors One Hundred Eighty-Ninth Omnibus Objection to Claims
        (No Liability Repo Claims) Solely as to Certain Claims **[ECF.
        23439]**

Status: The hearing on the Unresolved Responses is adjourned to January 26,
2012 at 10:00 a.m.

67.     Debtors' One Hundred Ninetieth Omnibus Objection to Claims (No Liability
        Security Claims) **[ECF No. 19873]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Susan Stashower

Related Documents

    B.    Order Granting Debtors' One Hundred Ninetieth Objection To
        Claims (No Liability Security Claims) **[ECF. No. 21396]**

    C.    Notice of Adjournment of Hearing / Notice of Adjournment of
        Debtors One Hundred Ninetieth Omnibus Objection to Claims (No
        Liability Security Claims) Solely as to Certain Claims **[ECF.
        23441]**

Status:  The hearing on the Unresolved Response is adjourned to January 26, 2012 at 10:00 a.m.

68.     Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline: October 12, 2011 at 4:00 p.m.

Adjourned Responses:

      A.      Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

      B.      Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

      C.      Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Related Document:

      D.      Order Granting Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21397]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

69.     Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) **[ECF No. 19875]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Related Documents:

      A.      Order Granting Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) **[ECF No. 21376]**

      B.      Notice of Adjournment of Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) Solely as to Certain Claims **[ECF No. 23397]**

Status:  The hearing on the Objection as to the claim of Red River HYPI, L.P. and JP Morgan Chase Bank, N.A. (Claim No. 22276) is adjourned to January 26, 2012 at 10:00 a.m.

70.     Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19902]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Unresolved Responses:

       A.     Response of AllianceBernstein L.P. **[ECF No. 20799]**

       B.     Response of Carol Bunevich **[ECF No. 20819]**

       C.     Response of Pictet & Cie and Bank Julius Baer & Co. Ltd. **[ECF No. 21975]**

Related Documents:

       D.     Order Granting Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 21379]**

       E.     Notice of Adjournment of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23398]**

       F.     Notice of Presentment of Stipulation and Agreed Order Resolving a Portion of Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture Trustee Claim) **[ECF No. 23277]**

Status:  The hearing on the Objection as to the Unresolved Responses is adjourned to January 26, 2012 at 10:00 a.m.

71.     Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19903]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

       A.     Response of B. Gene Carter **[ECF No. 22220]**

       B.     Response of Michael and Ellen Sobo **[ECF No. 21517]**

       C.     Response of Scott and Heidi Sobo **[ECF No. 21518]**

       D.     Response of Suryan Family Trust **[ECF No. 21605]**

       E.     Response of Thabit Family Trust **[ECF No. 21558]**

      F.      Response of David Schwartz **[ECF No. 21579]**

      G.      Response of Martin Burger **[ECF No. N/A]**

      H.      Response of Chris Westfahl **[ECF No. 21542]**

      I.      Response of Eric Sheppard **[ECF No. 21530]**

      J.      Response of James and Rosemary Thomas **[ECF No. 21525]**

Related Documents:

      K.      Order Granting Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 21401]**

      L.      Notice of Adjournment of Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23399]**

Status:  The hearing on the Unresolved Responses is adjourned to January 26, 2012 at 10:00 a.m.

72.      Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19921]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Unresolved Responses:

      A.      Response of A.M. Best Company **[ECF No. 21213]**

      B.      Response of Municipal Securities Rulemaking Board **[ECF No. 20810]**

      C.      Response of John Rosekrans **[ECF No. 21220]**

Related Documents:

      D.      Order Granting Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 21354]**

      E.      Notice of Withdrawal of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23410]**

      F.      Notice of Adjournment of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23400]**

Status:  The hearing on the Unresolved Responses and the claim of Paul, Weiss, Rifkind, Wharton & Garrison LLP (Claim No. 14176) is adjourned to February 22, 2012 at 10:00 a.m.

73.     Debtors' Two Hundred Fifth Omnibus Objection to Claims (Insufficient Documentation Claims) **[ECF No. 19936]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

74.     Debtors' Two Hundred Ninth Omnibus Objection to Portions of Claim Nos. 29883 and 29879 Filed by Citibank, N.A. and Citigroup Global Markets, Inc. **[ECF No. 20030]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Related Document:

    A.     Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 20031]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

75.     Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20787]**

Response Deadline: November 11, 2011 at 4:00 p.m.

Adjourned Response:

    A.     Response of Yakima-Tieton Irrigation District c/o Foster Pepper Pllc **[ECF No. 21851]**

Related Document:

    B.     Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22954]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

76.     Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 20860]**

Response Deadline:  November 14, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Annetta F. Pugia **[ECF No. 21560]**

Related Documents:

    B.    Order Granting Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 22951]**

    C.    Notice of Adjournment of Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[ECF No. 23463]**

Status:  The hearing on the Unresolved Response is adjourned to January 26, 2012 at 10:00 a.m.

77.    Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20864]**

Response Deadline:  November 14, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Robert Franz **[ECF No. 22099]**

Related Documents:

    B.    Order Granting Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 29950]**

    C.    Notice of Adjournment of Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23401]**

Status:  The hearing on the Unresolved Response is adjourned to January 26, 2012 at 10:00 a.m.

78.    Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

79. Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline:    December 7, 2011 at 4:00 p.m.

