UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   SS.:
COUNTY OF NEW YORK   )

**Brett Stone**, being duly sworn, deposes and says:

1. The deponent is employed by Jones Day, 222 East 41st Street, New York, New York 10017, is over 18 years of age and is not a party to the above captioned proceeding.

2. On December 19, 2011, deponent caused to be served the **Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Objection to Claim Number 20250 Filed by Kaupthing Bank HF and Allowing Such Claim in an Undisputed Amount** [Docket No. 23563] by causing true and correct copies to be:

   a.    delivered via fax notification to those parties listed on the annexed Exhibit A.

/s/ Brett Stone
Brett Stone

NYI-4419866v1

Sworn to before me on this
20th day of December, 2011


/s/ Alicia Farrington
Notary Public

Alicia Farrington
Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2014

NYI-4419866v1

## EXHIBIT A

Milbank, Tweed, Hadley & McCloy LLP
Dennis Dunne, Dennis O'Donnell, Evan Fleck,
Andrea McNamara
(Counsel to the Official Committee of
Unsecured Creditors)
Fax:  212-530-5219

Office of the U.S. Trustee
Andrew D. Velez-Rivera, Paul Schwartzberg
Fax:  212-668-2255

NYI-4419866v1