WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                      :
**In re**                                             :    **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :    **08-13555 (JMP)**
                                                      :
              **Debtors.**                            :    **(Jointly Administered)**
                                                      :
-------------------------------------------------------------------x

**NOTICE OF REVISED PROPOSED**
**ORDER GRANTING DEBTORS' MOTION PURSUANT**
**TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE**
**FOR AUTHORIZATION TO IMPLEMENT THE DEFENSE COSTS FUND**

PLEASE TAKE NOTICE that in connection with the hearing to be held on

December 21, 2011 at 10:00 a.m. with respect to the motion dated November 23, 2011 (the

"Motion"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors in possession (the "Debtors"), pursuant to sections 105(a) and

363(b)(1) of title 11 to the United States Code (the "Bankruptcy Code"), for an order authorizing

the Debtors to implement the Defense Costs Fund [ECF No. 22647], the Debtors hereby file a

revised form of order approving the Motion.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is the

revised proposed order reflecting the Creditors' Committee's withdrawal of its objection to the

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Motion [ECF No. 23178] and modifications to the proposed order (the "Revised Proposed

Order") granting the Motion.  Attached hereto as Exhibit B is a blackline of the Revised

Proposed Order, marked to reflect the changes made to the proposed order annexed to the

Motion originally filed with the Court.


Dated:  December 20, 2011
        New York, New York                    /s/ Richard P. Krasnow
                                              Richard P. Krasnow
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for the Debtors
                                              and Debtors in Possession

## Exhibit A

**(Revised Proposed Order - Clean)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                           :

In re                                                                          :          **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :          **08-13555 (JMP)**
                                           :

                 **Debtors.**          :          **(Jointly Administered)**
                                         :

-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' MOTION**
**PURSUANT TO SECTIONS 105(a) AND 363(b)**
**OF THE BANKRUPTCY CODE FOR AUTHORIZATION**
**TO IMPLEMENT THE DEFENSE COSTS FUND**

A hearing having been held on December 21, 2011 (the "Hearing"), to consider

the motion, dated November 23, 2011 (the "Motion"),[1] of Lehman Brothers Holdings Inc.

("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in

possession (the "Debtors"), pursuant to sections 105(a) and 363(b)(1) of title 11 to the United

States Code (the "Bankruptcy Code"), for an order authorizing the Debtors to implement the

Defense Costs Fund [ECF No. 22647], all as more fully described in the Motion; and the Court

having jurisdiction to consider the Motion and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the

Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a

core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

provided in accordance with the procedures set forth in accordance with the procedures set forth

in the second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [ECF No. 9635], on (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

(v) attorneys for the Covered Persons; and (vi) all parties who have requested notice in these

Chapter 11 Cases, and it appearing that no other or further notice need be provided; and upon

consideration of the Motion, the objection thereto (the "Objection") filed by the official

committee of unsecured creditors (the "Committee") [ECF No. 23178], the Debtors' reply to the

Objection [ECF No. 23213], and the record of the Hearing; and the Debtors having modified the

Motion as reflected in said record in a manner consistent with this Order as provided below; and

the Committee having withdrawn the Objection based on said modification; and the Court

having found and determined that the relief sought in the Motion, as modified, is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion, as modified, is granted as provided herein; and it is
further

ORDERED that pursuant to sections 105(a) and 363(b)(1) of the Bankruptcy

Code, the Debtors are authorized to advance funds for the Defense Costs Fund in accordance

with the terms set forth in the Motion; provided however that (a) the Defense Costs Fund shall

not be replenished once it is exhausted, and (b) any distributions and/or entitlements that a

Covered Person may have under the Plan with respect to any indemnification proofs of claim

that he or she has filed against LBHI shall be reduced, on a dollar for dollar basis, by that amount

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

advanced from the Defense Costs Fund to such Covered Person and/or his or her designated

counsel; and it is further

ORDERED that nothing in this Order or the Motion, as modified, nor the

payment of legal costs by the Debtors shall prejudice any claims or rights that the Debtors or

Covered Persons may have against any insurance provider with respect to the legal costs incurred

by the Covered Persons and paid by the Debtors pursuant to this Order; and it is further

ORDERED that nothing in this Order shall constitute a determination of any

insurance coverage rights or obligations under the D&O Policies or any other insurance policies;

and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good

and sufficient notice of the Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Dated: December __, 2011
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit B</u>**

**(Marked Revised Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                :
In re                                           :    **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
                                                :
            **Debtors.**                        :    **(Jointly Administered)**
                                                :
------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' MOTION**
**PURSUANT TO SECTIONS 105(a) AND 363(b)**
**OF THE BANKRUPTCY CODE FOR AUTHORIZATION**
**TO IMPLEMENT THE DEFENSE COSTS FUND**

~~Upon~~ A hearing having been held on December 21, 2011 (the "Hearing"), to

consider the motion, dated November 23, 2011 (the "Motion"),[1] of Lehman Brothers Holdings

Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in

possession (the "Debtors"), pursuant to sections 105(a) and 363(b)(1) of title 11 to the United

States Code (the "Bankruptcy Code"), for an order authorizing the Debtors to implement the

Defense Costs Fund [ECF No. 22647], all as more fully described in the Motion; and the Court

having jurisdiction to consider the Motion and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the

Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a

core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

provided in accordance with the procedures set forth in accordance with the procedures set forth

in the second amended order entered on June 17, ~~2010~~2010, governing case management and

administrative procedures for these cases [ECF No. 9635], on (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

(v) attorneys for the Covered Persons; and (vi) all parties who have requested notice in these

Chapter 11 Cases, and it appearing that no other or further notice need be provided; and upon

consideration of the Motion, the objection thereto (the "Objection") filed by the official

committee of unsecured creditors (the "Committee") [ECF No. 23178], the Debtors' reply to the

Objection [ECF No. 23213], and the record of the Hearing; and the Debtors having modified the

Motion as reflected in said record in a manner consistent with this Order as provided below; and

the Committee having withdrawn the Objection based on said modification; and the Court

having found and determined that the relief sought in the Motion, as modified, is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion, as modified, is granted as provided herein; and it is

further

ORDERED that pursuant to sections 105(a) and 363(b)(1) of the Bankruptcy

Code, the Debtors are authorized to advance funds for the Defense Costs Fund in accordance

with the terms set forth in the Motion; provided however that (a) the Defense Costs Fund shall

not be replenished once it is exhausted, and (b) any distributions and/or entitlements that a

Covered Person may have under the Plan with respect to any indemnification proofs of claim

that he or she has filed against LBHI shall be reduced, on a dollar for dollar basis, by that amount

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

advanced from the Defense Costs Fund to such Covered Person and/or his or her designated counsel; and it is further

ORDERED that nothing in this Order or the Motion, as modified, nor the payment of legal costs by the Debtors shall prejudice any claims or rights that the Debtors or Covered Persons may have against any insurance provider with respect to the legal costs incurred by the Covered Persons and paid by the Debtors pursuant to this Order; and it is further

ORDERED that nothing in this Order shall constitute a determination of any insurance coverage rights or obligations under the D&O Policies or any other insurance policies; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December __, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE