**EXHIBIT "3B"**

# COMMONWEALTH OF THE BAHAMAS

## New Providence

THIS DEED OF ADDENDUM is dated the 26th day of May, A.D. 2011, and is made between GENWOOD NASSAU LTD (The Seller) and Benisasia Investment and Properties Ltd. (the Purchaser) and shall for all purposes herein be treated as an addition and supplement to the Agreement for Sale dated the 11th day of February, A.D., 2011 ("the said Agreement") and made between the Seller and Purchaser and pertaining to the sale and purchase of two tracts of land containing all that piece or parcel of land situate on West Bay Street in the Western District of the Island of New Providence, one of the Islands of the Commonwealth of The Bahamas comprising of an area of approximately One and Three Hundred and Forty-nine thousandths (1.349) acres **and** all that piece or parcel of land situate on Nassau Street also in the Western District of the said Island of New Providence, comprising of an area of One and Sixty-nine thousandths (1.069) acres both containing the Nassau Palm Resort.

## NOW THIS DEED WITNESSETH AS FOLLOWS:

1. That it is hereby agreed that in consideration of the sum of Ten ($10.00) Dollars now paid to the Seller by the Purchaser receipt of which is hereby acknowledged and for other good and valuable consideration the sufficiency and adequacy of which is hereby acknowledged and agreed that the Closing Date of the said Agreement be amended to Thursday the 23rd of June, 2011 (time being of the essence).

2. Notwithstanding anything to the contrary set forth in the Agreement, in the event that the Closing does not occur on or before the Closing Date for any reason other than the failure of Seller to tender performance, then the Agreement shall terminate

*RB*

2

and Seller shall be entitled to retain the Deposit as liquidated damages.

3. This Addendum may be executed by facsimile signature or email of pdf signatures, and delivering by a party hereto of the facsimile signature or email of pdf signatures of such party shall have the same force and effect as the delivery of an original signature of such party.

_____
Rick Benisasia
Benisasia Investment and
Properties Ltd.

_____
Jeffrey Fitts
(Authorized Signatory)
For Lehman Brothers Holdings Inc. on behalf of Genwood Nassau Ltd.

Witness: J. JOHAL

Witness: _____

# COMMONWEALTH OF THE BAHAMAS

## New Providence

THIS DEED OF ADDENDUM is dated the 23rd day of June, A.D. 2011, and is made between GENWOOD NASSAU LTD ("the Seller") and Benisasia Investment and Properties Ltd. ("the Purchaser") and shall for all purposes herein be treated as an addition and supplement to the Agreement for Sale dated the 11th day of February, A.D., 2011 ("the said Agreement") and made between the Seller and Purchaser and pertaining to the sale and purchase of two tracts of land containing all that piece or parcel of land situate on West Bay Street in the Western District of the Island of New Providence, one of the Islands of the Commonwealth of The Bahamas comprising of an area of approximately One and Three Hundred and Forty-nine thousandths (1.349) acres and all that piece or parcel of land situate on Nassau Street also in the Western District of the said Island of New Providence, comprising of an area of One and Sixty-nine thousandths (1.069) acres both containing the Nassau Palm Resort.

**NOW THIS DEED WITNESSETH AS FOLLOWS:**

1. That it is hereby agreed that in consideration of the sum of Ten ($10.00) Dollars now paid to the Seller by the Purchaser receipt of which is hereby acknowledged and for other good and valuable consideration the sufficiency and adequacy of which is hereby acknowledged and agreed that the Closing Date of the said Agreement be amended to Tuesday the 19th of July, 2011 (time being of the essence) subject to the following provisions;

2. Notwithstanding the provisions of Section 24 (b) of the said Agreement and without the Seller's waiving its rights under the initial terms of the Agreement the Purchaser has applied for financing from two lenders. The lenders have applied to the Bahamas Investment Authority for the required Permits and have not yet received the



approvals and the Purchaser has requested that the Seller amend the Closing Date from the 23rd of June, 2011 to the 19th of July, 2011 in order to provide additional time for these approvals to be granted.

3. Notwithstanding anything to the contrary set forth in the Agreement the Purchaser's lenders must obtain all Bahamas Investment Authority approvals and provide to the Seller written evidence satisfactory to Seller on or prior to July 6, 2011, time of the essence. If the Purchaser's lenders fail to obtain such approval and provide such evidence on or prior to such date, the contract will automatically terminate and Seller will be entitled to retain the deposit and all interest earned thereon.

4. The Purchaser and the Purchaser's lender must obtain all necessary and appropriate approvals of the Central Bank and provide to Seller written evidence satisfactory to Seller on or prior to July 12, 2011, time of the essence. If Purchaser and/or the Purchaser's lenders fail to obtain such approvals and provide such written evidence on or prior to such date, the contract will automatically terminate and Seller will be entitled to retain the deposit and all interest earned thereon.

5. Notwithstanding anything to the contrary set forth in the Agreement, in the event that the Closing does not occur on or before the Closing Date as amended for any reason other than the failure of the Seller to tender performance, then the Agreement shall terminate and the Seller shall be entitled to retain the Deposit and interest earned thereon as liquidated damages.



6. It is understood and agreed that nothing in this Addendum is intended to create a financing contingency and the Purchaser and the Seller hereby agree that the closing is not contingent on the Purchaser obtaining financing.

7. This Addendum may be executed by facsimile signature or email of pdf signatures, and delivering by a party hereto of the facsimile signature or email of pdf signatures of such party shall have the same force and effect as the delivery of an original signature of such party.

_____
Rick Benisasia
Benisasia Investment and
Properties Ltd.

_____
Jeffrey Fitts
(Authorized Signatory)
For Lehman Brothers Holdings Inc. on behalf of Genwood Nassau Ltd.

_____
Witness: JYOTI JOHAL

_____
Witness: DEANNA EMILIO

