UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11

Case No. 08-13555 (JMP)

### ORDER GRANTING MOTION PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001 TO LIFT THE AUTOMATIC STAY TO PERMIT BENISASIA INVESTMENT AND PROPERTIES LIMITED TO PROSECUTE CERTAIN CAUSES OF ACTION IN STATE OR FEDERAL COURT

Upon the Motion, dated December 20, 2011 and its supporting affidavit and exhibits (the "Motion"), of Benisasia Investment and Properties Limited ("Benisasia"), for entry of an order granting relief from the automatic stay pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to permit Benisasia to commence certain causes of action in state or federal court against debtor Lehman Brothers Holdings Inc. ("LBHI"); and due and proper notice of the Motion having been given; and the Motion having come on for a hearing on January 11, 2011; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel at the hearing; and after due deliberation, and sufficient cause appearing to grant the requested relief; it is

ORDERED, that the Motion is granted as provided in this Order; and it is further

ORDERED, that objections to the Motion, if any, that have not been withdrawn are overruled; and it is further

1935491.1

ORDERED, that the automatic stay imposed in these chapter 11 cases by section 362(a) of the Bankruptcy Code is modified in accordance with section 362(d)(1) of the Bankruptcy Code to allow Benisasia to commence certain causes of action in state or federal court against LBHI related to the Purchase Agreements (as defined in the Motion); and it is further

ORDERED, that, except as otherwise provided by this Order, the relief granted by this Order is without prejudice to any and all claims, causes of action, rights, entitlements, and defenses available to each of the parties under applicable law and rules of procedure in the state or federal court and in any appeals from any order(s) or judgment(s) that may be entered therein; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: New York, New York
       January ___, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

1935491.1