

Budenheimer Volksbank eG

Budenheimer Volksbank eG · Postfach 12 20 · 55254 Budenheim

Luisenstraße 7
55257 Budenheim

Telefon: (0 61 39) 29 08-0
Telefax: (0 61 39) 29 08-40

Bankleitzahl 550 613 03

Bankverbindungen:
DZ-Bank AG Frankfurt
BLZ 500 600 00 Kto.-Nr. 701

Deutsche Bundesbank,
Filiale Mainz
BLZ 550 000 00
Kto.-Nr. 550 613 03

Bei Rückfragen ist zuständig:
Telefon: (0 61 39) 29 08-

Vorsitzender des Aufsichtsrates:
Wolfgang Klein

Vorstand:
Bernhard Kurz, Bernd Lützenkirchen
Gen.-Reg. Mainz 0219

T-Online: 400 430 11 31
SWIFT-BIC-CODE:
GENO DE 51 BUD
eMail-Adresse:
info@BudenheimerVB.de
Internet:
www.budenheimervb.de

Herr Eckes

**Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076 / USA**

Ihre Zeichen/Ihre Nachricht vom

Unsere Zeichen

Datum    01.12.2011

**New owner of Claim No. 57121 Helga Spinner**

Dear Sir or Madam,

thanks for your letter dated 11/14/2011 that we have received.
We informed you, that we are the new owner of the Claim No. 57121
from Helga Spinner, Friedrich-Ebert-Str. 43, D - 55257 Budenheim/Germany.
In that case we leave you a Transfer Agreement ( signed by both parties ).
We would be obliged if you notice finally that we are the new owner
of the claim, and sent us please an notice, that the transfer is done.

Kindly regards from Budenheim / Germany ...

Budenheimer Volksbank eG

Director                Manager

Im FinanzVerbund:



Volksbanken
Raiffeisenbanken

DZ BANK
Deutsche Zentral-
Genossenschaftsbank

WGZ BANK
Westdeutsche
Genossenschafts-
Zentralbank

Bausparkasse
Schwäbisch Hall

Deutsche
Genossenschafts-
Hypothekenbank

e@sy Credit
Ein Produkt der
TeamBank


Münchener
Hypothekenbank


R+V
Versicherung


Union Investment
Union
Investment


VR LEASING
VR Leasing

WL BANK
WL Bank

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDINGS INC, et al.**    Case No. **08-13555 (JMP)**
**Chapter 11 Case No. 08-13555 (JMP)**
**Jointly Administered**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Budenheimer Volksbank eG** | **Helga Spinner** |
|---|---|
| **Luisenstraße 7** | **Friedrich-Ebert-Straße 43** |
| **D-55257 Budenheim / Germany** | **D-55257 Budenheim / Germany** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Budenheimer Volksbank eG**
**Luisenstraße 7**
**D-55257 Budenheim / Germany**
Phone: **0049 6139 290829**
Last Four Digits of Acct #: _____

Court Claim # (if known): **57121**
Amount of Claim: **$28.302,00**
Date Claim Filed: **10/30/2009**

Phone: **0049 6139 92920**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Budenheimer Volksbank eG_    Date: **11/18/2011**
    Transferee/Transferee's Agent
    **Director           Manager**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

By: _/s/_    Date: **11/18/2011**
    Transferor



Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076 / USA