Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                            :
In re:                                      :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

   CHARMAINE M. THOMAS, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

   On the 20th of December, 2011, I caused a copy of the following document:

Statement *of Official Committee of Unsecured Creditors in Support of Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, and One Hundred Seventy-Sixth Omnibus Objections to Claims,* [DI 23604],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the party listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

      /s/ Charmaine M. Thomas
      CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before me this 20th day of December, 2011

  /s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

**Exhibit A**

harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; robert.lemons@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abeaumont@fklaw.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agoldstein@tnsj-law.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akolod@mosessinger.com; akornikova@lcbf.com; alum@ftportfolios.com; amarder@msek.com; amartin@sheppardmullin.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; anann@foley.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcy@ntexas-attorneys.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bcarlson@co.sanmateo.ca.us; bdk@schlamstone.com; bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; bmerrill@susmangodfrey.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; brosenblum@jonesday.com; broy@rltlawfirm.com; bstrickland@wtplaw.com; btrust@mayerbrown.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cdesiderio@nixonpeabody.com; ceskridge@susmangodfrey.com; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; colea@gtlaw.com; cousinss@gtlaw.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com;

3

cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com;
dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com;
dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com;
david.heller@lw.com; david.powlen@btlaw.com; david.seligman@kirkland.com;
davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com;
dcimo@gjb-law.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com;
deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com;
dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com;
dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com;
djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com;
dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com;
dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com;
dove.michelle@dorsey.com; dowd.mary@arentfox.com; dpegno@dpklaw.com;
draelson@fisherbrothers.com; dravin@wolffsamson.com; drose@pryorcashman.com;
drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com;
dshaffer@wtplaw.com; dshemano@pwkllp.com; dspelfogel@foley.com;
dtatge@ebglaw.com; dtheising@harrisonmoberly.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efriedman@fklaw.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ekbergc@lanepowell.com; elevin@lowenstein.com;
eli.mattioli@klgates.com; ellen.halstead@cwt.com; emerberg@mayerbrown.com;
enkaplan@kaplanlandau.com; eobrien@sbchlaw.com; erin.mautner@bingham.com;
eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com;
etillinghast@sheppardmullin.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com;
ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; foont@foontlaw.com;
francois.janson@hklaw.com; fsosnick@shearman.com; fyates@sonnenschein.com;
gabriel.delvirginia@verizon.net; george.davis@cwt.com; geraci@thalergertler.com;
ggitomer@mkbattorneys.com; ggoodman@foley.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@ravertpllc.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@mayerbrown.com; heim.steve@dorsey.com; heiser@chapman.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; hsteel@brownrudnick.com;
icatto@mwe.com; igoldstein@dl.com; ilevee@lowenstein.com;
info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com;
israel.dahan@cwt.com; iva.uroic@dechert.com; jaclyn.genchi@kayescholer.com;
jacobsonn@sec.gov; james.mcclammy@dpw.com; james.sprayregen@kirkland.com;
jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com;
jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com;
Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com;
jbeiers@co.sanmateo.ca.us; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-

4

law.com; jchristian@tobinlaw.com; jdoran@haslaw.com; Jdrucker@coleschotz.com;
jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeanites@whiteandwilliams.com;
jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffery.black@bingham.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@ag.state.mn.us; jfalgowski@reedsmith.com; jflaxer@golenbock.com;
jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgenovese@gjb-law.com;
jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com;
jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com;
jkehoe@btkmc.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com;
jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jlovi@steptoe.com;
jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmakower@tnsj-law.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
jnadritch@olshanlaw.com; jnm@mccallaraymer.com; john.monaghan@hklaw.com;
john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jporter@entwistle-law.com;
jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com;
jsullivan@mosessinger.com; jteitelbaum@tblawllp.com; jtimko@shutts.com;
jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com;
karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com;
keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com;
ken.higman@hp.com; kerry.moynihan@hro.com; kgwynne@reedsmith.com;
kiplok@hugheshubbard.com; kkelly@ebglaw.com; kkolbig@mosessinger.com;
klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com;
korr@orrick.com; kovskyd@pepperlaw.com; kpiper@steptoe.com;
kressk@pepperlaw.com; KReynolds@mklawnyc.com; krosen@lowenstein.com;
kuehn@bragarwexler.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com;
Landon@StreusandLandon.com; lapeterson@foley.com;
lathompson@co.sanmateo.ca.us; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lkatz@ltblaw.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lnashelsky@mofo.com; loizides@loizides.com; lromansic@steptoe.com;
lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lsilverstein@potteranderson.com;
lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com;
mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@SC.com;
margolin@hugheshubbard.com; mark.bane@ropesgray.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.ellenberg@cwt.com;

mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com;
martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matt@willaw.com;
matthew.klepper@dlapiper.com; maustin@orrick.com; max.polonsky@skadden.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com;
mberman@nixonpeabody.com; mbienenstock@dl.com; mbloemsma@mhjur.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mccombst@sullcrom.com; mcordone@stradley.com; mcto@debevoise.com;
mcyganowski@oshr.com; mdahlman@kayescholer.com; mdorval@stradley.com;
melorod@gtlaw.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mh1@mccallaraymer.com; mharris@smsm.com; mhopkins@cov.com;
michael.frege@cms-hs.com; michael.kelly@monarchlp.com;
michael.kim@kobrekim.com; michael.mccrory@btlaw.com;
michael.reilly@bingham.com; millee12@nationwide.com; miller@taftlaw.com;
mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mlichtenstein@crowell.com; mlynch2@travelers.com;
mmendez@hunton.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp;
mneier@ibolaw.com; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mparry@mosessinger.com;
mpomerantz@julienandschlesinger.com; mprimoff@kayescholer.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;
mschimel@sju.edu; mschlesinger@julienandschlesinger.com; mshiner@tuckerlaw.com;
msiegel@brownrudnick.com; msolow@kayescholer.com; mspeiser@stroock.com;
mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com;
ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com;
neilberger@teamtogut.com; newyork@sec.gov; nfurman@scottwoodcapital.com;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com;
nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
omeca.nedd@lovells.com; otccorpactions@finra.org; patrick.oh@freshfields.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com;
pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com;
peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com;
peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com;
pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
psp@njlawfirm.com; ptrainguiterrez@kaplanlandau.com; ptrostle@jenner.com;
pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com;
rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com;
raul.alcantar@ropesgray.com; rbeacher@pryorcashman.com; rbyman@jenner.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com;
richard.levy@lw.com; richard.tisdale@friedfrank.com; richard@rwmaplc.com;
ritkin@steptoe.com; RJones@BoultCummings.com; rleek@HodgsonRuss.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rmcneill@potteranderson.com;

6

rnetzer@willkie.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; roger@rnagioff.com; ronald.silverman@bingham.com; ross.martin@ropesgray.com; rqureshi@reedsmith.com; rrainer@wmd-law.com; rreid@sheppardmullin.com; rrigolosi@smsm.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com; SABVANROOY@HOTMAIL.COM; sagolden@hhlaw.com; sagrawal@susmangodfrey.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; seichel@crowell.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; sidorsky@butzel.com; slerman@ebglaw.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sschultz@akingump.com; sselbst@herrick.com; sshimshak@paulweiss.com; sskelly@teamtogut.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; sweyl@haslaw.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tdewey@dpklaw.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov; tim.desieno@bingham.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmarrion@haslaw.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wchen@tnsj-law.com; wcurchack@loeb.com; wdase@fzwz.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com; wmaher@wmd-law.com; wmarcari@ebglaw.com; wmckenna@foley.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com;

wweintraub@fklaw.com; wzoberman@bermanesq.com;
yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com;
SABVANROOY@HOTMAIL.COM; mberman@nixonpeabody.com;
cdesiderio@nixonpeabody.com; 'robertdakis@quinnemanuel.com';
'lynne.gugenheim@cna.com'; 'Karla.Lammers@cna.com'

**Exhibit B**

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007
Fax No.:  (212) 436-1931

## Exhibit C

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
         Harvey R. Miller, Esq..

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
         Elisabetta G. Gasparini, Esq.
         Andrea B. Schwartz, Esq.

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007