## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY

AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY, a life insurance company, having offices located at 6000 Westown Parkway, West Des Moines, Iowa 50266 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN:  Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $7,400,000, docketed as Claim No. 24539 which was modified and allowed by Order listed at docket No. 16600 in the case referenced below (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _20_ day of December, 2011.

AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY

WITNESS:

_Marla Lacey_
(Signature)

Name: _Marla G Lacey_
Title: _Chief Compliance Officer_
(Print name and title of witness)

By: _John Matovina_
(Signature of authorized signatory)

Name: _John Matovina_
Title: _Chief Financial Officer_
Tel.: _515-457-1813_

JPMORGAN CHASE BANK, N.A.

WITNESS:

_(Signature)_

Name: _Alexander Wilk_
Title: _Associate_
(Print name and title of witness)

By:_____
(Signature of authorized signatory)

Name:_____ Amita Bhandari
Title:_____ Authorized Signatory
Tel.:_____

American Equity AOC (2).doc