Stephen A. Donato, Esq.
Sara C. Temes, Esq.
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone:  (315) 218-8000

*Counsel for Benisasia Investment and Properties, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al*,

                                                        Debtors.

Case No. 08-13555 (JMP)
Chapter 11

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
COUNTY OF ONONDAGA )  ss.:

Kristin M. Doner, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Syracuse, New York. That on the 20th day of December, 2011, deponent caused copies of the following documents to be served upon the parties identified on Exhibit "A" attached hereto by electronic mail and to be served upon the parties listed on Exhibit "B" attached hereto via overnight delivery using Federal Express:

1. *Notice of Motion for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001 to Lift the Automatic Stay to Permit Benisasia Investment and Properties, Ltd. to Prosecute Certain Causes of Action in State or Federal Court*, together with supporting *Motion*;

2. *Affidavit of Rick Benisasia in Support of Motion for Entry of an Order Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001 to Lift the Automatic Stay to Permit Benisasia Investment and Properties Ltd. to Prosecute Certain Causes of Action in State or Federal Court; and*

3. *Proposed Order Granting Motion Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001 to Lift the Automatic Stay to Permit Benisasia Investment and Properties Ltd. to Prosecute Certain Causes of Action in State or Federal Court.*

_____

Kristin M. Doner

Sworn to before me this
21st day of December, 2011.

_____
Notary Public

TERESA M. AYERS
Notary Public, State of New York
Qualified in Onon. Co. No. 01AY4972013
Commission Expires September 17, 2014

