**Presentment Date and Time: December 30, 2011 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: December 29, 2011 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): January 26, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                            :
            Debtors.                                    :    (Jointly Administered)
                                                            :
---------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF**
**SUPPLEMENTAL ORDER REINSTATING CLAIM**
**ON ORDER GRANTING DEBTORS' TWENTY-FIRST OMNIBUS**
**OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Supplemental Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **December 30, 2011 at 12:00 noon (Prevailing Eastern Time)**. The Supplemental Order supplements the Order Granting Debtors' Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated September 21, 2010 [ECF No. 11506], and reinstates in part previously disallowed and expunged claim number 10186.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **December 29, 2011 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Supplemental Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Supplemental Order on **January 26, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

US_ACTIVE:\43873050\03\58399.0008

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: December 21, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER REINSTATING CLAIM ON ORDER GRANTING DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

WHEREAS on May 28, 2009, Stephen Lukow and Yumiko Yoshikawa (the "Claimants") filed a proof of claim numbered 4673 (the "Original Claim") against Lehman Brothers Holdings Inc. ("LBHI") in the amount of $70,000;

WHEREAS on September 2, 2009, Wilmington Trust Company, as Indenture Trustee, filed a proof of claim numbered 10082 (the "Trustee Claim"), which included as a basis for relief securities with CUSIP No. 5252M0FR3;

WHEREAS on September 3, 2009, the Claimants filed a proof of claim numbered 10186 (the "Amended Claim") in the amount of $82,500 against LBHI amending the Original Claim;

WHEREAS LBHI and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Second Omnibus Objection to Claims (Amended and Superseded Claims)*, dated January 29, 2010 [ECF No. 6874] (the "Second Omnibus Objection to Claims");

WHEREAS the Second Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], to disallow and expunge the Original Claim on the grounds that the Original Claim was duplicative of the Amended Claim, all as more fully described in the Second Omnibus Objection to Claims;

WHEREAS on March 25, 2010, the Court entered an order, [ECF No. 7827], granting the relief requested in the Second Omnibus Objection to Claims and expunging the Original Claim;

WHEREAS the Debtors filed the *Debtors' Twenty-First Omnibus Objection to Claims (Duplicative Claims)*, dated June 17, 2010 [ECF No. 9659] (the "Twenty-First Omnibus Objection to Claims");

WHEREAS the Twenty-First Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], to disallow and expunge the Amended Claim as duplicative of the Trustee Claim, all as more fully described in the Twenty-First Omnibus Objection to Claims;

WHEREAS on September 21, 2010, the Court entered an order [ECF No. 11506] (the "Order") granting the relief requested in the Twenty-First Omnibus Objection to Claims and causing the Amended Claim to be disallowed and expunged;

WHEREAS after entry of the Order and after consultation with the Claimants, the Debtors determined that the Order was entered in error with respect to the Amended Claim, as the Amended Claim is only partially duplicative of the Trustee Claim.

**IT IS HEREBY**:

ORDERED that the Twenty-First Omnibus Objection to Claims is withdrawn without prejudice as to the Amended Claim solely as to the portion of it seeking to recover $62,500 for "LBH SCF Notes" with CUSIP No. 524908WD8 (the "Reinstated Claim Portion") and without prejudice to assertion by the Debtors of any objections to the Reinstated Claim Portion in the future; and it is further

ORDERED that Epiq Systems shall be authorized and directed to immediately reinstate the Reinstated Claim Portion on the Debtors' official claims register; and it is further

ORDERED that the rights of the Debtors and any other party in interest with respect to the Reinstated Claim Portion are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to the Reinstated Claim Portion, this Supplemental Order shall have no effect whatsoever on any claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: _____, \_\_\_\_
       New York, New York

                                                 UNITED STATES BANKRUPTCY JUDGE