UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                       Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,       Case No. 08-13555 (JMP)

                          Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF LAWRENCE A. KATZ

UPON the motion of Lawrence A. Katz dated December 19, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Lawrence A. Katz is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
          December 22, 2011

                                                              *s/ James M. Peck*
                                                              UNITED STATES BANKRUPTCY JUDGE