**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

|  |  |
|---|---|
| | :     **Chapter 11** |
| **In re** | : |
| | :     **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : |
| Debtors. | :     **(Jointly Administered)** |
| | : |
| | :     **Ref. Docket No. 23309** |

---------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2011, I caused to be served the "Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim No. 19239," dated December 14, 2011 [Docket No. 23309], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   b. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

   c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

   d. enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
21st day of December, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

**_LBH MSL Email Service List_**

| | |
|---|---|
| aaaronson@dilworthlaw.com | anann@foley.com |
| aalfonso@willkie.com | Andrew.Brozman@cliffordchance.com |
| abeaumont@fklaw.com | andrew.lourie@kobrekim.com |
| abraunstein@riemerlaw.com | angelich.george@arentfox.com |
| acaton@kramerlevin.com | ann.reynaud@shell.com |
| acker@chapman.com | anthony_boccanfuso@aporter.com |
| adam.brezine@hro.com | aoberry@bermanesq.com |
| adarwin@nixonpeabody.com | aostrow@beckerglynn.com |
| Adiamond@DiamondMcCarthy.com | apo@stevenslee.com |
| aeckstein@blankrome.com | aquale@sidley.com |
| aentwistle@entwistle-law.com | araboy@cov.com |
| afriedman@irell.com | arahl@reedsmith.com |
| agbanknewyork@ag.tn.gov | arheaume@riemerlaw.com |
| aglenn@kasowitz.com | arlbank@pbfcm.com |
| agold@herrick.com | arosenblatt@chadbourne.com |
| agoldstein@tnsj-law.com | arthur.rosenberg@hklaw.com |
| ahammer@freebornpeters.com | arwolf@wlrk.com |
| aisenberg@saul.com | aseuffert@lawpost-nyc.com |
| akantesaria@oppenheimerfunds.com | ashaffer@mayerbrown.com |
| akolod@mosessinger.com | ashmead@sewkis.com |
| akornikova@lcbf.com | asnow@ssbb.com |
| alum@ftportfolios.com | atrehan@mayerbrown.com |
| amarder@msek.com | aunger@sidley.com |
| amartin@sheppardmullin.com | austin.bankruptcy@publicans.com |
| AMcMullen@BoultCummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |

