**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Holdings Inc., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

Proof of Claim No.: **10933**
Date Proof of Claim Filed: **September 9, 2009**
Amount of Claim Transferred: **$3,284,934.83**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:    **TRANSFEROR:**    **Caspian Corporate Loan Fund, LLC**
**767 Fifth Avenue**
**New York, NY 10153**

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **10933** against Lehman Brothers Holdings Inc. in the amount of **$3,284,934.83** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**    **Caspian Capital Partners, L.P.**
**767 Fifth Avenue**
**New York, NY 10153**

**TRANSFEREE:**    **Mariner LDC**
**767 Fifth Avenue**
**New York, NY 10153**

**TRANSFEREE:**    **Caspian Select Credit Master Fund, Ltd.**
**767 Fifth Avenue**
**New York, NY 10153**

**TRANSFEREE:**    **Caspian Alpha Credit Fund, L.P.**
**767 Fifth Avenue**
**New York, NY 10153**

**TRANSFEREE:**      **Caspian Solitude Master Fund, L.P.**
**767 Fifth Avenue**
**New York, NY 10153**

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Caspian Corporate Loan Fund, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the entities designated on Schedule 1 (collectively, the "Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with $3,284,934.83 of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) to the extent of the amount specified in Schedule 1 attached hereto, represented by claim number 10933 against Lehman Brothers Holdings Inc. (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22 day of December 2011.

**Caspian Corporate Loan Fund, LLC**

By:
Name: ADELE KITTREDGE MURRAY
Title: AUTHORIZED SIGNATORY
Address:
767 Fifth Avenue
New York, NY 10153

**Caspian Select Credit Master Fund, Ltd.**

By:
Name: ADELE KITTREDGE MURRAY
Title: AUTHORIZED SIGNATORY
Address:
767 Fifth Avenue
New York, NY 10153

**Caspian Capital Partners, L.P.**

By:
Name: ADELE KITTREDGE MURRAY
Title: AUTHORIZED SIGNATORY
Address:
767 Fifth Avenue
New York, NY 10153

**Caspian Alpha Credit Fund, L.P.**

By:
Name: ADELE KITTREDGE MURRAY
Title: AUTHORIZED SIGNATORY
Address:
767 Fifth Avenue
New York, NY 10153

**Mariner LDC**

By:
Name: ADELE KITTREDGE MURRAY
Title: AUTHORIZED SIGNATORY
Address:
767 Fifth Avenue
New York, NY 10153

**Caspian Solitude Master Fund, L.P.**

By:
Name: ADELE KITTREDGE MURRAY
Title: AUTHORIZED SIGNATORY
Address:
767 Fifth Avenue
New York, NY 10153

**Schedule 1**

**Purchased Claim**

$3,284,934.83 of $3,284,934.83 (the outstanding amount of Proof of Claim 10933 as of December 22, 2011) together with interest, fees, expenses and other recoveries due.

| Purchaser | Percent of Claim 10933 | Amount of Claim Transferred |
|---|---|---|
| Caspian Capital Partners, L.P. | 29.23% | $960,157.96 |
| Mariner LDC | 9.93% | $326,302.12 |
| Caspian Select Credit Master Fund, Ltd. | 51.77% | $1,700,581.03 |
| Caspian Alpha Credit Fund, L.P. | 4.40% | $144,635.61 |
| Caspian Solitude Master Fund, L.P. | 4.67% | $153,258.12 |
| Total | 100.00% | $3,284,934.83 |

# 8314469 v1 - BROOKSJK - 0292340/0002