**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|  |  |
| :---- | :---- |
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

-----------------------------------------------------------------------x    Ref. Docket Nos. 23241, 23241,
23244, 23246-23251, 23253

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 12, 2011, I caused to be served:

    a.  the "Notice of Hearing on Debtors' Two Hundred Thirty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Thirty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims)," dated December 12, 2011 [Docket No. 23241], (the "237th Omnibus Objection"),

    b.  the "Notice of Hearing on Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims)," dated December 12, 2011 [Docket No. 23242], (the "238th Omnibus Objection"),

    c.  the "Notice of Hearing on Debtors' Two Hundred Thirty-Ninth Omnibus Objection to Claims (Duplicative Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Thirty-Ninth Omnibus Objection to Claims (Duplicative Claims)," dated December 12, 2011 [Docket No. 23244], (the "239th Omnibus Objection"),

d.  the "Notice of Hearing on Debtors' Two Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated December 12, 2011 [Docket No. 23246], (the "240th Omnibus Objection"),

e.  the "Notice of Hearing on Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims)," dated December 12, 2011 [Docket No. 23247], (the "241st Omnibus Objection"),

f.  the "Notice of Hearing on Debtors' Two Hundred Forty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Forty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated December 12, 2011 [Docket No. 23248], (the "242nd Omnibus Objection"),

g.  the "Notice of Hearing on Debtors' Two Hundred Forty-Third Omnibus Objection to Claims (Settled Derivatives Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Forty-Third Omnibus Objection to Claims (Settled Derivatives Claims)," dated December 12, 2011 [Docket No. 23249], (the "243rd Omnibus Objection"),

h.  the "Notice of Hearing on Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated December 12, 2011 [Docket No. 23250], (the "244th Omnibus Objection"),

i.  the "Notice of Hearing on Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims)," dated December 12, 2011 [Docket No. 23251], (the "245th Omnibus Objection"), and

j.  the "Notice of Hearing on Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims)," dated December 12, 2011, to which was attached the "Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims)," dated December 12, 2011 [Docket No. 23253], (the "246th Omnibus Objection"),

by causing:

i.    true and correct copies of the 237th Omnibus Objection, 238th Omnibus Objection, 239th Omnibus Objection, 240th Omnibus Objection, 241st Omnibus Objection, 242nd Omnibus Objection, 243rd Omnibus Objection, 244th Omnibus Objection, 245th Omnibus Objection and 246th Omnibus Objection, to be delivered by electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   true and correct copies of the 237th Omnibus Objection, 238th Omnibus Objection, 239th Omnibus Objection, 240th Omnibus Objection, 241st Omnibus Objection, 242nd Omnibus Objection, 243rd Omnibus Objection, 244th Omnibus Objection, 245th Omnibus Objection and 246th Omnibus Objection, to be delivered by facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.  true and correct copies of the 237th Omnibus Objection, 238th Omnibus Objection, 239th Omnibus Objection, 240th Omnibus Objection, 241st Omnibus Objection, 242nd Omnibus Objection, 243rd Omnibus Objection, 244th Omnibus Objection, 245th Omnibus Objection and 246th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   true and correct copies of the 237th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.    true and correct copies of the 238th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, and

vi.   true and correct copies of 239th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.  true and correct copies of 240th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii. true and correct copies of 241st Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.   true and correct copies of 242nd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

x.    true and correct copies of 243rd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.  true and correct copies of 244th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.  true and correct copies of 245th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>, and

xiii.  true and correct copies of 246th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit M</u>, and

