# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | OLIVANT INVESTMENTS SWITZERLAND S.A.<br>C/O O'MELVENY & MEYERS LLP<br>ATTN: SUZZANE UHLAND<br>TWO EMBARCADERO CENTER, 28TH FLOOR<br>SAN FRANCISCO, CA 94111-3823 | 67043 | 09/01/2010 | Lehman Brothers Holdings Inc. | Secured | $1,418,925,283.45* |
| 2 | XANADU MEZZ HOLDINGS LLC<br>ATTN: YON CHO AND JOHN RANDALL<br>1271 AVENUE OF THE AMERICAS<br>38TH FLOOR<br>NEW YORK, NY 10020 | 27789 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>Undetermined<br><br>$0.00 |
| | | | | | TOTAL | $1,418,925,283.45 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit