# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 136: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY CARRUTHERS & ROTH, P.A., C/O JOHN FLYNN 235 N. EDGEWORTH STREET GREENSBORO, NC 27401 | 2076 | 01/28/2009 | Lehman Brothers Holdings Inc. | Secured | $272,238.00 |
| 2 | COTTEN, TIMOTHY A., ET AL. 9543 NORTH SIDE DRIVE OWINGS, MD 20736 | 34313 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $0.00 $10,000,000.00<br><br>$10,000,000.00 |
| 3 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 30423 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $0.00 |
| 4 | DIAMONDBACK MASTER FUND LTD C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD, CT 06901<br><br>TRANSFERRED TO: WOODERSON PARTNERS, L.L.C. TRANSFEROR: DIAMONDBACK MASTER FUND LTD C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 26909 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal<br><br><br>Unsecured | Undetermined $80,600,000.00*<br><br>$80,600,000.00<br><br><br>$4,464,488.00 |
| 5 | LMA SPC ON BEHALF OF MAP I C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS, FL 33410 | 26895 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $11,359,593.13*<br><br>$11,359,593.13 |
| 6 | PJM INTERCONNECTION LLC SCHNADER HARRISON SEGAL & LEWIS C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA, PA 19103 | 22267 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured<br><br>Subtotal | $18,063,731.74 $0.00<br><br>$18,063,731.74 |

* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 1 of 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 136: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | PSEG ENERGY RESOURCES & TRADE LLC<br>ATTN: SUZANNE M. KLAR, ESQ.<br>80 PARK PLAZA, T5D<br>NEWARK, NJ 07101 | 15735 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $443,076.00 |
| 8 | STADT SCHWAEBISCH HALL<br>ATTN: MR. UWE GOETZELMANN<br>AM MARKT 4<br>SCHWAEBISCH HALL, DE-74523<br>GERMANY | 27015 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$54,343.76*<br><br>$54,343.76 |
| 9 | TRONOX INCORPORATED ET AL.<br>ATTN: MICHAEL J. FOSTER, VICE PRESIDENT AND<br>GENERAL COUNSEL<br>211 N. ROBINSON AVENUE<br>OKLAHOMA CITY, OK 73120 | 29768 | 09/22/2009 | Lehman Commercial Paper Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$300,000.00*<br><br>$300,000.00 |
| 10 | TROUT, ROGER<br>C/O SENDER & WASSERMAN, P. C.<br>ATTN: KENNETH J. BUECHLER, ESQ.<br>1660 LINCOLN STREET, SUITE 2200<br>DENVER, CO 80264 | 25708 | 09/21/2009 | LB Rose Ranch LLC | Secured | $1,336,938.30* |
| | | | | | TOTAL | $126,894,408.93 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit