# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| | NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| 1 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 10082 | Lehman Brothers Holdings Inc. | 524935129 | Unsecured | $6,800,100.00* | Unsecured | $6,359,349.27 |
| | | | | 5249087E4 | Unsecured | $259,000.00* | Unsecured | $11,150.00 |
| | | | | 5249083B4 | Unsecured | $898,000.00* | Unsecured | $763,670.90 |
| | | | | 5249083H1 | Unsecured | $1,500,000.00* | Unsecured | $1,470,672.86 |
| | | | | 5249083M0 | Unsecured | $2,900,000.00* | Unsecured | $2,076,618.76 |
| | | | | 5249083S7 | Unsecured | $125,000.00* | Unsecured | $82,004.81 |
| | | | | 5249083W8 | Unsecured | $709,000.00* | Unsecured | $568,610.95 |
| | | | | 5249084X5 | Unsecured | $367,000.00* | Unsecured | $166,604.55 |
| | | | | 5249085D8 | Unsecured | $55,000,000.00* | Unsecured | $55,229,166.67 |
| | | | | 5249085R7 | Unsecured | $125,000.00* | Unsecured | $101,392.10 |
| | | | | 5249085Y2 | Unsecured | $100,000.00* | Unsecured | $75,195.40 |
| | | | | 5249086M7 | Unsecured | $760,000.00* | Unsecured | $382,602.00 |
| | | | | 5249086N5 | Unsecured | $173,000.00 * | Unsecured | $108,955.78 |
| | | | | 5249086T2 | Unsecured | $100,000.00* | Unsecured | $97,675.57 |
| | | | | 5249086U9 | Unsecured | $1,999,000.00* | Unsecured | $931,627.00 |
| | | | | 5249086V7 | Unsecured | $1,000,000.00* | Unsecured | $741,829.45 |
| | | | | 5249086W5 | Unsecured | $500,000.00* | Unsecured | $230,990.00 |
| | | | | 5249087A2 | Unsecured | $0.00* | Unsecured | $1,920,583.33 |
| | | | | 5249087C8 | Unsecured | $151,000.00* | Unsecured | $144,581.08 |
| | | | | 5249087D6 | Unsecured | $1,300,000.00* | Unsecured | $1,307,075.26 |
| | | | | 5249087F1 | Unsecured | $106,000.00* | Unsecured | $65,001.47 |
| | | | | 5249087K0 | Unsecured | $168,000.00* | Unsecured | $108,545.16 |
| | | | | 524908B66 | Unsecured | $6,330,000.00* | Unsecured | $4,240,725.59 |
| | | | | 524908ET3 | Unsecured | $6,100,000.00* | Unsecured | $5,413,169.64 |
| | | | | 524908FJ4 | Unsecured | $7,340,000.00* | Unsecured | $725,999.27 |
| | | | | 524908J92 | Unsecured | $1,700,000.00* | Unsecured | $1,701,648.68 |

\* - Indicates claim contains unliquidated and/or undetermined amounts        Page 1 of 17

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 524908JE1 | Unsecured | $10,808,000.00* | Unsecured | $5,310,040.73 |
| | | | 524908JK7 | Unsecured | $7,611,000.00* | Unsecured | $1,566,812.06 |
| | | | 524908K25 | Unsecured | $7,775,000.00* | Unsecured | $3,804,788.92 |
| | | | 524908L73 | Unsecured | $1,000,000.00* | Unsecured | $1,001,354.43 |
| | | | 524908MB3 | Unsecured | $22,000,000.00* | Unsecured | $10,873,966.00 |
| | | | 524908MG2 | Unsecured | $4,985,000.00* | Unsecured | $1,320,620.24 |
| | | | 524908MP2 | Unsecured | $12,365,000.00* | Unsecured | $5,376,734.88 |
| | | | 524908MR8 | Unsecured | $6,000,000.00* | Unsecured | $1,817,954.23 |
| | | | 524908MV9 | Unsecured | $4,000,000.00* | Unsecured | $1,283,561.71 |
| | | | 524908MY3 | Unsecured | $4,000,000.00* | Unsecured | $1,553,254.19 |
| | | | 524908N30 | Unsecured | $312,000.00* | Unsecured | $150,934.94 |
| | | | 524908N48 | Unsecured | $990,000.00* | Unsecured | $592,742.86 |
| | | | 524908NC0 | Unsecured | $17,000,000.00* | Unsecured | $1,133,233.04 |
| | | | 524908NF3 | Unsecured | $100,000,000.00* | Unsecured | $139,548.89 |
| | | | 524908NL0 | Unsecured | $10,000,000.00* | Unsecured | $9,491,655.28 |
| | | | 524908NM8 | Unsecured | $10,000,000.00* | Unsecured | $10,011,941.32 |
| | | | 524908NV8 | Unsecured | $4,000,000.00* | Unsecured | $4,004,719.86 |
| | | | 524908NX4 | Unsecured | $50,000,000.00* | Unsecured | $53,481,388.89 |
| | | | 524908NY2 | Unsecured | $17,000,000.00* | Unsecured | $14,513,829.16 |
| | | | 524908NZ9 | Unsecured | $10,124,000.00* | Unsecured | $6,384,844.47 |
| | | | 524908PA2 | Unsecured | $10,000,000.00* | Unsecured | $9,575,000.00 |
| | | | 524908PF1 | Unsecured | $7,735,000.00* | Unsecured | $9,070,724.20 |
| | | | 524908PH7 | Unsecured | $2,645,000.00* | Unsecured | $1,513,063.20 |
| | | | 524908PL8 | Unsecured | $51,945,000.00* | Unsecured | $12,617,583.16 |
| | | | 524908PM6 | Unsecured | $6,765,000.00* | Unsecured | $4,948,975.30 |
| | | | 524908SH4 | Unsecured | $23,900,000.00* | Unsecured | $13,046,888.35 |
| | | | 524908SJ0 | Unsecured | $1,200,000.00* | Unsecured | $1,201,038.25 |
| | | | 524908TY6 | Unsecured | $4,965,000.00* | Unsecured | $4,421,274.29 |
| | | | 524908UH1 | Unsecured | $4,000,000.00* | Unsecured | $4,007,281.25 |
| | | | 524908UK4 | Unsecured | $1,864,000.00* | Unsecured | $1,434,107.62 |
| | | | 524908UL2 | Unsecured | $50,000,000.00* | Unsecured | $5,006,628.57 |
| | | | 524908UP3 | Unsecured | $13,943,000.00* | Unsecured | $18,345,555.97 |
| | | | 524908UY4 | Unsecured | $100,000,000.00* | Unsecured | $264,500.12 |
| | | | 524908UZ1 | Unsecured | Undetermined | Unsecured | $3,179,886.71 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 524908VB3 | Unsecured | $1,000,000.00* | Unsecured | $912,032.35 |
| | | | 524908VN7 | Unsecured | Undetermined | Unsecured | $3,670,261.42 |
| | | | 524908WE6 | Unsecured | $2,460,000.00* | Unsecured | $2,125,480.24 |
| | | | 524908WF3 | Unsecured | $13,000,000.00* | Unsecured | $13,017,635.80 |
| | | | 524908WK2 | Unsecured | $900,000.00* | Unsecured | $704,244.86 |
| | | | 524908WS5 | Unsecured | $2,500,000.00* | Unsecured | $2,002,333.23 |
| | | | 524908WU0 | Unsecured | $60,000,000.00* | Unsecured | $60,131,072.13 |
| | | | 524908WW6 | Unsecured | $3,125,000.00* | Unsecured | $2,449,559.02 |
