# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BERYL FINANCE LIMITED SERIES 2005-2<br>ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL<br>C/O THE BANK OF NEW YORK MELLON, LONDON BRANCH<br>CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26051 | Undetermined | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2005-2<br>ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL<br>C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH<br>COPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26052 | Undetermined | Settled Derivatives Claim |
| 3 | BERYL FINANCE LIMITED SERIES 2007-16A<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17470 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | BERYL FINANCE LIMITED SERIES 2007-16A C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17472 | Undetermined | Settled Derivatives Claim |
| 5 | BERYL FINANCE LIMITED SERIES 2007-16B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17469 | Undetermined | Settled Derivatives Claim |
| 6 | BERYL FINANCE LIMITED SERIES 2007-16B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17494 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BERYL FINANCE LIMITED SERIES 2007-17<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17495 | Undetermined | Settled Derivatives Claim |
| 8 | BERYL FINANCE LIMITED SERIES 2007-17<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17496 | Undetermined | Settled Derivatives Claim |
| 9 | C.V.I G.V.F. (LUX) MASTER S.A.R.L..<br>TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BE<br>C/O CARVAL INVESTORS UK LIMITED<br>KNOWLE HILL PARK, FARIMILE LANE<br>COBHAM, SURREY, KT11 2PD<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29369 | $67,708.00* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29370 | $67,708.00* | Settled Derivatives Claim |
| 11 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C PEDONE AMANDA D. DARWIN NIXON PEABODY BOSTON, MA 02110 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18528 | Undetermined | Settled Derivatives Claim |
| 12 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C. PEDONE AMANDA D. DARWIN NIXON PEABOND LLP BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18529 | Undetermined | Settled Derivatives Claim |
| 13 | LANDESBANK HESSEN-THURINGEN GIROZENTRAL TRANSFEROR: UBS AG, LONDON BRANCH ATTN: FLORIAN JOSEPH/UDO KOLPIN BONIFACIUSSTRASSE 16 ERFURT, 99084 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13877 | $5,770,456.94* | Settled Derivatives Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | LANDESBANK HESSEN-THURINGEN GIROZENTRAL<br>TRANSFEROR: UBS AG, LONDON BRANCH<br>ATTN: FLORIAN JOSEPH/UDO KOLPIN<br>BONIFACIUSSTRASSE 16<br>ERFURT, 99084<br>GERMANY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 13906 | $5,770,456.94* | Settled Derivatives Claim |
| 15 | LUTHERAN SENIOR SERVICES<br>1150 HANLEY INDUSTRIAL COURT<br>BRENTWOOD, MO 63144 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23945 | $67,824.84 | Settled Derivatives Claim |
| 16 | LUTHERAN SENIOR SERVICES<br>1150 HANLEY INDUSTRIAL COURT<br>BRENTWOOD, MO 63144 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23946 | $28,467.91 | Settled Derivatives Claim |
| 17 | LUTHERAN SENIOR SERVICES<br>1150 HANLEY INDUSTRIAL COURT<br>BRENTWOOD, MO 63144 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24908 | $28,467.91 | Settled Derivatives Claim |
| 18 | LUTHERAN SENIOR SERVICES<br>1150 HANLEY INDUSTRIAL COURT<br>BRENTWOOD, MO 63144 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24909 | $67,824.84 | Settled Derivatives Claim |
| 19 | MERCHANTIL COMMERCEBANK, N.A.<br>3105 NW 107TH AVE.,<br>6TH FLOOR<br>MIAMI, FL 33172-2136 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2009 | 2570 | $235,998.00 | Settled Derivatives Claim |
| 20 | MERCHANTIL COMMERCEBANK, N.A.<br>3105 NW 107TH AVE.<br>6TH FLOOR<br>MIAMI, FL 33172-2136 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 01/09/2009 | 4497 | $235,998.00 | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | ONYX FUNDING LIMITED - SERIES 2008-1<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT<br>GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17984 | Undetermined | Settled Derivatives Claim |
| 22 | ONYX FUNDING LIMITED- SERIES 2008-1<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT<br>GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17985 | Undetermined | Settled Derivatives Claim |
| 23 | ROSSLYN INVESTORS I LLC<br>ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL<br>10 E. 53RD ST., 37TH FLOOR<br>NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 19652 | $5,251,776.04* | Settled Derivatives Claim |
| 24 | ROSSLYN INVESTORS I, LLC<br>ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL<br>10 E. 53RD, 37TH FLOOR<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 19651 | $5,251,776.04* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | SAPHIR FINANCE PLC SERIES 2005-11 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22055 | Undetermined | Settled Derivatives Claim |
| 26 | SAPHIR FINANCE PLC SERIES 2005-11 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22056 | Undetermined | Settled Derivatives Claim |
| 27 | ST JOSEPH'S/CANDLER HEALTH SYSTEM, INC ATTN: VICE PRESIDENT AND CHIEF FINANCIAL OFFICER 5353 REYNOLDS STREET SAVANNAH, GA 31405 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32401 | Undetermined | Settled Derivatives Claim |
| 28 | TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP ATTN: CAROL LEE 450 PARK AVENUE NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/12/2009 | 37333 | $61,603,017.82* | Settled Derivatives Claim |
| 29 | TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP ATTN: CAROL LEE 450 PARK AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37335 | $61,603,017.82* | Settled Derivatives Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 231: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32863 | Undetermined | Settled Derivatives Claim |
| 31 | ZIRCON FINANCE LIMITED SERIES 2007-10 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25993 | Undetermined | Settled Derivatives Claim |
| 32 | ZIRCON FINANCE LIMITED SERIES 2007-10 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCE CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, EN UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25994 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $146,050,499.10 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 231: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MSMM FUNDS PLC GLOBAL BOND (EURO HEDGED) FUND<br>C/O ELLIOT COHEN<br>RUSSELL INVESTMENTS<br>1301 SECOND AVENUE, 18TH FLOOR<br>SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30858 | $3,406.56 | Settled Derivatives Claim |
| 2 | POLARIS INVESTMENT SA<br>POLARIS FUND GED GLOBAL BOND TOTAL REF. III<br>ATTN: FRANCESCO GENTILONI SKVERI, MANAGING DIRECTOR<br>5, ALLEE SCHEFFER<br>, L-2520<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14296 | $95,342.24 | Settled Derivatives Claim |
| | | | | | TOTAL | $98,748.80 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts