# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A.M. MCGREGOR<br>ATTN: PRESIDENT & CEO<br>14900 PRIVATE DRIVE<br>EAST CLEVELAND, OH 44112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15638 | Undetermined | No Liability Claim |
| 2 | A.M. MCGREGOR<br>14900 PRIVATE DRIVE<br>EAST CLEVELAND, OH 44112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15639 | Undetermined | No Liability Claim |
| 3 | AVIVA INVESTORS NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST TO AVQUAEST CAPITAL MASTER FUND, LTD.<br>ATTN: SHANI HATFIELD<br>699 WALNUT STREET, SUITE 17000<br>DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/19/2011 | 67636 | $0.00 | No Liability Claim |
| 4 | CAMERON MCKINNEY LLC<br>C/O LEHMAN BROTHERS REAL EASTATE PARTNERS II LP<br>ATTN: JUDY TURCHIN & JI YEONG CHU<br>1271 AVE OF THE AMERICAS 38TH FLOOR<br>NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28851 | Undetermined | No Liability Claim |
| 5 | CAMERON MCKINNEY LLC A/C REPE LBREP III LLC<br>ATTN: JUDY TURCHIN / JI YEONG CHU<br>1271 AVENUE OF THE AMERICAS, 38TH FLOOR<br>NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28852 | Undetermined | No Liability Claim |
| 6 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BARING EMERGING MARKETS DEBT FUND<br>ATTN: ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29340 | $5,585.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | GABRIEL CAPITAL, L.P.<br>450 PARK AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15125 | $8,542,177.00 | No Liability Claim |
| 8 | HOKKAIDO INTL AIRLINES CO., LTD.<br>ATTN: YOSHIKAZU OYAUCGI, EXECUTIVE MANAGING DIRECTOR<br>NISHI 2-CHOME 9 KITA 1-JO CHUO KU<br>SAPPORO HOKKAIDO, 060-0001<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22944 | $934,058.01 | No Liability Claim |
| 9 | LEHMAN BROTHERS OFFSHORE PARTNERS LTD.<br>TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC<br>1271 AVENUE OF THE AMERICAS, 38TH FLOOR<br>ATTN: ASHVIN RAO<br>NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24609 | $14,531.86* | No Liability Claim |
| 10 | LEHMAN BROTHERS OFFSHORE PARTNERS LTD.<br>TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC<br>1271 AVENUE OF THE AMERICAS, 38TH FLOOR<br>ATTN: ASHVIN RAO<br>NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24611 | $14,531.86* | No Liability Claim |
| 11 | M. STEVEN SEMBLER AND SANDRA C. SEMBLER,<br>TENANTS BY ENTIRETY<br>1511 N. WESTSHORE BLVD., SUITE 300<br>TAMPA, FL 33615 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33251 | $824,000.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O COLLEEN A MURPHY ESQ MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30549 | Undetermined | No Liability Claim |
| 13 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O COLLEEN A. MURPHY, ESQ. MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31092 | Undetermined | No Liability Claim |
| 14 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P. C. ATTN: COLLEEN A. MURPHY, ESQ. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31920 | Undetermined | No Liability Claim |
| 15 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO, P.C. ATTN: COLLEEN A. MURPHY, ESQ. ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32319 | $807,304.81* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | ONDERLINGE WAARBORGMAATSCHAPPIJ CENTRALE ZORGVERZEKERAARS GROEP, ZORGVERZEKERAAR U.A. (""CZ"") ATTN: MASCHA VERHOEVEN RINGBAAN WEST 236 POSTBUS 90152 5000 LD TILBURG, 5038 KE NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31544 | $188,056.71* | No Liability Claim |
| 17 | PICERNE DEVELOPMENT CORP OF FLORIDA ATTN: RICHARD HALEY C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS, FL 32714 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8541 | $1,080.00 | No Liability Claim |
| 18 | PRIMUS TELECOMMUNICATIONS CANADA INC 5343 DUNDAS STREET W., SUITE 400 TORONTO, ON M9B 6K5 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14708 | $1,332,065.25* | No Liability Claim |
| 19 | PRIMUS TELECOMMUNICATIONS CANADA INC 5343 DUNDAS STREET W., SUITE 400 TORONTO, ON M9B 6K5 CANADA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14709 | $1,332,065.25* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A3<br>C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25918 | Undetermined | No Liability Claim |
| 21 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A3<br>C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25919 | Undetermined | No Liability Claim |
| 22 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A4<br>C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25916 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A4<br>C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25917 | Undetermined | No Liability Claim |
| 24 | SBA COMMUNICATIONS CORPORATION<br>C/O JOHN J. MONAGHAN, ESQ.<br>HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22612 | $49,566,165.00 | No Liability Claim |
| 25 | STICHTING PENSIOENFONDS ABP<br>C/O APG ASSET MANAGEMENT US INC<br>ATTN: MARK SINGER<br>666 THIRD AVE, SECOND FLOOR<br>NEW YORK, NY 10017 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21963 | $13,765,430.00* | No Liability Claim |
| 26 | THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-15<br>ATTN: MARTIN FEIG, VICE PRESIDENT<br>101 BARCLAY STREET; 8 WEST<br>NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14606 | Undetermined | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | **VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC** <br> ATTN: MICHAEL DRAYO <br> PO BOX 2600 <br> VALLEY FORGE, PA 19482 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43963 | $502,244.11 | No Liability Claim |
| 28 | **VANGUARD U.S. FUTURES FUND, A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC** <br> ATTN: MICHAEL DRAYO <br> PO BOX 2600 <br> VALLEY FORGE, PA 19482 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16709 | $302,960.74 | No Liability Claim |
| 29 | **WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS** <br> C/O WELLS FARGO BANK, NATIONAL ASSOCIATION <br> ATTN: MARY SOHLBERG, MAC N9311-161 <br> 625 MARQUETTE AVENUE <br> MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 33087 | Undetermined | No Liability Claim |
| | | | | | **TOTAL** | **$78,132,255.60** | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP<br>STATE STREET BANK<br>ATTN: JONATHAN LONG<br>200 CLARENDON STREET, 6TH FLOOR<br>BOSTON, MA 02116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21852 | $22,635,513.41 | No Liability Claim |
| 2 | C.M. LIFE INSURANCE COMPANY<br>C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY<br>ATTN: MICHELE KUNITZ<br>1500 MAIN STREET TS28<br>SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23644 | Undetermined | No Liability Claim |
| 3 | C.M. LIFE INSURANCE COMPANY<br>C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY<br>ATTN: MICHELE KUNITZ<br>1500 MAIN STREET TS28<br>SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23645 | Undetermined | No Liability Claim |
| 4 | CHINA DEVELOPMENT BANK CORPORATION<br>NO.29, FUCHENGMENWAI STREET<br>XICHENG DISTRICT<br>ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT.<br>BEIJING,<br>CHINA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/16/2009 | 65580 | $13,423,051.72* | No Liability Claim |
| 5 | CHINA DEVELOPMENT BANK CORPORATION<br>NO.29, FUCHENGMENWAI STREET<br>XICHENG DISTRICT<br>ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT.<br>BEIJING,<br>CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65581 | $13,423,051.72* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | EVERGREEN SOLAR, INC.<br>ATTN: CHRISTIAN M. EHRBAR<br>138 BARTLETT STREET<br>MARLBOROUGH, MA 01752 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28006 | Undetermined | No Liability Claim |
| 7 | EVERGREEN SOLAR, INC.<br>ATTN: CHRISTIAN M. EHRBAR<br>138 BARTLETT STREET<br>MARLBOROUGH, MA 01752 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28007 | Undetermined | No Liability Claim |
| 8 | INGRAM PENSION PLAN/NY LIFE CO.<br>TTEE INGRAM INDUSTRIES RETIREMENT PLAN<br>TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC<br>C/O INGRAM INDUSTRIES INC.<br>4400 HARDING ROAD<br>ATTN: JEFF BELSER<br>NASHVILLE, TN 37205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24608 | $128,547.88* | No Liability Claim |
| 9 | JENNERS POND<br>C/O SIMPSON SENIOR SERVICES<br>ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER<br>150 MONUMENT ROAD<br>SUITE 105<br>BALA CYNWYD, PA 19004-1725 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 34298 | $826,841.00 | No Liability Claim |
| 10 | JENNERS POND<br>ATTN: CHIEF FINANCIAL OFFICER<br>C/O SIMPSON SENIOR SERVICES<br>150 MONUMENT ROAD, SUITE 105<br>BALA CYNWYD, PA 19004-1725 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34299 | $826,841.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | MAGNETAR CONSTELLATION MASTER FUND LTD<br>MAGNETAR CAPITAL LLC<br>1603 ORRINGTON AVENUE, 13TH FLOOR<br>EVANSTON, IL 60201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12700 | $20,130,595.00 | No Liability Claim |
| 12 | MAGNETAR CONSTELLATION MASTER FUND, LTD<br>C/O MAGNETAR FINANCIAL LLC<br>1603 ORRINGTON AVENUE, 13TH FLOOR<br>ATTN: SUSAN FURMAN<br>EVANSTON, IL 60201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/15/2009 | 12722 | $20,130,595.00 | No Liability Claim |
| 13 | PRIMUS CLO I LTD<br>C/O WALKERS SPV LIMITED<br>WALKER HOUSE, 87 MARY STREET<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-2002<br>CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 01/30/2009 | 2282 | $8,400,000.00* | No Liability Claim |
| 14 | PRIMUS CLO I LTD<br>C/O WALKERS SPV LIMITED<br>WALKER HOUSE, 87 MARY STREET<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-2002<br>CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2283 | $8,400,000.00* | No Liability Claim |
| 15 | SMURFIT KAPPA ACQUISITIONS<br>F/K/A JSG ACQUISTITIONS<br>F/K/A MDCP ACQUISITIONS I<br>ATTN: BRENDAN GLYNN<br>BEECH HILL<br>DUBLIN, 4<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15914 | $567,457.00 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | SOUTHERN PACIFIC SECURITIES 05-1 PLC<br>C/O CAPITA TRUST COMPANY LIMITED<br>ATTN: EMMA HAMLEY<br>7TH FLOOR, PHOENIX HOUSE<br>18 KING WILLIAM STREET<br>LONDON, EC4N 7HE<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28740 | $86,513.76* | No Liability Claim |
| 17 | SOUTHERN PACIFIC SECURITIES 05-1 PLC<br>CAPITA TRUST COMPANY LIMITED<br>ATTN: EMMA HAMLEY<br>7TH FLOOR, PHOENIX HOUSE<br>18 KING WILLIAM STREET<br>LONDON, EC4N 7HE<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28828 | $86,513.76* | No Liability Claim |
| 18 | TUDOR BVI GLOBAL PORTFOLIO L.P., THE<br>TUDOR INVESTMENT CORPORATION, PROCESS AGENT<br>ATTN: STEPHEN N. WALDMAN<br>1275 KING ST.<br>GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27668 | $299,947.80* | No Liability Claim |
| 19 | TURKIYE SINAI KALKINMA BANKASI AS<br>ATTN: KORHAN AKLAR<br>MECLISI MEBUSAN CAD. 81 FINDIKLI 34427<br>ISTANBUL,<br>TURKEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15806 | $1,127,080.00* | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | ZWINGER OPCO 6BV<br>C/O WHITEHALL MANAGEMENT SERVICES BV<br>ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR<br>D-TOWER 11TH FLOOR<br>STRAWINSKYLAAN 1161<br>AMSTERDAM, 1077 XX<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26679 | $1,262,060.00* | No Liability Claim |
| | | | | | TOTAL | $111,754,609.05 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG, ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22808 | $578,051.03 | No Liability Claim |
| 2 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG, ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22809 | $200,947.86 | No Liability Claim |
| 3 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG, ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22810 | $260,123.69 | No Liability Claim |
| 4 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG, ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH<br>SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22811 | $578,051.03 | No Liability Claim |
| 5 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG<br>ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH,<br>SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22957 | $200,947.86 | No Liability Claim |
| | | | | | TOTAL | $1,818,121.47 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts