WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :    08-13555 (JMP)
                                                               :
                              Debtors.                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**NOTICE OF SEVENTY-SEVENTH SUPPLEMENTAL LIST**
**OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that in accordance with the Amended Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on March 25, 2010 (the "Amended Order") [ECF No. 7822],[1] Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Amended Order to include the professionals set forth on the list annexed hereto as Exhibit 1 (the "Seventy-Seventh Supplemental List"), that have previously been retained as De Minimis Ordinary Course Professionals pursuant to the Amended Order.

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Amended Order.
US_ACTIVE:\43888422\01\58399.0008

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "<u>Ordinary Course Professional Affidavits</u>") and the retention questionnaires (the "<u>Retention Questionnaires</u>") of the ordinary course professionals identified on the Seventy-Seventh Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order, the Debtors will serve this Notice, together with the Seventy-Seventh Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order, objections, if any, to the retention of ordinary course professionals identified on the Seventy-Seventh Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless timely objections are received, the Seventy-Seventh Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Amended Order, without the necessity of a hearing.

Dated: December 21, 2011
      New York, New York

      /s/ Richard P. Krasnow
      Richard P. Krasnow

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

# Exhibit 1

## Seventy-Seventh Supplemental List of Proposed Professionals
## to be Employed in the Ordinary Course of Business

| Professional | Nature of Services |
|---|---|
| Potter Anderson & Corroon, LLP | Legal advice and representation with respect to rights to insurance coverage under certain title insurance policies. |