# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TIAA GLOBAL MARKETS, INC. C/O TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ATTN: YVES DENIZE 730 THIRD AVENUE NEW YORK, NY 10017-3206 | 9287 | 08/24/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $15,620,802.90* | Lehman Brothers Derivative Products Inc. | Unsecured | $15,605,588.89 |
| | | | | | TOTAL | $15,620,802.90 | | TOTAL | $15,605,588.89 |

\* - Indicates claim contains unliquidated and/or undetermined amounts