# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONAVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 34902 | 09/24/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,310,157.00* | Lehman Brothers Holdings Inc. | Unsecured | $5,200,000.00 |
| 2 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK, NY 10022 | 34903 | 09/24/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,310,157.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $5,200,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 5584 | 07/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,318,289.01* | Lehman Brothers Special Financing Inc. | Unsecured | $3,100,000.00 |
| 4 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: JENNIFER DONOVAN, C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 5585 | 07/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,318,289.01* | Lehman Brothers Holdings Inc. | Unsecured | $3,100,000.00 |
| 5 | BLUE ANGEL CLAIMS LLC TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 6631 | 07/29/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,760,469.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,600,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | BLUE ANGEL CLAIMS LLC<br>TRANSFEROR: JYSKE BANK A/S<br>ATTN: ANTHONY YOSELOFF, MANAGER<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK, NY 10022 | 6632 | 07/29/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,760,469.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,600,000.00 |
| 7 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)<br>TRANSFEROR: ORANJE-NASSAU ENERGIE BV<br>C/O CARVAL INVESTORS UK LIMITED<br>KNOWLE HILL PARK, FARIMILE LANE<br>COBHAM, SURREY, KT11 2PD<br>UNITED KINGDOM | 11423 | 09/11/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,520,834.50 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,000,000.00 |
| 8 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)<br>TRANSFEROR: ORANJE-NASSAU ENERGIE BV<br>C/O CARVAL INVESTORS UK LIMITED<br>KNOWLE HILL PARK, FARIMILE LANE<br>COBHAM, SURREY, KT11 2PD<br>UNITED KINGDOM | 11424 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,520,834.50 | Lehman Brothers Holdings Inc. | Unsecured | $3,000,000.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|------|---------|------------|----------|--|--|----------|--|--|
|   |      |         |            | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 9 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 30090 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,880,752.01* | Lehman Brothers Holdings Inc. | Unsecured | $10,850,000.00 |
| 10 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 30092 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,378,238.79* | Lehman Brothers Holdings Inc. | Unsecured | $750,000.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 35431 | 09/28/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $11,880,752.01* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $10,850,000.00 |
| 12 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 35432 | 09/28/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,378,238.79* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $750,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 21369 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,226,337.00 | Lehman Brothers Holdings Inc. | Unsecured | $12,500,000.00 |
| 14 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3634 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,758,653.92 | Lehman Brothers Holdings Inc. | Unsecured | $2,450,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

|  | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: WATERSTONE MARKET NETURAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3635 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,094,080.49 | Lehman Brothers Special Financing Inc. | Unsecured | $1,900,000.00 |
| 16 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3640 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $510,599.00 | Lehman Brothers Special Financing Inc. | Unsecured | $200,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3642 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,094,080.49 | Lehman Brothers Holdings Inc. | Unsecured | $1,900,000.00 |
| 18 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3647 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $510,599.00 | Lehman Brothers Holdings Inc. | Unsecured | $200,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3649 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $622,082.00 | Lehman Brothers Holdings Inc. | Unsecured | $600,000.00 |
| 20 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3650 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $622,082.00 | Lehman Brothers Special Financing Inc. | Unsecured | $600,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3652 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,758,653.92 | Lehman Brothers Special Financing Inc. | Unsecured | $2,450,000.00 |
| 22 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) C/0 CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3653 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $946,113.09 | Lehman Brothers Holdings Inc. | Unsecured | $700,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 9289 | 08/24/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $16,226,337.00 | Lehman Brothers Special Financing Inc. | Unsecured | $12,500,000.00 |
| 24 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) c/o CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3638 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $946,113.09 | Lehman Brothers Special Financing Inc. | Unsecured | $700,000.00 |
| 25 | CARGILL, INCORPORATED ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS, MN 55440-5624 | 33135 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Secured Unsecured **Subtotal** | $4,861,431.17 $2,071,555.90 **$6,932,987.07** | Lehman Brothers Commodity Services Inc. | Unsecured | $3,411,417.60 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | CARGILL, INCORPORATED ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS, MN 55440-5624 | 33137 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,923,724.66 | Lehman Brothers Holdings Inc. | Unsecured | $3,411,417.60 |
| 27 | CASTLERIGG MASTER INVESTMENTS LTD C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN NEW YORK, NY 10019 | 27311 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $13,904,506.00* | Lehman Brothers Holdings Inc. | Unsecured | $9,055,734.84 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK, NY 10152 | 15160 | 09/17/2009 | Lehman Commercial Paper Inc. | Unsecured | $5,712,681.20* | Lehman Commercial Paper Inc. | Unsecured | $5,298,750.00 |
| | TRANSFERRED TO: C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | | | | | $21,158,078.50* | | | $19,625,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | TRANSFERRED TO: CCP CREDIT ACQUISITION HOLDINGS, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK, NY 10152 | | | | | $15,445,397.30* | | | $14,326,250.00 |
| 29 | CITIZENS NATIONAL BANK ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE, TN 37864 | 11364 | 09/10/2009 | CES Aviation LLC | Unsecured | $781,438.00 | Lehman Brothers Holdings Inc. | Unsecured | $703,294.20 |
| 30 | CITIZENS NATIONAL BANK ANN BOWERS PO BOX 4610 SEVIERVILLE, TN 37864 | 11365 | 09/10/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $781,438.00 | Lehman Brothers Special Financing Inc. | Unsecured | $703,294.20 |
| 31 | CVI GVF (LUX) MASTER S.A.R.L. C/O BRETT STENBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA, MN 55343 | 18279 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,507,401.70 | Lehman Brothers Special Financing Inc. | Unsecured | $22,500,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts            Page 14 of 19

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED - KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3353 | 03/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,227,803.99 | Lehman Brothers Special Financing Inc. | Unsecured | $2,000,000.00 |
| 33 | DEUTSCHE BANK AG ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 14865 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $77,292,982.55* | Lehman Brothers Special Financing Inc. | Unsecured | $50,500,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 34 | DEUTSCHE BANK AG LONDON BRANCH ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 14870 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $77,292,982.55* | Lehman Brothers Holdings Inc. | Unsecured | $50,500,000.00 |
| 35 | ENEL S.P.A. ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME, 00198 ITALY | 23594 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $22,115,160.41* | Lehman Brothers Holdings Inc. | Unsecured | $20,650,000.00 |
| 36 | ENEL S.P.A. ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME, 00198 ITALY | 23595 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $22,115,160.41* | Lehman Brothers Special Financing Inc. | Unsecured | $20,650,000.00 |

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37 | FEDERAL HOME LOAN MORTGAGE CORPORATION ATTN: MARK LANDMAN LANDMAN CORSI BALLAINE & FORD P.C. 120 BROADWAY - 27TH FLOOR NEW YORK, NY 10271 | 33569 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,239,087.33 | Lehman Brothers Special Financing Inc. | Unsecured | $16,394,310.08 |
| 38 | FEDERAL HOME LOAN MORTGAGE CORPORATION ATTN: MARK LANDMAN LANDMAND, CORSI, BALLAINE & FORD P.C. 120 BROADWAY NEW YORK, NY 10271 | 33576 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,239,087.33[1] | Lehman Brothers Holdings Inc. | Unsecured | $16,100,024.63 |
| 39 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 23947 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,635.77 | Lehman Brothers Holdings Inc. | Unsecured | $115,434.40 |

---

[1] Claim 33576 has been asserted in the amount of $885,839,087.33. Pursuant to the Two Hundred Thirtieth Omnibus Objection to Claims, only the portion of Claim 33576 asserting a claim totaling $17,239,087.33 in connection with that certain ISDA Master Agreement dated as of February 4, 1993 and related Schedule, Credit Support Annex and related documents and amendments is being reduced to $16,100,024.33 and allowed. The portion of Claim 33576 that is asserting a claim totaling $868,600,000.00 in connection with that certain Master Commitment dated as of April 26, 2005 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Thirtieth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 33576 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 24593 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $103,187.74 | Lehman Brothers Special Financing Inc. | Unsecured | $105,378.80 |
| 41 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 24974 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $25,635.77 | Lehman Brothers Special Financing Inc. | Unsecured | $115,434.40 |
| 42 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 24632 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured  Subtotal | Undetermined $52,943,691.00*  $52,943,691.00 | Lehman Brothers Holdings Inc. | Unsecured | $40,000,000.00 |
| 43 | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID, 28050 SPAIN | 67514 | 06/01/2011 | Lehman Brothers Commercial Corporation | Unsecured | $5,547,007.62 | Lehman Brothers Commercial Corporation | Unsecured | $5,132,502.04 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 44 | WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALBANK BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF, D- 40227 GERMANY | 27836[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $57,183.32* | Lehman Brothers Holdings Inc. | Unsecured | $83,194.65 |
| | | | | | TOTAL | $491,025,469.84 | | TOTAL | $387,081,437.44 |

---

[2] Claim 27836 has been asserted in the amount of $8,581,852.40.  Pursuant to the Two Hundred Thirtieth Omnibus Objection to Claims, only the portion of Claim 27836 asserting a claim totaling $57,183.32 (as filed, EUR 40,202) against LBHI in connection with that certain ISDA Master Agreement dated as of June 2, 1995 and its related schedules, documents, and confirmations is being increased to $83,194.65 per that certain termination agreement entered into as of May 9, 2011 by and among WGZ Bank AG, Lehman Brothers Special Financing Inc., and LBHI.  The portion of Claim 27836 asserting a claim totaling $2,623,334.89  in connection with that certain ISDA Master Agreement dated as of June 11, 2004 with Lehman Brothers Finance AG and its related Schedule and Credit Support Annex, and the portion of Claim 27836 asserting a claim totaling $5,901,334.12  in connection with certain foreign currency transactions with Lehman Brothers Commercial Corporation, is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Thirtieth Omnibus Objection to Claims, and the Debtors' rights to object to those portions of Claim 27836 are reserved.