WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 AUTHORIZING THE ESTABLISHMENT OF PROCEDURES FOR THE DEBTORS TO COMPROMISE AND SETTLE CLAIMS IN RESPECT OF THE ORIGINATION OR PURCHASE OF RESIDENTIAL MORTGAGE LOANS

Pursuant to the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing the Establishment of Procedures for the Debtors to Compromise and Settle Claims in Respect of the Origination or Purchase of Residential Mortgage Loans, entered on August 5, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to compromise and settle Repurchase and Indemnification Claims held by the Debtors related to the origination or purchase of Residential Mortgage Loans in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report, which is attached hereto as Exhibit A, of all transactions entered into under the authority of the Order for the period from August 1, 2011 to and including October 31, 2011.

Dated: December 22, 2011
      New York, New York

                                   /s/ Jacqueline Marcus
                                   Jacqueline Marcus

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession

Exhibit A

| Agreements Entered Into by the Debtors to Settle or Compromise Repurchase or Indemnification Claims | |
| --- | --- |
| **Parties** | **Date** |
| Lincoln Mortgage Company | October 23, 2011 |
| NFM, Inc. | October 4, 2011 |
| 1st Advantage Mortgage, LLC | October 4, 2011 |
| Bank of England | August 29, 2011 |