WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter Gruenberger
Richard L. Levine

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                                                   :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :        **08-13555 (JMP)**
:
Debtors.                                :        (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**LEHMAN BROTHERS FINANCIAL PRODUCTS, INC.'S MOTION FOR SANCTIONS**

**PLEASE TAKE NOTICE** that Lehman Brothers Financial Products, Inc.

("LBFP") is withdrawing without prejudice its Motion for Sanctions [Dkt. No. 22817]. LBFP

reserves its rights to renew the Motion on any grounds in the future.

Dated: December 22, 2011
      New York, New York

                    */s/ Richard L. Levine*
                    Richard L. Levine

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession