WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31, 2010 [Docket No. 7936] (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to settle certain prepetition claims in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report of all settlements entered into during the period July 1, 2011 to and including September 30, 2011 pursuant to the Settlement Procedures set forth in the Order, annexed hereto as <u>Exhibit A</u>.

Dated: December 22, 2011
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**
**(Quarterly Report)**

Claims Settlements for the Period 7/1/2011 to 9/30/2011

| Claimant | Claim # | | Type of Claim | Filed Claim Amount | | Claim Settlement Amount | Priority of Claim Settlement Amount |
|---|---|---|---|---|---|---|---|
| PROSPECT MOUNTAIN FUND LTD. | 21913 | ** | General Unsecured | $ 2,267,426.23 | * | $ 907,363.45 | General Unsecured |
| ORE HILL HUB FUND LTD. | 21914 | ** | General Unsecured | $ 1,862,318.00 | * | $ 396,362.91 | General Unsecured |
| BONTON MEDIA GROUP INC | 22097 | ** | General Unsecured | $ 12,900,000.00 | * | $ 6,450,000.00 | General Unsecured |
| VENTAS REALTY, LIMITED PARTNERSHIP | 11946 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| KNOXVILLE NOMINEE LP | 11947 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| HENDERSONVILLE NOMINEE LP | 11948 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| VENTAS, INC. | 11949 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| EC HAMILTON PLACE REALTY, LLC | 11950 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| EC LEBANON REALTY, LLC | 11951 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| VENTAS SSL HOLDINGS INC. | 11952 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| SZR US INVESTMENTS, INC. | 11954 | *** | General Unsecured | $ - | * | Expunged | Expunged |
| KING STREET ACQUISITION COMPANY, LLC | 19760 | | General Unsecured | $ - | * | Withdrawn | Withdrawn |
| KING STREET ACQUISITION COMPANY, LLC | 19762 | | General Unsecured | $ - | * | Withdrawn | Withdrawn |
| KING STREET ACQUISITION COMPANY, LLC | 19765 | | General Unsecured | $ - | * | Withdrawn | Withdrawn |
| KING STREET CAPITAL, L.P. | 19775 | | General Unsecured | $ 30,152,908.32 | * | Withdrawn | Withdrawn |
| BISON NIESTANDARYZOQANY SEKURYTYZACYJNYY FUNDUSZ INWESTYCYJNY ZAMKNIETY | 24654 | | General Unsecured | $ 886,721.92 | | $ 847,732.89 | General Unsecured |
| DK ACQUISITION PARTNERS LP | 20350 | | General Unsecured | $ 4,300,000.00 | * | Withdrawn | Withdrawn |
| BLUE ANGEL CLAIMS LLC | 20345 | | General Unsecured | $ - | * | Withdrawn | Withdrawn |
| STONEHILL OFFSHORE PARTNERS LIMITED | 19904 | **** | General Unsecured | $ 25,388,216.00 | * | $ 382,500.00 | General Unsecured |
| COMMERZBANK AG - GROUP INTENSIVE CARE | 27633 | | Secured | $ 737,627.89 | | $ 513,654.00 | General Unsecured |
| ROYAL MAIL PENSION PLAN | 14749 | | General Unsecured | $ 3,273,713.50 | | $ 666,150.20 | General Unsecured |
| POST STRATEGIC MASTER FUND LP | 14750 | | General Unsecured | $ 865,458.13 | | $ 175,808.64 | General Unsecured |
| HIGHLAND FLOATING RATE ADVANTAGE FUND | 4569 | | General Unsecured | $ 3,939,348.51 | | $ 3,791,858.24 | General Unsecured |

\* These claims were filed either as wholly unliquidated or include unliquidated amounts in addition to the amounts quantified.

\*\* These claims were listed as "unliquidated" on the previous quarterly report filed by the Debtors on January 26, 2011.  They are being relisted here to reflect the correct Filed Claim Amount.

\*\*\* These claims were expunged as part of a settlement in May 2011, and were inadvertently not included on the previous quarterly report filed by the Debtors on August 4, 2011.

\*\*\*\* Claim 19904 is only partially settled.  $23,460,716.00 of the claim remains active and unsettled.