*Basel, December 15, 2011*

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,       Case Nos. 08-13555 (JMP)
                                           **(Jointly Administered)**

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Neue Aargauer Bank AG (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55814 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of CHF 50,000 (which was approximately $ 44,250 as of September 15, 2008) (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN CH0036891387 only. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank Sarasin & Co. Ltd<br>**Name and Address where notices to Transferee should be sent:** | Neue Aargauer Bank AG<br>**Name and Address where notices to Transferor should be sent:** |
| Bär & Karrer AG<br>Brandschenkestrasse 90<br>CH-8027 Zurich<br>Switzerland<br>Attn: Peter Hsu<br>Tel.: +41 58 261 50 00 | Neue Aargauer Bank AG<br>1 Madison Avenue<br>New York, NY 10010<br>Attn: Allen Gage<br>Tel.: +1 212 538 9137 |
| **- with a copy to -** | **- with a copy to -** |
| Bank Sarasin & Co. Ltd<br>Elisabethenstrasse 62<br>P.O. Box<br>CH-4002 Basel<br>Switzerland<br>Attn: Frank Link, Legal Counsel, Group Legal<br>Tel.:+41 (0) 61 277 75 83<br>Patrick Gribi, Senior Legal Counsel, Group Legal<br>Tel.: +41 (0) 61 277 70 67 | Neue Aargauer Bank AG<br>Private Banking<br>Hauptstrasse 1<br>5200 Brugg<br>Switzerland<br>Tel.: +41 56 460 96 77<br><br>and<br><br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Attn: Richard Levin<br>Tel.: +1 212 474 1135 |

Last Four Digits of Acct #: 4002

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):
Bank Sarasin & Co. Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Legal Counsel, Group Legal
Tel.:+41 (0) 61 277 75 83
Patrick Gribi, Senior Legal Counsel, Group Legal
Tel.: +41 (0) 61 277 70 67

Court Claim # (if known): 55814
Date Claim Filed: October 29, 2009
Transferred Portion: CHF 50,000
(nominal amount) (approximately
$ 44,250 as of September 15, 2008)

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

Bank Sarasin & Co. Ltd

By: _____        Date: _15.12.11_____
         Transferee
Name: F. LINK          P. GRIBI
Title: AVP               ED

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C §§ 152 & 3571.

**Exhibit A**


**NEUE AARGAUER BANK**

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**


For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Sarasin & Cie AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55814) in the nominal amount of CHF 50'000.- related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:  08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this October 10, 2011.


**Neue Aargauer Bank AG**


By: _____                     By: _____

Name of person signing: Martin Walser            Name of person signing: Daniele Russo
Title of person signing: Assistant Vice President   Title of person signing: Vice President


**NEUE AARGAUER BANK**

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|------|---------------|------------------|--------|---------------------------------------------|
| CH0036891387 | 55814 | October 29, 2009 | Lehman Brothers Securities N.V., Curacao | CHF 50'000.- |

Zürich | Dr. Mani Reinert* | Dr. Evalotta Huber-Brechbühl* | Dr. Jacques Theurillat** | Basel | Genève | Zug | Dr. Thomas Bär

| | | | | | | |
|---|---|---|---|---|---|---|
| Dr. Christian Steinmann | Dr. Christoph Neeracher | Dr. Daniel Leu | | Christophe Buchwalder | Paolo Bottini* | Dr. Robert Karrer |
| Prof. Dr. Rolf Watter | Dr. Peter Hsu | Dr. Luca Jagmetti | | Dr. Cédric Chapuis | Dr. Cesare Jermini | Dr. Peter J. Kienast |
| Daniel Hochstrasser | Thomas Rohde | Florian Schönknecht | Andrea Hauser | Saverio Lembo | Massimo Vanotti | Dr. Marc Blessing |
| Peter Reinarz* | Daniel Bader*** | Othmar Aeschi | Philippe Fuchs | Dr. Daniel U. Lehmann*** | Andrea Gamba | Gianpaolo Arrigoni |
| Dr. Andreas Länzlinger | Dr. Raoul Stocker*** | Olivia Pelli | Ruth Bloch-Riemer | Anne Valérie Julen Berthod | Nicola Bernardoni | Dr. Robert E. Züllig |
| Urs Brügger | Flavia I. Bieri Bürge | Tina Balzli | Andreas von Erlach | Prof. Dr. Rashid Bahar | Dr. Gilles Benedick | Prof. Dr. Marc Amstutz |
| Dr. Ralph Malacrida | Sten E. D. Rasmussen | Dr. Larissa Marolda Martinez | Dr. Daniel Flühmann | Ludivine Boisard | Prisca C. Renella | Stephanie Comtesse |
| Eric Stupp | Ariane Riedi Wirth | Laura Widmer | Claudio Bazzi | Dr. Andrew M. Garbarski | Ersilia Gianella-Frieden | Prof. Dr. Robert Waldburger** |
| Michele Bernasconi | Dr. Katja Roth Pellanda | Dr. Markus Jäger | Valentin Baltzer | Marie-Christine Balzan | | |
| Dr. Daniel U. Lehmann*** | Prof. Dr. Rashid Bahar | PD Dr. Markus Schott | Daniel Heiniger | Aurélie Conrad Hari | Zug | * Eidg. Dipl. Steuerexperte |
| Dr. Markus Wang | Dr. Mariel Hoch Classen | Dr. David P. Henry | Anna Mosimann | Grégoire Chappuis | Michael Trippel | ° Notar / Notarin |
| Tina Wüstemann | Michael Barrot* | Dr. Pascal Rüedi | Manuel Annasohn | Vincent Guignet | Thomas Stoltz° | °° nicht als Rechtsanwalt / |
| Dr. Andreas J. Bär | Andrea Boog | Dr. Oliver M. Brupbacher | Thomas Candrian | | Dr. Daniela Fiorillo | Rechtsanwältin zugelassen |
| Matthew T. Reiter | Nadja Jaisli Kull | Cosima von Rechteren*** | Simone Stebler | | Felix Kappeler* | °°° eingetragen als dt. |
| Roland Truffer | Dr. Till Spillmann | Dr. Debora Gabriel | David Liatowitsch | | Birgit Urbons° | Rechtsanwalt / Rechts- |
| Dr. Corrado Rampini | Phyllis Scholl | Yvonne Studer | | | Dr. Debora Gabriel | anwältin beim Obergericht |
| Dr. Dieter Dubs** | Bernhard H. Heusser | Raphael Cica | | | | Zürich (Art. 28 BGFA) |
| Dr. Thomas U. Reutter | Dr. Karin Beyeler | Dr. David Barst*** | | | | |

By courier

Epiq Bankruptcy Solutions, LLC
Attn.: Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



BÄR
& KARRER

Zurich, 19 December 2011
367674/312/nit/bt21351846.doc

**Bank Sarasin & Co. Ltd**
**Partial Transfer of Claim other than for Security, Epiq Claim No. 55814**

Dear Madam, dear Sir,

On behalf of Bank Sarasin & Co. Ltd, I am sending you enclosed two original completed 210A transfer forms (incl. Exhibit A) regarding two partial transfers of Epiq claim no. 55814 (see enclosures 1 and 2). Furthermore, please find in enclosure 3 a copy of the Proof of Claim form originally filed by Neue Aargauer Bank AG (with indication of the two partial claim amounts) for information purposes only.

Sincerely yours,

*Peter Hsu*

Peter Hsu

Enclosures

| Bär & Karrer | Zürich | Genf | Lugano | Zug | www.baerkarrer.ch |
|---|---|---|---|---|---|
| Rechtsanwälte | Bär & Karrer AG | Bär & Karrer SA | Bär & Karrer SA | Bär & Karrer AG | |
| | Brandschenkestrasse 90 | 12, quai de la Poste | Via Vegezzi 6 | Baarerstrasse 8 | |
| | CH-8027 Zürich | CH-1211 Genève 11 | CH-6901 Lugano | CH-6301 Zug | |
| | Phone: +41 58 261 50 00 | Phone: +41 58 261 57 00 | Phone: +41 58 261 58 00 | Phone: +41 58 261 59 00 | |
| | Fax: +41 58 261 50 01 | Fax: +41 58 261 57 01 | Fax: +41 58 261 58 01 | Fax: +41 58 261 59 01 | Eingetragen im |
| | zuerich@baerkarrer.ch | geneve@baerkarrer.ch | lugano@baerkarrer.ch | zug@baerkarrer.ch | kantonalen Anwaltsregister |

*Basel, December 15, 2011*

**Form 210A (10/06)**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case Nos. 08-13555 (JMP)
                                                **(Jointly Administered)**

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Neue Aargauer Bank AG (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55814 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of NOK 125,000 (which was approximately $ 21'630 as of September 15, 2008) (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0322789578 only. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee

Bank Sarasin & Co. Ltd
**Name and Address where notices to Transferee should be sent:**


Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zurich
Switzerland
Attn: Peter Hsu
Tel.:  +41 58 261 50 00

**- with a copy to -**

Bank Sarasin & Co. Ltd
Elisabethenstrasse 62
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Legal Counsel, Group Legal
Tel.:+41 (0) 61 277 75 83
Patrick Gribi, Senior Legal Counsel, Group Legal
Tel.: +41 (0) 61 277 70 67

Name of Transferor

Neue Aargauer Bank AG
**Name and Address where notices to Transferor should be sent:**


Neue Aargauer Bank AG
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Tel.: +1 212 538 9137

**- with a copy to -**

Neue Aargauer Bank AG
Private Banking
Hauptstrasse 1
5200 Brugg
Switzerland
Tel.: +41 56 460 96 77

and

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Tel.: +1 212 474 1135

Last Four Digits of Acct #: 4002

Name and Address where transferee payments
should be sent (if different from above):


Bank Sarasin & Co. Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Legal Counsel, Group Legal
Tel.:+41 (0) 61 277 75 83
Patrick Gribi, Senior Legal Counsel, Group Legal
Tel.: +41 (0) 61 277 70 67

Last Four Digits of Acct. #: N/A


Court Claim # (if known): 55814
Date Claim Filed: October 29, 2009
Transferred Portion: NOK 125,000
(nominal amount) (approximately
$ 21'630  as of September 15, 2008)


I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.


Bank Sarasin & Co. Ltd

By: _____       Date: ___15.12.11_____
         Transferee
Name: F. LINK            P. GRIBI
Title: AVP                ED


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C §§ 152 & 3571.

**<u>Exhibit A</u>**



**NEUE AARGAUER BANK**

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Sarasin & Cie AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55814) in the nominal amount of NOK 125'000.- related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this October 10, 2011.

**Neue Aargauer Bank AG**

By: _____

Name of person signing: Martin Walser
Title of person signing: Assistant Vice President

By: _____

Name of person signing: Daniele Russo
Title of person signing: Vice President



**NEUE AARGAUER BANK**

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|------|---------------|------------------|--------|---------------------------------------------|
| XS0322789578 | 55814 | October 29, 2009 | Lehman Brothers Securities N.V. | NOK 125'000.- |

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000055814



Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Neue Aargauer Bank AG<br><br>See Attached Rider<br><br>Telephone number:          Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** See Attached Rider                **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider                **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider                **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See Attached Rider                **(Required)**

| 5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br><br>10/22/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Georg Kotromay, Director    Jörg Gillessen, Vice President |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Neue Aargauer Bank AG against LBHI (Lehman Programs Securities)

1.     In accordance with the Order Pursuant to Section 502(b)(9) of the
Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs
of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of
Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of
Claim Based on Lehman Programs Securities dated July 27, 2009, Neue Aargauer Bank AG
("NAB") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the
Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in
Schedule I. Schedule I lists the International Securities Identification Number, Depository
Participant Account Number, and Depository Blocking Reference Number for each LPS related
to this claim.

2.     As the LPS are booked either in units or nominal amounts in the relevant
depository systems, NAB has provided the number of units or nominal amounts held for each
LPS in Schedule I in lieu of claim amounts. NAB reserves the right to amend this proof of
claim at a later date to specify claim amounts in United States dollars.

3.     NAB reserves the right to amend, modify or supplement this proof of
claim in any manner, for any purpose and at any time.

4.     NAB reserves the right to assert and file any and all additional claims of
whatever kind or nature that it has or may hereinafter have against LBHI.

5.     NAB reserves the right to set-off any claim set forth in this proof of
claim against any claim that LBHI or the LBHI estate has or may assert against NAB.

6.     NAB reserves all rights it has or may have in the future against LBHI.
This proof of claim is not intended as (a) a waiver or release of any rights of NAB against

[[NYCORP:3175894v1:3176D:10/26/09--06:53 p]]

LBHI (or any of its affiliates) not asserted in this proof of claim, (b) a consent by NAB to the

jurisdiction of this Court with respect to the subject matter of the claims set forth herein or to

this Court's hearing, determining or entering orders or judgments in any proceedings on this

proof of claim, (c) a waiver of the right of NAB to trial by jury in any proceedings so triable in

these cases or any controversy or proceedings related to these cases or (d) an election of

remedies.

       7.     No judgment has been rendered on the claims set forth in this proof of

claim.

       8.     No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Neue Aargauer Bank AG
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Neue Aargauer Bank AG**

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0336151088 | EUR | 220.000 | - | 220.000 | - | 9464934 | - | - | - |
| XS0325369725 | USD | 32.000 | - | 32.000 | - | 9464935 | - | - | - |
| XS0339537804 | USD | 20.000 | - | 20.000 | - | 9464936 | - | - | - |
| XS0186083798 | USD | 1.090.000 | - | 1.090.000 | - | 9464937 | - | - | - |
| XS0187966949 | USD | 573.000 | - | 573.000 | - | 9464938 | - | - | - |
| XS0204933997 | USD | 1.447.000 | - | 1.447.000 | - | 9464939 | - | - | - |
| XS0266486025 | USD | 30.000 | - | 30.000 | - | 9464940 | - | - | - |
| XS0268033908 | EUR | 80.000 | - | 80.000 | - | 9464941 | - | - | - |
| XS0347732892 | USD | 56.000 | - | 56.000 | - | 9464942 | - | - | - |
| XS0246082043 | EUR | 32.000 | - | 32.000 | - | 9464943 | - | - | - |
| XS0258947745 | EUR | - | 27 | - | 27 | 9464944 | - | - | - |
| ANN5214A8303 | CHF | - | 359 | - | 359 | 9464945 | - | - | - |
| XS0186243118 | CHF | 3.362.000 | - | 3.362.000 | - | 9464946 | - | - | - |
| XS0267329307 | CHF | - | 101 | - | 101 | 9464947 | - | - | - |
| CH0026985082 | CHF | 340.000 | - | - | - | - | 340.000 | - | CH00164SUWA42-2014 |
| CH0027120683 | CHF | 830.000 | - | - | - | - | 830.000 | - | CH00164SUWA42-2015 |
| CH0027120689 | EUR | 212.000 | - | - | - | - | 212.000 | - | CH00164SUWA42-2016 |
| CH0027120796 | CHF | 4.426.000 | - | - | - | - | 4.426.000 | - | CH00164SUWA42-2017 |
| CH0027120812 | CHF | 45.000 | - | - | - | - | 45.000 | - | CH00164SUWA42-2018 |
| CH0027120820 | EUR | 18.000 | - | - | - | - | 18.000 | - | CH00164SUWA42-2019 |
| CH0027120887 | CHF | 30.000 | - | - | - | - | 30.000 | - | CH00164SUWA42-2020 |
| XS0210414750 | GBP | 10.000 | - | 10.000 | - | 9464948 | - | - | - |
| XS0252834576 | EUR | 50.000 | - | 50.000 | - | 9464949 | - | - | - |
| XS0302356737 | EUR | - | 52 | - | 52 | 9464950 | - | - | - |
| XS0339537390 | EUR | 63.000 | - | 63.000 | - | 9464951 | - | - | - |
| XS0337337710 | CHF | 220.000 | - | 220.000 | - | 9464952 | - | - | - |
| XS0234123650 | CHF | 159.000 | - | 159.000 | - | 9464953 | - | - | - |
| XS0330222984 | CHF | - | 35 | - | 35 | 9464954 | - | - | - |
| XS0328064810 | USD | 42.000 | - | 42.000 | - | 9464955 | - | - | - |
| XS0349857317 | USD | 10.000 | - | 10.000 | - | 9464956 | - | - | - |
| XS0128857413 | EUR | 20.000 | - | 20.000 | - | 9464957 | - | - | - |
| XS0223590612 | CHF | 277.000 | - | 277.000 | - | 9464958 | - | - | - |
| XS0262353831 | CHF | 86.000 | - | 86.000 | - | 9464959 | - | - | - |
| XS0318527495 | USD | 7.000 | - | 7.000 | - | 9464960 | - | - | - |
| XS0329812084 | CHF | 135.000 | - | 135.000 | - | 9464961 | - | - | - |
| ANN5214R2547 | CHF | | 785 | | 785 | 9464962 | | - | - |

**CS Entity: Neue Aargauer Bank AG**

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0187867160 | CHF | 2,284,000 | - | 2,284,000 | - | 9464963 | - | - | - |
| XS0200265709 | CHF | 1,169,000 | - | 1,169,000 | - | 9464964 | - | - | - |
| XS0226380334 | CHF | 140,000 | - | 140,000 | - | 9464965 | - | - | - |
| XS0248620899 | CHF | 546,000 | - | 546,000 | - | 9464966 | - | - | - |
| XS0251180906 | CHF | 503,000 | - | 503,000 | - | 9464967 | - | - | - |
| XS0270828584 | CHF | 780,000 | - | 780,000 | - | 9464968 | - | - | - |
| ANN5214A1118 | CHF | - | 4,202 | - | 4,202 | 9464969 | - | - | - |
| ANN5214A1373 | CHF | - | 10 | - | 10 | 9464970 | - | - | - |
| XS0319862818 | CHF | 453,000 | - | 453,000 | - | 9464971 | - | - | - |
| XS0322153270 | CHF | 598,000 | - | 568,000 | - | 9464972 | 30,000 | - | CA55385 |
| XS0327294578 | USD | 943,000 | - | 943,000 | - | 9464973 | - | - | - |
| XS0323535418 | USD | - | 15 | - | 15 | 9464974 | - | - | - |
| XS0325550472 | CHF | 495,000 | - | 495,000 | - | 9464975 | - | - | - |
| XS0325550555 | EUR | 51,000 | - | 51,000 | - | 9464976 | - | - | - |
| XS0326086716 | CHF | 795,000 | - | 765,000 | - | 9464977 | 30,000 | - | CA55386 |
| XS0328873681 | CHF | 753,000 | - | 703,000 | - | 9464978 | 50,000 | - | CA55384 |
| XS0329522758 | CHF | 1,345,000 | - | 1,345,000 | - | 9464979 | - | - | - |
| CH0027120606 | CHF | 11,911,000 | - | - | - | - | 11,911,000 | - | CH100164SUWA42-2053 |
| XS0294585889 | CHF | 245,000 | - | 245,000 | - | 9464980 | - | - | - |
| XS0327165550 | USD | 20,000 | - | 20,000 | - | 9464981 | - | - | - |
| XS0384378947 | CHF | 85,000 | - | 85,000 | - | 9464982 | - | - | - |
| CH0034774536 | CHF | 125,000 | - | - | - | - | 125,000 | - | CH100164SUWA42-2057 |
| XS0302351266 | CHF | 160,000 | - | 160,000 | - | 9464983 | - | - | - |
| XS0376511928 | CHF | 125,000 | - | 125,000 | - | 9464984 | - | - | - |
| XS0345288459 | USD | 70,000 | - | 70,000 | - | 9464985 | - | - | - |
| CH0027120986 | CHF | 200,000 | - | - | - | - | 200,000 | - | CH100164SUWA42-2061 |
| CH0027120070 | EUR | - | 160 | - | - | - | - | 160 | CH100164SUWA42-2062 |
| XS0324890440 | CHF | 55,000 | - | 55,000 | - | 9464986 | - | - | - |
| XS0228154158 | CHF | 50,000 | - | 50,000 | - | 9464987 | - | - | - |
| XS0207361865 | USD | - | 30 | - | 30 | 9464988 | - | - | - |
| CH0036891429 | EUR | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-2066 |
| XS0251909478 | CHF | - | 160 | - | 160 | 9464989 | - | - | - |
| ANN521338114 | EUR | - | 996 | - | 996 | 9464990 | - | - | - |
| XS0288992145 | USD | 1,683,000 | - | 1,683,000 | - | 9464991 | - | - | - |
| CH0036891148 | CHF | 181,000 | - | - | - | - | 181,000 | - | CH100164SUWA42-2070 |
| CH0036891163 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-2071 |

**CS Entity: Neue Aargauer Bank AG**

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0336151088 | EUR | 220,000 | - | 220,000 | - | 9464934 | - | - | - |
| XS0325369725 | USD | 32,000 | - | 32,000 | - | 9464935 | - | - | - |
| XS0339537804 | USD | 20,000 | - | 20,000 | - | 9464936 | - | - | - |
| XS0186883798 | USD | 1,090,000 | - | 1,090,000 | - | 9464937 | - | - | - |
| XS0187966949 | USD | 573,000 | - | 573,000 | - | 9464938 | - | - | - |
| XS0204933997 | USD | 1,447,000 | - | 1,447,000 | - | 9464939 | - | - | - |
| XS0266486025 | USD | 30,000 | - | 30,000 | - | 9464940 | - | - | - |
| XS0269033908 | EUR | 80,000 | - | 80,000 | - | 9464941 | - | - | - |
| XS0347332892 | USD | 56,000 | - | 56,000 | - | 9464942 | - | - | - |
| XS0246082043 | EUR | 32,000 | - | 32,000 | - | 9464943 | - | - | - |
| XS0258947745 | EUR | - | 27 | - | 27 | 9464944 | - | - | - |
| ANN5214A8303 | CHF | 359 | - | - | 359 | 9464945 | - | - | - |
| XS0186243118 | CHF | 3,362,000 | - | 3,362,000 | - | 9464946 | - | - | - |
| XS0267329307 | CHF | - | 101 | - | 101 | 9464947 | - | - | - |
| CH0026985082 | CHF | 340,000 | - | - | - | - | 340,000 | - | CH10016ASUWA42-2014 |
| CH0027120663 | CHF | 830,000 | - | - | - | - | 830,000 | - | CH10016ASUWA42-2015 |
| CH0027120689 | EUR | 212,000 | - | - | - | - | 212,000 | - | CH10016ASUWA42-2016 |
| CH0027120796 | CHF | 4,428,000 | - | - | - | - | 4,428,000 | - | CH10016ASUWA42-2017 |
| CH0027120812 | EUR | 45,000 | - | - | - | - | 45,000 | - | CH10016ASUWA42-2018 |
| CH0027120820 | EUR | 18,000 | - | - | - | - | 18,000 | - | CH10016ASUWA42-2019 |
| CH0027120887 | CHF | 30,000 | - | - | - | - | 30,000 | - | CH10016ASUWA42-2020 |
| XS0210414750 | GBP | 10,000 | - | 10,000 | - | 9464948 | - | - | - |
| XS0252834576 | EUR | 50,000 | - | 50,000 | - | 9464949 | - | - | - |
| XS0302356737 | EUR | - | 52 | - | 52 | 9464950 | - | - | - |
| XS0339537390 | EUR | 63,000 | - | 63,000 | - | 9464951 | - | - | - |
| XS0337337710 | USD | 220,000 | - | 220,000 | - | 9464952 | - | - | - |
| XS0234123650 | CHF | 159,000 | - | 159,000 | - | 9464953 | - | - | - |
| XS0330222984 | CHF | - | 35 | - | 35 | 9464954 | - | - | - |
| XS0328064810 | USD | 42,000 | - | 42,000 | - | 9464955 | - | - | - |
| XS0349857317 | USD | 10,000 | - | 10,000 | - | 9464956 | - | - | - |
| XS0128857413 | EUR | 20,000 | - | 20,000 | - | 9464957 | - | - | - |
| XS0223590612 | CHF | 277,000 | - | 277,000 | - | 9464958 | - | - | - |
| XS0262353831 | EUR | 86,000 | - | 86,000 | - | 9464959 | - | - | - |
| XS0318527495 | USD | 7,000 | - | 7,000 | - | 9464960 | - | - | - |
| XS0329812084 | CHF | 135,000 | - | 135,000 | - | 9464961 | - | - | - |
| ANN5214R2547 | CHF | - | 785 | - | 785 | 9464962 | - | - | - |

**CS Entity: Neue Aargauer Bank AG**

Handwritten margin notes: → NOK 125,000   → CHF 50,000

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| CH0036891262 | CHF | 87,000 | - | - | - | - | 87,000 | - | CH100164SUVWA42-2072 |
| CH0027120614 | CHF | - | 1,479 | - | - | - | - | 1,479 | CH100164SUVWA42-2073 |
| CH0027120705 | USD | 37,000 | - | - | - | - | 37,000 | - | CH100164SUVWA42-2074 |
| CH0036891080 | CHF | 1,543,000 | - | - | - | - | 1,543,000 | - | CH100164SUVWA42-2075 |
| XS0323005610 | CHF | 1,425,000 | - | 1,425,000 | - | 9464992 | - | - | - |
| CH0027121026 | CHF | 3,639,000 | - | - | - | - | 3,639,000 | - | CH100164SUVWA42-2077 |
| XS0322789578 | NOK | 8,908,000 | - | 8,908,000 | - | 9464993 | - | - | - |
| CH0036891122 | CHF | 2,320,000 | - | - | - | - | 2,320,000 | - | CH100164SUVWA42-2079 |
| CH0036891106 | CHF | 360,000 | - | - | - | - | 360,000 | - | CH100164SUVWA42-2080 |
| CH0027120804 | CHF | 402 | 402 | - | - | - | 402 | 402 | CH100164SUVWA42-2081 |
| XS0284966671 | USD | 2,785,000 | 3,468 | 2,785,000 | 3,308 | 9464994 | - | - | - |
| XS0260445530 | CHF | 345,000 | - | - | - | 9464995 | 345,000 | 160 | CA55985 |
| CH0036891114 | CHF | 880,000 | - | - | - | - | 880,000 | - | CH100164SUVWA42-2084 |
| CH0036891379 | CHF | 490,000 | - | - | - | - | 490,000 | - | CH100164SUVWA42-2085 |
| CH0036891387 | CHF | 1,697,000 | - | 1,697,000 | - | 9464996 | - | - | CH100164SUVWA42-2086 |
| XS0353676082 | CHF | 627,000 | - | - | - | - | 627,000 | - | CH100164SUVWA42-2088 |
| CH0036891239 | CHF | 130,000 | - | 130,000 | - | 9464997 | - | - | - |
| XS0217939650 | CHF | 2,000 | - | 2,000 | - | 9464998 | - | - | - |
| XS0270174872 | EUR | 40,000 | - | 40,000 | - | 9464999 | - | - | - |
| XS0320322901 | CHF | 280,000 | - | 280,000 | - | 6056713 | - | - | - |
| XS0233005610 | CHF | 205,000 | - | - | - | - | 205,000 | - | SEME/80773029121621 |

HAND DELIVERY

_R. Salasny_
RECEIVED BY:

_10/29/09_
DATE

_3:06_
TIME

Exhibit
No. 3

Bär & Karrer AG, Zürich

Claim Question? Call: 866-879-0688    Technical Support Question? Call: 800 794 4430                    Guest | Sign In

epiq
SYSTEMS

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home    Claims    Docket    Key Documents

Home»Search Claims                                                                              Bookmark this Page

## Search Claims

### Criteria

| Claim Number | Creditor Name | Scope |
|---|---|---|
| 55814 | Name Starts With ▾ | Claims and Schedules ▾ |

| Schedule Number | Amount | |
|---|---|---|
| | Total Claim Value ▾ | Equals ▾ |

| Docket Number | Claim Date Range |
|---|---|
| | to |

Debtor

Order By: Creditor Name ▾        Results Per Page: 25 ▾

### Results

Expand All

[1]  Page 1 of 1 - 22 total items

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| ⊞ | 55814 | | BARCLAYS BANK PLC | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | BERNHARD LUSCHER | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | CREDIT SUISSE AG | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | CREDIT SUISSE AG | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | DEUTSCHE BANK AG, LONDON BRANCH | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | ELLIOT ASOCIATES, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | ELLIOT INTERNATIONAL, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | ELLIOTT ASSOCIATES, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | NEUE AARGAUER BANK AG | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | OAKTREE OPPORTUNITIES FUND VIII, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | ROTH-NAVILLE, YVONNE | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | THE VARDE FUND IX, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | THE VARDE FUND IX-A, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | THE VARDE FUND VI-A, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | THE VARDE FUND X (MASTER), L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | THE VARDE FUND, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | VARDE INVESTMENT PARTNERS, L.P. | 10/29/2009 | $0.00 | Image |
| ⊞ | 55814 | | ZIMMERMANN-BEELI, SILVIA | 10/29/2009 | $0.00 | Image |

[1]  Page 1 of 1 - 22 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

