B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ADI CONSEIL
Name of Transferee

KALLISTA CREDIT OPPORTUNITIES FUND LIMITED
Name of Transferor

Name and Address where notices to transferee should be sent:
1 rue Vernier 75017 PARIS FRANCE

Court Claim # (if known): 19661
Amount of Claim: 538,826.87$
Date Claim Filed: 09/18/2009

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct #: 2835

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct. #: 8400

Name and Address where transferee payments should be sent (if different from above):
c/o SG Paris Elysees Entrep (03392)
FR76 3000 3033 9200 0203 1283 590

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct #: ____________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____________________ Date: 12/06/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ADI CONSEIL
1 RUE VERNIER - 75017 PARIS
TEL. +33 (0)1 40 68 17 17
FAX +33 (0)1 40 68 17 18
SA AU CAPITAL DE 165 419,64 EUROS
RCS 328 884 812 PARIS - APE 7022Z

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ADI CONSEIL
Name of Transferee

Name and Address where notices to transferee should be sent:
1 rue Vernier 75017 PARIS FRANCE

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct #: 2835

Name and Address where transferee payments should be sent (if different from above):
C/O SG Paris Elysees Entrepr (03392)
FR76 3000 3033 9200 0203 1283 590

Phone: +33 14068 1817
Last Four Digits of Acct #: ______

ADI MULTISTRATEGIES
Name of Transferor

Court Claim # (if known): 19660
Amount of Claim: 2,061,561.97$
Date Claim Filed: 09/18/2009

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct. #: 2269

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________
Transferee/Transferee's Agent

Date: 12/06/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ADI CONSEIL
1 RUE VERNIER - 75017 PARIS
TEL. +33 (0)1 40 68 17 17
FAX +33 (0)1 40 68 17 18
SA AU CAPITAL DE 165 419,64 EUROS
RCS 328 884 818 PARIS - APE 7022Z

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ADI CONSEIL
Name of Transferee

Name and Address where notices to transferee should be sent:
1 rue Vernier 75017 PARIS FRANCE

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct #: 2835

Name and Address where transferee payments should be sent (if different from above):
C/O SG Paris Elysees Entrepr (03392)
FR76 3000 3033 9200 0203 1283 590

Phone: +33 140 68 18 17
Last Four Digits of Acct #:

ALPHA DRIVE EURO CONVERTIBLES
Name of Transferor

Court Claim # (if known): 19657
Amount of Claim: 1,284,724.81$
Date Claim Filed: 09/18/2009

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct. #: 7252

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: 12/06/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ADI CONSEIL
1 RUE VERNIER - 75017 PARIS
TEL. +33 (0)1 40 68 17 17
FAX +33 (0)1 40 68 17 18
SA AU CAPITAL DE 165 419,64 EUROS
RCS 328 884 812 PARIS - APE 7022Z

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ADI CONSEIL
Name of Transferee

KALLISTA CREDIT ARBITRAGE MASTER FUND
Name of Transferor

Name and Address where notices to transferee should be sent:
1 rue Vernier 75017 PARIS FRANCE

Court Claim # (if known): 19663
Amount of Claim: 1,973,422.19$
Date Claim Filed: 09/18/2009

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct #: 2835

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct. #: 9780

Name and Address where transferee payments should be sent (if different from above):
C/O SG Paris Elysees Entrepr (03392)
FR76 3000 3033 9200 0203 1283 590

Phone: +33 1 40 68 18 17
Last Four Digits of Acct #: ____________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/~~Transferee's Agent~~

Date: 12/06/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ADI CONSEIL
1 RUE VERNIER - 75017 PARIS
TEL. +33 (0)1 40 68 17 17
FAX +33 (0)1 40 68 17 18
SA AU CAPITAL DE 165 419,64 EUROS
RCS 388 864 812 PARIS : APE 7022Z



Pg 5 of 6

OFI
ASSET MANAGEMENT

**To: the United States Bankruptcy Court – Southern District of New York**

United States Bankruptcy Court
Southern District of New York

1 Bowling Green

New York, NY 10004

December 7, 2011

***By overnight courier***

Dear Sirs,

**Notice of transfer of claim other than for security**

We refer to the case number 08-13555 (JMP) in re. Lehman Brothers Holdings Inc., et al.

We are acting in our capacity as transferees of claims relating to such case.

**Please find herewith forms 3001(e) that are required to be filed with the United States Bankruptcy Court – Southern District of New York along with relevant copies of the evidence of transfer documents.**

Please do not hesitate to contact Mister Sébastien Grasset (sgrasset@ofiam.fr / +33 1 40 68 18 17), if you require further information

Sincerely,

ADI CONSEIL

Signature:

ADI CONSEIL
1 RUE VERNIER - 75017 PARIS
TEL. +33 (0)1 40 68 17 17
FAX +33 (0)1 40 68 17 18
SA AU CAPITAL DE 165 419,64 EUROS
RCS 328 884 812 PARIS - APE 7022Z

OFI ASSET MANAGEMENT

Signature:

THIERRY CALLAULT
DIRECTEUR GÉNÉRAL DÉLÉGUÉ
OFI ASSET MANAGEMENT

*Enclosed*

www.ofi-am.fr • OFI Asset Management • Groupe OFI • 1, rue Vernier 75017 Paris • Tél. : +33 (0) 1 40 68 17 17 • Fax : +33 (0) 1 40 68 17 18
S.A. au capital de 3 257 163 € • RCS Paris 384 940 342 • APE 6630Z • Société de gestion de portefeuille • Agrément COB N° GP 92-12 • FR 51384940342

N° DE COMPTE UPS DE L'EXPEDITEUR / SHIPPER'S ACCOUNT NO.

29JX92

DE / FROM

Nom De L'Expéditeur / Sender: C. Diti

N° De Téléphone / Telephone No.: 0.14068 ...

OFI A... MANAGEMENT
...ARSE VERNIER
75017 PARIS

Code Postal / Postal Code

Pays / Country

N° De Compte UPS Du Destinataire / Receiver's UPS Account No.

N° De T.V.A. Du Destinataire/Numéro D'Identification Douanière / Receiver's V.A.T. No./Identification No. For Customs Purposes

A / TO

Nom Du Destinataire / Contact

N° De Téléphone / Telephone No.: +212.646.782-2500

Domicile Privé

LEHMAN BROTHERS Holding Claims

SHIP TO:
IQ BANKRUPTCY SOLUTIONS LLC
-282-2500
3RD AVE
3
YORK NY 10017 2013

15/Dec/2011 07:23 1009

DEC 15 2011

NY 100 7-02

RECEIVED

H8516952679

H851 695 267 9

Numéro De Bordereau D'Expédition / Tracking Waybill / Tracking Number

BORDEREAU D'EXPEDITION (Non-Négociable) (Non-Negotiable)

| TYPE DE SERVICE / SERVICE LEVEL | | CADRE RESERVE A UPS / UPS USE |
|---|---|---|
| Express Plus | | 1+ |
| Express | ✓ | 1 |
| Saver | | 1P |
| Expedited | | 2 |
| Standard | | |

SERVICES EN OPTION / OPTIONAL SERVICES

UPS NA1

Livraison Le Samedi / Saturday Delivery

Instructions Spéciales / Special Instructions

L'expéditeur accepte les Conditions Générales d'UPS imprimées au dos de la copie du bordereau d'expédition destinée à l'expéditeur. A moins qu'une valeur supérieure pour le transport ne soit déclarée sur le bordereau d'expédition, les limites de responsabilité spécifiées dans la Convention de Varsovie, la Convention de Montreal ou la Convention CMR, si applicables, ou stipulées dans la clause 9 des Conditions Générales s'appliqueront. Les délais fixés pour toutes réclamations sont stipulés dans la clause 12. L'expéditeur autorise UPS à agir en qualité de transitaire pour ce qui concerne les contrôles d'exportation et les formalités douanières.

RENSEIGNEMENTS CONCERNANT L'ENVOI / SHIPMENT INFORMATION

Nombre De Colis / Packages In Shipment: 1

Poids Total Réel / Total Actual Weight: 0.330 kg

Poids Total Volumétrique / Total Dimensional Weight: kg

UPS Express Envelope

Nombre de colis pour lequel / No. Of Packages For Which The

Des frais de manutention supplémentaires s'appliquent / Additional Handling Charge Applies

Un supplément pour colis volumineux s'applique / Large Package Surcharge Applies

Référence N° 1 / Reference No. 1

Référence N° 2 / Reference No. 2

Description Des Marchandises / Description Of Goods: Documents

Documents Seulement / Documents Only

Cocher Si Les Marchandises Ne Sont Pas En Libre Circulation Dans L'Union Européenne / Goods Not In Free Circulation In The EU.

DATE D'EXPEDITION / DATE OF SHIPMENT: JJ MM AA 14/12/11

SIGNATURE DE L'EXPEDITEUR / SHIPPER'S SIGNATURE

UPS Use Delivery H851 695 267 9

UPS Use Export 2 H851 695 267 9

UPS Use Export 1 H851 695 267 9

3703

RESOLVED CGN

10190115 Rev. 06/00