B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.      ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OFI ASSET MANAGEMENT | KALLISTA MASTER FUND LTD |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 1 rue Vernier 75017 PARIS FRANCE

Court Claim # (if known):  19662
Amount of Claim:  17,969,792.42$
Date Claim Filed:  09/18/2009

Phone:  + 33 1 40 68 18 17
Last Four Digits of Acct #:  1753

Phone:  + 33 1 40 68 18 17
Last Four Digits of Acct. #:  0047

Name and Address where transferee payments should be sent (if different from above):
 C/O SG Paris Elysees Entrepr (03392)
 FR76 3000 3033 9200 0203 1175 338

Phone:  +33 14068 1817
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____[signature]_____        Date:  12/06/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

OFI ASSET MANAGEMENT
GÉRARD BOURRET
DIRECTEUR GÉNÉRAL

OFI ASSET MANAGEMENT
1 RUE VERNIER - 75017 PARIS
Tél. +33 (0)1 40 68 17 17 - Fax +33 (0)1 40 68 17 18
SA AU CAPITAL DE 3 257 163 EUROS
RCS 384 940 342 PARIS - APE 6630Z



December 7, 2011

To: the United States Bankruptcy Court – Southern District of New York

United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

**By overnight courier**

Dear Sirs,

**Notice of transfer of claim other than for security**

We refer to the case number 08-13555 (JMP) in re. Lehman Brothers Holdings Inc., et al.

We are acting in our capacity as transferees of claims relating to such case.

Please find herewith forms 3001(e) that are required to be filed with the United States Bankruptcy Court – Southern District of New York along with relevant copies of the evidence of transfer documents.

Please do not hesitate to contact Mister Sébastien Grasset (sgrasset@ofiam.fr / +33 1 40 68 18 17), if you require further information

Sincerely,

ADI CONSEIL

Signature:

Enclosed

OFI ASSET MANAGEMENT

Signature:

THIERRY CALLAULT
DIRECTEUR GÉNÉRAL DÉLÉGUÉ
OFI ASSET MANAGEMENT

www.ofi-am.fr • OFI Asset Management • Groupe OFI • 1, rue Vernier 75017 Paris • Tél.: +33 (0) 1 40 68 17 17 • Fax: +33 (0) 1 40 68 17 18
S.A. au capital de 3 257 163 € • RCS Paris 384 940 342 • APE 66302 • Société de gestion de portefeuille • Agrément COB N° GP 92-12 • FR 51384940342

