Anthony Paduano
Leonard Weintraub
Willard Knox
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

ATTORNEYS FOR JASON T. TAYLOR and PHILIP WALSH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al. | Case No. 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON MOTIONS OF JASON T. TAYLOR AND PHILIP**
**WALSH FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES**
**NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motions of movants Jason T. Taylor [Docket No. 14377] and Philip Walsh [Docket No. 14571] (collectively, "Movants") for determinations that the automatic stay does not apply or, alternatively, for relief from automatic stay (the "Motions"), which were scheduled for January 11, 2012, at 10:00 a.m. (prevailing Eastern Time), has been adjourned by agreement of Debtors and Movants to **February 15, 2012 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motions will be held before the Honorable James M.

Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or other responsive pleadings to the Motions has been extended to **February 8, 2012 at 4:00 p.m. (prevailing Eastern Time).**

Dated:   New York, New York
         December 23, 2011

PADUANO & WEINTRAUB LLP

BY: _____
Anthony Paduano
Leonard Weintraub
Willard Knox
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

Attorneys for Jason T. Taylor and
Philip Walsh
