WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
:
**In re**                                                      :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (JMP)**
:
**Debtors.**                              :        **(Jointly Administered)**
:
--------------------------------------------------------------------x

**QUARTERLY REAL ESTATE ASSET**
**DISPOSITIONS AND NEW INVESTMENTS REPORTS**

Pursuant to (i) the Order Pursuant to Sections 105(a) and 363(b) of the

Bankruptcy Code and Rules 6004(h) and 9019(a) of the Federal Rules of Bankruptcy Procedure

Establishing Procedures to Dispose of Real Estate Assets and Modifying the Order Establishing

Procedures to (I) Restructure, (II) Make New or Additional Debt or Equity Investments In,

And/Or (III) Enter Into Settlements And Compromises In Connection With Existing Real Estate

Investments, entered on June 17, 2010 (the "Asset Dispositions Order"), and (ii) the Amended

Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule

9019 Establishing Procedures to (I) Restructure, (II) Make New Debt Or Equity Investments In,

And/Or (III) Enter Into Settlements and Compromises In Connection With Existing Real Estate

Investments, entered on July 21, 2011 (the "New Investments Order," and together with the

Asset Dispositions Order, the "Orders")[1], the Court granted Lehman Brothers Holdings Inc. and

its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority

to dispose of certain real estate assets and to modify the reporting requirements set forth in the

Original Order authorizing the Debtors to make New Investments.

As required by the Orders, the Debtors hereby file the quarterly reports for the

period September 1, 2011 through and including November 30, 2011 of all Real Estate

Disposition Transactions entered into by the Debtors and all New Investments and Permitted

Expenditures (to the extent required to be reported under the New Investments Order) made by

the Debtors, which are annexed hereto, respectively, as Exhibit A and Exhibit B.


Dated:  December 23, 2011
        New York, New York

                                     /s/ Jacqueline Marcus
                                     Jacqueline Marcus

                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007

                                     Attorneys for Debtors
                                     and Debtors in Possession

---

[1] All capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Orders.

## Exhibit A

**Real Estate Disposition Transactions**
**For the Period 9/1/2011 to 11/30/2011**

| Real Estate Disposition Transactions | |
|---|---|
| **Number of Real Estate Disposition Transactions from September 1, 2011 through November 30, 2011** | **Aggregate Estimated Recovery Amount of all Real Estate Investments subject to a Real Estate Disposition Transaction from September 1, 2011 through November 30, 2011** |
| 42 | $5,548,423.73 |

| Real Estate Disposition Transactions Greater Than $25 Million but Less Than $100 Million | | | |
|---|---|---|---|
| | **Estimated Recovery Amount** | **Consideration Received by the Debtors** | **City of Property Relating to Real Estate Investment** |
| NONE FOR THIS QUARTER | | | |

## Exhibit B

**New Investments**
**For the Period 9/1/2011 to 11/30/2011**

| Aggregate amount of New Investments funded by the Debtors with respect to real estate assets owned |
|:---:|
| **$0.00** |

| New Investments Greater Than or Equal to $1 Million | | | |
|:---:|:---:|:---:|:---:|
| **Range of Value of Underlying Real Estate Investment** | **Amount of New Investment** | **Type of Property To Which New Investment Relates** | **Type of New Investment (Debt or Equity)** |
| NONE FOR THIS QUARTER | | | |

| Protective Advances for Non-Discretionary or Emergency Property Related Purposes | | | |
|:---:|:---:|:---:|:---:|
| | **Range of Value of Underlying Real Estate Investment** | **Amount of Advance or Aggregate Amount if More Than $10 Million** | **Type of Property To Which  Advance Relates** |
| NONE FOR THIS QUARTER | | | |