**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-798-6355
TINA N. MOSS, ESQ. (TM-7907)

*Attorneys for SPCP Group, LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | **Case No. 08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

--------------------------------------------------------- X

|  |  |  |
|---|---|---|
|  | : | **Chapter 11** |
| In re | : |  |
|  | : |  |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | **Case No. 08-13888 (JMP)** |
|  | : | **(Jointly Administered)** |
|  | : |  |
| Debtor. | : |  |

--------------------------------------------------------- X

## NOTICE OF TRANSFER OF CLAIM OTHER THAN
## FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim").  A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit A and is incorporated herein by reference.

**Name of Transferee**:

SPCP Group, LLC

**Name of Transferor:**

Structured Investment Holdings IV, SPC,
A Cayman Segregated Portfolio Company,
Solely on the Behalf of Treesdale CDO a
Segregated Portfolio, a Segregated Portfolio
Thereof

**Name and Address where notices to
Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Primary Contact:  Brian A. Jarmain
Telephone:  203-542-4032
Facsimile:  203-542-4132
Email:  bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY  10036
Attn:  Ronald S. Beacher, Esq.
Telephone:  212-326-0148
Facsimile:  212-515-6959
Email:  rbeacher@pryorcashman.com

**Name and address where Transferee
payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830
Attn:  Brian A. Jarmain
Telephone:  203-542-4032

Case No.  08-13888
Court Claim No.  4407
Amount of Claim:  $493,990.00
Date Claim Filed:  May 18, 2009
Debtor:  Lehman Brothers Special
          Financing  Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period.  The Transferor has stipulated that:  (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the sole owner and holder of the Transferred Claim.

Dated: New York, New York
      December 23, 2011

**PRYOR CASHMAN LLP**

By:    */s/ Tina N. Moss*_____

Tina N. Moss (TM-7907)
7 Times Square
New York, New York 10036
Telephone:  212-326-0421
Facsimile :  212-798-6355

*Attorneys for SPCP Group, LLC*

# EXHIBIT A

**EXHIBIT A TO
ASSIGNMENT OF CLAIM**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Structured Investment Holdings IV, SPC, A Cayman Segregated Portfolio Company, Solely on the Behalf of Treesdale CDO a Segregated Portfolio, a Segregated Portfolio Thereof ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Assignee"), all of Assignor's right, title, interest, claims[3] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 776 in an amount of not less than $493,990.00 (the "Assigned Claim"), against Lehman Brothers Special Financing Inc (the "Debtor"), the debtor-in-possession in Case No. 08-13888 (jointly administered under Case No. 08-13555) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 18, 2009.

STRUCTURED INVESTMENT HOLDINGS IV, SPC, A CAYMAN SEGREGATED PORTFOLIO COMPANY, SOLELY ON THE BEHALF OF TREESDALE CDO A SEGREGATED PORTFOLIO, A SEGREGATED PORTFOLIO THEREOF

By: _____

Name of person signing _Yung Lim_

Title of person signing _Director_

---

[3] As that term is defined in 11 USC § 101(5)