**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: **Chapter 11**
In re :
: **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
Debtors. : **(Jointly Administered)**
:
: **Ref. Docket No. 23185**
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2011, I caused to be served the "Omnibus Notice of Hearing On Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, and One Hundred Seventy-Sixth Omnibus Objections to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated December 9, 2011 [Docket No. 23185], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
23rd day of December, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Omni Ntc of Hrg_ DI 23185_AFF_12-9-11.doc

# EXHIBIT A

LBH Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | arthur.rosenberg@hklaw.com |
| aalfonso@willkie.com | arwolf@wlrk.com |
| abeaumont@fklaw.com | aseuffert@lawpost-nyc.com |
| abraunstein@riemerlaw.com | ashaffer@mayerbrown.com |
| acaton@kramerlevin.com | ashmead@sewkis.com |
| acker@chapman.com | asnow@ssbb.com |
| adam.brezine@hro.com | atrehan@mayerbrown.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| ahammer@freebornpeters.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| akornikova@lcbf.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| amcmullen@boultcummings.com | bmerrill@susmangodfrey.com |
| amenard@tishmanspeyer.com | bmiller@mofo.com |
| anann@foley.com | boneill@kramerlevin.com |
| andrew.brozman@cliffordchance.com | brian.corey@greentreecreditsolutions.com |
| andrew.lourie@kobrekim.com | brosenblum@jonesday.com |
| angelich.george@arentfox.com | broy@rltlawfirm.com |
| ann.reynaud@shell.com | bstrickland@wtplaw.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | bturk@tishmanspeyer.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | calbert@reitlerlaw.com |
| arahl@reedsmith.com | canelas@pursuitpartners.com |
| arheaume@riemerlaw.com | carol.weinerlevy@bingham.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| arosenblatt@chadbourne.com | cbelmonte@ssbb.com |

LBH Email Service List

cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com

dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com

LBH Email Service List

dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com

ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com

LBH Email Service List

| | |
|---|---|
| jbromley@cgsh.com | jmaddock@mcguirewoods.com |
| jcarberry@cl-law.com | jmakower@tnsj-law.com |
| jchristian@tobinlaw.com | jmazermarino@msek.com |
| jdoran@haslaw.com | jmcginley@wilmingtontrust.com |
| jdrucker@coleschotz.com | jmelko@gardere.com |
| jdyas@halperinlaw.net | jmerva@fult.com |
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com |
| jeanites@whiteandwilliams.com | jmr@msf-law.com |
| jeannette.boot@wilmerhale.com | jnadritch@olshanlaw.com |
| jeff.wittig@coair.com | jnm@mccallaraymer.com |
| jeffery.black@bingham.com | john.monaghan@hklaw.com |
| jeffrey.sabin@bingham.com | john.rapisardi@cwt.com |
| jeldredge@velaw.com | jorbach@hahnhessen.com |
| jen.premisler@cliffordchance.com | joseph.cordaro@usdoj.gov |
| jennifer.demarco@cliffordchance.com | joshua.dorchak@bingham.com |
| jennifer.gore@shell.com | jowen769@yahoo.com |
| jeremy.eiden@ag.state.mn.us | jowolf@law.nyc.gov |
| jfalgowski@reedsmith.com | joy.mathias@dubaiic.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com |
| jfox@joefoxlaw.com | jporter@entwistle-law.com |
| jfreeberg@wfw.com | jprol@lowenstein.com |
| jg5786@att.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jguy@orrick.com | jschwartz@hahnhessen.com |
| jherzog@gklaw.com | jsheerin@mcguirewoods.com |
| jhiggins@fdlaw.com | jshickich@riddellwilliams.com |
| jhorgan@phxa.com | jsmairo@pbnlaw.com |
| jhuggett@margolisedelstein.com | jstoll@mayerbrown.com |
| jhuh@ffwplaw.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjoyce@dresslerpeters.com | jtougas@mayerbrown.com |
| jjtancredi@daypitney.com | judy.morse@crowedunlevy.com |
| jjureller@klestadt.com | jwallack@goulstonstorrs.com |
| jkehoe@btkmc.com | jwang@sipc.org |
| jlamar@maynardcooper.com | jwcohen@daypitney.com |
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlipson@crockerkuno.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | kdwbankruptcydepartment@kelleydrye.com |
| jlscott@reedsmith.com | keckhardt@hunton.com |

LBH Email Service List

| | |
|---|---|
| keith.simon@lw.com | lthompson@whitecase.com |
| ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| ken.higman@hp.com | lwhidden@salans.com |
| kerry.moynihan@hro.com | mabrams@willkie.com |
| kgwynne@reedsmith.com | maofiling@cgsh.com |
| kiplok@hugheshubbard.com | marc.chait@sc.com |
| kkelly@ebglaw.com | margolin@hugheshubbard.com |
| kkolbig@mosessinger.com | mark.bane@ropesgray.com |
| klyman@irell.com | mark.deveno@bingham.com |
| kmayer@mccarter.com | mark.ellenberg@cwt.com |
| kobak@hugheshubbard.com | mark.ellenberg@cwt.com |
| korr@orrick.com | mark.houle@pillsburylaw.com |
| kovskyd@pepperlaw.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.davis@ots.treas.gov |
| kressk@pepperlaw.com | marvin.clements@ag.tn.gov |
| kreynolds@mklawnyc.com | matt@willaw.com |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| kuehn@bragarwexler.com | maustin@orrick.com |
| kurt.mayr@bgllp.com | max.polonsky@skadden.com |
| lacyr@sullcrom.com | mbenner@tishmanspeyer.com |
| landon@streusandlandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mbienenstock@dl.com |
| lathompson@co.sanmateo.ca.us | mbloemsma@mhjur.com |
| lberkoff@moritthock.com | mbossi@thompsoncoburn.com |
| lee.stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mccombst@sullcrom.com |
| lhandelsman@stroock.com | mcordone@stradley.com |
| linda.boyle@twtelecom.com | mcto@debevoise.com |
| lisa.ewart@wilmerhale.com | mdahlman@kayescholer.com |
| lisa.kraidin@allenovery.com | mdorval@stradley.com |
| ljkotler@duanemorris.com | melorod@gtlaw.com |
| lmarinuzzi@mofo.com | meltzere@pepperlaw.com |
| lmay@coleschotz.com | metkin@lowenstein.com |
| lmcgowen@orrick.com | mfeldman@willkie.com |
| lml@ppgms.com | mgordon@briggs.com |
| lnashelsky@mofo.com | mgreger@allenmatkins.com |
| loizides@loizides.com | mh1@mccallaraymer.com |
| lromansic@steptoe.com | mharris@smsm.com |
| lscarcella@farrellfritz.com | mhopkins@cov.com |
| lschweitzer@cgsh.com | michael.frege@cms-hs.com |
| lsilverstein@potteranderson.com | michael.kelly@monarchlp.com |

LBH Email Service List

| | |
|---|---|
| michael.kim@kobrekim.com | nfurman@scottwoodcapital.com |
| michael.mccrory@btlaw.com | nherman@morganlewis.com |
| michael.reilly@bingham.com | nissay_10259-0154@mhmjapan.com |
| millee12@nationwide.com | nlepore@schnader.com |
| miller@taftlaw.com | notice@bkcylaw.com |
| mimi.m.wong@irscounsel.treas.gov | oipress@travelers.com |
| mitchell.ayer@tklaw.com | omeca.nedd@lovells.com |
| mjacobs@pryorcashman.com | otccorpactions@finra.org |
| mjedelman@vedderprice.com | paronzon@milbank.com |
| mjr1@westchestergov.com | patrick.oh@freshfields.com |
| mkjaer@winston.com | paul.turner@sutherland.com |
| mlahaie@akingump.com | pbattista@gjb-law.com |
| mlandman@lcbf.com | pbosswick@ssbb.com |
| mlichtenstein@crowell.com | pdublin@akingump.com |
| mlynch2@travelers.com | peisenberg@lockelord.com |
| mmendez@hunton.com | peter.gilhuly@lw.com |
| mmooney@deilylawfirm.com | peter.macdonald@wilmerhale.com |
| mmorreale@us.mufg.jp | peter.simmons@friedfrank.com |
| mneier@ibolaw.com | peter@bankrupt.com |
| monica.lawless@brookfieldproperties.com | pfeldman@oshr.com |
| mpage@kelleydrye.com | phayden@mcguirewoods.com |
| mparry@mosessinger.com | pmaxcy@sonnenschein.com |
| mpomerantz@julienandschlesinger.com | ppascuzzi@ffwplaw.com |
| mprimoff@kayescholer.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrainguiterrez@kaplanlandau.com |
| mruetzel@whitecase.com | ptrostle@jenner.com |
| mschimel@sju.edu | pwright@dl.com |
| mschlesinger@julienandschlesinger.com | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msiegel@brownrudnick.com | rajohnson@akingump.com |
| msolow@kayescholer.com | ramona.neal@hp.com |
| mspeiser@stroock.com | ranjit.mather@bnymellon.com |
| mstamer@akingump.com | raul.alcantar@ropesgray.com |
| mvenditto@reedsmith.com | rbeacher@pryorcashman.com |
| mwarren@mtb.com | rbyman@jenner.com |
| ncoco@mwe.com | rdaversa@orrick.com |
| neal.mann@oag.state.ny.us | relgidely@gjb-law.com |
| ned.schodek@shearman.com | rfleischer@pryorcashman.com |
| neilberger@teamtogut.com | rfrankel@orrick.com |
| newyork@sec.gov | rfriedman@silvermanacampora.com |

LBH Email Service List

rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com

LBH Email Service List

steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com

wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com
sabvanrooy@hotmail.com
mberman@nixonpeabody.com
cdesiderio@nixonpeabody.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE  TRACY HOPE DAVIS, ESQ. ELISABETTA G. GASPARINI, ESQ. ANDREA B. SCHWARTZ, ESQ. | 12126682255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ALLARD, ANDREW | 647 DELAWARE AVENUE RIDGEWOOD NJ 07450 |
| ANDERSON, IAN W. | 7 DANSON ROAD KENT BEXLEYHEATH DA6 8HA UNITED KINGDOM |
| ANDRIOLA, ROCCO F. | 45 MOREWOOD OAKS PORT WASHINGTON NY 11050 |
| ANTONCIC, MADELYN | 350 EAST 57TH STREET APARTMENT 13A NEW YORK NY 10022 |
| BANCHETTI, RICCARDO | FORO BUONAPARTE 24 MILANO 20121 ITALY |
| BARDEHLE, CHRISTIAN | VOLTASTRASSE 70 FRANKFURT 60486 GERMANY |
| BAZYLEVSKY, BO | 51 EAST 93RD ST. NEW YORK NY 10128 |
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| CALLIES, GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| CATALAO MAIA, ALEXANDRE | 200 EAST 94TH STREET APT 514 NEW YORK NY 10128 |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| CRASTON, EDMUND ANTHONY | 8 ST. MAUR ROAD LONDON SW6 4DP UNITED KINGDOM |
| CREMIN, PATRICK G. | 12 LAUDERDALE MANSIONS LAUDERDALE ROAD MAIDA VALE LONDON W91NE UNITED KINGDOM |
| DAY, GEMMA | 61A KENTISH TOWN ROAD LONDON NW1 8RX UNITED KINGDOM |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DICCIANNI, CHARLES | 53 WEDGEWOOD DRIVE GOSHEN NY 10924 |
| DUFFY, KATHLEEN C | 375 SOUTH END AVENUE APT 27A NEW YORK NY 10280 |
| DYER, ROBERT C. | 2 MCLAREN ROAD SOUTH DARIEN CT 06820 |
| FALLTRICK, BARRY J | 51 COUNTY PLACE ESSEX CHELMSFORD CM2 0RF UNITED KINGDOM |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FLEISCHMAN RICHMAN, SANDY | 25 CENTRAL PARK WEST APT #6E NEW YORK NY 10023 |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| GLASEBROOK, RICHARD J., II | 515 NORTH STREET GREENWICH CT 06830 |
| GLASEBROOK, RICHARD J., II | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| GOLDMAN, SHERYL | 1820 BITTERSWEET LANE MOUNT PROSPECT IL 60056 |
| GRAN, MICHAEL | 45 COMELY LANE LATHAM NY 12110 |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| JAO, ANDREA T. | 77 SEVENTH AVE. APT. 10-S NEW YORK NY 10011 |
| JUDD, IAN | HOLLY HEDGE ST JOHNS HILL ROAD ST JOHNS SURREY WOKING GU21 7RG UNITED KINGDOM |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KENNEY, JUDITH ANN | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| KENNEY, JUDITH ANN | 40 WEST 77TH ST APT #11D NEW YORK NY 10024 |
| LANGEVIN, MARY | 19 FORT CHARLES PLACE BRONX NY 10463 |
| LATIFA, DEBBARH | FLAT 20 41 MILLHARBOUR LONDON E14 9NA UNITED KINGDOM |
| LAWRENCE, HENRY MORGAN III | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| LUDWIG, LINDA | 15 BELVEDERE DRIVE LIVINGSTON NJ 07039 |
| LUDWIG, LINDA | ARNOLD LUDWIG 26 COURT STREET, SUITE 400 BROOKLYN NY 11242 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MALTHOUSE, SAMANTHA | 206 PRIESTS LANE ESSEX SHENFIELD CM158LG UNITED KINGDOM |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MARCUS, LISA | STEVEN ABRAMOWITZ VINSON & ELKINS LLP 666 5TH AVE. NEW YORK NY 10103 |

| Claim Name | Address Information |
|---|---|
| MARSHALL, NIKKI A. | 12 THOMAS ROAD WESTPORT CT 06880 |
| MCCOOEY, KEVIN C. | 11 PLYMOUTH ROAD RYE NY 10580 |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |
| MEYER, JAMES P. | 1530 N DEARBORN #14N CHICAGO IL 60610 |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| NACKENSON, RICHARD | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| NACKENSON, RICHARD | 254 E 68TH ST APT 31D NEW YORK NY 10065-6000 |
| NEDEV, BORIS | 4TH FLOOR FLAT 59 COURTFIELD GARDENS LONDON SW5 ONF UNITED KINGDOM |
| NETZEL, GAVIN R | 17 DEFIANT CLOSE CHATHAM, KENT ME5 7QS UNITED KINGDOM |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6 UNITED KINGDOM |
| PENTON, ANDREA M | 71 SALLOWS SHAW SOLE STREET KENT COBHAM DA139BP UNITED KINGDOM |
| PLASKETT, RODNEY A. | 40 BIRCHWOOD LANE HARTSDALE NY 10530 |
| PORTER, BARRY | 22 DOVE PARK CHORLEY WOOD WD3 5NY UNITED KINGDOM |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON STE 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| SAKS, ROGER | 64 TWIN BROOKS RD SADDLE RIVER NJ 07458 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |
| SHOTTON, PAUL NIGEL | 124 LUKES WOOD ROAD NEW CANAAN CT 06840 |
| SOMMA, GREGG | 4 PETERSON ROAD HILLSBOROUGH NJ 08844 |
| STATHAM, CHRISTOPHER A. | VALEWOOD FARM HOUSE BELL VALE LANE SURREY HASLEMERE GU27 3DJ UNITED KINGDOM |
| SULLIVAN, ANDREA | 29 ROSTREVOR ROAD LONDON SW65AX UNITED KINGDOM |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| VELEBA, MILAN | FLAT 13 / CAPSTAN COURT 24 WAPPING WALL LONDON E1W 3SE UNITED KINGDOM |
| WALKER, MATTHEW | 30 DUNSTAN ROAD LONDON UNITED KINGDOM |
| WARDELL, JEFFERY K. | 2255 BUSH STREET #1 SAN FRANCISCO CA 94115 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WELCH, COLIN S. A. | 26 HAMILTON GARDENS ST. JOHN'S WOOD NW8 9PU UNITED KINGDOM |
| WHAMOND, CHRISTIAN | 35 MIDBROOK LANE OLD GREENWICH CT 06870 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |

**Total Creditor count 84**