**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| | : |
| **In re** | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| Debtors. | : |
| | : |
| | : |

**Chapter 11**

**Case No. 08-13555 (JMP)**

**(Jointly Administered)**

**Ref. Docket Nos. 23354, 23358,**
**23360-23373, 23391, 23404, 23412**

---------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Notice of Adjournment of Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23354], (the "NOA - Omni 96"),

   b. "Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23358], (the "NOA - Omni 112"),

   c. "Notice of Adjournment of Debtors' One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23360], (the "NOA - Omni 180"),

   d. "Notice of Adjournment of Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23361], (the "NOA - Omni 188"),

   e. "Notice of Adjournment of Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23362], (the "NOA - Omni 110"),

   f. "Notice of Adjournment of Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23363], (the "NOA - Omni 117"),

g.  "Notice of Adjournment of Debtors' One Hundred Twenty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23364], (the "NOA - Omni 121"),

h.  "Notice of Adjournment of Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23365], (the "NOA - Omni 136"),

i.  "Notice of Adjournment of Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23366], (the "NOA - Omni 173"),

j.  "Notice of Adjournment of Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claim," dated December 14, 2011 [Docket No. 23367], (the "NOA - Omni 174"),

k.  "Notice of Adjournment of Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Pension Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23368], (the "NOA - Omni 175"),

l.  "Notice of Adjournment of Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23369], (the "NOA - Omni 177"),

m.  "Notice of Adjournment of Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability 401(k) Claims) Solely as to Certain Claim," dated December 14, 2011 [Docket No. 23370], (the "NOA - Omni 178"),

n.  "Notice of Adjournment of Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23371], (the "NOA - Omni 185"),

o.  "Notice of Adjournment of Debtors' Two Hundred Fifth Omnibus Objection to Claims (Insufficient Documentation Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23372], (the "NOA - Omni 205"),

p.  "Notice of Adjournment of Debtors' Objection to Proof of Claim Number 29702," dated December 14, 2011 [Docket No. 23373], (the "NOA - Claim No. 29702"),

q.  "Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated December 14, 2011 [Docket No. 23391], (the "NOA - Omni 140"),

r.  "Notice of Adjournment of Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23404], (the "NOA - Omni 111") and

s.  "Notice of Withdrawal of Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claim," dated December 14, 2011 [Docket No.  23412], (the "NOW - Omni 233"),

by causing true and correct copies of the:

i.  NOA - Omni 96, NOA - Omni 112, NOA - Omni 180, NOA - Omni 188, NOA - Omni 110, NOA - Omni 117, NOA - Omni 121, NOA - Omni 136, NOA - Omni 173, NOA - Omni 174, NOA - Omni 175, NOA - Omni 177, NOA - Omni 178, NOA - Omni 185, NOA - Omni 205, NOA - Claim No. 29702, NOA - Omni 140, NOA - Omni 111 and NOW - Omni 233, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on December 14, 2011,

ii.  NOA - Omni 96, NOA - Omni 112, NOA - Omni 180, NOA - Omni 188, NOA - Omni 110, NOA - Omni 117, NOA - Omni 121, NOA - Omni 136, NOA - Omni 173, NOA - Omni 174, NOA - Omni 175, NOA - Omni 177, NOA - Omni 178, NOA - Omni 185, NOA - Omni 205, NOA - Claim No. 29702, NOA - Omni 140, NOA - Omni 111 and NOW - Omni 233, to be delivered via facsimile to those parties listed on the annexed Exhibit B, on December 14, 2011,

iii.  NOA - Omni 96, NOA - Omni 112, NOA - Omni 180, NOA - Omni 188, NOA - Omni 110, NOA - Omni 117, NOA - Omni 121, NOA - Omni 136, NOA - Omni 173, NOA - Omni 174, NOA - Omni 175, NOA - Omni 177, NOA - Omni 178, NOA - Omni 185, NOA - Omni 205, NOA - Claim No. 29702, NOA - Omni 140, NOA - Omni 111 and NOW - Omni 233, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on December 14, 2011,

iv.  NOA - Omni 112, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, on December 14, 2011,

v.  NOA - Omni 180, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E, on December 14, 2011,

vi.  NOA - Omni 188, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F, on December 14, 2011,

vii.  NOA - Omni 117, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G, on December 14, 2011,

viii.  NOA - Omni 136, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit H, on December 14, 2011,

ix.    NOA - Omni 173, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit I</u>, on December 14, 2011,

x.    NOA - Omni 185, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit J</u>, on December 14, 2011,

xi.    NOA - Omni 140, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit K</u>, on December 14, 2011,

xii.    NOA - Omni 111, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit L</u>, on December 14, 2011,

xiii.    NOW - Omni 233, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>, on December 14, 2011,

xiv.    NOA - Omni 96, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit N</u>, on December 15, 2011,

xv.    NOA - Omni 112, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit O</u>, on December 15, 2011,

xvi.    NOA - Omni 180, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit P</u>, on December 15, 2011,

xvii.    NOA - Omni 188, to be enclosed securely in a separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Q</u>, on December 15, 2011,

xviii.    NOA - Omni 110, to be enclosed securely in a separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit R</u>, on December 15, 2011,

xix.    NOA - Omni 117, to be enclosed securely in a separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit S</u>, on December 15, 2011,

xx.    NOA - Omni 121, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit T</u>, on December 15, 2011,

xxi.    NOA - Omni 136, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit U</u>, on December 15, 2011,

xxii.    NOA - Omni 173, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit V</u>, on December 15, 2011,

xxiii.    NOA - Omni 174 and NOA - Omni 175, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit W</u>, on December 15, 2011,

xxiv.    NOA - Omni 177, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit X</u>, on December 15, 2011,

xxv.    NOA - Omni 178, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit Y</u>, on December 15, 2011,

xxvi.    NOA - Omni 185, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Z</u>, on December 15, 2011,

xxvii.    NOA - Omni 205, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A1</u>, on December 15, 2011,

xxviii.    NOA - Claim No. 29702, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B1</u>, on December 15, 2011,

xxix.    NOA - Omni 140, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C1</u>, on December 15, 2011,

xxx.    NOA - Omni 111, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D1</u>, on December 15, 2011, and

xxxi.    NOW - Omni 233, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E1</u>, on December 15, 2011.

T:\Clients\LBH\Affidavits\NOAs for Omnis 96, 112, 180, 188, 110, 117, 121, 136, 173-175, 177-178, 185, 205, Claim No. 29702, 140, 111;
NOW for Omni 233_DI 23354, 23358, 23360-23373, 23391, 23404, 23412_AFF_12-14-11 & 12-15-11.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
21st day of December, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\NOAs for Omnis 96, 112, 180, 188, 110, 117, 121, 136, 173-175, 177-178, 185, 205, Claim No. 29702, 140, 111; NOW for Omni 233_DI 23354, 23358, 23360-23373, 23391, 23404, 23412_AFF_12-14-11 & 12-15-11.doc

# EXHIBIT A

### *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anann@foley.com |
| aalfonso@willkie.com | Andrew.Brozman@cliffordchance.com |
| abeaumont@fklaw.com | andrew.lourie@kobrekim.com |
| abraunstein@riemerlaw.com | angelich.george@arentfox.com |
| acaton@kramerlevin.com | ann.reynaud@shell.com |
| acker@chapman.com | anthony_boccanfuso@aporter.com |
| adam.brezine@hro.com | aoberry@bermanesq.com |
| adarwin@nixonpeabody.com | aostrow@beckerglynn.com |
| Adiamond@DiamondMcCarthy.com | apo@stevenslee.com |
| aeckstein@blankrome.com | aquale@sidley.com |
| aentwistle@entwistle-law.com | araboy@cov.com |
| afriedman@irell.com | arahl@reedsmith.com |
| agbanknewyork@ag.tn.gov | arheaume@riemerlaw.com |
| aglenn@kasowitz.com | arlbank@pbfcm.com |
| agold@herrick.com | arosenblatt@chadbourne.com |
| agoldstein@tnsj-law.com | arthur.rosenberg@hklaw.com |
| ahammer@freebornpeters.com | arwolf@wlrk.com |
| aisenberg@saul.com | aseuffert@lawpost-nyc.com |
| akantesaria@oppenheimerfunds.com | ashaffer@mayerbrown.com |
| akolod@mosessinger.com | ashmead@sewkis.com |
| akornikova@lcbf.com | asnow@ssbb.com |
| alum@ftportfolios.com | atrehan@mayerbrown.com |
| amarder@msek.com | aunger@sidley.com |
| amartin@sheppardmullin.com | austin.bankruptcy@publicans.com |
| AMcMullen@BoultCummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| bankr@zuckerman.com | canelas@pursuitpartners.com |
| bankruptcy@goodwin.com | carol.weinerlevy@bingham.com |
| bankruptcy@morrisoncohen.com | cbelisle@wfw.com |
| bankruptcy@ntexas-attorneys.com | cbelmonte@ssbb.com |
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | cdesiderio@nixonpeabody.com |
| bbisignani@postschell.com | ceskridge@susmangodfrey.com |
| bcarlson@co.sanmateo.ca.us | cgoldstein@stcwlaw.com |
| bdk@schlamstone.com | chammerman@paulweiss.com |
| bguiney@pbwt.com | chardman@klestadt.com |
| bill.freeman@pillsburylaw.com | charles@filardi-law.com |
| bkmail@prommis.com | charles_malloy@aporter.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmerrill@susmangodfrey.com | chris.donoho@lovells.com |
| BMiller@mofo.com | christopher.schueller@bipc.com |
| boneill@kramerlevin.com | clarkb@sullcrom.com |
| Brian.Corey@greentreecreditsolutions.com | clynch@reedsmith.com |
| brosenblum@jonesday.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| bstrickland@wtplaw.com | colea@gtlaw.com |
| btrust@mayerbrown.com | cousinss@gtlaw.com |
| bturk@tishmanspeyer.com | cp@stevenslee.com |
| bwolfe@sheppardmullin.com | cpappas@dilworthlaw.com |
| bzabarauskas@crowell.com | craig.goldblatt@wilmerhale.com |
| cahn@clm.com | crmomjian@attorneygeneral.gov |
| calbert@reitlerlaw.com | cs@stevenslee.com |

**_LBH MSL Email Service List_**

| | |
|---|---|
| csalomon@beckerglynn.com | ddavis@paulweiss.com |
| cschreiber@winston.com | ddrebsky@nixonpeabody.com |
| cshore@whitecase.com | ddunne@milbank.com |
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| draelson@fisherbrothers.com | ellen.halstead@cwt.com |
| dravin@wolffsamson.com | emerberg@mayerbrown.com |
| drose@pryorcashman.com | enkaplan@kaplanlandau.com |
| drosenzweig@fulbright.com | eobrien@sbchlaw.com |
| drosner@goulstonstorrs.com | erin.mautner@bingham.com |
| drosner@kasowitz.com | eschaffer@reedsmith.com |
| dshaffer@wtplaw.com | eschwartz@contrariancapital.com |
| dshemano@pwkllp.com | esmith@dl.com |
| dspelfogel@foley.com | etillinghast@sheppardmullin.com |
| dtatge@ebglaw.com | ezujkowski@emmetmarvin.com |
| dtheising@harrisonmoberly.com | ezweig@optonline.net |
| dwdykhouse@pbwt.com | fbp@ppgms.com |
| dwildes@stroock.com | feldsteinh@sullcrom.com |
| dworkman@bakerlaw.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | foont@foontlaw.com |
| ecohen@russell.com | francois.janson@hklaw.com |
| efleck@milbank.com | fsosnick@shearman.com |
| efriedman@fklaw.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | geraci@thalergertler.com |
| ekbergc@lanepowell.com | ggitomer@mkbattorneys.com |
| elevin@lowenstein.com | ggoodman@foley.com |
| eli.mattioli@klgates.com | giddens@hugheshubbard.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| gkaden@goulstonstorrs.com | jacobsonn@sec.gov |
| glenn.siegel@dechert.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| gravert@ravertpllc.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jamie.nelson@dubaiic.com |
| guzzi@whitecase.com | jar@outtengolden.com |
| harrisjm@michigan.gov | jason.jurgens@cwt.com |
| harveystrickon@paulhastings.com | jay.hurst@oag.state.tx.us |
| hbeltzer@mayerbrown.com | jay@kleinsolomon.com |
| heim.steve@dorsey.com | Jbecker@wilmingtontrust.com |
| heiser@chapman.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbeiers@co.sanmateo.ca.us |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hsteel@brownrudnick.com | jdoran@haslaw.com |
| icatto@mwe.com | Jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffery.black@bingham.com |
| iva.uroic@dechert.com | jeffrey.sabin@bingham.com |
| jaclyn.genchi@kayescholer.com | jeldredge@velaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jen.premisler@cliffordchance.com | jlovi@steptoe.com |
| jennifer.demarco@cliffordchance.com | jlscott@reedsmith.com |
| jennifer.gore@shell.com | jmaddock@mcguirewoods.com |
| jeremy.eiden@ag.state.mn.us | jmakower@tnsj-law.com |
| jfalgowski@reedsmith.com | jmazermarino@msek.com |
| jflaxer@golenbock.com | jmcginley@wilmingtontrust.com |
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@fult.com |
| jg5786@att.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| jsheerin@mcguirewoods.com | kmayer@mccarter.com |
| jshickich@riddellwilliams.com | kobak@hugheshubbard.com |
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kovskyd@pepperlaw.com |
| jsullivan@mosessinger.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | KReynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| lnashelsky@mofo.com | mberman@nixonpeabody.com |
| loizides@loizides.com | mberman@nixonpeabody.com |
| lromansic@steptoe.com | mbienenstock@dl.com |
| lscarcella@farrellfritz.com | mbloemsma@mhjur.com |
| lschweitzer@cgsh.com | mbossi@thompsoncoburn.com |
| lsilverstein@potteranderson.com | mcademartori@sheppardmullin.com |
| lthompson@whitecase.com | mccombst@sullcrom.com |
| lubell@hugheshubbard.com | mcordone@stradley.com |
| lwhidden@salans.com | mcto@debevoise.com |
| mabrams@willkie.com | mdahlman@kayescholer.com |
| MAOFILING@CGSH.COM | mdorval@stradley.com |
| Marc.Chait@SC.com | melorod@gtlaw.com |
| margolin@hugheshubbard.com | meltzere@pepperlaw.com |
| mark.bane@ropesgray.com | metkin@lowenstein.com |
| mark.deveno@bingham.com | mfeldman@willkie.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.houle@pillsburylaw.com | mh1@mccallaraymer.com |
| mark.sherrill@sutherland.com | mharris@smsm.com |
| martin.davis@ots.treas.gov | mhopkins@cov.com |
| Marvin.Clements@ag.tn.gov | michael.frege@cms-hs.com |
| matt@willaw.com | michael.kelly@monarchlp.com |
| matthew.klepper@dlapiper.com | michael.kim@kobrekim.com |
| maustin@orrick.com | michael.mccrory@btlaw.com |
| max.polonsky@skadden.com | michael.reilly@bingham.com |
| mbenner@tishmanspeyer.com | millee12@nationwide.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| miller@taftlaw.com | msiegel@brownrudnick.com |
| mimi.m.wong@irscounsel.treas.gov | msolow@kayescholer.com |
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mvenditto@reedsmith.com |
| MJR1@westchestergov.com | mwarren@mtb.com |
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | Nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| peter.gilhuly@lw.com | rgmason@wlrk.com |
| peter.macdonald@wilmerhale.com | rgraham@whitecase.com |
| peter.simmons@friedfrank.com | rhett.campbell@tklaw.com |
| peter@bankrupt.com | richard.lear@hklaw.com |
| pfeldman@oshr.com | richard.levy@lw.com |
| phayden@mcguirewoods.com | richard.tisdale@friedfrank.com |
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | RJones@BoultCummings.com |
| psp@njlawfirm.com | rleek@HodgsonRuss.com |
| ptrainguiterrez@kaplanlandau.com | RLevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | Robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| rrigolosi@smsm.com | sehlers@armstrongteasdale.com |
| rroupinian@outtengolden.com | seichel@crowell.com |
| rrussell@andrewskurth.com | sfelderstein@ffwplaw.com |
| rterenzi@stcwlaw.com | sfineman@lchb.com |
| RTrust@cravath.com | sfox@mcguirewoods.com |
| russj4478@aol.com | sgordon@cahill.com |
| rwasserman@cftc.gov | sgubner@ebg-law.com |
| rwyron@orrick.com | shannon.nagle@friedfrank.com |
| s.minehan@aozorabank.co.jp | sharbeck@sipc.org |
| sabin.willett@bingham.com | shari.leventhal@ny.frb.org |
| sabramowitz@velaw.com | shgross5@yahoo.com |
| SABVANROOY@HOTMAIL.COM | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| Schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sschultz@akingump.com |
| sdnyecf@dor.mo.gov | sselbst@herrick.com |

### _LBH MSL Email Service List_

| | |
|---|---|
| sshimshak@paulweiss.com | timothy.palmer@bipc.com |
| sskelly@teamtogut.com | tjfreedman@pbnlaw.com |
| steele@lowenstein.com | tkarcher@dl.com |
| stephen.cowan@dlapiper.com | tkiriakos@mayerbrown.com |
| steve.ginther@dor.mo.gov | tlauria@whitecase.com |
| steven.troyer@commerzbank.com | tmacwright@whitecase.com |
| steven.wilamowsky@bingham.com | tmarrion@haslaw.com |
| Streusand@StreusandLandon.com | tnixon@gklaw.com |
| susan.schultz@newedgegroup.com | toby.r.rosenberg@irscounsel.treas.gov |
| susheelkirpalani@quinnemanuel.com | tony.davis@bakerbotts.com |
| sweyl@haslaw.com | tslome@msek.com |
| swolowitz@mayerbrown.com | ttracy@crockerkuno.com |
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | Villa@StreusandLandon.com |
| tdewey@dpklaw.com | vmilione@nixonpeabody.com |
| tduffy@andersonkill.com | vrubinstein@loeb.com |
| teresa.oxford@invescoaim.com | walter.stuart@freshfields.com |
| TGoren@mofo.com | wanda.goodloe@cbre.com |
| thaler@thalergertler.com | WBallaine@lcbf.com |
| thomas.califano@dlapiper.com | wbenzija@halperinlaw.net |
| thomas.ogden@dpw.com | wchen@tnsj-law.com |
| Thomas_Noguerola@calpers.ca.gov | wcurchack@loeb.com |
| tim.desieno@bingham.com | wdase@fzwz.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |

### *LBH MSL Email Service List*

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

CAM-QUE KEVIN LIEU
PFAUENWEG 9C
22305 HAMBURG GERMANY


INVESTERINGSSELSKABET AL 11.12.1990 APS
KONGGEVEIEN 495C
2840 HOLTE DENMARK


LUCIA DEL CAMPO
LIORNA 6523 APTO 201
MONTEVIDEO 11500 URUGUAY

# EXHIBIT E

CENTRAL BANCO UNIVERSAL
ATTN: ALEJANDRO GOMEZ SIGALA
EDIFICIO CENTRAL EAP
AVE. SAN FELIPE, ENTRE 1A AND 2A
TRANSVERSAL, LA CASTELLANA
CARACAS VENEZUELA


INVERELL SHIRE COUNSEL
PO BOX 138
INVERELL NSW 2360 AUSTRALIA

**EXHIBIT F**

MITSUI SECURITIES, CO., LTD.
ATTN: GENERAL AFFAIRS DEPT.
21-1 1 CHOME
JUNKA  FUKUI 910-0023 JAPAN


AGRICULTURAL BANK OF TAIWAN
ATTN: SUN-CHYI LAI
2F, NO. 71, GUANCIAN RD.
TAIPEI CITY TAIWAN, PROVINCE OF CHINA


HORIZON II INTERNATIONAL LIMITED
HSBC HOUSE
68 WEST BAY ROAD
PO BOX 1109 GT
GRAND CAYMAN KY1-1102 CAYMAN ISLANDS

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| ADAIR, JOHN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ADDINGTON, ERIK R. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ANTONELLI, CHRISTOPHER G. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BALLENTINE, JAMES M., III | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BEST, BARBARA J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BHATTAL, JASJIT S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BRAMHAM, SHAUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BUSH, JAMES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHAN, KENT | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHETTY, NOEL ROYAPPAN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHIN, RUSSELL | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHO, KUNHO | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CORSALINI, ENRICO J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DEXTER, DARRIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FLANAGAN, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FUCHS, BENJAMIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GABBAY, MARK | HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG |
| GABBAY, MARK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GLAVAN, JEFFREY L. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GOULD, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GREENWALD, ANDREW J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HOWE, CHRISTIAN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

| Claim Name | Address Information |
|---|---|
| HUANG, KANGLIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUGO-LANCELOT ROBERT GABRIEL MARTY | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUNT, ROBIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HURLEY, JEFFREY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| JOTWANI, TARUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KAYE, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KEAY, STEPHANIE | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LUCOCQ, SIMON B. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MCGARRY, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MILLEA, TIMOTHY E. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| O'CONNOR, BRIAN M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PEARSON, THOMAS M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PIASIO, WAYNE RICHARD | SUITE 259 28 OLD BROMPTON ROAD LONDON SW7 355 UNITED KINGDOM |
| QUISMORIO, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RASNER, TIMOTHY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ROPNER, HENRY | 14 DUNCANNON 26 LINDSAY SQUARE LONDON SW1V 2HT UNITED KINGDOM |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RUBINSTEIN, MARC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SCHIFFMAN, GLENN H. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SCHREIBER, RUSSELL | FLAT 5 CADOGAN COURT GARDENS 1 D'OYLEY STREET LONDON SW1X 9AQ UNITED KINGDOM |
| SIEGMUND, THOMAS | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SKOLNICK, FRED J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TUNG, SHARON W. | TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

| Claim Name | Address Information |
|---|---|
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VAISH, PANKAJ | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WEISS, AARON J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WENDEL, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| YEE, JACK S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO MI 20095 ITALY |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

**Total Creditor count  63**

**EXHIBIT H**

| Claim Name | Address Information |
| --- | --- |
| STADT SCHWAEBISCH HALL | ATTN: MR. UWE GOETZELMANN AM MARKT 4 SCHWAEBISCH HALL DE-74523 GERMANY |

**Total Creditor count  1**

**EXHIBIT I**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CANDILLIER, JOHN | 63 CHIPSTEAD STREET LONDON SW6 35R UNITED KINGDOM |

**Total Creditor count  1**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| NAHUM, ANTHONY | 56 NORTH GATE PRINCE ALBERT ROAD LONDON NW8 7EH UNITED KINGDOM |

**Total Creditor count  1**

**EXHIBIT K**

BANQUE SAFDIE SA
1, RUE DE LA TOUR-DE-L'ILE
CASE POSTALE 5415
ATTN: MICHEL KISFALUDY
CH - 1211 GENEVA 11
SWITZERLAND

**EXHIBIT L**

| Claim Name | Address Information |
| --- | --- |
| BANCO INTERIOR DE S.A., THROUGH ALCICDES | ROBERTO DE OLIVEIRA CHAVES, AS LIQUIDATOR OF BANCO INTERIOR DE SAO PAOLO, S.A RUA MAJOR EMIDIO DE CASTRO STREET, NUMBER 74 SAO JOSE DO RIO PRETO SP 15014-420 BRAZIL |

**Total Creditor count  1**

**EXHIBIT M**

GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S.A.
ATTN: MR. SALVADOR IBIZA BEVIA
AVENIDA DE ELCHE, 178 CENTRO ADMINISTRATIVO, PLANTA 2 A
ALICANTE 03008
SPAIN


SALVADOR IBIZA BEVIA
CAJA DE AHORROS DEL MEDITERRANEO
AVENIDA OSCAR ESPLA, 37
ALICANTE 03007
SPAIN

**EXHIBIT N**

EVA SCHWABMUELLER
C/O NABER PC
300 CENTRAL AVENUE, SUITE 320
GREAT FALL, MT 59401

**EXHIBIT O**

BANQUE CANTONALE DU VALAIS
C/O BAKER MCKENZIE LLP
ATTN: IRA A. REID
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

# EXHIBIT P

CENTRAL BANCO UNIVERSAL
C/O CHADBOURNE & PARKE
ATTN: DAVID LEMAY & CHRISTY RIVERA
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**EXHIBIT Q**

MITSUI SECURITIES, CO., LTD.
C/O STROOCK & STROOCK & LAVAN LLP
ATTN: SHERRY MILLMAN, ESQ.
180 MAIDEN LANE
NEW YORK, NY 10038


HORIZON II INTERNATIONAL LIMITED
C/O HSBC BANK USA NA
ATTN: SANDRA E. HORWITZ
CORPORATE TRUST & LOAN AGENCY
452 5TH AVE
NEW YORK, NY 10018-2706


HORIZON II INTERNATIONAL LIMITED
C/O CHADBOURNE & PARKE
ATTN: DAVID LEMAY & CHRISTY RIVERA
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112


AGRICULTURAL BANK OF TAIWAN
C/O SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI & BLANKA WOLFE
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112


AGRICULTURAL BANK OF TAIWAN
C/O SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: ALAN MARTIN
650 TOWN CENTER DRIVE, 4TH FLOOR
COSTA MESA, CA 92626

**EXHIBIT R**

MARGARET E. GATTUSO
101 WARREN STREET, APT 1120
NEW YORK, NY 10007


EDWARD J. LILL
415 L'AMBIANCE DRIVE
UNIT 404
LONGBOAT KEY, FL 34228


RICHARD S. LOCKE
145 HAWTHORNE AVENUE
LARKSPUR, CA 94939


DORIS M. PHILLIPS
374 HAMILTON ROAD
RIDGEWOOD, NJ 07450

**EXHIBIT S**

| Claim Name | Address Information |
|---|---|
| ABERNATHY, GREGG | 2515 GOUGH ST SAN FRANCISCO CA 94123-5012 |
| AGRAWAL, SHASHANK | 205 HUDSON STREET 511 HOBOKEN NJ 07030 |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304 |
| BARONE, HEATHER | 2406 SW 15TH STREET DEERFIELD BEACH FL 33442 |
| BOBB, JANICE | 313 PLYMOUTH ROAD NORTH BRUNSWICK NJ 08902 |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| CONNORS, WILLIAM F. | 105 DUANE STREET APT 38C TRIBECA TOWER NEW YORK NY 10007 |
| FIG LLC | TRANSFEROR: WAIT, JARETT 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| GENNA, MICHAEL | 482 ATLANTIC AVE MASSAPEQUA PARK NY 11762 |
| IMPERATO, JASON | 148 WEAVER STREET GREENWICH CT 06831 |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER G. | 28 COLERIDGE DRIVE MARLBORO NJ 07746 |
| KONHEIM, SETH L. | 10 LYNDALE PARK WESTPORT CT 06880 |
| LAX, STEPHEN | 324 AUTUMN HILL DRIVE MORGANVILLE NJ 07751-2043 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MURRAY, THOMSON C JR. | 220 CLEFT ROAD MILL NECK NY 11765-1001 |
| NEWHOUSE, MICHELLE M. | 420 EAST 54TH STREET APT 11C NEW YORK NY 10022-5151 |
| OH, MIRIAM Y. | 76 GLEN DRIVE NEW CANAAN CT 06840 |
| SANTORO,VITO | 130 AREGOOD LANE ISLAMORADA FL 33036 |
| SCOTT, ERIC A. | 48A GREEN ST MEDFIELD MA 02052 |
| SHAH, NIRAJ | 107 WEST PASSAIC AVENUE BLOOMFIELD NJ 07003 |
| TOLCHINSKY, ANDREA | 119 CHESTNUT HILL ROAD WILTON CT 06897 |
| TSEKOV, GEORGI I. | 213 S. SCOTCH PLAINS AVE WESTFIELD NJ 07090 |
| TWITCHELL, DARYL M. | 11 SILVER RIDGE ROAD NEW CANAAN CT 06840 |
| WARDELL, JEFFERY K. | 2255 BUSH STREET # 1 SAN FRANCISCO CA 94115 |
| WHEELER, KEITH | 13 PALOMINO CIRCLE NOVATO CA 94947 |
| YUHN, PHIL | 83 MCKINLEY AVE APT A3-1 WHITE PLAINS NY 10606 |

**Total Creditor count  28**

**EXHIBIT T**

MARY A. LYNCH
501 EAST 79TH ST.
NEW YORK, NY 10075

**EXHIBIT U**

| Claim Name | Address Information |
| --- | --- |
| COTTEN, TIMOTHY A., ET AL. | 9543 NORTH SIDE DRIVE OWINGS MD 20736 |
| DEPOSITORY TRUST CLEARING CORPORATION | AND RELATED ENTITIES SHELDON I. HISHON, ESQ. PROSKAUER ROSE LLP 1585 BROADWAY NEW YORK NY 10036 |
| DEPOSITORY TRUST CLEARING CORPORATION | AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK NY 10041 |
| PJM INTERCONNECTION, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA PA 19103 |
| PSEG ENERGY RESOURCES & TRADE LLC | ATTN: SUZANNE M. KLAR, ESQ. 80 PARK PLAZA, T5D NEWARK NJ 07101 |
| TRONOX INCORPORATED ET AL. | ATTN: MICHAEL J. FOSTER, VICE PRESIDENT 3301 NM 150 ST ORKLAHOMA CITY OK 73134-2009 |
| TROUT, ROGER | C/O SENDER & WASSERMAN, P. C. ATTN: KENNETH J. BUECHLER, ESQ. 1660 LINCOLN STREET, SUITE 2200 DENVER CO 80264 |

**Total Creditor count  7**

**EXHIBIT V**

| Claim Name | Address Information |
|---|---|
| BARR, EDWIN C. | PO BOX 423 HADDONFIELD NJ 08033 |
| COLLINS, MICHAEL | 19 BURR RD HULL MA 02045-3205 |
| DYBECK, DONALD | 50 NANTUCKET PORT TOWNSEND WA 98368 |
| DYBECK, DONALD C. | 50 NANTUCKET PORT TOWNSEND WA 98368 |
| ESTATE OF PETER H. VANDENBERG | ATTN: NANCY T. VANDENBERG, BENEFICIARY 5835 N. SHORE DRIVE MILWAUKEE WI 53217 |
| FINDER, EDMUND | 120 QUAYSIDE DRIVE JUPITER FL 33477 |
| FORFIA, ROBERT | 136 DAY COURT MAHWAH NJ 07430 |
| FORSTER, DENNIS E | 5352 2B CALLE REAL SANTA BARBARA CA 93111-1688 |
| FRITTS, DONALD N. | 7885 LANDOWNE DR ATLANTA GA 30350 |
| GABELMAN, RICK L | 1228 EVERGREEN DR LINCOLN NE 68510 |
| GARDNER, JAMES | 6714 NORTH OCEAN BLVD OCEAN RIDGE FL 33435 |
| HEIN, MARK W. | 1944 LEVINE LANE CLEARWATER FL 33760 |
| HLAVEK, RUDOLPH | PO BOX 2086 WINTER PARK FL 32790 |
| HOLT, GERALD | 11313 E. SAN RAPHAEL DRIVEWAY SAN DIEGO CA 92130 |
| JOSEPH, WILLIAM | 241 CENTRAL PARK W APT 13G NEW YORK NY 10024-4567 |
| KUYKENDALL, CHARLES L | 6573 EAGLE RIDGE DRIVE BETTENDORF IA 52722 |
| MAHONCHAK, JOHN | 198 BREWSTER ROAD WYCKOFF NJ 07481 |
| MAJOR JR., CHARLES E | 1232 GLASGOW BATON ROUGE LA 70808 |
| MC GUINN, EDWIN JR. | 20 COBB ISLAND DR. GREENWICH CT 06830 |
| MORRISON, ROBERT D. | 905 HOLIDAY C.T.S SALEM OR 97302 |
| MOUNTFORD, ROBERT C | AMITY FARM 314 GOAT HILL RD. LAMBERTVILLE NJ 08530 |
| RUBIN, ALLAN | 429 EAST 80TH STREET NEW YORK NY 10021 |
| SMITH, WILLIAM C | 1110 WHEATFIELD CT. CENTERVILLE OH 45458 |
| SPRING, BURKHARD R | 8 WINTERGREEN DR WEST MELVILLE NY 11747-1808 |
| STANTON, EDWARD III | 1220 HAROLD STREET HOUSTON TX 77006 |
| STIPO, MICHAEL | 31 SHORE DRIVE WEST COPIAGUE NY 11726 |
| WAGNER, WILLIAM A | 5555 ANNAMARIE COURT CINCINNATI OH 45247 |
| WHALEN, JOHN A | 300 OAKWOOD DR HAMILTON OH 45013 |

**Total Creditor count  28**

**EXHIBIT W**

NAO TAKANO
8080 S. SAN JUAN RANGE RD.
LITTLETON, CO 80127

**EXHIBIT X**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BUTLER-MCLAUGHLIN, CECELIA E. | 2 LANGDON ROAD CARLE PLACE NY 11514 |
| CARPENTER, THERESA J. | 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR NY 10510 |
| CRAMER, REBEKAH W. | 2670 MANOR PL ELLENWOOD GA 302942544 |
| FRIEDMAN, STEPHEN J. | 857 FIFTH AVENUE NEW YORK NY 10065 |
| HAYKIN, DANIEL S. | 16234 E PRENTICE PL CENTENNIAL CO 80015-4174 |
| RIESSEN, NATALIE S. | 205 EAST 59TH STREET, #19A NEW YORK NY 10022 |
| ROBSON-CANTY, GERALDINE D. | 61 BEECHWOOD TERRACE YONKERS NY 10705 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07226 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07726 |

Total Creditor count  9

**EXHIBIT Y**

DOUGLAS,DOROTHEA
177-11 136TH AVE
APT PH
JAMAICA NY 11434-4013

# EXHIBIT Z

| Claim Name | Address Information |
|---|---|
| BOUGHRUM, DONALD J. | 247 MONMOUTH AVE NAVESINK NJ 07752-0808 |
| KRIEGER, KAREN M. SIMON | 19 MARSHALL COURT GREAT NECK NY 11021 |
| LISTER, JAMES G. | 4 MAYFAIR ROAD ST. LOUIS MO 63124 |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| SERAYDAR, ROSE MRS | 525 NEPTUNE AVE. APT 22B BROOKLYN NY 11224-4020 |
| SHEFFER, SCOTT T. | 601 LONGCHAMPS DRIVE DEVON PA 19333 |
| SHI, ZHIYONG | 9 ROSS AVE CHESTNUTRIDGE NY 10977 |

**Total Creditor count  8**

# EXHIBIT A1

CORNEJO, EMIL
420 EAST 58TH STREET
NEW YORK NY 10022


DUNN, JOHN J.
232 PARK AVE
HUNTINGTON NY 11743-2703


HOULIHAN, BRENNA A.
546 LOCUST ST
MOUNT VERNON NY 10552-2607


VASQUEZ, JUAN
76 VESEY ST
NEWARK NJ 07105-1023

**EXHIBIT B1**

SWABSIN, CYNTHIA & LEYTMAN, ALEXANDRA, ON BEHALF OF
THEMSELVES AND OTHERS SIMILARLY SITUATED
C/O OUTTEN & GOLDEN, LLP
JACK A. RAISNER & RENE S. ROUPINIAN
3 PARK AVENUE, 29TH FLOOR
NEW YORK NY 10016


LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON DE 19801

# EXHIBIT C1

EDWARD NEIGER
317 MADISON AVE FL 21
NEW YORK NY 10017-5208


GLITNIR BANKI HF
C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ALAN W. KORNBERG, ABIGAIL CLARK
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

# EXHIBIT D1

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCO INTERIOR DE S.A., THROUGH ALCICDES | ROBERTO DE OLIVEIRA CHAVES, EDWARD DAVIS, ARNOLDO LACAYO, ASTIGARRAGA DAVIS 701BRICKWELL AVENUE, 16TH FLOOR MIAMI FL 33131 |
| CERADYNE, INC. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 ATTN: JAY S. HELLMAN JERICHO NY 11753 |
| ESSEX EQUITY HOLDINGS USA, LLC | ATTN: MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES E. | SCOTT R. LOVERNICK, ESQ. SCHWARTZ & CERA, LLP 44 MONTGOMERY STREET, SUITE 3850 SAN FRANCISCO CA 94104 |
| US AIRWAYS, INC. | C/O STEPTOE & JOHNSON LLP ATTN: STEVEN DAVIDSON ESQ & EMILY NESTLER ESQ 1330 CONNECTICUT AVENUE, NW WASHINGTON DC 20036 |
| US AIRWAYS, INC. | C/O STEPTOE & JOHNSON LLP ATTN: KATHERINE C PIPER ESQ 2121 AVENUE OF THE STARS, STE 2800 LOS ANGELES CA 90067 |
| WESTERN DIGITAL CORP. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 ATTN: JAY S HELLMAN JERICHO NY 11753 |

**Total Creditor count  7**

**EXHIBIT E1**

JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ.
CLIFFORD CHANCE US LLP
31 WEST 52ND STREET
NEW YORK NY 10019