**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**ELEVENTH SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY MOORE**
**IN CONNECTION WITH RETENTION AND EMPLOYMENT OF**
**MILBANK, TWEED, HADLEY & McCLOY LLP AS COUNSEL TO**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

STATE OF CALIFORNIA          )
                             )   SS.:
COUNTY OF LOS ANGELES     )

ROBERT JAY MOORE, being duly sworn, says:

1.        I submit this Eleventh Supplemental Affidavit (the "Affidavit") on behalf

of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") as a supplement to the Affidavit of

Robert Jay Moore, sworn to on October 21, 2008 (the "Initial Affidavit"), the First Supplemental

Affidavit, sworn to on November 13, 2008, the Second Supplemental Affidavit, sworn to on

January 30, 2009, the Third Supplemental Affidavit, sworn to on May 29, 2009, the Fourth

Supplemental Affidavit, sworn to on July 20, 2009, the Fifth Supplemental Affidavit, sworn to

on December 23, 2009, the Sixth Supplemental Affidavit, sworn to on March 18, 2010, the

Seventh Supplemental Affidavit, sworn to on May 25, 2010, the Eighth Supplemental Affidavit,

sworn to on November 9, 2010, the Ninth Supplemental Affidavit, sworn to on May 13, 2011,

and the Tenth Supplemental Affidavit, sworn to on October 31, 2011 (collectively, the "Prior

Affidavits"),[1] pursuant to sections 328 and 1103(b) of title 11 of the United States Code, 11

---

[1]        Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Prior
Affidavits or the Application Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings

U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules 2014 and 5002 of the Federal

Rules of Bankruptcy Procedure, and rule 2014-1 of the Local Bankruptcy Rules for the Southern

District of New York, in connection with Milbank's retention as counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee" or the "Committee") of Lehman

Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors" and,

together with their non-Debtor affiliates, "Lehman") in the above-captioned chapter 11 cases (the

"Chapter 11 Cases").

> 2.      I am a partner in the Financial Restructuring Group of Milbank and a

member of the Task Force[2] established to oversee the continuing process of identifying to the

fullest extent possible all connections that Milbank, its attorneys, and its employees had in the

past and presently have to the Debtors, Lehman, the Chapter 11 Cases, and the parties in interest

in the Chapter 11 Cases and to gather the information required to complete this Affidavit.  I have

consulted with, and relied upon the input obtained from, the members of the Task Force, and I,

or other members of the Task Force, have knowledge of all facts described herein.

> 3.      Unless otherwise stated in this Affidavit, I have knowledge of the facts set

forth herein and, if called as a witness, I would testify thereto.[3]  In preparing this Affidavit, I

used the Milbank Disclosure Procedures outlined in the Initial Affidavit and, among other things,

applied those procedures to (i) parties that have appeared, filed pleadings, in or otherwise

---

Inc., et al., Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, For Order Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel, Effective As Of September 17, 2008, dated October 21, 2008 (the "Application") (Docket No. 1165).

[2]    The current members of the Task Force are Thomas A. Arena, David S. Cohen, Alexander M. Kaye, Robert J. Moore, and Risa M. Rosenberg.  Messrs. Arena and Kaye are members of Milbank's Risk Management Committee.

[3]    Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank, and are based on information provided by them to the Task Force.

participated in the Chapter 11 Cases or related adversary proceedings; (ii) parties involved in

alternative dispute resolution proceedings; (iii) a list of parties generated by Milbank's frequent

internal inquiries; and (iv) a list prepared by the Debtors' counsel and provided to Milbank.

### Milbank's Retention

4.     The Court authorized Milbank's retention as counsel for the Committee in

these Chapter 11 Cases pursuant to the Final Order Under 11 U.S.C. § 1103 And Fed. R. Bankr.

P. 2014 And 5002, Authorizing Retention And Employment Of Milbank, Tweed, Hadley &

M[c]Cloy LLP As Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers

Holdings Inc., et al., Effective As Of September 17, 2008, entered on November 21, 2008

(Docket No. 1654).

5.     In connection with its retention in these Chapter 11 Cases, Milbank has

monitored, and will continue to monitor, its connections with Lehman, the Debtors, their

creditors, and other parties in interest, as well as their respective attorneys and accountants.  As

set forth in the Prior Affidavits, Milbank intends to continue to file supplemental affidavits

regarding its retention as and if any additional relevant information comes to its attention.

### Milbank's Additional Connections with Debtors and Parties in Interest

6.     Based upon the information gathered by the Task Force using the Milbank

Disclosure Procedures, to the best of my knowledge the following sets forth the connections, in

addition to those disclosed in the Prior Affidavits, that Milbank, its attorneys, and its employees

have with regard to the Debtors, their creditors, and other parties in interest in these Chapter 11

Cases as of the date of this Affidavit.

Connections with the Debtors, Counsel, etc.

7.     Except as set forth below and in the Prior Affidavits, to the best of my

knowledge:  (a) no Milbank attorney has been, within two years before the date of filing of the

Debtors' petitions, a director, officer, or employee of any of the Debtors as specified in

subparagraph (C) of section 101(14) of the Bankruptcy Code, and (b) the attorneys of Milbank

(i) do not have any connection with the Debtors, the Debtors' creditors known to Milbank, or any

other known party in interest, or their respective attorneys and accountants and (ii) consistent

with Bankruptcy Code section 1103(b), do not represent in connection with these Chapter 11

Cases any other entity having an adverse interest.

        8.      Except as set forth in this paragraph, and the related paragraphs in the

Prior Affidavits, to the best of my knowledge, no attorney or employee of Milbank is related to

counsel or accountants to the Debtors and other parties in interest or to the courts of the Southern

District of New York.  In addition to the matters set forth in the Prior Affidavits, certain Milbank

attorneys have relatives, spouses, or domestic partners who are employed by parties in interest in

the Chapter 11 Cases as follows:  (i) the sister of a Milbank associate is currently employed by

KPMG; (ii) the domestic partner of a Milbank partner is an associate with Fried, Frank, Harris,

Shriver & Jacobson LLP; (iii) the father of a Milbank associate is employed by Aramark

Corporation; (iv) the husband of a Milbank associate is an associate with Dewey & LeBoeuf

LLP; (v) the wife of a Milbank associate is a vice president of Goldman Sachs; (vi) the mother of

a Milbank associate is a staff attorney with Dewey & LeBoeuf LLP; (vii) the brother of a

Milbank associate is a legal assistant with Willkie Farr and Gallagher LLP; (viii) the domestic

partner of a Milbank associate is an associate with Davis Polk & Wardwell LLP; (ix) the wife of

a Milbank associate is employed by the Blackstone Group LP; (x) the mother-in-law of a

Milbank associate is an executive with Westar Energy, Inc.; (xi) the father of a Milbank

associate is employed by Haliburton Co.; (xii) the wife of a Milbank associate is an associate

with Fried, Frank, Harris, Shriver & Jacobson LLP; and (xiii) the brother of a Milbank associate

is an associate with Shearman & Sterling LLP.  Additionally, (i) a Milbank associate formerly

4

worked as a finance intern at Lehman;[4] (ii) a Milbank associate formerly worked at

Sonnenschein Nath & Rosenthal LLP as a summer associate; (iii) a Milbank associate formerly

worked at Mayer Brown LLP as an associate and at Holland & Knight LLP as a summer

associate; (iv) a Milbank attorney, while associated with Paul, Weiss, Rifkind, Wharton &

Garrison LLP, worked on various Lehman related securities and structured finance transactions;[5]

(v) a Milbank attorney, while associated with Orrick, Herrington & Sutcliffe LLP in London,

worked on certain Lehman related issuance related to the Anthracite structure;[6] (vi) a Milbank

associate was formerly an intern with the Federal Deposit Insurance Corporation; (vii) a Milbank

associate formerly worked as an investigator for the City of New York; (viii) a Milbank associate

formerly worked as an intern for Judge James Peck in the Bankruptcy Court for the Southern

District of New York;[7] and (ix) a Milbank legal assistant formerly worked as a legal assistant for

Wilmer Cutler Pickering Hale & Dorr LLP.  Additionally, three Milbank partners were formerly

partners of Weil, Gotshal & Manges LLP, and each has been completely screened from all

Lehman related matters.  Additionally, while practicing with another firm, a Milbank associate

was seconded to Lehman Brothers International (Europe).[8]  In each foregoing instance the

applicable Milbank attorney and/or employee will not be assigned to any matters in these

Chapter 11 Cases that involve the respective parties in interest, and has been advised in writing

of, and directed to maintain, his or her duty of confidentiality with respect to client matters.

---

[4]    This associate has been completely walled-off from working on any matters related to Milbank's
representation of the Committee.

[5]    This associate has been completely walled-off from working on any matters related to Milbank's
representation of the Committee.

[6]    This associate has been walled-off from working on any Lehman matters related to the Anthracite note
issuance.

[7]    This associate has been completely walled-off from working on any matters related to Milbank's
representation of the Committee.

[8]    This associate has been completely walled-off from working on any matters related to Milbank's
representation of the Committee.

9.      To the best of my knowledge, neither Milbank nor any attorney or employee at the firm is a creditor, an equity security holder, or an insider of the Debtors, except as described in the Application and Prior Affidavits.

10.      As described in the Application and Prior Affidavits, Milbank has agreed not to seek to collect from Lehman, subject to approval by the Bankruptcy Court of its retention as counsel to the Committee, any amount owing to Milbank by Lehman for accrued and unpaid fees for services rendered or reimbursement for expenses incurred (whether or not billed) as of the Initial Petition Date.  Without limiting the foregoing, Milbank reserves the right to seek payment directly from third parties who may be liable to pay such amounts with respect to the applicable transaction, but agrees that it shall not seek payment from any such third party to the extent that, to the knowledge of Milbank, such third party has a contractual right to seek reimbursement or indemnity from a Lehman Entity on account of a payment to Milbank. Milbank also reserves the right to retain financial advisors and other professionals retained by the Debtors in these Chapter 11 Cases on unrelated matters.

Connections with Creditors and Other Parties in Interest, Counterparties

11.      Using information in the Database and by making specific inquiries of Milbank personnel, Milbank attorneys under the supervision of the Task Force verified that, except as set forth below and in the Prior Affidavits, Milbank does not represent in connection with these Chapter 11 Cases any entity known by Milbank to be a creditor of, or counterparty in a transaction with, the Debtors or other person or entity that has appeared as a creditor in these Chapter 11 Cases.

12.      Upon information and belief, Milbank represents certain former employees and/or members of their immediate family in preparing wills or other estate planning matters in such persons' individual capacities.

6

13.        Exhibit A sets forth a list of entities that were searched in connection with this Affidavit (the "Eleventh Supplemental Potential Party List"), and includes entities that have appeared as creditors or parties in interest in the Chapter 11 Cases or related proceedings, or that have been involved in transactions and other matters involving the Debtors since the Initial Petition Date.  Exhibit B to this Affidavit sets forth a list of the current and former clients of Milbank that was generated in connection with the Eleventh Supplemental Potential Party List.[9] To the extent that the interests of the Creditors' Committee and a known Milbank client in an unrelated matter give rise to a conflict in respect of Lehman, Milbank either will procure a waiver from such client or the conflicts matter will be handled by Conflicts Counsel.

[Remainder of Page Intentionally Left Blank]

---

[9]    To the extent parties in interest or their affiliates have already been searched and their relationships, if any, disclosed in connection with the Prior Affidavits and the Exhibits thereto and Milbank has not discovered any change in their relationships, such parties and their relationships are not disclosed in the Exhibits hereto.

14.    Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein and in the Prior Affidavits.  As indicated above, Milbank will file supplemental declarations as and if any additional relevant information comes to its attention.

_____
ROBERT JAY MOORE

Sworn to before me this 19th day
of December, 2011

_____

BONITA J. PAUL
Commission # 1956335
Notary Public - California
Los Angeles County
My Comm. Expires Nov 10, 2015

8

# **EXHIBIT A**[1]

## **Potential Parties In Interest**

---

[1]    Certain parties in interest were re-searched to assess whether any connections arose since the filing of the Prior Affidavits.

1. 1271 LLC
2. A.A.M. Heinemann (Drs.)
3. A.J. Friedrich
4. A.J. Roop
5. A.M. Best Company
6. A/P Hotel, LLC
7. AB Moore, L.P.
8. Abbey National Treasury Services PLC
9. Accel Capital Corporation Accellent Inc
10. Access Asia Investment Holdings (BVI) Ltd
11. ACE Tempest Reinsurance LTD
12. Activant Solutions Inc
13. Adagio III CLO PLC
14. Adler & Co. Privatbank AG
15. ADM Gladius Fund Ltd
16. Advanced Portfolio Technologies, Inc
17. Adventist Health System/Georgia, Inc.,
18. Adventist Health System/Sunbelt, Inc.
19. Aeterno Master Fund LP
20. Aggregating Trust 1, LLC
21. Aggregating Trust 10, L.L.C.
22. Aggregating Trust 2, L.L.C.
23. Aggregating Trust 3, L.L.C.
24. Aggregating Trust 4, L.L.C.
25. Aggregating Trust 5, L.L.C.
26. Aggregating Trust 6, L.L.C.
27. Aggregating Trust 7, L.L.C.
28. Aggregating Trust 8, L.L.C.
29. Aggregating Trust 9, L.L.C.
30. Air Canada Inc
31. AKD Prinsen Van Wijmen, N.V.
32. Alain Choo-Choy, QC
33. Alain Godard & Jeannine Bronckart
34. Alameda County (CA) Employees Retirement Association
35. Alaska Housing Finance Corporation
36. Albert & Will, LLP
37. Alcatel Lucent
38. Alden Global Distressed Opportunities Master Fund LP
39. Alexandre Catalao Maia
40. Alfred H. Siegel
41. Allegiance (DC) 1150 18th Street LLC
42. Allen & Overy LLP
43. Alli Joseph
44. Alliance Bernstein LP
45. Allianz Global Investors AG
46. Allianz Kapitalanlagegesellschaft MBH
47. Allied World Assurance Company
48. Allison Transmission
49. Alrama Stiftung
50. Alsina Fornt
51. Altma Fund Sicav PLC, in respect of Rowan Sub-Fund
52. Altuned Holdings LLC
53. AM Master Fund I LP
54. Amerenergy Resources Generating
55. American Home Assurance Company
56. American International Group Inc.
57. American International Group, Inc. Retirement Plan
58. American Transmission Company
59. America's Servicing Company
60. AmeriCredit Automobile Receivables Trust – 2005 – B-M
61. AmeriCredit Automobile Receivables Trust – 2007 – B-F
62. AmeriCredit Automobile Receivables Trust – 2007 – D-F
63. AmeriCredit Financial Services Inc.
64. Ami Ito
65. Amias Berman & Co LLP
66. Amias Berstein & Co. Ltd
67. Amit K. Sarkar
68. Amuala S.L.
69. Amundi Investment Solutions (Practis/Protein 2/ Pulsia 2/Semeria Monde/Vendome Q.O. VI/Vendome Q.O. VIII/ Clikeo 3/Clikeo/Drakkar 30.04.2012/Drakkar Juillet 2001/Filtreo Clic)
70. Anchorage
71. Anchorage Master (August 1st expiration)
72. Andbanc Grup Agricol Reig, S.A.
73. Andre Pontin
74. Andrea M. Penton
75. Andrea Sullivan
76. Andrea T. Jao
77. Andreas und Angelika Pusswalk
78. Andrew Allard
79. Andrew Spink, Q.C.
80. Andrews & Kurth LLP
81. Angelo Gordon & Co. LP
82. Ann Marie Baione
83. Anna Bellvehi Soler
84. Anthony Lo Surdo
85. Anthony Payne SC
86. Anthony T. Carango
87. Anthracite Balanced Company (R-26) Limited

88. Antin Epargne Pension SA
89. Aozora Bank
90. Aozora Bank, Ltd.
91. Appaloosa Investment LP
92. APS Bank Ltd
93. Arapahoe County Attorney's Office
94. Arche Master Fund, L.P.
95. Area Giochi Holding SpA
96. Armbruster Goldsmith & Delvac, LLP
97. Arthur T. Bent c/o Reserve Management Company
98. ASA McJunkin Red Man Corp.(F/K/A McJunkin Corp.)
99. Assimoco
100. Assimoco Vita S.p.A.
101. Assurance Corporation
102. Astle Plaines Ltd
103. Atlantic Research Corp
104. Atoz S.A.
105. Au Ki Ping Kathy
106. Au Yuk Lin
107. Audio Incorporated Sound System Design, Installation & Rental
108. Auriel
109. Aurora Loan Servicing Corp.
110. Austarity Group LLC
111. Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions, Inc.)
112. AV Services Inc
113. Avago Technologies Finance Pte. Ltd
114. Avant BV
115. Avenue Blue TC Fund
116. Avenue TC Fund LP
117. Aviva Insurance Company
118. Aviva Keesing-Moskovits
119. Avoca CLO IV PLC
120. Avoca CLO V PLC
121. AXA Aurora Vida S.A. de Sequeros y Reaseueros
122. AXA Investment Managers
123. AXA Investment Managers Paris S.A
124. B&R 919 LLC
125. B.E. Smith
126. B.I. OEI
127. Babson College
128. BAE Systems Holdings Inc
129. Ball Packaging Products Canada
130. Ballybunion Investments No 3 Ltd
131. Banca CR Firenze S.p.A.
132. Banca di Credito Cooperativo di Alba, Langhe
133. Banca Esperia Spa
134. Banca Intesa Infrastrutturee Sviluppo SpA
135. Banca Popolare dell' Alto Adige Soc. coop. pa
136. Banca Popolare Di Ravenna SPA
137. Banca Sara SPA
138. Banca Sella Holdings Spa
139. Banca Valsabbina SCPA
140. Bancaja Fondos, S.G.I.I.C., SA
141. Banco De Finanzas e Inversiones SA
142. Banco Di Credito P. Azzoaglio SPA
143. Banco Guipuzcoano
144. Banco Sabadell SA
145. Bania Brothers, LLC
146. Bank Julius Baer & Co. Ltd.
147. Bank of Commerce
148. Bank of Singapore Limited
149. Bank of Taiwan
150. Bankruptcy Creditors Service Inc.
151. Banque Privee Saint Dominique
152. Barbara Muinos
153. Barry Isaacs, Q.C.
154. Basil Maher
155. Basswood Opportunity Fund Inc.
156. Basswood Opportunity Partners LP
157. Bawag P.S.K. Invest GmbH
158. Bay Harbour Master
159. Bayerische Landesbank
160. BBP Partners, LLC
161. BBVA Asset Management, S.A., S.G.I.I.C.
162. BBVA Garantizado 5x5, FI
163. BBVA Gestión, S.A., S.G.I.I.C.
164. BCP Voyager Master Funds, SPC Ltd
165. Beatrice Hunziker
166. Becker, Glynn, Melamed & Muffly LLP
167. Beneficiaries of North Star Trust Company Title Holding Land
168. Benetton Group SPA
169. Benjamin Christopher Shaw
170. Berenberg Bank
171. Berkshire Hathaway
172. Bernadetter A. Risi
173. Beryl Finance Limited ("Beryl")
174. Beryl Finance Limited, Series 2005-10
175. Beryl Finance Limited, Series 2005-12
176. Beryl Finance Limited, Series 2005-15
177. BES Vida Companhia Seguros SA
178. BGI Fixed Income Global Alpha Fund Ltd.

2

179. BH Finance
180. Birks Place LLC
181. BlackRock Fixec Income Global Alpha Fund Ltd.
182. BlackRock Institutional Trust Company, NA
183. Blake Cassels & Graydon LLP
184. Blake Dawson
185. BLUEBAY HIGH YIELD BOND FUND
186. BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) SARL
187. BLUEBAY STRUCTURED FUNDS – HIGH YIELD ENHANCED FUND
188. BLUEBAY STRUCTURED FUNDS- HIGH YIELD PORTABLE ALPHA FUND
189. BLUEBAY VALUE RECOVERY (MASTER) FUND LIMITED
190. BlueCrest Capital International Master Fund Ltd
191. BlueCrest Emerging Markets Master Fund Limited
192. BlueCrest Strategic Limited
193. BlueMatrix Master Fund Limited
194. BlueTrend MAG Limited
195. BlueTrend Master Fund Limited
196. BMR & Associates
197. BNP Paribas Energy Trading G.P.
198. BNP Paribas Real Estate Consult GmbH
199. BNY Corporate Trustee Services Limited
200. BNYM Corporate Trustee Services Limited
201. Bo Bazylevsky
202. Bob Buck
203. Bonnie Jo Rybicki
204. Bonten Media Group Holdings Inc
205. Bovary & Partenaires S.A.
206. Bowant Inc
207. BP Energy Company & BP Corporation North America Inc.
208. Brent D. Boger
209. Bret H. Reed, Jr., a Law Corporation
210. Brevan Howard Master Fund Limited
211. Brian Alonge
212. Brian Kerrane
213. Bridgepont International Inc
214. Bridgewater Associates LP
215. Broadridge Processing Solutions Inc
216. Bruce Duke
217. Bruce R. Bent
218. Brunini, Grantham, Grower & Hewes, PLLC
219. Burges Salmon LLP
220. Burness LLP
221. C.M. Lubbe-Van Paassen
222. C.M.Tennant
223. C.R. Martin Auctioneers, Inc
224. Cadwalader Wickersham & Taft LLP
225. Caisse De Depot et Placement du Quebec
226. Caisse D'Epargne et de Prevoyance de Midi-Pyrenees
227. Caisse des Depots et Consignations
228. Caixa de Terrassa
229. Caja De Ahorros y M.P. de Gipuzkoa Y San Sebastian
230. Caja Laboral Popular Coop De Credito
231. California Ind. Systems Operator Corp
232. California Winery Worker's Pension Trust Fund
233. Candlewood Special Situations Master Fund
234. Canyon Country Communities LP
235. Canyon Distressed Opportunity Master Fund LP
236. Capital Analytics II L.P.
237. Capital Bank GRAWE Gruppe A
238. Capital Offshore Limited
239. Carlyle High Yield Partners IX, Ltd
240. Carmen Grifoll de la Esperanza
241. Casco Products Corp
242. Cassa Depositi e Prestiti SpA
243. Cassa Di Risparmio Della Repubblica Di San Marino
244. Cassa Di Risparmio Di Alessandria SPA
245. Cassels Brock & Blackwell LLP
246. Cattolica Assicurazioni SpA
247. CB Richard Ellis
248. CCP Quantitative Master Fund Limited
249. CD Representative LC
250. Celtic Pacific (UK) Two Limited
251. Centerbridge Credit Advisors LLC
252. Centrosim s.p.a. Societa di Intermediazione Mobiliare delle Banche Popolari Italiane
253. CF Midas Balanced Growth Fund
254. Chadwick Mickschl
255. Chadwick W. Cook
256. Chan Chi Kuen

257. Chan Ki Pui Alfred/Chan Mee Jun
258. Chan Kit Yue
259. Chan Lai Chun Betty
260. Chan Wing Lit James/Chan Tong Miu Yung Maggie
261. Chan Yuet Sum
262. Chang Shu Yueh
263. Charles Diccianni
264. Charlie Lawson
265. Chau Sau Shu/Ying Hui Yong William
266. CHD Meridian Healthcare
267. Chesapeake Energy Corp
268. Chester Square LLC
269. Cheung Kam Mee Camy
270. Cheung Kit Fong
271. Cheung Yuk Chee
272. Ching Yin Kai Anna
273. Chiomenti Studio Legale
274. Chippewa Valley Hospital and Oakview Care Center, Inc.,
275. Chiu Choi Sook Chun
276. Chiu Wai Sum
277. Choi Lai Wah
278. Chong Yuk Heung
279. Chow Kin Lun/Ngan Yee Wan
280. Chris Stovic
281. Christian & Small LLP
282. Christian Beier
283. Christian Wuerst
284. Christopher A. Statham
285. Christopher O'Mera
286. Christopher Tilton
287. Chromalloy Gas Turbine Corp
288. Chui Man Ling
289. Chuo Mitsui Trust And Banking Co
290. Cisco Systems Capital Corporation
291. Cisco Systems Inc
292. Citadel Securities L.L.C.
293. Citadel Solutions LLC
294. Citibank N.A.
295. Citigroup Global Market Limited
296. City of Zurich Pension Fund
297. Claire's Stores Inc
298. CLAL Finance Batucha Investment Management Ltd
299. Clara LaTorre Casa Bella
300. Claridge Court
301. Claudia A. Brandon
302. Claudia Greiff-Reusch
303. Clyde C. Crockett
304. Coblentz, Patch, Duffy & Bass LLP
305. COIF SPV 3/11 Ltd
306. Colin S.A. Welch
307. Colliers CRE PLC
308. Colliers International Realty Advisors
309. Collins Steward (CL) Ltd
310. Commerces de la République S.A.S.
311. Commerzbank AG
312. Commonwealth Bank of Australia
313. Compucenter (UK) Ltd
314. Computer Financial Consultants Inc
315. Conagra Trade Group Inc
316. Conectiv Energy Supply Inc
317. Confluent V Limited
318. Conner & Winters, LLP
319. Consultme BV
320. Continental AG I Continental
321. Continental Airlines Inc
322. Cooperative Centrale Raiffeisen-Boerenleenbank BA
323. Cortefiel
324. Cosmo Securities Co Ltd
325. Countrywide Home Loans, Inc.
326. Cournot Financial Products
327. Coviden Inti
328. Covington & Burling LLP
329. Cox Castle & Nicholson LLP
330. Cox Hallett Wilkinson
331. CPC Corporation, Taiwan
332. CPR (USA) Inc.
333. Craig J. Kellard
334. Craig Johnson
335. Craig Willis
336. Credit Suisse (UK) Limited
337. Credit Suisse Securities (Europe) Ltd
338. Credit Suisse Securities (USA) LLC
339. Credit Suisse Sucursal en Espana
340. Credito Privato Commerciale SA
341. Crescent TC Investors LP
342. Cristina Garcia
343. Cross Road Retirement Community
344. CT Corporation
345. CT Corporation, a Wolters Kluwer Business
346. CT Tower Investments Inc
347. Cushman & Wakefield Inc
348. CyberAgent FX Inc
349. Cynthia Flackman
350. Cyrus Select Opps. Master Fund Ltd
351. D.E. Shaw Claims SPV, LLC
352. D.E. Shaw Dihedral Portfolios LLC
353. Daca 2010L LP

354. Daiwa Securities SMBC Co. Ltd.
355. Dan Schwarzmann
356. Daniel C. Swenson
357. Daniel Hock
358. Daniel J. Ebbert
359. Daniele Filippo
360. Danske Bank A/S
361. Darengo Sociedad Anonima
362. Darryl S. Laddin
363. David Ice
364. David J. Brooks
365. Davidson Kempner Institutional Partners L.P.
366. Davidson Kempner International Ltd.
367. Davidson Kempner Partners
368. Davis Wright Tremaine LLP
369. DB Energy Trading LLC
370. De Gaulle Fleurance & Associes
371. De Lang
372. Debeka Krankenversicherungsverein AG
373. Debeka Lebensversicherungsverein AG
374. Declan Kelly
375. Deka International SA
376. Delaware Core Bond Fund
377. Delaware Core Plus Bond Fund
378. Delaware Corporate Bond Fund
379. Delaware DPT Core Focus Fixed Income
380. Delaware Enhanced Global Dividend and Income Fund
381. Delaware Foundation Moderate Allocation Fund
382. Delaware Investments Dividend and Income Fund inc
383. Delaware Port River Authority
384. Delbruck Bethmann Maffei AG
385. Deloitte & Touche LLP
386. De'Longhi Capital Services SRL
387. Delta Airlines Inc
388. Desdner Kleinwort Group Holdings LLC
389. Deustche Bank Securities Inc
390. Deutsche Bank AG
391. Deutsche Bank AG (London Branch)
392. Deutsche Bank AG New York Branch
393. Deutsche Bank National Trust Company
394. Deutsche Borse AG
395. Deutsche Bundesbank
396. Dexia Banque Internationale a Luxembourg SA
397. Dexia Credit Local, Dexia Kommunalbank Deutschland AG
398. Diamondbank Fixed Income Master Fund Ltd
399. Diamondbank Master Fund Ltd
400. DiscoverReady LLC
401. Diversified Credit Investments LLC as agent for the Government of Singapore
402. Division of Taxation for Corporation Tax (State of Rhode Island and Providence)
403. DKR Capital Partners LP
404. DKR Ibex Holding Fund Ltd
405. Doeke C. Faber
406. Dolostone LLC
407. Dominion
408. Don Prohaska
409. Donald R. White (Alameda County Treasurer-Tax Collector)
410. Doris Phillips
411. Dorsey & Whitney LLP
412. Douglas R. Schwartz
413. Dover Master Fund LP
414. Drawbridge Global Macro Master Fund Ltd
415. Drawbridge Special Opportunities Fund LP
416. Dres Horst
417. Drowst Trading LLC
418. DTE Energy Trading, Inc.
419. DZ Bank AG Deutsche Zentral-Genossenschaftsbank
420. E. Schuddeboom
421. E.H. Joris-Janssen
422. East Bay Municipal Utility District
423. Eastdil Secured LLC
424. Eckart W. Schmidt
425. ECP International S.A.
426. Edmund Craston
427. Edward J. Agostini
428. Edward J. Agostini Living Trust Dated May 12, 2000
429. Edward J. Lill
430. Edward Jones
431. EFG Private Bank Luxembourg SA
432. Eitan Lavie, Adv
433. Electricite de France
434. Elisabeth Golz
435. Elliot Hyde QC
436. Elliot International LP
437. Elvira DeCaro

438. Enbridge (U.S.) Inc
439. Engineers-Employers Construction Industry Retirement Trust/Saginaw Police
440. eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
441. Ente di Previdenza e Assistenza Pluricategoriale
442. EPCO Holdings
443. EPCO Holdings Inc
444. Epiq Bankruptcy Solutions LLC
445. EPSV Araba Eta Gasteizko Aurreski Kutxa III
446. Eric Giles
447. Eric J. Taube
448. Erika Mohnle
449. Ernst Wyder-Killer
450. ES Bank (Panama) SA
451. ESOPUS Creek Value LP
452. Eton Park Capital Management, LP
453. Eton Park Fund, LP
454. Eton Park Master Fund, LP
455. Eurodisney
456. Eurohypo AG, New York Branch
457. Evangelical Christian Credit Union
458. Evelyn I. Wheeler
459. Eversheds LLP
460. Exxonmobil Gas Marketing Europe Limited
461. F&C Portugal Gestao de Patrimonios
462. F. Javier, M.C.
463. F.E.J.M. Bemelmans Beheer B.V.
464. F.F. Thompson Foundation, Inc.
465. Fabian & Clendenin
466. Fannie Marie Gaines
467. Farallon Capital Offshore Investors II Inc
468. FCPLP
469. Federal Deposit Insurance Corporation, as Receiver of Westernbank Puerto Rico
470. Federal Home Loan Bank Of Pittsburgh
471. Federal Home Loan Bank of Seattle
472. Felicia Laval
473. Felicity Toube QC
474. FFI Fund Ltd. Bracebridge Capital, LLC
475. Fidelity National Title Insurance Company
476. Field Point IV S.a.r.l.
477. Fifth Third Bank NA
478. Fiona M. Menzies
479. First Alliance Mortgage Company

480. First American Title Insurance Company
481. First International Bank of Israel Ltd
482. FirstBank Puerto Rico
483. FL 3232 Coral Way LLC
484. Florida Hospital Waterman, Inc.
485. Fon Fineco Optimum FI
486. Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati
487. Fondazione E.N.P.A.I.A.
488. Fondazione Monte dei Paschi di Siena
489. Fondo Pensione Per Il Personale Della Banca Di Roma
490. Ford
491. Ford & Paulekas, LLP
492. Ford Credit Auto Owner Trust
493. Ford Motor Credit Company LLC
494. Forest Hills Trading Ltd. c/o Curacao Int. Trust
495. Fortis Bank
496. Fortress Investment Fund III (Coinvestment Fund A)
497. Fortress Investment Fund III (Coinvestment Fund B)
498. Fortress Investment Fund III (Coinvestment Fund C)
499. Fortress Investment Fund III (Coinvestment Fund D)
500. Fortress Investment Fund V (Fund A) LP
501. Fortress Mortgage Opportunities Master Fund Series
502. Foster Graham Milstein & Calisher, LLP
503. Fox Rothschild LLP
504. FR Acquisition Corporation (Europe) Limited
505. Francisco J. Cordoncillo Fontanet
506. Francois Bernier
507. Francois De Smet D'Olbecke
508. Francoise De Clercq
509. Frank-Roland Kuehnast
510. Franssen Matthias
511. Freddy Art
512. Frederic Feris Thompson Hospital
513. Frederic Verhoeven, Trustee for Lehman Brothers Treasury Co. B.V.
514. Freshfields Bruckhaus Deringer US LLP
515. Friedman, Billings, Ramsey Group, Inc.
516. Friedrich Mohnle
517. Fuk Shing Wong

518. FX Alliance LLC
519. FYI Fund Ltd. Bracebridge Capital, LLC
520. FYI Ltd
521. G.A. FUND- BOND HIGHER YIELD EURO TP
522. G.J. Cleijpool
523. Galleon Buccaneer's Offshore LTD
524. Gallery QMS Master Fund Ltd.
525. Gareth Donald Tilley
526. Gary Gray
527. Gavin R. Netzel
528. Gazprombank Mortgage Funding 2 S.A.
529. GE Capital Information Technology
530. GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
531. GE Corporate Financial Services Inc
532. Geary Porter & Donovan PC
533. Gentrification Ventures LLC
534. Genworth Life Insurance Company (f/k/a General Electric Capital)
535. George Barclay Perry
536. George W. McDowell
537. Georges Pola
538. Gibson Dunn & Crutcher LLP
539. Gifu Bank
540. Giles John Richardson
541. Glankler Brown PLLC
542. GlenOaks Medical Center, Inc.
543. Gloria A. Stainkamp
544. Gloria K. Berkwits
545. Godfrey & Kahn, SC
546. Goedhart Participanties BV
547. Golden State Tobacco
548. Golden State Tobacco Securitization Corporation
549. GoldenTree 2004 Trust
550. Goldentree Asset Management LP
551. GoldenTree Asset Management Lux Sarl
552. GoldenTree Credit Opportunities Financing I Ltd
553. GoldenTree Entrust Master Fund SPC
554. GoldenTree High Yield Value Fund Offshore (Strategic) Ltd
555. GoldenTree Leverage Loan Master Fund Ltd
556. GoldenTree Loan Opportunities V Ltd
557. GoldenTree Master Fund II, Ltd.
558. GoldenTree Master Fund, Ltd.

559. Goldman Sachs
560. Goldman Sachs & Co
561. Goldman Sachs (Asia) Finance
562. Goldman Sachs (Japan) Ltd.
563. Goldman Sachs Credit Opportunities Institutional 2
564. GoldTree Master Fund II Ltd.
565. GoldTree Master Fund Ltd.
566. Government of Singapore Investment Corp
567. Grace Village Health Care Facilities, Inc.
568. Greenberg Traurig LLP
569. Greenlight Capital LP
570. Greenlight Capital Offshore Partners
571. Greenlight Capital Qualified LP
572. Greenlight Reinsurance, Ltd.
573. Greenpoint
574. GreenPoint Mortgage Funding, Inc.
575. Greenstein DeLorme & Luchs. PC
576. Greg Georgas & Mark Grock
577. Gregg Somma
578. GTAM Fund I, Ltd.
579. Guy Butler Limited
580. H.-W. Schenk
581. H21 Absolute Return Portfolios SPC Class A
582. Hain Capital Group, LLC
583. Hank's Living Trust
584. Hanover Moving & Storage Co Inc
585. Hans-Dieter Olsberg
586. Hans-Hermann Weber
587. Hapaolim Securities USA Inc
588. Hardinger & Tanenholz LLP
589. Hardinger & Tanenholz LLP
590. Hardinger Tanenholz LLP
591. Harrah's Operating Co Inc
592. Hawaii 2 Fund
593. Hawaii 2PEA Fund
594. Hawaii Fund
595. Hawaii PEA Fund
596. Hayman Capital Master Fudn LP
597. Heidede Schneider
598. Heidemarie Pilat
599. Helen Kornreich
600. Hellenic Republic
601. Helmut Grams
602. Henry Morgan Lawrence III
603. Herman Stolk
604. Herrick & Feinstein MMOR Consulting
605. Herzfeld & Rubin, P.C.

606. Hewlett-Packard AP (HONG KONG) LIMITED
607. High Country Engineering Inc
608. Hightip Capital LLC
609. Hilliard Farber & Co Inc
610. Hinsdale Hospital, Jellico Community Hospital, Inc.,
611. HMH Publishing Mezzanine Holdings Inc
612. Hoegen & Associates, P.C.
613. Hogan & Hartson LLP
614. Holland & Hart LLP
615. Holly Hedge
616. Houghton Mifflin Harcourt Publishing Company
617. Houthoff Buruma Cooperatief U.A.
618. Howard Hughes Medical Institure
619. HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust (A-H)
620. HSBC Bank PLC
621. HSH Nordbank AG
622. HSH Nordbank AG, Luxembourg Branch
623. Hua Nan Commercial Bank Ltd
624. Hudson Global Resources Management Inc
625. Hum Kwok Ka/Shum Chan Yuk Yin Alla
626. Humerick Environmental Constructions, Inc.
627. Husalansgrunnurin
628. HWA 555 Owners LLC
629. Ian G. Toal
630. Ian W. Anderson
631. Icahn Partners LP
632. Icahn Partners Master Fund LP
633. ICCREA Banca SpA
634. Indemnity Insurance Company of North America
635. Indianapolis Osteopathic Hospital, Inc. d/b/a Westview Hospital
636. Information Builders Inc
637. ING Administradora de Fondo
638. ING Belgium S.A./N/V/
639. ING Investment Management CLO II Ltd
640. ING Life Insurance and Annuity Company
641. Ingram Pension Plan/NY Life Co TTEE Ingram Industries Retirement Plan
642. Institute of International Education
643. Interface Cable Assemblies and Services Corp
644. Inter-Local Pension Fund Graphic Communications Conference of the International
645. International Union of Operating Engineers - Employers Construction Industry Retirement Trust
646. INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL
647. INTERPOLIS PENSIOENEN VERMOGENSBEHEER B.V.
648. Intuition Publishing Inc
649. Invesco Municipal Fund
650. Invesco Van Kampen International Growth Fund
651. Iowa Telecommunications Services Inc
652. IRCEM Retraite
653. Israel Discount Bank Ltd
654. Itas Assicurazioni SpA
655. Itas Mutua SpA
656. Itas Vita SpA
657. Ivan L. McKinney
658. J&A Garrigues, S.L.P.
659. J. Christine Amini
660. J. de Graaff
661. J.R. Hensen
662. Jackson, DeMarco, Tidus, Peckenpaugh
663. James Law
664. James Mather
665. James P. Meyer
666. James R. Phillips
667. James Rupert Potts
668. James T. Hawthorne
669. James Vidakovich
670. Jamie Prough
671. Jamin Cook
672. Jan Hoogstrate
673. Japan Loans Opportunities B.V.
674. Jason M. Goldberg
675. Jason T. Taylor
676. Jatralec Capital LLC
677. Javier Cosme
678. Jean de Watteville
679. Jean-Paul Verhoustraeten
680. Jeffer Mangels
681. Jennifer Adler
682. Jennifer Becker
683. Jet I, L.P.
684. Joachim Schuler
685. Joan Collet Cabot

8

| | |
|---|---|
| 686. | John P. Morris |
| 687. | Jonathan H. Rothstein |
| 688. | Jonathan Scott Nash QC |
| 689. | Jose Cardeno Forastero |
| 690. | Jose Francisco Magdalena Pascual |
| 691. | Josef Moser |
| 692. | Joseph Arena |
| 693. | Joseph S. Davis |
| 694. | Joshua Tornberg |
| 695. | Juana Maria Sanchez-LaFuente |
| 696. | Judith Ann Kenney |
| 697. | Julie Pontin |
| 698. | Jyske Bank A/S |
| 699. | Kahrl & Wutcher LLP |
| 700. | Kan Kwok Hung |
| 701. | Kan Lai Fong |
| 702. | Katharina Pollinger |
| 703. | Kathleen C. Duffy |
| 704. | Kaye Scholer LLP |
| 705. | Keane Inc. |
| 706. | Kei Fung Chu |
| 707. | Kelly Mathew Wright |
| 708. | Kelly McGehee |
| 709. | Kenneth E. Lee |
| 710. | Kepler-Fonds Kapitalanlagegesellschaft mbH |
| 711. | Keshet Debentures Limited |
| 712. | Kettler R. Kyle |
| 713. | Kevin Corcoran Real Estate |
| 714. | Kevin Craig |
| 715. | Kevin Lyons |
| 716. | KeyCorp |
| 717. | Keydata Investment Services Limited |
| 718. | Khattar Wong |
| 719. | Kimiko Takahashi |
| 720. | Kleinwort Benson Bank Limited |
| 721. | Kooperative pojist'ovna, a.s. Vienna Insurance |
| 722. | Korean Airlines Co., Ltd. |
| 723. | Kori New |
| 724. | Kouseifukushikai Foundation Fuzimireniamu |
| 725. | KPMG LLP |
| 726. | Kristin F. Davis |
| 727. | Kumari Lata Bachan Singh |
| 728. | Kurt Kornreich |
| 729. | Kwan Tong Shui |
| 730. | Kwok Yuk Ying |
| 731. | L. Oudshoorn |
| 732. | Lai Kit Fong |
| 733. | Lai Kuen Chan |
| 734. | Lai Yuk Lui |
| 735. | Lam Hok Chun |
| 736. | Lam Me Yin |
| 737. | Lam Siu Kei |
| 738. | Lam Wung Hpang |
| 739. | Lam Yuk Fun |
| 740. | Lambda Asset Management Ltd. |
| 741. | Land Advisors Organization, LLC |
| 742. | Land Bank of Taiwan |
| 743. | Landesbank Schleswig-Holstein Girozentrale |
| 744. | Lan-Tel Communications Inc. |
| 745. | Lataj Group LLC |
| 746. | Latifa Debbarh |
| 747. | Lau Man Sheung/ Yung Ching Chuen |
| 748. | Lau Sin Ying |
| 749. | Lau Tit Wah |
| 750. | Laurelin B.V. |
| 751. | Laurelin II B.V. |
| 752. | Lauren Attard |
| 753. | Laurence Hulet |
| 754. | Lavena |
| 755. | LB 3 GmbH |
| 756. | LB Holdings Intermediate 1 Ltd |
| 757. | LB Investment Corp Inc |
| 758. | LB Investments (UK) Limited |
| 759. | LB-NL U.S. Investor Inc. |
| 760. | LCOR Alexandria L.L.C. |
| 761. | Leda Papadopoulou |
| 762. | Legg Mason Australian Bond Trust |
| 763. | Legg Mason Cash Plus Trust |
| 764. | Lehman Brother Venture Capital 2003 Partnership |
| 765. | Lehman Brothers 1999 Venture Managers Partnership LP |
| 766. | Lehman Brothers 1999 Vernture GP Partnership LP |
| 767. | Lehman Brothers Asset Management (Europe) Ltd |
| 768. | Lehman Brothers Capital GmbH Co |
| 769. | Lehman Brothers CDO 2003 LP |
| 770. | Lehman Brothers CDO Associates 2003 LP |
| 771. | Lehman Brothers CDO Associates 2004 LP |
| 772. | Lehman Brothers CDO Opportunity Partners 2004-2, L.P. |
| 773. | Lehman Brothers Diversified Private Equity Fund 2004, L.P. |
| 774. | Lehman Brothers European Mezzanine 2002 Associates L.P. |

775. Lehman Brothers European Mezzanine 2002 L.P.
776. Lehman Brothers Finance (Japan) Inc.
777. Lehman Brothers Holdings PLC
778. Lehman Brothers Japan Inc
779. Lehman Brothers Luxembourg Investments Sari
780. Lehman Brothers MBG Associates III L.L.C.
781. Lehman Brothers MBG Capital Partners 1998 (C) LP
782. Lehman Brothers MBG Finders 1999 (A) L.P.
783. Lehman Brothers MBG Finders 1999 (B) L.P.
784. Lehman Brothers MBG Finders 2000 (B) L.P.
785. Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
786. Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
787. Lehman Brothers MBG Partners 1998 (A) L.P.
788. Lehman Brothers MBG Partners 1998 (B) L.P.
789. Lehman Brothers MBG Partners 1998 (C) L.P.
790. Lehman Brothers MBG Partners 1999 (A) L.P.
791. Lehman Brothers MBG Partners 1999 (B) L.P.
792. Lehman Brothers MBG Partners 1999 (C) L.P.
793. Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
794. Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
795. Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
796. Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
797. Lehman Brothers Offshore long/short fund, ltd
798. Lehman Brothers Private Equity Advisers L.L.C
799. Lehman Brothers Private Fund Advisers LP
800. Lehman Brothers Private Fund Management LP
801. Lehman Brothers Venture Bankers Partnership LP

802. Lehman Crossroads Corporate Investors II LP
803. Lehman Municipal ABS Corp.Lehman OPC LLC
804. Lehman XS Grantor Trust
805. Lehman XS Trust Mortgage
806. Lennox Paton
807. Leopard CLO IBV
808. Leopard CLO IIIBV
809. Leopoldine Haselmayer
810. Leslie Hindman Auctioneers Inc
811. Leslie Rodriguez
812. Leung Fai
813. Leung Kwok Fan
814. Leung Man Kit
815. Level Global Overseas Master Fund, Ltd.
816. Levine Lee LLP
817. Lewis & Roca
818. Lexis Nexis
819. LGT CAPITAL INVEST (SC3) LTD
820. Li Karen Kwai Har
821. Li Yee Man/Fung Yiu Lun
822. Lilliana Buccellati
823. Lin Tei Tse
824. Lincoln National Reinsurance Company (Barbados)
825. Linda Neufeld
826. Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP
827. Lion City CDO Limited
828. Liou Yi Chung
829. Lisa Marcus
830. Lise Ice
831. Littler Mendelson PC
832. LMA SPC for and on behalf of MAP I Segregated Portfolio
833. LMA SPC for and on behalf of the MAP V Segregated Portfolio
834. London & European Title Insurance Services Ltd
835. London & European Title Insurance Services Ltd
836. Louis Claesen
837. Lowell H. Zuck
838. Luk Miu Ping
839. Lunar Real Estate Holdings.
840. Luther Rechtsanwaltsgesellschaft mbH
841. LVIP Delaware Foundation Moderate Allocation Fund
842. Lyon and Turnbull Ltd.

843. M. Carmen Caminals Rosell
844. M.B.A.M. de Krosse
845. Ma Hing Sum
846. Mackay Shields Credit Strategy Partners
847. Madelyn Antoncic
848. Maelstrom Holding Inc.
849. Magnetar
850. Magnetar Capital Master Fund, Ltd.
851. Magnetar Constellation Fund II, Ltd.
852. Magnetar Constellation Fund III, Ltd.
853. Magnetar MQ Ltd.
854. Maimonides-Shalom Academy, Inc.
855. Manor Park, Inc.
856. Manuel Plens Calamda
857. Margaret E. Gattuso
858. Margareta Anderson
859. Maria Carmen Massoni Pi
860. Maria del Milagro Herrero Moro
861. Maria del Roser
862. Maria Jesus Gago Moreda
863. Maria Teresa Martinez Jimenez
864. Marie Mazzioth
865. Mariol Jose Asto Rull
866. Mark Graham Arnold
867. Mark Kim
868. Marriott International, Inc.
869. Marta Garcia
870. Martin Michael Pascoe QC
871. Martin Rochowiak
872. Mary E. Langevin
873. Mary Elizabeth Stoker
874. Maryann Chamberlain
875. Matbeot Olam (World Currencies) Ltd.
876. Mathieu Desforges
877. Matignon Derivatives Loans
878. Maureen T. Fromme
879. McJunkin Red Man Development Corp.
880. Mediobanca – Banca di Credito Finanziario
881. Mega Global Asset Management Co., Ltd.
882. Mega International Asset Management Co., Ltd.
883. Melicia Magsandie Tabuyo Ulep
884. Memorial Hospital
885. Memorial Hospital, Inc.,
886. Mercedes Bitaube Cortes
887. Mercedes de Azpiazu Gelabert
888. Mercer Marsh & McLennan Companies
889. Merchants' Gate Offshore Limited Partnership

890. Merchants' Gate Onshore Fund LP
891. Mercurius Beleggingmaatschappij B.V.
892. Method Investment and Advisory
893. Metlife Domestic Trust
894. Metroplex Adventist Hospital, Inc.
895. Metropolitan Life Insurance Company
896. Michael Alexis Coleman Sr.
897. Michael Beglan
898. Michael Best & Friedrich LLP
899. Michael Cryan
900. Michael Gran
901. Michael J. O'Mara
902. Michael J. Petrucelli
903. Michael L. Bowyer
904. Michael Pinko, Ltd.
905. Michael Rochowiak
906. Michele Booten
907. Ministry of Finance Greece
908. Miriam Bano Coscolla
909. Mitsui Company
910. Mok Wen Kwok/O Lai Chun
911. Montauk Energy Capital, LLC
912. Monti Family Holding Company, Ltd.
913. Morgan Stanley
914. Morgan Stanley Bank International Limited
915. Mortgaged Bakced Securities Litigation
916. Moulton Bellingham PC (special counsel for the debtors)
917. Mountain States Properties Inc.
918. Mr. Bals
919. MRC Management Co. (F/K/A MRM West Virginia Management Company)
920. Mrs. Missuwe
921. Multi Asset Platform Master Fund SPC
922. Mya Investments SA
923. Nachiketa Das
924. Nai Ham Hotel 1 Company Limited
925. National Australia Bank
926. National Bank of Fujairah psc
927. National Fellowship Brethren Retirement Homes, Inc.
928. National Union Fire Insurance Company of Pittsburgh, Pa.
929. Natixis Capital Markets Inc
930. Natixis S.A.
931. Nehali Shah
932. Neil Ross
933. Nenigoen, S.L.
934. Network Appliance Inc
935. Neuberger Berman Fixed Income LLC

| | |
|---|---|
| 936. | Neuberger Berman Management, LLC |
| 937. | New Generation Funding Trust 15 |
| 938. | New Generation Funding Trust 16 |
| 939. | New York Life Insurance Company Inc |
| 940. | New York State Department of Taxation and Finance |
| 941. | Newport Global Advisors LP |
| 942. | Newton Re Limited |
| 943. | Ng Cheung Hoi/Lam Ching Mee |
| 944. | Ng Wai Hing |
| 945. | Nicole S. Lawrence |
| 946. | Nicole Zeller |
| 947. | Niels K. Thygesen |
| 948. | Nikko Cordial Securities Inc. |
| 949. | Norddeutsche Landesbank Girozentrale |
| 950. | Nordea Bank AB (publ), |
| 951. | Nordea Bank Finland Plc |
| 952. | Nordmetall e.V. |
| 953. | Nordmetall-Stiftung |
| 954. | Northrop Grunman |
| 955. | Northumbrian Management, L.L.C. |
| 956. | NRW BANK |
| 957. | NSTAR Electirc |
| 958. | NVC INC |
| 959. | NYFIX, Inc. |
| 960. | NYSE Euronext Inc. |
| 961. | Oaklawn Psychiatric Center, Inc. |
| 962. | Oaktree Huntington Investment Fund |
| 963. | Oaktree Huntington Investment Fund L.P. |
| 964. | Oaktree Opportunities Fund VIII |
| 965. | Oaktree Opportunities Fund VIII (Parallel 2), L.P. |
| 966. | Oaktree Opportunities Fund VIII Delaware, L.P. |
| 967. | Och-Ziff Capital Management Group LLC |
| 968. | OCM Opportunities Fund VII Delaware LP |
| 969. | OCM Opportunities Fund VIIb Delaware, L.P. |
| 970. | OCM Opportunities Fund VIIb Delaware, L.P. |
| 971. | Odd & Cie |
| 972. | Office of the U.S. Trustee |
| 973. | Official Committee of Unsecured Creditors |
| 974. | Olifant Fund, Ltd. |
| 975. | Olivant Investments Switzerland SA |
| 976. | One Madison Investments (CAYCO) Limited |
| 977. | Ontario Teacher's Pension Plan Board |
| 978. | Open Solutions Inc. |
| 979. | Oppenheimer Funds Inc. |
| 980. | Opps LBBV Holdings, L.P. |
| 981. | Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading, |
| 982. | Optimum Fixed Income Fund |
| 983. | Optique PTY LTD ATF Optique Super Pension Fund |
| 984. | O'Reilly Automotive, Inc. |
| 985. | Orestes Lugo |
| 986. | Orrick, Herrington & Sutcliffe LLP |
| 987. | Osaka Securities Finance Company, Ltd. |
| 988. | Otterbein Homes |
| 989. | Oversea-Chinese Banking Corp. Ltd. |
| 990. | OZ Asia Master Fund, Ltd. |
| 991. | OZ Master Fund, Ltd. |
| 992. | OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group |
| 993. | P. Schoenfeld Asset Management |
| 994. | P. Schoenfeld Asset Management LP |
| 995. | P. van der Graaf |
| 996. | Pacific Gas & Electric Company |
| 997. | Pamela Willis |
| 998. | PANACEA TRUST- BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST |
| 999. | Paramount Global Limited |
| 1000. | Park Place Partners, Inc., d/b/a Land Advisros Organization, LLC |
| 1001. | Parkcentral Global Hub Limited |
| 1002. | Patricia O'Reilly |
| 1003. | Patrick Cremin |
| 1004. | Patrick Nesbitt |
| 1005. | Patridge Snow & Hahn LLP |
| 1006. | Paul J. Bakker |
| 1007. | Paul N. Shotton |
| 1008. | Paul Stevenson |
| 1009. | Paul Weiss Rifkind Wharton & Garrison LLP |
| 1010. | Pauline de Gautard-Yersin |
| 1011. | Paulson Credit Opportunities Master Ltd. |
| 1012. | PCCP Mezzanine Recovery Partners I, L.P. |
| 1013. | Pearl Finance Public Limited Company Series 2003-8 |
| 1014. | Pedro Hernandez del Santo |

1015. Pennsylvania Public School Employees' Retirement System
1016. Pepper Hamilton LLP
1017. Perkins Coie LLP
1018. Permal Stone Lion Fund Ltd.
1019. Perry Krumsiek & Jack LLP
1020. Perry Principals LLC
1021. Peter E. Sundman
1022. Peter Nagel
1023. Peter Sattler
1024. Peter Thompson
1025. Phaeton International (BVI) Limited
1026. Pharo Macro Fund, Ltd.
1027. Philip Jones QC
1028. Philip Strome
1029. Philip Walsh
1030. Phillip Walsh
1031. Phoenix Partners II, L.P.
1032. Phoenix Partners, L.P.
1033. Pictet & Cie
1034. Pike International Y.K.Pindar Pty Ltd
1035. Pilar Suarez-Carreno Lueje
1036. Pillsbury Winthrop Shaw Pittman LLP
1037. PIMCO Cayman Global LIBOR Plus (Yen Hedged) Fund
1038. Pines Edge Value Investors Ltd.
1039. Piper Jaffray and Co.
1040. PJM Interconnection, L.L.C.\
1041. PNB Paribas CB-CDS
1042. PNC Bank, National Association
1043. Polaris Software Lab (India) Ltd
1044. Pollyson International Limited
1045. Polygon Global Opportunities Master Fund
1046. Poon Siu Ping
1047. Port of Tacoma
1048. Portfolio Green German CMBS
1049. Precoat Metals
1050. President Securities (Hong Kong) Limited
1051. PRGS 1407 BWAY LLC
1052. Pricewaterhouse Coopers LLP
1053. PricewaterhouseCoopers AG, Zurich
1054. PricewaterhouseCoopers Aktiengesellschaft
1055. Priems Bresser
1056. Prime Capital Master SPC, GOT WAT MAC Segreg. Port.
1057. Primus Telecommunications Canada Inc
1058. Professor Daniel David Prentice
1059. Prosieben
1060. Pryor Cashman LLP
1061. Public Employees' Retirement Association of Colorado
1062. Public Power Generation Agency
1063. Putnam
1064. Putnam Credit Hedge Fund, L.P.
1065. Putnam International Distributors, Ltd.
1066. Putnam Investment Holdings, LLC
1067. Putnam Structured Opportunities Fund, Ltd.
1068. Quadrant Structured Credit Products
1069. Quadrant Structured Products Company
1070. Quartz Finance Public Limited Company Series 2003-3
1071. Quartz Finance Public Limited Company Series 2003-4
1072. Queensgate Trust Company Ltd.
1073. Quintessence Fund LP
1074. QVT Fund LP
1075. Rahn & Bodmer Co.
1076. Raiffeisen Bank International AG
1077. Raiffeisen Zentralbank Osterreich Aktiengesellschaft
1078. Raiffeisen Zentralbank Sterreich AG
1079. Raiffeisenbank NO-Sud Alpin reg.Gen.m.b.H.
1080. Raiffeisenbank Traisen-Golsental
1081. Raiffeisenkasse Ebreichsdorf
1082. Rainer Lotsch
1083. Ramona Serentill Llovera
1084. Randall J. Hutton
1085. Ray Management Group, Inc
1086. Raymond Hernandez
1087. RBS Coutts Bank AG
1088. RDZ Fine Arts
1089. Realclub Holdings LLC
1090. Redwood Master Fund, Ltd.
1091. Reilly Pozner
1092. Reitrement Housing Foundation
1093. Residences de la République S.A.S.
1094. Restoration Special Opportunities Master Ltd.
1095. Reuters America
1096. Richard Andrew Snowden QC
1097. Richard Grant Noble
1098. Richard Hacker
1099. Richard Hitchcock
1100. Richard Moore
1101. Richard S. Locke
1102. Richard Sheldon QC
1103. Richard Snowden, Queen's Counsel

13

| | |
|---|---|
| 1104. | Richard Tessmer |
| 1105. | Rising Realty |
| 1106. | Robert L. Zito |
| 1107. | Robert Stuart Levy QC |
| 1108. | Robert W. Wilson |
| 1109. | Roberto Redondo |
| 1110. | Rocco F. Andriola |
| 1111. | Rock Creek Group LP, as Asset Manager |
| 1112. | Rockefeller Center North Inc. |
| 1113. | Rock-Forty Ninth LLC, Rockefeller Center et al. |
| 1114. | Roland Hansalik |
| 1115. | Romeo Fernandez Andres, Jr. |
| 1116. | Ronald A. Hijmans |
| 1117. | Ronald J. Santi |
| 1118. | Roni Hunziker |
| 1119. | Rosa Fisa Plana |
| 1120. | Rosa M. Mateu Sole |
| 1121. | Rosalind Ebanks |
| 1122. | Rosslyn Investors I, LLC |
| 1123. | ROSSLYN LB SYNDICATION PARTNER LLC |
| 1124. | Rothgerber Johnson & Lyons LLP |
| 1125. | Roth-Naville |
| 1126. | Royden Yasuo Ginoza |
| 1127. | Ruby Finance Public Limited Company |
| 1128. | Ruby Finance Public Limited Company Series 2008-1 |
| 1129. | Rudolf Jun. Gort c/o CMG Dr. Zorn & Partner, AG |
| 1130. | Rui Manuel Dias Moura Teixeria |
| 1131. | Russell Investment Group |
| 1132. | Rust Belt Holdings, L.L.C. |
| 1133. | Ruth Butti-Widmer |
| 1134. | SABMi11er Plc |
| 1135. | Sacamano Partners, L.L.C. |
| 1136. | SAGA 4000 Limited |
| 1137. | SAIL 2005-11 |
| 1138. | SAIL 2006-BNC3 |
| 1139. | Saint Joseph's University |
| 1140. | Salvador & Associates, Attorneys-At-Law |
| 1141. | Samantha J. Malthouse |
| 1142. | Samson & McGrath |
| 1143. | Samsung Fire & Marine Insurance Co., Ltd. |
| 1144. | Samuel E. Belk IV |
| 1145. | Samuel T. Freeman & Co. |
| 1146. | San Diego-Frazee, LLC |
| 1147. | Sandra Stolk |

| | |
|---|---|
| 1148. | Sansar Capital Holdings, Ltd. |
| 1149. | Sansar Capital Master Fund, L.P. |
| 1150. | Santander Asset Mgmt for Decision Conservador, FI |
| 1151. | Santander Asset Mgmt for Decision Moderado, FI |
| 1152. | Santander Asset Mgmt for Fondo Anticipacion |
| 1153. | Santander Asset Mgmt for Fondo Santander 150 |
| 1154. | Santander Asset Mgmt for Superfondo Evolucion, FI |
| 1155. | Santander Asset Mgmt. for Fondo Multirent Abilidad F1 |
| 1156. | Santander Asset Mgmt. for Fondo Superseleccion |
| 1157. | Santander Asset Mgmt. for Fondo Superseleccion Acciones 2, F1 |
| 1158. | Saphir Finance PLC 2006-10 |
| 1159. | Saphir Finance Public Limited Company Series 2005-1 |
| 1160. | Saphir Finance Public Limited Company Series 2005-3 |
| 1161. | Saphir Finance Public Limited Company Series 2006-2 |
| 1162. | Saphir Finance Public Limited Company Series 2007-5 |
| 1163. | Sarah Mickschl |
| 1164. | Sarahliz Lawson |
| 1165. | SASCO |
| 1166. | Sau King Tse |
| 1167. | SC Lowy Primary Investments, Ltd. |
| 1168. | Schottenstein, Zox and Dunn Co., LPA |
| 1169. | Schram-Defonseca |
| 1170. | Schretlen & Co. |
| 1171. | Scotia Capital (USA) Inc. |
| 1172. | Seaport Loan Products, LLC |
| 1173. | Seat Pagine Gialle S.P.A. |
| 1174. | SEB AG |
| 1175. | Secom General Insurance Co., Ltd. |
| 1176. | Secure Growth Fund Ltd. |
| 1177. | Securities Litigation and Lead Plaintiffs |
| 1178. | Security Assurance Advisers LP |
| 1179. | Segespra Finance |
| 1180. | Semper Constantia Privatbank AG |
| 1181. | Sengent, Inc. -d/b/a ClariFI |
| 1182. | Sequa Capital Corp |
| 1183. | Serengeti Asset Management LP |
| 1184. | Serengeti Opportunities MM L.P. |
| 1185. | Serengeti Opportunities Partners LP |
| 1186. | Service Corp Int'l |

1187.  Seyfarth Shaw LLP
1188.  Sham Wai Kin Philip
1189.  Shannon Health System
1190.  Shareholders of Novastar Financial Inc.
1191.  Shearman & Sterling LLP
1192.  Shell Energy North America (US) L.P.
1193.  Shell Trading (US) Company
1194.  Sheryl Goldman
1195.  Shin & Kim
1196.  Shinhan Investment Corp.
1197.  Sidley Austin LLP
1198.  Sills Cummis Epstein & Gross PC
1199.  SilvermanAcampora LLP
1200.  Silvia Zimmerman-Beeli
1201.  Siu Kwan Wong
1202.  Siu Man Wai
1203.  Six Flags Theme Parks Inc. A-14
1204.  Skandinaviska Ensilda Banken
       AB/Skandinaviska
1205.  Sky Power Corporation
1206.  SkyPower Corp
1207.  SLB Leasing-Fonds Gmbh & Co.
       Herakles KG
1208.  SLB Leasing-Fonds Gmbh & Co. Odin
       KG
1209.  SMBC Friend Securities Co., Ltd.
1210.  SMBC Nikko Capital Markets Limited
1211.  SMBC Nikko Securities Inc.
1212.  SNR Denton US LLP, Special Counsel
1213.  Societe Generale Asset Management
       Banque
1214.  Societe Generale Bank & Trust
       (Singapore Branch)
1215.  Sohrab Amini
1216.  Sojong Partners
1217.  Solomer Fund, LLC
1218.  Sonja Mullens
1219.  Sosgardel, S.A.
1220.  Sotheby's
1221.  Southern California Edison Company
1222.  SOUTHERN CALIFORNIA EDISON
       COMPANY
1223.  Southern Pacific Funding 5 Ltd
1224.  SP4190 S. Lasalle, L.P.
1225.  SPCP Group, L.L.C.
1226.  SPCP Group, L.L.C. (agent for Silver
       Point Capital Fund, L.P. and Silver Pont
       Capital
1227.  Spectra Energy Capital, LLC (f/kfa
       Duke Capital)
1228.  Sprint Nextel Corp

1229.  Srihari Javvaji
1230.  Standard Bank Plc
1231.  State Bank Commissioner of the State of
       Delaware
1232.  State Development Bank of North
       Rhine-Westphalia
1233.  State of New Jersey, Department of
       Treasury, Division of Investment
1234.  State Street Bank
1235.  Stefanie Herold
1236.  Stephanie Mosher
1237.  Stephen L. Hopkins
1238.  Steve New
1239.  Steven D. Ginsburg
1240.  STICHTING
       BEDRIJFSPENSIOENFONDS VOOR
       DE METAALEKTRO
1241.  Stichting Het Assink Lyccum
1242.  STICHTING MN SERVICES
       EUROPEES HIGH YIELD FONDS
1243.  Stichting Pensioenfunds ABP
1244.  Stichting Waardepot Finvestor
1245.  Stikeman Elliott LLP
1246.  Stoll Keenon Ogden, PLLC
1247.  Stone Tower Debt Advisors, LLC
1248.  Stonehill Offshore Partners Limited
1249.  Strategic Value Special Situations
       Master Fund II
1250.  Stratis Polychroneas
1251.  Structured Capital Solutions
1252.  Stylos Asia Master Fund Ltd.
1253.  Sullivan & Cromwell LLP
1254.  Sumitomo Mitsui Banking Corp
1255.  Sumitomo Trust & Banking Co., LTD
1256.  Sunken Ledge, LLC
1257.  Susan Sun He Ginoza
1258.  Susan Walsh
1259.  Sussman & Frankel LLP
1260.  Suzanne Counts
1261.  Suzanne Walsh
1262.  Swearengen Place, L.L.C.
1263.  Swiss Asset & Risk Management
1264.  Swisscanto (LU) Portfolio Funds
       Management Company
1265.  Swisscanto (LU) SICAV II Advisory
       Company Holding
1266.  Sylvia Agostini
1267.  Sylvia Agostini Living Trust Dated May
       12, 2000
1268.  Syncora Syncora Holdings Ltd
1269.  T & W Funding Company

1270. T. Boone Pickens
1271. T.H. Meesters-Brooymans
1272. TAARP Group LLP
1273. Taconic Capital
1274. Tam Sing Tong/Wong Wing Sze Vivian
1275. Taminiau C.J.R.M.
1276. Tang Capital Partners, LP
1277. Tata American International
1278. Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
1279. Tata Consultancy Services LTD
1280. Tax Partner AG
1281. TD Securities (USA) LLC
1282. Teachers Insurance and Annuity Association of America
1283. Teachers' Retirement System of the State of Illinois
1284. Teamsters Allied Benefit Funds Technical & Scientific Application, Inc.
1285. Tejas Securities Group Inc
1286. Temple University Health Systems Inc
1287. Teppco Partners LP
1288. Tercas-Cassa di Risparmio Della Provencia di Teramo S.p.A.
1289. Tetra Tech Inc
1290. Teva Hungary Pharmaceutical Marketing
1291. The 77 Bank, Ltd.
1292. The Airport Commission of the City and County of San Francisco
1293. The Bank of Iwate, Ltd.
1294. The Bank Of Tokyo-Mitsubishi UFJ Ltd
1295. The Bank of Yokohama, Ltd.
1296. The Baupost Group LLC
1297. The Chuo Mitsui Trust & Banking Co., Ltd.
1298. The Chuo Mitsui Trust And Banking Co., Ltd
1299. The City of New York
1300. The Core Plus Fixed Income Portfolio
1301. The Estate of Stephen H. Weiss
1302. The Gifu Bank Limited
1303. The Hiroshima Bank, Ltd.
1304. The Horne Depot Inc
1305. The Irvine Company LLC
1306. The James Vidakovich Revocable Trust
1307. The Joint Administrators of the UK Administration Companies
1308. The Lehman Singapore Liquidators
1309. The Potomack Company Auctions

1310. The Provisional French Administrator to Banque Lehman Brothers SA
1311. The Prudential Assurance Co. Ltd. (UK entity)
1312. The Rutland Hospital Inc
1313. The Seaport Group Europe LLP
1314. The Shonai Bank, Ltd.
1315. The Varde Partners LP
1316. The Wilson Law Firm PC
1317. Theodore Wm. Tashlik
1318. Thisha Craig
1319. Thomas Bathurst QC
1320. Thomas E. Pratt
1321. Thomas Guy Radcliffe Parker QC
1322. Thompson & Knight LLP
1323. Thomson Financial
1324. Thracia
1325. Thracia LLC
1326. TIAA Global Markets Inc.
1327. Tiffany Cook
1328. Tikehau Capital Advisors SAS
1329. Tikehau Capital Partners SAS
1330. Tim Choy Fung
1331. Tina Rochowiak
1332. Tishman Speyer Properties LP
1333. To Kam Fong
1334. TOBAM
1335. Togut, Segal & Segal LLP
1336. Tommy Tewalt
1337. Tomoko Oowa
1338. Toni Hock
1339. Topaz Finance Limited Series 2005-2
1340. Transaction Network Services Inc
1341. Transamerica Asset Funding Corp I
1342. Travelers
1343. Travelers Casualty
1344. Travelers Casualty and Surety Company of America
1345. Treasurer of Garfield County, Colorado
1346. Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
1347. Trimont Real Estate Adivosrs, Inc.
1348. Trudy Santiago
1349. Tsang Mui Kwai Della
1350. TSB Bank plc
1351. Tse Pak Kuen
1352. Tso Hei Chun
1353. Tulip Lane III CDO
1354. Tyco Electronics Tyco International Group SA
1355. U.S. Bank National Association

1356. U.S. Real Estate Opportunities I, L.P.
1357. UHY Advisors TX LLC
1358. UniCredit Luxembourg SA
1359. Union Bank Of California NA
1360. Union Investment Luxembourg S.A.
1361. Unipension Invest FMBA
1362. Unita IV (avoca)
1363. United Mortgage & Loan Investment, LLC
1364. United Overseas Bank Limited
1365. United Parcel Services, Inc.
1366. Urbanism-Coral Way, LLC
1367. US Airways Inc
1368. US Shipping Partners LP
1369. USAA High Yield Opportunities Fund
1370. USREO/ROSSLYN INVESTORS, LLC
1371. Valentine S. Grimes & Co
1372. Valkenborgs Roger
1373. Van Mens & Wisselink NV
1374. Variable Funding Trust 2007-1
1375. Variable Funding Trust 2008-1
1376. Varig SA (Vicao Aerea Rio-Grandense)
1377. Vaughan Counts
1378. Veronique Audimiguou
1379. Veyance
1380. Videocon Industries Limited
1381. Vienna Insurance Group Wiener Stadtische
1382. Vinson & Elkins LLP
1383. VisionGain China Absolute Return Master Fund
1384. Volksbank Aichfeld-Murboden
1385. Vontobel Europe SA
1386. Voss of Norway
1387. W.E. de Vries-Scheiberlich
1388. Walker Willard LLP
1389. Walkers
1390. Waller Lansden Dortch & Davis, LLP
1391. Walter De Clech
1392. Walter Mende
1393. Waterstone Market Neutral Master Fund Ltd
1394. Waterstone MF Fund Ltd
1395. Watson, Farley & Williams (Thailand) Limited
1396. Wayne D. Reid II
1397. Western Lake International SA
1398. Westpac Banking Corporation
1399. Whatley Place LLC
1400. Whitehawk CDO Funding Ltd.
1401. Whitewood Financial Partners LP

1402. Whitworth College, d/b/a Whitworth University
1403. Willemsen Gemert Pensioen BV
1404. William Fry Tax Advisors Limited
1405. William L. Hess
1406. Windels Marx Lane & Mittendorf LLP
1407. Wisconsin Gas LLC (f/kla Wisconsin Gas Company)
1408. Wisdom Tree Emerging Markets
1409. Wolf & Company PC
1410. Wolfgang Wurst
1411. Wong Man Chiu
1412. Wong Mei Kwan
1413. Wong Ng Biu
1414. Wong Tak Keung
1415. Wong Yip Pong
1416. Wong Yuk Choi Johnson
1417. Wooderson Partners LLC
1418. World Wildlife Fund
1419. Wynn & Wynn PC
1420. Yankee Candle
1421. Yaokin Inc
1422. Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
1423. Yarpa Investmenti S.G.R. S.P.A.-RP3
1424. Yee Ming Shen
1425. Yes Bank Ltd.
1426. Yim Sau Chun
1427. Yip Ka Kui
1428. Yip Kai Chiu
1429. Yip Man Sum Polly
1430. Yip Mo Kit
1431. Yip Tung Hoi
1432. York Capital Management Global Advisors LLC
1433. York European Strategies Trading Limited
1434. Yoshika Ito
1435. YPSO France SAS
1436. Yuen Fun Tang
1437. Yuen Han Fung
1438. Yuki Ito
1439. Yun You
1440. Zahniser Trust
1441. Zephyr 2004-4 LLC
1442. Zephyr Recovery 2004-1 LP
1443. Zephyr Recovery 2004-2 LP
1444. Zephyr Recovery 2004-3 LP
1445. Zephyr Recovery ll-A-LP
1446. Zephyr Recovery ll-B-LP
1447. Zephyr Recovery ll-C LP

1448. Zhao Sizhong/Zhao Xiang
1449. ZNU NV
1450. Zully Ruiz Enterprises
1451. Zurcher Kantonalbank
1452. Zurich Investment Management Limited
1453. Zurich Vida, Compania De Seguros y Reaseguros SA

**EXHIBIT B**

**Connections To Potential Parties In Interest**[1]

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Abbey National Treasury Services PLC | Former client on unrelated matters | Potential party in interest |
| Air Canada Inc | Former client on unrelated matters | Potential party in interest |
| Alcatel Lucent | Former client on unrelated matter | Potential party in interest |
| Alfred H. Siegel | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Alliance Bernstein LP | Current client on unrelated matter | Potential party in interest |
| Allianze Global Investors AG | Affiliate of current client on unrelated matters | Potential party in interest |
| Allied World Assurance Company | Affiliate of former client on unrelated matter | Potential party in interest |
| American Home Assurance Company | Former client on unrelated matters | Potential party in interest |
| American International Group, Inc. | Former client on unrelated matters | Potential party in interest |
| Americredit Financial Services Inc. | Affiliate of former client of Milbank Attorney | Potential party in interest |
| Anchorage | Potential affiliate of current client on unrelated matters | Potential party in interest |
| Angelo Gordon & Co. LP | Former client on unrelated matters | Potential party in interest |
| Aozora Bank | Former client on unrelated matters | Potential party in interest |
| Appaloosa Investment LP | Former client on unrelated matter | Potential party in interest |
| Arthur T. Bent c/o Reserve Management Company | Former client on unrelated matter | Potential party in interest |
| Assurance Corporation | Affiliate of former client on unrelated matters | Potential party in interest |

---

[1]    To the extent parties in interest or their affiliates have already been searched and their relationships, if any, disclosed in connection with the Prior Affidavits and the Exhibits thereto and Milbank has not discovered any change in their relationships, such parties and their relationships are not disclosed in the Exhibits hereto.

[2]    A "current client" is an entity for which there are, as of the Petition Date or as of the date of this Affidavit, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the Petition Date or as of the date of this Affidavit, but there may in the future be active matters; and a "former client of Milbank attorney" is an entity that was a client of a Milbank attorney prior to such attorney's employment by Milbank.

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Atlantic Research Corp | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Atoz S.A. | Former client on unrelated matter | Potential party in interest |
| Avoca CLO IV PLC | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Avoca CLO V PLC | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| AXA Investment Managers Paris S.A. | Affiliate of former client on unrelated matters | Potential party in interest |
| Banca Intesa Infrastrutturee Sviluppo SpA | Former client on unrelated matter | Potential party in interest |
| Banco Sabadell SA | Current client on unrelated matter | Potential party in interest |
| Bank Julius Baer & Co. Ltd. | Former client on unrelated matters | Potential party in interest |
| Bawag P.S.K. Invest GmbH | Current client on unrelated matters | Potential party in interest |
| Bayerische Landesbank | Current client on unrelated matters | Potential party in interest |
| Berenberg Bank | Current client on unrelated matters | Potential party in interest |
| Berkshire Hathaway | Former client on unrelated matters | Potential party in interest |
| Blake Cassels & Graydon LLP | Former client on unrelated matters | Potential party in interest |
| Bluebay Multi-Strategy Investments (Luxembourg) sarl | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| BNP Paribas CB-CDS | Potential affiliate of current client on unrelated matters | Potential party in interest |
| BP Energy Company & BP | Affiliate of current client on unrelated matters | Potential party in interest |
| Bruce R. Bent | Former client on unrelated matter | Potential party in interest |
| Caisse des Depots et Consignations | Former client on unrelated matters | Potential party in interest |
| Casco Products Corp | Affilaite of former client of Milbank attorney on unrelated matter | Potential party in interest |
| CB Richard Ellis | Affiliate of former client on unrelated matters | Potential party in interest |
| Charlie Lawson | Former client on unrelated matter | Potential party in interest |
| Chesapeake Energy Corp | Current client on unrelated matters | Potential party in interest |
| Chiomenti Studio Legale | Former client on unrelated matter | Potential party in interest |
| Chuo Mitsui Trust And Banking | Former client on unrelated | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Co | matters | |
| CISCO Systems Capital Corporation | Affiliate of former client on unrelated matters | Potential party in interest |
| CISCO Systems Inc. | Former client on unrelated matters | Potential party in interest |
| Citibank N.A. | Current client on unrelated matters | Potential party in interest |
| Colliers International Realty Advisors | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Commonwealth Bank of Australia | Former client on unrelated matters | Potential party in interest |
| Continental Airlines Inc | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Cooperative Centrale Raiffeisen-Boerenleenbank BA | Current client on unrelated matters | Potential party in interest |
| Countrywide Home Loans, Inc. | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Credit Suisse (UK) Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Credit Suisse Securities (Europe) Ltd | Former client on unrelated matter | Potential party in interest |
| Credit Suisse Securities (USA) LLC | Current client on unrelated matters | Potential party in interest |
| Credit Suisse Sucursal en Espana | Affiliate of current client on unrelated matters | Potential party in interest |
| Cushman & Wakefield Inc. | Current client on unrelated matters | Potential party in interest |
| Daiwa Securities SMBC Co. Ltd. | Former client on unrelated matters | Potential party in interest |
| Davidson Kempner Institutional Partners L.P. | Affiliate of current client on unrelated matters | Potential party in interest |
| Davidson Kempner International Ltd. | Affiliate of current client on unrelated matters | Potential party in interest |
| Davidson Kempner Partners | Current client on unrelated matters | Potential party in interest |
| Delaware Investments Dividend and Income Fund inc | Current client on unrelated matter | Potential party in interest |
| Delta Airlines Inc | Former client on unrelated matter | Potential party in interest |
| Deutsche Bank AG New York Branch | Current client on unrelated matters | Potential party in interest |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank | Former client on unrelated matters | Potential party in interest |
| Eastdil Secured LLC | Affiliate of current client on unrelated matter | Potential party in interest |
| Electricite de France | Current client on unrelated | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| | matter | |
| Enbridge (U.S.) Inc | Former client on unrelated matter | Potential party in interest |
| eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.) | Current client on unrelated matter | Potential party in interest |
| Eton Park Capital Management, L.P. | Current client on unrelated matter | Potential party in interest |
| Eton Park Fund, LP | Affiliate of current client on unrelated matter | Potential party in interest |
| Eton Park Master Fund | Affiliate of current client on unrelated matter | Potential party in interest |
| Eversheds LLP | Former client on unrelated matter | Potential party in interest |
| Exxonmobil Gas Marketing Europe Limited | Affiliate of former client on unrelated matter | Potential party in interest |
| Farallon Capital Offshore Investors II Inc | Affiliate of current client on unrelated matters | Potential party in interest |
| FFI Fund Ltd. Bracebridge Capital, LLC | Former client on unrelated matter | Potential party in interest |
| Fidelity National Title Insurance Company | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Fifth Third Bank NA | Former client on unrelated matter | Potential party in interest |
| First American Title Insurance Company | Former client on unrelated matter | Potential party in interest |
| Ford | Former client on unrelated matter | Potential party in interest |
| Ford Credit Auto Owner Trust | Affiliate of former client on unrelated matters | Potential party in interest |
| Ford Motor Credit Company LLC | Former client on unrelated matters | Potential party in interest |
| Fortis Bank | Current client on unrelated matter | Potential party in interest |
| Fortress Investment | Current client on unrelated matters | Potential party in interest |
| Friedman, Billings, Ramsey Group, Inc. | Former client on unrelated matters | Potential party in interest |
| GE Corporate Financial Services Inc | Current client on unrelated matters | Potential party in interest |
| Genworth Life Insurance Company (f/k/a General Electric Capital) | Former client on unrelated matters | Potential party in interest |
| George W. McDowell | Former client on unrelated matters | Potential party in interest |
| GoldenTree 2004 Trust | Affiliate of current client on unrelated matter | Potential party in interest |
| Goldentree Asset Management LP | Current client on unrelated matter | Potential party in interest |
| GoldenTree Credit Opportunities Financing I Ltd | Affiliate of current client on unrelated matter | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| GoldenTree Entrust Master Fund SPC | Affiliate of current client on unrelated matter | Potential party in interest |
| GoldenTree High Yield Value Fund Offshore (Strategic) Ltd | Affiliate of current client on unrelated matter | Potential party in interest |
| GoldenTree Leverage Loan Master Fund Ltd | Affiliate of current client on unrelated matter | Potential party in interest |
| GoldenTree Loan Opportunities V Ltd | Affiliate of current client on unrelated matter | Potential party in interest |
| GoldenTree Master Fund II, Ltd. | Affiliate of current client on unrelated matter | Potential party in interest |
| GoldenTree Master Fund, Ltd. | Affiliate of current client on unrelated matter | Potential party in interest |
| Goldman Sachs & Co | Current client on unrelated matters | Potential party in interest |
| Goldman Sachs (Asia) Finance | Affiliate of current client on unrelated matters | Potential party in interest |
| Goldman Sachs (Japan) Ltd | Affiliate of current client on unrelated matters | Potential party in interest |
| Goldman Sachs Credit Opportunities Institutional 2 | Affiliate of current client on unrelated matters | Potential party in interest |
| Government of Singapore Investment Corp | Former Client on unrelated matters | Potential party in interest |
| Greenberg Traurig LLP | Current client on unrelated matter | Potential party in interest |
| Greenpoint | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| GreenPoint Mortgage Funding Inc. | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Harrah's Operating Co Inc | Potential affiliate of former client on unrelated matter | Potential party in interest |
| Hayman Capital Master Fund LP | Former client on unrelated matters | Potential party in interest |
| Hewlett-Packard AP (HONG KONG) LIMITED | Affiliate of former client on unrelated matters | Potential party in interest |
| Hogan & Hartson LLP | Former client on unrelated matter | Potential party in interest |
| Houghton Mifflin Harcourt Publishing Company | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust (A-H) | Current client on unrelated matters | Potential party in interest |
| HSH Nordbank AG, Luxembourg Branch | Current client on unrelated matters | Potential party in interest |
| ING Investment Management CLO II Ltd | Affiliate of current client on unrelated matters | Potential party in interest |
| ING Life Insurance and Annuity Company | Current client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Invesco Van Kampen International Growth Fund | Affiliate of former client on unrelated matters | Potential party in interest |
| Israel Discount Bank Ltd. | Former client on unrelated matters | Potential party in interest |
| Kleinwort Benson Bank Limited | Former client on unrelated matters | Potential party in interest |
| Korean Airlines Co., Ltd. | Current client on unrelated matters | Potential party in interest |
| KPMG LLP | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| Legg Mason Australian Bond Trust | Affiliate of former client on unrelated matters | Potential party in interest |
| Lexis Nexis | Former client on unrelated matters | Potential party in interest |
| Mackay Shields Credit Strategy Partners | Affiliate of former client on unrelated matters | Potential party in interest |
| Marriott International, Inc. | Former client on unrelated matters | Potential party in interest |
| Mediobanca - Banca di Credito Finanziario | Former client on unrelated matter | Potential party in interest |
| Mercer Marsh & McLennan Companies | Affiliate of former client on unrelated matter | Potential party in interest |
| Metropolitan Life Insurance Company | Former client on unrelated matter | Potential party in interest |
| Mitsui Company | Current client on unrelated matters | Potential party in interest |
| Morgan Stanley Bank International Limited | Affiliate of former client on unrelated matters | Potential party in interest |
| National Australia Bank | Current client on unrelated matter | Potential party in interest |
| National Union Fire Insurance Company of Pittsburgh, Pa | Former client on unrelated matters | Potential party in interest |
| Natixis S.A. | Former client on unrelated matter | Potential party in interest |
| Network Applicance Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Neuberger Berman Management, LLC | Current client on unrelated matters | Potential party in interest |
| New York Life Insurance Company Inc | Affiliate of former client on unrelated matters | Potential party in interest |
| Newport Global Advisors LP | Former client on unrelated matter | Potential party in interest |
| Nikko Cordial Securities Inc. | Affiliate of former client on unrelated matter | Potential party in interest |
| Norddeutsche Landesbank Girozentrale | Former client on unrelated matter | Potential party in interest |
| Nordea Bank AB (publ), | Current client on unrelated matter | Potential party in interest |
| Nordea Bank Finland Plc | Potential affiliate of current | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| | client on unrelated matter | |
| Northrop Grunman | Current client on unrelated matter | Potential party in interest |
| NYSE Euronext Inc. | Current client on unrelated matters | Potential party in interest |
| Och-Ziff Capital Management Group LLC | Former client on unrelated matters | Potential party in interest |
| OCM Opportunities Fund VIIb Delaware, L.P. | Affiliate of former client on unrelated matter | Potential party in interest |
| One Madison Investments (CAYCO) Limited | Former client on unrelated matter | Potential party in interest |
| Ontario Teacher's Pension Plan Board | Former client on unrelated matters | Potential party in interest |
| Open Solutions Inc. | Former client of Milbank Attorney on unrelated matter | Potential party in interest |
| Oppenheimer Funds Inc | Former client on unrelated matters | Potential party in interest |
| Oversea-Chinese Banking Corp. Ltd. | Former client on unrelated matters | Potential party in interest |
| P. Schoenfeld Asset Management | Former client on unrelated matter | Potential party in interest |
| Pacific Gas & Electric Company | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| Perkins Coie LLP | Former client on unrelated matter | Potential party in interest |
| Peter E. Sundman | Current client on unrelated matter | Potential party in interest |
| PIMCO Cayman Global LIBOR Plus (Yen Hedged) Fund | Affiliate of current client on unrelated matter | Potential party in interest |
| Pines Edge Value Investors Ltd. | Former client on unrelated matter | Potential party in interest |
| Piper Jaffray and Co. | Former client on unrelated matters | Potential party in interest |
| PJM Interconnection, L.L.C. | Former client of Milbank Attorney on unrelated matter | Potential party in interest |
| PNC Bank | Potential affiliate of former client on unrelated matters | Potential party in interest |
| Pricewaterhouse Coopers LLP | Current client on unrelated matter | Potential party in interest |
| Prosieben | Affiliate of former client on unrelated matters | Potential party in interest |
| Rahn & Bodmer Co. | Former client on unrelated matter | Potential party in interest |
| Raiffeisen Zentralbank Osterreich Aktiengesellschaft | Former client on unrelated matters | Potential party in interest |
| Redwood Master Fund, Ltd. | Current client on unrelated matters | Potential party in interest |
| Reuters America | Affiliate of former client on unrelated matter | Potential party in interest |
| Richard Moore | Former client on unrelated matter | Potential party in interest |
| Rock Creek Group LP, as Asset | Current client on unrelated | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Manager | matter | |
| Scotia Capital (USA) Inc. | Current client on unrelated matters | Potential party in interest |
| SEB AG | Current client on unrelated matter | Potential party in interest |
| Serengeti Asset Management LP | Current client on unrelated matters | Potential party in interest |
| Serengeti Opportunities MM L.P | Affiliate of current client on unrelated matters | Potential party in interest |
| Serengeti Opportunities Partners LP | Affiliate of current client on unrelated matters | Potential party in interest |
| Skandinaviska Ensilda Banken AB/Skandinaviska | Former client on unrelated matters | Potential party in interest |
| Sky Power Corporation | Former client on unrelated matters | Potential party in interest |
| Societe Generale Asset Management Banque | Affiliate of former client on unrelated matter | Potential party in interest |
| Societe Generale Bank & Trust (Singapore Branch) | Affiliate of former client on unrelated matter | Potential party in interest |
| Sotheby's | Former client on unrelated matter | Potential party in interest |
| Southern California Edison Company | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Stikeman Elliott LLP | Former client on unrelated matter | Potential party in interest |
| Stone Tower Debt Advisors, LLC | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| Sumitomo Mitsui Banking Corp | Current client on unrelated matters | Potential party in interest |
| Sumitomo Trust & Banking Co., LTD | Current client on unrelated matter | Potential party in interest |
| Tata Consultancy Services LTD | Affiliate of former client on unrelated matters | Potential party in interest |
| TD Securities (USA) LLC | Current client on unrelated matter | Potential party in interest |
| Teachers Insurance and Annuity Association of America | Former client on unrelated matters | Potential party in interest |
| The 77 Bank, Ltd. | Former client on unrelated matters | Potential party in interest |
| The Bank Of Tokyo-Mitsubishi UFJ Ltd | Current client on unrelated matters | Potential party in interest |
| The Bank of Yokohama, Ltd | Former client on unrelated matters | Potential party in interest |
| The Baupost Group LLC | Former client on unrelated matter | Potential party in interest |
| The Chuo Mitsui Trust & Banking Co., Ltd. | Former client on unrelated matters | Potential party in interest |
| The Irvine Company LLC | Former client on unrelated matter | Potential party in interest |
| The Prudential Assurance Co. | Affiliate of former client on | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Ltd. (UK entity) | unrelated matters | |
| The Varde Partners LP | Former client on unrelated matters | Potential party in interest |
| TIAA Global Markets Inc. | Former client on unrelated matter | Potential party in interest |
| Tishman Speyer Properties LP | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Travelers | Potential affiliate of current client on unrelated matters | Potential party in interest |
| Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis | Former client on unrelated matter | Potential party in interest |
| TSB Bank plc | Former client on unrelated matter | Potential party in interest |
| Tyco Electronics | Former client on unrelated matter | Potential party in interest |
| Tyco International Group SA | Former client on unrelated matter | Potential party in interest |
| Union Bank of California NA | Current client on unrelated matter | Potential party in interest |
| United Overseas Bank Limited | Current client on unrelated matter | Potential party in interest |
| United Parcel Services Inc. | Affiliate of former client on un related matter | Potential party in interest |
| Watson, Farley & Williams (Thailand) Limited | Former client on unrelated matters | Potential party in interest |
| Westpac Banking Corporation | Former client on unrelated matter | Potential party in interest |
| Wolters Kluwer | Affiliate of former client on unrelated matter | Potential party in interest |
| Yes Bank Ltd. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| York Capital Management Global Advisors LLC | Affiliate of current client on unrelated matters | Potential party in interest |