**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------x : | |
| In re : | Chapter 11 |
| : | |
| : | Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | |
| Debtors. : | (Jointly Administered) |
| : | |
| : | Ref. Docket No. 23574 |
| ------------------------------------------------------------------x | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Omnibus Claims Objections Scheduled for Hearing on December 21, 2011," dated December 20, 2011 [Docket No. 23574], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>.

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
27th day of December, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

| Name | Fax |
|---|---|
| OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |