UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : | **Ref. Docket Nos. 23374, 23375,** |

----------------------------------------------------------------x    **23389, 23391, 23393, 23395-23398,
23401-23402, 23408-23411**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                          ) ss.:
COUNTY OF NEW YORK       )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 14, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Motion of Cathay United Bank's Motion to Have Proof of Claim Deemed Timely Filed," dated December 14, 2011 [Docket No. 23374], (the "NOA - Cathay"),

    b.  "Notice of Adjournment of Motion of Pearl Assurance Limited to Deem Proofs of Claim to Be Timely Filed," dated December 14, 2011 [Docket No. 23375], (the "NOA - Pearl"),

    c.  "Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23389], (the "NOA - Omni 120"),

    d.  "Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated December 14, 2011 [Docket No. 23391], (the "NOA - Omni 140"),

    e.  "Notice of Adjournment of Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23393], (the "NOA - Omni 151"),

    f.  "Notice of Adjournment of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims)," dated December 14, 2011 [Docket No. 23395], (the "NOA - Omni 159"),

g. "Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims)," dated December 14, 2011 [Docket No. 23396], (the "NOA - Omni 160"),

h. "Notice of Adjournment of Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23397], (the "NOA - Omni 192"),

i. "Notice of Adjournment of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims)," dated December 14, 2011 [Docket No. 23398], (the "NOA - Omni 198"),

j. "Notice of Adjournment of Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated December 14, 2011 [Docket No. 23401], (the "NOA - Omni 224"),

k. "Notice of Adjournment of Motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to Enlarge the Time Period For the Filing of Claim Number 64249 By One Day," dated December 14, 2011 [Docket No. 23402], (the "NOA - Pictet"),

l. "Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated December 14, 2011 [Docket No. 23408], (the "NOW - Omni 92"),

m. "Notice of Withdrawal of Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated December 14, 2011 [Docket No. 23409], (the "NOW - Omni 170"),

n. "Notice of Withdrawal of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims)," dated December 14, 2011 [Docket No. 23410], (the "NOW - Omni 200"),

o. "Notice of Withdrawal of Debtors' Two Hundred Twenty-Seventh Omnibus Objection to Claims (No Liability Claims)," dated December 14, 2011 [Docket No. 23411], (the "NOW - Omni 227"),

by causing true and correct copies of the:

i. NOA – Cathay, NOA – Pearl, NOA - Omni 120, NOA - Omni 140, NOA - Omni 151, NOA - Omni 159, NOA - Omni 160, NOA - Omni 192, NOA - Omni 198, NOA - Omni 224, NOA – Pictet, NOW - Omni 92, NOW - Omni 170, NOW - Omni 200 and NOW - Omni 227, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

T:\Clients\LBH\Affidavits\NOAs for Pictet, Cathay, Pearl & Omnis 120, 140, 151, 159-160, 192, 198, 224; NOWs for Omnis 92, 170, 200, 227_DI 23389, 23391, 23393, 23395-23398, 23401-23402, 23374-23375, 23408-23411_AFF_12-14-11.doc

ii.     NOA – Cathay, NOA – Pearl, NOA - Omni 120, NOA - Omni 140, NOA - Omni 151, NOA - Omni 159, NOA - Omni 160, NOA - Omni 192, NOA - Omni 198, NOA - Omni 224, NOA – Pictet, NOW - Omni 92, NOW - Omni 170, NOW - Omni 200 and NOW - Omni 227, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

iii.    NOA – Cathay, NOA – Pearl, NOA - Omni 120, NOA - Omni 140, NOA - Omni 151, NOA - Omni 159, NOA - Omni 160, NOA - Omni 192, NOA - Omni 198, NOA - Omni 224, NOA – Pictet, NOW - Omni 92, NOW - Omni 170, NOW - Omni 200 and NOW - Omni 227, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.     NOA – Cathay, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.      NOA – Pearl, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.     NOA - Omni 120, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.    NOA - Omni 140, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.   NOA - Omni 151, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.     NOA - Omni 159, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

x.      NOA - Omni 160, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit J</u>,

xi.     NOA - Omni 192, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.    NOA - Omni 198, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>,

xiii.   NOA - Omni 224, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit M</u>,

xiv.    NOA – Pictet, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit N</u>,

T:\Clients\LBH\Affidavits\NOAs for Pictet, Cathay, Pearl & Omnis 120, 140, 151, 159-160, 192, 198, 224; NOWs for Omnis 92, 170, 200, 227_DI 23389, 23391, 23393, 23395-23398, 23401-23402, 23374-23375, 23408-23411_AFF_12-14-11.doc

xv.     NOW - Omni 92, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit O</u>,

xvi.    NOW - Omni 170, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit P</u>,

xvii.   NOW - Omni 200, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit Q</u>, and

xviii.  NOW - Omni 227, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit R</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/ s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
27th day of December, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\NOAs for Pictet, Cathay, Pearl & Omnis 120, 140, 151, 159-160, 192, 198, 224; NOWs for Omnis 92, 170, 200, 227_DI 23389, 23391, 23393, 23395-23398, 23401-23402, 23374-23375, 23408-23411_AFF_12-14-11.doc

# EXHIBIT A

## *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anann@foley.com |
| aalfonso@willkie.com | Andrew.Brozman@cliffordchance.com |
| abeaumont@fklaw.com | andrew.lourie@kobrekim.com |
| abraunstein@riemerlaw.com | angelich.george@arentfox.com |
| acaton@kramerlevin.com | ann.reynaud@shell.com |
| acker@chapman.com | anthony_boccanfuso@aporter.com |
| adam.brezine@hro.com | aoberry@bermanesq.com |
| adarwin@nixonpeabody.com | aostrow@beckerglynn.com |
| Adiamond@DiamondMcCarthy.com | apo@stevenslee.com |
| aeckstein@blankrome.com | aquale@sidley.com |
| aentwistle@entwistle-law.com | araboy@cov.com |
| afriedman@irell.com | arahl@reedsmith.com |
| agbanknewyork@ag.tn.gov | arheaume@riemerlaw.com |
| aglenn@kasowitz.com | arlbank@pbfcm.com |
| agold@herrick.com | arosenblatt@chadbourne.com |
| agoldstein@tnsj-law.com | arthur.rosenberg@hklaw.com |
| ahammer@freebornpeters.com | arwolf@wlrk.com |
| aisenberg@saul.com | aseuffert@lawpost-nyc.com |
| akantesaria@oppenheimerfunds.com | ashaffer@mayerbrown.com |
| akolod@mosessinger.com | ashmead@sewkis.com |
| akornikova@lcbf.com | asnow@ssbb.com |
| alum@ftportfolios.com | atrehan@mayerbrown.com |
| amarder@msek.com | aunger@sidley.com |
| amartin@sheppardmullin.com | austin.bankruptcy@publicans.com |
| AMcMullen@BoultCummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |

### LBH MSL Email Service List

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

### *LBH MSL Email Service List*

| | |
|---|---|
| csalomon@beckerglynn.com | ddavis@paulweiss.com |
| cschreiber@winston.com | ddrebsky@nixonpeabody.com |
| cshore@whitecase.com | ddunne@milbank.com |
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |

### LBH MSL Email Service List

| | |
|---|---|
| draelson@fisherbrothers.com | ellen.halstead@cwt.com |
| dravin@wolffsamson.com | emerberg@mayerbrown.com |
| drose@pryorcashman.com | enkaplan@kaplanlandau.com |
| drosenzweig@fulbright.com | eobrien@sbchlaw.com |
| drosner@goulstonstorrs.com | erin.mautner@bingham.com |
| drosner@kasowitz.com | eschaffer@reedsmith.com |
| dshaffer@wtplaw.com | eschwartz@contrariancapital.com |
| dshemano@pwkllp.com | esmith@dl.com |
| dspelfogel@foley.com | etillinghast@sheppardmullin.com |
| dtatge@ebglaw.com | ezujkowski@emmetmarvin.com |
| dtheising@harrisonmoberly.com | ezweig@optonline.net |
| dwdykhouse@pbwt.com | fbp@ppgms.com |
| dwildes@stroock.com | feldsteinh@sullcrom.com |
| dworkman@bakerlaw.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | foont@foontlaw.com |
| ecohen@russell.com | francois.janson@hklaw.com |
| efleck@milbank.com | fsosnick@shearman.com |
| efriedman@fklaw.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | geraci@thalergertler.com |
| ekbergc@lanepowell.com | ggitomer@mkbattorneys.com |
| elevin@lowenstein.com | ggoodman@foley.com |
| eli.mattioli@klgates.com | giddens@hugheshubbard.com |

### LBH MSL Email Service List

| | |
|---|---|
| gkaden@goulstonstorrs.com | jacobsonn@sec.gov |
| glenn.siegel@dechert.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| gravert@ravertpllc.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jamie.nelson@dubaiic.com |
| guzzi@whitecase.com | jar@outtengolden.com |
| harrisjm@michigan.gov | jason.jurgens@cwt.com |
| harveystrickon@paulhastings.com | jay.hurst@oag.state.tx.us |
| hbeltzer@mayerbrown.com | jay@kleinsolomon.com |
| heim.steve@dorsey.com | Jbecker@wilmingtontrust.com |
| heiser@chapman.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbeiers@co.sanmateo.ca.us |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hsteel@brownrudnick.com | jdoran@haslaw.com |
| icatto@mwe.com | Jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffery.black@bingham.com |
| iva.uroic@dechert.com | jeffrey.sabin@bingham.com |
| jaclyn.genchi@kayescholer.com | jeldredge@velaw.com |

### LBH MSL Email Service List

| | |
|---|---|
| jen.premisler@cliffordchance.com | jlovi@steptoe.com |
| jennifer.demarco@cliffordchance.com | jlscott@reedsmith.com |
| jennifer.gore@shell.com | jmaddock@mcguirewoods.com |
| jeremy.eiden@ag.state.mn.us | jmakower@tnsj-law.com |
| jfalgowski@reedsmith.com | jmazermarino@msek.com |
| jflaxer@golenbock.com | jmcginley@wilmingtontrust.com |
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@fult.com |
| jg5786@att.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jsheerin@mcguirewoods.com | kmayer@mccarter.com |
| jshickich@riddellwilliams.com | kobak@hugheshubbard.com |
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kovskyd@pepperlaw.com |
| jsullivan@mosessinger.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | KReynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |

### LBH MSL Email Service List

| | |
|---|---|
| lnashelsky@mofo.com | mberman@nixonpeabody.com |
| loizides@loizides.com | mberman@nixonpeabody.com |
| lromansic@steptoe.com | mbienenstock@dl.com |
| lscarcella@farrellfritz.com | mbloemsma@mhjur.com |
| lschweitzer@cgsh.com | mbossi@thompsoncoburn.com |
| lsilverstein@potteranderson.com | mcademartori@sheppardmullin.com |
| lthompson@whitecase.com | mccombst@sullcrom.com |
| lubell@hugheshubbard.com | mcordone@stradley.com |
| lwhidden@salans.com | mcto@debevoise.com |
| mabrams@willkie.com | mdahlman@kayescholer.com |
| MAOFILING@CGSH.COM | mdorval@stradley.com |
| Marc.Chait@SC.com | melorod@gtlaw.com |
| margolin@hugheshubbard.com | meltzere@pepperlaw.com |
| mark.bane@ropesgray.com | metkin@lowenstein.com |
| mark.deveno@bingham.com | mfeldman@willkie.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.houle@pillsburylaw.com | mh1@mccallaraymer.com |
| mark.sherrill@sutherland.com | mharris@smsm.com |
| martin.davis@ots.treas.gov | mhopkins@cov.com |
| Marvin.Clements@ag.tn.gov | michael.frege@cms-hs.com |
| matt@willaw.com | michael.kelly@monarchlp.com |
| matthew.klepper@dlapiper.com | michael.kim@kobrekim.com |
| maustin@orrick.com | michael.mccrory@btlaw.com |
| max.polonsky@skadden.com | michael.reilly@bingham.com |
| mbenner@tishmanspeyer.com | millee12@nationwide.com |

### LBH MSL Email Service List

| | |
|---|---|
| miller@taftlaw.com | msiegel@brownrudnick.com |
| mimi.m.wong@irscounsel.treas.gov | msolow@kayescholer.com |
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mvenditto@reedsmith.com |
| MJR1@westchestergov.com | mwarren@mtb.com |
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | Nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| peter.gilhuly@lw.com | rgmason@wlrk.com |
| peter.macdonald@wilmerhale.com | rgraham@whitecase.com |
| peter.simmons@friedfrank.com | rhett.campbell@tklaw.com |
| peter@bankrupt.com | richard.lear@hklaw.com |
| pfeldman@oshr.com | richard.levy@lw.com |
| phayden@mcguirewoods.com | richard.tisdale@friedfrank.com |
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | RJones@BoultCummings.com |
| psp@njlawfirm.com | rleek@HodgsonRuss.com |
| ptrainguiterrez@kaplanlandau.com | RLevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | Robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| rrigolosi@smsm.com | sehlers@armstrongteasdale.com |
| rroupinian@outtengolden.com | seichel@crowell.com |
| rrussell@andrewskurth.com | sfelderstein@ffwplaw.com |
| rterenzi@stcwlaw.com | sfineman@lchb.com |
| RTrust@cravath.com | sfox@mcguirewoods.com |
| russj4478@aol.com | sgordon@cahill.com |
| rwasserman@cftc.gov | sgubner@ebg-law.com |
| rwyron@orrick.com | shannon.nagle@friedfrank.com |
| s.minehan@aozorabank.co.jp | sharbeck@sipc.org |
| sabin.willett@bingham.com | shari.leventhal@ny.frb.org |
| sabramowitz@velaw.com | shgross5@yahoo.com |
| SABVANROOY@HOTMAIL.COM | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| Schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sschultz@akingump.com |
| sdnyecf@dor.mo.gov | sselbst@herrick.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| sshimshak@paulweiss.com | timothy.palmer@bipc.com |
| sskelly@teamtogut.com | tjfreedman@pbnlaw.com |
| steele@lowenstein.com | tkarcher@dl.com |
| stephen.cowan@dlapiper.com | tkiriakos@mayerbrown.com |
| steve.ginther@dor.mo.gov | tlauria@whitecase.com |
| steven.troyer@commerzbank.com | tmacwright@whitecase.com |
| steven.wilamowsky@bingham.com | tmarrion@haslaw.com |
| Streusand@StreusandLandon.com | tnixon@gklaw.com |
| susan.schultz@newedgegroup.com | toby.r.rosenberg@irscounsel.treas.gov |
| susheelkirpalani@quinnemanuel.com | tony.davis@bakerbotts.com |
| sweyl@haslaw.com | tslome@msek.com |
| swolowitz@mayerbrown.com | ttracy@crockerkuno.com |
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | Villa@StreusandLandon.com |
| tdewey@dpklaw.com | vmilione@nixonpeabody.com |
| tduffy@andersonkill.com | vrubinstein@loeb.com |
| teresa.oxford@invescoaim.com | walter.stuart@freshfields.com |
| TGoren@mofo.com | wanda.goodloe@cbre.com |
| thaler@thalergertler.com | WBallaine@lcbf.com |
| thomas.califano@dlapiper.com | wbenzija@halperinlaw.net |
| thomas.ogden@dpw.com | wchen@tnsj-law.com |
| Thomas_Noguerola@calpers.ca.gov | wcurchack@loeb.com |
| tim.desieno@bingham.com | wdase@fzwz.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |

## *LBH MSL Email Service List*

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CATHAY UNITED BANK | 2F, NO 7 SONG REN RD. TAIPEI TAIWAN, PROVINCE OF CHINA |
| CATHAY UNITED BANK | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |

**Total Creditor count  2**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| PEARL ASSURANCE PLC | HELD BY THE BANK OF NEW YORK DEPOSITORY (NOMINEES) LTD THE PEARL CENTRE LYNCHWOOD PETERBOROUGH PE2 6FY UNITED KINGDOM |
| PEARL ASSURANCE PLC | AXIAL INVESTMENT MANAGEMENT LIMITED MIDDLE OFFICE SENTINEL HOUSE 16 HARCOURT STREET LONDON W1H 4AD UNITED KINGDOM |

**Total Creditor count  2**

PEARL ASSURANCE (CLAIM NO. 65658)

ROBIN E. KELLER
CHRISTOPHER R. BRYANT
HOGAN LOVELLS US LLP
875 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 918-3000
FACSIMILE: (212) 918-3100


CRAIG H. ULMAN
KHANG V. TRAN
HOGAN LOVELLS US LLP
COLUMBIA SQUARE
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004-1109
TELEPHONE: (202) 637-5600
FACSIMILE: (202) 637-5910

**EXHIBIT F**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GELDARD, CHRISTINE L. | CL CUENCA 23 TORRELAMATA ALICANTE 03188 ESPA¥A |
| OPTIQUE PTY LTD ATF OPTIQUE SUPER | PENSION FUND KEITH MASNICK 1 ROSLYNDALE AVE WOOLLAHRA, N.S.W. 2025 AUSTRALIA |

**Total Creditor count  2**

**EXHIBIT G**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANQUE SAFDIE SA | 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 ATTN: MICHEL KISFALUDY CH – 1211 GENEVA 11 SWITZERLAND |
| BANQUE SAFDIE SA | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |

Total Creditor count  3

**EXHIBIT H**

| Claim Name | Address Information |
| --- | --- |
| CADET, PIERRE | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| CHECO, MANUEL | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| CIGANEK, THOMAS | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| D'AMBROSI, CARLO | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| GRAY, GLENN N. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| HUNTON & WILLIAMS LLP | C/O LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND VA 23219 |
| JAMES, NOEL | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| PESANTES, SERGIO | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| PIERRE, HEURTELOU | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FL NEW YORK NY 10007 |
| PLATZ, JAMES | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| PRYOR, JEFFREY M. | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RABASSA, AUGUSTIN | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RICCIUTO, GERARD | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RIGHT MANAGEMENT, INC. | ATTN: PRINCE ALTEE THOMAS, ESQ. FOX ROTHSCHILD LLP 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA PA 19103-3222 |
| RIVERA, HECTOR J. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| SMYTH, EDWARD P. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| SULLIVAN, CHRISTIAN | PAID DETIAL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK NY 10007 |
| TAVERAS, ROBIN | NYPD PAID DETAILUNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| TEJERA, JUAN | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK NY 10007 |
| VALENTINE, CHRISTOPHER | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| VAZQUEZ JR., JUAN | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| VAZQUEZ, ELVIS | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| VUCKOVIC, JOSIP | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |

Total Creditor count  23

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ARC CAPITAL & INCOME PLC | MICHAEL BARRON DICKSON MINTO W.S. ROYAL LONDON HOUSE 22-25 FINSBURY SQUARE LONDON EC2A 1DX UNITED KINGDOM |
| ARC CAPITAL & INCOME PLC | ATTN: JOHN GRACEY 22 LOVAT LANE LONDON EC3R 8EB UNITED KINGDOM |
| ARC CAPITAL & INCOME PLC | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CORNER BANCA SA | VIA CANOVA 16 LUGANO 6900 SWITZERLAND |

**Total Creditor count  4**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |

Total Creditor count  1

**EXHIBIT K**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| RED RIVER HYPI, L.P. (#2603) | ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| RED RIVER HYPI, L.P. (#2603) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |

**Total Creditor count  2**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| BUNEVICH, CAROL | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |
| BUNEVICH, CAROL | PO BOX 445 SIASCONSET MA 02564-0445 |
| PHILIPS PENSION TRUSTEES LTD, | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHILIPS PENSION TRUSTEES LTD, | AS TRUSTEE OF THE PHILIPS PENSION FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |

Total Creditor count  5

**EXHIBIT M**

| Claim Name | Address Information |
| --- | --- |
| FRANZ, ROBERT | 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ, ROBERT | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |

**Total Creditor count  2**

**EXHIBIT N**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |

**Total Creditor count  1**

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| PROCESOS CONTROLADOS SE DE CV | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| RBS SECURITIES INC. | ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN, LLP DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| THE MINAMI-NIPPON BANK LIMITED | 1-1 YAMASHITA-CHO KAGOSHIMA CITY KAGOSHIMA 892-0816 JAPAN |

**Total Creditor count  5**

**EXHIBIT P**

| Claim Name | Address Information |
| --- | --- |
| BELLAIR DEVELOPMENT GROUP, S.A. | ATTN: JOSE GREGORIA CASTILLEJOS 48 EAST ST. BELLA VISTA SUCRA BUILDING PANANMA CITY PANAMA |
| BELLAIR DEVELOPMENT GROUP, S.A. | ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| CENTRAL BANCO UNIVERSAL | ATTN: ALEJANDRO GOMEZ SIGALA EDIFICIO CENTRAL E.A.P. AVE. SAN FELIPE, ENTRE 1A AND 2A TRANSVERSAL, LA CASTELLANA CARACAS VENEZUELA |
| CENTRAL BANCO UNIVERSAL | ATTN: DAVID LEMAY & CHRISTY RIVERA CHADBOURNE & PARKE 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| ILDEFONSO-MARIANA, JOSE I | ALDACO GUERRERO - JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |

Total Creditor count  5

**EXHIBIT Q**

| Claim Name | Address Information |
| --- | --- |
| JOINER, OWEN H. & LEATRICE | 120 FINLEY STREET GRIFFIN GA 30224 |

**Total Creditor count  1**

**EXHIBIT R**

| Claim Name | Address Information |
|------------|---------------------|
| BANK OF AMERICA, NATIONAL ASSOCIATION | AS SUCCESSOR BY MERGER TO LASALLE BANK NA HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND VA 23219 |

**Total Creditor count  1**