**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
Debtors. : (Jointly Administered)
:
: Ref. Docket Nos. 23526-23527
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2011, I caused to be served the:

    a. "Motion for Sanctions," dated December 16, 2011 [Docket No. 23526], and

    b. "Declaration of Vance L. Beagles in Support of Motion for Sanctions," dated December 16, 2011 [Docket No. 23527],

    by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
27th day of December, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

### *LBH Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anann@foley.com |
| aalfonso@willkie.com | Andrew.Brozman@cliffordchance.com |
| abeaumont@fklaw.com | andrew.lourie@kobrekim.com |
| abraunstein@riemerlaw.com | angelich.george@arentfox.com |
| acaton@kramerlevin.com | ann.reynaud@shell.com |
| acker@chapman.com | anthony_boccanfuso@aporter.com |
| adam.brezine@hro.com | aoberry@bermanesq.com |
| adarwin@nixonpeabody.com | aostrow@beckerglynn.com |
| Adiamond@DiamondMcCarthy.com | apo@stevenslee.com |
| aeckstein@blankrome.com | aquale@sidley.com |
| aentwistle@entwistle-law.com | araboy@cov.com |
| afriedman@irell.com | arahl@reedsmith.com |
| agbanknewyork@ag.tn.gov | arheaume@riemerlaw.com |
| aglenn@kasowitz.com | arlbank@pbfcm.com |
| agold@herrick.com | arosenblatt@chadbourne.com |
| agoldstein@tnsj-law.com | arthur.rosenberg@hklaw.com |
| ahammer@freebornpeters.com | arwolf@wlrk.com |
| aisenberg@saul.com | aseuffert@lawpost-nyc.com |
| akantesaria@oppenheimerfunds.com | ashaffer@mayerbrown.com |
| akolod@mosessinger.com | ashmead@sewkis.com |
| akornikova@lcbf.com | asnow@ssbb.com |
| alum@ftportfolios.com | atrehan@mayerbrown.com |
| amarder@msek.com | aunger@sidley.com |
| amartin@sheppardmullin.com | austin.bankruptcy@publicans.com |
| AMcMullen@BoultCummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |

## *LBH Email Service List*

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

*LBH Email Service List*

| | |
|---|---|
| csalomon@beckerglynn.com | ddavis@paulweiss.com |
| cschreiber@winston.com | ddrebsky@nixonpeabody.com |
| cshore@whitecase.com | deggermann@kramerlevin.com |
| cshulman@sheppardmullin.com | deggert@freebornpeters.com |
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cwalsh@mayerbrown.com | deryck.palmer@cwt.com |
| cward@polsinelli.com | dfelder@orrick.com |
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.powlen@btlaw.com | dlemay@chadbourne.com |
| david.seligman@kirkland.com | dlipke@vedderprice.com |
| davids@blbglaw.com | dludman@brownconnery.com |
| davidwheeler@mvalaw.com | dmcguire@winston.com |
| dbalog@intersil.com | dmurray@jenner.com |
| dbarber@bsblawyers.com | dneier@winston.com |
| dbaumstein@whitecase.com | dove.michelle@dorsey.com |
| dbesikof@loeb.com | dowd.mary@arentfox.com |
| dcimo@gjb-law.com | dpegno@dpklaw.com |
| dcoffino@cov.com | draelson@fisherbrothers.com |
| dcrapo@gibbonslaw.com | dravin@wolffsamson.com |

## *LBH Email Service List*

| | |
|---|---|
| drose@pryorcashman.com | eobrien@sbchlaw.com |
| drosenzweig@fulbright.com | erin.mautner@bingham.com |
| drosner@goulstonstorrs.com | eschaffer@reedsmith.com |
| drosner@kasowitz.com | eschwartz@contrariancapital.com |
| dshaffer@wtplaw.com | esmith@dl.com |
| dshemano@pwkllp.com | etillinghast@sheppardmullin.com |
| dspelfogel@foley.com | ezujkowski@emmetmarvin.com |
| dtatge@ebglaw.com | ezweig@optonline.net |
| dtheising@harrisonmoberly.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | foont@foontlaw.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efriedman@fklaw.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | ggoodman@foley.com |
| elevin@lowenstein.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| ellen.halstead@cwt.com | glenn.siegel@dechert.com |
| emerberg@mayerbrown.com | gmoss@riemerlaw.com |
| enkaplan@kaplanlandau.com | gravert@ravertpllc.com |

*LBH Email Service List*

| | |
|---|---|
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzzi@whitecase.com | jason.jurgens@cwt.com |
| harrisjm@michigan.gov | jay.hurst@oag.state.tx.us |
| harveystrickon@paulhastings.com | jay@kleinsolomon.com |
| hbeltzer@mayerbrown.com | Jbecker@wilmingtontrust.com |
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdoran@haslaw.com |
| hsteel@brownrudnick.com | Jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jeanites@whiteandwilliams.com |
| ilevee@lowenstein.com | jeannette.boot@wilmerhale.com |
| info2@normandyhill.com | jeff.wittig@coair.com |
| ira.herman@tklaw.com | jeffery.black@bingham.com |
| isgreene@hhlaw.com | jeffrey.sabin@bingham.com |
| israel.dahan@cwt.com | jeldredge@velaw.com |
| iva.uroic@dechert.com | jen.premisler@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.demarco@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.gore@shell.com |
| james.sprayregen@kirkland.com | jeremy.eiden@ag.state.mn.us |
| jamestecce@quinnemanuel.com | jfalgowski@reedsmith.com |
| jamie.nelson@dubaiic.com | jflaxer@golenbock.com |

*LBH Email Service List*

| | |
|---|---|
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@ful.com |
| jg5786@att.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jowolf@law.nyc.gov |
| jjtancredi@daypitney.com | joy.mathias@dubaiic.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@btkmc.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmakower@tnsj-law.com | jsullivan@mosessinger.com |
| jmazermarino@msek.com | jtimko@shutts.com |
| jmcginley@wilmingtontrust.com | jtougas@mayerbrown.com |

*LBH Email Service List*

| | |
|---|---|
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lsilverstein@potteranderson.com |
| KReynolds@mklawnyc.com | lthompson@whitecase.com |

## LBH Email Service List

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

MAOFILING@CGSH.COM

Marc.Chait@SC.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mharris@smsm.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

*LBH Email Service List*

| | |
|---|---|
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | nfurman@scottwoodcapital.com |
| mmendez@hunton.com | Nherman@morganlewis.com |
| mmooney@deilylawfirm.com | nissay_10259-0154@mhmjapan.com |
| mmorreale@us.mufg.jp | nlepore@schnader.com |
| mneier@ibolaw.com | notice@bkcylaw.com |
| monica.lawless@brookfieldproperties.com | oipress@travelers.com |
| mpage@kelleydrye.com | omeca.nedd@lovells.com |
| mparry@mosessinger.com | otccorpactions@finra.org |
| mpomerantz@julienandschlesinger.com | patrick.oh@freshfields.com |
| mprimoff@kayescholer.com | paul.turner@sutherland.com |
| mpucillo@bermanesq.com | pbattista@gjb-law.com |
| mrosenthal@gibsondunn.com | pbosswick@ssbb.com |
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschlesinger@julienandschlesinger.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| msiegel@brownrudnick.com | peter.simmons@friedfrank.com |
| msolow@kayescholer.com | peter@bankrupt.com |
| mspeiser@stroock.com | pfeldman@oshr.com |
| mstamer@akingump.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |

*LBH Email Service List*

| | |
|---|---|
| ptrainguiterrez@kaplanlandau.com | RLevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | robertdakis@quinnemanuel.com |
| rbeacher@pryorcashman.com | Robin.Keller@Lovells.com |
| rbyman@jenner.com | roger@rnagioff.com |
| rdaversa@orrick.com | ronald.silverman@bingham.com |
| relgidely@gjb-law.com | ross.martin@ropesgray.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rrigolosi@smsm.com |
| rgmason@wlrk.com | rroupinian@outtengolden.com |
| rgraham@whitecase.com | rrussell@andrewskurth.com |
| rhett.campbell@tklaw.com | rterenzi@stcwlaw.com |
| richard.lear@hklaw.com | RTrust@cravath.com |
| richard.levy@lw.com | russj4478@aol.com |
| richard.tisdale@friedfrank.com | rwasserman@cftc.gov |
| richard@rwmaplc.com | rwyron@orrick.com |
| ritkin@steptoe.com | s.minehan@aozorabank.co.jp |
| RJones@BoultCummings.com | sabin.willett@bingham.com |
| rleek@HodgsonRuss.com | sabramowitz@velaw.com |

*LBH Email Service List*

SABVANROOY@HOTMAIL.COM

sagolden@hhlaw.com

sagrawal@susmangodfrey.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

*LBH Email Service List*

| | |
|---|---|
| swolowitz@mayerbrown.com | twheeler@lowenstein.com |
| szuch@wiggin.com | ukreppel@whitecase.com |
| tannweiler@greerherz.com | vdagostino@lowenstein.com |
| tarbit@cftc.gov | Villa@StreusandLandon.com |
| tbrock@ssbb.com | vmilione@nixonpeabody.com |
| tdewey@dpklaw.com | vrubinstein@loeb.com |
| tduffy@andersonkill.com | walter.stuart@freshfields.com |
| teresa.oxford@invescoaim.com | wanda.goodloe@cbre.com |
| TGoren@mofo.com | WBallaine@lcbf.com |
| thaler@thalergertler.com | wbenzija@halperinlaw.net |
| thomas.califano@dlapiper.com | wchen@tnsj-law.com |
| thomas.ogden@dpw.com | wcurchack@loeb.com |
| Thomas_Noguerola@calpers.ca.gov | wdase@fzwz.com |
| tim.desieno@bingham.com | william.m.goldman@dlapiper.com |
| timothy.brink@dlapiper.com | wiltenburg@hugheshubbard.com |
| timothy.palmer@bipc.com | wisotska@pepperlaw.com |
| tjfreedman@pbnlaw.com | wk@pwlawyers.com |
| tkarcher@dl.com | wmckenna@foley.com |
| tkiriakos@mayerbrown.com | woconnor@crowell.com |
| tlauria@whitecase.com | wsilverm@oshr.com |
| tmacwright@whitecase.com | wswearingen@llf-law.com |
| tmarrion@haslaw.com | wtaylor@mccarter.com |
| tnixon@gklaw.com | wweintraub@fklaw.com |
| tony.davis@bakerbotts.com | wzoberman@bermanesq.com |
| tslome@msek.com | yamashiro@sumitomotrust.co.jp |
| ttracy@crockerkuno.com | YUwatoko@mofo.com |