**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :
    Debtors. : (Jointly Administered)
:
: Ref. Docket No. 23487
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2011, I caused to be served the "Ninth Interim Application of Jones Day, Special Counsel to the Debtors and Debtors in Possession, Seeking Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses for the Period from June 1, 2011 through September 30, 2011," dated December 16, 2011 [Docket No. 23487], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. copied to CD and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

- 2 -

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/ s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
27th day of December, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

*LBH Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

anann@foley.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

## *LBH Email Service List*

| | |
|---|---|
| bankr@zuckerman.com | canelas@pursuitpartners.com |
| bankruptcy@goodwin.com | carol.weinerlevy@bingham.com |
| bankruptcy@morrisoncohen.com | cbelisle@wfw.com |
| bankruptcy@ntexas-attorneys.com | cbelmonte@ssbb.com |
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | cdesiderio@nixonpeabody.com |
| bbisignani@postschell.com | ceskridge@susmangodfrey.com |
| bcarlson@co.sanmateo.ca.us | cgoldstein@stcwlaw.com |
| bdk@schlamstone.com | chammerman@paulweiss.com |
| bguiney@pbwt.com | chardman@klestadt.com |
| bill.freeman@pillsburylaw.com | charles@filardi-law.com |
| bkmail@prommis.com | charles_malloy@aporter.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmerrill@susmangodfrey.com | chris.donoho@lovells.com |
| BMiller@mofo.com | christopher.schueller@bipc.com |
| boneill@kramerlevin.com | clarkb@sullcrom.com |
| Brian.Corey@greentreecreditsolutions.com | clynch@reedsmith.com |
| brosenblum@jonesday.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| bstrickland@wtplaw.com | colea@gtlaw.com |
| btrust@mayerbrown.com | cousinss@gtlaw.com |
| bturk@tishmanspeyer.com | cp@stevenslee.com |
| bwolfe@sheppardmullin.com | cpappas@dilworthlaw.com |
| bzabarauskas@crowell.com | craig.goldblatt@wilmerhale.com |
| cahn@clm.com | crmomjian@attorneygeneral.gov |
| calbert@reitlerlaw.com | cs@stevenslee.com |

*LBH Email Service List*

| | |
|---|---|
| csalomon@beckerglynn.com | ddavis@paulweiss.com |
| cschreiber@winston.com | ddrebsky@nixonpeabody.com |
| cshore@whitecase.com | ddunne@milbank.com |
| cshulman@sheppardmullin.com | deggermann@kramerlevin.com |
| ctatelbaum@adorno.com | deggert@freebornpeters.com |
| cwalsh@mayerbrown.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.powlen@btlaw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |

*LBH Email Service List*

| | |
|---|---|
| draelson@fisherbrothers.com | ellen.halstead@cwt.com |
| dravin@wolffsamson.com | emerberg@mayerbrown.com |
| drose@pryorcashman.com | enkaplan@kaplanlandau.com |
| drosenzweig@fulbright.com | eobrien@sbchlaw.com |
| drosner@goulstonstorrs.com | erin.mautner@bingham.com |
| drosner@kasowitz.com | eschaffer@reedsmith.com |
| dshaffer@wtplaw.com | eschwartz@contrariancapital.com |
| dshemano@pwkllp.com | esmith@dl.com |
| dspelfogel@foley.com | etillinghast@sheppardmullin.com |
| dtatge@ebglaw.com | ezujkowski@emmetmarvin.com |
| dtheising@harrisonmoberly.com | ezweig@optonline.net |
| dwdykhouse@pbwt.com | fbp@ppgms.com |
| dwildes@stroock.com | feldsteinh@sullcrom.com |
| dworkman@bakerlaw.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | foont@foontlaw.com |
| ecohen@russell.com | francois.janson@hklaw.com |
| efleck@milbank.com | fsosnick@shearman.com |
| efriedman@fklaw.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | geraci@thalergertler.com |
| ekbergc@lanepowell.com | ggitomer@mkbattorneys.com |
| elevin@lowenstein.com | ggoodman@foley.com |
| eli.mattioli@klgates.com | giddens@hugheshubbard.com |

*LBH Email Service List*

| | |
|---|---|
| gkaden@goulstonstorrs.com | jacobsonn@sec.gov |
| glenn.siegel@dechert.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| gravert@ravertpllc.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jamie.nelson@dubaiic.com |
| guzzi@whitecase.com | jar@outtengolden.com |
| harrisjm@michigan.gov | jason.jurgens@cwt.com |
| harveystrickon@paulhastings.com | jay.hurst@oag.state.tx.us |
| hbeltzer@mayerbrown.com | jay@kleinsolomon.com |
| heim.steve@dorsey.com | Jbecker@wilmingtontrust.com |
| heiser@chapman.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbeiers@co.sanmateo.ca.us |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hsteel@brownrudnick.com | jdoran@haslaw.com |
| icatto@mwe.com | Jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffery.black@bingham.com |
| iva.uroic@dechert.com | jeffrey.sabin@bingham.com |
| jaclyn.genchi@kayescholer.com | jeldredge@velaw.com |

### *LBH Email Service List*

| | |
|---|---|
| jen.premisler@cliffordchance.com | jlovi@steptoe.com |
| jennifer.demarco@cliffordchance.com | jlscott@reedsmith.com |
| jennifer.gore@shell.com | jmaddock@mcguirewoods.com |
| jeremy.eiden@ag.state.mn.us | jmakower@tnsj-law.com |
| jfalgowski@reedsmith.com | jmazermarino@msek.com |
| jflaxer@golenbock.com | jmcginley@wilmingtontrust.com |
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@fult.com |
| jg5786@att.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |

*LBH Email Service List*

| | |
|---|---|
| jsheerin@mcguirewoods.com | kmayer@mccarter.com |
| jshickich@riddellwilliams.com | kobak@hugheshubbard.com |
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kovskyd@pepperlaw.com |
| jsullivan@mosessinger.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | KReynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |

*LBH Email Service List*

| | |
|---|---|
| lnashelsky@mofo.com | mberman@nixonpeabody.com |
| loizides@loizides.com | mberman@nixonpeabody.com |
| lromansic@steptoe.com | mbienenstock@dl.com |
| lscarcella@farrellfritz.com | mbloemsma@mhjur.com |
| lschweitzer@cgsh.com | mbossi@thompsoncoburn.com |
| lsilverstein@potteranderson.com | mcademartori@sheppardmullin.com |
| lthompson@whitecase.com | mccombst@sullcrom.com |
| lubell@hugheshubbard.com | mcordone@stradley.com |
| lwhidden@salans.com | mcto@debevoise.com |
| mabrams@willkie.com | mdahlman@kayescholer.com |
| MAOFILING@CGSH.COM | mdorval@stradley.com |
| Marc.Chait@SC.com | melorod@gtlaw.com |
| margolin@hugheshubbard.com | meltzere@pepperlaw.com |
| mark.bane@ropesgray.com | metkin@lowenstein.com |
| mark.deveno@bingham.com | mfeldman@willkie.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.houle@pillsburylaw.com | mh1@mccallaraymer.com |
| mark.sherrill@sutherland.com | mharris@smsm.com |
| martin.davis@ots.treas.gov | mhopkins@cov.com |
| Marvin.Clements@ag.tn.gov | michael.frege@cms-hs.com |
| matt@willaw.com | michael.kelly@monarchlp.com |
| matthew.klepper@dlapiper.com | michael.kim@kobrekim.com |
| maustin@orrick.com | michael.mccrory@btlaw.com |
| max.polonsky@skadden.com | michael.reilly@bingham.com |
| mbenner@tishmanspeyer.com | millee12@nationwide.com |

## *LBH Email Service List*

| | |
|---|---|
| miller@taftlaw.com | msiegel@brownrudnick.com |
| mimi.m.wong@irscounsel.treas.gov | msolow@kayescholer.com |
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mvenditto@reedsmith.com |
| MJR1@westchestergov.com | mwarren@mtb.com |
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | Nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |

*LBH Email Service List*

| | |
|---|---|
| peter.gilhuly@lw.com | rgmason@wlrk.com |
| peter.macdonald@wilmerhale.com | rgraham@whitecase.com |
| peter.simmons@friedfrank.com | rhett.campbell@tklaw.com |
| peter@bankrupt.com | richard.lear@hklaw.com |
| pfeldman@oshr.com | richard.levy@lw.com |
| phayden@mcguirewoods.com | richard.tisdale@friedfrank.com |
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | RJones@BoultCummings.com |
| psp@njlawfirm.com | rleek@HodgsonRuss.com |
| ptrainguiterrez@kaplanlandau.com | RLevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | Robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |

*LBH Email Service List*

| | |
|---|---|
| rrigolosi@smsm.com | sehlers@armstrongteasdale.com |
| rroupinian@outtengolden.com | seichel@crowell.com |
| rrussell@andrewskurth.com | sfelderstein@ffwplaw.com |
| rterenzi@stcwlaw.com | sfineman@lchb.com |
| RTrust@cravath.com | sfox@mcguirewoods.com |
| russj4478@aol.com | sgordon@cahill.com |
| rwasserman@cftc.gov | sgubner@ebg-law.com |
| rwyron@orrick.com | shannon.nagle@friedfrank.com |
| s.minehan@aozorabank.co.jp | sharbeck@sipc.org |
| sabin.willett@bingham.com | shari.leventhal@ny.frb.org |
| sabramowitz@velaw.com | shgross5@yahoo.com |
| SABVANROOY@HOTMAIL.COM | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| sagrawal@susmangodfrey.com | slevine@brownrudnick.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| Schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sschultz@akingump.com |
| sdnyecf@dor.mo.gov | sselbst@herrick.com |

*LBH Email Service List*

| | |
|---|---|
| sshimshak@paulweiss.com | timothy.palmer@bipc.com |
| sskelly@teamtogut.com | tjfreedman@pbnlaw.com |
| steele@lowenstein.com | tkarcher@dl.com |
| stephen.cowan@dlapiper.com | tkiriakos@mayerbrown.com |
| steve.ginther@dor.mo.gov | tlauria@whitecase.com |
| steven.troyer@commerzbank.com | tmacwright@whitecase.com |
| steven.wilamowsky@bingham.com | tmarrion@haslaw.com |
| Streusand@StreusandLandon.com | tnixon@gklaw.com |
| susan.schultz@newedgegroup.com | toby.r.rosenberg@irscounsel.treas.gov |
| susheelkirpalani@quinnemanuel.com | tony.davis@bakerbotts.com |
| sweyl@haslaw.com | tslome@msek.com |
| swolowitz@mayerbrown.com | ttracy@crockerkuno.com |
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | Villa@StreusandLandon.com |
| tdewey@dpklaw.com | vmilione@nixonpeabody.com |
| tduffy@andersonkill.com | vrubinstein@loeb.com |
| teresa.oxford@invescoaim.com | walter.stuart@freshfields.com |
| TGoren@mofo.com | wanda.goodloe@cbre.com |
| thaler@thalergertler.com | WBallaine@lcbf.com |
| thomas.califano@dlapiper.com | wbenzija@halperinlaw.net |
| thomas.ogden@dpw.com | wchen@tnsj-law.com |
| Thomas_Noguerola@calpers.ca.gov | wcurchack@loeb.com |
| tim.desieno@bingham.com | wdase@fzwz.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |

08-13555-mg    Doc 23775    Filed 12/28/11    Entered 12/28/11 09:12:50    Main Document
Pg 16 of 20

## *LBH Email Service List*

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

Additional Parties:

lbarbour@browngreer.com

Lbhifeecommittee@gklaw.com

lmbuonome@JonesDay.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

Pg 19 of 20

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007