To:   United States Bankrupcy Court
      Southern District of New York

Date:  Dec 19, 2011

Dear Sir/Madam

I am writing to object your action of transferring $128,363.11 for my claim# 63324 to Royal Bank of Scotland NV. Instead of transferring to Royal Bank of Scotland NV, please transfer this amount directly to Yang Lien Nih:

Yang Lien Nih
2902, Blk B
Parkway Ct, 4 Park Rd
Mid-Level
Hong Kong

Please process accordingly.  Thank you for your attention.

Best regards,

Yang Lien Nih



RECEIVED
DEC 2 0 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors.

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: YANG LIEN NIH
2902, BLK B
PARKWAY CT, 4 PARK RD
MID-LEVEL
HONG KONG

Please note that your claim # 63324 in the above referenced case and in the amount of
$128,363.11  Unliquidated       has been transferred (unless previously expunged by court order)

ROYAL BANK OF SCOTLAND NV
TRANSFEROR: YANG LIEN NIH
38/F, CHEUNG KONG CENTER
2 QUEENS ROAD
HONG KONG
HONG KONG

*[Handwritten: X not transfer to Royal Bank of Scotland   Transfer to]*

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23028 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/08/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 8, 2011.