UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | : | Case No.: 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------X

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Banco Bilbao Vizcaya Argentaria, S.A. (the "Transferor"), against Lehman Brothers Holdings Inc., in the amount of $16,805,402.25, which has been designated as Claim No. 49909 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of $425,731 (the "Transferred Portion"). For the avoidance of doubt, Transferor is retaining $16,362,290.28 of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| Peñafiel de Inversiones SICAV, SA | Banco Bilbao Vizcaya Argentaria, S.A. |
| **Names and Addresses where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| INVERCAIXA GESTIÓN SGIIC, SAU<br>Maria de Molina, 6<br>3th Floor<br>Madrid 28006<br>Spain<br>Attn.: Legal Department | Vía de los Poblados, 13<br>5th Floor<br>Madrid 28033<br>Spain<br>Attn.: Belén Rico |
| | With a copy to:<br><br>Cleary Gottlieb Steen & Hamilton LLP<br>12, rue de Tilsitt<br>75008 Paris<br>France<br>Attn.: Andrew A. Bernstein, Esq. |

**Name and Address where Transferee payments should be sent:**
PEÑAFIEL DE INVERSIONES SICAV, S.A.
ES12 2100 0555 3402 0183 8324
la Caixa" - 8740 Corporativa Barcelona
Av. Diagonal, 662-664 pl.1. 08034 - Barcelona

Dated: December, 22nd  2011

PEÑAFIEL DE INVERSIONES SICAV, SA

By: _____
InverCaixa Gestión SGIIC, SAU
Authorized Signature

**Exhibit A**

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**, a *sociedad anónima* incorporated under Spanish law, with offices located at Vía de los Poblados, 13, 5th Floor, Madrid 28033, Spain ("Transferor"), does hereby certify that it has unconditionally and irrevocably assigned to **PEÑAFIEL DE INVERSIONES SICAV, SA.**, its successors and assigns, with offices located at Calle María de Molina, 6 3rd Floor, Madrid 28006 ("Transferee"), a ratable portion in an amount equal to $425,731 (the "Transferred Portion") of the right, title and interest in and to the claims of Transferor against **LEHMAN BROTHERS HOLDINGS INC.** docketed as Claim No. 49909 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, Transferor is retaining $16,362,290.28 of the Claim.

Transferor hereby waives any objection to the transfer of the Transferred Portion to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law and notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Portion and recognizing the Transferee as the sole owner and holder of the Transferred Portion.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of Transferred Portion to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed Evidence of Partial Transfer of Claim by its duly authorized representatives representative dated December, 22nd, 2011.

**BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**

By: _____
Name: ALMUDENA BOLON
Title: LEGAL COUNCEL

Dated: December, 22nd 2011

PEÑAFIEL DE INVERSIONES SICAV, SA

By: _____
InverCaixa Gestion SGIIC, SAU
Authorized Signature

**DHL EXPRESS**

Track this shipment: http://www.dhl.com
Shipment Waybill (Non negotiable)

Copia para el Destinatario / Cnee – Parcel Copy

**1 Payer account number and insurance details**
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd party
Payer Account No.: 301554695
Shipment Insurance: see reverse

**2 From (Shipper)**
Shipper's account number: 301554695
Shipper's reference: 0060427233205
Contact name: SR JON JAROL VALENC
Company name: BBVA- EDIF. ERICSSON SA -AUT DIR-
Address: CL VIA DE LOS POBLADOS 13 MADRID
Postcode/Zip Code: 28033
Phone: 915373930

**3 To (Receiver)**
Company name: Epiq Bankrupcy Solutions LLC
Address: Attn: Ashora Brothers Holdgs
Claims Processing
757 Third Avenue 3rd floor
New York NY 10017
Country: EEUU
Postcode/Zip Code: NY 10017

**4 Shipment details**
Total number of packages: 1
Total Weight: 0.1 kg

**5 Full description of contents**
Documents

**6 Non-Document Shipments Only (Customs Requirement)**

**7 Shipper's agreement (Signature required)**
Date: 23/12/11

Waybill: 44 6832 8141
EXPIRY 01/12
ORIGIN: MAD
DESTINATION CODE: 2 (handwritten)

**8 Products & Services**
☒ EXPRESS ENVELOPE

CURRENCY / TOTAL: 50.13

PT01/12 F35 ES MP