B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| GRF Master Fund II, L.P. | Merrill Lynch Credit Products, LLC |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 17563
Claim Amount: $6,748,584.10
Transferred Amount: $479,821.56
Date Claim Filed: 9/18/09
Debtor against claim filed: Lehman Brothers Special Financing Inc.

GRF Master Fund II, L.P.
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, NY 10012
Attention: Susan Moriello
Phone No.: 212-358-4247
Email: smoriello@anchoragecap.com

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael Aglialoro    Date: 12/23/11
Transferee/Transferee's Agent
MICHAEL AGLIALORO
Executive Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7970201v.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to GRF Master Fund II, L.P., its successors and assigns ("Buyer"), a **7.1099590%** pro rata share (representing $479,821.56) in and to all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: **17563**) in the amount of $6,748,584.10 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 4th day of November, 2011.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: RONALD TOROK
Title: VICE PRESIDENT


GRF MASTER FUND II, L.P.
By: Anchorage Capital Group, L.L.C., its Investment Manager


By: _____
Name:
Title:

KL2 2722833.3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to GRF Master Fund II, L.P., its successors and assigns ("Buyer"), a **7.1099590%** pro rata share (representing **$479,821.56**) in and to all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**. (Claim No.: **17563**) in the amount of $6,748,584.10 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 4th day of November, 2011.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name:
Title:

GRF MASTER FUND II, L.P.
By: Anchorage Capital Group, L.L.C., its Investment Manager

By: _____
Name:
Title:    MICHAEL AGLIALORO
          Executive Vice President

KL2 2722833.3