UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :    (Jointly Administered)
                    Debtors.                      :
                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 22629, 22734,
                                                       22829, 22857, 22904, 23030, 23195-
                                                       23203, 23208, 23215, 23220, 23221,
                                                       23223

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
20th day of December, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>       Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ASA CALIFORNIA TAX ADVANTAGED FUND L.P.            ASA CALIFORNIA TAX ADVANTAGED FUND L.P.
     C/O ASA CALIFORNIA MANAGERS LLC                    SIDLEY AUSTIN LLP
     ATTENTION: ROBERT D. ALBRIGHT JR.                  ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA
     601 CARLSON PARKWAY, SUITE 610                     787 SEVENTH AVENUE
     MINNETONKA MN 55305                                NEW YORK NY 10019
```

Please note that your claim # 23545 in the above referenced case and in the amount of
    $1,296,418.00   allowed at $1,200,000.00          has been transferred **(unless previously expunged by court order)**

```
        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: ASA CALIFORNIA TAX ADVANTAGED FUND L.P.
        ATTN: JEFFREY OLINSKY
        60 WALL STREET
        3RD FLOOR
        NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23220    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/14/2011                               Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 14, 2011.

# EXHIBIT B

```
TIME: 19:40:02                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 12/14/11                                        CREDITOR LISTING

Name                                                          Address
ARBITRAL SECURITIES LTD                                       TRANSFEROR: BANK HAPOALIM B.M. OFFICE AT OLD FORT BUILDING 4 WESTERN ROAD PO BOX SP 64093 NASSAU    BAHAMAS
ASA CALIFORNIA TAX ADVANTAGED FUND L.P.                       SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
ASA CALIFORNIA TAX ADVANTAGED FUND L.P.                       C/O ASA CALIFORNIA MANAGERS LLC ATTENTION: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305
ASA TAX ADVANTAGED RELATIVE VALUE FUND L.P.                   SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
ASA TAX ADVANTAGED RELATIVE VALUE FUND L.P.                   SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
ASA TAX ADVANTAGED RELATIVE VALUE FUND L.P.                   C/O ASA TAX ADVANTAGED ADVISORS LLC, GENERAL PARTNER ATTENTINO: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305
ASA TAXABLE RELATIVE VALUE FUND LTD                           SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
ASA TAXABLE RELATIVE VALUE FUND LTD                           C/O ASA TAXABLE ADVISORS LLC 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305
ASA TAXABLE RELATIVE VALUE FUND LTD                           C/O ASA TAXABLE ADVISORS LLC ATTN: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305
AUSTARITY GROUP LLC                                           TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
BANK HAPOALIM B.M.                                            18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                            ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                            PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                             TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH 745 SEVENTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON                                      TRANSFEROR: SPCP GROUP, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VACHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                      TRANSFEROR: SPCP GROUP, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: ASA CALIFORNIA TAX ADVANTAGED FUND L.P. ATTN: JEFFREY OLINSKY 60 WALL STREEET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: ASA CALIFORNIA TAX ADVANTAGED FUND L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: ASA TAX ADVANTAGED RELATIVE VALUE FUND LTD ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: ASA TAXABLE RELATIVE VALUE FUND LTD ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND PATRIMONIO DANNI) ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: PLAINFIELD DIRECT INC. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
EFG BANK AG                                                   GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                                   BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GOVERTS, H D          TRANSFEROR: GOVERTS, H.D. C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GOLDMAN, SACHS & CO.                                          TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                          TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOVERTS, H.D.                                                 GASTHUISSTRAAT 6-B UTRECHT 3581 GE NETHERLANDS
INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUN PATRIMONIO                                                             DANNI) ATTN: OMELIA CHIARENZA VIA BISSOLATI 23 ROME 00187 ITALY
INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUN PATRIMONIO                                                             INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND PATRIMONIO DANNI) C/O GENERALI INVESTMENTS ITALY SGR S.P.A. ATTN: MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS VIA TRENTO 8 TRIESTE 34132 ITALY
JPMORGAN CHASE BANK, N.A.                                     TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
KNIGHTHEAD MASTER FUND, L.P.                                  TRANSFEROR: WOODSTOCK FINANCIAL GROUP, INC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
MA SPC FOR & ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO     TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE 29TH FLOOR NEW YORK NY 10022
PLAINFIELD DIRECT INC.                                        TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE 29TH FLOOR NEW YORK NY 10022
RUBEL, EUGENIA                                                C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017
SAPHIR FINANCE PUBLIC LIMITED COMPANY                         TRANSFEROR: BANK HAPOALIM B.M. C/O ALON CAPITAL PERSHING LLC AS CUSTODIAN CARMEN SYLVA DEPTO 91 PROVIDENCIA SANTIAGO    CHILE
SAPHIR FINANCE PUBLIC LIMITED COMPANY                         FRESHFIELDS BUCKHAUS DERINGER LLP ATTN: BERNHARD KAISER AND DR GUNILA BOCKENHEIMER ANLAGE 44 FRANKFURT AM MAIN 60322 GERMANY
SAPHIR FINANCE PUBLIC LIMITED COMPANY                         ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND
SAPHIR FINANCE PUBLIC LIMITED COMPANY                         ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND
SAPHIR FINANCE PUBLIC LIMITED COMPANY                         MCCANN FITZGERALD SOLICITORS ATTN: PHIL CODY RIVERSIDE ONE SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND
SAPHIR FINANCE PUBLIC LIMITED COMPANY                         MCCANN FITZGERALD SOLICITORS RIVERSIDE ONE ATTN: PHIL CODY SIR JOHN ROBGERSONS'S QUAY DUBLIN 2   IRELAND
SEA PORT GROUP SECURITIES, LLC                                TRANSFEROR: ABITRAL SECURITIES LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SPCP GROUP, LLC                                               RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036

                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:40:02                                          LEHMAN BROTHERS HOLDING INC.                                                           PAGE:     2
DATE: 12/14/11                                              CREDITOR LISTING

Name                              Address
SPCP GROUP, LLC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
UNITED MIZRAHI BANK (SWITZERLAND) LTD.   MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022
UNITED MIZRAHI BANK (SWITZERLAND) LTD.   NUSCHELERSTRASSE 31 ZURICH  CH-8021 SWITZERLAND
VARDE FUND X (MASTER) LP, THE     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
WOODSTOCK FINANCIAL GROUP, INC    TRANSFEROR: EFG BANK AG 117 TOWNE LAKE PARKWAY, SUITE 200 WOODSTOCK GA 30188


Total Number of Records Printed         49
```

EPIQ BANKRUPTCY SOLUTIONS, LLC