**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                      :
In re                                                 :          **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :          **08-13555 (JMP)**
                                                      :          **(Jointly Administered)**
                        **Debtors.**                  :
                                                      :
------------------------------------------------------------------------x          **Ref. Docket No. 22564**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 14, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
20th day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    DEUTSCHE BANK AG, LONDON BRANCH
                TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH
                ATTN: RICH VICHAIDITH
                60 WALL STREET, 3RD FLOOR
                NEW YORK NY 10005

Additional:

Transferee:    CSS, LLC
                **NO ADDRESS PROVIDED**
                **** 00000

**Your transfer   of claim #   67079   is defective for the reason(s) checked below:**

Other                         - Transferor does not hold claim

Docket Number 22564          Date 11/22/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 14, 2011.

# EXHIBIT B

TIME: 23:18:35
DATE: 12/14/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| CSS, LLC | ***NO ADDRESS PROVIDED*** 00000 |
| CSS, LLC | ***NO ADDRESS PROVIDED** **** 00000 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |

Total Number of Records Printed    3

EPIQ BANKRUPTCY SOLUTIONS, LLC