UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :     08-13555 (JMP)
                                                                 :     (Jointly Administered)
                  Debtors.                                       :
                                                                 :
------------------------------------------------------------------x     Ref. Docket Nos. 23260, 23263,
                                                                        23275, 23280, 23282, 23283, 23285-
                                                                        23287, 23289-23291, 23295, 23296,
                                                                        23299-23301, 23308, 23310, 23316-
                                                                        23318, 23320, 23323, 23324, 23353,
                                                                        23355, 23357, 23359

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
28th day of December, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AMBLING PROPERTY INVESTMENTS, LLC
     TRANSFEROR: SOUTHHAVEN PARTNERS I, L.P.
     ATTN: TIM PALMIERI
     348 ENTERPRISE DRIVE
     VALDOSTA GA 31601
```

Please note that your claim # 22124 in the above referenced case and in the amount of
$68,989.36   allowed at $33,915.18        has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: AMBLING PROPERTY INVESTMENTS, LLC
     C/O DEUTSCHE BANK SECURITIES INC.
     ATTN: MATT WEINSTEIN
     60 WALL STREET
     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23324    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2011.

**EXHIBIT B**

```
TIME: 18:41:49                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 12/16/11                                         CREDITOR LISTING

Name                                              Address
AMBLING PROPERTY INVESTMENTS, LLC                 TRANSFEROR: SOUTHHAVEN PARTNERS I, L.P. ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ASSAM BEJOS, VIVIAN & JORGE RODRIGO               BOSQUE DE CIDROS #60-2A BOSQUE DE LAS LOMAS MEXICO D.F.   05120 MEXICO
ASSAM BEJOS
BANC OF AMERICA SECURITIES LLC                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: JON BARNES 214 N TRYON STREET, NC1-027-14-01 CHARLOTTE NC 28255
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE             100 AV. PEDRO DE VALDIVIA, PISO 17 PROVIDENCIA SANTIAGO 7510185 CHILE
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE             LEGAL DEPARTMENT 81 PASEO DE CASTELLANA, 21ST FLOOR MADRID  28046 SPAIN
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE             LEGAL DEPARTMENT 81 PASEO LA CASTELLANA, 21TH FLOOR MADRID  28046 SPAIN
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.              ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 FLOOR 21ST MADRID  28046 SPAIN
BANK HAPOALIM (SWITZERLAND) LTD.                  ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND
BANK HAPOALIM (SWITZERLAND) LTD.                  PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK OF AMERICA, NATIONAL ASSOCIATION             SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET
                                                  RICHMOND VA 23219
BAUPOST GROUP SECURITIES LLC                      TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BEYELER, HOINS                                    LARCHENSTR. 13 BIRMENSDORF  CH 8903 SWITZERLAND
BEYELER, HOINS                                    LARCHENSTR. 13 BIRMENSDORF  CH-8903 SWITZERLAND
CASSA DI RISPARMIO DI BOLZANO SPA                 VIA CASSA DI RISPARMIO 12/B BOLZANO  39100 ITALY
COMPAGNIE MARITIME LUXEMBOURGEOISE                3 AVENUE PASTEUR LUXEMBOURG  L-2311 LUXEMBOURG
CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH           TRANSFEROR: KC CLO I LIMITED PRANISHA KHADKA ELEVEN MADISON AVENUE, 4TH FLOOR NEW YORK NY 10010
CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH           TRANSFEROR: KC CLO II PLC PRANISHA KHADKA ELEVEN MADISON AVENUE, 4TH FLOOR NEW YORK NY 10010
CSAM FUNDING I                                    ATTN: ALLEN GAGE 1 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10010
CSAM FUNDING I                                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: AMBLING PROPERTY INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, CHILE C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH C/O DEUTSCHE BANK AG, LONDON BRANCH ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH C/O DEUTSCHE BANK AG, LONDON BRANCH ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CSAM FUNDING I C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005
DEUTSCHE BANK SECURITIES, INC.                    TRANSFEROR: ORE HILL HUB FUND LTD. 60 WALL STREET, FLOOR 3 ATTN: MATT WEINSTEIN NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: ASSAM BEJOS, VIVIAN & JORGE RODRIGO ASSAM BEJOS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: BEYELER, HOINS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: SAGUES MESTRE, FRANCESC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: VERMIN, J.M.N. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
HIGHLAND CREDIT STRATEGIES MASTER FUND            TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
HIGHLAND CREDIT STRATEGIES MASTER FUND            C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240
HIGHLAND CREDIT STRATEGIES MASTER FUND            SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219
HIGHLAND CREDIT STRATEGIES MASTER FUND,           C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240
L.P.
HIGHLAND CREDIT STRATEGIES MASTER FUND,           EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219
L.P.

                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:41:49                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 12/16/11                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| JEFFERIES INTERNATIONAL LIMITED | TRANSFEROR: BANCA CARIGE S.P.A. VINTNERS PLAZA 68 UPPER THAMES STREET LONDON  EC4V 3BJ UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: UBS AG, STAMFORD BRANCH / UBS SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA TORRADO 623 FIFTH AVE 29TH FL NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: UBS AG, STAMFORD BRANCH / UBS SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA L TORRADO ESQ 623 5TH AVE 29TH FL NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CASSA DI RISPARMIO DI BOLZANO SPA 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON  EC1A 1HQ UNITED KINGDOM |
| ORE HILL HUB FUND LTD. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: RACHE CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| S. E. REIJNIERSE | TRANSFEROR: COMPAGNIE MARITIME LUXEMBOURGEOISE 39 ALLEE SCHEFFER L-2520 LUXEMBOURG |
| S.E. REIJNIERSE | TRANSFEROR: COMPAGNIE MARITIME LUXEMBOURGEOISE 39 ALLEE SCHEFFER L-2520 LUXEMBOURG |
| SAGUES MESTRE, FRANCESC | JAUME VIDAL, 9 ST. FELIU DE LLOBREGAT  08980 SPAIN |
| SILVER POINT CAPITAL FUND LP | DAVIS POLK & WARDELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND LP | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA 1ST FL GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA 1ST FL GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: UBS AG C/O SILVER PIONT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND LP | DAVIS POLK & WARDELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND LP | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O SILVER POINT CAPITAL LP ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA 1ST FL GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ C/O SILVER POINT CAPITAL LP TWO GREENWICH PLAZA 1ST FL GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: UBS AG C/O SILVER POINT CAPITAL ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: ANP FUNDING I LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: ANP FUNDING I, LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| UBS AG | ATTN: BERT GUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UBS AG, LONDON BRANCH | TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: SHARON CANHAM / FAO LOAN CLOSERS ONE FINSBURY AVENUE LONDON  EC2M 2PP UNITED KINGDOM |
| UBS AG, STAMFORD BRANCH / UBS SECURITIES LLC | TRANSFEROR: AGRICULTURAL BANK OF CHINA LTD ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS/LOAN CLOSING GROUP UBS INVESTMENT BANK 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | NUSCHELERSTRASSE 31 ZURICH  CH-8021 SWITZERLAND |
| VERMIN, J.M.N. | SCHUBERTLAAN 118 MAASSLUIS  3144 BJ NETHERLANDS |
| WILMINGTON TRUST COMPANY | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: DORRI COSTELLO RODNEY SQUARE NORTH MAIL DROP CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |

Total Number of Records Printed        73

EPIQ BANKRUPTCY SOLUTIONS, LLC