UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :    Ref. Docket Nos. 22073, 22074,
                                                            :    23324, 23422-23424, 23434, 23436,
                                                            :    23447, 23448, 23450, 23452, 23453,
------------------------------------------------------------x    23456, 23459, 23460, 23462
                                                            :
In re                                                       :
                                                            :    Chapter 11 Case No.
LEHMAN BROTHERS SPECIAL FINANCING                           :
INC.,                                                       :    08-13888 (JMP)
                    Debtors.                                :    (Jointly Administered)
                                                            :
                                                            :    Ref. Docket No. 298
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
28th day of December, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
          Debtors.                             |
                                               |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ACP MASTER, LTD.
         TRANSFEROR: BARCLAYS BANK PLC
         C/O AURELIUS CAPITAL MANAGEMENT, LP
         ATTN: PATRICK VANCE
         535 MADISON AVE, 22ND FL
         NEW YORK NY 10022

Please note that your claim # 50475-04 in the above referenced case and in the amount of
    $4,287,915.80        has been transferred **(unless previously expunged by court order)**

         AURELIUS CAPITAL PARTNERS, LP
         TRANSFEROR: ACP MASTER, LTD.
         C/O AURELIUS CAPITAL MANAGEMENT, LP
         ATTN: PATRICK VANCE
         535 MADISON AVENUE, 22ND FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23459    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/19/2011                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 19, 2011.

# EXHIBIT B

08-13555-mg    Doc 23812    Filed 12/28/11    Entered 12/28/11 21:56:46    Main Document
Pg 5 of 6

```
TIME: 15:52:43                                              LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:   1
DATE: 12/19/11                                                    CREDITOR LISTING

Name                                                    Address
ACP MASTER, LTD.                                        TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE, 22ND FL NEW YORK NY 10022
ALANDSBANKEN ABP (FINLAND), SVENSK                      TRANSFEROR: ALANDSBANKEN SVERIGE AB STUREPLAN 19 STOCKHOLM SE-107 81 SWEDEN
  FILIAL
ALANDSBANKEN ABP (FINLAND), SVENSK                      TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) ATTN: MAGNUS LINNERSAND STUREPLAN 19 SE-107 81 STOCKHOLM SWEDEN
  FILIAL
ALANDSBANKEN ABP (FINLAND), SVENSK                      TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) STUREPLAN 19 STOCKHOLM SE-107 81 SWEDEN
  FILIAL
ALANDSBANKEN SVERIGE AB                                 TRANSFEROR: SPARBANKEN VASTRA MALARDALEN C/O OPERATIONS; ATTN: ASA WIKSTROM STUREPLAN 19 STOCKHOLM SE-107 81 SWEDEN
ALANDSBANKEN SVERIGE AB (PUBL)                          ATTN: NINA E. ANDERSSON-WILLARD, ESQ. C/O BROWN RUDNICK LLP ONE FINANCIAL CENTER BOSTON MA 02111
ALANDSBANKEN SVERIGE AB (PUBL)                          ATTN: OPERATIONS, STUREPLAN 19 STOCKHOLM 107 81 SWEDEN
ALANDSBANKEN SVERIGE AB (PUBL)                          NINA E. ANDERSSON-WILLARD, ESQ. BROWN RUDNICK LLP ONE FINANCIAL CENTER BOSTON MA 02111
AMBLING PROPERTY INVESTMENTS, LLC                       TRANSFEROR: ASHTON FOREST PARK, LP ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
AMBLING PROPERTY INVESTMENTS, LLC                       TRANSFEROR: DESOTO COUNTY PARTNERS LP ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
AMBLING PROPERTY INVESTMENTS, LLC                       TRANSFEROR: JACKSON BOND, L.P. ATTN: TIM PALMIERI 348 ENTERPRISE DRIVE VALDOSTA GA 31601
AURELIUS CAPITAL MASTER, LTD.                           TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE, 22ND FL NEW YORK NY 10022
AURELIUS CAPITAL PARTNERS, LP                           TRANSFEROR: ACP MASTER, LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022
AURELIUS CONVERGENCE MASTER, LTD.                       TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE, 22ND FL NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                                TRANSFEROR: AURELIUS CAPITAL MASTER, LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVENUE, 22ND FLOOR
                                                        NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                                TRANSFEROR: AURELIUS CONVERGENCE MASTER, LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVENUE, 22ND FLOOR
                                                        NEW YORK NY 10022
BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ)                  ATTN: ROGER GLANZMANN URANIASTRASSE 28 ZURICH CH-8001 SWITZERLAND
  AG
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: AMBLING PROPERTY INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                        NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                                TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                             TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
GOLDMAN, SACHS & CO.                                    TRANSFEROR: CREDIT SUISSE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HALBIS US CREDIT ALPHA MASTER FUND, LTD                 ANDREW DOVE ALLEN & OVER LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020
HALBIS US CREDIT ALPHA MASTER FUND, LTD                 HSBC SECURITIES (USA), INC. ATTN: JAMES CURTIS, MANAGING DIRECTOR AND DEPUTY GENERAL COUNSEL 452 FIFTH AVENUE NEW YORK NY 10018
HALBIS US CREDIT ALPHA MASTER FUND, LTD                 C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW YORK NY 10018
LOGAN CIRCLE PARTNERS, L.P.                             TRANSFEROR: MULTICARE HEALTH SYSTEM ATTN: JENNIFER VOLLMER 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103
LOGAN CIRCLE PARTNERS, L.P.                             TRANSFEROR: MULTICARE HEALTH SYSTEM ATTN: JENNIFER VOLLMER GENERAL COUNSEL 1717 ARCH STREET PHILADELPHIA PA 19103
MULTICARE HEALTH SYSTEM                                 C/O ERIK RASMUSSEN PO BOX 5299 MS/222-J-I-LEG TACOMA WA 98415-0299
MULTICARE HEALTH SYSTEM                                 C/O ERIK RASMUSSEN PO BOX 5299 MS/222J-I-LEG TACOMA WA 98415-0299
PRIME CAPITAL MASTER SPC, GOT WAT MAC                   TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
  SEGREGATED PORTFOLIO                                  PLYMOUTH MN 55447
SPCP GROUP, LLC                                         RONALD S. BEACHER PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                         TRANSFEROR: HALBIS US CREDIT ALPHA MASTER FUND, LTD ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830
THE ROYAL BANK OF SCOTLAND PLC                          TRANSFEROR: SK ENERGY CO., LTD. ATTN: ANDREW SCOTLAND AND SAM GRIFFITHS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND, PLC                         TRANSFEROR: AETERNO MASTER FUND, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
VONWIN CAPITAL MANAGEMENT, L.P.                         TRANSFEROR: BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ) AG ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR
                                                        NEW YORK NY 10016
WATERSTONE MARKET NEUTRAL MASTER FUND,                  TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
  LTD                                                   PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                                 TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                                        PLYMOUTH MN 55447
YORK GLOBAL FINANCE BDH, LLC                            TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                            TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FOOR NEW YORK NY 10153


Total Number of Records Printed              38                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```