UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
            Debtors.                                           :
                                                               :    Ref. Docket Nos. 23258, 23259,
                                                               :    23332, 23336, 23337, 23340, 23342,
                                                               :    23344, 23346, 23347, 23475-23484,
---------------------------------------------------------------x    23486, 23521, 23522, 23529
                                                               :
In re                                                          :
                                                               :    Chapter 11 Case No.
LEHMAN BROTHERS SPECIAL FINANCING                              :
INC.,                                                          :    08-13888 (JMP)
            Debtors.                                           :    (Jointly Administered)
                                                               :
                                                               :    Ref. Docket Nos. 295-297
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of December, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 23258, 23259, 23332...23521, 23522, 23529; (08-13888 DI 295-297)_AFF_12-20-11Transfers 23258, 23259, 23332...23521, 23522, 23529; (08-13888 DI 295-297)_AFF_12-20-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ACP MASTER LTD
      TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
      C/O AURELIUS CAPITAL MANAGEMENT LP
      ATTN: DAVID TIOMKIN
      535 MADISON AVENUE, 22ND FL
      NEW YORK NY 10022
```

Please note that your claim # 59736-03 in the above referenced case and in the amount of
      $0.00   Unliquidated       has been transferred **(unless previously expunged by court order)**

```
      AURELIUS CAPITAL PARTNERS, LP
      TRANSFEROR: ACP MASTER LTD
      C/O AURELIUS CAPITAL MANAGEMENT, LP
      ATTN: PATRICK VANCE
      535 MADISON AVE., 22ND FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23475      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2011                                      Vito Genna, Clerk of Court

                                                      /s/ Lauren Rodriguez
                                                      _____
                                                      By: Epiq Bankruptcy Solutions, LLC
                                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 20, 2011.

# EXHIBIT B

08-13555-mg    Doc 23813    Filed 12/28/11    Entered 12/28/11 21:59:21    Main Document
Pg 5 of 7

```
TIME: 12:37:39                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 12/20/11                                         CREDITOR LISTING

Name                                              Address
ACP MASTER LTD                                    TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FL
                                                  NEW YORK NY 10022
ACP MASTER, LTD                                   TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICK VANCE C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS CAPITAL MASTER LTD                       ATTN: DAN GROPPER C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022
AURELIUS CAPITAL MASTER LTD                       C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVE - 22ND FL NEW YORK NY 100224263
AURELIUS CAPITAL MASTER LTD                       C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022
AURELIUS CAPITAL MASTER LTD                       TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVE, 22ND FL
                                                  NEW YORK NY 10022
AURELIUS CAPITAL MASTER LTD.                      C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022
AURELIUS CAPITAL MASTER, LTD                      TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICK VANCE C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS CAPITAL PARTNERS, LP                     TRANSFEROR: ACP MASTER LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR NEW YORK NY 10022
AURELIUS CAPITAL PARTNERS, LP                     TRANSFEROR: ACP MASTER, LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR NEW YORK NY 10022
AURELIUS CONVERGENCE MASTER LTD                   TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FL
                                                  NEW YORK NY 10022
AURELIUS CONVERGENCE MASTER, LTD                  TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICK VANCE C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CAPITAL MASTER LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CAPITAL MASTER LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISOSN AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CAPITAL MASTER LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CAPITAL MASTER, LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CONVERGENCE MASTER LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CONVERGENCE MASTER, LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
BLUEBAY SPECIALISED FUNDS: CREDIT                 TRANSFEROR: NEBRASKA S.A (COMPARTMENT 10) C/O BLUEBAY ASSET MANAGEMENT LTD ATTN: VIVEK CHURAMANI 77 GROSVENOR STREET
OPPORTUNITY (MASTER) FUND (FCP-SIF)               LONDON UNITED KINGDOM
CITIBANK KOREA INC.                               ATTM: YOUNG-SUN KIM CITIBANK BUILDING, 39, DA-DONG, CHUNG-KU SEOUL 100-180 KOREA, REPUBLIC OF
CITIBANK KOREA INC.                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK KOREA INC.                               ATTN: YOUNG-SUN KIM CITIBANK BUILDING, 39, DA-DONG, CHUNG-KU SEOUL 100-180 KOREA, REPUBLIC OF
CITIBANK, N.A.                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK, N.A.                                    TRANSFEROR: CITIBANK KOREA INC. ATTN: NIGEL KEMP CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM
CITIBANK, N.A.                                    TRANSFEROR: CITIBANK KOREA INC. ATTN: NIGEL KINGDOM CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BA-CA VERISCHERUNG AKTIENGESELLSCHAFT ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS & CO.                               TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HARTFORD LIFE INSURANCE COMPANY                   HARTFORD INVESTMENT MANAGEMENT COMPANY C/O PORTFOLIO SUPPORT P.O. BOX 1744 HARTFORD CT 06144-1744
HARTFORD LIFE INSURANCE COMPANY                   TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION C/O HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA, ESQ., INVESTMENT LAW
                                                  55 FARMINGTON AVENUE HARTFORD CT 06105
HARTFORD LIFE INSURANCE COMPANY                   TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION C/O HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA, ESQ., INVESTMENT LAWA
                                                  55 FARMINGTON AVENUE HARTFORD CT 06105
NEBRASKA S.A (COMPARTMENT 10)                     ATTN: DAN BEBELLO & LUCIEN ORLOVIOUS C/O BLUEBAY ASSET MANGEMENT PLC 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM
NEBRASKA S.A (COMPARTMENT 10)                     ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
PRIME CAPITAL MASTER SPC, GOT WAT MAC             TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P.
                                                  ATTN: VINCENT CONLEY; 2 CARLSON PKWY STE 260 PLYMOUTH MN 55447
SILVER POINT CAPITAL OFFSHORE MASTER              DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.

                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:37:39                                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 12/20/11                                                CREDITOR LISTING

Name                                          Address
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL L.P. ATTN: DAVIS F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                                    GREENWICH CT 06830
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: AETERNO MASTER FUND, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
U.S. BANK NATIONAL ASSOCIATION                CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR
                                              CHICAGO IL 60603
U.S. BANK NATIONAL ASSOCIATION                CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292
WATERSTONE MF FUND, LTD                       TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY; 2 CARLSON PKWY, #260
                                              PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD       TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY, 2 CARLSON PKWY, #260
                                              PLYMOUTH MN 55447


Total Number of Records Printed         42
```

EPIQ BANKRUPTCY SOLUTIONS, LLC