**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

-------------------------------------------------------------------x

**Ref. Docket Nos. 22581, 22613, 22616, 22619, 22622, 22625, 22628, 23530, 23531, 23535, 23553-23562, 23613**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of December, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 22581, 22613, 22616, 22619, 22622, 22625, 22628, 23530, 23531, 23535, 23553-23562, 23613_AFF_12-21-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: SPARKASSE WETZLAR
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 60574-01 in the above referenced case and in the amount of
        $905,664.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

        MONARCH DEBT RECOVERY MASTER FUND LTD
        TRANSFEROR: BARCLAYS BANK PLC
        C/O MONARCH ALTERNATIVE CAPITAL LP
        ATTN: MICHAEL GILLIN
        535 MADISON AVENUE, FLOOR 26
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23553       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/21/2011                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 21, 2011.

**EXHIBIT B**

```
TIME:  17:26:00                                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:     1
DATE:  12/21/11                                                 CREDITOR LISTING
```

| Name | Address |
|---|---|
| APPALOOSA INVESTMENT L. P. 1 | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SPARKASSE WETZLAR 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10019 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BA-CA VERISICHERUNG AKTIENGESELLSCHAFT ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CNP ASSURANCES ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EUROHYPO AG ATTN: SAUREN DAY C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RAYTHEON SAVINGS AND INVESTMENT PLAN TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RAYTHEON SAVINGS AND INVESTMENT PLAN TURST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| O2 SPECIAL MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| P MONARCH RECOVERY LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| PALOMINO FUND LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| RAYTHEON SAVINGS AND INVESTMENT PLAN TRUST | (F/K/A RAYTHEON COMPANY MASTER FUND FOR DEFINED CONTRIBUTION) ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM MA 02451-1449 |
| RAYTHEON SAVINGS AND INVESTMENT PLAN TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RAYTHEON SAVINGS AND INVESTMENT PLAN TURST | (F/K/A RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBUTION) ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM MA 02451-1449 |
| RAYTHEON SAVINGS AND INVESTMENT PLAN TURST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| THE VARDE FUND IX, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: DEUTSCHE BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THOROUGHBRED FUND L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed        39

EPIQ BANKRUPTCY SOLUTIONS, LLC