UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :   08-13555 (JMP)
                                                           :   (Jointly Administered)
                    Debtors.                               :
                                                           :
------------------------------------------------------------x   Ref. Docket Nos. 19279, 23432,
                                                                23433, 23437, 23438, 23440, 23596,
                                                                23598, 23600, 23601, 23616, 23623,
                                                                23627, 23628

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ *Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
28th day of December, 2011

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19279, 23432, 23433, 23437, 23438, 23440, 23596, 23598, 23600, 23601, 23616, 23623, 23627, 23628_AFF_12-23-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY
      ATTN: MARLA LACEY, ESQ.
      6000 WESTOWN PKWY STE 300
      WDM IA 50266-7711

Please note that your claim # 24539 in the above referenced case and in the amount of
    $7,828,031.24   allowed at $7,400,000.00        has been transferred **(unless previously expunged by court order)**

      JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY
      ATTN: SUSAN MCNAMARA
      MAIL CODE: NY1-A436
      ONE CHASE MANHATTAN PLAZA, FLOOR 26
      NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23623      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2011.

**EXHIBIT B**

```
TIME: 16:42:03                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/23/11                                                    CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND LP
AMERICAN EQUITY INVESTMENT LIFE                   ATTN: MARLA LACEY, ESQ. 6000 WESTOWN PKWY STE 300 WDM IA 50266-7711
  INSURANCE COMPANY
BUDENHEIMER VOLKSBANK EG                          TRANSFEROR: SPINNER, HELGA LUISENSTRABE 7 BUDENHEIM D-55257 GERMANY
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ENECO ENERGY TRADE BV                             C/O HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND VA 23219-4074
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF           TRANSFEROR: VALKENBORGS, ROGER C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
  VALKENBORGS, ROGER
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                  ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: UBS AG C/O JP MORGAN SECURITIES LLC ATTN: JEFF PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: ENECO ENERGY TRADE BV ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                                  NEW YORK NY 10036
METHOD INVESTMENTS & ADVISORY LTD                 TRANSFEROR: UBS AG ATTN: MARCO BORSA 16 BERKELEY STREET LONDON W1J 8DZ UNITED KINGDOM
NEW FINANCE ALDEN SPV                             TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
SPINNER, HELGA                                    FRIEDRICH-EBERT-STRASSE 43 BUDENHEIM D-55257 GERMANY
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG, LONDON BRANCH                             TRANSFEROR: UBS AG ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP ENGLAND
UBS AG, LONDON BRANCH                             TRANSFEROR: ZURICH LIFE INSURANCE ITALIA S.P.A ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP ENGLAND
VALKENBORGA, ROGER                                TRANSFEROR: FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF VALKENBORGS, ROGER SCHANSSTRAAT 95 HEUSDEN-ZOLDER 3550 BELGIUM
ZURICH LIFE INSURANCE ITALIA S.P.A                C/O PAOLO PENCO ZURICH ITALIA VIA B. CRESPI, 23 MILANO 20159 ITALY
ZURICH LIFE INSURANCE ITALIA S.P.A                SILVANA VALANZIO GENERAL COUNSEL ZURICH INSURANCE ITALY VIA B. CRESPI 23 MILAN ITALY
ZURICH LIFE INSURANCE ITALIA S.P.A                MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ZURICH LIFE INSURANCE ITALIA S.P.A                MARY LYN DENIRO, ESQ. ZURICH - NY LEGAL 105 EAST 17TH ST. NEW YORK NY 10003
ZURICH LIFE INSURANCE ITALIA S.P.A                ANDY SMART ZURICH LIFE INSURANCE COMPANY THE GRANGE BISHOP'S CLEEVE CHELTENHAM - GLOS. GL52 8XX UNITED KINGDOM

Total Number of Records Printed    26
```