UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                        Debtors.                            :
                                                            :
                                                            :    Ref. Docket Nos. 22790, 22792,
------------------------------------------------------------x    22794-22797, 23128, 23644-23648,
                                                                 23650, 23668

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
28th day of December, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 22790, 22792, 22794-22797, 23128, 23644-23648, 23650, 23668_AFF_12-27-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS INC.             CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: CITIBANK INTERNATIONAL PLC         DOUGLAS R. DAVIS
     ATTN: CARL D. MEYER                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     388 GREENWICH STREET, 4TH FLOOR                1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013-2375                         NEW YORK NY 10019
```

Please note that your claim # 55304-03 in the above referenced case and in the amount of $5,669,039.20 has been transferred **(unless previously expunged by court order)**

```
MONARCH DEBT RECOVERY MASTER FUND LTD.
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
C/O MONARCH ALTERNATIVE CAPITAL LP
535 MADISON AVENUE, 26TH FLOOR
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22790 in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/27/2011              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 27, 2011.

**EXHIBIT B**

```
TIME: 17:28:11                                             LEHMAN BROTHERS HOLDING INC.                                                                PAGE:   1
DATE: 12/27/11                                                  CREDITOR LISTING

Name                                                     Address
CITIGROUP FINANCIAL PRODUCTS INC.                        DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                        TRANSFEROR: CITIBANK INTERNATIONAGL PLC ATTN: CARL D. MEYER 388 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013-2375
GOLDMAN SACHS BANK USA (SUCCESSOR BY                     CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
MERGER TO
GOLDMAN SACHS BANK USA (SUCCESSOR BY                     GOLDMAN SACHS CAPITAL MARKETS, L.P.) ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004
MERGER TO
GOLDMAN SACHS INTERNATIONAL                              ATTN: JOHN TRIBOLATI, CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON  EC4A 2BB UNITED KINGDOM
GOLDMAN SACHS INTERNATIONAL                              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006
GOLDMAN SACHS LENDING PARTNERS LLC                       TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                       TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIER LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                       TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
HAIN CAPITAL HOLDINGS, LTD                               TRANSFEROR: WIERINGA, H.W & P.I.A. WIERINGA-VAN DEVENTER ATTN: RACHEL YAMNIK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
MONARCH CAPITAL MASTER PARTNERS II LP                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.                      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD.                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
P MONARCH RECOVERY LTD                                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
UBS AG                                                   BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                                   ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
WEGELIN & CO                                             TRANSFEROR: UBS AG PRIVATBANKIERS BOHL 17 CH-9004 ST GALLEN   SWITZERLAND
WIERINGA, H.W & P.I.A. WIERINGA-VAN                      KONINGSHOFLEI 3 SCHOTEN  2900 BELGIUM
DEVENTER

Total Number of Records Printed                          20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC