B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,     Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ph. Dubbeling | Jawema BV c/o Ph. Dubbeling |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
\* Ph. Dubbeling
Oude Middenweg 4
2491 AA The Hague
the Netherlands
Phone: +31 6 22556112
Last Four Digits of Acct #: _____

Court Claim # (if known): 11955
Amount of Claim: $ 3557
Date Claim Filed: 15 sept 2009
Phone: +31 6 22556112
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ph. Dubbeling    Date: Dec 29, 2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\* Ph. Dubbeling
Oude Middenweg 4
2491 AA The Hague
the Netherlands

phone: +31 6 22556112.