UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
In re:                                                   :   Chapter 11
                                                         :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                   :   Jointly Administered
                                                         :
                             Debtors.                    :
----------------------------------------------------------------------x

In

# CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1.  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to The Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned proceeding. On December 28, 2011, I caused a true and correct copy of the *Ninth Supplemental Declaration of Susheel Kirpalani in Support of Application of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 and 5002, for Order Authorizing Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP, As Special Counsel, Nunc Pro Tunc to September 17, 2008* (the "Pleading") to be served via electronic mail to the parties set forth in Schedule A. Additionally, on December 28, 2011, a true and correct copy of the Pleading was left in the care and custody of the U.S. Postal Service in a properly addressed envelope, first class, postage paid, to the parties set forth in Schedule B.

3. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2011
New York, New York

/s/ Christopher Clark
CHRISTOPHER CLARK

# SCHEDULE A

'richard.krasnow@weil.com';
'lori.fife@weil.com';
'robert.lemons@weil.com';
'jacqueline.marcus@weil.com';
'giddens@hugheshubbard.com';
'kiplok@hugheshubbard.com';
'kobak@hugheshubbard.com';
'margolin@hugheshubbard.com';
'lubell@hugheshubbard.com';
'wiltenburg@hugheshubbard.com';
'ddunne@milbank.com';
'wfoster@milbank.com';
'dodonnell@milbank.com';
'efleck@milbank.com';
'paronzon@milbank.com';
'gbray@milbank.com';
'robert.yalen@usdoj.gov';
'tarbit@cftc.gov'; 'rwasserman@cftc.gov';
'sharbeck@sipc.org'; 'jwang@sipc.org';
'jean-david.barnea@usdoj.gov';
'joseph.cordaro@usdoj.gov';
'newyork@sec.gov';
'jacobsonn@sec.gov';
'jbromley@cgsh.com';
'lschweitzer@cgsh.com';
'lgranfield@cgsh.com';
'ctatelbaum@adorno.com';
'mstamer@akingump.com';
'pdublin@akingump.com';
'mlahaie@akingump.com';
'rajohnson@akingump.com';
'lisa.kraidin@allenovery.com';
'ken.coleman@allenovery.com';
'daniel.guyder@allenovery.com';
'mgreger@allenmatkins.com';
'krodriguez@allenmatkins.com';
'tduffy@andersonkill.com';
'rrussell@andrewskurth.com';
's.minehan@aozorabank.co.jp';
'hirsch.robert@arentfox.com';
'angelich.george@arentfox.com';
'dowd.mary@arentfox.com';
'scousins@armstrongteasdale.com';
'sehlers@armstrongteasdale.com';
'charles_malloy@aporter.com';
'anthony_boccanfuso@aporter.com';
'jg5786@att.com';
'neal.mann@oag.state.ny.us';
'tony.davis@bakerbotts.com';
'dworkman@bakerlaw.com';
'peter@bankrupt.com';

'ffm@bostonbusinesslaw.com';
'csalomon@beckerglynn.com';
'aostrow@beckerglynn.com';
'cbrotstein@bm.net';
'mpucillo@bermanesq.com';
'wzoberman@bermanesq.com';
'aoberry@bermanesq.com';
'davids@blbglaw.com';
'dbarber@bsblawyers.com';
'dbarber@bsblawyers.com';
'smulligan@bsblawyers.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'sabin.willett@bingham.com';
'robert.dombroff@bingham.com';
'steven.wilamowsky@bingham.com';
'mark.deveno@bingham.com';
'joshua.dorchak@bingham.com';
'carol.weinerlevy@bingham.com';
'raj.madan@bingham.com';
'aeckstein@blankrome.com';
'amcmullen@boultcummings.com';
'rjones@boultcummings.com';
'kurt.mayr@bgllp.com';
'kuehn@bragarwexler.com';
'notice@bkcylaw.com';
'mgordon@briggs.com';
'monica.lawless@brookfieldproperties.com'; 'dludman@brownconnery.com';
'msiegel@brownrudnick.com';
'slevine@brownrudnick.com';
'schristianson@buchalter.com';
'christopher.schueller@bipc.com';
'timothy.palmer@bipc.com';
'fishere@butzel.com';
'sidorsky@butzel.com';
'deryck.palmer@cwt.com';
'john.rapisardi@cwt.com';
'george.davis@cwt.com';
'howard.hawkins@cwt.com';
'ellen.halstead@cwt.com';
'israel.dahan@cwt.com';
'mark.ellenberg@cwt.com';
'jason.jurgens@cwt.com';
'sgordon@cahill.com';
'jlevitin@cahill.com';
'thomas_noguerola@calpers.ca.gov';
'cahn@clm.com';
'wanda.goodloe@cbre.com';
'dlemay@chadbourne.com';

'hseife@chadbourne.com';
'arosenblatt@chadbourne.com';
'spiotto@chapman.com';
'acker@chapman.com';
'heiser@chapman.com';
'lgranfield@cgsh.com';
'lschweitzer@cgsh.com';
'maofiling@cgsh.com';
'jennifer.demarco@cliffordchance.com';
'andrew.brozman@cliffordchance.com';
'sara.tapinekis@cliffordchance.com';
'jen.premisler@cliffordchance.com';
'psp@njlawfirm.com';
'jwh@njlawfirm.com';
'lmay@coleschotz.com';
'jdrucker@coleschotz.com';
'jeff.wittig@coair.com';
'eschwartz@contrariancapital.com';
'bcarlson@co.sanmateo.ca.us';
'jbeiers@co.sanmateo.ca.us';
'lathompson@co.sanmateo.ca.us';
'mhopkins@cov.com';
'dcoffino@cov.com'; 'araboy@cov.com';
'rlevin@cravath.com';
'rtrust@cravath.com';
'jlipson@crockerkuno.com';
'ttracy@crockerkuno.com';
'judy.morse@crowedunlevy.com';
'woconnor@crowell.com';
'bzabarauskas@crowell.com';
'heidi@crumbielaw.com';
'john@crumbielaw.com'; 'jcarberry@cl-law.com'; 'karen.wagner@dpw.com';
'james.mcclammy@dpw.com';
'thomas.ogden@dpw.com';
'james.mcclammy@dpw.com';
'jjtancredi@daypitney.com';
'jwcohen@daypitney.com';
'mcto@debevoise.com';
'glenn.siegel@dechert.com';
'iva.uroic@dechert.com';
'mmooney@deilylawfirm.com';
'mbienenstock@dl.com'; 'jliu@dl.com';
'tkarcher@dl.com'; 'pwright@dl.com';
'esmith@dl.com';
'mbienenstock@dl.com';
'igoldstein@dl.com';
'tdewey@dpklaw.com';
'dpegno@dpklaw.com';
'adiamond@diamondmccarthy.com';
'sloden@diamondmccarthy.com';

'aaaronson@dilworthlaw.com';
'cpappas@dilworthlaw.com';
'timothy.brink@dlapiper.com';
'matthew.klepper@dlapiper.com';
'thomas.califano@dlapiper.com';
'stephen.cowan@dlapiper.com';
'william.m.goldman@dlapiper.com';
'schnabel.eric@dorsey.com';
'heim.steve@dorsey.com';
'dove.michelle@dorsey.com';
'steven.troyer@commerzbank.com';
'jjoyce@dresslerpeters.com';
'robert.malone@dbr.com';
'ljkotler@duanemorris.com';
'tduffy@andersonkill.com';
'jim@atkinslawfirm.com';
'sandyscafaria@eaton.com';
'ezujkowski@emmetmarvin.com';
'aentwistle@entwistle-law.com';
'jbeemer@entwistle-law.com';
'jporter@entwistle-law.com';
'kkelly@ebglaw.com';
'dtatge@ebglaw.com'; 'sgubner@ebg-law.com'; 'cweber@ebg-law.com';
'lscarcella@farrellfritz.com';
'shari.leventhal@ny.frb.org';
'sfelderstein@ffwplaw.com';
'ppascuzzi@ffwplaw.com';
'jhuh@ffwplaw.com'; 'charles@filardi-law.com'; 'alum@ftportfolios.com';
'dheffer@foley.com'; 'jlee@foley.com';
'wmckenna@foley.com';
'dspelfogel@foley.com';
'sory@fdlaw.com';
'jhiggins@fdlaw.com';
'ahammer@freebornpeters.com';
'deggert@freebornpeters.com';
'walter.stuart@freshfields.com';
'patrick.oh@freshfields.com';
'peter.simmons@friedfrank.com';
'richard.tisdale@friedfrank.com';
'shannon.nagle@friedfrank.com';
'richard.tisdale@friedfrank.com';
'efriedman@friedumspring.com';
'drosenzweig@fulbright.com';
'jmerva@fult.com';
'jmelko@gardere.com';
'bankruptcy@ntexas-attorneys.com';
'relgidely@gjb-law.com';
'jgenovese@gjblaw.com'; 'pbattista@gjb-law.com'; 'dcimo@gjblaw.com';

'dcrapo@gibbonslaw.com';
'mrosenthal@gibsondunn.com';
'jweiss@gibsondunn.com';
'aseuffert@lawpost-nyc.com';
'tnixon@gklaw.com';
'jherzog@gklaw.com';
'jflaxer@golenbock.com';
'jwallack@goulstonstorrs.com';
'drosner@goulstonstorrs.com';
'gkaden@goulstonstorrs.com';
'brian.corey@greentreecreditsolutions.com'; 'diconzam@gtlaw.com';
'cole@gtlaw.com';
'cousinss@gtlaw.com';
'melorod@gtlaw.com';
'tannweiler@greerherz.com';
'jamie.nelson@dubaiic.com';
'joy.mathias@dubaiic.com';
'jschwartz@hahnhessen.com';
'jorbach@hahnhessen.com';
'rmatzat@hahnhessen.com';
'wbenzija@halperinlaw.net';
'jdyas@halperinlaw.net';
'agold@herrick.com';
'sselbst@herrick.com';
'ramona.neal@hp.com';
'ken.higman@hp.com';
'dpiazza@hodgsonruss.com';
'rleek@hodgsonruss.com';
'isgreene@hhlaw.com';
'sagolden@hhlaw.com';
'barbra.parlin@hklaw.com';
'arthur.rosenberg@hklaw.com';
'francois.janson@hklaw.com';
'richard.lear@hklaw.com';
'francois.janson@hklaw.com';
'john.monaghan@hklaw.com';
'barbra.parlin@hklaw.com';
'adam.brezine@hro.com';
'kerry.moynihan@hro.com';
'mmendez@hunton.com';
'keckhardt@hunton.com';
'jrsmith@hunton.com';
'cweiss@ingramllp.com';
'dave.davis@isgria.com';
'toby.r.rosenberg@irscounsel.treas.gov';
'mimi.m.wong@irscounsel.treas.gov';
'dbalog@intersil.com';
'teresa.oxford@invescoaim.com';
'afriedman@irell.com';
'klyman@irell.com';

'mneier@ibolaw.com';
'jay.hurst@oag.state.tx.us';
'ptrostle@jenner.com';
'dmurray@jenner.com';
'rbyman@jenner.com';
'gspilsbury@jsslaw.com';
'jowen769@yahoo.com';
'jfox@joefoxlaw.com';
'joseph.cordaro@usdoj.gov';
'eli.mattioli@klgates.com';
'drosner@kasowitz.com';
'aglenn@kasowitz.com';
'snewman@katskykorins.com';
'mprimoff@kayescholer.com';
'mprimoff@kayescholer.com';
'jaclyn.genchi@kayescholer.com';
'kdwbankruptcydepartment@kelleydrye.com'; 'mpage@kelleydrye.com';
'james.sprayregen@kirkland.com';
'david.seligman@kirkland.com';
'jay@kleinsolomon.com';
'jjureller@klestadt.com';
'chardman@klestadt.com';
'michael.kim@kobrekim.com';
'robert.henoch@kobrekim.com';
'andrew.lourie@kobrekim.com';
'tmayer@kramerlevin.com';
'boneill@kramerlevin.com';
'acaton@kramerlevin.com';
'tmayer@kramerlevin.com';
'deggermann@kramerlevin.com';
'mlandman@lcbf.com';
'wballaine@lcbf.com'; 'sree@lcbf.com';
'ekbergc@lanepowell.com';
'keith.simon@lw.com';
'david.heller@lw.com';
'peter.gilhuly@lw.com';
'richard.levy@lw.com';
'gabriel.delvirginia@verizon.net';
'ezweig@optonline.net';
'wswearingen@llf-law.com';
'sfineman@lchb.com';
'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com';
'peisenberg@lockelord.com';
'wcurchack@loeb.com';
'vrubinstein@loeb.com';
'loizides@loizides.com';
'robin.keller@lovells.com';
'omeca.nedd@lovells.com';
'chris.donoho@lovells.com';

'robin.keller@lovells.com';
'ilevee@lowenstein.com';
'krosen@lowenstein.com';
'vdagostino@lowenstein.com';
'metkin@lowenstein.com';
'steele@lowenstein.com';
'twheeler@lowenstein.com';
'jprol@lowenstein.com';
'scargill@lowenstein.com';
'squigley@lowenstein.com';
'elevin@lowenstein.com';
'mwarren@mtb.com';
'jhuggett@margolisedelstein.com';
'fhyman@mayerbrown.com';
'atrehan@mayerbrown.com';
'btrust@mayerbrown.com';
'jtougas@mayerbrown.com';
'emerberg@mayerbrown.com';
'tkiriakos@mayerbrown.com';
'swolowitz@mayerbrown.com';
'jstoll@mayerbrown.com';
'ashaffer@mayerbrown.com';
'hbeltzer@mayerbrown.com';
'jtougas@mayerbrown.com';
'cwalsh@mayerbrown.com';
'jlamar@maynardcooper.com';
'kreynolds@mklawnyc.com';
'mh1@mccallaraymer.com';
'bkmail@prommis.com';
'eglas@mccarter.com';
'kmayer@mccarter.com';
'wtaylor@mccarter.com';
'ggitomer@mkbattorneys.com';
'ncoco@mwe.com'; 'gravert@mwe.com';
'icatto@mwe.com';
'phayden@mcguirewoods.com';
'sfox@mcguirewoods.com';
'dhayes@mcguirewoods.com';
'jmaddock@mcguirewoods.com';
'jsheerin@mcguirewoods.com';
'jmr@msf-law.com'; 'tslome@msek.com';
'amarder@msek.com';
'jmazermarino@msek.com';
'harrisjm@michigan.gov';
'michael.frege@cms-hs.com';
'sdnyecf@dor.mo.gov';
'steve.ginther@dor.mo.gov';
'michael.kelly@monarchlp.com';
'davidwheeler@mvalaw.com';
'nherman@morganlewis.com';
'nissay_10259-0154@mhmjapan.com';

'lberkoff@moritthock.com';
'jpintarelli@mofo.com';
'lmarinuzzi@mofo.com';
'lmarinuzzi@mofo.com';
'yuwatoko@mofo.com';
'kostad@mofo.com'; 'tgoren@mofo.com';
'jpintarelli@mofo.com';
'lnashelsky@mofo.com';
'bmiller@mofo.com';
'bankruptcy@morrisoncohen.com';
'jsullivan@mosessinger.com';
'millee12@nationwide.com';
'jowolf@law.nyc.gov';
'susan.schultz@newedgegroup.com';
'ddrebsky@nixonpeabody.com';
'adarwin@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'bankruptcymatters@us.nomura.com';
'info2@normandyhill.com';
'crmomjian@attorneygeneral.gov';
'mjr1@westchestergov.com';
'jeremy.eiden@state.mn.us';
'martin.davis@ots.treas.gov';
'akantesaria@oppenheimerfunds.com';
'akantesaria@oppenheimerfunds.com';
'rdaversa@orrick.com';
'rdaversa@orrick.com';
'jguy@orrick.com'; 'korr@orrick.com';
'dfelder@orrick.com';
'maustin@orrick.com';
'rfrankel@orrick.com';
'rwyron@orrick.com';
'lmcgowen@orrick.com';
'rdaversa@orrick.com';
'otccorpactions@finra.org';
'wsilverm@oshr.com';
'pfeldman@oshr.com';
'jar@outtengolden.com';
'rroupinian@outtengolden.com';
'wk@pwlawyers.com';
'chipford@parkerpoe.com';
'dwdykhouse@pbwt.com';
'bguiney@pbwt.com';
'harveystrickon@paulhastings.com';
'draelson@fisherbrothers.com';
'ddavis@paulweiss.com';
'chammerman@paulweiss.com';
'dshemano@pwkllp.com';
'kressk@pepperlaw.com';

'kovskyd@pepperlaw.com';
'wisotska@pepperlaw.com';
'lawallf@pepperlaw.com';
'meltzere@pepperlaw.com';
'schannej@pepperlaw.com';
'arlbank@pbfcm.com';
'jhorgan@phxa.com';
'david.crichlow@pillsburylaw.com';
'bill.freeman@pillsburylaw.com';
'mark.houle@pillsburylaw.com';
'splatzer@platzerlaw.com';
'dflanigan@polsinelli.com';
'jbird@polsinelli.com';
'cward@polsinelli.com';
'jsmairo@pbnlaw.com';
'tjfreedman@pbnlaw.com';
'bbisignani@postschell.com';
'fbp@ppgms.com'; 'lml@ppgms.com';
'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'drose@pryorcashman.com';
'rbeacher@pryorcashman.com';
'canelas@pursuitpartners.com';
'schepis@pursuitpartners.com'; Susheel Kirpalani; James Tecce; Robert Dakis;
'jrabinowitz@rltlawfirm.com';
'arahl@reedsmith.com';
'kgwynne@reedsmith.com';
'jfalgowski@reedsmith.com';
'clynch@reedsmith.com';
'eschaffer@reedsmith.com';
'mvenditto@reedsmith.com';
'jlscott@reedsmith.com';
'dgrimes@reedsmith.com';
'rqureshi@reedsmith.com';
'albert@reitlerlaw.com';
'jshickich@riddellwilliams.com';
'gmoss@riemerlaw.com';
'abraunstein@riemerlaw.com';
'arheaume@riemerlaw.com';
'roger@rnagioff.com';
'ecohen@russell.com';
'russj4478@aol.com';
'mschimel@sju.edu';
'cmontgomery@salans.com';
'lwhidden@salans.com';
'cbelmonte@ssbb.com';
'tbrock@ssbb.com';
'pbosswick@ssbb.com';
'asnow@ssbb.com';
'aisenberg@saul.com';

'egeekie@schiffhardin.com';
'jkehoe@btkmc.com';
'bdk@schlamstone.com';
'nlepore@schnader.com';
'cohenr@sewkis.com';
'ashmead@sewkis.com';
'fsosnick@shearman.com';
'jgarrity@shearman.com';
'ned.schodek@shearman.com';
'ann.reynaud@shell.com';
'jennifer.gore@shell.com';
'cshulman@sheppardmullin.com';
'rreid@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'etillinghast@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'rreid@sheppardmullin.com';
'bankruptcy@goodwin.com';
'jtimko@shutts.com';
'aquale@sidley.com';
'aunger@sidley.com';
'rfriedman@silvermanacampora.com';
'sally.henry@skadden.com';
'fyates@sonnenschein.com';
'pmaxcy@sonnenschein.com';
'slerner@ssd.com';
'smayerson@ssd.com';
'rterenzi@stcwlaw.com';
'cgoldstein@stcwlaw.com';
'r.stahl@stahlzelloe.com';
'marc.chait@sc.com';
'echang@steinlubin.com';
'eobrien@sbchlaw.com';
'shgross5@yahoo.com';
'jlovi@steptoe.com';
'lromansic@steptoe.com';
'ritkin@steptoe.com';
'kpiper@steptoe.com';
'cs@stevenslee.com';
'cp@stevenslee.com';
'apo@stevenslee.com';
'cp@stevenslee.com';
'ppatterson@stradley.com';
'mcordone@stradley.com';
'mdorval@stradley.com';
'mcordone@stradley.com';
'ppatterson@stradley.com';
'mcordone@stradley.com';
'mdorval@stradley.com';
'ppatterson@stradley.com';
'djoseph@stradley.com';

'jmmurphy@stradley.com';
'landon@streusandlandon.com';
'villa@streusandlandon.com';
'streusand@streusandlandon.com';
'lhandelsman@stroock.com';
'dwildes@stroock.com';
'holsen@stroock.com';
'mspeiser@stroock.com';
'smillman@stroock.com';
'lacyr@sullcrom.com';
'feldsteinh@sullcrom.com';
'clarkb@sullcrom.com';
'schwartzmatthew@sullcrom.com';
'wrightth@sullcrom.com';
'mccombst@sullcrom.com';
'ssusman@susmangodfrey.com';
'paul.turner@sutherland.com';
'mark.sherrill@sutherland.com';
'miller@taftlaw.com';
'agbanknewyork@ag.tn.gov';
'marvin.clements@ag.tn.gov';
'thaler@thalergertler.com';
'geraci@thalergertler.com';
'ranjit.mather@bnymellon.com';
'robert.bailey@bnymellon.com';
'mmorreale@us.mufg.jp';
'yamashiro@sumitomotrust.co.jp';
'matt@willaw.com';
'ira.herman@tklaw.com';
'demetra.liggins@tklaw.com';
'rhett.campbell@tklaw.com';
'rhett.campbell@tklaw.com';
'mitchell.ayer@tklaw.com';
'david.bennett@tklaw.com';
'mbossi@thompsoncoburn.com';
'amenard@tishmanspeyer.com';
'mbenner@tishmanspeyer.com';
'bturk@tishmanspeyer.com';
'jchristian@tobinlaw.com';
'neilberger@teamtogut.com';
'sskelly@teamtogut.com';
'oipress@travelers.com';
'mlynch2@travelers.com';
'hollace.cohen@troutmansanders.com';
'lee.stremba@troutmansanders.com';
'bmanne@tuckerlaw.com';
'mshiner@tuckerlaw.com';
'linda.boyle@twtelecom.com';
'dlipke@vedderprice.com';
'mjedelman@vedderprice.com';
'easmith@venable.com';

'sabramowitz@velaw.com';
'jwest@velaw.com';
'dkleiner@velaw.com';
'jeldredge@velaw.com';
'hsnovikoff@wlrk.com';
'rgmason@wlrk.com';
'arwolf@wlrk.com'; 'cbelisle@wfw.com';
'jfreeberg@wfw.com';
'rgraham@whitecase.com';
'tmacwright@whitecase.com';
'avenes@whitecase.com';
'ehollander@whitecase.com';
'ehollander@whitecase.com';
'azylberberg@whitecase.com';
'dbaumstein@whitecase.com';
'rgraham@whitecase.com';
'mruetzel@whitecase.com';
'ukreppel@whitecase.com';
'tlauria@whitecase.com';
'guzzi@whitecase.com';
'cshore@whitecase.com';
'lthompson@whitecase.com';
'jeanites@whiteandwilliams.com';
'bstrickland@wtplaw.com';
'dshaffer@wtplaw.com';
'szuch@wiggin.com';
'mabrams@willkie.com';
'mfeldman@willkie.com';
'aalfonso@willkie.com';
'rnetzer@willkie.com';
'dkozusko@willkie.com';
'mabrams@willkie.com';
'peter.macdonald@wilmerhale.com';
'jeannette.boot@wilmerhale.com';
'craig.goldblatt@wilmerhale.com';
'lisa.ewart@wilmerhale.com';
'jmcginley@wilmingtontrust.com';
'jbecker@wilmingtontrust.com';
'cschreiber@winston.com';
'dmcguire@winston.com';
'mkjaer@winston.com';
'dneier@winston.com';
'dravin@wolffsamson.com';
'jlawlor@wmd-law.com';
'bankr@zuckerman.com'
'IBoczko@WLRK.com';
'SCS@wlrk.com';
'GRMainland@wlrk.com'
rams@willkie.com';

# **SCHEDULE B**

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007 |
| Office of the United States Trustee<br>33 Whitehall Street, 22nd Floor<br>New York, NY 10004 | Office Of The Attorney General Of<br>The State Of Ny<br>New York Office<br>120 Broadway<br>New York, NY 10271-0332 |