UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :
Debtors. : (Jointly Administered)
:
: Ref. Docket Nos. 23526-23527
----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2011, I caused to be served the:

   a. "Motion for Sanctions [*Un-redacted Version*]," dated December 16, 2011 [Docket No. 23526], and

   b. "Declaration of Vance L. Beagles in Support of Motion for Sanctions [*Un-redacted Version*]," dated December 16, 2011 [Docket No. 23527],

   by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/ s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
27th day of December, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

1. OFFICE OF THE US TRUSTEE
   TRACY HOPE DAVIS, ESQ.
   ELISABETTA G. GASPARINI, ESQ.
   ANDREA B. SCHWARTZ, ESQ.
   33 WHITEHALL STREET, 21ST FLOOR
   NEW YORK, NY 10004

2. INTERNAL REVENUE SERVICE
   SPECIAL PROCEDURES BRANCH
   ATTN: DISTRICT DIRECTOR
   290 BROADWAY
   NEW YORK, NY 10007

3. US SECURITIES AND EXCHANGE COMMISSION
   ATTN: BONNIE L. GAUCH; NEAL JACOBSON; MARK SCHONFELD
   DIVISION OF MARKET REGULATION
   450 5TH STREET, NW
   WASHINGTON, DC 20549-1001

4. MILBANK, TWEED, HADLEY & MCCLOY LLP
   DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
   DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
   (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
   1 CHASE MANHATTAN PLAZA
   NEW YORK, NY 10005

5. MILBANK, TWEED, HADLEY & MCCLOY, LLP
   ATTN: PAUL ARONZO & GREGORY BRAY
   (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
   601 SOUTH FIGUEROA STREET, 30TH FLOOR
   LOS ANGELES, CA 90017

6. ASSISTANT UNITED STATES ATTORNEY, SDNY
   ATTN: ROBERT YALEN, ESQ.
   86 CHAMBERS STREET, 3RD FLOOR
   NEW YORK, NY 10007

7. JOSEPH N. CORDARO
   ASSISTANT UNITED STATES ATTORNEY
   SOUTHERN DISTRICT OF NEW YORK
   86 CHAMBERS STREET, 3RD FLOOR
   NEW YORK, NY 10007

8. ARNOLD & PORTER LLP
   555 TWELFTH STREET, N.W.
   WASHINGTON, D.C. 20004-1206
   ATTN: MICHAEL L. BERNSTEIN, ESQ.
   ROSA J. EVERGREEN, ESQ.
   DANA B. YANKOWITZ, ESQ