WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555 (JMP)
                                        :
              Debtors.                  :   (Jointly Administered)
                                        :
                                        :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS' NINETY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [Dkt. No. 14472] solely with respect to the claims listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

2

Dated:  December 30, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| Mueller, Wilfried | 24991 |
| Posch, Manfred | 12441 |
| Punjab National Bank (International) Limited | 63860 |
| Rake, Frank-Reiner | 11192 |