UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                                         )
In re:                                                                   )  Chapter 11
                                                                         )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 )  Case No. 08-13555 (JMP)
                                                                         )
                                                                         )
                                                                         )
                                                                         )
         Debtors                                                         )  (Jointly Administered)
-------------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Strategic Value Special Situations Master Fund, L.P.</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

   Aravind Rajasekharan
   Strategic Value Partners LLC
   100 West Putnam Avenue
   Greenwich, CT 06830
   Phone: 203-618-3599
   Fax: 201-720-2945

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferor

**Case No. 08-13555**

Court Claim # (if known): <u>17247</u>

Amount of Claim as Filed: <u>$699,657,333.82 (which has been allowed in the amount of $580,000,000.00)</u>

Amount of Claim as Transferred: <u>$1,971,483.22 of the allowed amount of $580,000,000.00</u>

Date Claim Filed: <u>9/18/2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

NYC:235560.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman Sachs Lending Partners LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Strategic Value Special Situations Master Fund, L.P.** (the "Assignee") an undivided portion equal to **$1,971,483.22** (the "Assigned Claim") of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), reflected in proof of Claim No. 17247 filed by Assignor or its predecessor-in-interest with the Bankruptcy Court as settled and allowed in the amount of $580,000,000.00 by Bankruptcy Court Order dated November 18, 2011, against **Lehman Brothers Holdings Inc.** (the "Debtor"), the debtor in Case No. **08-13555** (JMP) ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this December 29, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:    **Ivan Anderson**
         **Authorized Signatory**

STRATEGIC VALUE SPECIAL SITUATIONS
MASTER FUND, L.P.
By: SVP Special Situations, LLC
Its Investment Manager


By: _____
Name:
Title:

7

700305.1/153-05976

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this December 28, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:


STRATEGIC VALUE SPECIAL SITUATIONS
MASTER FUND, L.P.
By: SVP Special Situations, LLC
Its Investment Manager

By: _____
Name:
Title:   JAMES L. VARLEY
         AUTHORIZED SIGNATURE