UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:     Chapter 11
In re     :
:     Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :
Debtors.     :     (Jointly Administered)
:
:     Ref. Docket No. 23690
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                  ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2011, I caused to be served the "Stipulation Resolving Lehman Brothers Financial Products, Inc.'s Motion for Sanctions," dated December 21, 2011 [Docket No. 23690], by causing a true and correct copy to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to *Jack Yoskowitz, SEWARD & KISSEL LLP, One Battery Park, New York, New York 10004*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         /s/ *Eleni Manners*
                                                                         Eleni Manners

Sworn to before me this
29th day of December, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014