UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
-----------------------------------------------------------------x

**FIRST SUPPLEMENTAL AFFIDAVIT OF KEVIN B. LEBLANG IN
CONNECTION WITH KRAMER LEVIN NAFTALIS & FRANKEL LLP'S
RETENTION AS SPECIAL COUNSEL TO THE DEBTORS**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Kevin B. Leblang, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of the firm of Kramer Levin Naftalis & Frankel LLP ("Kramer Levin" or the "Firm"), a law firm with principal offices at 1177 Avenue of the Americas, New York, New York 10036.

2. The facts set forth below are based upon my personal knowledge, discussions with other Kramer Levin attorneys, and the Firm's client/matter records reviewed by me or other Kramer Levin attorneys acting under my supervision and direction. To the extent any information disclosed herein requires amendment or modification upon Kramer Levin's completion of further review or as additional information becomes available, a supplemental affidavit will be filed with the Court reflecting such amended or modified information.

3. For over 20 years, Kramer Levin has provided extensive employment law related services to Lehman Brothers Holdings Inc. ("LBHI," and together with its affiliated debtors, the "Debtors") and its predecessor companies. After the commencement of these

chapter 11 cases, the Debtors retained Kramer Levin as an ordinary course professional pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business (the "OCP Order") [Docket No. 1394]. In accordance with the OCP Order, Kramer Levin filed the Affidavit and Disclosure Statement of Kevin B. Leblang and the Retention Questionnaire [Docket No. 2601]. In further support of its retention as an ordinary course professional, Kramer Levin filed the Supplemental Affidavit and Disclosure Statement of Statement of Kevin B. Leblang [Docket No. 2832], and the Second Supplemental Affidavit and Disclosure Statement of Kevin B. Leblang [Docket No. 2981].

4. On May 3, 2011, the Debtors filed an application (the "Kramer Levin Retention Application") [Docket No. 16535] pursuant to Bankruptcy Code section 327(e) for authorization to retain and employ Kramer Levin as special counsel to the Debtors because Kramer Levin was approaching the compensation and reimbursement limitations for ordinary course professionals set forth in the OCP Order. In support of the Kramer Levin Retention Application, the Firm filed the affidavit of Kevin B. Leblang [Docket No. 16535].

5. This Court entered an Order on May 19, 2011 authorizing the retention and employment of Kramer Levin as special counsel to the Debtors, effective as of October 1, 2010 [Docket No. 16985].

6. I respectfully submit this supplemental affidavit in further support of the Kramer Levin Retention Application to advise of the following additional relationships:

    a) Kramer Levin represents Consumer Unsecured Reperforming Loans (CURL) PLC, Eurosail 2006-1 PLC, Eurosail 2006-3NC PLC, Eurosail 2006-2BL PLC, and Eurosail-UK 2007-2NC PLC in connection with their objections to the assumption by Lehman Brothers Special Financing Inc. of certain derivative contracts. These matters are wholly unrelated to the scope of Kramer Levin's engagement by the Debtors.

2

      b)      Kramer Levin represents Ernst & Young LLP ("E&Y") in a pending lawsuit commenced by the New York Attorney General relating to services that E&Y performed or was engaged to perform for LBHI, which could conceivably at some point in the future and depending on a number of contingencies become adverse to one or more of the Debtors. This matter is wholly unrelated to the scope of Kramer Levin's engagement by the Debtors.

      c)      Kramer Levin represents Windermere Private Placement I S.A. and Southern Pacific Securities 05-1 PLC in connection with the Debtors' omnibus claims objections. These matters are wholly unrelated to the scope of Kramer Levin's engagement by the Debtors.

7.      Based on the foregoing and the previously filed disclosures which are incorporated by reference herein, and except as set forth herein, to the best of my knowledge, information, and belief formed after reasonable inquiry, Kramer Levin does not hold or represent an interest adverse to the Debtors or their respective estates in the matters for which Kramer Levin is retained.

8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Kevin B. Leblang

Subscribed and sworn to before me
this 21st day of December 2011

_____
Notary Public

CYNTHIA ANN LA PIN
NOTARY PUBLIC, State of New York
No. 01LA4824100
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 28, 2015

KL2 2717319.2

3