UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                       :  Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :  08-13555 (JMP)
                                            :
                  Debtors.     :  (Jointly Administered)
                                            :
                                            :  Ref. Docket No. 23617
------------------------------------------------------------- x
In re                                       :  Case No.
                                            :
LEHMAN BROTHERS INC.,                       :  08-01420 (JMP) SIPA
                                            :
                  Debtor.      :
------------------------------------------------------------- x  Ref. Docket No. 4815

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator, by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2011, I caused to be served the "Dual Notice of Presentment of Stipulation and Order in Connection with the Return to Lehman Brothers Special Financing Inc. of Post-Petition Misdirected Transfer," dated December 20, 2011 [Docket No. 4815 in Case No. 08-01420; Docket No. 23617 in Case No. 08-13555], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to the party listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
22nd day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bill.freeman@pillsburylaw.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmerrill@susmangodfrey.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com |
| ahammer@freebornpeters.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| akornikova@lcbf.com | bstrickland@wtplaw.com |
| alum@ftportfolios.com | btrust@mayerbrown.com |
| amarder@msek.com | bturk@tishmanspeyer.com |
| amartin@sheppardmullin.com | bwolfe@sheppardmullin.com |
| amcmullen@boultcummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| anann@foley.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cdesiderio@nixonpeabody.com |
| aostrow@beckerglynn.com | ceskridge@susmangodfrey.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com |
| aquale@sidley.com | chammerman@paulweiss.com |
| araboy@cov.com | chardman@klestadt.com |
| arahl@reedsmith.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashaffer@mayerbrown.com | cmontgomery@salans.com |
| ashmead@sewkis.com | cohenr@sewkis.com |
| asnow@ssbb.com | colea@gtlaw.com |
| atrehan@mayerbrown.com | cousinss@gtlaw.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |
| avenes@whitecase.com | craig.goldblatt@wilmerhale.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| crmomjian@attorneygeneral.gov | dove.michelle@dorsey.com |
| cs@stevenslee.com | dowd.mary@arentfox.com |
| csalomon@beckerglynn.com | dpegno@dpklaw.com |
| cschreiber@winston.com | draelson@fisherbrothers.com |
| cshore@whitecase.com | dravin@wolffsamson.com |
| cshulman@sheppardmullin.com | drose@pryorcashman.com |
| ctatelbaum@adorno.com | drosenzweig@fulbright.com |
| cwalsh@mayerbrown.com | drosner@goulstonstorrs.com |
| cward@polsinelli.com | drosner@kasowitz.com |
| cweber@ebg-law.com | dshaffer@wtplaw.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| daniel.guyder@allenovery.com | dtatge@ebglaw.com |
| dave.davis@isgria.com | dtheising@harrisonmoberly.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.crichlow@pillsburylaw.com | dwildes@stroock.com |
| david.heller@lw.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | easmith@venable.com |
| david.seligman@kirkland.com | echang@steinlubin.com |
| davids@blbglaw.com | ecohen@russell.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | egeekie@schiffhardin.com |
| dbesikof@loeb.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehollander@whitecase.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | elevin@lowenstein.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | erin.mautner@bingham.com |
| deryck.palmer@cwt.com | eschaffer@reedsmith.com |
| dfelder@orrick.com | eschwartz@contrariancapital.com |
| dflanigan@polsinelli.com | esmith@dl.com |
| dgrimes@reedsmith.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | ezweig@optonline.net |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | feldsteinh@sullcrom.com |
| dkleiner@velaw.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dlemay@chadbourne.com | foont@foontlaw.com |
| dlipke@vedderprice.com | francois.janson@hklaw.com |
| dludman@brownconnery.com | fsosnick@shearman.com |
| dmcguire@winston.com | fyates@sonnenschein.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net |
| dneier@winston.com | gbray@milbank.com |
| dodonnell@milbank.com | george.davis@cwt.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| geraci@thalergertler.com | jeannette.boot@wilmerhale.com |
| ggitomer@mkbattorneys.com | jeff.wittig@coair.com |
| ggoodman@foley.com | jeffery.black@bingham.com |
| giddens@hugheshubbard.com | jeffrey.sabin@bingham.com |
| gkaden@goulstonstorrs.com | jeldredge@velaw.com |
| glenn.siegel@dechert.com | jen.premisler@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.demarco@cliffordchance.com |
| gravert@ravertpllc.com | jennifer.gore@shell.com |
| gspilsbury@jsslaw.com | jeremy.eiden@ag.state.mn.us |
| guzzi@whitecase.com | jfalgowski@reedsmith.com |
| harrisjm@michigan.gov | jflaxer@golenbock.com |
| harveystrickon@paulhastings.com | jfox@joefoxlaw.com |
| hbeltzer@mayerbrown.com | jfreeberg@wfw.com |
| heim.steve@dorsey.com | jg5786@att.com |
| heiser@chapman.com | jgenovese@gjb-law.com |
| hollace.cohen@troutmansanders.com | jguy@orrick.com |
| holsen@stroock.com | jherzog@gklaw.com |
| howard.hawkins@cwt.com | jhiggins@fdlaw.com |
| hseife@chadbourne.com | jhorgan@phxa.com |
| hsnovikoff@wlrk.com | jhuggett@margolisedelstein.com |
| hsteel@brownrudnick.com | jhuh@ffwplaw.com |
| icatto@mwe.com | jim@atkinslawfirm.com |
| igoldstein@dl.com | jjoyce@dresslerpeters.com |
| ilevee@lowenstein.com | jjtancredi@daypitney.com |
| info2@normandyhill.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jaclyn.genchi@kayescholer.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdoran@haslaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| jpintarelli@mofo.com | linda.boyle@twtelecom.com |
| jporter@entwistle-law.com | lisa.ewart@wilmerhale.com |
| jprol@lowenstein.com | lisa.kraidin@allenovery.com |
| jrabinowitz@rltlawfirm.com | ljkotler@duanemorris.com |
| jrsmith@hunton.com | lkatz@ltblaw.com |
| jschwartz@hahnhessen.com | lmarinuzzi@mofo.com |
| jsheerin@mcguirewoods.com | lmay@coleschotz.com |
| jshickich@riddellwilliams.com | lmcgowen@orrick.com |
| jsmairo@pbnlaw.com | lml@ppgms.com |
| jstoll@mayerbrown.com | lnashelsky@mofo.com |
| jsullivan@mosessinger.com | loizides@loizides.com |
| jteitelbaum@tblawllp.com | lromansic@steptoe.com |
| jtimko@shutts.com | lscarcella@farrellfritz.com |
| jtougas@mayerbrown.com | lschweitzer@cgsh.com |
| judy.morse@crowedunlevy.com | lsilverstein@potteranderson.com |
| jwallack@goulstonstorrs.com | lthompson@whitecase.com |
| jwang@sipc.org | lubell@hugheshubbard.com |
| jwcohen@daypitney.com | lwhidden@salans.com |
| jweiss@gibsondunn.com | mabrams@willkie.com |
| jwest@velaw.com | maofiling@cgsh.com |
| jwh@njlawfirm.com | marc.chait@sc.com |
| karen.wagner@dpw.com | margolin@hugheshubbard.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.bane@ropesgray.com |
| keckhardt@hunton.com | mark.deveno@bingham.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| ken.coleman@allenovery.com | mark.ellenberg@cwt.com |
| ken.higman@hp.com | mark.houle@pillsburylaw.com |
| kerry.moynihan@hro.com | mark.sherrill@sutherland.com |
| kgwynne@reedsmith.com | martin.davis@ots.treas.gov |
| kiplok@hugheshubbard.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| kmayer@mccarter.com | max.polonsky@skadden.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@dl.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krosen@lowenstein.com | mcademartori@sheppardmullin.com |
| kuehn@bragarwexler.com | mccombst@sullcrom.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| lacyr@sullcrom.com | mcto@debevoise.com |
| landon@streusandlandon.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdahlman@kayescholer.com |
| lathompson@co.sanmateo.ca.us | mdorval@stradley.com |
| lberkoff@moritthock.com | melorod@gtlaw.com |
| lee.stremba@troutmansanders.com | meltzere@pepperlaw.com |
| lgranfield@cgsh.com | metkin@lowenstein.com |
| lhandelsman@stroock.com | mfeldman@willkie.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com

nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrainguiterrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| rnetzer@willkie.com | sidorsky@butzel.com |
| robert.bailey@bnymellon.com | slerman@ebglaw.com |
| robert.dombroff@bingham.com | slerner@ssd.com |
| robert.henoch@kobrekim.com | slevine@brownrudnick.com |
| robert.malone@dbr.com | sloden@diamondmccarthy.com |
| robert.yalen@usdoj.gov | smayerson@ssd.com |
| robertdakis@quinnemanuel.com | smillman@stroock.com |
| robin.keller@lovells.com | smulligan@bsblawyers.com |
| roger@rnagioff.com | snewman@katskykorins.com |
| ronald.silverman@bingham.com | sory@fdlaw.com |
| ross.martin@ropesgray.com | spiotto@chapman.com |
| rqureshi@reedsmith.com | splatzer@platzerlaw.com |
| rrainer@wmd-law.com | squigley@lowenstein.com |
| rreid@sheppardmullin.com | sree@lcbf.com |
| rrigolosi@smsm.com | sschultz@akingump.com |
| rroupinian@outtengolden.com | sselbst@herrick.com |
| rrussell@andrewskurth.com | sshimshak@paulweiss.com |
| rterenzi@stcwlaw.com | sskelly@teamtogut.com |
| rtrust@cravath.com | steele@lowenstein.com |
| russj4478@aol.com | stephen.cowan@dlapiper.com |
| rwasserman@cftc.gov | steve.ginther@dor.mo.gov |
| rwyron@orrick.com | steven.troyer@commerzbank.com |
| s.minehan@aozorabank.co.jp | steven.wilamowsky@bingham.com |
| sabin.willett@bingham.com | streusand@streusandlandon.com |
| sabramowitz@velaw.com | susan.schultz@newedgegroup.com |
| sabvanrooy@hotmail.com | susheelkirpalani@quinnemanuel.com |
| sagolden@hhlaw.com | sweyl@haslaw.com |
| sagrawal@susmangodfrey.com | swolowitz@mayerbrown.com |
| sally.henry@skadden.com | szuch@wiggin.com |
| sandyscafaria@eaton.com | tannweiler@greerherz.com |
| sara.tapinekis@cliffordchance.com | tarbit@cftc.gov |
| scargill@lowenstein.com | tbrock@ssbb.com |
| schannej@pepperlaw.com | tdewey@dpklaw.com |
| schepis@pursuitpartners.com | tduffy@andersonkill.com |
| schnabel.eric@dorsey.com | teresa.oxford@invescoaim.com |
| schristianson@buchalter.com | tgoren@mofo.com |
| schwartzmatthew@sullcrom.com | thaler@thalergertler.com |
| scottshelley@quinnemanuel.com | thomas.califano@dlapiper.com |
| scousins@armstrongteasdale.com | thomas.ogden@dpw.com |
| sdnyecf@dor.mo.gov | thomas_noguerola@calpers.ca.gov |
| sehlers@armstrongteasdale.com | tim.desieno@bingham.com |
| seichel@crowell.com | timothy.brink@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.palmer@bipc.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkarcher@dl.com |
| sgordon@cahill.com | tkiriakos@mayerbrown.com |
| sgubner@ebg-law.com | tlauria@whitecase.com |
| shannon.nagle@friedfrank.com | tmacwright@whitecase.com |
| sharbeck@sipc.org | tmarrion@haslaw.com |
| shari.leventhal@ny.frb.org | tnixon@gklaw.com |
| shgross5@yahoo.com | toby.r.rosenberg@irscounsel.treas.gov |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
ATTN: DANIEL S. LUBELL & JEFFREY S. MARGOLIN
NEW YORK, NEW YORK 10004

CRAVATH, SWAINE & MOORE LLP
ATTN: STEPHANIE R. TUMBIOLO
825 8TH AVENUE
NEW YORK, NY 10019