UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :    (Jointly Administered)
       Debtors.                                            :
                                                           :    Ref. Docket Nos. 7140, 12845,
                                                           :    19964, 23264, 23272, 23273, 23698,
                                                           :    23713, 23715-23717, 23725, 23726,
                                                           :    23729, 23732, 27273
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :    Chapter 11 Case No.
LEHMAN BROTHERS SPECIAL FINANCING                          :
INC.,                                                      :    08-13888 (JMP)
       Debtors.                                            :    (Jointly Administered)
                                                           :
                                                           :    Ref. Docket No. 309
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
1st day of January, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ARCHON BAY CAPITAL, LLC
          TRANSFEROR: TRILOGY LEASING CO LLC
          ATTN: CLAIMS PROCESSING DEPT.
          P.O. BOX 14610
          SURFSIDE BEACH SC 29587

Please note that your schedule in the above referenced case and in the amount of
        $0.00    Unliquidated, Undetermined    has been transferred **(unless previously expunged by court order)**

          RESTORATION HOLDINGS LTD
          TRANSFEROR: ARCHON BAY CAPITAL, LLC
          ATTN: CLAIMS PROCESSING (BANKRUPTCY)
          325 GREENWICH AVE - 3RD FLOOR
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19964    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2011                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 28, 2011.

# EXHIBIT B

```
TIME: 22:42:05                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/28/11                                                   CREDITOR LISTING

Name                                          Address
ARCHON BAY CAPITAL, LLC                       TRANSFEROR: TRILOGY LEASING CO LLC ATTN: CLAIMS PROCESSING DEPT. P.O. BOX 14610 SURFSIDE BEACH SC 29587
CHENAVARI FINANCIAL ADVISORS LTD              TRANSFEROR: COSMO SECURITIES CO, LTD GUILHEM GOYARD MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM
COSMO SECURITIES CO, LTD                      TRANSFEROR: LUCKY CREDIT CO, LTD ATTN: FIXED INCOME 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN
COSMO SECURITIES CO, LTD                      TRANSFEROR: OSAKASHINPAN CO, LTD. ATTN: FIXED INCOME 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN
COSMO SECURITIES CO, LTD                      TRANSFEROR: TAKEDA CO, LTD. ATTN: FIXED INCOME 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN
KOPPENBERG, WIM                               PO BOX 607 FRANSCHHOEK 7690 SOUTH AFRICA
LA SERENISSIMA LTD                            ROOM 4209, TOWER ONE LIPPO CENTRE, 89 QUEENSWAY ADMIRALTY HONG KONG
LEE KWOK WING LAURIE                          FLAT B, 11/F, FOOK WAN MANSION 79 FUK WA ST. KOWLOON HONG KONG
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: PIRA ENERGY GROUP ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LUCKY CREDIT CO, LTD                          6-21-605 HONMACHIBASHI CHUO-KU OSAKA 540-0029 JAPAN
LUCKY CREDIT CO, LTD                          KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN
LUCKY CREDIT CO, LTD                          TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU
                                              TOKYO 107-0052 JAPAN
LUCKY CREDIT CO, LTD                          FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: BANK OF SCOTLAND PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
NAVARRO IGLESIAS, JOSE LUIS                   DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN
NAVARRO IGLESIAS, JOSE LUIS                   DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
NAVARRO IGLESIAS, JOSE LUIS                   C/ SAN FRANCISCO DE SALES 31 MADRID 28003 SPAIN
NOMURA INTERNATIONAL PLC                      PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NOMURA INTERNATIONAL PLC                      TRANSFEROR: NAVARRO IGLESIAS, JOSE LUIS ATTN: LUKE NOLAN 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM
OSAKASHINPAN CO, LTD                          8-14 HIGASHINODAMACHI 4-CHOME MIYAKOJIMA-KU OSAKA 534-0024 JAPAN
OSAKASHINPAN CO, LTD                          KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN
OSAKASHINPAN CO, LTD                          TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU
                                              TOKYO 107-0052 JAPAN
OSAKASHINPAN CO, LTD                          FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN
OSAKASHINPAN CO, LTD.                         8-14 HIGASHINODAMACHI 4-CHOME MIYAKOJIMA-KU OSAKA 534-0024 JAPAN
OSAKASHINPAN CO, LTD.                         TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU
                                              TOKYO 107-0052 JAPAN
OSAKASHINPAN CO, LTD.                         FINANCIAL PRODUCTS TRADING DEPT COSMO SECURITIES CO., LTD 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN
PIRA ENERGY GROUP                             3 PARK AVENUE 26TH FLOOR NEW YORK NY 10016-5989
RAINBOW ASSOCIATES S A                        ROOM 4209, TOWER ONE LIPPO CENTRE, 89 QUEENSWAY ADMIRALTY HONG KONG
RESTORATION HOLDINGS LTD                      TRANSFEROR: ARCHON BAY CAPITAL, LLC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 325 GREENWICH AVE - 3RD FLOOR GREENWICH CT 06830
SECOM GENERAL INSURANCE CO., LTD.             TRANSFEROR: LEHMAN BROTHERS JAPAN INC 2-6-2 HIRAKAWA-CHO CHIYODA-KU TOKYO 102-8645 JAPAN
SHINSEI SECURITIES CO., LTD                   TRANSFEROR: SECOM GENERAL INSURANCE CO., LTD. NOMURA BUILDING 4-3, NIHONBASHI-MUROMACHI 2-CHOME CHUO-KU TOKYO 103-0222 JAPAN
SPCP GROUP, LLC                               RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 2 GREENWICH PLAZA, 1ST FLOOR ATTN: ADAM DEPANFILIS GREENWICH CT 06830
SPCP GROUP, LLC                               TRANSFEROR: STRUCTURED INVESTMENT HOLDINGS IV, SPC 2 GREENWICH PLAZA, 1ST FLOOR ATTN: ADAM DEPANFILIS GREENWICH CT 06830
SPCP GROUP, LLC                               TRANSFEROR: STRUCTURED INVESTMENT HOLDINGS IV, SPC ATTN: BRIAN A JARMAIN 2 GREEN WICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STRUCTURED INVESTMENT HOLDINGS IV, SPC        A CAYMAN SEGREGATED PORTFOLIO COMPANY SOLELY ON THE BEHALF OF TREESDALE CDO A SEGREGATED PORTFOLIO THEREOF YUNG LIM
                                              TREESDALE PARTNERS LLC 1325 AVENUE OF THE AMERICAS, SUITE 2302 NEW YORK NY 10019
TAKEDA CO, LTD.                               6-56 SAKURAI 3-CHOME MINOO OSAKA 562-0043 JAPAN
TAKEDA CO, LTD.                               KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN
TAKEDA CO, LTD.                               KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN
TAKEDA CO, LTD.                               TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU
                                              TOKYO 107-0052 JAPAN
TAKEDA CO, LTD.                               FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN
TAKEDA CO, LTD.                               FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: KOPPENBERG, WIM 150 GRAND STREET STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: LA SERENISSIMA LTD 150 GRAND STREET STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: LEE KWOK WING LAURIE 150 GRAND STREET STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: RAINBOW ASSOCIATES S A 150 GRAND STREET STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: WECHSBERG, MANFRED 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: WESTPHAL, ULRICH 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TRILOGY LEASING CO LLC                        C\O 1ST CONSTITUTION BANK P.O.BOX 574 CRANBURY NJ 08512
WECHSBERG, MANFRED                            IM BLUMENGRUND 9 LEONDING A-4060 AUSTRIA

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 22:42:05                                                                        PAGE:    2
DATE: 12/28/11                    LEHMAN BROTHERS HOLDING INC.
                                       CREDITOR LISTING

Name                      Address
WESTPHAL, ULRICH          OBERSTR. 19  45468 MUELHEIM/RUHR  GERMANY


Total Number of Records Printed       52
```