Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,     Case No. 08-13555 (JMP)
                                                 (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Deutsche Bank AG, London Branch** | **Düsseldorfer Hypothekenbank AG** |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Alexander Kraemer/Kelly Whistance
E-mail: alexander.kraemer@db.com /
kelly.whistance@db.com

Court Claim # (if known): 15317
Amount of Claim: USD 16,163,665.07 principal amount
Date Claim Filed: 17 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_     Date: 4 January 2012
Transferee/Transferee's Agent

Michael Button
Managing Director

Rahul Ahuja
Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the
            Southern District of New York (the "Bankruptcy Court")
            Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., et al.,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.   15317

It is hereby certified that **Düsseldorfer Hypothekenbank AG**, of Berliner Allee 41, D-40212 Düsseldorf, Germany ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Seller's claim in the principal amount of US **$16,163,665.07** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) to:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Kraemer
E-mail: michael.sutton@db.com / alexander.kraemer@db.com

its successors and assigns ("Buyer") by assignment agreement dated 22 December 2011.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS **22** day of December 2011.

| Düsseldorfer Hypothekenbank AG | Deutsche Bank AG, London Branch |
|---|---|
| Name: Andreas Wodara<br>Title: Assistant Vice President | Name:<br>Title:<br>Michael Sutton<br>Managing Director |
| Name: Herbert Weimer<br>Title: Assistant Vice President | Philipp Roever<br>Vice President |