ALSTON & BIRD LLP
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Frigga Andres*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS FOR PROOF OF CLAIM NO. 43872

PLEASE TAKE NOTICE that creditor Frigga Andres has moved. Accordingly, all notices, correspondence, or payments related to Proofs of Claim No. 43872, which was filed by Ms. Andres on or about October 22, 2009, should be sent to both:

| | |
|---|---|
| Frigga Andres | Alston & Bird LLP |
| Gußriegelstraße 17 17/5/18 | Attn: Karl Geercken |
| A - 1100 Vienna | 90 Park Avenue |
| Austria | New York, New York 10016 |
| | rnwbank-lehman@alston.com |

Ms. Andres respectfully requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

LEGAL02/33049994v1

- 2 -

Dated: January 4, 2012 	Respectfully submitted,

	ALSTON & BIRD LLP

	By:   /s/ William S. Sugden
	William S. Sugden, Esq.
	1201 West Peachtree Street
	Atlanta, Georgia 30309
	Telephone: (404) 881-7000
	Fax: (404) 881-7777

	*Counsel for Frigga Andres*