UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                              )     ss.:
COUNTY OF NEW YORK  )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the January 4, 2012, I caused a true and correct copy of the Notice of Change of Address for Proof of Claim No. 43872, to be served upon the parties as indicated on the attached service list

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
4th January, 2012

/s/ Louis P. Costanzo
Louis P. Costanzo
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 2015

LEGAL02/33050515v1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Harvey R. Miller
          Richard P. Krasnow

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076