B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEHMAN BROTHERS HOLDINGS INC**           Case No. **08-13555**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **STICHTING MARS PENSIOENFONDS** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent | Court Claim # (if known): **25130**<br>Amount of Claim: **$178,620.40**<br>Date Claim Filed: **09/21/2009** |
|---|---|
| **LIQUIDITY SOLUTIONS, INC**<br>**ONE UNIVERSITY PLAZA, SUITE 312**<br>**HACKENSACK, NJ 07601** | |

Phone: **(201) 968-0001**                                Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Jeff Caress                                        Date:  1/4/2012
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


**497999**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEHMAN BROTHERS HOLDINGS INC,**　　　　　　　　Case No. **08-13555**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **25130** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **1/4/2012**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **STICHTING MARS PENSIOENFONDS** |
| Name of Alleged Transferee | Name of Transferor |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **STICHTING MARS PENSIOENFONDS** |
| **Hackensack, NJ 07601** | **PIMCO ACCOUNT NUMBER 1441** |
| | **ATTN: RIANNE STEENBERGEN** |
| | **MARS NEDERLAND BV** |
| | **TAYLORWEG 5, 5466 AE** |
| | **NETHERLANDS** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**

**497999-1**



STICHTING MARS PENSIOENFONDS
TAYLORWEG 5
NL-5466 AE VEGHEL
POSTBUS 31
NL-5460 BB VEGHEL
T +31 (0)413 383 333
F +31 (0)413 383 850
KVK OOST-BRABANT NR. 41081174

## TRANSFER NOTICE

STICHING MARS PENSIOENFONDS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against LEHMAN BROTHERS SPECIAL FINANCING INC. and Lehman Brothers Holding Inc. (together, the "Debtors"), in the aggregate amount of $178,620.40 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-13555.

IN WITNESS WHEREOF, Assignor has signed below as of the 5th day of December, 2011.

STICHING MARS PENSIOENFONDS        Liquidity Solutions, Inc.

By: _____        By: _____
(Signature)                          (Signature)

Fred Nieuwland
EMEA Investments and Funding
Manager Mars Inc.                    JEFF CARESS Authorized Signatory.
(Print Name and Title)               (Print Name and Title)