UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        )
                                                             )   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   )
                                                             )   Chapter 11
            Debtors.                                   )
                                                             )   (Jointly Administered)
                                                             )
                                                             )
------------------------------------------------------------ x

### ORDER GRANTING DEBTORS' OBJECTION
### TO CLAIM NUMBER 20250 FILED BY KAUPTHING BANK HF
### AND ALLOWING SUCH CLAIM IN AN UNDISPUTED AMOUNT

Upon the objection to claim number 20250 filed by Kaupthing Bank hf, dated November 4, 2011 (the "Kaupthing Claim Objection"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce and allow the Valued Derivative Claim on the basis that the amounts listed on the proof of claim is greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimants' supporting documentation and the Debtors' books and records, all as more fully described in the Kaupthing Claim Objection; and due and proper notice of the Kaupthing Claim Objection having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Kaupthing Claim Objection.

Attorney for the Southern District of New York; (vi) Kaupthing; (vii) the attorneys for Kaupthing; and (viii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and the Court having found and determined that the relief sought in the Kaupthing Claim Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Kaupthing Claim Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Kaupthing Claim Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Valued Derivative Claim [Proof of Claim Number 20250] is hereby modified and finally allowed as an undisputed general unsecured claim in the amount of $1,000,000.00; and it is further

ORDERED that this Order supersedes all previous orders regarding the Valued Derivative Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      January 4, 2012

                                                     *s/ James M. Peck*
                                                     Honorable James M. Peck
                                                     United States Bankruptcy Judge