**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                              :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**         :   08-13555 (JMP)
:   (Jointly Administered)
Debtors.                                                      :
:
------------------------------------------------------------------------x   Ref. Docket No. 19120

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                       ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2011, I caused to be served:

   a. a *cover letter from Lehman Brothers Holdings Inc.*, dated December 22, 2011, a sample of which is annexed hereto as Exhibit A, and

   b. the "Revised Notice of Proposed Allowed Claim Amount," dated December 22, 2011, related to the "Order Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.," dated August 10, 2011 [Docket No. 19120], a sample of which is annexed hereto as Exhibit B,

by causing true and correct copies, personalized to include the name, address and claim number of the creditor, as well as the proposed allowed claim amount, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
29th day of December, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.

December 22, 2011

Enclosed, please find a "Revised Notice of Proposed Allowed Claim Amount", dated December 22, 2011. The Revised Notice is being sent due to changes made as a result of additional information brought to our attention by various parties. Please note, changes are italicized in Exhibit A. This notice is being sent to replace the Notice of Proposed Allowed Claim Amount previously mailed. Please disregard the prior Notice.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                          :  Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :  08-13555 (JMP)
:
                            Debtors.            :  (Jointly Administered)
:
------------------------------------------------------------x

LBH LPSNTC 12-22-2011 (MERGE2,TXNUM2) 4000096398 BAR(23) MAIL ID *** 000054665726 *** *** BSIUSE: 1

CARNEGIE BANK A/S
ATTN: JESPER V. FRANTZEN
OVERGADEN NEDEN VANDET 9B
COPENHAGEN, DK  1414
DENMARK

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.**

**REVISED NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT**

| **Creditor Name and Address:**<br>CARNEGIE BANK A/S<br>ATTN: JESPER V. FRANTZEN<br>OVERGADEN NEDEN VANDET 9B<br>COPENHAGEN, DK  1414<br>DENMARK | **Claim Number** | **Proposed Allowed Claim Amount** |
|---|---|---|
| | 50055 | $10,641,512.31 |

PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT." The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order. A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto. The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion. The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures For Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc*, [Docket No. 19042] is available at www.lehman-docket.com on the "Case Information" page.

If you do NOT dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purposes of voting and distributions under the Plan.

**If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you MUST deliver a written response (a "Response") so that such Response is <u>actually received</u> no later than 4:00 p.m. October 25, 2011 (the "<u>Response Deadline</u>") by (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, New York, NY 10020 (Attn: Holly Clack and Tina Pederson), (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) and (iii) Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Evan R. Fleck, Esq. and Matthew Brod, Esq.).**

Your Response, if any, must contain at a minimum the following: (i) the name of the claimant; (ii) the claim number that is the subject of the Response; (iii) a concise statement setting forth the grounds for such Response; (iv) the address(es) to which LBHI must return any reply to your Response, if different from that presented in the proof of claim; and (v) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

**IF YOU DO NOT DELIVER A RESPONSE BY THE RESPONSE DEADLINE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE PORTION OF YOUR CLAIM BASED ON A STRUCTURED SECURITY BEING ALLOWED FOR PURPOSES OF VOTING AND DISTRIBUTIONS UNDER THE PLAN IN THE PROPOSED ALLOWED CLAIM AMOUNT. THE MOTION DOES NOT HAVE ANY AFFECT ON THE PORTION OF YOUR CLAIM THAT IS NOT BASED ON A STRUCTURED SECURITY.**

**IF YOU SUBMIT A RESPONSE AND THE DEBTORS AND YOU ARE UNABLE TO RESOLVE ANY DISPUTES REGARDING THE PROPOSED ALLOWED CLAIM AMOUNT, THE MOTION WILL BE DEEMED AN OBJECTION TO YOUR CLAIM. THE DEBTORS MAY SEEK TO HAVE SUCH OBJECTION TO YOUR CLAIM RESOLVED EITHER BY THE COURT OR THROUGH THE COURT-APPROVED MEDIATION PROCEDURES.**

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:    December 22, 2011
          New York, New York

Exhibit A

Calculation of Proposed Allowed Claim Amount

Claim # 50055 - CARNEGIE BANK A/S

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| *DK0030068242* | | *$14,457,004.27* | *100.0000%* | *$14,457,004.27* | *25.9971%* | *$3,758,402.63* |
| DK0030072194 | | $20,653,135.10 | 100.0000% | $20,653,135.10 | 31.5765% | $6,521,541.81 |
| *DK0030106190* | | *$985,748.09* | *100.0000%* | *$985,748.09* | *36.6795%* | *$361,567.87* |
| | | | | | **Aggregate Proposed Allowed Claim Amount:** | $10,641,512.31 |
| | | | | | **Claim Amount, as filed (portion based on Structured Security only):** | $11,823,909.04 |

---

[2] Calculated in accordance with the Structured Securities Valuation Methodologies.

# EXHIBIT C

**Debtor:** Lehman Brothers Holdings Inc., et al.,
**Case #:** 08-13555 (JMP)

**Revised Notice of Proposed Allowed Claim Amount**

Page 1 of 1

**Notices mailed by December 22, 2011 and sent to the following:**

| | | |
|---|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L.<br>C/O CARVAL INVESTORS, UK, LTD<br>KNOWLE HILL PARK, FAIRMILE LANE<br>COBHAM<br>SURREY  KT11 2PD<br>UNITED KINGDOM | C.V.I. G.V.F. (LUX) MASTER S.A.R.L.<br>SUSMAN GODFREY LLP<br>ATTN: STEPHEN D. SUSMAN<br>(COUNSEL TO MASON CAPITAL MANAGEMENT, LLC)<br>560 LEXINGTON AVENUE, 15TH FLOOR<br>NEW YORK, NY  10022-6828 | CARNEGIE BANK A/S<br>ATTN: JESPER V. FRANTZEN<br>OVERGADEN NEDEN VANDET 9B<br>COPENHAGEN, DK  1414<br>DENMARK |
| CASPIAN ALPHA LONG CREDIT FUND, L.P.<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>ATTN: CHARLES R. HOWE II, PRESIDENT<br>500 MAMARONECK AVENUE<br>HARRISON, NY  10528 | CASPIAN CAPITAL PARTNERS, L.P.<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>ATTN: CHARLES R. HOWE II, PRESIDENT<br>500 MAMARONECK AVENUE<br>HARRISON, NY  10528 | CASPIAN SELECT CREDIT MASTER FUND, LTD.<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>ATTN: CHARLES R. HOWE II, PRESIDENT<br>500 MAMARONECK AVENUE<br>HARRISON, NY  10528 |
| DZ PRIVATBANK S.A.<br>TRANSFEROR: UNICREDIT LUXEMBOURG SA<br>ATTN: FRANK HEID<br>4, RUE THOMAS EDISON<br>STRASSEN  1445<br>LUXEMBOURG | JPMORGAN CHASE BANK, N.A.<br>TRANSFEROR: CARNEGIE BANK A/S<br>ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436<br>ONE CHASE MANHATTAN PLAZA - FLOOR 26<br>NEW YORK, NY  10005 | RAINER LOTSCH<br>TRANSFEROR: UBS AG<br>AARGAUISCHE KANTONALBANK<br>ATTN: MR STEFAN BUSER<br>BAHNHOFPLATZ 1<br>AARAU  5000<br>SWITZERLAND |
| RESTORATION SPECIAL OPPORTUNITIES MASTER LTD.<br>TRADITION ASIEL SECURITIES AS RISKLESS PRINCIPAL<br>TRANSFEROR: BANK HAPOALIM B.M.<br>325 GREENWICH AVE - 3RD FLOOR<br>GREENWICH, CT  06830 | STONEHILL MASTER FUND LTD.<br>TRANSFEROR: CARNEGIE BANK A/S<br>C/O STONEHILL CAPITAL MANAGEMENT, LLC<br>ATTN: STEVEN D. NELSON<br>885 THIRD AVENUE, 30TH FLOOR<br>NEW YORK, NY  10022 | UNICREDIT LUXEMBOURG SA<br>ATTN: MR. GIOVANNI DE MICHELE<br>4 RUE ALPHONSE WEICKER<br>LUXEMBOURG  2099<br>LUXEMBOURG |

<u>Total Parties: 12</u>

**Debtor:** Lehman Brothers Holdings Inc., et al.,  Revised Notice of Proposed Allowed Claim Amount  Page 1 of 1
**Case #:** 08-13555 (JMP)

**Notices mailed by December 22, 2011 and sent to the following:**

| | | |
|---|---|---|
| BANK HAPOALIM (SWITZERLAND) LTD.<br>TRANSFEROR: BANK HAPOALIM B.M.<br>LUXEMBOURG BRANCH<br>18 BOULEVARD ROYAL<br>B.P. 703<br>LUXEMBOURG  L-2017<br>LUXEMBOURG | EFG BANK AG<br>BAHNHOFSTRASSE 16<br>ATTN: ISABEL FARAGALLI<br>P.O. BOX 2255<br>ZURICH  8022<br>SWITZERLAND | EFG BANK AG<br>GREENBERG  TRAURIG LLP<br>ATTN: MARIA DECONZA<br>200 PARK AVENUE<br>NEW YORK, NY  10166 |
| UBS AG<br>ATTN: HUGO KOLLER, OQ9C/O5GC<br>P.O. BOX<br>ZURICH  8098<br>SWITZERLAND | UBS AG<br>BAHNHOFSTR. 45<br>ATTN: HUGO KOLLER<br>ZURICH  8001<br>SWITZERLAND | |

Total Parties: 5

Debtor: Lehman Brothers Holdings Inc., et al.,  
Case #: 08-13555 (JMP)  
Revised Notice of Proposed Allowed Claim Amount  
Page 1 of 6

Notices mailed by December 22, 2011 and sent to the following:

| | | |
|---|---|---|
| AMPARAN GONZALEZ, ALFREDO & GARZA MARTINEZ, MAGALY, JTWROS TOD ALL LIVING ISSUE - C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | AREVALO A, JAVIER & CLAUDIA MARTIN DEL CAMPO A & JORGE AREVALO P JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | AUSTRALIAN HEALTH MGT GROUP PTY LTD. LEVEL 16 700 COLLINS ST MELBOURNE VIC 3000 AUSTRALIA |
| BANCO INVERLAT S A FID 10179 C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | BELLAIR DEVELOPMENT GROUP, S.A. ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKFELLER PLAZA NEW YORK, NY 10112 | BELLAIR DEVELOPMENT GROUP, S.A. ATTN: JOSE GREGORIA CASTILLEJOS 48 EAST ST. BELLA VISTA SUCRA BUILDING PANANMA CITY PANAMA |
| BELLARINE COMMUNITY HEALTH INC. ATTN JOHN FENDYK, CEO PO BOX 26 POINT LONSDALE, VICTORIA 3225 AUSTRALIA | BLUE MOUNTAINS CITY COUNCIL C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOVERNOR MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA | BOADA DE NIETO, EULALIA & NIETO BOADA, CARLOS - JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 |
| BURWOOD COUNCIL C/MATTHEW WALKER CHIEF FINANCIAL OFFICER PO BOX 240 BURWOOD 1805 AUSTRALIA | CASILLAS GODOY, MIGUEL A & MARIA G COSSIO C & LESLIE G & MIGUEL A CASILLAS C JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | CENTRAL BANCO UNIVERSAL ATTN: ALEJANDRO GOMEZ SIGALA EDIFICIO CENTRAL E.A.P. AVE. SAN FELIPE, ENTRE 1A AND 2A TRANSVERSAL, LA CASTELLANA CARACAS VENEZUELA |
| CENTRAL BANCO UNIVERSAL ATTN: DAVID LEMAY & CHRISTY RIVERA CHADBOURNE & PARKE 30 ROCKEFELLER PLAZA NEW YORK, NY 10112 | CITY OF SWAN PO BOX 196 MIDLAND AUSTRALIA | COFFS HARBOUR CITY COUNCIL C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOVERNOR MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| DE J AGUIRRE, MARIA & MUNOZ C, ZOILA - JTWROS TOD ZOILA MA R AGUIRRE M C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | | |

| | | |
|---|---|---|
| Debtor: Lehman Brothers Holdings Inc., et al., | **Revised Notice of Proposed Allowed Claim Amount** | Page 2 of 6 |
| Case #: 08-13555 (JMP) | | |

**Notices mailed by December 22, 2011 and sent to the following:**

| | | |
|---|---|---|
| DE J CASTILLO, JOAQUIN E & MA CRISTINA ESPINOSA P<br>JTOD<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | DE LA FUENTE, ADOLFO CARLOS & ALEJANDRA ROMO DE LA FUENTE<br>JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | DE LA MORA, JESUS LARES & LARES H, JESUS<br>LENIN - JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| DE MALAGON, CONCEPCION PAULIN & MA A L D<br>S C MALAGON P JTWROS TOD ALL LIV ISSUE<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | DELGADO SOLIS, AGUSTIN TOD ROSALINDA RAMIREZ RIVAS<br>ALL LIVING ISSUE<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | DIEZ GARELLI, LUZ DEL CARMEN & RODRIGUEZ<br>GILABERT, CESAR - TOD ALL LIVING ISSUE<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| FERNANDEZ, MARIA DEL CARMEN LL FRANCISCO<br>BOILES MARTINEZ TOD ALL LIVING ISSUE<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | FERNANDO YARZA Y CIA S C<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | FRANCO MARTIN, JOSEFINA & PADILLA FRANCO, MARCELA - JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| GARZA D LA GARZA, JUAN J & JUAN J GARZA SAN M<br>JTWROS TOD NORA & GABRIELA GARZA M<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | GIACOMAN M, ARTURO & BERTHA A ESPARZA ZORILLA<br>JTWROS TOD MARCELA ANA CECILIA ARTURO GIACOMAN ESPARZA<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | GILGANDRA COUNCIL<br>C/ AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOVERNOR MACQUARIE TOWER<br>1 FARRER PLACE<br>SYDNEY  NSW 2000<br>AUSTRALIA |
| GOIRICELAYA ASLA, JESUS - TOD GARAY LOPEZ, ERIKA<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | GOULBURN MULWAREE COUNCIL<br>ATTN: CHRISTOPHER LAMBERT, OPERATIONAL ACCOUNTANT<br>184-194 BOURKE STREET<br>GOULBURN  NSW 2580<br>AUSTRALIA | GOULBURN MULWAREE COUNCIL<br>LOCKED BAG 22<br>GOULBURN  NSW 2580<br>AUSTRALIA |
| H HUGO VIEREGGE V AIDA M, VILLA A SOFIA-SANDRA-KATIA, VIEREGGE VILLA<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | HEREDIA HARO, SALVADOR, TOD, DE HARO SILOS, EMILIA<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | HERNANDEZ C, M DEL CARMEN & GUZMAN H, ENRIQUE - JTWROS TOD MITZI & ANAID G<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |

**Debtor:** Lehman Brothers Holdings Inc., et al.,  
**Case #:** 08-13555 (JMP)  
**Revised Notice of Proposed Allowed Claim Amount**  
Page 3 of 6

**Notices mailed by December 22, 2011 and sent to the following:**

| | | |
|---|---|---|
| HERNANDEZ DE JASSO, VALERIA & JASSO H, EDUARDO, & JASSO H, ALBERTO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | HERNANDEZ DE JASSO, VALERIA & JASSO H, EDUARDO, & JASSO H, ALBERTO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | HERNANDEZ, ALDO (0477)<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| HUERTA RAMIREZ, JUAN J & CHAVEZ MOCTEZUMA, IRENE & HUERTA CHAVEZ, CECILIA<br>JTWROS - C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | ILDEFONSO-MARIANA, JOSE I<br>ALDACO GUERRERO - JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | ILDEFONSO-MARIANA, JOSE I<br>ALDACO GUERRERO - JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| ILEFINE P/C<br>P.O. BOX 527<br>ROUND CORNER 2158<br>SYDNEY, N.S.W<br>AUSTRALIA | KIAMA MUNICIPAL COUNCIL<br>C/ AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOVERNOR MACQUARIE TOWER<br>1 FARRER PLACE<br>SYDNEY  NSW 2000<br>AUSTRALIA | LEETON SHIRE COUNCIL<br>23-25 CHELMSFORD PLACE<br>LEETON, NSW  2705<br>AUSTRALIA |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE)<br>ATTN: STEVEN ANTHONY PEARSON<br>25 BANK STREET<br>LONDON  E14 5LE<br>UNITED KINGDOM | LEHMAN BROTHERS INTERNATIONAL (EUROPE)<br>LINKLATERS LLP<br>ATTN: TITIA HOLTZ<br>KIAH BEVERLY-GRAHAM<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10105 | LEHMAN BROTHERS INTERNATIONAL (EUROPE)<br>PRICEWATERHOUSECOOPERS LLP<br>ATTN: STEVEN ANTHONY PEARSON<br>PLUMTREE COURT<br>LONDON  EC4A 4HT<br>UNITED KINGDOM |
| MAY, ROLFE ALEXANDER & SUSAN MAREE ATF MAY SUPERANNUATION FUND<br>10 KANOWAR AVE<br>KILLARA NSW  2071<br>AUSTRALIA | MDA NATIONAL INSURANCE PTY LTD<br>ATTENTION: ANDREW FRASER-GILLARD<br>PO BOX 445<br>WEST PERTH WA  6872<br>AUSTRALIA | MELENDEZ RUIZ, JORGE ALBERTO TOD ELIZABETH RICE<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| MILLENNIUM MARKETING & MANAGEMENT PTY LTD<br>80 LANG ROAD<br>CENTENNIAL PARK  NSW<br>AUSTRALIA | MILLENNIUM MARKETING & MANAGEMENT PTY LTD<br>ADAM BREZINE<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET, 25TH FLOOR<br>SAN FRANCISCO, CA  94105-2994 | MORENO BETANZO, IGNACIO F. & MENDEZ CISNEROS, MARIA L., JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |

08-13555-mg   Doc 24045   Filed 01/04/12   Entered 01/04/12 15:44:57   Main Document
Pg 15 of 17

Debtor: Lehman Brothers Holdings Inc., et al.,
Case #: 08-13555 (JMP)
Revised Notice of Proposed Allowed Claim Amount
Page 4 of 6

Notices mailed by December 22, 2011 and sent to the following:

| | | |
|---|---|---|
| NARRABRI SHIRE COUNCIL<br>C/ AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOVERNOR MACQUARIE TOWER<br>1 FARRER PLACE<br>SYDNEY NSW<br>AUSTRALIA | NEWCASTLE CITY COUNCIL, "NSW AUSTRALIA"<br>SENIOR ACCOUNTING OFFICER-MARTIN SWAN<br>PO BOX 489<br>NEWCASTLE NSW 2300<br>AUSTRALIA | OPTIQUE PTY LTD ATF OPTIQUE SUPER PENSION FUND<br>KEITH MASNICK<br>1 ROSLYNDALE AVE<br>WOOLLAHRA, N.S.W. 2025<br>AUSTRALIA |
| OZORES IRASTORZA, MIGUEL A & PABLO JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | PENA TODI, JOSE FAJARDO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | PENA TODI, JOSE FAJARDO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 |
| PEREZ CHAVEZ, GUILLERMO & ESPERANZA CHAVEZ<br>JTWROS CALLE AZCARATEO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | PEREZ CHAVEZ, GUILLERMO & ESPERANZA CHAVEZ<br>JTWROS CALLE AZCARATEO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | PEREZ SALAZAR, GERARDO MARIA & ROJAS PALACIOS, MARGARITA - JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 |
| PRIETO L, MIGUEL S & MA ALDSC MALAGON DP<br>JTWROS TOD ALL LIV ISSUE<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | PRO GALINDO, HUMBERTO & FAMILY<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | PROCESOS CONTROLADOS SE DE CV<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED<br>87 GRESHAM STREET<br>LONDON EC2V 7NQ<br>UNITED KINGDOM | PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED<br>CARTER, LEDYARD & MILBURN LLP<br>ATTN: AARON R. CAHN<br>(COUNSEL TO PUNJAB NATIONAL BANK)<br>2 WALL STREET<br>NEW YORK, NY 10005 | PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED<br>TLT LLP<br>ONE REDCLIFF STREET<br>BRISTOL BS1 6TP<br>UNITED KINGDOM |
| RBS SECURITIES INC.<br>ATTN: PIA FRIIS<br>600 WASHINGTON BLVD<br>STAMFORD, CT 06901 | RBS SECURITIES INC.<br>ATTN: PIA FRIIS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | RBS SECURITIES INC.<br>IRENA M. GOLDSTEIN<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |

Debtor: Lehman Brothers Holdings Inc., et al.,  
Case #: 08-13555 (JMP)  
Revised Notice of Proposed Allowed Claim Amount  
Page 5 of 6

**Notices mailed by December 22, 2011 and sent to the following:**

| | | |
|---|---|---|
| RBS SECURITIES INC.<br>IRENA M. GOLDSTEIN, LLP<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | ROMERO BALDAZO, JOSE LUIS, TOD MARIA A.<br>CALZADA GONZALEZ<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | SABRE MARROQUIN, JESUS - DE ONATE,<br>JUAN<br>#1195<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| SABRE MARROQUIN, JESUS - DE ONATE,<br>JUAN<br>#1195<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | SALDANA CARO, EMILIO JAVIER & AREVALO<br>GUTIERREZ, ENNA & SALDANA AREVALO,<br>HERNAN J - C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | SANCHEZ AUSSENAC, RAYMUNDO &<br>SANCHEZ,<br>MARIA E, JTWROS TOD DOLORES RAMOS<br>RIVERA<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| SHOALHAVEN CITY COUNCIL<br>PO BOX 42<br>NOWRA  NSW 2541<br>AUSTRALIA | SUAREZ Y SUAREZ, FRANCISCO J. & MA INES<br>SUAREZ MACEIRAS JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | SUAREZ Y SUAREZ, FRANCISCO J. & MA INES<br>SUAREZ MACEIRAS JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 |
| TAMWORTH REGIONAL COUNCIL<br>437 PEEL ST<br>TAMWORTH  2340<br>AUSTRALIA | THE MINAMI-NIPPON BANK LIMITED<br>1-1 YAMASHITA-CHO KAGOSHIMA CITY<br>KAGOSHIMA  892-0816<br>JAPAN | TOP END DISPOSALS PTY LTD<br>ATF GILBERT SUPER FUND A/C<br>PO BOX 407<br>PARAP N.T.  0804<br>AUSTRALIA |
| TORRE MARTOS, FERNANDO H & DEL R<br>HERAS<br>BASTERRA, MARIA - JTW<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | TORRE MARTOS, FERNANDO H & DEL R<br>HERAS<br>BASTERRA, MARIA - JTW<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | TUMBARUMBA SHIRE COUNCIL<br>PO BOX 61<br>TUMBARUMBA  NSW 2653<br>AUSTRALIA |
| VAZQUEZ GALLARETA, AMIRA ELENA - TOD -<br>RODRIGO VAZQUEZ G<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | VIADES BLANCO, MA DE LOURDES - JTWROS<br>TOD JOSE M GILABERT TENREYRO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | WELLINGTON SHIRE COUNCIL<br>C/ AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOVERNOR MACQUARIE TOWER<br>1 FARRER PLACE<br>SYDNEY  NSW 2000<br>AUSTRALIA |

**Notices mailed by December 22, 2011 and sent to the following:**

| | | |
|---|---|---|
| WINGECARRIBEE SHIRE COUNCIL<br>PO BOX 141<br>MOSS VALE  NSW 2577<br>AUSTRALIA | WOOLLAHRA MUNICIPAL COUNCIL<br>C/ AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOVERNOR MACQUARIE TOWER<br>1 FARRER PLACE<br>SYDNEY  NSW 2000<br>AUSTRALIA | YASS VALLEY COUNCIL<br>C/O AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOVERNOR MACQUARIE TOWER<br>1 FARRER PLACE<br>SYDNEY  NSW 2000<br>AUSTRALIA |

Total Parties: 91