UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
|  | : | Chapter 11 |
|---|---|---|
| In re | : |  |
|  | : | Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | Ref. Docket Nos. 22893, 22897 |

------------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 27, 2011, I caused to be served the:

    a. "Notice of Amendment to Schedule F of LBHI's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22893], (the "LBHI Notice"), and

    b. "Notice of Amendment to Schedule F of LBCS's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure," dated December 2, 2011 [Docket No. 22897], (the "LBCS Notice"),

    by causing true and correct copies of the:

    i. LBHI Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to *Restoration Holdings LTD, Attn: Claims Processing (TRILOGY LEASING CO), 325 Greenwich Ave - 3rd Floor, Greenwich, CT 06830*, and

    ii. LBCS Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to *Liquidity Solutions Inc, (Pira Energy), One University Plaza, Suite 312, Hackensack, NJ 07601*.

- 2 -

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
3rd day of January, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Notices of Amendment to Schedule F_DI 22893, 22897_SUPP AFF_12-27-11.doc