**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                                          :     Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                                    :
                                        Debtors.                           :     (Jointly Administered)
                                                                                    :
----------------------------------------------------------------x

### SUPPLEMENTAL ORDER REINSTATING CLAIMS ON ORDER GRANTING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) AND ORDER GRANTING DEBTORS' ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

WHEREAS on September 18, 2009, the City of Oakland and Oakland Redevelopment Agency (the "Claimant") filed proofs of claim numbered 18674 ("Claim 18674") and 18675 ("Claim 18675", and collectively with Claim 18674, the "Claims") each in the amount of $6,702,000;

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Twelfth Omnibus Objection to Claims (Duplicate Claims)*, dated May 18, 2010 [ECF No. 9095] (the "Twelfth Omnibus Objection to Claims");

WHEREAS the Twelfth Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], to disallow and expunge Claim

18675 on the grounds that it was duplicative of Claim 18674, all as more fully described in the Twelfth Omnibus Objection to Claims;

WHEREAS after the hearing on the Twelfth Omnibus Objection to Claims held on June 29, 2010, the Court entered an order (the "2010 Order") [ECF No. 9986] granting the relief requested in the Twelfth Omnibus Objection to Claims and causing Claim 18675 to be disallowed and expunged;

WHEREAS the Debtors filed the *Debtors' One Hundred Ninety-Fifth Omnibus Objection to Claims (No Debtor Claims)*, dated September 12, 2011 [ECF No. 19880] (the "One Hundred Ninety-Fifth Omnibus Objection to Claims," and with the Twelfth Omnibus Objection to Claims, the "Objections"[1]);

WHEREAS the One Hundred Ninety-Fifth Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], to disallow and expunge Claim 18674 on the grounds that Claim 18674 failed to identify the Debtor against which it was asserted, all as more fully described in the One Hundred Ninety-Fifth Omnibus Objection to Claims;

WHEREAS after the hearing on the One Hundred Ninety-Fifth Omnibus Objection to Claims held on October 27, 2011, the Court entered an order (the "2011 Order," and with the 2010 Order, the "Orders") [ECF No. 21378] granting the relief

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objections.

requested in the One Hundred Ninety-Fifth Omnibus Objection to Claims and causing Claim 18674 to be disallowed and expunged;

WHEREAS after entry of the Orders, the Debtors determined that the 2010 Order was entered in error with respect to Claim 18675 and the 2011 Order was entered in error with respect to Claim 18674.

**IT IS HEREBY**:

ORDERED that Epiq Systems shall be authorized and directed to immediately reinstate the Claims on Debtors' official claims register; and it is further

ORDERED that the Twelfth Omnibus Objection to Claims is withdrawn without prejudice as to Claim 18675 and without prejudice to assertion by the Debtors of any objections to Claim 18675 in the future; and it is further

ORDERED that the One Hundred Ninety-Fifth Omnibus Objection to Claims is withdrawn without prejudice as to Claim 18674 and without prejudice to assertion by the Debtors of any objections to Claim 18674 in the future; and it is further

ORDERED that the rights of the Debtors and any other party in interest with respect to the Claims are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to the Claims, this Supplemental Order shall have no effect whatsoever on any claims subject to the Orders; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Supplemental Order.

Dated: New York, New York
       January 5, 2012

                                          *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE