**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:    Chapter 11
In re    :
:    Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :
Debtors.    :    (Jointly Administered)
:
:
------------------------------------------------------------------x    Ref. Docket No. 23470

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Omnibus Reply to Responses to Debtors' One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred And Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated December 15, 2011 [Docket No. 23470], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, on December 15, 2011,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, on December 15, 2011,

    c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on December 15, 2011, and

    d. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, on December 16, 2011.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
21st day of December, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com

azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com

**LEHMAN BROTHERS HOLDINGS INC.**
Email Service List

crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com

dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com

# LEHMAN BROTHERS HOLDINGS INC.
Email Service List

| | |
|---|---|
| geraci@thalergertler.com | jeannette.boot@wilmerhale.com |
| ggitomer@mkbattorneys.com | jeff.wittig@coair.com |
| ggoodman@foley.com | jeffery.black@bingham.com |
| giddens@hugheshubbard.com | jeffrey.sabin@bingham.com |
| gkaden@goulstonstorrs.com | jeldredge@velaw.com |
| glenn.siegel@dechert.com | jen.premisler@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.demarco@cliffordchance.com |
| gravert@ravertpllc.com | jennifer.gore@shell.com |
| gspilsbury@jsslaw.com | jeremy.eiden@ag.state.mn.us |
| guzzi@whitecase.com | jfalgowski@reedsmith.com |
| harrisjm@michigan.gov | jflaxer@golenbock.com |
| harveystrickon@paulhastings.com | jfox@joefoxlaw.com |
| hbeltzer@mayerbrown.com | jfreeberg@wfw.com |
| heim.steve@dorsey.com | jg5786@att.com |
| heiser@chapman.com | jgenovese@gjb-law.com |
| hollace.cohen@troutmansanders.com | jguy@orrick.com |
| holsen@stroock.com | jherzog@gklaw.com |
| howard.hawkins@cwt.com | jhiggins@fdlaw.com |
| hseife@chadbourne.com | jhorgan@phxa.com |
| hsnovikoff@wlrk.com | jhuggett@margolisedelstein.com |
| hsteel@brownrudnick.com | jhuh@ffwplaw.com |
| icatto@mwe.com | jim@atkinslawfirm.com |
| igoldstein@dl.com | jjoyce@dresslerpeters.com |
| ilevee@lowenstein.com | jjtancredi@daypitney.com |
| info2@normandyhill.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jaclyn.genchi@kayescholer.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdoran@haslaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |

**LEHMAN BROTHERS HOLDINGS INC.**
Email Service List

| | |
|---|---|
| jpintarelli@mofo.com | lisa.ewart@wilmerhale.com |
| jporter@entwistle-law.com | lisa.kraidin@allenovery.com |
| jprol@lowenstein.com | ljkotler@duanemorris.com |
| jrabinowitz@rltlawfirm.com | lmarinuzzi@mofo.com |
| jrsmith@hunton.com | lmay@coleschotz.com |
| jschwartz@hahnhessen.com | lmcgowen@orrick.com |
| jsheerin@mcguirewoods.com | lml@ppgms.com |
| jshickich@riddellwilliams.com | lnashelsky@mofo.com |
| jsmairo@pbnlaw.com | loizides@loizides.com |
| jstoll@mayerbrown.com | lromansic@steptoe.com |
| jsullivan@mosessinger.com | lscarcella@farrellfritz.com |
| jtimko@shutts.com | lschweitzer@cgsh.com |
| jtougas@mayerbrown.com | lsilverstein@potteranderson.com |
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.bane@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| ken.coleman@allenovery.com | mark.houle@pillsburylaw.com |
| ken.higman@hp.com | mark.sherrill@sutherland.com |
| kerry.moynihan@hro.com | martin.davis@ots.treas.gov |
| kgwynne@reedsmith.com | marvin.clements@ag.tn.gov |
| kiplok@hugheshubbard.com | matt@willaw.com |
| kkelly@ebglaw.com | matthew.klepper@dlapiper.com |
| kkolbig@mosessinger.com | maustin@orrick.com |
| klyman@irell.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@dl.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mccombst@sullcrom.com |
| kuehn@bragarwexler.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mdahlman@kayescholer.com |
| landon@streusandlandon.com | mdorval@stradley.com |
| lapeterson@foley.com | melorod@gtlaw.com |
| lathompson@co.sanmateo.ca.us | meltzere@pepperlaw.com |
| lberkoff@moritthock.com | metkin@lowenstein.com |
| lee.stremba@troutmansanders.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |

# LEHMAN BROTHERS HOLDINGS INC.
Email Service List

| | |
|---|---|
| mharris@smsm.com | omeca.nedd@lovells.com |
| mhopkins@cov.com | otccorpactions@finra.org |
| michael.frege@cms-hs.com | paronzon@milbank.com |
| michael.kelly@monarchlp.com | patrick.oh@freshfields.com |
| michael.kim@kobrekim.com | paul.turner@sutherland.com |
| michael.mccrory@btlaw.com | pbattista@gjb-law.com |
| michael.reilly@bingham.com | pbosswick@ssbb.com |
| millee12@nationwide.com | pdublin@akingump.com |
| miller@taftlaw.com | peisenberg@lockelord.com |
| mimi.m.wong@irscounsel.treas.gov | peter.gilhuly@lw.com |
| mitchell.ayer@tklaw.com | peter.macdonald@wilmerhale.com |
| mjacobs@pryorcashman.com | peter.simmons@friedfrank.com |
| mjedelman@vedderprice.com | peter@bankrupt.com |
| mjr1@westchestergov.com | pfeldman@oshr.com |
| mkjaer@winston.com | phayden@mcguirewoods.com |
| mlahaie@akingump.com | pmaxcy@sonnenschein.com |
| mlandman@lcbf.com | ppascuzzi@ffwplaw.com |
| mlichtenstein@crowell.com | ppatterson@stradley.com |
| mlynch2@travelers.com | psp@njlawfirm.com |
| mmendez@hunton.com | ptrainguiterrez@kaplanlandau.com |
| mmooney@deilylawfirm.com | ptrostle@jenner.com |
| mmorreale@us.mufg.jp | pwright@dl.com |
| mneier@ibolaw.com | r.stahl@stahlzelloe.com |
| monica.lawless@brookfieldproperties.com | raj.madan@bingham.com |
| mpage@kelleydrye.com | rajohnson@akingump.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | ranjit.mather@bnymellon.com |
| mprimoff@kayescholer.com | raul.alcantar@ropesgray.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mschlesinger@julienandschlesinger.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |
| notice@bkcylaw.com | robert.bailey@bnymellon.com |
| oipress@travelers.com | robert.dombroff@bingham.com |

# LEHMAN BROTHERS HOLDINGS INC.
Email Service List

| | |
|---|---|
| robert.henoch@kobrekim.com | smayerson@ssd.com |
| robert.malone@dbr.com | smillman@stroock.com |
| robert.yalen@usdoj.gov | smulligan@bsblawyers.com |
| robertdakis@quinnemanuel.com | snewman@katskykorins.com |
| robin.keller@lovells.com | sory@fdlaw.com |
| roger@rnagioff.com | spiotto@chapman.com |
| ronald.silverman@bingham.com | splatzer@platzerlaw.com |
| ross.martin@ropesgray.com | squigley@lowenstein.com |
| rqureshi@reedsmith.com | sree@lcbf.com |
| rreid@sheppardmullin.com | sschultz@akingump.com |
| rrigolosi@smsm.com | sselbst@herrick.com |
| rroupinian@outtengolden.com | sshimshak@paulweiss.com |
| rrussell@andrewskurth.com | sskelly@teamtogut.com |
| rterenzi@stcwlaw.com | steele@lowenstein.com |
| rtrust@cravath.com | stephen.cowan@dlapiper.com |
| russj4478@aol.com | steve.ginther@dor.mo.gov |
| rwasserman@cftc.gov | steven.troyer@commerzbank.com |
| rwyron@orrick.com | steven.wilamowsky@bingham.com |
| s.minehan@aozorabank.co.jp | streusand@streusandlandon.com |
| sabin.willett@bingham.com | susan.schultz@newedgegroup.com |
| sabramowitz@velaw.com | susheelkirpalani@quinnemanuel.com |
| sabvanrooy@hotmail.com | sweyl@haslaw.com |
| sagolden@hhlaw.com | swolowitz@mayerbrown.com |
| sagrawal@susmangodfrey.com | szuch@wiggin.com |
| sally.henry@skadden.com | tannweiler@greerherz.com |
| sandyscafaria@eaton.com | tarbit@cftc.gov |
| sara.tapinekis@cliffordchance.com | tbrock@ssbb.com |
| scargill@lowenstein.com | tdewey@dpklaw.com |
| schannej@pepperlaw.com | tduffy@andersonkill.com |
| schepis@pursuitpartners.com | teresa.oxford@invescoaim.com |
| schnabel.eric@dorsey.com | tgoren@mofo.com |
| schristianson@buchalter.com | thaler@thalergertler.com |
| schwartzmatthew@sullcrom.com | thomas.califano@dlapiper.com |
| scottshelley@quinnemanuel.com | thomas.ogden@dpw.com |
| scousins@armstrongteasdale.com | thomas_noguerola@calpers.ca.gov |
| sdnyecf@dor.mo.gov | tim.desieno@bingham.com |
| sehlers@armstrongteasdale.com | timothy.brink@dlapiper.com |
| seichel@crowell.com | timothy.palmer@bipc.com |
| sfelderstein@ffwplaw.com | tjfreedman@pbnlaw.com |
| sfineman@lchb.com | tkarcher@dl.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgubner@ebg-law.com | tmacwright@whitecase.com |
| shannon.nagle@friedfrank.com | tmarrion@haslaw.com |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tony.davis@bakerbotts.com |
| sidorsky@butzel.com | tslome@msek.com |
| slerner@ssd.com | ttracy@crockerkuno.com |
| slevine@brownrudnick.com | twheeler@lowenstein.com |
| sloden@diamondmccarthy.com | ukreppel@whitecase.com |

**LEHMAN BROTHERS HOLDINGS INC.**
Email Service List

vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| ALI, ASGAR | 470 MALCOLM X BLVD APT 7C NEW YORK NY 10037-3024 |
| BAREGGI, MICHELE | 18 SEYMOUR WALK LONDON SW109NF UNITED KINGDOM |
| BASS, BRADLEY | 110 E. DELAWARE PLACE # 702 CHICAGO IL 60611 |
| BIRD, RICHARD | 45 DERWENT ROAD HARPENDEN AL5 3NY UNITED KINGDOM |
| BRANCATO, JENNIFER | 35 N. CHATSWORTH AVE, 1R LARCHMONT NY 105383 |
| BURKE, JAMES K. | 43 ELMWOOD AVENUE RYE NY 10580 |
| BURKE, TIMOTHY A. | 149 SPLIT ROCK ROAD SYOSSET NY 11791 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CASUPLE, VIRGILIO | 57 EDGAR PLACE NUTLEY NJ 07110 |
| CHAN, SHIRLEY | 20B DRAGONVIEW COURT 5 KOTEWALL MID-LEVELS HONG KONG |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| COHEN GUSTAVO SEBASTIAN | ORTIZ DE OCAMPO 2655 PISO 7 DTO 1 BUENOS AIRES 1425 ARGENTINA |
| COLTON, DAVID | 345 WASHINGTON AVE GLENCOE IL 60022-1832 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DICENSO, JOSEPH | 2251 EISENHOWER AVE APT 710 ALEXANDRIA VA 22314-6902 |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ERTMANN, JAMES | 1003 VINE ST. WINNETKA IL 60093 |
| ESCOBAR JR., CALIXTO M. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FELDERHOF, STEPHEN | 170 HOLLAND PARK AVENUE LONDON W11 4UH UNITED KINGDOM |
| FINKEL, SETH J. | 6 EAST HILL COURT TENAFLY NJ 07670 |
| FINKEL, SETH J. | MICHAEL SCHLESHINGER & MICHELLE L. POMERANTZ JULIEN & SCHLESINGER, P.C. ONE WHITEHALL STREET 17TH FLOOR NEW YORK NY 10004 |
| FINKEL, SETH J. | EUGENE NEAL KAPLAN PATRICK TRAIN-GUTIERREZ KAPLAN LANDAUE, LLP 1065 AVENUE OF THE AMERICAS 27TH FLOOR NEW YORK NY 10018 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| GOLDFARB, DAVID | 11 CHAUNCEY PLACE WOODBURY NY 11797 |
| GREEN, LOUISE | 44 EAST AVENUE MIDDLETOWN NY 10940 |
| GREGG, HAWES | 1911 RUXTON ROAD RUXTON MD 21204 |
| HALL, ROOPALI A. | 1 VAN RENSSELAER AVE STAMFORD CT 06902-8018 |
| HARGRAVE, BRIAN | 105 LLEWELLYN ROAD MONTCLAIR NJ 07042 |
| HASHIDA, AKIKO | 713 POINCIANA DR GULF BREEZE FL 32561 |
| HOM, MICHAEL C. | 43 WEST 61ST STREET APT 17K NEW YORK NY 10023 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| IYER, SUBRAMANIUM | C/6, KRIPA SADAN, 9TH CENTER ROAD BORIVALI (EAST) MUMBAI 400066 INDIA |
| JENCKES, GEORGE A., IV | 76 SCONSET DR FAIRFIELD CT 06824-3854 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KENG-CHONG, CHEN | FLAT B, 11/F GRAND FORTUNE MANSION 1 DAVIES STREET KENNEDY TOWN HONG KONG |
| KILGALLON, JOHNINE | 1065 PARK AVE # 16A NEW YORK NY 101281001 |
| KOTIAN, SURAJ | SAINATHWADI CO-OP HSG SOC FLAT NO - 505 5TH FLOOR. ASALPHA VILLAGE GHATKOPAR (W) MUMBAI 400084 INDIA |
| LANKEN, JONATHAN P | 2 BRYANSTON MEWS WEST LONDON W1H 2DD UNITED KINGDOM |
| LAWSKY, MICHAEL | 17 OAK KNOLL ROAD SUMMIT NJ 07901 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 549 RATHBUN AVE STATEN ISLAND NY 10312 |
| LEUNG, PAMELA | 7527 137TH AVE SE RENTON WA 98059-3098 |
| LOWE, TIA GELAINE | 88 GREENWICH APT 2103 NEW YORK NY 10006 |
| MALCOLM, ANDREW | 23 ZANGWILL ROAD BLACKHEATH SE3 8EH UNITED KINGDOM |
| MARNEY, LESLEY N | POPLAR GRANGE 48 CLERKE DRIVE KEMSLEY SITTINGBOURNE, KENT ME102RY UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MURPHY, PATRICIA | 71 HAYES STREET GARDEN CITY NY 11530 |
| NORTH-CLAUSS, BRYAN | 10 BARCLAY STREET, APT 39D NEW YORK NY 10007 |
| PATANKAR, SAMEER | GOKUL NAGAR, OLD AGRA ROAD, OPP. NAUNEET MOTORS, NEAR SHIVSENA OFFICE THANE (W) INDIA |
| POCHINAPEDDI, VENKATA | 901 SWALLOW CT. NORTH BRUNSWICK NJ 08902 |
| PULJIC, GORAN | 8 SEARLES RD. DARIEN CT 06820 |
| RADICK, JONATHAN | 1300 KNOLLWOOD ROAD MOUNTAINSIDE NJ 07092 |
| REYCROFT, EMILY M. | 40 EAST 20TH STREET APARMENT #4 NEW YORK NY 10003 |
| RONCAGLIOLO, JACQUELINE S | 454 RIVER ROAD APARTMENT G NUTLEY NJ 07110 |
| ROSS, MEREDITH H | 2882 WEST 232ND STREET TORRANCE CA 90505 |
| SARODE, SUNIL | FLAT NO. 214, 'D' WING, UMIYA COMPLEX GAMESH MANDIR ROAD TITWALA (E) KALYAN 421605 INDIA |
| SAVILLO, JOSEPHINE M. | 34-02 BROOKSIDE ST - FLOOR 2 LITTLE NECK NY 11363 |
| SCHWAB, STEVEN B | 25 KENT ROAD SCARSDALE NY 10583 |
| SHINDE, SUDARSHAN SUBHASH | 43, SUSWAGOTAM NAGAR POSTAL COLONY ROAD, NEAR FINE ARTS SOCIETY CHEMBUR (E) MUMBAI 400071 INDIA |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SIEGEL, NORMAN | 550 N. KINGSBURG # RO8 CHICAGO IL 60654 |
| SINGH, ANIL KUMAR | 25 WEST DRIVE SURREY CHEAM SM2 7NB UNITED KINGDOM |
| SPERO, CHARLES | 555 WEST 59TH ST APT 9E NEW YORK NY 10019 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| STEVENS, CHRISTIAN E. | 2940 ROCKBRIDGE DRIVE HIGHLANDS RANCH CO 80129 |
| SURI, TARVINDER SINGH | FLAT NO. 11, SHREE SAI APT. ROAD NO. 27, SHANTI NALAR WAGLE ESTATE THANE 400604 INDIA |
| SWEELY, GORDON | 56 GILLESPIE AVENUE FAIR HAVEN NJ 07704 |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 221 WEST 105TH STREET, APT 3FE NEW YORK NY 10025 |
| VALECCE, JOHN | 3 CARRIAGE HOUSE LANE MAMARONECK NY 10543 |
| WAIRKAR, DINESH VISHWANATH | A 503, PLOT NO. 10, SAI PREM APT. SECTION 8, CHARKOP KANDIVALI (WEST) MUMBAI 400067 INDIA |
| WANG, YULAN | 806 MORRIS TPKE SHORT HILLS NJ 07078 |
| WEINREICH, RUTH | 759 HAMPTON ROAD WOODMERE NY 11598 |
| WIDEMAN, ANDREW | 2801 CLINTON WAY DENVER CO 80238 |
| WILSON, KELLY WEINBERGER | 349 10 FOREST LANE SOLON OH 44139 |
| WINCHESTER, JUDITH A. | 3929 IVY TERRACE COURT, NW WASHINGTON DC 20007 |
| WREN, ALEX H | 117 FERNDALE RD EASTON CT 66122008 |

**Total Creditor count  81**

| Claim Name | Address Information |
|---|---|
| ADLER, JENNIFER S. | 166 EAST 61ST STREET # 17G NEW YORK NY 10065 |
| ANDRIOLA, ROCCO F. | 45 MOREWOOD OAKS PORT WASHINGTON NY 11050 |
| ANTONCIC, MADELYN | 350 EAST 57TH STREET APARTMENT 13A NEW YORK NY 10022 |
| BANCHETTI, RICCARDO | FORO BUONAPARTE 24 MILANO 20121 ITALY |
| BARDEHLE, CHRISTIAN | VOLTASTRASSE 70 FRANKFURT 60486 GERMANY |
| BAZYLEVSKY, BO | 51 EAST 93RD ST. NEW YORK NY 10128 |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| BROADBENT, WILLIAM S. | 75 PECKSLAND ROAD GREENWICH CT 06831-3647 |
| CALLIES, GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| CATALAO MAIA, ALEXANDRE | 200 EAST 94TH STREET APT 514 NEW YORK NY 10128 |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| CREMIN, PATRICK G. | 12 LAUDERDALE MANSIONS LAUDERDALE ROAD MAIDA VALE LONDON W91NE UNITED KINGDOM |
| DAS, NACHIKETA | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| DAY, GEMMA | 61A KENTISH TOWN ROAD LONDON NW1 8RX UNITED KINGDOM |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DUFOURNIER, PHILIPPE | 5 MOORHOUSE ROAD LONDON W25DH UNITED KINGDOM |
| FALLTRICK, BARRY J | 51 COUNTY PLACE ESSEX CHELMSFORD CM2 0RF UNITED KINGDOM |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FLEISCHMAN RICHMAN, SANDY | 25 CENTRAL PARK WEST APT #6E NEW YORK NY 10023 |
| FRASER-JENKINS, INIGO L | 10 WYNDHAM STREET 33 PADDINGTON STREET LONDON W1H 1DB UNITED KINGDOM |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| GLASEBROOK, RICHARD J., II | 515 NORTH STREET GREENWICH CT 06830 |
| GLASEBROOK, RICHARD J., II | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| HOAR, NICK JOHN | 48A WINCHESTER STREET LONDON SW1V 4NF UNITED KINGDOM |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| JUDD, IAN | HOLLY HEDGE ST JOHNS HILL ROAD ST JOHNS SURREY WOKING GU21 7RG UNITED KINGDOM |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KETTLER, R. KYLE | 154 PLANTATION HOUSTON TX 77024 |
| LATIFA, DEBBARH | FLAT 20 41 MILLHARBOUR LONDON E14 9NA UNITED KINGDOM |
| LAWRENCE, HENRY MORGAN III | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LAWRENCE, NICOLE S. | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LENG, MANHUA | 391 CLINTON STREET, APT 1A BROOKLYN NY 11231 |
| LEVY, STEWART F. | 420 EAST 72ND STREET APT. # 20E NEW YORK NY 10021 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| LUDWIG, LINDA | 15 BELVEDERE DRIVE LIVINGSTON NJ 07039 |
| LUDWIG, LINDA | ARNOLD LUDWIG 26 COURT STREET, SUITE 400 BROOKLYN NY 11242 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MARCUS, LISA | STEVEN ABRAMOWITZ VINSON & ELKINS LLP 666 5TH AVE. NEW YORK NY 10103 |
| MARSHALL, NIKKI A. | 12 THOMAS ROAD WESTPORT CT 06880 |
| MCCOOEY, KEVIN C. | 11 PLYMOUTH ROAD RYE NY 10580 |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MEYER, JAMES P. | 1530 N DEARBORN #14N CHICAGO IL 60610 |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| NACKENSON, RICHARD | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| NACKENSON, RICHARD | 254 E 68TH ST  APT 31D NEW YORK NY 10065-6000 |
| NEDEV, BORIS | 4TH FLOOR FLAT 59 COURTFIELD GARDENS LONDON SW5 ONF UNITED KINGDOM |
| O'MARA, MICHAEL J. | 10 HURST VIEW ROAD SURREY SOUTH CROYDON CR2 7AG UNITED KINGDOM |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6 UNITED KINGDOM |
| PLASKETT, RODNEY A. | 40 BIRCHWOOD LANE HARTSDALE NY 10530 |
| PORTER, BARRY | 22 DOVE PARK CHORLEY WOOD WD3 5NY UNITED KINGDOM |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON STE 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| RAMALLO, HENRY | 27 DAVENPORT WAY HILLSBOROUGH NJ 08844 |
| RAMALLO, HENRY | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| REINER, BRETT S. | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| REYNOLDS, CHRISTIAN F. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| REYNOLDS, CHRISTIAN F. | 151 EAST 31ST STREET, #28E NEW YORK NY 10016 |
| SAKS, ROGER | 64 TWIN BROOKS RD SADDLE RIVER NJ 07458 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |
| SCHWARTZ, MARVIN C | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| SCHWARTZ, MARVIN C | 2 EAST 88TH STREET NEW YORK NY 10128 |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON WS 4XB UNITED KINGDOM |
| STIEFEL, STEPHANIE J | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| STIEFEL, STEPHANIE J | 1 BEEKMAN PL APT 11A NEW YORK NY 10022-8069 |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| VELEBA, MILAN | FLAT 13 / CAPSTAN COURT 24 WAPPING WALL LONDON E1W 3SE UNITED KINGDOM |
| WALKER, MATTHEW | 30 DUNSTAN ROAD LONDON UNITED KINGDOM |
| WALSH, W. PHILLIP | 20 PINE STREET, APARTMENT #1906 NEW YORK NY 10005 |
| WARDELL, JEFFERY K. | 2255 BUSH STREET #1 SAN FRANCISCO CA 94115 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WEINER, DAVID I. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| WEINER, DAVID I. | 173 RIVERSIDE DR. NEW YORK NY 10024 |
| WHAMOND, CHRISTIAN | 35 MIDBROOK LANE OLD GREENWICH CT 06870 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |

**Total Creditor count  86**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| A. JAMES BOYAJIAN, ESQ. | LAW OFFICE OF A. JAMES BOYAJIAN 355 S. GRAND AVENUE, STE. 2450 LOS ANGELES CA 90071 |
| BRETT S. REINER | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| CHRIS REYNOLDS | 151 EAST 31 STREET #28E NEW YORK NY 10016 |
| DAY PITNEY LLP | ONE INTERNATIONAL PLACE DANIEL J. CARRAGHER, ESQ. BOSTON MA 02110 |
| DICONZA TRAURIG MAGALIFF LLP | 630 THIRD AVENUE, 7TH FLOOR HOWARD P. MAGALIFF NEW YORK NY 10017 |
| DONALD F. CAMPBELL, JR., ESQ. | GIORDANO, HALLERAN & CIESLA, P.C. 125 HALF MILE ROAD RED BANK NJ 07701 |
| INIGO FRASER-JENKINS | 10 WYNDHAM STREET LONDON W1H 1DB UNITED KINGDOM |
| JENNIFER ADLER | 166 EAST 61ST STREET NEW YORK NY 10065 |
| JOHN W. CALHOUN III | 532 PEACHTREE BATTLE AVE NW ATLANTA GA 30305 |
| KAPLAN LANDAU LLP | 1065 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10018 |
| KEVIN J. NASH, ESQ. | GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP 1501 BROADWAY, 22ND FLOOR NEW YORK NY 10036 |
| LATIFA DEBBARH | FLAT 21 CITY HARBOUR 8 SELSDON WAY LONDON E14-9GR UNITED KINGDOM |
| MANHUA LENG | 391 CLINTON STREET, APT 1A BROOKLYN NY 11231 |
| MICHAEL J. O'MARA | 10 HURST VIEW ROAD SOUTH CROYDON SURREY CR2 7AG UNITED KINGDOM |
| NACHIKETA DAS | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| R. KYLE KETTLER | 154 PLANTATION HOUSTON TX 77024 |
| ROBERT N. MICHAELSON | THE MICHAELSON LAW FIRM 11 BROADWAY, SUITE 615 NEW YORK NY 10004 |
| STEWART F. LEVY | 420 EAST 72ND STREET, APT 20E NEW YORK NY 10021 |
| WILLIAM S. BROADBENT | 75 PECKSLAND ROAD GREENWICH CT 06831 |

**Total Creditor count  19**