UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

BORDERS GROUP, INC.,
         Debtors.

Chapter 11

Case No. 11-10614

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Flemington Mall, LLC,** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim number 4629 (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Flemington Mall, LLC
c/o Eastern State Properties
Attn. Robert Marcus
6 Colonial Lake Dr., Suite A
Lawrenceville, NJ 08648

New Address
Hain Capital Holdings, Ltd.
In re: Flemington Mall, LLC
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

FLEMINGTON MALL, LLC

By: _____

Name: Scott Plapinger

Title: Managing Member