UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re                                                             :    Chapter 11
                                                                  :    Case No. 08-13555 (JMP)
                                                                  :    (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :
                                                                  :    CERTIFICATE OF SERVICE
                           Debtors.                               :
------------------------------------------------------------------X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 4th day of January 2012 the Fourth Amended Verified Statement of Cleary Gottlieb Steen & Hamilton LLP Pursuant to Bankruptcy Rule 2019(a) with Exhibit A; and the Response of Bank of America to Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Authority to Exercise Right of First Offer Regarding Securities of Archstone Trust were served by hand upon:

        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY 10153
        Attn: Jacqueline Marcus, Esq.

        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, NY 10005
        Attn: Dennis C. O'Donnell, Esq.
              Dennis F. Dunne, Esq.

        Office of the United States Trustee
        33 Whitehall Street, 21st Floor
        New York, NY 10004
        Attn: Tracy Hope Davis, Esq.
              Andrew B. Schwartz, Esq.
              Elisabetta G. Gasparini, Esq.

    2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
    January 4, 2012

                               _____
                                 Richard V. Conza