JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Corinne Ball
Jayant W. Tambe
William J. Hine

*Attorneys for the Debtors
and Debtors in Possession*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Henry Weisburg
Brian H. Polovoy

*Attorneys for Defendants Nomura International plc
and Nomura Global Financial Products, Inc.*

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Dennis Dunne
Evan R. Fleck

1850 K. Street N.W. Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)

*Attorneys for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

|  |  |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.* : : : : : : | Adv. Proc. No. 10-03228-jmp |
| Plaintiffs and Intervenor, : : | |
| -against- : : | |
| NOMURA INTERNATIONAL PLC, : : | |
| Defendant. : | |

------------------------------------------------------------x

**STIPULATION OF DISMISSAL
AND WITHDRAWAL OF DEBTORS' OBJECTION TO CLAIMS**

IT IS hereby STIPULATED and AGREED by and between the parties, through their respective undersigned counsel, that any and all claims asserted in the above-captioned Adversary Proceeding, Adv. Proc No. 10-03228-jmp, be and hereby are DISMISSED WITH PREJUDICE and WITHOUT COSTS against either party.

IT IS hereby FURTHER STIPULATED and AGREED that the Objection of Debtors and Debtors in Possession to Claims of Nomura Global Financial Products, Inc. [Dkt. No. 8612] be and hereby is WITHDRAWN WITH PREJUDICE and WITHOUT COSTS against either party.

Dated: New York, New York
January 5, 2012

| JONES DAY<br><br>By: /s/ William J. Hine<br>    Corinne Ball<br>    Jayant W. Tambe<br>    William J. Hine<br><br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3939<br><br>*Attorneys for the Debtors<br>and Debtors in Possession* | MILBANK, TWEED, HADLEY & McCLOY<br><br>By: /s/ David S. Cohen<br>    Dennis Dunne<br>    Evan R. Fleck<br><br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5000<br><br>David S. Cohen<br>Adrian C. Azer (admitted *pro hac vice*)<br>1850 K Street N.W., Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 835-7500<br><br>*Attorneys for the Official Committee of Unsecured Creditors* |
| --- | --- |
| SHEARMAN & STERLING LLP<br><br>By: /s/ Douglas P. Bartner<br>    Douglas P. Bartner<br>    Henry Weisburg<br>    Brian H. Polovoy<br><br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br><br>*Attorneys for Defendants Nomura International plc and Nomura Global Financial Products, Inc.* | |