WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                      Debtors.                :    (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE**
**CLAIMS) AS TO CHINA DEVELOPMENT IND BANK**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims), ECF No. 19398, solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: January 5, 2012
      New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons
                Penny P. Reid
                Ralph Miller

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

## Exhibit A

### Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| China Development Ind Bank | 14329 |