UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                           Debtors.                              :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 23711, 23743,
                                                                      23744

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
5th day of January, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 23711, 23743, 23744_Aff 12-29-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    ALPHA DRIVE EURO CONVERTIBLES
C/O ADI ALTERNATIVE INVESTMENTS
1 RUE VERNIER
PARIS 75017 FRANCE

Additional:

Transferee:    ADI CONSEIL
1 RUE VERNIER
PARIS 75017 FRANCE

**Your transfer   of claim #   19657   is defective for the reason(s) checked below:**

Other                                    Currency does not match filed claim (USD vs. EUR)

Docket Number 23743            Date 12/08/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 29, 2011.

**EXHIBIT B**

```
TIME: 19:50:42                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 12/29/11                                          CREDITOR LISTING

Name                              Address
ADI CONSEIL                       1 RUE VERNIER 75017 PARIS    FRANCE
ADI CONSEIL                       1 RUE VERNIER PARIS    75017 FRANCE
ADI MULTISTRATEGIES               C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS  75017 FRANCE
ALPHA DRIVE EURO CONVERTIBLES     C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS  75017 FRANCE
KALLISTA CREDIT OPPORTUNITIES FUND C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
LIMITED

Total Number of Records Printed       5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC