UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                               :    Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                        :    08-13555 (JMP)
                                                                    :    (Jointly Administered)
                           Debtors.                                 :
                                                                    :
---------------------------------------------------------------------x    Ref. Docket Nos. 23711, 23712,
                                                                          23721, 23737, 23739, 23740, 23742,
                                                                          23746-23751, 23753, 23755-23757,
                                                                          23762, 23764, 23765

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ *Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
5th day of January, 2012

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  HIGHLAND CRUSADER OFFSHORE PARTNERS LP          HIGHLAND CRUSADER OFFSHORE PARTNERS LP
     13455 NOEL ROAD, SUITE 800                      EVERETT, SCOTT
     C/O HIGHLAND CAPITAL MANAGEMENT, LP             HAYNES AND BOONE, LLP
     DALLAS TX 75240                                 2323 VICTORY AVE., SUITE 700
                                                     DALLAS TX 75219
```

Please note that your claim # 13201 in the above referenced case and in the amount of
    $17,858,210.92   allowed at $17,306,000.00        has been transferred **(unless previously expunged by court order)**

```
DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: HIGHLAND CRUSADER OFFSHORE PARTNERS LP
C/O DEUTSCHE BANK SECURITIES INC.
ATTN; RICH VICHAIDITH
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23757    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2011                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 29, 2011.

**EXHIBIT B**

```
TIME: 19:50:06                                                LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 12/29/11                                                     CREDITOR LISTING

Name                                                    Address
ADI CONSEIL                                             TRANSFEROR: ADI MULTISTRATEGIES 1 RUE VERNIER 75017 PARIS   FRANCE
ADI CONSEIL                                             TRANSFEROR: ALPHA DRIVE EURO CONVERTIBLES 1 RUE VERNIER 75017 PARIS   FRANCE
ADI CONSEIL                                             TRANSFEROR: KALLISTA CREDIT ARBITRAGE MASTER FUND 1 RUE VERNIER 75017 PARIS   FRANCE
ADI CONSEIL                                             TRANSFEROR: KALLISTA CREDIT OPPORTUNITIES FUND LIMITED 1 RUE VERNIER PARIS   75017 FRANCE
ADI MULTISTRATEGIES                                     C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS   75017 FRANCE
ALPHA DRIVE EURO CONVERTIBLES                           C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS   75017 FRANCE
CREDIT SUISSE SECURITIES (USA) LLC                      TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HIGHLAND CRUSADER OFFSHORE PARTNERS LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HIGHLAND CRUSADER OFFSHORE PARTNERS LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SABRETOOTH MASTER FUND LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SABRETOOTH MASTER FUND LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GORDIJN-PLOEGMAKERS, JM   TRANSFEROR: GORDIJN-PLOEGMAKERS, JM C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF SIMMLER, DIETMAR   TRANSFEROR: SIMMLER, DIETMAR C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GORDIJN-PLOEGMAKERS, JM                                 BERJE WOLFFSTRAAT 7 SCHIJNDEL   5482 KP NETHERLANDS
HIGHLAND CRUSADER OFFSHORE PARTNERS LP                  13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGEMENT, LP DALLAS TX 75240
HIGHLAND CRUSADER OFFSHORE PARTNERS LP                  C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240
HIGHLAND CRUSADER OFFSHORE PARTNERS LP                  EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219
HIGHLAND CRUSADER OFFSHORE PARTNERS LP                  SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219
HSBC PRIVATE BANK (UK) LIMITED                          FAO: CHIEF RISK OFFICER 78 ST JAMES'S STREET LONDON   SW1A 1JB UNITED KINGDOM
KALLISTA CREDIT ARBITRAGE MASTER FUND                   C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS   75017 FRANCE
KALLISTA CREDIT OPPORTUNITIES FUND LIMITED              C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS   75017 FRANCE
KALLISTA MASTER FUND LTD                                C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS   75017 FRANCE
LOPEZ GONZALEZ, JUAN M &                                ROSARIO RAMIREZ DIAZ, MARIA D PRIV. PLAN DE AGUA PRIETEA #3522 FRACCIONAMIENTO REVOLUCION TLAQUEPAQUE JAL.   C.P.45560 MEXICO
MERRILL LYNCH CREDIT PRODUCTS, LLC                      C/O BANK OF SCOTLAND PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
OFI ASSET MANAGEMENT                                    TRANSFEROR: KALLISTA MASTER FUND LTD 1 RUE VERNIER 75017 PARIS   FRANCE
SABRETOOTH MASTER FUND LP                               TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINGTON AVENUE, 50TH FL NEW YORK NY 10174
SABRETOOTH MASTER FUND LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINGTON AVENUE, 50TH FL NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                              C/O SABRETOOTH CAPITAL MANAGEMENT LLC ATTN: BENJAMIN BAKER 405 LEXINGTON AVE., 50TH FLOOR NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                              TRANSFEROR: DEUTSCHE BANK AG LON C/O SABRETOOTH CAPITAL MANAGEMENT, LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                              TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT, LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SIEBKE, GUNTER                                          PFERDEMUNLENDAMM 11 BAD BEDERKESA   27624 GERMANY
SIMMLER, DIETMAR                                        VELSSTR. 91 BOCHUM 44803 GERMANY
SPCP GROUP, LLC                                         PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                         TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: LOPEZ GONZALEZ, JUAN M & 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: SIEBKE, GUNTER 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: ZURBARAN LIMITED 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
ZURBARAN LIMITED                                        ROOM 4209, TOWER ONE LIPPO CENTRE, 89 QUEENSWAY ADMIRALTY   HONG KONG

Total Number of Records Printed    40

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```