B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re  Lehman Brothers Holdings, Inc.          Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NPB Neue Privat Bank AG, Zuerich | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

NPB Neue Privat Bank AG
P.O. Box
Limmatquai 1,
CH8022 Zuerich
Switzerland

Court Claim # (if known): 59233
Amount of Claim: Note: This is a Partial Transfer of Claim. See attached Evidence of Transfer of Claim for Details
Date Claim Filed: 10/30/2009

Phone: +41 44 265 11 82                       Phone:
Email: brenggli@npb-bank.ch
Last Four Digits of Acct #: n/a               Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____ Date:____Dec, 21, 2011
Bernhard Renggli     Peter Gasser

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG; Zurich** ("Transferor") unconditionally and irrevocably transferred to **Neue Privat Bank AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9 day of December 2011.

UBS AG

By:_____
Name: Hugo Koller
Title: Director

By:_____
Name: Jean-Claude Besson
Title: Associate Director

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| ANN521331267 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | 5 units out of 251 units |
| ANN521332174 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | 100 units out of 550 units |

# NPB | Neue Privat Bank



United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zürich, 21. December 2011

**RE: Notice of transfer from UBS AG (the "Transferor") to NPB Neue Privat Bank AG, Zuerich, on behalf of its client/s (the "Transferee") of Lehman Brothers Securities NV – ISIN XXXXXX and the claim n.XXXX attached thereto (the "Claim")**

Dear Sirs

Reference is made to the transfer of the above mentioned Securities and the Claim attached thereto (the "Transfer") to our bank as nominee on behalf of its client/s.
In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:
1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;
2) Form "Evidence of Transfer of Claim", signed by UBS AG as Transferor, as a proof that UBS AG has transferred a registered claim to NPB Neue Privat Bank AG on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, we would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: brenggli@npb-bank.ch
Thank you very much in advance for your kind help and attention.

Yours sincerely

Bernhard Renggli    Peter Gasser

Neue Privat Bank AG
Limmatquai 1 | am Bellevue
Postfach
CH-8022 Zürich

Telefon +41 44 265 11 88
Fax +41 44 265 11 89

info@npb-bank.ch
www.npb-bank.ch