UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                              : Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           : 08-13555 (JMP)
                                                                   : (Jointly Administered)
                                  Debtors.                         :
                                                                   : Ref. Docket Nos. 23321, 23326,
                                                                   : 23327, 23330, 23653-23657, 23667,
                                                                   : 23671, 23675, 23676, 23678, 23696,
                                                                   : 23697, 23706, 23707, 23718-23720,
-----------------------------------------------------------------x : 23722-23724, 23734, 23778, 23779,
                                                                   : 23780, 23783-23785, 23790, 23791,
                                                                   : 23793-23795, 23797-23800, 23802-
                                                                   : 23807
In re                                                              :
                                                                   : Chapter 11 Case No.
LEHMAN BROTHERS SPECIAL FINANCING                                  :
INC.,                                                              : 08-13888 (JMP)
                                  Debtors.                         : (Jointly Administered)
                                                                   :
                                                                   : Ref. Docket Nos. 299-303
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
5th day of January, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANK HAPOALIM B.M.                          BANK HAPOALIM B.M.
      ATTN: DAVID HERTZ & HAROLD J. WEISSLER      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
      1177 AVENUE OF THE AMERICAS                 ATTN: DOUGLAS R. DAVIS
      NEW YORK NY 10019                           1285 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10019
```

Please note that your claim # 55854-36 in the above referenced case and in the amount of
$120,000.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

```
      SULLIVAN, ANDREW & JENNIFER
      TRANSFEROR: BANK HAPOALIM B.M.
      421 CALDWELL DRIVE
      WYCKOFF NJ 07481
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23718       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2011.

**EXHIBIT B**

08-13555-mg    Doc 24092    Filed 01/05/12    Entered 01/05/12 17:05:30    Main Document
Pg 5 of 7

```
TIME: 15:36:07                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 12/30/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ASTREA LLC | ATTN: RICHARD GRAUEL C/O CAPITAL DYNAMICS, ITS SERVICER BAHNHOFSTRASSE 22 ZUG CH-6301 SWITZERLAND |
| ASTREA LLC | FREDERICK UTLEY, ESQ. & JENNIFER DEMARCO, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") | ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID 28046 SPAIN |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") | SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") | ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS 75008 FRANCE |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: EFG BANK AG ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CASPIAN ALPHA CREDIT FUND, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS LP | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CASPIAN CORPORATE LOAN FUND, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: COSMO SECURITIES CO, LTD GUILHEM GOYARD MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| DANIEL ZWIRN IRA | TRANSFEROR: BANK HAPOALIM B.M. ATTN: DANIEL ZWIRN 595 MADISON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STANDARD BANK PLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STANDARD BANK PLC DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ERIK PENSEN BANKAKTIEBOLAG, NOMINEE | BOX 7405 STOCKHOLM 103 91 SWEDEN |
| ERIK PENSER BANKAKTIEBOLAG | BOX 7405 STOCKHOLM 103 91 SWEDEN |
| EYAT FAMILY IRREVOCABLE TRUST | TRANSFEROR: BANK HAPOALIM B.M. ATTN: TAMAR WEINSTEIN 1500 SAN REMO AVENUE, SUITE 125 CORAL GABLES FL 33146 |
| GOLD, BRADLEY | TRANSFEROR: BANK HAPOALIM B.M. 135 W. 135 W. 3RD STREET - PENTHOUSE NEW YORK NY 10012 |
| GOLDMAN SACHS & CO. | TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GRF MASTER FUND II, L.P. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| INVERSIONES NHET, S.L. | ATTN: JOSE LUIS NAVARRO IGLESIAS C/ SAN FRANCISCO DE SALES 31 MADRID 28003 SPAIN |
| INVERSIONES NHET, S.L. | DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| INVERSIONES NHET, S.L. | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ERIK PENSEN BANKAKTIEBOLAG, NOMINEE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ERIK PENSER BANKAKTIEBOLAG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LADD WEINBERG IRA | TRANSFEROR: BANK HAPOALIM B.M. 64 MAYFAIR LANE GREENWICH CT 06831 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITITES MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |

```
TIME: 15:36:07                                      LEHMAN BROTHERS HOLDING INC.                                                PAGE:  2
DATE: 12/30/11                                         CREDITOR LISTING

Name                                         Address
LONGACRE INSTITUTIONAL OPPORTUNITY FUND,     TRANSFEROR: ASTREA LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
  L.P.
LONGACRE OPPORTUNITY FUND, L.P.              TRANSFEROR: VANTAGE CAPITAL MARKETS LLP ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
LUZERNER KANTONALBANK AG                     BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                     IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                     LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MARINER LDC                                  TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153
MERRILL LYNCH CREDIT PRODUCTS, LLC           TRANSFEROR: CAJA DE AHORROS Y PENSIONES DE BARCELONA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR
                                             ONE BRYANT PARK NEW YORK NY 10036
NOMURA INTERNATIONAL PLC                     PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NOMURA INTERNATIONAL PLC                     TRANSFEROR: INVERSIONES NHET, S.L. ATTN: LUKE NOLAN 1 ANGEL LANE LONDON  EC4R 3AB UNITED KINGDOM
OZ SPECIAL MASTER FUND LTD                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                             NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                             NEW YORK NY 10019
PCI FUND L.L.C.                              SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND L.L.C.                              TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                             NEW YORK NY 10012
PENAFIEL DE INVERSIONES SICAV, SA            TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") INVERCAIXA GESTION SGIIC, SAU ATTN: LEGAL DEPARTMENT MARIA DE MOLINA, 6
                                             3RD FLOOR MADRID  28006 SPAIN
RLT HOLDINGS 2008-2, L.L.C.                  TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET
                                             BOSTON MA 02199-3600
STANDARD BANK PLC                            C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA ATTN: TRISTAN SOCAS 35 VINE STREET LONDON  EC3N 2AA UNITED KINGDOM
SULLIVAN, ANDREW & JENNIFER                  TRANSFEROR: BANK HAPOALIM B.M. 421 CALDWELL DRIVE WYCKOFF NJ 07481
TAMARKA HOLDINGS LIMITED                     TRANSFEROR: BANK HAPOALIM B.M. ATTN: URI WEINSTEIN 281 WATERFRONT DRIVE WICKHAM CAY ROAD TOWN, TORTOLA  BRITISH VIRGIN ISLANDS
U.S. BANK NATIONAL ASSOCIATION               CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR
                                             CHICAGO IL 60603
U.S. BANK NATIONAL ASSOCIATION               CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292
VANTAGE CAPITAL MARKETS LLP                  47 KING WILLIAM STREET LONDON  EC4R 9AF UNITED KINGDOM
YORVIK PARTNERS LLP                          TRANSFEROR: LUZERNER KANTONALBANK AG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
ZWIRN FAMILY INTERESTS LLC                   TRANSFEROR: BANK HAPOALIM B.M. ATTN: DANIEL ZWIRN 595 MADISON AVENUE, FLOOR 33 NEW YORK NY 10022


Total Number of Records Printed              69

                                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```