---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' TWO HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FORTY-EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

        **PLEASE TAKE NOTICE** that on January 6, 2012, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their two hundred forty-eighth omnibus objection

to claims (the "Two Hundred Forty-Eighth Omnibus Objection to Claims"), and that a hearing

(the "Hearing") to consider the Two Hundred Forty-Eighth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **February 22, 2012 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Two Hundred Forty-Eighth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **February 6, 2012 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Two Hundred Forty-Eighth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Two Hundred Forty-Eighth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:  January 6, 2012
    New York, New York

        /s/ Robert J. Lemons   
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                          :      Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :      08-13555 (JMP)
                                               :
                          Debtors.             :      (Jointly Administered)
-------------------------------------------------------------------x
```

**DEBTORS' TWO HUNDRED FORTY-EIGHTH OMNIBUS**
**OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING
THIS TWO HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION
TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO
SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN
THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT
ATTACHED THERETO TO DETERMINE WHETHER THIS
OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-
7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

   Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

   1.  The Debtors file this two hundred forty-eighth omnibus objection to claims (the "Two Hundred Forty-Eighth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking the disallowance and expungement of the claims listed on Exhibit A annexed hereto.

   2.  The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") have been amended and superseded by at least one subsequently filed, corresponding claim identified under the heading "*Surviving Claims*" (collectively, the "Surviving Claims").  The Debtors seek the disallowance and expungement from the Court's claims register of the Amended and Superseded Claims and preservation of the Debtors' right to later object to any Surviving Claim on any basis.

3.      This Two Hundred Forty-Eighth Omnibus Objection to Claims does not affect any of the Surviving Claims and does not constitute any admission or finding with respect to any of the Surviving Claims.  Further, the Debtors reserve all their rights to object on any basis to any Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

8.     On December 6, 2011, the Court approved and entered an order

confirming the Modified Third Amended Joint Chapter 11 Plan of the Debtors [Docket

No. 23023].

**The Amended and Superseded Claims Should Be Disallowed and Expunged**

9.     In reviewing the claims filed on the claims register in these cases

and maintained by the Court-appointed claims agent, the Debtors have determined that

each Amended and Superseded Claim on <u>Exhibit A</u> has been amended and superseded by

the corresponding Surviving Claim that was subsequently filed by or on behalf of the

same creditor.

10.     A filed proof of claim is "deemed allowed, unless a party in

interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the

claim's essential allegations is asserted, the claimant has the burden to demonstrate the

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

11.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant

part, that a claim may not be allowed to the extent that "such claim is unenforceable

against the debtor and property of the debtor, under any agreement or applicable law."

11 U.S.C. § 502(b)(1).  Claims that are amended and superseded by subsequent claims

filed by the same creditor are routinely disallowed and expunged.  *See, e.g.*, *In re Enron

Corp.*, Case No. 01 B 16034 (AJG), 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct.

5, 2005) (noting that "[i]n as much as the Initial Claim was amended and superceded by

the Amended Claim, it was disallowed and expunged"); *In re Best Payphones, Inc.*, Case

No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002)

(expunging amended, duplicative claim).

12.    The Debtors cannot be required to pay on the same claim more

than once. *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson,*

*& Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries

for an identical injury are generally disallowed.").  Elimination of redundant claims will

also enable the Debtors to maintain a claims register that more accurately reflects the

proper claims existing against the Debtors.

13.    Accordingly, to avoid the possibility of multiple recoveries by the

same creditor, the Debtors request that the Court disallow and expunge in their entirety

the Amended and Superseded Claims listed on <u>Exhibit A</u>.[1]  The Surviving Claims will

remain on the claims register subject to further objections on any basis.

<u>Notice</u>

14.    No trustee has been appointed in these chapter 11 cases.  The

Debtors have served notice of this Two Hundred Forty-Eighth Omnibus Objection to

Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; (vi) the claimants listed on

<u>Exhibit A</u> annexed hereto; and (vii) all other parties entitled to notice in accordance with

the procedures set forth in the second amended order entered on June 17, 2010, governing

---

[1]  Where a creditor has filed different documentation in support of the Amended and Superseded Claim and
the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in
support of the Surviving Claim.

case management and administrative procedures for these cases [Docket No. 9635]. The

Debtors submit that no other or further notice need be provided.

15. No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: January 6, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28210 | $24,113,556.60* | ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67770 | $24,135,619.55* |
| 2 | ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 09/16/2009 | 08-13555 (JMP) | 13875 | $27,101,612.11* | CENTRICA ENERGY LTD F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 12/08/2011 | 08-13555 (JMP) | 67784 | $75,536,358.75* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| **3  ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM** | 09/16/2009 | 08-13885 (JMP) | 13879 | $27,101,612.11* | **CENTRICA ENERGY LTD F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM** | 12/08/2011 | 08-13885 (JMP) | 67783 | $75,536,358.75* |
| **4  ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004** | 11/04/2008 | 08-13555 (JMP) | 491 | $2,281,015.07 | **ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN:  PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004** | 09/21/2009 | 08-13555 (JMP) | 33494 | $2,295,433.32 |
| **5  ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004** | 11/04/2008 | 08-13893 (JMP) | 493 | $2,281,015.07* | **ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN:  PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004** | 09/21/2009 | 08-13893 (JMP) | 33493 | $2,295,433.32 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | AVATAR NEW YORK, LLC 122 HUDSON ST APT 4 NEW YORK, NY 10013-2355 | 10/09/2008 | 08-13555 (JMP) | 131 | $5,750.00 | AVATAR NEW YORK, LLC 40 WORTH ST., # 1219 NEW YORK, NY 10013 | 05/26/2009 | 08-13555 (JMP) | 4548 | $5,750.00 |
| 7 | BAA PENSION TRUST COMPANY LTD. C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28209 | $11,434,610.67* | BAA PENSION TRUST COMPANY LTD. C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67767 | $11,456,673.62* |
| 8 | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 09/18/2009 | 08-13555 (JMP) | 16687 | $1,102.83* | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 12/06/2011 | 08-13555 (JMP) | 67765 | $1,102.83 |
| 9 | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 09/18/2009 | 08-13901 (JMP) | 16770 | $1,102.83 | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 12/06/2011 | 08-13901 (JMP) | 67764 | $1,102.83 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 10 | BAYERISCHE LANDESBANK ATTN: HERALD GLOECKL BRIENNER STRASSE 18 80333, MUENCHEN, GERMANY | 09/21/2009 | 08-13900 (JMP) | 19962 | $651,291.08* | BAYERISCHE LANDESBANK ATTN: HARALD GLOECKI BRIENNER STRABE 18 MUENCHEN, 80333 GERMANY | 12/22/2011 | 08-13900 (JMP) | 67810 | $14,447,841.71* |
| 11 | ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE C/O ELLIOTT MANAGEMENT CORPORATION;ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 09/17/2009 | 08-13555 (JMP) | 15630 | $32,737,874.30* | ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 12/05/2011 | 08-13555 (JMP) | 67756 | $51,363,854.00* |
| 12 | ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE C/O ELLIOTT MANAGEMENT CORPORATION;ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 09/17/2009 | 08-13555 (JMP) | 15631 | $126,839,050.09* | ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 12/05/2011 | 08-13555 (JMP) | 67758 | $75,780,735.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE, ACTING THROUGH ITS LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 09/22/2009 | 08-13555 (JMP) | 28256 | $610,925.99* | ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 12/05/2011 | 08-13555 (JMP) | 67757 | $650,450.00* |
| 14 | FONTAINEBLEAU RESORT PROPERTIES 1, LLC C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE, FL 33302 | 10/28/2010 | 08-13555 (JMP) | 67161 | Undetermined | FONTAINEBLEAU RESORT PROPERTIES 1, LLC ATTN: MARIO A. ROMINE 19950 WEST COUNTRY CLUB DRIVE AVENTURA, FL 33180 | 12/19/2011 | 08-13555 (JMP) | 67803 | Undetermined |
| 15 | FONTAINEBLEAU RESORTS, LLC C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE, FL 33302 | 10/28/2010 | 08-13555 (JMP) | 67160 | Undetermined | FONTAINEBLEAU RESORTS, LLC ATTN: MARIO A. ROMINE 19950 WEST COUNTRY CLUB DRIVE, TENTH FLOOR AVENTURA, FL 33180 | 12/19/2011 | 08-13555 (JMP) | 67802 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 GOAL LINE PARTNERS, LLC TRANSFEROR: BANK OF AMERICA, N.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 10/29/2009 | 08-13888 (JMP) | 64070 | $301,804,617.14 | GIANTS STADIUM LLC ATTN: CHRISTINE PROCOPS MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 EAST RUTHERFORD, NJ 07073 | 12/06/2011 | 08-13888 (JMP) | 67782 | $585,210,327.94 |
| 17 ING BELGIEM SA/NV ATTN: C. WYCKMANS MARNIXLAAN 24 1000 BRUSSELS, BELGIUM | 09/14/2009 | 08-13555 (JMP) | 12461 | $4,438,752.67 | ING BELGIUM N.W./S.A. ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS, 1000 BELGIUM | 12/06/2011 | 08-13555 (JMP) | 67778 | $5,800,793.33* |
| 18 ING LIFE INSURANCE & ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13888 (JMP) | 11147 | $1,776,670.08 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13888 (JMP) | 67808 | $5,080,028.42* |
| 19 ING LIFE INSURANCE & ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13555 (JMP) | 11148 | $1,776,670.08 | ING LIFE INSURANCE AND ANNUITY COMPANY C.O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13555 (JMP) | 67806 | $5,080,028.42* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST-EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27416 | $36,781.00* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST-EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67759 | $48,601.64* |
| 21 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27415 | $25,870,898.95* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67760 | $25,965,464.03* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 22  INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27417 | $31,158.00* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67755 | $42,990.64 |
| 23  LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECOOPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13901 (JMP) | 63454 | $78,152,567.61 | PRICEWATERHOUSECOOPERS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13901 (JMP) | 67797 | $150,321,706.19* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 24 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13893 (JMP) | 63455 | $783,959,848.92 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13893 (JMP) | 67796 | $386,290,347.92* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13888 (JMP) | 63456 | $2,954,507,228.17 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13888 (JMP) | 67795 | $552,816,931.19* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 26 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13900 (JMP) | 63457 | $35,347.75 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13900 (JMP) | 67794 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27  LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13885 (JMP) | 63458 | $83,015,075.16 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13885 (JMP) | 67793 | Undetermined |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 28 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63459 | $5,955,424,046.82 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 | 12/13/2011 | 08-13555 (JMP) | 67798 | $132,079,209.73* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 29 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63460 | $953,950,559.88 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13555 (JMP) | 67792 | $652,183,136.95* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 30 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63847 | $52,280,310,937.51* | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN: DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION STAMPFENBACHSTRASSE, 8006 SWITZERLAND | 12/13/2011 | 08-13555 (JMP) | 67800 | $14,608,906,300.49* |
| 31 | LLOYD'S SYNDICATE 2010 CATHEDRAL UNDERWRITING LIMITED 5TH FLOOR, FITZWILLIAM HOUSE 10 ST MARY AXE LONDON, EC3A 8EN UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25926 | $4,276,164.25 | LLOYD'S SYNDICATE 2010 CATHEDRAL UNDERWRITING LIMITED 5TH FLOOR, FITZWILLIAM HOUSE 10 ST. MARY AXE LONDON, EC3A 8EN UNITED KINGDOM | 12/12/2011 | 08-13555 (JMP) | 67788 | $8,750,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | NATIONALE NEDERLANDEN INTERFINANCE BV C/O ING INVESTMENT MANAGEMENT ATTN: A. DO CARMO TEODORO PRINSES BEATRIXLAAN 15 THE HAGUE, 2595 AK NETHERLANDS | 09/15/2009 | 08-13555 (JMP) | 12839 | $29,190,421.25 | NATIONALE-NEDERLANDEN INTERFINANCE B.V. C/O ING INVESTMENT MANAGEMENT ATTN: MARICE THEWESSEN SCHENKKADE 65 THE HAGUE, NETHERLANDS | 12/06/2011 | 08-13555 (JMP) | 67777 | $31,691,640.03* |
| 33 | REID STREET RETIREMENT GLOBAL BOND FUND ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28211 | $2,644,747.66* | REID STREET RETIREMENT GLOBAL BOND FUND C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67771 | $2,666,810.61* |
| 34 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13888 (JMP) | 11311 | $559,191.09 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE NEW YORK, NY 10169 | 12/20/2011 | 08-13888 (JMP) | 67809 | $1,598,893.70* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 35 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13555 (JMP) | 11312 | $559,191.09 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13555 (JMP) | 67807 | $1,598,893.70* |
| 36 | SAUDI ARABIAN MONETARY AGENCY ATTN: DAVID WITZER C/O ROGGER GLOBAL PARTNERS PIC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28212 | $3,137,756.42* | SAUDI ARABIAN MONETARY AGENCY C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67772 | $3,159,819.37* |
| 37 | SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28208 | $1,000,000.00* | SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67773 | $1,022,062.95* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 38 | STICHTING CUSTODY ROBECO INSTITUTIONAL C/O MOSES & SINGER LLP ATTN: ALAN KOLOD AND KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK, NY 10174-1299 | 09/21/2009 | 08-13555 (JMP) | 22180 | $4,268,649.79* | STICHTING CUSTODY ROBECO INSTITUTIONAL C/O MOSES & SINGER LLP ATTN: ALAN KOLOD/KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK, NY 10174-1299 | 12/14/2011 | 08-13555 (JMP) | 67789 | $4,712,129.21* |
| 39 | STICHTING PENSIOENFONDS APOTHEKERS ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28206 | $427,423.51* | STICHTING PENSIOENFONDS APOTHEKERS C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67775 | $449,486.46* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 40  **STICHTING PENSIOENFONDS DE ENCI C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 28205 | $179,304.17* | **STICHTING PENSIOENFONDS DE ENCI C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 12/06/2011 | 08-13555 (JMP) | 67776 | $201,367.12* |
| 41  **SUTTER HEALTH- EDEN ACCOUNT ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 28214 | $24,795.85* | **SUTTER HEALTH- EDEN ACCOUNT C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 12/06/2011 | 08-13555 (JMP) | 67769 | $46,858.80* |
| 42  **TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105** | 09/03/2009 | 08-13888 (JMP) | 10172 | $39,595,831.60 | **TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105** | 12/05/2011 | 08-13888 (JMP) | 67761 | $40,596,803.97 |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 43 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 09/03/2009 | 08-13555 (JMP) | 10173 | $39,595,831.60 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13555 (JMP) | 67763 | $40,596,803.97 |
| 44 | TRAFALGAR HOUSE C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28207 | $3,000,000.00* | TRAFALGAR HOUSE C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67774 | $3,022,062.95* |
| 45 | WOO HAY TONG INVESTMENTS LTD. ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28213 | $6,239.50* | WOO HAY TONG INVESTMENTS LTD. C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67768 | $28,302.45* |

TOTAL    $63,808,717,226.27

* - Indicates claim contains unliquidated and/or undetermined amounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                   :
                          Debtors.                 :        (Jointly Administered)
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the two hundred forty-eighth omnibus objection to claims, dated

January 6, 2012 (the "Two Hundred Forty-Eighth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d)

of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures

for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking

disallowance and expungement of the Amended and Superseded Claims on the basis that

such claims have been amended and superseded by the corresponding Surviving Claims,

all as more fully described in the Two Hundred Forty-Eighth Omnibus Objection to

Claims; and due and proper notice of the Two Hundred Forty-Eighth Omnibus Objection

to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the

claimants listed on Exhibit A attached to the Two Hundred Forty-Eighth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Forty-Eighth Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Forty-Eighth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Forty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; *provided, however,* that notwithstanding anything herein to the contrary, the Debtors may not object to a Surviving Claim that is listed on <u>Exhibit 1</u> annexed hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Two Hundred Forty-Eighth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases (the "<u>Reinstated </u>

Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim, including, but not limited to, amended derivative and guarantee questionnaires and supporting documentation, shall be deemed timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE