---

**THIS OBJECTION SEEKS TO REVALUE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF TWO HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
--------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

**PLEASE TAKE NOTICE** that on January 6, 2012, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their two hundred fifty-first omnibus objection to

claims (the "Two Hundred Fifty-First Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Two Hundred Fifty-First Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **February 22, 2012 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Two Hundred

Fifty-First Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules

of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with

the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.);

(iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New

York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea

B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed

in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York,

New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.),

US_ACTIVE:\43890973\03\58399.0008

so as to be so filed and received by no later than **February 6, 2012 at 4:00 p.m. (Eastern Time)**

(the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Two Hundred Fifty-First Omnibus Objection to Claims or any claim

set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Two Hundred

Fifty-First Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated: January 6, 2012
      New York, New York

          /s/ Robert J. Lemons
          Robert J. Lemons

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

US_ACTIVE:\43890973\03\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**DEBTORS' TWO HUNDRED FIFTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

---

**THIS OBJECTION SEEKS TO REVALUE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF TWO HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

## Relief Requested

1.    The Debtors file this two hundred fifty-first omnibus objection to

claims (the "Two Hundred Fifty-First Omnibus Objection to Claims"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664],

seeking to revalue, reclassify (in certain instances), modify the Debtor entity (in certain

instances), and allow the claims listed on Exhibit A annexed hereto.[1]

2.    The Debtors have examined the proofs of claim identified on Exhibit

A and have determined that the proofs of claim listed on Exhibit A (collectively, the

"Settled Derivatives Claims") should be revalued, reclassified (in certain instances),

modified (in certain instances), and allowed to the extent set forth therein.  Pursuant to

this Court's order approving procedures for the settlement or assumption and assignment

of prepetition derivatives contracts (the "December Order") [Docket No. 2257], claimants

and the Debtors have negotiated settlements of disputes related to derivatives claims.

These settlements include agreements regarding the claim amounts and identity of the

---

[1] Not all claims listed on Exhibit A require reclassification or modification of the Debtor entity.  Exhibit A,
however, sets forth which specific claims will be reclassified as non-priority, general unsecured claims
pursuant to the parties' agreements, as well as against which Debtor the claim shall be allowed.

correct Debtor entity against whom the claim is properly asserted.  The settlements are reflected in executed termination agreements among the relevant parties or have been agreed to by the relevant parties in other writings or oral agreements.  The proofs of claim being objected to are not consistent with the terms of such settlements.  The Debtors, therefore, request that the Court revalue, reclassify, and/or modify, as appropriate, each such claim to reflect (a) the Debtor listed on <u>Exhibit A</u> under the column heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified Amount,"* and (c) the classification listed under the column heading *"Modified Class."*  The Debtors further request that the Court allow each such claim only to the extent of such Modified Amount and Modified Class and only as to the Modified Debtor.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivatives contracts.

7.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

8.      On December 6, 2011, the Court approved and entered an order confirming the Modified Third Amended Joint Chapter 11 Plan of the Debtors [Docket No. 23023].

### The Settled Derivatives Claims
### Should Be Revalued, Reclassified, Modified, and Allowed

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors have specifically negotiated a settlement with the claimants for a total claim amount and (in certain instances) a classification and against a Debtor entity that is not the amount, classification, and/or Debtor entity that is reflected on such claimants' proof of claim.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15

(Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539

(Bankr. S.D.N.Y. 2000).

      11.    Pursuant to the December Order, the Debtors engaged in negotiations

with certain claimants that had filed proofs of claim against the Debtors asserting

obligations based on prepetition derivatives contracts.  The Debtors and these claimants

negotiated and agreed to claim amounts and (in certain instances) classifications and

Debtor entities against which the claims are to be asserted that are not reflected on the

proof of claim forms filed by these claimants.  The agreements regarding the claim

amounts, classification, and designation as to appropriate Debtor counterparty are

reflected either in an executed termination agreement or other writing or oral agreement.

      12.    The holders of the Settled Derivatives Claims agreed that their claims

are properly asserted against the Debtor counterparty that is reflected on Exhibit A under

the column heading *"Modified Debtor,"* and in the amounts and classifications that are

reflected under the column headings *"Modified Amount"* and *"Modified Class."*  The

Debtors are seeking only to reclassify claims or modify the Debtor where the claimant's

proof of claim is not consistent with the Debtors' settlement with the claimant.

Accordingly, in order to properly reflect the Debtors' and claimants' agreements with

respect to the Debtor entity, amount, and classification of these claims, the Debtors

request that the Court revalue, reclassify, and/or modify (as appropriate) each Settled

Derivatives Claim to reflect (a) the Debtor entity listed on Exhibit A under the column

heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified*

*Amount,"* and (c) the classification under the column heading *"Modified Class."* The Debtors further request that the Court allow each such Settled Derivatives Claim only to the extent of such modified amount and classification listed on <u>Exhibit A</u> under the column headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified Debtor"* set forth therein.

### <u>Notice</u>

13.   No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Two Hundred Fifty-First Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u>; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

14.   No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated: January 6, 2012
      New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANGLO IRISH BANK CORPORATION PLC C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN ESQ THE CHRYSLER BLDG 405 LEXINGTON AVENUE - 7TH FL NEW YORK, NY 10174 | 15654 | 09/17/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,197,194.86 | Lehman Brothers Commercial Corporation | Unsecured | $1,077,475.37 |
| 2 | ANGLO IRISH BANK CORPORATION PLC C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ. 405 LEXINGTON AVENUE - 7TH FLOOR NEW YORK, NY 10174 | 15655 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,197,194.86 | Lehman Brothers Holdings Inc. | Unsecured | $1,077,475.37 |
| 3 | BAYVIEW FINANCIAL, L.P. ATTN: MICHAEL GUSS, ESQ. 4425 PONCE DE LEON BLVD. CORAL GABLES, FL 33146 | 67021 | 08/13/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $291,016.26* | Lehman Brothers Special Financing Inc. | Unsecured | $291,016.26 |
| 4 | BP CANADA ENERGY COMPANY KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK, NY 10178 | 17544 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,834,441.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,834,441.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | BP CANADA ENERGY COMPANY KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK, NY 10178 | 17551 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,834,441.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $2,834,441.00 |
| 6 | BP CORPORATION NORTH AMERICA INC. KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17552 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $22,786,380.00* | Lehman Brothers Holdings Inc. | Unsecured | $22,786,380.00 |
| 7 | BP CORPORATION NORTH AMERICA INC. KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17553 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $22,786,380.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $22,786,380.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | BP GAS MARKETING LIMITED KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17545 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,755,730.65* | Lehman Brothers Commodity Services Inc. | Unsecured | $3,755,730.65 |
| 9 | BP GAS MARKETING LIMITED KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17546 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,755,730.65* | Lehman Brothers Holdings Inc. | Unsecured | $3,755,730.65 |
| 10 | BP MASTER TRUST FOR EMPLOYEE PENSION PLANS BLACK ROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 67491 | 05/18/2011 | Lehman Brothers Holdings Inc. | Unsecured | $1,972,122.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,972,122.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFERER: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 66801 | 06/07/2010 | Lehman Brothers Holdings Inc. | Unsecured | $10,546,250.00* | Lehman Brothers Holdings Inc. | Unsecured | $10,546,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,440,000.00* | | | $4,440,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $8,051,250.00* | | | $8,051,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,462,500.00* | | | $4,462,500.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: HUDSON BAY MASTER FUND LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE 30TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 12 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 66802 | 06/07/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $10,546,250.00* | Lehman Brothers Special Financing Inc. | Unsecured | $10,546,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,440,000.00* | | | $4,440,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $8,051,250.00* | | | $8,051,250.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| **TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005** | | | | | $4,462,500.00* | | | $4,462,500.00 |
| **TRANSFERRED TO: HUDSON BAY MASTER FUND LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE., 30TH FLOOR NEW YORK, NY 10017** | | | | | $10,000,000.00* | | | $10,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66652[1] | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00 |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,480,480.00* | | | $4,480,480.00 |

---

[1] Claim 66652 has been asserted in the amount of $16,000,000 plus unliquidated amounts. Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66652 asserting a claim totaling $16,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Special Situations Fund, L.P., LBSF, and LBHI. The portion of Claim 66652 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of February 26, 2008 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66652 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|------------------|--------|-------|------------------|
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,519,520.00* | | | $3,519,520.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66653[2] | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

[2] Claim 66653 has been asserted in the amount of $264,000,000 plus unliquidated amounts.  Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66653 asserting a claim totaling $264,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Master Fund I, Ltd., LBSF, and LBHI.  The portion of Claim 66653 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of December 18, 2007 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66653 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CFIP MASTER FUND, LTD TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $25,000,000.00* | | | $25,000,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $6,086,400.00* | | | $6,086,400.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $2,412,900.00* | | | $2,412,900.00 |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,087,100.00* | | | $1,087,100.00 |
| **TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,500,000.00* | | | $1,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,964,000.00* | | | $4,964,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $5,036,000.00* | | | $5,036,000.00 |
| **TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022** | | | | | $7,875,000.00* | | | $7,875,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|----------------|-----------------|-----------------|----------------|-----------------|
| TRANSFERRED TO: ETON PARK MASTER FUND, LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK, NY 10022 | | | | | $14,625,000.00* | | | $14,625,000.00 |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $3,400,000.00* | | | $3,400,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,087,100.00* | | | $1,087,100.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $2,412,900.00* | | | $2,412,900.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | | $25,000,000.00* | | | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $7,500,000.00* | | | $7,500,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $986,000.00* | | | $986,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: SPCP GROUP,LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,215,000.00* | | | $1,215,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,784,000.00* | | | $1,784,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|--------|--------|--------|--------|--------|
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |
| TRANSFERRED TO: YORK GLOBAL FINANCE BDH, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | | | | | $38,000,000.00* | | | $38,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $5,000,000.00* | | | $5,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH, CT 06830 | | | | | $1,015,000.00* | | | $1,015,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 | |
| TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED, ATTN: ABI RIEHL KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | | | | | $20,000,000.00* | | | $20,000,000.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|-----------|--------|----------------|--------|--------|----------------|--------|
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $3,913,600.00* | | | $3,913,600.00 |
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $1,120,120.00* | | | $1,120,120.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $879,880.00* | | | $879,880.00 |
| **TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213** | | | | | $2,000,000.00* | | | $2,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|----------------|-----------------|-----------------|----------------|-----------------|
| TRANSFERRED TO: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $8,152,000.00* | | | $8,152,000.00 |
| TRANSFERRED TO: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $287,000.00* | | | $287,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: WATERSTONE MF FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $1,561,000.00* | | | $1,561,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66654[3] | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00 |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,480,480.00* | | | $4,480,480.00 |

---

[3] Claim 66654 has been asserted in the amount of $16,000,000 plus unliquidated amounts. Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66654 asserting a claim totaling $16,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Special Situations Fund, L.P., LBSF, and LBHI. The portion of Claim 66654 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of February 26, 2008 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66654 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS SPECIAL SITUATONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,519,520.00* | | | $3,519,520.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 16 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66655 | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P.ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $6,086,400.00* | | | $6,086,400.00 | |
| TRANSFERRED TO: CFIP MASTER FUND LIMITED TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEYC/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE CHICAGO, IL 60606 | | | | | $25,000,000.00* | | | $25,000,000.00 | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $2,412,900.00* | | | | $2,412,900.00 |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,087,100.00* | | | | $1,087,100.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,913,600.00* | | | $3,913,600.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $5,036,000.00* | | | $5,036,000.00 |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLCATTN: LEGAL DEPARTMEN T71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $15,000,000.00* | | | $15,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|-----------------|--------|-------|-----------------|
| TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | | $7,875,000.00* | | | $7,875,000.00 |
| TRANSFERRED TO: ETON PARK MASTER FUND, LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK, NY 10022 | | | | | $14,625,000.00* | | | $14,625,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $3,400,000.00* | | | $3,400,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $2,412,900.00* | | | $2,412,900.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,087,100.00* | | | $1,087,100.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | | $7,500,000.00* | | | $7,500,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLCC/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $25,000,000.00* | | | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,215,000.00* | | | $1,215,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,784,000.00* | | | $1,784,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $986,000.00* | | | $986,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,015,000.00* | | | $1,015,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A.AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS GREENWICH, CT 06830 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: YORK GLOBAL FINANCE BDH, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENTATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | | | | | $38,000,000.00* | | | $38,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $5,000,000.00* | | | $5,000,000.00 | |
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED, ATTN: ABI RIEHL KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD** | | | | | $20,000,000.00* | | | $20,000,000.00 |
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $879,880.00* | | | $879,880.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $1,120,120.00* | | | $1,120,120.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,964,000.00* | | | $4,964,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $2,000,000.00* | | | $2,000,000.00 |
| TRANSFERRED TO: WATERSTONE MF FUND, LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $1,561,000.00* | | | $1,561,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $8,152,000.00* | | | $8,152,000.00 |
| TRANSFERRED TO: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $287,000.00* | | | $287,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN, GERMANY | 12880 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $44,949,822.43* | Lehman Brothers Special Financing Inc. | Unsecured | $22,800,000.00 |
| 18 | LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN, GERMANY | 12895 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $44,949,822.43* | Lehman Brothers Holdings Inc. | Unsecured | $22,800,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | 66799 | 06/07/2010 | Lehman Brothers Holdings Inc. | Unsecured | $24,000,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $24,000,000.00 |
| | TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RAPH POSNER C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $5,000,000.00* | | | $5,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|--------|--------|--------|-------|--------|
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: STONE LION PORTFOLIO LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $10,000,000.00* | | | $10,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | 66800 | 06/07/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $24,000,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $24,000,000.00 |
| | TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RAPH POSNER C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $5,000,000.00* | | | $5,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: STONE LION PORTFOLIO LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTHE AVENUE, 14TH FLOOR NEW YORK, NY 10017 | | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | | $10,000.000.00* | | | $10,000.000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | MZ57, L.L.C. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED P.O. BOX 8301 NEW YORK, NY 10150 | 18800 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $783,143.84* | Lehman Brothers Special Financing Inc. | Unsecured | $250,000.00 |
| | TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK SURREY, KT11 2PD UNITED KINGDOM | | | | | $783,143.83* | | | $250,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | MZ57, L.L.C. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED P.O. BOX 8301 NEW YORK, NY 10150 | 18801 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $803,469.83* | Lehman Brothers Holdings Inc. | Unsecured | $250,000.00 |
| | TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK SURREY, KT11 2PD UNITED KINGDOM | | | | | $803,469.84* | | | $250,000.00 |
| | | | | | TOTAL | $919,483,503.48 | | TOTAL | $872,771,192.30 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :        **08-13555 (JMP)**
                                                         :
                                    **Debtors.**         :        **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred fifty-first omnibus objection to claims, dated

January 6, 2012 (the "Two Hundred Fifty-First Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking to revalue, reclassify (in certain instances), modify the Debtor entity (in certain

instances), and allow the Settled Derivatives Claims on the grounds that the Debtors and

claimants have agreed upon a claim amount and, in certain instances, a classification and

Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as

more fully described in the Two Hundred Fifty-First Omnibus Objection to Claims; and

due and proper notice of the Two Hundred Fifty-First Omnibus Objection to Claims

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-First Omnibus Objection to Claims.

Service; (v) the United States Attorney for the Southern District of New York; (vi) each

claimant listed on Exhibit A attached to the Two Hundred Fifty-First Omnibus Objection

to Claims; and (vii) all other parties entitled to notice in accordance with the procedures

set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [Docket No. 9635]; and it

appearing that no other or further notice need be provided; and the Court having found

and determined that the relief sought in the Two Hundred Fifty-First Omnibus Objection

to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in

interest and that the legal and factual bases set forth in the Two Hundred Fifty-First

Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-First

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount and classification and

against the Debtor that is set forth on Exhibit 1 under the column headings *"Modified

Amount," "Modified Class,"* and *"Modified Debtor,"* respectively; *provided that*, the

holder of a Settled Derivatives Claim against both (i) a Debtor based on a derivatives

contract and (ii) LBHI based on its guarantee relating to that derivatives contract may not

receive an aggregate recovery in respect of the Settled Derivatives Claim greater than the

applicable *"Modified Amount"*; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due

to the claimant under, in respect of, or related to the applicable derivatives contract and

(ii) the Settled Derivatives Claims shall represent the sole right of the claimant to any

distributions from the applicable Modified Debtor under, in respect of, or related to the

applicable derivatives contracts; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on <u>Exhibit 1</u> annexed hereto; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Two

Hundred Fifty-First Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u>

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE