HEARING DATE AND TIME:  February 22, 2012 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE:  February 6, 2012 at 4:00 p.m. (Eastern Time)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF TWO HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                         :     Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :     08-13555 (JMP)
                                              :
                        Debtors.              :     (Jointly Administered)
-------------------------------------------------------------------x
```

### NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

        **PLEASE TAKE NOTICE** that on January 6, 2012, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their two hundred fifty-second omnibus objection

to claims (the "Two Hundred Fifty-Second Omnibus Objection to Claims"), and that a hearing

1

(the "Hearing") to consider the Two Hundred Fifty-Second Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **February 22, 2012 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Two Hundred Fifty-Second Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

2

Evan Fleck, Esq.), so as to be so filed and received by no later than **February 6, 2012 at 4:00**

**p.m. (Eastern Time)** (the "Response Deadline").

                    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Two Hundred Fifty-Second Omnibus Objection to Claims or any claim

set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Two Hundred

Fifty-Second Omnibus Objection to Claims, which order may be entered with no further notice

or opportunity to be heard offered to any party.

Dated: January 6, 2012
      New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                          :     **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :     **08-13555 (JMP)**
                                                               :
                                    **Debtors.**    :     **(Jointly Administered)**
-------------------------------------------------------------------x

**DEBTORS' TWO HUNDRED FIFTY-SECOND OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING
THIS TWO HUNDRED FIFTY-SECOND OMNIBUS OBJECTION
TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO
SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN
THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT
ATTACHED THERETO TO DETERMINE WHETHER THIS
OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS'
COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

### **Relief Requested**

1.      The Debtors file this two hundred fifty-second omnibus objection

to claims (the "Two Hundred Fifty-Second Omnibus Objection to Claims"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664],

seeking to disallow and expunge the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,

the "Settled Derivatives Claims") should be disallowed and expunged, to the extent set

forth therein, as contrary to the settlements that the parties have entered into.  Pursuant to

this Court's order approving procedures for the settlement or assumption and assignment

of prepetition derivatives contracts (the "December Order") [Docket No. 2257], claimants

and the Debtors have negotiated settlements of disputes related to derivatives claims.

These settlements provide for resolution of the derivatives claims with a payment to the

Debtors, with no amounts being due between the parties, or with the counterparty being

granted a single allowed derivatives claim against one or more Debtor counterparties for

2

a release of all other derivatives claims the claimant has asserted related thereto.  The

settlements are reflected in executed termination agreements among the relevant parties

or have been agreed to by the relevant parties in other writings.  The proofs of claim

being objected to are not consistent with such settlements as they seek to recover amounts

based on prepetition derivatives contracts for which the applicable Debtor does not have

liability.  The Debtors, therefore, request that the Court disallow and expunge the Settled

Derivatives Claims.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to

28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated

for procedural purposes only and are being jointly administered pursuant to Bankruptcy

Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for Region 2

(the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to

section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivatives contracts.

7.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

8.      On December 6, 2011, the Court approved and entered an order confirming the Modified Third Amended Joint Chapter 11 Plan of the Debtors [Docket No. 23023].

**The Settled Derivatives Claims Should Be Disallowed and Expunged**

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims listed on Exhibit A as being claims for which the Debtors specifically negotiated a settlement with the claimants for (i) a payment to the Debtors, (ii) no payment by either party, or (iii) a single recovery against one or more Debtors in exchange for a release of all other related derivatives claims.  The Settled Derivatives Claims are not consistent with the settlements.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15

(Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539

(Bankr. S.D.N.Y. 2000).

          11.      Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivatives contracts.  The Debtors and these

claimants negotiated and agreed that these derivatives claims would be resolved by (i) no

amounts being due between the parties, (ii) the claimants making a payment to the

Debtors, or (iii) the claimant having a single allowed claim against one or more Debtor

counterparties in exchange for a release of all other derivatives claims that it has asserted

related thereto.  The agreements are reflected in executed termination agreements or other

writings.  In order to properly reflect the Debtors' and claimants' agreements, the Debtors

request that the Court disallow and expunge the Settled Derivatives Claims listed on

Exhibit A to the extent set forth therein.

### Notice

          12.      No trustee has been appointed in these chapter 11 cases.  The

Debtors have served notice of this Two Hundred Fifty-Second Omnibus Objection to

Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; (vi) each claimant listed on

Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures

set forth in the second amended order entered on June 17, 2010, governing case

management and administrative procedures for these cases [Docket No. 9635].  The

Debtors submit that no other or further notice need be provided.

5

13.    No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting

the relief requested herein and such other and further relief as is just.

Dated: January 6, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS LIFE INSURANCE CO., INC. C/O AVIVA INVESTORS NORTH AMERICA, INC., ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/22/2011 | 67814 | $0.00 | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2008-4 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17947 | Undetermined | Settled Derivatives Claim |
| 3 | BERYL FINCANCE LIMITED SERIES 2008-4 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17943 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | DEUTSCHE BANK AG ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK, NY 10005-2858 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26969[1] | $2,092,942,561.75* | Settled Derivatives Claim |
| 5 | DEUTSCHE BANK AG ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK, NY 10005-2858 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26970[2] | $40,000,086.98* | Settled Derivatives Claim |
| 6 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01I C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17999 | Undetermined | Settled Derivatives Claim |

---

[1] $620,345,695 of Claim 26969 has been allowed per that certain Termination and Settlement Agreement dated as of June 29, 2011 by and among Deutsche Bank AG, Lehman Brothers Special Financing, Inc., and Lehman Brothers Holdings, Inc. (the "Allowed Claim"). The remainder of Claim 26969 is being disallowed and expunged pursuant to the Two Hundred Fifty-Second Omnibus Objection to Claims. The Allowed Claim is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Fifty-Second Omnibus Objection to Claims.

[2] $26,576,276 of Claim 26970 has been allowed per that certain Termination and Settlement Agreement dated as of June 29, 2011 by and among Deutsche Bank AG, Lehman Brothers Commercial Corporation, and Lehman Brothers Holdings, Inc. (the "Allowed Claim"). The remainder of Claim 26970 is being disallowed and expunged pursuant to the Two Hundred Fifty-Second Omnibus Objection to Claims. The Allowed Claim is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Fifty-Second Omnibus Objection to Claims.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01I C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18000 | Undetermined | Settled Derivatives Claim |
| 8 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01J C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17997 | Undetermined | Settled Derivatives Claim |
| 9 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01K C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17995 | Undetermined | Settled Derivatives Claim |

08-13555-mg   Doc 24109   Filed 01/06/12   Entered 01/06/12 17:51:10   Main Document
Pg 14 of 22


IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01K C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17996 | Undetermined | Settled Derivatives Claim |
| 11 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01L C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17993 | Undetermined | Settled Derivatives Claim |
| 12 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01L C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17994 | Undetermined | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 4 of 9

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | EXCALIBUR FUNDING NO. 1 PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON, EC2M 7JH UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28801 | Undetermined | Settled Derivatives Claim |
| 14 | EXCALIBUR FUNDING NO. 1 PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON, EC2M 7JH UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28802 | Undetermined | Settled Derivatives Claim |
| 15 | NORTHCREST, INC. 1801 20TH STREET AMES, IA 50010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28736 | Undetermined | Settled Derivatives Claim |
| 16 | NORTHCREST, INC. 1801 20TH STREET AMES, IA 50010 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28737 | Undetermined | Settled Derivatives Claim |
| 17 | PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC PHOEBE BERKS HEALTH CARE CENTER, INC. & PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14387 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC., PHOEBE BERKS HEALTH CARE CENTER, INC. AND PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/16/2009 | 14070 | Undetermined | Settled Derivatives Claim |
| 19 | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEXAS ATTN: STEVE AILEY 4000 MIDWAY ROAD CARROLLTON, TX 75007 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30749 | Undetermined | Settled Derivatives Claim |
| 20 | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEXAS ATTN : STEVE AILEY 4000 MIDWAY ROAD CARROLLTON, 75007 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 30750 | Undetermined | Settled Derivatives Claim |
| 21 | RUBY FINANCE PLC - SERIES 2005-IA10 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 25807 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | RUBY FINANCE PLC - SERIES 2005-IA10 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25808 | Undetermined | Settled Derivatives Claim |
| 23 | RUBY FINANCE PLC - SERIES 2005-IA11 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25809 | Undetermined | Settled Derivatives Claim |
| 24 | RUBY FINANCE PLC - SERIES 2005-IA11 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25811 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | RUBY FINANCE PLC - SERIES 2005-IA12 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25810 | Undetermined | Settled Derivatives Claim |
| 26 | RUBY FINANCE PLC - SERIES 2005-IA12 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25812 | Undetermined | Settled Derivatives Claim |
| 27 | RUBY FINANCE PLC - SERIES 2005-IA13 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25813 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | RUBY FINANCE PLC - SERIES 2005-IA13 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25814 | Undetermined | Settled Derivatives Claim |
| 29 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27160 | Undetermined | Settled Derivatives Claim |
| 30 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30980 | $20,803.10* | Settled Derivatives Claim |
| 31 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32867 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $2,132,963,451.83 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred fifty-second omnibus objection to claims, dated

January 6, 2012 (the "Two Hundred Fifty-Second Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking disallowance and expungement of the Settled Derivatives Claims on the grounds

that the Settled Derivatives Claims are contrary to settlements that the parties have

entered into, all as more fully described in the Two Hundred Fifty-Second Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Fifty-Second

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District

of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Fifty-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-Second Omnibus Objection to Claims.

Second Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Fifty-Second Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Fifty-Second Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-Second Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Settled Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and expunged with prejudice to the extent set forth in Exhibit 1; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred Fifty-Second Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43891005\02\58399.0008