Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             GRUSS GLOBAL INVESTORS
                                            MASTER FUND (ENHANCED), LTD.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known): 66653
60 Wall Street                              Amount of Claim: $6,489,500.00
3rd Floor                                   Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                  Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____             Date: January 9, 2012
Transferee/Transferee's Agent
Philipp Roever
Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13888 (JMP) (Jointly Administered)

Claim #s: 66653

**GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Jeffrey Olinsky
Email: jeffrey.olinsky@db.com

its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$6,489,500.00** (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~December __, 2011~~ January 9, 2012

**GRUSS GLOBAL INVESTORS**
**MASTER FUND (ENHANCED), LTD.**
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner

By: _[signature]_
Name: Michael Monticciolo
Title: Authorized Signatory

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

Court Claim # (if known): 66655
Amount of Claim: $6,489,500.00
Date Claim Filed:

Phone:  N/A

Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: January 9, 2012
Transferee/Transferee's Agent

Philipp Roever
Vice President

Ross Miller
Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 66655

**GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:   Jeffrey Olinsky
Email: jeffrey.olinsky@db.com

its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$6,489,500.00** (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~December __, 2011~~.
January 9, 2012

**GRUSS GLOBAL INVESTORS**
**MASTER FUND (ENHANCED), LTD.**
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner

By: _____
Name: MICHAEL MONTICCIOLO
Title: AUTHORIZED SIGNATORY

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                Name of Transferor

Deutsche Bank AG, London Branch                   GRUSS GLOBAL INVESTORS MASTER FUND, LTD.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known): 66653
Amount of Claim: $3,510,500.00
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct #: N/A                   Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: January 9, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever
Vice President

Ross Miller
Director

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13888 (JMP) (Jointly Administered)

Claim #s: 66653

**GRUSS GLOBAL INVESTORS MASTER FUND, LTD.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:    Jeffrey Olinsky
Email:   jeffrey.olinsky@db.com

its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$3,510,500.00** (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~December __, 2011~~ January 9, 2012

**GRUSS GLOBAL INVESTORS MASTER FUND, LTD.**
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner

By: _____
Name: MICHAEL MONTICCIOLO
Title: AUTHORIZED SIGNATORY

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             GRUSS GLOBAL INVESTORS MASTER FUND, LTD.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 66655
Amount of Claim: $3,510,500.00
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct #: N/A              Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: January 9, 2012
Transferee/Transferee's Agent

Philipp Roever
Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 66655

**GRUSS GLOBAL INVESTORS MASTER FUND, LTD.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Jeffrey Olinsky
Email: jeffrey.olinsky@db.com

its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$3,510,500.00** (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December ___, 2011. January 9, 2012

**GRUSS GLOBAL INVESTORS MASTER FUND, LTD.**
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner

By: _____
Name: MICHAEL MONTICCIOLO
Title: AUTHORIZED SIGNATORY