HEARING DATE AND TIME: January 26, 2012 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: January 11, 2012 at 4:00 p.m. (Eastern Time)

NUTTER, MCCLENNEN & FISH, LLP
Seaport West
155 Seaport Boulevard
Boston, MA  02210-2604
Telephone: (617) 439-2390
Facsimile: (617) 310-9390
Peter Nils Baylor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :       Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :       08-13555 (JMP)
                                                            :
                              Debtors.                      :       (Jointly Administered)
------------------------------------------------------------x

RESPONSE OF NUTTER, MCCLENNEN & FISH, LLP (CLAIM NO. 16200)
TO DEBTORS' TWO HUNDRED FORTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

1.     The responding party is Nutter, McClennen & Fish LLP ("Nutter") of Boston, Massachusetts. Nutter is the holder of Claim No. 16200.

2.     The Debtors state in their *Two Hundred Forty-First Omnibus Objection to Claims* that they have examined, among others, Nutter's Claim No. 16200 and determined that it asserts a claim against an entity that is not a debtor in these jointly administered Chapter 11 cases.

3.     The facts are otherwise.

4.     Nutter's Claim No. 16200 is a valid claim for legal services rendered to Lehman Brothers Holdings, Inc. ("LBHI"), the debtor in Case No. 08-13555 (JMP).

5. LBHI held a mortgage on a property in Edgartown, MA known as the Harborside Hotel. Edgartown is on Martha's Vineyard. The property was the subject of a development plan referred to as "Windwalker."

6. An Atlanta, GA law firm named McKenna, Long & Aldridge LLP ("McKenna Long") was retained by LBHI to act as lead counsel responsible for certain legal issues that arose in connection with the property, the Windwalker project, and LBHI's mortgage.

7. At the direction, and with the consent, of LBHI, McKenna Long engaged Nutter as Massachusetts local real estate counsel to review and to comment on various aspects of the proposed condominium conversion and permitting documents for the property.

8. Nutter did so to the complete satisfaction of McKenna Long and rendered two statements to LBHI dated August 6, 2008, and September 5, 2008, therefor in the respective amounts of $8,174.06 and $3,685.53, total $11,859.69. These statements are attached hereto as Exhibits A and B, respectively.

9. After these Chapter 11 cases were commenced, Nutter received from the Debtors a pre-printed proof of claim form, attached hereto (as completed and filed) as Exhibit C, which identified Nutter as follows:

>   LBH (Creditor, DBF. Crednum)
>     Crednum #1000062455******
>   Nutter McClennen & Fish, LLP
>   World Trade Center West
>   155 Seaport Boulevard
>   Boston, MA 02210-2604.

10. Nutter timely completed and filed the proof of claim form. As Exhibit C shows in the upper right-hand corner, the proof was received and assigned Claim No. 16200.

11. McKenna Long itself was listed on LBHI's Schedule F in the amount of $223,51708. See Exhibit D attached hereto.

12. The Debtors' unsupported assertion that Nutter's Claim No. 16200 is against a non-debtor entity is both impermissibly vague and, as shown above, factually incorrect.

## Conclusion

For all the foregoing reasons, the Court is requested to overrule the Debtors' objection to Nutter's Claim No. 16200, to enter its order allowing Nutter's Claim No. 16200 in full, and to grant such other and further relief as may be just.

Respectfully submitted,

NUTTER, MCCLENNEN & FISH LLP

Dated: January 9, 2012

By /s/ Peter Nils Baylor
Peter Nils Baylor
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
Tel. (617) 439-2390
Fax (617) 310-9390

# EXHIBIT A

## Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

| | |
|---|---|
| Client No.: 0107615 | August 6, 2008 |
| Resp. Aty.: RAF | Bill No. 323796/03 |

Lehman Brothers Holdings, Inc.
c/o Patrick M. McGeehan, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

FOR PROFESSIONAL SERVICES rendered and unbilled through July 31, 2008 in connection with the following:

**Matter Name:**  Windwalker, Martha's Vineyard
**Matter No.:**    00001

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 06/18/08 | Reviewed files regarding original closing | MDZ | 0.20 |
| 07/14/08 | Telephone call with P. McGeehen; review papers regarding condo conversion | RAF | 0.60 |
| 07/15/08 | Reviewed back file regarding permitting and conversion matters; telephone call to McGeehan; conference call with borrower and its counsel; follow up from call | RAF | 3.00 |
| 07/15/08 | Review borrower's condominium proposal; telephone conference with lender's and borrower's counsel regarding condominium conversion issues | JPD2 | 3.50 |
| 07/16/08 | On permit requirements; conference call with borrower, borrower's counsel, local zoning counsel | RAF | 2.00 |
| 07/17/08 | Telephone call to R. Tritt (GA); review MVC application and email client regarding same | RAF | 0.50 |
| 07/23/08 | Email from McGeehan to client | RAF | 0.10 |
| 07/23/08 | Review condominium issues | JPD2 | 0.20 |
| 07/28/08 | Condo documents from P. McGeechan; review papers; telephone call from R. Tritt; coordinate J. Dougherty | RAF | 0.90 |
| 07/29/08 | Meeting with J. Dougherty regarding condo issues | RAF | 0.50 |
| 07/29/08 | Review condominium issues | JPD2 | 0.20 |

**Nutter, McClennen & Fish, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0107615                                                August 6, 2008
Resp. Aty.: RAF                                                    Bill No. 323796/03

| Date | Description | Atty | Hours |
|---|---|---|---|
| 07/30/08 | Advice regarding mortgage taxes; papers from P. McGeehan | RAF | 0.10 |
| 07/31/08 | Review draft condominium presentation documents | JPD2 | 4.00 |

Total Hours for Matter 00001                                                15.80

Total Fees                                                              $8,148.50

DISBURSEMENTS and other charges recorded and unbilled
through July 31, 2008

    Photocopy                          $25.56

Total Disbursements and Other Charges for Matter 00001                    $25.56

Total of Matter 00001                                                   $8,174.06

# EXHIBIT B

08-13555-mg    Doc 24129    Filed 01/09/12    Entered 01/09/12 16:00:38    Main Document
Pg 7 of 16

**Nutter, McClennen & Fish, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0107615                                September 5, 2008
Resp. Aty.: RAF                                    Bill No. 326099/03

Lehman Brothers Holdings, Inc.
c/o Patrick M. McGeehan, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

FOR PROFESSIONAL SERVICES rendered and unbilled through August 31, 2008 in connection with the following:

**Matter Name:  Windwalker, Martha's Vineyard**
**Matter No.:   00001**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 08/01/08 | Input to J. Dougherty regarding condo documents | RAF | 0.10 |
| 08/01/08 | Review condominium documents; telephone conference with Mr. Tritt regarding same | JPD2 | 2.00 |
| 08/04/08 | On comments to condo documents | RAF | 0.20 |
| 08/04/08 | Review condominium documents; various telephone conferences with Mr. Tritt and Mr. Rottenberg regarding condominium regime questions; draft memo to Mr. Rottenberg regarding same | JPD2 | 3.60 |
| 08/05/08 | On comments to condo documents; conference with J. Dougherty regarding same | RAF | 0.40 |
| 08/26/08 | Telephone conference with Mr. Tritt and Mr. Rottenberg regarding condominium regime comments; review issues | JPD2 | 0.80 |
| 08/27/08 | Review Mr. Tritts memo regarding condominium issues | JPD2 | 0.20 |
| 08/28/08 | Review comments regarding proposed condominium documents | JPD2 | 0.30 |

Total Hours for Matter 00001                                          7.60

Total Fees                                                       $3,669.50

**Nutter, McClennen & Fish, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0107615 September 5, 2008
Resp. Aty.: RAF Bill No. 326099/03

DISBURSEMENTS and other charges recorded and unbilled through August 31, 2008

| | |
|---|---:|
| Photocopy | $1.44 |
| Postage | 0.59 |
| Telephone | 14.00 |

Total Disbursements and Other Charges for Matter 00001 $16.03

Total of Matter 00001 $3,685.53


# EXHIBIT C

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 1000062455 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. et al. | Case No. of Debtor<br>08-13555 (JMP) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000016200 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000062455******
NUTTER MCCLENNEN & FISH, LLP
WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON, MA 02210-2604

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:                    Email Address:

1. Amount of Claim as of Date Case Filed: $ 11,859.69
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim:    legal services performed
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   Amount entitled to priority:
   $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 9/17/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    NUTTER MCCLENNEN & FISH, LLP
By: [signature]    Peter Nils Baylor, Partner

FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 18 2009**

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## NUTTER, McCLENNEN & FISH, LLP

World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

TELEPHONE (617) 439-2870
FACSIMILE (617) 310-9870

Lehman Brothers Holdings, Inc.
c/o Patrick M. McGeehan, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

### STATEMENT OF ACCOUNT
### OPEN ITEMS

Date: 07/23/09
Client Number: 0107615
Responsible Atty: 00103

| Bill Date | Bill Number | Original Bill Amount | Payments | Finance Charge | Balance Due |
|---|---|---|---|---|---|
| 08/06/08 | 323796 | $8,174.06 | $0.00 | $0.00 | $8,174.06 |
| 09/05/08 | 326099 | 3,685.53 | 0.00 | 0.00 | 3,685.53 |
| **Total:** | | | | $0.00 | $11,859.59 |

**TO INSURE PROPER CREDIT PLEASE RETURN THIS STATEMENT WITH YOUR PAYMENT**

 **Nutter**

Peter Nils Baylor
Direct Line: 617-439-2390
Fax: 617-310-9390
E-mail: pbaylor@nutter.com

September 17, 2009
20165-9

BY OVERNIGHT DELIVERY
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
3d Floor
757 Third Avenue
New York, NY 10017

Re:  In re Lehman Bros. Holdings, Inc.,
     No. 08-13555 (JMP) (Ch. 11)

Proof of claim of Nutter McClennen & Fish, LLP

Dear Sir or Madam:

Kindly accept for filing the enclosed Proof of Claim of Nutter McClennen & Fish, LLP.

I have provided a duplicate copy that I would appreciate your date-stamping and returning to me in the business-reply envelope I have enclosed.

Thank you for your courtesies.

Yours truly,

Peter Nils Baylor

PNB:dlm
Enclosures

1859860.1

**FedEx Express USA Airbill** — FedEx Tracking Number: 8456 1811 7770

**1 From** (This portion can be removed for Recipient's records.)
- Date: 1/17/12
- FedEx Tracking Number: 8456 1811 7770
- Sender's Name: Peter N. Bayler
- Phone: 617 439-2200
- Company: NUTTER MCCLENNEN & FISH LLP
- Address: 155 SEAPORT BLVD FL 7
- City: BOSTON  State: MA  ZIP: 02210-2698

**2 Your Internal Billing Reference:** 20165.9

**3 To**
- Recipient's Name: Lehman Bros Hldgs
- Company: Epiq Bankruptcy Solutions
- Address: 757 Third Ave, 3rd Floor
- City: New York  State: NY  ZIP: 10017

**4a Express Package Service:** ☑ FedEx Priority Overnight

**5 Packaging:** ☑ FedEx Envelope

**6 Special Handling:** No dangerous goods

**7 Payment:** ☑ Sender

Total Packages: 1

0272449385

# EXHIBIT D

2073410.1

Lehman Brothers Holdings Inc.

Schedule F:
Creditors Holding Unsecured Nonpriority Claims
Payables

08-13555 (JMP)

| Creditor name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McCully, Michael K. | | | | | | | | Outstanding severance | X | X | | $148,735.70 |
| MCDERMOTT WILL & EMERY | PO BOX 7247-6743 | | | PHILADELPHIA | PA | 19170-6743 | UNITED STATES | General trade payable | | X | | $8,445.08 |
| McGinnis, Brian | | | | | | | | Outstanding severance | X | X | | $56,428.57 |
| MCI | W 41729 | PO BOX 7777 | | PHILADELPHIA | PA | 19175-2925 | UNITED STATES | General trade payable | | X | | $18,133.72 |
| McIlraith, Christopher S | | | | | | | | Outstanding severance | X | X | | $22,967.15 |
| McIver, Nelson A. | | | | | | | | Outstanding severance | X | X | | $23,697.83 |
| MCKEE NELSON LLP | 1919 M STREET NW | SUITE 200 | | WASHINGTON | DC | 20036 | UNITED STATES | General trade payable | | X | | $439.88 |
| MCKENNA LONG AND ALDRIDGE LLP | 303 PEACHTREE STREET STE 5300 | | | ATLANTA | GA | 30308 | UNITED STATES | General trade payable | | | | $223,517.08 |
| McKeown, William C. | | | | | | | | Outstanding severance | X | X | | $180,769.21 |
| McLaughlin, Valerie | | | | | | | | Outstanding severance | X | X | | $18,008.36 |
| Medina, Ruth A. | | | | | | | | Outstanding severance | X | X | | $35,895.75 |
| Meehan, Linda | | | | | | | | Outstanding severance | X | X | | $39,835.53 |
| Mehta, Vishal | | | | | | | | Outstanding severance | X | X | | $27,197.86 |
| Meishou Y.K. | 10-1, Roppongi 6-chome | | | Minato-ku | | | Japan | I/C Payable | X | X | | $8,043.25 |
| Mendez, Maria E. | | | | | | | | Outstanding severance | X | X | | $109,231.24 |
| Mensah-Dapaah, Elias O | 10-1, Roppongi 6-chome | | | Minato-ku | | | Japan | I/C Payable | | X | | $14,928.61 |
| Merchants Real Estate Co., Ltd | | | | Tokyo | | | Japan | I/C Payable | | X | | $345.87 |
| Merit, LLC | 1105 NORTH MARKET STREET | SUITE 1300 | | WILMINGTON | DE | 19801 | UNITED STATES | I/C Payable | | X | | $15,877,124.56 |
| MERRILL COMMUNICATIONS LLC | CM-9638 | | | ST. PAUL | MN | 55170-9638 | UNITED STATES | General trade payable | | | | $28,759.47 |
| Merrill Lynch B | 4 World Financial Center | 250 Vesey Street | | New York | NY | 10080 | UNITED STATES | Obligation of LBHI to Merrill Lynch B underlying letter of credit #S07369 dated 12/20/2007 | X | X | X | $10,100,000.00 |
| METAL BULLETIN PLC | NESTOR HOUSE | PLAYHOUSE YARD | | LONDON | | EC4V 5EX | UNITED KINGDOM | General trade payable | | | | $78,888.18 |
| Meyer, Rita Kay | | | | | | | | Outstanding severance | X | X | | $27,501.10 |
| MICHAEL STAPLETON ASSOCIATES | 9 MURRAY STREET | 2ND FLOOR | | NEW YORK | NY | 10007 | UNITED STATES | General trade payable | | X | | $22,072.74 |
| MICT Limited | Queensgate House | South Church Street | Grand Caymen | Grand Caymen | | KY1-1008 | CAYMAN ISLANDS | I/C Payable | | X | | $1.47 |
| MICT Limited | Queensgate House | South Church Street | PO BOX 1234 | Grand Caymen | | KY1-1008 | CAYMAN ISLANDS | I/C Payable | | X | | $2,098.69 |
| MIDDLEBERG COMMUNICATIONS LLC | 387 PARK AVENUE SOUTH | 4TH FLOOR | | NEW YORK | NY | 10016 | UNITED STATES | General trade payable | | | | $16,700.00 |
| Milack, Joanna | | | | | | | | Outstanding severance | X | X | | $19,038.48 |
| MILBANK TWEED HADLEY MCCLOY DR | 1 CHASE MANHATTAN PLAZA | | | NEW YORK | NY | 10005 | UNITED STATES | General trade payable | | | | $21,951.15 |