NUTTER, MCCLENNEN & FISH, LLP
Seaport West
155 Seaport Boulevard
Boston, MA  02210-2604
Telephone: (617) 439-2390
Facsimile: (617) 310-9390
Peter Nils Baylor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                            :        Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                                 :
                        Debtors.                 :        (Jointly Administered)
------------------------------------------------------------x

<u>CERTIFICATE OF SERVICE</u>

        The undersigned hereby certifies that he this day served this *Response of Nutter,*

*McClennen & Fish, LLP (Claim No. 16200) to Debtors' Two Hundred Forty-First Omnibus*

*Objection to Claims (No Liability Claims)*, via electronic delivery on the persons listed on

Exhibit A, and by overnight delivery on the persons listed on Exhibit B.

Dated:  January 9, 2012                  By  <u>/s/ Peter Nils Baylor</u>
                                             Peter Nils Baylor
                                             Nutter, McClennen & Fish, LLP
                                             World Trade Center West
                                             155 Seaport Boulevard
                                             Boston, MA 02110-2604
                                             Tel. (617) 439-2390
                                             Fax (617) 310-9390
                                             E-mail pbaylor@nutter.com

# EXHIBIT A

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Peter Nils Baylor entered on 1/9/2012 at 4:00 PM and filed on 1/9/2012

**Case Name:**        Lehman Brothers Holdings Inc.

**Case Number:**      08-13555-jmp

**Document Number:** 24129

**Docket Text:**
Response *of Nutter, McClennen & Fish, LLP (Claim No. 16200) To Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims)* (related document(s)[23247]) filed by Peter Nils Baylor on behalf of Nutter, McClennen & Fish LLP. with hearing to be held on 1/26/2012 at 10:00 AM at Courtroom 601 (JMP) (Baylor, Peter)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Response by Nutter to Debtors' Two Hundred Forty-First Omnibus Objection.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=1/9/2012] [FileNumber=11013075-0]
[a00acee2c2c8f5932c5409df02cd67824bdfb8e9918dfa0acb2ad8d5e1166188cd996
20307eda4ce4fb66056d5ae67454d82895a5f321e11d37400ca66bdbbc8]]

**08-13555-jmp Notice will be electronically mailed to:**

Anne Marie Aaronson on behalf of Creditor Jeanes Hospital
aaaronson@dilworthlaw.com

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc.
dadler@mccarter.com

Suyash Agrawal on behalf of Attorney Susman Godfrey, L.L.P.
sagrawal@susmangodfrey.com

Kathleen M. Aiello on behalf of Attorney Fox Rothschild LLP
kaiello@foxrothschild.com

Robert D. Albergotti on behalf of Creditor Steven G. Holder Living Trust
robert.albergotti@haynesboone.com, dian.gwinnup@haynesboone.com

Craig J. Albert on behalf of Creditor Edward J. Agostini Living Trust Dated May 12, 2000
calbert@reitlerlaw.com

Jose Raul Alcantar Villagran on behalf of Creditor Sankaty Credit Opportunities III, L.P.
raul.alcantar@ropesgray.com

Ana M. Alfonso on behalf of Interested Party BANK OF AMERICA, N.A.
maosbny@willkie.com, aalfonso@willkie.com

Jonathan Bradley Alter on behalf of Unknown Bingham McCutchen LLP (Successor in Interest
to McKee Nelson LLP)
jonathan.alter@bingham.com

Darryl J. Alvarado on behalf of Unknown Chun Ip
dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com

D. Sam Anderson on behalf of Unknown Citibank, N.A., In Its Capacity As Trustee
sanderson@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com

Carla O. Andres on behalf of Interested Party Fee Committee
candres@gklaw.com

George Angelich on behalf of Creditor The Vanguard Group, Inc.
angelich.george@arentfox.com, lane.katie@arentfox.com

Philip D. Anker on behalf of Creditor Banque Populaire Cote d'Azur
philip.anker@wilmerhale.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw.com

John R. Ashmead on behalf of Attorney Seward & Kissel LLP
ashmead@sewkis.com

Douglas Bacon on behalf of Defendant Federal National Mortgage Association
chefiling@lw.com, beth.arnold@lw.com

Herbert Baer on behalf of Claims and Noticing Agent Epiq Bankruptcy Claims Agent
rjacobs@ecf.epiqsystems.com

Ingrid Bagby on behalf of Foreign Representative D. Geoffrey Hunter and Dan Schwarzmann, as
Joint Provisional Liquidators of Lehman Re Ltd.
ingrid.bagby@cwt.com,
betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com;david.kronenberg
@cwt.com;jill.kaylor@cwt.com;benjamin.riskin@cwt.com;kelly.sinclair@cwt.com;jeffrey.taub
@cwt.com;wendy.kane@cwt.com

Katrina Lynne Baker on behalf of Defendant Lehman Brothers Holdings Inc.
kbaker@kramerlevin.com, docketing@kramerlevin.com

Helen Ball on behalf of Creditor Wellmont Health System
mtaylor@ba-boult.com

William G. Ballaine on behalf of Creditor Federal Home Loan Mortgage Corporation
wballaine@lcbf.com

Andrew E. Balog on behalf of Unknown Investment Strategies Fund LP
aeb@gtlaw.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@bsblawyers.com

Jean-David Barnea on behalf of Defendant United States Of America
jean-david.barnea@usdoj.gov

David L. Barrack on behalf of Unknown Canadian National Resources Limited
dbarrack@fulbright.com

Peter John Barrett on behalf of Creditor Merrill Lynch Portfolio Management, Inc. and Merrill
Lynch Capital Services, Inc.
peter.barrett@kutakrock.com

Lawrence Bass on behalf of Creditor National CineMedia
lawrence.bass@hro.com

Beatrice Hamza Bassey on behalf of Trustee James W. Giddens, Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
bassey@hugheshubbard.com

Paul M. Basta on behalf of Creditor CapStar Secaucus LLC c/o Lehman Brothers Real Estate
Partners II, L.P.
pbasta@kirkland.com, jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com

Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc.
batista007@aol.com

Kenneth L. Baum on behalf of Creditor Highland Credit Strategies Master Fund, L.P.,
kbaum@coleschotz.com

Arthur G. Baumeister on behalf of Unknown Michael Coleman
abaumeister@amigonesanchez.com

Peter Nils Baylor on behalf of Creditor Nutter, McClennen & Fish LLP
pnb@nutter.com

Ronald Scott Beacher on behalf of Creditor SPCP Group L.L.C.
rbeacher@pryorcashman.com, docketing@pryorcashman.com

Anne E. Beaumont on behalf of Creditor Lazard Freres & Co. LLC
abeaumont@fklaw.com,
lehmanbros@fklaw.com;vgarvey@fklaw.com;spai@fklaw.com;thaggerty@fklaw.com

Ryan A. Becker on behalf of Unknown HBK Investments L.P., as Collateral Manager for
Gemstone CDO VI Ltd. and Gemstone CDO VI Corp.
rbecker@hunton.com, mkruse@hunton.com;bmulder@hunton.com

Martin Beeler on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
mbeeler@cov.com

T. Scott Belden on behalf of Creditor Superior Pipelines, Inc.
sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte on behalf of Attorney Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@mayerbrown.com

Evan J. Benanti on behalf of Creditor The Financial Services Compensation Scheme Limited
evan.benanti@bingham.com

Gregory M. Bentz on behalf of Creditor Fed. Home Loan Bank-Des Moines
gbentz@polsinelli.com

Walter Benzija on behalf of Creditor Dunn & Bradstreet

wbenzija@halperinlaw.net, lgu@halperinlaw.net

Shaya M. Berger on behalf of Creditor Interwind Corp.
bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com

Leslie Ann Berkoff on behalf of Creditor The Hotchkiss School
lberkoff@moritthock.com

Ronit J. Berkovich on behalf of Plaintiff Lehman Brothers Holdings Inc.
ronit.berkovich@weil.com

Mark N. Berman on behalf of Creditor Commonwealth of Peurto Rico
mberman@nixonpeabody.com

Richard J. Bernard on behalf of Creditor Metavante Corporation
rbernard@foley.com

Darren Elliot Bernstein on behalf of Trustee James W. Giddens, Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
bernsted@lbitrustee.com

Matthew R. Berry on behalf of Unknown Joint Administrators of UK Administration Companies
mberry@susmangodfrey.com

Gene R. Besen on behalf of Creditor Hudson City Savings Bank
gene.besen@snrdenton.com

Daniel B. Besikof on behalf of Interested Party Thomas Cook AG
dbesikof@loeb.com

Riyaz G. Bhimani on behalf of Creditor Merchantil Commercebank, N.A.
rbhimani@eckertseamans.com

Adam M. Bialek on behalf of Plaintiff Lehman Brothers Special Financing Inc.
abialek@wmd-law.com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com

Laurie R. Binder on behalf of Creditor Global Thematic Opportunities Fund LP

binder@sewkis.com

Robert Jeffery Black on behalf of Plaintiff State Street Bank And Trust Company
jeffery.black@bingham.com, pat.wright@bingham.com

Joshua R. Blackman on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL
(EUROPE)
jBlackman@morganlewis.com

Benjamin Blaustein on behalf of Creditor The Juilliard School
bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Daniel S. Bleck on behalf of Interested Party Wells Fargo Bank, National Association, as
Indenture Trustee
dbleck@mintz.com

Elliot J. Blumenthal on behalf of Defendant Fontainebleau Resorts, LLC
elliot.blumenthal@bipc.com, elliot.blumenthal@bipc.com

Anthony D. Boccanfuso on behalf of Defendant Westpac Banking Corp.
Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi on behalf of Creditor GS European Performance Fund Limited
maofiling@cgsh.com, cboccuzzi@cgsh.com

James Nicholas Boeving on behalf of Defendant United States Of America
james.n.boeving@usdoj.gov

Phillip W. Bohl on behalf of Defendant MoneyGram USA
phillip.bohl@gpmlaw.com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw.com

Mark V. Bossi on behalf of Creditor ARG Funding Corp., et al.
mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

Maria A. Bove on behalf of Attorney Special Counsel to the Debtors
mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

Armen James Boyajian on behalf of Creditor Jeffery Wardell
jamesboyajian@gmail.com

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc.
jbregman@curtis.com,
ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;hsaydah

@curtis.com

Adam Brezine on behalf of Creditor Millennium Marketing & Management Pty, Ltd.
adam.brezine@hro.com, Kerry.Moynihan@hro.com

Timothy W. Brink on behalf of Interested Party River Capital Advisors, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh.com

Luke O. Brooks on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
lukeb@rgrdlaw.com

Melvin A. Brosterman on behalf of Creditor Basso Capital Management, L.P.
mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

Mark A. Broude on behalf of Creditor Brickman Group Holdings, Inc.
mark.broude@lw.com, peter.gilhuly@lw.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public Accounts
BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US

Andrew P. Brozman on behalf of Creditor Calyon
andrew.brozman@cliffordchance.com

Robert W. Brundige on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
brundige@hugheshubbard.com

Martin G. Bunin on behalf of Creditor Dell Global B.V.
marty.bunin@alston.com

Michael P. Burke on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
mburke@wmd-law.com

Spencer A. Burkholz on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Michael G. Busenkell on behalf of Plaintiff Carolina First Bank
mbusenkell@wcsr.com, pgroff@wcsr.com

Malani Cademartori on behalf of Creditor Agricultural Bank of Taiwan
mcademartori@sheppardmullin.com

Aaron R. Cahn on behalf of Creditor T.E.M. Incorporated

cahn@clm.com

Daniel K. Cahn on behalf of Creditor U.S. Bank National Association, Trustee for Lehman
Brothers Securitization Name Structured Asset Investment Loan Trust
dcahn@cahnlaw.com

John M. Callagy on behalf of Defendant JPMORGAN CHASE BANK, N.A.
jcallagy@kelleydrye.com

Carollynn H.G. Callari on behalf of Creditor Danske Bank A/S, London Branch
ccallari@venable.com

Sarah Campbell on behalf of Creditor German Association of Savings Banks
jdisanti@whitecase.com;mcosbny@whitecase.com

Donald F. Campbell on behalf of Creditor South Jersey Hospital, Inc.
dcampbell@ghclaw.com

David M. Capriotti on behalf of Attorney F.F. Thompson Foundation, Inc.
bkemail@harrisbeach.com

John F. Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law.com, dsantos@cl-law.com

Jeffrey Morgan Carbino on behalf of Defendant Baxter Financial Services Ltd.
jcarbino@thorpreed.com, dlynch@thorpreed.com

Scott Cargill on behalf of Creditor Cerberus Partners, L.P. and Cerberus International, Ltd.
scargill@lowenstein.com, msavetsky@lowenstein.com

Lawrence F. Carnevale on behalf of Plaintiff Declan Kelly
bankruptcy@clm.com

James S. Carr on behalf of Creditor BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com

Daniel J. Carragher on behalf of Creditor Fabio Liotti
djcarragher@daypitney.com

Timothy J. Carter on behalf of Creditor Rogge Global Partners PLC
tcarter@goulstonstorrs.com

Gerard Sylvester Catalanello on behalf of Unknown Pennsylvania Public School Employees'
Retirement System
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Gabriel I. Chacon on behalf of Creditor New Jersey Economic Development Authority
gabriel.chacon@dol.lps.state.nj.us

Shelley C. Chapman on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com

Thomas E. Chase on behalf of Unknown Malayan Banking Berhad
tchase@rlrpclaw.com

Omar-John C. Chavez on behalf of Creditor John Dmuchowski
ochavez@smithstratton.com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC Financial Products UK Limited
pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Ly S Chhay on behalf of Unknown ACTIV Financial Systems, Inc.
ly.chhay@activfinancial.com

Jonathan Chi-Shoong Cho on behalf of Creditor China Minsheng Banking Corp., Ltd.
jonathan.cho@allenovery.com

Christopher S. Chow on behalf of Creditor Mountain States Properties Inc.
chowc@ballardspahr.com

Dale C. Christensen on behalf of Defendant BERYL FINANCE LTD. AS ISSUER OF SERIES
2005-14
christensen@sewkis.com

Jennifer A. Christian on behalf of Creditor Barton Creek Senior Living Center, Inc.
jennifer.christian@tklaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Creditor Bryant University
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Bruce E. Clark on behalf of Creditor Giants Stadium LLC
clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Ronald L. Cohen on behalf of Creditor Battenkill Asset Management, LLC
cohenr@sewkis.com

Joshua W. Cohen on behalf of Creditor Fidelity National Title Insurance Company
jwcohen@daypitney.com

Hollace T. Cohen on behalf of Creditor Jason Wallace
hollace.cohen@troutmansanders.com

Michael H. Cohn on behalf of Creditor Accredited Home Lenders, Inc.
mcohn@cohnroth.com, scaba@cohnroth.com

Joshua D. Cohn on behalf of Interested Party International Swaps and Derivatives Association,
Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Adam D. Cole on behalf of Unknown Florida Power & Light Company, and NextEra Energy
Power Marketing, LLC
colea@gtlaw.com

Kenneth P. Coleman on behalf of Creditor Bank of China (Tokyo)
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Cassandra L. Coleman on behalf of Creditor The Treasurer of Garfield County, Colorado
ccoleman@garfield-county.com

Magdeline D. Coleman on behalf of Defendant PNC Bank, National Association
donna.curcio@bipc.com

Jeffrey R. Coleman on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
coleman@hugheshubbard.com

Patrick Collins on behalf of Creditor Cargill Investment Group, Ltd.
pcollins@farrellfritz.com, ffbkmao@farrellfritz.com

Christopher Combest on behalf of Creditor United Parcel Service, Inc.
ccombest@quarles.com, fbf@quarles.com

Jordan Connors on behalf of Unknown Mason Capital Management LLC
jconnors@susmangodfrey.com

Dena Copulsky on behalf of Unknown Landwirtschaftliche Rentenbank
dlcopulsky@hhlaw.com

Joseph N. Cordaro on behalf of Defendant United States Of America

joseph.cordaro@usdoj.gov

Kenneth Corey-Edstrom on behalf of Creditor Heritage Christian Academy
kcoreyedstrom@larkinhoffman.com

Patrick M. Costello on behalf of Interested Party SuccessFactors, Inc.
pcostello@vectislawgroup.com, clee@vectislawgroup.com

Patrick M. Costello on behalf of Interested Party Sun Microsystems, Inc.
, clee@vectislawgroup.com

Steven Cousins on behalf of Creditor Ameren Corporation and its subsidiaries
scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo on behalf of Creditor Standard & Poor's
dcrapo@gibbonslaw.com

David A. Crichlow on behalf of Unknown Union Bank of California, N.A.
david.crichlow@pillsburylaw.com

Maureen A. Cronin on behalf of Interested Party JFK International Air Terminal LLC
mao-ecf@debevoise.com

Nicholas P. Crowell on behalf of Defendant BlackRock, Inc.
ncrowell@sidley.com

Leo T. Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo.crowley@pillsburylaw.com

Walter H. Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Creditor Hudson City Savings Bank
louis.curcio@snrdenton.com

Vincent D'Agostino on behalf of Creditor Avaya Inc.
jbecht@lowenstein.com

Raniero D'Aversa on behalf of Creditor Amias Berman & Co LLP
rdaversa@orrick.com, lmetzger@orrick.com

William F. Dahill on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
wdahill@wmd-law.com

Marilee P. Dahlman on behalf of Unknown GSO Special Situations Fund L.P. and GSO Special
Situations Overseas Master Fund Ltd.

11

mdahlman@kayescholer.com, rcappiello@kayescholer.com;lschwall@kayescholer.com

Robert K. Dakis on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
robertdakis@quinnemanuel.com

Michael R. Dal Lago on behalf of Creditor Carmignac Gestion
, bankruptcy@morrisoncohen.com

J. Patrick Darby on behalf of Creditor Wellmont Health System
pdarby@babc.com

Wolfgang A Dase on behalf of Creditor Banque Privee Edmond de Rothschild S.A.
wdase@fzwz.com

Andrew Rhys Davies on behalf of Defendant HSBC Securities (USA) Inc.
andrew.rhys.davies@allenovery.com, kurt.vellek@allenovery.com

Megan P. Davis on behalf of Creditor Banque Privee Edmond de Rothschild S.A.
mdavis@fzwz.com

Jason C. Davis on behalf of Interested Party Chun Ip
jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com

Paul R. DeFilippo on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com

Louis T. DeLucia on behalf of Creditor The Robert C. Lieber 2003 Life Insurance Trust UAD
4/24/2003
ldelucia@schiffhardin.com, sodavis@schiffhardin.com

Jennifer C. DeMarco on behalf of Creditor Barclays Global Investors National Association
jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. on behalf of Creditor The TAARP Group, LLP
gabriel.delvirginia@verizon.net

John Dellaportas on behalf of Unknown National Agricultural Cooperative Federation
dellajo@duanemorris.com

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative
Consultants
bdempsey@faegre.com, cwilds@faegre.com

Christopher M. Desiderio on behalf of Creditor Commonwealth of Peurto Rico
cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Mark W. Deveno on behalf of Creditor Metropolitan Life Insurance Company
mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro on behalf of Creditor Alpiq f/k/a AARE-TESSIN
francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc. and Florida
Power & Light Company
diconzam@gtlaw.com, petermann@gtlaw.com;cusumanod@gtlaw.com

Daryl L. Diesing on behalf of Unknown Daryl Diesing
ddiesing@whdlaw.com, pbartoli@whdlaw.com

John P. Dillman on behalf of Creditor Dallas County
houston_bankruptcy@publicans.com

Sara Discepolo on behalf of Creditor Simeon Moreno
Sara_Discepolo@verizon.net

Caroline R. Djang on behalf of Creditor LINC-Redondo Beach Seniors, Inc.
cdjang@rutan.com

Stephen A. Donato on behalf of Creditor Benisasia Investment and Properties, Ltd.
sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com

Christopher R. Donoho on behalf of Creditor Italease Finance S.p.A.
chris.donoho@lovells.com, scao@centerbridge.com

Jennifer V. Doran on behalf of Creditor Citibank, N.A. Agency & Trust
jdoran@haslaw.com, calirm@haslaw.com

Joshua Dorchak on behalf of Attorney Bingham McCutchen LLP
joshua.dorchak@bingham.com

Mark J. Dorval on behalf of Creditor Aberdeen Asset Management, Inc.
mdorval@stradley.com

Amish R. Doshi on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point
Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
adoshi@magnozzikye.com

Mary Joanne Dowd on behalf of Interested Party Georgetown University
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Thomas Alan Draghi on behalf of Unknown CorrectNet, Inc.
tdraghi@westermanllp.com

Dennis J. Drebsky on behalf of Unknown County of Monterey, California
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc. DBA Atlas Van Lines, Inc.
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy on behalf of Creditor Essex Equity Holding USA, LLC
tduffy@andersonkill.com, dnolan@andersonkill.com

James C. Dugan on behalf of Unknown Natixis Financial Products LLC
maosbny@willkie.com, jdugan@willkie.com

Buce J. Duke on behalf of Creditor Municipal Securities Rulemaking Board
bruceduke@comcast.net

David Dunn on behalf of Interested Party Westernbank Puerto Rico
ddunn@hhlaw.com;mferrara@hhlaw.com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@prommis.com

David W. Dykhouse on behalf of Creditor Syncora Guarantee, Inc.
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Lawrence P. Eagel on behalf of Plaintiff Mark Mazzatta
eagel@bragarwexler.com

Andrew B. Eckstein on behalf of Attorney Attorneys for Italease Finance S.p.A.
aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd.
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Egan on behalf of Unknown The Buck Institute for Age Research
daniel.egan@dlapiper.com,
evelyn.rodriguez@dlapiper.com;vincent.roldan@dlapiper.com;maria.grabis@dlapiper.com;benn
ett.silverberg@dlapiper.com;jacob.frumkin@dlapiper.com;MLinn@FarallonCapital.com;Docket
ingBaltimore@dlapiper.com

Daniel Eggermann on behalf of Creditor Lehman Brothers Finance Asia Pte. Ltd. (In Creditors
Voluntary Liquidation)
deggermann@kramerlevin.com, edaniels@kramerlevin.com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

14

Susan K. Ehlers on behalf of Creditor Ameren Corporation and its subsidiaries
sehlers@armstrongteasdale.com

Steven B. Eichel on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO., INC.
seichel@crowell.com

Jeremy D. Eiden on behalf of Creditor Minnesota State Board of Investment
jeremy.eiden@ag.state.mn.us

Charles R. Ekberg on behalf of Creditor Fred Hutchinson Cancer Research Center
ekbergc@lanepowell.com

Robert F. Elgidely on behalf of Creditor Jamie Murcia
relgidely@gjb-law.com, gjbecf@gjb-law.com

Erin L. Eliasen on behalf of Creditor ElectroScientific Industries, Inc.
eleliasen@stoel.com,
basargent@stoel.com;dblevant@stoel.com;nmevans@stoel.com;spgross@stoel.com;sea_docket
@stoel.com;cejordan@stoel.com

David S. Elkind on behalf of Creditor West Corporation
david.elkind@ropesgray.com

Mark C. Ellenberg on behalf of Creditor CQS ABS Master Fund Limited
mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

Kristin Elliott on behalf of Creditor Washington State Tabacco Settlement Authority
kelliott@kelleydrye.com, KDWBankruptcyDepartment@Kelleydrye.com

David Elrod on behalf of Unknown TransCanada Pipelines Limited
delrod@elrodtrial.com,
kwolfgram@elrodtrial.com;avance@elrodtrial.com;jdickerson@elrodtrial.com

Bertin C. Emmons on behalf of Creditor Sovereign Bank
bemmons@sovereignbank.com

Michael R. Enright on behalf of Unknown Lewtan Technologies, Inc.
menright@rc.com

Andrew J. Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law.com, mbernard@entwistle-law.com;vcappucci@entwistle-
law.com;jwhitman@entwistle-law.com;jporter@entwistle-law.com

Scott L. Esbin on behalf of Creditor Centerbridge Credit Partners LP

bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Edward J. Estrada on behalf of Unknown PD Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor Boilermaker-Blacksmith National Pension Trust
metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com

William J. Factor on behalf of Creditor City of Chicago
wfactor@wfactorlaw.com

Michael A. Fagone on behalf of Creditor Hebron Academy
mfagone@bernsteinshur.com,
astewart@bernsteinshur.com;lkubiak@bernsteinshur.com;sspizuoco@bernsteinshur.com

Jessica Fainman on behalf of Interested Party Barclays Bank PLC
jessica.fainman@barclayscapital.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Barclays Capital Inc.
farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com

Gregg M. Ficks on behalf of Creditor Openwave Systems, Inc.
gmf@cpdb.com

Charles J. Filardi on behalf of Creditor Federal Express Corporation
charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in Austin, et al. v. Chisick, et al.
sfineman@lchb.com

Steven J. Fink on behalf of Defendant ARCHSTONE EQUITY HOLDINGS INC.
sfink@orrick.com,
nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com;sbridge@orrick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Gabriel Fischbarg on behalf of Plaintiff Margaret Bennett
fis123@yahoo.com

Eric Fisher on behalf of Creditor Caixa Geral de Depositos, S.A.
fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

James C. Fitzpatrick on behalf of Trustee James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
fitzpat@hugheshubbard.com

Steven B. Flancher on behalf of Creditor State of Michigan, Department of Treasury, Revenue
Division
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise Partners Limited Partnership
jflaxer@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com

Robert M. Fleischer on behalf of Interested Party CD Representative, L.C.
rfleischer@pryorcashman.com, docketing@pryorcashman.com;dstevens@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European Group
Administration Companies
martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Brian Edward Foont on behalf of Unknown AFCO Cargo PIT LLC
Foont@Foontlaw.com

Shawn Randall Fox on behalf of Creditor Chapel Hill Retirement Center, Inc.
sfox@mcguirewoods.com, tcollins@mcguirewoods.com

Joseph L. Fox on behalf of Unknown Procesos Controlodas S.A. De C.V.
jfox@joefoxlaw.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA and
Wellsboro Electric Company
mfrankel@bfklaw.com;mark_frankel@yahoo.com

Jane M. Freeberg on behalf of Creditor Emad Morrar
jfreeberg@wfw.com

Mark Freedlander on behalf of Creditor Access Data Corp.
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor Melvyn Colby
rfreeman@dealysilberstein.com

Elise Scherr Frejka on behalf of Interested Party CME Group Inc.
efrejka@kramerlevin.com

Anson B. Frelinghuysen on behalf of Trustee James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
frelingh@hugheshubbard.com

Michael Friedman on behalf of Creditor BDF Limited
mfriedman@rkollp.com,
mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com

Jeff J. Friedman on behalf of Creditor Clearbridge Advisors LLC
jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Ellen A. Friedman on behalf of Creditor Pacific Gas & Electric Company
jquiambao@friedumspring.com

Lawrence B. Friedman on behalf of Defendant Banc of America Strategic Ventures, Inc.
lfriedman@cgsh.com, maofiling@cgsh.com

Kenneth Friedman on behalf of Unknown Informatica Corporation
kfriedman@manatt.com

Andrew J Frisch on behalf of Creditor American National Insurance Company
afrisch@andrewfrisch.com

Joseph Froehlich on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
jfroehlich@lockelord.com

Thomas M. Gaa on behalf of Interested Party Cisco Systems Capital Corporation and Cisco
Systems, Inc.
tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza on behalf of Unknown Deutsche Bank, AG New York Branch
Agamza@mosessinger.com,
dkick@mosessinger.com;cgresh@mosessinger.com;kkolbig@mosessinger.com

Michael Garcia on behalf of Creditor Realclub Holdings LLC
mgarcia@nixonpeabody.com

R. Scott Garley on behalf of Defendant Fridator Trust
lduignan@gibbonslaw.com

Barry S. Gedan on behalf of Unknown Michael Berland as Beneficiary, Penn, Schoen & Berland
Associates, M/P/P FBO Michael Berland
gedanman@gedanlaw.com

Karl Geercken on behalf of Creditor Aozora Bank, Ltd.
kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com

Lawrence V. Gelber on behalf of Creditor Auriel Currency 2X Fund
lawrence.gelber@srz.com

Stuart P. Gelberg on behalf of Unknown Melissa Couch
spg@13trustee.net

Jan B. Geller on behalf of Creditor Oceanus Securities, LLC
jbgesq@bway.net

Daniel F.X. Geoghan on behalf of Unknown CF Midas Balanced Growth Fund
bankfilings@ycst.com, dgeoghan@ycst.com;rlogan@ycst.com

Katherine Geraci on behalf of Creditor The August '86 Trust
geraci@thalergertler.com

Anthony I. Giacobbe on behalf of Creditor SecureWorks, Inc. f/k/a LURHQ Corp.
agiacobbe@zeklaw.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Glenn S. Gitomer on behalf of Creditor Jacqueline Edelmann
ggitomer@mkbattorneys.com

Joseph M. Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody.com

Lara O. Glaesman on behalf of Unknown Pines Edge Value Investors Ltd.
lara.glaesman@leonard.com, ma.xiong@leonard.com

Eduardo J. Glas on behalf of Creditor Capital Moving & Storage Co., Inc.
eglas@mccarter.com

John P. Gleason on behalf of Creditor Chauny S A
jgleason@gleasonkoatz.com

Andrew K. Glenn on behalf of Creditor Ramius LLC
aglenn@kasowitz.com, courtnotices@kasowitz.com

Larry Ivan Glick on behalf of Creditor Banco Sabadell Miami
lglick@shutts.com

Jay M. Goffman on behalf of Creditor H/2 Credit Partners Master Fund LTD
JGoffman@skadden.com, mmirkovi@skadden.com

Kristin Going on behalf of Interested Party Richard Hayne
kristin.going@dbr.com, Daniel.Northrop@dbr.com

Matthew J. Gold on behalf of Creditor Elliott Associates, L.P.
mgold@kkwc.com

Andrew C. Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick.com

Thomas D. Goldberg on behalf of Plaintiff Jonathan Keeney
tdgoldberg@dbh.com

Adam J. Goldberg on behalf of Unknown Latham & Watkins LLP
adam.goldberg@lw.com

Seth Goldman on behalf of Creditor Southern California Edison Company
seth.goldman@mto.com

Richard M. Goldman on behalf of Unknown FCPLP
anthony.grossi@kirkland.com

Irena M. Goldstein on behalf of Creditor Elliott Associates, L.P.
igoldstein@dl.com, lsaal@dl.com

Steven Martin Golub on behalf of Creditor Perry Principals, L.L.C.
sgolub@golublaw.com

Robert S. Goodman on behalf of Creditor Kreissparkasse Heinsberg
rgoodman@moundcotton.com

Brett D. Goodman on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas, Individually
and as a Trustee
tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Andrew R. Gottesman on behalf of Broker SecondMarket, Inc.
agottesman@secondmarket.com, gsalamone@secondmarket.com

Christopher F. Graham on behalf of Spec. Counsel McKenna Long & Aldridge LLP
cgraham@mckennalong.com, jvargas@mckennalong.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc.
lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag

@cgsh.com;jrietema@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com;rryan@cgsh.com

Ira S. Greene on behalf of Attorney Hogan & Hartson L.L.P.
ira.greene@hoganlovells.com, david.spinley@hoganlovells.com

Carl M. Greenfeld on behalf of Creditor Cerberus Partners, L.P. and Cerberus International, Ltd.
cgreenfeld@lowenstein.com

Michael E. Grenert on behalf of Creditor James Lister
mgrenert@liddlerobinson.com

Emanuel C. Grillo on behalf of Plaintiff Evergreen Solar, Inc.
egrillo@goodwinprocter.com

Stephen H. Gross on behalf of Interested Party Vignette Europe Ltd.
shgross5@yahoo.com

Robert K. Gross on behalf of Plaintiff Maximilian Coreth
rgross@evw.com, slapriore@evw.com

Howard J. Grossman on behalf of Creditor J.P. Morgan Securities, Ltd.
howard.j.grossman@chase.com

Edward P. Grosz on behalf of Transferee BEINT, LLC
egrosz@reitlerlaw.com

Steven T. Gubner on behalf of Creditor City of Long Beach
ecf@ebg-law.com

Philip M. Guess on behalf of Creditor Fifth Third Structured Large Cap Plus Fund
philg@klgates.com, rhonda.hinman@klgates.com

David M. Guess on behalf of Creditor Perry Capital LLC
dguess@ktbslaw.com

Paul C. Gunther on behalf of Creditor LiquidPoint
pgunther@salans.com, nkhalatova@salans.com

Michael P. Guta on behalf of Defendant Casey Securities, Inc.
karlaortega@hill-law-offices.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd.
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Richard F. Hahn on behalf of Interested Party Parkcentral Global Hub Limited
rfhahn@debevoise.com;jchung@debevoise.com;mao-bk-ecf@debevoise.com

Thomas J. Hall on behalf of Creditor GLG Absolute Return Bond Fund
thall@chadbourne.com

Terry E. Hall on behalf of Creditor Indiana State Teachers Retirement Fund
tehall@bakerd.com

Robert R. Hall on behalf of Creditor State of Arizona
robert.hall@azag.gov

Alan D. Halperin on behalf of Creditor BTR Global Arbitrage Trading Limited
ahalperin@halperinlaw.net,
lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Heidi L Hamilton on behalf of Creditor Julian Iragorri
heidi@crumbielaw.com

Aaron Hammer on behalf of Creditor Accenture LLP
ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

Andrew Hammond on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
ahammond@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

William Hao on behalf of Creditor Dell Global B.V.
william.hao@alston.com

Carrie V. Hardman on behalf of Creditor Southdene Investments Ltd
chardman@klestadt.com

Lee Harrington on behalf of Interested Party BANK OF AMERICA, N.A.
lharrington@nixonpeabody.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov, reardonv@michigan.gov

Christopher Harris on behalf of Interested Party Veyance Technologies, Inc.
Christopher.harris@lw.com, rachel.feld@lw.com

Adam Craig Harris on behalf of Unknown Davidson Kempner Capital Management LLC
adam.harris@srz.com

Lynn P. Harrison on behalf of Debtor Lehman Brothers Holdings Inc.
lharrison@curtis.com,
jdrew@curtis.com;mlischin@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndelaney@c
urtis.com;dching@curtis.com

22

Brian W. Harvey on behalf of Unknown Clayton Services, Inc.
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Howard R. Hawkins on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com, allison.dipasqua@cwt.com;anthony.moore@cwt.com

Patrick L. Hayden on behalf of Unknown The Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion Bank
dhayes@mcguirewoods.com, phayden@mcguirewoods.com;kcain@mcguirewoods.com

Nava Hazan on behalf of Interested Party Crestview Capital Master LLC
nhazan@mwe.com

Patricia H. Heer on behalf of Creditor Pennsylvania Public School Employees' Retirement
System
phheer@duanemorris.com, odmclean@duanemorris.com

Douglas S. Heffer on behalf of Creditor Trading Technologies International, Inc.
dheffer@foley.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of
Nebraska
cheinrich@hslegalfirm.com

Jay Heinrich on behalf of Transferee UBS AG, Stamford Branch
jheinrich@mkbllp.com

James M. Heiser on behalf of Attorney Ann Acker
heiser@chapman.com

Jay S. Hellman on behalf of Attorney SilvermanAcampora LLP
jsh@spallp.com

Larry D. Henin on behalf of Creditor Edward Lill
lhenin@eapdlaw.com

Sally M. Henry on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP
Sally.Henry@skadden.com

Robin A. Henry on behalf of Defendant BNP Paribas, London Branch
rhenry@bsfllp.com

Neil E. Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis.com

Ira L. Herman on behalf of Creditor Crossmark Corporate Advisers, L.P.
ira.herman@tklaw.com, orlando.salcedo@tklaw.com

David F. Heroy on behalf of Creditor Longwood at Oakmont, Inc.
david.heroy@bakermckenzie.com

Jennifer B. Herzog on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley
Trust Company, N.A.
jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

Paul S. Hessler on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE)
paul.hessler@linklaters.com, shauin.wang@linklaters.com

William Heuer on behalf of Clerk of Court Fondazione Cassa di Risparmio di Imola
wheuer@duanemorris.com

Autumn D. Highsmith on behalf of Creditor Steven G. Holder Living Trust
autumn.highsmith@haynesboone.com

Robert M. Hirsh on behalf of Creditor The Vanguard Group, Inc.
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

David J. Hoffman on behalf of Creditor Hipotecas de America, SA
djhoffman@djhoffmanlaw.com

Evan C. Hollander on behalf of Creditor MTR Corporation Limited
ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Attorney Sullivan & Worcester LLP
pholleman@sandw.com

Robert Neil Holtzman on behalf of Defendant Lehman Brothers Holdings Inc.
rholtzman@kramerlevin.com

Jonathan Hook on behalf of Creditor Parties Listed on Exhibit "A"
jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com

Christopher J. Houpt on behalf of Defendant Bank Of America, N.A.
choupt@mayerbrown.com, jmarsala@mayerbrown.com

Casey B. Howard on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
choward@lockelord.com

Hamish Hume on behalf of Interested Party Barclays Capital, Inc.
hhume@bsfllp.com, tbloomer@bsfllp.com;lsmith@bsfllp.com

Stephen C. Hunt on behalf of Creditor Sofia Frankel
shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us

David R. Hurst on behalf of Unknown Neelam Daryani
dhurst@ycst.com, bankfilings@ycst.com

Frederick D. Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World
Markets Corp., and CIBC World Markets Inc.
fhyman@mayerbrownrowe.com

Jeremiah Iadevaia on behalf of Plaintiff Olivia Bam
jiadevaia@vladeck.com

Adam H. Isenberg on behalf of Interested Party The Pennsylvania Convention Center Authority
aisenberg@saul.com

Robbin L. Itkin on behalf of Creditor Korea Investment & Securities Co., LTD.
ritkin@steptoe.com, kpiper@steptoe.com

Jennifer M. Jackson on behalf of Counter-Defendant Michigan State Housing Development
Authority
jacksonj5@michigan.gov

Lawrence Evan Jacobs on behalf of Attorney Davis Polk & Wardwell LLP
lawrence.jacobs@davispolk.com

Steve Jakubowski on behalf of Creditor Frank Paris
sjakubowski@colemanlawfirm.com

Sedgwick M. Jeanite on behalf of Creditor Carol Bunevich
jeanites@whiteandwilliams.com, yoderj@whiteandwilliams.com

Daniel S. Jo on behalf of Creditor James Lister
djo@liddlerobinson.com

Michael E. Johnson on behalf of Counter-Defendant Libra CDO Limited
michael.johnson@alston.com

Robert Alan Johnson on behalf of Creditor Dynegy Power Marketing, Inc.
rajohnson@akingump.com

John J. Jolley on behalf of Creditor City and County of Denver, Department of Revenue

jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roger G. Jones on behalf of Creditor Franklin American Mortgage Company
rjones@bccb.com

Benay L. Josselson on behalf of Defendant Liberty Square CDO I, Ltd.
josselson@sewkis.com

John E. Jureller on behalf of Creditor Fisher Investments
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 125 High Street, L.P.
gkaden@goulstonstorrs.com

William Wade Kannel on behalf of Creditor Belmont Insurance Company
wkannel@mintz.com

Richard S. Kanowitz on behalf of Creditor AboveNet Communications Inc.
rkanowitz@cooley.com

Alex J. Kaplan on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
ajkaplan@sidley.com, emcdonnell@sidley.com

Gary Kaplan on behalf of Interested Party The 144AMaster Fund, LP
gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

Anjna R. Kapoor on behalf of Defendant JPMORGAN CHASE BANK, N.A.
akapoor@kelleydrye.com, docketing@kelleydrye.com

Dimitri G. Karcazes on behalf of Unknown Huron Consulting Group, Inc.
dimitri.karcazes@goldbergkohn.com

David J. Karp on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l.
david.karp@srz.com, jonathan.blattmachr@srz.com

Marc E Kasowitz on behalf of Interested Party Bay Harbour Management LC
mkasowitz@kasowitz.com, courtnotices@kasowitz.com

Diane J. Kasselman on behalf of Creditor Trade Settlement Inc.
dkasselman@kasselman-law.com

Elyssa Suzanne Kates on behalf of Creditor Advanced Graphic Printing, Inc.
ekates@bakerlaw.com

Lawrence A. Katz on behalf of Creditor The United Company
lkatz@ltblaw.com

Jordan Kaye on behalf of Defendant Lehman Brothers Holdings Inc.
jkaye@kramerlevin.com

Robert J. Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com

Robin Elizabeth Keller on behalf of Creditor Pearl Assurance Limited
robin.keller@lovells.com, omeca.nedd@lovells.com

Craig I. Kelley on behalf of Creditor Merit Floors, Inc.
grace@kelleylawoffice.com

Kenneth J. Kelly on behalf of Creditor Intersil Europe SaRL, Inc.
kkelly@ebglaw.com, nyma@ebglaw.com

J. Michael Kelly on behalf of Creditor SumTotal Systems, Inc.
kellyjm@cooley.com

Elena Paras Ketchum on behalf of Trustee Soneet Kapila
eketchum.ecf@srbp.com

John Kibler on behalf of Creditor China Development Bank Corporation
john.kibler@allenovery.com

Christopher K. Kiplok on behalf of Attorney Hughes Hubbard & Reed LLP
kiplok@hugheshubbard.com

Edward J. Kirk on behalf of Unknown Certain Underwriters at Lloyd's London and Companies
edward.kirk@clydeco.us

Paul Kizel on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein.com

Barry R. Kleiner on behalf of Creditor Shinsei Bank, Limited
dkleiner@velaw.com

Tracy L. Klestadt on behalf of Creditor Yakima-Tieton Irrigation District
tklestadt@klestadt.com, tklestadt@gmail.com

Joseph B. Koczko on behalf of Unknown Ohio Housing Finance Agency
joseph.koczko@thompsonhine.com

Scott Edward Koerner on behalf of Creditor Great Bay Condominium Owners Association

scott.koerner@snrdenton.com

Douglas Koff on behalf of Unknown Lehman Brothers Special Financing Inc.
douglaskoff@paulhastings.com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig.com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial, Inc.
, dcunsolo@winston.com

Claude F. Kolm on behalf of Creditor Alameda County Treasurer-Tax Collector Donald R. White
claude.kolm@acgov.org, jamartinez@acgov.org

Alan Kolod on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
dkick@mosessinger.com

Anna Kornikova on behalf of Creditor Federal Home Loan Mortgage Corporation
akornikova@lcbf.com

Sheron Korpus on behalf of Creditor Loreley Noteholders
courtnotices@kasowitz.com

Lawrence J. Kotler on behalf of Creditor FPB International Bank, Inc.
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB
kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Lisa J.P. Kraidin on behalf of Creditor RBC Dexia Investor Services Bank France SA
lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com

Bennette D. Kramer on behalf of Creditor Moore Capital Management, LP
bdk@schlamstone.com

Richard P. Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
richard.krasnow@weil.com,
richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

Michael M. Krauss on behalf of Attorney Faegre & Benson LLP
mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com;mdoty@faegre.com

Julia S. Kreher on behalf of Attorney Hodgson Russ LLP
rleek@hodgsonruss.com;jthoman@hodgsonruss.com

J. Alex Kress on behalf of Creditor Lawson Software, Inc.,
akress@riker.com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank, N.A.
mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Justin A. Kuehn on behalf of Unknown Mark Mazzatta
kuehn@bragarwexler.com

Greg T. Kupniewski on behalf of Creditor The TAARP Group, LLP
greg.kupniewski@flastergreenberg.com

Paul J. Labov on behalf of Creditor OM Financial Life Insurance Company
plabov@eapdlaw.com

Robinson B. Lacy on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund,
L.P.
Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com

Darryl S. Laddin on behalf of Unknown SunTrust Robinson Humphrey, Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Attorney Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan Mortgage Corporation
mlandman@lcbf.com

David P. Langlois on behalf of Interested Party Shell Energy North America (US), L.P.
david.langlois@sablaw.com

Robert Laplaca on behalf of Creditor Zedak Corp.
rlaplaca@levettrockwood.com

Kevin J. Larner on behalf of Creditor The Kroger Co.
klarner@riker.com

Francis J. Lawall on behalf of Interested Party EXXONMOBIL GAS MARKETING EUROPE
LIMITED
lawallf@pepperlaw.com, henrys@pepperlaw.com;matourj@pepperlaw.com

James N. Lawlor on behalf of Creditor JAS Holding Corporation
jlawlor@wmd-law.com, jgiampolo@wmd-law.com

David M. LeMay on behalf of Creditor AIG Markets, Inc.
dlemay@chadbourne.com

Michael C. Ledley on behalf of Plaintiff Lehman Brothers Special Financing Inc.
mledley@wmd-law.com

Mark G. Ledwin on behalf of Creditor Hartford Index HLS Fund
mark.ledwin@wilsonelser.com

David H. Lee on behalf of Creditor Bank Of America, N.A.
dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Alexander B. Lees on behalf of Counter-Claimant JPMORGAN CHASE BANK, N.A.
ablees@wlrk.com, calert@wlrk.com

David S. Leinwand on behalf of Creditor Avenue Blue TC Fund, LP
dleinwand@avenuecapital.com

Robert R. Leinwand on behalf of Unknown William Berkman
rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert J. Lemons on behalf of Debtor Lehman Brothers Holdings Inc.
robert.lemons@weil.com, andrew.lyon@weil.com;lee.goldberg@weil.com

Stephen D. Lerner on behalf of Creditor KeyBank National Association
stephen.lerner@squiresanders.com

Ira M. Levee on behalf of Creditor Boilermaker-Blacksmith National Pension Trust
ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal on behalf of Creditor Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Richard B. Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com;jmanning@cravath.com

Erin S. Levin on behalf of Creditor LibertyView Capital Management, LLC; LibertyView Credit
Opportunities Fund; LibertyView Credit Select Fund, L.P.; LibertyView Funds, L.P.;
LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P
elevin@lowenstein.com

Eric R. Levine on behalf of Creditor 4Kids Entertainment Inc.
elevine@eisemanlevine.com, lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com

Jonathan Levine on behalf of Unknown EPCO Holdings

bankruptcy@andrewskurth.com

Eric B. Levine on behalf of Unknown Unknown Filer
levine@whafh.com

Jeffrey W. Levitan on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess
Corporation
jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com

Richard Levy on behalf of Creditor Credito Privato Commerciale SA
rlevy@pryorcashman.com

Leo V. Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Isabelle Liberman on behalf of Unknown Common Fund Hedged Equity Co.
iliberman@akingump.com

Michael Liberman on behalf of Unknown Larsen & Toubro Infotech, Ltd.
mliberman@ebglaw.com, nyma@ebglaw.com

Mark S. Lichtenstein on behalf of Creditor City Employee Welfare Fund Local 3 IBEW
mlichtenstein@crowell.com, mlichtenstein@crowell.com

Valdi Licul on behalf of Plaintiff Olivia Bam
vlicul@vladeck.com

David Liebenstein on behalf of Transferee Hayman Capital Master Fund, L.P.
david.liebenstein@haynesboone.com

Seth H. Lieberman on behalf of Interested Party Iberdrola Renewables Energies USA, Ltd.
slieberman@pryorcashman.com

David Liebov on behalf of Interested Party Barclays Capital, Inc.
liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com

Angelina E. Lim on behalf of Creditor Mark Hein
angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com

Douglas J. Lipke on behalf of Creditor Newedge USA, LLC and Affiliated Entities

dlipke@vedderprice.com, ecfdocket@vedderprice.com

Alan Jay Lipkin on behalf of Creditor Royal Charter Properties-East, Inc.
alipkin@willkie.com, maosbny@willkie.com

Joanne K. Lipson on behalf of Creditor The Central Puget Sound Regional Transit Authority
jlipson@crockerlaw.com, ttracy@crockerlaw.com;nancy@crockerlaw.com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd.
sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmcca
rthy.com

Joli A. Lofstedt on behalf of Creditor Ironbridge Property Owners Association
joli@crlpc.com

Sarah K. Loomis Cave on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
cave@hugheshubbard.com

Eric Lopez Schnabel on behalf of Creditor Columbia Management Investment Advisers, LLC
f/k/a Riversource Investments, LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel on behalf of Creditor Kenwood Capital Management LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sara E. Lorber on behalf of Creditor City of Chicago
slorber@wfactorlaw.com

Alexander S. Lorenzo on behalf of Counter-Defendant Libra CDO Limited
alexander.lorenzo@alston.com

Daniel A. Lowenthal on behalf of Creditor Hilliard Farber & Co., Inc.
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com

Mitchell Alan Lowenthal on behalf of Defendant Bank of America Strategic Ventures, Inc.
maofiling@cgsh.com, mlowenthal@cgsh.com;dherrington@cgsh.com

Mark L. Lubelsky on behalf of Intervenor-Defendant LH 1440, L.L.C.
mark@mllassociates.com

Donald K. Ludman on behalf of Creditor Business Objects Americas
dludman@brownconnery.com

Alan Lungen on behalf of Interested Party BHCO Master Ltd

alungen@kasowitz.com, alungen@kasowitz.com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

Michael C. Lynch on behalf of Defendant JPMORGAN CHASE BANK, N.A.
mlynch@kelleydrye.com, docketing@kelleydrye.com

Bruce G. MacIntyre on behalf of Creditor Puget Sound Energy, Inc.
bmacintyre@perkinscoie.com

Kevin L. MacMillan on behalf of Creditor Syncora Guarantee, Inc.
kmacmillan@abv.com

John H. Maddock on behalf of Creditor CSX Transportation, Inc.
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

Howard P. Magaliff on behalf of Creditor Roger Saks
hmagaliff@dtmlawgroup.com

Wendy Mager on behalf of Creditor John Dmuchowski
wmager@smithstratton.com

William R. Maguire on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
maguire@hugheshubbard.com

George E.B. Maguire on behalf of Unknown Juice Energy, Inc.
gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com

William A Maher on behalf of Interested Party Lana Harber
wmaher@wmd-law.com

John S. Mairo on behalf of Creditor Aliant Bank
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.c
om;kdcurtin@pbnlaw.com

Christopher J. Major on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
cjm@msf-law.com, nj@msf-law.com;bm@msf-law.com

Jill L. Makower on behalf of Creditor Metropolitan Bank & Trust Company
jmakower@tnsj-law.com, bgonsalves@tnsj-law.com

Robert K. Malone on behalf of Creditor Allianz Global Investors AG
robert.malone@dbr.com

Michael J. Maloney on behalf of Defendant JPMORGAN CHASE BANK, N.A.
mmaloney@kelleydrye.com, docketing@kelleydrye.com

Ray A. Mandlekar on behalf of Interested Party Chun Ip
e_file_sd@csgrr.com

Beverly Weiss Manne on behalf of Creditor Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw.com

Julie A. Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Wendy G. Marcari on behalf of Interested Party InfoSpace, Inc.
wmarcari@ebglaw.com, nyma@ebglaw.com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline.marcus@weil.com,
aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com

Alan E. Marder on behalf of Creditor Advanced Portfolio Technologies, Inc.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Lorenzo Marinuzzi on behalf of Creditor Centerbridge Credit Partners LP
lmarinuzzi@mofo.com

David J. Mark on behalf of Unknown Souad Salame
dmark@kasowitz.com, courtnotices@kasowitz.com

Scott S. Markowitz on behalf of Creditor AKF Engineers, LLP
smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com

Thomas S. Marrion on behalf of Interested Party United Church Of Christ Retirement
Community, Inc. d/b/a Havenwood Heritage Heights
tmarrion@haslaw.com

D. Ross Martin on behalf of Creditor Stanford Hospital and Clinics
ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Richard W. Martinez on behalf of Creditor Louisiana Sheriff's Pension and Relief Fund
claire@rwmaplc.com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp.

jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson
@hahnhessen.com;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen
.com;jsmith@hahnhessen.com

Laurence May on behalf of Creditor Federal Home Loan Bank of Pittsburgh
lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown The Carlyle Group
dkmayer@wlrk.com, calert@wlrk.com

Sandra E. Mayerson on behalf of Interested Party Caisse de depot et placement du Quebec
sandra.mayerson@squiresanders.com,
wilfred.lancaster@squiresanders.com;rudy.green@squiresanders.com

Kurt A. Mayr on behalf of Creditor Banque Lehman Brothers S.A.
kurt.mayr@bgllp.com

Jil Mazer-Marino on behalf of Creditor Advanced Portfolio Technologies, Inc.
jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy on behalf of Creditor Asset Backed Management Corp.
james.mcclammy@davispolk.com

Theodore McCombs on behalf of Creditor Giants Stadium LLC
mccombst@sullcrom.com

Richard J. McCord on behalf of Creditor Thomson Murray
RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com

Michael K. McCrory on behalf of Unknown Grace Village Health Care Facilities, Inc.
mmccrory@btlaw.com

Mark McDermott on behalf of Plaintiff Prudential Global Funding LLC
Mark.McDermott@skadden.com

Hugh M. McDonald on behalf of Attorney Special Counsel to the Debtors
hugh.mcdonald@snrdenton.com, elsmith@sonnenschein.com;lcurcio@sonnenschein.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com

Mark E. McKane on behalf of Plaintiff Pulsar Re, Ltd.

mmckane@kirkland.com,
adrienne.levin@kirkland.com;beth.friedman@kirkland.com;sarah.farley@kirkland.com

William J. McKenna on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix
Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
wmckenna@foley.com

Michelle McMahon on behalf of Defendant St. Regis New York
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Austin L. McMullen on behalf of Creditor Franklin American Mortgage Company
amcmullen@babc.com

John P. McNicholas on behalf of Creditor Hank's Living Trust
vincent.roldan@dlapiper.com;jeremy.johnson@dlapiper.com

Matthew S. Melamed on behalf of Plaintiff Ka King Wong, et. al.,
MMelamed@rgrdlaw.com

John P. Melko on behalf of Creditor Pyrrhuloxia, LP
jmelko@gardere.com

Richard G. Menaker on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
rmenaker@mhjur.com

Michelle A. Mendez on behalf of Creditor Health Care Service Corporation
mmendez@hunton.com

William R.H. Merrill on behalf of Unknown Joint Administrators of UK Administration
Companies
bmerrill@susmangodfrey.com

Michael T. Mervis on behalf of Unknown Markit Group Limited
Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth on behalf of Creditor Community Trust Bancorp Inc.
msteen@foxrothschild.com, mlsecf@gmail.com

G. Christopher Meyer on behalf of Creditor The Buckeye Tobacco Settlement Financing
Authority
cmeyer@ssd.com

Jessica Mikhailevich on behalf of Creditor Marquette Financial Companies
mikhailevich.jessica@dorsey.com

Lisa Milas on behalf of Creditor Attorneys for Property Asset Managment Inc. and US Bank
National Association as Trustee
lmilas@rosicki.com, ecfnotice@rosicki.com

Paul Milbauer on behalf of Unknown Susan Stashower
paulmilbauer@msn.com

Ralph I. Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc.
ralph.miller@weil.com

Brett H. Miller on behalf of Creditor AB Bankas SNORAS
bmiller@mofo.com

Harvey R. Miller on behalf of Debtor Lehman Brothers Holdings Inc.
harvey.miller@weil.com, garrett.fail@weil.com

David Emanuel Miller on behalf of Unknown Sociedad Militar Seguro de Vida Institucion
Mutualista
dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

W. Timothy Miller on behalf of Unknown The Federal Home Loan Bank of Cincinnati
miller@taftlaw.com, docket@taftlaw.com

Anne Miller-Hulbert on behalf of Creditor LSF6 Mercury REO Investments Trust Series 2008-1
rocbkcourt@logs.com

Jeffrey A. Mitchell on behalf of Plaintiff FirstBank Puerto Rico
dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com

Joseph Thomas Moldovan on behalf of Creditor Carpenter Group, Inc.
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Christopher R. Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov

John J. Monaghan on behalf of Creditor Air Canada Inc.
bos-bankruptcy@hklaw.com

Claude D. Montgomery on behalf of Creditor Svenska Handelsbanken AB (publ)
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Concepcion A. Montoya on behalf of Creditor GMAC Mortgage, LLC
cmontoya@hinshawlaw.com

Martin A. Mooney on behalf of Creditor DCFS Trust
mmooney@deilylawfirm.com,
tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

James C. Moore on behalf of Unknown "Spanish Holders of Lehman Programs Securities"
jcmoore1939@gmail.com, cjohnson@hselaw.com

William M. Moran on behalf of Unknown SunCal Debtors
wmoran@mccarter.com

Matthew P. Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

Judy Hamilton Morse on behalf of Creditor Oklahoma Municipal Power Authority
judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com

Joshua D. Morse on behalf of Unknown DCP Parties
jmorse@dl.com

Jeanne Morton on behalf of Creditor America's Servicing Company
bkmail@prommis.com

Eric T. Moser on behalf of Creditor GAM International Management Limited
eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com

Seth A. Moskowitz on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Michael L. Moskowitz on behalf of Creditor Errol Voigt
mlm@weltmosk.com

Kerry Moynihan on behalf of Creditor Millennium Marketing & Management Pty, Ltd.
kerry.moynihan@hro.com

Monique J. Mulcare on behalf of Creditor BNP Paribas Energy Trading GP
mmulcare@mayerbrown.com

Lance Mulhern on behalf of Creditor Shinsei Bank, Limited
lmulhern@velaw.com

Sophia Mullen on behalf of Unknown Heungkuk Life Insurance Co. Ltd.
smullen@sidley.com,
emcdonnell@sidley.com;blohan@sidley.com;dkao@sidley.com;kstark@sidley.com

Steven T. Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC

smulligan@bsblawyers.com

Michael F. Murphy on behalf of Plaintiff Michigan State Housing Development Authority
murphym2@michigan.gov

Jordanna L. Nadritch on behalf of Creditor Christiane Schuster
jnadritch@olshanlaw.com

Jason A. Nagi on behalf of Creditor EXCO Operating Company, LP and other Clients listed on
Schedule I
jnagi@polsinelli.com, tbackus@polsinelli.com

Alissa M. Nann on behalf of Unknown ACCESS GROUP INC. SERIES 2005-A
anann@foley.com

David L. Neale on behalf of Creditor Kalaimoku-Kuhio Development Corp.
kjm@lnbyb.com, tma@lnbyb.com

David Neier on behalf of Creditor Mariner Investment Group, LLC
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Duke Energy Ohio, Inc.
mneier@ibolaw.com

Edward E. Neiger on behalf of Creditor Banque Safdie SA
eneiger@neigerllp.com

Laura E. Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division
of Investment, by Director of the Division of Investment William G. Clark
lneish@zuckerman.com

Justin A. Nelson on behalf of Unknown Mason Capital Management LLC
jnelson@susmangodfrey.com

Roger David Netzer on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com, rnetzer@willkie.com

Dave L. Neville on behalf of Defendant Revere Data, LLC
dave@ojai-lawyer.com

James D. Newbold on behalf of Creditor Illinois Department of Revenue
James.Newbold@illinois.gov

Steven H. Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykorins.com

Philip John Nichols on behalf of Creditor President Securities (Hong Kong) Limited
pnichols@philipjohnnichols.com

Robert E. Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson.com, ecf@wolffsamson.com

Timothy F. Nixon on behalf of Interested Party Fee Committee
tnixon@gklaw.com, zraiche@gklaw.com;eseelig@gklaw.com

Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
rnorthey-lbi@mhjur.com

Richard P. Norton on behalf of Unknown Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant Lloyds TSB Bank plc
rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor J.P. Morgan International Bank Limited
hsnovikoff@wlrk.com, calert@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State Board of Administration
jputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
eobrien@sbchlaw.com

Brian Edward O'Connor on behalf of Creditor Oppenheimer Value Fund
maosbny@willkie.com, boconnor@willkie.com

Sean A. O'Neal on behalf of Creditor EOP Funding Master, Ltd.
soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com

Paul B. O'Neill on behalf of Debtor Lehman Brothers Holdings Inc.
boneill@kramerlevin.com, edaniels@kramerlevin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochska@ffhsj.com

Patrick D. Oh on behalf of Attorney Freshfields Bruckhaus Deringer US LLP
patrick.oh@freshfields.com

Sean A. Okeefe on behalf of Unknown SunCal Debtors
sokeefe@winthropcouchot.com

Jeffrey M. Olinsky on behalf of Creditor Deutsche Bank AG, London Branch
chad.valerio@db.com

Juliana P. Oliveira on behalf of Creditor Merrill Lynch Credit Products, LLC
joliveira@kramerlevin.com

Harold Olsen on behalf of Creditor Mercuria Energy Trading PTE Limited
holsen@stroock.com

Matthew Olsen on behalf of Interested Party SCC Entities
molsen@morganlewis.com

David H. Orozco on behalf of Unknown Joint Administrators of UK Administration Companies
dorozco@susmangodfrey.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF.Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
aostrow@beckerglynn.com, lmueller@beckerglynn.com;shennessey@beckerglynn.com

Neil J. Oxford on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
oxford@hugheshubbard.com

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
ipachulski@stutman.com

Anthony Paduano on behalf of Interested Party Phillip Walsh
ap@pwlawyers.com, lw@pwlawyers.com

R. Stephen Painter on behalf of Unknown Commodity Futures Trading Commission
spainter@cftc.gov

Charles Palella on behalf of Creditor Frictionless Commerce, Inc.
cpalella@kurzman.com

Deryck A. Palmer on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank,
N.A.
deryck.palmer@cwt.com,
david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@c
wt.com

Peter V. Pantaleo on behalf of Unknown Simpson Thacher & Bartlett LLP
managingclerk@stblaw.com

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Board of Education of the City of Chicago
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.j
acobsen@kattenlaw.com;monica.mosby@kattenlaw.com

David W. Parham on behalf of Creditor Cathay United Bank
david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com

Barbra R. Parlin on behalf of Creditor Kantatsu Co. Ltd.
barbra.parlin@hklaw.com

Peter S. Partee on behalf of Interested Party E*TRADE Bank
ppartee@hunton.com

Michael A. Paskin on behalf of Transferee Credit Suisse AG, Cayman Islands Branch
mpaskin@cravath.com

David S. Pegno on behalf of Unknown Tranquility Master Fund Ltd. (n/k/a Spectrum Master
Fund Ltd.)
dpegno@dpklaw.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l.
alfredo.perez@weil.com,
Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.
com;michele.meises@weil.com;donald.etienne@weil.com;nicole.aliseo@weil.com;aliza.reicher
@weil.com

Robert E. Pershes on behalf of Creditor Camilo Kuri Con
rpershes@bdblaw.com, sweires@bdblaw.com;cedwards@bdblaw.com

Anne M. Peterson on behalf of Creditor HSBC Bank USA, National Association
anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com

David M. Peterson on behalf of Unknown Joint Administrators of UK Administration
Companies
dpeterson@susmangodfrey.com

Albena Petrakov on behalf of Creditor Stibbe N.V.
apetrakov@mhjur.com

Gregory M. Petrick on behalf of Foreign Representative D. Geoffrey Hunter and Dan
Schwarzmann, as Joint Provisional Liquidators of Lehman Re Ltd.
gregory.petrick@cwt.com, allison.dipasqua@cwt.com

Deborah J. Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@abramslaw.com,
kmurray@abramslaw.com;dallen@abramslaw.com;tmarciano@abramslaw.com

Douglas J. Pick on behalf of Unknown JPMORGAN CHASE BANK, N.A.
dpick@picklaw.net, ezabicki@picklaw.net

Thomas Pietrantonio on behalf of Unknown Interface Cable Assemblies and Services Corp. a/k/a
ICAS
pietrantoniolaw@optonline.net

Andrea Pincus on behalf of Creditor Banco di Napoli S.p.A.
apincus@reedsmith.com

Leslie A. Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings.com

Sydney G. Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw.com

Frederick B. Polak on behalf of Creditor Duke Corporate Education, f/k/a Duke Corporate
Education, Inc.
lml@ppgms.com

John Polich on behalf of Creditor County of Ventura
john.polich@ventura.org

Jeffrey S. Posta on behalf of Defendant Pinnacle Associates, Ltd.
jposta@stark-stark.com

John N. Poulos on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
poulos@hugheshubbard.com

Kiyam J. Poulson on behalf of Creditor US Bank National Association as Trustee for the
Structured Asset Securities Corporation, Series 2005-GEL2
kpoulson@dlgnylaw.com

Constantine Pourakis on behalf of Attorney Stevens & Lee, P.C.
cp@stevenslee.com

Jennifer Premisler on behalf of Creditor Pacific Investment Management Company LLC
Jen.Premisler@cliffordchance.com

Patricia Williams Prewitt on behalf of Creditor Dynegy Power Marketing, Inc.
pwp@pattiprewittlaw.com

William C. Price on behalf of Creditor Access Data Corp.
wprice@thorpreed.com, rhotaling@thorpreed.com

Madlyn Gleich Primoff on behalf of Unknown Caisse De Depot Et Placement Du Quebec
mprimoff@kayescholer.com, maosbny@kayescholer.com

Jeffrey D. Prol on behalf of Creditor Fubon Bank (Hong Kong) Limited
jprol@lowenstein.com

Jacob S. Pultman on behalf of Intervenor-Plaintiff FCCD Limited
jacob.pultman@allenovery.com, kurt.vellek@allenovery.com

Deborah Quinn on behalf of Creditor The Treasurer of Garfield County, Colorado
dquinn@garfield-county.com, garcoatt@garfield-county.com

Jonathan I. Rabinowitz on behalf of Creditor Somerset Associates, LLC
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
araboy@cov.com

Paul A. Rachmuth on behalf of Creditor BCP Voyager Master Funds SPC, Ltd.
prachmuth@gerstensavage.com

Randall Rainer on behalf of Plaintiff Lehman Brothers Special Financing Inc.
rrainer@wmd-law.com

Jack A. Raisner on behalf of Plaintiff ALEXANDER LEYTMAN
jar@outtengolden.com, rsr@outtengolden.com

Jennifer Rando Cristiano on behalf of Creditor Kondaur Capital Corporation
ntreglia@logs.com, plamberti@logs.com

Kiara L. Rankin on behalf of Plaintiff Lehman Brothers Holdings Inc.
kiara.rankin@bingham.com, angela.owens@bingham.com

John J. Rapisardi on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
john.rapisardi@cwt.com, betty.comerro@cwt.com;allison.dipasqua@cwt.com

Craig V. Rasile on behalf of Unknown HBK Master Fund L.P.
mmannering@hunton.com

Paul L. Ratelle on behalf of Creditor Bremer Financial Corporation
pratelle@fwhtlaw.com

Gary O. Ravert on behalf of Creditor Scotia Capital (USA) Inc.
gravert@ravertpllc.com

Gary O. Ravert on behalf of Interested Party Marie Papillon
gravert@mwe.com

Jeremy B Reckmeyer on behalf of Unknown EPCO Holdings
jeremyreckmeyer@andrewskurth.com

Sophia Ree on behalf of Creditor Federal Home Loan Mortgage Corporation
sree@lcbf.com

Russell Lowell Reid on behalf of Creditor The Bank of New York Mellon
rreid@sheppardmullin.com, bwolfe@sheppardmullin.com

Ira A. Reid on behalf of Unknown Banque Cantonale du Valais
ira.reid@bakermckenzie.com

Michael J. Reilly on behalf of Unknown Wells Fargo Bank Northwest, N.A., as Indenture
Trustee
michael.reilly@bingham.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc.
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;mgallagher@curtis.com;dching@cur
tis.com;njames@curtis.com;mgiugliano@curtis.com;hsaydah@curtis.com;jzimmer@curtis.com

Howard D. Ressler on behalf of Interested Party DCI Umbrella Fund PLC
hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Kenneth A. Reynolds on behalf of Interested Party Executive Fliteways, Inc.
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem Five Cents Savings Bank
arheaume@riemerlaw.com, gmoss@riemerlaw.com

Robert A. Rich on behalf of Creditor Hunton & Williams LLP
rrich2@hunton.com

Jeffrey N. Rich on behalf of Creditor Structure Tone Inc.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Attorney Blank Rome, LLP Attorneys for the FX Alliance, LLC
and Affiliates and Subsidiaries,
mrichards@blankrome.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com

Michael J. Riela on behalf of Unknown Latham & Watkins LLP
michael.riela@lw.com

Robert R. Rigolosi on behalf of Creditor Current Communications and Electric Corporation
rrigolosi@smsm.com

Fred B. Ringel on behalf of Creditor Eugene Greene
fbr@robinsonbrog.com

Christy Rivera on behalf of Creditor BlueBay Specialised Funds: Credit Opportunity (Master)
Fund (FCP-SIF)
crivera@chadbourne.com

Jennifer L. Rodburg on behalf of Creditor BREF ONE, LLC
jennifer.rodburg@friedfrank.com,
aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com

Theodore O. Rogers on behalf of Defendant Barclays Capital Inc.
rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com

Vincent J. Roldan on behalf of Transferee Ambling Property Investments, LLC
vincent.roldan@dlapiper.com, maria.grabis@dlapiper.com;evelyn.rodriguez@dlapiper.com

William J.F. Roll on behalf of Plaintiff BANK OF AMERICA, N.A.
wroll@shearman.com

Michael A. Rollin on behalf of Debtor Lehman Brothers Holdings Inc.
mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com

William A. Rome on behalf of Plaintiff Neuberger Berman LLC
warome@hpplegal.com

Jorian L. Rose on behalf of Unknown Banco Finantia International Limited
jrose@bakerlaw.com

Avrum J. Rosen on behalf of Plaintiff Wendy Uvino
ajrlaw@aol.com,
AJRLAW@aol.com;kberson@avrumrosenlaw.com;fkantrow@avrumrosenlaw.com;lstalker@av
rumrosenlaw.com;dldobbin@avrumrosenlaw.com;gbara@avrumrosenlaw.com;emeade@avrumr
osenlaw.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de depot et placement du Quebec

arthur.rosenberg@hklaw.com

Kermit A. Rosenberg on behalf of Interested Party Satyam Computer Services, Ltd.
krosenberg@bltplaw.com

Jeffrey M. Rosenberg on behalf of Unknown Hope Greenfield
jeff@kleinsolomon.com

Heath D. Rosenblat on behalf of Interested Party HD Supply, Inc.
hrosenblat@kslaw.com

Benjamin Rosenblum on behalf of Debtor Lehman Brothers Holdings Inc.
brosenblum@jonesday.com

Wendy Rosenthal on behalf of Creditor Barclays Global Investors National Association
wendy.rosenthal@cliffordchance.com

Jeffrey A. Rosenthal on behalf of Creditor Dader Investment Corp.
maofiling@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers Finance AG, in
Liquidation
mrosenthal@gibsondunn.com

David A. Rosenzweig on behalf of Creditor AT&T Inc.
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs.com

David S. Rosner on behalf of Interested Party BHCO Master Ltd
dfliman@kasowitz.com;courtnotices@kasowitz.com

Melissa-Jean Rotini on behalf of Creditor Westchester County
mjr1@westchestergov.com

Rene S. Roupinian on behalf of Creditor CYNTHIA SWABSIN
rsr@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com

Alex R. Rovira on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund,
L.P.
arovira@sidley.com, emcdonnell@sidley.com

Barry J Roy on behalf of Interested Party Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Kenneth Rudd on behalf of Defendant Rabobank Group
krudd@zeklaw.com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@rgrdlaw.com

Abby Rudzin on behalf of Creditor Olivant Investments Switzerland S.A.
arudzin@omm.com

Eric Litman Ruiz on behalf of Creditor Silver Point Capital Fund, L.P. and Silver Point Capital
Offshore Fund, Ltd.
eric.ruiz@davispolk.com

Scott K. Rutsky on behalf of Unknown BT Americas Inc. and Radianz Americas Inc.
srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital
Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
hryder@daypitney.com

Jeffrey S. Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.
(f/k/a Harbert Distressed Investment Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff Carolina First Bank
jsafer@lockelord.com

Chester B. Salomon on behalf of Creditor 1301 Properties Owner, L.L.C.
csalomon@beckerglynn.com, shennessey@beckerglynn.com;lmueller@beckerglynn.com

Michael E. Salzman on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
salzman@hugheshubbard.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@lgbs.com

Jason Sanjana on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
jason.sanjana@lw.com

Lori K. Sapir on behalf of Creditor Niscayah, Inc.
lsapir@sillscummis.com

Jeffrey L. Sapir-13 on behalf of Trustee Jeffrey Sapir-13
info@sapirch13tr.com

Robert M. Sasloff on behalf of Creditor Richard Locke
rms@robinsonbrog.com

Paul A. Saso on behalf of Defendant Fridator Trust
psaso@gibbonslaw.com

Joseph Cono Savino on behalf of Creditor Inverell Shire Council
savino@larypc.com,
silvestro@larypc.com;fox@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@laryp
c.com

Robert Scannell on behalf of Unknown SunCal Debtors
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Creditor Capital One, N.A.
lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com

Eric A Schaffer on behalf of Counter-Claimant BNY Corporate Trustee Services Limited
eschaffer@reedsmith.com, slucas@reedsmith.com

Ilan D. Scharf on behalf of Unknown Liquidators of ICP Strategic Credit Income Master Fund
Ltd.
ischarf@pszjlaw.com

Brian Schartz on behalf of Creditor QVT Fund LP
bschartz@kirkland.com, bfriedman@kirkland.com;nehal.madhani@kirkland.com

William B. Schiller on behalf of Creditor Wells Fargo Bank, NA, d/b/a America's Servicing
Company as servicer for U.S. Bank National Association, as Trustee for the Structured Asset
Investment Loan Trust, Series 2005-HE3
wschiller@schillerknapp.com, lgadomski@schillerknapp.com

Jonathan D. Schiller on behalf of Defendant Barclays Capital, Inc.
jschiller@bsfllp.com

Michael L. Schleich on behalf of Creditor Tata Communications Services (America) Inc. f/k/a
VSNL America Inc.
mschleich@fslf.com

Erik Schneider on behalf of Creditor Elliott Associates, L.P.
erik.schneider@srz.com

Edward L. Schnitzer on behalf of Unknown Roger Trout
eschnitzer@hahnhessen.com,
jzawadzki@hahnhessen.com;nrigano@hahnhessen.com;sthompson@hahnhessen.com;jsmith@h
ahnhessen.com;kprimm@hahnhessen.com

William H. Schorling on behalf of Creditor Greenbrier Minerals Holdings, LLC
william.schorling@bipc.com, donna.curcio@bipc.com

Carey D. Schreiber on behalf of Creditor Capgemini Financial Services USA, Inc.
cschreiber@winston.com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@salans.com

Jeffrey L. Schwartz on behalf of Creditor CommerzBank A.G.
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@ha
hnhessen.com;jsmith@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com

Matthew A. Schwartz on behalf of Creditor Giants Stadium LLC
schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com

Andrea B. Schwartz on behalf of U.S. Trustee United States Trustee
andrea.b.schwartz@usdoj.gov

Richard Schwed on behalf of Creditor The Tudor BVI Global Portfolio L.P.
rschwed@shearman.com

Lisa M. Schweitzer on behalf of Interested Party Barclays Capital, Inc.
lschweitzer@cgsh.com, maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com

Brendan M. Scott on behalf of Plaintiff Massachusetts Water Resources Authority
bscott@klestadt.com

John Scott on behalf of Unknown Yarpa Investmenti S.G.R. S.p.A. RP3 Fund
jlscott@reedsmith.com

Barry N. Seidel on behalf of Interested Party Caixa Geral de Depositos, S.A.
seidelb@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne.com

Stephen B. Selbst on behalf of Creditor MEAG New York Corporation
sselbst@herrick.com, courtnotices@herrick.com

David R. Seligman on behalf of Liquidator Liquidators of Lehman Brothers Australia Limited
david.seligman@kirkland.com,

sienna.singer@kirkland.com;jacob.goldfinger@kirkland.com;katrina.decelles@kirkland.com

Andrew D. Shaffer on behalf of Creditor Lehman Brothers Asia Capital Company (in liquidation) and Lehman Brothers Commercial Corporation Asia Limited (in liquidation)
ashaffer@mayerbrown.com

Joel M. Shafferman on behalf of Attorney Bret H. Reed, Jr., a Law Corporation
joel@shafeldlaw.com

Dan Shaked on behalf of Creditor Moshe & Hanna Shram
dan@shakedandposner.com

Paul V. Shalhoub on behalf of Creditor Millennium International, Ltd.
maosbny@willkie.com, pshalhoub@willkie.com

Daniel Shamah on behalf of Unknown Olivant Investments Switzerland SA
dshamah@omm.com

Nolan E. Shanahan on behalf of Creditor Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz.com

David B. Shemano on behalf of Creditor Cascade Investment, L.L.C.
dshemano@pwkllp.com

James H. Shenwick on behalf of Unknown Dorothea Douglas
jshenwick@gmail.com

Thomas I. Sheridan on behalf of Unknown Benjamin Gamoran
tsheridan@hanlyconroy.com

Andrew Howard Sherman on behalf of Attorney Sills Cummis & Gross P.C.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Creditor AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Citibank, N.A. and certain Affiliates
sshimshak@paulweiss.com, sshimshak@paulweiss.com

Michael A. Shiner on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
mshiner@tuckerlaw.com

J. Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

Motty Shulman on behalf of Defendant BNP Paribas, London Branch
MSHULMAN@BSFLLP.COM

Carren B. Shulman on behalf of Unknown Bank of New York Mellon
cshulman@sheppardmullin.com, jshah@sheppardmullin.com

Patrick Sibley on behalf of Creditor Bank of Valletta p.l.c.
psibley@pryorcashman.com, dstevens@pryorcashman.com

Paul H. Silverman on behalf of Creditor Corporate Park Associates Inc.
PSilverman@mclaughlinstern.com

Paul N. Silverstein on behalf of Creditor Centerbridge Special Credit Partners, L.P.
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Laurie Selber Silverstein on behalf of Interested Party Genesys Conferencing Europe SAS,
Genesys Conferencing Limited, InterCall, Inc., West Receivables Holdings LLC, and West
Receivables LLC
bankruptcy@potteranderson.com

Peter L. Simmons on behalf of Creditor Federal Home Loan Bank of Atlanta
peter.simmons@friedfrank.com

Keith A. Simon on behalf of Unknown Fannie Mae
keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Leif T. Simonson on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the
Anasazi Japanese Systematic Long Short D SP
lsimonson@faegre.com

Charles E. Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com, detheridge@windelsmarx.com;mmartir@windelsmarx.com

Howard G. Sloane on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC
Financial Services (Cayman) LTD)
pfarren@cahill.com

Thomas R. Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com

Edward Smith on behalf of Creditor Brevan Howard Master Fund Limited
easmith@venable.com

Elizabeth Page Smith on behalf of Creditor Customer Asset Protection Company
esmith@llgm.com

John R. Smith on behalf of Interested Party HBK Master Fund L.P.
jrsmith@hunton.com

Turner P. Smith on behalf of Plaintiff Lehman Brothers Special Financing Inc.
tsmith@cm-p.com, jclyne@cm-p.com

Abigail Snow on behalf of Attorney Satterlee Stephens Burke & Burke LLP
asnow@ssbb.com

Jay B. Solomon on behalf of Creditor Greenfield's OTP LLC
jay@kleinsolomon.com

Lisa M. Solomon on behalf of Creditor Anke Parr
lisa.solomon@worldnet.att.net

Andrew T. Solomon on behalf of Unknown Acta Asset Management ASA
asolomon@sandw.com, rlombardo@sandw.com

John Wesley Spears on behalf of Creditor Japan Net Bank, Ltd.
john.spears@alston.com

Arthur J. Spector on behalf of Creditor Petroleum Realty Investment Partners, L.P.
aspector@bergersingerman.com, byglesia@bergersingerman.com;efile@bergersingerman.com

Mark A. Speiser on behalf of Creditor Mizuho Corporate Bank, Ltd.
mspeiser@stroock.com, insolvency2@stroock.com

Douglas E. Spelfogel on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix
Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
dspelfogel@foley.com, bmjones@foley.com

James H.M. Sprayregen on behalf of Liquidator Liquidators of Lehman Brothers Australia
Limited
jsprayregen@kirkland.com, wguerrieri@kirkland.com

Marvin E. Sprouse on behalf of Creditor Level 3 Communications, LLC
msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

J. Gregory St.Clair on behalf of Unknown Gruss Global Investors Master Fund (Enhanced), Ltd.
Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com

Katherine Stadler on behalf of Attorney Godfrey & Kahn, S.C.
kstadler@gklaw.com, zraiche@gklaw.com

Michael Scott Stamer on behalf of Unknown Sunshine Enterprises L.P.

mstamer@akingump.com,
acaleca@akingump.com;skurlanzik@akingump.com;pgurfein@akingump.com;cpadien@akingump.com;dkrasa-berstell@akingump.com;sschultz@akingump.com

Howard Steel on behalf of Unknown Alandsbanken ABP (Finland), Svensk Filial
hsteel@brownrudnick.com, bchapman@brownrudnick.com;JDMarshall@brownrudnick.com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj.com, nydocketclrk@ffhsj.com,Matthew.Roose@friedfrank.com,cedrick.mendoza-tolentino@friedfrank.com

J. Robert Stoll on behalf of Interested Party The Lehman Hong Kong Liquidators
jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com

Ralph M. Stone on behalf of Creditor Karl Ernsdoerfer
rstone@lawssb.com

Brent C. Strickland on behalf of Interested Party Headstrong Services, LLC
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor European Bank for Reconstruction and Development
harveystrickon@paulhastings.com

Walter B. Stuart on behalf of Attorney Freshfields Bruckhaus Deringer US LLP
walter.stuart@freshfields.com

William S. Sugden on behalf of Creditor Aozora Bank, Ltd.
will.sugden@alston.com, heather.byrd@alston.com

David A. Sullivan on behalf of Creditor Fir Tree Capital Opportunity Master Fund, L.P.
david.sullivan@cliffordchance.com

James M. Sullivan on behalf of Interested Party China Development Industrial Bank
jsullivan@mosessinger.com

Walter E. Swearingen on behalf of Unknown Mary Jane DaPuzzo
wswearingen@llf-law.com

Claude Szyfer on behalf of Creditor Mitsui & Co. Commodity Risk Management Limited
cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com

Matthew S. Tamasco on behalf of Unknown PJM Interconnection, L.L.C.
mtamasco@schnader.com

Sara M. Tapinekis on behalf of Creditor Calyon
sara.tapinekis@cliffordchance.com

Robert E. Tarcza on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund
bobt@tglaw.net

Charles Martin Tatelbaum on behalf of Creditor GMAC Mortgage, LLC
ctatelbaum@hinshawlaw.com, smerrill@hinshawlaw.com

James Tecce on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
jteele@lowenstein.com

Jay Teitelbaum on behalf of Creditor Clearbridge Advisors LLC
jteitelbaum@tblawllp.com

H. Marc Tepper on behalf of Defendant PNC Bank, National Association
marc.tepper@bipc.com, donna.curcio@bipc.com

Ronald M. Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
rterenzi@stcwlaw.com

April J. Theis on behalf of Creditor State of Arizona
april.theis@azag.gov

David J. Theising on behalf of Unknown Bell Trace Obligated Group
dtheising@harrisonmoberly.com

Richard C. Tisdale on behalf of Creditor Commonwealth Bank of Australia
richard.tisdale@friedfrank.com

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com, mao-bk-ecf@debevoise.com

Christine M. Tobin-Presser on behalf of Unknown Kline Galland Center
ctobin@bskd.com,
psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com

Lawrence E. Tofel on behalf of Unknown Charles Diccianni
letofel@tofellaw.com, mallison@tofellaw.com;jworden@tofellaw.com

Jeffrey G. Tougas on behalf of Creditor Sumitomo Mitsui Banking Corporation
jtougas@mayerbrown.com, JCDebaca@mayerbrown.com;mlotito@mayerbrown.com

Amit K. Trehan on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World

Markets Corp., CIBC World Markets Inc., National Bank of Canada Inc., National Bank of
Canada Financial Inc., National Bank Financial Inc., SP4 190 S. La
atrehan@mayerbrown.com, atrehan@mayerbrown.com

Curtis V. Trinko on behalf of Plaintiff Carolyn Fogarazzo
ctrinko@trinko.com

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com

James N. Truitt on behalf of Transferee CWD OC 522 Master Fund, Ltd.
james.truitt@kattenlaw.com, nyc.bknotices@kattenlaw.com

Brian Trust on behalf of Creditor National Bank of Canada
btrust@mayerbrown.com

Tal Unrad on behalf of Creditor Year Up, Inc.
tunrad@burnslev.com

Rafael J. Valdes on behalf of Unknown Banco Interior de Sao Paulo, S.A.
rvaldes@astidavis.com

Jantra Van Roy on behalf of Defendant Rabobank Group
jvanroy@zeklaw.com

Shmuel Vasser on behalf of Creditor Aviva Investors North America, Inc.
shmuel.vasser@dechert.com

Michael J. Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith.com

August C. Venturini on behalf of Creditor Lamita Jabbour
acv@venturini-law.com

Raymond W. Verdi on behalf of Interested Party Barclays Capital, Inc.
rwvlaw@yahoo.com

Paul Vizcarrondo on behalf of Counter-Claimant JPMORGAN CHASE BANK, N.A.
pvizcarrondo@wlrk.com, calert@wlrk.com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai.waisman@weil.com,
amanda.hendy@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@we
il.com

Shai Waisman1 on behalf of Plaintiff LB 745 LLC

shai.waisman@weil.com

Shai Waisman2 on behalf of Plaintiff Lehman Brothers Derivative Products Inc.
shai.waisman@weil.com

Adrienne Walker on behalf of Creditor Belmont Insurance Company
awalker@mintz.com

Edward Timothy Walker on behalf of Intervenor ERP Operating Limited Partnership
twalker@edwardswildman.com

Lisa L. Wallace on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home
Loans Servicing LP as servicing agent for Lehman Brothers Holding Inc.
lwallace@mwc-law.com

Abbey Walsh on behalf of Creditor Elliott Associates, L.P.
awalsh@kkwc.com

Josephine Wang on behalf of Counter-Defendant Securities Investor Protection Corporation
jwang@sipc.org

Mark W. Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mtb.com

W. Clark Watson on behalf of Creditor Compass Bank
cwatson@balch.com

Corey R. Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey.wegner@kutakrock.com

Chaya F. Weinberg-Brodt on behalf of Unknown CRE Capital LLC
chaya.weinberg@withers.us.com

Daniel S Weinberger on behalf of Plaintiff FirstBank Puerto Rico
dweinberger@gibbonslaw.com

Stephen L. Weinstein on behalf of Interested Party Northgate Minerals Corporation
sweinstein@eisemanlevine.com

William P. Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@fklaw.com, vgarvey@fklaw.com;gfox@fklaw.com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co. Inc.

rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct and indirect subsidiaries and affiliates
john.weiss@alston.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Philip Anthony Wells on behalf of Transferee Baupost Group Securities, L.L.C.
philip.wells@ropesgray.com

Annie Wells on behalf of Unknown Logan Circle Partners, L.P.
awells@morganlewis.com

Mark F. Werle on behalf of Creditor Rutland Hospital, Inc.
eag@rsclaw.com;dmc@rsclaw.com

Stephen E. Weyl on behalf of Interested Party United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights
sweyl@haslaw.com

David B. Wheeler on behalf of Creditor Public Service of North Carolina
davidwheeler@mvalaw.com

Timothy Raymond Wheeler on behalf of Interested Party Spiral Binding Company, Inc.
twheeler@lowenstein.com, lbonito@lowenstein.com;klafiura@lowenstein.com

Lee Papachristou Whidden on behalf of Attorney Salans
lwhidden@salans.com, nkhalatova@salans.com

Dennis J. Wickham on behalf of Interested Party Lusardi Construction Company
wickham@scmv.com

Tally M. Wiener on behalf of Creditor Lionel Dardo Occhione
tallymindy@gmail.com

Monika S. Wiener on behalf of Creditor Various LBT Noteholders
mwiener@dl.com

Michael E. Wiles on behalf of Interested Party Ross Financial Corporation
mewiles@debevoise.com, mao-bk-ecf@debevoise.com

Brady C. Williamson on behalf of Interested Party Fee Committee
bwilliamson@gklaw.com, zraiche@gklaw.com

Deborah D. Williamson on behalf of Interested Party Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson on behalf of Creditor Murphy & Durieu, L.P.
KDWBankruptcyDepartment@Kelleydrye.com

Eric J. Wilson on behalf of Interested Party Fee Committee
zraiche@gklaw.com

L. Matt Wilson on behalf of Stockholder Greg Georgas, et al
efile@willaw.com

Michael G. Wilson on behalf of Unknown Merrill Lynch Capital Services, Inc.
mwilson@hunton.com, shislop@hunton.com;candonian@hunton.com

Stephen P Wing on behalf of Creditor Charles Kuykendall
spwing@iabar.org

Eric D. Winston on behalf of Creditor Committee Official Committee of Unsecured Creditors
ericwinston@quinnemanuel.com

Jane Rue Wittstein on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
jruewittstein@jonesday.com

Amy R. Wolf on behalf of Attorney Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, calert@wlrk.com

Joshua Matthew Wolf on behalf of Creditor City Of New York
jowolf@law.nyc.gov

Blanka K. Wolfe on behalf of Creditor Agricultural Bank of Taiwan
bwolfe@sheppardmullin.com

Steven Wolowitz on behalf of Defendant Bank Of America, N.A.
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Allen Woolley on behalf of Intervenor ERP Operating Limited Partnership
awoolley@edwardswildman.com

James Addison Wright on behalf of Counter-Defendant Millennium International, Ltd.
james.wright@ropesgray.com

Thomas John Wright on behalf of Creditor Giants Stadium LLC
wrightth@sullcrom.com

Karon Y. Wright on behalf of Creditor c/o Karon Y. Wright Travis County

karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Robert William Yalen on behalf of Unknown United States of America
robert.yalen@usdoj.gov

Robert C. Yan on behalf of Creditor Capital One, N.A.
ryan@farrellfritz.com, ffbkmao@farrellfritz.com

David Farrington Yates on behalf of Interested Party Dr. Michael C. Frege
farrington.yates@snrdenton.com

Jack Yoskowitz on behalf of Defendant Liberty Square CDO I, Ltd.
yoskowitz@sewkis.com

Jerome Zamos on behalf of Interested Party PRUDENCE WALTZ
zamoslaw@aol.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC and Affiliated Entities
ecfnydocket@vedderprice.com

Menachem O. Zelmanovitz on behalf of Unknown SunCal Debtors
mzelmanovitz@morganlewis.com

George A. Zimmerman on behalf of Plaintiff Prudential Global Funding LLC
brian.mcdermott@skadden.com

N. Theodore Zink on behalf of Creditor Bayview Finacial, L.P. and Bayview Opportunity Master
Fund, L.P.
tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton Willard Homes, Inc.
peter.zisser@ssd.com, wilfred.lancaster@ssd.com;rudy.green@ssd.com

Scott A. Zuber on behalf of Creditor SPCP Group L.L.C.
szuber@daypitney.com, jhahn@daypitney.com

Edward P. Zujkowski on behalf of Creditor Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan
ezweig@optonline.net

Abraham L. Zylberberg on behalf of Creditor Adagio Fund
azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

2074105.1

# EXHIBIT B

Honorable James M. Peck
United States Bankruptcy Court
Courtroom 601
One Bowling Green
New York, NY  10004

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
*Attorneys for the Debtors*

Tracy Hope Davis, Esq.
Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
  for Region 2
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunn, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
*Attorneys for the official committee
  of unsecured creditors*

2074108.1