B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc. *et al.*,　　　　　　Case No. 08-13555(JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **BNP Paribas Securities Corp.** | **BNP Paribas** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 67346 |
| | |
| BNP Paribas Securities Corp.<br>787 Seventh Avenue<br>New York, New York  10019<br>Tel:  (212) 841-2000<br>Attn:   Christian Mundigo<br>E-mail: christian.mundigo@americas.bnpparibas.com | Amount of Claim: **USD$50,000,000.00**<br><br>**(PARTIAL TRANSFER)**<br><br>Date Claim Filed: February 25, 2011<br><br>Phone: N/A |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |

Name and Address where transferee payments should be sent (if different from above):

N/A

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signature_____　　　　　　Date: January 9, 2012
　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67346

BNP PARIBAS, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

BNP Paribas Securities Corp.
Attn: Christian Mundigo
787 Seventh Avenue
New York, New York 10019

its successors and assigns ("Buyer"), all of its rights, title and interest in and to the principal amount of $50,000,000.00 (the "Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, which represents an undivided, *pro rata* 20% (the "Applicable Percentage") portion of all of Seller's rights, title and interest in and to Seller's $250,000,000.00 principal claim relating to that certain Promissory Note (as defined in paragraph 5 of the attachment to Proof of Claim No. 67346), and excludes any contingent and unliquidated amounts (which contingent and unliquidated amounts include, but are not limited to, pre-petition interest and attorneys' fees, certain accrued amounts of which are set forth in paragraphs 6 and 59, respectively, of the attachment to the Proof of Claim.)

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, which is a portion of Claim No. 67346.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 9, 2012.

SELLER

BNP PARIBAS

By: _____
Name: Christina M Feicht
Title: Managing Director

By: _____
Name: Evan Gianoukakis
Title: Director

BUYER

BNP PARIBAS SECURITIES CORP.

By: _____
Name:
Title: **Christian Mundigo**
Co-Head of Fixed Income Americas