# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

January 10, 2012

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")
Twenty-sixth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twenty-sixth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order dated September 10, 2010. Debtors will file this report on the docket in advance of the January 11, 2012 omnibus hearing.

In the just-ended 31-day period, Debtors have served four additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is 208 on 225 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in nine additional ADR matters, six as a result of mediation. Upon closing of those settlements, Debtors will have received an aggregate total of $1,013,532,928 new dollars for the Debtors' estates. Settlements have now been achieved in 173 ADR matters involving 182 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
January 10, 2012
Page 2

To date, of the 69 ADR matters that have reached the mediation stage and have been concluded, 64 have been settled in mediation. Only five mediations have terminated without settlement. Fifteen additional mediations have been scheduled to commence on the following dates: January 17, 18, 19, 25, 27, 30 and 31; and February 1, 2, 3, 7, 22, 24, 28 and 29, 2012.

Respectfully submitted,

*Peter Gruenberga (mp)*

Peter Gruenberger
WEIL, GOTSAHL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)

US_ACTIVE:\43888580\01\58399.0008