WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                               :   **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :   **08-13555 (JMP)**
                                                        :
   **Debtors.**                          :   **(Jointly Administered)**
                                                        :
---------------------------------------------------------------x
:
**In re**                                               :
                                                        :   **Case No.**
**LEHMAN BROTHERS INC.,**                               :
                                                        :   **08-01420 (JMP) (SIPA)**
   **Debtor.**                           :
                                                        :
---------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FORTY-SIXTH OMNIBUS HEARING ON JANUARY 11, 2012 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.   Debtors' Motion for Authorization to Sell Equity Interests in Wilton Re Holdings Limited **[ECF No. 23638]**

   Response Deadline:   January 4, 2012 at 4:00 p.m.

   Response Received:

   A.   Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[ECF No. 24118]**

   Related Documents:

   B.   Declaration of Jack McCarthy, Sr. in Support of Motion **[ECF No. 23639]**

   C.   Declaration of David Descoteaux in Support of Motion **[ECF No. 23640]**

   Status:  This matter is going forward.

2.   Motion of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. for Approval of Settlement Agreement with Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc. **[ECF No. 23637]**

   Response Deadline:   January 4, 2012 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter is going forward.

3.   Motion of Benisasia Investment and Properties, Ltd. for Relief from the Automatic Stay **[ECF No. 23614]**

   Response Deadline:   January 4, 2012 at 4:00 p.m.

Response Received:

    A.    Debtors' Limited Response **[ECF No. 24042]**

Related Documents:  None.

Status:  This matter is going forward.

4. Debtors' Motion for Authority to Exercise Right of First Offer Regarding Securities of Archstone Trust **[ECF No. 23620]**

Response Deadline:    January 4, 2012 at 4:00 p.m.

Responses Received:

    A.    Response of Bank of America, N.A. **[ECF No. 24035]**

    B.    Response of Barclays Capital Real Estate Inc., et al. **[ECF No. 24041]**

    C.    Statement of Official Committee Of Unsecured Creditors in Support of Debtors' Motion **[ECF No. 24121]**

Related Document:

    D.    Declaration of Jeffrey Fitts in Support of Motion **[ECF No. 23860]**

Status:  This matter is going forward.

## II.  **CONTESTED MATTERS:**

5. Joint Motion of Debtors and Creditors' Committee to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[ECF No. 23674]**

Response Deadline:    January 4, 2012 at 4:00 p.m.

Response Received:

    A.    Amended Limited Objection of the Liquidators of Lehman Brothers Australia Limited **[ECF No. 24100]**

Related Documents:

    B.    Reply in Support of Joint Motion of Debtors and Creditors' Committee **[ECF No. 24120]**

    C.    Notice of Filing of Revised Proposed Order **[ECF No. 24098]**

Status:  This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

### III. CONTESTED MATTERS:

6. The Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule or, in the Alternative, for a Status Conference **[LBI ECF No. 4678]**

   Response Deadline:   November 9, 2011 at 4:00 p.m.

   Responses Received:

   A. Trustee's Opposition to Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule, or in the Alternative, for a Status Conference **[LBI ECF No. 4697]**

   B. Statement of Official Committee of Unsecured Creditors in Support of the Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule or, in the Alternative, for a Status Conference **[LBI ECF No. 4701]**

   Related Documents:

   C. Reply in Further Support of the Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule or, in the Alternative, for a Status Conference **[LBI ECF No. 4706]**

   D. Trustee's Status Letter to the Court **[LBI ECF No. 4882]**

   E. Providence Funds' Status Letter to the Court **[LBI ECF No. 4881]**

   Status:  This matter is going forward as a conference on the status of the Providence Funds' Motion.

### IV. ADJOURNED MATTERS:

**A. Lehman Brothers Holdings Inc.:**

7. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[ECF No. 434]**

        Response Deadline:    December 7, 2011 at 4:00 p.m.

        Response Received:

            A.    Objection of Barclays Capital Inc. and Barclays Bank PLC **[ECF No. 23126]**

        Related Documents:    None.

        Status:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

8.    Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[ECF No. 7102]**

        Response Deadline:    February 8, 2012 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:  None.

        Status:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

9.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

        Response Deadline:    February 9, 2011 at 4:00 p.m.

        Responses Received:

            A.    Debtors' Objection **[ECF No. 14398]**

            B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

        Related Documents:

            C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

            D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

        Status:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

10.    Motion of Jason T. Taylor for Relief from the Automatic Stay **[ECF No. 14377]**

        Response Deadline:    February 8, 2012 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

11. Motion of Phillip Walsh for Relief from the Automatic Stay **[ECF No. 14571]**

<u>Response Deadline</u>:    February 8, 2012 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

12. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

<u>Response Deadline</u>:    May 11, 2011 at 4:00 p.m.

<u>Responses Received</u>:

    A.    Debtors' Objection **[ECF No. 16680]**

    B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

13. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

<u>Response Deadline</u>:    June 8, 2011 at 4:00 p.m.

<u>Response Received</u>:

    A.    Debtors' Objection **[ECF No. 17502]**

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

14. Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay  **[ECF No. 23551]**

    Response Deadline:    February 8, 2012 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

15. Motion of Walwilhal Associates, LLC for Relief from the Automatic Stay to Permit to Prosecute Certain Causes of Action in State Court **[ECF No. 22575]**

    Response Deadline:    January 23, 2012 at 5:00 p.m.

    Responses Received:  None.

    Related Document:

        A.    Declaration of Kenneth Pasquale in Support of Motion **[ECF No. 22852]**

    Status:  This matter has been adjourned to February 15, 2012 at 10:00 a.m.

**B.    Adversary Proceedings:**

16. Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, et al. **[Adversary Case No. 10-02821]**

    **Motion to Dismiss Defendants' Counterclaims and Motion to Strike Jury Demand**

    Related Documents:

        A.    Plaintiff LBHI's Motion to Dismiss Defendants' Counterclaims **[ECF No. 43]**

        B.    Plaintiff LBHI's Motion to Strike Jury Demand  **[ECF No. 44]**

    Status:  This matter has been adjourned to February 15, 2012 at 2:00 p.m.

17. Lehman Brothers Holdings Inc.  v. Fontainebleau Resorts, LLC, et al. **[Adversary Case No. 10-02823]**

    **Motion to Dismiss Defendants' Counterclaims and Motion to Strike Jury Demand**

Related Documents:

    A.    Plaintiff LBHI's Motion to Dismiss Defendants' Counterclaims **[ECF No. 43]**

    B.    Plaintiff LBHI's Motion to Strike Jury Demand  **[ECF No. 44]**

Status:  This matter has been adjourned to February 15, 2012 at 2:00 p.m.

**B.**     **Lehman Brothers Inc.:**

18.    Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

Response Deadline:    February 8, 2012 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

    B.    Notices of Adjournment of Hearing on Motion **[LBI ECF Nos. 4663, 4759, 4824]**

Status: This matter has been adjourned to February 15, 2012 at 10:00 a.m.

**V.**     **RESOLVED MATTERS:**

19.    Motion for Sanctions **[ECF No. 23526]**

Response Deadline:    January 4, 2012 at 4:00 p.m.

Responses Received:  None.

<u>Related Documents</u>:

    A.    Declaration of Vance L. Beagles in Support of Motion for Sanctions **[ECF No. 23527]**

    B.    Stipulation Resolving Motion for Sanctions **[ECF No. 23714]**

<u>Status</u>:  This matter has been resolved.

Dated: January 10, 2012
       New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: January 10, 2012
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.