SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
Bryan Krakauer
Robert J. Robinson
Alex R. Rovira
Sophia P. Mullen

*Counsel For Heungkuk Life Insurance Co. Ltd.,*
*Heungkuk Fire & Marine Insurance Co. Ltd.,*
*Meritz Fire and Marine Insurance Co, Ltd. And Woori Bank*
*And Special Counsel For BNY Mellon Corporate*
*Trustee Services Limited And Granite Finance Limited,*
*In Each Case As Their Respective Interests Shall Appear*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         :   Chapter 11
                                                               :
Lehman Brothers Holdings Inc., *et al.*,                       :   Case No. 08-13555 (JMP)
                                                               :
                            Debtors,                           :   (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )   s.s.:
COUNTY OF NEW YORK        )

      1. KENLEY E. STARK, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

NY1 7989552v.1

2. On January 6, 2012 I caused to be served a true and correct copy of each of the following:

(i) **HEUNGKUK, MERITZ, WOORI, DANTE TRUSTEE, AND GRANITE'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN**

by email upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Harvey Miller, Esq. (Harvey.miller@weil.com) ; Lori R. Fife, Esq. (lori.fife@weil.com); and Alfredo R. Perez, Esq. (alfredo.perez@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by hand delivery upon (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Andrea Schwartz, Esq. and Elisabetta Gasparini, Esq.

/s/ Kenley E. Stark
KENLEY E. STARK

Sworn to before me this
10th day of January 2012

Eileen A. McDonnell
Notary Public, State of New York
No. 01MC4857396
Qualified in Queens County
Commission Expires April 28, 2014

NY1 7118012v.1