WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims), that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 10, 2012
      New York, New York

                           /s/ Robert J. Lemons
                           Robert J. Lemons

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Debtors
                           and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Barr, Edwin | 33578 | |
| Candillier, John | 25791 | |
| Collins, Michael | 15223 | 20378 |
| Dybeck, Donald C. | 11327, 11328, 11329 | 20171 |
| Finder, Edmund L. | 28717 | 20150, 20389 |
| Forfia, Robert | 22939 | 20181 |
| Forster, Dennis | 6325 | |
| Fritts, Donald | 8257 | 20464 |
| Gabelman, Rick L. | 6238, 6239 | 20141 |
| Gardner, James | 6512, 6590 | 20141 |
| Hein, Mark W. | 4241 | 20133 |
| Hlavek, Rudolph | 7957 | 20141 |
| Holt, Gerald | 33678, 33679 | |
| Joseph, William | 23910 | |
| Kuykendall, Charles L. | 5487 | 20114-20116 |
| Mahonchak, John | 7694 | |
| Major, Charles E. | 7272 | 20495 |
| Mc Guinn, Edwin J | 13286 | |
| Morrison, Robert D. | 7716 | 20179 |
| Mountford, Robert | 11388 | 20471 |
| Rubin, Allan | 5552 | 19648 |
| Smith, William C. | 6147 | 20428 |
| Spring, Burkhard R. | 10698 | 20170 |
| Stanton, Edward | 33549 | |
| Stipo, Michael J. | 15580 | 20176 |
| Wagner, William A. | 5570 | 20438 |
| Whalen, John A. | 32259 | 20173 |
| Estate of Peter H. Vandenberg | 31915 | |