WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                   :
**In re**                                          :    **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    **08-13555 (JMP)**
                                                   :
                              **Debtors.**         :    **(Jointly Administered)**
                                                   :
                                                   :
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' TWO HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Fifty-Second Omnibus Objection to Claims (Settled Derivatives Claims) [Dkt. No. 24109] solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:  January 10, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

### Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Numbers |
|---|---|
| Deutsche Bank AG | 26969, 26970 |