UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                 :    Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :    08-13555 (JMP)
                                                      :    (Jointly Administered)
                            Debtors.                  :
                                                      :
-----------------------------------------------------------------x    Ref. Docket No. 22815

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ Lauren Rodriguez
                                                      Lauren Rodriguez

Sworn to before me this
10th day of January, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  CREDIT SUISSE AG
            TRANSFEROR: LUZERNER KANTONALBANK AG
            ATTN: ALLEN GAGE
            1 MADISON AVENUE
            NEW YORK NY 10010

Additional:

Transferee: CREDIT SUISSE AG
            ATTN: ALLEN GAGE
            1 MADISON AVENUE
            NEW YORK NY 10010

**Your transfer of claim # 44596-01 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number 22815              Date 11/30/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 3, 2012.

**EXHIBIT B**

```
TIME: 16:22:20                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 01/03/12                                 CREDITOR LISTING

Name                     Address
CREDIT SUISSE AG         ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG         TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010

Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC