UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                                               :   (Jointly Administered)
                    Debtors.                                   :
                                                               :
----------------------------------------------------------------x   Ref. Docket Nos. 22337, 22460-
                                                                    22462, 22466, 22907, 23661, 23818-
                                                                    23821

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
10th day of January, 2012

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
        TRANSFEROR: SWISS RE FUNDS (LUX) I
        ATTN: DANIEL CROWLEY & DANIEL MIRANDA
        745 SEVENTH AVE
        NEW YORK NY 10019

Please note that your claim # 63602-02 in the above referenced case and in the amount of
    $4,795,484.08    has been transferred **(unless previously expunged by court order)**

    ELLIOTT ASSOCIATES, L.P.
    TRANSFEROR: BARCLAYS BANK PLC
    ATTN: MICHAEL STEPHAN
    40 W. 57TH ST.
    NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 22460     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/03/2012                            Vito Genna, Clerk of Court

                                                          /s/ Lauren Rodriguez
                                                          By: Epiq Bankruptcy Solutions, LLC
                                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 3, 2012.

**EXHIBIT B**

```
TIME: 16:46:19                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 01/03/12                                          CREDITOR LISTING

Name                                  Address
ALTUNED HOLDINGS LLC                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                      NEW YORK NY 10281
BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID  28046 SPAIN
  ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A. SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006
  ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS  75008 FRANCE
  ("BBVA")
BARCLAYS BANK PLC                     TRANSFEROR: CNP ASSURANCES 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                     TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ATTN: DANIEL MIRANDA & DANIEL CROWLEY 745 SEVENTH AVE NEW YORK NY 10019
BARCLAYS BANK PLC                     TRANSFEROR: SWISS RE FUNDS (LUX) I ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVE NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.         DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.         TRANSFEROR: BANCO BANIF, S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.         TRANSFEROR: CITIBANK AS ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS LTD          CITIGROUP CENTRE, CANADA SQUARE ATTENTION: PETER FISHER-JONES CANARY WHARF LONDON  E14 5LB UNITED KINGDOM
CITIGROUP GLOBAL MARKETS LTD          DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
DEUTSCHE BANK AG, LONDON BRANCH       TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                      LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.              TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.              TRANSFEROR: BARCLAYS BANK PLC C/O MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
HIGHTIP CAPITAL LLC                   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10019
HIGHTIP CAPITAL LLC                   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CTR NEW YORK NY 10281
HIGHTIP CAPITAL LLC                   TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CTR NEW YORK NY 10281
JAWEMA B.V.                           C/O PH. DUBBELING OUDE MIDDENWEG 4 DEN HAAG  2491 AA NETHERLANDS
NEUE AARGAUER BANK AG                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                 RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
PH. DUBBELING                         TRANSFEROR: JAWEMA B.V. OUDE MIDDENWEG 4 AA THE HAGUE  2491 THE NETHERLANDS
ROYAL BANK OF SCOTLAND, PLC, THE      ATTN: IRENA M. GOLDSTEIN AND JEFFREY CHUBAK DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE      TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") ATTN: JOHN KATSIKOUMBAS AND JENNIFER MCMAHON 135 BISHOPSGATE
                                      LONDON  EC2 3UR UNITED KINGDOM
UBS AG                                TRANSFEROR: NEUE AARGAUER BANK AG BADENERSTRASSE 574/D P.O. BOX ZURICH  CH-8098 SWITZERLAND


Total Number of Records Printed       28
```

EPIQ BANKRUPTCY SOLUTIONS, LLC