**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
                                                                     :
**In re:**                                                           :
                                                                     :    **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                         :    **Case No. 08-13555 (JMP)**
                                                                     :    **(Jointly Administered)**
    **Debtors.**                                                     :
---------------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Dylan G. Trache, request admission, *pro hac vice*, before the Honorable Judge James M. Peck, to represent Wiley Rein LLP as its counsel in the above referenced case.

I certify that I am a member in good standing of the bars in the Commonwealth of Virginia and District of Columbia, and of the U.S. Bankruptcy Court for the Eastern District of Virginia and District of Columbia.

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.


Dated:    January 11, 2012                  /s/ Dylan G. Trache
          McLean, Virginia                 Dylan G. Trache, Esquire
                                           Wiley Rein LLP
                                           7925 Jones Branch Drive, Suite 6200
                                           McLean, Virginia 22102
                                           Telephone: 703-905-2800
                                           dtrache@wileyrein.com

13396550.1