**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
: 
**In re:** :
 : **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **Case No. 08-13555 (JMP)**
 : **(Jointly Administered)**
    **Debtors.** :
---------------------------------------------------------------------X

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Dylan G. Trache, to be admitted, *pro hac vice*, to represent Wiley Rein LLP as its counsel in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the Commonwealth of Virginia and District of Columbia, and of the U.S. Bankruptcy Court for the Eastern District of Virginia and District of Columbia, it is hereby

Ordered, that Dylan G. Trache, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Wiley Rein LLP in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    January ___, 2012          _____
          New York, New York          James M. Peck
                                      United States Bankruptcy Judge

13396554.1