H. Jason Gold, Esquire  
Dylan G. Trache, Esquire  
WILEY REIN LLP  
7925 Jones Branch Drive, Suite 6200  
McLean, Virginia 22102  
703.905.2800 (telephone)  
703.905.2820 (facsimile)  

Response Deadline: January 11, 2012 at 4:00 p.m.  
Hearing Date: January 26, 2012 at 10:00 a.m.  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

## RESPONSE OF WILEY REIN LLP TO DEBTORS' TWO HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

WILEY REIN LLP, by its undersigned counsel, files its response (the "Response") to Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) (the "Objection"), stating to the Court as follows:

1. Wiley Rein provided legal representation to the Debtors in connection with Federal Communications Commission matters related to certain funds which certain of the Debtors planned to establish.[1]

2. Wiley Rein timely filed a proof of claim for prepetition services in the amount of $9,040.00.

3. Wiley Rein's billing records set forth the specific services provided. In an abundance of caution, and to avoid the possibility of waiving any applicable privilege, Wiley

---

[1] Wiley Rein's services were billed through Simpson Thacher & Bartlett LLP.

Rein has not attached the billing records to this response. Wiley Rein reserves the right to present its billing records at any hearing on the Objection and will provide them to counsel to the Debtors upon request.

4. The amount claimed by Wiley Rein reflects reasonable and necessary charges for legal fees incurred in the representation of the Debtors pre-petition.

WHEREFORE, for all of the foregoing reasons, Wiley Rein respectfully requests that this Court enter an Order (i) overruling the Objection, and (ii) granting such other relief as the Court deems just and appropriate.

Dated: January 11, 2012

By: /s/ Dylan G. Trache
Dylan G. Trache
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
Telephone: 703.905.2800
Facsimile: 703.905.2820

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January 2012, a copy of the foregoing was sent via overnight delivery and/or electronic mail to:

>The Honorable James M. Peck
>One Bowling Green, Courtroom 601
>New York, New York 10004
>
>Robert J. Lemons  (robert.lemons@weil.com)
>Mark Bernstein  (mark.bernstein@weil.com)
>Weil Gotshal & Manges LLP
>767 Fifth Avenue
>New York, New York 10153
>
>Tracy Hope Davis
>Elisabeth Gasparini
>Andrea Schwartz  (andrea.b.schwartz@usdoj.gov)
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004
>
>Dennis F. Dunne  (ddunne@milbank.com)
>Dennis O'Donnell  (dodonnell@milbank.com)
>Evan Fleck  (efleck@milbank.com)
>Milbank Tweed Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, New York 10005

　　　　　　　　　　　　　　　　　　 /s/ Dylan G. Trache
　　　　　　　　　　　　　　　　　　Dylan G. Trache

13395850.1