KLESTADT & WINTERS, LLP
Tracy L. Klestadt, Esq.
John. E. Jureller, Jr., Esq.
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000

Attorneys for *Coudert Brothers LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                      :
In Re:                                                                :    Chapter 11
                                                                      :
LEHMAN BROTHERS HOLDINGS, INC. et al.,                                :    Case No. 08-13555 (JMP)
                                                                      :
                                        Debtors.                      :    (Jointly Administered)
---------------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

   John E. Jureller, Jr., being duly sworn, hereby certifies:

   1.  I am over the age of 18, am not a party to this action, and am a partner in the law firm of Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

   2.  On the 11th day of January, I served copies of Response of Coudert Brothers LLP to Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims), by ECF and by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the attached service list.

*/s/John E. Jureller, Jr.*
John E. Jureller, Jr.

## <u>SERVICE LIST</u>

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert Lemons, Esq.
        Mark Bernstein, Esq,

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.
        Elizabeth Gasparini, Esq.
        Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq,
        Evan Fleck, Esq.