Hearing Date and Time: January 26, 2012 at 10:00 a.m.
Objection Deadline: January 11, 2012 at 4:00 p.m.

Adrienne K. Walker, Esq. (*admitted pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO, PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Massachusetts State*
*College Building Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------
|                                    | x |                          |
| **In re**                          | : | **Chapter 11**           |
|                                    | : |                          |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (JMP)** |
|                     **Debtors.**   | : | **Jointly Administered**  |
|                                    | x |                          |
-----------------------------------------------------------------

**RESPONSE OF THE MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY
TO DEBTORS' TWO HUNDRED FORTY-SIXTH OMNIBUS OBJECTION TO
CLAIMS (VALUED DERIVATIVE CLAIMS)**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Massachusetts State College Building Authority (the "**Authority**"), by and through its

undersigned attorneys, submits this response (the "**Response**"), to the Debtors' Two Hundred

Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) (the "**Objection**").

Without support in law or fact, the Debtors (defined below) unilaterally attempt to reduce the

aggregate amount of the Authority's Claims by over 87%.  The Objection must be denied as it (i)

fails to raise any evidence that the Claims are overstated, and (ii) improperly attempts to rewrite

the parties' agreements to reduce its damages under the Forward Supply Agreements (defined

below).  Contrary to the vague Objection, the Claims are supported by detailed documentation

evidencing the Authority's calculation of the Termination Amounts (defined below) in

compliance with the terms of the Forward Supply Agreements. In support of its Response, the

Authority states as follows:

## FACTUAL BACKGROUND

1.      The Authority is a public instrumentality of the Commonwealth of Massachusetts,

charged with financing, planning, designing, constructing and overseeing the management of

residence halls and student activity facilities on the nine State University campuses in

Massachusetts.  Approximately 13,100 students attending state colleges in Massachusetts reside

in complexes owned by the Authority.  In the course of its operations, the Authority issues

revenue bonds under a trust agreement to finance the acquisition and/or repair of such residence

halls and student activity facilities.

2.      In connection with certain bond issuances, the Authority entered into the

following forward supply agreements with Lehman Brothers Special Financing Inc. ("**LBSF**"):

A.    Reserve Fund Agreement, dated as of August 12, 1999 by and among State Street
Bank and Trust Company, the Authority and LBSF, as amended by Amendment
to Reserve Fund Agreement dated as of March 5, 2003 by and among U.S. Bank
National Association, the Authority and LBSF, in connection with the Authority's
$37,816,966.40 Project Revenue Bonds, Senior Series 1999-A (the "**Repair
Bonds Agreement**");

B.    Reserve Fund Agreement, dated as of August 12, 1999 by and among State Street
Bank and Trust Company, the Authority and LBSF, as amended by Amendment
to Reserve Fund Agreement dated as of March 5, 2003 by and among U.S. Bank
National Association, the Authority and the LBSF, in connection with the
Authority's $45,915,000 Project Revenue Bond Series 1999-1 (the "**Multi-
Purpose Bonds Agreement**");

C.    Reserve Fund Agreement, dated as of June 7, 2000 by and among State Street
Bank and Trust Company, the Authority and LBSF, as amended by First
Amendment to Reserve Fund Agreement, dated as of March 5, 2003 by and
among U.S. Bank National Association, the Authority and LBSF, in connection
with the Authority's $223,003,022.20 Project and Refunding Revenue Bonds,
Series 2003A and 2003B ("**2003AB Agreement**");

2

D.    Reserve Fund Agreement, dated as of January 22, 2004 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $61,505,000 Project Revenue Bonds, Series 2004A ("**2004A DSRF Agreement**");

E.    Debt Service Deposit Agreement, dated as of March 5, 2003 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $223,003,022.20 Project and Refunding Revenue Bonds Series 2003A and Series 2003B ("**2003AB DSR Agreement**");

F.    Deposit Agreement, dated as of September 12, 2003 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $223.003.022.20 Project and Refunding Revenue Bonds, Series 2003A and 2003B ("**2003AB-1 DSF Agreement**");

G.    Debt Service Deposit Agreement, dated as of January 22, 2004  by and among U.S. Bank National Association, the Authority and Debtor, in connection with the Authority's $61,505,000 Project Revenue Bonds, Series 2004A ("**2004A DSF Agreement**"); and

H.    Debt Service Deposit Agreement, dated as of March 10, 2006 by and among U.S. Bank National Association, the Authority and Debtor, in connection with the Authority's $98,025,000 Project Revenue Bonds, Series 2006A ("**2006A DSF Agreement**"),

collectively, the "**Forward Supply Agreements**."[1]  As recognized in each of the Forward Supply Agreements, Lehman Brothers Holdings Inc. ("**LBHI**") guaranteed all of LBSF's obligations under the Forward Supply Agreements (the "**LBHI Guarantee**")

3.    Beginning on September 15, 2008 and periodically thereafter, LBHI, LBSF and certain of their affiliates (collectively, the "**Debtors**") commenced voluntary cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.  These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedures.

---

[1]   Each of the Forward Supply Agreements are a "securities contract" under 11 U.S.C. § 741(7) and/or a "forward contract" under 11 U.S.C. § 101(25).

3

4.      LBHI's credit downgrade and insolvency constituted an Event of Default under

Section 7.3 of each of the Forward Supply Agreements.  As a result of LBSF's defaults, the

Authority exercised its right to terminate each of the Forward Supply Agreements.  Notices of

termination were delivered to LBSF on November 10, 2008, establishing November 7, 2008 as

the Termination Date for each of the Forward Supply Agreements, except for the 2006A DSF

Agreement, which has a Termination Date of November 5, 2008 (collectively, the "**Termination

Notices**").  Copies of the Termination Notices were filed in support of, and attached to, the

Claims.

5.      In accordance with Section 7.6(c) of each Forward Supply Agreement, LBSF was

obligated to calculate the Termination Amount (as defined in the Forward Supply Agreements)

within three (3) business days of the Termination Notices.  LBSF failed to timely calculate the

Termination Amount, which under the terms of the Forward Supply Agreements, shifted the

obligation to calculate the Termination Amount to the Authority.  Each Forward Supply

Agreement contains identical language, that:

> If Lehman fails to determine the Termination Amount within three
> Business Days of notice from the Issuer or the Trustee of the
> occurrence of a Lehman Event of Default then the Issuer (or if so
> directed by the Issuer, the Trustee) *shall* make such determination
> as if it were Lehman and the amount as so determined by the Issuer
> (or the Trustee) shall for purposes of Section 7.6 be deemed the
> Termination Amount.

*See* Forward Supply Agreements, Section 1 (Definitions) "Termination Amount" (emphasis

added).

6.      The Forward Supply Agreements contain substantially identical terms, requiring

the Authority, standing in the shoes of LBSF pursuant to Section 7.6(c), to determine the

Termination Amount.  Where quotations from replacement providers are not available, the

Forward Supply Agreements provide that the Termination Amount is the amount "reasonably

4

determined in good faith" to be the burdened party's total losses and costs in connection with the termination of such agreement. *See* Forward Supply Agreements, Section 1 (Definitions) "Termination Amount." It was further agreed between the parties that "[a]ny determination of the Termination Amount by [the Authority] shall be conclusive and binding on the parties hereto absent manifest error." *Id.*

7.      On January 19, 2009, the Authority timely filed[2] a proof of claim against LBSF (Claim No. 1776), seeking recovery under the Forward Supply Agreements in the aggregate amount of $5,218,523.91 (the "**LBSF Claim**"). On September 17, 2009, the Authority timely filed a proof of claim against LBHI (Claim No. 15761), seeking recovery against LBHI under the LBHI Guarantee (the "**LBHI Claim**"; and together with the LBSF Claim, the "**Claims**"). Consistent with the requirements of the Bar Date Order, the Authority filed additional supporting information in connection with its submission of the derivative and guarantee questionnaires (together, the "**Questionnaires**").

8.      Subsequent to filing the Claims and the completion of the Questionnaires, the Authority and Debtors engaged in informal discussions regarding the Claims. On December 12, 2011, the Debtors filed the Objection.

9.      The Objection seeks to reduce and allow each Claim in the amount of $657,558.00, based upon the unsupported conclusion "that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimant's supporting documentation and the Debtors' books and records." Objection at ¶ 11.

---

[2] On July 2, 2009, the Court entered the Order Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [Docket No. 4271] (the "**Bar Date Order**").

## RESPONSE

**A.    The Debtors' Objection Fails to Rebut the Authority's Prima Facie Claims.**

10.    A claim is deemed allowed unless a party in interest objects. 11 U.S.C. § 502(a);

*see* Fed. R. Bank. P. 3001(f) (a properly executed and filed proof of claim constitutes "prima

facie evidence of the validity and amount of the claim."). This Court has explained the locus of

the burden of proof in relation to claims litigation as follows:

> A proof of claim is prima facie evidence of the validity and
> amount of a claim, and the objector bears the initial burden of
> persuasion. The burden then shifts to the claimant if the objector
> produces 'evidence equal in force to the prima facie case ...
> which, if believed, would refute at least one of the allegations
> that is essential to the claim's legal sufficiency.' When the
> burden is shifted back to the claimant, it must then prove by a
> preponderance of the evidence that under applicable law the
> claim should be allowed.

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009) (citations omitted); *see In re*

*Allegheny Int'l., Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992).

11.    Following the establishment of a claim's *prima facie* validity, the burden shifts to

the objector to show "sufficient evidence" to negate such *prima facie* validity. *See e.g., In re*

*Jensen*, Case No. 09-14830 (MG), 2010 Bankr. LEXIS 229, *7-8 (Bankr. S.D.N.Y. Feb. 3, 2010)

("The party objecting to the claim has the burden of introducing evidence sufficient to rebut the

presumption of validity. Debtor must marshal evidence sufficient to demonstrate a true dispute

with probative force equal to the contents of the Claim.") (citations omitted); *In re Adelphia*

*Comm's Corp.*, Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 *15 (Bankr. S.D.N.Y., Feb.

20, 2007); *J.P. Morgan Sec's., Inc. v. Spiegel Creditor Trust (In re Spiegel, Inc.)*, Case Nos. 03-

11540 (BRL), 06-CV-13477 (CM), 2007 Bankr. LEXIS 45589 *43-44 n.6 (S.D.N.Y. Aug. 22,

2007).

12.    The "sufficient evidence" proffered by the objector must be of equal or greater probative force to that of the proof of claim which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency. *In re Oneida Ltd.*, 400 B.R. at 389; *In re DJK Residential LLC*, 416 B.R. 100, 105 (Bankr. S.D.N.Y. 2009) (evidence must be of equal force). "Mere objections" do not constitute "sufficient evidence" and are insufficient to refute a claimant's *prima facie* evidence. *Riverbank, Inc. v. Make Meat Corp. (In re Make Meat Corp.)*, Case No. 98 Civ. 4990 (HB), 1999 Bankr. LEXIS 3974 at *10 (S.D.N.Y. Mar. 31, 1999) ("The case law is clear. To prevail, the objector must affirmatively *produce* evidence to counter the creditor's claim.").

13.    The Objection is completely inadequate in challenging the Authority's prima facie Claims.  In the Objection, the Debtors failed to offer any evidence to substantiate its approximate $4.5 million dollar reduction in the face value of the Claims. The Objection fails to raise or identify any issue of law or fact to call into question the validity, enforceability, or amount of the Claims, which are supported by the documents filed with the Claims and by the detailed Questionnaires submitted separately to the Debtors in accordance with the Court's Bar Date Order.

14.    In addition, the Debtors make no argument that the Authority failed to calculate the Claims based on the terms of the Forward Supply Agreements between the parties.  Rather, the Debtors merely state that they undertook a wholly self-serving process to determine that the amounts set forth in the Claims are too high. *See* Objection at ¶ 14-16. After requiring extensive evidence to support the Claims, the Debtors should not be permitted to substantially reduce the Claims without providing any evidence in rebuttal. *See In re Cluff*, 313 B.R. 323, 339 (Bankr. D. Utah 2004) ("One rebuts evidence with counter-evidence, not merely a statement in a pleading that the proof of claim is not properly documented. Once a claim is afforded *prima facie* validity

7

as to liability and amount, that evidence is strong enough to prevail over a mere formal objection without more.").

**B.    The Claims Are Proper and Must be Allowed Under Section 502(b).**

15.    A claim in a bankruptcy case must be allowed unless such claim is unenforceable against the debtor, under any agreement or applicable law.  *See* Bankruptcy Code § 502(b); *see also Travelers Cas. & Sur. Co. of Am. v. Pac. Gas & Elec. Co.*, 549 U.S. 443, 450-452 (2007) ("claims enforceable under applicable state law will be allowed in bankruptcy unless they are expressly disallowed.") (*citing Raleigh v. Ill. Dep't of Revenue*, 530 U.S. 15, 20 (2000)); *Ogle v. Fid. & Deposit Co.*, 586 F.3d 143, 147 (2d Cir. N.Y. 2009) (claim is presumed valid unless it is unenforceable under state law or one of the section 502(b)(2)-(9) exceptions).  If a claim arises from a prepetition right to payment under applicable nonbankruptcy law, then there is a presumption that the claim will be allowed, subject only to an express provision of the Bankruptcy Code disallowing it.  *In re S. Side House, LLC*, 451 B.R. 248, 260 (Bankr. E.D.N.Y. 2011).

16.    In proof of claim litigation under  section 502(b)(1), the validity of the claim is determined under state law.  *Butner v. United States*, 440 U.S. 48, 57 (1979) ("'basic federal rule' in bankruptcy is that state law governs the substance of claims").  Thus, the starting point in determining the Claims is the law governing the Forward Supply Agreements.  Each Forward Supply Agreement contains a provision that such agreement is to be determined under New York Law.  *Cargill v. Charles Kowsky Resources, Inc.*, 949 F.2d 51, 55 (2d Cir. 1991) ("in the absence of a violation of fundamental state policy, New York courts generally defer to the choice of law made by the parties to a contract").  In determining the validity of a contract, it is well settled under New York common law that "in interpreting a contract, the intent of the parties governs," and therefore "[a] contract should be construed so as to give full meaning and effect to all of its

8

provisions." *American Express Bank Ltd. v. Uniroyal, Inc.*, 164 A.D.2d 275, 277, (N.Y. App.

Div. 1st Dep't 1990).  In interpreting a contract, "words and phrases are given their plain

meaning. Rather than rewrite an unambiguous agreement, a court should enforce the plain

meaning of that agreement." *American Express*, 164 A.D. at 277 (citations omitted); *see also*

*Tigue v. Commercial Life Ins. Co.*, 631 N.Y.S.2d 974 (N.Y. App. Div. 4th Dep't 1995) ("the

court must ascertain the intent of the parties from the plain meaning of the language employed,

giving terms their plain, ordinary, popular and non-technical meanings."); *Heller v. Pope*, 250

N.Y. 132, 135, 164 N.E. 881 (1928). Furthermore, where "the intent of the parties can be

determined from the face of the agreement, interpretation is a matter of law," and a claim turning

on that interpretation may thus be determined by summary judgment or by dismissal. *American*

*Express*, 164 A.D.2d at 277; *see also Tigue*, 631 N.Y.S.2d at 974.

17.       Each of the Forward Supply Agreements unambiguously reflects the intent of the

parties in calculating the Termination Amount upon Lehman's default.   Each agreement states

that upon failure of LBSF to calculate the Termination Amount, the Authority shall be obligated

to calculate the Termination Amount as if it were LBSF.  *See* Forward Supply Agreement, §

7.6(c).  The parties further agreed that "any determination of the Termination Amount by [the

Authority] shall be conclusive and binding on the parties hereto absent manifest error."  *See*

Forward Supply Agreement, Section 1 (Definitions) "Termination Amount."  Accordingly, the

plain meaning of the Forward Supply Agreements establishes the parties' intent.  *W.W.W.*

*Assocs. v. Giancontieri*, 77 N.Y.2d 157, 162 (N.Y. 1990) (when parties set down their agreement

in a clear, complete document, their writing should as a rule be enforced according to its terms).

18.       The Objection does not challenge the intent of the parties under the Forward

Supply Agreements, or otherwise the enforceability of the Forward Supply Agreements under

New York law.  In addition, the Objection does not assert that the Claims are within one of the

9

limited exceptions under 502(b)(2)-(9).  Rather, the Objection is no more than the Debtors'
attempt to unilaterally reduce the amount of the Claims to an amount they desire, with no support
for such reduction in law or fact.  *See* S*alvano v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 85
N.Y.2d 173, 182 (1995) (observing that "[t]he court's role is limited to interpretation and
enforcement of the terms agreed to by the parties; it does not include the rewriting of their
contract and the imposition of additional terms."); *Cruden v. Bank of N.Y.*, 957 F.2d 961, 976 (2d
Cir. 1992) (stating that "[a] court may neither rewrite, under the guise of interpretation, a term of
the contract when the term is clear and unambiguous, nor redraft a contract to accord with its
instinct for the dispensation of equity upon the facts of a given case") (internal citations omitted).
The Debtors must not be allowed to rewrite the Forward Supply Agreements in a manner that
unilaterally reduces the Authority's aggregate claims by more than 87%.

### C.    The Authority Accurately Calculated the Termination Amount Pursuant to the Forward Supply Agreements.

19.    Pursuant to the Forward Supply Agreements, the Termination Amounts are to be
conclusive and binding on the parties, absent manifest error.  *See* Forward Supply Agreement,
Section 1 (Definitions) "Termination Amount."  The Debtors do not claim that the Authority's
calculations contain any arithmetic error, only that the amounts are higher than what the Debtors
would prefer.   As provided in the Claims and Questionnaires, the calculations of each
Termination Amount are reasonable and in good faith, supported by a thorough analysis prepared
by Raymond James & Associates, Inc. ("**Raymond James**").

20.    At the request of the Authority, Raymond James calculated the Termination
Amounts in the Claims and in addition to the materials submitted with the Questionnaires,
produced a report in support of this Response outlining the methodology used in determining the
Termination Amounts (the "**RJ Report**").   Without waiving its argument that the Debtors have
no legal basis to object to the calculation of the Termination Amounts, absent manifest error, the

10

Authority submits the RJ Report as further evidence establishing the reasonableness of its calculations under the respective Forward Supply Agreements.   A true and accurate copy of the RJ Report is attached hereto as **Exhibit A**.

21.    At the time the Forward Supply Agreements were terminated, there was no available market to enter into replacement forward supply agreements.  Because dealer quotations were unavailable, Raymond James calculated the Authority's total losses and costs pursuant to the terms of the Forward Supply Agreements.  *See* RJ Report, Memorandum, p. 5.

22.    The first step in determining loss under a forward supply contract, is to determine the anticipated cashflow under the contract pursuant to its terms (the "**Contract Cashflow**"). Next, an accurate replacement rate is determined, which reasonably calculates future cash flows under a hypothetical replacement contract (the "**Replacement Rate**").  *See* RJ Report, Memorandum, p. 5.  The Replacement Rate consists of two components: (a) the applicable LIBOR Swap Rate for the average life remaining on the forward agreement, less (b) an appropriate risk spread, which represents an estimate of the discount that a replacement provider reasonably would require given the market conditions at the time of replacement.  *Id*.  The reference to the LIBOR Swap Rate is essential to accurately calculating the true replacement cost for a forward supply agreement.  This is because the main risk that must be hedged by a forward supply agreement provider (the "**Provider**"), such as LBSF, is the interest rate risk. *Id*. at p.8. To manage this interest rate risk, the Provider will hedge its interest rate risk in the LIBOR swap market because this market provides the broadest interest rate exposure hedge for a forward supply agreement.  *Id*.  Thus, the Provider will receive a fixed rate on the LIBOR swap in order to hedge a forward transaction, such as the Forward Supply Agreements.  *Id*.  The replacement cashflow is then determined by multiplying the deposit amount by the Replacement Rate (the "**Replacement Cashflow**").  Finally, the difference between the Contract Cashflow and

11

Replacement Cashflow is present valued, primarily at the LIBOR swap rate. This long-hand methodology is the most reasonable and reliable method of determining loss (the "**long-hand methodology**").

23.    Using the long-hand methodology, Raymond James calculated the Authority's loss under the Forward Supply Agreements. *See* RJ Report, Memorandum, p. 7. First, Raymond James determined the Contract Cashflow based on the deposit amount and guaranteed yield stated in each Forward Supply Agreement. *Id*. Next, the applicable Replacement Rate for each Forward Supply Agreements was established by isolating the LIBOR Swap Rate for the average remaining life of the respective agreements as of the Termination Date, then reducing such rate by a conservative 50 basis points for the risk spread. *Id*. The assumed Replacement Rates reasonably account for both the market risk and structure of the Forward Supply Agreements as the remaining term for such agreements ranged from 15 to 23 years after the Termination Date. *Id*. at p. 8-9. Finally, the difference between the Contract Cashflow and Replacement Cashflow was present valued, primarily at the LIBOR swap rate. *Id*. at p.7. Documentation establishing the calculation of the Termination Amounts was filed with the Questionnaires.

24.    To confirm the accuracy of its model, Raymond James cross-checked certain of its calculations by taking the present value of 1 basis point and multiplying that number by the number of basis points between the original contract rate and the assumed Replacement Rate (the "**cross-check methodology**"). *See* RJ Report, Memorandum, p. 8. This cross-check methodology produced immaterial differences from the long-hand methodology, supporting the underlying integrity of Raymond James' calculations of the Termination Amounts. *Id*.

25.    Upon information and belief, the Debtors challenge the Termination Amounts on the basis that the Termination Amounts should have been calculated with reference to the agency curve and not the LIBOR curve. This is an unreasonable position. First, there is no available

12

hedging vehicle for a Provider in the agency market that affords effective long term hedging of a forward delivery contract.  *See* RJ Report, Memorandum, p. 9.  While there is a limited over-the-counter basis swap market that can enable a Provider to hedge its basis risk vis-à-vis the LIBOR curve, even that risk can only be hedged out for up to 5 years.  For a long-duration hedge, there is no effective alternative to the LIBOR market.  *Id.*

26.    Use of the LIBOR curve to calculate the replacement rate in late 2008 was the only viable option for forward contract Providers.  *See* RJ Report, Memorandum, p. 9.  The high liquidity and general viability of the LIBOR curve make it far superior to the agency curve.  In addition, the dramatic and drastic shifts in the market in late 2008 (i.e., the time the Forward Supply Agreements were terminated), effectively shut down the agency market.  *Id.*   By the time the Debtors filed for chapter 11, Fannie Mae and Freddie Mac had already been placed in receivership, causing extreme uncertainties in the agency market.  Third, numerous market players in the forward supply agreement market were no longer viable providers or otherwise had  left the market, including Bear Stearns and Bank of America.  Other market players had been downgraded and were not actively entering into new transactions, including Morgan Stanley, Wachovia, DEPFA, Suntrust and Citi.  Given these, and other, extreme uncertainties in the agency market, the use of anything other than the LIBOR curve is specious, especially considering that at the time the Termination Amounts were calculated it was extremely difficult for a Provider to project out its ability to deliver agencies the following week, let alone for the next 15 to 23 years (i.e., the range of remaining terms under the Forward Supply Agreements). *Id.* at p.9.

27.    Upon information and belief, the agency curve that Debtors rely upon is the Bloomberg agency fair value curve.  This curve is not representative of an actual instrument that a Provider may acquire to hedge the forward supply agreement with a contract counterparty.  *See*

13

RJ Report, Memorandum, p. 9.  Rather, this Bloomberg-created curve is an amalgamation of information that attempts to provide a fair value curve designed to represent a non-callable curve for a forward supply agreement.  *Id.*  It is troubling that LBSF attempts to use a reference to the agency curve, which could not be used in "real time" when negotiating a replacement agreement. Accordingly, the use of the agency curve asserted by the Debtors is not appropriate or reasonable in determining the value of the Authority's Claims.

## **CONCLUSION**

28.     There is no dispute that the Authority complied with the terms of the Forward Supply Agreement in calculating the Termination Amounts.  Such agreements reflected the intent of the parties and the method for calculating the Termination Amount was unambiguous and otherwise enforceable under New York law.  Further, the Claims as filed contain sufficient support for allowance; the Debtors have failed to rebut the presumption of validity because they have provided no evidence to deny the Claims. The Court should overrule the Objection as it relates to the Claims and enter an order allowing the Claims in full.

29.     The Authority reserves all of its rights with respect to the Claims under applicable law and procedural rules, including but not limited to the right to supplement this response in connection with any further objection of the Debtors or otherwise.

5889638v.1

WHEREFORE, the Authority respectfully requests that this Court (i) overrule the

Objection in its entirety as it relates to the Claims, (ii) enter an order allowing the Claims in full,

and (iii) granting to the Authority such other and further relief as is just and appropriate.

Dated: New York, New York
   January 11, 2012

        MINTZ LEVIN COHN FERRIS GLOVSKY
         AND POPEO, PC

       By:   /s/  *Adrienne K. Walker*
        Adrienne K. Walker, Esq.
         (*admitted pro hac vice*)
        One Financial Center
        Boston, Massachusetts 02111
        Telephone: (617) 542-6000
        Facsimile: (617) 542-2241
        E-mail:  awalker@mintz.com

       *Attorneys for Massachusetts State*
       *College Building Authority*

5889638v.1

**<u>EXHIBIT A</u>**

5889638v.1

# MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY

## TERMINATION AMOUNT VALUATION REPORT LEHMAN INVESTMENT AGREEMENTS

### BY:

**RAYMOND JAMES®**

### JANUARY 9, 2012

AUSTIN – ATLANTA – BIRMINGHAM – BOSTON – CHARLESTON WV – CHICAGO – DALLAS
HOUSTON – INDIANAPOLIS – NAPLES – NASHVILLE – NEW YORK – ORLANDO
PHILADELPHIA – RED BANK NJ – ST. PETERSBURG – SAN ANTONIO – SAN FRANCISCO

**Table of Contents**

| | | |
|---|---|---|
| **1.** | | Memorandum |
| **2.** | | Termination Amount Calculations: |
| | **(a)** | Repair Bond Agreement |
| | **(b)** | Multi-Purpose Bond Agreement |
| | **(c)** | 2003AB Agreement |
| | **(d)** | 2004A DSRF Agreement |
| | **(e)** | 2003 AB DSR Agreement |
| | **(f)** | 2003AB-1 DSF Agreement |
| | **(g)** | 2004A DSF Agreement |
| | **(h)** | 2006A DSF Agreement |
| **3.** | | LIBOR Swap Market – November 5, 2008 |
| **4.** | | LIBOR Swap Market – November 7, 2008 |
| **5.** | | Bloomberg Agency fair value curve |

**<u>TAB 1</u>**

# RAYMOND JAMES

**TO:**   Ed Adelman, Kate Murray, Stephen Comey

**FROM:**  David Sutton

**SUBJECT:** Lehman Investment Agreements; Termination Amount Valuation

**DATE:**  January 9, 2012

**CC:**   Ken Wissman, Danyal Sattar

_____

  The Massachusetts State College Building Authority (the "Authority") has asked Raymond James & Associates, Inc. ("RJ") for its assistance in providing estimated termination valuations for the Authority's existing investment agreements with Lehman Brothers Special Financing, Inc. ("LBSF").

## Background

  Prior to LBSF's bankruptcy filing, the Authority was a party to the following agreements associated with the investment of the debt service reserve fund and/or debt service fund associated with its Series 2003, 2004, and 2006 issues (together, the "Agreements"):

  A.  Reserve Fund Agreement, dated as of August 12, 1999 by and among State Street Bank and Trust Company, the Authority and LBSF, as amended by Amendment to Reserve Fund Agreement dated as of March 5, 2003 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $37,816,966.40 Project Revenue Bonds, Senior Series 1999-A (the "Repair Bonds Agreement");

  B.  Reserve Fund Agreement, dated as of August 12, 1999 by and among State Street Bank and Trust Company, the Authority and LBSF, as amended by Amendment to Reserve Fund Agreement dated as of March 5, 2003 by and among U.S. Bank National Association, the Authority and the LBSF, in connection with the Authority's $45,915,000 Project Revenue Bond Series 1999-1 (the "Multi-Purpose Bonds Agreement");

  C.  Reserve Fund Agreement, dated as of June 7, 2000 by and among State Street Bank and Trust Company, the Authority and LBSF, as amended by First Amendment to Reserve Fund Agreement, dated as of March 5, 2003 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $223,003,022.20 Project and Refunding Revenue Bonds, Series 2003A and 2003B ("2003AB Agreement");

  D.  Reserve Fund Agreement, dated as of January 22, 2004 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $61,505,000 Project Revenue Bonds, Series 2004A ("2004A DSRF Agreement");

E.    Debt Service Deposit Agreement, dated as of March 5, 2003 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $223,003,022.20 Project and Refunding Revenue Bonds Series 2003A and Series 2003B ("2003AB DSR Agreement");

F.    Deposit Agreement, dated as of September 12, 2003 by and among U.S. Bank National Association, the Authority and LBSF, in connection with the Authority's $223.003.022.20 Project and Refunding Revenue Bonds, Series 2003A and 2003B ("2003AB-1 DSF Agreement");

G.    Debt Service Deposit Agreement, dated as of January 22, 2004  by and among U.S. Bank National Association, the Authority and Debtor, in connection with the Authority's $61,505,000 Project Revenue Bonds, Series 2004A ("2004A DSF Agreement"); and

H.    Debt Service Deposit Agreement, dated as of March 10, 2006 by and among U.S. Bank National Association, the Authority and Debtor, in connection with the Authority's $98,025,000 Project Revenue Bonds, Series 2006A ("2006A DSF Agreement"),

The downgrade of Lehman Brothers Holdings, Inc. ("LBHI") and the bankruptcy filings resulted in Lehman's default under the Agreements.  The Agreements were terminated between November 5-7, 2008.

## Summary of Termination Amounts

The following table summarizes the findings of the analysis conducted by RJ. Our findings are accompanied by the excel spreadsheet in the appendices attached hereto, bearing the actual computations for each Agreement. Additionally, we have attached associated Bloomberg printouts of both applicable yield curves and internal computational cross-checks based upon the respective termination date. Finally, below we have also summarized the primary assumptions utilized in our analysis.

| Forward Supply Agreement | Contract Guaranteed Rate | Invested Amount ($) | Termination Amounts ($) | Termination Date |
|---|---|---|---|---|
| Repair Bond Agreement | 6.51% | $3,781,696.64 | $1,375,268.17 | 11/7/08 |
| Multi-Purpose Bond Agreement | 6.51% | $3,022,025.00 | $1,358,453.95 | 11/7/08 |
| 2003AB Agreement | 6.95% | $1,571,467.50 | $798,922.10 | 11/7/08 |
| 2004A DSRF Agreement | 4.912% | $3,960,643.81 | $695,553.29 | 11/7/08 |
| 2003 AB DSR Agreement | 2.858% | Various | ($80,551.73) | 11/7/08 |
| 2003AB-1 DSF Agreement | 5.70% | Various | $1,045,767.15 | 11/7/08 |

4

| Forward Supply Agreement | Contract Guaranteed Rate | Invested Amount ($) | Termination Amounts ($) | Termination Date |
|---|---|---|---|---|
| 2004A DSF Agreement | 3.01% | Various | ($26,208.99) | 11/7/08 |
| 2006A DSF Agreement | 4.50% | Various | $51,319.96 | 11/5/08 |
| **Total** | | | **$5,218,523.91** | |

**Contractual Analysis**

Each of the Agreements contain the following substantially identical terms:

- Under Section 7.3, an Event of Default occurred when LBSF filed for chapter 11 bankruptcy:

  *Lehman Events of Default. The occurrence of any of the following events shall constitute a Lehman Event of Default:*

  *(c)     Lehman is at any time Insolvent . . .*

- Insolvent is defined in the Definitions:

  *"'Insolvent' means (i) either the Trustee or Lehman as the case may be , shall (1) commence a voluntary case under the federal bankruptcy laws  . . ."*

- Section 7.6(c) outlines the remedies available to the Authority as a result of an LBSF Event of Default:

  *"Remedies Upon Occurrence of a Lehman Event of Default. Upon the occurrence of a Lehman Event of Default, the Issuer shall have the right to:*

  *(c) if such default is a default under Sections 7.3(b) or (c) hereof immediately terminate this Agreement by giving notice thereof to Lehman with a copy to the Trustee, whereupon Lehman shall determine the Termination Amount and (i) if the Termination Amount is a negative number, Lehman shall promptly, but no later than one Business Day after notice that such amount is due, pay such amount, in immediately available funds, to the Issuer and (ii) if the Termination Amounts is a positive number, Lehman may demand payment by the Issuer of the Termination Amount in which case the Issuer shall promptly, but no later than one Business Day after notice that such amount is due, pay, in immediately available funds, the Termination Amount to Lehman. If any such amount is not paid when due, the party owing such amount shall pay interest on such amount*

5

*for each date such amount is due but not paid at the Default Rate. Notwithstanding anything to the contrary in this Agreement, if Lehman fails to determine the Termination Amount within three Business Days of notice from the Issuer or the Trustee of the occurrence of a Lehman Event of Default then the Issuer (or if so directed by the Issuer, the Trustee) shall make such determination as if it were Lehman and the amount as so determined by the Issuer (or the Trustee) shall for purposes of this Section 7.6 be deemed the Termination Amount.*

- Termination Amount is defined at Section 1:

*"Termination Amount" means an amount, as determined by Lehman reasonably and in good faith on the basis of the arithmetic mean of quotations from at least three Dealers of the amount, if any, that each such Dealer would require the Burdened Party to pay to the Dealer (expressed as a positive number if the Burdened Party is Lehman and a negative number if the Burdened Party is the Issuer) or would pay to the Burdened Party (expressed as a negative number if the Burdened Party is Lehman and a positive number if the Burdened Party is the Issuer) in consideration of such Dealer entering into an agreement with the Burdened Party (with such documentation as Lehman and the Dealer may in good faith agree) which would have the effect of preserving for the Burdened Party the economic equivalent of its rights under this Agreement for the period commencing on the termination date of this Agreement and terminating on the last Bond Payment Date set forth in Exhibit A-1 or Exhibit A-2, as appropriate, (assuming for these purposes that this Agreement were not terminating on the termination date and continued in full force through such last Bond Payment Date); provided, however, that:*

*(i)        if more than three quotations are provided, the Termination Amount will be the arithmetic mean of such quotations, without regard to the quotations having the highest and lowest values,*

*(ii)       if exactly three quotations are provided, the Termination Amount will be the quotation remaining after disregarding the highest and lowest quotations,*

*for purposes of clauses (i) and (ii), if more than one quotation has the same highest value or lowest value, then one of such quotations shall be disregarded, and*

*(iii)      if Lehman is unable to obtain three such quotations, the Termination Amount shall be the amount, as reasonably determined in good faith by Lehman, to be the Burdened Party's total losses and costs (expressed as a positive number if the Burdened Party is Lehman and a negative number if the Burdened Party is the Issuer), or gains (expressed as a negative number if the*

6

*Burdened Party is Lehman and a positive number if the Burdened Party is the Issuer) in connection with a termination of this Agreement, including any loss of bargain, cost of funding or, at the election of Lehman but without duplication, any loss or cost incurred as a result of its terminating, liquidating, obtaining or reestablishing any hedge or related trading position, and;*

*provided, further, however, that in any event the Termination Amount shall also include (A) any unpaid amounts due as of the date of termination of this Agreement (including any amounts due under Section 7.7 hereof) and (B) if such Termination Amount is being paid in connection with a termination of this Agreement following an Event of Default or if any Termination Amount otherwise due hereunder is not paid when due, the Termination Amount shall also include any reasonable incidental costs and expenses incurred by the Burdened Party in connection with such termination and the enforcement of its rights hereunder (including costs of collection and reasonable attorneys' fees). Any determination of the Termination Amount by Lehman shall be conclusive and binding on the parties hereto absent manifest error.*

## Termination Amount – Calculation Methodology

Given the market conditions in November 2008, use of market quotations to determine the Termination Amount was not feasible or adequate.  We determined the Termination Amount under each Agreement by determining the Authority's loss as authorized under each Agreement.

The Termination Amount language is intended to ensure the Authority is made whole and receives the full benefit of the market rate of the contract as of the Termination Date.  The methodology applied to determine the Termination Amounts  is as follows:

- Each Agreement was built out in excel to compare the guaranteed rate of return under the respective Agreement, to the assumed replacement rate under the respective Agreement;
- The Deposit Date, Payment Date and Deposit Amount for each Agreement was identified under the Agreement;
- The Contract Rate Cashflow was calculated with reference to the Guaranteed Rate under the Agreement;
- The Replacement Rate Cashflow was calculated with reference to the assumed Replacement Rate; and
- The difference between the Contract Rate Cashflow and the Replacement Rate Cashflow was present valued at the assumed Replacement Rate (the "**long-hand methodology**")

The Replacement Rate consists of two components:  the applicable LIBOR Swap Rate for the average life of each respective Agreement remaining as of the Termination Date, LESS a spread of 50 basis points, which represents the estimate for the risk spread anyone assuming such an agreement, at that point in time, would have applied for collateral costs, profit, hedging, illiquidity etc.

We conducted cross-check calculations on the Repair Bond Agreement, 2003AB DSR Agreement, Multi Purpose Bond Agreement, and the 2004A DSRF Agreement by taking the present value of 1 basis point and multiplying that number by the number of basis points between the original Guaranteed Rate and the Replacement Rate---this provided a cross-check breakage value (the "**cross-check methodology**")

> ➢ For example, on the 2004A DSRF Agreement, the long-hand methodology resulted in a payment due of $695,553 (amount submitted as part of the claim) while the cross check resulted in a valuation of $694,787, an immaterial difference and which was solely conducted to provide proof of model integrity.

## Discussion of the Replacement Rate Derivation

As a principal forward supply agreement provider, the main risk that must be hedged is interest rate risk. The most liquid and viable market to hedge the interest rate risk is the LIBOR swap market. The provider will receive fixed on a LIBOR swap in order to hedge a transaction such as those the Authority entered into with Lehman. There is no hedging vehicle in the agency market that affords effective hedging of a forward delivery agreement. In fact, the dealer is left with remaining exposure after hedging out the broad interest rate exposure in the form of basis risk between the agency and LIBOR markets. Providers typically tend to wear that risk over time. There is an over the counter basis swap market for agency-LIBOR basis, but the basis can only be hedged out for up to approximately 5 years, and therefore, dealers tend to just go "long" this risk.

The 50 basis point spread further rate reduction in determining the Replacement Rate is representative of the additional estimated charges associated with potentially entering into that trade again during November 2008. Utilizing the LIBOR swap market to hedge the agreement, as with any hedge, will encounter a bid-ask spread. In November of 2008, the bid-ask spread in the LIBOR market had widened from the approximate .5-1 bp spread of typical market conditions to a level in the 2-4 basis point range. Furthermore, the bid-ask spread assumption of 2-4 bps implies no additional credit charge applied by a counterparty for executing a hedge with them. The market environment in November 2008 (after the fall of Bear Stearns/Lehman and absorption of Merrill Lynch by Bank of America) suddenly made all market participants keen and wary of the financial viability of counterparties. It was not unheard of at that point in time for counterparties to seek additional collateral or to add charges for swap trading lines.

Under more normal market conditions the built in profit for similar transactions tends to be approximately 5-15 basis points. Any dealer entering into a long-dated transaction also has to take into account the credit risk associated with the reserve fund being tapped during the life of the agreement (and waiting until replenishment has occurred, if applicable). As a result, the dealer will include a credit charge typically of 2-5 basis points. Beyond that, the balance of the basis points to add up to the 50 equates to an illiquidity premium, or a cost of the unknown.

Needless to say, November 2008 brought previously unforeseen events, as had the previous months, and at that point in time seeking a replacement counterparty would have been difficult if not impossible.  Most dealers were not sure if they would survive much less if they would participate in taking on a new trade.  We believe the total cost of 50 basis points charge is CONSERVATIVE and that the cost to ultimately convince someone else to replace these agreements, in the market turmoil of November 2008, could have been much higher.  We believe this is conservative with respect to the amount that LBSF is claimed to owe.

## Additional Considerations

- The agency curve we understand that Lehman is relying upon is a Bloomberg Agency fair value curve. As you can see at Tab 5, this curve is not a straight recitation of agency prices but rather an amalgamation of information that when cobbled together provides a fair value curve designed to represent a non-callable curve for the associated instrument. As you can see from the bullet immediately below along with the other information provided herein, this curve is not representative of the actual instrument used to hedge the agreements in real time;

- On top of the fact that the LIBOR swap market is where the broad interest rate exposure is hedged for this type of agreement (and that the provider wears the basis risk over time), the circumstances of 2008 make the reliance of the Bloomberg Agency curve for valuation inaccurate for two additional reasons:

  1) FNMA and FHLMC had already found their way into receivership in September 2008---along with all the other previous actions that occurred relative to them during the year ---thus, making the argument that continuing to use anything other than LIBOR curve as a valuation methodology specious in our opinion given the fact that at that point in time it was very difficult to project out the ability to deliver agencies for the next 30 years much less what was going to happen in the next week; and

  2) Numerous market players in the forward delivery space had a) exited the business, been downgraded, or c) were out of the market until the turmoil ended---whenever that may have been.  Bear Stearns exited in March 2008 when it went down.  BOA was out of the market by summer.  Essentially, replacement would have been very difficult in November 2008 and every other major player had been downgraded by that point, including Morgan Stanley, Wachovia, DEPFA, Suntrust, and Citi.

**TAB 2(a)**

**Series 2003AB DSRF Repair Bonds**

| Contract | Date/Average Life | Deposit Amount | Maturity | | |
|---|---|---|---|---|---|
| | 11/7/2008 | | | Contract Rate | 6.51% |
| | | | | Par rate---AKA LIBOR Swap Rate | 4.25% |
| | | | | LIBOR Swap Rate Minus Spread (AKA Replacement Rate) | 3.75% |
| Repair Bonds | 19.48 | $3,781,696.64 | 5/1/2028 | Discount Rate (LIBOR Swap Rate) | 4.25% |
| | | | | | |
| | | | | Total BPS Difference Between Contract and Replacement | 276 |
| | | | | Present Value of 1 Basis Point | $4,976.62 |
| | | | | Total Mark to Market Cross Check | $1,373,546.21 |

| Deposit Date | Payment Date | Guaranteed Rate Cashflows | Replacement Rate Cashflows | Cashflow Difference | PV Factor | PV Difference |
|---|---|---|---|---|---|---|
| | | | | | | $1,375,268.17 |
| 11/7/2008 | 5/1/2009 | $123,094.23 | $70,906.81 | $52,187.41 | 0.979879 | $51,137.34 |
| 5/1/2009 | 11/1/2009 | $123,094.23 | $70,906.81 | $52,187.41 | 0.959490 | $50,073.28 |
| 11/1/2009 | 5/1/2010 | $123,094.23 | $70,906.81 | $52,187.41 | 0.939525 | $49,031.36 |
| 5/1/2010 | 11/1/2010 | $123,094.23 | $70,906.81 | $52,187.41 | 0.919975 | $48,011.13 |
| 11/1/2010 | 5/1/2011 | $123,094.23 | $70,906.81 | $52,187.41 | 0.900833 | $47,012.12 |
| 5/1/2011 | 11/1/2011 | $123,094.23 | $70,906.81 | $52,187.41 | 0.882088 | $46,033.90 |
| 11/1/2011 | 5/1/2012 | $123,094.23 | $70,906.81 | $52,187.41 | 0.863734 | $45,076.03 |
| 5/1/2012 | 11/1/2012 | $123,094.23 | $70,906.81 | $52,187.41 | 0.845761 | $44,138.10 |
| 11/1/2012 | 5/1/2013 | $123,094.23 | $70,906.81 | $52,187.41 | 0.828163 | $43,219.68 |
| 5/1/2013 | 11/1/2013 | $123,094.23 | $70,906.81 | $52,187.41 | 0.810931 | $42,320.37 |
| 11/1/2013 | 5/1/2014 | $123,094.23 | $70,906.81 | $52,187.41 | 0.794057 | $41,439.78 |
| 5/1/2014 | 11/1/2014 | $123,094.23 | $70,906.81 | $52,187.41 | 0.777534 | $40,577.51 |
| 11/1/2014 | 5/1/2015 | $123,094.23 | $70,906.81 | $52,187.41 | 0.761356 | $39,733.18 |
| 5/1/2015 | 11/1/2015 | $123,094.23 | $70,906.81 | $52,187.41 | 0.745513 | $38,906.41 |
| 11/1/2015 | 5/1/2016 | $123,094.23 | $70,906.81 | $52,187.41 | 0.730001 | $38,096.86 |
| 5/1/2016 | 11/1/2016 | $123,094.23 | $70,906.81 | $52,187.41 | 0.714811 | $37,304.14 |
| 11/1/2016 | 5/1/2017 | $123,094.23 | $70,906.81 | $52,187.41 | 0.699937 | $36,527.92 |
| 5/1/2017 | 11/1/2017 | $123,094.23 | $70,906.81 | $52,187.41 | 0.685373 | $35,767.86 |
| 11/1/2017 | 5/1/2018 | $123,094.23 | $70,906.81 | $52,187.41 | 0.671112 | $35,023.61 |
| 5/1/2018 | 11/1/2018 | $123,094.23 | $70,906.81 | $52,187.41 | 0.657148 | $34,294.84 |
| 11/1/2018 | 5/1/2019 | $123,094.23 | $70,906.81 | $52,187.41 | 0.643474 | $33,581.24 |
| 5/1/2019 | 11/1/2019 | $123,094.23 | $70,906.81 | $52,187.41 | 0.630085 | $32,882.49 |
| 11/1/2019 | 5/1/2020 | $123,094.23 | $70,906.81 | $52,187.41 | 0.616974 | $32,198.27 |
| 5/1/2020 | 11/1/2020 | $123,094.23 | $70,906.81 | $52,187.41 | 0.604136 | $31,528.30 |
| 11/1/2020 | 5/1/2021 | $123,094.23 | $70,906.81 | $52,187.41 | 0.591565 | $30,872.26 |
| 5/1/2021 | 11/1/2021 | $123,094.23 | $70,906.81 | $52,187.41 | 0.579256 | $30,229.88 |
| 11/1/2021 | 5/1/2022 | $123,094.23 | $70,906.81 | $52,187.41 | 0.567203 | $29,600.86 |
| 5/1/2022 | 11/1/2022 | $123,094.23 | $70,906.81 | $52,187.41 | 0.555401 | $28,984.93 |
| 11/1/2022 | 5/1/2023 | $123,094.23 | $70,906.81 | $52,187.41 | 0.543844 | $28,381.81 |
| 5/1/2023 | 11/1/2023 | $123,094.23 | $70,906.81 | $52,187.41 | 0.532528 | $27,791.25 |
| 11/1/2023 | 5/1/2024 | $123,094.23 | $70,906.81 | $52,187.41 | 0.521447 | $27,212.97 |
| 5/1/2024 | 11/1/2024 | $123,094.23 | $70,906.81 | $52,187.41 | 0.510597 | $26,646.73 |
| 11/1/2024 | 5/1/2025 | $123,094.23 | $70,906.81 | $52,187.41 | 0.499972 | $26,092.27 |
| 5/1/2025 | 11/1/2025 | $123,094.23 | $70,906.81 | $52,187.41 | 0.489569 | $25,549.35 |
| 11/1/2025 | 5/1/2026 | $123,094.23 | $70,906.81 | $52,187.41 | 0.479382 | $25,017.72 |
| 5/1/2026 | 11/1/2026 | $123,094.23 | $70,906.81 | $52,187.41 | 0.469407 | $24,497.16 |
| 11/1/2026 | 5/1/2027 | $123,094.23 | $70,906.81 | $52,187.41 | 0.459640 | $23,987.42 |
| 5/1/2027 | 11/1/2027 | $123,094.23 | $70,906.81 | $52,187.41 | 0.450076 | $23,488.30 |
| 11/1/2027 | 5/1/2028 | $123,094.23 | $70,906.81 | $52,187.41 | 0.440711 | $22,999.56 |
| 5/1/2028 | 11/1/2028 | | | | | |
| 11/1/2028 | 5/1/2029 | | | | | |
| 5/1/2029 | 11/1/2029 | | | | | |
| 11/1/2029 | 5/1/2030 | | | | | |
| 5/1/2030 | 11/1/2030 | | | | | |
| 11/1/2030 | 5/1/2031 | | | | | |
| 5/1/2031 | 11/1/2031 | | | | | |
| 11/1/2031 | 5/1/2032 | | | | | |
| 5/1/2032 | 11/1/2032 | | | | | |
| 11/1/2032 | 5/1/2033 | | | | | |
| 5/1/2033 | 11/1/2033 | | | | | |
| 11/1/2033 | 5/1/2034 | | | | | |
| 5/1/2034 | 11/1/2034 | | | | | |
| 11/1/2034 | 5/1/2035 | | | | | |
| | | $4,800,674.80 | $2,765,365.67 | $2,035,309.13 | | $1,375,268.17 |

**TAB 2(b)**

**Series 2003AB DSRF Multi-Purpose**

| Contract | Date/Average Life | Deposit Amount | Maturity |
| --- | --- | --- | --- |
| | 11/7/2008 | | |
| Multi-Purpose | 26.00 | $3,022,025.00 | 5/1/2039 |

| | |
| --- | --- |
| Contract Rate | 6.51% |
| Par rate---AKA LIBOR Swap Rate | 4.24% |
| Discount Rate (LIBOR Swap Rate) | 4.24% |
| LIBOR Swap Rate Minus Spread (AKA Replacement Rate) | 3.74% |
| Total BPS Difference Between Contract and Replacement | 277 |
| Present Value of 1 Basis Point | $4,733.27 |
| Total Mark to Market Cross Check | $1,311,114.92 |

| | Deposit Date | Payment Date | Notional Amount | Guaranteed Rate Cashflows | Replacement Rate Cashflows | Cashflow Difference | PV Factor | PV Difference | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | $1,358,453.96 | |
| 0.48 | 11/7/2008 | 5/1/2009 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.98225 | $41,112.11 | |
| 0.98 | 5/1/2009 | 11/1/2009 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.96422 | $40,357.42 | |
| 1.48 | 11/1/2009 | 5/1/2010 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.94652 | $39,616.59 | |
| 1.98 | 5/1/2010 | 11/1/2010 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.92914 | $38,889.36 | |
| 2.48 | 11/1/2010 | 5/1/2011 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.91209 | $38,175.48 | |
| 2.98 | 5/1/2011 | 11/1/2011 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.89534 | $37,474.70 | |
| 3.48 | 11/1/2011 | 5/1/2012 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.87891 | $36,786.79 | |
| 3.98 | 5/1/2012 | 11/1/2012 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.86278 | $36,111.50 | |
| 4.48 | 11/1/2012 | 5/1/2013 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.84694 | $35,448.62 | |
| 4.98 | 5/1/2013 | 11/1/2013 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.83139 | $34,797.90 | |
| 5.48 | 11/1/2013 | 5/1/2014 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.81613 | $34,159.12 | |
| 5.98 | 5/1/2014 | 11/1/2014 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.80115 | $33,532.07 | |
| 6.48 | 11/1/2014 | 5/1/2015 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.78644 | $32,916.53 | |
| 6.98 | 5/1/2015 | 11/1/2015 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.77200 | $32,312.29 | |
| 7.48 | 11/1/2015 | 5/1/2016 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.75783 | $31,719.14 | |
| 7.98 | 5/1/2016 | 11/1/2016 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.74392 | $31,136.88 | |
| 8.48 | 11/1/2016 | 5/1/2017 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.73027 | $30,565.31 | |
| 8.98 | 5/1/2017 | 11/1/2017 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.71686 | $30,004.23 | |
| 9.48 | 11/1/2017 | 5/1/2018 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.70370 | $29,453.45 | |
| 9.98 | 5/1/2018 | 11/1/2018 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.69078 | $28,912.78 | |
| 10.48 | 11/1/2018 | 5/1/2019 | $3,022,025.00 | $98,366.91 | $56,511.87 | $41,855.05 | 0.67810 | $28,382.04 | $257,300.00 |
| 10.98 | 5/1/2019 | 11/1/2019 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.66566 | $25,488.91 | |
| 11.48 | 11/1/2019 | 5/1/2020 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.65344 | $25,021.01 | |
| 11.98 | 5/1/2020 | 11/1/2020 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.64144 | $24,561.71 | |
| 12.48 | 11/1/2020 | 5/1/2021 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.62967 | $24,110.84 | |
| 12.98 | 5/1/2021 | 11/1/2021 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.61811 | $23,668.24 | |
| 13.48 | 11/1/2021 | 5/1/2022 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.60676 | $23,233.77 | |
| 13.98 | 5/1/2022 | 11/1/2022 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.59562 | $22,807.27 | |
| 14.48 | 11/1/2022 | 5/1/2023 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.58469 | $22,388.61 | |
| 14.98 | 5/1/2023 | 11/1/2023 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.57396 | $21,977.62 | |
| 15.48 | 11/1/2023 | 5/1/2024 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.56342 | $21,574.19 | |
| 15.98 | 5/1/2024 | 11/1/2024 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.55308 | $21,178.16 | |
| 16.48 | 11/1/2024 | 5/1/2025 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.54293 | $20,789.39 | |
| 16.98 | 5/1/2025 | 11/1/2025 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.53296 | $20,407.77 | |
| 17.48 | 11/1/2025 | 5/1/2026 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.52318 | $20,033.15 | |
| 17.98 | 5/1/2026 | 11/1/2026 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.51357 | $19,665.41 | |
| 18.48 | 11/1/2026 | 5/1/2027 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.50414 | $19,304.41 | |
| 18.98 | 5/1/2027 | 11/1/2027 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.49489 | $18,950.05 | |
| 19.48 | 11/1/2027 | 5/1/2028 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.48581 | $18,602.19 | |
| 19.98 | 5/1/2028 | 11/1/2028 | $2,764,725.00 | $89,991.80 | $51,700.36 | $38,291.44 | 0.47689 | $18,260.71 | |
| 20.48 | 11/1/2028 | 5/1/2029 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.46813 | $17,925.50 | $839,962.50 |
| 20.98 | 5/1/2029 | 11/1/2029 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.45954 | $12,250.40 | |
| 21.48 | 11/1/2029 | 5/1/2030 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.45110 | $12,025.52 | |
| 21.98 | 5/1/2030 | 11/1/2030 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.44282 | $11,804.77 | |
| 22.48 | 11/1/2030 | 5/1/2031 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.43469 | $11,588.08 | |
| 22.98 | 5/1/2031 | 11/1/2031 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.42672 | $11,375.36 | |
| 23.48 | 11/1/2031 | 5/1/2032 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.41888 | $11,166.54 | |
| 23.98 | 5/1/2032 | 11/1/2032 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.41119 | $10,961.56 | |
| 24.48 | 11/1/2032 | 5/1/2033 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.40364 | $10,760.34 | |
| 24.98 | 5/1/2033 | 11/1/2033 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.39624 | $10,562.82 | |
| 25.48 | 11/1/2033 | 5/1/2034 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.38896 | $10,368.92 | |
| 25.98 | 5/1/2034 | 11/1/2034 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.38182 | $10,178.58 | |
| 26.48 | 11/1/2034 | 5/1/2035 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.37481 | $9,991.73 | |
| 26.98 | 5/1/2035 | 11/1/2035 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.36793 | $9,808.32 | |
| 27.48 | 11/1/2035 | 5/1/2036 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.36118 | $9,628.27 | |
| 27.98 | 5/1/2036 | 11/1/2036 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.35455 | $9,451.53 | |
| 28.48 | 11/1/2036 | 5/1/2037 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.34804 | $9,278.03 | |
| 28.98 | 5/1/2037 | 11/1/2037 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.34165 | $9,107.71 | |
| 29.48 | 11/1/2037 | 5/1/2038 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.33538 | $8,940.53 | |
| 29.98 | 5/1/2038 | 11/1/2038 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.32922 | $8,776.41 | |
| 30.48 | 11/1/2038 | 5/1/2039 | $1,924,762.50 | $62,651.02 | $35,993.06 | $26,657.96 | 0.32318 | $8,615.30 | $1,924,762.50 |
| | | Total | | $5,118,561.55 | $2,940,617.54 | $2,177,944.01 | | $1,358,453.96 | |

**TAB 2(c)**

**Series 2003AB DSRF 00-1 Agreement**

| Contract | Date/Average Life | Deposit Amount | Maturity | | |
|---|---|---|---|---|---|
| | 11/7/2008 | | | Contract Rate | |
| 2003A/B DSRF 00-1 | 26.48 | $1,571,467.50 | 5/1/2035 | Par rate---AKA LIBOR Swap Rate | 6.95% |
| | | | | Discount Rate (LIBOR Swap Rate) | 4.24% |
| | | | | LIBOR Swap Rate Minus Spread (AKA Replacement Rate) | 3.74% |
| | | | | | |
| | | | | Total BPS Difference Between Contract and Replacement | 321 |
| | | | | Present Value of 1 Basis Point | $2,486.26 |
| | | | | Total Mark to Market Cross Check | $798,089.86 |

| Deposit Date | Payment Date | Guaranteed Rate Cashflows | Replacement Rate Cashflows | Cashflow Difference | PV Factor | PV Difference |
|---|---|---|---|---|---|---|
| | | | | | | $798,922.10 |
| 11/7/2008 | 5/1/2009 | $54,608.50 | $29,386.44 | $25,222.05 | 0.97993 | $24,715.72 |
| 5/1/2009 | 11/1/2009 | $54,608.50 | $29,386.44 | $25,222.05 | 0.95958 | $24,202.63 |
| 11/1/2009 | 5/1/2010 | $54,608.50 | $29,386.44 | $25,222.05 | 0.93966 | $23,700.18 |
| 5/1/2010 | 11/1/2010 | $54,608.50 | $29,386.44 | $25,222.05 | 0.92015 | $23,208.17 |
| 11/1/2010 | 5/1/2011 | $54,608.50 | $29,386.44 | $25,222.05 | 0.90105 | $22,726.37 |
| 5/1/2011 | 11/1/2011 | $54,608.50 | $29,386.44 | $25,222.05 | 0.88235 | $22,254.57 |
| 11/1/2011 | 5/1/2012 | $54,608.50 | $29,386.44 | $25,222.05 | 0.86403 | $21,792.57 |
| 5/1/2012 | 11/1/2012 | $54,608.50 | $29,386.44 | $25,222.05 | 0.84609 | $21,340.16 |
| 11/1/2012 | 5/1/2013 | $54,608.50 | $29,386.44 | $25,222.05 | 0.82853 | $20,897.14 |
| 5/1/2013 | 11/1/2013 | $54,608.50 | $29,386.44 | $25,222.05 | 0.81133 | $20,463.32 |
| 11/1/2013 | 5/1/2014 | $54,608.50 | $29,386.44 | $25,222.05 | 0.79448 | $20,038.50 |
| 5/1/2014 | 11/1/2014 | $54,608.50 | $29,386.44 | $25,222.05 | 0.77799 | $19,622.51 |
| 11/1/2014 | 5/1/2015 | $54,608.50 | $29,386.44 | $25,222.05 | 0.76184 | $19,215.14 |
| 5/1/2015 | 11/1/2015 | $54,608.50 | $29,386.44 | $25,222.05 | 0.74602 | $18,816.24 |
| 11/1/2015 | 5/1/2016 | $54,608.50 | $29,386.44 | $25,222.05 | 0.73054 | $18,425.62 |
| 5/1/2016 | 11/1/2016 | $54,608.50 | $29,386.44 | $25,222.05 | 0.71537 | $18,043.10 |
| 11/1/2016 | 5/1/2017 | $54,608.50 | $29,386.44 | $25,222.05 | 0.70052 | $17,668.53 |
| 5/1/2017 | 11/1/2017 | $54,608.50 | $29,386.44 | $25,222.05 | 0.68598 | $17,301.73 |
| 11/1/2017 | 5/1/2018 | $54,608.50 | $29,386.44 | $25,222.05 | 0.67174 | $16,942.55 |
| 5/1/2018 | 11/1/2018 | $54,608.50 | $29,386.44 | $25,222.05 | 0.65779 | $16,590.83 |
| 11/1/2018 | 5/1/2019 | $54,608.50 | $29,386.44 | $25,222.05 | 0.64413 | $16,246.40 |
| 5/1/2019 | 11/1/2019 | $54,608.50 | $29,386.44 | $25,222.05 | 0.63076 | $15,909.13 |
| 11/1/2019 | 5/1/2020 | $54,608.50 | $29,386.44 | $25,222.05 | 0.61767 | $15,578.86 |
| 5/1/2020 | 11/1/2020 | $54,608.50 | $29,386.44 | $25,222.05 | 0.60485 | $15,255.44 |
| 11/1/2020 | 5/1/2021 | $54,608.50 | $29,386.44 | $25,222.05 | 0.59229 | $14,938.74 |
| 5/1/2021 | 11/1/2021 | $54,608.50 | $29,386.44 | $25,222.05 | 0.57999 | $14,628.61 |
| 11/1/2021 | 5/1/2022 | $54,608.50 | $29,386.44 | $25,222.05 | 0.56795 | $14,324.93 |
| 5/1/2022 | 11/1/2022 | $54,608.50 | $29,386.44 | $25,222.05 | 0.55616 | $14,027.54 |
| 11/1/2022 | 5/1/2023 | $54,608.50 | $29,386.44 | $25,222.05 | 0.54462 | $13,736.33 |
| 5/1/2023 | 11/1/2023 | $54,608.50 | $29,386.44 | $25,222.05 | 0.53331 | $13,451.17 |
| 11/1/2023 | 5/1/2024 | $54,608.50 | $29,386.44 | $25,222.05 | 0.52224 | $13,171.92 |
| 5/1/2024 | 11/1/2024 | $54,608.50 | $29,386.44 | $25,222.05 | 0.51140 | $12,898.47 |
| 11/1/2024 | 5/1/2025 | $54,608.50 | $29,386.44 | $25,222.05 | 0.50078 | $12,630.70 |
| 5/1/2025 | 11/1/2025 | $54,608.50 | $29,386.44 | $25,222.05 | 0.49038 | $12,368.49 |
| 11/1/2025 | 5/1/2026 | $54,608.50 | $29,386.44 | $25,222.05 | 0.48020 | $12,111.72 |
| 5/1/2026 | 11/1/2026 | $54,608.50 | $29,386.44 | $25,222.05 | 0.47023 | $11,860.28 |
| 11/1/2026 | 5/1/2027 | $54,608.50 | $29,386.44 | $25,222.05 | 0.46047 | $11,614.07 |
| 5/1/2027 | 11/1/2027 | $54,608.50 | $29,386.44 | $25,222.05 | 0.45091 | $11,372.96 |
| 11/1/2027 | 5/1/2028 | $54,608.50 | $29,386.44 | $25,222.05 | 0.44155 | $11,136.86 |
| 5/1/2028 | 11/1/2028 | $54,608.50 | $29,386.44 | $25,222.05 | 0.43239 | $10,905.66 |
| 11/1/2028 | 5/1/2029 | $54,608.50 | $29,386.44 | $25,222.05 | 0.42341 | $10,679.26 |
| 5/1/2029 | 11/1/2029 | $54,608.50 | $29,386.44 | $25,222.05 | 0.41462 | $10,457.56 |
| 11/1/2029 | 5/1/2030 | $54,608.50 | $29,386.44 | $25,222.05 | 0.40601 | $10,240.46 |
| 5/1/2030 | 11/1/2030 | $54,608.50 | $29,386.44 | $25,222.05 | 0.39758 | $10,027.87 |
| 11/1/2030 | 5/1/2031 | $54,608.50 | $29,386.44 | $25,222.05 | 0.38933 | $9,819.69 |
| 5/1/2031 | 11/1/2031 | $54,608.50 | $29,386.44 | $25,222.05 | 0.38125 | $9,615.84 |
| 11/1/2031 | 5/1/2032 | $54,608.50 | $29,386.44 | $25,222.05 | 0.37333 | $9,416.21 |
| 5/1/2032 | 11/1/2032 | $54,608.50 | $29,386.44 | $25,222.05 | 0.36558 | $9,220.73 |
| 11/1/2032 | 5/1/2033 | $54,608.50 | $29,386.44 | $25,222.05 | 0.35799 | $9,029.31 |
| 5/1/2033 | 11/1/2033 | $54,608.50 | $29,386.44 | $25,222.05 | 0.35056 | $8,841.86 |
| 11/1/2033 | 5/1/2034 | $54,608.50 | $29,386.44 | $25,222.05 | 0.34328 | $8,658.31 |
| 5/1/2034 | 11/1/2034 | $54,608.50 | $29,386.44 | $25,222.05 | 0.33616 | $8,478.56 |
| 11/1/2034 | 5/1/2035 | $54,608.50 | $29,386.44 | $25,222.05 | 0.32918 | $8,302.55 |
| Total | | $2,894,250.27 | $1,557,481.44 | $1,336,768.83 | | $798,922.10 |

**TAB 2(d)**

**Series 2004A DSRF Agreement**

| | | | | Contract Rate | | 4.912% | |
|---|---|---|---|---|---|---|---|
| | 11/7/2008 | | | Par rate—AKA LIBOR Swap Rate | | 4.240% | 4.240% |
| | | | | Discount Rate (LIBOR Swap Rate) | | 4.240% | |
| **Avg Life** | **Deposit** | **Principal** | **Amort** | **PV01** | Less: Spread | 0.50% | |
| 14.48 | 5/1/2023 | $3,960,643.81 | $1,665,268 | $1,788.53 | LIBOR Swap Rate Minus Spread (AKA Replacement Rate) | 3.740% | 3.740% |
| 34.48 | 5/1/2043 | $2,295,376.00 | | $4,139.69 | | | |
| 26.07 | | | | | Total BPS Difference Between Contract and Replacement | 117.2 | |
| | | | | | Present Value of 1 Basis Point | $5,928.22 | |
| | | | | | Total Mark to Market Cross Check | $694,787.46 | |

| | Deposit Date | Payment Date | Notional | Guaranteed Rate Cashflows | Replacement Rate Cashflows | Cashflow Difference | Factor | Difference | Amort |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $695,553.29 | |
| | 11/7/2008 | 11/1/2009 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.97993 | $22,743.45 | $0.00 |
| 0.98 | 5/1/2009 | 5/1/2010 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.95958 | $22,271.30 | $0.00 |
| 1.48 | 11/1/2009 | 11/1/2010 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.93966 | $21,808.95 | $0.00 |
| 1.98 | 5/1/2010 | 5/1/2011 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.92015 | $21,356.19 | $0.00 |
| 2.48 | 11/1/2010 | 11/1/2011 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.90105 | $20,912.84 | $0.00 |
| 2.98 | 5/1/2011 | 5/1/2012 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.88235 | $20,478.69 | $0.00 |
| 3.48 | 11/1/2011 | 11/1/2012 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.86403 | $20,053.56 | $0.00 |
| 3.98 | 5/1/2012 | 5/1/2013 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.84609 | $19,637.25 | $0.00 |
| 4.48 | 11/1/2012 | 11/1/2013 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.82853 | $19,229.58 | $0.00 |
| 4.98 | 5/1/2013 | 5/1/2014 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.81133 | $18,830.38 | $0.00 |
| 5.48 | 11/1/2013 | 11/1/2014 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.79448 | $18,439.46 | $0.00 |
| 5.98 | 5/1/2014 | 5/1/2015 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.77799 | $18,056.66 | $0.00 |
| 6.48 | 11/1/2014 | 11/1/2015 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.76184 | $17,681.81 | $0.00 |
| 6.98 | 5/1/2015 | 5/1/2016 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.74602 | $17,314.73 | $0.00 |
| 7.48 | 11/1/2015 | 11/1/2016 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.73054 | $16,955.28 | $0.00 |
| 7.98 | 5/1/2016 | 11/1/2016 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.71537 | $16,603.29 | $0.00 |
| 8.48 | 11/1/2016 | 5/1/2017 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.70052 | $16,258.61 | $0.00 |
| 8.98 | 5/1/2017 | 11/1/2017 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.68598 | $15,921.08 | $0.00 |
| 9.48 | 11/1/2017 | 5/1/2018 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.67174 | $15,590.56 | $0.00 |
| 9.98 | 5/1/2018 | 11/1/2018 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.65779 | $15,266.90 | $0.00 |
| 10.48 | 11/1/2018 | 5/1/2019 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.64413 | $14,949.96 | $0.00 |
| 10.98 | 5/1/2019 | 11/1/2019 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.63076 | $14,639.61 | $0.00 |
| 11.48 | 11/1/2019 | 5/1/2020 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.61767 | $14,335.69 | $0.00 |
| 11.98 | 5/1/2020 | 11/1/2020 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.60485 | $14,038.08 | $0.00 |
| 12.48 | 11/1/2020 | 5/1/2021 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.59230 | $13,746.65 | $0.00 |
| 12.98 | 5/1/2021 | 11/1/2021 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.57999 | $13,461.27 | $0.00 |
| 13.48 | 11/1/2021 | 5/1/2022 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.56795 | $13,181.82 | $0.00 |
| 13.98 | 5/1/2022 | 11/1/2022 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.55616 | $12,908.17 | $0.00 |
| 14.48 | 11/1/2022 | 5/1/2023 | $3,960,643.81 | $97,273.41 | $74,064.04 | $23,209.37 | 0.54462 | $12,640.19 | $1,665,267.81 | 0.420453818 |
| 14.98 | 5/1/2023 | 11/1/2023 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.53331 | $7,173.50 | $0.00 |
| 15.48 | 11/1/2023 | 5/1/2024 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.52224 | $7,024.58 | $0.00 |
| 15.98 | 5/1/2024 | 11/1/2024 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.51140 | $6,878.75 | $0.00 |
| 16.48 | 11/1/2024 | 5/1/2025 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.50078 | $6,735.95 | $0.00 |
| 16.98 | 5/1/2025 | 11/1/2025 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.49038 | $6,596.11 | $0.00 |
| 17.48 | 11/1/2025 | 5/1/2026 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.48020 | $6,459.17 | $0.00 |
| 17.98 | 5/1/2026 | 11/1/2026 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.47023 | $6,325.08 | $0.00 |
| 18.48 | 11/1/2026 | 5/1/2027 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.46047 | $6,193.77 | $0.00 |
| 18.98 | 5/1/2027 | 11/1/2027 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.45091 | $6,065.19 | $0.00 |
| 19.48 | 11/1/2027 | 5/1/2028 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.44155 | $5,939.28 | $0.00 |
| 19.98 | 5/1/2028 | 11/1/2028 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.43239 | $5,815.98 | $0.00 |
| 20.48 | 11/1/2028 | 5/1/2029 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.42341 | $5,695.24 | $0.00 |
| 20.98 | 5/1/2029 | 11/1/2029 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.41462 | $5,577.01 | $0.00 |
| 21.48 | 11/1/2029 | 5/1/2030 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.40601 | $5,461.23 | $0.00 |
| 21.98 | 5/1/2030 | 11/1/2030 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.39758 | $5,347.86 | $0.00 |
| 22.48 | 11/1/2030 | 5/1/2031 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.38933 | $5,236.83 | $0.00 |
| 22.98 | 5/1/2031 | 11/1/2031 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.38125 | $5,128.12 | $0.00 |
| 23.48 | 11/1/2031 | 5/1/2032 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.37333 | $5,021.66 | $0.00 |
| 23.98 | 5/1/2032 | 11/1/2032 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.36558 | $4,917.41 | $0.00 |
| 24.48 | 11/1/2032 | 5/1/2033 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.35799 | $4,815.33 | $0.00 |
| 24.98 | 5/1/2033 | 11/1/2033 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.35056 | $4,715.36 | $0.00 |
| 25.48 | 11/1/2033 | 5/1/2034 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.34328 | $4,617.47 | $0.00 |
| 25.98 | 5/1/2034 | 11/1/2034 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.33616 | $4,521.61 | $0.00 |
| 26.48 | 11/1/2034 | 5/1/2035 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.32918 | $4,427.74 | $0.00 |
| 26.98 | 5/1/2035 | 11/1/2035 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.32234 | $4,335.82 | $0.00 |
| 27.48 | 11/1/2035 | 5/1/2036 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.31565 | $4,245.81 | $0.00 |
| 27.98 | 5/1/2036 | 11/1/2036 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.30910 | $4,157.67 | $0.00 |
| 28.48 | 11/1/2036 | 5/1/2037 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.30268 | $4,071.36 | $0.00 |
| 28.98 | 5/1/2037 | 11/1/2037 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.29640 | $3,986.84 | $0.00 |
| 29.48 | 11/1/2037 | 5/1/2038 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.29025 | $3,904.07 | $0.00 |
| 29.98 | 5/1/2038 | 11/1/2038 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.28422 | $3,823.02 | $0.00 |
| 30.48 | 11/1/2038 | 5/1/2039 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.27832 | $3,743.66 | $0.00 |
| 30.98 | 5/1/2039 | 11/1/2039 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.27254 | $3,665.94 | $0.00 |
| 31.48 | 11/1/2039 | 5/1/2040 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.26688 | $3,589.83 | $0.00 |
| 31.98 | 5/1/2040 | 11/1/2040 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.26134 | $3,515.31 | $0.00 |
| 32.48 | 11/1/2040 | 5/1/2041 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.25592 | $3,442.33 | $0.00 |
| 32.98 | 5/1/2041 | 11/1/2041 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.25061 | $3,370.87 | $0.00 |
| 33.48 | 11/1/2041 | 5/1/2042 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.24540 | $3,300.89 | $0.00 |
| 33.98 | 5/1/2042 | 11/1/2042 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.24031 | $3,232.36 | $0.00 |
| 34.48 | 11/1/2042 | 5/1/2043 | $2,295,376.00 | $56,374.43 | $42,923.53 | $13,450.90 | 0.23532 | $3,165.26 | $2,295,376.00 |
| Total | | | | $5,075,906.33 | $3,864,798.39 | $1,211,107.94 | | $695,553.29 | |

**TAB 2(e)**

**Series 2003AB Debt Service Deposit Agreement**

|  |  | Contract Rate |  | 2.858% |  |
|---|---|---|---|---|---|
|  |  | Par rate---AKA LIBOR Swap Rate |  | 4.270% |  |
|  |  | Spread |  | 0.50% |  |
| Term | 14.48 | LIBOR Swap Rate Minus Spread (AKA Replacement Rate) |  | 3.770% |  |
| 11/7/2008 |  | Discount Rate (LIBOR Swap Rate) |  | 4.270% |  |

| Deposit Date | Payment Date | Notional amount | Guaranteed Rate Cashflows | Replacement Rate Cashflows | Cashflow Difference | PV Factor | PV Difference |
|---|---|---|---|---|---|---|---|
| 4/13/2009 | 5/1/2009 | $6,761,760 | $9,663 | $12,746 | -$3,083 | 0.979786 | -$3,021 |
| 10/13/2009 | 11/1/2009 | $4,496,410 | $6,425 | $8,476 | -$2,050 | 0.959305 | -$1,967 |
| 4/12/2010 | 5/1/2010 | $7,021,410 | $10,591 | $13,971 | -$3,380 | 0.939252 | -$3,174 |
| 10/12/2010 | 11/1/2010 | $4,433,285 | $6,687 | $8,821 | -$2,134 | 0.919618 | -$1,962 |
| 4/11/2011 | 5/1/2011 | $7,263,285 | $11,532 | $15,213 | -$3,680 | 0.900395 | -$3,314 |
| 10/12/2011 | 11/1/2011 | $4,362,535 | $6,580 | $8,680 | -$2,100 | 0.881573 | -$1,851 |
| 4/11/2012 | 5/1/2012 | $7,402,535 | $11,754 | $15,504 | -$3,751 | 0.863145 | -$3,237 |
| 10/12/2012 | 11/1/2012 | $4,286,535 | $6,466 | $8,529 | -$2,063 | 0.845102 | -$1,744 |
| 4/11/2013 | 5/1/2013 | $7,711,535 | $12,244 | $16,151 | -$3,907 | 0.827436 | -$3,233 |
| 10/15/2013 | 11/1/2013 | $4,199,060 | $5,334 | $7,036 | -$1,702 | 0.810140 | -$1,379 |
| 4/11/2014 | 5/1/2014 | $7,834,060 | $12,439 | $16,408 | -$3,969 | 0.793205 | -$3,148 |
| 10/14/2014 | 11/1/2014 | $4,102,666 | $5,537 | $7,304 | -$1,767 | 0.776624 | -$1,372 |
| 4/14/2015 | 5/1/2015 | $7,917,666 | $10,686 | $14,096 | -$3,410 | 0.760389 | -$2,593 |
| 10/13/2015 | 11/1/2015 | $4,001,501 | $5,718 | $7,543 | -$1,825 | 0.744495 | -$1,358 |
| 4/11/2016 | 5/1/2016 | $12,061,501 | $19,151 | $25,262 | -$6,111 | 0.728932 | -$4,455 |
| 10/12/2016 | 11/1/2016 | $3,895,838 | $5,876 | $7,752 | -$1,875 | 0.713694 | -$1,338 |
| 4/11/2017 | 5/1/2017 | $16,100,838 | $25,565 | $33,722 | -$8,158 | 0.698776 | -$5,700 |
| 10/12/2017 | 11/1/2017 | $3,703,444 | $5,586 | $7,369 | -$1,783 | 0.684169 | -$1,220 |
| 4/11/2018 | 5/1/2018 | $16,288,444 | $25,862 | $34,115 | -$8,253 | 0.669867 | -$5,528 |
| 10/12/2018 | 11/1/2018 | $3,366,810 | $5,078 | $6,699 | -$1,621 | 0.655864 | -$1,063 |
| 4/11/2019 | 5/1/2019 | $16,636,810 | $26,416 | $34,845 | -$8,429 | 0.642154 | -$5,413 |
| 10/15/2019 | 11/1/2019 | $3,243,382 | $4,120 | $5,434 | -$1,315 | 0.628731 | -$827 |
| 4/13/2020 | 5/1/2020 | $16,493,382 | $23,569 | $31,090 | -$7,521 | 0.615588 | -$4,630 |
| 10/13/2020 | 11/1/2020 | $3,120,441 | $4,459 | $5,882 | -$1,423 | 0.602720 | -$858 |
| 4/12/2021 | 5/1/2021 | $16,620,441 | $25,070 | $33,070 | -$8,000 | 0.590121 | -$4,721 |
| 10/12/2021 | 11/1/2021 | $2,991,010 | $4,512 | $5,951 | -$1,440 | 0.577785 | -$832 |
| 4/11/2022 | 5/1/2022 | $16,746,010 | $26,589 | $35,074 | -$8,485 | 0.565707 | -$4,800 |
| 10/12/2022 | 11/1/2022 | $2,854,819 | $4,306 | $5,680 | -$1,374 | 0.553882 | -$761 |
| 4/11/2023 | 5/1/2023 | $18,389,819 | $29,199 | $38,516 | -$9,318 | 0.542304 | -$5,053 |
|  |  |  | $357,014 | $470,939 | -$113,925 |  | -$80,552 |

## **TAB 2(f)**

## Series 2003AB Debt Service Deposit Agreement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Contract Rate | | | | | 5.700% |
| | | Par rate---AKA LIBOR Swap Rate | | | | | 4.240% |
| Term | 30.48 | Spread | | | | | 0.50% |
| 11/7/2008 | | LIBOR Swap Rate Minus Spread (AKA Replacement Rate) | | | | | 3.740% |
| | | Discount Rate (LIBOR Swap Rate) | | | | | 4.240% |

| Deposit Date | Payment Date | Notional amount | Guarenteed Rate Cashflows | Replacement Rate Cashflows | Cashflow Difference | PV Factor | PV Difference |
|---|---|---|---|---|---|---|---|
| | | | | | | | $1,045,767 |
| 10/10/2008 | 4/10/2009 | $2,084,944 | $59,421 | $38,988 | $20,432 | 0.982326 | $20,071 |
| 4/10/2009 | 10/10/2009 | $722,606 | $20,594 | $13,513 | $7,082 | 0.961933 | $6,812 |
| 10/10/2009 | 4/10/2010 | $2,046,461 | $58,324 | $38,269 | $20,055 | 0.941964 | $18,891 |
| 4/10/2010 | 10/10/2010 | $618,991 | $17,641 | $11,575 | $6,066 | 0.922409 | $5,595 |
| 10/10/2010 | 4/10/2011 | $2,020,402 | $57,581 | $37,782 | $19,800 | 0.903260 | $17,884 |
| 4/10/2011 | 10/10/2011 | $525,103 | $14,965 | $9,819 | $5,146 | 0.884508 | $4,552 |
| 10/10/2011 | 4/10/2012 | $2,001,852 | $57,053 | $37,435 | $19,618 | 0.866146 | $16,992 |
| 4/10/2012 | 10/10/2012 | $425,379 | $12,123 | $7,955 | $4,169 | 0.848165 | $3,536 |
| 10/10/2012 | 4/10/2013 | $1,990,574 | $56,731 | $37,224 | $19,508 | 0.830557 | $16,202 |
| 4/10/2013 | 10/10/2013 | $322,114 | $9,180 | $6,024 | $3,157 | 0.813315 | $2,567 |
| 10/10/2013 | 4/10/2014 | $1,966,228 | $56,037 | $36,768 | $19,269 | 0.796430 | $15,346 |
| 4/10/2014 | 10/10/2014 | $207,098 | $5,902 | $3,873 | $2,030 | 0.779896 | $1,583 |
| 10/10/2014 | 4/10/2015 | $1,935,712 | $55,168 | $36,198 | $18,970 | 0.763706 | $14,487 |
| 4/10/2015 | 10/10/2015 | $90,304 | $2,574 | $1,689 | $885 | 0.747851 | $662 |
| 10/10/2015 | 4/10/2016 | $6,021,752 | $171,620 | $112,607 | $59,013 | 0.732326 | $43,217 |
| 4/10/2016 | 10/10/2016 | $167,581 | $4,776 | $3,134 | $1,642 | 0.717123 | $1,178 |
| 10/10/2016 | 4/10/2017 | $10,069,559 | $286,982 | $188,301 | $98,682 | 0.702236 | $69,298 |
| 4/10/2017 | 10/10/2017 | $311,363 | $8,874 | $5,822 | $3,051 | 0.687657 | $2,098 |
| 10/10/2017 | 4/10/2018 | $10,260,201 | $292,416 | $191,866 | $100,550 | 0.673382 | $67,709 |
| 4/10/2018 | 10/10/2018 | $334,110 | $9,522 | $6,248 | $3,274 | 0.659402 | $2,159 |
| 10/10/2018 | 4/10/2019 | $10,347,396 | $294,901 | $193,496 | $101,404 | 0.645713 | $65,478 |
| 4/10/2019 | 10/10/2019 | $363,516 | $10,360 | $6,798 | $3,562 | 0.632308 | $2,253 |
| 10/10/2019 | 4/10/2020 | $10,499,415 | $299,233 | $196,339 | $102,894 | 0.619182 | $63,710 |
| 4/10/2020 | 10/10/2020 | $414,556 | $11,815 | $7,752 | $4,063 | 0.606328 | $2,463 |
| 10/10/2020 | 4/10/2021 | $10,646,584 | $303,428 | $199,091 | $104,337 | 0.593740 | $61,949 |
| 4/10/2021 | 10/10/2021 | $463,848 | $13,220 | $8,674 | $4,546 | 0.581414 | $2,643 |
| 10/10/2021 | 4/10/2022 | $10,801,910 | $307,854 | $201,996 | $105,859 | 0.569344 | $60,270 |
| 4/10/2022 | 10/10/2022 | $515,988 | $14,706 | $9,649 | $5,057 | 0.557525 | $2,819 |
| 10/10/2022 | 4/10/2023 | $10,964,912 | $312,500 | $205,044 | $107,456 | 0.545950 | $58,666 |
| 4/10/2023 | 10/10/2023 | $451,007 | $12,854 | $8,434 | $4,420 | 0.534617 | $2,363 |
| 10/10/2023 | 4/10/2024 | $11,016,938 | $313,983 | $206,017 | $107,966 | 0.523518 | $56,522 |
| 4/10/2024 | 10/10/2024 | $511,577 | $14,580 | $9,566 | $5,013 | 0.512650 | $2,570 |
| 10/10/2024 | 4/10/2025 | $11,205,150 | $319,347 | $209,536 | $109,810 | 0.502007 | $55,126 |
| 4/10/2025 | 10/10/2025 | $573,452 | $16,343 | $10,724 | $5,620 | 0.491586 | $2,763 |
| 10/10/2025 | 4/10/2026 | $11,409,839 | $325,180 | $213,364 | $111,816 | 0.481380 | $53,826 |
| 4/10/2026 | 10/10/2026 | $647,050 | $18,441 | $12,100 | $6,341 | 0.471387 | $2,989 |
| 10/10/2026 | 4/10/2027 | $11,616,029 | $331,057 | $217,220 | $113,837 | 0.461601 | $52,547 |
| 4/10/2027 | 10/10/2027 | $722,382 | $20,588 | $13,509 | $7,079 | 0.452018 | $3,200 |
| 10/10/2027 | 4/10/2028 | $15,619,505 | $445,156 | $292,085 | $153,071 | 0.442634 | $67,755 |
| 4/10/2028 | 10/10/2028 | $518,459 | $14,776 | $9,695 | $5,081 | 0.433445 | $2,202 |
| 10/10/2028 | 4/10/2029 | $2,545,891 | $72,558 | $47,608 | $24,950 | 0.424447 | $10,590 |
| 4/10/2029 | 10/10/2029 | $446,270 | $12,719 | $8,345 | $4,373 | 0.415636 | $1,818 |
| 10/10/2029 | 4/10/2030 | $2,672,330 | $76,161 | $49,973 | $26,189 | 0.407007 | $10,659 |
| 4/10/2030 | 10/10/2030 | $398,450 | $11,356 | $7,451 | $3,905 | 0.398558 | $1,556 |
| 10/10/2030 | 4/10/2031 | $2,746,029 | $78,262 | $51,351 | $26,911 | 0.390284 | $10,503 |
| 4/10/2031 | 10/10/2031 | $348,450 | $9,931 | $6,516 | $3,415 | 0.382181 | $1,305 |
| 10/10/2031 | 4/10/2032 | $2,833,057 | $80,742 | $52,978 | $27,764 | 0.374247 | $10,391 |
| 4/10/2032 | 10/10/2032 | $291,585 | $8,310 | $5,453 | $2,858 | 0.366478 | $1,047 |
| 10/10/2032 | 4/10/2033 | $2,912,459 | $83,005 | $54,463 | $28,542 | 0.358870 | $10,243 |
| 4/10/2033 | 10/10/2033 | $242,053 | $6,899 | $4,526 | $2,372 | 0.351420 | $834 |
| 10/10/2033 | 4/10/2034 | $2,912,524 | $83,007 | $54,464 | $28,543 | 0.344124 | $9,822 |
| 4/10/2034 | 10/10/2034 | $225,185 | $6,418 | $4,211 | $2,207 | 0.336980 | $744 |
| 10/10/2034 | 4/10/2035 | $1,664,174 | $47,429 | $31,120 | $16,309 | 0.329985 | $5,382 |
| 4/10/2035 | 10/10/2035 | $197,305 | $5,623 | $3,690 | $1,934 | 0.323134 | $625 |
| 10/10/2035 | 4/10/2036 | $1,715,324 | $48,887 | $32,077 | $16,810 | 0.316426 | $5,319 |
| 4/10/2036 | 10/10/2036 | $165,154 | $4,707 | $3,088 | $1,619 | 0.309857 | $502 |
| 10/10/2036 | 4/10/2037 | $1,767,186 | $50,365 | $33,046 | $17,318 | 0.303425 | $5,255 |
| 4/10/2037 | 10/10/2037 | $133,869 | $3,815 | $2,503 | $1,312 | 0.297125 | $390 |
| 10/10/2037 | 4/10/2038 | $1,819,913 | $51,868 | $34,032 | $17,835 | 0.290957 | $5,189 |
| 4/10/2038 | 10/10/2038 | $193,380 | $5,511 | $3,616 | $1,895 | 0.284917 | $540 |
| 10/10/2038 | 4/10/2039 | $36,629 | $1,044 | $685 | $359 | 0.279002 | $100 |
| 5/1/2039 | | $2,673 | | | | | |
| | | | | | | | |
| Total | | $189,701,738 | $5,406,423 | $3,547,373 | $1,859,051 | | $1,045,767 |

**<u>TAB 2(g)</u>**

## Series 2004A Debt Service Deposit Agreement

|  |  |  |  |
|---|---|---|---|
| | | Contract Rate | 3.01% |
| | | Par rate---AKA LIBOR Swap Rate | 4.27% |
| | | Spread | 0.50% |
| Term | 34.48 | LIBOR Swap Rate Minus Spread (AKA Replacement Rate) | 3.770% |
| 11/7/2008 | | Discount Rate (LIBOR Swap Rate) | 4.27% |

| Deposit Date | Payment Date | Notional amount | Guaranteed Rate Cashflows | Replacement Rate Cashflows | Cashflow Difference | PV Factor | PV Difference |
|---|---|---|---|---|---|---|---|
| 4/11/2009 | 5/1/2009 | $2,597,756.00 | $4,344 | $5,441 | -$1,097 | 0.979993 | -$1,075 |
| 10/12/2009 | 11/1/2009 | $1,394,981.00 | $2,216 | $2,776 | -$560 | 0.959717 | -$537 |
| 4/11/2010 | 5/1/2010 | $2,664,981.00 | $4,456 | $5,582 | -$1,125 | 0.939861 | -$1,058 |
| 10/12/2010 | 11/1/2010 | $1,363,231.00 | $2,166 | $2,712 | -$547 | 0.920415 | -$503 |
| 4/11/2011 | 5/1/2011 | $2,738,231.00 | $4,579 | $5,735 | -$1,156 | 0.901372 | -$1,042 |
| 10/12/2011 | 11/1/2011 | $1,328,856.00 | $2,111 | $2,644 | -$533 | 0.882723 | -$471 |
| 4/11/2012 | 5/1/2012 | $2,808,856.00 | $4,697 | $5,883 | -$1,186 | 0.864460 | -$1,025 |
| 10/12/2012 | 11/1/2012 | $1,291,856.00 | $2,052 | $2,570 | -$518 | 0.846574 | -$439 |
| 4/11/2013 | 5/1/2013 | $3,091,856.00 | $5,170 | $6,476 | -$1,305 | 0.829059 | -$1,082 |
| 10/12/2013 | 11/1/2013 | $1,260,356.00 | $2,002 | $2,508 | -$506 | 0.811906 | -$410 |
| 4/11/2014 | 5/1/2014 | $3,125,356.00 | $5,226 | $6,546 | -$1,320 | 0.795108 | -$1,049 |
| 10/12/2014 | 11/1/2014 | $1,213,731.00 | $1,928 | $2,415 | -$487 | 0.778657 | -$379 |
| 4/11/2015 | 5/1/2015 | $3,173,731.00 | $5,307 | $6,647 | -$1,340 | 0.762547 | -$1,022 |
| 10/12/2015 | 11/1/2015 | $1,164,731.00 | $1,850 | $2,317 | -$467 | 0.746770 | -$349 |
| 4/11/2016 | 5/1/2016 | $3,224,731.00 | $5,392 | $6,754 | -$1,362 | 0.731320 | -$996 |
| 10/12/2016 | 11/1/2016 | $1,113,231.00 | $1,768 | $2,215 | -$447 | 0.716189 | -$320 |
| 4/11/2017 | 5/1/2017 | $3,273,231.00 | $5,474 | $6,856 | -$1,382 | 0.701371 | -$969 |
| 10/12/2017 | 11/1/2017 | $1,059,231.00 | $1,683 | $2,108 | -$425 | 0.686860 | -$292 |
| 4/11/2018 | 5/1/2018 | $3,329,231.00 | $5,567 | $6,973 | -$1,406 | 0.672649 | -$946 |
| 10/12/2018 | 11/1/2018 | $1,002,481.00 | $1,593 | $1,995 | -$402 | 0.658732 | -$265 |
| 4/11/2019 | 5/1/2019 | $3,382,481.00 | $5,656 | $7,084 | -$1,428 | 0.645103 | -$921 |
| 10/12/2019 | 11/1/2019 | $942,981.00 | $1,498 | $1,876 | -$378 | 0.631756 | -$239 |
| 4/11/2020 | 5/1/2020 | $3,447,981.00 | $5,766 | $7,222 | -$1,456 | 0.618685 | -$901 |
| 10/12/2020 | 11/1/2020 | $880,356.00 | $1,399 | $1,752 | -$353 | 0.605885 | -$214 |
| 4/11/2021 | 5/1/2021 | $3,505,356.00 | $5,862 | $7,342 | -$1,480 | 0.593349 | -$878 |
| 10/12/2021 | 11/1/2021 | $814,731.00 | $1,294 | $1,621 | -$327 | 0.581073 | -$190 |
| 4/11/2022 | 5/1/2022 | $3,574,731.00 | $5,978 | $7,487 | -$1,509 | 0.569051 | -$859 |
| 10/12/2022 | 11/1/2022 | $745,731.00 | $1,185 | $1,484 | -$299 | 0.557277 | -$167 |
| 4/11/2023 | 5/1/2023 | $3,640,731.00 | $6,088 | $7,625 | -$1,537 | 0.545747 | -$839 |
| 10/12/2023 | 11/1/2023 | $673,356.00 | $1,070 | $1,340 | -$270 | 0.534456 | -$144 |
| 4/11/2024 | 5/1/2024 | $1,538,356.00 | $2,572 | $3,222 | -$650 | 0.523398 | -$340 |
| 10/12/2024 | 11/1/2024 | $654,975.00 | $1,041 | $1,303 | -$263 | 0.512569 | -$135 |
| 4/11/2025 | 5/1/2025 | $1,554,975.00 | $2,600 | $3,257 | -$657 | 0.501964 | -$330 |
| 10/11/2025 | 11/1/2025 | $635,850.00 | $1,063 | $1,332 | -$268 | 0.491579 | -$132 |
| 4/11/2026 | 5/1/2026 | $1,575,850.00 | $2,635 | $3,301 | -$665 | 0.481408 | -$320 |
| 10/11/2026 | 11/1/2026 | $615,875.00 | $1,030 | $1,290 | -$260 | 0.471448 | -$123 |
| 4/11/2027 | 5/1/2027 | $1,595,875.00 | $2,669 | $3,342 | -$674 | 0.461694 | -$311 |
| 10/11/2027 | 11/1/2027 | $595,050.00 | $995 | $1,246 | -$251 | 0.452142 | -$114 |
| 4/11/2028 | 5/1/2028 | $1,615,050.00 | $2,701 | $3,383 | -$682 | 0.442787 | -$302 |
| 10/11/2028 | 11/1/2028 | $573,375.00 | $959 | $1,201 | -$242 | 0.433626 | -$105 |
| 4/11/2029 | 5/1/2029 | $1,638,375.00 | $2,740 | $3,431 | -$692 | 0.424654 | -$294 |
| 10/11/2029 | 11/1/2029 | $546,750.00 | $914 | $1,145 | -$231 | 0.415868 | -$96 |
| 4/11/2030 | 5/1/2030 | $1,661,750.00 | $2,779 | $3,480 | -$702 | 0.407264 | -$286 |
| 10/11/2030 | 11/1/2030 | $518,875.00 | $868 | $1,087 | -$219 | 0.398838 | -$87 |
| 4/11/2031 | 5/1/2031 | $1,688,875.00 | $2,824 | $3,537 | -$713 | 0.390586 | -$279 |
| 10/11/2031 | 11/1/2031 | $489,625.00 | $819 | $1,025 | -$207 | 0.382505 | -$79 |
| 4/11/2032 | 5/1/2032 | $1,719,625.00 | $2,876 | $3,602 | -$726 | 0.374591 | -$272 |
| 10/11/2032 | 11/1/2032 | $458,875.00 | $767 | $961 | -$194 | 0.366841 | -$71 |
| 4/11/2033 | 5/1/2033 | $1,748,875.00 | $2,925 | $3,663 | -$738 | 0.359251 | -$265 |
| 10/11/2033 | 11/1/2033 | $426,625.00 | $713 | $894 | -$180 | 0.351818 | -$63 |
| 4/11/2034 | 5/1/2034 | $1,781,625.00 | $2,979 | $3,732 | -$752 | 0.344539 | -$259 |
| 10/11/2034 | 11/1/2034 | $392,750.00 | $657 | $823 | -$166 | 0.337411 | -$56 |
| 4/11/2035 | 5/1/2035 | $1,817,750.00 | $3,040 | $3,807 | -$767 | 0.330430 | -$254 |
| 10/11/2035 | 11/1/2035 | $357,125.00 | $597 | $748 | -$151 | 0.323593 | -$49 |

| 4/11/2036 | 5/1/2036 | $1,852,125.00 | $3,097 | $3,879 | -$782 | 0.316898 | -$248 |
| 10/11/2036 | 11/1/2036 | $319,750.00 | $535 | $670 | -$135 | 0.310342 | -$42 |
| 4/11/2037 | 5/1/2037 | $1,889,750.00 | $3,160 | $3,958 | -$798 | 0.303921 | -$242 |
| 10/11/2037 | 11/1/2037 | $280,500.00 | $469 | $587 | -$118 | 0.297633 | -$35 |
| 4/11/2038 | 5/1/2038 | $1,930,500.00 | $3,228 | $4,043 | -$815 | 0.291475 | -$238 |
| 10/11/2038 | 11/1/2038 | $239,250.00 | $400 | $501 | -$101 | 0.285444 | -$29 |
| 4/11/2039 | 5/1/2039 | $1,969,250.00 | $3,293 | $4,124 | -$831 | 0.279539 | -$232 |
| 10/11/2039 | 11/1/2039 | $196,000.00 | $328 | $411 | -$83 | 0.273755 | -$23 |
| 4/11/2040 | 5/1/2040 | $2,016,000.00 | $3,371 | $4,222 | -$851 | 0.268091 | -$228 |
| 10/11/2040 | 11/1/2040 | $150,500.00 | $252 | $315 | -$64 | 0.262544 | -$17 |
| 4/11/2041 | 5/1/2041 | $2,060,500.00 | $3,446 | $4,316 | -$870 | 0.257112 | -$224 |
| 10/11/2041 | 11/1/2041 | $102,750.00 | $172 | $215 | -$43 | 0.251793 | -$11 |
| 4/11/2042 | 5/1/2042 | $2,107,750.00 | $3,525 | $4,415 | -$890 | 0.246583 | -$219 |
| 10/11/2042 | 11/1/2042 | $52,625.00 | $88 | $110 | -$22 | 0.241482 | -$5 |
| 4/11/2043 | 5/1/2043 | $2,157,625.00 | $3,608 | $4,519 | -$911 | 0.236485 | -$215 |
| | | | $104,308 | $130,645 | -$26,337 | | -$26,209 |

**TAB 2(h)**

**Series 2006A DSD Agreement**

| | | |
|---|---|---|
| Contract Rate | | 4.50% |
| Par rate---AKA LIBOR Swap Rate | | 4.17% |
| Spread | | 0.50% |
| LIBOR Swap Rate Minus Spread (AKA Replacement Rate) | | 3.670% |
| Discount Rate (LIBOR Swap Rate) | | 4.17% |

Term    32.49

11/5/2008

| Deposit Date | Payment Date | Notional Amount | Guaranteed Rate Cashflows | Replacement Rate Cashflows | Cashflow difference | PV Factor | PV Difference | |
|---|---|---|---|---|---|---|---|---|
| 4/10/2009 | 5/1/2009 | $3,883,375 | $10,194 | $8,314 | $1,880 | 0.98023 | $1,843 | $51,320 |
| 10/10/2009 | 11/1/2009 | $2,322,775 | $6,097 | $4,973 | $1,125 | 0.96041 | $1,080 | |
| 4/10/2010 | 5/1/2010 | $4,012,775 | $10,534 | $8,591 | $1,943 | 0.94099 | $1,828 | |
| 10/10/2010 | 11/1/2010 | $2,288,975 | $6,009 | $4,900 | $1,108 | 0.92196 | $1,022 | |
| 4/10/2011 | 5/1/2011 | $4,083,975 | $10,720 | $8,743 | $1,977 | 0.90332 | $1,786 | |
| 10/10/2011 | 11/1/2011 | $2,253,075 | $5,914 | $4,823 | $1,091 | 0.88505 | $965 | |
| 4/10/2012 | 5/1/2012 | $4,168,075 | $10,941 | $8,923 | $2,018 | 0.86716 | $1,750 | |
| 10/10/2012 | 11/1/2012 | $2,205,200 | $5,789 | $4,721 | $1,068 | 0.84962 | $907 | |
| 4/10/2013 | 5/1/2013 | $4,260,200 | $11,183 | $9,120 | $2,063 | 0.83244 | $1,717 | |
| 10/10/2013 | 11/1/2013 | $2,153,825 | $5,654 | $4,611 | $1,043 | 0.81561 | $851 | |
| 4/10/2014 | 5/1/2014 | $4,363,825 | $11,455 | $9,342 | $2,113 | 0.79912 | $1,688 | |
| 10/10/2014 | 11/1/2014 | $2,109,625 | $5,538 | $4,516 | $1,021 | 0.78296 | $800 | |
| 4/10/2015 | 5/1/2015 | $4,469,625 | $11,733 | $9,569 | $2,164 | 0.76713 | $1,660 | |
| 10/10/2015 | 11/1/2015 | $2,053,575 | $5,391 | $4,396 | $994 | 0.75162 | $747 | |
| 4/10/2016 | 5/1/2016 | $4,608,575 | $12,098 | $9,866 | $2,231 | 0.73642 | $1,643 | |
| 10/10/2016 | 11/1/2016 | $1,989,700 | $5,223 | $4,260 | $963 | 0.72153 | $695 | |
| 4/10/2017 | 5/1/2017 | $4,744,700 | $12,455 | $10,158 | $2,297 | 0.70694 | $1,624 | |
| 10/10/2017 | 11/1/2017 | $1,934,600 | $5,078 | $4,142 | $937 | 0.69265 | $649 | |
| 4/10/2018 | 5/1/2018 | $4,839,600 | $12,704 | $10,361 | $2,343 | 0.67864 | $1,590 | |
| 10/10/2018 | 11/1/2018 | $1,876,500 | $4,926 | $4,017 | $909 | 0.66492 | $604 | |
| 4/10/2019 | 5/1/2019 | $4,946,500 | $12,985 | $10,590 | $2,395 | 0.65148 | $1,560 | |
| 10/10/2019 | 11/1/2019 | $1,799,750 | $4,724 | $3,853 | $871 | 0.63830 | $556 | |
| 4/10/2020 | 5/1/2020 | $5,084,750 | $13,347 | $10,886 | $2,462 | 0.62540 | $1,540 | |
| 10/10/2020 | 11/1/2020 | $1,717,625 | $4,509 | $3,677 | $832 | 0.61275 | $510 | |
| 4/10/2021 | 5/1/2021 | $5,162,625 | $13,552 | $11,052 | $2,500 | 0.60036 | $1,501 | |
| 10/10/2021 | 11/1/2021 | $1,631,500 | $4,283 | $3,493 | $790 | 0.58822 | $465 | |
| 4/10/2022 | 5/1/2022 | $5,246,500 | $13,772 | $11,232 | $2,540 | 0.57633 | $1,464 | |
| 10/10/2022 | 11/1/2022 | $1,541,125 | $4,045 | $3,299 | $746 | 0.56468 | $421 | |
| 4/10/2023 | 5/1/2023 | $5,341,125 | $14,020 | $11,434 | $2,586 | 0.55326 | $1,431 | |
| 10/10/2023 | 11/1/2023 | $1,446,125 | $3,796 | $3,096 | $700 | 0.54207 | $380 | |
| 4/10/2024 | 5/1/2024 | $5,446,125 | $14,296 | $11,659 | $2,637 | 0.53111 | $1,400 | |
| 10/10/2024 | 11/1/2024 | $1,346,125 | $3,534 | $2,882 | $652 | 0.52037 | $339 | |
| 4/10/2025 | 5/1/2025 | $5,546,125 | $14,559 | $11,873 | $2,685 | 0.50985 | $1,369 | |
| 10/10/2025 | 11/1/2025 | $1,241,125 | $3,258 | $2,657 | $601 | 0.49954 | $300 | |
| 4/10/2026 | 5/1/2026 | $5,651,125 | $14,834 | $12,098 | $2,736 | 0.48944 | $1,339 | |
| 10/10/2026 | 11/1/2026 | $1,130,875 | $2,969 | $2,421 | $548 | 0.47954 | $263 | |
| 4/10/2027 | 5/1/2027 | $5,080,875 | $13,337 | $10,877 | $2,460 | 0.46985 | $1,156 | |
| 10/10/2027 | 11/1/2027 | $1,032,125 | $2,709 | $2,210 | $500 | 0.46035 | $230 | |
| 4/10/2028 | 5/1/2028 | $4,477,125 | $11,752 | $9,585 | $2,168 | 0.45104 | $978 | |
| 10/10/2028 | 11/1/2028 | $946,000 | $2,483 | $2,025 | $458 | 0.44192 | $202 | |
| 4/10/2029 | 5/1/2029 | $3,676,000 | $9,650 | $7,870 | $1,780 | 0.43298 | $771 | |
| 10/10/2029 | 11/1/2029 | $877,750 | $2,304 | $1,879 | $425 | 0.42423 | $180 | |
| 4/10/2030 | 5/1/2030 | $3,747,750 | $9,838 | $8,023 | $1,815 | 0.41565 | $754 | |
| 10/10/2030 | 11/1/2030 | $806,000 | $2,116 | $1,726 | $390 | 0.40725 | $159 | |
| 4/10/2031 | 5/1/2031 | $3,821,000 | $10,030 | $8,180 | $1,850 | 0.39901 | $738 | |
| 10/10/2031 | 11/1/2031 | $730,625 | $1,918 | $1,564 | $354 | 0.39095 | $138 | |
| 4/10/2032 | 5/1/2032 | $3,895,625 | $10,226 | $8,340 | $1,886 | 0.38304 | $722 | |
| 10/10/2032 | 11/1/2032 | $651,500 | $1,710 | $1,395 | $315 | 0.37530 | $118 | |
| 4/10/2033 | 5/1/2033 | $3,966,500 | $10,412 | $8,492 | $1,920 | 0.36771 | $706 | |
| 10/10/2033 | 11/1/2033 | $568,625 | $1,493 | $1,217 | $275 | 0.36027 | $99 | |
| 4/10/2034 | 5/1/2034 | $4,053,625 | $10,641 | $8,678 | $1,963 | 0.35299 | $693 | |
| 10/10/2034 | 11/1/2034 | $481,500 | $1,264 | $1,031 | $233 | 0.34585 | $81 | |
| 4/10/2035 | 5/1/2035 | $4,141,500 | $10,871 | $8,866 | $2,005 | 0.33886 | $679 | |
| 10/10/2035 | 11/1/2035 | $390,000 | $1,024 | $835 | $189 | 0.33201 | $63 | |
| 4/10/2036 | 5/1/2036 | $4,230,000 | $11,104 | $9,056 | $2,048 | 0.32529 | $666 | |
| 10/10/2036 | 11/1/2036 | $294,000 | $772 | $629 | $142 | 0.31872 | $45 | |
| 4/10/2037 | 5/1/2037 | $2,424,000 | $6,363 | $5,189 | $1,174 | 0.31227 | $366 | |
| 10/10/2037 | 11/1/2037 | $240,750 | $632 | $515 | $117 | 0.30596 | $36 | |
| 4/10/2038 | 5/1/2038 | $2,475,750 | $6,499 | $5,300 | $1,199 | 0.29977 | $359 | |
| 10/10/2038 | 11/1/2038 | $184,875 | $485 | $396 | $90 | 0.29371 | $26 | |
| 4/10/2039 | 5/1/2039 | $2,529,875 | $6,641 | $5,416 | $1,225 | 0.28777 | $352 | |
| 10/10/2039 | 11/1/2039 | $126,250 | $331 | $270 | $61 | 0.28195 | $17 | |
| 4/10/2040 | 5/1/2040 | $2,591,250 | $6,802 | $5,547 | $1,255 | 0.27625 | $347 | |
| 10/10/2040 | 11/1/2040 | $64,625 | $170 | $138 | $31 | 0.27066 | $8 | |
| 4/10/2041 | 5/1/2041 | $2,649,625 | $6,955 | $5,672 | $1,283 | 0.26519 | $340 | |
| | | | $254,872 | $207,862 | $47,010 | | $51,320 | |

**<u>TAB 3</u>**

| 5-Nov-08 | | **MMD - BMA : 1 Year Data** | | | | | Arb Accts. |
|---|---|---|---|---|---|---|---|
| 2:25 PM | Treasury | LIBOR | LIBOR | BMA | MMD | MMD - | Cumulative |
| | Curve | Semi-Bond | Qtrly-Bond | Qtrly-Bond | Scale | BMA | Probabilty |
| 1y | | 2.07% | 2.07% | 1.52% | 1.50% | (2.09) | |
| 2y | 1.36% | 2.36% | 2.36% | 1.74% | 2.38% | 63.62 | 99% |
| 3y | 1.74% | 2.84% | 2.83% | 2.11% | 2.70% | 58.71 | 99% |
| 4y | 2.13% | 3.23% | 3.22% | 2.42% | 3.03% | 61.46 | 100% |
| 5y | 2.51% | 3.50% | 3.49% | 2.63% | 3.25% | 61.67 | 100% |
| 6y | 2.75% | 3.72% | 3.70% | 2.83% | 3.43% | 60.02 | 100% |
| 7y | 2.98% | 3.87% | 3.85% | 2.98% | 3.64% | 65.72 | 100% |
| 8y | 3.22% | 3.94% | 3.92% | 3.07% | 3.83% | 75.82 | 100% |
| 9y | 3.45% | 4.02% | 4.00% | 3.16% | 4.02% | 85.72 | 100% |
| 10y | 3.69% | 4.10% | 4.08% | 3.25% | 4.20% | 94.58 | 100% |
| 11y | 3.69% | 4.13% | 4.11% | 3.30% | 4.39% | 108.80 | 100% |
| 12y | 3.69% | 4.16% | 4.14% | 3.35% | 4.56% | 120.99 | 100% |
| 13y | 3.73% | 4.16% | 4.14% | 3.38% | 4.66% | 128.42 | 99% |
| 14y | 3.77% | 4.17% | 4.15% | 3.40% | 4.72% | 131.78 | 99% |
| 15y | 3.81% | 4.17% | 4.15% | 3.43% | 4.78% | 135.20 | 99% |
| 16y | 3.83% | 4.17% | 4.15% | 3.44% | 4.84% | 140.10 | 99% |
| 17y | 3.85% | 4.16% | 4.14% | 3.45% | 4.89% | 144.01 | 99% |
| 18y | 3.88% | 4.16% | 4.14% | 3.46% | 4.94% | 147.93 | 99% |
| 19y | 3.90% | 4.16% | 4.13% | 3.47% | 4.97% | 149.84 | 99% |
| 20y | 3.92% | 4.15% | 4.13% | 3.48% | 5.00% | 151.76 | 99% |
| 21y | 3.94% | 4.15% | 4.13% | 3.49% | 5.04% | 155.16 | 99% |
| 22y | 3.97% | 4.15% | 4.13% | 3.49% | 5.08% | 158.55 | 99% |
| 23y | 3.99% | 4.15% | 4.13% | 3.50% | 5.12% | 161.95 | 99% |
| 24y | 4.01% | 4.15% | 4.13% | 3.51% | 5.16% | 165.35 | 99% |
| 25y | 4.04% | 4.15% | 4.13% | 3.51% | 5.19% | 167.74 | 99% |
| 26y | 4.06% | 4.15% | 4.13% | 3.52% | 5.22% | 170.10 | 99% |
| 27y | 4.08% | 4.15% | 4.13% | 3.53% | 5.25% | 172.45 | 99% |
| 28y | 4.11% | 4.15% | 4.13% | 3.53% | 5.28% | 174.81 | 99% |
| 29y | 4.13% | 4.15% | 4.13% | 3.54% | 5.29% | 175.16 | 99% |
| 30y | 4.15% | 4.16% | 4.13% | 3.54% | 5.30% | 175.51 | 99% |

**<u>TAB 4</u>**

| 7-Nov-08 | | | **MMD - BMA :  1 Year Data** | | | | Arb Accts. |
| 2:23 PM | Treasury | LIBOR | LIBOR | BMA | MMD | MMD - | Cumulative |
| | Curve | Semi-Bond | Qtrly-Bond | Qtrly-Bond | Scale | BMA | Probabilty |
| 1y | | 2.03% | 2.02% | 1.50% | 1.28% | (21.62) | |
| 2y | 1.34% | 2.37% | 2.36% | 1.80% | 2.25% | 45.00 | 96% |
| 3y | 1.75% | 2.87% | 2.86% | 2.20% | 2.57% | 37.13 | 93% |
| 4y | 2.15% | 3.28% | 3.27% | 2.52% | 2.90% | 38.03 | 93% |
| 5y | 2.56% | 3.56% | 3.55% | 2.75% | 3.10% | 35.43 | 92% |
| 6y | 2.80% | 3.80% | 3.78% | 2.95% | 3.27% | 32.13 | 86% |
| 7y | 3.05% | 3.95% | 3.93% | 3.09% | 3.46% | 36.80 | 88% |
| 8y | 3.29% | 4.03% | 4.01% | 3.18% | 3.68% | 50.01 | 92% |
| 9y | 3.53% | 4.11% | 4.09% | 3.27% | 3.90% | 63.04 | 95% |
| 10y | 3.78% | 4.20% | 4.17% | 3.36% | 4.09% | 73.04 | 96% |
| 11y | 3.78% | 4.23% | 4.20% | 3.40% | 4.29% | 88.55 | 97% |
| 12y | 3.78% | 4.26% | 4.23% | 3.45% | 4.47% | 102.03 | 98% |
| 13y | 3.82% | 4.26% | 4.24% | 3.48% | 4.58% | 110.02 | 97% |
| 14y | 3.86% | 4.27% | 4.24% | 3.51% | 4.65% | 113.93 | 97% |
| 15y | 3.90% | 4.27% | 4.25% | 3.54% | 4.72% | 117.91 | 97% |
| 16y | 3.92% | 4.27% | 4.25% | 3.55% | 4.79% | 123.53 | 97% |
| 17y | 3.95% | 4.26% | 4.24% | 3.57% | 4.84% | 127.15 | 97% |
| 18y | 3.97% | 4.26% | 4.24% | 3.58% | 4.89% | 130.78 | 97% |
| 19y | 3.99% | 4.25% | 4.23% | 3.60% | 4.93% | 133.41 | 97% |
| 20y | 4.02% | 4.25% | 4.23% | 3.61% | 4.97% | 136.04 | 97% |
| 21y | 4.04% | 4.25% | 4.23% | 3.61% | 5.01% | 139.59 | 97% |
| 22y | 4.07% | 4.25% | 4.22% | 3.62% | 5.05% | 143.13 | 97% |
| 23y | 4.09% | 4.25% | 4.22% | 3.62% | 5.09% | 146.68 | 97% |
| 24y | 4.11% | 4.24% | 4.22% | 3.63% | 5.13% | 150.23 | 97% |
| 25y | 4.14% | 4.24% | 4.22% | 3.63% | 5.16% | 152.77 | 98% |
| 26y | 4.16% | 4.24% | 4.22% | 3.64% | 5.19% | 155.23 | 98% |
| 27y | 4.19% | 4.24% | 4.22% | 3.64% | 5.22% | 157.70 | 98% |
| 28y | 4.21% | 4.24% | 4.22% | 3.65% | 5.24% | 159.16 | 98% |
| 29y | 4.23% | 4.24% | 4.22% | 3.65% | 5.25% | 159.62 | 98% |
| 30y | 4.26% | 4.24% | 4.22% | 3.66% | 5.26% | 160.08 | 98% |

## **TAB 5**

