UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                      :

| | |
|---|---|
| **In re** | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :    **08-13555 (JMP)** |
| | : |
| **Debtors.** | :    **(Jointly Administered)** |
| | : |

----------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING SETTLEMENT AGREEMENT WITH MERRILL LYNCH PORTFOLIO MANAGEMENT, INC. AND MERRILL LYNCH CAPITAL SERVICES, INC.

Upon the motion, dated December 21, 2011 (the "Motion"), of Lehman Brothers

Holdings Inc. ("LBHI") and Lehman Brothers Special Financing Inc. ("LBSF") and their

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession

(collectively, the "Debtors"), pursuant to section 105(a) of title 11 of the United States Code (the

"Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") for approval of Agreement Regarding Applicable Proceeds substantially in

the form attached to the Motion as Exhibit A (the "Settlement Agreement"),[1] all as more fully

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Standing Order M-61

Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided in accordance with the procedures set forth in the second

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion

amended order entered June 17, 2010 governing case management and administrative procedures
[ECF No. 9635] to (i) the United States Trustee for Region 2; (ii) the attorneys for the Official
Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the
Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;
(vi) the attorneys for Merrill; and (vii) all parties who have requested notice in these chapter 11
cases, and it appearing that no other or further notice need be provided; and upon consideration
of the Declaration of Ronald Dooley in support of the Motion; and a hearing having been held to
consider the relief requested in the Motion; and the Court having found and determined that the
relief sought in the Motion is in the best interests of the Debtors, their respective estates and
creditors, and all other parties in interest and that the legal and factual bases set forth in the
Motion establish just cause for the relief granted herein; and after due deliberation and sufficient
cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted; and it is further

ORDERED that, pursuant section 105(a) of the Bankruptcy Code and Bankruptcy
Rule 9019, the Settlement Agreement is approved, and LBHI and LBSF are each duly
authorized, but not directed, to (i) enter into the Settlement Agreement, (ii) consummate all of
the transactions contemplated thereby and (iii) execute and deliver such documents and
instruments and to take such other actions as may be reasonably necessary to consummate the
transactions contemplated by the Settlement Agreement; and it is further;

ORDERED that LBHI and LBSF are authorized to amend, modify, or supplement
any of the terms of the Settlement Agreement, without the necessity of further Court proceedings
or approval and without the consent of any other party, except to the extent that such changes
have a material adverse effect on the respective estates of LBHI or LBSF; and it is further

ORDERED that, pursuant to Bankruptcy Rule 6004(h), the terms of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       January 11, 2012

                                    *s/ James M. Peck*
                                    Honorable James M. Peck
                                    United States Bankruptcy Judge