**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.          Case No.: _08-13555 (JMP_
                                                 Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>BANQUE POPULAIRE COTE D'AZUR, Monaco | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Sporting d'Hiver, Place du Casino<br>B.P. 207 – 98004 MONACO CEDEX<br>Tel : 00 377 92 16 57 57<br>BCAZMonacoserviceTitres@<br>cotedazur.banquepopulaire.fr | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>EUROCLEAR BRUXELLES<br>Account participant 91908<br>BANQUE POPULAIRE COTE D'AZUR, Monaco | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 150'000.00 (face amount of securities) | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:                                              Date: _21- 12-2011_

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:          United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
             One Bowling Green
             New York, New York  10004
             Attention:  Clerk of the Court

AND TO:      Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 5 1/8% Lehman Bros UK Capital Funding II LP 2005-perpetual | XS0229269856 | Lehman Bros UK Capital Funding II LP | Lehman Brothers Holding Inc. | EUR 150'000.00 out of EUR 5'204'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of doubt, these Lehman Programs Securities are described on pages 8 and in line 29 of the Addendum to the Proof of Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

        BANQUE POPULAIRE COTE D'AZUR, Monaco
        Sporting d'Hiver, Place Du Casino, B.P. 207
        MC98004 MONACO CEDEX
        Telephone:  00 377 92 16 57 57
        Fax:  00 377 92 16 57 50

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules

of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December XX, 2011.

UBS AG
Transferor

By: _____
    Name:  Hugo Koller
    Title:    Director

By: _____
    Name:  Stephan Gfeller
    Title:    Associate Director


ACKNOWLEDGED BY:

BANQUE POPULAIRE COTE D'AZUR, Monaco
Transferee


By: _____
    Name:
    Title:

21-12-2011

**B.P.C.A.**
*SUCCURSALE DE MONACO*
Sporting d'Hiver - Place du Casino
BP 207 - 98004 MONACO CEDEX
Tél. +377 92 16 57 57 Fax +377 92 16 57 50
RCI 00 S 03751
SEE 651 D 09214

Xavier O'JEANSON
Directeur de Succursale

Danièle DONAS-JANSSENS
Sous-directeur de Succursale

29.12.11

3/3



# BANQUE POPULAIRE
## CÔTE D'AZUR

**SUCCURSALE DE MONACO**

BP 207 - 98004 Monaco
TVA : FR 64 0000 53 529
R.C.I. 00 S 03751

**MONACO SPORTING :**
Sporting d'hiver - Place du Casino
Tél. + 377 92 16 57 57

**MONACO GRIMALDI :**
57, rue Grimaldi
Tél. + 377 92 16 57 00

**MONACO FONTVIEILLE :**
14, quai Jean-Charles Rey
Tél. + 377 92 16 57 10



FILED / RECEIVED

JAN 1 0 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

Monaco 09th January 2012

LEHMAN BROTHERS HOLDINGS
CLAIMS PROCESSING CENTER
C/O Epiq Bankruptcy Solutions, LLC
757 THIRD AVENUE
THIRD FLOOR
NEW YORK 10017

Dear Sirs,

Please find enclosed  a "Notice of transfer of Claims other than for Security pursuant to Bankruptcy" concerning  following securities which we received from UBS Zurich

EUR 150.000,00    5 1/8 LEHMAN BROS                    XS0229269856

These securities are held on our account 91908 with Euroclear Brussels

As we already have a claim registered under "claim 37179" on your books for this Isin code, we forward you also copy of your acknowledge receipt dated 02 december  2009

Yours faithfully,


Danièle DONAS JANSSENS
Vice Manager

Xavier O'JEANSON
Manager


c.c. US Bankruptcy Court for the Southern District  of N.Y.
One Bowling Green
New York N.Y. 10004

Siège social
457, Promenade des Anglais
B.P. 241
06292 Nice Cedex 3
Tél. 04 93 21 52 00
Fax : 04 93 21 54 45
www.cotedazur.banquepoulaire.fr

GROUPE BANQUE POPULAIRE

Société anonyme coopérative de banque populaire à capital variable (art. L 512-2 et suivants du code monétaire et financier et l'ensemble des textes relatifs aux banques populaires et aux établissements de crédit) - 955 804 448 RCS Nice - Immatriculation au Registre des intermédiaires en assurance sous le numéro 07 006 020
N° TVA intracommunautaire FR 42 955 804 448

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P  646 282 2500   F  646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

# epiQ
## SYSTEMS

MAILID *** 0004910189 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000083655 ****

BANQUE POPULAIRE COTE D'AZUR
SPORTING D'HIVER - PLACE DU CASINO
MONTE-CARLO, 98000 MONACO

**COURRIER REÇU**

Le   1 0 DEC. 2009

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq
Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN
BROTHERS HOLDINGS INC. case. It is also publically available at the following website address:
http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please
review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | BANQUE POPULAIRE COTE D'AZUR |
| Date Received: | 10/09/2009 |
| Claim Number: | 37179 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim
is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed
above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page,
type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY
IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information
used to distinguish or trace an individual's identity, such as their social security number, biometric
records, drivers license number, account number, credit or debit card number (including any
passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or
identifying information which is linked or linkable to a specific individual, such as date and place
of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed
claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at
http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be
sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

COPIE

| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

| | |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Banque Populaire Côte d'Azur**<br>**Sporting d'Hiver – Place du Casino**<br>**98000 Monte-Carlo**<br>**Monaco**<br><br>Telephone number:+377 9216 5757   Email Address:BPCAZMonacoserviceTitres@banquepopulaire.fr | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:            Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** _____761.154,77 $_____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**   XS0229269856    **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6019020    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

91908    **(Required)**

| | |
|---|---|
| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |

| Date.<br><br>02/10/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Philippe Sauvage, Deputy Managing Director | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571





EXPRESS WORLDWIDE | DOX | DHL

10017 , United States

JFKH    US -ZYP -TSS

Origin:
NCE

Account No. 222160346

Ref code:    Date:

Day  Time

Pce / Shpt Weight  Piece
/ 0.50  KG    1/1

Content
description:

WAYBILL 68 5637 4903

(2L)US10017 + 42000000

(J)JD01 3052 3414 4003 8467

