

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case Nos. 08-13555 (JMP)
**(Jointly Administered)**

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice and annex hereto.

| Name of Transferee | Name of Transferor |
|---|---|
| BANK SARASIN & CIE AG, SINGAPORE BRANCH | BANK SARASIN-RABO (ASIA) LIMITED |

Name and Address where notices to transferee should be sent:

Bank Sarasin & Cie AG, Singapore Branch
77 Robinson Road # 31-00
Singapore 068896

Attention: Legal Department
Fax: +65 6438 7256
Email: serene.chee@sarasin.com

With a copy to:

Bär & Karrer AG
Brandschenkestrasse 90,
CH-8027 Zürich, Switzerland

Attention: Dr. Peter Hsu / Dr. Daniel Flühmann
Fax: +41 58 263 53 94

| | |
|---|---|
| Court Claim # (if known): | Please refer to Annex |
| Date Claim Filed: | Please refer to Annex |
| Transferred Claim Amount: | Please refer to Annex |

Last Four Digits of Acct #: 1471              Last Four Digits of Acct. #: 1471
Name and Address where transferee payments
should be sent (if different from above):    N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of the Transferee:

By: _____/s/ Tay Puay Hui_____ /s/ Serene Chee  Date: __28 DECEMBER 2011__

Name:    Tay Puay Hui              Serene Chee
Title:    Managing Director        Director
                                    Head of Legal, Asia

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

2

ANNEX

| Asset ISIN | Proof of Claim No - External | Date Claim Filed | Proposed Allowed Claim Amount (USD) | Amount Claimed by Transferor (USD) |
|---|---|---|---|---|
| XS0203783526 | 57617 | 29 Oct. 2009 | 197,407.41 | 385,666.67 |
| XS0229269856 | 57618 | 29 Oct. 2009 | N/A | 103,385.74 |
| XS0276139341 | 57616 | 29 Oct. 2009 | 615,279.23 | 629,418.07 |
| XS0276147104 | 57642 | 29 Oct. 2009 | 410,550.49 | 438,746.64 |
| XS0276149738 | 57641 | 29 Oct. 2009 | 174,908.33 | 179,383.63 |
| XS0276444147 | 57640 | 29 Oct. 2009 | 86,040.57 | 84,064.86 |
| XS0280903740 | 57639 | 29 Oct. 2009 | 39,748.11 | 45,009.23 |
| XS0281423235 | 57638 | 29 Oct. 2009 | 183,437.04 | 191,551.36 |
| XS0282034460 | 57637 | 29 Oct. 2009 | 980,931.90 | 1,089,989.01 |
| XS0283189016 | 57504 | 29 Oct. 2009 | 200,450.14 | 212,793.91 |
| XS0283944899 | 57503 | 29 Oct. 2009 | 1,210,861.16 | 1,341,495.61 |
| XS0288569972 | 57502 | 29 Oct. 2009 | 61,729.04 | 107,556.16 |
| XS0292198420 | 57491 | 29 Oct. 2009 | 650,577.84 | 753,331.07 |
| XS0297906801 | 57490 | 29 Oct. 2009 | 205,875.86 | 215,422.90 |
| XS0300153714 | 57489 | 29 Oct. 2009 | 2,334,589.12 | 2,501,284.02 |
| XS0300154365 | 57488 | 29 Oct. 2009 | 4,322,178.37 | 4,653,069.59 |
| XS0300339578 | 57522 | 29 Oct. 2009 | 286,694.76 | 301,834.63 |
| XS0300350625 | 57521 | 29 Oct. 2009 | 181,868.14 | 196,673.21 |
| XS0300662607 | 57520 | 29 Oct. 2009 | 78,550.53 | 83,718.92 |
| XS0301129549 | 57519 | 29 Oct. 2009 | 202,879.79 | 219,287.47 |
| XS0301130554 | 57518 | 29 Oct. 2009 | 624,855.36 | 636,223.17 |
| XS0301339510 | 57517 | 29 Oct. 2009 | 82,022.12 | 88,827.10 |
| XS0301340872 | 57516 | 29 Oct. 2009 | 82,769.83 | 103,734.58 |
| XS0301956396 | 57514 | 29 Oct. 2009 | 1,313,164.42 | 1,413,211.82 |
| XS0301958178 | 57513 | 29 Oct. 2009 | 157,708.56 | 161,566.94 |
| XS0302115372 | 57512 | 29 Oct. 2009 | 38,482.35 | 39,645.08 |
| XS0302906077 | 57511 | 29 Oct. 2009 | 1,373,235.28 | 1,439,611.34 |
| XS0303315161 | 57510 | 29 Oct. 2009 | 893,638.21 | 959,935.76 |
| XS0303759632 | 57509 | 29 Oct. 2009 | 253,709.60 | 267,311.08 |
| XS0305099359 | 57508 | 29 Oct. 2009 | 976,886.50 | 1,109,063.64 |
| XS0305100892 | 57507 | 29 Oct. 2009 | 288,283.61 | 339,802.18 |
| XS0305438821 | 57506 | 29 Oct. 2009 | 79,970.05 | 83,614.02 |
| XS0306693127 | 57487 | 29 Oct. 2009 | 116,955.70 | 128,569.56 |
| XS0308274140 | 57486 | 29 Oct. 2009 | 138,424.63 | 155,692.47 |
| XS0308970994 | 57485 | 29 Oct. 2009 | 785,496.73 | 816,834.51 |
| XS0310085575 | 57484 | 29 Oct. 2009 | 293,281.89 | 323,701.02 |
| XS0310085815 | 57707 | 29 Oct. 2009 | 491,398.84 | 534,352.12 |
| XS0311484561 | 57706 | 29 Oct. 2009 | 42,938.56 | 47,376.02 |
| XS0312194854 | 57705 | 29 Oct. 2009 | 200,087.57 | 213,033.64 |
| XS0320033466 | 57704 | 29 Oct. 2009 | 50,500.11 | 51,420.00 |
| XS0320520884 | 57703 | 29 Oct. 2009 | 88,031.40 | 97,265.36 |
| XS0321101007 | 57702 | 29 Oct. 2009 | 88,029.53 | 97,005.01 |
| XS0321495532 | 57701 | 29 Oct 2009 | 1,586,177.66 | 2,022,592.55 |
| XS0324464345 | 57700 | 29 Oct 2009 | 87,916.76 | 99,573.25 |
| XS0325786324 | 57699 | 29 Oct 2009 | 841,049.68 | 3,409,498.63 |

| Asset ISIN | Proof of Claim No - External | Date Claim Filed | Proposed Allowed Claim Amount (USD) | Amount Claimed by Transferor (USD) |
|---|---|---|---|---|
| XS0326490504 | 57698 | 29 Oct 2009 | 2,701,836.80 | 2,947,912.97 |
| XS0326866216 | 57697 | 29 Oct 2009 | 491,853.07 | 543,370.51 |
| XS0327465604 | 57696 | 29 Oct 2009 | 467,926.31 | 481,882.45 |
| XS0327848015 | 57695 | 29 Oct 2009 | 79,292.27 | 87,029.13 |
| XS0328864698 | 57694 | 29 Oct 2009 | 350,720.26 | 3,564,041.10 |
| XS0332137271 | 57501 | 29 Oct 2009 | 374,982.12 | 410,088.04 |
| XS0333301462 | 57500 | 29 Oct 2009 | 73,860.92 | 89,779.78 |
| XS0333302601 | 57499 | 29 Oct 2009 | 803,317.25 | 1,193,252.28 |
| XS0335156773 | 57498 | 29 Oct 2009 | 230,484.28 | 595,640.98 |
| XS0336416051 | 57497 | 29 Oct 2009 | 97,021.42 | 108,071.52 |
| XS0336416564 | 57496 | 29 Oct 2009 | 101,376.42 | 167,643.43 |
| XS0336616494 | 57492 | 29 Oct 2009 | 711,857.45 | 1,707,860.51 |
| XS0337553415 | 57525 | 29 Oct 2009 | 559,218.51 | 716,981.84 |
| XS0339560889 | 57526 | 29 Oct 2009 | 1,263,718.93 | 1,487,906.75 |
| XS0340050284 | 57528 | 29 Oct 2009 | 202,200.00 | 418,754.65 |
| XS0340113629 | 57527 | 29 Oct 2009 | 847,842.74 | 1,020,648.08 |
| XS0345212806 | 57529 | 29 Oct 2009 | 201,032.78 | 438,075.56 |
| XS0345213283 | 57530 | 29 Oct 2009 | 503,825.00 | 1,059,055.83 |
| XS0347785312 | 57634 | 29 Oct 2009 | 501,166.67 | 1,027,918.67 |
| XS0348442756 | 57635 | 29 Oct 2009 | 500,943.75 | 1,100,429.49 |
| XS0351857551 | 57636 | 29 Oct 2009 | 504,818.54 | 958,956.01 |
| XS0356956564 | 57523 | 29 Oct 2009 | 101,057.50 | 218,594.47 |
| XS0361107757 | 57524 | 29 Oct 2009 | 93,887.55 | 104,713.05 |

4

# EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
In re Lehman Brothers Holdings Inc., et al., Case Number 08-13555 (JMP) (Jointly Administered)

**Proof of Claim Number:**    57484, 57485, 57486, 57487, 57488, 57489, 57490, 57491, 57492, 57496, 57497, 57498, 57499, 57500, 57501, 57502, 57503, 57504, 57506, 57507, 57508, 57509, 57510, 57511, 57512, 57513, 57514, 57516, 57517, 57518, 57519, 57520, 57521, 57522, 57523, 57524, 57525, 57526, 57527, 57528, 57529, 57530, 57616, 57617, 57618, 57634, 57635, 57636, 57637, 57638. 57639, 57640, 57641, 57642, 57694, 57695, 57696, 57697, 57698, 57699, 57700, 57701, 57702, 57703, 57704, 57705, 57706, 57707

**BANK SARASIN-RABO (ASIA) LIMITED**, a company incorporated under the laws of Singapore and having its registered office at 77 Robinson Road # 31-00, Singapore 068896, and its successors and assigns ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **BANK SARASIN & CIE AG, SINGAPORE BRANCH**, a company incorporated under the laws of Switzerland and acting through its registered office at 77 Robinson Road # 31-00, Singapore 068896 and its successors and assigns ("Transferee"), all rights, title and interest in and to the following Proof of Claim Numbers:

Proof of Claim Number:    57484, 57485, 57486, 57487, 57488, 57489, 57490, 57491, 57492, 57496, 57497, 57498, 57499, 57500, 57501, 57502, 57503, 57504, 57506, 57507, 57508, 57509, 57510, 57511, 57512, 57513, 57514, 57516, 57517, 57518, 57519, 57520, 57521, 57522, 57523, 57524, 57525, 57526, 57527, 57528, 57529, 57530, 57616, 57617, 57618, 57634, 57635, 57636, 57637, 57638. 57639, 57640, 57641, 57642, 57694, 57695, 57696, 57697, 57698, 57699, 57700, 57701, 57702, 57703, 57704, 57705, 57706, 57707

(the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, with effect from 1 January 2012.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 28 December, 2011.

**BANK SARASIN-RABO (ASIA) LIMITED**

By: _____
   Name: Janis Lim           Tay Puay Hui
   Title: Vice President     Managing Director

**BANK SARASIN & CIE AG, SINGAPORE BRANCH**

By: _____
   Name: Janis Lim           Tay Puay H
   Title: Vice President     Managing

2

**Zürich**
Dr. Christian Steinmann
Prof. Dr. Rolf Watter
Daniel Hochstrasser
Peter Reinarz*
Dr. Andreas Länzlinger
Urs Brügger
Dr. Ralph Malacrida
Eric Stupp
Michele Bernasconi
Dr. Daniel U. Lehmann*°°
Dr. Markus Wang
Tina Wüstemann
Dr. Andreas J. Bär
Matthew T. Reiter
Roland Truffer
Dr. Corrado Rampini
Dr. Dieter Dubs°°
Dr. Thomas U. Reutter
Dr. Mani Reinert

Dr. Christoph Neeracher
Dr. Peter Hsu
Thomas Rohde
Daniel Bader*°°
Dr. Raoul Stocker*°°
Flavia I. Bieri Bürge
Sten E. D. Rasmussen
Ariane Riedi Wirth
Dr. Katja Roth Pellanda
Prof. Dr. Rashid Bahar
Dr. Mariel Hoch Classen
Michael Barrot*
Nadja Jaisli Kull
Urs Kägi
Dr. Till Spillmann
Phyllis Scholl
Bernhard H. Heusser
Dr. Karin Beyeler
Dr. Eva Borla-Geier
Dr. Daniel Leu

Dr. Luca Jagmetti
Florian Schönknecht
Othmar Aeschi
Olivia Pelli
Tina Balzli
Dr. Larissa Marolda Martínez
Laura Widmer
PD Dr. Markus Schott
Dr. David P. Henry
Dr. Pascal Rüedi
Dr. Oliver M. Brupbacher
Cosima von Rechteren°°°
Dr. Debora Gabriel
Yvonne Studer
Raphael Cica
Dr. David Barst°°°
Kaspar Theiler
Daniel Raun
Barbara Badertscher
Andrea Hauser

Philippe Fuchs
Ralph Koch-Riemer
Andreas von Erlach
Dr. Daniel Flühmann
Claudio Bazzi
Valentin Baltzer
Daniel Heiniger
Anna Mosimann
Manuel Annasohn
Thomas Candrian
Simone Stebler
Kevin Russi
David Liatowitsch
Romina Brogini

**Genf**
Christophe Buchwalder
Dr. Cédric Chapuis
Saverio Lembo
Dr. Daniel U. Lehmann*°°

Anne-Valérie Julen-Berthod
Prof. Dr. Rashid Bahar
Ludivine Boisard
Dr. Andrew M. Garbarski
Aurélie Conrad Hari
Grégoire Chappuis
Vincent Guignet
Annemarie Streuli
Vanessa Déglise

**Lugano**
Paolo Bottini*
Dr. Cesare Jermini
Massimo Vanotti
Andrea Gamba
Nicola Bernardoni
Dr. Gilles Benedick
Prisca C. Renella
Ersilia Gianella-Frieden

**Zug**
Michael Trippel
Thomas Stoltz°
Dr. Daniela Fiorillo
Felix Kappeler°
Birgit Urbons°
Dr. Debora Gabriel

**Konsulenten**
Dr. Thomas Bär
Dr. Robert Karrer
Dr. Peter J. Kienast
Dr. Marc Blessing
Gianpaolo Arrigoni
Dr. Robert E. Züllig
Prof. Dr. Marc Amstutz
Stephanie Comtesse
Prof. Dr. Robert Waldburger°°
Marie-Christine Balzan

\* Eidg. Dipl. Steuerexperte
° Notar / Notarin
°° nicht als Rechtsanwalt /
   Rechtsanwältin zugelassen
°°° eingetragen als dt.
    Rechtsanwalt / Rechts-
    anwältin beim Obergericht
    Zürich (Art. 28 BGFA)

By DHL
Epiq Bankruptcy Solutions, LLC
Attn.: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



BÄR
& KARRER

Zurich, 9 January 2012
383185/312/nit/bt21389258.doc

**Lehman Brothers Holdings Inc., et al.: Bank Sarasin-Rabo (Asia) Limited / Transfer of Claims Other than for Security**

Dear Madam, dear Sir,

On behalf of Bank Sarasin & Co. Ltd, I am sending you enclosed i) an original copy of a completed Form 210A regarding the transfer of claims other than for security and ii) an original copy of an evidence of transfer of claim.

Sincerely yours,

Peter Hsu

Enclosures

**Bär & Karrer**
Rechtsanwälte

**Zürich**
Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zürich
Phone: +41 58 261 50 00
Fax:     +41 58 261 50 01
zuerich@baerkarrer.ch

**Genf**
Bär & Karrer SA
12, quai de la Poste
CH-1211 Genève 11
Phone: +41 58 261 57 00
Fax:     +41 58 261 57 01
geneve@baerkarrer.ch

**Lugano**
Bär & Karrer SA
Via Vegezzi 6
CH-6901 Lugano
Phone: +41 58 261 58 00
Fax:     +41 58 261 58 01
lugano@baerkarrer.ch

**Zug**
Bär & Karrer AG
Baarerstrasse 8
CH-6301 Zug
Phone: +41 58 261 59 00
Fax:     +41 58 261 59 01
zug@baerkarrer.ch

www.baerkarrer.ch

Eingetragen im
kantonalen Anwaltsregister

