GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* : | Case No. 08-13555 (JMP) |
| Debtors. : | (Jointly Administered) |

**STIPULATION BETWEEN REILLY POZNER LLP
AND FEE COMMITTEE ON THE
SEVENTH INTERIM APPLICATION OF REILLY POZNER LLP,
SPECIAL COUNSEL TO THE DEBTORS, FOR COMPENSATION AND
EXPENSES FOR THE PERIOD OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

TO: **THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on April 8, 2011, Reilly Pozner LLP ("Reilly") filed the *Seventh Interim Application of Reilly Pozner LLP for Compensation and Reimbursement of Expenses* (the "Seventh Fee Application") [Docket No. 15797] seeking interim compensation of $1,419,957.50 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $128,810.00;

WHEREAS, Reilly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Seventh Fee Application, issued a Confidential Letter Report on August 12, 2011, and entered into a dialogue with Reilly regarding the application;

WHEREAS, as a result of that dialogue, Reilly has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $51,266.25 for professional services rendered, and;

WHEREAS, notwithstanding this Stipulation, the Seventh Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Reilly hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Reilly's request for interim compensation and reimbursement of expenses in the reduced amount of $1,368,691.25 in fees and $128,810.00 in expenses.

Dated: Madison, Wisconsin
November 22, 2011.

                    GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*
        Katherine Stadler
        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, Wisconsin 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609
        E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

REILLY POZNER LLP

By:     /s/ *Michael Rollin*
        Michael Rollin
        REILLY POZNER LLP
        511 Sixteenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 893-6100
        Facsimile: (303) 893-6100
        E-mail: mrollin@rplaw.com

7050670_2