**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :    **(Jointly Administered)**
          **Debtors.**                              :
                                                    :
----------------------------------------------------------------------x    **Ref. Docket Nos. 24103-24105,**
                                                         **24107-24110**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 6, 2012, I caused to be served:

    a.  the "Notice of Hearing on Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims)," dated January 6, 2012, to which was attached the "Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims)," dated January 6, 2012 [Docket No. 24103], (the "253rd Omnibus Objection"),

    b.  the "Notice of Hearing on Debtors' Two Hundred Forty-Eighth Omnibus Objection to Claims (Amended and Superseded Claims)," dated January 6, 2012, to which was attached the "Debtors' Two Hundred Forty-Eighth Omnibus Objection to Claims (Amended and Superseded Claims)," dated January 6, 2012 [Docket No. 24104], (the "248th Omnibus Objection"),

    c.  the "Notice of Hearing on Debtors' Two Hundred Forty-Ninth Omnibus Objection to Claims (Duplicative Claims)," dated January 6, 2012, to which was attached the "Debtors' Two Hundred Forty-Ninth Omnibus Objection to Claims (Duplicative Claims)," dated January 6, 2012 [Docket No. 24105], (the "249th Omnibus Objection"),

    d.  the "Notice of Hearing on Debtors' Two Hundred Fiftieth Omnibus Objection to Claims (Purchased Contract Claims)," dated January 6, 2012, to which was attached the "Debtors' Two Hundred Fiftieth Omnibus Objection to Claims (Purchased Contract Claims)," dated January 6, 2012 [Docket No. 24107], (the "250th Omnibus Objection"),

e.  the "Notice of Hearing on Debtors' Two Hundred Fifty-First Omnibus Objection to Claims (Settled Derivatives Claims)," dated January 6, 2012, to which was attached the "Debtors' Two Hundred Fifty-First Omnibus Objection to Claims (Settled Derivatives Claims)," dated January 6, 2012 [Docket No. 24108], (the "251st Omnibus Objection"),

f.  the "Notice of Hearing on Debtors' Two Hundred Fifty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated January 6, 2012, to which was attached the "Debtors' Two Hundred Fifty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated January 6, 2012 [Docket No. 24109], (the "252nd Omnibus Objection"), and

g.  the "Notice of Hearing on Debtors' Objection to the Claim of American Investors Life Insurance Co., Inc. (Claim 65963)," dated January 6, 2012, to which was attached the "Debtors' Objection to the Claim of American Investors Life Insurance Co., Inc. (Claim 65963)," dated January 6, 2012 [Docket No. 24110], (the "American Investors Objection"),

by causing:

i.  true and correct copies of the 253rd Omnibus Objection, 248th Omnibus Objection, 249th Omnibus Objection, 250th Omnibus Objection, 251st Omnibus Objection, 252nd Omnibus Objection and American Investors Objection, to be delivered by electronic mail to those parties listed on the annexed Exhibit A,

ii.  true and correct copies of the 253rd Omnibus Objection, 248th Omnibus Objection, 249th Omnibus Objection, 250th Omnibus Objection, 251st Omnibus Objection, 252nd Omnibus Objection and American Investors Objection, to be delivered by facsimile to the party listed on the annexed Exhibit B,

iii.  true and correct copies of the 253rd Omnibus Objection, 248th Omnibus Objection, 249th Omnibus Objection, 250th Omnibus Objection, 251st Omnibus Objection, 252nd Omnibus Objection and American Investors Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit C,

iv.  true and correct copies of the 253rd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit D,

v.  true and correct copies of the 248th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.  true and correct copies of the 249th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.   true and correct copies of the 250th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii.   true and correct copies of the 251st Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H,

ix.   true and correct copies of the 252nd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit I, and

x.   true and correct copies of the American Investors Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit J.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
11th day of January, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\248th-253rd Omnibus Objections to Claims, American Investors Obj_DI 24103-24105, 24107-24110_AFF_1-6-12.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com

azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com

dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

| | |
|---|---|
| geraci@thalergertler.com | jeff.wittig@coair.com |
| ggitomer@mkbattorneys.com | jeffery.black@bingham.com |
| ggoodman@foley.com | jeffrey.sabin@bingham.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jen.premisler@cliffordchance.com |
| glenn.siegel@dechert.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| gravert@ravertpllc.com | jeremy.eiden@ag.state.mn.us |
| gspilsbury@jsslaw.com | jfalgowski@reedsmith.com |
| guzzi@whitecase.com | jflaxer@golenbock.com |
| harrisjm@michigan.gov | jfox@joefoxlaw.com |
| harveystrickon@paulhastings.com | jfreeberg@wfw.com |
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| hsteel@brownrudnick.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdoran@haslaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |
| jeannette.boot@wilmerhale.com | jpintarelli@mofo.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| jporter@entwistle-law.com | lisa.ewart@wilmerhale.com |
| jprol@lowenstein.com | lisa.kraidin@allenovery.com |
| jrabinowitz@rltlawfirm.com | ljkotler@duanemorris.com |
| jrsmith@hunton.com | lkatz@ltblaw.com |
| jschwartz@hahnhessen.com | lmarinuzzi@mofo.com |
| jsheerin@mcguirewoods.com | lmay@coleschotz.com |
| jshickich@riddellwilliams.com | lmcgowen@orrick.com |
| jsmairo@pbnlaw.com | lml@ppgms.com |
| jstoll@mayerbrown.com | lnashelsky@mofo.com |
| jsullivan@mosessinger.com | loizides@loizides.com |
| jteitelbaum@tblawllp.com | lromansic@steptoe.com |
| jtimko@shutts.com | lscarcella@farrellfritz.com |
| jtougas@mayerbrown.com | lschweitzer@cgsh.com |
| judy.morse@crowedunlevy.com | lsilverstein@potteranderson.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.bane@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| ken.coleman@allenovery.com | mark.houle@pillsburylaw.com |
| ken.higman@hp.com | mark.sherrill@sutherland.com |
| kerry.moynihan@hro.com | martin.davis@ots.treas.gov |
| kgwynne@reedsmith.com | marvin.clements@ag.tn.gov |
| kiplok@hugheshubbard.com | matt@willaw.com |
| kkelly@ebglaw.com | matthew.klepper@dlapiper.com |
| kkolbig@mosessinger.com | maustin@orrick.com |
| klyman@irell.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@dl.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mccombst@sullcrom.com |
| kuehn@bragarwexler.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| landon@streusandlandon.com | mdahlman@kayescholer.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com

oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com

slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NATIONAL GRID PLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ BENNETT S. SILVERBERG, ESQ. FOUR TIMES SQUARE NEW YORK NY 10036 |
| NORTHERN ROCK PLC | NORTHERN ROCK HOUSE ATTN: COLIN TAYLOR GOSFORTH NEWCASTLE UPON TYNE NE3 4PL UNITED KINGDOM |
| RTE-CNES | ATTN: ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT – DENIS CEDEX 93206 FRANCE |
| RTE-CNES | DAVID NEIER WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |

**Total Creditor count  6**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC PLC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| ACCORD ENERGY LIMITED | ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE SL4 5GD UNITED KINGDOM |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| AVATAR NEW YORK, LLC | 122 HUDSON ST APT 4 NEW YORK NY 10013-2355 |
| BAA PENSION TRUST COMPANY LTD. | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| BAA PENSION TRUST COMPANY LTD. | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| BANK INDONESIA | TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA 10110 INDONESIA |
| BAYERISCHE LANDESBANK | ATTN: HERALD GLOECKL BRIENNER STRASSE 18 80333, MUENCHEN GERMANY |
| BAYERISCHE LANDESBANK | ELLEN HAYES AND BLAIR GREBER-RAINES FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: SOCIETE GENERALE, ACTING THROUGH ITS LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019-4001 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: SOCIETE GENERALE C/O ELLIOTT MANAGEMENT CORPORATION;ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019-4001 |
| FONTAINEBLEAU RESORT PROPERTIES 1, LLC | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FONTAINEBLEAU RESORT PROPERTIES 1, LLC | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| FONTAINEBLEAU RESORTS, LLC | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FONTAINEBLEAU RESORTS, LLC | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| GOAL LINE PARTNERS, LLC | GIANTS STADIUM LLC C/O SULLIVAN & CROMWELL LLP ATTN: MATTHEW SCHWARTZ; BRUCE CLARK 125 BROAD STREET NEW YORK NY 10004 |
| GOAL LINE PARTNERS, LLC | TRANSFEROR: BANK OF AMERICA, N.A. C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| ING BELGIEM SA/NV | ATTN: C. WYCKMANS MARNIXLAAN 24 1000 BRUSSELS BELGIUM |
| ING BELGIEM SA/NV | M.J.S.J. MULLER ING BANK NV LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING BELGIEM SA/NV | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE & ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE & ANNUITY COMPANY | M.J.S.J. MULLER ING BANK N.V. LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE & ANNUITY COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE & ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | FOR THE POST-EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON |

| Claim Name | Address Information |
|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A | LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECOOPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER TALSTRASSE 82 ZURICH CH-8021 SWITZERLAND |
| LLOYD'S SYNDICATE 2010 | CATHEDRAL UNDERWRITING LIMITED 5TH FLOOR, FITZWILLIAM HOUSE 10 ST MARY AXE LONDON EC3A 8EN UNITED KINGDOM |
| NATIONALE NEDERLANDEN INTERFINANCE BV | C/O ING INVESTMENT MANAGEMENT ATTN: A. DO CARMO TEODORO PRINSES BEATRIXLAAN 15 THE HAGUE 2595 AK NETHERLANDS |
| NATIONALE NEDERLANDEN INTERFINANCE BV | ATTN: M.J.S.J MULLER ING BANK NV LOCATIONCODE: AMP F 04.004 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| NATIONALE NEDERLANDEN INTERFINANCE BV | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY |
| REID STREET RETIREMENT GLOBAL BOND FUND | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| REID STREET RETIREMENT GLOBAL BOND FUND | DOUGLAS B. ROSNER, ESQ. GOYLSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| RELIASTAR LIFE INSURANCE COMPANY | MJSJ MULLER ING BANK N.V. LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SAUDI ARABIAN MONETARY AGENCY | ATTN: DAVID WITZER C/O ROGGER GLOBAL PARTNERS PIC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| SAUDI ARABIAN MONETARY AGENCY | DOUGLAS B. ROSNER, ESQ. GOULSON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| STICHTING CUSTODY ROBECO INSTITUTIONAL | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD AND KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| STICHTING PENSIOENFONDS APOTHEKERS | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| STICHTING PENSIOENFONDS APOTHEKERS | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| STICHTING PENSIOENFONDS DE ENCI | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| STICHTING PENSIOENFONDS DE ENCI | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SUTTER HEALTH- EDEN ACCOUNT | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| SUTTER HEALTH- EDEN ACCOUNT | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| TORONTO-DOMINION BANK, THE | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| TRAFALGAR HOUSE | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| TRAFALGAR HOUSE | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |

| Claim Name | Address Information |
| --- | --- |
| WOO HAY TONG INVESTMENTS LTD. | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| WOO HAY TONG INVESTMENTS LTD. | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110 |

Total Creditor count  55

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| AVIVA PREVIDENZA, S.P.A | C/O MARK SHERRILL, SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| BERG, ROBERT | WOLDER STRABE 31A KNORRENDORF OT KASTORF 17091 GERMANY |
| DE HEER A.G.A. REEF | EMMASTRAAT 69 OLDENZAAL BA 7573 THE NETHERLANDS |
| DEELEN, A.D. | BRUGWEG 96A LA WADDINXVEEN 2741 THE NETHERLANDS |
| PRICEWATERHOUSECOOPERS AG, ZURICH | ATTN: DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION STAMPFENBACHSTRASSE 48 ZURICH 8006 SWITZERLAND |
| TORONTO-DOMINION BANK, THE | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |

**Total Creditor count  6**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ACCURINT/LEXISNEXIS | 6501 PARK OF COMMERCE BLVD BOCA RATON FL 33487 |
| ACL SERVICES LTD. | 1550 ALBERNI STREET ATTN: LEGAL DEPARTMENT VANCOUVER BC V6G 1A5 CANADA |
| ACRONIS, INC. | 300 TRADECENTER STE 6700 WOBURN MA 01801-7437 |
| AECSOFT USA, INC. | 1776 YORKTOWN, SUITE 435 HOUSTON TX 77056 |
| ALIGN COMMUNICATIONS, INC. | 55 BROAD STREET - 6TH FLOOR NEW YORK NY 10004 |
| APERTURE TECHNOLOGIES, INC. | 9 RIVERBEND DRIVE SOUTH PO BOX 4906 STAMFORD CT 06907 |
| BLOOMBERG L.P & BLOOMBERG FINANCE L.P. | SHAUNNA D. JONES, ESQ, MARINA I. ZELINSKY, ESQ, WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLOOMBERG L.P & BLOOMBERG FINANCE L.P. | ATTN: KARL P. KILB, ESQ. 731 LEXINGTON AVENUE NEW YORK NY 10022 |
| BORLAND SOFTWARE CORPORATION | PO BOX 39000 DEPT 33630 SAN FRANCISCO CA 94139 |
| BT AMERICAS, INC. | PROSKAUER ROSE LLP ATTN: SCOTT K. RUTSKY, ESQ. 1585 BROADWAY NEW YORK NY 10036 |
| BT AMERICAS, INC. | ATTN: NEIL HOBBS 2160 EAST GRAND AVENUE EL SEGUNDO CA 90245 |
| CB RICHARD ELLIS | 1003 BISHOP ST SUITE 1800 HONOLULU HI 96813 |
| CB RICHARD ELLIS INC | 3501 JAMBOREE ROAD, SUITE 100 NEWPORT BEACH CA 92660 |
| COMED CO. | ATTN: BANKRUPTCY SECTION/REVENUE MANAGEMENT 2100 SWIFT DRIVE OAKBROOK IL 60523 |
| CORBIS CORPORATION | ATTN CREDIT DEPT. 710 SECOND AVE, STE 200 SEATTLE WA 98104 |
| CRSP | ATTN: DAVID K. BARCLAY, COO 105 W. ADAMS SUITE 1700 CHICAGO IL 60603 |
| DATACERT, INC. | 3040 POST OAK BLVD., STE. 1900 HOUSTON TX 77056 |
| DUN & BRADSTREET | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) P.O. BOX 5126 TIMONIUM MD 21094 |
| ENTERPRISE SOLUTION PROVIDERS, INC. | 711 WESTCHESTER AVE, SUITE 101 WHITE PLAINS NY 10508 |
| FACTSET RESEARCH SYSTEMS, INC. | CHRISTOPHER J. MAJOR, ESQ. ROBINSON & COLE LLP 885 THIRD AVENUE, 28TH FLOOR NEW YORK NY 10022 |
| FACTSET RESEARCH SYSTEMS, INC. | CHRISTOPHER J MARJO ESQ ROBINSON & COLE LLP 885 THIRD AVENUE, 28TH FLOOR NWE YORK NY 10022 |
| FACTSET RESEARCH SYSTEMS, INC. | PO BOX 414756 BOSTON MA 02241-4756 |
| FIDELITY INVESTMENTS INSTITUTIONAL | OPERATIONS COMPANY 100 MAGELLAN WAY COVINGTON KY 41005 |
| FIDESSA CORPORATION | ATTN: MICHELLE ZIZZAMIA 17 STATE STREET, 42ND FL. NEW YORK NY 10004 |
| FOLEY INC. | 855 CENTENNIAL AVE PISCATAWAY NJ 08855 |
| HEWLETT-PACKARD COMPANY | ATTN: KEN HIGMAN 12610 PARK PLAZA DR #100 CERRITOS CA 90703-9361 |
| HYBRID TRADING AND RESOURCES, LLC | DENISE PAREJKO 141 W JACKSON BLVD., SUITE 4020 CHICAGO IL 60604 |
| IKON OFFICE SOLUTIONS | ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON GA 31210 |
| INTEGRATED RESEARCH | 8055 E TUFTS AVE. SUITE 950 DENVER CO 80237 |
| INTEX | 110 A STREET NEEDHAM MA 02494 |
| JOHNSON ASSOCIATES | 19 WEST 44TH STREET SUITE 511 NEW YORK NY 10036 |
| LEXISNEXIS, A DIV OF REED ELSEVIER, INC. | ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| LEXISNEXIS/ACCURINT | LEXIS NEXIS 6501 PARK OF COMMERCE BLVD BOCA RATON FL 33487 |
| LINEDATA SERVICES, INC. | ATTN: MATT BEAUREGARD 260 FRANKLIN ST., SUITE 1300 BOSTON MA 02110 |
| M&M TECHNOLOGIES CORP | 24 REGENCY WAY MANALAPAN NJ 07726 |
| MEB OPTIONS, LLC | 440 S LASALLE, SUITE 959 CHICAGO IL 60605 |
| MERRILL COMMUNICATIONS | ONE MERRILL CIRCLE SAINT PAUL MN 55108 |
| MERRILL COMMUNICATIONS LLC | C/O DEBORAH C. SWENSON LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A. 80 S. EIGHTH ST., SUITE 2000 MINNEAPOLIS MN 55402 |
| PALI CAPITAL INC | PO BOX 1768 NEW YORK NY 10150-1768 |
| PITNEY BOWES CREDIT CORPORATION | 27 WATERVIEW DRIVE SHELTON CT 06484-5151 |
| PREMIER RESTORATION TECHNOLOGY INC | ATTN: DONALD BARKS 144 WEST 37TH STREET, 3RD FLOOR NEW YORK NY 10018 |
| SUMMIT SYSTEMS INC | 1180 AVE OF THE AMERICAS NEW YORK NY 10036 |
| TED MOUDIS ASSOCIATES, INC. | 79 MADISON AVENUE 10TH FLOOR NEW YORK NY 10016 |
| TW TELECOM INC. FKA TIME WARNER TELECOM | 10475 PARK MEADOWS DRIVE LITTLETON CO 80124 |

| Claim Name | Address Information |
| --- | --- |
| INC. | 10475 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| VIDEO CORPORATION OF AMERICA | 7 VERONICA AVENUE P.O. BOX 5480 SOMERSET NJ 08875-5480 |
| W NEW YORK TIMES SQUARE | OTTERBOURGE, STEINDLER HOUSTON & ROSEN ATTN: DAVID M. POSNER 230 PARK AVENUE NEW YORK NY 10169 |
| WEBEX COMMUNICATIONS | C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM MD 21094 |
| XCAPER INDUSTRIES, LLC | 17321 EASTMAN IRVINE CA 92614 |

**Total Creditor count  48**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ANGLO IRISH BANK CORPORATION PLC | C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN ESQ THE CHRYSLER BLDG 405 LEXINGTON AVENUE – 7TH FL NEW YORK NY 10174 |
| ANGLO IRISH BANK CORPORATION PLC | C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ. 405 LEXINGTON AVENUE – 7TH FLOOR NEW YORK NY 10174 |
| BAYVIEW FINANCIAL, L.P. | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BAYVIEW FINANCIAL, L.P. | ATTN: MICHAEL GUSS, ESQ. 4425 PONCE DE LEON BLVD. CORAL GABLES FL 33146 |
| BP CANADA ENERGY COMPANY | KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK NY 10178 |
| BP CANADA ENERGY COMPANY | BRIAN G. SELINGER, ATTORNEY BP AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA INC. | KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK NY 10178 |
| BP CORPORATION NORTH AMERICA INC. | BRIAN G. SELINGER, ATTORNEY BP AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP GAS MARKETING LIMITED | FIONA CROSS BP LEGAL 20 CANADA SQUARE CANARY WHARF LONDON E14 5NJ UNITED KINGDOM |
| BP GAS MARKETING LIMITED | KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK NY 10178 |
| BP MASTER TRUST FOR EMPLOYEE PENSION PLANS | BLACK ROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| CFIP MASTER FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEY C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE SUITE 3495 CHICAGO IL 60606 |
| CFIP MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO IL 60606 |
| CFIP MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, STE 3495 CHICAGO IL 60606 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED, ATTN: ABI RIEHL KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ETON PARK FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATONS FUND, | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HUDSON BAY MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE 30TH FLOOR NEW YORK NY 10017 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN | CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN GERMANY |
| MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER AC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213 |
| MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER AC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RAPH POSNER C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. 520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MZ57, L.L.C. | WILMERHALE ATTN: JAMES H. MILLAR 399 PARK AVENUE NEW YORK NY 10022 |
| MZ57, L.L.C. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED P.O. BOX 8301 NEW YORK NY 10150 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED P | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| SPCP GROUP, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PTINEY LLP ATTN: RONALD S BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHERS 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | PYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTH AVENUE, 14TH FLOOR |

| Claim Name | Address Information |
|---|---|
| STONE LION PORTFOLIO LP | NEW YORK NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTHE AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

**Total Creditor count  61**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS | DECHERT LLP ATTN: SHMUEL VASSER AND JAMES O. MOORE 1095 AVENUE OF AMERICAS NEW YORK NY 10036 |
| AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS | INC. C/O AVIVA INVESTORS NORTH AMERICA, INC., ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES IA 50309 |
| BERYL FINANCE LIMITED SERIES 2008-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-4 | REED SMITH, LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINCANCE LIMITED SERIES 2008-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINCANCE LIMITED SERIES 2008-4 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 95 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 96 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTOO, ESQ. EMEA 97 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO EMEA 97 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 98 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EXCALIBUR FUNDING NO. 1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON EC2M 7JH UNITED KINGDOM |
| EXCALIBUR FUNDING NO. 1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| NORTHCREST, INC. | 1801 20TH STREET AMES IA 50010 |
| PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC., | PHOEBE BERKS HEALTH CARE CENTER, INC. AND PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN PA 18104 |
| PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEX | ATTN: STEVE AILEY 4000 MIDWAY ROAD CARROLLTON TX 75007 |
| PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEX | ATTN : STEVE AILEY 4000 MIDWAY ROAD CARROLLTON 75007 |
| RUBY FINANCE PLC – SERIES 2005-IA10 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – |

| Claim Name | Address Information |
| --- | --- |
| RUBY FINANCE PLC - SERIES 2005-IA10 | VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA10 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA11 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA11 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA12 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA12 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA12 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA13 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA13 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  36**

**EXHIBIT J**

LBH AIL OBJ (CLAIM 65963) 1/06/2012

AMERICAN INVESTORS LIFE INSURANCE CO., INC.
N/K/A AVIVA LIFE ANNUITY CO.
C/O AVIVA IVESTORS NORTH AMERICA, INC.
699 WALNUT STREET, SUITE 1700
DES MOINES, IA 50309