GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---

**AMENDED STIPULATION BETWEEN GIBSON, DUNN & CRUTCHER LLP
AND THE FEE COMMITTEE REGARDING THE
FOURTH INTERIM APPLICATION AND CERTAIN FEES REQUESTED
ON THE AMENDED THIRD FEE APPLICATION OF
GIBSON, DUNN & CRUTCHER LLP, SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES FOR THE PERIODS
OCTOBER 1, 2010 THROUGH JANUARY 31, 2011 AND
<u>JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010, RESPECTIVELY</u>**

**TO:    THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on August 1, 2011, Gibson, Dunn & Crutcher LLP ("**Gibson Dunn**") and

the Fee Committee entered into the *Stipulation Between Gibson, Dunn & Crutcher LLP and the*

*Fee Committee Regarding the Third Interim Application and Supplemental Second Fee*

*Application of Gibson, Dunn & Crutcher LLP, Special Counsel to the Debtors, for*

*Compensation and Expenses for the Periods June 1, 2010 Through September 30, 2011 and*

*February 1, 2010 Through May 31, 2010, Respectively* (the "**Third Fee Application Stipulation**") [Docket No. 18976] through which Gibson Dunn agreed to reduce its compensation and expense request for the *Third Application of Gibson, Dunn & Crutcher LLP, as a 327(e) Professional for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 Through September 30, 2010* ("**Third Fee Application**") [Docket No. 13465];

WHEREAS, on April 18, 2011, Gibson Dunn filed the *Amended Third Application of Gibson, Dunn & Crutcher LLP, as a 327(e) Professional for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 Through September 30, 2010* (the "**Amended Third Fee Application**") [Docket No. 16109], through which Gibson Dunn adjusted its prior compensation requests, including an increase of $10,407.46 for certain services ("**3d Interim Joint Venture Fees**");

WHEREAS, on November 22, 2011, Gibson Dunn and the Fee Committee entered into the *Stipulation Between Gibson, Dunn & Crutcher LLP and the Fee Committee Regarding the Fourth Interim Application and Certain Fees Requested on the Amended Third Fee Application of Gibson, Dunn & Crutcher LLP, Special Counsel to the Debtors, for Compensation and Expenses for the Periods October 1, 2010 Through January 31, 2011 and June 1, 2010 Through September 30, 2010, Respectively* (the "**Amended Third Fee Application Stipulation**") through which Gibson Dunn agreed to reduce its compensation request for the 3d Interim Joint Venture Fees by $301.00;

WHEREAS, pursuant to the Amended Third Fee Application Stipulation, Gibson Dunn and the Fee Committee had previously agreed that Gibson Dunn should apply the agreed-to reduction of $97,391.54 resulting from the Amended Third Fee Application and Amended Third

2

Fee Application Stipulation to the 20 percent holdback for the Fourth Fee Application, *see* Amended Third Fee Application Stipulation, n.1;

WHEREAS, notwithstanding this Stipulation, the Third Fee Application and the Amended Third Fee Application remain subject to Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

**STIPULATION**

NOW, THEREFORE, the Fee Committee and Gibson, Dunn & Crutcher LLP hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Gibson Dunn's request for interim compensation and reimbursement of expenses for the Third Fee Application and Amended Third Fee Application applying the agreed-to reduction of $97,391.54, resulting in a reduced but stipulated amount of $696,037.45 in fees and $3,995.49 in expenses for these applications.

[SIGNATURE PAGE TO FOLLOW]

Dated: Madison, Wisconsin
December 9, 2011

                        GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*
Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: London, England
December 6, 2011

                        GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Wayne McArdle*
Wayne McArdle
GIBSON, DUNN & CRUTCHER LLP
Telephone House
2-4 Temple Avenue
London, EC4Y 0HB
Telephone: +44 (0)20 7071 4237
Facsimile: +44 (0)20 7070 9237
Email: wmcardle@gibsondunn.com

7167455_2

4