GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**STIPULATION BETWEEN MCKENNA LONG & ALDRIDGE LLP AND THE FEE COMMITTEE REGARDING THE SEVENTH INTERIM APPLICATION OF MCKENNA LONG & ALDRIDGE LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR COMPENSATION AND EXPENSES FOR THE PERIOD OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

**TO: THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on June 2, 2011, McKenna Long & Aldridge LLP ("McKenna Long") filed the *Seventh Application of McKenna Long & Aldridge LLP for Allowance of Interim Compensation and Reimbursement of Expenses* (the "Seventh Fee Application") [Docket No. 17302] seeking interim fees in the amount of $525,313.50 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $25,892.87;

WHEREAS, McKenna Long regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Seventh Fee Application, issued a Confidential Letter Report on August 2, 2011, and entered into a dialogue with McKenna Long regarding this application; and

WHEREAS, as a result of this dialogue, McKenna Long has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $6,753.00 for professional services rendered and $467.94 in McKenna Long's out-of-pocket expenses.

**STIPULATION**

NOW, THEREFORE, the Fee Committee and McKenna Long hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving McKenna Long's request for interim compensation and reimbursement of expenses in the reduced amount of $518,560.50 in fees and $25,424.93 in expenses.

Dated: Madison, Wisconsin
December 8, 2011

GODFREY & KAHN, S.C.

By: /s/ *Katherine Stadler*

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: New York, New York
December 6, 2011

MCKENNA LONG & ALDRIDGE LLP

By: /s/ *Christopher F. Graham*

Christopher F. Graham
MCKENNA LONG & ALDRIDGE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 922-1800
Facsimile: (212) 922-1819
Email: cgraham@mckennalong.com

Dated: Atlanta, Georgia
December 6, 2011

By: /s/ *Charles D. Weiss*

Charles D. Weiss
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email: cweiss@mckennalong.com

7338425_1