B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | NWI Explorer Global Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Elliott Management Corporation
40 West 57th Street
New York, NY 10019
Attn: Michael Stephan
Phone: (212) 478-2310

Court Claim # (if known): 10742
Amount of Claim: $6,731,028*
Date Claim Filed: 9/8/2009

Court Claim # (if known): 20295 (amends and supersedes claim 10744)
Amount of Claim: $48,126,694*
Date Claim Filed: 9/21/2009

Phone: (212) 297-2958
Last Four Digits of Acct #: _____

Last Four Digits of Acct #: _____

Name and Address where notices to transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner
By: _____
    Transferee/Transferee's Agent
By: _____
    Elliott Greenberg, Vice President

Date: January 11, 2012

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RGREEN\198907.1 - 01/11/12

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

NWI Explorer Global Master Fund Ltd., an exempted company incorporated under the laws of the Cayman Islands, located c/o CIBC Bank and Trust Company (Cayman) Ltd,11 Dr. Roy's Drive, Grand Cayman, Cayman Islands ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Elliott Associates, L.P. its successors and assigns, with offices at 40 West 57th Street, New York, New York   10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim Nos.: 10742, 10744 and 20295) in the amounts of $6,731,028, $15,893,757 and $48,126,694, respectively (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 15th day of December 2011.

NWI EXPLORER GLOBAL MASTER FUND LTD.

By: _____
Name: Hari Hariharan
Title: Director


ELLIOTT ASSOCIATES, L.P.

By: _____
Name:     Elliott Associates, L.P.
Title:    By: Elliott Capital Advisors, L.P., as general partner
          By: Braxton Associates, Inc., as general partner

By: _____
    Elliot Greenberg, Vice President

A-2

MKUAN\198187.2 - 12/13/11