B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,     Case No. 08-13555(JMP)
                                                  (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor
Canpartners Investments IV, LLC             Morgan Stanley Capital Services LLC

Name and Address where notices to           Court Claim # (if known): 67346 (amending
transferee should be sent                   Claim No. 67143 filed on 10/25/10)
                                            Claim Amount: $882,732,829.89
                                            Transferred Amount: $50,000,000.00
                                            (*pro rata* 20% portion of the $250,000,000.00
                                            principal claim relating to certain Promissory
                                            Note as defined in paragraph 5 of attachment
                                            to proof of claim)
                                            Date Claim Filed: 2/25/11
                                            Debtor against claim filed: Lehman Brothers
                                            Holdings Inc.

Canpartners Investments IV, LLC
2000 Avenue of the Stars, 11th Fl.
Los Angeles, CA  90067
Attention: Raj Venkataraman Iyer
           Jonathan Kaplan, Esq.
Phone No.: 310-272-1000
Email: rvenkataraman@canyonpartners.com
       legal@canyonpartners.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: Canyon Capital Advisors LLC, its Manager

By: _____     Date: January 11, 2012
Transferee/Transferee's Agent  Jonathan M. Kaplan, Authorized Signatory
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67346

MORGAN STANLEY CAPITAL SERVICES LLC, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Canpartners Investments IV, LLC**
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

its successors and assigns ("Buyer"), a portion of its rights, title and interest in and to the claim of Seller in the principal amount of **$50,000,000.00** ("Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, which is an undivided, *pro rata* 20% portion of the $250,000,000.00 principal claim relating to that certain Promissory Note (as defined in paragraph 5 of the attachment to Proof of Claim No. 67346), and excludes any contingent and unliquidated amounts (which contingent and unliquidated amounts include, but are not limited to, pre-petition interest and attorneys' fees, certain accrued amounts of which are set forth in paragraphs 6 and 59, respectively, of the attachment to the Proof of Claim).

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, which is a portion of Claim No. 67346.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 9, 2012.

| SELLER | BUYER |
|---|---|
| MORGAN STANLEY CAPITAL SERVICES LLC | CANPARTNERS INVESTMENTS IV, LLC |
| By: /s/ John Ragusa | By: /s/ Jonathan M. Kaplan |
| Name: John Ragusa | Name: Jonathan M. Kaplan |
| Title: Authorized Signatory | Title: Authorized Signatory |