**BANCA SELLA HOLDING**

Piazza Gaudenzio Sella, 1 - 13900 BIELLA (BI)

Biella,
03 Jan 2012

**AMM.STR.FINANZ.**
**TELEFAX:** 015-2433963
**TEL.** 015-3501362
**ADDRESS:** Piazza G.Sella 1
13900 BIELLA (ITALY)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRCT OF NEW YORK
ATTN: CLERK OF COURT
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
NEW YORK, NY   10004-1408

ATTN CLERK OF COURT.

Please find herewith notice of partial transfer of claim in re. LEHMAN BROTHERS HOLDINGS INC. and agreement and evidence of transfer of claim Lehman Program Security.

If you have any problem feel free to contact mr Carlo Negro  email (CARLO.NEGRO@SELLA.IT).

Best regards.

BANCA SELLA HOLDING SPA

ANNA GROSSO MANAGER



RECEIVED
JAN - 5 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



Banca Sella Holding S.p.A. - Sede: Piazza Gaudenzio Sella,1 - 13900 BIELLA (BI) - Tel. 015.35011 - Telefax 015.351767 - Capitale Sociale e Riserve Euro 469.632.431 - Codice ABI 3311
nel Reg. Impr. C.C.I.A.A. di Biella - Cod. FISC. e P. IVA 01709430027 - SWIFT: SELB IT 22 - Aderente al Fondo I...
Bancari - Capogruppo del Gruppo Banca S...

## **EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

To: The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Banca del Piemonte S.p.a. ("Transferor"), unconditionally and irrevocably transfers and assigns to Banca Sella S.p.a. an undivided pro rata interest in EUR 50.000,00 (USD 72.767,68) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101 (5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 ("Claim") filed by the Transferor in the case with respect to the Claim.

The Transferred Portion regards:

| Description of Security | ISIN | Accrued Amount |
|---|---|---|
| Lehman Brothers Treasury 10/10/13 LKD | XS0176153350 | USD 72.767,68 (EUR. 50.000,00) |

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

In witness whereof, this Evidence of Partial Transfer of Claim is executed ad of this _8_ day of _April_, 2011.

| | |
|---|---|
| BANCA DEL PIEMONTE S.p.a. | BANCA SELLA HOLDING SPA |
| Transferor | ATT.CARLO NEGRO UFF.TITOLI |
| | P.za G.Sella 1  13900 BIELLA  ITALY |
| By: _BANCA DEL PIEMONTE S.p.a. con unico socio | Transferee  By: |
| Name: dott. CAMILLO VENESIO | Name ANNA GROSSO |
| Title: GENERAL MANAGER | Title MANAGER |




RECEIVED
JAN - 5 2012