Charles R. Eskridge III (*pro hac vice*)
William R. H. Merrill (*pro hac vice*)
David M. Peterson (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street – Suite 5100
Houston, TX 77002-5096
(713) 651-9366  Fax: (713) 654-6669

Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330  Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
Matthew R. Berry (*pro hac vice*)
Lindsey N. Godfrey (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle WA 98101
206-516-3880  Fax: (206) 516-3883

David H. Orozco (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 9067-6029
(310) 789-3100  Fax: (310) 789-3150
*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

------------------------------------- x

## AFFIDAVIT OF SERVICE

2134704v1/012774

STATE OF TEXAS )
) ss.
COUNTY OF HARRIS )

CHARLES ESKRIDGE, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Susman Godfrey L.L.P., 1000 Louisiana Suite 5100, Houston, Texas 77002, and I am not a party to the above-captioned action.

2. On January 12, 2012, I caused to be served a true and correct copy of the Notice of Withdrawal of Appearance dated January 12, 2012 [Docket No. 24225] to be delivered via first class mail to those parties listed on the annexed Exhibit A.

/s/ Charles R. Eskridge III
Charles R. Eskridge III (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
713-651-9366
Fax: 713-654-6666

Sworn to before me this
12th day of January, 2012
/s/ Dianna H. Brewer
Dianna H. Brewer
Notary Public, State of Texas
No. 00882252-0
Commission Expires July 21, 2014

2134704v1/012774

# EXHIBIT A

2134704v1/012774

## Service List

Dennis F. Dunne, Esq.
Milbank, Tweed,
Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Andrea B. Schwartz, Esq.
Office of the United States Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

2134704v1/012774