# HP LaserJet *3390*

# Rapport appels téléc

FAX HP LASERJET

31-Mai-2010    10:28

| Trav. | Date | Heure | Type | Identification | Durée | Pages | Résultat |
|---|---|---|---|---|---|---|---|
| 3101 | 31/ 5/2010 | 10:27:17 | Envoyer | 00442072126598 | 0:49 | 3 | OK |

*Certifié conforme à l'original*



**ADi CONSEIL**
GROUPE OFI



RECEIVED
DEC - 9
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

NOTICE TO THE DEBTOR'S ADMINISTRATORS AND THE DEBTOR

To: the Joint Administrators named below, of LEHMAN BROTHERS INTERNATIONAL (EUROPE) (the « Debtor ») in administration

The Joint Administrators are:
Anthony Victor Lomas,
Steven Anthony Pearson,
Dan Yoram Schwarzmann,
Michael John Andrew Jervis
Derek Anthony Howell

Fax : + 44 (0) 20 7212 6598
counterparties@lbia-eu.com
uk.terminationnoticequeries@lbia-eu.com

Paris, May 31, 2010

From: « KALLISTA CREDIT OPPORTUNITIES FUND LIMITED » (the "Assignor") and ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS (the "Assignee")

Dear Sirs

1. We refer to the ISDA Master Agreement dated as of 19th March 2008 between the Assignor and the Debtor (the "Master Agreement"). Terms defined in the Master Agreement have the same meanings when used in this notice.

2. We hereby notify you that as of the 18th of September 2009 the Assignor has assigned to the Assignee its claims against the Debtor under Section 6(e) of the Master Agreement, in the sum of $ 499,668.10, + the current Default Rate + out-of-pockets expenses.

3. According to Section 7 of the Master Agreement, we, as Non-defaulting Party and Assignor, are entitled to transfer our interest in any amount payable to us from the Debtor as Defaulting Party under Section 6(e).

4. The administrative details of the Assignee are as follows:

Address for Notices:

ADI CONSEIL
Attn. : Legal Department
1 rue Vernier 75017 PARIS
FRANCE

14
ADI CONSEIL, 1 RUE VERNIER - 75017 PARIS SOCIETE ANONYME AU CAPITAL DE 166 418,84 EUROS  RCS 329 864 912 PARIS



## NOTICE TO THE DEBTOR'S ADMINISTRATORS AND THE DEBTOR

To: the Joint Administrators named below, of **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** (the « **Debtor** ») in administration

The Joint Administrators are:
Anthony Victor Lomas,
Steven Anthony Pearson,
Dan Yoram Schwarzmann,
Michael John Andrew Jervis
Derek Anthony Howell

Fax. : + 44 (0) 20 7212 6598
counterparties@lbia-eu.com
uk.terminationnoticesqueries@ lbia-eu.com

Paris, May 31, 2010

From: « **KALLISTA CREDIT OPPORTUNITIES FUND LIMITED** » (the "**Assignor**") and **ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS** (the "**Assignee**")

Dear Sirs

1. We refer to the ISDA Master Agreement dated as of 19th March 2008 between the Assignor and the Debtor (the "Master Agreement"). Terms defined in the Master Agreement have the same meanings when used in this notice.

2. We hereby notify you that as of the 18th of September 2009 the Assignor has assigned to the Assignee its claims against the Debtor under Section 6(e) of the Master Agreement, in the sum of **$ 499,658.10**, + the current Default Rate + out-of-pockets expenses.

3. According to Section 7 of the Master Agreement, we, as Non-defaulting Party and Assignor, are entitled to transfer our interest in any amount payable to us from the Debtor as Defaulting Party under Section 6(e).

4. The administrative details of the Assignee are as follows:

**Address for Notices:**

**ADI CONSEIL**
**Attn. : Legal Department**
**1 rue Vernier 75017 PARIS**
**FRANCE**

**Bank Account Details:**



## RELEVE D'IDENTITE BANCAIRE

Titulaire
**A.D.I. ALTERNATIVE INVESTMENTS**

Domiciliation
**SG PARIS ELYSEES ENTREPR (03392)
91 AV CHAMPS ELYSEES
75008 PARIS**

Référence bancaire

| Code banque | Code guichet | N° compte | Clé RIB |
|---|---|---|---|
| 30003 | 03392 | 00020312835 | 90 |

IBAN : **FR76 3000 3033 9200 0203 1283 590**
BIC-ADRESSE SWIFT : **SOGEFRPP**

5. Please acknowledge this notice by signing and returning to the Assignee the attached acknowledgement.

ASSIGNOR:

Signature:

Name: **Alain REINHOLD**

Title: Director, duly authorized to execute the Agreement

Phone: + 33 1 40 68 17 17

ASSIGNEE:

Signature:

Name: **Nicolas GOMART**

Title: CEO

Phone: + 33 1 40 68 17 17

Acknowledgement of Receipt
of Notice of Assignment

By Facsimile / Facsimile No.: + 33 1 40 68 17 72

Email : sgrasset@ofi-am.fr / cdimi@ofi-am.fr

**For the attention of:**

**ADI CONSEIL**

**Attn. : Legal Department**

**1 rue Vernier 75017 PARIS**

**FRANCE**

[Date:                                    ]

Dear Sirs:

**Re. : The Sale by « KALLISTA CREDIT OPPORTUNITIES FUND LIMITED » (the "Assignor")
to ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS (the "Assignee") of the
amount payable to it pursuant to Section 6(e) of the ISDA Master Agreement dated as of
19th March 2008 between the Assignor and Lehman Brothers International (Europe), in the
sum of $ 499,658.10** (plus the current Default Rate and plus out-of-pockets expenses) (the
"**Assigned Claim**").

We hereby acknowledge receipt of a copy of the Notice of Assignment between Assignor and
Assignee dated May 31, 2010 regarding the Assigned Claim referred to above.

We note the sale, assignment and transfer of the Claim to **ADI CONSEIL** and that **ADI CONSEIL**
is entitled to any and all amounts payable from the Administration proceeding with regard to the
Assigned Claim

The Joint Administrators

for and on behalf of **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** (in administration)



**LBIE_Kallista Credit Arbitrages Master Fund Limited _ updated Notice
of assignment of claim**
**Claude DIMI**  A : counterparties, uk.terminationnoticesqueries          01/06/2010 10:29
Cc : Sébastien GRASSET, Nicole NGUYEN

Dear all,

Please find attached an updated notice of assignment of claim signed by ADI CONSEIL.

Should you need further clarifications, please feel free to contact us.

Regards,

Claude DIMI
Legal Counsel
Capital Markets, Structured Products & Collective Investment Schemes
OFI ASSET MANAGEMENT
LEGAL DEPARTMENT
1, rue Vernier - 75017 PARIS
Tél. : +33 (0)1 40 68 67 61 | Fax : +33 (0)1 40 68 17 72
cdimi@ofi-am.fr | http://www.ofi-am.fr
Avant d'imprimer, pensez à l'environnement.



Updated notice to PWC.pdf



## UPDATED NOTICE TO THE DEBTOR'S ADMINISTRATORS AND THE DEBTOR

To: the Joint Administrators of **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** (the « **Debtor** ») (in administration)

Fax. : + 44 (0) 20 7212 6598
counterparties@lbia-eu.com
uk.terminationnoticesqueries@ lbia-eu.com

Paris, June 01, 2010

---

**From: ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS)**

---

Dear Sirs

1. We refer Notice to the Notice to the Debtor's Administrators and the Debtor dated May 24, 2010 (attached to this letter) by which we informed you that Kallista Credit Arbitrages Master Fund Limited ("**Assignor**") has assigned to ADI CONSEIL (previously ADI-Alternative Investments) ("**Assignee**") its claims against the Debtor under the applicable Master Agreements, in the sum of USD 1,956,761.52 + the applicable interest rate + out-of-pockets expenses.
According to Section 6(f) of the Schedule of the applicable ISDA Master Agreement, the Assignor has used the right of set-off of the amount owed by the Debtor to it regarding terminated ISDA transactions (i.e. USD 1,973,422.19) against the amount owed by it to you regarding GMRA transactions (USD 16,660.67).

2. **We have proceeded with further calculations and have determined that the amount owed by us to you regarding GMRA transactions should be, to our knowledge, 65,824.52 EUR (i.e. 93,401.23 USD using the FX Rate as at September 15, 2008).**

3. **Therefore, point 2 of the attached notice is amended by replacing USD 1,956,761.52 by USD 1,880,020.96 + the applicable interest rate + out-of-pockets expenses as the amount owed by you to us after the set-off. We reserve our right to amend this amount for any reason including but not limited to discovery and analysis of additional information, the correction of any errors...**

4. The administrative details of the Assignee are included in the attached notice.

Sincerely,

Name: **Nicolas GOMART**
Title: CEO

**Appendix**



**NOTICE TO THE DEBTOR'S ADMINISTRATORS AND THE DEBTOR**

To: the Joint Administrators named below, of **LEHMAN BROTHERS INTERNATIONAL (EUROPE)**
(the « **Debtor** ») in administration

The Joint Administrators are:
Anthony Victor Lomas,
Steven Anthony Pearson,
Dan Yoram Schwarzmann,
Michael John Andrew Jervis
Derek Anthony Howell

Fax. : + 44 (0) 20 7212 6598
counterparties@lbia-eu.com
uk.terminationnoticesqueries@ lbia-eu.com

Paris, May 24, 2010

---

> **From: « KALLISTA CREDIT ARBITRAGE MASTER FUND LIMITED »** (the "Assignor") **and
> ADI CONSEIL** (previously ADI - ALTERNATIVE INVESTMENTS (the "Assignee")

---

Dear Sirs

1. We refer to the ISDA Master Agreement dated as of 22nd November 2001 and to the TBMA/ISMA 2000
GMRA Master Agreement dated as of 7th October 2002 between the Assignor and the Debtor (the "Master
Agreements"). Terms defined in the Master Agreements have the same meanings when used in this notice.

2. We hereby notify you that as of 21 October 2009 the Assignor has assigned to the Assignee its claims
against the Debtor under the applicable Master Agreements, in the sum of USD **1,956,761.52** + the applicable
interest rate + out-of-pockets expenses.

3. **According to Section 6(f) of the Schedule of the applicable ISDA Master Agreement, the Assignor has
used the right of set-off of the amount owed by you to us regarding terminated ISDA transactions
(i.e. USD 1,973,422.19) against the amount owed by us to you regarding GMRA transactions
(USD 16,660.67).**

**Please find herewith details of amounts set off and the basis on which we, as Assignee, claims to
exercise the abovementioned right.**

4. According to Section 7 of the Master Agreement, we, as Non-defaulting Party and Assignor, are entitled to
transfer our interest in any amount payable to us from the Debtor as Defaulting Party under Section 6(e).

5. The administrative details of the Assignee are as follows:

**Address for Notices:**
**ADI CONSEIL (previously ADI – Alternative Investments)**
**Attn. : Legal Department**
**1 rue Vernier 75017 PARIS**

**Bank Account Details:**



## RELEVE D'IDENTITE BANCAIRE

Titulaire
**A.D.I. ALTERNATIVE INVESTMENTS**

Domiciliation
**SG PARIS ELYSEES ENTREPR (03392)**
**91 AV CHAMPS ELYSEES**
**75008 PARIS**

Référence bancaire

| Code banque | Code guichet | N° compte | Clé RIB |
|---|---|---|---|
| 30003 | 03392 | 00020312835 | 90 |

IBAN : **FR76 3000 3033 9200 0203 1283 590**
BIC-ADRESSE SWIFT · **SOGEFRPP**

5. Please acknowledge this notice by signing and returning to the Assignee the attached acknowledgement.

ASSIGNOR:                                                    ASSIGNEE:

Signature:                                                    Signature:

Name: **Alain REINHOLD**                          Name: **Nicolas GOMART**

Title: Director, duly authorized to execute the Agreement          Title: CEO

Acknowledgement of Receipt
of Notice of Assignment

By Facsimile / Facsimile No.: + 33 1 40 68 17 72

Email : sgrasset@ofi-am.fr / cdimi@ofi-am.fr

**For the attention of:**

**ADI CONSEIL (previously ADI – Alternative Investments)**

**Attn. : Legal Department**

**1 rue Vernier 75017 PARIS**

**FRANCE**

[DATE:                                    ]

Dear Sirs:

**Re. : The Sale by « KALLISTA CREDIT ARBITRAGE MASTER FUND LIMITED » (the "Assignor") to ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS) (the "Assignee") of the amount payable to it pursuant** to the ISDA Master Agreement dated as of 22nd November 2001 and to the TBMA/ISMA 2000 GMRA Master Agreement dated as of 7th October 2002 **between the Assignor and Lehman Brothers International (Europe), in the sum of USD 1,956,761.52** (plus the applicable interest rate and plus out-of-pockets expenses) **(the "Assigned Claim")**.

We hereby acknowledge receipt of a copy of the Notice of Assignment between Assignor and Assignee dated the 21st of October 2009 regarding the Assigned Claim referred to above.

We note the sale, assignment and transfer of the Claim to **ADI CONSEIL** (previously **ADI - ALTERNATIVE INVESTMENTS)** and that **ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS)** is entitled to any and all amounts payable from the Administration proceeding with regard to the Assigned Claim

The Joint Administrators

for and on behalf of **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** (in administration)



**KALLISTA CREDIT ARBITRAGE MASTER FUND LTD**

LEHMAN BROTHERS INTERNATIONAL (EUROPE)
Transaction Management
7 place d Iena
75773 PARIS CEDEX 16

With copy to: LEHMAN BROTHERS INTERNATIONAL (EUROPE)
25 Bank Street
London E14 5LE
UNITED KINGDOM
For the attention of Legal Department / PWC Administrators

October 6th, 2008

Re : DEFAULT VALUATION NOTICE IN ACCORDANCE WITH TBMA/ISMA GLOBAL
MASTER REPURCHASE AGREEMENT

Dear Sirs.

We refer to (a) the TBMA/ISMA 2000 version Global Master Repurchase Agreement
between us, KALLISTA CREDIT ARBITRAGES MASTER FUND LIMITED and you LEHMAN BROTHERS
INTERNATIONAL (EUROPE) dated as of 7th of October 2002 (the **Agreement**). (b) the
outstanding Transactions thereunder, as listed in the attached Appendix (the **Terminated
Transactions**), and (c) the notice in relation to the Terminated Transactions dated 16th
September 2008 that was served on 16th September 2008 specifying that an Event of
Default under Paragraph 10(a)iv had occurred in relation to you (the **Default Notice**)

Terms not otherwise defined in this letter shall have the meanings set out in the Agreement

This letter constitutes a Default Valuation Notice for the purposes of the Agreement

In accordance with paragraph 10(e) of the Agreement. we have determined the Default
Market Value as of 16th September 2008 of

(a) the following Equivalent Securities or Equivalent Margin Securities that are <u>Deliverable
Securities</u>

| EUR | 409459 | 19/02/2008 | 21/02/2008 | DE000A0GPYR7 | COMMERZBANK CAP FUND TRU C | 350 000 |
| EUR | | | | | | -930 000 00 |

## A  DELIVERABLE SECURITIES

### A1 Terminated Transactions 405459

Acting in good faith, we have been able to obtain offer quotations in respect of Transaction 405459 from only one maker in the Appropriate Market in a commercially reasonable size and we have therefore determined the Net Value of the relevant Deliverable Securities to be:



We elect to treat such Net Value as the Default Market Value of the relevant Deliverable Securities.

The amount due pursuant to paragraph 10(c) including, as of September the 16th, the Agreement in respect of the Terminated Transaction is therefore as follows

    (i) Aggregated cash collateral,
    (ii) All margin calls since relevant Effective Dates
    (iii) Interest
    (iv) Income Due.



Accordingly, pursuant to paragraph 10(c) of the Agreement, by this notice we hereby notify you that the net sum due by us is 11,741 61 EUR
For further details, please refer to the relevant fund's sheet in the file attached

For further details, please refer to the relevant fund's sheet in the attached file

    •  Transaction's details on sheet KALLISTA CREDIT ARBITRAGES
       Price sourcing on the relevant sheet.

Nothing in this letter shall preclude our rights pursuant to paragraph 10(f) of the Agreement to recover any amounts in respect of legal and professional expenses incurred by us in connection with the termination of the Terminated Transactions

Alain REINHOLD

## HP LaserJet *3390*

# Rapport appels téléc

FAX HP LASERJET

1-Jun-2010        09:24

| Trav. Date | | Heure | Type | Identification | Durée | Pages | Résultat |
|---|---|---|---|---|---|---|---|
| 3106 | 1/ 6/2010 | 09:21:43 | Envoyer | 00442072126598 | 3:07 | 7 | OK |



**ADi CONSEIL**
GROUPE OFI

UPDATED NOTICE TO THE DEBTOR'S ADMINISTRATORS AND THE DEBTOR

To: the Joint Administrators of LEHMAN BROTHERS INTERNATIONAL (EUROPE) (the « Debtor ») (in administration)

Fax : + 44 (0) 20 7212 6598
counterparties@lbia-eu.com
uk.terminationnoticesquerles@lbia-eu.com

Paris, June 01, 2010

| From: ADI CONSEIL. (previously ADI - ALTERNATIVE INVESTMENTS) |
|---|

Dear Sirs

1. We refer Notice to the Notice to the Debtor's Administrators and the Debtor dated May 24, 2010 (attached to this letter) by which we informed you that Kallista Credit Arbitrages Master Fund Limited ("Assignor") has assigned to ADI CONSEIL (previously ADI-Alternative Investments) ("Assignee") its claims against the Debtor under the applicable Master Agreements, in the sum of USD 1,956,781.52 + the applicable interest rate + out-of-pockets expenses.
According to Section 6(f) of the Schedule of the applicable ISDA Master Agreement, the Assignor has used the right of set-off of the amount owed by the Debtor to it regarding terminated ISDA transactions (i.e. USD 1,973,422.19) against the amount owed by it to you regarding GMRA transactions (USD 16,660.67).

2. We have proceeded with further calculations and have determined that the amount owed by us to you regarding GMRA transactions should be, to our knowledge, $8,824.52 EUR (i.e. 93,401.23 USD using the FX Rate as at September 18, 2008).

3. Therefore, point 2 of the attached notice is amended by replacing· USD 1,956,781.52 by USD 1,886,020.96 + the applicable interest rate + out-of-pockets expenses as the amount owed by you to us after the set-off. We reserve our right to amend this amount for any reason including but not limited to discovery and analysis of additional information, the correction of any errors...

4. The administrative details of the Assignee are included in the attached notice.

Sincerely,

Name: Nicolas GOMART
Title: CEO

ADI CONSEIL, 1 RUE VERNIER - 75017 PARIS SOCIETE ANONYME AU CAPITAL DE 164 419,84 EUROS  RCS 229 864 512 PARIS



**LBIE_Kallista Credit Arbitrages Master Fund Limited _Notice of assignment of claim**

**Claude DIMI**  A : counterparties, uk.terminationnoticesqueries          31/05/2010 14:17
Cc : Sébastien GRASSET, Joëlle FAUVET, Nicole NGUYEN

Dear all,

Please find attached a notice of assignment of claim signed by Kallista Credit Arbitrages Master Fund Limited (Assignor) and ADI CONSEIL (Assignee).

Should you need further clarifications, please feel free to contact us.

Regards,

Claude DIMI
Legal Counsel
Capital Markets, Structured Products & Collective Investment Schemes
OFI ASSET MANAGEMENT
LEGAL DEPARTMENT
1, rue Vernier - 75017 PARIS
Tél. : +33 (0)1 40 68 67 61 | Fax : +33 (0)1 40 68 17 72
cdimi@ofi-am.fr | http://www.ofi-am.fr
Avant d'imprimer, pensez à l'environnement.



Notice to PWC.pdf



## NOTICE TO THE DEBTOR'S ADMINISTRATORS AND THE DEBTOR

To: the Joint Administrators named below, of **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** (the « **Debtor** ») in administration

The Joint Administrators are:
Anthony Victor Lomas,
Steven Anthony Pearson,
Dan Yoram Schwarzmann,
Michael John Andrew Jervis
Derek Anthony Howell

Fax. : + 44 (0) 20 7212 6598
counterparties@lbia-eu.com
uk.terminationnoticesqueries@ lbia-eu.com

Paris, May 24, 2010

---

**From: « KALLISTA CREDIT ARBITRAGE MASTER FUND LIMITED » (the "Assignor") and ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS (the "Assignee")**

---

Dear Sirs

1. We refer to the ISDA Master Agreement dated as of 22nd November 2001 and to the TBMA/ISMA 2000 GMRA Master Agreement dated as of 7th October 2002 between the Assignor and the Debtor (the "Master Agreements"). Terms defined in the Master Agreements have the same meanings when used in this notice.

2. We hereby notify you that as of 21 October 2009 the Assignor has assigned to the Assignee its claims against the Debtor under the applicable Master Agreements, in the sum of **USD 1,956,761.52** + the applicable interest rate + out-of-pockets expenses.

3. **According to Section 6(f) of the Schedule of the applicable ISDA Master Agreement, the Assignor has used the right of set-off of the amount owed by you to us regarding terminated ISDA transactions (i.e. USD 1,973,422.19) against the amount owed by us to you regarding GMRA transactions (USD 16,660.67).**

**Please find herewith details of amounts set off and the basis on which we, as Assignee, claims to exercise the abovementioned right.**

4. According to Section 7 of the Master Agreement, we, as Non-defaulting Party and Assignor, are entitled to transfer our interest in any amount payable to us from the Debtor as Defaulting Party under Section 6(e).

5. The administrative details of the Assignee are as follows:

**Address for Notices:**
**ADI CONSEIL (previously ADI – Alternative Investments)**
**Attn. : Legal Department**

**Bank Account Details:**



---

RELEVE D'IDENTITE BANCAIRE

---

Titulaire
**A.D.I. ALTERNATIVE INVESTMENTS**

Domiciliation
**SG PARIS ELYSEES ENTREPR (03392)**
**91 AV CHAMPS ELYSEES**
**75008 PARIS**

Référence bancaire

| Code banque | Code guichet | N° compte | Clé RIB |
|---|---|---|---|
| 30003 | 03392 | 00020312835 | 90 |

IBAN : **FR76 3000 3033 9200 0203 1283 590**
BIC-ADRESSE SWIFT **SOGEFRPP**

5. Please acknowledge this notice by signing and returning to the Assignee the attached acknowledgement.

ASSIGNOR:                                                    ASSIGNEE:

Signature:                                                   Signature:

Name: **Alain REINHOLD**                                     Name: **Nicolas GOMART**

Title: Director, duly authorized to execute the Agreement    Title: CEO

Acknowledgement of Receipt
of Notice of Assignment

By Facsimile / Facsimile No.: + 33 1 40 68 17 72

Email : sgrasset@ofi-am.fr / cdimi@ofi-am.fr

**For the attention of:**

**ADI CONSEIL (previously ADI – Alternative Investments)**

**Attn. : Legal Department**

**1 rue Vernier 75017 PARIS**

**FRANCE**

[DATE:                            ]

Dear Sirs:

**Re. : The Sale by « KALLISTA CREDIT ARBITRAGE MASTER FUND LIMITED »** (the "Assignor") to
**ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS) (the "Assignee") of the amount
payable to it pursuant** to the ISDA Master Agreement dated as of 22nd November 2001 and to the
TBMA/ISMA 2000 GMRA Master Agreement dated as of 7th October 2002 **between the Assignor and
Lehman Brothers International (Europe), in the sum of USD 1,956,761.52** (plus the applicable interest
rate and plus out-of-pockets expenses) (**the "Assigned Claim"**).

We hereby acknowledge receipt of a copy of the Notice of Assignment between Assignor and Assignee
dated the 21st of October 2009 regarding the Assigned Claim referred to above.

We note the sale, assignment and transfer of the Claim to **ADI CONSEIL** (previously
**ADI - ALTERNATIVE INVESTMENTS)** and that **ADI CONSEIL (previously ADI - ALTERNATIVE
INVESTMENTS)** is entitled to any and all amounts payable from the Administration proceeding with
regard to the Assigned Claim

The Joint Administrators

for and on behalf of **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** (in administration)

# KALLISTA
**KALLISTA CREDIT ARBITRAGE MASTER FUND LTD**

LEHMAN BROTHERS INTERNATIONAL (EUROPE)
Transaction Management
7 place d'Iéna
75773 PARIS CEDEX 16

With copy to: LEHMAN BROTHERS INTERNATIONAL (EUROPE)
25 Bank Street
London E14 5LE
UNITED KINGDOM
For the attention of: Legal Department / PWC Administrators

October 6th, 2008

## Re : DEFAULT VALUATION NOTICE IN ACCORDANCE WITH TBMA/ISMA GLOBAL MASTER REPURCHASE AGREEMENT

Dear Sirs.

We refer to (a) the TBMA/ISMA 2000 version Global Master Repurchase Agreement between us, KALLISTA CREDIT ARBITRAGES MASTER FUND LIMITED and you LEHMAN BROTHERS INTERNATIONAL (EUROPE) dated as of 7th of October 2002 (the **Agreement**), (b) the outstanding Transactions thereunder, as listed in the attached Appendix (the **Terminated Transactions**), and (c) the notice in relation to the Terminated Transactions dated 16th September 2008 that was served on 16th September 2008 specifying that an Event of Default under Paragraph 10(a)iv had occurred in relation to you (the **Default Notice**)

Terms not otherwise defined in this letter shall have the meanings set out in the Agreement

This letter constitutes a Default Valuation Notice for the purposes of the Agreement

In accordance with paragraph 10(e) of the Agreement, we have determined the Default Market Value as of 16th September 2008 of

(a) the following Equivalent Securities or Equivalent Margin Securities that are <u>Deliverable Securities</u>:

| CURRENCY | POSITION | NEGO. DATE | EFFECTIVE DATE | ISIN UNDERLYING | LIBELLE UNDERLYING | AMOUNT |
|----------|----------|------------|----------------|-----------------|--------------------|--------|
| EUR | 409459 | 19/02/2008 | 21/02/2008 | DE000A0GPYR7 | COMMERZBANK CAP FUND TRU C | 896 000 |
| EUR | | | | | | -830 000,00 |

## A  DELIVERABLE SECURITIES

### A1 Terminated Transactions 405459

Acting in good faith, we have been able to obtain offer quotations in respect of Transaction 405459 from only one maker in the Appropriate Market in a commercially reasonable size and we have therefore determined the Net Value of the relevant Deliverable Securities to be:



We elect to treat such Net Value as the Default Market Value of the relevant Deliverable Securities.

The amount due pursuant to paragraph 10(c) including, as of September the 16th, the Agreement in respect of the Terminated Transaction is therefore as follows

  (i) Aggregated cash collateral,
  (ii) All margin calls since relevant Effective Dates
  (iii) Interest,
  (iv) Income Due.

| Currency | Total Net Amount | Accrued Interest on Repo | Income Due on Repo | Collateral + MTM Collateral on 16/09/2008 | Interest on 16/09/2008 | TOTAL Default Transactions | VALUATIONS Default Transactions 16/09/2270 | P & L | P&L EUR |
|---|---|---|---|---|---|---|---|---|---|
| GBP | 0,00 | | | | | | | 0,00 | 0,00 |
| USD | 0,00 | | 34 160,00 | 6 014 | 37 174,42 | 0,00 | 26 776,6 | | 180 876,97 |
| EUR | 2 603,20 | 21 211,65 | | | 214 253,9 | 215 100,00 | 127 050,3 | | 199 762,18 |
| **TOTAL AMOUT DUE** | 24 912,56 | | | | 640 176,12 | 716 100,00 | 65 953,89 | | **11 741 61** |

Accordingly pursuant to paragraph 10(c) of the Agreement, by this notice we hereby notify you that the net sum due by us is 11,741 61 EUR
For further details, please refer to the relevant fund's sheet in the file attached

For further details, please refer to the relevant fund's sheet in the attached file

  · Transaction's details on sheet KALLISTA CREDIT ARBITRAGES
  · Price sourcing on the relevant sheet

Nothing in this letter shall preclude our rights pursuant to paragraph 10(f) of the Agreement to recover any amounts in respect of legal and professional expenses incurred by us in connection with the termination of the Terminated Transactions

**Alain REINHOLD**
DIRECTOR

# HP LaserJet *3390*

# Rapport appels téléc

FAX HP LASERJET

31-Mai-2010    13:11

| Trav. | Date | Heure | Type | Identification | Durée | Pages | Résultat |
|---|---|---|---|---|---|---|---|
| 3102 | 31/ 5/2010 | 13:09:18 | Envoyer | 00442072126598 | 1:45 | 5 | OK |



## ADi CONSEIL
GROUPE OFI

**NOTICE TO THE DEBTOR'S ADMINISTRATORS AND THE DEBTOR**

To: the Joint Administrators named below, of LEHMAN BROTHERS INTERNATIONAL (EUROPE) (the « Debtor ») in administration

The Joint Administrators are:
Anthony Victor Lomas,
Steven Anthony Pearson,
Dan Yoram Schwarzmann,
Michael John Andrew Jervis
Derek Anthony Howell

Fax. : + 44 (0) 20 7212 6598
counterparties@lbia-eu.com
uk.terminationnoticesqueries@ lbia-eu.com

Paris, May 24, 2010

From: « KALLISTA CREDIT ARBITRAGE MASTER FUND LIMITED » (the "Assignor") and
ADI CONSEIL (previously ADI - ALTERNATIVE INVESTMENTS (the "Assignee")

Dear Sirs

1. We refer to the ISDA Master Agreement dated as of 22nd November 2001 and to the TBMA/ISMA 2000 GMRA Master Agreement dated as of 7th October 2002 between the Assignor and the Debtor (the "Master Agreements"). Terms defined in the Master Agreements have the same meanings when used in this notice.

2. We hereby notify you that as of 21 October 2009 the Assignor has assigned to the Assignee its claims against the Debtor under the applicable Master Agreements, in the sum of USD 1,966,761.62 + the applicable interest rate + out-of-pockets expenses.

3. According to Section 6(f) of the Schedule of the applicable ISDA Master Agreement, the Assignor has used the right of set-off of the amount owed by you to us regarding terminated ISDA transactions (i.e. USD 1,973,422.19) against the amount owed by us to you regarding GMRA transactions (USD 16,660.87).

Please find herewith details of amounts set off and the basis on which we, as Assignee, claims to exercise the abovementioned right.

4. According to Section 7 of the Master Agreement, we, as Non-defaulting Party and Assignor, are entitled to transfer our interest in any amount payable to us from the Debtor as Defaulting Party under Section 6(e).

5. The administrative details of the Assignee are as follows:

Address for Notices:
ADI CONSEIL (previously ADI – Alternative Investments)
Attn. : Legal Department
1 rue Vernier 75017 PARIS
FRANCE

ADI CONSEIL 1 RUE VERNIER - 75017 PARIS SOCIÉTÉ ANONYME AU CAPITAL DE 163 419,54 EUROS RCS 326 864 812 PARIS



Arue Vernier - 75017 Paris - France          31 Mai 2010.

FRANCE          PRIO

VEUILLEZ SCANNER
PLEASE SCAN

RW 35 897 905 4 FR

REMISE CONTRE SIGNATURE
SIGNATURE REQUIRED

RECOMMANDÉ / REGISTERED

Destinataire:

Lehman Brothers International
(Europe)
(in Administration)
Claims Submission Team
25 Canada Square
London E14 5LQ
UK

Expéditeur:   OFI AM
Arue Vernier - 75017 Paris - France

AR    AR    AR

Destinataire:

Lehman Brothers International
(Europe)
(in Administration)
Claims Submission Team
25 Canada Square
London E14 5LQ
UK

RW 35 897 905 4 FR

31 5 2010

# AVIS DE RÉCEPTION / ADVICE OF RECEIPT

FRANCE

Destinataire de l'envoi (nom, adresse):
Lehman Brothers International
(Europe)
(in Administration)
Claims Submission Team
25 Canada Square
London E14 5LQ  UK

Service des Postes
AVIS DE RÉCEPTION

PRIORITAIRE / PAR AVION
AVIS DE PAIEMENT

Timbre du bureau renvoyant l'avis
Stamp of the Post Office
returning the advice

N° de l'envoi:   RW 35 897 905 4 FR

Référence interne client

☒ courrier  ☐ colis   ☐ livre  ☐ sac M      montant
              postal                          valeur déclarée:

☐ mandat n°:                    montant:

À renvoyer à
l'expéditeur (nom, adresse) / To be returned to sender:

OFI AM
M. Claude Dimi
Service Juridique
1 rue Vernier
75017 Paris.

À compléter à destination / To be completed at destination:

L'envoi mentionné ci-dessus a été délivré:
This item has been duly:

☐ Remis / Delivered   ☐ Payé / Paid

☐ Inscrit au CCP / Registered on current postal account

Date et signature / Day of delivery and signature

*RM2*
*21.07.09*



**ADi**
──── GROUPE OFI

## NOTICE TO THE DEBTOR'S ADMINISTRATOR AND THE DEBTOR

To: PriceWaterhouseCoopers LLP, Administrator of **LEHMAN BROTHERS INTERNATIONAL EUROPE** (the « **Debtor** ») in administration

PriceWaterhouseCoopers LLP

Plumtree Court
London EC4A 4HT
England

Attn. : the Joint Administrators
Anthony Victor Lomas,
Steven Anthony Pearson,
Dan Yoram Schwarzmann,
Michael John Andrew Jervis
Derek Anthony Howell

Fax. : + 44 (0) 20 7212 6598

counterparties@lbia-eu.com
uk.terminationnoticesqueries@ lbia-eu.com

Paris, the 17th of July 2009

From: the Collective Investment Scheme named « **ADI MULTISTRATEGIES** » represented by **ADI - ALTERNATIVE INVESTMENTS**, in its capacity as investment manager, (the "Assignor") and **ADI - ALTERNATIVE INVESTMENTS**, acting for its own account, (the "Assignee")

Dear Sir

1. We hereby notify you that as of April 30, 2009 the Assignor has assigned to the Assignee its claims against the Debtor in the sum of **1,013,059.05 EUR** + the current Default Rate + out-of-pockets expenses.

2. According to Section 7 of the applicable 1992 ISDA Master Agreement, we, as Non-defaulting Party and Assignor, are entitled to transfer our interest in any close-out amount payable to us from the Debtor as Defaulting Party under Section 6(e).

3. The administrative details of the Assignee are as follows:

Address for Notices:

ADI – Alternative Investments
Attn. : Legal Department
1 rue Vernier 75017 PARIS
FRANCE

Account Details:



### RELEVE D'IDENTITE BANCAIRE

Titulaire
**A.D.I. ALTERNATIVE INVESTMENTS**

Domiciliation
**SG PARIS ELYSEES ENTREPR (03392)
91 AV CHAMPS ELYSEES
75008 PARIS**

Référence bancaire

| Code banque | Code guichet | N° compte | Clé RIB |
|---|---|---|---|
| 30003 | 03392 | 00020312835 | 90 |

IBAN : **FR76 3000 3033 9200 0203 1283 590**
BIC-ADRESSE SWIFT : **SOGEFRPP**

4. Please acknowledge this notice by signing and returning to the Assignee the attached acknowledgement.

ASSIGNOR:

Signature:

Name:  Nicolas GOMART

Title: CEO

Phone: + 33 1 40 68 17 17

ASSIGNEE:

Signature:

Name: **Christophe LEPITRE**

Title: Deputy CEO

Phone: + 33 1 40 68 17 17

**ADI - ALTERNATIVE INVESTMENT**
1 Rue Vernier - 75017 PARIS
TEL. : +33 (0)1 40 68 17 17
FAX : +33 (0)1 40 68 17 18

ADI - Alternative Investments
Christophe LEPITRE
Deputy C.E.O.

Acknowledgement of Receipt<br>of Notice of Assignment

By Facsimile / Facsimile No.: + 33 1 40 68 17 72

Email : sgrasset@ofi-am.fr / cdimi@ofi-am.fr

**For the attention of:**

**ADI – Alternative Investments**

**Attn. : Legal Department**

**1 rue Vernier 75017 PARIS**

**FRANCE**

Date :

Dear Sirs:

**Re. :  The  Sale  by  « ADI  MULTISTRATEGIES »  represented  by  ADI - ALTERNATIVE
INVESTMENTS,  in  its  capacity  as  investment  manager,  (the  "Assignor"),  to
ADI - ALTERNATIVE  INVESTMENTS, acting for its own account, (the "Assignee"), of
1,013,059.05 EUR (plus the current Default Rate and plus out-of-pockets expenses) (the "Assigned
Claim")  being  a  claim  against  LEHMAN  BROTHERS  INTERNATIONAL  EUROPE  (the
"Debtor" in administation).**

We hereby acknowledge receipt of a copy of the Notice of Assignment between Assignor and
Assignee dated 30 April 2009 regarding the Assigned Claim referred to above.

We note the sale, assignment and transfer of the Claim to **ADI - ALTERNATIVE INVESTMENTS**
and that **ADI - ALTERNATIVE INVESTMENTS** is entitled to any and all amounts payable from
the Administation proceeding with regard to the Assigned Claim

Bankruptcy Trustees

for and on behalf of **LEHMAN BROTHERS INTERNATIONAL EUROPE**

**DEBTOR (in administration)**



*RMR*
*21.07.09*

## ADi
—— GROUPE OF I

**NOTICE TO THE DEBTOR'S ADMINISTRATOR AND THE DEBTOR**

To: PriceWaterhouseCoopers LLP, Administrator of **LEHMAN BROTHERS INTERNATIONAL EUROPE** (the « **Debtor** ») in administration

PriceWaterhouseCoopers LLP

Plumtree Court
London EC4A 4HT
England

Attn. : the Joint Administrators
Anthony Victor Lomas,
Steven Anthony Pearson,
Dan Yoram Schwarzmann,
Michael John Andrew Jervis
Derek Anthony Howell

Fax. : + 44 (0) 20 7212 6598

counterparties@lbia-eu.com
uk.terminationnoticesqueries@ lbia-eu.com

Paris, the 17th of July 2009

> From: the Collective Investment Scheme named « **ALPHA DRIVE EURO CONVERTIBLES** » **(fka. « ALPHA DRIVE CONVERTIBLES EUROCAP »)** represented by **ADI - ALTERNATIVE INVESTMENTS**, in its capacity as investment manager, (the "Assignor") and **ADI - ALTERNATIVE INVESTMENTS**, acting for its own account, (the "Assignee")

Dear Sir

1. We hereby notify you that as of March 16, 2009 the Assignor has assigned to the Assignee its claims against the Debtor in the sum of **633,862.14 EUR** + the current Default Rate + out-of-pockets expenses.

2. According to Section 7 of the applicable 1992 ISDA Master Agreement, we, as Non-defaulting Party and Assignor, are entitled to transfer our interest in any close-out amount payable to us from the Debtor as Defaulting Party under Section 6(e).

3. The administrative details of the Assignee are as follows:

**Address for Notices:**

**ADI – Alternative Investments**
**Attn. : Legal Department**
**1 rue Vernier 75017 PARIS**
**FRANCE**

Bank Account Details:



## RELEVE D'IDENTITE BANCAIRE

### Titulaire
### A.D.I. ALTERNATIVE INVESTMENTS

### Domiciliation
### SG PARIS ELYSEES ENTREPR (03392)
### 91 AV CHAMPS ELYSEES
### 75008 PARIS

### Référence bancaire

| Code banque | Code guichet | N° compte | Clé RIB |
|---|---|---|---|
| 30003 | 03392 | 00020312835 | 90 |

IBAN : **FR76 3000 3033 9200 0203 1283 590**
BIC-ADRESSE SWIFT : **SOGEFRPP**

4. Please acknowledge this notice by signing and returning to the Assignee the attached acknowledgement.

ASSIGNOR:                                              ASSIGNEE:

Signature:                                             Signature:

Name:  Nicolas GOMART                                  Name: Christophe LEPITRE

Title: CEO                                             Title: Deputy CEO

Phone: + 33 1 40 68 17 17                              Phone: + 33 1 40 68 17 17

                                                       ADI - Alternative Investments
                                                       Christophe LEPITRE
                                                       Deputy C.E.O.

**ADI - ALTERNATIVE INVESTMENT**
1 Rue Vernier - 75017 PARIS
TEL. : +33 (0)1 40 68 17 17
FAX : +33 (0)1 40 68 17 18
S.A. au capital de 6 786 340,73 EUROS
RCS PARIS B 328 884 812 - APE 6430 Z

Acknowledgement of Receipt
of Notice of Assignment

By Facsimile / Facsimile No.: + 33 1 40 68 17 72

Email : sgrasset@ofi-am.fr / cdimi@ofi-am.fr

**For the attention of:**

**ADI – Alternative Investments**

**Attn. : Legal Department**

**1 rue Vernier 75017 PARIS**

**FRANCE**

Date :

Dear Sirs:

**Re. : The Sale by « ALPHA DRIVE EURO CONVERTIBLES » (fka. « ALPHA DRIVE CONVERTIBLES EUROCAP ») represented by ADI - ALTERNATIVE INVESTMENTS, in its capacity as investment manager, (the "Assignor"), to ADI - ALTERNATIVE INVESTMENTS, acting for its own account, (the "Assignee"), of 633,862.14 EUR (plus the current Default Rate and plus out-of-pockets expenses) (the "Assigned Claim") being a claim against LEHMAN BROTHERS INTERNATIONAL EUROPE (the "Debtor" in administation).**

We hereby acknowledge receipt of a copy of the Notice of Assignment between Assignor and Assignee dated 16 March 2009 regarding the Assigned Claim referred to above.

We note the sale, assignment and transfer of the Claim to **ADI - ALTERNATIVE INVESTMENTS** and that **ADI - ALTERNATIVE INVESTMENTS** is entitled to any and all amounts payable from the Administation proceeding with regard to the Assigned Claim

Bankruptcy Trustees

for and on behalf of **LEHMAN BROTHERS INTERNATIONAL EUROPE**

**DEBTOR** (in administration)

AD

*Irue Vernier*
*75017 PARIS*

RECOMMANDÉ INTERNATIONAL



4/11/2009


GROUPE-OFI 1ENOVFL.

Réf: RW358978235FR

Destinataire :
*PRICEWATERHOUSECOOPERS LLP*
*Attn.: the Joint Administrators*
*Plumtree Court*
*LONDON EC4A  4HT*
*ENGLAND*

RW 35 897 823 5 FR

Dear Laposte

Thank you for contacting Royal Mail regarding a Special Delivery™ item, reference number RW358978235FR.

My investigations into your enquiry have included checking all available service information and I can confirm that we delivered this item on 24/07/2009.

I have now taken the following action:

• Provided a copy of the signature we obtained when we made the delivery



When using our Special Delivery™ or Recorded Signed For™ services, you can also track the progress or delivery of your item, and even view signatures obtained on delivery, at our website: just visit www.royalmail.com/trackandtrace.

I hope this information resolves your enquiry and concludes this matter. If you have any other queries though, please contact us via the details above.

Yours sincerely

*Laura Smith*

Laura Smith

Customer Service Advisor