**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :
      Debtors. : (Jointly Administered)
:
: Ref. Docket No. 24102
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2012, I caused to be served the "Notice of Hearing on Debtors' Objection to Proof of Claim No. 31148," dated January 6, 2012, to which was attached the "Debtors' Objection to Proof of Claim No. 31148," dated January 6, 2012 [Docket No. 24102], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B,

    c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed on the annexed Exhibit C, and

    d. enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to *National Financial Services, 200 Liberty Street, 5th Floor, New York, NY 10281*.

- 2 -

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Manners<br>Eleni Manners

Sworn to before me this
9th day of January, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

*LBH Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anann@foley.com |
| aalfonso@willkie.com | andrew.brozman@cliffordchance.com |
| abeaumont@fklaw.com | andrew.lourie@kobrekim.com |
| abraunstein@riemerlaw.com | angelich.george@arentfox.com |
| acaton@kramerlevin.com | ann.reynaud@shell.com |
| acker@chapman.com | anthony_boccanfuso@aporter.com |
| adam.brezine@hro.com | aoberry@bermanesq.com |
| adarwin@nixonpeabody.com | aostrow@beckerglynn.com |
| adiamond@diamondmccarthy.com | apo@stevenslee.com |
| aeckstein@blankrome.com | aquale@sidley.com |
| aentwistle@entwistle-law.com | araboy@cov.com |
| afriedman@irell.com | arahl@reedsmith.com |
| agbanknewyork@ag.tn.gov | arheaume@riemerlaw.com |
| aglenn@kasowitz.com | arlbank@pbfcm.com |
| agold@herrick.com | arosenblatt@chadbourne.com |
| agoldstein@tnsj-law.com | arthur.rosenberg@hklaw.com |
| ahammer@freebornpeters.com | arwolf@wlrk.com |
| aisenberg@saul.com | aseuffert@lawpost-nyc.com |
| akantesaria@oppenheimerfunds.com | ashaffer@mayerbrown.com |
| akolod@mosessinger.com | ashmead@sewkis.com |
| akornikova@lcbf.com | asnow@ssbb.com |
| alum@ftportfolios.com | atrehan@mayerbrown.com |
| amarder@msek.com | aunger@sidley.com |
| amartin@sheppardmullin.com | austin.bankruptcy@publicans.com |
| amcmullen@boultcummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |

*LBH Email Service List*

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.barbarosh@pillsburylaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

## *LBH Email Service List*

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

*LBH Email Service List*

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

*LBH Email Service List*

| | |
|---|---|
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | james.mcclammy@dpw.com |
| glenn.siegel@dechert.com | james.sprayregen@kirkland.com |
| gmoss@riemerlaw.com | jamestecce@quinnemanuel.com |
| gravert@ravertpllc.com | jamie.nelson@dubaiic.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzzi@whitecase.com | jason.jurgens@cwt.com |
| harrisjm@michigan.gov | jay.hurst@oag.state.tx.us |
| harveystrickon@paulhastings.com | jay@kleinsolomon.com |
| hbeltzer@mayerbrown.com | jbecker@wilmingtontrust.com |
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdoran@haslaw.com |
| hsteel@brownrudnick.com | jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffery.black@bingham.com |
| israel.dahan@cwt.com | jeffrey.sabin@bingham.com |
| iva.uroic@dechert.com | jeldredge@velaw.com |

*LBH Email Service List*

| | |
|---|---|
| jen.premisler@cliffordchance.com | jlovi@steptoe.com |
| jennifer.demarco@cliffordchance.com | jlscott@reedsmith.com |
| jennifer.gore@shell.com | jmaddock@mcguirewoods.com |
| jeremy.eiden@ag.state.mn.us | jmakower@tnsj-law.com |
| jfalgowski@reedsmith.com | jmazermarino@msek.com |
| jflaxer@golenbock.com | jmcginley@wilmingtontrust.com |
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@fult.com |
| jg5786@att.com | jmmurphy@stradley.com |
| jgenovese@gjb-law.com | jmr@msf-law.com |
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | joseph.cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |

### *LBH Email Service List*

| | |
|---|---|
| jsheerin@mcguirewoods.com | klyman@irell.com |
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jsullivan@mosessinger.com | kovskyd@pepperlaw.com |
| jteitelbaum@tblawllp.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | kreynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | landon@streusandlandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | lmay@coleschotz.com |

## *LBH Email Service List*

| | |
|---|---|
| lmcgowen@orrick.com | mberman@nixonpeabody.com |
| lml@ppgms.com | mberman@nixonpeabody.com |
| lnashelsky@mofo.com | mbienenstock@dl.com |
| loizides@loizides.com | mbloemsma@mhjur.com |
| lromansic@steptoe.com | mbossi@thompsoncoburn.com |
| lscarcella@farrellfritz.com | mcademartori@sheppardmullin.com |
| lschweitzer@cgsh.com | mccombst@sullcrom.com |
| lsilverstein@potteranderson.com | mcordone@stradley.com |
| lubell@hugheshubbard.com | mcto@debevoise.com |
| lwhidden@salans.com | mcyganowski@oshr.com |
| mabrams@willkie.com | mdahlman@kayescholer.com |
| maofiling@cgsh.com | mdorval@stradley.com |
| marc.chait@sc.com | melorod@gtlaw.com |
| margolin@hugheshubbard.com | meltzere@pepperlaw.com |
| mark.bane@ropesgray.com | metkin@lowenstein.com |
| mark.deveno@bingham.com | mfeldman@willkie.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.sherrill@sutherland.com | mh1@mccallaraymer.com |
| martin.davis@ots.treas.gov | mharris@smsm.com |
| marvin.clements@ag.tn.gov | mhopkins@cov.com |
| matt@willaw.com | michael.frege@cms-hs.com |
| matthew.klepper@dlapiper.com | michael.kelly@monarchlp.com |
| maustin@orrick.com | michael.kim@kobrekim.com |
| max.polonsky@skadden.com | michael.mccrory@btlaw.com |
| mbenner@tishmanspeyer.com | michael.reilly@bingham.com |

*LBH Email Service List*

| | |
|---|---|
| millee12@nationwide.com | mshiner@tuckerlaw.com |
| miller@taftlaw.com | msiegel@brownrudnick.com |
| mimi.m.wong@irscounsel.treas.gov | msolow@kayescholer.com |
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mvenditto@reedsmith.com |
| mjr1@westchestergov.com | mwarren@mtb.com |
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| mlandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |

### LBH Email Service List

| | |
|---|---|
| peisenberg@lockelord.com | rfriedman@silvermanacampora.com |
| peter.gilhuly@lw.com | rgmason@wlrk.com |
| peter.macdonald@wilmerhale.com | rgraham@whitecase.com |
| peter.simmons@friedfrank.com | rhett.campbell@tklaw.com |
| peter@bankrupt.com | richard.lear@hklaw.com |
| pfeldman@oshr.com | richard.levy@lw.com |
| phayden@mcguirewoods.com | richard.tisdale@friedfrank.com |
| pmaxcy@sonnenschein.com | richard@rwmaplc.com |
| ppascuzzi@ffwplaw.com | ritkin@steptoe.com |
| ppatterson@stradley.com | rjones@boultcummings.com |
| psp@njlawfirm.com | rleek@hodgsonruss.com |
| ptrain-gutierrez@kaplanlandau.com | rlevin@cravath.com |
| ptrostle@jenner.com | rmatzat@hahnhessen.com |
| pwright@dl.com | rmcneill@potteranderson.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | robert.bailey@bnymellon.com |
| rajohnson@akingump.com | robert.dombroff@bingham.com |
| ramona.neal@hp.com | robert.henoch@kobrekim.com |
| ranjit.mather@bnymellon.com | robert.malone@dbr.com |
| raul.alcantar@ropesgray.com | robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | robin.keller@lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | ross.martin@ropesgray.com |
| rfrankel@orrick.com | rqureshi@reedsmith.com |

*LBH Email Service List*

rrainer@wmd-law.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

rtrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sagrawal@susmangodfrey.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sean@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

## *LBH Email Service List*

| | |
|---|---|
| squigley@lowenstein.com | thomas.ogden@dpw.com |
| sree@lcbf.com | thomas_noguerola@calpers.ca.gov |
| sschultz@akingump.com | tim.desieno@bingham.com |
| sselbst@herrick.com | timothy.brink@dlapiper.com |
| sshimshak@paulweiss.com | timothy.palmer@bipc.com |
| sskelly@teamtogut.com | tjfreedman@pbnlaw.com |
| steele@lowenstein.com | tkarcher@dl.com |
| stephen.cowan@dlapiper.com | tkiriakos@mayerbrown.com |
| steve.ginther@dor.mo.gov | tlauria@whitecase.com |
| steven.troyer@commerzbank.com | tmacwright@whitecase.com |
| steven.wilamowsky@bingham.com | tmarrion@haslaw.com |
| streusand@streusandlandon.com | tnixon@gklaw.com |
| susan.schultz@newedgegroup.com | toby.r.rosenberg@irscounsel.treas.gov |
| susheelkirpalani@quinnemanuel.com | tony.davis@bakerbotts.com |
| sweyl@haslaw.com | tslome@msek.com |
| swolowitz@mayerbrown.com | ttracy@crockerkuno.com |
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | villa@streusandlandon.com |
| tbrock@ssbb.com | vmilione@nixonpeabody.com |
| tdewey@dpklaw.com | vrubinstein@loeb.com |
| tduffy@andersonkill.com | walter.stuart@freshfields.com |
| teresa.oxford@invescoaim.com | wanda.goodloe@cbre.com |
| tgoren@mofo.com | wballaine@lcbf.com |
| thaler@thalergertler.com | wbenzija@halperinlaw.net |
| thomas.califano@dlapiper.com | wchen@tnsj-law.com |

*LBH Email Service List*

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com


Additional Parties:

harvey.miller@weil.com

jacqueline.marcus@weil.com

lori.fife@weil.com

richard.krasnow@weil.com

robert.lemons@weil.com

# EXHIBIT B

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL, ESQ.,
AND EVAN R. FLECK, ESQ.,


WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ.,
ROBERT J. LEMONS, ESQ., AND JACQUELINE MARCUS, ESQ.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004