SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Solomon J. Noh
Alexa J. Loo

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
:
In re: : Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : Case No. 08 – 13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On January 11, 2012, I caused to be served via hand delivery to the parties on the service list annexed hereto as "Exhibit A" true and correct copies of the *Response of The Tudor BVI Global Portfolio Fund to Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivative Claims)*.

NYDOCS03/941192.1

_____
Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 12th day of January, 2012.

_____

TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20 14

NYDOCS03/941192.1

**Exhibit A**

Weil Gotshal & Manges LLP
Attn:   Robert Lemons and Lee Goldberg
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:   Elisabeth Gasparini, Andrea Schwartz, and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

NYDOCS03/941192.1