Peter A. Zisser, Esq.
Squire Sanders (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: +1.212.872.9800
Facsimile: +1.212.872.9815
peter.zisser@squiresanders.com

Counsel to ITOCHU Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*,  :    08-13555 (JMP)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF**
**RESPONSE OF ITOCHU CORPORATION**
**OPPOSING DEBTORS' TWO HUNDRED FOURTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVE CLAIMS)**

STATE OF NEW YORK      }
                       }s.s.:
COUNTY OF NEW YORK     }

Wilfred Lancaster, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in North Plainfield, New Jersey.

That on the 12th day of January, 2012, I caused to be served by personal delivery a true copy of the following: *Response of Itochu Corporation Opposing 244th Omnibus Objection,* upon the parties on the attached Service List.

                                        /s/Wilfred Lancaster
                                        Wilfred Lancaster

Sworn to before me on this,
the 12th day of January, 2012

  /s/Rudy Green
    Rudy Green
Notary Public, State of New York,
No. 02GR4952723, Qualified in Queens County
Commission Expires 2/26/2014

## SERVICE LIST

Ms. Lynda Calderon
Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
1 Bowling Green, Room 601
New York, New York 10004-1408

Robert J. Lemons, Esq.
Lee Goldberg, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Elisabetta Garparini, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005