UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------X

# FIFTH AMENDED VERIFIED STATEMENT OF CLEARY GOTTLIEB STEEN & HAMILTON LLP PURSUANT TO BANKRUPTCY RULE 2019(a)

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above captioned chapter 11 cases of Lehman Brothers Holdings Inc. and related subsidiaries and affiliates (collectively, the "Debtors"), hereby submits this amended verified statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

1.   Cleary Gottlieb is counsel to the Entities in the above captioned cases. The address for Cleary Gottlieb for purposes of this statement is One Liberty Plaza, New York, NY 10006.

2.   The mailing address for each of the Entities is listed on Exhibit A hereto.

3.   Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

4.   The specific nature and amounts of the claims held by the Entities is set forth in proofs of claims filed against the Debtors' estates.

5.   The following are the facts and circumstances in connection with Cleary Gottlieb's employment in these cases. Cleary Gottlieb represented certain of the Entities or their

affiliates prior to the Debtors' chapter 11 cases. Each of the Entities separately requested that Cleary Gottlieb represent them in connection with the Debtors' chapter 11 cases. Cleary Gottlieb also represents certain of the Entities on matters unrelated to the cases.

6. The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Cleary Gottlieb's representation of such entities.

7. Cleary Gottlieb also represents or advises, or may have represented or advised other parties in interest with respect to the cases that have not been included in the Statement because the parties that Cleary Gottlieb represents do not currently intend to appear in the cases or such representations have been concluded. These parties in interest include, among others, commercial and investment banks, private equity and hedge funds, and other financial institutions, exchanges, and clearing organizations that are parties to various agreements with the Debtors.

8. Cleary Gottlieb has provided legal advice to certain of the Debtors in the past but none of the Debtors is a current client. With respect to such services, Cleary Gottlieb has prepetition claims against certain of the Debtors.

9. Cleary Gottlieb will supplement this Statement as necessary.

Dated: January 12, 2012

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Carmine D. Boccuzzi
    Carmine D. Boccuzzi
    Thomas J. Moloney
    Sean A. O'Neal
    Members of the Firm

    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

I, Carmine D. Boccuzzi, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

By: /s/ Carmine D. Boccuzzi

Carmine D. Boccuzzi

Executed this the 12th day of January, 2012.

EXHIBIT A: LIST OF ENTITIES

**Attorneys for:**
Absa Capital Limited
15 Alice Lane, Sandown,
Sandton 2196
Republic of South Africa

Barclays Capital Inc. and affiliates
200 Park Avenue
New York, NY 10166

Barclays Bank, PLC and affiliates
1 Churchill Place
London E14 5HP

D. E. Shaw Composite Portfolios, L.L.C. and affiliates
120 West 45th Street
New York, NY 10036

D. E. Shaw Oculus Portfolios, L.L.C. and affiliates
120 West 45th Street
New York, NY 10036

J. Aron & Company
85 Broad Street
New York, NY 10004

Goldman Sachs Bank USA (formerly known as
Goldman Sachs Capital Markets, L.P.)
85 Broad Street
New York, NY 10004

Goldman Sachs International
Peterborough Court
133 Fleet Street
London EC4A 2BB

Goldman Sachs International Bank
Peterborough Court
133 Fleet Street
London EC4A 2BB

Goldman Sachs (Asia) Finance
35th Fl.
Citibank Plaza
3 Garden Road
Central, Hong Kong

Goldman, Sachs & Co., for itself and on behalf
of certain funds and accounts for which it acts
as investment manager
85 Broad Street
New York, NY 10004

Goldman Sachs Japan Co. Ltd.
ARK Mori Building,
1-12-32 Akasaka, Minato-ku
Tokyo 107-6005, Japan

Goldman Sachs (Japan) Ltd.
ARK Mori Building,
1-12-32 Akasaka, Minato-ku
Tokyo 107-6005, Japan

Goldman Sachs Credit Partners L.P.
85 Broad Street
New York, NY 10004

GS European Performance Fund Limited
85 Merrion Square
Dublin 2, Ireland

Goldman Sachs Asset Management, L.P. on behalf
of certain funds and accounts for which
it acts as investment manager
32 Old Slip
New York, NY 10005

Goldman Sachs Asset Management International
on behalf of certain funds and accounts
for which it acts as investment manager
Peterborough Court
133 Fleet Street
London EC4A 2BB
United Kingdom

A-2

GS Investment Strategies, LLC on behalf of
certain funds and accounts for which it acts
as investment manager
1 New York Plaza
New York, NY 10004

GSW GRUNDBESITZ GMBH & CO KG
Kochstraße 22
Berlin 109669
Germany
Harpen Immobilien GmbH & Co. KG
D-Voßkuhle 38,
Dortmund 44141
Germany

WH2005/NIAM III East Holding Oy
c/o Niam AB Box 7693
Stockholm 10395
Sweden

Zwinger Opco 6 BV
Strawinskylaan 1161
Amsterdam 1077 XX
NLD

Wachovia Bank, N.A.
301 South College Street
Charlotte, North Carolina 28288

Wachovia Securities International Limited
30 Fenchurch Street
One Plantation Place
London, EC3M 3BD
United Kingdom

Evergreen Income Advantage Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Multi-Sector Income Fund (fka
Evergreen Managed Income Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Utilities and High Income Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Fixed Income Trust on behalf of its
series: Evergreen High Income Fund (fka Evergreen
High Yield Bond Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Select Fixed Income Trust on behalf
of its series: Evergreen Select High Yield Bond
Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Variable Annuity Trust on behalf of
its series: Evergreen VA High Income Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Select High Yield Bond Trust
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Core Bond Trust Full Discretion
(fka Evergreen Core Bond Trust)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen International Bond Trust
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Intermediate Bond Trust Full Discretion
(fka Evergreen Intermediate Bond Trust)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Global Dividend Opportunity Fund
(fka Evergreen Global Dynamic Dividend
Opportunities Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen International Balanced Income Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Equity Trust on behalf of its series:
Evergreen Diversified Capital Builder Fund
(fka Evergreen Balanced Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Money Market Trust on behalf of
its series: Evergreen California Municipal
Money Market Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Money Market Trust on behalf
of its series: Evergreen Municipal Money
Market Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Money Market Trust on behalf
of its series: Evergreen New Jersey Municipal
Money Market Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Money Market Trust on behalf
of its series: Evergreen New York Municipal
Money Market Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Money Market Trust on behalf
of its series: Evergreen Pennsylvania Municipal
Money Market Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Municipal Trust on behalf of its series:
Evergreen California Municipal Bond Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Municipal Trust on behalf of its series: Evergreen High Income Municipal Bond Fund (fka Evergreen Florida High Income Municipal Bond Fund)
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Municipal Trust on behalf of its series: Evergreen Municipal Bond Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Municipal Trust on behalf of its series: Evergreen North Carolina Municipal Bond Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Municipal Trust on behalf of its series: Evergreen Short-Intermediate Municipal Bond Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Municipal Trust on behalf of
its series: Evergreen Strategic Municipal
Bond Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Municipal Trust on behalf of
its series: Evergreen Pennsylvania
Municipal Bond Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Fixed Income Trust on behalf of
its series: Evergreen Core Plus Bond Fund
(fka Evergreen Diversified Bond Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Fixed Income Trust on behalf of
its series: Evergreen Institutional Mortgage Portfolio
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Fixed Income Trust on behalf of its
series: Evergreen Diversified Income Builder
Fund (fka Evergreen Strategic Income Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Fixed Income Trust on behalf of
its series: Evergreen U.S. Government Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Fixed Income Trust on behalf of its series: Evergreen Ultra Short Opportunities Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Adjustable Rate Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Core Bond Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Intermediate Municipal Bond Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Select Fixed Income Trust on behalf of its series: Evergreen Short Intermediate Bond Fund
c/o Evergreen Investment Management Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Select Money market Trust on
behalf of its series: Evergreen Institutional
Money Market Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Variable Annuity Trust on behalf
of its series: Evergreen VA Core Bond Fund
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Variable Annuity Trust on behalf of
its series: Evergreen VA Diversified Income
Builder Fund (fka Evergreen VA Strategic
Income Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Variable Annuity Trust on behalf of
its series: Evergreen Diversified Capital Builder
Fund (fka Evergreen VA Balanced Fund)
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Long Duration Trust
c/o Evergreen Investment Management
Company, LLC
200 Berkeley Street
Boston, MA 02116

Evergreen Investment Management
Company, LLC, acting as agent for various funds
200 Berkeley Street
Boston, MA 02116

AB Svensk Exportkredit
Västra Trädgårdsgatan 11B
SE-103 27 Stockholm
Sweden

Abu Dhabi Investment Authority
211 Corniche, P.O. Box 3600
Abu Dhabi
United Arab Emirates

Autonomy Rochevera One Limited
c/o Autonomy Capital Research LLP
8-11 Denbigh Mews
London SW1V 2HQ
United Kingdom

Autonomy Master Fund Limited
c/o Autonomy Capital Research LLP
8-11 Denbigh Mews
London SW1V 2HQ
United Kingdom

Banco Bilbao Vizcaya Argentaria, S.A.
Paseo de la Castellana
8128046 Madrid
Spain

Deutsche Postbank AG
Kennedyallee 62-70
53175 Bonn
Germany

PB Capital Corporation
230 Park Avenue
New York, NY
10169

Nordic Investment Bank
P.O. Box 249
Fabianinkatu 34
FI-00171 Helsinki
Finland

Zwinger Opco 6 BV
c/o Whitehall Management Services BV
D-Tower, 11th Floor
Strawinskylaan 1161
1077 XX Amsterdam, the Netherlands

Banc of America Strategic Ventures, Inc.
c/o Banc of America Legal Dept.
135 South LaSalle Street
Chicago, Illinois 60602

Bank of America, N.A.
One Bryant Park
11th Floor
New York, New York 10036

Finmeccanica S.p.A.
Piazza Monte Grappa, 4
00195 Rome
Italy