# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc        Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Yorvik Partners LLP** | **Volksbank Peine eG** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Lisa King<br>Yorvik Partners LLP<br>11 Ironmonger Lane<br>London EC2V 8EY<br>U.K.<br><br>e-mail: l.king@yorvikpartners.com<br><br>Phone:    +44 20 7796 5906<br><br>Last Four Digits of Acct. #: _____ | Court Claim # (if known):    5276<br><br>Amount of Claim: US$ 3,654,481.59  (transferred amount 100%)<br><br>Date Claim Filed:    13 July 2009<br><br><br><br><br><br>Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*[signature]*

By: _____        Date:    12 January 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Abtretungserklärung

Datum:            03. Dezember 2009

Diese Abtretungserklärung („Abtretungserklärung") wird eingegangen in Übereinstimmung mit der Verkaufserklärung, nachgewießen durch die Trade Confirmation vom 4. Dezember 2009 mit Handelsdatum 4. Dezember 2009, zwischen Volksbank Peine eG, geschäftsansässig in Am Markt 2, 31224 Peine, Deutschland („Abtretende") und Yorvik Partners LLP, geschäftsansässig in 11 Ironmonger Lane, London EC2V 8EY, U.K. („Abtretungsempfänger").

Am Valutatag, wird die Abtretung der Forderung durch den Abtretenden an den Abtretungsempfänger, basierend auf den angeführten Bedingungen hierin und gemäß der Verkaufserklärung, rechtskräftig.

### Zu übertragene Forderung

| | |
|---|---|
| Darlehensnehmer: | Lehman Brothers Bankhaus AG, Rathenauplatz 1, 60313 Frankfurt am Main, Deutschland (für welche die BAFin am 15. September 2008 ein Moratorium eröffnete und über deren Vermögen am 13. November 2008 das Insolvenzverfahren eröffnet wurde) |
| Forderung: | Forderungs aus Schuldscheindarlehen Nr. 000107 datiert 11. Januar 2007 mit Fälligkeit 11. Januar 2012, nachgewießen durch Forderungsbescheinigung Nr. 810 IN 1120/08 L-2 |
| Garantiegeber: | Lehman Brothers Holding Inc. Garantie datiert 21. November 2002 („Garantie") und Nachweis der Forderungsanmeldung in United States Bankruptcy Court Southern District New York unter Case Number 08-13555 (JMP), datiert 13. Juli 2009 |
| Forderungsbetrag: | EUR 2.500.000,00 |
| Forderungsbetrag (inkl. Zinsen): | EUR 2.571.043,75 |
| Status der Forderung: | Angemeldet und vom Insolvenzverwalter festgestellt (Zinsen bestritten) |

Der Abtretende erklärt sich einverstanden, am Valutatag, alle Rechte (inklusive Nebenrechten), Zinsen, Leistungen, Verpflichtungen und Rückforderungsanspruch aus und im Zusammenhang mit der zu übertragenden Forderung, sowie alle Rechte, Zinsen und Leistungen aus und im Zusammenhang mit der Garantie (inklusive Garantien, Bürgschaften und anderen Sicherheiten von Dritten), und alle Rechte des Abtretenden im Zusammenhang mit Vollstreckung der Forderung abzutreten.

Valutatag:            14. Dezember 2009.

Für die abgetretenen Forderungen sind die Bedingungen des Schuldscheines maßgebend.

Diese Vereinbarung unterliegt deutschem Recht. Gerichtsstand ist Frankfurt am Main, Deutschland.

| Abtretender: | Abtretungsempfänger: |
|---|---|
| Volksbank Peine eG: | Yorvik Partners LLP |
| *(signed) Volksbank Peine eG* | *(signed)* |
| Name: Gerhard Brunke / Ralf Schierenboken | Name: [illegible] |
| Titel: Vorstandsmitglieder | Titel: Partner |

Anhang:

Schuldschein 000107 11. Januar 2007
Forderungsanmeldung Amtsgericht Frankfurt 20. Januar 2008
Beglaubigter Auszug aus Insolvenztabelle 15 Juli 2009
Lehman Brothers Holding Inc Garantie 21. November 2002
Proof of claim filing US Bankruptcy Court 13. July 2009
Garantie Fragebogen
Acknowledgement of receipt of proof of claim 16. September 2009