UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: Chapter 11
In re: : Case No. 08-13555(JMP)
:
Lehman Brothers Holdings Inc., et al., : (Jointly Administered)
:
Debtors. : <u>CERTIFICATE OF
SERVICE</u>
:
------------------------------------------------------------------ X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 12th day of January 2012 the Notice of Appearance and Request for Service of Papers; the Fifth Amended Verified Statement of Cleary Gottlieb Steen & Hamilton LLP Pursuant to Bankruptcy Rule 2019(a) with Exhibit A; and the Verified Response of Finmeccanica S.P.A. to the Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivative Claims) with Exhibits A and B were served by hand upon:

      Weil Gotshal & Manges LLP
      767 Fifth Avenue
      New York, NY 10153
      Attn: Richard P. Krasnow, Esq.
            Lori R. Fife, Esq.
            Jacqueline Marcus, Esq.
            Robert Lemons, Esq.

      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, NY 10005
      Attn: Dennis Dunne, Esq.
            Wilbur Foster, Jr., Esq.
            Dennis O'Donnell, Esq.
            Evan Fleck, Esq.

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
       Elisabetta G. Gasparini, Esq.
       Andrea B. Schwartz, Esq.

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
       January 12, 2012

_____
Richard V. Conza