B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Halcyon Loan Trading Fund LLC</u> | <u>Deutsche Bank AG, London Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Halcyon Loan Trading Fund LLC
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York 10022
Attention: Matt Seltzer

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):<u>67669 (amending claim 15647, filed on 9/17/09)</u>
Amount of Claim: <u>$41,006,355.48</u>
Date Claim Filed: <u>9/28/11</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

703099v.1 9999/00999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 1/12/12
Name of Transferee/Transferee's Agent
Aaron Goldberg
Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

703099v.1 9999/00999

Rule 3001(e) –Transfer of LBHI Claim # 67669 and 15647

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court, Southern District of New York
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc.

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 67669 (which amends 15647) **(FULL TRANSFER)**

**DEUTSCHE BANK AG, LONDON BRANCH.**, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment Agreement dated 13 December 2011, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**HALCYON LOAN TRADING FUND LLC**
c/o HALCYON ASSET MANAGEMENT LP
477 MADISON AVENUE - 8TH FLOOR
NEW YORK, NEW YORK 10022
ATTENTION: MATT SELTZER
TELEPHONE: 212-303-9487
FAX: 212-838-8299
MSELTZER@HALCYONLLC.COM

("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holding Inc., in (i) Proof of Claim No. 67669 and (ii) Proof of Claim No. 15647 (collectively, the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 09 day of January, 2012.

| DEUTSCHE BANK AG, LONDON BRANCH | HALCYON LOAN TRADING FUND LLC By: Halcyon Offshore Asset Management LLC, Its Investment Manager |
|---|---|
| By: _____ Name: Philipp Roever Title: Vice President Tel.: | By: _____ Name: James W. Svkes Title: Managing Principal Tel.: |
| By: _____ Name: Ross Miller Title: Director Tel.: | By: _____ Name: ron Goldberg Title: Chief Financial Officer Tel.: |