UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13555 (JMP)<br>)<br>) Jointly Administered<br>) |

Proof of Claim No.: **15365**
Date Proof of Claim Filed: **September 17, 2009**
Amount of Claim Transferred: **$164,371.35**

<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)</u>

TO:    TRANSFEROR:    **Barclays Bank PLC**
**200 Park Ave.**
**New York, New York 10166**

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **15365** against Lehman Brothers Holdings Inc. in the amount of **$164,371.35** as evidenced by the attached Evidence of Transfer of Claim to:

    TRANSFEREE:    **Wilshire Institutional Master Fund II SPC – Wilshire Ore**
**Hill International Segregated Portfolio**
**c/o GLG Ore Hill LLC**
**650 Fifth Ave., 9th Floor**
**New York, New York 10019**

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                                              Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged Barclays Bank PLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Wilshire Institutional Master Fund II SPC – Wilshire Ore Hill International Segregated Portfolio (the "Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with $164,371.35 of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), represented by claim number 15365 against Lehman Brothers Holdings Inc. (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 23 day of December 2011.

| **Barclays Bank PLC** | **Wilshire Institutional Master Fund II SPC – Wilshire Ore Hill International Segregated Portfolio** |
|---|---|
| | By: GLG Ore Hill LLC |
| | Its: Sub-Advisor |
| By: _____ | By: _____ |
| Name: _____ | Name: CLAUDE A. BAUM |
| Title: _____ | Title: Vice President |
| Address: | Address: |
| 200 Park Ave. | 650 Fifth Ave., 9th Floor |
| New York, New York 10166 | New York, New York 10019 |