WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
-------------------------------------------------------------------x

NOTICE OF ADJOURNMENT
OF DEBTORS' FORTY-FIRST OMNIBUS OBJECTION
TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 13, 2012
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Chan, Lori | 67020 |
| Davy, Darren | 63539 |
| Dmuchowski, John J | 34402 |
| Hahn-Colbert, Sandra M. | 34726 |
| Hahn-Colbert, Sandra M. | 34727 |
| King, Harriet Chan | 34546 |
| Reid, Wayne D, II | 65975 |
| Reid, Wayne D, II | 65976 |