WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                             :
In re                                        :    **Chapter 11 Case No.**
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
                                             :
                    Debtors.                 :    **(Jointly Administered)**
                                             :
                                             :
----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT
## OF DEBTORS' TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION
## TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Twenty-

Fourth Omnibus Objection to Claims (Late-Filed Claims) that was scheduled for January 26,

2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim**

**listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

US_ACTIVE:\43898836\01\58399.0008

Dated:  January 13, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Adjourned Claim:**

| Claimant Name | Claim Number |
|---|---|
| FRANZ, ROBERT | 67641 |