WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\-----------------------------------------------------------------x
:
**In re**                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :    **08-13555 (JMP)**
:
Debtors.                                  :    **(Jointly Administered)**
:
:
\-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' ONE HUNDRED EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS) AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims), ECF No. 19396, solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to

object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  January 13, 2012
       New York, New York

                          /s/ Robert J. Lemons
                          Robert J. Lemons

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Inverell Shire Council | 18687 |

US_ACTIVE:\43902139\01\58399.0008