WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' TWO**
**HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

US_ACTIVE:\43866402\04\58399.0003

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 13, 2012
       New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Debtors
                                  and Debtors in Possession

## Exhibit A

## Claims Adjourned to February 22, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| AFCO CARGO PIT LLC | 22899 | 21796 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | 44972 | 22630 |
| CERBERUS INTERNATIONAL, LTD. | 25006 | N/A |
| CERBERUS INTERNATIONAL, LTD. | 25009 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32089 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32101 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23642 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23643 | N/A |