WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**               :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
Debtors.         :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' TWO**
**HUNDRED FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for January 26, 2012, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43901602\01\58399.0003

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  January 13, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims Adjourned to February 22, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
| --- | --- | --- |
| AECO GAS STORAGE PARTNERSHIP | 15075 | N/A |
| AECO GAS STORAGE PARTNERSHIP | 15077 | N/A |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 12) | 20324 | N/A |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 12) | 20325 | N/A |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | 20326 | N/A |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | 20327 | N/A |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | 20329 | N/A |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | 20333 | N/A |
| DEUTSCHE BANK AG | 27906 | N/A |
| DEUTSCHE BANK AG | 28465 | N/A |
| DEUTSCHE BANK AG | 28466 | N/A |
| FINMECCANICA S.P.A. | 7366 | 24243 |
| FINMECCANICA S.P.A. | 7367 | 24243 |
| ITOCHU CORPORATION | 10367 | 24234 |
| JUDSON | 1166 | N/A |