WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                           :

**In re**                          :        **Chapter 11 Case No.**
                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                           :

               **Debtors.**     :        **(Jointly Administered)**
                           :
                           :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' TWO**
**HUNDRED FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(UNISSUED GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Forty-

Fifth Omnibus Objection to Claims (Unissued Guarantee Claims), that was scheduled for

January 26, 2012, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as**

**to the claim listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  January 13, 2012
      New York, New York

            /s/ Robert J. Lemons
            Robert J. Lemons

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

**Exhibit A**

**Claim Adjourned to February 22, 2012 Hearing**:

| Claimant Name | Claim Number | ECF Nos. |
|---|---|---|
| MIDFIRST BANK | 24663 | 24199, 24200 |