UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: Chapter 11 Case No.
:
In re : 08-13555 (JMP)
: (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: Ref. Docket Nos. 23682-23684,
Debtors. : 23708, 23782, 23786-23789, 23792,
: 23845, 23847-23850, 23853-23859,
: 23861, 23863-23870, 23875-23878,
: 23880-23884, 23887, 23888, 23890-
----------------------------------------------------------------x 23897, 23899, 23901-23903, 23905-
: 23907, 23909, 23922-23934, 23936-
: 23939, 23941, 23943, 23944, 23946-
: 23949, 23951, 23952, 23964-23972
In re :
: Chapter 11 Case No.
LEHMAN BROTHERS SPECIAL FINANCING :
INC., : 08-13888 (JMP)
Debtors. : (Jointly Administered)
:
: Ref. Docket Nos. 304, 307
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2012 I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
12th day of January, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC
         TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
         745 SEVENTH AVENUE
         NEW YORK NY 10019
```

Please note that your claim # 59098-68 in the above referenced case and in the amount of
       $7,500,000.00       has been transferred **(unless previously expunged by court order)**

```
         LIQUIDATION OPPORTUNITIES MASTER FUND, LP
         TRANSFEROR: BARCLAYS BANK PLC
         C/O ALDEN GLOBAL CAPITAL
         ATTN: CHRIS SCHOLFIELD
         885 THIRD AVENUE
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23869     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2012                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   January 5, 2012.

# EXHIBIT B

```
TIME: 12:20:00                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 01/05/12                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LLC | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/9 ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANK SARASIN & CO. LTD. | FRANK LINK & PATRICK GRIBI, LEGAL COUNSEL, GROUP LEGAL ELISABETHENSTRASSE 62 BASEL CH-4002 SWITZERLAND |
| BANK SARASIN & CO. LTD. | TRANSFEROR: NEUE AARGAUER BANK AG BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BEUNNEL BV | ROMY SCHNEIDERWEG 21 ALMERE 1325 LW NETHERLANDS |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: LOPEZ, AIDA MARIA ARNAIZ ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: PEDRAZA LLANOS, JOSE LUIS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CF CLAIMS LLC | TRANSFEROR: BEUNNEL BV ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: FREDERICK, BRYAN AND SUSAN ANN BUNCE ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: LAMACQ, PEGGY ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: SCHMIEDER, KARL ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: COSMO SECURITIES CO, LTD GUILHEM GOYARD MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X·7JH UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD. | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: GUILHEM GOYARD 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID SHARPE LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO. C/O RICHARDS KIBBE ORBE LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CITY OF ZURICH PENSION FUND (PENSIONSKASSE STADT ZURICH) ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CITY OF ZURICH PENSION FUND (PENSIONSKASSE STADT ZURICH) ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM ASSET ALLOCATION FUNDS - GROWTH PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM ASSET ALLOCATION FUNDS - GROWTH PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:20:00                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 01/05/12                                              CREDITOR LISTING

Name                                            Address

DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM CANADIAN GLOBAL TRUST - PUTNAM CANADIAN FIXED INCOME LONG FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR
                                                NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM GLOBAL INCOME TRUST ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM HIGH YIELD ADVANTAGE FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM HIGH YIELD TRUST ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM INTERNATIONAL DISTRIBUTORS, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC AS SUCCESSOR TO PUTNAM CREDIT HEDGE FUND, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR
                                                NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC PUTNAM GLOBAL GROWTH EQUITY FUND- INSTITUTIONAL INCUBATED FUND ATTN: JEFFREY OLINSKY
                                                60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC - PUTNAM GLOBAL GROWTH EQUITY FUND - INSTITUTIONAL INCUBATED FUND ATTN: JEFFREY OLINSKY
                                                60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC-INTERNATIONAL CORE CONCENTRATED EQUITY - INSTITUTIONAL INCUBATED FUND
                                                ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC-INTL CORE CONCENTRATED EQUITY INSTITUTIONAL INCUBATED FUND ATTN: JEFFREY OLINSKY
                                                60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOILO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM TOTAL RETURN FUND, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM TOTAL RETURN TRUST ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM WORLD TRUST - PUTNAM GLOBAL FIXED INCOME ALPHA FUND S2 ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR
                                                NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM WORLD TRUST - PUTNAM GLOBAL HIGH YIELD BOND FUND ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM WORLD TRUST - PUTNAM TOTAL RETURN FUND ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PUTNAM WORLD TRUST-PUTNAM GLOBAL FIXED INCOME ALPHA FUND S2 ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR
                                                NEW YORK NY 10005
DEWITT SECURITIES LTD                           PASEA ESTATE PO BOX 958 ROAD TOWN, TORTOLA    VIRGIN ISLANDS (BRITISH)
DIRECTORS GUILD OF AMERICA-PRODUCER             TRANSFEROR: WESTERN ASSET US CORE PLUS C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1817 385 E. COLORADO BLVD
  BASIC PENSION PLAN                            PASADENA CA 91101
DIRECTORS GUILD OF AMERICA-PRODUCER             TRANSFEROR: WESTERN ASSET US CORE PLUS- UNIVERSAL, LLC C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 1817
  BASIC PENSION PLAN                            385 W. COLORADO BLVD PASADENA CA 91101
ELLINGTON OVERSEAS PARTNERS LTD                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SHAWN CHEN, ESQ. 2000 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20006
ELLINGTON OVERSEAS PARTNERS LTD                 C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870
ELLINGTON OVERSEAS PARTNERS, LTD.               TRANSFEROR: ELLINGTON EMERGING MARKETS FUND, LTD C/O ELLINGTON MANAGEMENT GROUP, LLC ATTN: LAURENCE PENN 53 FOREST AVENUE, SUITE 301
                                                OLD GREENWICH CT 06870
EOP FUNDING MASTER, LTD.                        TRANSFEROR: ELLINGTON OVERSEAS PARTNERS LTD C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE OLD GREENWICH CT 06870
EOP FUNDING MASTER, LTD.                        TRANSFEROR: ELLINGTON OVERSEAS PARTNERS, LTD. C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE OLD GREENWICH CT 06870
FREDERICK, BRYAN AND SUSAN ANN BUNCE            62 SHAKESPEARE ROAD EYNSHAM, WITNEY OXFORDSHIRE   OX29 4P4 UNITED KINGDOM
GOLDMAN SACHS & CO.                             TRANSFEROR: CITIBANK, N.A. ATTN.: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: TPG-AXON PARTNERS, L.P. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            TRANSFEROR: CITIBANK, N.A. ATTN.: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GPC 79, LLC                                     C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
GPC 79, LLC                                     JEFFREY DILLABOUGH GPC 79, LLC C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVENUE, 20TH FLOOR NEW YORK NY 10022
GPC LXIV, LLC                                   C/O GUGGENHEIM ADVISORS, LLC ATTN DANIEL J CAFFARELLI 135 EAST 57TH STREET, 11TH FL NEW YORK NY 10022
HBK MASTER FUND L.P.                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HSBC PRIVATE BANK (UK) LIMITED                  FAO: CHIEF RISK OFFICER 78 ST JAMES'S STREET LONDON   SW1A 1JB UNITED KINGDOM
ICCREA BANCA S.P.A.                             ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                             ATTN: C.A. LEGAL DEPARTMENT AVV. CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA   00178 ITALY
```

```
TIME: 12:20:00                                  LEHMAN BROTHERS HOLDING INC.                                          PAGE:    3
DATE: 01/05/12                                       CREDITOR LISTING

Name                                            Address
ILLIQUIDX LLP                                   TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET
                                                LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: NATIONAL CITY BANK C/O PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: NATIONAL CITY BANK, C/O PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                NEW YORK NY 10005
LAMACQ, PEGGY                                   8 PEBMARSH ROAD COLNE ENGAINE COLCHESTER ESSEX CO6 2HD UNITED KINGDOM
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
LP
LOPEZ, AIDA MARIA ARNAIZ                        CAJA DE CREDITO DE LOS INGNENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN
LOPEZ, AIDA MARIA ARNAIZ                        C/BAQUE, 6 CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN
LUZERNER KANTONALBANK AG                        BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                        IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                        LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: GPC 79, LLC ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: GPC LXIV, LLC ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
NEUE AARGAUER BANK AG                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
NEW FINANCE ALDEN SPV                           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NOMURA INTERNATIONAL PLC                        PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NOMURA INTERNATIONAL PLC                        TRANSFEROR: INVERSIONES NHET, S.L. ATTN: LUKE NOLAN 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM
NOMURA INTERNATIONAL PLC                        TRANSFEROR: NAVARRO IGLESIAS, JOSE LUIS ATTN: LUKE NOLAN 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM
PEDRAZA LLANOS, JOSE LUIS                       CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN
PEDRAZA LLANOS, JOSE LUIS                       C/CAMI DE CAN GANXET, 47-1-2 SANT CUGAT DEL VALLES (BARCELONA) 08190 SPAIN
SCHMIEDER, KARL                                 SCHENKENZELLER STR 131 SCHILTACH 77761 GERMANY
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND IX, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND IX, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND IX-A, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND IX-A, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND VI-A, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND X (MASTER), L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND X (MASTER), L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: THE VARDE FUND, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: JONATHAN R SILVERMAN 360 MADISON AVENUE, 22ND FL
                                                NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR
                                                NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                  TRANSFEROR: VARDE INVESTMENT PARTNERS,L.P. ATTN: JONATHAN R SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
STRATEGIC VALUE MASTER FUND, LTD                ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
STRATEGIC VALUE MASTER FUND, LTD                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
                                                GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.               ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017

                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:20:00                            LEHMAN BROTHERS HOLDING INC.                                                 PAGE:    4
DATE: 01/05/12                                 CREDITOR LISTING

Name                                                  Address
STRATEGIC VALUE MASTER FUND, LTD.                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
                                                      GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS                    ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
 MASTER FUND II, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
 MASTER FUND II, L.P.                                 GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS                    ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
 MASTER FUND, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
 MASTER FUND, L.P.                                    GREENWICH CT 06830
SWISS ASSET & RISK MANAGEMENT AG                      BAHNHOFSTRASSE 4 SCHWYZ  6431 SWITZERLAND
THE VARDE FUND IX, L.P.                               TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.                       TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                                  TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
UNITED MIZRAHI BANK (SWITZERLAND) LTD.                MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE., 34TH FL NEW YORK NY 10022
UNITED MIZRAHI BANK (SWITZERLAND) LTD.                NUSCHELERSTRASSE 31 ZURICH  CH-8021 SWITZERLAND
VARDE INVESTMENT PARTNERS (OFFSHORE)                  TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                       TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WESTERN ASSET MORTGAGE BACKED SECURITIES              C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1602 385 E. COLORADO BLVD. PASADENA CA 91101
 PORTFOLIO LLC
WESTERN ASSET MORTGAGE BACKED SECURITIES              C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1602 385 E. COLORADO BLVD PASADENA CA 91101
 PORTFOLIO, LLC
WESTERN ASSET US CORE PLUS - UNIVERSAL,               C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2372 385 E. COLORADO BLVD PASADENA CA 91101
 L.L.C.
WESTERN ASSET US CORE PLUS, LLC                       TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1602
                                                      385 E. COLORADO BLVD. PASADENA CA 91101
WESTERN ASSET US CORE PLUS, LLC                       TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1601
                                                      385 E. COLORADO BLVD PASADENA CA 91101
WESTERN ASSET US CORE PLUS- UNIVERSAL,                C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2372 385 EAST COLORADO BLVD. PASADENA CA 91101
 LLC
WHITEHEAD CAPITAL INC.                                TRANSFEROR: DEWITT SECURITIES LTD ATTN: GIOVANNA BERNAL, DIRECTOR CALLE 50, GLOBAL TOWER PANAMA   REPUBLIC OF PANAMA
YORVIK PARTNERS LLP                                   TRANSFEROR: SWISS ASSET & RISK MANAGEMENT AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     153
```

EPIQ BANKRUPTCY SOLUTIONS, LLC