UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   08-13555 (JMP)
                                                                :   (Jointly Administered)
            Debtors.                                            :
                                                                :
---------------------------------------------------------------x   Ref. Docket No. 23796

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ *Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
12th day of January, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 24297    Filed 01/13/12    Entered 01/13/12 15:00:44    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   NEUE AARGAUER BANK AG
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   NEUE AARGAUER BANK AG
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   CLAIRE LUTHIN
              ADDRESS MISSING ON TRANSFER
              NA NA NA

**Your transfer of claim # 55814 is defective for the reason(s) checked below:**

Address Missing

Docket Number 23796              Date 12/28/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 6, 2012.

# EXHIBIT B

```
TIME: 14:58:28                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 01/06/12                            CREDITOR LISTING

Name                         Address
CLAIRE LUTHIN                ADDRESS MISSING ON TRANSFER NA NA NA
NEUE AARGAUER BANK AG        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG        CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC