**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :      08-13555 (JMP)
                                              :      (Jointly Administered)
                  Debtors.                    :
                                              :
------------------------------------------------------------x
```
                                                     Ref. Docket Nos. 23792, 23836-
                                                     23842, 23910, 23911, 23913, 23917-
                                                     23919, 23921, 23954-23960, 23973-
                                                     23989, 23991, 23992, 23995, 24003,
                                                     24008-24013, 24015-24027, 24032,
                                                     24036, 24039, 24055

## AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )
```

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
12th day of January, 2012
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 23792, 23836-23842...24036, 24039, 24055_AFF_01-06-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    CREDIT SUISSE (LUXEMBOURG) S.A.                    CREDIT SUISSE (LUXEMBOURG) S.A.
       ATTN: ALLEN GAGE                                   CRAVATH, SWAINE & MOORE LLP
       1 MADISON AVE                                      WORLDWIDE PLAZA
       NEW YORK NY 10010                                  ATTN: RICHARD LEVIN
                                                          825 EIGHTH AVENUE
                                                          NEW YORK NY 10019

Please note that your claim # 55819-06 in the above referenced case and in the amount of
        $0.00        has been transferred (**unless previously expunged by court order**)

MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A.     RICHARDS KIBBE & ORBE L.L.P.
25, CABOT SQUARE                                ATTN: MANAGING CLERK
CANARY WHARF                                    ONE WORLD FINANCIAL CENTER
LONDON    E14 4QA                               NEW YORK NY 10281-1003
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23991        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2012                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 6, 2012.

# EXHIBIT B

TIME: 15.21.26
DATE: 01/06/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANCO BANIF, S.A. | ATTN: MS. CRISTINA PORRES DE MATEO / MS. ELENA DIAZ LATORRE PASEO DE LA CASTELLANA, 53 MADRID 28046 SPAIN |
| BANCO BANIF, S.A. | WILLIAM M. GOLDMAN, ESQ., VINCENT J. ROLDAN DLA PIPER (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO BANIF, S.A. | MARIA SEGIMON, ESQ. DLA PIPER SPAIN S.L. PASEO DE LA CASTELLANA, 35.2 MADRID 28046 SPAIN |
| BARCLAYS BANK PLC | TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADA (UK) LIMITED ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CF CLAIMS LLC | TRANSFEROR: DAUM, STEFAN ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: DE SCHAAP-BARTELS, J. ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: DECAESSTECKER, GUSTAAF ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: DELBOUILLE, SOPHIE ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: DULF, E. ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: FUCHS, PETER ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: HARDEN-WEDEMANN, I. ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: JACKSON, J. ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: MEZENBERG, HEIDY ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: MILCHRAM, EVA AND GERHARD ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: NYE, LILLIAN ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: OOSTERVELD, A. ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: SPEER, ELEONORE ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: SPIERENBURG, KRIJNIE - TEN BRUMMELER ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: TANNER, ERICH ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: TOTTLEBEN, ACHIM ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: TRAPPENIERS, RENE ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: VAN VEEN, J. ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS 23RD FLOOR NEW YORK NY 10105 |
| CF CLAIMS LLC | TRANSFEROR: VERBEEK, P. C. ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CHAN, KAR HO SAMUEL | FLT 6 21/F BLK F KING WAI HOUSE KING SHAN MANSION KORNHILL WAN KLN HONG KONG |
| CHENAVARI FINANCIAL ADVISORS LTD | ATTN: FREDERIC COUDERE MANAGING DIRECTOR GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD. | MELIORBANCA SPA ATTN: FREDERIC COUDERE ATTN: FREDERIC COUDERE 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| COMPANHIA DE SEGUROS ALLIANZ PORTUGAL S.A. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: ALLIANZ CLAIMS GROUP: WENDY KANE, NICK SHIREN & MARCO CROSIGNANI ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| COMPANHIA DE SEGUROS ALLIANZ PORTUGAL S.A. | ATTN: LUIS FERREIRA RUA ANDRADE CORVO 32 LISBOA 1043-069 PORTUGAL |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| DAUM, STEFAN | Z.HD GERHARD AND KORNELIA DAUM HIRTENSTR. 53 ECHING D-85386 GERMANY |
| DE SCHAAP-BARTELS, J. | WIMBLEDONPARK 99 AMSTELVEEN 1185 XL NETHERLANDS |
| DECAESSTECKER, GUSTAAF | HEKERS 71 GENT 9052 BELGIUM |
| DELBOUILLE, SOPHIE | RUE BOUILLENNE 63 FLERON 4620 BELGIUM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DUSSELDORFER HYPOTHEKENBANK AG ATTN: ALEXANDER KRAEMER/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM ABSOLUTE RETURN FIXED INCOME FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM HIGH YIELD ADVANTAGE FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM HIGH YIELD FIXED INCOME FUND, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15.21.26                          LEHMAN BROTHERS HOLDING INC.
DATE: 01/06/12                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM HIGH YIELD TRUST ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INTERNATIONAL EQUITY FUND, LLC ATTN: JEFFREY OLINSKY 60 WALL FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM TOTAL RETURN TRUST ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DULIF, E. | BUITENLUST 56 DIEMEN 1111 JL NETHERLANDS |
| DUSSELDORFER HYPOTHEKENBANK AG | BERLINER ALLE 43 MICHAEL BLEIKER DUSSELDORF D-40212 GERMANY |
| DUSSELDORFER HYPOTHEKENBANK AG | GEORGE B SOUTH III & SEBASTIAN KAUFMAN KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EITHAN EPHRATI | NOF-YAM POST OFFICE BOB 537 HERZLIYA 46105 ISRAEL |
| FUCHS, PETER | ALTE LENZBURGERSTRASSE 138 NIEDERLENZ 5702 SWITZERLAND |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TPG- AXON PARTNERS (OFFSHORE), LTD. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TPG- AXON PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GPS INCOME FUND (CAYMAN) LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO/ ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GPS INCOME FUND (CAYMAN) LTD | C/O GPS PARTNERS LLC ATTN: BRETT MESSING/ JEFF FARRON 2120 COLORADO AVENUE, SUITE 250 SANTA MONICA CA 90404 |
| HARDEN-WEEMANN, T. | SIHULSTRASSE 6 HARMSTORD 21228 GERMANY |
| HUMLEKRAFTFORVALTNING AB | BOX 5769 STOCKHOLM 114 87 SWEDEN |
| ILLIQUIDX LLP | TRANSFEROR: EITHAN EPHRATI ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: HUMLEKRAFTTALFORVALINING AB ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: KUTXA ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: WEGELIN & CO., PRIVATBANKIERS ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JACKSON, J.S. | ANTLERS , DALBURY LEES ASHBOURNE DERBY DE6 5BE UNITED KINGDOM |
| JATRALEC CAPITAL LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JOOST, MICHAEL | NAHESTRASSE 2 BAD MUNSTEN 55583 GERMANY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: COMPANHIA DE SEGUROS ALLIANZ PORTUGAL S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| KUTXA | TRANSFEROR: BRUNET TELLERIA, VICENTE ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005 SPAIN |
| KUTXA | TRANSFEROR: MAYA BRUNET, INAKI ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005 SPAIN |
| KUTXA | TRANSFEROR: MAYA BRUNET, INAKI ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005 SPAIN |
| KUTXA | TRANSFEROR: MAYA BRUNET, IRATI ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005 SPAIN |
| KUTXA | TRANSFEROR: MAYA BRUNET, OLATZ ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005 SPAIN |
| KUTXA | TRANSFEROR: MAYA MENDIA, ALEJANDRA ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005 SPAIN |
| KUTXA | TRANSFEROR: SHEROMI INVERSIONES S.L. ATTN: INIGO LOPEZ TAPIA, HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005 SPAIN |
| KWOK KEI HON | FLT A 2/F BLK 9 VILLA RHAPSODY SYMPHONY BAY TPTL 145 SAI KONG KLN   HONG KONG |
| LAI SAU CHUN | FLAT B 18/F BLOCK 2 SORRENTO 1 AUSTIN ROAD WEST TSIM SHA TSUI, KLN   HONG KONG |
| LAI SAU CHUN | ROOM B 18/F BLOCK 2 SORRENTO 1 AUSTIN ROAD WEST TSIM SHA TSUI, KLN   HONG KONG |
| LEUNG KWAN WAI | FLAT G 12/F BLOCK 2 WHAMPOA GARDEN SITE 2 HUNG HOM KLN   HONG KONG |
| LEUNG PAK MING RAYMOND | 4/F BLOCK F NO. 111 MOUNT BUTLER ROAD JARDINE'S LOOKOUT HK   HONG KONG |
| LEUNG, LI SIU | FLAT D 10/F BLOCK 10 PARC OASIS TAT CHEE AVENUE YAU YAT CHUEN KLN   HONG KONG |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: STICHING MARS PENSIOENFONDS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: STICHING MARS PENSIOENFONDS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LUI HUNG, YEN | FLAT F11 L3/F WAH LOK INDUSTRIAL CENTRE PHASE 2 31-35 SHAN MEI STREET FO TAN NT HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15.21.26
DATE: 01/06/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    3

| Name | Address |
|---|---|
| MELIORBANCA SPA | ATTN: WOLMER IANNONE VIA G. NEGRI, 10 MILANO    20123 ITALY |
| MELIORBANCA SPA | ATTN: WOLMER IANNONE (COMPLIANCE OFFICER) VIA G.NEGRI, 10 MILANO    20123 ITALY |
| MERLE CHASE LLC | TRANSFEROR: GPS INCOME FUND (CAYMAN) LTD ATTN: MATTHEW ROTHFLEISCH & PETER SMITH 711 5TH AVENUE NEW YORK NY 10022 |
| MEZENBERG, HEIDY | DE BOSBERG 24 BOEKEL, 5427 TA NETHERLANDS |
| MILCHRAM, EVA AND GERHARD | AM GRIES 339 KIRCHBERG  2880 AUSTRIA |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| NYE, LILIAN | BEACHVIEW HOUSE 66B MINERSTOWN ROAD TYRELLA DOWNPATRICK CO. DOWN NORTHERN IRELAND  UNITED KINGDOM |
| OOSTERVELD, A. | 2 ROCHESTER CLOSE EASTBOURNE  BN20 7TW UNITED KINGDOM |
| SPEER, ELEONORE | DAVID MÜLLER C/O KRETH STBG MBH & CO. KG WERDERSTRASSE 47 MÜLLHEIM  79379 GERMANY |
| SPIERENBURG KRIJNIE - TEN BRUMMELER | UNTERER KIRCHWEG 10 BADENWEILER  79410 GERMANY |
| STANDARD CHARTER PRIVATE BANK SINGAPORE | DE KWEEK 20 RENSWOUDE 3927 GJ NETHERLANDS |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WAWANG, TEDJALAKSANA/LIN, YENNY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN, KAR HO SAMUEL 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: KWOK KEI HON 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LAI SAU CHUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEUNG KWAN WAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEUNG PAK MING RAYMOND 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEUNG, LI SIU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LUI HUNG, YEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TSUI TZE, WING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STICHING MARS PENSIOENFONDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHING MARS PENSIOENFONDS | PIMCO ACCOUNT NUMBER 1441 ATTN: RIANNE STEENBERGEN MARS NEDERLAND BV TAYLORWEG 5 VEGHEL, 5466 AE NETHERLANDS |
| STICHING MARS PENSIOENFONDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHING MARS PENSIOENFONDS | PIMCO ACCOUNT NUMBER 1441 ATTN: RIANNE STEENBERGEN MARS NEDERLAND BV TAYLORWEG 5  5466 AE NETHERLANDS |
| SUN LIFE ASSURANCE COMPANY OF CANADA (UK) LIMITED | MATRIX HOUSE, BASING VIEW BASINGSTOKE  RG21 4DZ UNITED KINGDOM |
| TANNER, ERICH | THURGAUERSTR. 19 WINTERTHUR  8400 SWITZERLAND |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: JOOST, MICHAEL ATTN: ROBERT J. TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TOTTLEBEN, ACHIM | THEODORSTRASSE 2 HANNOVER  D-30159 GERMANY |
| TRAPPENIERS, RENE | DROOMLAND 16 GROBBENDONK  2288 BELGIUM |
| TSUI TZE, WING | FLAT A 7/F TOWER 6 MOUNT BEACON NO. 20 CORNWALL STREET KOWLOON TONG, KLN   HONG KONG |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FABIO BOSCHIAN VIA CAVRIANA 20 MILANO  20134 ITALY |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | NUSCHELERSTRASSE 31 ZURICH  CH-8021 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, L.P. | PAREILMERHORST 314 DEN HAAG  2592 SL NETHERLANDS |
| VERBECK, P.E.C | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| WAWANG, TEDJALAKSANA/LIN, YENNY | WILHELMINAPARK 45 BREDA 4818 LR NETHERLANDS |
| WEGELIN & CO, PRIVATBANKIERS | 473 RIVER VALLEY RD 10-04 VALLEY PARK 248356 SINGAPORE |
| YORVIK PARTNERS LLP | BOHL 17 ST. GALLEN  9004 SWITZERLAND |
| | TRANSFEROR: SWISS ASSET & RISK MANAGEMENT AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    133

EPIQ BANKRUPTCY SOLUTIONS, LLC