

Charles Roberts
818 Silvergate Drive
Houston TX 77079
December 15, 2011

The Hon. James M. Peck
Alexander Hamilton Customs House
Courtroom 610
One Bowling Green
New York NY 10004

Dear Judge Peck:

I am confused.

We were sent a letter from Lehman dated October 21st and received a few days later. This letter gave us two weeks to address the problem. It did not explain the problem in terms that I could understand.

I have tried to review a letter from Weil, Gotshal, and Manges. The only date on the letter, which is at the top, says hearing time November 16, 2011 and the title is Debtors Reply to Objections. On page 2 of Debtors Reply, Part One, they state 1100 parties received notice but fewer than 15 written responses were received. On page 3 they state that the objections were irrelevant.

They state that the DOL has questionable standing to appear. It seems this is the only outside party that has tried to represent the Retirees.

Two paragraphs down they say they are sympathetic to the Retirees but must exercise their duties in the interest of the creditors. It would seem that the Retirees' interests should also be considered. I saw in the paper that Lehman is suing Barclays. Should they win, will the Retirees be considered in the settlement?

Page 4 regarding objection from Wendy Uvino; I do not know Wendy Uvino. Lehman states that she lacks standing and states that she never complained before. Does that mean she cannot give information to the Court? I have never complained before. Am I excluded from giving information to the Court? I would ask that Mrs. Uvino be heard by the Court.

On page 5 under paragraph 4 Lehman states all Retiree health benefits were terminated December 31, 2009. I was not aware of this because our health benefits have continued uninterrupted. Perhaps this is the reason that no one complained. We have received literature from Lehman in the past which is always written in legal terms and hard to understand.

I received a letter two days before the November 16th hearing. The letter was dated internally October 22nd and was postmarked November 10th. I am enclosing the letter and the postmark. The letter said everything was okay for 2012 health care. It stated we would receive the same medical care for the same cost to us. Why were there two weeks between the date of the letter and the postmark? It seems we were being asked not to complain.

I worked for many years in a branch here in Houston. I did not participate in the large bonuses or problems caused by the leverage. Top management probably has enough money to pay their own medical bills but I do not. Will you please help us with this situation? The main problem is that without separate legal counsel we have no chance to understand where we are or to ask the court for help. The letters we have been sent in no way clarify the problem. We need our own separate counsel to tell us in layman's terms what is going on and how we should address it.

In summary, the Retirees have no one representing us so I would request the Court to provide the Retirees with separate legal counsel.

Thank you for your consideration.

*Charles Roberts*

CHARLES ROBERTS
818 SILVERGATE DR
HOUSTON, TX 77079
MA 20 PPO

RETN
4ENLTH
CAUR LETTER
DATED OCT 26 2011

PRESORTED
FIRST CLASS

neopost
$00.365
11/10/2011
Mailed From 06156
US POSTAGE
04GJB2042374

# LEHMAN GROUP HEALTH CARE TRUST

October 26, 2011

Dear Retiree:

As a Lehman Brothers retiree, we are writing to confirm that medical coverage will be available to you through Aetna in 2012 at the same premium you paid in 2011. As in 2011, the Lehman Group Health Care Trust will be permitted to fund a portion of the premiums under the Aetna policy for retirees while you will be responsible for paying your portion of the premiums in the amount previously established.

While the coverage offered under the plan in 2012 is substantially similar to the 2011 coverage, we'd like you to make you aware that the prescription coverage has changed for 2012.

### What's different?
New presecription drug coverage for 2012 is as follows:
- In 2012, Part D Initial Coverage Limit (ICL) has been increased from $2,840 to $2,930.

- Part D Initial Copays for 2012 are: Tier 1 Generic - $5; Tier 2 Preferred Non-Brand - $30; Tier 3 Non-Preferred Brand Name - $60.

- Part D Gap Limit has been increased from $4,550 to $4,700.

- Part D Gap Coverage Copays are: Tier 1 Generic - $5; Tier 2 Preferred Non-Brand $60; Tier 3 Non-Preferred Brand Name $120.

- Catatrophic Coverage: After $4,700 cost in incurred: Greater of $2.60 or 5% of generic drugs. Greater of $6.50 or 5% for all other drugs.

### What stays the same?
- Additional benefits beyond Original Medicare

- The flexibility to visit doctors and hospitals of your choice, as long as they are licensed and eligible to receive payment from Original Medicare

- No referrals for covered services

- Preventive care services with no copay

- Discounts on health-related products and services

## How do I enroll in the Aetna Medicare℠ Plan (PPO) for 2012?
You don't have to take any action. You will automatically be enrolled.

# Aetna® Medicare

AETNA LIFE INSURANCE COMPANY
P.O. BOX 981106
EL PASO, TX 79998-1106

**EXPLANATION OF BENEFITS**

**THIS IS NOT A BILL**
*Please Retain for Future Reference*
Date Printed: 06/13/2011
PAGE 1 OF 2

002060  J1VS375  004322

CHARLES ROBERTS
818 SILVERGATE DR
HOUSTON TX 77079

*[handwritten: 12-9-12]*

*[handwritten: This is to show I'm part of the plan  Charles Roberts]*

**QUESTIONS?** Contact us at **aetnanavigator.com**
Aetna Member Services:  1-800-282-5366
Hours of Operation 8AM-8PM Monday-Sunday
Precertification:  1-800-624-0756
Or write to the address shown above.

---

SUBSCRIBER: CHARLES ROBERTS
PLAN NAME: AETNA MEDICARE PLAN (PPO)

SUBSCRIBER NUMBER: MEBF197Y

*All Notes Appear After Final Claim*

Claim Activity for CHARLES ROBERTS (SELF)

*[handwritten: THIS IS MY LEHMAN MEDICAL RETIREMENT]*

MEMBER NUMBER: MEBF197Y

| Description of Service | Amount Billed | Amount Allowed | Your Deductible | Your Coinsurance | Excluded Expenses | See Notes | Our Payment |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G |
| **CLAIM YEAR : 2011** | | | | | | | |
| **TULLOCH, BRIAN R., MD**<br>Claim was received on 06/01/2011<br>04/28/2011 99214<br>ESTABLISH PATIENT OFF/OP | 228.20 | 102.94 | 0.00 | 20.58 | | 0001<br>0002 | 82.36 |
| **TOTALS** | 228.20 | 102.94 | 0.00 | 20.58 | 0.00 | | 82.36 |

**PAYMENT SUMMARY:**

| Sent To: | Date Sent | Amount |
|---|---|---|
| TULLOCH, BRIAN R., MD | 06/03/2011 | 82.36 |

**NOTES:**
0001 - This payment is based on your plan's Out-of-Network benefit.  P47
0002 - Payment made according to the Medicare allowable rate.  P49

Y0001_M_OT_CL_01181 CMS APPROVED 01/25/2011