**Aetna**
AETNA LIFE INSURANCE COMPANY
P.O. BOX 981106
EL PASO, TX 79998-1106

**Medicare**

**EXPLANATION OF BENEFITS**

**THIS IS NOT A BILL**
*Please Retain for Future Reference*
Date Printed: 06/13/2011
PAGE 2 OF 2

## PLAN PROVISIONS

| DESCRIPTION | | | |
|---|---|---|---|
| INDIVIDUAL LIMITS | ANNUAL LIMIT | YEAR TO DATE | REMAINDER |
| CHARLES ROBERTS( SELF) | | | |
| OUT OF POCKET | | | |
| IN-NETWORK OUT OF POCKET | $6,700.00 | $81.43 | $6,618.57 |
| CATASTROPHIC OUT OF POCKET | $10,000.00 | $81.43 | $9,918.57 |

TO LEARN ABOUT HOSPITAL PATIENT SAFETY GO TO THE LEAPFROG GROUP WEBSITE:
WWW.LEAPFROGGROUP.ORG

GET YOUR EOB STATEMENTS ONLINE. CUT DOWN ON PAPER AND SAVE TIME --WITH ONLINE EOBS. YOUR EOBS APPEAR FASTER ONLINE THAN BY MAIL, AND IT'S EASY TO VIEW AND PRINT YOUR EOBS ONLINE. GO TO AETNANAVIGATOR.COM AND SIGN UP TO RECEIVE YOUR EOBS ONLINE.

Y0001_M_OT_CL_01181 CMS APPROVED 01/25/2011

002060  J1VS375  04322B