WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :    08-13555 (JMP)
                                                                   :
Debtors.                                                           :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

### NOTICE OF FURTHER ADJOURNMENT OF DEBTORS' TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 13, 2012
      New York, New York

    /s/ Robert J. Lemons_____
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Adjourned Claims:**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N.1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58985 | $266,344.10* |
| 2 | BANCO SANTANDER INTERNATIONAL AS AGENT<br>ATTN: LEGAL DEPARTMENT<br>1401 BRICKWELL AVE, SUITE 1500<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55675 | Undetermined |
| 3 | BANQUE POPULAIRE COTE D'AZUR<br>SPORTING D'HIVER - PLACE DU CASINO<br>MONTE-CARLO, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37176 | $5,140,305.27 |
| 4 | BARNUEVO VIGIL DE QUINONES, MARIA PILAR<br>ORENSE, 5<br>MADRID, 28020<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44436 | $28,302.00 |
| 5 | BITKID B.V.<br>A VAN WOENSEL<br>SINCLAIR LEWISPLAATS 7F<br>ROTTERDAM, 3068 EN<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52186 | $72,626.00 |
| 6 | COLE, FRANK<br>KROMVENDREEF 52<br>SCHOTEN, B-2900<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2009 | 37020 | $41,580.00 |
| 7 | DIEZ EZCURRA, CLARA<br>CARLOS VII, 7 - 4 0 IZDA<br>PORTUGALETE - VIZCAYA, 48920<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37672 | $49,528.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | DOTSON INVESTMENTS LTD<br>BES SFE-ES-AV MIGUEL DANTAS - EDIFICIO STATUS<br>VALENCA DO MINHO, 4930-678<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47035 | $237,304.48 |
| 9 | FORLER, CHANTAL CATHERINE<br>2701 EVELINA<br>HIRANANDANI ESTATE<br>THANE WEST, 400607<br>INDIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43231 | $106,125.00 |
| 10 | GESTION PARTICIPATIVA XXI, S.L.<br>ESCALMENDI, 3<br>VITORIA, 01013<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50526 | $73,585.20 |
| 11 | GONZALO PEREZ DE GUZMAN SAN ROMAN<br>CL. BETIS 1, 4-C<br>SEVILLE, 41010<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50562 | $86,818.71 |
| 12 | HALEBY, HENRY MANZANO<br>CURICO 18<br>OFICINA 501<br>SANTIAGO,<br>CHILE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36737 | $200,000.00 |
| 13 | HEINZ-JOACHIN, ELBE<br>HANS-BOHM-ZEILE 32<br>BERLIN, 14165<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24466 | $56,744.00 |
| 14 | INTERNATIONAL DOMESTIC BALANCED FUND<br>7-9 KIFISIAS AV. AND 2 NEAPOLEOS STR.<br>MAROUSI<br>ATHENS, 15123<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51600 | $212,265.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 24305    Filed 01/13/12    Entered 01/13/12 16:32:35    Main Document
Pg 6 of 8

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|----|------|-------------|-------------|------------|---------|---------------------|
| 15 | JIMENEZ CASADO, MARIA DEL CARMEN<br>C/ ONA, 183 - 5 2<br>MADRID, 28050<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41120 | $211,258.86 |
| 16 | JIMENEZ CASADO, SANTIAGO<br>C/ MALDONADO, 56 - 4 C<br>MADRID, 28006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41121 | $138,909.94 |
| 17 | LECUE SALCEDO, JOSE<br>BARO CASERIO LARRAZABAL, 3-1 DRCHA<br>BILBAO - VIZCAYA, 48007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55068 | $25,471.80 |
| 18 | LEISSE, FRITZ<br>HUETTEBRAUCK 13<br>WINTERBERG, 59955<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36479 | $21,354.00 |
| 19 | LEISSE, JOHANNA<br>GOETHE STRASSE 16<br>WINTERBERG, 59955<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36481 | $42,708.00 |
| 20 | LINUESA SANCHEZ, ANDRES<br>MA DOLORES CATALAN SANAHUJA<br>CAMPRODON, 15-17 1-1<br>SANTA COLOMA GRAMANET<br>BARCELONA, 08922<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42390 | $36,174.46 |
| 21 | MARTINEZ, ENRIQUE VILLAGRASA<br>SINIA MORERA, 10 1 1A<br>SITGES (BARCELONA), 08870<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41489 | $47,750.29 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 22 | MATEOS ESCUDERO, MARIA AGUEDA<br>AVDA JOSE MESA Y LOPEZ 15, 5 E<br>E-35006 LAS PALMAS DE GRAN CANARIA<br>CANARY ISLANDS,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46683 | $283,020.00 |
| 23 | PEREZ GARCIA, BLAS<br>C/AGUERE 13 - 8 A EDF TORRE CRISTAL II<br>S/C DE TENERIFE, 38005<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57034 | $21,704.68 |
| 24 | RIBEIRO VAZ, LUIS MIGUEL SILVEIRA<br>HERDADE MATA DUQUE LT 51 CCI 119<br>SANTO ESTEVAO BENAVENTE, 2130-124<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36305 | $72,479.63 |
| 25 | STANKOWEIT, MARIUS<br>SENTRUPER HOHE 10<br>MUNSTER, 48149<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35620 | $34,166.00 |
| 26 | STANKOWEIT, PHILIP<br>SENTRUPER HOHE 10<br>MUNSTER, 48149<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 36103 | $14,235.00 |
| 27 | YARNOZ DIEZ, ISABEL MARIA<br>CARLOS VII, 7 - 4 0 IZDA<br>PORTUGALETE - VIZCAYA, 48920<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37668 | $84,906.00 |
| 28 | VAN ROOY, S.A.B.<br>SCHOONOUWENSEWEG 24<br>STOLWIJK, 2821 NX<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54549 | $106,132.50 |

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|----|------|-------------|-------------|------------|---------|---------------------|
| 29 | ZEELAND INTERNATIONAL LIMITED<br>10-1 BAMBOO ROAD 2ND<br>HSINCHU, 30079<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37379 | $427,290.00 |
|    |      |             |             |            | TOTAL   | $8,139,089.42 |