WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                              :   **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :   **08-13555 (JMP)**
                                                       :
**Debtors.**                                           :   **(Jointly Administered)**
                                                       :
---------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT
OF DEBTORS' TWO HUNDRED FOURTEENTH
OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43901555\02\58399.0008

Dated: January 13, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

# Adjourned Claims:

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ADVENTIST UNION LIMITED<br>798 THOMSON ROAD<br>SINGAPORE, 298186<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2009 | 40232 | $1,069,000.00 |
| 2 | AVELINO ORNELAS, MANUEL<br>AV SANZ EDF MERIDA ENT B 5 PISO APTO 10<br>CARACAS,<br>VENEZUELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43259 | $1,020,316.67 |
| 3 | BANK OF EAST ASIA LTD, THE; AS NOMINEE FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN<br>35/F BEA TOWER, MILLENNIUM CITY 5<br>CYD DEPT<br>KWUN TONG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47294 | $109,948.00 |
| 4 | BANK OF EAST ASIA LTD, THE; AS NOMINEE FOR A/C LUNG WING MAN VIRGINIA<br>35/F BEA TOWER, MILLENNIUM CITY 5<br>CYD DEPT<br>KWUN TONG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47296 | $109,948.00 |
| 5 | BANQUE POPULAIRE COTE D'AZUR<br>SPORTING D'HIVER - PLACE DU CASINO<br>MONTE-CARLO, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37175 | $808,807.13 |
| 6 | BEMO SAL<br>C/O SAMIH SAADEH<br>BANQUE BEMO SAL<br>IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ<br>PO BOX 11-7048<br>BEYROUTH,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13115 | $110,000.00 |

OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 7 | BEMO SAL<br>C/O SAMIH SAADEH<br>BANQUE BEMO SAL<br>IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ<br>PO BOX 11-7048<br>BEYROUTH,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13118 | $550,000.00 |
| 8 | BESSIO, MIRTA<br>BERUTI 2485- PISO 14<br>BUENOS AIRES, CP 1117<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47444 | $80,000.00 |
| 9 | BIROL, ATIL<br>MIMAR SINAN MAH<br>1400 SOKAK NO=11<br>D=30 GOKTASI APT<br>KONAK, 1ZMIR<br>TURKEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10985 | $61,196.00 |
| 10 | BLOOMINGDALE'S INT VENT LTD.<br>MERRILL LYNCH BANK & TRUST COMPANY (CAYMAN) LTD.<br>4TH FLOOR HARBOR CENTER<br>NORTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN,<br>CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45086 | $21,000.00 |
| 11 | BORRINO, ALBERTO M.<br>402-1416 HARWOOD STREET<br>VANCOUVER, BC V6G JX5<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41133 | $15,000.00 |
| 12 | BUOYANT HILL CORPORATION<br>242 KWAI SHUI ST 6/F<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45682 | $16,000.00 |

OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 13 | CHAN, PETER AND ROSE<br>4B GREENVIEW GARDENS<br>125 ROBINSON ROAD<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41639 | $11,000.00 |
| 14 | CHEN, ROSA TE<br>HANGCHOW SOUTH RD, SEC 1, LANE 18<br>NO. 13, 1F<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 40968 | $10,000.00 |
| 15 | CHINA UNIQUE HOLDINGS LTD<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40813 | $21,000.00 |
| 16 | CHIPHAR CORPORATION<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40814 | $100,000.00 |
| 17 | DARYANI, PARASRAM/ NEELAM P DARYANI/<br>VIKAS P DARYANI/ NIKESH P DARYANI<br>PO BOX 15668<br>DUBAI,<br>UNITED ARAB EMIRATES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36634 | $1,000,000.00* |
| 18 | DARYANI, VIKAS PARASRAM/<br>NEELAM PARASRAM DARYANI<br>PO BOX 15668<br>DUBAI,<br>UNITED ARAB EMIRATES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36639 | $100,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 19 | DE BAEREMAECKER, CAROLINA<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36813 | $10,000.00 |
| 20 | FUNG, GRACE SIN YU<br>FLAT B, 24/F, BLOCK 7, CAVENDISH HEIGHTS<br>33 PERKINS ROAD,<br>JARDINE'S LOOKOUT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36560 | $100,000.00 |
| 21 | GARCIA PASTORI, SYLVIA<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36815 | $80,000.00 |
| 22 | IP LAM SANG & TSE SIU MUI<br>BLOCK 5C 11/F<br>PHOENIX COURT<br>39 KENNEDY ROAD<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45386 | $100,000.00* |
| 23 | JAIN, RAJIV & RIPPAN<br>10 JALAN BESAR<br>B1-39, SIM LIM TOWER<br>SINGAPORE, 208787<br>SINGAPORE | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6161 | $245,000.00 |
| 24 | KADER, SAMIR AMR MOHAMED ZAKI ABDEL<br>19 ISMAIL MOHAMED STR.<br>ZAMALEK<br>CAIRO,<br>EGYPT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36674 | $50,000.00* |
| 25 | KRAEMER, WILHELM<br>FINTHER ZANDSTRASSE 89<br>MAINZ, D-55124<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41222 | $16,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 26 | KWOK, YUEN SUM & MA, MICHAEL LEUNG WU<br>7C MARINE VIEW<br>DISCOVERY BAY<br>LANTAU ISLAND N.T.,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46847 | $120,000.00 |
| 27 | LEE, TSU-SHIU AND LEE, YEN SHU MEEI<br>NO. 198-2 HSIN LOG ST<br>KAOSHIUNG,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42343 | $10,000.00 |
| 28 | LIN WEN YEN AND LIN-CHOU CHIANG HUA<br>C/O WING SANG CHEONG LTD<br>56 KA YIP STREET<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41316 | $10,000.00 |
| 29 | LLOVET GARCIA, JUAN ENRIQUE<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36808 | $60,000.00 |
| 30 | LLOVET GARCIA, MARIA DOLORES<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36807 | $60,000.00 |
| 31 | LLOVET GARCIA, MARIA ISABEL<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36810 | $60,000.00 |
| 32 | LLOVET GARCIA, MARIA SYLVIA<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36806 | $60,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|----|------|-------------|-------------|------------|---------|---------------------|
| 33 | LLOVET RUBIO, JUAN ENRIQUE<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36809 | $80,000.00 |
| 34 | LUMINANCE VENTURES LTD<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40810 | $21,000.00 |
| 35 | MATRIX CONTROL<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40812 | $32,000.00 |
| 36 | MICHELINI, MARGARITA<br>BOLSA DE VALORES<br>RINCON 454 PLANTA BAJA<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36811 | $10,000.00 |
| 37 | MIDDLE EAST SHIPPING AGENCIES OVERSEAS LTD<br>19 MILTIADOU STR<br>GLYFADA, 16675<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44060 | $100,000.00 |
| 38 | MM2275 CO. LTD.<br>39 AGUSAN CIRCLE ST.<br>INSULAR VILLAGE 1, LANANG<br>DAVAD CITY, 8000<br>PHILIPPINES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40397 | $10,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 39 | NEMOY, DANIEL<br>OBLIGADO 1113<br>MONTEVIDEO,<br>URUGUAY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36817 | $30,000.00 |
| 40 | OCCHIONE, LIONEL DARDO<br>PASATE BOLLINI 2281<br>CABA<br>BUENOS AIRES, 1425<br>ARGENTINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47474 | $89,000.00 |
| 41 | PINKY LIMITED<br>PO BOX N-1576<br>NASSAU,<br>BAHAMAS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42614 | $10,000.00 |
| 42 | PO WAN LUK, KIT CHE FAN, KITTY KIT TAK FAN, AND A CHEUNG FAN KIT LING<br>24C, BLOCK 19<br>555 VICTORIA ROAD<br>POKFULAM,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41254 | $10,000.00 |
| 43 | PRIMAX INTERNATIONAL INVESTMENTS LTD.<br>RM-1725, 17/FL, STAR HOUSE, 3 SALISBURY ROAD<br>TSIM SHA TSUI, KOWLOON,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40370 | $86,000.00 |
| 44 | RIDGECREST HOLDINGS LTD<br>P.O. BOX 31106<br>GRAND CAYMAN, KYI, 1205<br>CAYMAN ISLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46589 | $100,000.00 |
| 45 | ROLDOS, JORGE<br>GREGORIO SUAREZ 2726<br>MONTEVIDEO,<br>URUGUAY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36814 | $20,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 46 | ROLDOS, MARGARITA<br>RBLA. REPUBLICA DEL PERU 1483 PISO 3<br>MONTEVIDEO, | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36818 | $50,000.00 |
| 47 | SAUER, KLAUS PETER<br>1 ALLEE L'OPIO<br>VILLENEUVE-LOUBET, 06270<br>FRANCE | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34579 | $100,000.00 |
| 48 | SCHIARITI, EDUARDO RAFAEL<br>AVDA. RIVADAVIA 6346 PISO 2 A<br>CP 1406<br>BUENOS AIRES,<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36819 | $18,000.00 |
| 49 | SHYH-AN SU AND SHIOW-CHIN SU LUO<br>11F-2, NO. 93,<br>SEC 1, SINHAI ROAD<br>DA-AN DISTRICT<br>TAIPEI CITY, 106<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40346 | $10,000.00 |
| 50 | SUGIARTO, BAMBANG/ LAU HA CHUN<br>FLAT A 15TH FLOOR STARLIGHT GARDEN<br>2-14 ELECTRIC ST<br>WANCHAI,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36650 | $50,000.00* |
| 51 | SURPLUS LINK LIMITED<br>ROOM 1705-8, 17/F, ST. GEORGE'S BUILDING<br>2 ICE HOUSE STREET<br>CENTRAL,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37507 | $400,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 52 | SUWANG-SUN CO LTD<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40811 | $10,000.00 |
| 53 | TAN, CARIDAD & ALLEN ANTONIO<br>2064 LUMBANG ST., CORNER CALUMPANG ST.<br>DASMARINAS VILLAGE<br>MAKAT,<br>PHILIPPINES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45610 | $25,000.00 |
| 54 | WANG, TSAI HSIANG<br>3F, NO.6, LANE 153<br>SONGREN ROAD<br>SINYI DISTRICT<br>TAIPEI CITY, 110<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36470 | $100,000.00 |
| 55 | WING LUNG BANK LIMITED<br>ATTN: WMC<br>2/F WING LUNG BANK BLDG.<br>45 DES VOEUX RD.<br>CENTRAL HONG KONG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45202 | $3,522,076.25 |
| 56 | WONG HUNG YING<br>10E TOWER 11<br>PARC OASIS<br>YAU YAT CHUEN<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43442 | $100,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 57 | YETTI LTD.<br>C/O MERRILL LYNCH INT'L BANK<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40541 | $80,000.00 |
| | | | | | TOTAL | $11,157,292.05 |