WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re                                                                  :    Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    08-13555 (JMP)
                                                                        :
Debtors.                                                           :    (Jointly Administered)
                                                                        :
------------------------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT**
**OF DEBTORS' TWO HUNDRED SIXTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for January 26 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43901578\02\58399.0008

Dated: January 13, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Adjourned Claims:**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | ANDORRA BANC AGRICOL REIG, S.S. (""ANDBANC"") C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY, ANDORRA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63849 | $9,885,982.00 | $2,239,600.00 |
| 2 | BANK OF VALLETTA P.L.C. C/O DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK, NY 10036-7311 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58114 | $12,279,681.00 | $4,909,280.00* |
| 3 | BANQUE PRIVEE EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE, 1204 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46890 | $11,054,048.00 | $522,475.00 |
| 4 | BANQUE SAFDIE SA ATTN: MICHEL KISFALVDY 1, RUE DE LA TOUR-DE-L'ILE PO BOX 5415-1211 GENEVA 11, 1204 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 65272[1] | $4,969,571.76 | $1,800,000.00 |
| 5 | HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56671 | $96,114,602.37 | $16,211,063.65* |

---

[1] Of the total claim asserted, $181,968.19 of Claim 65272 is the subject of the Debtors' 170th Omnibus Objection to Claims.

\* - Indicates claim contains unliquidated and/or undetermined amounts       Page 1 of 9

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 6 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: OMNAMO NARAYANAYA HOLDINGS LTD<br>RH HODGE PLAZA , 2ND FLOOR<br>UPPER MAIN STREET, WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55502 | $4,563,117.12 | $2,939,497.39* |
| 7 | S. FEIJ<br>HOGE BARAKKEN 7D<br>MAASTRICHT, 6221 GM<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63000 | $14,175.00 | $7,087.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 8 | UBS AG<br>BAHNHOFSTR. 45<br>ATTN: HUGO KOLLER<br>ZURICH, 8001<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59233[2] | $0.00* | Undetermined |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: BANK HAPOALIM B.M. TRANSFEROR: UBS AG<br>ATTN: HAGIT MEIROVIZ, ADV. 63-65 YEHUDA HALEVI ST. TEL AVIV, | | | | | $0.00* | |

---

[2] Of the total claim asserted, an undetermined and unliquidated amount of Claim 59233 is the subject of the Debtors' 172nd Omnibus Objection to Claims.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH<br>TRANSFEROR: UBS AG<br>ATTN: SIMON GLENNIE<br>WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET<br>LONDON, EC2N 2DB | | | | | $0.00* | |
| TRANSFERRED TO: SABRETOOTH MASTER FUND, LP<br>TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT LLC<br>405 LEXINGTON AVENUE, 50TH FLOOR<br>NEW YORK, NY 10174 | | | | | $0.00* | |
| TRANSFERRED TO: CITIGROUP GLOBAL MARKETS, INC.<br>TRANSFEROR: BANK JULIUS BAER & CO. LTD<br>ATTN: MARC HEIMOWITZ<br>390 GREENWICH STREET, 4TH FLOOR<br>NEW YORK, NY 10013 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE (LUXEMBOURG) S.A. ZN OSTERREICH<br>TRANSFEROR: UBS AG CREDIT SUISSE AG<br>ATTN: ALLEN GAGE<br>1 MADISION AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: MR. ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: MR. ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: NOMURA INTERNATIONAL PLC<br>TRANSFEROR: UBS AG<br>NOMURA HOUSE;<br>1 ST. MARTINS LE-GRAND<br>LONDON, EC1A 4NP | | | | | $0.00* | |
| TRANSFERRED TO: NOMURA INTERNATIONAL PLC<br>TRANSFEROR: UBS AG<br>NOMURA HOUSE; 1 ST. MARTINS LE-GRAND<br>LONDON, EC1A 4NP | | | | | $5,000,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: VONTOBEL EUROPE S.A. MILAN BRANCH TRANSFEROR: UBS AG ATTN: MR. IVO PETRACCA PIAZZA DEGLI AFFARI, 3 MILANO, 20123 | | | | | | $0.00* |
| TRANSFERRED TO: BANK VONTOBEL AG, ZURICH/SWITZERLAND TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH, CH-8022 | | | | | | $0.00* |
| TRANSFERRED TO: UNIPENSION INVEST F.M.B.A. TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | | | $4,437,000.00 |
| TRANSFERRED TO: UNIPENSION INVEST F.M.B. TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | | | $4,437,000.00 |
| TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. T RANSFEROR: NOMURA INTERNATIONAL PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD | | | | | | $0.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: HUNZIKER, RONI AND BEATRICE<br>TRANSFEROR: UBS AG<br>AARGAUISCHE KANTONALBANK –<br>ATTN MR STEFAN BUSER<br>BAHNHOFPLATZ 1 5000 AARAU, | | | | | $0.00* | |
| TRANSFERRED TO: RAINER LOTSCH<br>TRANSFEROR: UBS AG<br>AARGAUISCHE KANTONALBANK<br>ATTN: MR STEFAN BUSER<br>BAHNHOFPLATZ 1 AARAU, 5000 | | | | | $0.00* | |
| TRANSFERRED TO: BANK JULIUS BAER & CO. LTD.<br>TRANSFEROR: UBS AG<br>LEGAL PRODUCTS & SERVICES<br>P.O. BOX ZURICH, CH-8010 | | | | | $0.00* | |
| TRANSFERRED TO: HYPOSWISS PRIVATBANK AG<br>TRANSFEROR: UBS AG<br>SCHUTZENGASSE 4<br>ZURICH, 8021 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG, SINGAPORE BRANCH<br>TRANSFEROR: UBS AG<br>1 RAFFLES LINK, #05-02 039393 | | | | | $0.00* | |
| TRANSFERRED TO: GOLDMAN, SACHS & CO.<br>TRANSFEROR: UBS AG<br>ATTN: ANDREW CADITZ<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY, NJ 07302 | | | | | $0.00* | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: METHOD INVESTMENTS & ADVISORY LTD<br>TRANSFEROR: UBS AG<br>ATTN: MARCO BORSA<br>16 BERKELEY STREET<br>LONDON, W1J 8DZ | | | | | $0.00* | |
| TRANSFERRED TO: BANK VONTOBEL AG, ZURICH<br>TRANSFEROR: UBS AG<br>GOTTHARDSTRASSE<br>43 POSTFACH ZURICH, CH-8022 | | | | | $0.00* | |
| TRANSFERRED TO: JURG SCHNIDER<br>TRANSFEROR: UBS AG<br>SUDSTR. 56 DIELSDORF, CH-8157 | | | | | $0.00* | |
| TRANSFERRED TO: ZURCHER KANTONALBANK<br>TRANSFEROR: UBS AG<br>ATTN: GABRIELE FROSSARD SPECIAL CORPORATE ACTIONS<br>PO BOX 8010 ZURICH, | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: LAWRENCE YOUNG<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: LAWRENCE YOUNG<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 216: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| TRANSFERRED TO: BANK JULIUS BAER & CO. LTD. TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH, 8010 | | | | | $0.00* | |
| | | | | TOTAL | $138,881,177.25 | $28,629,003.54 |

* - Indicates claim contains unliquidated and/or undetermined amounts