UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.

Case No. 08-13555 (JMP)
(Jointly Administered)
Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives evidence and notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Alden Global Distressed Opportunities Master Fund, LP | Name of Transferor:<br>Shinsei Securities Co., Ltd. |
|---|---|
| Notices to Transferee should be sent to:<br>Alden Global Distressed Opportunities Master Fund, LP<br>c/o Alden Global Capital<br>885 Third Avenue<br>New York, New York 10022<br>Attention: Chris Scholfield | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above):<br><br>N/A | Name and Current Address of Transferor<br><br>Shinsei Securities Co., Ltd.<br>Nomura Building<br>4-3, Nihonbashi-muromachi 2-chome<br>Chuo-ku, Tokyo 103-0222<br>Japan |
| Claim Amount (total filed): $2,084,741,055.00<br>Claim Amount (transferred): $9,493,520.00<br>Debtor: Lehman Brothers Holdings Inc. | *Note: This is a partial transfer of claim, related only to the positions listed in the attached Evidence of Transfer.* |
| Court Claim No. (if known):<br>62783 | |
| Date Claim Filed:<br>November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____ Jason Pecora  Date: 1/9/2012
   Transferee's Agent  Managing Director - Operations
                        Alden Global Capital

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/74569420.1

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of New York (the "Bankruptcy Court")
      One Bowling Green
      New York, New York 10004
      Attn:   Clerk of the Court

Claim Number 62783 in Case No. 08-13555 (JMP)

Shinsei Securities Co., Ltd., with offices located at Nomura Building, 4-3, Nihonbashi-muromachi 2-chome, Chuo-ku, Tokyo 103-0222, Japan, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

   Alden Global Distressed Opportunities Master Fund, LP
   c/o Alden Global Capital
   885 Third Avenue
   New York, New York 10022
   Attention: Chris Scholfield

its successors and assigns ("Transferee") all rights, title and interest in and to the above-referenced claim of Transferor in the liquidated principal amount of $9,493,520.00 (the "Claim") against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, relating only to the following securities positions referenced here:

| International Securities Identification Number (ISIN) | Blocking Reference | Position | Currency | Valuation - Underlying Currency Amount | FX Rate at 15 September 2008 | Valuation - USD Equivalent | Includes Coupon Interest Accrual |
|---|---|---|---|---|---|---|---|
| XS0298201988 | 6045537 | 500,000,000 | JPY | 500,000,000 | 0.0095 | 4,746,760 | - |
| XS0298320218 | 6045536 | 500,000,000 | JPY | 500,000,000 | 0.0095 | 4,746,760 | - |

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

A/74569420.1

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated December 20, 2011.

| SHINSEI SECURITIES CO., LTD., TRANSFEROR | ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., TRANSFEREE |
|---|---|
| By: _____<br>Name: 東京都中央区日本橋室町二丁目4番3号<br>Title: 新生証券株式会社<br>代表取締役 大石 滋 | By: _____<br>Name:<br>Title: Jason Pecora<br>Managing Director - Operations<br>Alden Global Capital |

A/74569420.1