GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ------------------------------------------------ x |  |  |
| In re                                             : | Chapter 11 |  |
|                                                   : |  |  |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,      : | Case No. 08-13555 (JMP) |  |
|                                                   : |  |  |
| Debtors.                                          : | (Jointly Administered) |  |
| ------------------------------------------------ x |  |  |

**STIPULATION BETWEEN KLEYR GRASSO ASSOCIES AND
THE FEE COMMITTEE REGARDING THE
FIFTH INTERIM APPLICATION OF KLEYR GRASSO ASSOCIES,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
FOR THE PERIOD FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

TO:   **THE HONORABLE JAMES M. PECK
      U.S. BANKRUPTCY JUDGE**

WHEREAS, on August 8, 2011, Kleyr Grasso Associes ("Kleyr Grasso") filed the *Fifth Interim Application of Kleyr Grasso Associes, Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2011 Through May 31, 2011* (the "Fifth Fee Application") [Docket No. 19208] seeking interim fees in the amount of $250,153.93 for

professional services rendered and reimbursement of out-of-pocket expenses in the amount of $2,087.87;

WHEREAS, Kleyr Grasso regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Fifth Fee Application, issued a Confidential Letter Report on November 18, 2011, and entered into a dialogue with Kleyr Grasso regarding this application; and

WHEREAS, as a result of this dialogue, Kleyr Grasso has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $8,000.94 for professional services rendered and no reduction is warranted in Kleyr Grasso's out-of-pocket expense reimbursement request.

**STIPULATION**

NOW, THEREFORE, the Fee Committee and Kleyr Grasso hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Kleyr Grasso's request for interim compensation and reimbursement of expenses in the reduced amount of $242,152.99 in fees and $2,087.87 in expenses.

Dated: Madison, Wisconsin
       December 15, 2011

                            GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*
       Katherine Stadler
       GODFREY & KAHN, S.C.
       One East Main Street, Suite 500
       Madison, WI 53703
       Telephone: (608) 257-3911
       Facsimile: (608) 257-0609
       E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: Luxembourg
       December 14, 2011

                            KLEYR GRASSO ASSOCIES

By:     /s/ *Rina Breininger*
       Rina Breininger, Partner
       KLEYR GRASSO ASSOCIES
       *Avocats à la Cour*
       122, rue Adolphe Fischer
       L-2015 Luxembourg
       LUXEMBOURG
       Telephone: (352) 227 330-1
       Facsimile: (352) 227 332
       rina.breininger@kckg.com

7225348_1