GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                 :     Chapter 11
                                      :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*     :     Case No. 08-13555 (JMP)
                                      :
                         Debtors.     :     (Jointly Administered)
                                      x
------------------------------------------------------------

**STIPULATION BETWEEN LATHAM & WATKINS LLP
AND THE FEE COMMITTEE REGARDING THE
THIRD INTERIM APPLICATION OF LATHAM & WATKINS LLP,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
FOR THE PERIOD FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

**TO:    THE HONORABLE JAMES M. PECK
         U.S. BANKRUPTCY JUDGE**

WHEREAS, on August 25, 2011, Latham & Watkins LLP ("Latham") filed the

*Application of Latham & Watkins LLP for Allowance of Interim Compensation and*

*Reimbursement of Expenses for the Eighth Interim Period* (the "Fourth Fee Application")

[Docket No. 19525] seeking interim fees in the amount of $87,697.50 for professional services

rendered and reimbursement of out-of-pocket expenses in the amount of $177.05;

WHEREAS, Latham regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Fourth Fee Application, issued a Confidential Letter Report on November 22, 2011, and entered into a dialogue with Latham regarding this application; and

WHEREAS, as a result of this dialogue, Latham has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $7,887.50 for professional services rendered and $42.27 in Latham's out-of-pocket expenses.

**STIPULATION**

NOW, THEREFORE, the Fee Committee and Latham hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Latham's request for interim compensation and reimbursement of expenses in the reduced amount of $79,810 in fees and $134.78 in expenses for the period from March 1, 2011 through May 31, 2011, and directing the Debtors to pay any such amounts not previously paid to Latham.

[*Signature Page Follows*]

Dated: Madison, Wisconsin
December 15, 2011

                              GODFREY & KAHN, S.C.

By:    /s/ *Katherine Stadler*
Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: New York, New York
December 13, 2011

                              LATHAM & WATKINS LLP

By:    /s/ *Annemarie V. Reilly*
Annemarie V. Reilly
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1849
Facsimile: (212) 751-4864
E-mail: Annemarie.reilly@lw.com

7218910_1