GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | x | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

------------------------------------------------------------

**STIPULATION BETWEEN REED SMITH LLP
AND THE FEE COMMITTEE REGARDING THE
THIRD INTERIM APPLICATION OF REED SMITH LLP, SPECIAL
COUNSEL FOR THE DEBTORS, FOR COMPENSATION AND EXPENSES
FOR THE PERIOD MARCH 1, 2011 THROUGH MAY 31, 2011**

**TO:   THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE**

WHEREAS, on August 15, 2011, Reed Smith LLP ("Reed Smith") filed the *Third Interim Application of Reed Smith LLP, Special Counsel for the Debtors, For Interim Allowance of Compensation and Reimbursement of Expenses for the period of March 1, 2011 Through May 31, 2011* (the "Third Fee Application") [Docket No. 19274] seeking interim fees in the amount of $174,090.50 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $7,152.42 with respect to the period from March 1, 2011 through May 31, 2011 (the "Eighth Interim Period");

WHEREAS, Reed Smith regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for out-of-pocket expenses during the pendency of these cases;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to the *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in the chapter 11 cases of Lehman Brothers Holdings, Inc., *et al.* (the "Fee Committee") has reviewed the Third Fee Application, issued a Confidential Letter Report with respect thereto on November 21, 2011, and entered into negotiations with Reed Smith regarding the Third Fee Application;

WHEREAS, as a result of these negotiations, Reed Smith and the Fee Committee have agreed to a reduction of $3,250.50 for professional services rendered and $163.92 for expenses incurred by Reed Smith in the Eighth Interim Period;

## STIPULATION

NOW, THEREFORE, the Fee Committee and Reed Smith hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Reed Smith's request for allowance and payment of interim compensation and reimbursement of out-of-pocket expenses in the reduced amount of $170,840 in fees and reimbursement of $6,988.50 in out-of-pocket expenses for the period from March 1, 2011 through May 31, 2011, and directing the Debtors to pay any such amounts not previously paid to Reed Smith.

[Signature page follows]

Dated: Madison, Wisconsin
December 8, 2011

        GODFREY & KAHN, S.C.

      By:  /s/ *Katherine Stadler*
        Katherine Stadler
        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609
        E-mail: kstadler@gklaw.com

        *Attorneys for the Fee Committee*

Dated: Chicago, Illinois
December 7, 2011

        REED SMITH LLP

      By:  /s/ *Carolyn H. Rosenberg*
        Carolyn H. Rosenberg
        J. Andrew Moss
        REED SMITH LLP
        10 South Wacker Drive, 40th Floor
        Chicago, IL 60606-7507
        Telephone: (312) 207-1000
        Facsimile: (312) 207-6400
        E-mail: crosenberg@reedsmith.com
            amoss@reedsmith.com

7197960_1