GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**STIPULATION BETWEEN WINDELS MARX LANE & MITTENDORF, LLP AND THE FEE COMMITTEE ON THE SIXTH INTERIM APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR COMPENSATION AND EXPENSES FOR THE PERIOD <u>FEBRUARY 1, 2011 THROUGH MAY 31, 2011</u>**

TO:  THE HONORABLE JAMES M. PECK
     U.S. BANKRUPTCY JUDGE

WHEREAS, on August 15, 2011, Windels Marx Lane & Mittendorf, LLP ("Windels Marx") filed the *Application of Windels Marx Lane & Mittendorf, LLP, for an Interim Award of Compensation and Reimbursement of Expenses for the Period February 1, 2011 through May 31, 2011* (the "Sixth Fee Application") [Docket No. 19272] seeking interim compensation of $353,410.50 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $4,182.95;

WHEREAS, Windels Marx has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Sixth Fee Application, issued a Confidential Letter Report on November 9, 2011, and entered into a dialogue with Windels Marx regarding the application;

WHEREAS, as a result of that dialogue, Windels Marx has agreed to accept a disallowance of fees in the amount of $5,110.00 for professional services rendered, and a disallowance of $338.30 from its out-of-pocket expense reimbursement request; and

WHEREAS, notwithstanding this Stipulation, the Sixth Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

**STIPULATION**

NOW, THEREFORE, the Fee Committee and Windels Marx hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Windels Marx's request for interim compensation and reimbursement of expenses in the reduced amount of $348,300.50 in fees and $3,844.65 in expenses.

[Signature page follows]

Dated: Madison, Wisconsin
       December 8, 2011.

                          GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*
       Katherine Stadler
       GODFREY & KAHN, S.C.
       One East Main Street, Suite 500
       Madison, Wisconsin 53703
       Telephone: (608) 257-3911
       Facsimile: (608) 257-0609
       E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: New York, New York
       December 6, 2011.

                          WINDELS MARX LANE & MITTENDORF, LLP

By:     /s/ *Robert Rossi*
       Robert Rossi
       WINDELS MARX LANE & MITTENDORF, LLP
       156 West 56th Street
       New York, New York 10019
       Telephone: (212) 237-1000
       Facsimile: (212) 262-1215
       E-mail: rrossi@windelsmarx.com

*Special Counsel for the Debtors*

7158740_1