GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Carla O. Andres (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                    :        Chapter 11
                                         :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :   Case No. 08-13555 (JMP)
                                         :
                              Debtors.   :        (Jointly Administered)
------------------------------------------------------------ x


**STIPULATION BETWEEN KRAMER LEVIN NAFTALIS & FRANKEL LLP AND THE FEE COMMITTEE REGARDING THE FIRST INTERIM APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2011 THROUGH MAY 31, 2011**

TO:   THE HONORABLE JAMES M. PECK
      U.S. BANKRUPTCY JUDGE

WHEREAS, on August 15, 2011, Kramer Levin Naftalis & Frankel LLP. ("Kramer Levin") filed the *First Interim Application of Kramer Levin Naftalis & Frankel LLP, Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 Through May 31, 2011* (the "First Fee Application") [Docket No. 19241] seeking interim fees in the amount of $131,057.10 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $1,173.15;

WHEREAS, Kramer Levin has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the First Fee Application and issued a Confidential Letter Report on November 4, 2011;

WHEREAS, Kramer Levin has agreed to accept the Fee Committee's proposal of a reduction in the amount of $96.18 for Kramer Levin's out-of-pocket expense reimbursement request and a reduction of $908.25 for professional services rendered; and

WHEREAS, notwithstanding this Stipulation, the First Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

**STIPULATION**

NOW, THEREFORE, the Fee Committee and Kramer Levin hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Kramer Levin's request for interim compensation and reimbursement of expenses in the amount of $130,148.85 in fees and the reduced amount of $1,076.97 in expenses.

*[Signature Page Follows]*

Dated: Milwaukee, Wisconsin
       November 18, 2011

                          GODFREY & KAHN, S.C.

By:      /s/ *Carla O. Andres*
       Carla O. Andres
       GODFREY & KAHN, S.C.
       780 North Water Street
       Milwaukee, Wisconsin 53202
       Telephone: (414) 273-3500
       Facsimile: (414) 273-5198
       E-mail: candres@gklaw.com

*Attorneys for the Fee Committee*

**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**

By:      /s/ *Kevin B. Leblang*
       Kevin B. Leblang
       Kramer Levin Naftalis & Frankel, LLP
       1177 Avenue of the Americas
       New York, NY 10036-2714
       Telephone: (212) 715-9100
       Facsimile: (212) 715-8000
       E-mail: kleblang@kramerlevin.com

7112099_1