GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone:  (414) 273-3500
Facsimile:  (414) 273-5198

Carla O. Andres (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
In re                                              :                    Chapter 11
                                                   :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*       :                    Case No. 08-13555 (JMP)
                                                   :
                               Debtors.            :                    (Jointly Administered)
-------------------------------------------------- x

**STIPULATION BETWEEN LOCKE LORD AND
THE FEE COMMITTEE REGARDING THE
FIRST INTERIM APPLICATION OF LOCKE LORD,
FOR ALLOWANCE OF INTERIM COMPENSATION AND EXPENSES
FOR THE PERIOD JULY 1, 2010 THROUGH MAY 31, 2011**

**TO:    THE HONORABLE JAMES M. PECK
         U.S. BANKRUPTCY JUDGE**

WHEREAS, on August 12, 2011, Locke Lord Bissell & Liddell LLP ("Locke Lord")

filed the *First Interim Application for the Eighth Interim Application Period of Locke Lord*

*Bissell & Liddell LLP for Compensation and Reimbursement of Expenses* (the "First Fee

Application") [Docket No. 19228] seeking interim fees in the amount of $1,242,675.11 for

professional services rendered and reimbursement of out-of-pocket expenses in the amount of

$106,574.87;

WHEREAS, Locke Lord has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the First Fee Application, issued a Confidential Letter Report on November 15, 2011, and entered into a dialogue with Locke Lord regarding this application;

WHEREAS, as a result of this dialogue, Locke Lord and the Fee Committee have agreed to a stipulated disallowance of fees in the amount of $7,992.43 for professional services rendered and a reduction of $389.91 in Locke Lord's out-of-pocket expense reimbursement request; and

WHEREAS, notwithstanding this Stipulation, the First Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Locke Lord hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Lock Lord's request for interim compensation and reimbursement of expenses in the reduced amount of $1,234,682.68 in fees and $106,184.96 in expenses.

*[Signature Page Follows]*

2

Dated: Milwaukee, Wisconsin
       December 22, 2011

GODFREY & KAHN, S.C.


By:         /s/ *Carla O. Andres*
           Carla O. Andres
           GODFREY & KAHN, S.C.
           780 North Water Street
           Milwaukee, WI  53202
           Telephone: (414) 273-3500
           Facsimile: (414) 273-5198
           E-mail: candres@gklaw.com

           *Attorneys for the Fee Committee*


LOCKE LORD BISSELL & LIDDELL LLP


By:         /s/ *Jason L. Sanders*
           Jason L. Sanders
           Locke Lord Bissell & Liddell LLP
           2200 Ross Avenue, Suite 2200
           Dallas, TX 75201
           Telephone:  (214) 740-8000
           Facsimile No.:  (214) 740-8800
           jsanders@lockelord.com

7247055_1