UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                              :    (Jointly Administered)
                Debtors.                      :
                                              :
-----------------------------------------------------------------x    Ref. Docket No. 24036

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ *Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
16th day of January, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:　　TAM TAI LAURENTIA
　　　　　　　FLAT A 6/F
　　　　　　　CAMBRIDGE MANSION
　　　　　　　92 WATERLOO ROAD
　　　　　　　HOMANTIN KLN HONG KONG

Additional:

Transferee:　　STANDARD CHARTERED BANK (HONG KONG) LIMITED
　　　　　　　21/F, STANDARD CHARTERED TOWER
　　　　　　　388 KWUN TONG ROAD
　　　　　　　HONG KONG HONG KONG

**Your transfer   of claim #   38327    is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 24036　　　　　　　Date 01/04/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 9, 2012.

**EXHIBIT B**

```
TIME: 13:12:23                          LEHMAN BROTHERS HOLDING INC.                          PAGE:  1
DATE: 01/09/12                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG    HONG KONG   HONG KONG |
| TSUI TAI LAURENTIA | FLAT A 6/F CAMBRIDGE MANSION 92 WATERLOO ROAD HOMANTIN KLN    HONG KONG |

Total Number of Records Printed     2