UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                            :    (Jointly Administered)
            **Debtors.**                    :
                                            :
------------------------------------------------------------x    Ref. Docket Nos. 23911, 23920,
                                                 23961-23963, 23993, 23994, 23996,
                                                 23997, 23999-24002, 24004-24007,
                                                 24036, 24038, 24040, 24061-24065,
                                                 24070-24080, 24082-24085, 24091

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
16th day of January, 2012

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO
              ATTN: JEFFREY OLINSKY
              60 WALL ST., 3RD FLOOR
              NEW YORK NY 10005

Please note that your claim # 66737 in the above referenced case and in the amount of
        $23,028.00         has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.<br>TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH<br>C/O ANCHORAGE CAPITAL GROUP LLC<br>ATTN: SUSAN MORIELLO<br>610 BROADWAY 6TH FL<br>NEW YORK NY 10012 | ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.<br>ATTN: ROBERT SCHEININGER<br>SIDLEY AUSTIN LLP<br>787 SEVENTH AVE<br>NEW YORK NY 10019 |

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23911      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/09/2012                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 9, 2012.

# EXHIBIT B

```
TIME: 13:13:03                                      LEHMAN BROTHERS HOLDING INC.                                                  PAGE:   1
DATE: 01/09/12                                           CREDITOR LISTING

Name                                              Address
ALTUNED HOLDINGS LLC                              TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
ALTUNED HOLDINGS LLC                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            TRANSFEROR: SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
                                                  ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
CF CLAIMS LLC                                     TRANSFEROR: DUITSHOF, W.T. AND/OR DUITSHOF-KNUTING, Y.B.J. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                                  NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: JURAK, RUDOLF - DR. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: KREHER, DANIEL ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: LOTH, K.A. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: MOSKOWITZ & AUSTIN LLC ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: OTT, KARIN ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: REACT CONSULTANCY BV ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: SALKOVICS, ELKE ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: STECHTING CEDER ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: VAN DEN BOOGAARD, M.S. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: ZOBRIST, THOMAS ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CHAN WING HANG                                    RM 77 10/F HORIZON SUITE 29 ON CHUN STREET MA ON SHAN, NT   HONG KONG
CHANG FIN FAI                                     FLAT D 24/F BLOCK 17 BEVERLY VILLAS 16 LA SALLE ROAD KOWLOON TONG, KLN   HONG KONG
CHIU WAI YAN PHILIP / CHOI MUI SUM                FLAT A 5/F BLOCK 9 WINDIX INDUSTRIES LTD NO 18-19 15/F BLK C GOLDFIELD IND CTR 1 SUI WO ROAD SHATIN, NT    HONG KONG
CHOU CHI CHIENG                                   C/O WINDIX INDUSTRIES LTD NO 18-19 15/F BLK C GOLDFIELD IND CTR 1 SUI WO ROAD SHATIN, NT    HONG KONG
CREDIT SUISSE AG                                  ATTN: MICHAEL SUTTON, SUNDER SHEWAKRAMANI, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH                    ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH                    CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON   EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH                    TRANSFEROR: ALLEANZA TORO S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND SAN GIORGIO) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB FUND GEVAL EURO) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND PATRIMONIO DANNI) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND GESAV) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: FATA ASSICURAZIONI S.P.A. FOR AND ON BEHALF OF ITS SUB-FUND DANNI) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GENERTEL S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND GENERTEL) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GENERTELLIFE S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND RI. ALTO BOND) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND PATRIMONIO DANNI) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF IT'S SUB-FUND EURO FORTE) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: INA ASSITALIA S.P.A. (FOR AND ON BEHALF OF ITS SUB-FUND INA2000) ATTN: SIMON GLENNIE/KELLY WHISTANCE
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM

                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:13:03                                          LEHMAN BROTHERS HOLDING INC.                                           PAGE:    2
DATE: 01/09/12                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: INA ASSITALIA SPA (FOR & ON BEHALF OF ITS SUB-FUND NUOVA MONETA FORTE) ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM CANADIAN GLOBAL TRUST - PUTNAM CANADIAN FIXED INCOME LONG FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM PSVF LIABILITY FUNDING PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM PSVF LIABILITY FUNDING PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DUITSHOF, W.T. AND/OR DUITSHOF-KNUTING, Y.B.J. | TERBORGSEWEG 19 BREEDENBROEK 7084 AD NETHERLANDS |
| EDELMANN, GERHARD | BEIM WIDMEN 7 RICKENBACH D-79736 GERMANY |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF MEERMAN, E.A. BERLIJN | TRANSFEROR: MEERMAN, E.A. BERLIJN C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF URS SCHLEP AND JOANNA SOHIZ | TRANSFEROR: URS SCHLEP AND JOANNA SOHIZ C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: MR. BAUWENS, A.E. ATTN: RACHEL YAMNIK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: VANVOORDEN, MARC ATTN: RACHEL YAMNIK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ERIK PENSER BANKAKTIEBOLAG, NOMINEE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ERIK PENSER BANKAKTIEBOLAG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UBS AG C/O JP MORGAN SECURITIES LLC ATTN: JEFF PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JURAK, RUDOLF - DR. | KIRCHENGASSE 22 WARTBERG IM MURZTAL 8661 AUSTRIA |
| KEONG IN FAN | FLAT B 30/F ROSEDALE GARDENS NO. 133 CASTLE PEAK ROAD TUEN MUN NT HONG KONG |
| KREHER, DANIEL | HELTENBERGER STR. 26 BEILSTEIN 71717 GERMANY |
| LAM YUK MUI | FLT D 19/F BLK 10 TIERRA VERDE TSING YI NT HONG KONG |
| LAN YUK CHING | FLAT A 3/F BLOCK 5 KINGSFORD TERRACE NO. 8 KING TUNG STREET NGAU CHI WAN, KLN HONG KONG |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CTR NEW YORK NY 10281 |
| LAW MEE YUK/NG KWOK CHING | ROOM 8, 9/F, BLOCK B LOK SING CENTRE 19-31 YEE WOO STREET CAUSEWAY BAY, HK HONG KONG |
| LEE YUK KING REBECCA | FLAT E 44/F BLOCK 9 SUN TUEN MUN CENTRE TUEN MUN NT HONG KONG |
| LIU, QIANG | 5/F 331 PO ON ROAD SHAM SHUI PO KLN HONG KONG |
| LO, YUET CHU CONNIE | FLAT A 12/F BLOCK 10 HONG KONG GARDEN NO. 100 CASTLE PEAK ROAD TSING LUNG TAU SHAM TSENG, NT HONG KONG |
| LOTH, K.A. | HAWEG 14 GLANE 7585 PR NETHERLANDS |
| MEERMAN, E.A. BERLIJN | M. WESSELINGSTRAAT 239 ROTTERDAM NETHERLANDS |
| MOSKOWITZ & AUSTIN LLC | 301 GREENHILL WAY SILVER SPRING MD 20904 |
| MR. BAUWENS, A.E. | GUANA BAY DRIVE, PO BOX 262, PHILIPSBURG SINT MAARTEN NETHERLANDS ANTILLES |
| NPB NEUE PRIVAT BANK AG, ZUERICH | TRANSFEROR: UBS AG C/O NPB NEUE PRIVAT BANK AG P.O. BOX LIMMATQUAI 1 ZUERICH CH8022 SWITZERLAND |
| OTT, KARIN | EICHHOLZGASSE 4 ROTTENBACH 91341 GERMANY |
| REACT CONSULTANCY BV | ATTN: J. VAN NIEUWKOOP LENTE PARK 38 NIEUW-VENNEP 2151 EV NETHERLANDS |
| SALKOVICS, ELKE | FURBERGSTRASSE 61/P/1 SALZBURG A-5020 AUSTRIA |
| SHEWAKRAMANI, SUNDER | THOMAS R. SLOME, ESQ MEYER, SUOZZI, ENGLISH & KLEIN, PC 990 STEWART AVENUE PO BOX 9194 GARDEN CITY NY 11530-9194 |
| SHEWAKRAMANI, SUNDER | PO BOX 40856 DUBAI UNITED ARAB EMIRATES |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN WING HANG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHANG FIN FAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHIU WAI YAN PHILIP / CHOI MUI SUM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHOU CHI CHIENG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: KEONG IN FAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LAM YUK MUI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LAN YUK CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 13:13:03                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 01/09/12                                                   CREDITOR LISTING

Name                                              Address
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LAW MEE YUK/NG KWOK CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LEE YUK KING REBECCA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LIU, QIANG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LO, YUET CHU CONNIE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: TANG SIU KING JOANNA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: TJIU MEI HUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: WONG LI WAH 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: WONG WAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: WONG WAI MAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: WONG YING CHI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG     HONG KONG
LIMITED
STECHTING CEDER                                   LANDSHER 5 MAASLAND   3155 BK NETHERLANDS
TANG SIU KING JOANNA                              ROOM 106 1/F FIRST MANSION NO. 106 ROBINSON ROAD MID-LEVELS   HONG KONG
TANNOR PARTNERS CREDIT FUND, LP                   TRANSFEROR: EDELMANN, GERHARD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TJIU MEI HUNG                                     FLT B 17/B BLK 5 HOI TAO MANSION RIVIERA GARDEN TSUEN WAN, NT   HONG KONG
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
URS SCHLEP AND JOANNA SOHIZ                       URS SCHLEP AND JOANNA SOHIZ HOEHEWEG 37 MUENCHENBUCHSEE   CH-3053 SWITZERLAND
URS SCHLEP AND JOANNA SOHIZ                       HOHEURG 37 MUNCHEM BADSER   CH-3053 GERMANY
VAN DEN BOOGAARD, M.S.                            BOULEVARD PAULUS LOOT 55 ZANDVOORT   2042 AE NETHERLANDS
VAN DEN BOOGAARD, M.S.                            CARVALETTE B.V. BOULEVARD PAULUS LOOT 55 ZANDVOORT   2042 AE NETHERLANDS
VANVOORDEN, MARC                                  61 YORK VILLE AVENUE, SUITE 815 TORONTO ON M5R-1B7 CANADA
WONG LI WAH                                       ROOM 1530 15/F SUN HOK HOUSE SUN CHUI ESTATE SHATIN, NT   HONG KONG
WONG WAI                                          ROOM 1005 HARVEST BUILDING NO.29 WING KUT STREET SHEUNG WAN, HK   HONG KONG
WONG WAI MAN                                      UNIT 69 4/F SINO INDUSTRIAL BUILDING 9 KAI CHEUNG ROAD KOWLOON BAY KLN   HONG KONG
WONG YING CHI                                     ROOM 2 4/F FUNG YAN HOUSE FUNG LAI COURT DIAMONG HILL KLN   HONG KONG
ZOBRIST, THOMAS                                   BAUMLIHOFWEG 16 5035 UNTERENTFELDEN   SWITZERLAND
ZOBRIST, THOMAS                                   AARGAUISCHE KANTONALBANK ISFS/EBU9 BAHNHOFSTRASSE 58 CH-5001 AARAU   SWITZERLAND


Total Number of Records Printed      106
```