TO : UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK,
ONE BOWLING GREEN,
NEW YORK, NY 10004 – 1408, U.S.A.

FROM : CHENG, LAI CHUN
FLAT-G, 29/F, BLOCK 3, SOUTH HORIZONS,
AP LEI CHAI, HONG KONG.

19/12/2011

Dear Sir,

RE : LEHMAN BROTHERS HOLDINGS INC.
CLAIM # 48656 IN THE AMOUNT OF USD12,836.31
INTERNAL CONTROL NUMBER 23025

FURTHER TO YOUR ADVISE, I WOULD LIKE TO REQUEST PLEASE TRANSFER THE MONEY IN THE AMOUNT OF USD12,836.31 TO THE FOLLOWING :

HANG SENG BANK LTD., HEAD OFFICE
NO. 83, DES VOEUX ROAD, CENTRAL, HONG KONG.
TRANSFEROR : CHENG, LAI CHUN
A/C NO. 373- 062769-882

THANK YOU VERY MUCH.

YOURS VERY TRULY,

*Cheng Lai Chun* (signature)

CHENG, LAI CHUN

RECEIVED
JAN - 3 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK