

# OFI
ASSET MANAGEMENT

29 December 2011
PARIS

To:    **United States Bankruptcy Court / Southern District of New York**
1 Bowling Green
New York, NY 10004
USA



Re: ADI GLOBAL OPPORTUNITY – Claim number 19670

Dear Sirs,

We are acting in our capacity as Investment Manager on behalf and for the account of the French Collective Investment Schemes mentioned below.

We would like to inform you that effective as of September 23, 2010 **(the "Side Pocket Date")**, OFI Asset Management has carried out the transfer from ADI GLOBAL OPPORTUNITY to ADI GLOBAL OPPORTUNITY SP (the "**Opportunity Transfer**") of receivables against Lehman Brothers International (Europe) (here "**LBIE**"), as debtor, and Lehman Brothers Holdings Inc. (here "LBHI"), as guarantor, (here the "**Lehman Claim**"), resulting from an OTC Derivative Agreement (ISDA) and a Security Financing Agreement (GMRA) between ADI GLOBAL OPPORTUNITY and LBIE (it being understood that, without prejudice to other general guarantees, the relevant OTC Derivative Agreement (ISDA) was, to our knowledge, notably guaranteed by a swap guarantee from LBHI given as a credit support for the applicable ISDA).

For compliance purposes, please find herewith a completed Form 210A.

The Opportunity Transfer resulted from the setting-up of ADI GLOBAL OPPORTUNITY SP as a spin-off FCP of ADI GLOBAL OPPORTUNITY in which some assets of the latter (i.e., for the avoidance of doubt, the Lehman Claim), have been transferred in accordance with the version of article L.214-30 of the French Monetary and Financial Code prevailing at the time of the Opportunity Transfer (according to the French Ordinance n°2008-1081 of 23 October 2008).
The transfer of ADI GLOBAL OPPORTUNITY's Lehman Claim to ADI GLOBAL OPPORTUNITY SP as result of the Opportunity Transfer is recognized as enforceable under the laws of any and all jurisdictions but France.
Therefore, as from the Side-Pocket Date, your creditor is ADI GLOBAL OPPORTUNITY SP and this change has to be reflected in any further correspondence. This change has been approved by the French Market Authority (AMF). Please see attached evidencing documents.

For clarity purposes, please be advised that ADI GLOBAL OPPORTUNITY SP will continue to be represented by OFI Asset Management.

ADI GLOBAL OPPORTUNITY SP may freely transfer its Lehman Claim to a third party.

Of course, such subsequent assignment (if any) will be duly and timely notified to you.

Yours sincerely,

Jean-Luc MALAFOSSE
General Secretary – OFI Asset Management

Enclosed.



RECEIVED
DEC 3 0 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al. ,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ADI GLOBAL OPPORTUNITY SP
Name of Transferee

ADI GLOBAL OPPORTUNITY
Name of Transferor

Name and Address where notices to transferee should be sent:
1 rue Vernier 75017 PARIS FRANCE

Court Claim # (if known): 19670
Amount of Claim: 5,351,084.33 $
Date Claim Filed: 09/18/2009

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct #: 6155

Phone: + 33 1 40 68 18 17
Last Four Digits of Acct. #: 6155

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date: 12/29/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

OFI ASSET MANAGEMENT
1 RUE VERNIER - 75017 PARIS
Tél. +33 (0)1 40 68 17 17 - Fax +33 (0)1 40 68 17 18
SA AU CAPITAL DE 3 257 163 EUROS
RCS 384 940 342 PARIS - APE 6630Z



**OFI**
ASSET MANAGEMENT

**PricewaterhouseCoopeLLP**

*By email*

Paris, December 28, 2010

COPIE CERTIFIÉE
CONFORME à L'ORIGINAL

Dear Sirs,

**Re: ADI GLOBAL OPPORTUNITY**

We are acting in our capacity as Investment Manager on behalf and for the account of the French Collective Investment Scheme named ADI GLOBAL OPPORTUNITY (hereinafter referred to as the **"Fund"**) which may have a claim against Lehman Brothers International (Europe) (hereinafter referred to as **"LBIE"**).

We are writing to inform you that effective as of September 23, 2010 (the **"Side-pocket Date"**), OFI Asset Management acting for and on behalf of the Fund has decided, in application of Articles 214-30 of the French Monetary and Financial Code and the French Financial Markets Authority General Regulations, to separate illiquid assets (LBIE claims held by the Fund) from other more liquid investments of the Fund in order to safeguard the interest of the noteholders of the Fund and to offer more flexibility to the Investment Manager on the management of the Fund.

Therefore, in addition to ADI GLOBAL OPPORTUNITY, a "Side Pocket" on the form of a contractual fund (as defined by French laws and regulations) named ADI GLOBAL OPPORTUNITY SP designated to isolate the claims held by the Fund against LBIE has been created.
ADI GLOBAL OPPORTUNITY SP will continue to exist until a final decision regarding LBIE claims is reached either by selling those claims at prices that better reflect their intrinsic value or by the final distribution of LBIE assets to its creditors.

As from the Side-pocket Date, your creditor is ADI GLOBAL OPPORTUNITY SP and this change has to be reflected in any further correspondence.

For clarity purposes, please be advised that ADI Global Opportunity SP will continue to be represented by OFI Asset Management.

Yours sincerely,

**OFI ASSET MANAGEMENT acting for and on behalf of ADI GLOBAL OPPORTUNITY SP**

By:

Name: Thierry CALLAULT

Title: Deputy CEO



**SOCIETE GENERALE**
Securities Services

**OFI ASSET MANAGEMENT**
Sébastien GRASSET
1, rue Vernier
75017 PARIS

Paris, le 14 septembre 2010

Objet : Scission du FCP « ADI GLOBAL OPPORTUNITY »

La SOCIETE GENERALE, représentée par Bruno PRIGENT, responsable dépositaire OPC, prend acte de sa nomination en tant que dépositaire dans les conditions prévues au deuxième alinéa de l'article L.214-30 du Code Monétaire et Financier des deux fonds créés suite à la scission du fonds « ADI GLOBAL OPPORTUNITY », dont la société de gestion est OFI ASSET MANAGEMENT, sous réserve d'une déclaration auprès de l'AMF :

- D'une part, du FCP « ADI GLOBAL OPPORTUNITY », OPCVM réplique de l'OPCVM scindé,

- Et d'autre part, de l'OPCVM de cantonnement (side pocket) créé sous forme de FCP contractuel « ADI GLOBAL OPPORTUNITY SP ».

**Bruno PRIGENT**
Directeur Délégué du Métier Titres
Dépositaire d'OPC

Société Générale
Adresse Postale : Société Générale Securities Services
Tour Granite
75886 PARIS CEDEX 18
tel 01.42.13.13.03
fax 01.53.05.46.33
Siège social : 29, boulevard Haussmann
75009 PARIS

R É P U B L I Q U E    F R A N Ç A I S E

AUTORITÉ
DES MARCHÉS FINANCIERS



Réf : MKL
N°AMF

Service des Prestataires et des
Produits d'Epargne

Madame Natalie DEPASSE
OFI ASSET MANAGEMENT
1 rue Vernier
75017 PARIS

*COPIE CERTIFIÉE CONFORME À L'ORIGINAL*

Paris, le        2 9 SEP. 2010

Madame,

J'ai l'honneur d'accuser réception, à la date du 29/09/2010, de la déclaration de création de l'OPCVM suivant :

Forme juridique :

OPCVM contractuel

Dénomination :

ADI GLOBAL OPPORTUNITY SP

Ayant pour code(s) ISIN :

FR0007073747

Je vous prie d'agréer, Madame, l'assurance de ma considération distinguée.

Marc LAGLACE
Responsable Organisme de Placements Collectifs

# Rapport du commissaire aux comptes relatif à la liste des actifs transférés du FCP ADI GLOBAL OPPORTUNITY au FCP contractuel ADI GLOBAL OPPORTUNITY SP en date du 24 septembre 2010

COPIE CERTIFIÉE
CONFORME à L'ORIGINAL

**ADI Global Opportunity**
Fonds Commun de Placement
OFI ASSET MANAGEMENT
1 rue Vernier
75017 Paris

**Grant Thornton**
SA d'Expertise Comptable et
de Commissariat aux Comptes
au capital de 2 297 184 €
inscrite au tableau de l'Ordre de la région
Paris Ile France et membre
de la Compagnie régionale de Paris
RCS Paris B 632 013 843
100, rue de Courcelles
75849 Paris Cedex 17

# Rapport du commissaire aux comptes relatif à la liste des actifs transférés du FCP ADI GLOBAL OPPORTUNITY au FCP contractuel ADI GLOBAL OPPORTUNITY SP en date du 24 septembre 2010

## ADI GLOBAL OPPORTUNITY

En notre qualité de commissaire aux comptes du FCP contractuel **ADI GLOBAL OPPORTUNITY SP** constitué en vertu de l'article L.214-30 du code monétaire et financier, et en application de l'article D.214-22-1 de ce code, nous vous présentons notre rapport relatif à la liste des actifs transférés au fonds dans le cadre de la scission du fonds **ADI GLOBAL OPPORTUNITY**, jointe au présent rapport.

Il appartient à la société de gestion d'établir cette liste. Il nous appartient de vérifier les quantités et libellés des instruments financiers transférés étant précisé que nos travaux ne portent pas sur la valorisation de ces instruments.

Nous avons mis en œuvre les diligences que nous avons estimé nécessaires au regard de la doctrine professionnelle de la Compagnie nationale des commissaires aux comptes.

Nos travaux ont consisté à vérifier la concordance des quantités et libellés des instruments financiers figurant sur la liste avec :
-    les documents du dépositaire à la date de la scission,
-    et le portefeuille des instruments financiers du fonds contractuel à la date de la scission.

Grant Thornton                    FCP ADI GLOBAL OPPORTUNITY                    Page 3 / 3

Nous avons également vérifié que ces instruments financiers figuraient bien, avant la scission, dans le portefeuille du fonds scindé, pour les mêmes quantités et libellés.

Sur la base des travaux effectués, nous n'avons pas d'observation à formuler sur la liste des actifs transférés telle que jointe au présent rapport, étant observé que nos travaux ne portent pas sur la valorisation de ces instruments.

Par ailleurs, nous vous rappelons que la créance transférée à une valeur brute de 4 015 782.11€. Cette créance fait l'objet d'une valorisation à 30 % pour sa composante issue du montant net de réalisation des transactions sur contrats financiers ISDA (International Swaps and Derivatives Association) et à 20 % pour sa composante issue du montant net de réalisation des transactions sur contrats financiers GMRA (Global Market Repurchase Agreement).

Paris, le 14 octobre 2010

Le Commissaire aux Comptes
**Grant Thornton**
**Membre français de Grant Thornton International**

Gérard de Fournas
Associé



**OFI**
ASSET MANAGEMENT

### LISTE DES ACTIFS TRANSFERES
### DE L'OPCVM ADI GLOBAL OPPORTUNITY
### VERS L'OPCVM ADI GLOBAL OPPORTUNITY SP

Le périmètre de cantonnement du Fonds ADI GLOBAL OPPORTUNITY (ci-après le « Fonds ») inclut les positions suivantes, transférées à une valorisation totale de 1 099 452,00 EUR au Fonds de Cantonnement dénommé ADI GLOBAL OPPORTUNITY SP, dans l'attente du retour à meilleure fortune sur ces positions :

| Nature de l'Actif Sinistré | Détail |
|---|---|
| Créances Lehman (désignée dans les présentes comme la « Créance ») | Créance ISDA estimée à 2 982 955,72 euros et valorisée à 888 886,72 euro |
| | Créance GMRA estimée à 1 052 826,39 euros et valorisée à 210 565,28 euro |
| Parts d'OPCVM placés en liquidation organisée (désignées dans les présentes comme les « Parts des Fonds Sous-Jacents ») | 11 Parts du FCP ADI CONVERT ABSOLU valorisées à 0 euro |
| | 526,5695 parts du FCP ADI CONVEX valorisées à 0 euro |
| | 730 parts du FCP ADI CREDIT ARBITRAGES ABSOLU valorisées à 0 euro |
| | 5 545 parts du FCP ADI CREDIT ARBITRAGES valorisées à 0 euro |

Pour les besoins de sa gestion, le Fonds avait conclu des contrats financiers (ci-après les « Transactions »), également dénommés « instruments financiers à terme » au sens de l'article L.211-1, III, du Code monétaire et financier, sur le fondement d'une convention cadre ISDA (1992 ISDA Master Agreement et son Schedule) et d'une convention cadre GMRA (convention cadre de place établie par l'ICMA pour les opérations de REPO), toutes deux signées avec la société anglaise Lehman Brothers International Europe (ci-après « LBIE »).

Le 15 septembre 2008, la société américaine Lehman Brothers Holding Inc (ci-après « LBH Inc ») a déposé un « voluntary petition » afin de se placer sous la protection du Chapter 11 du U.S. Bankruptcy Code



LBIE a été placée concomitamment sous administration judiciaire auprès de la société PriceWaterhouseCoopers (ci-après « PWC »).

En application de la documentation juridique en place, ces « événements de défaut » ont ouvert la possibilité pour le Fonds de réclamer un montant net de résiliation des Transactions en cours auprès de LBIE et, concernant les Transactions conclues sur le fondement de la convention cadre ISDA, de requérir l'exécution de la garantie octroyée par LBH Inc.

Le montant net de résiliation issu de la compensation opérée (« close-out netting ») entre les Transactions en cours (ci-après la « Créance ») a été évalué en date du 18 septembre 2008 à 4 015 782,11 EUR (quatre millions quinze mille sept cent quatre-vingt-deux euros et onze centimes). La Créance fait l'objet d'une valorisation à 30% pour sa composante issue du montant net de résiliation des transactions sur contrats financiers ISDA et à 20% pour sa composante issue du montant net de résiliation des transactions sur contrats financiers GMRA.

Le Fonds est par ailleurs détenteur de parts des FCP ADI CONVERT ABSOLU, ADI CONVEX, ADI CREDIT ARBITRAGES ABSOLU et ADI CREDIT ARBITRAGES (ci-après les « Fonds Sous-Jacents ») eux-mêmes exposés aux défauts de LBIE et de LBH Inc.

Les Fonds Sous-Jacents sont actuellement en cours de liquidation organisée si bien que les parts desdits fonds (ici les « Parts des Fonds Sous-Jacents ») ne peuvent faire l'objet d'un rachat. Les Parts des Fonds Sous-Jacents sont en effet illiquides et valorisées à 0.

Eu égard à l'illiquidité de la Créance et des Parts des Fonds Sous-Jacents (ici les « Actifs Sinistrés »), la Société de Gestion a décidé de recourir au dispositif de cantonnement de ces Actifs Sinistrés dans un OPCVM « side-pocket » en application de l'ordonnance n°2008-1081 en date du 23 octobre 2008. Ce cantonnement permettra à la société de gestion de préserver les droits des porteurs du FCP ADI GLOBAL OPPORTUNITY (en date de cantonnement) sur les Actifs Sinistrés en les isolant des actifs sains, via le recours au fonds de cantonnement. Il permettra également à la société de gestion d'avoir davantage de flexibilité dans ses décisions de gestion du fonds sain (i.e ADI GLOBAL OPPORTUNITY), notamment en cas de mutation envisagée de ce dernier, et ce dans l'intérêt des porteurs.

Fait à Paris,
Le 14 Septembre 2010

Thierry CALLAULT
Directeur Général Délégué
Pour valoir ce que de droit

## RAPPORT SUR LA SCISSION

## DU FCP
## "ADI GLOBAL OPPORTUNITY"

## PAR VOIE DE CREATION D'UN OPCVM DE CANTONNEMENT

La Société **OFI ASSET MANAGEMENT**, Société Anonyme au capital de € 3 257 163, dont le siège social est 1, rue Vernier à PARIS 75017, immatriculée au Registre du Commerce et des Sociétés de Paris sous le numéro B 384 940 342,

Représentée par Monsieur Thierry CALLAULT, Directeur Général Délégué,

(la « Société de Gestion » ou « OFI AM »)

a décidé la réalisation d'une opération de scission (la « Scission ») de l'OPCVM ADI GLOBAL OPPORTUNITY dont elle est société de gestion par création de deux OPCVM dénommés « ADI GLOBAL OPPORTUNITY» et « ADI GLOBAL OPPORTUNITY SP» conformément à l'article L.214-30 du Code monétaire et financier.

### OBJET DU PRESENT RAPPORT

Le présent rapport (le « Rapport ») s'adresse à tous les porteurs (les « Porteurs ») du Fonds Commun de Placement dénommé ADI GLOBAL OPPORTUNITY - ISIN : FR0007073747 – (le « Fonds »), OPCVM Diversifié agréé par l'Autorité des Marchés Financiers et régi par les articles L.214-20 et suivants du Code monétaire et financier.

L'objet du Rapport est de présenter aux Porteurs les modalités de la Scission et de justifier la décision prise par votre Société de Gestion.

### EXPOSE DES MOTIFS

Pour les besoins de sa gestion, votre Fonds avait conclu des contrats financiers (ci-après les « Transactions »), également dénommés « instruments financiers à terme » au sens de l'article L.211-1, III, du Code monétaire et financier, sur le fondement d'une convention cadre ISDA (1992 ISDA Master Agreement et son Schedule) et d'une convention cadre GMRA (convention cadre de place établie par l'ICMA pour les opérations de REPO), toutes deux signées avec la société anglaise Lehman Brothers International Europe (ci-après « LBIE »).

Le 15 septembre 2008, la société américaine Lehman Brothers Holding Inc (ci-après « LBH Inc ») a déposé un « voluntary petition » afin de se placer sous la protection du Chapter 11 du U.S. Bankruptcy Code.

LBIE a été placée concomitamment sous administration judiciaire auprès de la société PriceWaterhouseCoopers (ci-après « PWC »).

En application de la documentation juridique en place, ces « évènements de défaut » ont ouvert la possibilité pour le Fonds de réclamer un montant net de résiliation des Transactions en cours auprès de LBIE et, concernant les Transactions conclues sur le fondement de la convention cadre ISDA, de requérir l'exécution de la garantie octroyée par LBH Inc.

1

Le montant net de résiliation issu de la compensation opérée (« close-out netting ») entre les Transactions en cours (ci-après la « Créance ») a été évalué en date du 16 septembre 2008 à : 4 015 782,11 EUR (quatre millions quinze mille sept cent quatre-vingt-deux euros et onze centimes). La Créance fait l'objet d'une valorisation à 30% pour sa composante issue du montant net de résiliation des transactions sur contrats financiers ISDA et à 20% pour sa composante issue du montant net de résiliation des transactions sur contrats financiers GMRA.

Votre Fonds est par ailleurs détenteur de parts des FCP ADI CONVERT ABSOLU, ADI CONVEX, ADI CREDIT ARBITRAGES ABSOLU et ADI CREDIT ARBITRAGES (ci-après les « Fonds Sous-Jacents ») eux-mêmes exposés aux défauts de LBIE et de LBH Inc. Les Fonds Sous-Jacents sont actuellement en cours de liquidation organisée si bien que les parts desdits fonds (ci-après les « Parts des Fonds Sous-Jacents ») ne peuvent faire l'objet d'un rachat. Les Parts des Fonds Sous-Jacents sont en effet illiquides et valorisées à 0.

Les sociétés ADI-Alternative Investments (ci-après « ADI »), ancienne société de gestion en titre du Fonds, puis OFI Asset Management ont fait valoir les droits du Fonds et des Fonds Sous-Jacents auprès de LBIE.

Diverses diligences ont été / sont encore réalisées afin de sauvegarder les droits du Fonds et des Fonds Sous-Jacents: envois de notifications à LBIE en application des conventions cadres ISDA et GMRA, échanges d'information avec PWC, dépôt de Proofs of Claims auprès de la « United States Bankruptcy Court for the Southern District of New York » en charge du « Chapter 11 » de LBH Inc.

Une date de production de créance (« Bar Date » ou « Deadline for the filing of proofs of claims ») a été fixée pour LBIE au 31 décembre 2010, étant entendu qu'il semble intéressant de déposer un proof of claim avant le 17 septembre 2010 pour être éligible, le cas échéant, à une approche de distribution anticipée selon une méthodologie non encore déterminée par PWC et dénommée la « Consensual Approach ». Il convient de noter que la méthodologie dite « Consensual Approach » (dont les termes et conditions sont encore inconnus) pourrait être moins intéressante que celle adoptée par OFI AM dans le cadre de l'évaluation du montant net de résiliation pour le Fonds et les Fonds Sous-Jacents.

Nonobstant les échanges d'information avec PWC, aucune assurance ni aucune certitude ne peut, en date des présentes, être donnée sur le principe ou sur le quantum de recouvrement de chacun des montants nets de résiliation afférents au Fonds et aux Fonds Sous-Jacents.

Afin de protéger au mieux l'intérêt des porteurs du Fonds, OFI AM a mené une tentative de cession de la Créance (avec celles détenues par d'autres OPCVM ex-ADI, dont celles des Fonds Sous-Jacents) dans le marché auprès de différents cessionnaires potentiels dans des conditions dites « full non recourse » jugées protectrices (i.e. sans possibilité de recours par le cessionnaire en cas de remise en cause du principe ou du quantum de la créance cédée par le *liquidating administrator* de LBIE, à savoir PWC, ou par le liquidateur de LBHI au titre de la garantie octroyée par cette entité US sur les transactions ISDA menées par les fonds concernés avec LBIE comme contrepartie). Il convient en effet de noter que les prix indicatifs, disponibles par exemple via Bloomberg, sont établis sur une base « recourse » (i.e. systématiquement affectée par des exigences de garantie assez lourdes formulées par les cessionnaires éventuels).
Ainsi, après identification d'une communauté de *bidders* (cessionnaires éventuels) actifs sur le marché des créances OTC Lehman (créances issues de contrats-cadres ISDA et GMRA), il a été décidé, en date du 13 avril 2010, d'initier une procédure d'"auction" sur une base « full non recourse » auprès de treize acteurs de marché (hedge funds, banques d'investissement, brokers). Aucun prix ferme n'a malheureusement été obtenu au 1er juin 2010 (terme de ladite procédure) selon les termes et conditions de cession souhaités par la Société de Gestion.

Il ressort en effet que la Créance détenue par le Fonds ainsi que celles détenues par les Fonds Sous-Jacents (ci-après les « Créances Lehman »), eux-mêmes exposés aux défauts de LBIE et de LBH Inc., s'avèrent, en date des présentes, « incessibles » en l'état, étant donné la condition « full non-recourse ». Cette tentative de cession des Créances Lehman a néanmoins permis de préciser la valorisation des créances ISDA et GMRA eu égard à (i) leur analyse juridique, (ii) aux prix indicatifs (mais non traitables dans des conditions protectrices de

2

l'intérêt des porteurs) fournis par les cessionnaires éventuels et (iii) aux informations diffusées par PWC et par la United States Bankruptcy Court for the Southern District of New York.

OFI AM n'exclut pas, à l'avenir, de travailler en exclusivité avec un *bidder* afin de parvenir à une solution satisfaisante dans l'intérêt des porteurs de parts du Fonds et des Fonds Sous-Jacents.

Par conséquent, la Société de Gestion a constaté qu'il ne serait pas conforme à l'intérêt des porteurs de parts du Fonds et des Fonds Sous-Jacents de céder les Créances Lehman a décidé de se ménager la possibilité d'attendre de meilleures propositions de rachat ainsi que l'évolution des travaux menés par PWC et par la Juridiction US.

Eu égard aux considérations précédentes illustrant l'illiquidité de la Créance et des Parts des Fonds Sous-Jacents (ci-après les « Actifs Sinistrés »), la Société de Gestion a décidé de recourir au dispositif de cantonnement de ces Actifs Sinistrés dans un OPCVM « side-pocket » en application de l'ordonnance n°2008-1081 en date du 23 octobre 2008.

Les Actifs Sinistrés seront ainsi isolés dans un OPCVM contractuel de cantonnement qui prendra la dénomination ADI GLOBAL OPPORTUNITY SP (le « Fonds de Cantonnement »), en application du deuxième alinéa de l'article L.214-30 du Code monétaire et financier. La valeur du Fonds de Cantonnement sera celle des Actifs Sinistrés transférés pour 1 099 452,00 EUR.

Cette mesure permettra en effet à la Société de Gestion de préserver les droits des porteurs du FCP ADI GLOBAL OPPORTUNITY (en date de cantonnement) sur les Actifs Sinistrés en les isolant des actifs sains, via le recours au fonds de cantonnement.

A l'issue de la présente opération de Scission, deux OPCVM sont crées, l'un destiné à recevoir les Actifs Sinistrés, et l'autre destiné à recevoir les autres actifs dans la continuité de votre Fonds.

Cette décision est motivée par la seule préservation de l'intérêt et de l'égalité des Porteurs du Fonds.

## TITRE 1
## CARACTERISTIQUES GENERALES

### 1. Le Fonds ADI GLOBAL OPPORTUNITY scindé

Le Fonds a pour Dépositaire la Société Générale, Etablissement de Crédit créé le 8 mai 1864 par décret d'autorisation signé par Napoléon III dont le siège social est 29, boulevard Haussmann - 75009 Paris et pour Société de Gestion OFI Asset Management, dont le siège social est 1, rue Vernier à PARIS 75017, immatriculée au Registre du Commerce et des Sociétés de PARIS sous le numéro immatriculée au Registre du Commerce et des Sociétés de Paris sous le numéro B 384 940 342.

Le Fonds a été agréé par la Commission des Opérations de Bourse le 5 juillet 2002.

Il a été créé le 26 juillet 2002.

Sa classification est : « OPCVM Diversifié »

L'objectif de gestion est de réaliser une performance annualisée supérieure à 4%.

La Société de Gestion cherche à atteindre l'objectif de gestion en mettant en œuvre des stratégies de gestion alternatives. La répartition du portefeuille entre les différentes stratégies et le choix des instruments pour les

3

l'intérêt des porteurs) fournis par les cessionnaires éventuels et (iii) aux informations diffusées par PWC et par la United States Bankruptcy Court for the Southern District of New York.

OFI AM n'exclut pas, à l'avenir, de travailler en exclusivité avec un *bidder* afin de parvenir à une solution satisfaisante dans l'intérêt des porteurs de parts du Fonds et des Fonds Sous-Jacents.

Par conséquent, la Société de Gestion a constaté qu'il ne serait pas conforme à l'intérêt des porteurs de parts du Fonds et des Fonds Sous-Jacents de céder les Créances Lehman et a décidé de se ménager la possibilité d'attendre de meilleures propositions de rachat ainsi que l'évolution des travaux menés par PWC et par la Juridiction US.

Eu égard aux considérations précédentes illustrant l'illiquidité de la Créance et des Parts des Fonds Sous-Jacents (ci-après les « Actifs Sinistrés »), la Société de Gestion a décidé de recourir au dispositif de cantonnement de ces Actifs Sinistrés dans un OPCVM « side-pocket » en application de l'ordonnance n°2008-1081 en date du 23 octobre 2008.

Les Actifs Sinistrés seront ainsi isolés dans un OPCVM contractuel de cantonnement qui prendra la dénomination ADI GLOBAL OPPORTUNITY SP (le « Fonds de Cantonnement »), en application du deuxième alinéa de l'article L.214-30 du Code monétaire et financier. La valeur du Fonds de Cantonnement sera celle des Actifs Sinistrés transférés pour 1 099 452,00 EUR.

Cette mesure permettra en effet à la Société de Gestion de préserver les droits des porteurs du FCP ADI GLOBAL OPPORTUNITY (en date de cantonnement) sur les Actifs Sinistrés en les isolant des actifs sains, via le recours au fonds de cantonnement.

A l'issue de la présente opération de Scission, deux OPCVM sont crées, l'un destiné à recevoir les Actifs Sinistrés, et l'autre destiné à recevoir les autres actifs dans la continuité de votre Fonds.

Cette décision est motivée par la seule préservation de l'intérêt et de l'égalité des Porteurs du Fonds.

## TITRE 1
## CARACTERISTIQUES GENERALES

### 1. Le Fonds ADI GLOBAL OPPORTUNITY scindé

Le Fonds a pour Dépositaire la Société Générale, Etablissement de Crédit créé le 8 mai 1864 par décret d'autorisation signé par Napoléon III dont le siège social est 29, boulevard Haussmann - 75009 Paris et pour Société de Gestion OFI Asset Management, dont le siège social est 1, rue Vernier à PARIS 75017, immatriculée au Registre du Commerce et des Sociétés de PARIS sous le numéro immatriculée au Registre du Commerce et des Sociétés de Paris sous le numéro B 384 940 342.

Le Fonds a été agréé par la Commission des Opérations de Bourse le 5 juillet 2002.

Il a été créé le 26 juillet 2002.

Sa classification est : « OPCVM Diversifié »

L'objectif de gestion est de réaliser une performance annualisée supérieure à 4%.

La Société de Gestion cherche à atteindre l'objectif de gestion en mettant en œuvre des stratégies de gestion alternatives. La répartition du portefeuille entre les différentes stratégies et le choix des instruments pour les

3

mettre en œuvre est effectuée par la Société de Gestion à partir des anticipations et des analyses quantitatives et qualitatives sur les prix relatifs de ces instruments.

Elle dépendra des conditions de marché, et de leurs perspectives telles que la société de gestion les apprécie de manière discrétionnaire dans le cadre des processus décrits ci-dessous. Par conséquent, les stratégies décrites ci-dessous peuvent ne pas être mises en œuvre de manière simultanée.

Les stratégies mises en œuvre sont liées aux marchés de valeurs mobilières, aux marchés à terme ou aux instruments financiers à composante optionnelle principalement sur les zones géographiques Europe, Amérique du Nord et Asie.

Ces stratégies peuvent également être mises en œuvre sur des titres obligataires et des produits de dette d'entreprises établies dans des pays OCDE et hors OCDE à l'exception des pays dont le Sovereign Rating est inférieur à B (Standard & Poor's) ou de notation équivalente.

Les investissements portent sur tous les secteurs et tous les types de capitalisation des marchés, sous réserve des spécifications portant sur les instruments financiers utilisés.

Les principales stratégies mises en œuvre sont les suivantes :

- Les stratégies sur la volatilité des actions et des indices : cette méthodologie consiste à gérer des positions acheteuses et vendeuses de volatilité en utilisant des valeurs mobilières à composante optionnelle (obligations convertibles par exemple) ou des produits dérivés (options sur actions par exemple).

- Les stratégies sur le crédit : ces stratégies consistent à prendre des positions de valeur relative sur les marchés de dettes privées émises par des entreprises.

- Les stratégies sur les actions individuelles : ces stratégies consistent à prendre des positions de valeur relative sur les marchés d'actions.

- Les stratégies d'arbitrage de structure de capital : ces stratégies consistent à prendre des positions de valeur relative entre des titres émis par une même entreprise (actions, dettes...)

Les stratégies de fusions acquisitions : ces stratégies consistent à prendre des positions sur des actions d'une entreprise sur laquelle une offre publique a été déposée et sur celles de son acquéreur.

## 2. Les OPCVM ADI GLOBAL OPPORTUNITY et ADI GLOBAL OPPORTUNIY SP issus de la scission

### 2.1. Le Fonds ADI GLOBAL OPPORTUNITY (Réplique du Fonds scindé)

Le Fonds sain issu de la scission présente la même nature juridique, les mêmes caractéristiques financières et modalités de fonctionnement que l'OPCVM scindé ; il ne s'en distingue que par l'absence, dans la composition de son actif, des Actifs Sinistrés transférés au Fonds de Cantonnement. Le Prospectus complet n'a subi aucune modification.

Le Fonds sain issu de la scission bénéficie de l'agrément initial de l'OPCVM scindé, il conserve le même code ISIN. Ses acteurs (dépositaire, commissaire aux comptes...) conserveront leurs fonctions dans la continuité.

Ainsi, même si la présente opération de Scission répond au régime juridique des scissions, elle bénéficie d'un aménagement prévu par le décret n° 2008-1312 du 12 décembre 2008. En conséquence, pour une meilleure compréhension des Porteurs, l'OPCVM scindé et l'OPCVM sain issu de la scission ont la même dénomination, ADI GLOBAL OPPORTUNITY, et le présent Rapport y fait référence indistinctement comme le Fonds.

### 2.2. Le Fonds ADI GLOBAL OPPORTUNITY SP (Fonds de Cantonnement)

Le Fonds de Cantonnement est dénommé ADI GLOBAL OPPORTUNITY SP.

Il prend la forme d'un OPCVM contractuel. Il reçoit les Actifs Sinistrés dont la cession ne serait pas conforme à l'intérêt des Porteurs.

4

Le Fonds de Cantonnement a pour Dépositaire la Société Générale, Etablissement de Crédit créé le 8 mai 1864 par décret d'autorisation signé par Napoléon III dont le siège social est 29, boulevard Haussmann - 75009 Paris et pour Société de Gestion OFI Asset Management, dont le siège social est 1, rue Vernier à PARIS 75017, immatriculée au Registre du Commerce et des Sociétés de PARIS sous le numéro immatriculée au Registre du Commerce et des Sociétés de Paris sous le numéro B 384 940 342.

Sa classification est : « OPCVM Diversifié »

*Gestion extinctive du Fonds de Cantonnement*

Son objectif est exclusivement la gestion extinctive des Actifs Sinistrés transférés lors de la Scission, visant, selon les cas, à les céder dans des conditions conformes à l'intérêt des Porteurs ou à les garder en portefeuille jusqu'au recouvrement d'une liquidité sur ces derniers. Il ne s'agit pas d'un produit de placement et il ne peut en aucun cas être géré activement. Il a pour objet de liquider les Actifs Sinistrés et a donc une vocation temporaire.

Seuls les actes de gestion destinés à préserver l'intérêt des Porteurs et à assurer la liquidation du Fonds de Cantonnement dans les meilleures conditions sont autorisés.

*Fonds de Cantonnement fermé aux souscriptions/rachats*

Le Fonds de Cantonnement est fermé aux nouvelles souscriptions et aux rachats à l'issue de sa création. Ses Porteurs ne peuvent donc pas demander le rachat de leurs parts. Le nombre de parts est déterminé lors de la Scission et reste inchangé jusqu'à sa liquidation totale.

La restitution des actifs aux Porteurs ne s'effectue donc pas par le rachat des parts, mais le Fonds de Cantonnement procède à l'amortissement progressif des parts existantes dans le respect de l'égalité des Porteurs au fur et à mesure de la cession ou du recouvrement des Actifs Sinistrés. L'amortissement des parts peut être réalisé immédiatement ou ultérieurement, le Fonds de Cantonnement ne conservant toutefois que les liquidités nécessaires à son fonctionnement et au règlement des actions judiciaires.

Le Fonds de Cantonnement procède à des répartitions d'actifs lorsqu'il dispose de suffisamment de liquidités : l'actif est alors diminué du montant réparti auprès des Porteurs et la valeur liquidative diminue corrélativement.

*Les Frais de gestion du Fonds de Cantonnement*

Les frais de gestion du Fonds de Cantonnement sont adaptés à une gestion de type extinctif. Cependant, le recouvrement lié aux Actifs Sinistrés peut impliquer la mise en oeuvre d'actions judiciaires qui peuvent se révéler coûteuses.

Les frais de gestion financière (frais acquis à la Société de Gestion) sont nuls. Les frais de fonctionnement du Fonds sont donc strictement limités à la couverture de ses frais de fonctionnement (dépositaire, CAC, valorisateur, etc...) et des frais juridiques éventuels liés aux actions menées pour le recouvrement des actifs cantonnés. Ces frais, qui ne sont pas quantifiables, seront prélevés par la société de gestion prioritairement au fur et à mesure du recouvrement des actifs cantonnés.

*Régime juridique du Fonds de Cantonnement*

Le Fonds de Cantonnement est soumis aux dispositions générales régissant les OPCVM contractuels à l'exception d'un certain nombre, prévues aux articles 413-42 à 413-44 du Règlement Général de l'AMF, dont notamment les suivantes :

5

- Modalités et périodicité de la valeur liquidative : le Fonds de Cantonnement produira mensuellement une valeur estimée.

- Actif Minimum : aucun actif minimum n'est imposé

- Qualité des porteurs : le Fonds de Cantonnement est ouvert à l'ensemble des porteurs du Fonds scindé sans application de l'article 413-35 du Règlement Général de l'AMF relatif à la qualité des souscripteurs des OPCVM contractuels. Toutefois, les parts du Fonds de Cantonnement ne peuvent être cédées qu'aux personnes et entités autorisées à détenir des OPCVM contractuels conformément à cet article.

Conformément au régime juridique de la scission, le Fonds de Cantonnement reprend tous les droits, obligations et accessoires attachés aux Actifs Sinistrés.

## TITRE 2
## MODALITES DE LA SCISSION

### 3. Liste des actifs transférés au Fonds de Cantonnement

Votre Fonds, ADI GLOBAL OPPORTUNITY, détient les Actifs Sinistrés suivants : la Créance (telle que définie en page 2 du présent Rapport) ainsi que des Parts des Fonds Sous-Jacents (fonds placés en liquidation organisée contenant eux mêmes des créances Lehman), selon la ventilation ci-après exposée.

Ces Actifs Sinistrés seront transférés à une valorisation totale de 1 099 452,00 EUR au Fonds de Cantonnement dénommé ADI GLOBAL OPPORTUNITY SP, dans l'attente du retour à meilleure fortune sur ces positions.

| Nature de l'Actif Sinistré | Détail |
|---|---|
| Créances Lehman (désignée dans les présentes comme la « Créance ») | Créance ISDA estimée à 2 962 955,72 euros et valorisée à 888 886,72 euro |
| | Créance GMRA estimée à 1 052 826,39 euros et valorisée à 210 565,28 euro |
| Parts d'OPCVM placés en liquidation organisée (désignées dans les présentes comme les « Parts des Fonds Sous-Jacents ») | 11 Parts du FCP ADI CONVERT ABSOLU valorisées à 0 euro |
| | 526,5695 parts du FCP ADI CONVEX valorisées à 0 euro |
| | 730 parts du FCP ADI CREDIT ARBITRAGES ABSOLU valorisées à 0 euro |
| | 5 545 parts du FCP ADI CREDIT ARBITRAGES valorisées à 0 euro |

La part des Actifs Sinistrés du Fonds est ainsi valorisée à 1 099 452,00 EUR au 01 Septembre 2010 pour un montant total d'actif net du Fonds de : 43 575 682,47 EUR.

La part de la Créance (i.e. 4 015 782,11 EUR) représente 9,22% de l'actif net du Fonds (43 575 682,47 EUR) et 2,52% (i.e. 1 099 452,00 EUR) de l'actif net du Fonds selon les valorisations retenues dans le tableau précité.

Le Fonds ADI GLOBAL OPPORTUNITY présente au 01 Septembre 2010 un actif net de 43 575 682,47 EUR correspondant à un nombre de parts de 541 420 dont la valeur unitaire à cette date est de 80,48 EUR.

Ainsi, le manque de visibilité sur la situation des Actifs Sinistrés tant au niveau de la Créance que des Parts des Fonds Sous-Jacents, entraîne une incertitude sur la date de recouvrement de liquidité de ces derniers. En tout état de cause, les Parts des Fonds Sous-Jacents sont illiquides et valorisées à 0 car ces fonds sont placés en liquidation organisée du fait de la présence de créances Lehman incessibles en portefeuille.
De même, la Créance s'avère incessible dans des conditions conformes à l'intérêt des porteurs de parts du Fonds et ce pour les raisons explicitées en exposé des motifs. Elle fait néanmoins l'objet d'une valorisation à 30% pour sa composante issue du montant net de résiliation des transactions sur contrats financiers ISDA et à 20% pour sa composante issue du montant net de résiliation des transactions sur contrats financiers GMRA. Cette valorisation a été établie eu égard à une analyse juridique de la Créance, aux prix indicatifs proposés par des cessionnaires éventuels lors de la tentative de cession de la Créance décrite en page 2 des présentes et aux informations diffusées par PWC et par la United States Bankruptcy Court for the Southern District of New York.

Dans ces circonstances exceptionnelles, la Société de Gestion a décidé d'isoler les Actifs Sinistrés dans le Fonds de Cantonnement.

La Société de Gestion s'est assurée que les conventions cadres ISDA et GMRA applicables permettent au Fonds, en sa qualité de « Non-defaulting Party » (partie non défaillante), de transférer, sans l'accord préalable de LBIE, cocontractant, tout ou partie de la Créance et des droits attachés à la Créance dont LBIE est débitrice en sa qualité de « Defaulting Party » (partie défaillante). Toutefois, dans un souci de sécurité juridique, il convient de noter que la Société de Gestion, agissant pour le compte du Fonds scindé et du Fonds de Cantonnement, s'engage à notifier le transfert de la Créance et à réaliser toutes les démarches nécessaires et raisonnables afin de rendre ce transfert opposable aux tiers et notamment à LBIE et à LBH Inc.

Afin d'éviter tout doute sur le sujet, cette notification à LBIE et à LBH Inc. n'aura pas pour objet de rendre parfait le transfert de la Créance qui ne nécessite pas l'accord du cocontractant.

### 3. Modalités de la Scission

#### 3.1. Régime de la Scission

La Scission décidée en application du deuxième alinéa de l'article L. 214-30 du Code monétaire et financier se voit appliquer un régime allégé.

Le régime des scissions de FCP a en effet été aménagé par le décret n° 2008-1312 du 12 décembre 2008.

Le dispositif de scission, fondé sur une habilitation législative (article L 214-30 du Code monétaire et financier) et réglementaire (D .214-22-1 du Code monétaire et financier), permet de déroger aux principes habituels régissant les OPCVM. Ainsi le nouveau régime :

- Ne nécessite pas d'agrément préalable de l'AMF,
- Permet de déroger à l'information préalable des porteurs : les porteurs ne bénéficient pas d'une information préalable ni d'un droit à sortir sans frais,

7

- Permet d'écarter les règles habituelles d'établissement de la valeur liquidative pour le Fonds de Cantonnement.

La Scission permet à chaque Porteur de recevoir une part du Fonds « réplique » et une part du Fonds de Cantonnement pour une part de l'OPCVM scindé.

La réalisation de l'opération de Scission débute immédiatement après déclaration à l'AMF, il n'y a donc :

- pas de publication préalable dans un Journal d'Annonces Légales,

- pas de dépôt au Greffe du projet de Scission,

- pas de rapport préalable du commissaire aux comptes sur la réalisation de l'opération.

## 3.2. Modalités techniques de la Scission

Chaque Porteur de part reçoit un nombre de parts du nouveau Fonds égal à celui qu'il détient dans l'ancien. A la date de Scission, les Porteurs recevront autant de parts du Fonds recevant les actifs sans problème que de parts du Fonds de Cantonnement.

## 3.3. Situation des Porteurs

Chaque Porteur du Fonds scindé recevra le même nombre de parts du Fonds sain issu de la Scission et du Fonds de Cantonnement, la valeur du Fonds sain (ou fonds réplique) étant celle du Fonds scindé diminuée des Actifs Sinistrés transférés et la valeur du Fonds de Cantonnement étant celle des Actifs Sinistrés transférés pour 1 099 452,00 EUR.

Exemple :

Le Fonds scindé représente un actif net de 43 575 682,47 EUR correspondant à un nombre de parts de 541 420 dont la valeur unitaire à cette date est de 80,48 EUR.

L'ensemble de ses Actifs Sinistrés, selon la valorisation retenue, représente 2,52% de son actif net, soit une valorisation de 1 099 452,00 EUR.

Le Porteur P détient à la date de la Scission 100 parts du Fonds scindé. A l'issue de l'opération de scission, il détiendra.

- 100 parts du fonds réplique du Fonds scindé, issu de la scission: ce fonds, expurgé des Actifs Sinistrés valorisés à 1 099 452,00 EUR, fonctionnera normalement et bénéficiera de toutes les conditions du fonds scindé.
- 100 parts du Fonds de Cantonnement d'une valeur unitaire de 2,03 EUR (i.e. 1 099 452,00 EUR divisé par 541 420 parts) soit un montant total de 203 EUR (la valeur de l'ensemble des Actifs Sinistrés ayant été dépréciée en raison des incertitudes sur leur recouvrement) ; la valorisation de la part sera ensuite adaptée en fonction des chances escomptées de recouvrement.

## TITRE 3
## RAPPORT DU COMMISSAIRE AUX COMPTES

Le rapport du commissaire aux comptes fixant la liste des actifs transmis sera mis à la disposition des Porteurs dans un délai de huit jours suivants la réalisation de l'opération de Scission.

8

GAOTE
ANTEZ le 27/09/10 16:22:28

PAGE  1 / 11

Inventaire sur historique de valorisation (HISINV)

Stock adel principal     au 23/09/10
ILLE : 162011  ADI GLOBAL OPPORTUNITY

Devise de fixing : FXD Fixing ADI
Devise du portefeuille : EUR

(Etat simplifie, trame : Tri comptable(4) ( Code ADI )--> GLOBALE, Tris : BVAL)

VALIDATION PARTIELLE

| V A L E U R | STATUTS VAL/LIGNE | DOSSIER | QUANTITE ET EXPR. QUANTITE | DEV COT | P.R.U EN DEVISE ET EXPR. COURS | DATE COTA | COURS VALEUR | I F | PRIX REVIENT TOTA | Devise du portefeuille PLUS OU MOINS VAL | COUPON COURU TOTA | VALEUR BOURSIERE | PRCT ACT NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Valeurs ass.** | | | | | | | | | | | | | |
| **Obl. & valeurs ass. NMR ou ass.** | | | | | | | | | | | | | |
| | **DEVISE COTATION : EUR  EURO** | | | | | | | | | | | | |
| | STATUT LIGNE : PROPRE  Lignes en propre du portefeuille. | | | | | | | | | | | | |
| A0937 CONTI 7.5CN09/17 | | DEN-15/09/17 | 1,000,000. | M EUR | 101.2 | % 23/09/10 | 102.85 | V | 1,012,000.00 | 16,500.00 | 3,125.00 | 1,031,625.00 | 2.40 |
| AY2AQ CONTI-GUMI 8.50% 15 | | EUR-15/07/15 | 200,000. | M EUR | 99.0047 | % 23/09/10 | 107.9 | V | 198,009.40 | 17,790.60 | 3,400.00 | 219,200.00 | 0.51 |
| 43316 GECINA 4.50% 09/2014 | | EXA-19/08/14 | 1,000,000. | M EUR | 99.607 | % 23/09/10 | 100.08 | V | 996,070.00 | 4,730.00 | 986.30 | 1,001,788.30 | 2.33 |
| | *SOUS TOTAL DEVISE COTATION : EUR  EURO* | | | | | CUMUL (EUR) | | | 2,206,079.40 | 39,020.60 | 7,511.30 | 2,252,611.30 | 5.25 |
| | | | | | | | | | | | | | |
| | **DEVISE COTATION : USD  DOLLAR DES ETATS-UNIS** | | | | | | | | | | | | |
| | STATUT LIGNE : PROPRE  Lignes en propre du portefeuille. | | | | | | | | | | | | |
| IRA089 CHARTER SER 6.25 13 | | USA-04/04/13 | 2,000,000. | M USD | 102.25 | % 23/09/10 | 105.95 | V | 1,451,949.69 | 139,781.00 | 45,378.95 | 1,637,109.64 | 3.81 |
| I7A538 LENNAR CP 5.6 05/15 | | USA-31/05/15 | 3,000,000. | M USD | 89.5 | % 23/09/10 | 94.46 | V | 1,872,250.46 | 256,216.15 | 41,010.05 | 2,169,476.66 | 5.06 |
| I6AM92 LTD BRAND 6.9% 07/17 | | USA-15/07/17 | 3,000,000. | M USD | 91.25 | % 23/09/10 | 105.56 | V | 1,914,880.67 | 463,702.17 | 31,527.41 | 2,410,110.25 | 5.82 |
| | *SOUS TOTAL DEVISE COTATION : USD  DOLLAR DES ETATS-UNIS* | | | | | CUMUL (EUR) | | | 5,239,080.82 | 859,699.32 | 117,916.41 | 6,216,696.55 | 14.49 |
| | | | | | | | | | | | | | |
| | **Obl. a taux fixe NMR ou ass.** | | | | | CUMUL (EUR) | | | 7,445,160.22 | 898,719.92 | 125,427.71 | 8,469,307.85 | 19.73 |
| | | | | | | | | | | | | | |
| **Obl. a taux variable, revisable NMR ou ass.** | | | | | | | | | | | | | |
| | **DEVISE COTATION : EUR  EURO** | | | | | | | | | | | | |
| | STATUT LIGNE : PROPRE  Lignes en propre du portefeuille. | | | | | | | | | | | | |
| 093328 CMP ASSU TEC10 REV/P | | EXA-21/06/49 | 1,270,000. | M EUR | 60.75 | % 23/09/10 | 65.25 | V | 771,525.00 | 57,150.00 | 800.10 | 829,475.10 | 1.93 |
| | *SOUS TOTAL DEVISE COTATION : EUR  EURO* | | | | | CUMUL (EUR) | | | 771,525.00 | 57,150.00 | 800.10 | 829,475.10 | 1.93 |
| | | | | | | | | | | | | | |
| | **Obl. a taux variable, revisable NMR ou ass.** | | | | | CUMUL (EUR) | | | 771,525.00 | 57,150.00 | 800.10 | 829,475.10 | 1.93 |
| | | | | | | | | | | | | | |
| **Obl. convertibles NMR ou ass.** | | | | | | | | | | | | | |
| | **DEVISE COTATION : EUR  EURO** | | | | | | | | | | | | |
| | STATUT LIGNE : PROPRE  Lignes en propre du portefeuille. | | | | | | | | | | | | |
| Y34B268 ARTEMIS  2 07/10 OT | | EXA-31/07/11 | 14,750. | P EUR | 135.092 | M 23/09/10 | 148.52 | V | 1,992,607.00 | 192,646.80 | 5,416.20 | 2,190,670.00 | 5.10 |
| | *SOUS TOTAL DEVISE COTATION : EUR  EURO* | | | | | CUMUL (EUR) | | | 1,992,607.00 | 192,646.80 | 5,416.20 | 2,190,670.00 | 5.10 |
| | | | | | | | | | | | | | |
| | **DEVISE COTATION : USD  DOLLAR DES ETATS-UNIS** | | | | | | | | | | | | |
| | STATUT LIGNE : PROPRE  Lignes en propre du portefeuille. | | | | | | | | | | | | |
| B60B945 ORIX 3% 2022 CV | | USA-14/06/22 | 6,000,000. | M USD | 50.2917 | % 23/09/10 | 57.56 | V | 2,048,974.98 | 545,023.28 | 0.00 | 2,593,998.26 | 6.04 |
| | *SOUS TOTAL DEVISE COTATION : USD  DOLLAR DES ETATS-UNIS* | | | | | CUMUL (EUR) | | | 2,048,974.98 | 545,023.28 | 0.00 | 2,593,998.26 | 6.04 |

**GA01E**
ANTEZ le 27/09/10 16:22:28

Stock adai principal       au 23/09/10
JILLE : 162011  ADI GLOBAL OPPORTUNITY

Inventaire sur historique de valorisation (HISINV)

VALIDATION PARTIELLE

Devise de fixing : FXD. Fixing ADI
Devise du portefeuille : EUR

(Etat simplifie, trame : Tri comptable(4). ( Code ADI )--> GLOBALE, Tris : BVAL)

| VALEUR | STATUTS VAL/LIGNE | DOSSIER | QUANTITE ET EXPR. QUANTITE | DEV COT | P.R.U EN DEVISE ET EXPR. COURS | DATE COTA | COURS VALEUR | I F | PRIX REVIENT TOTA | Devise du portefeuille PLUS DU MOINS VAL | COUPON COURU TOTA | VALEUR BOURSIERE | PROT ACT NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Obl. convertibles NMR ou ass.** | | | | (EUR) | | CUMUL (EUR) | | | 4,041,561.98 | 737,670.08 | 5,416.20 | 4,784,668.26 | 11.15 |
| **Obl. & valeurs ass. NMR ou ass.** | | | | (EUR) | | CUMUL (EUR) | | | 12,258,267.20 | 1,893,540.00 | 131,644.01 | 14,083,451.21 | 32.82 |
| **Obl. & valeurs ass. non NMR ou ass.** | | | | | | | | | | | | | |
| **Obl. a taux fixe non NMR ou ass.** | | | | | | | | | | | | | |
| *DEVISE COTATION : USD   DOLLAR DES ETATS- UNIS* | | | | | | | | | | | | | |
| *STATUT LIGNE : PROPRE   Lignes en propre du portefeuille.* | | | | | | | | | | | | | |
| PA013 EXPEDIA 7.456 18 | | USA-15/08/18 | 3,000,000. | M USD | 96.5 | % 23/09/10 | 112.73 | V | 2,052,844.98 | 487,299.43 | 20,067.38 | 2,560,211.79 | 5.97 |
| FW0A83 KKORG FIN 5.7 16 | | EUR-05/01/16 | 2,000,000. | M USD | 87.65 | % 23/09/10 | 102.14 | V | 1,249,187.64 | 285,159.03 | 19,741.40 | 1,554,088.07 | 3.62 |
| 00AF36 OFFICE DEPOT16.25%13 | | USA-15/03/13 | 3,000,000. | M USD | 99. | % 23/09/10 | 99. | V | 2,233,811.70 | -3,045.30 | 16,821.50 | 2,247,587.90 | 5.24 |
| 37AF41 PIONEER NAT 6.875 18 | | USA-01/05/18 | 3,000,000. | M USD | 97. | % 23/09/10 | 106.5 | V | 1,934,277.12 | 465,486.73 | 63,256.69 | 2,463,020.54 | 5.74 |
| *SOUS TOTAL DEVISE COTATION : USD   DOLLAR DES ETATS- UNIS* | | | | | | | | | 7,470,121.44 | 1,234,899.89 | 119,886.97 | 8,824,908.30 | 20.56 |
| **Obl. a taux fixe non NMR ou ass.** | | | | | | CUMUL (EUR) | | | 7,470,121.44 | 1,234,899.89 | 119,886.97 | 8,824,908.30 | 20.56 |
| **Obl. & valeurs ass. non NMR ou ass.** | | | | | | CUMUL (EUR) | | | 7,470,121.44 | 1,234,899.89 | 119,886.97 | 8,824,908.30 | 20.56 |
| **, Valeurs ass.** | | | | | | CUMUL (EUR) | | | 19,728,388.64 | 2,928,439.89 | 251,530.98 | 22,908,359.51 | 53.38 |
| **de creances** | | | | | | | | | | | | | |
| **Titres de creances NMR ou ass.** | | | | | | | | | | | | | |
| **Bons du Tresor** | | | | | | | | | | | | | |
| *DEVISE COTATION : EUR   EURO* | | | | | | | | | | | | | |
| 836611 BTF 0 071010 | NOL | 999-07/10/10 | 2,800,000. | EUR | 0.37 | 23/09/10 | 0.2571 | V | 2,796,129.09 | 3,610.99 | 0.00 | 2,799,740.07 | 6.52 |
| 153297 BTF 0 300910 | NOL | 999-30/09/10 | 790,000. | EUR | 0.34 | 23/09/10 | 0.00001 | V | 789,381.21 | 618.79 | 0.00 | 790,000.00 | 1.84 |
| 462144 BTF 14/10/10 | NOL | 999-14/10/10 | 1,900,000. | EUR | 0.45 | 23/09/10 | 0.3429 | V | 1,898,007.09 | 1,631.03 | 0.00 | 1,899,638.12 | 4.43 |
| 462193 BTF 0 231210 | NOL | 999-23/12/10 | 280,000. | EUR | 0.365 | 23/09/10 | 0.3563 | V | 279,741.90 | 8.91 | 0.00 | 279,750.81 | 0.65 |
| **Bons du Tresor** | | | | | | CUMUL (EUR) | | | 5,763,259.29 | 5,869.71 | 0.00 | 5,769,129.00 | 13.44 |
| **Certificats de depot** | | | | | | | | | | | | | |
| *DEVISE COTATION : EUR   EURO* | | | | | | | | | | | | | |
| 9631516 CREDIT AGRIC OIS1010 NOL | | 999-22/10/10 | 4,000,000. | EUR | 0. | 23/09/10 | | L | 4,000,000.00 | 0.00 | 4,425.24 | 4,004,425.24 | 9.33 |

PAGE  3 / 11

GA01E
ARTEZ le 27/09/10 16:22:28

Inventaire sur historique de valorisation (HISINV)

Devise de fixing : FXD Fixing AD1
Devise du portefeuille : EUR

Stock atal principal      au 23/09/10
MILLE : 162011  AD1 GLOBAL OPPORTUNITY

(Etat simplifié, trame : Tri comptable(4) ( Code AD1 )--> 'GLOBALE, Tris : BVAL)

VALIDATION PARTIELLE

| V A L E U R | STATUS DOSSIER VAL/LIGNE | QUANTITE ET EXPR. QUANTITE | DEV COT | P.R.U EN DEVISE ET EXPR. COURS | DATE COTA | COURS VALEUR | I F | PRIX REVIENT TOTA | PLUS OU MOINS VAL | COUPON COURU TOTA | VALEUR BOURSIERE | PRCT ACT NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Certificats de depot | | | | | CUMUL (EUR) | | | 4,000,000.00 | 0.00 | 4,425.24 | 4,004,425.24 | 9.33 |
| Titres de creances NMR ou ass. | | | | | CUMUL (EUR) | | | 9,763,259.29 | 5,869.71 | 4,425.24 | 9,773,554.24 | 22.77 |
| Titres de creances NMR ou ass. | | | | | CUMUL (EUR) | | | 9,763,259.29 | 5,869.71 | 4,425.24 | 9,773,554.24 | 22.77 |
| de creances | | | | | CUMUL (EUR) | | | 9,763,259.29 | 5,869.71 | 4,425.24 | 9,773,554.24 | 22.77 |

d'OPC
OPCVM droit francais-vocation generale
DEVISE COTATION : EUR  EURO  Lignes en propre du portefeuille.

STATUT LIGNE : PROPRE  Lignes en propre du portefeuille.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99664G AD1 LONG SHORT EUROP | | 1.6789 P EUR | | 136216.7312 | M 22/09/10 | 137528.4 | | 228,694.27 | 2,202.16 | 0.00 | 230,896.43 | 0.54 |
| X98997 0F1 TRESOR 4D | | 954.0622 P EUR | | 4281.7792 | M 23/09/10 | 4282.2 | | 4,085,079.86 | 405.29 | 0.00 | 4,085,485.15 | 9.52 |

SOUS TOTAL STATUT LIGNE : PROPRE  Lignes en propre du portefeuille.

| | | | | | CUMUL (EUR) | | | 4,313,774.13 | 2,607.45 | 0.00 | 4,316,381.58 | 10.06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOUS TOTAL DEVISE COTATION : EUR  EURO | | | | | CUMUL (EUR) | | | 4,313,774.13 | 2,607.45 | 0.00 | 4,316,381.58 | 10.06 |
| OPCVM droit francais-vocation generale | | | | | CUMUL (EUR) | | | 4,313,774.13 | 2,607.45 | 0.00 | 4,316,381.58 | 10.06 |
| d'OPC | | | | | CUMUL (EUR) | | | 4,313,774.13 | 2,607.45 | 0.00 | 4,316,381.58 | 10.06 |

Instruments financiers a terme
Appel de marge
Appel de marge sur marche reglemente
Futures sur taux sur marche reglemente

DEVISE COTATION : EUR  EURO

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210  EUR EURO SCHATZ 1210 | | -12. | EUR | 109.52 | M 23/09/10 | 109.355 | | 0.00 | 1,980.00 | 0.00 | 1,980.00 | 0.00 |
| 210  EUR EURO BOBL  1210 | | -21. | EUR | 120.6571 | M 23/09/10 | 120.88 | | 0.00 | -4,680.00 | 0.00 | -4,680.00 | -0.01 |

DEVISE COTATION : USD  DOLLAR DES ETATS-UNIS

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US 5 YR NOTE-FU 1210 | | -12. | USD | 120.5781 | % 23/09/10 | 120.47656 | | 0.00 | 915.43 | 0.00 | 915.43 | 0.00 |

DEVISE COTATION : USD

| | | | | | CUMUL (EUR) | | | 0.00 | -1,784.57 | 0.00 | -1,784.57 | |

GAO1E
ANTEZ le 27/09/10 16:22:28

Inventaire sur historique de valorisation (HISINV)

PAGE  4 /.11

Stock adei principal       au 23/09/10
UILLE : 162011  ADI GLOBAL OPPORTUNITE

VALIDATION PARTIELLE

Devise de fixing : FXD Fixing ADI
Devise du portefeuille : EUR

(Etat simplifie, trame : Tri comptable(4) ( Code ADI )--> GLOBALE, Tris : BVAL)

| V A L E U R | STATUTS | DOSSIER | QUANTITE ET | DEV | P.R.U EN DEVISE | DATE | COURS | I | PRIX REVIENT | Devise du portefeuille | | | PRCT |
| | VAL/LIGNE | | EXPR. QUANTITE | COT | ET EXPR. COURS | COTA | VALEUR | F | TOTA | PLUS OU MOINS VAL. | COUPON COURU | TOTA | ACT.NET |

Appel de marge sur marche reglementee

CUMUL (EUR)                    -1,784.57          0.00        -1,784.57

Appel de marge                 CUMUL (EUR)        -1,784.57          0.00        -1,784.57

## Contrats de swap de taux

### Swaps

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | ST050116 3.387/LUS** | NOL RECU  LUS3R | 1,450,000. | USD | 0. | 0.00 | 23/08/10 | 91.02977 | V | 0.00 | -97,694.30 | 1,306.85 | -96,387.45 | -0.22 |
| | | NOL VERSE FIX | -1,450,000. | USD | 0. | 3.38 | 23/08/10 | 3.30385 | V | 0.00 | 0.00 | -8,095.98 | -8,095.98 | -0.02 |
| 77 | ST150813 2.695/LUS**=* | NOL RECU  LUS3R | -2,650,000. | USD | 0. | 0.69 | 23/08/10 | 94.77997 | V | 0.00 | -103,900.23 | 811.30 | -103,088.93 | -0.24 |
| | | NOL VERSE FIX | -2,650,000. | USD | 0. | 2.69 | 23/08/10 | 2.95 | V | 0.00 | 0.00 | 918.45 | -5,811.18 | -0.01 |
| 30 | ST150211 1.457/LUS**=* | NOL RECU  LUS3R | 3,000,000. | USD | 0. | 0.00 | 23/09/10 | 99.59182 | V | 0.00 | -9,197.52 | 918.45 | -8,279.07 | -0.02 |
| | | NOL VERSE FIX | -3,000,000. | USD | 0. | 1.45 | 23/09/10 | 1.42012 | V | 0.00 | 0.00 | 0.00 | -3,466.64 | -0.01 |
| 14 | ST150315 3.02/LUS**=* | NOL RECU  LUS3R | -2,700,000. | USD | 0. | 0.00 | 23/09/10 | 92.8116 | V | 0.00 | -145,778.56 | 148.14 | -3,466.64 | -0.34 |
| | | NOL VERSE FIX | -2,700,000. | USD | 0. | 3.02 | 23/09/10 | 3.02 | V | 0.00 | 0.00 | 341.92 | -1,531.12 | -0.30 |
| 25 | ST310515 3.07/LUS**=* | NOL RECU  LUS3R | 2,300,000. | USD | 0. | 0.00 | 23/09/10 | 92.57289 | V | 0.00 | -128,305.52 | 341.92 | -127,963.60 | -0.04 |
| | | NOL VERSE FIX | -2,300,000. | USD | 0. | 3.07 | 23/09/10 | 3.01706 | V | 0.00 | 0.00 | -16,794.46 | -16,794.46 | -0.36 |
| 38 | ST150717 3.545/LUS**=* | NOL RECU  LUS3R | -2,150,000. | USD | 0. | 0.00 | 23/09/10 | 90.27235 | V | 0.00 | -157,088.37 | 1,673.84 | -155,414.53 | -0.03 |
| | | NOL VERSE FIX | -2,150,000. | USD | 0. | 0.54 | 23/08/10 | 3.44314 | V | 0.00 | 0.00 | -10,972.33 | -10,972.33 | -0.08 |
| 01 | ST140612 1.657/LUS**=* | NOL RECU  LUS3R | 2,600,000. | USD | 0. | 0.00 | 23/09/10 | 98.29 | V | 0.00 | -33,393.89 | 158.50 | -33,235.39 | -0.02 |
| | | NOL VERSE FIX | -2,600,000. | USD | 0. | 1.65 | 23/09/10 | 1.625 | V | 0.00 | 0.00 | -8,891.29 | -8,891.29 | -0.29 |
| 42 | ST010518 3.21/LUS**=* | NOL RECU  LUS3R | -2,330,000. | USD | 0. | 0.00 | 23/09/10 | 92.84053 | V | 0.00 | -125,295.21 | 1,199.69 | -124,095.52 | -0.05 |
| | | NOL VERSE FIX | -2,330,000. | USD | 0. | 3.21 | 23/09/10 | 3.14312 | V | 0.00 | 0.00 | -42,126.56 | -22,802.56 | -0.10 |
| 42 | ST040413 1.93/LUS**=* | NOL RECU  LUS3R | 2,000,000. | USD | 0. | 0.00 | 23/09/10 | 97.07568 | V | 0.00 | -43,929.12 | 1,002.56 | -42,126.56 | -0.03 |
| | | NOL VERSE FIX | -2,000,000. | USD | 0. | 1.93 | 23/09/10 | 1.89614 | V | 0.00 | 0.00 | -13,529.81 | -13,529.81 | -0.03 |
| 06 | ST150813 1.085/LUS**=* | NOL RECU  LUS3R | -3,000,000. | USD | 0. | 1.08 | 23/09/10 | 99.38278 | V | 0.00 | -13,907.81 | 918.45 | -12,989.36 | -0.01 |
| | | NOL VERSE FIX | -3,000,000. | USD | 0. | 1.08 | 23/09/10 | 1.05717 | V | 0.00 | 0.00 | -2,580.65 | -2,580.65 | |

*Swaps de taux*

Swaps                          CUMUL (EUR)        -858,490.53          0.00      -84,496.42      -942,986.95      -2.20

                               CUMUL (EUR)        -858,490.53          0.00      -84,495.42      -942,986.95      -2.20

## Derives de credits

### Credit Default Swap (CDS)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95B/ADI | CDS Knight Inc 150.0 | APROT FIX | -1,750,000. | USD | 0. | 1.00 | % 23/09/10 | -3.78725 | V | 0.00 | 49,780.54 | -146.04 | 49,634.50 | 0.12 |
| 48B/ADI | CDS Expedia Inc 100. | APROT FIX | -3,000,000. | USD | 0. | 1.00 | % 23/09/10 | -0.80972 | V | 0.00 | 18,245.41 | -250.36 | 17,995.05 | 0.04 |
| 91B/ADI | CDS Rallye SA 500.00 | APROT FIX | 1,000,000. | EUR | 0. | 5.00 | % 23/09/10 | 0.05333 | V | 0.00 | 633.30 | 555.56 | 1,188.86 | 0.00 |
| 91B/ADI | CDS Casino 124 BP 09 | APROT FIX | -1,500,000. | EUR | 0. | 5.00 | % 23/09/10 | -0.49586 | V | 0.00 | 7,437.99 | -166.67 | 7,271.23 | 0.02 |
| 91I/ADI | CDS Rallye SA 500.00 | VPROT FIX | 500,000. | EUR | 0. | 5.00 | % 23/09/10 | 0.06333 | V | 0.00 | 316.65 | 277.78 | 594.43 | 0.00 |
| 745/ADI | CDS Wendel 690 (5) B | VPROT FIX | 1,000,000. | EUR | 0. | 5.00 | % 23/09/10 | 5.04172 | V | 0.00 | 50,417.20 | 555.56 | 50,972.76 | 0.12 |
| 74B/ADI | CDS Saint-Gobain 159 | APROT FIX | -1,000,000. | EUR | 0. | 1.00 | % 23/09/10 | -0.98825 | V | 0.00 | 9,882.50 | -111.11 | 9,771.39 | 0.02 |
| 034/ADI | CDS Ltd Brands In 29 | APROT FIX | -3,000,000. | USD | 0. | 1.00 | % 23/09/10 | -7.56444 | V | 0.00 | 170,449.48 | -250.36 | 170,199.12 | 0.40 |
| 331/ADI | CDS Lennar Corp 268 | APROT FIX | -2,750,000. | USD | 0. | 1.00 | % 23/09/10 | 1.00949 | V | 0.00 | 289,139.44 | -229.51 | 289,139.93 | 0.67 |
| 88B/ADI | CDS Wendel 695 BP (5 | VPROT FIX | 1,000,000. | EUR | 0. | 5.00 | % 23/09/10 | 5.04172 | V | 0.00 | 50,417.20 | 555.56 | 50,972.76 | 0.12 |
| 96B/ADI | CDS Cie de Saint- 16 | APROT FIX | -1,000,000. | EUR | 0. | 1.00 | % 23/09/10 | -0.98825 | V | 0.00 | 9,882.50 | -111.11 | 9,771.39 | 0.02 |

-GAO1E
VANTEZ le 27/09/10 16:22:28

Inventaire sur historique de valorisation (HISINV)

Stock admi principal      au 23/09/10
UILLE : 162011  ADI GLOBAL OPPORTUNITY

Devise de fixing : FIO Fixing ADI
Devise du portefeuille : EUR

VALIDATION PARTIELLE

(Etat simplifie, trame : Tri comptable(4) ( Code ADI )--> GLOBALE, Tris : BVAL)

| VALEUR | STATUTS VAL/LIGNE | DOSSIER | | QUANTITE ET EXPR. QUANTITE | DEV COT | P.R.U EN DEVISE ET EXPR. COURS | DATE COTA | COURS VALEUR | I | F | PRIX REVIENT TOTA | PLUS OU MOINS VAL | COUPON COURU TOTA | VALEUR BOURSIERE | PRCT ACT.NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/ADI CDS PPR 150 BP (1) 0 | APROT FIX | 1.00 | | -2,000,000. | EUR | 0. | % 23/09/10 | 0.24506 | V | | 0.00 | -4,901.20 | -222.22 | -5,123.42 | -0.01 |
| 6/ADI CDS Orix Corp 430 BP | APROT FIX | 4.30 | | -3,450,000. | USD | 0. | % 23/09/10 | 5.86524 | V | | 0.00 | -151,985.63 | -20,428.04 | -172,413.67 | -0.40 |
| 9/ADI CDS SAS AB 598 BP (5 | VPROT FIX | 5.00 | | -1,000,000. | EUR | 0. | % 23/09/10 | -6.93396 | V | | 0.00 | -69,329.60 | 555.56 | -68,774.04 | -0.16 |
| 18/ADI CDS Deutsche Luft 19 | VPROT FIX | 1.00 | | -3,000,000. | EUR | 0. | % 23/09/10 | -2.59629 | V | | 0.00 | 25,982.90 | -111.11 | 25,871.79 | 0.06 |
| 18/ADI CDS Pioneer Natur 25 | APROT FIX | 1.00 | | -3,000,000. | EUR | 0. | % 23/09/10 | -6.90915 | V | | 0.00 | 155,683.83 | -250.36 | 155,433.47 | 0.36 |
| 10/ADI CDS Codere SA 675BP | VPROT FIX | 5.00 | | -2,100,000. | USD | 0. | % 23/09/10 | -6.2766 | V | | 0.00 | -125,532.00 | 1,111.11 | -124,420.89 | -0.29 |
| 10/ADI CDS Quarternd Sen 16 | APROT FIX | 1.00 | | -2,000,000. | EUR | 0. | % 23/09/10 | 0.08546 | V | | 0.00 | 69,139.80 | -175.25 | 68,917.58 | 0.16 |
| 11/ADI CDS Quarternd sen 16 | VPROT FIX | 1.00 | | 3,500,000. | EUR | 0. | % 23/09/10 | -3.45699 | V | | 0.00 | -1,347.97 | -1,523.22 | -1,523.22 | 0.00 |
| 13/ADI CDS Rank Group Pl 19 | APROT FIX | 1.00 | | -2,000,000. | EUR | 0. | % 23/09/10 | -1.04312 | V | | 0.00 | -36,509.20 | 388.89 | -36,120.31 | -0.08 |
| 17/ADI CDS Clariant AG 1468 | APROT FIX | 1.00 | | 3,500,000. | EUR | 0. | % 23/09/10 | -3.46895 | V | | 0.00 | -36,509.20 | -244.44 | 76,512.46 | 0.18 |
| 38/ADI CDS Clariant AG 171B | APROT FIX | 1.00 | | -2,200,000. | EUR | 0. | % 23/09/10 | -3.46895 | V | | 0.00 | 76,756.90 | -111.11 | 34,458.70 | 0.08 |
| 28/ADI CDS Rank Group PLC 1 | VPROT FIX | 1.00 | | -1,000,000. | EUR | 0. | % 23/09/10 | -3.45699 | V | | 0.00 | 34,569.90 | 1,111.11 | -373,571.89 | -0.87 |
| 35/ADI CDS ITX FIN SUB 12 1 | VPROT FIX | 5.00 | | 10,000,000. | EUR | 0. | % 23/09/10 | -3.74683 | V | | 0.00 | -374,683.00 | 833.33 | -11,905.27 | -0.03 |
| 51/ADI CDS Norske Skogin 74 | VPROT FIX | 5.00 | | 1,500,000. | EUR | 0. | % 23/09/10 | -0.04924 | V | | 0.00 | -12,738.60 | 833.33 | -48,417.97 | -0.11 |
| 52/ADI CDS Ono Finance P 63 | VPROT FIX | 5.00 | | 1,500,000. | EUR | 0. | % 23/09/10 | -3.28342 | V | | 0.00 | -8,251.30 | 833.33 | 56,736.78 | 0.13 |
| 53/ADI CDS DSG Internati 39 | VPROT FIX | 5.00 | | 1,500,000. | EUR | 0. | % 23/09/10 | 1.11038 | V | | 0.00 | 54,503.45 | 833.33 | 17,488.58 | 0.04 |
| 54/ADI CDS TUI AG 351BP (5) | VPROT FIX | 5.00 | | 1,500,000. | EUR | 0. | % 23/09/10 | -0.30551 | V | | 0.00 | 16,655.25 | 555.56 | -2,499.54 | -0.01 |
| 55/ADI CDS SAS AB 597BP (5) | VPROT FIX | 5.00 | | 1,500,000. | EUR | 0. | % 23/09/10 | -0.28847 | V | | 0.00 | -3,055.10 | 833.33 | -3,493.72 | -0.01 |
| 70/ADI CDS KPP BV/KKP FU 51 | VPROT FIX | 5.00 | | 2,000,000. | USD | 0. | % 23/09/10 | -2.60885 | V | | 0.00 | -4,327.05 | 834.55 | -38,355.58 | -0.09 |
| 87/ADI CDS Boyd Gaming C 59 | VPROT FIX | 5.00 | | 2,000,000. | USD | 0. | % 23/09/10 | -0.99114 | V | | 0.00 | -39,190.13 | 834.55 | -12,552.15 | -0.03 |
| 88/ADI CDS Freescale Sem 38 | VPROT FIX | 5.00 | | 2,000,000. | USD | 0. | % 23/09/10 | -5.32504 | V | | 0.00 | -13,386.70 | 834.55 | -79,158.17 | -0.18 |
| 89/ADI CDS MGM Mirage 602BP | VPROT FIX | 5.00 | | 2,000,000. | USD | 0. | % 23/09/10 | -4.65378 | V | | 0.00 | -79,982.72 | 834.55 | -69,074.51 | -0.16 |
| 00/ADI CDS Harrah s Ente 67 | VPROT FIX | 5.00 | | 1,500,000. | USD | 0. | % 23/09/10 | 0.84909 | V | | 0.00 | -69,909.06 | 833.33 | 13,569.68 | 0.03 |
| 81/ADI CDS Grohe Holding 43 | APROT FIX | 5.00 | | -3,000,000. | EUR | 0. | % 23/09/10 | 1.13757 | V | | 0.00 | 12,736.35 | -1,666.67 | -35,793.77 | -0.08 |
| 81/ADI CDS ITRAXX XOVER14 3 | APROT FIX | 5.00 | | -3,000,000. | EUR | 0. | % 23/09/10 | 1.13757 | V | | 0.00 | -34,127.10 | -1,666.67 | -35,793.77 | -0.08 |
| 24/ADI CDS CDX.NA.HV.14 588 | APROT FIX | 5.00 | | -3,000,000. | USD | 0. | % 23/09/10 | -2.26845 | V | | 0.00 | -34,127.10 | -1,251.84 | 49,885.67 | 0.12 |
| 24/ADI CDS ITRAXX XOVER13 6 | APROT FIX | 5.00 | | -7,500,000. | EUR | 0. | % 23/09/10 | -0.87989 | V | | 0.00 | 51,131.61 | -208.33 | 61,698.78 | 0.17 |
| 46/ADI CDS United States 40 | APROT FIX | 0.25 | | -2,000,000. | USD | 0. | % 23/09/10 | -3.09605 | V | | 0.00 | 73,273.50 | -222.22 | 61,698.78 | 0.14 |
| 08/ADI CDS Volvo AB 202BP ( | APROT FIX | 1.00 | | 2,000,000. | EUR | 0. | % 23/09/10 | -7.35786 | V | | 0.00 | 61,921.00 | -222.22 | -146,934.98 | -0.34 |
| 09/ADI CDS Renault SA 318BP | APROT FIX | 1.00 | | -3,000,000. | EUR | 0. | % 23/09/10 | 0.83372 | V | | 0.00 | -147,157.20 | -1,251.84 | -20,038.04 | -0.05 |
| 09/ADI CDS Office Depot 41 | APROT FIX | 5.00 | | 1,000,000. | USD | 0. | % 23/09/10 | -0.32624 | V | | 0.00 | -18,786.20 | 417.28 | -2,033.11 | 0.00 |
| 98/ADI CDS Level 3 Commu 72 | VPROT FIX | 5.00 | | 1,000,000. | USD | 0. | % 23/09/10 | -9.52273 | V | | 0.00 | -2,450.39 | 417.28 | -95,116.19 | -0.22 |
| 11/ADI CDS Lafarge SA 350 B | APROT FIX | 1.00 | | -1,000,000. | EUR | 0. | % 23/09/10 | -1.91146 | V | | 0.00 | -96,227.30 | 111.11 | 19,003.49 | 0.04 |
| 12/ADI CDS St-Cobain Ned 15 | VPROT FIX | 1.00 | | 1,000,000. | EUR | 0. | % 23/09/10 | 1.89682 | V | | 0.00 | 19,114.60 | -111.11 | 9,761.88 | 0.02 |
| 66/ADI CDS Alcatel-Lucen 47 | VPROT FIX | 1.00 | | 500,000. | EUR | 0. | % 23/09/10 | 1.89682 | V | | 0.00 | 9,484.10 | 277.78 | 19,523.76 | 0.05 |
| 67/ADI CDS Alcatel-Lucen 47 | VPROT FIX | 5.00 | | 1,000,000. | EUR | 0. | % 23/09/10 | 1.89682 | V | | 0.00 | 18,968.20 | 555.56 | 249,395.56 | 0.58 |
| 55/ADI CDS ITRAXX XOVER14 5 | APROT FIX | 5.00 | | -12,300,000. | EUR | 0. | % 23/09/10 | -2.05072 | V | | 0.00 | 256,340.00 | -6,944.44 | | |
| *Credit Default Swap (CDS)* | | | | | | | | | | | | 225,484.86 | -20,764.21 | 204,720.65 | 0.48 |
| | | | | | | | CUMUL (EUR) | | | | 0.00 | 225,484.86 | -20,764.21 | 204,720.65 | 0.48 |
| **Derives de credits** | | | | | | | CUMUL (EUR) | | | | 0.00 | 225,484.86 | -20,764.21 | 204,720.65 | 0.48 |

5A0/E
NTEZ le 27/09/10 16:22:28

Inventaire sur historique de valorisation (HISINV)

PAGE 6 / 11

Stock admi principal   au 23/09/10
ILLE : 162011  ADI GLOBAL OPPORTUNITY

Devise de Fixing : FXD Fixing ADI
Devise du portefeuille : EUR

VALIDATION PARTIELLE                    (Etat simplifie, trame : Tri comptable(4) ( Code ADI )---> GLOBALE, Tris : BVAL)

| V A L E U R | STATUTS VAL/LIGNE | DOSSIER | QUANTITE ET EXPR. QUANTITE | DEV. COT | P.R.U EN DEVISE ET EXPR. COURS | DATE COTA | COURS VALEUR | I F | PRIX REVIENT TOTA | PLUS OU MOINS VAL | COUPON COURU TOTA | VALEUR BOURSIERE | PRCT ACT NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ntrats de swap de taux | | | | | | CUMUL (EUR) | | | 0.00 | | -105,260.63 | -738,266.30 | -1.72 |
| ents financiers à terme | | | | | | CUMUL (EUR) | | | 0.00 | -634,790.24 | -105,260.63 | -740,050.87 | -1.72 |
| **rie** | | | | | | | | | | | | | |
| **liquidités** | | | | | | | | | | | | | |
| Creances et comptes rattaches | | | | | | | | | | | | | |
| Ventes Devises a terme | | | | | | | | | | | | | |
| *DEVISE COTATION: EUR  EURO* | | | | | | | | | | | | | |
| OVSC 100930 GBP/EUR | RECU | 30/09/10 | 28,283.04 | EUR | 1.0001 | 23/09/10 | 1. | | 28,287.08 | -4.04 | 0.00 | 28,283.04 | 0.07 |
| | VERSE | 30/09/10 | -23,207. | GBP | 1.2187 | 23/09/10 | 1.17766 | | -28,287.08 | 957.01 | 0.00 | -27,330.07 | -0.06 |
| OVCT 100930 USD/EUR | RECU | 30/09/10 | 118,189.9 | EUR | 1. | 23/09/10 | 1. | | 118,189.90 | 0.00 | 0.00 | 118,189.90 | 0.28 |
| | VERSE | 30/09/10 | -150,000. | USD | 0.7879 | 23/09/10 | 0.75076 | | -118,189.90 | 5,576.23 | 0.00 | -112,613.67 | -0.26 |
| OVCT 100930 USD/EUR | RECU | 30/09/10 | 77,654.52 | EUR | 1. | 23/09/10 | 1. | | 77,654.52 | 0.00 | 0.00 | 77,654.52 | 0.18 |
| | VERSE | 30/09/10 | -100,000. | USD | 0.7766 | 23/09/10 | 0.75111 | | -77,654.52 | 2,543.52 | 0.00 | -75,111.00 | -0.18 |
| OVCT 100930 USD/EUR | RECU | 30/09/10 | 103,082.47 | EUR | 1. | 23/09/10 | 1. | | 103,082.47 | 0.00 | 0.00 | 103,082.47 | 0.24 |
| | VERSE | 30/09/10 | -135,000. | USD | 0.7636 | 23/09/10 | 0.75112 | | -103,082.47 | 1,680.74 | 0.00 | -101,401.73 | -0.24 |
| OVCT 100930 USD/EUR | RECU | 30/09/10 | 150,276.62 | EUR | 1. | 23/09/10 | 1. | | 150,276.62 | 0.00 | 0.00 | 150,276.62 | 0.35 |
| | VERSE | 30/09/10 | -200,000. | USD | 0.7514 | 23/09/10 | 0.75111 | | -150,276.62 | 54.88 | 0.00 | -150,221.74 | -0.35 |
| 16188 OVSC 100930 USD/EUR | RECU | 30/09/10 | 17,415,224.76 | EUR | 1. | 23/09/10 | 1. | | 17,415,335.11 | 889.65 | 0.00 | 17,415,224.76 | 40.58 |
| | VERSE | 30/09/10 | -22,150,000. | USD | 0.786 | 23/09/10 | 0.75111 | | -17,414,335.11 | 771,287.86 | 0.00 | -16,643,047.25 | -38.79 |
| **Ventes Devises a terme** | | | | | | CUMUL (EUR) | | | 0.00 | 782,985.85 | 0.00 | 782,985.85 | 1.82 |
| UR Ventes reglements differes EUR | | | | EUR | 1. | | 1. | | 120,976.06 | 0.00 | 0.00 | 120,976.06 | 0.28 |
| Vte diff titres EUR | | | 120,976.06 | | | | | | | | | | |
| **Ventes reglements differes** | | | | | | CUMUL (EUR) | | | 120,976.06 | 0.00 | 0.00 | 120,976.06 | 0.28 |
| *Depots de garantie (verses)* | | | | | | | | | | | | | |
| Collateral esp Verse | | | 0. | EUR | 0. | | 1. | | 0.00 | 0.00 | 4.80 | 4.80 | 0.00 |
| Collateral esp Verse | | | 320,000. | EUR | 1. | | 1. | | 320,000.00 | 0.00 | 91.04 | 320,091.04 | 0.75 |
| Collateral esp Verse | | | 3,103,837.03 | EUR | 1. | | 1. | | 3,103,837.03 | 0.00 | 7,846.26 | 3,111,683.29 | 7.25 |
| Collateral esp Verse | | | 1,375,711.11 | EUR | 1. | | 1. | | 1,375,711.11 | 0.00 | 2,251.47 | 1,377,962.58 | 3.21 |
| Collateral esp Verse | | | 490,006.11 | EUR | 1. | | 1. | | 490,008.11 | 0.00 | 788.54 | 490,796.65 | 1.14 |
| Collateral esp Verse | | | 600,000. | EUR | 1. | | 1. | | 600,000.00 | 0.00 | 170.70 | 600,170.70 | 1.40 |
| Collateral esp Verse | | | 315,293.76 | EUR | 1. | | 1. | | 315,293.76 | 0.00 | 424.16 | 315,717.92 | 0.74 |
| Dep gar s/FUT EUR | | | 23,700. | EUR | 1. | | 1. | | 23,700.00 | 0.00 | 0.00 | 23,700.00 | 0.06 |
| Dep gar s/FUT USD | | | 12,960. | USD | 0.746 | | 0.7510998 | | 9,668.16 | 66.09 | 0.00 | 9,734.25 | 0.02 |

GA01E
VANTEZ le 27/09/10 16:22:28

Stock adai principal    au 23/09/10
VILLE : 162011  ADI.GLOBAL OPPORTUNITY

Inventaire sur historique de valorisation (HISINV)

VALIDATION PARTIELLE

Devise de fixing : FX0 Fixing ADI
Devise du portefeuille : EUR

(Etat simplifie, trame : Tri comptable(4)  ( Code ADI )-->> GLOBALE. Tris : BVAL)

| V A L E U R | STATUTS DOSSIER VAL/ALIGNE | QUANTITE ET EXPR. QUANTITE | DEV COT | P.R.U EN DEVISE ET EXPR. COURS | COURS VALEUR | DATE COTA | F | PRIX REVIENT TOTA | Devise du portefeuille PLUS OU MOINS VAL. | COUPON COURU TOTA | VALEUR BOURSIERE | PRCT ACT NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Depots de garantie (verses)** | | | | | | | | 6,239,218.17 | 66.09 | 11,576.97 | 6,249,861.23 | 14.56 |
| **Creances et comptes rattaches** | | | | | | CUMUL (EUR) | | 6,359,194.23 | 783,051.94 | | 7,153,823.14 | 16.67 |
| **Debiteurs et crediteurs divers** | | | | | | | | | | | | |
| Remuneration sur CFD | | -19,475,001.65 | HKD | 0. | 0.0968 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Prov com avcts EUR | | -5,363.5 | EUR | 1. | 1. | | | -5,363.50 | 0.00 | 0.00 | -5,363.50 | -0.01 |
| Prov com avcts EUR | | -2,950. | EUR | 1. | 1. | | | -2,950.00 | 0.00 | 0.00 | -2,950.00 | -0.01 |
| Debiteurs et crediteurs divers | | | | | | CUMUL (EUR) | | -8,313.50 | 0.00 | | -8,313.50 | -0.02 |
| **Comptes d ajustement** | | | | | | | | | | | | |
| *Frais provisionnes* | | | | | | | | | | | | |
| Pr:ComGestFin | | -13,811.03 | EUR | 1. | 1. | | | -13,811.03 | 0.00 | 0.00 | -13,811.03 | -0.03 |
| Pr:ComGestAda | | -3,352.28 | EUR | 1. | 1. | | | -3,352.28 | 0.00 | 0.00 | -3,352.28 | -0.01 |
| Pr:ComGestdep | | -1,285.47 | EUR | 1. | 1. | | | -1,285.47 | 0.00 | 0.00 | -1,285.47 | 0.00 |
| Pr:ComMarlable | | -262,749.3 | EUR | 1. | 1. | | | -262,749.30 | 0.00 | 0.00 | -262,749.30 | -0.61 |
| Pr:ComCAC | | -352.85 | EUR | 1. | 1. | | | -352.85 | 0.00 | 0.00 | -352.85 | 0.00 |
| *Frais provisionnes* | | | | | | CUMUL (EUR) | | -281,550.93 | 0.00 | 0.00 | -281,550.93 | -0.66 |
| *Somme a payer* | | | | | | | | | | | | |
| PrH-1ComGestFin | | 5,475.75 | EUR | 1. | 1. | | | 5,475.75 | 0.00 | 0.00 | 5,475.75 | 0.01 |
| PrH-1ComGestAda | | -18,705.98 | EUR | 1. | 1. | | | -18,705.98 | 0.00 | 0.00 | -18,705.98 | -0.04 |
| PrH-1ComGestAde | | -8,818.35 | EUR | 1. | 1. | | | -8,818.35 | 0.00 | 0.00 | -8,818.35 | -0.02 |
| PrH-1ComGestdep | | -2,779.79 | EUR | 1. | 1. | | | -2,779.79 | 0.00 | 0.00 | -2,779.79 | -0.01 |
| PrH-1ComoCAC | | | | | | | | | | | | |
| *Somme a payer* | | | | | | CUMUL (EUR) | | -24,828.37 | 0.00 | 0.00 | -24,828.37 | -0.06 |
| **Comptes d ajustement** | | | | | | CUMUL (EUR) | | -306,379.30 | 0.00 | 0.00 | -306,379.30 | -0.71 |
| **Liquidites** | | | | | | CUMUL (EUR) | | 8,044,501.43 | 783,051.94 | 11,576.97 | 6,839,130.34 | 15.94 |
| **Autres disponibilites** | | | | | | | | | | | | |
| **Comptes financiers** | | | | | | | | | | | | |
| *Operations a vue* | | | | | | | | | | | | |
| Banque EUR CAl | | -158,824.75 | EUR | 1. | 1. | | | -158,824.75 | 0.00 | 0.00 | -158,824.75 | -0.37 |
| Banque GBP CAl | | 0.2 | GBP | 1.2 | 1.1776995 | | | 0.24 | 0.00 | 0.00 | 0.24 | 0.00 |
| Banque USD CAl | | -30,834.26 | USD | 0.69914764 | 0.7510998 | | | -21,557.70 | -1,601.91 | 0.00 | -23,159.61 | -0.05 |

PAGE   8 / 11

-GAO1E
MANTEZ le 27/09/10 16:22:28

Inventaire sur historique de valorisation (HISINV)

Devise de fixing : FXD Fixing ADI
Devise du portefeuille : EUR

: Stock adai principal    au 23/09/10
FEUILLE : 162011  ADI GLOBAL OPPORTUNITY

(Etat simplifie, trame : Tri comptable(4) ( Code ADI )--> GLOBALE, Tri : BVAL)

VALIDATION PARTIELLE

| V A L E U R | STATUTS DOSSIER VAL/LIGNE | QUANTITE ET EXPR. QUANTITE | DEV COT | P.R.U EN DEVISE ET EXPR. COURS | DATE COTA | COURS VALEUR | I F / FIXING ADI : EUR | PRIX REVIENT TOTA | Devise du portefeuille PLUS OU MOINS VAL | COUPON COURU TOTA | VALEUR BOURSIERE | PRCT ACT NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operations a vue** | | | | | CUMUL (EUR) | | | -180,382.21 | -1,601.91 | 0.00 | -181,984.12 | -0.42 |
| *Autres elements de tresorerie* | | | | | | | | | | | | |
| Remuneration sur CFD | | -11,750,917.96 | EUR | 0. | | 1. | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Remuneration sur CFD | | 502,561.23 | GBP | 0. | | 1.1776895 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Remuneration sur CFD | | -4,367,735.37 | USD | 0. | | 0.7510998 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *Autres elements de tresorerie* | | | | | CUMUL (EUR) | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| *Appel de marge* | | | | | | | | | | | | |
| Appel marge EUR | | 2,700. | EUR | 1. | | 1. | | 2,700.00 | 0.00 | 0.00 | 2,700.00 | 0.01 |
| Appel marge USD | | -1,218.84 | USD | 0.74598619 | | 0.7510998 | | -909.26 | -6.22 | 0.00 | -915.47 | 0.00 |
| *Appel de marge* | | | | | CUMUL (EUR) | | | 1,790.75 | -6.22 | 0.00 | 1,784.53 | |
| **Comptes financiers** | | | | | CUMUL (EUR) | | | -178,591.46 | -1,608.13 | 0.00 | -180,199.59 | -0.42 |
| *Autres disponibilites* | | | | | CUMUL (EUR) | | | -178,591.46 | -1,608.13 | 0.00 | -180,199.59 | -0.42 |
| ...rerie | | | | | CUMUL (EUR) | | | 5,865,909.97 | 781,443.81 | 11,576.97 | 6,658,930.75 | 15.52 |
| TEFEUILLE : ADI GLOBAL OPPORTUNITY (162011) | | | | | (EUR) | | | 39,671,332.03 | 3,083,570.52 | 162,272.56 | 42,917,175.21 | 100.00 |



.GA01E
NANTEZ le 27/09/10 16:22:28

PAGE  9 / 11

Inventaire sur historique de valorisation (HISINV)

Stock adel principal . au 23/09/10
JUILLE : 162011  AD1 GLOBAL OPPORTUNITY

VALIDATION PARTIELLE

Devise de fixing : FXD Fixing AD1
Devise du portefeuille : EUR

(Etat simplifie, trame : Tri comptable(4) ( Code AD1 )--> GLOBALE, Tris : BVAL)

Portefeuille titres :        37,041,230.31

Frais de gestion du jour
PrCoeGestFin    :     602.93    EUR
PrComGestAde    :     145.75    EUR
PrCoeGestDep    :      55.89    EUR
PrCoeVariable   :  -3,233.41    EUR
PrHonoCAC       :      15.34    EUR

| | Devise | Actif net | Nombre de parts | Valeur liquidative | Coefficient | Change | Prix std Souscript. | Prix std Rachat |
|---|---|---|---|---|---|---|---|---|
| R0007073747 PARTS CAPITALISABLE | EUR | 42,917,175.21 | 541,309. | 79.28 | 100. | | 81.65 | 76.90 |

Actif net total en EUR :    42,917,175.21

PAGE    10 / 11

2- GA01E
r MANTEZ le 27/09/10 16:22:28

: Stock admi principal    au 23/09/10
EUILLE : 162011  ADI GLOBAL OPPORTUNITY

Inventaire sur historique de valorisation (HISINV)

Devise de fixing : FXO Fixing ADI
VALIDATION PARTIELLE . Devise du portefeuille : EUR

(Etat simplifié, trame : Tri comptable(4) ( Code ADI )--> GLOBALE, Tris : BWAL)

## COURS DES DEVISES UTILISEES

|  | par la valorisation |  | par l'inventaire | par la valorisation précédente |  | variation |
|---|---|---|---|---|---|---|
| urs   EUR en AUD : | 1.402916 | cotation : | 23/09/10   0. | 1.401149 | cotation :   22/09/10 | 0.12625 |
| urs   EUR en CAD : | 1.317221 | cotation : | 23/09/10   0. | 1.321788 | cotation :   22/09/10 | -0.33051 |
| urs   EUR en CHF : | 1.311892 | cotation : | 23/09/10   0. | 1.320862 | cotation :   22/09/10 | -0.76094 |
| urs   EUR en DKK : | 7.451565 | cotation : | 23/09/10   0. | 7.451565 | cotation :   22/09/10 | 0. |
| urs   EUR en GBP : | 0.849113 | cotation : | 23/09/10   0. | 0.855945 | cotation :   22/09/10 | -0.79818 |
| urs   EUR en HKD : | 10.330579 | cotation : | 23/09/10   0. | 10.39501 | cotation :   22/09/10 | -0.61983 |
| urs   EUR en JPY : | 112.353239 | cotation : | 23/09/10   0. | 113.264393 | cotation :   22/09/10 | -0.80445 |
| urs   EUR en NOK : | 7.936508 | cotation : | 23/09/10   0. | 7.886435 | cotation :   22/09/10 | 0.63493 |
| urs   EUR en SEK : | 9.204713 | cotation : | 23/09/10   0. | 9.182736 | cotation :   22/09/10 | 0.23933 |
| urs   EUR en SGD : | 1.768347 | cotation : | 23/09/10   0. | 1.777146 | cotation :   22/09/10 | -0.49512 |
| urs   EUR en USD : | 1.331381 | cotation : | 23/09/10   0. | 1.340483 | cotation :   22/09/10 | -0.67901 |
| urs   GBP en EUR : | 1.1776995524 | cotation : | 23/09/10   0. | 1.168299365 | cotation :   22/09/10 | 0.8046 |
| urs   USD en EUR : | 0.7510997979 | cotation : | 23/09/10   0. | 0.7459897628 | cotation :   22/09/10 | 0.68365 |

## COURS INVERSES DES DEVISES UTILISEES

|  | par la valorisation |  | par l'inventaire | par la valorisation précédente |  |
|---|---|---|---|---|---|
| urs   AUD en EUR : | 0.7128000353 | cotation : | 23/09/10   0. | 0.7136999705 | cotation :   22/09/10 |
| urs   CAD en EUR : | 0.7260990779 | cotation : | 23/09/10   0. | 0.7237000176 | cotation :   22/09/10 |
| urs   CHF en EUR : | 0.7621997695 | cotation : | 23/09/10   0. | 0.7563898895 | cotation :   22/09/10 |
| urs   DKK en EUR : | 0.1341999969 | cotation : | 23/09/10   0. | 0.1341999969 | cotation :   22/09/10 |
| urs   GBP en EUR : | 1.1776995523 | cotation : | 23/09/10   0. | 1.168299365 | cotation :   22/09/10 |
| urs   HKD en EUR : | 0.0967999954 | cotation : | 23/09/10   0. | 0.0962000036 | cotation :   22/09/10 |
| urs   JPY en EUR : | 0.0089000499 | cotation : | 23/09/10   0. | 0.0088269 | cotation :   22/09/10 |
| urs   NOK en EUR : | 0.1259999989 | cotation : | 23/09/10   0. | 0.1268000053 | cotation :   22/09/10 |
| urs   SEK en EUR : | 0.1086399977 | cotation : | 23/09/10   0. | 0.1089000054 | cotation :   22/09/10 |
| urs   SGD en EUR : | 0.5654998707 | cotation : | 23/09/10   0. | 0.5626999685 | cotation :   22/09/10 |
| urs   USD en EUR : | 0.7510997978 | cotation : | 23/09/10   0. | 0.7459897627 | cotation :   22/09/10 |
| urs   EUR en GBP : | 0.8491128999 | cotation : | 23/09/10   0. | 0.855945 | cotation :   22/09/10 |
| urs   EUR en USD : | 1.3313809999 | cotation : | 23/09/10   0. | 1.3404823999 | cotation :   22/09/10 |



PAGE  11 / 11

- GAOFE
NANTEZ le 27/09/10 16:22:28

Inventaire sur historique de valorisation (HISINV)

: Stock admi principal    au 23/09/10              Devise de fixing : FXD Fixing ADI
EUILLE : 162011 . ADI GLOBAL OPPORTUNITY                                                      (Etat simplifie, trame : Tri comptable(4) ( Code ADI )--> GLOBALE, Tris : BVAL)

VALIDATION PARTIELLE      Devise du portefeuille : EUR

| V A L E U R | STATUTS | DOSSIER | QUANTITE ET | DEV | P.R.U EN DEVISE | DATE | COURS' | I | <---------------> | Devise du portefeuille <---------------> | <---------------> | PRCT |
| | VAL/LIGNE | | EXPR. QUANTITE | COT | ET EXPR. COURS | COTA | VALEUR | F | PRIX REVIENT TOTA | PLUS OU MOINS VAL. COUPON COURU VAL.  COUPON COURU TOTA | VALEUR BOURSIERE | ACT NET |

PAGE · 3 / 25

2 - GRO1E

RAVEN `1e 27/09/10 15:34:54

## Inventaire sur historique de valorisation (HISIN0)

: Stock adsf principal   au 23/09/10
FEUILLE : 162111   ADT GLOBAL OPPORTUNITY SP

VL NON VALIDEE

Devise de fixing : FND Fixing ADI
Devise du portefeuille : EUR

(Etat simplifie, trans : Devise cotation/Tri comptable(4) —> GLOBALE, Tri : E

| VALEUR | STATUS VAL/LIGNE | DOSSIER | QUANTITE ET EXPR. QUANTITE | DEV COT. | P.R.U EN DEVISE ET EXPR. COURS | DATE COTA. | COURS VALEUR | I F | PRIX REVIENT TOTA | PLUS OU MOINS VAL | COUPON COURU TOTA | VALEUR BOURSIERE | PRCT ACT NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Autres disponibilites** | | | | | | | | | | | | | |
| *Comptes financiers* | | | | | | | | | | | | | |
| *Operations a vue* | | | | | | | | | | | | | |
| EUR Banque EUR CAI | | | 2,043,192.61 | EUR | 1. | | 1. | | 2,043,192.61 | 0.00 | 0.00 | 2,043,192.61 185.84 |
| EUR Banque EUR SCP | | | 24,625. | EUR | 1. | | 1. | | 24,625.00 | 0.00 | 0.00 | 24,625.00  2.24 |
| *Comptes financiers* | | | | | | CUMUL (EUR) | | | 2,067,817.61 | 0.00 | 0.00 | 2,067,817.61 188.08 |
| **Autres disponibilites** | | | | | | CUMUL (EUR) | | | 2,067,817.61 | 0.00 | 0.00 | 2,067,817.61 188.08 |
| **Tresorerie** | | | | | | CUMUL (EUR) | | | -873,176.72 | -147,089.58 | 0.00 | -1,020,266.30 -92.80 |
| **AR DES ETATS-UNIS** | | | | | | CUMUL (EUR) | | | -873,176.72 | -147,089.58 | 0.00 | -1,020,266.30 -92.80 |
| *Tresorerie* | | | | | | | | | | | | | |
| *Autres disponibilites* | | | | | | | | | | | | | |
| *Comptes financiers* | | | | | | | | | | | | | |
| *Operations a vue* | | | | | | | | | | | | | |
| USD Banque USD CAI | | | 2,822,152.62 | USD | 0.6989626 | | 0.7510998 | | 1,972,589.47 | 147,128.79 | 0.00 | 2,119,718.26 192.80 |
| *Comptes financiers* | | | | | | CUMUL (EUR) | | | 1,972,589.47 | 147,128.79 | 0.00 | 2,119,718.26 192.80 |
| **Autres disponibilites** | | | | | | CUMUL (EUR) | | | 1,972,589.47 | 147,128.79 | 0.00 | 2,119,718.26 192.80 |
| **Tresorerie** | | | | | | CUMUL (EUR) | | | 1,972,589.47 | 147,128.79 | 0.00 | 2,119,718.26 192.80 |
| **AR DES ETATS-UNIS** | | | | | | CUMUL (EUR) | | | 1,972,589.47 | 147,128.79 | 0.00 | 2,119,718.26 192.80 |
| **TEFEUILLE : ADI GLOBAL OPPORTUNITY SP (162111)** | | | | | | (EUR) | | | 1,099,412.75 | 39.21 | 0.00 | 1,099,451.96 100.00 |

PAGE : 4 / 25

12 - GR01E
RAV6N le 27/09/10 15:34:54

( : Stock adhi principal    au 23/09/10
EFEUILLE : 162111   AOI GLOBAL OPPORTUNITY SP

## Inventaire sur historique de valorisation (HISINV)

Devise de fixing : FXO Fixing AOI
Devise du portefeuille : EUR

(Etat simplifié, trame : Devise cotation/Tri comptable(4) --> GLOBALE, Tri : B

VL NON VALIDEE

| | Nombre de parts | Valeur liquidative | Coefficient | Change | Prix std Souscript. | Prix std Rachat |
|---|---|---|---|---|---|---|
| | 541,309. | 2.03 | 100. | | 2.03 | 2.03 |

Portefeuille titres :           -147,089.58

|  | Devise | Actif net |
|---|---|---|
| | EUR | 1,099,451.96 |

FR0010946202 Part C

Actif net total en EUR :    1,099,451.96

: GRO1E
AVEN le 27/09/10 15:34:54

: Stock admi principal    au 23/09/10
EUILLE : 162111   ADI GLOBAL OPPORTUNITY SP

Devise de fixing : FXD Fixing ADI
Devise du portefeuille : EUR

(Etat simplifie, trans : Devise cotation/Tri comptable(4) --> GLOBALE, Tris : EN

## Inventaire sur historique de valorisation (HISINV)

VL NON VALIDEE

### COURS DES DEVISES UTILISEES

| | par la valorisation | par l'inventaire | par la valorisation précédente | variation |
|---|---|---|---|---|
| rs  EUR en USD : | 1.331381   cotation : 23/09/10 | 0.   cotation : | 14/09/52 | 0. |
| rs  USD en EUR : | 0.751099797979   cotation : 23/09/10 | 0.   cotation : | 14/09/52 | 0. |

### COURS INVERSES DES DEVISES UTILISEES

| | par la valorisation | par l'inventaire | par la valorisation précédenta |
|---|---|---|---|
| rs USD en EUR : | 0.751099797978   cotation : 23/09/10 | 0.   cotation : | 14/09/52 |
| rs EUR en USD : | 1.331380999   cotation : 23/09/10 | 0.   cotation : | 14/09/52 |