B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cerberus Series Four Holdings, LLC
Name of Transferee

Morgan Stanley Capital Group Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:

Cerberus Series Four Holdings, LLC
c/o Cerberus Capital Management, L.P.
299 Park Avenue, 22nd Floor
New York, New York 10171
Attention: Trading Operations
Fax: (646) 885-3386
Email: cerberusswaps@cerberuscapital.com

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 20527
Amount of Claim as Filed: $36,278,176.00 (as allowed)
Amount of Claim Transferred: $15,116,599.28
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: 212-761-1069
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
            212-891-2100
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: X /s/ Jeffrey Lomasky
Transferee/Transferee's Agent***

Date: January 11, 2012

***Jeffrey L. Lomasky, the Senior Managing Director of Cerberus Institutional Associates, L.L.C., the general partner of Cerberus Institutional Partners, L.P. with respect to Series Four, the managing member of Cerberus Series Four Holdings, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

686177v.2 892/04243

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Morgan Stanley Capital Group Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Cerberus Series Four Holdings, LLC** ("Assignee") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, $15,116,599.28 of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Holdings Inc.** (the "Debtor"), the debtor in chapter 11 Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of Proof of Claim No. 20527 filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of January 2012

Morgan Stanley Capital Group Inc.

By: *[signature]*
Name: Nancy A. King
Title: Vice President

686177v.2 892/04243

**CERBERUS SERIES FOUR HOLDINGS, LLC**

By:   Cerberus Institutional Partners, L.P.
       with respect to Series Four, its managing member

       By:   Cerberus Institutional Associates, L.L.C.,
               its general partner

             By: /s/ Jeffrey Lomasky
                  Jeffrey L. Lomasky
                  Senior Managing Director