WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :   08-13555 (JMP)
                                                    :
                    Debtors.                        :   (Jointly Administered)
                                                    :
                                                    :
-------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF MOTION OF CATHAY UNITED**
**BANK'S MOTION TO HAVE PROOF OF CLAIM DEEMED TIMELY FILED**

**PLEASE TAKE NOTICE** that the hearing on Cathay United Bank's Response in Opposition to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to Have Claim No. 35181 Deemed Timely Filed [Docket No. 12037] that is scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

08-13555-mg    Doc 24368    Filed 01/17/12    Entered 01/17/12 16:58:03    Main Document
Pg 2 of 2

Dated: January 17, 2012
      New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile:  (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

US_ACTIVE:\43903440\01\58399.0008    2