WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                           :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
:
Debtors.                         :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL**
**OF DEBTORS' FORTY-SECOND OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [Dkt. No. 11307] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: January 17, 2012
      New York, New York

                           /s/ Robert J. Lemons
                          Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Numbers |
|---|---|
| Pearl Assurance PLC | 65658, 65659 |