C/Cuenca 23

Torrelamata

Alicante 03188

Espania

27th Dec.2011

Weil Gotshal & Manges LLP

200Crescent Court, Suite300

Dallas TX 75201-6950

USA

Re: Lehman Brothers Holdings. Case No.08-13555(JMP)

Security Issue ISIN No.XSO282978666. Claim No 1537

Dear Ms. Eckols

Thank you for your letter dated 9th December. The securities were purchased through Deutsche Bank, Torrelamata Brach, Alicante, Spain in July 2007 and I still hold them to date (Copy of holding attached)

At the time of Lehman's collapse I was advised to register my own claim by Deutsche Bank. I was unaware of the requirement regarding Blocking Nos. Nor did I understand the reasoning behind them until court proceedings began.

However, I am now advised By Deutsche Bank that a claim was indeed lodged on my behalf, the details of which are also enclosed.

I am very sorry if this has wasted any of the Courts time or proceedings.

Yours Sincerely

*[signature]*

Christine L Geldard

cc. Honourable James M Peck. Courtroom 601, US Bankruptcy Court, New York.

cc. R.J. Lemons. Weil Gotshal & Manges LLP, New York.



RECEIVED DEC 30 2011

**❶ FIN DE DATOS**

| **Cuenta valores** | 0019.0184.42.0100975853 | JOHN DAVID GELDARD | |
|---|---|---|---|
| **Valoracion total efectivo** | 27.147,67 | **Moneda** | EUR |

| Nombre/ Titulos | Isin/ Nominal | Código/ Efectivo cotiz. | Fecha/ | Cambio/ Moneda local |
|---|---|---|---|---|
| BN.LEHMAN BROTHERS UK 5.75 | XS0282978666 | 074570214EU | 21.12.11 | ,10 % |
| 59000 | 59000,00EUR | 59,00EUR | | 59,00 |
| BN.MAIN CAPITAL FUND 5.75% | DE000A0G18M4 | 079869301EU | 21.12.11 | 45,91 % |
| 59000 | 59000,00EUR | 27088,67EUR | | 27088,67 |

Consultar ▶         Volver ▶

◄    F7 ◄   ◄◄   1   ►►   F8 ▶   ▶

| | |
|---|---|
| Claim number: | 58105 |
| Blocking number: | 6053932 |
| Custodio | Deutsche Bank SAE |
| Custodio de DB SAE | Euroclear Bank |