IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
                                                            )
In re:                                                      )   Chapter 11
                                                            )
LEHMAN BROTHERS HOLDINGS, INC.                              )   Case No. 08-13555 (JMP)
                                                            )
                                                            )
Debtor.                                                     )   (Jointly Administered)
----------------------------------------------------------- x

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:                         **BANCA MONTE DEI PASCHI DI SIENA SPA ("Transferor")**
                                Area Servizi Finanza – Servizio Amministrazione Titoli
                                Via Rosellini, 16
                                Milano, 20124
                                Italy
                                Attn    Valeria Viganò

2.  Please take notice of the transfer of an undivided interest in the amount of USD 7,075.50 (EUR 5,000.00), of your claim against LEHMAN BROTHERS HOLDINGS INC. Case No. 08-13555 (JMP) in the above-referenced consolidated proceedings, arising from and relating to the guaranty of certain underlying securities described in Claim No. 56130 (attached as Exhibit A hereto), to:

                                **BANCA POPOLARE DI SONDRIO S.c.p.A. ("Transferee")**
                                Servizio Finanza – Amministrazione Titoli
                                Piazza Garibaldi, 16
                                Sondrio, 23100
                                Italy
                                Attn    Gerry De Alberti

    An evidence of transfer of claim (including details as to the underlying securities) is attached hereto as Exhibit B. All notices regarding the transferred portion of the claim should be sent to the Transferee as the address attached in Exhibit C.

3.  No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**



RECEIVED
JAN - 6 2012

- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

  United States Bankruptcy Court
  Southern District of New York
  Attn: Clerk of Court
  Alexander Hamilton Custom House
  One Bowling Green
  New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING WITH RESPECT TO THE TRANSFERRED PORTION.**

CLERK

-------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on_____,
2011.

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent _____ Transferee _____ Debtor's Attorney _____

Deputy Clerk

--------------------------------

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | PROOF OF CLAIM<br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000056130 |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Banca Monte dei Paschi di Siena S.p.A.
Piazza Salimbeni, 3
53100 Siena
Italy
Attention: Mr. Gianluca Serra

Telephone number: +39 0577 293760    Email Address: gianluca.serra@mpscapitalservice.it

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** See attached _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached _____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>October<br>2?, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Name: Antonio Vigni    Title: General Manager | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br>OCT 2 9 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# EXHIBIT 1

| ISIN - Code | Clearstream blocking # | Clearstream account # | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0148360042 | CA40534 | 86230 | Lehman Brothers Treasury Co. B.V. | € 5,000.00 |
| XS0162289663 | CA40536 | 86230 | Lehman Brothers Treasury Co. B.V. | € 508,000.00 |
| XS0162289663 | CA27836 | 86230 | Lehman Brothers Treasury Co. B.V. | € 5,000.00 |
| XS0163559841 | CA40535 | 86230 | Lehman Brothers Treasury Co. B.V. | € 668,000.00 |
| XS0163559841 | CA45439 | 86230 | Lehman Brothers Treasury Co. B.V. | € 8,000.00 |
| XS0166188457 | CA40532 | 86230 | Lehman Brothers Treasury Co. B.V. | € 17,500,000.00 |
| XS0176153350 | CA40530 | 86230 | Lehman Brothers Treasury Co. B.V. | € 15,588,000.00 |
| XS0176153350 | CA74200 | 86230 | Lehman Brothers Treasury Co. B.V. | € 10,000.00 |
| XS0176153350 | CA02877 | 86230 | Lehman Brothers Treasury Co. B.V. | € 15,000.00 |
| XS0178969209 | CA40529 | 86230 | Lehman Brothers Treasury Co. B.V. | € 2,334,000.00 |
| XS0181945972 | CA50421 | 86230 | Lehman Brothers Treasury Co. B.V. | € 2,023,000.00 |
| XS0185655445 | CA40531 | 86230 | Lehman Brothers Treasury Co. B.V. | € 578,000.00 |
| XS0189294225 | CA40527 | 86230 | Lehman Brothers Treasury Co. B.V. | € 755,000.00 |
| XS0195431613 | CA40521 | 86230 | Lehman Brothers Treasury Co. B.V. | € 372,000.00 |
| XS0197173643 | CA40523 | 86230 | Lehman Brothers Treasury Co. B.V. | € 592,000.00 |
| XS0200284247 | CA40526 | 86230 | Lehman Brothers Treasury Co. B.V. | € 3,802,000.00 |
| XS0202417050 | CA40524 | 86230 | Lehman Brothers Treasury Co. B.V. | € 325,000.00 |
| XS0208459023 | CA40525 | 86230 | Lehman Brothers Treasury Co. B.V. | € 6,832,000.00 |
| XS0209198927 | CA40518 | 86230 | Lehman Brothers Treasury Co. B.V. | $ 50,000.00 |
| XS0210782552 | CA40520 | 86230 | Lehman Brothers Treasury Co. B.V. | € 3,824,000.00 |
| XS0211093041 | CA40522 | 86230 | Lehman Brothers Treasury Co. B.V. | € 2,387,000.00 |
| XS0211814123 | CA40519 | 86230 | Lehman Brothers Treasury Co. B.V. | € 4,790,000.00 |
| XS0213971210 | CA40515 | 86230 | Lehman Brothers Treasury Co. B.V. | € 2,623,000.00 |
| XS0215349357 | CA40514 | 86230 | Lehman Brothers UK Capital Funding L.P. | € 68,000.00 |
| XS0218304458 | CA40517 | 86230 | Lehman Brothers Treasury Co. B.V. | € 412,000.00 |
| XS0220152069 | CA40516 | 86230 | Lehman Brothers Treasury Co. B.V. | € 5,643,000.00 |
| XS0220704109 | CA40507 | 86230 | Lehman Brothers Treasury Co. B.V. | € 781,000.00 |
| XS0229269856 | CA40512 | 86230 | Lehman Brothers UK Capital Funding II | € 140,000.00 |
| XS0271893694 | CA40511 | 86230 | Lehman Brothers Treasury Co. B.V. | € 10,000.00 |
| XS0282978666 | CA40513 | 86230 | Lehman Brothers UK Capital Funding IV | € 315,000.00 |
| XS0283497005 | CA40510 | 86230 | Lehman Brothers Treasury Co. B.V. | € 60,000.00 |
| XS0286302988 | CA40505 | 86230 | Lehman Brothers Treasury Co. B.V. | € 10,000.00 |
| XS0286535223 | CA40509 | 86230 | Lehman Brothers Treasury Co. B.V. | € 5,000.00 |
| XS0290596161 | CA40498 | 86230 | Lehman Brothers Treasury Co. B.V. | € 5,052,000.00 |
| XS0295438369 | CA40502 | 86230 | Lehman Brothers Treasury Co. B.V. | € 40,000.00 |
| XS0301813522 | CA40500 | 86230 | Lehman Brothers UK Capital Funding V | $ 96,000.00 |
| XS0302634059 | CA40508 | 86230 | Lehman Brothers Treasury Co. B.V. | € 14,240,000.00 |
| XS0305646696 | CA40499 | 86230 | Lehman Brothers Treasury Co. B.V. | € 19,228,000.00 |
| XS0305646696 | CA45417 | 86230 | Lehman Brothers Treasury Co. B.V. | € 8,000.00 |
| XS0210433206 | CA40504 | 86230 | Lehman Brothers Treasury Co. B.V. | € 427,000.00 |
| XS0232364868 | CA40506 | 86230 | Lehman Brothers Treasury Co. B.V. | € 341,000.00 |

| XS0301086475 | CA40503 | 86230 | Lehman Brothers Treasury Co. B.V. | € 422,000.00[1] |

| ISIN - Code | Monte Titoli blocking # | Monte Titoli account # | Issuer | Nominal Amount |
|---|---|---|---|---|
| IT0006578600 | 082033056 | 61030 | Lehman Brothers Treasury Co. B.V. | € 292,000.00 |

---

[1] Being the equivalent of EUR 1,000.00 per 422 Units.

**EXHIBIT 2**

| ISIN - Code | Nominal Amount (EUR) | Interest** (EUR) | Total (EUR) | Nominal Amount (USD) * | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| IT0006578600 | 292,000.00 | 5,741.57 | 297,741.57 | 413,209.20 | 8,124.89 | 421,334.09 |
| XS0148360042 | 5,000.00 | 0.00 | 5,000.00 | 7,075.50 | 0.00 | 7,075.50 |
| XS0162289663 | 513,000.00 | 5,586.01 | 518,586.01 | 725,946.30 | 7,904.76 | 733,851.06 |
| XS0163559841 | 676,000.00 | 13,079.99 | 689,079.99 | 956,607.60 | 18,509.50 | 975,117.10 |
| XS0176153350 | 15,613,000.00 | 443,827.63 | 16,056,827.63 | 22,093,956.30 | 628,060.48 | 22,722,016.78 |
| XS0178969209 | 2,334,000.00 | 64,246.85 | 2,398,246.85 | 3,302,843.40 | 90,915.72 | 3,393,759.12 |
| XS0181945972 | 2,023,000.00 | 48,393.80 | 2,071,393.80 | 2,862,747.30 | 68,482.07 | 2,931,229.37 |
| XS0185655445 | 578,000.00 | 14,408.67 | 592,408.67 | 817,927.80 | 20,389.71 | 838,317.51 |
| XS0189294225 | 755,000.00 | 12,865.12 | 767,865.12 | 1,068,400.50 | 18,205.43 | 1,086,605.93 |
| XS0195431613 | 372,000.00 | 3,142.40 | 375,142.40 | 526,417.20 | 4,446.81 | 530,864.01 |
| XS0197173643 | 592,000.00 | 2,442.00 | 594,442.00 | 837,739.20 | 3,455.67 | 841,194.87 |
| XS0200284247 | 3,802,000.00 | 113,427.73 | 3,915,427.73 | 5,380,210.20 | 160,511.58 | 5,540,721.78 |
| XS0202417050 | 325,000.00 | 8,614.48 | 333,614.48 | 459,907.50 | 12,190.35 | 472,097.85 |
| XS0208459023 | 6,832,000.00 | 152,723.89 | 6,984,723.89 | 9,667,963.20 | 216,119.58 | 9,884,082.78 |
| XS0210782552 | 3,824,000.00 | 83,588.82 | 3,907,588.82 | 5,411,342.40 | 118,286.54 | 5,529,628.94 |
| XS0211093041 | 2,387,000.00 | 27,522.35 | 2,414,522.35 | 3,377,843.70 | 38,946.88 | 3,416,790.58 |
| XS0211814123 | 4,790,000.00 | 115,129.09 | 4,905,129.09 | 6,778,329.00 | 162,919.18 | 6,941,248.18 |
| XS0213971210 | 2,623,000.00 | 25,870.65 | 2,648,870.65 | 3,711,807.30 | 36,609.56 | 3,748,416.86 |
| XS0215349357 | 68,000.00 | 1,407.63 | 69,407.63 | 96,226.80 | 1,991.94 | 98,218.74 |
| XS0218304458 | 412,000.00 | 9,481.64 | 421,481.64 | 583,021.20 | 13,417.47 | 596,438.67 |
| XS0220152069 | 5,643,000.00 | 15,460.13 | 5,658,460.13 | 7,985,409.30 | 21,877.63 | 8,007,286.93 |
| XS0220704109 | 781,000.00 | 9,149.81 | 790,149.81 | 1,105,193.10 | 12,947.90 | 1,118,141.00 |
| XS0229269856 | 140,000.00 | 7,037.77 | 147,037.77 | 198,114.00 | 9,959.15 | 208,073.15 |
| XS0282978666 | 315,000.00 | 7,046.52 | 322,046.52 | 445,756.50 | 9,971.53 | 455,728.03 |
| XS0283497005 | 60,000.00 | 1,659.76 | 61,659.76 | 84,906.00 | 2,348.73 | 87,254.73 |
| XS0290596161 | 5,052,000.00 | 751,354.02 | 5,803,354.02 | 7,149,085.20 | 1,063,241.08 | 8,212,326.28 |
| XS0295438369 | 40,000.00 | 0.00 | 40,000.00 | 56,604.00 | 0.00 | 56,604.00 |
| XS0301813522 | | | | 96,000.00 | 1,895.20 | 97,895.20 |
| XS0210433206 | 427,000.00 | 14,880.66 | 441,880.66 | 604,247.70 | 21,057.62 | 625,305.32 |
| XS0232364868 | 341,000.00 | 17,769.37 | 358,769.37 | 482,549.10 | 25,145.44 | 507,694.54 |
| XS0166188457 | 17,500,000.00 | 111,233.50 | 17,611,233.50 | 24,764,250.00 | 157,406.53 | 24,921,656.53 |
| XS0209198927 | | | | 50,000.00 | 0.00 | 50,000.00 |
| XS0271893694 | 10,000.00 | 331.11 | 10,331.11 | 14,151.00 | 468.56 | 14,619.56 |
| XS0302634059 | 14,240,000.00 | 0.00 | 14,240,000.00 | 20,151,024.00 | 0.00 | 20,151,024.00 |
| XS0305646696 | 19,236,000.00 | 0.00 | 19,236,000.00 | 27,220,863.60 | 0.00 | 27,220,863.60 |
| XS0301086475 | 422,000.00 | 0.00 | 422,000.00 | 597,172.20 | 0.00 | 597,172.20 |
| XS0286302988 | 10,000.00 | 0.00 | 10,000.00 | 14,151.00 | 0.00 | 14,151.00 |
| XS0286535223 | 5,000.00 | 0.00 | 5,000.00 | 7,075.50 | 0.00 | 7,075.50 |

**Total Claim Amount $ 163,061,881.24**

\* *Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by the European Central Bank for September 15, 2008: 1 EUR = 1.4151 USD.*

\*\* *Interest accrued until September 14, 2008 (included).*

| BSVigano | Clearstream Banking - CreationOnline | 13.52 CET |
|---|---|---|

## General Information

| | |
|---|---|
| Safekeeping Account | 86230 - BCA MONTE DEI PAS.DI S./MPS FINANCE |
| ISIN Code | XS0302634059 |
| Common Code | 030263405 - Single |
| Description | EUR 4 LEHMAN BROS.TREAS 07-2012 |
| Place of Safekeeping | IRVTGB2XGPT - ****** |
| Business Date | 23/10/09 |
| As Of | 08/10/09 15.48 |

## Balances

| Balance Type | Balance | Last Movement |
|---|---|---|
| Held Free | 0 | 08/10/09 15.48 |
| Total Available | 0 | 08/10/09 15.48 |
| Blocked | 14.240.000 | 08/10/09 15.48 |
| Pending Delivery | 0 | 20/08/09 23.04 |
| Total Unavailable | 14.240.000 | 08/10/09 15.48 |
| Aggregate | 14.240.000 | 08/10/09 15.48 |

| BSRe | Clearstream Banking - CreationOnline | 15.16 CET |
|---|---|---|

| | |
|---|---|
| **Security Post Release** | |
| **Trade Details** | |
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Deliver Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0302634059 |
| Common Code | 030263405 |
| Financial Instrument Description | EUR 4 LEHMAN BROS.TREAS 07-2012 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 08/10/09 15.48 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 86230 - BCA MONTE DEI PAS.DI S./MPS FINANCE |
| Quantity of Financial Instrument | 14.240.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 08/10/09 |
| Trade Date/Time | 08/10/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA40508 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 08/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| **Settlement Parties** | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Receiving Agent | Clearstream |
| Party | 86230 |
| Description | BCA MONTE DEI PAS.DI S./MPS FINANCE |
| Settlement Processing Narrative | CONSBLOK XS0302634059          OCE CONSENT          YOUR INX |
| **Additional Information** | |
| Input Media | Internal |
| References: | |
| Type | Reference |
| Clearstream | 02M0QA0004SR |
| CA Notification | 0000000065489178 |

Msg. Type 706            Page 1 of 1



Messaggio 71N                                                                                          Pagina 1 di 1



## Messaggio 71N

|  |  |
|---:|:---|
| **Soggetto Sottostante:** | Monte Paschi Siena - 61030 |
| **Tipo Operatività:** | Interm. C.T. |
| **Data riferimento:** | 19/10/2009 |
| **Esito:** | Operazione conclusa in modo corretto |
| **Indicatore risultato operazione:** | |
| **N. CRO:** | 45997703410 |
| **CRO Originario:** | |
| **Codice Titolo:** | IT0006578600 / 00   LEHMAN BR. 05/17 TM |
| **N. Formulario:** | 82033056 |
| **Riferimenti:** | VS.ISTR.19-10-09 |
| **Codice attività:** | Operazione di Blocco |
| **Quantità:** | 292000 |
| **Saldo contabile:** | 292000 ( C ) |
| **Saldo disponibile:** | 0 ( C ) |
| **Istruzioni Giro:** | |
| **Cliente Istituzionale:** | |
| **Descrizione Beneficiario:** | |
| **Trasferimento Diverso Intestatario:** | |
| **Indicatore Tipo Regime:** | |
| **Cliente Beneficiario:** | - |
| **Codice Divisa:** | |
| **Tipologia:** | Blocco/Sblocco |
| **Procedura:** | Operazioni saldo titoli |
| **Riferimenti:** | 039 |
| **Intermediario Estero:** | / |
| **Conto Intermediario Estero:** | / |

**Informazioni Procedurali:**
**Causale operazione:**   Blocco Disponibilità Conto Eseguita dal Monte
**Data riferimento:**   19/10/2009

Esci | Stampa

[Disclaimer] [Copyright]

**EXHIBIT 4**

Written Consent June 9, 2005

## UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-05    11:31    JDM INVESTMENTS                    ID=2023380294                       P.02
                                                                                       NO.290    004
26.05.2005    09:..    LEHR. - 91264578265:                                            NO.504    002
26/05/2005    16:41    LEHMAN + 31646758265

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

_____          _____
Richard S. Fuld, Jr.                John D. Macomber

2

06-09-05    09:49              RECEIVED FROM:212 526 9339              P.04

06/08/2005    16:41    LEHMAN → 916467582653    NO.504    003

**Schedule A
to LBHI Unanimous Written Consent
dated June 9, 2005**

|     | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
| --- | --- | --- |
| 1.  | Lehman Brothers Asia Holdings Limited | No |
| 2.  | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3.  | Lehman Brothers Commercial Bank | No |
| 4.  | Lehman Brothers Commercial Corporation | No |
| 5.  | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6.  | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7.  | Lehman Brothers Finance S.A. | No |
| 8.  | Lehman Brothers Holdings Plc | Yes |
| 9.  | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

3



**MONTE DEI PASCHI DI SIENA**
BANCA DAL 1472

| | |
|---|---|
| United States Bankruptcy Court/Southern District of New York | Banca Monte dei Paschi di Siena S.P.A. |
| Epiq Bankruptcy Solutions, LLC<br>Attn: Lehman Brothers Holdings Claims Processing<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Piazza Salimbeni, 3<br>53100 SIENA (SI)<br><br>Gianluca Serra<br>Tel. 0577-293760<br>Fax. 0577-294109<br>E-mail:<br>gianluca.serra@mpscapitalservices.it |

Siena, October 27, 2009

### BANCA MONTE DEI PASCHI DI SIENA S.p.A. - PROOF OF CLAIM AGAINST LEHMAN BROTHERS HOLDINGS INC.

To: United States Bankruptcy Court/Southern District of New York

Enclosed please find 2 original copies of the proofs of claim hereby filed by BANCA MONTE DEI PASCHI DI SIENA S.p.A. against Lehman Brothers Holdings Inc., together with photocopies of the original proofs of claims Please retain and time-stamp the original proofs of claim and please time-stamp and return the photocopies (time-stamped as "RECEIVED") by using the enclosed prepaid envelop.

Kind regards,

BANCA MONTE DEI PASCHI DI SIENA S.p.A.
**ANTONIO VIGNI**
**GENERAL MANAGER**

BANCA MONTE DEI PASCHI DI SIENA S.p.A. Sede sociale in Siena, Piazza Salimbeni, 3 - www.mps.it
Capitale Sociale Euro 2.029.771.034,02 - Riserve Euro 5.126.595.556,39 - Codice fiscale, Partita IVA e n. Iscrizione al Registro delle Imprese di Siena: 00884060526
Gruppo Bancario Monte dei Paschi di Siena - Codice Banca 1030.6 - Codice Gruppo 1030.6 - Aderente al Fondo Interbancario di Tutela dei Depositi



## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM

## LEHMAN PROGRAM SECURITY

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANCA MONTE DEI PASCHI DI SIENA S.P.A.** ("Seller"), acting on behalf of one or more of its customers (the "Customers") hereby unconditionally and irrevocably sells, transfers and assigns to **BANCA POPOLARE DI SONDRIO S.c.p.A.** ("Purchaser") and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the principal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **56130** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of its Customers relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of its Customers' right, title and interest in, to and under the transfer agreements, if any, under which Customers or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller and its Customers own and have good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) neither Seller nor its Customers have engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing

Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of December 2011.

**BANCA MONTE DEI PASCHI DI SIENA S.p.A.**

By: _____
Name: FRAGNELLI DORIANA
Title: MANAGER

Piazza Salimbeni, 3
53100 Siena
Italy

Attn: Viganò Valeria
phone number: 0039 02 69705714
fax: 0039 02 69705650
e-mail: valeria.vigano@banca.mps.it
Via Rosellini 16 – 20124 Milano

**BANCA POPOLARE DI SONDRIO S.c.p.A.**

By: _____
Name: LUIGI DOMENICO VIDO
Title: HEAD OFFICE BANK OFFICER

Piazza Garibaldi 16,
Sondrio 23100,
Italy

Attn: Gerry De Alberti
phone number: 0039 0342 528927
fax: 0039 0342 528370
e-mail: gerry.dealberti@popso.it

Schedule 1

Transferred Claims

Purchased Claim

USD 7,075.50 of USD 163,061,881.24 (i.e. the outstanding amount of the Proof of Claim as of 29 October 2009).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY BV EUR 4% 2007-2012 | XS0302634059 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000.00 (equivalent to USD 7,075.5) | 07/20/2012 | EUR 5,000.00 (Equivalent to USD 7,075.50) |

BANCA MONTE DEI PASCHI DI SIENA SPA
[signature]

BANCA POPOLARE DI SONDRIO ScpA
[signature]

**Exhibit C**

Address for Notices:

BANCA POPOLARE DI SONDRIO S.c.p.A.
Piazza Garibaldi, 16
Sondrio, 23100
Italy

Attn: Gerry De Alberti – Servizio Finanza / Amministrazione Titoli