Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139

-and-

James D. Vail
Schneider, Smeltz, Ranney & LaFond, P.L.L.
1111 Superior Avenue, Suite 1000
Cleveland, Ohio 44114
Tel: (216) 696-4200
Fax: (216) 696-7303

Attorneys for Judson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
In re:
                                   Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                                   08-13555 (JMP)
             Debtors.

                                   (Jointly Administered)
------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Judson, interested party herein, by the undersigned counsel, enters its appearance in the above-captioned case and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 342 and 1109(b) of the Bankruptcy Code, requests that the following names and addresses be added to the mailing list maintained by the Clerk of Court and further demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon both of the following counsel:

>Stephen Z. Starr, Esq.
>Starr & Starr, PLLC
>260 Madison Ave., 17th Fl.
>New York, New York 10016
>Tel: (212) 867-8165
>Fax: (212) 867-8139
>E-mail: sstarr@starrandstarr.com
>
>- and –
>
>James D. Vail, Esq.
>Schneider, Smeltz, Ranney & LaFond, P.L.L.
>1111 Superior Avenue, Suite 1000
>Cleveland, Ohio 44114
>Tel: (216) 696-4200
>Fax: (216) 696-7303
>Email: jvail@ssrl.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the rules and statutes set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice and service of papers is not intended to nor shall it be deemed a waiver of Judson's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Judson is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Judson expressly reserves.

Dated: New York, New York
      January 16, 2012                  STARR & STARR, PLLC

                                        By:  /s/ Stephen Z. Starr
                                             Stephen Z. Starr, Esq.
                                        260 Madison Ave., 17th Fl.
                                        New York, New York 10016
                                        Tel: (212) 867-8165
                                        Fax: (212) 867-8139

                                        -and-

                                        James D. Vail, Esq.
                                        Schneider, Smeltz, Ranney & LaFond, P.L.L.
                                        1111 Superior Avenue, Suite 1000
                                        Cleveland, Ohio 44114
                                        Tel: (216) 696-4200
                                        Fax: (216) 696-7303

# CERTIFICATE OF SERVICE

I, Stephen Z. Starr, declare as follows:

1. I am not a party to the above-referenced action, am over the age of 18 years old and maintain an office at 260 Madison Ave., 17th Fl., New York, NY 10016.

2. On January 16, 2012, I caused the NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS to be served in accordance with General Order M-182, as amended, via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed at New York, New York on January 16, 2012.

By     /s/  Stephen Z. Starr
            Stephen Z. Starr