**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:   (203) 752-5000
Facsimile:    (203) 752-5001

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF FIDELITY NATIONAL TITLE INSURANCE COMPANY AND
FIRST AMERICAN TITLE INSURANCE COMPANY REGARDING
WITHDRAWAL OF PROOF OF CLAIM WITH PREJUDICE AND
<u>CONSENT TO REMOVAL OF CLAIM FROM CLAIMS REGISTER</u>**

Fidelity National Title Insurance Company ("Fidelity") and First American Title Insurance Company ("First American"), by their undersigned counsel, as assignees of a certain proof of claim [Claim No. 14729] filed in the above-captioned case by Superior Pipelines, Inc. ("Superior Pipelines") on September 17, 2009 (the "Superior Pipelines Claim"), hereby give notice that they withdraw the Superior Pipelines Claim with prejudice.  Fidelity and First American file this notice in accordance with Section 3 of the Agreement for Settlement of Contractor Claims With Mutual Releases and Covenants Not To Sue, entered into by and among LBREP/L-SunCal McAllister Ranch, LLC, Superior Pipelines, Lehman Commercial Paper, Inc. ("LCPI"), Fidelity, First American and McAllister Ranch Irrigation District (the "Superior Pipelines Settlement"), which this Court previously approved by Order entered on September 15,

83866108.2

2011 [Doc. ID 20014].  A copy of the Superior Pipelines Settlement is attached hereto and made a part hereof as Exhibit A.  Fidelity and First American hereby agree that the Claims Agent may expunge the Superior Pipelines Claim from the Claims Register.

Notwithstanding the foregoing, nothing contained herein is intended to waive, modify or otherwise compromise the rights of Fidelity and First American under that certain Interim Funding Agreement between LCPI, Fidelity, First American and Alfred H. Siegel, in his capacity as the SunCal Trustee (the "Interim Funding Agreement"), previously approved by this Court by Order entered on September 15, 2011 [Doc. ID  20020].  Fidelity and First American expressly reserve all rights under the Interim Funding Agreement.

Dated at New Haven, Connecticut, this 18th day of January, 2012.

| FIRST AMERICAN TITLE INSURANCE COMPANY | FIDELITY NATIONAL TITLE INSURANCE COMPANY |
|---|---|
| By:    /s/ Michael T. Fogarty<br>Michael T. Fogarty<br>BOUTIN JONES INC.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA  95814<br>Tel:    (916) 321-4444<br>Fax:    (916) 441-7597<br>E-mail: tfogarty@boutinjones.com | By:    /s/ Joshua W. Cohen<br>Joshua W. Cohen (JC-2978)<br>James J. Tancredi (JT-3269)<br>DAY PITNEY LLP<br>One Audubon Street<br>New Haven, CT 06511-6433<br>Tel:    (203) 752-5008<br>Fax:    (203) 752-5001<br>E-mail: jwcohen@daypitney.com |
| *Counsel for First American Title Insurance Company* | *Counsel for Fidelity National Title Insurance Company* |