**Presentment Date and Time: February 2, 2011 at 10:00 a.m.**

**Objection Deadline: January 30, 2011 at 4:00 p.m.**

**Hearing Date:  None (Unless Objections Are Filed)**

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
John B. Quinn
Erica Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Susheel Kirpalani
James C. Tecce
51 Madison Avenue
New York, New York 10010

*Special Counsel to Official Committee Of Unsecured*

*Creditors Of Lehman Brothers Holdings Inc., et al.*

**CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP**
Joseph D. Pizzurro
L. P. Harrison 3rd
Michael J. Moscato
Nancy E. Delaney
101 Park Avenue
New York, New York 10178-0061
*Counsel for Plaintiff, Debtor Lehman Brothers
Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., <u>et al</u>.,<br><br>                    Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                    Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF PRESENTATION OF STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY RELATED TO OBJECTION TO PORTIONS OF PROOFS OF CLAIM NO. 66462 AGAINST LEHMAN BROTHERS HOLDINGS INC. AND NO 4939 AGAINST LEHMAN BROTHERS INC. OF JPMORGAN CHASE BANK, N.A. REGARDING TRIPARTY REPO-RELATED LOSSES**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation and [Proposed] Order Regarding Discovery Related to Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses (the "Proposed Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **February 2, 2012 at 10:00 a.m.** (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Proposed Order must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, by **January 30, 2012 at 4:00 p.m.** (prevailing Eastern Time) electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-242, and any objection must further be served upon: (i) Quinn Emmanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, New York, New York 10010, Attn: Susheel Kirpalani, Esq. and James

1

C. Tecce, Esq., special counsel for the Official Committee of Unsecured Creditors appointed in these cases; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq., (iii) Wachtell Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn. Paul Vizcarrondo, Esq., Amy Wolf, Esq. and Ian Boczko, Esq.; (iv) Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York, 10179, Attn. Joseph D. Pizzurro, Esq., L.P. Harrison 3rd, Esq., Michael J. Moscato, Esq. and Nancy Delaney, Esq., and (v) any person or entity with a particularized interest in the Motion, so as to be received no later than **January 30, 2012 at 4:00 p.m.** (prevailing Eastern Time).  Unless objections are timely received in accordance with this paragraph, the Proposed Order may be entered without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing will be held at the next omnibus hearing date scheduled in these cases. The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: January 18, 2012
     New York, New York

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP** |
| By: /s/ James C. Tecce | By: /s/ Joseph D. Pizzurro |
| Susheel Kirpalani<br>James C. Tecce<br>51 Madison Avenue<br>New York, New York 10010 | Joseph D. Pizzurro<br>L. P. Harrison 3rd<br>Michael J. Moscato<br>101 Park Avenue<br>New York, New York 10178-0061 |
| *Special Counsel to Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al.* | *Counsel to Plaintiff, Debtor Lehman Brothers Holdings Inc.* |