WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
        Debtors.                                 :    (Jointly Administered)
                                                 :
                                                 :
-----------------------------------------------------------------x

NOTICE OF ADJOURNMENT
OF DEBTORS' ONE HUNDRED FIFTY-FIFTH OMNIBUS OBJECTION
TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for July 21, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time) **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 19, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Quintessence Fund LP C/O QVT Financial LP | 20421 |
| Quintessence Fund LP C/O QVT Financial LP | 21144 |
| Quintessence Fund LP C/O QVT Financial LP | 21145 |
| Quintessence Fund LP C/O QVT Financial LP | 21146 |
| Quintessence Fund LP C/O QVT Financial LP | 21205 |
| Quintessence Fund LP C/O QVT Financial LP | 21225 |
| QVT Fund LP C/O QVT Financial LP | 21138 |
| QVT Fund LP C/O QVT Financial LP | 21139 |
| QVT Fund LP C/O QVT Financial LP | 21140 |
| QVT Fund LP C/O QVT Financial LP | 21202 |
| QVT Fund LP C/O QVT Financial LP | 21217 |
| QVT Fund LP C/O QVT Financial LP | 21222 |