WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                           :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF RESPONSE**
**OF JOHN J. DMUCHOWSKI TO DEBTORS' FORTIETH AND FORTY-FIRST**
**OMNIBUS OBJECTIONS TO CLAIMS (LATE FILED CLAIMS), OBJECTION**
**TO DISALLOWANCE/EXPUNGEMENT OF CLAIM NOS. 34401 AND 34402,**
**AND MOTION TO PERMIT FILING OF CLAIMS AS OF SEPTEMBER 23, 2009**

**PLEASE TAKE NOTICE** that the hearing on the Response of John J. Dmuchowski to Debtors' Fortieth and Forty-First Omnibus Objections to Claims (Late Filed Claims), Objection to Disallowance/Expungement of Claim Nos. 34401 and 34402, and Motion to Permit Filing of Claims as of September 23, 2009 [Docket No. 12006] that is scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43903873\01\58399.0008

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 19, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession