Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Volksbank Kraichgau e.G. | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bahnhofstr. 23
D 75031 Eppingen
Germany

Phone: 06222/589-2085
Last Four Digits of Acct #: 7105

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: USD 120,000
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Volksbank Kraichgau e.G.    Date: November 17, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Volksbank Kraichgau** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), **USD 120'000** in nominal amount related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JANUARY 5, 2011.

**CREDIT SUISSE AG**

By:_____
Name: Michael Wyss
Title: Director

By:_____
Name: Rico Huber
Title: Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount |
|---|---|---|---|---|
| XS0186883798 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 120'000 |

**Volksbank Kraichgau**
**Wiesloch-Sinsheim**

Jeder Mensch hat etwas, das ihn antreibt.

Die Bank der Region

Volksbank Kraichgau Wiesloch-Sinsheim eG
Postfach 1680 | 69157 Wiesloch

Epiq Bankrupcy Solutions, LLC
Att: Lehmann Brothers Holdings Claims
z.Hd. Mr. Brian Hunt
Associate Consultant
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

ihr/e Ansprechpartner/in:
**Karlheinz Roth**
Vermögensberatung

Tel.: 07261 699-1230
Fax: 07261 699-3855
E-Mail: karlheinz.roth
@vbkraichgau.de

10. Januar 2012 / ROK


FILED / RECEIVED
JAN 18 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehmann Brothers
Regarding mail from 21.12.2011
Notice of defective transfer from December 22, 2011
(see attachments)

Sehr geehrte Damen und Herren,

With above mentioned e-mail you informed me about a defective transfer and that a ISIN is required for a successful transfer of the claim to the Volksbank Kraichgau e.G.

Attached you will therefore find new documents including ISIN which I received from Credit Suisse.

Please acknowledge the receipt of this mail and the execution of the transfer from Credit Suisse to our house.

Best Regards

Volksbank Kraichgau
Wiesloch-Sinsheim

Hauptstraße 139
69168 Wiesloch

Hauptstraße 115
74889 Sinsheim

Vorstand:
Andreas Böhler
-Sprecher-
Thomas Geier
-stv. Sprecher-
Wilhelm Rau
Wilhelm Rupp

Aufsichtsratsvorsitzender:
Dr. Thorsten Seeker

Amtsgericht Mannheim
Gen.Reg. 350001

Bankleitzahl 672 922 00
BIC: GENODE61WIE

USt.-ID Nr. DE143293168

www.vbkraichgau.de
info@vbkraichgau.de

DZ Bank
Konto 9016
BLZ 66060000
IBAN:
DE23660600000000009016
BIC: GENODE6K

