UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
         Debtors.                                                :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 24254, 24255

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2012, I caused to be served the:

   a. "Notice of Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage backed Securities for Purposes of Establishing Reserves," dated January 12, 2012, to which was attached the "Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage backed Securities for Purposes of Establishing Reserves," dated January 12, 2012 [Docket No. 24254], and

   b. "Declaration of Zachary Trumpp in Support of Debtors' Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage backed Securities for Purposes of Establishing Reserves," dated January 12, 2012 [Docket No. 24255],

-2-

   by causing true and correct copies to be:

   i. delivered via electronic mail to the parties listed on the annexed <u>Exhibit A</u>,

   ii. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ <i>Pete Caris</i><br>
Pete Caris

Sworn to before me this
18th day of January, 2012
<u>/s/ <i>Panagiota Manatakis</i>            </u>
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Motion Estimation of Reserves & Declaration of Zachary Trumpp_DI 24254-24255_AFF_1-12-12.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bill.freeman@pillsburylaw.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmerrill@susmangodfrey.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com |
| ahammer@freebornpeters.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| akornikova@lcbf.com | bstrickland@wtplaw.com |
| alum@ftportfolios.com | btrust@mayerbrown.com |
| amarder@msek.com | bturk@tishmanspeyer.com |
| amartin@sheppardmullin.com | bwolfe@sheppardmullin.com |
| amcmullen@boultcummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| anann@foley.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cdesiderio@nixonpeabody.com |
| aostrow@beckerglynn.com | ceskridge@susmangodfrey.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com |
| aquale@sidley.com | chammerman@paulweiss.com |
| araboy@cov.com | chardman@klestadt.com |
| arahl@reedsmith.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashaffer@mayerbrown.com | cmontgomery@salans.com |
| ashmead@sewkis.com | cohenr@sewkis.com |
| asnow@ssbb.com | colea@gtlaw.com |
| atrehan@mayerbrown.com | cousinss@gtlaw.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |
| avenes@whitecase.com | craig.goldblatt@wilmerhale.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| craig.barbarosh@pillsburylaw.com | dodonnell@milbank.com |
| crmomjian@attorneygeneral.gov | dove.michelle@dorsey.com |
| cs@stevenslee.com | dowd.mary@arentfox.com |
| csalomon@beckerglynn.com | dpegno@dpklaw.com |
| cschreiber@winston.com | draelson@fisherbrothers.com |
| cshore@whitecase.com | dravin@wolffsamson.com |
| cshulman@sheppardmullin.com | drose@pryorcashman.com |
| ctatelbaum@adorno.com | drosenzweig@fulbright.com |
| cwalsh@mayerbrown.com | drosner@goulstonstorrs.com |
| cward@polsinelli.com | drosner@kasowitz.com |
| cweber@ebg-law.com | dshaffer@wtplaw.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| daniel.guyder@allenovery.com | dtatge@ebglaw.com |
| dave.davis@isgria.com | dtheising@harrisonmoberly.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.crichlow@pillsburylaw.com | dwildes@stroock.com |
| david.heller@lw.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | easmith@venable.com |
| david.seligman@kirkland.com | echang@steinlubin.com |
| davids@blbglaw.com | ecohen@russell.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | egeekie@schiffhardin.com |
| dbesikof@loeb.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehollander@whitecase.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | elevin@lowenstein.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | erin.mautner@bingham.com |
| deryck.palmer@cwt.com | eschaffer@reedsmith.com |
| dfelder@orrick.com | eschwartz@contrariancapital.com |
| dflanigan@polsinelli.com | esmith@dl.com |
| dgrimes@reedsmith.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | ezweig@optonline.net |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | feldsteinh@sullcrom.com |
| dkleiner@velaw.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dlemay@chadbourne.com | foont@foontlaw.com |
| dlipke@vedderprice.com | francois.janson@hklaw.com |
| dludman@brownconnery.com | fsosnick@shearman.com |
| dmcguire@winston.com | fyates@sonnenschein.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net |
| dneier@winston.com | gbray@milbank.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| george.davis@cwt.com | jeannette.boot@wilmerhale.com |
| geraci@thalergertler.com | jeff.wittig@coair.com |
| ggitomer@mkbattorneys.com | jeffery.black@bingham.com |
| ggoodman@foley.com | jeffrey.sabin@bingham.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jen.premisler@cliffordchance.com |
| glenn.siegel@dechert.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| gravert@ravertpllc.com | jeremy.eiden@ag.state.mn.us |
| gspilsbury@jsslaw.com | jfalgowski@reedsmith.com |
| guzzi@whitecase.com | jflaxer@golenbock.com |
| harrisjm@michigan.gov | jfox@joefoxlaw.com |
| harveystrickon@paulhastings.com | jfreeberg@wfw.com |
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| hsteel@brownrudnick.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdoran@haslaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jpintarelli@mofo.com | linda.boyle@twtelecom.com |
| jporter@entwistle-law.com | lisa.ewart@wilmerhale.com |
| jprol@lowenstein.com | lisa.kraidin@allenovery.com |
| jrabinowitz@rltlawfirm.com | ljkotler@duanemorris.com |
| jrsmith@hunton.com | lkatz@ltblaw.com |
| jschwartz@hahnhessen.com | lmarinuzzi@mofo.com |
| jsheerin@mcguirewoods.com | lmay@coleschotz.com |
| jshickich@riddellwilliams.com | lmcgowen@orrick.com |
| jsmairo@pbnlaw.com | lml@ppgms.com |
| jstoll@mayerbrown.com | lnashelsky@mofo.com |
| jsullivan@mosessinger.com | loizides@loizides.com |
| jteitelbaum@tblawllp.com | lromansic@steptoe.com |
| jtimko@shutts.com | lscarcella@farrellfritz.com |
| jtougas@mayerbrown.com | lschweitzer@cgsh.com |
| judy.morse@crowedunlevy.com | lsilverstein@potteranderson.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.bane@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| ken.coleman@allenovery.com | mark.sherrill@sutherland.com |
| ken.higman@hp.com | martin.davis@ots.treas.gov |
| kerry.moynihan@hro.com | marvin.clements@ag.tn.gov |
| kgwynne@reedsmith.com | matt@willaw.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kkelly@ebglaw.com | maustin@orrick.com |
| kkolbig@mosessinger.com | max.polonsky@skadden.com |
| klyman@irell.com | mbenner@tishmanspeyer.com |
| kmayer@mccarter.com | mberman@nixonpeabody.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mbienenstock@dl.com |
| kovskyd@pepperlaw.com | mbloemsma@mhjur.com |
| kpiper@steptoe.com | mbossi@thompsoncoburn.com |
| kressk@pepperlaw.com | mcademartori@sheppardmullin.com |
| kreynolds@mklawnyc.com | mccombst@sullcrom.com |
| krosen@lowenstein.com | mcordone@stradley.com |
| kuehn@bragarwexler.com | mcto@debevoise.com |
| kurt.mayr@bgllp.com | mcyganowski@oshr.com |
| lacyr@sullcrom.com | mdahlman@kayescholer.com |
| landon@streusandlandon.com | mdorval@stradley.com |
| lapeterson@foley.com | melorod@gtlaw.com |
| lathompson@co.sanmateo.ca.us | meltzere@pepperlaw.com |
| lberkoff@moritthock.com | metkin@lowenstein.com |
| lee.stremba@troutmansanders.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com

oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com

slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC.**

CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, ILLINOIS 60603
ATTN: FRANKLIN H. TOP III, ESQ.

ALSTON & BIRD LLP
1201 WEST PEACHTREE STREET
ATLANTA, GEORGIA 30309-3424
ATTN: J. WILLIAM BOONE, ESQ.

HINCKLEY, ALLEN & SNYDER LLP
28 STATE STREET
BOSTON, MA 02109-1775
ATTN: JENNIFER V. DORAN, ESQ.

NIXON PEABODY LLP
437 MADISON AVENUE
NEW YORK, NY 10022
ATTN: CHRISTOPHER M. DESIDERIO, ESQ.

PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569
ATTN: SEAN CONNERY, ESQ.

FAEGRE BAKER DANIELS LLP
2200 WELLS FARGO CENTER
90 S. SEVENTH STREET
MINNEAPOLIS, MN 55402-3901
ATTN: MIKE DOTY, ESQ.

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET, RICHMOND, VA 23219
ATTN: JASON HARBOUR, ESQ.

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007