UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re                                       :         **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :         **08-13555 (JMP)**
                                            :         **(Jointly Administered)**
            **Debtors.**                    :
                                            :
------------------------------------------------------------x    **Ref. Docket Nos. 23031-23036,**
                                                              **23729, 23732, 23733, 24113-24116,**
                                                              **24128, 24130, 24131, 24133, 24135,**
                                                              **24136, 24138, 24141, 24143, 24166,**
                                                              **24168-24170**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
   New York 10017. I am over the age of eighteen years and am not a party to the above-
   captioned action.

2. On January 12, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to
   F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
   true and correct copies to be: 1) personalized with the transferee, transferor and claim
   information for the above-referenced docket numbers, 2) enclosed securely in separate
   postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
   attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
19th day of January, 2012
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANGKOK BANK PUBLIC COMPANY, LIMITED                BANGKOK BANK PUBLIC COMPANY, LIMITED
    ATTN: THAWEELAP RITTAPIRON                          MAYER BROWN, LLP
    29 BROADWAY, 20TH FLOOR                             ATTN: BRIAN TRUST
    NEW YORK NY 10006                                   1675 BROADWAY
                                                        NEW YORK NY 10019

Please note that your claim # 50011 in the above referenced case and in the amount of
    $15,000,000.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: BANGKOK BANK PUBLIC COMPANY, LIMITED
745 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 24138      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2012.

**EXHIBIT B**

TIME: 18:11:49
DATE: 01/12/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| BANGKOK BANK PUBLIC COMPANY, LIMITED | MAYER BROWN, LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| BANGKOK BANK PUBLIC COMPANY, LIMITED | ATTN: THAWEELAP RITTAPIRON 29 BROADWAY, 20TH FLOOR NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: BANGKOK BANK PUBLIC COMPANY, LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ELECTRABEL NV/SA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BAWAG PSK BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE | POSTSPARKASSE AKTIENGESSELSCHAFT C/O LOWENSTEIN SANDLER PL ATTN: ROBERT MINION AND RICHARD BERNSTEIN, ESQ 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| BNP PARIBAS | ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS SECURITIES CORP. | TRANSFEROR: BNP PARIBAS ATTN: CHRISTIAN MUNDIGO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BAWAG PSK BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTSPARKASSE AKTIENGESELLSCHAFT ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIR TREE VALUE MASTER FUND LP ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OHA COAST HEDGING, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OHA HEDGED CREDIT, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH | TRANSFEROR: DEUTSCHE BANK NV ATTN: DIETRICH VREVEN AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK NV | ATTN: DIETRICH VREVEN 13-15 MARNIXLAAN BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK NV | WHITE & CASE LLP ATTN: NICOLAS DUPONT 62 WETSTRAAT BRUSSELS 1040 BELGIUM |
| ELEKTRABEL NV/SA | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. 405 LEXINGTON AVENUE, 7TH FLOOR NEW YORK NY 10174 |
| ELEKTRABEL NV/SA | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE, 7TH FLOOR NEW YORK NY 10174 |
| ELEKTRABEL NV/SA | JULIEN POCHET CHIEF LEGAL OFFICER TRADING & PORTFOLIO MANAGEMENT (ELECTRABEL SA) 8 BOULEVARD DU REGENT BRUSSELS B-1000 BELGIUM |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND., L.P. | F/K/A FIR TREE RECOVERY MASTER FUND L.P. ATTN: BRIAN A. MEYER C/O FIR TREE PARTNERS 505 FITH AVE 23RD FL NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND., L.P. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND LP | ATTN: BRIAN A. MEYER C/O FIR TREE PARTNERS 505 FITH AVE 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BARCLAYS BANK PLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| JEROME KEATING | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 6 DEER RUN LANE WAITSFIELD VT 05673 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| M. VAN 'T HOLDINGS B.V. | HANGERAARSE WEG 134 TER-AAN 2461 CM NETHERLANDS |
| MAMDY, PHILLIPE MICHEL | EDIFICIO CIM VALLES C/CALDERIN, S/N 1 4 SANTA PERPETUA DE LA MOGODA BARCELONA, 08130 SPAIN |
| OHA COAST HEDGING, LTD. | C/O OAK HILL ADVISORS, L.P. ATTN: GREGORY S. RUBIN 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OHA COAST HEDGING, LTD. | ATTN: SCOTT KRASS, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| OHA HEDGED CREDIT, LTD. | C/O OAK HILL ADVISORS, L.P. ATTN: GREGORY S. RUBIN 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OHA HEDGED CREDIT, LTD. | ATTN: SCOTT KRASS, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| PRIVATBANK IHAG ZURICH AG | BLEICHERWEG 18 ZURICH CH-8022 SWITZERLAND |
| ROBERT FRANZ | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION 6 BAYER LANE BOONTON NJ 07005 |
| SCPC GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SCPC GROUP, LLC | TRANSFEROR: STRUCTURED INVESTMENT HOLDINGS IV, SPC ATTN: BRIAN A. JARMALIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SCPC GROUP, LLC | TRANSFEROR: STRUCTURED INVESTMENT HOLDINGS IV, SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO ATTN: BRIAN A. JARMALIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| STRUCTURED INVESTMENT HOLDINGS IV, SPC | A CAYMAN SEGREGATED PORTFOLIO COMPANY SOLELY ON THE BEHALF OF TREESDALE CDO A SEGREGATED PORTFOLIO THEREOF YING LIM TREESDALE PARTNERS LLC 1325 AVENUE OF THE AMERICAS, SUITE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, SPC OBO TREESDALE CDO A SEGREGATED | PORTFOLIO P.O. BOX 1234, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN KY1-1108 CAYMAN ISLANDS |

TIME: 18:11:49
DATE: 01/12/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: M. VAN TD HOLDINGS  B.V. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: MAMDY, PHILIPPE MICHEL 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | NUSCHELERSTRASSE 31 ZURICH  CH-8021 SWITZERLAND |
| YORVIK PARTNERS LLP | TRANSFEROR: PRIVATBANK IHAG ZURICH AG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: RAIFFEISENBANK OBERDRAUTAL - WEISSENSEE REG. GEN.M.B.H. 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    52

EPIQ BANKRUPTCY SOLUTIONS, LLC