UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x    Ref. Docket No. 22463

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
19th day of January, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  CNP ASSURANCES
DIRECTION DES INVESTISSEMENTS
RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION
ATTN ANTOINE FROMENTEZE
4 PLACE RAOUL DAUTRY
PARIS CEDEX 15 75716 FRANCE

Additional:  CNP ASSURANCES
CLIFFORD CHANCE US LLP
ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ
31 WEST 52ND STREET
NEW YORK NY 10019

Transferee:  ELLIOTT INTERNATIONAL, L.P.
C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK NY 10019

**Your transfer of claim # 63595 is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 22463          Date 11/21/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 12, 2012.

**EXHIBIT B**

```
TIME: 18:10:45                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 01/12/12                              CREDITOR LISTING

Name                    Address
CNP ASSURANCES          DIRECTION DES INVESTISSEMENTS RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE
                        4 PLACE RAOUL DAUTRY PARIS CEDEX 15  75716 FRANCE
CNP ASSURANCES          CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.  C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019

Total Number of Records Printed      3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC