B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., *et al.*, Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. A copy of the claim is attached hereto.

| Fubon Bank (Hong Kong) Limited | Chen I Ju |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fubon Bank (Hong Kong) Limited
Fubon Bank Building
38 Des Voeux Road Central
Hong Kong
Attn: Mr. Richard Yu – First Vice President
(Financial Markets Group – Marketing)

Phone: (011) (852) 2842 6128
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Treasury Settlement Department
19/F, Greenwich Centre,
260 King's Road, North Point
Hong Kong
Attn: Mr. Kelvin Liu and Ms. Polly Lam

Email: kelvin.ty.liu@fubon.com
         polly.lam@fubon.com
Phone: Mr. Kelvin Liu  (011) (852) 3767 6030
Phone: Ms. Polly Lam  (011) (852) 3767 6137
Last Four Digits of Acct #: _____

Court Claim # (if known): 42098
Amount of Claim: $300,000.00
Date Claim Filed: October 19, 2009

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where notices to transferor should be sent:

CHEN I JU
11F NO. 2, LANE 548 JIOURO 1ST RD
SANMIN DISTRICT
KAOHSIUNG CITY 807
TAIWAN

22345/2
01/05/2012 19357755.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FUBON BANK (HONG KONG) LIMITED

By: _____     Date: 30 Dec 2011
Name: Carmen Yip              Dennis Ha
Title:  Senior Vice President    Senior Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000042098 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)
Chen I Ju
c/o Fubon Bank (Hong Kong) Limited
10/F Central Tower
28 Queen's Road Central
Hong Kong
Attn: Ms. Esten Yim - First Vice President (Financial Markets Group - Marketing)
Telephone number: (852) 2842 6388    Email Address: Fax: (852) 2596 0495

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**
See attached.
Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 300,000.00 USD** _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0347785312** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA45817 _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
88101 _____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 19 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 25-9-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

For and on behalf of
FUBON BANK (HONG KONG) LIMITED            Carmen Yip - Senior Vice President

Name and address where payment should be sent:

Treasury Settlement Department
Fubon Bank (Hong Kong) Limited
5th Floor, Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong
Attention: Mr. Kelvin Liu / Ms. Polly Lam

Telephone Number: Mr. Kelvin Liu: (852) 3767 6030
                  Ms. Polly Lam: (852) 3767 6137

Email Address: polly.lam@fubon.com
               kelvin.ty.liu@fubon.com

22345/2