UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
-----------------------------------------------------------------x Ref. Docket Nos. 23729, 24160-
24163, 24172, 24174, 24177, 24180,
24182, 24202, 24203, 24216, 24217,
24220

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of January, 2012

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
                Debtors.                    |
                                            |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BNP PARIBAS SECURITIES CORP.
          TRANSFEROR: BNP PARIBAS
          ATTN: CHRISTIAN MUNDIGO
          787 SEVENTH AVENUE
          NEW YORK NY 10019
```

Please note that your claim # 67346-06 in the above referenced case and in the amount of
         $50,000,000.00       has been transferred **(unless previously expunged by court order)**

```
    MORGAN STANLEY CAPITAL SERVICES LLC                    MORGAN STANLEY CAPITAL SERVICES LLC
    TRANSFEROR: BNP PARIBAS SECURITIES CORP.               MANAGING CLERK
    LEGAL COMPLIANCE DIVISION - CORPORATE LOANS GROUP      RICHARDS KIBBE & ORBE LLP
    ATTN: JOSHUA RAWLINS                                   ONE WORLD FINANCIAL CENTER
    1585 BROADWAY, 2ND FLOOR                               NEW YORK NY 10281
    NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 24177      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2012                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 13, 2012.

**EXHIBIT B**

```
TIME: 17:37:02                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 01/13/12                                             CREDITOR LISTING

Name                                              Address
APPALOOSA INVESTMENT L.P. 1                       ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P. 1                       TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
BANK SARASIN & CIE AG, SINGAPORE BRANCH           BAR & KARRER AG ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND
BANK SARASIN & CIE AG, SINGAPORE BRANCH           BAR & KARRER AG ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND
BANK SARASIN & CIE AG, SINGAPORE BRANCH           BAR & KARRER AG ATTN: DR. PETER HUS/DR. DANIEL FLUHMANN BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND
BANK SARASIN-RABO (ASIA) LIMITED                  TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED ATTN: LEGAL DEPARTMENT 77 ROBINSON ROAD # 31-00 SINGAPORE 068896 SINGAPORE
BANK SARASIN-RABO (ASIA) LIMITED                  CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE
BANK SARASIN-RABO (ASIA) LIMITED                  BAER & KARRER LTD. ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  8027 SWITZERLAND
BANK SARASIN-RABO (ASIA) LIMITED                  ATTN: ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12 RUE DE TILSITT PARIS  75008 FRANCE
BANK SARASIN-RABO (ASIA) LIMITED                  77 ROBINSON ROAD, # 31-00 SWIFT: RABOSGSB; ACCOUNT NUMBER XXXXX1-739 DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK SWIFT: BKTRUS33
                                                  SINGAPORE 068896 SINGAPORE
BANK SARISIN & CIE AG, SINGAPORE BRANCH           BAR & KARRER AG ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND
BANK SARISIN & CIE AG, SINGAPORE BRANCH           TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED ATTN: LEGAL DEPARTMENT 77 ROBINSON ROAD # 31-00 SINGAPORE 068896 SINGAPORE
BANK SARISIN & CIE AG, SINGAPORE BRANCH           TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED ATTN: LEGAL DEPARTMENT 77 ROBINSON ROAD #31-00 SINGAPORE 068896 SINGAPORE
BANQUE POPULARE COTE D'AZUR.                      TRANSFEROR: UBS AG SPORTING D'HIVER, PLACE DU CASINO B.P. 207 MONACO CEDEX  98004 MONACO
BNP PARIBAS SECURITIES CORP.                      TRANSFEROR: BNP PARIBAS ATTN: CHRISTIAN MUNDIGO 787 SEVENTH AVENUE NEW YORK NY 10019
CANPARTNERS INVESTMENTS IV, LLC                   TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: RAJ VENKATARAMAN IYER & JONATHAN KAPLAN, ESQ
                                                  2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: FRONT POINT RELATIVE VALUE OPPORTUNITIES FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: FRONTPOINT STRATEGIC CREDIT FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: FRONTPOINT STRATEGIC CREDIT FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: NWI EMERGING MARKET FIXED INCOME MASTER FUND LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: NWI EMERGING MARKET FIXED INCOME MASTER FUND, LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: NWI EXPLORER GLOBAL MASTER FUND LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: NWI EXPLORER GLOBAL MASTER FUND, LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FRONT POINT RELATIVE VALUE OPPORTUNITIES          ATTENTION: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH CT 06830
 FUND, L.P.
FRONT POINT RELATIVE VALUE OPPORTUNITIES          HEAD OF OPERATIONS FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830
 FUND, L.P.
FRONTPOINT RELATIVE VALUE OPPORTUNITIES           ATTN: HEAD OF OPERATIONS TWO GREENWICH PLAZA GREENWICH CT 06830
 FUND LP
FRONTPOINT STRATEGIC CREDIT FUND LP               ATTN: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH CT 06830
FRONTPOINT STRATEGIC CREDIT FUND, L.P.            ATTN: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH CT 06830
GOLDMAN, SACHS & CO.                              TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: SCOGGIN WORLDWIDE FUND LTD. ATTN: GARY S COHEN BANK OF AMERICA TWR 3RD FL ONE BRYANT PARK NEW YORK NY 10036
MORGAN STANLEY CAPITAL SERVICES LLC               MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC               TRANSFEROR: BNP PARIBAS SECURITIES CORP. LEGAL COMPLIANCE DIVISION - CORPORATE LOANS GROUP ATTN: JOSHUA RAWLINS
                                                  1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
NWI EMERGING MARKET FIXED INCOME MASTER           BANCO SANTANDER 45 EAST 53RD STREET NEW YORK NY 10022
 FUND LTD
NWI EMERGING MARKET FIXED INCOME MASTER           C/O NWI MANAGEMENT LP ATTN: HARI HARIHARAN/JENNIFER NAM 45 EAST 53RD STREET, 7TH FLOOR NEW YORK NY 10022
 FUND, LTD
NWI EXPLORER GLOBAL MASTER FUND LTD               BANCO SANTANDER 45 EAST 53RD STREET NEW YORK NY 10022
NWI EXPLORER GLOBAL MASTER FUND, LTD              C/O NWI MANAGEMENT LP ATTN: HARI HARIHARAN/JENNIFER NAM 45 EAST 53RD STREET, 7TH FLOOR NEW YORK NY 10022
PALOMINO FUND LIMITED                             ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
PALOMINO FUND LIMITED                             TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
SCOGGIN WORLDWIDE FUND LTD.                       C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK NY 10065
SPCP GROUP, LLC                                   RONALD S. BEACHER, ESQ. PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:37:02                                      LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   2
DATE: 01/13/12                                            CREDITOR LISTING

Name                                          Address
SPCP GROUP, LLC                               TRANSFEROR: STRUCTURED INVESTMENT HOLDINGS IV, SPC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STRUCTURED INVESTMENT HOLDINGS IV, SPC        A CAYMAN SEGREGATED PORTFOLIO COMPANY SOLELY ON THE BEHALF OF TREESDALE CDO A SEGREGATED PORTFOLIO THEREOF YUNG LIM
                                              TREESDALE PARTNERS LLC 1325 AVENUE OF THE AMERICAS, SUITE 2302 NEW YORK NY 10019
THOROUGHBRED FUND L.P.                        ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND L.P.                        TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                      ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED MASTER LTD.                      TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND

Total Number of Records Printed               50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC