**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                              :
In re                                         :     Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :     08-13555 (JMP)
                                              :     (Jointly Administered)
                  Debtors.                    :
                                              :
----------------------------------------------------------------x     Ref. Docket Nos. 24221, 24222
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of January, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 24441    Filed 01/20/12    Entered 01/20/12 11:35:46    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BES-VIDA COMPANHIA DE SEGUROS, S.A.
              SUCURSAL EN ESPANA
              NIF: W-0101151-I
              CALLE VELAZQUEZ; 108-110 CP.
              MADRID 28006 SPAIN

Additional:

Transferee:   BANCO ESPIRITO SANTO S.A.
              ATTN: PEDRO CRUCHINHO
              DEPARTMENTO FINANCEIRO
              MERCADOS ESTUDOS
              AVE. LIBERDADE 195
              1250-142
              LIBOSA PORTUGAL

**Your transfer  of claim #   56917   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match
Amount On Transfer Agreement Does Not Match

Docket Number 24222            Date 01/11/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2012.

**EXHIBIT B**

```
TIME: 17:34:21                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    1
DATE: 01/13/12                                           CREDITOR LISTING

Name                                Address
BANCO ESPIRITO SANTO S.A.           ATTN: PEDRO CRUCHINHO DEPARTMENTO FINANCEIRO MERCADOS ESTUDOS AVE. LIBERDADE 195 1250-142 LIBOSA    PORTUGAL
BANCO ESPIRITO, S.A.                ATTN: PEDRO CRUCHINHO DEPARTMENTO FINANCEIRO, MERCADOS E ESTUDOS AV. LIBERDADE, 195 1250-142 LISBOA PORTUGAL
BES-VIDA COMPANHIA DE SEGUROS, S.A. SUCURSAL EN ESPANA NIF: W-0101151-I CALLE VELAZQUEZ, 108-110 CP. MADRID  28006 SPAIN
BES-VIDA, COMPANHIA DE SEGUROS, S.A.
SUCURSAL EN ESPANA                  NIF: W-0101151-I CALLE VELAZQUEZ, 108-110 MADRID  CP.28006 SPAIN


Total Number of Records Printed   4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC