UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                       Debtors.                                        :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 23739, 24228-
                                                                            24230, 24236-24240, 24244-24247,
                                                                            24252

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
19th day of January, 2012
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   VAN DRIE, F.M.
      PIEDRA PLAT 120
      ARUBA
```

Please note that your claim # 53571 in the above referenced case and in the amount of
        $18,208.40        has been transferred **(unless previously expunged by court order)**.

```
      CF CLAIMS LLC
      TRANSFEROR: VAN DRIE, F.M.
      ATTN: DAVID SHARPE
      1345 AVENUE OF THE AMERICAS, 23RD FLOOR
      NEW YORK NY 10105
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 24246    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/16/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 16, 2012.

**EXHIBIT B**

**EXHIBIT B**

```
TIME: 17:55:59                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 01/16/12                                          CREDITOR LISTING

Name                          Address
ADI CONSEIL                   TRANSFEROR: KALLISTA CREDIT OPPORTUNITIES FUND LIMITED 1 RUE VERNIER PARIS   75017 FRANCE
BLUMLHUBER, GEORG             DAMMWEG 16 OBERASBACH  D-90522 GERMANY
BRESSER, A., MRS.             KERKWEG 11 COTHEN  3945 BM NETHERLANDS
CF CLAIMS LLC                 TRANSFEROR: BLUMLHUBER, GEORG ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: BRESSER, A., MRS. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: DE FOOZ, PHILIPPE ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: GHYS, HENRI ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: GROENEWOLD, G. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: KNUTSSON, LENNART ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: LARDINOIS, J.A.M. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: MERTENS, MAGDA ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: SCHAEFF, RUDOLF ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: STREEDER, G.J. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: TERNIER, THIERRY ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                 TRANSFEROR: VAN DRIE, F.M. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
DE FOOZ, PHILIPPE             AVENUE DES TRITONS 16 WATERLOO  1410 BELGIUM
GHYS, HENRI                   ABTSDREEF 11 STABROEK  2940 BELGIUM
GROENEWOLD, G.                KEIJSER CAPITAL N.V. ATTN: COMPLIANCE DEPT KEIZERSGRACHT 410 AMSTERDAM  1016 GC THE NETHERLANDS
GROENEWOLD, G.                BURG. ELSENLAAN 241 APT. 502 RIJSWIJK  2282 NE NETHERLANDS
KALLISTA CREDIT OPPORTUNITIES FUND   C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS   75017 FRANCE
  LIMITED
KNUTSSON, LENNART             MICHAEL LOFMANS GATA 4 HELSINGBORG  254 38 SWEDEN
LARDINOIS, J.A.M.             EINDJE 8 LIEROP  5715 PK NETHERLANDS
MERTENS, MAGDA                ABTSDREEF 11 STABROEK  2940 BELGIUM
SCHAEFF, RUDOLF               AM BRUCH 8C RATINGEN  40885 GERMANY
STREEDER, G.J.                SCHOONOORD 49 VOORHOUT  2215 EL NETHERLANDS
TERNIER, THIERRY              LEOPOLD 2-LAAN 13 GVO2 DE PANNE  B-8660 BELGIUM
VAN DRIE, F.M.                PIEDRA PLAT 120 ARUBA
VOLKSBANK PEINE EG            AM MARKT 2 PEINE  31224 GERMANY
YORVIK PARTNERS LLP           TRANSFEROR: VOLKSBANK PEINE EG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed       29
```