**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
:
In re                                        :    Chapter 11 Case No.
                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :    08-13555 (JMP)
                                             :    (Jointly Administered)
Debtors.                      :
                                             :
-----------------------------------------------------------------------x    Ref. Docket Nos. 23300-23302,
                                                  24258-24262, 24267, 24299-24303,
                                                  24311

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Lauren Rodriguez*
                                                     Lauren Rodriguez

Sworn to before me this
19th day of January, 2012

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: DANSKE BANK A/S LONDON BRANCH
C/O GOLDMAN, SACHS & CO.
ATTN: LAUREN DAY
30 HUDSON STREET, 38TH FLOOR
JERSEY CITY NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Please note that your claim # 17247-11 in the above referenced case and in the amount of $90,472,931.10  allowed at $75,000,000.00   has been transferred (**unless previously expunged by court order**)

ANCHORAGE CAPITAL MASTER OFFSHORE, LTD
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/OI ANCHORAGE CAPITAL GROUP, LLC
ATTN: SUSAN MORIELLO
610 BROADWAY, 6TH FLOOR
NEW YORK NY 10012

ANCHORAGE CAPITAL MASTER OFFSHORE, LTD
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23301    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/17/2012                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 17, 2012.

**EXHIBIT B**

08-13555-mg    Doc 24444    Filed 01/20/12    Entered 01/20/12 11:48:08    Main Document
Pg 4 of 5

```
TIME: 21:00:44                                                          PAGE:    1
DATE: 01/17/12
                        LEHMAN BROTHERS HOLDING INC.
                              CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: SHINSEI SECURITIES CO., LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/OI ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ASHBY, HEATHER ANNE                               38 QUEENSWAY HORSHAM WEST SUSSEX RH13 5AY UNITED KINGDOM
BARCLAYS BANK PLC                                 TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON E14 5HP UNITED KINGDOM
CF CLAIMS LLC                                     TRANSFEROR: ASHBY, HEATHER ANNE ATTN: DAVID SHARPE 1345 AVE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CHAN CHUNG YEE JOHNNIE/CHAN YEUNG MAN             FLAT E 32/F BLOCK 4 JUBILEE GARDEN NO 2/18 LOK KING STREET FO TAN NT HONG KONG
  YEE
DEUTSCHE BANK AG, LONDON BRANCH                   ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE 8TH FLOOR
                                                  NEW YORK NY 10022
HBK MASTER FUND L.P.                              TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                     TRANSFEROR: ROYAL SKANDIA LIFE ASSURANCE LIMITED ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET
                                                  LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                     TRANSFEROR: MC. LTD OPPORTUNITIES ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
IRIALDE S.L.                                      CALLE GETARIA 2, ENTLO DR. 20005 DONOSTIA - SAN SEBASTIAN GUIPUZCOA SPAIN
IRIALDE S.L.                                      MIKEL EZKERRA HERNANDEZ CAMINO PORTUETXE, N 10 20018 DONOSTIA - SAN SEBASTIAN GUIPUZCOA SPAIN
KUTXA                                             TRANSFEROR: IRALDE S.L. INIGO LOPEZ TAPIA HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN 20005
LAM TSAN, WING                                    UNIT 1602 COSCO TOWER 183 QUEEN'S ROAD CENTRAL CENTRAL HK HONG KONG
LEE WING LAI                                      FLAT B 10/F BLOCK 1 CARMEN;S GARDEN 9 COX'S ROAD YAUMATEI, KLN HONG KONG
MC. LTD OPPORTUNITIES                             SG PRIVATE BANKING CUSTODY KORTRIJKSESTEENWEG 302 GENT B-9000 BELGIUM
MC. LTD OPPORTUNITIES                             MICHELOT CONSULT CHAUSSEE DE BRUXELLES 253 KRAAINEM B-1950 BELGIUM
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036
NG LAI LING                                       FLAT B4 2/F BLOCK B SAI KUNG BUILDING 42-56 FUK MAN ROAD SAI KUNG NT HONG KONG
ORE HILL HUB FUND LTD.                            TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PMT CREDIT OPPORTUNITIES FUND LTD                 TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019
ROYAL SKANDIA LIFE ASSURANCE LIMITED              SKANDIA HOUSE KING EDWARD ROAD ONCHAN ISLE OF MAN IM99 1NU UNITED KINGDOM
SHINSEI SECURITIES CO., LTD                       TRANSFEROR: SECOM GENERAL INSURANCE CO., LTD. NOMURA BUILDING 4-3, NIHONBASHI-MUROMACHI 2-CHOME CHUO-KU TOKYO 103-0222 JAPAN
SPARKASSE WALDECK-FRANKENBERG                     ATTN: CLAUS ENGELBRACHT NORDWALL 6-8 KORBACH 34497 GERMANY
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN CHUNG YEE JOHNNIE/CHAN YEUNG MAN YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAM TSAN, WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LEE WING LAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: NG LAI LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: TSE MEI YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: WONG SZE MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: WONG WAI, CHI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YEUNG KAM, LING & LEE, KWONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
THE ROYAL BANK OF SCOTLAND, PLC                   RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: ANP FUNDING I LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
TSE MEI YING                                      FLAT D 27/F BLOCK 6 SUN TUEN MUN CENTRE TUEN MUN, NT HONG KONG
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: BARCLAYS BANK PLC INTERNATIONAL SEGREGATED PORTFOLIO C/O GLG ORE HILL LLC 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019
  SPC - WILSHIRE ORE HILL
WONG SZE MING                                     ROOM 3007 30/F TSUI TUNG HOUSE TSUI PING SOUTH ESTATE KWUN TONG, KLN HONG KONG
WONG WAI, CHI                                     8/F HONG LOK BUILDING 77 MARBLE ROAD NORTH POINT HK HONG KONG
YEUNG KAM, LING & LEE, KWONG                      FLT C 16/F BLK 2 VILLA ESPLANADA TSING YI, NT HONG KONG
YORVIK CAPITAL LTD                                TRANSFEROR: SPARKASSE WALDECK-FRANKENBERG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed                   46

                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```