Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, New York 10017



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :       Chapter 11 Case No.
                                                   :       08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             :
                                                   :       (Jointly Administered)
                        Debtors.                   :
-----------------------------------------------------------x

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. |
|---|---|
| Creditor Name and Address: | Tradeworx Proprietary Investments, LLC<br>c/o Seaview Mezzanine Fund<br>David S. Montoya, Managing Director<br>260 Madison Avenue, 8th Floor<br>New York, NY 10016 |
| Claim Number (if known): | 14864 |
| Date Claim Filed: | 09/17/09 |
| Total Amount of Claim Files: | $1,563,990 |

I, the undersigned, am an authorized signatory for Seaview Mezzanine Fund. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

**IMPORTANT NOTE:** This is a withdrawal of claim 14864 filed by Seaview Mezzanine Fund and not other claims that may have been filed on behalf of Tradeworx Proprietary Investments LLC

By: Seaview Mezzanine Fund

| Signature:<br><br>*Scott Hartman* | Title:<br><br>Managing Partner |
|---|---|
| Printed Name:<br><br>Scott W. Hartman | Dated:<br><br>Dec 20, 2011 |

From: (702) 688-6423   Origin ID: JRAA
David S. Montoya
Tradeworx Proprietary Investments,
c/o Seaview Mezzanine Fund
260 Madison Ave, 8th Floor
New York, NY 10016



J11201108050225

SHIP TO: (646) 282-2500    BILL SENDER
**Attn: Lehman Brothers Holdings
Epiq Bankruptcy Solutions, Inc
757 3RD AVE FL 3**

**NEW YORK, NY 10017**

Ship Date: 18JAN12
ActWgt: 1.0 LB
CAD: 100431363/INET3210

Delivery Address Bar Code



Ref #
Invoice #
PO #
Dept #

RECEIVED JAN 19, 2012

THU - 19 JAN  A1
**PRIORITY OVERNIGHT**

TRK# 7979 5923 4984
0201

**10017**
NY-US
**EWR**

## EA OGSA



50FG2/A78E/F5F4

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.