Adjourned Responses:

> A.    Response of DZ Bank AG Deutsche Zentral-Genossebschaftsb Ank **[ECF No. 22945]**

> B.    Response of Italease Finance S.P.A. **[ECF No. 23087]**

> C.    Response of Zwinger Opco 6 BV **[ECF No. 23070]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

80. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

> A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

81. Debtors' Objection to Proof of Claim Number 29702 **[ECF No. 20100]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

> A.    Opposition of Cynthia Swabsin **[ECF No. 20802]**

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

82. Cathay United Bank's Response in Opposition to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to Have Claim No. 35181 Deemed Timely Filed **[ECF No. 12037]**

Response Deadline:  N/A

Related Document:

    A.    Notice of Adjournment of Cathay United Bank's Motion to Have Proof of Claim Deemed Timely Filed **[ECF No. 23374]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

83.    Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed **[ECF No. 12072]**

Response Deadline:    November 3, 2010 at 4:00 p.m.

Related Document:

    A.    Notice of Adjournment of Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed **[ECF No. 23375]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

84.    Motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to Enlarge the Time Period for the Filing of Claim Number 64249 By One Day **[ECF No. 21979]**

Response Deadline:    December 14, 2011 at 4:00 p.m.

Related Document:

    A.    Notice of Adjournment Motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to Enlarge the Time Period for the Filing of Claim Number 64249 By One Day **[ECF No. 23402]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

85.    Motion of Robert Franz Pursuant to Fed. R. Bankr. P. 9024 Incorporating By Reference Fed. R. Civ. P. 60(b), and Section 105(a) of the Bankruptcy Code for Reconsideration and Reinstatement of Proof of Claim **[ECF No. 22665]**

Response Deadline:    December 12, 2011 at 4:00 p.m.

Related Document:

    A.    Notice of Adjournment of Motion of Robert Franz for Reconsideration and Reinstatement of Proof of Claim **[ECF No. 23464]**

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.

86.     Motion of Caisse Des Dépôts Et Consignations to Permit a Late-Filed Claim
        Against Lehman Brothers Special Financing Inc. **[ECF No. 18039]**

Response Deadline:    August 18, 2011 at 4:00 p.m.

Response Received:

        A.      Debtor's Objection **[ECF No. 19314]**

Related Documents:    None.

Status:  This matter has been adjourned to January 26, 2012 at 10:00 a.m.


Dated:  December 20, 2011
        New York, New York


                                    /s/ Robert J. Lemons
                                    Robert J. Lemons
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:   (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

Exhibit 1

(**One Hundred Thirty-Sixth** Omnibus Objection to Claims
(Misclassified Claims) [**ECF No. 16867**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NOS |
|---|---|---|
| ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY | 2076 | N/A |
| COTTEN, TIMOTHY A., ET AL. | 34313 | 17951 |
| DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES | 30423 | N/A |
| DIAMONDBACK MASTER FUND LTD. | 26909 | 17735 |
| LMA SPC ON BEHALF OF MAP I | 26895 | 18045 |
| PJM INTERCONNECTION LLC | 22267 | N/A |
| PSEG ENERGY RESOURCES & TRADE LLC | 15735 | N/A |
| STADT SCHWAEBISCH HALL | 27015 | N/A |
| TRONOX INC., ET AL. | 29768 | 19336 |
| TROUT, ROGER | 25708 | 17663 |

<u>Exhibit 2</u>

(**One Hundred Eighteenth** Omnibus Objection to Claims (To Reclassify
Proofs of Claim as Equity Interests) **[ECF No. 15666] –** Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| MADELYN ANTONCIC | 16516 |
| ALEXANDRE CATALAO MAIA | 17760 |
| FABIO LIOTTI | 25895 |
| W. PHILLIP WALSH | 1707 |

<u>Exhibit 3</u>

(**<u>Fortieth</u>** Omnibus Objection to Claims
(Late-Filed  Claims) **[ECF No. 11305] –** Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| BIRASCHI, PAOLA | 34980 |
| BROOKS, DAVID J | 34559 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | 35944 |
| CATHAY UNITED BANK | 35181 |
| CHAUNY, S.A. | 34873 |
| COLON LOPEZ, ELIZABETH | 34924 |
| DE JESUS, NESTOR E | 34492 |
| DE NICOLA, MICHELA | 65763 |
| FILBEE, SARAH M | 34468 |
| FOCHT, DEBORAH | 34380 |
| FOCHT, DEBORAH | 42914 |
| FRANZO, ROSEMARIE | 66393 |
| FRYER, KELLY | 39842 |
| GELB, JAY | 35981 |
| HAHN-COLBERT, SANDRA M. | 34728 |
| HIGH LODGE CAPITAL LLC | 63540 |
| IRAGORRI, JULIAN | 64991 |
| LEV ARI, TAL | 65858 |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION | 36856 |
| LYNCH, BRENDAN E. | 35000 |
| MARSILIO, PAUL A. | 66257 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
| --- | --- |
| MCCARTHY, BRIAN M. | 35446 |
| MCCARTHY, LAWRENCE | 66392 |
| MONAHAN, MARIA | 34563 |
| RAYNER, RUTH J. | 36598 |
| RIVKIN, JACK L. | 66375 |
| SCAVONE, JOSEPH AND THERESA | 34945 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 34944 |
| SCELLATO, JAMES | 41376 |
| SCELLATO, JAMES | 41377 |
| SCELLATO, JAMES | 41378 |
| SHEN, JIANSHENG JENSEN | 35437 |
| SUTTON, JULIAN R | 35055 |
| TAYLOR, CHRISTOPHER C | 34879 |
| TEMEL, TULUG T. | 40791 |
| TENNANT, COLIN H | 34355 |
| VENTURA COUNTY TAX COLLECTOR | 65230 |
| VENTURA, GIORGIO | 35587 |
| VEREKER, WILLIAM | 62466 |
| WESTLB AG | 36789 |
| WILKINSON, TIMOTHY B. | 34829 |
| ZAKIAN, PAUL A. | 36799 |
| ZANCO, MARIO | 35574 |

<u>Exhibit 4</u>

(**<u>Forty-First</u>** Omnibus Objection to Claims
(Late-Filed Claims) [**Docket No. 11306**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| CHAN, LORI | 67020 |
| DAVY, DARREN | 63539 |
| HAHN-COLBERT, SANDRA M. | 34726 |
| HAHN-COLBERT, SANDRA M. | 34727 |
| KING, HARRIET CHAN | 34546 |
| REID, WAYNE D, II | 65975 |
| REID, WAYNE D, II | 65976 |

Exhibit 5

(**Forty-Second** Omnibus Objection to Claims (Late-Filed Lehman
Programs Securities Claims) **[ECF No. 11307] –** Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| ABLEMEN & ASSOCS. | 66158 |
| ABLEMEN & ASSOCS. | 66159 |
| BURROW, MICHAEL | 64939 |
| CHAN SING CHEUNG | 64597 |
| CHAU KAM MAN | 64973 |
| CLEIJPOOL, G.J. | 64705 |
| DE LA ROSA, JOSE ANTONIO | 64471 |
| DE LOCHTENBERG BEHEER | 65162 |
| EITO EITO, ANGELES | 64438 |
| F. CH. W. MEVISSEN BV | 65160 |
| FOK YIM SHEUNG, FLORIA | 65031 |
| FOK YIM SHEUNG, FLORIA | 65032 |
| FOK YIM SHEUNG, FLORIA | 65033 |
| GALLEN RALUY, LIDIA | 64906 |
| GONG CHENG HSIUNG | 64858 |
| GONZALEZ ROQUET, MARIA | 64439 |
| GROOTENHUIS, JOOST | 64928 |
| H. ROOTVELD | 65163 |
| HO, CHU WAI YEE | 65692 |
| HO KAM YUEN | 64516 |
| IE SHE HOEN | 64974 |
| INTEGRALE CCA | 64920 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| JOSE RUIVO DRAGAO, JOAO | 64556 |
| JUVENTIS INT'L LTD | 64613 |
| KING SANG, LEUNG | 64595 |
| LAFRANCE, HUGHES | 64653 |
| LAFRANCE, MARTINE | 64652 |
| LAM YING CHOI | 64972 |
| LICERAS RUIZ, JOSE LUIS | 64970 |
| LIN CHAN, HING | 64617 |
| LIN HSIEN HSIUNG | 64873 |
| MEEUS-AELBRECHT, LUDOVICUS | 65311 |
| MEEUS-AELBRECHT, LUDOVICUS | 66283 |
| MEVROUW E.C. ROOTVELD & F.B.A.P. ROOTVELD | 65164 |
| MEVROUW N.P.J. VAN LUIJK | 65158 |
| MOK SIU YUK, EMILY | 64857 |
| NG PUI SHAN VINCI | 64319 |
| NORDHAGEN, OVE | 64995 |
| PARDO CORDERO, EMILIO | 64718 |
| PEARL ASSURANCE PLC | 65658 |
| PEARL ASSURANCE PLC | 65659 |
| PLENTYWEALTH INVESTMENT CO. LTD | 64615 |
| POLITT, HANS-DIETRICH | 65645 |
| POON YUK WAH | 64707 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| R.F.P. ROBYN B.V. | 65538 |
| SCHAEFER, EDITH | 64512 |
| SCHOWALTER, CHRISTINA | 64583 |
| SCHRODER, INGRID | 64926 |
| SHRAM, MOSHE | 64621 |
| SIEPMANN & CIE GMBH | 65948 |
| STAHL, GABRIELE | 66397 |
| STICHTING QUADRAAM | 65159 |
| STRADMEIJER, A.E. | 64876 |
| SUTER, CLAUDIA | 64142 |
| SUTER, CLAUDIA | 64188 |
| TOP ADVANCE LTD | 65764 |
| TSUI, JOHN | 64596 |
| VAN MEURS-BERGSMA, HMA | 66022 |
| WEB-PRO TECH. LTD. | 64586 |
| WONG YEE WAN | 64977 |
| WOUTERS, DANIELLE | 65102 |
| WRENTON MANAGEMENT LTD. | 64589 |
| YAM CHAK HONG HENRY | 64978 |
| YU CHUN KWAN | 64971 |

<u>Exhibit 6</u>

(**<u>Forty-Third</u>** Omnibus Objection to Claims (Late-Filed Lehman
Programs Securities Claims) **[ECF No. 11308]** – Adjourned Responses)

| CLAIMANT | CLAIM NUMBER(S) |
|---|---|
| ABLEMEN & ASSOCS. | 66112 |
| AJF HOLDING B.V. | 64386 |
| ANDERSEN, SAMUEL MAGNUS | 64135 |
| AUGUSTO, CHIERICHETTI | 65606 |
| BAKKER, P.J. | 64414 |
| BANCO DI NAPOLI S.P.A | 65266 |
| BANI, THEOPHIL | 64138 |
| BIANCO, GRAZIELLA | 65673 |
| BUGINI, HANS | 64174 |
| CHU, TAI-FANG | 65550 |
| COCA VANO, FRANCISCO JOSE | 64495 |
| DER M&P MENG UND VORSORGESTIFUNG | 64152 |
| DER M&P MENG UND VORSORGESTIFUNG | 64154 |
| DER M&P MENG UND VORSORGESTIFUNG | 64155 |
| DILISSEN, MARLEEN | 65711 |
| EDIFICACIONES MARSOL, SA | 65623 |
| EDIFICACIONES MARSOL, SA | 65624 |
| EIGENHEER, HEIDI | 64149 |
| ERNSDORFER, KARL | 64555 |
| EUROMIX SICAV, SA | 64315 |
| FABER, DOEKE | 65586 |
| FIEBIGER, HEINZ | 65471 |

| CLAIMANT | CLAIM NUMBER(S) |
|---|---|
| FISCHLI, RUDOLF | 64180 |
| FISCHLI, RUDOLF | 64183 |
| FISCHLI, RUDOLF | 64184 |
| FLACH-MEIER | 64150 |
| FRIEDRICH, A.J. | 64385 |
| GLOOR, MAX | 64140 |
| GOSELE, HEINZ | 64139 |
| HE PING | 64321 |
| HEINEMANN, A.A.M. | 65588 |
| KALT, EDGAR | 64145 |
| KNOLLER, PETER & MARITTA | 64248 |
| KNUPP, WALTER | 64173 |
| KOK, ERIC | 65597 |
| KONIG, P.C. | 66063 |
| KUPAT HATAGMULIM SHEL ODVEY BANK | 64331 |
| LIMTONG MANUEL TAN | 64306 |
| LIN WU CHUEH | 64309 |
| MARTINEZ LOPEZ, ENCARNACION | 65628 |
| MEYER-MEIER, ADRIAN | 64146 |
| MEYER-MEIER, ADRIAN | 64147 |
| MOHINANI, HASSOMAL BULCHAND | 64316 |
| MOTLLO CARBO, ANTONIO | 65627 |

| CLAIMANT | CLAIM NUMBER(S) |
|---|---|
| MOTLLO MARTINEZ, ANTONIO | 65625 |
| MOTLLO MARTINEZ, ANTONIO | 65626 |
| NIESZNER, THOMAS | 64175 |
| NIESZNER, THOMAS | 64181 |
| NIESZNER, THOMAS | 64182 |
| REYMEN, EDMOND | 64443 |
| SCHENKER, RUDOLF | 64148 |
| SCHEURMANN, BEATRIX | 64151 |
| SCHNOPP, MAX LUDWIG | 64178 |
| SCHWARZ, MATTHIAS | 64141 |
| SPLIT, J.C. | 64409 |
| STRADMEIJER, A.E. | 64877 |
| STRAUSS-MUHLEMANN, PETER | 64176 |
| STRAUSS-MUHLEMANN, PETER | 64177 |
| THAM YIU KWOK | 64424 |
| VAN OVERBEKE, IGNACE | 64387 |
| VAN OVERBEKE, IGNACE | 64388 |
| VOGLER, KARL | 64186 |
| WELLINGER, CHRISTOHER | 64187 |
| WERNLI, BEAT | 64179 |
| WILLEMS, SIMONE | 64706 |
| WINIGER, ROMAN | 64153 |

| CLAIMANT | CLAIM NUMBER(S) |
|---|---|
| WONG TAK KEUNG | 64975 |
| WOO SET WAH | 64976 |
| WOODTLY, URSULA | 64185 |
| YIU YUEN ON PAUL | 64396 |

<u>Exhibit 7</u>

(**<u>Sixty-Seventh</u>** Omnibus Objection to Claims (Valued
Derivative Claims) **[Docket No. 12533]** – Adjourned Responses)

| CLAIMANT NAME | ECF NUMBER(S) |
|---|---|
| RESPONSE OF KILROY REALTY, LP | N/A |
| RESPONSE OF CSP II USIS HOLDINGS LP | 13078 |
| RESPONSE OF MITSUI & CO. COMMODITY RISK MANAGEMENT LIMITED | 13113 |
| RESPONSE OF FEDERAL HOME LOAN BANK OF DES MOINES | 13156 |
| RESPONSE OF E-CAPITAL PROFITS LIMITED | 13166 |
| RESPONSE OF LOEB ARBITRAGE B FUND LP, LOEB ARBITRAGE FUND, LOEB OFFSHORE B FUND LTD., AND LOEB OFFSHORE FUND LTD. | 13217 |
| RESPONSE OF SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD, AS SUCCESSOR TO CERTAIN CLAIMS OF ALLIANCE LAUNDRY SYSTEMS LLC | 13218 |
| RESPONSE OF AOZORA BANK, LTD. | 13220 |
| RESPONSE OF MARINER LDC | 13222 |
| RESPONSE OF TRICADIA CAPITAL MANAGEMENT, LLC, ON BEHALF OF TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND, LTD. | 13223 |
| RESPONSE OF VENOCO, INC. | 13205 |
| RESPONSE OF MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD. | 13224 |
| RESPONSE OF ICM BUSINESS TRUST | 13226 |
| RESPONSE OF CANYON BALANCED MASTER FUND, LTD., CANYON CAPITAL ARBITRAGE MASTER FUND, LTD., CANYON VALUE REALIZATION FUND (CAYMAN), LTD., AND CANYON VALUE REALIZATION FUND, L.P. | 13227 |
| RESPONSE OF MERRILL LYNCH CREDIT PRODUCTS, LLC | 13229 |

| | |
|---|---|
| RESPONSE OF ROSS FINANCIAL CORPORATION | 13232 |
| RESPONSE OF COMMONWEALTH BANK OF AUSTRALIA | 13242 |
| RESPONSE OF NATIONAL BANK OF CANADA | 13247 |
| RESPONSE OF NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. | 13402 |
| RESPONSE OF CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | 14020 |
| RESPONSE OF ROYAL CHARTER PROPERTIES – EAST, INC. | 15918 |
| RESPONSE OF CHINA MINSHENG BANKING CORP., LTD. | 20984 |
| OBJECTION TO THE CLAIMS OF NEW SOUTH FEDERAL SAVINGS BANK, F.S.B | N/A |

<u>Exhibit 8</u>

(**<u>Eighty-Sixth</u>** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 14440]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| ARDENIA HOLDINGS SA | 51298 |
| CALAMANDA MANUEL PLENS | 43129 |
| CAMPAGNER, ANTONELLA | 37204 |
| CARRENO, CRISTINA LURRUENA | 13304 |
| CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, MARIA BELEN VELEZ | 47998 |
| CESARIO, FABRIZIO | 50160 |
| CESARIO, FABRIZIO | 50161 |
| COMMERCIAL JORDI, S.A. | 35867 |
| COHN, DAVID NATHAN AND AMBLIA MORENO ROSILLO | 37362 |
| COSTERS-VAN LEEMPUTTEN, ALFONS | 61658 |
| DE LA ROSA DIAZ, JOSE ANTONIO | 48715 |
| ELI, AHARON | 42706 |
| ELYASHIV, SHMUEL | 45248 |
| FRANCISCO FERNANDEZ ROIG | 45285 |
| GALVEZ, NEUS PENA | 43125 |
| FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | 40204 |

<u>Exhibit 9</u>

(**<u>Eighty-Seventh</u>** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 14442]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| GOLDMAN, RON AND OR ORNA | 54812 |
| GROHS, CLAUDIA | 36008 |
| HALEBY, HENRY MANZANO | 36736 |
| KUX, JOHANNES | 31134 |
| MARCOS, PILAR LUEJE | 45172 |
| MARCOS, PILAR LUEJE | 45172 |
| MARTINEZ JIMENEZ, MARIA TERESA | 37116 |
| MEURER, HORST & ELIZABETH | 9969 |
| PANVEST LTD | 65421 |

Exhibit 10

(**Eighty-Eighth** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 14450]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| PRIJS, BEN | 54579 |
| PRIJS-LIPS, J.M. | 54580 |
| RAM, JACOB | 42707 |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | 49658 |
| SIVAN, ALEX | 56035 |
| SMADJA, HAIM | 56036 |
| SOUSA, JOSE MARTINHO SILVA | 35802 |
| STOCKER, HANNELORE | 41140 |
| STOTT, JEAN TODD | 51535 |
| SUBIRA, JUAN ANTONIO MARCOS | 40161 |
| VANDERBROEK, ROGER | 55106 |
| WEIGELT, MARCO | 43496 |

<u>Exhibit 11</u>

(**<u>Eighty-Ninth</u>** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 14452]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| BORREMANS, LUCIEN – DRIES, ELISA | 36900 |
| BPI OBRIGACOES DE ALTO RENDIMENTO DE ALTO RISCO DE OBRIGACOES DE TAXA FIXA (BPI OARAR) | 57662 |
| BPI REFORMA INVESTIMENTO PPR | 57657 |
| BUYS, GRETA | 51907 |
| CARDOEN, MARIJKE | 52368 |
| CAREPROVAN PRIVATE STICHTING | 51621 |
| COK, JOOP | 51902 |
| DE BLIECK, BENOIT | 52126 |
| DE CLEEN, WALTER & ANDIMIGNON, VERONIQUE | 61655 |
| DE URIES-SCHEIBERLICH, W.E. | 53220 |
| DE VILLE, DOMINIQUE | 52125 |
| DU MORTIER-HOUYET, CHRISTIAN | 52123 |
| DUMOLIM, DIDIER | 51948 |
| DUMOLIN, PIERRE | 51950 |
| FLOS, GILBERTA | 48716 |
| FONDATION JEAN PRAET A.S.B.L. | 52290 |
| GROOT, A.M.A. | 45167 |
| HANDELMIJ VAN PERNIS B.V. | 48996 |
| HIJMANS, R.A. | 54693 |
| HULET, ANDRE | 56678 |
| HULET, PIERRE | 56679 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| JASO, BM | 51905 |
| KROON, M. & DRONK, S. | 61636 |
| KUPPENS-VAN DEN BROECK | 48710 |
| LEENKNECHT, NORBERT-THERESE LECLUYSE | 52055 |
| LIESTEKRI, BM | 51906 |
| VUKAILOVIC, ALEX | 41609 |
| WEEMAES, CHRISTEL | 45458 |
| WEEMAES, MONIQUE | 45459 |
| WEEMAES, MUSSCHE | 45460 |
| WEISMIES | 61603 |

Exhibit 12

(**Ninetieth** Omnibus Objection to Claims (No
Liability Claims) **[ECF No. 14453]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| MICHEL, KARIL | 52127 |
| MISSUWE, BALS | 52293 |
| NOYEN-RUELENS, VAN | 51901 |
| NYSSENS, ALAIN | 52122 |
| OOSTNEDERLANDSE VERENIGING AANNEMERS RESERVEFONDS (O.V.A.R.) | 49003 |
| PEARSON, COLIN W. | 48997 |
| PREIMS-BRESSER | 51908 |
| PROMIN VZW | 52378 |
| REPER, FRANS | 52124 |
| RYCKAERT, CECILIA | 52140 |
| SCHOOFS, JEANINE | 52143 |
| SCHRAM-DEFONSECA | 52031 |
| SMET, FRANCOIS DE | 61530 |
| SPEYER, JUAN ENRIQUE | 37376 |
| SPINETTE-ROSE, MR. & MRS. ROBERT | 52030 |
| STAES | 51175 |
| STAS-ORBAN, DOMINIQUE | 51997 |
| SUREKA, DEEPAK & SHANKARLAL | 41323 |
| TREMONT, ALINE | 54840 |
| VAN GORP, MARC | 45332 |
| VAN VOORST VADER-VAN ESCH, P.W. | 48951 |
| VANDEWALLE, KARIN | 51996 |

Exhibit 13

(**Ninety-Second** Omnibus Objection to Claims (No Blocking
Number LPS Claims) **[ECF No. 14472]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| AMONN-DINGER, VERENA | 11169 | N/A |
| BAUMHEIER, KATJA | 11170 | N/A |
| BAUMHEIER, KATJA | 11171 | N/A |
| BAYER, DR. INGEBORG | 12425 | N/A |
| BAYER, DR. INGEBORG | 12426 | N/A |
| BECKER, DR. KLAUS | 13631 | N/A |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROSCHK, DIETER | 13637 | N/A |
| CZYGANOWSKI, SIEGFRIED | 13610 | N/A |
| FASSBENDER, MARIA | 13638 | N/A |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | N/A |
| GANSER, ALBERT | 24995 | N/A |
| GETTE, HELENE | 12444 | N/A |
| HASSE, KLAUS-DIETER | 13628 | N/A |
| HEINZEN, HANS | 11178 | N/A |
| HIRSCH, KURT | 11179 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | N/A |
| JAHN, URSULA & HORST | 24987 | N/A |
| JANSEN, WALTER | 34350 | N/A |
| JANSEN, WALTER | 34347 | N/A |
| JONAS, PETER AND HEIKE | 13605 | N/A |

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| KAPALLA, KURT | 12448 | N/A |
| KELLNER, MARTIN | 11181 | N/A |
| KIM, CHRISTINA | 9491 | 15537 |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | N/A |
| KRAWINKEL, ODO | 12427 | N/A |
| KRAWINKEL, ODO | 12428 | N/A |
| KUHNAST, FRANK-ROLAND | 67258 | N/A |
| LEWIN, JOERG | 34348 | N/A |
| LUCKS, IIONA | 24996 | N/A |
| LUKOSCHEK, WOLFGANG | 13611 | N/A |
| MARTINEZ SABE, HECTOR RAUL | 31404 | N/A |
| MASTALEREK, MICHAEL | 11187 | N/A |
| MITTMANN, HANA | 24990 | N/A |
| MUELLER, WILFRIED | 24991 | N/A |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | N/A |
| OBERKERSCH, BEATRICE | 11191 | N/A |
| POSCH, MANFRED | 12441 | N/A |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | 63860 | 15074 |
| RAKE, FRANK-REINER | 11192 | N/A |
| RAKEPOLL FINANCE N.V. | 1638 | N/A |

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RODRIGUEZ, KARSTEN | 13621 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | N/A |
| SCHMIDT, KARIN | 11197 | N/A |
| SCHMIDT, RA PETRA | 11198 | N/A |
| SCHMITZ, HERBERT | 24982 | N/A |
| SCHMITZ, HERBERT | 24983 | N/A |
| SCHMITZ, HERBERT | 24960 | N/A |
| SCHMITZ, HERBERT | 24984 | N/A |
| SCHOBER, HANS-JOACHIM | 13634 | N/A |
| SCHOBER, MARITA | 13635 | N/A |
| SCHWEBIUS, SANDRA | 11199 | N/A |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOGECAP | 1168 | 15080 |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | N/A |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | N/A |
| STANGE, HANS-JOACHIM | 12440 | N/A |
| STEINFORT, SILVIA | 11201 | N/A |

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| STEINFORT, SILVIA | 11203 | N/A |
| STEINFORT, SILVIA | 11202 | N/A |
| STEINMUELLER, DR. BERND & HILDEGARD | 13603 | N/A |
| TALREJA, ROHINI | 4983 | N/A |
| THOEMEL, HEINZ | 11207 | N/A |
| UTTENDORF, WILFRIED | 57811 | N/A |
| VOLK, HELMUT UND ANNEMARIE | 11209 | N/A |
| VON DER HEYDE, PHILIP | 11210 | N/A |
| WARTAK, BEATE | 11211 | N/A |
| WEBER HANS-HERMANN | 67237 | N/A |
| WEBER HANS-HERMANN | 67236 | N/A |
| WEBER HANS-HERMANN | 67239 | N/A |
| WEIDLICH, JOERG | 13642 | N/A |
| WEISS, RENATE | 11212 | N/A |
| WENZEL, PETER | 11213 | N/A |
| WERNER, FRIEDHELM AND IRENE | 13615 | N/A |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | N/A |
| WITTIG, HANSPETER | 57824 | N/A |
| WOLSKI, MIECZYSLAW | 61159 | N/A |
| WOLSKI, MIECZYSLAW | 61160 | N/A |
| WOLSKI, MIECZYSLAW | 61191 | N/A |

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| ZELLINGER, ERNST | 11224 | N/A |

Exhibit 14

(**One Hundred Twelfth** Omnibus Objection to Claims
(Invalid Blocking Number LPS Claims) [**ECF No. 15014**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| CAM-QUE KEVIN LIEU | 41587 | 16054 |
| INVESTERINGSSELSKABET AF 11.12.1990 APS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| LUCIA DEL CAMPO | 37187 | N/A |
| BANQUE CANTONALE DU VALAIS | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

Exhibit 15

(**One Hundred Twenty-Second** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 16046]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| ACEVEDO, GILBERT | 19023 |
| AGIS, FRANCISCO | 19022 |
| ARIANO, NEIL A. | 19021 |
| ARICA, HUGO G | 19100 |
| ARRIETA, ANGEL L. | 19020 |
| BALLESTE, JUAN R. | 19019 |
| BAUMANN, CHRISTOPHER | 19018 |
| CARRASCO EDWARD | 19017 |
| CARRASCO, EDWARD | 33404 |
| CASTILLO ROBIN A | 19016 |
| CASTILLO, ROBIN A. | 33405 |
| CHECO, MANUEL | 19015 |
| CIGANEK, THOMAS | 19014 |
| COLUCCI, EDWARD | 19013 |
| D'AMBROSI, CARLO | 19012 |
| DILL, JARRETT | 33389 |
| DILL, JARRETT | 19011 |
| DOMARECKI, DANIEL | 19046 |
| DOMINICCI, SHAUN | 19047 |
| FOELLA, MICHAEL A | 19045 |
| FRANCIS, ANNETTE | 19044 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| FUNG, KENNETH | 19098 |
| GAYO, DIANA E | 19043 |
| GERMOSEN, WILSON | 19042 |
| GIUDICE, ANTONELLO | 19041 |
| GODINO, GLENN | 33397 |
| GODINO, GLENN | 19040 |
| GRAY, GLENN N | 19039 |
| HABERSAAT, DONALD | 19038 |
| HANLEY, TIMOTHY P | 19037 |
| HINDS, WENDELL A | 19036 |
| INFANT0E, JUAN C | 19035 |
| INFANTE, JUAN C. | 33383 |
| INTEMANN, EDWARDS | 19034 |
| JAMES, NOEL | 19033 |
| JUSTE, CARY | 19031 |
| KHAN, MOHAMMED G | 19030 |
| KRIVINSKY, JOHN | 19029 |
| LEONARDI, DAVID | 33377 |
| LEONARDI, DAVID | 19028 |
| LIRANZO, JOSE A | 19027 |
| LIRANZO, JOSE A. | 33378 |
| MAHMOOD, MUHAMMAD B. | 19026 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| MARGRAF, PETER | 19025 |
| MARIN, HECTOR | 19024 |
| MARINES, LUIS | 19075 |
| MARTE, LUIS | 19074 |
| MCGURRAN, JOHN | 19073 |
| MCLOUGHLIN LIAM | 19072 |
| MCLOUGHLIN, LIAM | 33364 |
| MERA RAUL H | 19071 |
| MIRANDA PHILIP | 19070 |
| MONTEGOMERY, CHRISTOPHER J. | 19068 |
| MOSCATELLI, LEONARD A. | 33367 |
| NEWSOM, CHRISTOPHER | 33369 |
| OWENS, KEVIN W | 33344 |
| PATTON, JOSEPH | 33345 |
| PERALTA, PABLO N. | 33626 |
| PEREZ, DANTE | 33346 |
| PESANTES, SERGIO | 33347 |
| PHILLIPS TANISHAE | 19062 |
| PHILLIPS, TANISHAE | 33348 |
| PICHARDO EMILIO J | 19061 |
| PICHARDO, EMILIO J | 33349 |
| PIERRE, HEURTELOU | 19060 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| PLATZ, JAMES | 33351 |
| PRYOR, JEFFREY M | 33352 |
| RABASSA, AUGUSTIN | 33353 |
| RICCIUTO, GERARD | 33354 |
| RIVERA, HECTOR J. | 19055 |
| ROBIN NICOLE P | 19054 |
| ROBIN, NICOLE P. | 33356 |
| ROTHSTEIN, JONATHAN H. | 32086 |
| RUMPH, ANTHONY | 33358 |
| RUMPH, ANTHONY | 19052 |
| SANDSETH, ERIC S. | 19051 |
| SANDSETH, ERIC S. | 33359 |
| SANTANA, LISA | 33361 |
| SANTANA, LISA | 19049 |
| SANTIAGO, TERRY | 33362 |
| SANTIAGO,TERRY | 19048 |
| SILVERIO, DANIEL | 33363 |
| SILVERIO, DANIEL | 19113 |
| SMYTH, EDWARD P. | 19112 |
| SOGLUIZZO, MICHAEL | 19111 |
| SULLIVAN, CHRISTIAN | 19110 |
| TAVERAS, ROBIN | 19109 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| TEJERA, JUAN | 19108 |
| VALENTINE, CHRISTOPHER | 19107 |
| VAZQUEZ JR., JUAN | 19105 |
| VAZQUEZ, ELVIS | 19106 |
| VUCKOVIC, JOSIP | 19104 |
| WONG, PHILIP | 19096 |
| YAKUBOV, NATHAN | 33337 |
| YANNI MICHAEL | 19103 |
| YEE, HUBERT | 33338 |

<u>Exhibit 16</u>

(**<u>One Hundred Forty-Third</u>** Omnibus Objection to Claims
(Late-Filed Claims) **[ECF No. 16856] –** Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| ACM GLOBAL CREDIT - U.S. SUB-FUND | 43951, 43952 |
| AGOSTINI, EDWARD J. AND SYLVIA JTWROS | 67230, 67232 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO | 43949, 43950 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | 43944, 43945 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO | 43942, 43943 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO | 43938, 43939 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST | 43935, 43936 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST | 43937, 43946 |
| BANQUE PROFIL DE GESTION | 67083 |
| BARRIOS, ROSALINDA | 67087 |
| BERNIER, FRANCOIS | 66248 |
| BOOTEN, MICHELE | 66251 |
| BORENSTEIN, ROBERTA | 34410 |
| CARTY, LEA | 35593 |
| CF MIDAS BALANCED GROWTH FUND | 67193 |
| COLEMAN, MICHAEL ALEXIS | 67363 |

| CLAIMANT NAME | CLAIM NUMBER(S) |
|---|---|
| DE CLERQ, FRANCOISE | 66244 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | 67228, 67231 |
| FINANCIAL SERVICES COMPENSATION SCHEME LIMITED | 63359 |
| FITVOYE, CLAUDE | 66249 |
| FRANSSEN, MATTHIAS | 66250 |
| GODARD, ALAIN & JEANNINE BRONCKART | 66247 |
| SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO | 43947, 43948 |
| SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO | 43940, 43941 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | 67229, 67233 |
| TINANT, DANIELLE | 64460 |
| U.S. BANK NATIONAL ASSOCIATION | 67150, 67151, 67152, 67153 |
| VALKENBORGS, ROGER | 66245 |

<u>Exhibit 17</u>

(**One Hundred Fifty-First** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 17478]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| CADET, PIERRE | 19099 | N/A |
| CADET, PIERRE | 33340 | N/A |
| CHECO, MANUEL | 33406 | N/A |
| CIGANEK, THOMAS | 33407 | N/A |
| D'AMBROSI, CARLO | 33409 | N/A |
| GRAY, GLENN N. | 33386 | N/A |
| HUNTON & WILLIAMS LLP | 2701 | 20762 |
| JAMES, NOEL | 33385 | N/A |
| PESANTES, SERGIO | 19063 | N/A |
| PIERRE, HEURTELOU | 33350 | N/A |
| PLATZ, JAMES | 19059 | N/A |
| PRYOR, JEFFREY M. | 19058 | N/A |
| RABASSA, AUGUSTIN | 19057 | N/A |
| RICCIUTO, GERARD | 19056 | N/A |
| RIGHT MANAGEMENT INC. | 5503 | 22019 |
| RIVERA, HECTOR J. | 33355 | N/A |
| SMYTH, EDWARD P. | 33327 | N/A |
| SULLIVAN, CHRISTIAN | 33329 | N/A |
| TAVERAS, ROBIN | 33330 | N/A |
| TEJERA, JUAN | 33331 | N/A |
| VALENTINE, CHRISTOPHER | 33332 | N/A |

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| VAZQUEZ, ELVIS | 33333 | N/A |
| VAZQUEZ JR., JUAN | 33334 | N/A |
| VUCKOVIC, JOSIP | 33335 | N/A |

Exhibit 18

(**One Hundred Eightieth** Omnibus Objection to Claims
(Invalid Blocking Number LPS Claims) **[ECF No. 19396]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NO. |
|---|---|---|
| INVERELL SHIRE COUNCIL | 18687 | 20143 |
| CENTRAL BANCO UNIVERSAL | 62725 | 22006 |

<u>Exhibit 19</u>

(**<u>One Hundred Eighty-Eighth</u>** Omnibus Objection to Claims
(Duplicative LPS Claims) **[ECF No. 19871]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NUMBER(S) | ECF NOS. |
|---|---|---|
| MITSUI SECURITIES, CO., LTD. | 62852 | 20825 |
| HORIZON II INTERNATIONAL LIMITED | 62720 | 22005 |
| AGRICULTURAL BANK OF TAIWAN | 65952 | 23298 |