## EXHIBIT "A"

'giddens@hugheshubbard.com'; 'kiplok@hugheshubbard.com';
'kobak@hugheshubbard.com'; 'margolin@hugheshubbard.com';
'lubell@hugheshubbard.com'; 'wiltenburg@hugheshubbard.com'; 'tarbit@cftc.gov';
'rwasserman@cftc.gov'; 'sharbech@sipc.org'; 'jwang@sipc.org'; 'jean-
david.barnea@usdoj.gov'; 'joseph.cordaro@usdoj.gov'; Nguyen, Helen; 'jbromley@cgsh.com';
'lschweitzer@cgsh.com'; 'lgranfield@cgsh.com'; 'ctatelbaum@adorno.com';
'mstamer@akingump.com'; 'pdublin@akingump.com'; 'mlahaie@akingump.com';
'rajohnson@akingump.com'; 'lisa.kraidin@allenovery.com'; 'ken.coleman@allenovery.com';
'daniel.guyder@allenovery.com'; 'mgreger@allenmatkins.com';
'krodriguez@allenmatkins.com'; 'tduffy@andersonkill.com'; 'rrussell@andrewskurth.com';
's.minehan@aozorabank.co.jp'; 'angelich.george@arentfox.com'; 'dowd.mary@arentfox.com';
'scousins@armstrongteasdale.com'; 'sehlers@armstrongteasdale.com';
'charles_malloy@aporter.com'; 'anthony_boccanfuso@aporter.com'; 'jg5786@att.com';
'neal.mann@oag.state.ny.us'; 'tony.davis@bakerbotts.com'; 'dworkman@bakerlaw.com';
'peter@bankrupt.com'; 'ffm@bostonbusinesslaw.com'; 'csalomon@beckerglynn.com';
'aostrow@beckerglynn.com'; 'cbrotstein@bm.net'; 'mpucillo@bermanesq.com';
'wzoberman@bermanesq.com'; 'aoberry@bermanesq.com'; 'david@blbglaw.com';
'dbarber@bsblawyers.com'; 'smulligan@bsblawyers.com'; 'jeffrey.sabin@bingham.com';
'ronald.silberman@bingham.com'; 'steven.wilamowsky@bingham.com';
'sabin.willett@bingham.com'; 'robert.dombroff@bingham.com'; 'Mark.deveno@bingham.com';
'joshua.dorchak@bingham.com'; 'carol.weinerlevy@bingham.com';
'raj.madan@bingham.com'; 'michael.reilly@bingham.com'; 'erin.mautner@bingham.com';
'aeckstein@blankrome.com'; 'amcmullen@boultcummings.com';
'rjones@boultcummings.com'; 'kurt.mayr@bgllp.com'; 'kuehn@bragarwexler.com';
'notice@bkcylaw.com'; 'mgordon@briggs.com'; 'monica.lawless@brookfieldproperties.com';
'dludman@brownconnery.com'; 'dludman@brownconnery.com';
'msiegel@brownrudnick.com'; 'slevine@brownrudnick.com'; 'schristianson@buchalter.com';
'christopher.schueller@bipc.com'; 'timothy.palmer@bipc.com'; 'sidorsky@butzel.com';
'deryck.palmer@cwt.com'; 'john.rapisardi@cwt.com'; 'george.davis@cwt.com';
'howard.hawkins@cwt.com'; 'ellen.halstead@cwt.com'; 'israel.dahan@cwt.com';
'mark.ellenberg@cwt.com'; 'jason.jurgens@cwt.com'; 'sgordon@cahill.com';
'jlevitin@cahill.com'; 'thomas_noguerola@calpers.ca.gov'; 'cahn@clm.com';
'wanda.goodloe@cbre.com'; 'dlemay@chadbourne.com'; 'hseife@chadbourne.com';
'arosenblatt@chadbourne.com'; 'spiotto@chapman.com'; 'acker@chapman.com';
'heiser@chapman.com'; 'maofiling@cgsh.com'; 'jennifer.demarco@cliffordchance.com';
'andrew.brozman@cliffordchance.com'; 'sara.tapinekis@cliffordchance.com';
'jen.premisler@cliffordchance.com'; 'psp@njlawfirm.com'; 'jwh@njlawfirm.com';
'lmay@coleschotz.com'; 'jdrucker@coleschotz.com'; 'joli@crlpc.com'; 'jeff.wittig@coair.com';
'eschwartz@contrariancapital.com'; 'bcarlson@co.sanmateo.ca.us';
'jbeiers@co.sanmateo.ca.us'; 'lathompson@co.sanmateo.ca.us'; 'mhopkins@cov.com';
'dcoffino@cov.com'; 'araboy@cov.com'; 'rlevin@cravath.com'; 'rtrust@cravath.com';
'jlipson@crockerkuno.com'; 'ttracy@crockerkuno.com'; 'judy.morse@crowedunlevy.com';
'woconnor@crowell.com'; 'bzabarauskas@crowell.com'; 'mlightenstein@crowell.com';
'seichel@crowell.com'; 'karen.wagner@dpw.com'; 'james.mcclammy@dpw.com';
'thomas.ogden@dpw.com'; 'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com';
'mcto@debevoise.com'; 'glenn.siegel@dechert.com'; 'iva.uroic@dechert.com';
'mmonney@deilylawfirm.com'; 'mbienenstock@dl.com'; 'jliu@dl.com'; 'tkarcher@dl.com';
'pwright@dl.com'; 'esmith@dl.com'; 'mbienenstock@dl.com'; 'igoldstein@dl.com';
'tdewey@dpklaw.com'; 'dpegno@dpklaw.com'; 'adiamond@diamondmccarthy.com';
'sloden@diamondmccarthy.com'; 'cpappas@dilworthlaw.com'; 'aaaronson@dilworthlaw.com';
'timothy.brink@dlapiper.com'; 'matthew.klepper@dlapiper.com';
'thomas.califano@dlapiper.com'; 'stephen.cowan@dlapiper.com';
'william.goldman@dlapiper.com'; 'schnabel.eric@dorsey.com'; 'heim.stev@dorsey.com';
'dove.michelle@dorsey.com'; 'steven.troyer@commerzbank.com';
'jjoyce@dresslerpeters.com'; 'robert.malone@dbr.com'; 'ljkotler@duanemorris.com';
'jim@atkinslawfirm.com'; 'sandyscafaria@eaton.com'; 'ezujkowski@emmetmarvin.com';
'aentwistle@entwistle-law.com'; 'jbeemer@entwistle-law.com'; 'jporter@entwistle-law.com';
'kkelly@ebglaw.com'; 'dtatge@ebglaw.com'; 'sgubner@ebg-law.com'; 'cweber@ebg-law.com';

'lscarcella@farrellfritz.com'; 'shari.leventhal@ny.frb.org'; 'sfelderstein@ffwplaw.com';
'ppascuzzi@ffwplaw.com'; 'jhuh@ffwplaw.com'; 'charles@filardi-law.com';
'alum@ftportfolios.com'; 'dheffer@foley.com'; 'jlee@foley.com'; 'wmckenna@foley.com';
'dspelfogel@foley.com'; 'sory@fdlaw.com'; 'jhiggins@fdlaw.com';
'ahammer@freebornpeters.com'; 'deggert@freebornpeters.com';
'walter.stuart@freshfields.com'; 'patrick.oh@freshfields.com';
'peter.simmons@friedfrank.com'; 'richard.tisdale@friedfrank.com';
'shannon.nagle@friedfrank.com'; 'efriedman@friedumspring.com'; 'efriedman@fklaw.com';
'wweintraub@fklaw.com'; 'abeaumont@fklaw.com'; 'drosenzweig@fulbright.com';
'jmerva@fult.com'; 'jmelko@gardere.com'; 'bankruptcy@ntexas-attorneys.com';
'relgidely@gjb-law.com'; 'jgenovese@gjb-law.com'; 'pbattista@gjb-law.com'; 'dcimo@gjb-
law.com'; 'dcrapo@gibbonslaw.com'; 'mrosenthal@gibsondunn.com';
'jweiss@gibsondunn.com'; 'aseuffert@lawpost-nyc.com'; 'tnixon@gklaw.com';
'jherzog@gklaw.com'; 'jflaxer@goldenbock.com'; 'jwallack@goulstonstorrs.com';
'drosner@goulstonstorrs.com'; 'gkaden@goulstonstorrs.com';
'brian.corey@greentreecreditsolutions.com'; 'diconzam@gtlaw.com'; 'cole@gtlaw.com';
'cousinns@gtlaw.com'; 'melorod@gtlaw.com'; 'tannweiler@greerherz.com';
'jamie.nelson@dubaiic.com'; 'joy.mathias@dubaiic.com'; 'jschwartz@hahnhessen.com';
'jorbach@hahnhessen.com'; 'rmatzat@hahnhessen.com'; 'wbenzija@halperinlaw.net';
'jdyas@halperinlaw.net'; 'agold@herrick.com'; 'sselbst@herrick.com'; 'ramona.neal@hp.com';
'ken.higman@hp.com'; 'jdoran@haslaw.com'; 'dpiazza@hodgsonruss.com';
'rleek@hodgsonruss.com'; 'isgreene@hhlaw.com'; 'sagolden@hhlaw.com';
'barbra.parlin@hklaw.com'; 'arthur.rosenberg@hklaw.com'; 'francois.janson@hklaw.com';
'richard.lear@hklaw.com'; 'john.monaghan@hklaw.com'; 'adam.brezine@hro.com';
'kerry.moynihan@hro.com'; 'mmendez@hunton.com'; 'keckhardt@hunton.com';
'jrsmith@hunton.com'; 'cweiss@ingramllp.com'; 'dave.davis@isgria.com';
'toby.r.rosenberg@irscounsel.treas.gov'; 'mimi.m.wong@irscounsel.treas.gov';
'dbalog@intersil.com'; 'teresa.oxford@invescoaim.com'; 'afriedman@irell.com';
'klyman@irell.com'; 'mneier@ibolaw.com'; 'jay.hurst@oag.state.tx.us'; 'ptrostle@jenner.com';
'dmurray@jenner.com'; 'rbyman@jenner.com'; 'gspilsbury@jsslaw.com'; 'jowen769
@yahoo.com'; 'jfox@joefoxlaw.com'; 'eli.mattioli@klgates.com'; 'drosner@kasowitz.com';
'aglenn@kasowitz.com'; 'snewman@katskykorins.com'; 'mprimoff@kayescholer.com';
'mprimoff@kayescholer.com'; 'jaclyn.genchi@kayescholer.com'; 'msolow@kayescholer.com';
'mdahlman@kayescholer.com'; 'kdwbankruptcydepartment@kelleydrye.com';
'mpage@kelleydrye.com'; 'james.sprayregen@kirkland.com'; 'david.seligman@kirkland.com';
'jay@kleinsolomon.com'; 'kkureller@klestadt.com'; 'chardman@klestadt.com';
'michael.kim@kobrekim.com'; 'robert.henoch@kobrekim.com';
'andrew.lourie@kobrekim.com'; 'tmayer@kramerlevin.com'; 'boneill@kramerlevin.com';
'acaton@kramerlevin.com'; 'deggermann@kramerlevin.com'; 'mlandman@lcbf.com';
'wballaine@lcbf.com'; 'sree@lcbf.com'; 'akornikova@lcbf.com'; 'ekbergc@lanepowell.com';
'keith.simon@lw.com'; 'david.heller@lw.com'; 'peter.gilhuly@lw.com'; 'richard.levy@lw.com';
'gabriel.delvirginia@verizon.net'; 'ezweig@optonline.net'; 'wswearingen@llf-law.com';
'sfineman@lchb.com'; 'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com'; 'peisenberg@lockelord.com'; 'wcurchack@loeb.com';
'vrubinstein@loeb.com'; 'dbesikof@loeb.com'; 'loizides@loizides.com';
'robin.keller@lovells.com'; 'omeca.nedd@lovells.com'; 'chris.donoho@lovells.com';
'ilevee@lowenstein.com'; 'krosen@lowenstein.com'; 'vdagostino@lowenstein.com';
'metkin@lowenstein.com'; 'steele@lowenstein.com'; 'twheeler@lowenstein.com';
'jprol@lowenstein.com'; 'scargill@lowenstein.com'; 'squigley@lowenstein.com';
'elevin@lowenstein.com'; 'mwarren@mtb.com'; 'jhuggett@margolisedelstein.com';
'fhyman@mayerbrown.com'; 'atrehan@mayerbrown.com'; 'btrust@mayerbrown.com';
'jtougas@mayerbrown.com'; 'atrehan@mayerbrown.com'; 'emerberg@mayerbrown.com';
'tkiriakos@mayerbrown.com'; 'swolowitz@mayerbrown.com'; 'jstoll@mayerbrown.com';
'ashaffer@mayerbrown.com'; 'hbeltzer@mayerbrown.com'; 'cwalsh@mayerbrown.com';
'jlamar@maynardcooper.com'; 'kreynolds@mklawnyc.com'; 'mh1@mccallaraymer.com';
'bkmail@prommis.com'; 'jnm@mccallaraymer.com'; 'eglas@mccarter.com';
'kmayer@mccarter.com'; 'wtaylor@mccarter.com'; 'ggitomer@mkbattorneys.com';
'ncoco@mwe.com'; 'gravert@mwe.com'; 'icatto@mwe.com'; 'phayden@mcguirewoods.com';
'sfox@mcguirewoods.com'; 'dhayes@mcguirewoods.com'; 'jmaddock@mcguirewoods.com';
'jsheerin@mcguirewoods.com'; 'jmr@msf-law.com'; 'tslome@msek.com';
'amarder@msek.com'; 'jmazermarino@msek.com'; 'harrisjm@michigan.gov';
'michael.frege@cms-hs.com'; 'steve.ginther@dor.mo.gov'; 'michael.kelly@monarchlp.com';
'davidwheeler@mvalaw.com'; 'nherman@morganlewis.com'; 'nissay_10259-0154
@mhmjapan.com'; 'lberkoff@moritthock.com'; 'jpintarelli@mofo.com'; 'lmarinuzzi@mofo.com';

'lmarinuzzi@mofo.com'; 'yuwatoko@mofo.com'; 'tgoren@mofo.com'; 'lnashelsky@mofo.com';
'bmiller@mofo.com'; 'bankruptcy@morrisoncohen.com'; 'jsullivan@mosessinger.com';
'akolod@mosessinger.com'; 'mparry@mosessinger.com'; 'kkolbig@mosessinger.com';
'millee12@nationwide.com'; 'jowolf@law.nyc.gov'; 'susan.schultz@newedgegroup.com';
'ddrebsky@nixonpeabody.com'; 'adarwin@nixonpeabody.com';
'vmilione@nixonpeabody.com'; 'mberman@nixonpeabody.com';
'bankruptcymatters@us.nomura.com'; 'info2@normandyhill.com';
'crmomjian@attorneygeneral.gov'; 'mjr1@westchestergov.com';
'jeremy.eiden@ag.state.mn.us'; 'martin.davis@ots.treas.gov'; 'jnadritch@olshanlaw.com';
'akantesaria@oppenheimerfunds.com'; 'rdaversa@orrick.com'; 'jguy@orrick.com';
'dfelder@orrick.com'; 'maustin@orrick.com'; 'korr@orrick.com'; 'rfrankel@orrick.com';
'rwyron@orrick.com'; 'lmcgowen@orrick.com'; 'otccorpactions@finra.org';
'wsilverm@oshr.com'; 'pfeldman@oshr.com'; 'jar@outtengolden.com';
'rroupinian@outtengolden.com'; 'wk@pwlawyers.com'; 'chipford@parkerpoe.com';
'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com'; 'harveystrickon@paulhastings.com';
'draelson@fisherbrothers.com'; 'sshimshak@paulweiss.com'; 'ddavis@paulweiss.com';
'chammerman@paulweiss.com'; 'dshemano@pwkllp.com'; 'kressk@pepperlaw.com';
'kovskyd@pepperlaw.com'; 'wisotska@pepperlaw.com'; 'lawallf@pepperlaw.com';
'meltzere@pepperlaw.com'; 'schannej@pepperlaw.com'; 'arlbank@pbfcm.com';
'jhorgan@phxa.com'; 'david.crichlow@pillsburylaw.com'; 'bill.freeman@pillsburylaw.com';
'mark.houle@pillsburylaw.com'; 'splatzer@platzerlaw.com'; 'dflanigan@polsinelli.com';
'jbird@polsinelli.com'; 'cward@polsinelli.com'; 'jsmairo@pbnlaw.com';
'tjfreedman@pbnlaw.com'; 'bbisignani@postschell.com'; 'fbp@ppgms.com';
'lml@ppgms.com'; 'lsilberstein@potteranderson.com'; 'rmcneill@potteranderson.com';
'rfleischer@pryorcashman.com'; 'mjacobs@pryorcashman.com'; 'drose@pryorcashman.com';
'rbeacher@pryorcashman.com'; 'canelas@pursuitpartners.com';
'schepis@pursuitpartners.com'; 'jrabinowitz@rltlawfirm.com'; 'broy@rltlawfirm.com';
'arahl@reedsmith.com'; 'kgwynne@reedsmith.com'; 'jfalgowski@reedsmith.com';
'clynch@reedsmith.com'; 'eschaffer@reedsmith.com'; 'mvenditto@reedsmith.com';
'jlscott@reedsmith.com'; 'dgrimes@reedsmith.com'; 'rqureshi@reedsmith.com';
'calbert@reitlerlaw.com'; 'richard@rwmaple.com'; 'jshickich@riddellwilliams.com';
'gmoss@reimerlaw.com'; 'abraunstein@reimerlaw.com'; 'arheaume@riemerlaw.com';
'roger@rnafioff.com'; 'ecohen@russell.com'; 'russj4478@aol.com'; 'mschimel@sju.edu';
'cmontgomery@salans.com'; 'lwhidden@salans.com'; 'cbelmonte@ssbb.com';
'tbrock@ssbb.com'; 'pbosswick@ssbb.com'; 'asnow@ssbb.com'; 'aisenberg@saul.com';
'egeekie@schiffhardin.com'; 'jkehoe@btkmc.com'; 'bdk@schlamstone.com';
'nlepore@schnader.com'; 'nfurman@scottwoodcapital.com'; 'rrigolosi@smsm.com';
'mharris@smsm.com'; 'cohenr@sewkis.com'; 'ashmead@sewkis.com';
'fsosnick@shearman.com'; 'ned.schodek@shearman.com'; 'ann.reynaud@shell.com';
'jennifer.gore@shell.com'; 'jshenwick@gmail.com'; 'cshulman@sheppardmullin.com';
'rreid@sheppardmullin.com'; 'mcademartori@sheppardmullin.com';
'etillinghast@sheppardmullin.com'; 'bwolfe@sheppardmullin.com';
'bankruptcy@goodwin.com'; 'jtimko@shutts.com'; 'aquale@sidley.com'; 'aunger@sidley.com';
'rfriedman@silvermanacampora.com'; 'sally.henry@skadden.com';
'fyates@sonnenschein.com'; 'pmaxcy@sonnenschein.com'; 'slerner@ssd.com';
'smayerson@ssd.com'; 'rterenzi@stcwlaw.com'; 'cgoldstein@stcwlaw.com';
'r.stahl@stahlzelloe.com'; 'marc.chait@sc.com'; 'echang@steinlubin.com';
'eobrien@sbchlaw.com'; 'shgross5@yahoo.com'; 'jlovi@steptoe.com';
'lromansic@steptoe.com'; 'ritkin@steptoe.com'; 'kpiper@steptoe.com'; 'cs@stevenslee.com';
'cp@stevenslee.com'; 'apo@stevenslee.com'; 'mcordone@stradley.com';
'ppatterson@stradley.com'; 'mdorval@stradley.com'; 'djoseph@stradley.com';
'jmmurphy@stradley.com'; 'landon@streusandlandon.com'; 'villa@streusandlandon.com';
'streusand@streusandlandon.com'; 'mspeiser@stroock.com'; 'smillman@stroock.com';
'lhandelsman@stroock.com'; 'dwildes@stroock.com'; 'holsen@stroock.com';
'lacyr@sullcrom.com'; 'feldsteinh@sullcrom.com'; 'clarkb@sullcrom.com';
'schwartzmatthew@sullcrom.com'; 'mccombst@sullcrom.com';
'ceskridge@susmangodfrey.com'; 'bmerrill@susmangodfrey.com';
'sagrawal@susmangodfrey.com'; 'paul.turner@sutherland.com';
'mark.sherrill@sutherland.com'; 'miller@taftlaw.com'; 'agbanknewyork@ag.tn.gov';
'marvin.clements@ag.tn.gov'; 'thaler@thalergertler.com'; 'geraci@thalergertler.com';
'ranjit.mather@bnymellon.com'; 'robert.bailey@bnymellon.com'; 'mmorreale@us.mufg.jp';
'yamashiro@sumitomotrust.co.jp'; 'matt@willaw.com'; 'demetra.liggins@tklaw.com';
'rhett.campbell@tklaw.com'; 'mitchell.ayer@tklaw.com'; 'david.bennett@tklaw.com';
'mbossi@thompsoncoburn.com'; 'amenard@tishmanspeyer.com';

'mbenner@tishmanspeyer.com'; 'bturk@tishmanspeyer.com'; 'jchristian@tobinlaw.com';
'neilberger@teamtogut.com'; 'sskelly@teamtogut.com'; 'oipress@travelers.com'; 'mlynch2
@travelers.com'; 'hollace.cohen@troutmansanders.com';
'lee.stremba@troutmansanders.com'; 'bmanne@tuckerlaw.com'; 'mshiner@tuckerlaw.com';
'linda.boyle@twtelecom.com'; 'dlipke@vedderprice.com'; 'mjedelman@vedderprice.com';
'easmith@venable.com'; 'sabramowitz@velaw.com'; 'jwest@velaw.com';
'dkleiner@velaw.com'; 'jeldredge@velaw.com'; 'hsnovikoff@wlrk.com'; 'rgmason@wlrk.com';
'arwolf@wlrk.com'; 'cbelisle@wfe.com'; 'jfreeberg@wfw.com'; 'rgraham@whitecase.com';
'avenes@whitecase.com'; 'ehollander@whitecase.com'; 'azylbergerg@whitecase.com';
'dbaumstein@whitecase.com'; 'mruetzel@whitecase.com'; 'ukreppel@whitecase.com';
'tlauria@whitecase.com'; 'guzzi@whitecase.com'; 'cshore@whitecase.com';
'lthompson@whitecase.com'; 'jeanites@whiteandwilliams.com'; 'bstrickland@wtplaw.com';
'dshaffer@wtplaw.com'; 'szuch@wiggin.com'; 'mabrams@willkie.com';
'mfeldman@willkie.com'; 'aalfonso@willkie.com'; 'rnetzer@willkie.com';
'dkozusko@willkie.com'; 'peter.macdonald@wilmerhale.com';
'jeannette.boot@wilmerhale.com'; 'craig.goldblatt@wilmerhale.com';
'lisa.ewart@wilmerhale.com'; 'jmcginley@wilmingtontrust.com';
'jbecker@wilmingtontrust.com'; 'cschreiber@winston.com'; 'dmcguire@winston.com';
'mkjaer@winston.com'; 'dneier@winston.com'; 'dravin@wolffsamson.com'; 'jlawlor@wmd-
law.com'; 'bankr@zuckerman.com'

## EXHIBIT "B"

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019


Weil, Gotshal & Manges LLP
Richard P. KIrasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Robert Lemons, Esq.
Shai Waisman, Esq.
767 Fifth Avenue
New York, NY 10153


Department of Justice
Attn:  Diane Winters
Ontario Regional Office
The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6


Office of the U.S. Trustee
Tracy Hope Davis, Esq.
Andrea B. Schwartz, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004


Milbank, Tweed, Hadley & McCloy LLP
Dennis Dunne, Esq.
Wilbur Foster, Jr., Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005


Milbank, Tweed, Hadley & McCloy LLP
Paul Aronzo, Esq.
Gregory Bray, Esq.
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Assistant United States Attorney, SDNY
Attn:  Robert Yalen, Esq.
86 Chambers Street, 3rd Floor
New York, NY 10007

Internal Revenue Service
Special Procedures Branch
Attn:  District Director, Bonnie Austin
290 Broadway
New York, NY 10007

Quinn Emanuel Urquhart & Sullivan, LLP
Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Scott C. Shelley, Esq.
Robert Dakis, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010