### _LBH MSL Email Service List_

| | |
|---|---|
| bankr@zuckerman.com | canelas@pursuitpartners.com |
| bankruptcy@goodwin.com | carol.weinerlevy@bingham.com |
| bankruptcy@morrisoncohen.com | cbelisle@wfw.com |
| bankruptcy@ntexas-attorneys.com | cbelmonte@ssbb.com |
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | cdesiderio@nixonpeabody.com |
| bbisignani@postschell.com | ceskridge@susmangodfrey.com |
| bcarlson@co.sanmateo.ca.us | cgoldstein@stcwlaw.com |
| bdk@schlamstone.com | chammerman@paulweiss.com |
| bguiney@pbwt.com | chardman@klestadt.com |
| bill.freeman@pillsburylaw.com | charles@filardi-law.com |
| bkmail@prommis.com | charles_malloy@aporter.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmerrill@susmangodfrey.com | chris.donoho@lovells.com |
| BMiller@mofo.com | christopher.schueller@bipc.com |
| boneill@kramerlevin.com | clarkb@sullcrom.com |
| Brian.Corey@greentreecreditsolutions.com | clynch@reedsmith.com |
| brosenblum@jonesday.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| bstrickland@wtplaw.com | colea@gtlaw.com |
| btrust@mayerbrown.com | cousinss@gtlaw.com |
| bturk@tishmanspeyer.com | cp@stevenslee.com |
| bwolfe@sheppardmullin.com | cpappas@dilworthlaw.com |
| bzabarauskas@crowell.com | craig.goldblatt@wilmerhale.com |
| cahn@clm.com | crmomjian@attorneygeneral.gov |
| calbert@reitlerlaw.com | cs@stevenslee.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| csalomon@beckerglynn.com | ddavis@paulweiss.com |
| cschreiber@winston.com | ddrebsky@nixonpeabody.com |
| cshore@whitecase.com | ddunne@milbank.com |
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| draelson@fisherbrothers.com | ellen.halstead@cwt.com |
| dravin@wolffsamson.com | emerberg@mayerbrown.com |
| drose@pryorcashman.com | enkaplan@kaplanlandau.com |
| drosenzweig@fulbright.com | eobrien@sbchlaw.com |
| drosner@goulstonstorrs.com | erin.mautner@bingham.com |
| drosner@kasowitz.com | eschaffer@reedsmith.com |
| dshaffer@wtplaw.com | eschwartz@contrariancapital.com |
| dshemano@pwkllp.com | esmith@dl.com |
| dspelfogel@foley.com | etillinghast@sheppardmullin.com |
| dtatge@ebglaw.com | ezujkowski@emmetmarvin.com |
| dtheising@harrisonmoberly.com | ezweig@optonline.net |
| dwdykhouse@pbwt.com | fbp@ppgms.com |
| dwildes@stroock.com | feldsteinh@sullcrom.com |
| dworkman@bakerlaw.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | foont@foontlaw.com |
| ecohen@russell.com | francois.janson@hklaw.com |
| efleck@milbank.com | fsosnick@shearman.com |
| efriedman@fklaw.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | geraci@thalergertler.com |
| ekbergc@lanepowell.com | ggitomer@mkbattorneys.com |
| elevin@lowenstein.com | ggoodman@foley.com |
| eli.mattioli@klgates.com | giddens@hugheshubbard.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| gkaden@goulstonstorrs.com | jacobsonn@sec.gov |
| glenn.siegel@dechert.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| gravert@ravertpllc.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jamie.nelson@dubaiic.com |
| guzzi@whitecase.com | jar@outtengolden.com |
| harrisjm@michigan.gov | jason.jurgens@cwt.com |
| harveystrickon@paulhastings.com | jay.hurst@oag.state.tx.us |
| hbeltzer@mayerbrown.com | jay@kleinsolomon.com |
| heim.steve@dorsey.com | Jbecker@wilmingtontrust.com |
| heiser@chapman.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbeiers@co.sanmateo.ca.us |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hsteel@brownrudnick.com | jdoran@haslaw.com |
| icatto@mwe.com | Jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffery.black@bingham.com |
| iva.uroic@dechert.com | jeffrey.sabin@bingham.com |
| jaclyn.genchi@kayescholer.com | jeldredge@velaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jen.premisler@cliffordchance.com | jlovi@steptoe.com |
| jennifer.demarco@cliffordchance.com | jlscott@reedsmith.com |
| jennifer.gore@shell.com | jmaddock@mcguirewoods.com |
| jeremy.eiden@ag.state.mn.us | jmakower@tnsj-law.com |
| jfalgowski@reedsmith.com | jmazermarino@msek.com |
| jflaxer@golenbock.com | jmcginley@wilmingtontrust.com |
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@fult.com |
| jg5786@att.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |

### _LBH MSL Email Service List_

| | |
|---|---|
| jsheerin@mcguirewoods.com | kmayer@mccarter.com |
| jshickich@riddellwilliams.com | kobak@hugheshubbard.com |
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kovskyd@pepperlaw.com |
| jsullivan@mosessinger.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | KReynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| lnashelsky@mofo.com | mberman@nixonpeabody.com |
| loizides@loizides.com | mberman@nixonpeabody.com |
| lromansic@steptoe.com | mbienenstock@dl.com |
| lscarcella@farrellfritz.com | mbloemsma@mhjur.com |
| lschweitzer@cgsh.com | mbossi@thompsoncoburn.com |
| lsilverstein@potteranderson.com | mcademartori@sheppardmullin.com |
| lthompson@whitecase.com | mccombst@sullcrom.com |
| lubell@hugheshubbard.com | mcordone@stradley.com |
| lwhidden@salans.com | mcto@debevoise.com |
| mabrams@willkie.com | mdahlman@kayescholer.com |
| MAOFILING@CGSH.COM | mdorval@stradley.com |
| Marc.Chait@SC.com | melorod@gtlaw.com |
| margolin@hugheshubbard.com | meltzere@pepperlaw.com |
| mark.bane@ropesgray.com | metkin@lowenstein.com |
| mark.deveno@bingham.com | mfeldman@willkie.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.houle@pillsburylaw.com | mh1@mccallaraymer.com |
| mark.sherrill@sutherland.com | mharris@smsm.com |
| martin.davis@ots.treas.gov | mhopkins@cov.com |
| Marvin.Clements@ag.tn.gov | michael.frege@cms-hs.com |
| matt@willaw.com | michael.kelly@monarchlp.com |
| matthew.klepper@dlapiper.com | michael.kim@kobrekim.com |
| maustin@orrick.com | michael.mccrory@btlaw.com |
| max.polonsky@skadden.com | michael.reilly@bingham.com |
| mbenner@tishmanspeyer.com | millee12@nationwide.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| miller@taftlaw.com | msiegel@brownrudnick.com |
| mimi.m.wong@irscounsel.treas.gov | msolow@kayescholer.com |
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mvenditto@reedsmith.com |
| MJR1@westchestergov.com | mwarren@mtb.com |
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | Nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |

**_LBH MSL Email Service List_**

| | |
|---|---|
| peter.gilhuly@lw.com | rgmason@wlrk.com |
| peter.macdonald@wilmerhale.com | rgraham@whitecase.com |
| peter.simmons@friedfrank.com | rhett.campbell@tklaw.com |
| peter@bankrupt.com | richard.lear@hklaw.com |
| pfeldman@oshr.com | richard.levy@lw.com |
| phayden@mcguirewoods.com | richard.tisdale@friedfrank.com |
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | RJones@BoultCummings.com |
| psp@njlawfirm.com | rleek@HodgsonRuss.com |
| ptrainguiterrez@kaplanlandau.com | RLevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | Robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |

### LBH MSL Email Service List

| | |
|---|---|
| rrigolosi@smsm.com | sehlers@armstrongteasdale.com |
| rroupinian@outtengolden.com | seichel@crowell.com |
| rrussell@andrewskurth.com | sfelderstein@ffwplaw.com |
| rterenzi@stcwlaw.com | sfineman@lchb.com |
| RTrust@cravath.com | sfox@mcguirewoods.com |
| russj4478@aol.com | sgordon@cahill.com |
| rwasserman@cftc.gov | sgubner@ebg-law.com |
| rwyron@orrick.com | shannon.nagle@friedfrank.com |
| s.minehan@aozorabank.co.jp | sharbeck@sipc.org |
| sabin.willett@bingham.com | shari.leventhal@ny.frb.org |
| sabramowitz@velaw.com | shgross5@yahoo.com |
| SABVANROOY@HOTMAIL.COM | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| Schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sschultz@akingump.com |
| sdnyecf@dor.mo.gov | sselbst@herrick.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| sshimshak@paulweiss.com | timothy.palmer@bipc.com |
| sskelly@teamtogut.com | tjfreedman@pbnlaw.com |
| steele@lowenstein.com | tkarcher@dl.com |
| stephen.cowan@dlapiper.com | tkiriakos@mayerbrown.com |
| steve.ginther@dor.mo.gov | tlauria@whitecase.com |
| steven.troyer@commerzbank.com | tmacwright@whitecase.com |
| steven.wilamowsky@bingham.com | tmarrion@haslaw.com |
| Streusand@StreusandLandon.com | tnixon@gklaw.com |
| susan.schultz@newedgegroup.com | toby.r.rosenberg@irscounsel.treas.gov |
| susheelkirpalani@quinnemanuel.com | tony.davis@bakerbotts.com |
| sweyl@haslaw.com | tslome@msek.com |
| swolowitz@mayerbrown.com | ttracy@crockerkuno.com |
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | Villa@StreusandLandon.com |
| tdewey@dpklaw.com | vmilione@nixonpeabody.com |
| tduffy@andersonkill.com | vrubinstein@loeb.com |
| teresa.oxford@invescoaim.com | walter.stuart@freshfields.com |
| TGoren@mofo.com | wanda.goodloe@cbre.com |
| thaler@thalergertler.com | WBallaine@lcbf.com |
| thomas.califano@dlapiper.com | wbenzija@halperinlaw.net |
| thomas.ogden@dpw.com | wchen@tnsj-law.com |
| Thomas_Noguerola@calpers.ca.gov | wcurchack@loeb.com |
| tim.desieno@bingham.com | wdase@fzwz.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |

## *LBH MSL Email Service List*

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com


Additional Parties:

harvey.miller@weil.com

jacqueline.marcus@weil.com

lori.fife@weil.com

richard.krasnow@weil.com

robert.lemons@weil.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE  TRACY HOPE DAVIS, ESQ. ELISABETTA G. GASPARINI, ESQ. ANDREA B. SCHWARTZ, ESQ. | 12126682255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

BANK OF AMERICA, N.A.
SUCCESSOR BY MERGER TO LASALLE BANK, N.A.
ATTN: VANESSA DANNER
135 S. LASALLE ST., SUITE 1716
REF: SASCO SERIES 2004-9XS NIM 2
CHICAGO, IL  60603

HUNTON & WILLIAMS LLP
ATTN: J.R. SMITH, ESQ.
RIVERFRONT PLAZA, E TOWER, 951 E BYRD ST.
RICHMOND, VA  23219