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
20th day of December, 2011
<u>/s/ *Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bill.freeman@pillsburylaw.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmerrill@susmangodfrey.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com |
| ahammer@freebornpeters.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| akornikova@lcbf.com | bstrickland@wtplaw.com |
| alum@ftportfolios.com | btrust@mayerbrown.com |
| amarder@msek.com | bturk@tishmanspeyer.com |
| amartin@sheppardmullin.com | bwolfe@sheppardmullin.com |
| amcmullen@boultcummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| anann@foley.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cdesiderio@nixonpeabody.com |
| aostrow@beckerglynn.com | ceskridge@susmangodfrey.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com |
| aquale@sidley.com | chammerman@paulweiss.com |
| araboy@cov.com | chardman@klestadt.com |
| arahl@reedsmith.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashaffer@mayerbrown.com | cmontgomery@salans.com |
| ashmead@sewkis.com | cohenr@sewkis.com |
| asnow@ssbb.com | colea@gtlaw.com |
| atrehan@mayerbrown.com | cousinss@gtlaw.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |
| avenes@whitecase.com | craig.goldblatt@wilmerhale.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com

dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| mharris@smsm.com | omeca.nedd@lovells.com |
| mhopkins@cov.com | otccorpactions@finra.org |
| michael.frege@cms-hs.com | paronzon@milbank.com |
| michael.kelly@monarchlp.com | patrick.oh@freshfields.com |
| michael.kim@kobrekim.com | paul.turner@sutherland.com |
| michael.mccrory@btlaw.com | pbattista@gjb-law.com |
| michael.reilly@bingham.com | pbosswick@ssbb.com |
| millee12@nationwide.com | pdublin@akingump.com |
| miller@taftlaw.com | peisenberg@lockelord.com |
| mimi.m.wong@irscounsel.treas.gov | peter.gilhuly@lw.com |
| mitchell.ayer@tklaw.com | peter.macdonald@wilmerhale.com |
| mjacobs@pryorcashman.com | peter.simmons@friedfrank.com |
| mjedelman@vedderprice.com | peter@bankrupt.com |
| mjr1@westchestergov.com | pfeldman@oshr.com |
| mkjaer@winston.com | phayden@mcguirewoods.com |
| mlahaie@akingump.com | pmaxcy@sonnenschein.com |
| mlandman@lcbf.com | ppascuzzi@ffwplaw.com |
| mlichtenstein@crowell.com | ppatterson@stradley.com |
| mlynch2@travelers.com | psp@njlawfirm.com |
| mmendez@hunton.com | ptrainguiterrez@kaplanlandau.com |
| mmooney@deilylawfirm.com | ptrostle@jenner.com |
| mmorreale@us.mufg.jp | pwright@dl.com |
| mneier@ibolaw.com | r.stahl@stahlzelloe.com |
| monica.lawless@brookfieldproperties.com | raj.madan@bingham.com |
| mpage@kelleydrye.com | rajohnson@akingump.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | ranjit.mather@bnymellon.com |
| mprimoff@kayescholer.com | raul.alcantar@ropesgray.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mschlesinger@julienandschlesinger.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |
| notice@bkcylaw.com | robert.bailey@bnymellon.com |
| oipress@travelers.com | robert.dombroff@bingham.com |

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| robert.henoch@kobrekim.com | smayerson@ssd.com |
| robert.malone@dbr.com | smillman@stroock.com |
| robert.yalen@usdoj.gov | smulligan@bsblawyers.com |
| robertdakis@quinnemanuel.com | snewman@katskykorins.com |
| robin.keller@lovells.com | sory@fdlaw.com |
| roger@rnagioff.com | spiotto@chapman.com |
| ronald.silverman@bingham.com | splatzer@platzerlaw.com |
| ross.martin@ropesgray.com | squigley@lowenstein.com |
| rqureshi@reedsmith.com | sree@lcbf.com |
| rreid@sheppardmullin.com | sschultz@akingump.com |
| rrigolosi@smsm.com | sselbst@herrick.com |
| rroupinian@outtengolden.com | sshimshak@paulweiss.com |
| rrussell@andrewskurth.com | sskelly@teamtogut.com |
| rterenzi@stcwlaw.com | steele@lowenstein.com |
| rtrust@cravath.com | stephen.cowan@dlapiper.com |
| russj4478@aol.com | steve.ginther@dor.mo.gov |
| rwasserman@cftc.gov | steven.troyer@commerzbank.com |
| rwyron@orrick.com | steven.wilamowsky@bingham.com |
| s.minehan@aozorabank.co.jp | streusand@streusandlandon.com |
| sabin.willett@bingham.com | susan.schultz@newedgegroup.com |
| sabramowitz@velaw.com | susheelkirpalani@quinnemanuel.com |
| sabvanrooy@hotmail.com | sweyl@haslaw.com |
| sagolden@hhlaw.com | swolowitz@mayerbrown.com |
| sagrawal@susmangodfrey.com | szuch@wiggin.com |
| sally.henry@skadden.com | tannweiler@greerherz.com |
| sandyscafaria@eaton.com | tarbit@cftc.gov |
| sara.tapinekis@cliffordchance.com | tbrock@ssbb.com |
| scargill@lowenstein.com | tdewey@dpklaw.com |
| schannej@pepperlaw.com | tduffy@andersonkill.com |
| schepis@pursuitpartners.com | teresa.oxford@invescoaim.com |
| schnabel.eric@dorsey.com | tgoren@mofo.com |
| schristianson@buchalter.com | thaler@thalergertler.com |
| schwartzmatthew@sullcrom.com | thomas.califano@dlapiper.com |
| scottshelley@quinnemanuel.com | thomas.ogden@dpw.com |
| scousins@armstrongteasdale.com | thomas_noguerola@calpers.ca.gov |
| sdnyecf@dor.mo.gov | tim.desieno@bingham.com |
| sehlers@armstrongteasdale.com | timothy.brink@dlapiper.com |
| seichel@crowell.com | timothy.palmer@bipc.com |
| sfelderstein@ffwplaw.com | tjfreedman@pbnlaw.com |
| sfineman@lchb.com | tkarcher@dl.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgubner@ebg-law.com | tmacwright@whitecase.com |
| shannon.nagle@friedfrank.com | tmarrion@haslaw.com |
| sharbeck@sipc.org | tmayer@kramerlevin.com |
| shari.leventhal@ny.frb.org | tnixon@gklaw.com |
| shgross5@yahoo.com | toby.r.rosenberg@irscounsel.treas.gov |
| sidorsky@butzel.com | tony.davis@bakerbotts.com |
| slerner@ssd.com | tslome@msek.com |
| slevine@brownrudnick.com | ttracy@crockerkuno.com |
| sloden@diamondmccarthy.com | twheeler@lowenstein.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CRED | ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 194 KLARABERGSVIADUKTEN 61-63 STOCKHOLM SE-103 27 SWEDEN |
| AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CRED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SEBASTIAN SPERBER CITY PLACE HOUSE, 55 BASINGHALL STREET LONDON EC2V 5EH UNITED KINGDOM |
| AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CRED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SEBASTIAN SPERBER CITY PLACE HOUSE, 55 BASINGHALL PLACE LONDON EC2V 5EH UNITED KINGDOM |
| AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CRED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ADLER, MONA J. | 404 EAST 79TH STREET APT 28E NEW YORK NY 10075 |
| AMERICAN EXPRESS COMPANY | C/O CULLEN K. KUHN BRYAN CAVE LLP 211 NORTH BROADWAY, SUITE 3600 SAINT LOUIS MO 63102 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |
| BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE | RUSSELL R. REID JR SHEPPARD MULLIN 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE | RUSSELL R. REID JR SHEPPARD MULLIN 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE | ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE | ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| BANQUE POPULAIRE - CASSIE D'EPARGNE | ATTN: NICHOLAS DUHAMEL LE PONANT DE PARIS 5, RUE LEBLANC CEDEX 15 PARIS 75511 FRANCE |
| BANQUE POPULAIRE - CASSIE D'EPARGNE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN: DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| CITY OF MEMPHIS (TN) | ELIZABETH WELLER, MICHAEL W. DEEDS, LAURIE SPINDLER HUFFMAN LINEBARGER BOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 |
| COMMERZBANK AG - GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG - LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P2XY UNITED KINGDOM |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH - LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| FISHER, ALEX | 25 LAUREL AVE LIVINGSTON NJ 07039 |
| FITZGERALD, MELODY D. | 114-08 194TH STREET ST. ALBANS NY 11412 |
| GAVAGHAN, SHIRALI R | 115 MORRIS ST APT 1317 JERSEY CITY NJ 07302-4593 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: KAREN FINN 915 L STREET, 9TH FL. SACRAMENTO CA 95814 |
| IRRGANG, KLAUS | PFARRBORNWEG 16A BAD HOMBURG 61352 GERMANY |
| KARP, MICHAEL H. | 11 CANDLEWOOD DR WEST WINDSOR NJ 08550 |
| KOZLOV, ANATOLY | 1935 83RD STREET APT F-6 BROOKLYN NY 11214 |
| MONTELLA, MICHAEL | 95 SHOREHAM ROAD MASSAPEQUA NY 11758 |
| ONTARIO TEACHERS' PENSION PLAN BOARD | ATTN: JEFF DAVIS 5650 YONGE STREET SUITE 500 TORONTO ON M2M 4H5 CANADA |
| ONTARIO TEACHERS' PENSION PLAN BOARD | MICHAEL H. TORKIN & TANYA R. SHERIDAN SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RAKE, FRANK-REINER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SHAUGHNESSY, JOHN C. | 11 BUTLER HILL RD N SOMERS NY 10589-2410 |
| SPANISH BROADCASTING SYSTEM, INC. | SCOTT HERLIHY LATHAM & WATKINS 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON |

| Claim Name | Address Information |
| --- | --- |
| SPANISH BROADCASTING SYSTEM, INC. | DC 20004-1304 |
| SPANISH BROADCASTING SYSTEM, INC. | ATTN: JOSEPH A. GARCIA, CFO 2601 S. BAYSHORE DR., PH2 COCONUT GROVE FL 33133 |
| STATE OF MINNESOTA, DEPARTMENT OF REVENUE | COLLECTION DIVISION - BANKRUPTCY SECTION PO BOX 64447 - BKY SAINT PAUL MN 55164-0447 |
| STIBBE, N.V. | P.O. BOX 75640 ATTN: A. VAN DYK 1070 AP AMSTERDAM THE NETHERLANDS |
| YEAR UP, INC. | ATTN: COLLEEN O'CONNELL 93 SUMMER STREET, 5TH FLOOR BOSTON MA 02110 |

**Total Creditor count  36**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| AMBROSE JR., F JOHN | 102 GREENFIELD HILL FRANKLIN LAKES NJ 07417 |
| ASHWELL, LAUREN W. | 377 RECTOR PLACE APT. 14C NEW YORK NY 10280 |
| BLECKLEY, BENJAMIN BELL, III | 11298 SW 139TH ST DUNNELLON FL 34432 |
| BLECKLEY, JULIA M. | 11298 SW 139TH ST DUNNELLON FL 34432 |
| CATHOLIC HEALTHCARE WEST | ATTENTION: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT 185 BERRY STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| MCBRIDE, MICHAEL J. | 28 STENGEL PLACE SMITHTOWN NY 11787 |
| MELWANI, KISHORE CHANDUMAL | 1506, REMINGTON CENTRE 23, HUNG TO ROAD KWUN TONG HONG KONG |
| OSCART INTERNATIONAL LIMITED | C/O O'MELVENY & MYERS LLP ATTN: TREVOR N. LAIN TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO CA 94111 |
| SCICUTELLA, LEONARD | 30A PINE RD SYOSSET NY 11791 |
| VELASQUEZ, CARLOS E. | 241 SOUTH REESE PLACE BURBANK CA 91506 |

**Total Creditor count  10**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ALAN B. LEE TRUST DTD 10/14/04 | 2800 NORTH LAKESHORE DRIVE # 1416 CHICAGO IL 60657-6210 |
| CHIN, NEVILLE | 61 RIDGEWAY AVENUE STATEN ISLAND NY 10314-4703 |
| CITIZENS NATIONAL BANK | ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE TN 37864 |
| DELUCA, PHILIP F. | 444 EAST 84TH STREET APT 3E NEW YORK NY 10028 |
| DONTAMSETTY, VANI | 9 HAGER STREET EAST BRUNSWICK NJ 08816 |
| DUFFY, JAMES AND DEBORAH JTROS | 8 RUNNING BROOK LANE NEW CANAAN CT 06840 |
| GITLIN, MICHAEL H. | 3900 GREYSTONE AVENUE 43B BRONX NY 10463 |
| KARETSKAYA, NATASHA | 700 FIRST STREET APT. 6B HOBOKEN NJ 07030 |
| LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EURO | C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED LAURENCE MCNAIRN HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT GY1 4HY GUERNSEY |
| LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EURO | HERITAGE INTERNATIONAL FUND MANAGERS LIMITED ATTN: LAURENCE MCNAIRN HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT GY1 4HY GUERNSEY |
| LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EURO | LAURENCE MCNAIRN LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EURPOE) L.P. C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT GY1 4HY GUERNSEY |
| LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EURO | C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT GY1 4HY UNITED KINGDOM |
| LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EURO | C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED LAURENCE MCNAIRN HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT GY1 4HY UNITED KINGDOM |
| MARANTZ, ALAN J. | 245 STERLING ROAD HARRISON NY 10528 |
| MILLER, CHRISTINA X. | 149 ESSEX STREET, APT 5A JERSEY CITY NJ 07302 |
| QUISMORIO, JAMES P. | TOWN HOUSE HIROO #301 2-14-37 HIROO 13 SHIBUYA-KU 1500012 JAPAN |
| R2 INVESTMENTS, LDC | C/O AMALGAMTED GADGET, L.P 301 COMMERCE STREET, STE 3200 FORT WORTH TX 76102-4140 |
| R2 INVESTMENTS, LDC | C/O AMALGAMATED GADGET, L.P. ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| RAIKAR, SANTOSH G. | 61 W 62ND ST # 6M NEW YORK NY 10023 |
| RENDER, ALEISHA NICHOLE | 1016 SEQUOIA AVE MILLBRAE CA 94030-3010 |
| SHAH, TEJASH I | 50 REMINGTON COURT MATAWAN NJ 07747 |
| VALIANTSINA, SMELAVA | 25 MOSEL LOOP PH STATEN ISLAND NY 10304 |
| VOGLIC,MERITA | 127 GREEN VALLEY ROAD STATEN ISLAND NY 10312 |

**Total Creditor count  23**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| DILLON, DONALD | 850 MEADOW LN CAMP HILL PA 17011 |
| FONDAZIONE CASSA DI RISPARMIO DI IMOLA | DUANE MORRIS LLP ATTN: EBERHARD ROHM AND BILL HEUER 1540 BROADWAY NEW YORK NY 10036 |
| SWARTHOUT, MARION H. | 3486 BAHAI BLANCA W - # 1G LAGUNA WOODS CA 92637 |

**Total Creditor count  3**

**EXHIBIT H**

| Claim Name | Address Information |
| --- | --- |
| APPLEBY (MAURITIUS) LTD | LEVEL 11,ONE CATHEDRAL SQUARE, JULES KOENIG STREET, PORT LOUIS MAURITIUS |
| BLACKROCK FINANCIAL MANAGEMENT, INC. | ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BROWN RUDNICK, LLP | C/O KENNETH F. GRAUER SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CARPENTER GROUP, INC | 72 SPRING STREET 10TH FLOOR NEW YORK NY 10012 |
| CASTILLO SNYDER, PC | 300 CONVENT STREET, SUITE 1020 SAN ANTONIO TX 78205 |
| CLIFFORD CHANCE LLP | FAO MR KEITH W ISAACS 10 UPPER BANK STREET CANARY WHARF LONDON E14 5JJ UNITED KINGDOM |
| CM CAPITAL MARKETS BROKERAGE S.A. A.V | CENTRO EMPRESARIAL "EL PLANTIO" C/OCHANDIANO 2 BLOQUE 2 MADRID 28023 SPAIN |
| CONTINENTAL CAPITAL MARKETS SA | AVENUE REVERDIL 8 NYON 1260 SWITZERLAND |
| COUDERT BROTHERS LLP | 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COUDERT BROTHERS LLP | C/O DEVELOPMENT SPECIALIST, INC 200 SOUTH BISCAYNE BLVD. SUITE 1818 MIAMI FL 33131-2329 |
| D&D SECURITIES INC | 302 NORTH NASSAU AVENUE MARGATE NJ 08402 |
| DIRECT FX | DIRECT FX LIMITED P.O. BOX 11897 WELLINGTON 6142 NEW ZEALAND |
| FACIO & CANAS | APARTADO 5173-1000 SAN JOSE, COSTA RICA COSTA RICA |
| FOWLER WHITE BOGGS, PA | ATTN:  LINDA SHELLEY PO BOX 11240 TALLAHASSEE FL 32301 |
| FRONTIER WORKSPACE SOLUTIONS, INC | 12TH FLOOR, TAI YIP BUILDING 141 THOMSON ROAD WANCHAI HONG KONG |
| GLAZER, JAF | 36 EAST 20TH STREET, 2ND FLOOR NEW YORK NY 10003 |
| INFOSYS TECHNOLOGIES LIMITED | PLOT NO 44 ELECTRONICS CITY BANGALORE BANGALORE 560100 INDIA |
| ISRAEL DISCOUNT BANK OF NEW YORK | ATTN: MICHAEL DERLE, FIRST V.P. – TREASURY OPERATIONS 511 FIFTH AVENUE NEW YORK NY 10017 |
| ISRAEL DISCOUNT BANK OF NEW YORK | SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: GABRIEL G. MATUS, ESQ. 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| JAMES MINTZ GROUP, INC. | 32 AVENUE OF THE AMERICAS 21ST FL NEW YORK NY 10013 |
| KAPLAN TEST PREP AND ADMISSIONS | ATTN: CONNELL BOYLE 16 COOPER SQUARE NEW YORK NY 10003 |
| KENNET EQUIPMENT LEASING LTD | KENNET HOUSE TEMPLE COURT TEMPLE WAY COLESHILL B46 1HH UNITED KINGDOM |
| KEY EQUIPMENT FINANCE INC | ATTN: JONATHAN BRAUN 1000 S. MCCASLIN BLVD. SUPERIOR CO 80027 |
| KREBSBACH & SNYDER | ONE EXCHANGE PLAZA 55 BROADWAY, STE 1600 NEW YORK NY 10006 |
| LAW OFFICES OF HOWARD GOLDMAN LLC | 475 PARK AVENUE SOUTH 28TH FL NEW YORK NY 10016 |
| LOW & CHILDERS PC | 2999 N 44TH STREET SUITE 250 PHOENIX AZ 85018 |
| NEAL, GERBER & EISENBERG LLP | C/O H. NICHOLAS BERBERIAN, ESQ. AND NICHOLAS M. MILLER, ESQ. TWO NORTH LASALLE STREET, SUITE 1700 CHICAGO IL 60602 |
| NUTTER MCCLENNEN & FISH, LLP | WORLD TRADE CENTER WEST 155 SEAPORT BOULEVARD BOSTON MA 02210-2604 |
| PARRETT & O'CONNELL, LLP | 10 EAST DOTY, SUITE 621 MADISON WI 53703 |
| PENNACHIO, ANTHONY | 225 HERDMAN ROAD P.O. BOX 621 PHOENICIA NY 12464 |
| PRIMMER PIPER EGGLESTON & CRAMER PC | GAIL E. WESTGATE, ESQ. P.O. BOX 1489 BURLINGTON VT 05402-1489 |
| STERCI SA | SIMON KALFON 33 RUE DES BAINS GENEVE 1205 SWITZERLAND |
| VEDDER PRICE P.C., F/K/A VEDDER, PRICE, KAUFMAN & | C/O VEDDER PRICE P.C. ATTN: MICHAEL L. SCHEIN, ESQ. 1633 BROADWAY, 47TH FLOOR NEW YORK NY 10019 |
| WILEY REIN LLP | DYLAN G. TRACHE 7925 JONES BRANCH DRIVE SUITE 6200 MCLEAN VA 22102 |
| WORLDBRIDGE PARTNERS OF SOUTHERN | CALIFORNIA – ATTN JOHN A BRODERICK 25000 AVENUE STANFORD, STE 250 VALENCIA CA 91355 |
| ZPR INTERNATIONAL INC. | 1642 NORTH VOLUSIA AVENUE ATTN: MAX ZAVANELLI ORANGE CITY FL 32763 |

**Total Creditor count  36**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ABERDEEN EMERGING MARKET DEBT FUND LLC | C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET – 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN EMERGING MARKET DEBT PORTFOLIO | C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET – 37TH FLOOR PHILADELPHIA PA 19103 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BANQUE POPULAIRE – CASSIE D'EPARGNE | ATTN: NICHOLAS DUHAMEL LE PONANT DE PARIS 5, RUE LEBLANC CEDEX 15 PARIS 75511 FRANCE |
| BANQUE POPULAIRE – CASSIE D'EPARGNE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCE, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| DEUTSCHE BANK (UK) PENSION SCHEME – STAFF | DB TRUSTEE SERVICES LTD WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP ATTN: ALAN KRAUS, ESQ. ONE NEWARK CENTER NEWARK NJ 07102 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | FANNIE MAE ATTN: PETER MCGONIGLE, ESQ. 1835 MARKET STREET, SUITE 2300 PHILADELPHIA PA 19103 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ATTN: GENERAL COUNSEL 3900 WASHINGTON AVENUE, N.W. WASHINGTON DC 20016 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP ATTN: DOUGLAS BACON, ESQ. 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD | C/O WALKER SPY LTD WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN KY1 9002 CAYMAN ISLANDS |
| SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD | C/O WALKERS SPY LIMITED WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN KY1 9002 CAYMAN ISLANDS |
| SPCP GROUP, L.L.C. | TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  18**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| AMERICAN INVESTORS LIFE INSURANCE CO., INC. | N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| BERYL FINANCE LIMITED SERIES 2006-6 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-6 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CITY OF MILWUAKEE | CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE WI 53202 |
| CITY OF MILWUAKEE | KATTEN MUCHIN ROSENMAN LLP ATTN: ANDREW L. WOOL 525 W. MONROE STREET CHICAGO IL 60661-3693 |
| EASTON INVESTMENTS II, A CALIFORNIA L.P. | C/O COSTELL & CORNELIUS LAW CORPORATION 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| FBE LIMITED LLC | ATTN: NEIL SIMON, ESQ. 111 BROADWAY NEW YORK NY 10006 |
| LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE | RADIAN ASSET ASSURANCE, INC. ATTN: CHIEF RISK OFFICER 335 MADISON AVENUE NEW YORK NY 10017 |
| LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE | WACHOVIA BANK, NATIONAL ASSOCIATION ATTN: CORPORATE TRUST DEPARTMENT-STEPHANIE MOORE 225 WATER STREET-3RD FLOOR JACKSONVILLE FL 32202-0122 |
| LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE | ATTN: FINANCE DIRECTOR 315 SOUTH FLAGLER DRIVE WEST PALM BEACH FL 33401 |
| MESIVTA YESHIVA RABBI CHAIM BERLIN | C/O FBE LIMITED LLC ATTN: NEIL SIMON, ESQ. 111 BROADWAY NEW YORK NY 10006 |
| PICKERSGILL INC. | VENABLE LLP ATTN EDWARD A SMITH 1270 AVENUE OF THE AMERICAS 25TH FL NEW YORK NY 10020 |
| PICKERSGILL INC. | 615 CHESTNUT AVENUE TOWSON MD 21204 |
| PQ CORPORATION | C/O DEBEVOISE & PLIMPTON LLP ATTN: GEORGE E.B. MAGUIRE 919 THIRD AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA1 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA1 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 157 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 190 SOUTH LASALLE STREET CHICAGO IL 60603 |

**Total Creditor count  21**

**EXHIBIT K**

| Claim Name | Address Information |
| --- | --- |
| AECO GAS STORAGE PARTNERSHIP | JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY AB T2P 0A7 CANADA |
| AECO GAS STORAGE PARTNERSHIP | STEVEN ABRAMOWITZ JAMES DAY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTOS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 18 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 18 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY, T | CAMMY C. DUPONT, PRINCIPAL COUNTY COUNSEL OFFICE OF COUNTY COUNSEL – COUNTY OF LOS ANGELES 500 WEST TEMPLE STREET LOS ANGELES CA 90012 |
| CRE FIDUCIARY SERVICES INC., TRUSTEE | ORG TRUST UAD 12/21/04 C/O LYNN JORDAN 2120 CARREY AVE CHEYENNE WY 82001 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN:  JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 2020 K STREET, NW NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | IRA WURCEL, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| ENI UK LIMITED | ENI HOUSE ATTN: SUZANNE C BELL 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ UNITED KINGDOM |
| ENI UK LIMITED | STROOCK STROOCK & LAVAN LLP ATTN: HAROLD OLSEN 180 MAIDEN LANE NEW YORK NY 10038 |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 00195 ITALY |
| GRANITE FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS ATTN: CONNAN HILL & SYLVIA LEWIS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ITOCHU CORPORATION | FOR THE ATTENTION OF NAOKO FUJITA, LEGAL DEPT 1, LEGAL DIV (TOKYO) 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO 107-8077 JAPAN |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| KBL EUROPEAN PRIVATE BANKERS SA | ATTN: LEGAL DEPARTMENT 43, BOULEVARD ROYAL L- 2955  LUXEMBOURG LUXEMBOURG |
| KBL EUROPEAN PRIVATE BANKERS SA | ATTN: LEGAL DEPARTMENT 43, BOULEVARD ROYAL LUXEMBOURG L2955 LUXEMBOURG |
| PRECISION PARTNERS HOLDING COMPANY | 3300 OAKTON ST SKOKIE IL 60076-2953 |
| SALT RIVER PROJECT AGRICULTURAL | C/O W. GARY HULL PAB 207, 1521 N. PROJECT DRIVE TEMPE AZ 85281 |

| Claim Name | Address Information |
|---|---|
| IMPROVEMENT AND PO | C/O W. GARY HULL PAB 207, 1521 N. PROJECT DRIVE TEMPE AZ 85281 |
| THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. - MBS 46 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 SUPPLEMENTAL INT. TST C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |

**Total Creditor count  42**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY 110 TAIWAN, PROVINCE OF CHINA |
| CHINATRUST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED – KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| MARATHON MASTER FUND LTD | MARATHON ASSET MANAGEMENT ATTENTION: GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |

**Total Creditor count  5**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| ESTELLE PEABODY MEMORIAL HOME OF THE SYNOD OF LINC | PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC ATTN: CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUST | TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES ATTN: JEFF BELSER 4400 HARDING ROAD NASHVILLE TN 37205 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | MINTZ LEVIN ATTN: JACQUELYN CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON MA 02210-1114 |
| MASSACHUSETTS TURNPIKE AUTHORITY | ATTN: JOSEPH F. MCCANN 10 PARK PLAZA, SUITE 4160 BOSTON MA 02116 |
| MASSACHUSETTS TURNPIKE AUTHORITY | EDWARDS ANGELL PALMER & DODGE LLP ATTN: JOHN WHITLOCK, AMY ZUCCARELLO 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| WELLS FARGO BANK, NA., AS TRUSTEE FOR THE STRUCTUR | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 220 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA., AS TRUSTEE FOR THE STRUCTUR | RATE MORTGAGE LOAN TRUST, SERIES 2008-I C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

**Total Creditor count  13**