| | | | 524908XD7 | Unsecured | $10,287,000.00* | Unsecured | $10,307,287.58 |
| | | | 524908XL9 | Unsecured | Undetermined | Unsecured | $5,228,850.95 |
| | | | 524935AJ2 | Unsecured | $1,351,000.00* | Unsecured | $1,364,556.91 |
| | | | 524935AK9 | Unsecured | $197,000.00* | Unsecured | $192,514.18 |
| | | | 524935AP8 | Unsecured | $1,397,000.00* | Unsecured | $90,250.86 |
| | | | 524935AT0 | Unsecured | $191,000.00* | Unsecured | $118,405.82 |
| | | | 524935AV5 | Unsecured | $1,000,000.00* | Unsecured | $630,110.67 |
| | | | 524935AW3 | Unsecured | $1,215,000.00* | Unsecured | $627,370.03 |
| | | | 524935AX1 | Unsecured | $700,000.00* | Unsecured | $701,195.38 |
| | | | 524935AY9 | Unsecured | $1,102,000.00* | Unsecured | $1,094,045.97 |
| | | | 524935AZ6 | Unsecured | $500,000.00* | Unsecured | $469,589.67 |
| | | | 524935BE2 | Unsecured | $100,000.00* | Unsecured | $79,400.62 |
| | | | 524935BF9 | Unsecured | $1,000,000.00* | Unsecured | $948,927.32 |
| | | | 524935BG7 | Unsecured | $1,528,000.00* | Unsecured | $1,257,124.95 |
| | | | 524935BN2 | Unsecured | $290,000.00* | Unsecured | $244,662.96 |
| | | | 524935BR3 | Unsecured | $100,000.00* | Unsecured | $71,183.66 |
| | | | 524935BV4 | Unsecured | $500,000.00* | Unsecured | $509,977.30 |
| | | | 524935BX0 | Unsecured | $1,500,000.00* | Unsecured | $1,474,762.73 |
| | | | 524935BY8 | Unsecured | $645,000.00* | Unsecured | $540,616.48 |
| | | | 524935CA9 | Unsecured | $1,441,000.00* | Unsecured | $1,208,088.20 |
| | | | 524935CE1 | Unsecured | $231,000.00* | Unsecured | $198,842.34 |
| | | | 524935CH4 | Unsecured | $525,000.00* | Unsecured | $502,293.06 |
| | | | 524935CJ0 | Unsecured | $1,000,000.00* | Unsecured | $984,463.69 |
| | | | 524935CK7 | Unsecured | $123,000.00* | Unsecured | $105,062.42 |
| | | | 524935CL5 | Unsecured | $796,000.00* | Unsecured | $777,035.37 |
| | | | 524935CM3 | Unsecured | $500,000.00* | Unsecured | $420,130.12 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 524935CN1 | Unsecured | $1,361,000.00* | Unsecured | $175,766.45 |
| | | | 524935CP6 | Unsecured | $625,000.00* | Unsecured | $377,689.65 |
| | | | 524935CQ4 | Unsecured | $367,000.00* | Unsecured | $295,421.53 |
| | | | 524935CR2 | Unsecured | $1,172,000.00* | Unsecured | $1,042,262.77 |
| | | | 524935CS0 | Unsecured | $186,000.00* | Unsecured | $186,263.92 |
| | | | 524935CT8 | Unsecured | $350,000.00* | Unsecured | $245,989.05 |
| | | | 524935CU5 | Unsecured | $749,000.00* | Unsecured | $670,958.44 |
| | | | 524935CV3 | Unsecured | $1,700,000.00* | Unsecured | $1,720,400.00 |
| | | | 524935CW1 | Unsecured | $118,000.00* | Unsecured | $116,728.63 |
| | | | 524935CX9 | Unsecured | $100,000.00* | Unsecured | $20,784.43 |
| | | | 524935CY7 | Unsecured | $213,000.00* | Unsecured | $200,004.73 |
| | | | 524935CZ4 | Unsecured | $1,000,000.00* | Unsecured | $893,144.99 |
| | | | 524935DA8 | Unsecured | $500,000.00* | Unsecured | $455,022.41 |
| | | | 524935DB6 | Unsecured | $1,500,000.00* | Unsecured | $1,003,585.33 |
| | | | 524935DC4 | Unsecured | $1,500,000.00* | Unsecured | $843,108.96 |
| | | | 524935DD2 | Unsecured | $117,000.00* | Unsecured | $101,251.23 |
| | | | 524935DE0 | Unsecured | $419,000.00* | Unsecured | $419,391.91 |
| | | | 524935DF7 | Unsecured | $135,000.00* | Unsecured | $134,727.90 |
| | | | 524935DK6 | Unsecured | $1,000,000.00* | Unsecured | $98,504.54 |
| | | | 524935DM2 | Unsecured | $3,124,000.00* | Unsecured | $3,159,723.00 |
| | | | 524935DN0 | Unsecured | $500,000.00* | Unsecured | $510,094.69 |
| | | | 524935DP5 | Unsecured | $375,000.00* | Unsecured | $344,506.99 |
| | | | 524935DQ3 | Unsecured | $300,000.00* | Unsecured | $303,567.41 |
| | | | 524935DR1 | Unsecured | $196,000.00* | Unsecured | $181,853.17 |
| | | | 524935DT7 | Unsecured | $200,000.00* | Unsecured | $189,735.52 |
| | | | 524935DU4 | Unsecured | $600,000.00* | Unsecured | $417,876.92 |
| | | | 524935DV2 | Unsecured | $1,441,000.00* | Unsecured | $1,401,727.09 |
| | | | 524935DW0 | Unsecured | $435,000.00* | Unsecured | $374,587.86 |
| | | | 524935DX8 | Unsecured | $173,000.00* | Unsecured | $162,780.59 |
| | | | 524935DY6 | Unsecured | $100,000.00* | Unsecured | $97,447.18 |
| | | | 524935EA7 | Unsecured | $682,000.00* | Unsecured | $660,491.64 |
| | | | 524935EB5 | Unsecured | $502,000.00* | Unsecured | $465,213.16 |
| | | | 524935EC3 | Unsecured | $200,000.00* | Unsecured | $97,945.61 |
| | | | 524935ED1 | Unsecured | $241,000.00* | Unsecured | $231,096.67 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 524935EE9 | Unsecured | $668,000.00* | Unsecured | $593,487.21 |
| | | | 524935EF6 | Unsecured | $500,000.00* | Unsecured | $455,270.12 |
| | | | 524935EK5 | Unsecured | $120,000.00* | Unsecured | $118,455.04 |
| | | | 524935EL3 | Unsecured | $213,000.00* | Unsecured | $204,623.94 |
| | | | 524935EM1 | Unsecured | $403,000.00* | Unsecured | $361,977.81 |
| | | | 524935EN9 | Unsecured | $803,000.00* | Unsecured | $771,278.98 |
| | | | 52517P2E0 | Unsecured | $16,000,000.00* | Unsecured | $16,105,111.11 |
| | | | 52517P2H3 | Unsecured | $5,000,000.00* | Unsecured | $5,007,989.49 |
| | | | 52517P2J9 | Unsecured | $72,500,000.00* | Unsecured | $7,293,877.60 |
| | | | 52517P2M2 | Unsecured | $1,306,000.00* | Unsecured | $1,565,161.66 |
| | | | 52517P2P5 | Unsecured | $13,240,000.00* | Unsecured | $13,315,487.41 |
| | | | 52517P2R1 | Unsecured | $10,000,000.00* | Unsecured | $10,063,981.82 |
| | | | 52517P2T7 | Unsecured | $521,000.00* | Unsecured | $521,585.24 |
| | | | 52517P2U4 | Unsecured | $3,000,000.00* | Unsecured | $1,902,149.01 |
| | | | 52517P2V2 | Unsecured | Undetermined | Unsecured | $961,367.18 |
| | | | 52517P2W0 | Unsecured | $25,000.00* | Unsecured | $19,616.81 |
| | | | 52517P2X8 | Unsecured | $3,000,000.00* | Unsecured | $3,019,194.55 |
| | | | 52517P2Y6 | Unsecured | $1,051,000.00* | Unsecured | $1,146,449.26 |
| | | | 52517P2Z3 | Unsecured | $5,450,000.00* | Unsecured | $4,974,527.79 |
| | | | 52517P3A7 | Unsecured | $7,606,000.00* | Unsecured | $3,159,783.58 |
| | | | 52517P3B5 | Unsecured | $100,000.00* | Unsecured | $100,126.02 |
| | | | 52517P3C3 | Unsecured | $150,000.00* | Unsecured | $150,189.04 |
| | | | 52517P3E9 | Unsecured | $9,000,000.00* | Unsecured | $9,048,614.32 |
| | | | 52517P3F6 | Unsecured | $6,000,000.00* | Unsecured | $6,127,500.00 |
| | | | 52517P3G4 | Unsecured | $2,020,000.00* | Unsecured | $2,023,213.41 |
| | | | 52517P3H2 | Unsecured | $6,257,000.00* | Unsecured | $6,278,121.22 |
| | | | 52517P3L3 | Unsecured | $5,000,000.00* | Unsecured | $4,545,516.94 |
| | | | 52517P3N9 | Unsecured | $190,000.00* | Unsecured | $190,179.12 |
| | | | 52517P3P4 | Unsecured | $59,000.00* | Unsecured | $59,088.28 |
| | | | 52517P3R0 | Unsecured | $5,000,000.00* | Unsecured | $2,362,000.00 |
| | | | 52517P3S8 | Unsecured | $500,000.00* | Unsecured | $500,577.00 |
| | | | 52517P3T6 | Unsecured | $692,000.00* | Unsecured | $692,872.09 |
| | | | 52517P3U3 | Unsecured | $2,000,000.00* | Unsecured | $2,008,552.52 |
| | | | 52517P3V1 | Unsecured | $401,000.00* | Unsecured | $401,533.76 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 52517P3W9 | Unsecured | $100,000.00* | Unsecured | $100,133.11 |
| | | | 52517P3X7 | Unsecured | $500,000.00* | Unsecured | $611,350.73 |
| | | | 52517P3Z2 | Unsecured | $1,000,000.00* | Unsecured | $1,001,716.15 |
| | | | 52517P4B4 | Unsecured | $2,500,000.00* | Unsecured | $1,505,028.48 |
| | | | 52517P4E8 | Unsecured | $6,233,000.00* | Unsecured | $3,514,835.36 |
| | | | 52517P4F5 | Unsecured | $1,000,000.00* | Unsecured | $1,001,373.27 |
| | | | 52517P4H1 | Unsecured | $11,000,000.00* | Unsecured | $4,616,615.35 |
| | | | 52517P4K4 | Unsecured | $10,540,000.00* | Unsecured | $10,640,428.46 |
| | | | 52517P4M0 | Unsecured | $103,000.00* | Unsecured | $103,156.56 |
| | | | 52517P4N8 | Unsecured | $20,373,000.00* | Unsecured | $20,441,771.41 |
| | | | 52517P4P3 | Unsecured | $3,000,000.00* | Unsecured | $1,316,945.88 |
| | | | 52517P4Q1 | Unsecured | $179,000.00* | Unsecured | $179,250.94 |
| | | | 52517P4R9 | Unsecured | $6,022,000.00* | Unsecured | $1,025,101.20 |
| | | | 52517P4S7 | Unsecured | Undetermined | Unsecured | $793,557.65 |
| | | | 52517P4T5 | Unsecured | $1,000,000.00* | Unsecured | $1,004,888.89 |
| | | | 52517P4U2 | Unsecured | $288,000.00* | Unsecured | $290,803.16 |
| | | | 52517P4V0 | Unsecured | $2,750,000.00* | Unsecured | $1,968,056.68 |
| | | | 52517P4W8 | Unsecured | $1,000,000.00* | Unsecured | $341,470.00 |
| | | | 52517P4X6 | Unsecured | $25,000,000.00* | Unsecured | $25,188,020.83 |
| | | | 52517P4Y4 | Unsecured | $2,500,000.00* | Unsecured | $2,370,028.22 |
| | | | 52517P5F4 | Unsecured | $1,590,000.00* | Unsecured | $1,280,315.28 |
| | | | 52517P5G2 | Unsecured | $1,165,000.00* | Unsecured | $1,258,645.41 |
| | | | 52517P5J6 | Unsecured | $376,000.00* | Unsecured | $396,417.86 |
| | | | 52517P5K3 | Unsecured | $4,680,000.00* | Unsecured | $4,680,000.00 |
| | | | 52517P5L1 | Unsecured | $347,000.00* | Unsecured | $347,327.13 |
| | | | 52517P5M9 | Unsecured | $64,000.00* | Unsecured | $64,069.00 |
| | | | 52517P5N7 | Unsecured | $1,250,000.00* | Unsecured | $1,288,196.96 |
| | | | 52517P5P2 | Unsecured | $192,000.00* | Unsecured | $192,175.16 |
| | | | 52517P5Q0 | Unsecured | $2,500,000.00* | Unsecured | $2,503,712.50 |
| | | | 52517P5S6 | Unsecured | $2,000,000.00* | Unsecured | $2,050,472.22 |
| | | | 52517P5T4 | Unsecured | $500,000.00* | Unsecured | $515,647.91 |
| | | | 52517P5V9 | Unsecured | $501,000.00* | Unsecured | $447,139.23 |
| | | | 52517P5Z0 | Unsecured | $33,685,000.00* | Unsecured | $27,880,033.34 |
| | | | 52517P6A4 | Unsecured | $8,000,000.00* | Unsecured | $8,030,609.02 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 52517P6C0 | Unsecured | $12,000,000.00* | Unsecured | $12,052,215.38 |
| | | | 52517P6E6 | Unsecured | $875,000.00* | Unsecured | $876,561.88 |
| | | | 52517P6F3 | Unsecured | $3,050,000.00* | Unsecured | $2,479,968.73 |
| | | | 52517P6G1 | Unsecured | $2,351,000.00* | Unsecured | $2,383,914.98 |
| | | | 52517P6H9 | Unsecured | $5,470,000.00* | Unsecured | $4,148,637.36 |
| | | | 52517P6J5 | Unsecured | $25,000,000.00* | Unsecured | $25,811,805.56 |
| | | | 52517P6L0 | Unsecured | $25,000,000.00* | Unsecured | $20,209,083.34 |
| | | | 52517P6M8 | Unsecured | $1,590,000.00* | Unsecured | $1,164,319.13 |
| | | | 52517P6P1 | Unsecured | $144,330,000.00* | Unsecured | $2,524,049.85 |
| | | | 52517P6Q9 | Unsecured | $13,500,000.00* | Unsecured | $9,234,177.21 |
| | | | 52517P6R7 | Unsecured | $7,426,000.00* | Unsecured | $2,926,971.68 |
| | | | 52517P6S5 | Unsecured | $3,000,000.00* | Unsecured | $3,013,053.85 |
| | | | 52517P6U0 | Unsecured | $879,000.00* | Unsecured | $879,000.00 |
| | | | 52517P6V8 | Unsecured | $247,000.00* | Unsecured | $247,266.30 |
| | | | 52517P6W6 | Unsecured | $10,000,000.00* | Unsecured | $10,080,059.11 |
| | | | 52517P6X4 | Unsecured | $530,000.00* | Unsecured | $519,888.82 |
| | | | 52517P6Y2 | Unsecured | $5,500,000.00* | Unsecured | $2,376,221.50 |
| | | | 52517P6Z9 | Unsecured | $119,000.00* | Unsecured | $101,452.11 |
| | | | 52517P7B1 | Unsecured | $1,164,000.00* | Unsecured | $1,166,085.81 |
| | | | 52517P7C9 | Unsecured | $1,456,000.00* | Unsecured | $1,485,359.98 |
| | | | 52517P7D7 | Unsecured | $750,000.00* | Unsecured | $751,051.43 |
| | | | 52517P7E5 | Unsecured | $2,000,000.00* | Unsecured | $2,000,000.00 |
| | | | 52517P7G0 | Unsecured | $4,000,000.00* | Unsecured | $3,605,066.19 |
| | | | 52517P7H8 | Unsecured | $21,433,000.00* | Unsecured | $17,035,181.01 |
| | | | 52517P7K1 | Unsecured | $214,000.00* | Unsecured | $214,371.29 |
| | | | 52517PA27 | Unsecured | $15,000,000.00* | Unsecured | $15,150,000.00 |
| | | | 52517PA43 | Unsecured | $7,000,000.00* | Unsecured | $7,021,530.54 |
| | | | 52517PA68 | Unsecured | $11,000,000.00* | Unsecured | $6,208,183.08 |
| | | | 52517PB42 | Unsecured | $10,000,000.00* | Unsecured | $10,068,531.25 |
| | | | 52517PB59 | Unsecured | $30,000,000.00* | Unsecured | $30,185,192.97 |
| | | | 52517PC25 | Unsecured | $7,000,000.00* | Unsecured | $7,029,122.21 |
| | | | 52517PC66 | Unsecured | $50,000,000.00* | Unsecured | $28,764,304.12 |
| | | | 52517PC74 | Unsecured | $40,310,000.00* | Unsecured | $29,284,307.12 |
| | | | 52517PE31 | Unsecured | $15,000,000.00* | Unsecured | $15,069,999.93 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 52517PE98 | Unsecured | $3,000,000.00* | Unsecured | $3,006,656.94 |
| | | | 52517PH46 | Unsecured | $20,000,000.00* | Unsecured | $19,101,375.55 |
| | | | 52517PH53 | Unsecured | $100,000,000.00* | Unsecured | $90,204,661.87 |
| | | | 52517PJ77 | Unsecured | $25,000,000.00* | Unsecured | $25,407,291.67 |
| | | | 52517PJ85 | Unsecured | $52,000,000.00* | Unsecured | $50,106,835.53 |
| | | | 52517PK34 | Unsecured | $25,000,000.00* | Unsecured | $25,311,111.11 |
| | | | 52517PK42 | Unsecured | $12,000,000.00* | Unsecured | $9,120,906.78 |
| | | | 52517PK91 | Unsecured | $35,000,000.00* | Unsecured | $35,026,752.20 |
| | | | 52517PL41 | Unsecured | $2,000,000.00* | Unsecured | $2,016,115.56 |
| | | | 52517PL66 | Unsecured | $5,000,000.00* | Unsecured | $5,087,881.73 |
| | | | 52517PL74 | Unsecured | $3,500,000.00* | Unsecured | $3,500,772.01 |
| | | | 52517PM24 | Unsecured | $12,000,000.00* | Unsecured | $12,068,727.75 |
| | | | 52517PM57 | Unsecured | $5,000,000.00* | Unsecured | $1,520,469.17 |
| | | | 52517PM81 | Unsecured | $5,000,000.00* | Unsecured | $5,023,794.99 |
| | | | 52517PM99 | Unsecured | $3,000,000.00* | Unsecured | $3,010,905.37 |
| | | | 52517PN64 | Unsecured | $60,000,000.00* | Unsecured | $59,929,514.04 |
| | | | 52517PQ20 | Unsecured | $5,000,000.00* | Unsecured | $5,028,882.43 |
| | | | 52517PQ87 | Unsecured | $3,000,000.00* | Unsecured | $3,018,904.86 |
| | | | 52517PR29 | Unsecured | $9,000,000.00* | Unsecured | $9,043,887.93 |
| | | | 52517PR37 | Unsecured | $2,500,000.00* | Unsecured | $2,511,815.98 |
| | | | 52517PS28 | Unsecured | $120,000,000.00* | Unsecured | $114,523,687.50 |
| | | | 52517PS44 | Unsecured | $3,000,000.00* | Unsecured | $3,011,130.69 |
| | | | 52517PT27 | Unsecured | $6,000,000.00* | Unsecured | $6,013,678.07 |
| | | | 52517PT68 | Unsecured | $33,700,000.00* | Unsecured | $33,038,892.14 |
| | | | 52517PT76 | Unsecured | $10,000,000.00* | Unsecured | $9,613,050.34 |
| | | | 52517PT92 | Unsecured | $1,370,000.00* | Unsecured | $1,372,396.99 |
| | | | 52517PU33 | Unsecured | $1,500,000.00* | Unsecured | $146,203.74 |
| | | | 52517PU41 | Unsecured | $16,000,000.00* | Unsecured | $8,802,000.00 |
| | | | 52517PU74 | Unsecured | $250,000.00* | Unsecured | $250,221.69 |
| | | | 52517PU82 | Unsecured | $10,000,000.00* | Unsecured | $10,007,643.49 |
| | | | 52517PUF6 | Unsecured | $5,000,000.00* | Unsecured | $5,016,256.76 |
| | | | 52517PUL3 | Unsecured | $15,000,000.00* | Unsecured | $15,008,606.55 |
| | | | 52517PUM1 | Unsecured | $10,000,000.00* | Unsecured | $10,120,833.33 |
| | | | 52517PUN9 | Unsecured | $25,000,000.00* | Unsecured | $25,335,833.33 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 52517PUP4 | Unsecured | $10,000,000.00* | Unsecured | $6,055,452.85 |
| | | | 52517PUQ2 | Unsecured | $7,000,000.00* | Unsecured | $7,076,805.56 |
| | | | 52517PUR0 | Unsecured | $3,864,000.00* | Unsecured | $2,205,909.91 |
| | | | 52517PUU3 | Unsecured | $6,000,000.00* | Unsecured | $5,778,282.16 |
| | | | 52517PV40 | Unsecured | $2,500,000.00* | Unsecured | $2,535,624.31 |
| | | | 52517PV73 | Unsecured | $7,000,000.00* | Unsecured | $6,886,299.48 |
| | | | 52517PV99 | Unsecured | $3,000,000.00* | Unsecured | $3,017,408.25 |
| | | | 52517PVC2 | Unsecured | $18,600,000.00* | Unsecured | $1,428,911.38 |
| | | | 52517PVN8 | Unsecured | $3,000,000.00* | Unsecured | $2,517,007.42 |
| | | | 52517PW80 | Unsecured | $5,000,000.00* | Unsecured | $4,819,969.52 |
| | | | 52517PWA5 | Unsecured | $3,300,000.00* | Unsecured | $3,345,226.08 |
| | | | 52517PWB3 | Unsecured | $19,000,000.00* | Unsecured | $9,532,186.08 |
| | | | 52517PWC1 | Unsecured | $3,000,000.00* | Unsecured | $2,603,045.10 |
| | | | 52517PWD9 | Unsecured | $12,000,000.00* | Unsecured | $5,560,297.59 |
| | | | 52517PWE7 | Unsecured | $34,950,000.00* | Unsecured | $35,528,616.67 |
| | | | 52517PWH0 | Unsecured | $10,000,000.00* | Unsecured | $8,609,708.83 |
| | | | 52517PWJ6 | Unsecured | $10,000,000.00* | Unsecured | $9,162,975.86 |
| | | | 52517PWL1 | Unsecured | $76,000,000.00* | Unsecured | $51,288,502.45 |
| | | | 52517PWQ0 | Unsecured | $20,000,000.00* | Unsecured | $13,245,024.95 |
| | | | 52517PWT4 | Unsecured | $25,000,000.00* | Unsecured | $20,315,948.36 |
| | | | 52517PWV9 | Unsecured | $10,000,000.00* | Unsecured | $7,518,616.00 |
| | | | 52517PX48 | Unsecured | $5,000,000.00* | Unsecured | $5,018,175.62 |
| | | | 52517PX55 | Unsecured | $2,400,000.00* | Unsecured | $2,408,724.30 |
| | | | 52517PX63 | Unsecured | $18,900,000.00* | Unsecured | $18,964,442.54 |
| | | | 52517PX71 | Unsecured | $25,000,000.00* | Unsecured | $25,113,454.78 |
| | | | 52517PX89 | Unsecured | $14,000,000.00* | Unsecured | $14,051,943.20 |
| | | | 52517PX97 | Unsecured | $10,000,000.00* | Unsecured | $5,032,423.63 |
| | | | 52517PXM8 | Unsecured | $42,000,000.00* | Unsecured | $36,269,875.11 |
| | | | 52517PXP1 | Unsecured | $9,250,000.00* | Unsecured | $9,290,999.34 |
| | | | 52517PXQ9 | Unsecured | $100,000,000.00* | Unsecured | $94,221,203.30 |
| | | | 52517PXR7 | Unsecured | $6,000,000.00* | Unsecured | $5,669,720.83 |
| | | | 52517PXS5 | Unsecured | $15,000,000.00* | Unsecured | $15,153,333.18 |
| | | | 52517PXV8 | Unsecured | $21,000,000.00* | Unsecured | $16,149,803.30 |
| | | | 52517PXW6 | Unsecured | $71,000,000.00* | Unsecured | $66,810,537.50 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 52517PXX4 | Unsecured | $5,000,000.00* | Unsecured | $5,012,916.68 |
| | | | 52517PXZ9 | Unsecured | $5,000,000.00* | Unsecured | $5,008,369.65 |
| | | | 52517PY21 | Unsecured | $6,000,000.00* | Unsecured | $6,020,457.95 |
| | | | 52517PY47 | Unsecured | $4,210,000.00* | Unsecured | $3,602,936.61 |
| | | | 52517PY54 | Unsecured | $3,000,000.00* | Unsecured | $3,007,970.66 |
| | | | 52517PY62 | Unsecured | $230,000,000.00* | Unsecured | $23,026,272.30 |
| | | | 52517PY70 | Unsecured | $3,233,000.00* | Unsecured | $3,236,692.97 |
| | | | 52517PY96 | Unsecured | $5,000,000.00* | Unsecured | $5,012,211.52 |
| | | | 52517PYD7 | Unsecured | $15,000,000.00* | Unsecured | $9,872,381.35 |
| | | | 52517PYE5 | Unsecured | $38,500,000.00* | Unsecured | $38,992,842.78 |
| | | | 52517PYG0 | Unsecured | $11,000,000.00* | Unsecured | $11,139,791.67 |
| | | | 52517PYH8 | Unsecured | $10,000,000.00* | Unsecured | $10,134,166.36 |
| | | | 52517PYJ4 | Unsecured | $5,000,000.00* | Unsecured | $5,066,458.33 |
| | | | 52517PYM7 | Unsecured | $22,000,000.00* | Unsecured | $22,201,055.66 |
| | | | 52517PYP0 | Unsecured | $5,000,000.00* | Unsecured | $5,052,222.17 |
| | | | 52517PYQ8 | Unsecured | $50,000,000.00* | Unsecured | $41,769,373.51 |
| | | | 52517PYR6 | Unsecured | $5,000,000.00* | Unsecured | $5,037,786.25 |
| | | | 52517PYS4 | Unsecured | $80,000,000.00* | Unsecured | $58,524,700.30 |
| | | | 52517PYT2 | Unsecured | $70,000,000.00* | Unsecured | $69,874,009.70 |
| | | | 52517PYU9 | Unsecured | $23,000,000.00* | Unsecured | $23,071,645.00 |
| | | | 52517PYV7 | Unsecured | $10,000,000.00* | Unsecured | $10,193,750.20 |
| | | | 52517PYW5 | Unsecured | $30,000,000.00* | Unsecured | $29,405,581.11 |
| | | | 52517PYX3 | Unsecured | $15,000,000.00* | Unsecured | $15,265,833.04 |
| | | | 52517PYY1 | Unsecured | $45,000,000.00* | Unsecured | $21,768,700.13 |
| | | | 52517PYZ8 | Unsecured | $5,000,000.00* | Unsecured | $5,079,722.04 |
| | | | 52517PZ38 | Unsecured | $15,000,000.00* | Unsecured | $15,093,399.02 |
| | | | 52517PZ53 | Unsecured | $3,000,000.00* | Unsecured | $3,005,021.12 |
| | | | 52517PZ61 | Unsecured | $10,000,000.00* | Unsecured | $10,112,395.74 |
| | | | 52517PZ79 | Unsecured | $25,000,000.00* | Unsecured | $25,428,507.02 |
| | | | 52517PZA2 | Unsecured | $10,000,000.00* | Unsecured | $10,139,855.56 |
| | | | 52517PZJ3 | Unsecured | $5,000,000.00* | Unsecured | $5,016,386.11 |
| | | | 52517PZL8 | Unsecured | $18,000,000.00* | Unsecured | $17,646,136.67 |
| | | | 52517PZM6 | Unsecured | $15,000,000.00* | Unsecured | $15,075,833.42 |
| | | | 52517PZN4 | Unsecured | $17,000,000.00* | Unsecured | $6,683,478.21 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

|  |  |  |  | MAXIMUM ASSERTED | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | CLAIM # | DEBTOR | CUSIP | CLASS | AMOUNT | CLASS | AMOUNT |
|  |  |  | 52517PZS3 | Unsecured | $20,000,000.00* | Unsecured | $20,318,888.98 |
|  |  |  | 52517PZY0 | Unsecured | $25,000,000.00* | Unsecured | $7,022,416.05 |
|  |  |  | 52517PZZ7 | Unsecured | $5,000,000.00* | Unsecured | $5,048,999.84 |
|  |  |  | 52520W283 | Unsecured | $8,083,300.00* | Unsecured | $8,083,300.00 |
|  |  |  | 52520W325 | Unsecured | $15,000,000.00* | Unsecured | $13,953,739.13 |
|  |  |  | 52520W333 | Unsecured | $53,027,100.00* | Unsecured | $49,202,727.32 |
|  |  |  | 52520W341 | Unsecured | $32,861,710.00* | Unsecured | $26,858,745.99 |
|  |  |  | 52520W358 | Unsecured | $17,008,330.00* | Unsecured | $13,988,833.16 |
|  |  |  | 52520W390 | Unsecured | $10,501,790.00* | Unsecured | $6,354,469.59 |
|  |  |  | 52520W440 | Unsecured | $12,997,600.00* | Unsecured | $8,795,607.65 |
|  |  |  | 52520W515 | Unsecured | $23,000,000.00* | Unsecured | $19,043,800.86 |
|  |  |  | 52520W549 | Unsecured | $24,066,340.00* | Unsecured | $9,335,378.55 |
|  |  |  | 52520W556 | Unsecured | Undetermined | Unsecured | $19,636,861.76 |
|  |  |  | 52520W564 | Unsecured | Undetermined | Unsecured | $32,039,118.89 |
|  |  |  | 52520WAD3 | Unsecured | $10,000,000.00* | Unsecured | $10,021,500.91 |
|  |  |  | 52520WAM3 | Unsecured | $450,000.00* | Unsecured | $361,437.08 |
|  |  |  | 52520WAV3 | Unsecured | $40,250,000.00* | Unsecured | $287,646.39 |
|  |  |  | 52520WAZ4 | Unsecured | $1,375,000.00* | Unsecured | $1,376,648.42 |
|  |  |  | 52520WBD2 | Unsecured | $5,000,000.00* | Unsecured | $5,011,154.69 |
|  |  |  | 52522L129 | Unsecured | $7,232,050.00* | Unsecured | $6,908,755.87 |
|  |  |  | 52522L137 | Unsecured | $10,115,520.00* | Unsecured | $7,216,252.15 |
|  |  |  | 52522L145 | Unsecured | $1,762,140.00* | Unsecured | $1,201,327.02 |
|  |  |  | 52522L186 | Unsecured | $8,238,780.00* | Unsecured | $8,250,719.08 |
|  |  |  | 52522L202 | Unsecured | $18,000,000.00* | Unsecured | $18,032,062.56 |
|  |  |  | 52522L236 | Unsecured | $16,785,040.00* | Unsecured | $12,467,336.52 |
|  |  |  | 52522L244 | Unsecured | $21,821,000.00* | Unsecured | $17,782,009.10 |
|  |  |  | 52522L251 | Unsecured | $13,997,350.00* | Unsecured | $9,613,298.13 |
|  |  |  | 52522L293 | Unsecured | $38,850,000.00* | Unsecured | $36,895,134.86 |
|  |  |  | 52522L301 | Unsecured | $7,830,660.00* | Unsecured | $5,561,036.32 |
|  |  |  | 52522L319 | Unsecured | $11,876,070.00* | Unsecured | $6,752,343.88 |
|  |  |  | 52522L327 | Unsecured | $2,666,260.00* | Unsecured | $1,945,703.96 |
|  |  |  | 52522L335 | Unsecured | $52,814,490.00* | Unsecured | $34,044,123.11 |
|  |  |  | 52522L350 | Unsecured | $2,600,000,000.00* | Unsecured | $81,339,784.84 |
|  |  |  | 52522L376 | Unsecured | $16,707,020.00* | Unsecured | $14,137,626.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 52522L384 | Unsecured | $3,825,970.00* | Unsecured | $2,110,392.08 |
| | | | 52522L392 | Unsecured | $4,045,800.00* | Unsecured | $3,226,053.33 |
| | | | 52522L400 | Unsecured | $25,000,000.00* | Unsecured | $25,028,997.40 |
| | | | 52522L418 | Unsecured | $26,064,470.00* | Unsecured | $19,855,419.18 |
| | | | 52522L426 | Unsecured | $12,000,000.00* | Unsecured | $8,964,731.94 |
| | | | 52522L459 | Unsecured | $29,713,150.00* | Unsecured | $25,192,494.25 |
| | | | 52522L475 | Unsecured | $5,339,000.00* | Unsecured | $4,302,502.25 |
| | | | 52522L483 | Unsecured | $4,142,300.00* | Unsecured | $3,202,849.85 |
| | | | 52522L491 | Unsecured | $36,010,650.00* | Unsecured | $31,764,236.22 |
| | | | 52522L525 | Unsecured | $776,817,400.00* | Unsecured | $72,681,740.00 |
| | | | 52522L533 | Unsecured | $8,000,000.00* | Unsecured | $6,755,578.11 |
| | | | 52522L558 | Unsecured | $13,820,000,000.00* | Unsecured | $245,067,367.75 |
| | | | 52522L566 | Unsecured | $25,495,180.00* | Unsecured | $25,495,180.00 |
| | | | 52522L574 | Unsecured | $51,565,320.00* | Unsecured | $48,369,801.27 |
| | | | 52522L582 | Unsecured | $8,673,630.00* | Unsecured | $7,314,405.65 |
| | | | 52522L632 | Unsecured | $3,380,240.00* | Unsecured | $3,386,947.67 |
| | | | 52522L657 | Unsecured | $48,310,620.00* | Unsecured | $38,631,903.30 |
| | | | 52522L673 | Unsecured | $2,161,670.00* | Unsecured | $2,399,393.37 |
| | | | 52522L699 | Unsecured | $1,233,600.00* | Unsecured | $1,326,516.17 |
| | | | 52522L707 | Unsecured | $2,028,100.00* | Unsecured | $1,997,310.79 |
| | | | 52522L715 | Unsecured | $3,538,300.00* | Unsecured | $3,733,840.34 |
| | | | 52522L723 | Unsecured | $3,807,570.00* | Unsecured | $3,286,201.53 |
| | | | 52522L731 | Unsecured | $5,000,000.00* | Unsecured | $4,800,506.25 |
| | | | 52522L749 | Unsecured | $5,000,000.00* | Unsecured | $4,490,158.88 |
| | | | 52522L756 | Unsecured | $5,000,000.00* | Unsecured | $4,151,416.19 |
| | | | 52522L772 | Unsecured | $1,395,500.00* | Unsecured | $1,575,813.18 |
| | | | 52522L798 | Unsecured | $13,688,610.00* | Unsecured | $13,688,610.00 |
| | | | 52522L806 | Unsecured | $29,567,250.00* | Unsecured | $26,284,109.43 |
| | | | 52522L814 | Unsecured | $4,314,700.00* | Unsecured | $3,788,372.77 |
| | | | 52522L822 | Unsecured | $403,100,000.00* | Unsecured | $37,829,521.78 |
| | | | 52522L830 | Unsecured | $11,307,500.00* | Unsecured | $11,307,500.00 |
| | | | 52522L848 | Unsecured | $4,102,500.00* | Unsecured | $3,712,245.77 |
| | | | 52522L871 | Unsecured | $7,556,450.00* | Unsecured | $7,778,078.99 |
| | | | 52522L889 | Unsecured | $16,946,020.00* | Unsecured | $16,970,577.02 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 52523J115 | Unsecured | $5,250,000.00* | Unsecured | $5,250,000.00 |
| | | | 52523J131 | Unsecured | $12,686,000.00* | Unsecured | $8,980,709.98 |
| | | | 52523J149 | Unsecured | $5,004,000.00* | Unsecured | $4,984,158.29 |
| | | | 52523J156 | Unsecured | $7,368,780.00* | Unsecured | $7,450,766.50 |
| | | | 52523J172 | Unsecured | $12,680,000.00* | Unsecured | $11,497,687.08 |
| | | | 52523J206 | Unsecured | $25,009,640.00* | Unsecured | $21,062,034.81 |
| | | | 52523J214 | Unsecured | $5,070,930.00* | Unsecured | $4,204,785.38 |
| | | | 52523J222 | Unsecured | $6,958,000.00* | Unsecured | $6,690,624.98 |
| | | | 52523J230 | Unsecured | $17,018,280.00* | Unsecured | $16,145,320.79 |
| | | | 52523J248 | Unsecured | $12,167,700.00* | Unsecured | $12,247,850.96 |
| | | | 52523J255 | Unsecured | $4,035,700.00* | Unsecured | $4,062,283.93 |
| | | | 52523J263 | Unsecured | $3,365,520.00* | Unsecured | $3,215,495.77 |
| | | | 52523J297 | Unsecured | $46,000,020.00* | Unsecured | $39,343,468.36 |
| | | | 52523J305 | Unsecured | $25,000,000.00* | Unsecured | $23,207,665.95 |
| | | | 52523J412 | Unsecured | $13,692,000.00* | Unsecured | $13,692,000.00 |
| | | | 52523J420 | Unsecured | $5,119,000.00* | Unsecured | $5,119,000.00 |
| | | | 52523J438 | Unsecured | $12,024,370.00* | Unsecured | $12,179,354.17 |
| | | | 52523J446 | Unsecured | $1,325,500.00* | Unsecured | $1,018,643.54 |
| | | | 52523J503 | Unsecured | $5,000,000.00* | Unsecured | $4,290,180.18 |
| | | | 5252M0AA5 | Unsecured | $2,000,000.00* | Unsecured | $2,000,456.26 |
| | | | 5252M0AB3 | Unsecured | $3,749,000.00* | Unsecured | $3,850,118.72 |
| | | | 5252M0AC1 | Unsecured | $610,000.00* | Unsecured | $416,900.31 |
| | | | 5252M0AD9 | Unsecured | $2,724,000.00* | Unsecured | $2,216,193.02 |
| | | | 5252M0AE7 | Unsecured | $5,816,000.00* | Unsecured | $5,984,681.58 |
| | | | 5252M0AF4 | Unsecured | $513,000.00* | Unsecured | $513,816.08 |
| | | | 5252M0AG2 | Unsecured | $368,000.00* | Unsecured | $368,498.53 |
| | | | 5252M0AH0 | Unsecured | $2,136,000.00* | Unsecured | $2,139,397.95 |
| | | | 5252M0AJ6 | Unsecured | $2,725,000.00* | Unsecured | $2,817,964.13 |
| | | | 5252M0AL1 | Unsecured | $465,000.00* | Unsecured | $465,000.00 |
| | | | 5252M0AM9 | Unsecured | $25,000,000.00* | Unsecured | $25,050,717.18 |
| | | | 5252M0AN7 | Unsecured | $3,000,000.00* | Unsecured | $3,000,000.00 |
| | | | 5252M0AP2 | Unsecured | $8,652,000.00* | Unsecured | $8,863,183.69 |
| | | | 5252M0AQ0 | Unsecured | $155,000.00* | Unsecured | $155,253.89 |
| | | | 5252M0AS6 | Unsecured | $3,500,000.00* | Unsecured | $3,509,025.88 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| | | | 5252M0AU1 | Unsecured | $8,000,000.00* | Unsecured | $8,006,062.30 |
| | | | 5252M0AW7 | Unsecured | $3,000,000.00* | Unsecured | $3,001,820.51 |
| | | | 5252M0AX5 | Unsecured | $7,582,000.00* | Unsecured | $6,764,000.00 |
| | | | 5252M0AY3 | Unsecured | $32,000,000.00* | Unsecured | $32,650,222.22 |
| | | | 5252M0AZ0 | Unsecured | $1,119,000.00* | Unsecured | $1,119,736.93 |
| | | | 5252M0BA4 | Unsecured | $555,000.00* | Unsecured | $555,000.00 |
| | | | 5252M0BB2 | Unsecured | Undetermined | Unsecured | $214,000.00 |
| | | | 5252M0BC0 | Unsecured | $1,689,000.00* | Unsecured | $1,089,000.00 |
| | | | 5252M0BD8 | Unsecured | $2,823,000.00* | Unsecured | $2,458,549.51 |
| | | | 5252M0BE6 | Unsecured | $2,385,000.00* | Unsecured | $1,945,880.09 |
| | | | 5252M0BF3 | Unsecured | $813,000.00* | Unsecured | $813,289.74 |
| | | | 5252M0BG1 | Unsecured | $1,026,000.00* | Unsecured | $1,026,395.87 |
| | | | 5252M0BH9 | Unsecured | $1,000,000.00* | Unsecured | $1,000,000.00 |
| | | | 5252M0BJ5 | Unsecured | $1,970,000.00* | Unsecured | $1,981,379.68 |
| | | | 5252M0BK2 | Unsecured | $505,000.00* | Unsecured | $505,000.00 |
| | | | 5252M0BL0 | Unsecured | $55,000,000.00* | Unsecured | $55,210,437.00 |
| | | | 5252M0BM8 | Unsecured | $1,167,000.00* | Unsecured | $1,112,434.70 |
| | | | 5252M0BN6 | Unsecured | $4,730,000.00* | Unsecured | $3,430,047.63 |
| | | | 5252M0BP1 | Unsecured | $1,000,000.00* | Unsecured | $1,000,000.00 |
| | | | 5252M0BQ9 | Unsecured | $1,790,000.00* | Unsecured | $1,728,325.48 |
| | | | 5252M0BR7 | Unsecured | $688,000.00* | Unsecured | $688,000.00 |
| | | | 5252M0BS5 | Unsecured | $35,000,000.00* | Unsecured | $35,118,462.50 |
| | | | 5252M0BT3 | Unsecured | $418,000.00* | Unsecured | $418,000.00 |
| | | | 5252M0BU0 | Unsecured | $585,000.00* | Unsecured | $585,000.00 |
| | | | 5252M0BV8 | Unsecured | $508,000.00* | Unsecured | $508,000.00 |
| | | | 5252M0BX4 | Unsecured | $28,000,000.00* | Unsecured | $28,332,500.00 |
| | | | 5252M0BY2 | Unsecured | $5,000,000.00* | Unsecured | $1,263,405.00 |
| | | | 5252M0CC9 | Unsecured | $5,885,000.00* | Unsecured | $5,646,826.23 |
| | | | 5252M0CD7 | Unsecured | $6,833,000.00* | Unsecured | $6,865,217.60 |
| | | | 5252M0CE5 | Unsecured | $4,479,000.00* | Unsecured | $5,685,000.00 |
| | | | 5252M0CF2 | Unsecured | $5,000,000.00* | Unsecured | $5,001,140.65 |
| | | | 5252M0CG0 | Unsecured | $7,165,000.00* | Unsecured | $5,696,141.18 |
| | | | 5252M0CH8 | Unsecured | $35,000,000.00* | Unsecured | $35,102,409.01 |
| | | | 5252M0CJ4 | Unsecured | $1,006,000.00* | Unsecured | $1,006,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 5252M0CK1 | Unsecured | $15,000,000.00* | Unsecured | $15,127,875.00 |
| | | | 5252M0CL9 | Unsecured | $5,000,000.00* | Unsecured | $5,014,629.86 |
| | | | 5252M0CM7 | Unsecured | $24,000,000.00* | Unsecured | $24,055,816.45 |
| | | | 5252M0CN5 | Unsecured | $3,300,000.00* | Unsecured | $3,357,600.54 |
| | | | 5252M0CP0 | Unsecured | $30,000.00* | Unsecured | $30,000.00 |
| | | | 5252M0CQ8 | Unsecured | $15,000,000.00* | Unsecured | $15,020,385.38 |
| | | | 5252M0CR6 | Unsecured | $2,000,000.00* | Unsecured | $1,464,346.66 |
| | | | 5252M0CS4 | Unsecured | $17,061,000.00* | Unsecured | $17,084,190.00 |
| | | | 5252M0CT2 | Unsecured | $22,000,000.00* | Unsecured | $22,092,125.00 |
| | | | 5252M0CU9 | Unsecured | $20,500,000.00* | Unsecured | $20,530,760.22 |
| | | | 5252M0CV7 | Unsecured | $12,000,000.00* | Unsecured | $12,057,000.00 |
| | | | 5252M0CX3 | Unsecured | $86,000.00* | Unsecured | $866,000.00 |
| | | | 5252M0CY1 | Unsecured | $4,738,000.00* | Unsecured | $4,084,454.49 |
| | | | 5252M0CZ8 | Unsecured | $15,827,000.00* | Unsecured | $15,844,939.88 |
| | | | 5252M0DA2 | Unsecured | $2,223,000.00* | Unsecured | $2,223,000.00 |
| | | | 5252M0DB0 | Unsecured | Undetermined | Unsecured | $232,000.00 |
| | | | 5252M0DD6 | Unsecured | $9,368,000.00* | Unsecured | $9,368,000.00 |
| | | | 5252M0DF1 | Unsecured | $3,645,000.00* | Unsecured | $3,645,000.00 |
| | | | 5252M0DG9 | Unsecured | $3,000,000.00* | Unsecured | $3,016,100.00 |
| | | | 5252M0DH7 | Unsecured | $2,325,000.00* | Unsecured | $2,011,992.42 |
| | | | 5252M0DJ3 | Unsecured | $2,000,000.00* | Unsecured | $2,011,000.00 |
| | | | 5252M0DK0 | Unsecured | $14,600,000.00* | Unsecured | $14,600,000.00 |
| | | | 5252M0DL8 | Unsecured | $6,000,000.00* | Unsecured | $5,410,648.67 |
| | | | 5252M0DM6 | Unsecured | $870,000.00* | Unsecured | $870,000.00 |
| | | | 5252M0DP9 | Unsecured | $7,000,000.00* | Unsecured | $7,145,833.33 |
| | | | 5252M0DQ7 | Unsecured | $699,000.00* | Unsecured | $712,629.48 |
| | | | 5252M0DR5 | Unsecured | $7,000,000.00* | Unsecured | $7,024,675.00 |
| | | | 5252M0DS3 | Unsecured | $774,000.00* | Unsecured | $774,000.00 |
| | | | 5252M0DT1 | Unsecured | $12,980,000.00* | Unsecured | $10,648,097.00 |
| | | | 5252M0DU8 | Unsecured | $1,200,000.00* | Unsecured | $1,200,000.00 |
| | | | 5252M0DV6 | Unsecured | $5,000,000.00* | Unsecured | $5,017,083.33 |
| | | | 5252M0DW4 | Unsecured | $1,000,000.00* | Unsecured | $837,093.74 |
| | | | 5252M0DX2 | Unsecured | $9,000,000.00* | Unsecured | $9,032,625.00 |
| | | | 5252M0DZ7 | Unsecured | $3,600,000.00* | Unsecured | $3,607,200.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 5252M0EA1 | Unsecured | $20,000,000.00* | Unsecured | $20,025,694.44 |
| | | | 5252M0EB9 | Unsecured | $1,000,000.00* | Unsecured | $1,000,000.00 |
| | | | 5252M0EC7 | Unsecured | $8,000,000.00* | Unsecured | $8,008,888.89 |
| | | | 5252M0ED5 | Unsecured | $20,622,000.00* | Unsecured | $18,132,000.00 |
| | | | 5252M0EE3 | Unsecured | Undetermined | Unsecured | $1,623,792.94 |
| | | | 5252M0EF0 | Unsecured | $3,671,000.00* | Unsecured | $3,716,596.11 |
| | | | 5252M0EG8 | Unsecured | $10,000,000.00* | Unsecured | $10,268,888.89 |
| | | | 5252M0EH6 | Unsecured | $23,000,000.00* | Unsecured | $23,587,777.78 |
| | | | 5252M0EK9 | Unsecured | $4,522,000.00* | Unsecured | $4,522,000.00 |
| | | | 5252M0EL7 | Unsecured | $3,075,000.00* | Unsecured | $3,075,000.00 |
| | | | 5252M0EM5 | Unsecured | $699,000.00* | Unsecured | $699,000.00 |
| | | | 5252M0EN3 | Unsecured | $3,000,000.00* | Unsecured | $3,004,375.00 |
| | | | 5252M0EP8 | Unsecured | $2,010,000.00* | Unsecured | $2,010,000.00 |
| | | | 5252M0EQ6 | Unsecured | $155,000.00* | Unsecured | $155,000.00 |
| | | | 5252M0ER4 | Unsecured | $2,075,000.00* | Unsecured | $1,940,394.92 |
| | | | 5252M0ES2 | Unsecured | $2,100,000.00* | Unsecured | $2,125,075.76 |
| | | | 5252M0ET0 | Unsecured | $4,100,000.00* | Unsecured | $4,259,353.33 |
| | | | 5252M0EU7 | Unsecured | $5,000,000.00* | Unsecured | $5,100,208.33 |
| | | | 5252M0EV5 | Unsecured | $1,727,000.00* | Unsecured | $1,750,026.67 |
| | | | 5252M0EW3 | Unsecured | $5,000,000.00* | Unsecured | $5,099,305.56 |
| | | | 5252M0EX1 | Unsecured | $474,000.00* | Unsecured | $474,000.00 |
| | | | 5252M0EY9 | Unsecured | $1,300,000.00* | Unsecured | $13,195,000.00 |
| | | | 5252M0EZ6 | Unsecured | $326,000.00* | Unsecured | $328,750.63 |
| | | | 5252M0FA0 | Unsecured | $20,000,000.00* | Unsecured | $20,471,900.00 |
| | | | 5252M0FB8 | Unsecured | $4,385,000.00* | Unsecured | $4,221,232.76 |
| | | | 5252M0FC6 | Unsecured | $10,000,000.00* | Unsecured | $10,127,500.00 |
| | | | 5252M0FE2 | Unsecured | $267,000.00* | Unsecured | $271,008.33 |
| | | | 5252M0FF9 | Unsecured | $7,560,000.00* | Unsecured | $7,560,000.00 |
| | | | 5252M0FG7 | Unsecured | $7,005,000.00* | Unsecured | $6,737,629.91 |
| | | | 5252M0FH5 | Unsecured | $3,000,000.00* | Unsecured | $3,021,666.67 |
| | | | 5252M0FJ1 | Unsecured | $4,275,000.00* | Unsecured | $4,012,307.60 |
| | | | 5252M0FK8 | Unsecured | $8,000,000.00* | Unsecured | $8,191,333.33 |
| | | | 5252M0FL6 | Unsecured | $393,000.00* | Unsecured | $393,000.00 |
| | | | 5252M0FM4 | Unsecured | $6,850,000.00* | Unsecured | $6,850,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 – PROPOSED ALLOWED AMOUNTS**

| NAME | CLAIM # | DEBTOR | CUSIP | MAXIMUM ASSERTED CLASS | MAXIMUM ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 5252M0FN2 | Unsecured | $207,000.00* | Unsecured | $207,000.00 |
| | | | 5252M0FR3 | Unsecured | $2,550,000.00* | Unsecured | $2,165,958.78 |
| | | | 5252M0FS1 | Unsecured | $3,200,000.00* | Unsecured | $2,476,977.52 |
| | | | 5252M0FT9 | Unsecured | $10,000,000.00* | Unsecured | $10,148,222.22 |
| | | | 5252M0FU6 | Unsecured | $2,302,000.00* | Unsecured | $2,312,071.25 |
| | | | 5252M0FV4 | Unsecured | $6,150,000.00* | Unsecured | $6,235,580.13 |
| | | | 5252M0FW2 | Unsecured | $9,000,000.00* | Unsecured | $9,052,000.00 |
| | | | 5252M0FX0 | Unsecured | $10,000,000.00* | Unsecured | $10,000,000.00 |
| | | | 5252M0FY8 | Unsecured | $1,500,000.00* | Unsecured | $507,370.88 |
| | | | 5252M0FZ5 | Unsecured | $372,000.00* | Unsecured | $372,000.00 |
| | | | 5252M0GA9 | Unsecured | $2,313,000.00* | Unsecured | $2,259,000.00 |
| | | | 5252M0GB7 | Unsecured | $3,000,000.00* | Unsecured | $1,602,792.47 |
| | | | 5252M0GC5 | Unsecured | $232,000.00* | Unsecured | $232,000.00 |
| | | | 5252M0GD3 | Unsecured | $5,000,000.00* | Unsecured | $5,142,638.89 |
| | | | 5252M0GE1 | Unsecured | $1,320,000.00* | Unsecured | $1,146,768.84 |
| | | | 5252M0GF8 | Unsecured | $4,400,000.00* | Unsecured | $4,417,221.59 |
| | | | 5252M0GG6 | Unsecured | $2,000,000.00* | Unsecured | $223,266.21 |
| | | | 5252M0GJ0 | Unsecured | $2,320,000.00* | Unsecured | $2,435,000.00 |
| | | | 5252M0GM3 | Unsecured | $4,488,000.00* | Unsecured | $4,658,142.70 |
| | | | 5252M0GN1 | Unsecured | $25,000,000.00* | Unsecured | $25,658,333.33 |
| | | | 5252M0GP6 | Unsecured | $3,000,000.00* | Unsecured | $3,029,574.32 |
| | | | 5252M0GQ4 | Unsecured | $1,000,000.00* | Unsecured | $1,030,500.00 |
| | | | 5252M0GR2 | Unsecured | $500,000.00* | Unsecured | $432,829.93 |
| | | | 5252M0GS0 | Unsecured | $500,000.00* | Unsecured | $463,250.37 |
| | | | 5252M0GU5 | Unsecured | $433,000.00* | Unsecured | $433,000.00 |
| | | | 5252M0GV3 | Unsecured | $2,300,000.00* | Unsecured | $2,007,664.34 |
| | | | 5252M0GW1 | Unsecured | $1,840,000.00* | Unsecured | $1,840,000.00 |
| | | | 5252M0GX9 | Unsecured | $3,245,000.00* | Unsecured | $3,245,000.00 |
| | | | | Subtotal | $23,381,778,590.00* | Subtotal | $4,952,962,058.43 |
| | | | | TOTAL | $23,381,778,590.00 | TOTAL | $4,952,962,058.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts