# Exhibit A
### [Contracts]



Gestionnaire
du Réseau de Transport d'Electricité



**Accord de Participation
aux Règles d'Accès au Réseau Public de Transport
Français pour des Importations et des Exportations**

## ACCORD DE PARTICIPATION N° AI_0705_0300

### ENTRE

**Lehman Brothers Commodity Services Inc** (UK Branch), dont le siège social est situé à  25 Bank Street Canary Wharf E14 5LE London UK, immatriculée sous le n°  England Wales BR008622 et dont le numéro de TVA intracommunautaire est GB446931528, représentée par Justin BOYD, en sa qualité de Executive Director,

Ci-après dénommé " **Utilisateur** ",

**D'UNE PART,**

### ET

**RTE EDF Transport SA,** Tour Initiale, 1 Terrasse Bellini, TSA 41000, 92919 Paris La Défense Cedex, identifiée sous le n°4444 619 258 au RCS de Nanterre, représentée par Jean-Pierre DESBROSSES, en sa qualité de Directeur du Centre National d'Exploitation du Système,

Ci-après dénommé "**RTE**"

**D'AUTRE PART,**

ou par défaut, ci-après dénommés individuellement une « Partie » ou conjointement les « Parties »,

il a été convenu et arrêté ce qui suit:

## PREAMBULE

Avec l'adoption de la directive 2003/54/CE et le Règlement européen 1228/2003 du 26 juin 2003, l'Union européenne a mis en place des règles visant à assurer le bon fonctionnement du marché intérieur et l'achèvement d'un marché de l'électricité concurrentiel pour les producteurs, fournisseurs et consommateurs d'électricité, indépendamment de leur localisation sur le territoire communautaire.

Dans ce cadre, RTE élabore des mécanismes pour les échanges internationaux d'électricité qui constituent l'objet des Règles.

En conséquence, les Parties se sont rapprochées et sont convenues de ce qui suit :

## ARTICLE 1. DEFINITIONS

Tous les mots ou groupes de mots utilisés dans le présent Accord de Participation ayant leur première lettre en majuscule ont la signification qui leur est donnée dans les Règles telles que publiées sur le Site Internet de RTE.

## ARTICLE 2. OBJET

Par la signature de cet Accord de Participation, l'Utilisateur déclare avoir pris connaissance et accepter de se conformer aux Règles.

## ARTICLE 3. DOCUMENTS CONTRACTUELS LIANT LES PARTIES

Les documents contractuels liant les Parties sont les suivants :

- La demande de conclusion d'un Accord de Participation et les pièces jointes ;

- Les Règles;

- Le présent Accord de Participation.

Ces pièces constituent l'exclusivité et l'intégralité de l'accord des Parties relativement aux conditions d'accès au RPT pour des Importations et des Exportations. Elles annulent et remplacent toutes lettres, propositions, offres et conventions antérieures portant sur le même objet.

L'ordre d'importance et d'interprétation de ces différentes pièces est le suivant par ordre décroissant :

- L'Accord de Participation ;

- La demande d'Accord de Participation et les pièces spécifiques jointes;

- Les Règles.

## ARTICLE 4. RESPONSABLE D'EQUILIBRE

En application des Règles, l'Utilisateur déclare que chacune de ses Transactions est rattachée au Responsable d'Equilibre désigné dans la Liste des Transactions.

RTE © 2005

## ARTICLE 5. COORDONNEES

Les Parties s'engagent à compléter l'Annexe 8 des Coordonnées de l'Utilisateur et de RTE, à la remettre à jour à chaque modification.

## ARTICLE 6. COORDONNEES BANCAIRES

L'ensemble des paiements de l'Utilisateur doit intervenir sur le compte dont les références figurent ci-dessous :

| | |
|---|---|
| Etablissement bancaire : | Société Générale |
| Agence : | Agence la Défense Entreprises, Tour Ariane |
| | 5, Place de la Pyramide |
| | 92088 Paris La Défense Cedex |
| Titulaire du compte : | Réseau de Transport d'Electricité |
| N° de compte : | FR76 30003 04170 00020122549 73 |
| Code SWIFT : | SOGEFRPPLDE |

## ARTICLE 7. MODE DE PAIEMENT

L'Utilisateur opte pour le paiement des factures émises par RTE par :

☑ virement                    ☐ prélèvement automatique

## ARTICLE 8. ENTREE EN VIGUEUR, DUREE ET RESILIATION DE L'ACCORD DE PARTICIPATION

Le présent Accord de Participation entre en vigueur le **01/05/2007**.

Il est conclu pour une durée indéterminée.

Il ne peut être résilié que dans les conditions prévues dans les Règles.

Fait en deux exemplaires originaux,

à Saint Denis, le 30/04/2007

**Pour RTE :**

Nom et qualité du représentant légal :

**Pour l'Utilisateur :**

Nom et qualité du représentant légal :

**Jean-Pierre DESBROSSES**

**Directeur du CNES**

Signature :

**Justin BOYD**

**Executive Director**

Signature :

RTE © 2005

Règles d'Accès au Réseau Public de Transport Français pour des Importations et des Exportations                    Version 2.1

## ANNEXE 8 - COORDONNEES DE L'UTILISATEUR, DE RTE ET DE L'ADMINISTRATEUR D'ENCHERES

**COORDONNEES DE L'UTILISATEUR :   LEHMAN BROTHERS**

**CODE EIC :   17X100A100R03009**

**Facturation :**

| Interlocuteur : | Nicola McMahon |
|---|---|
| Adresse de facturation : | 25 bank street<br>Canary Wharf<br>E14 5LE<br>London  - UK |
| Téléphone : | +44 (0) 207 102 5932 |
| Télécopie : | +44 (0) 207 067 8212 |
| Courrier électronique : | ldninvoices@lehman.com |

**Toutes correspondances**

| Interlocuteur : | Kevin Brown |
|---|---|
| Adresse : | 25 Bank Street<br>Canary Wharf<br>E14 5LE<br>London  - UK |
| Téléphone : | 44 (0) 207 103 9968 |
| Télécopie : | 44 (0) 207 102 2023 |
| Courrier électronique : | kevin.brown@lehman.com |

**Enchères**

| Interlocuteur : | Erik Hokmark |
|---|---|
| Adresse : | 25 Bank Street<br>Canary Wharf<br>E14 5LE<br>London  - UK |
| Téléphone : | +44 (0) 207 103 5479 |
| Télécopie : | +44 (0) 207 102 2023 |
| Courrier électronique : | erik.hokmark@lehman.com |

Règles d'Accès au Réseau Public de Transport Français pour des Importations et des Exportations                    Version 2.1

| Interlocuteur : | **Kevin Brown** |
|---|---|
| Adresse : | 25 Bank Street |
| | Canary Wharf |
| | E14 5LE |
| | London  -  UK |
| Téléphone : | 44 (0) 207 103 9968 |
| Télécopie : | 44 (0) 207 102 2023 |
| Courrier électronique : | kevin.brown@lehman.com |

**Responsable de Programme Journalier d'Importation et d'Exportation**

| Interlocuteur : | **Kevin Brown** |
|---|---|
| Adresse : | 25 Bank Street |
| | Canary Wharf |
| | E14 5LE |
| | London  -  UK |
| Télécopie : | 44 (0) 207 102 2023 |
| Courrier électronique : | kevin.brown@lehman.com |

**Responsable de Programme Journalier d'Importation et d'Exportation France-Angleterre**

| Interlocuteur : | **Kevin Brown** |
|---|---|
| Adresse : | 25 Bank Street |
| | Canary Wharf |
| | E14 5LE |
| | London  -  UK |
| Télécopie : | 44 (0) 207 102 2023 |
| Courrier électronique : | kevin.brown@lehman.com |

**Responsable de Programme Journalier d'Importation et d'Exportation en Infra Journalier**

| Interlocuteur : | **Kevin Brown** |
|---|---|
| Adresse : | 25 Bank Street |
| | Canary Wharf |
| | E14 5LE |
| | London  -  UK |
| Télécopie : | 44 (0) 207 102 2023 |
| Courrier électronique : | kevin.brown@lehman.com |

## COORDONNEES DE RTE :

### Toutes correspondances

| | |
|---|---|
| Interlocuteur : | Lagneaux Christelle<br>Ratsimiala Saholy |
| Adresse : | RTE – CNES<br>Service Relations Clientèle<br>Bâtiment La Rotonde<br>204, boulevard Anatole France<br>93206 Saint-Denis Cedex 06<br>France |
| Téléphone : | + 33 1 41 66 72 77<br>+ 33 1 41 66 72 44 |
| Télécopie : | (33) 1 41 66 72 65 |
| Courrier électronique : | christelle-M.lagneaux@rte-france.com<br>saholy.ratsimiala@rte-france.com |

### Responsable de Programme Journalier d'Importation et d'Exportation (y compris IFA)

| | |
|---|---|
| Interlocuteurs : | Service Conduite du réseau et des Interconnexions du CNES |
| Téléphone : | (33) 1 41 66 72 40 |
| Télécopie : | (33) 1 41 66 70 75 |

### Responsable de Programme Infra journalier d'Importation et d'Exportation (y compris IFA)

| | |
|---|---|
| Interlocuteurs : | Service Conduite du réseau et des Interconnexions du CNES |
| Téléphone : | (33) 1 41 66 70 90 |
| Télécopie : | (33) 1 41 66 70 70 |

## COORDONNEES DE L'ADMINISTRATEUR D'ENCHERES :

| | |
|---|---|
| Interlocuteur : | C RYAN, cryan@ariba.com |
| Téléphone : | +420.225.37.26.68 |
| Télécopie : | +420 225 34.12.21 |
| Courrier électronique : | support_auction@ariba.com |

**RTE**

Gestionnaire
du Réseau de Transport d'Electricité

0 1 FEV. 2007

ORIGINAL

# ACCORD DE PARTICIPATION
## en qualité de Responsable d'Equilibre

## N° RE_0702_0300

**ENTRE**

*(uk branch)*

**LEHMAN BROTHERS Commodity Services Inc,** dont le siège social est situé au 25 Bank Street Canary Wharf, E14 5LE London, Royaume Uni, représentée par Justin BOYD, Executive Director, dûment habilité à cet effet,

Ci-après dénommé le « **Responsable d'Equilibre** »

**D'UNE PART,**

**ET**

**RTE EDF Transport,** société anonyme à conseil de surveillance et directoire au capital de 2 132 285 690 euros, immatriculée au registre du commerce et des sociétés de Nanterre sous le numéro 444 619 258, dont le siège social est situé tour Initiale, 1, terrasse Bellini, TSA 41000, 92919 La Défense Cedex,

Représenté par Claire NICLOT, en sa qualité de Directeur du Service Grands Comptes, dûment habilitée à cet effet,

ci-après dénommé « **RTE** »

**D'AUTRE PART,**

ou par défaut, ci-après dénommés individuellement une « Partie », ou conjointement les « Parties »,

il a été convenu et arrêté ce qui suit :

1

## ARTICLE 1. OBJET

Par la signature de cet Accord de Participation Lehman Brothers Commodity Services Inc déclare prendre la qualité de Responsable d'Équilibre.

Le Responsable d'Equilibre déclare avoir pleinement connaissance :

- des chapitres A et E de la Section 1 des Règles relative à la Programmation, au Mécanisme d'Ajustement et au Recouvrement des charges d'ajustement,
- des chapitres A, B et C de la Section 2 des Règles relative à la Reconstitution des flux et au calcul des Ecarts des Responsables d'Equilibre,
- de la Section 3 des Règles relative au Service d'Echange de Blocs.

Ces Règles peuvent être consultées librement sur le site Internet de RTE : http://www.rte-france.com.

Il déclare les accepter et s'engage à se conformer à ses Dispositions.

## ARTICLE 2.    REMISE D'UNE GARANTIE BANCAIRE

Le Responsable d'Equilibre remet à RTE une Garantie Bancaire à première demande suivant les dispositions de l'Article C.3 de la Section 2.

## ARTICLE 3.    DOCUMENTS CONTRACTUELS LIANT LES PARTIES

Les documents contractuels liant les Parties sont les suivants :

- le présent Accord de Participation,
- les chapitres A et E de la Section 1 des Règles relative à la Programmation, au Mécanisme d'Ajustement et au Recouvrement des charges d'ajustement,
- les chapitres A, B et C de la Section 2 des Règles relative à la Reconstitution des flux et au calcul des Ecarts des Responsables d'Equilibre,
- la Section 3 des Règles relative au Service d'Echange de Blocs ;
- les Règles d'accès au SI ;

Ces pièces constituent l'exclusivité et l'intégralité de l'accord des Parties relativement au dispositif du Responsable d'Équilibre. Elles annulent et remplacent toutes lettres, propositions, offres et conventions antérieures portant sur le même objet.

Les pièces contractuelles énumérées ci-dessus sont classées comme suit, par ordre de primauté décroissant :

- l'Accord de Participation ;
- les pièces jointes au formulaire de demande de l'Annexe B1 ;
- les chapitres A et E de la Section 1 des Règles relative à la Programmation, au Mécanisme d'Ajustement et au Recouvrement des charges d'ajustement, les Chapitres

2

A, B et C de la Section 2 des Règles relative à la Reconstitution des flux et au calcul des Ecarts des Responsables d'Equilibre, la Section 3 des Règles relative au Service d'Echange de Blocs.

## ARTICLE 4. DIVULGATION DE LA QUALITE DE RESPONSABLE D'ÉQUILIBRE SUR LE SITE INTERNET DE RTE

Le Responsable d'Equilibre autorise RTE à divulguer sa qualité de Responsable d'Équilibre sur le site Internet de RTE.

## ARTICLE 5. MODALITES DE PAIEMENT

Le Responsable d'Equilibre opte pour : Le paiement par virement.

## ARTICLE 6. DOMICILIATION BANCAIRE

- **Domiciliation bancaire du Responsable d'Equilibre :**

| |
|---|
| bank Name : JPMorgan Chase bank N.A. 125 London Wall, London EC2Y 5AJ<br>Swift Code : CHASGB2L<br>Account 33197701<br>IBAN  GB55CHAS60924233197701 |

- **Domiciliation bancaire de RTE :**

| Compte de paiement : | |
|---|---|
| Code Banque | 30003 |
| Code Agence | 04170 |
| Compte | 00020122531 |
| Clé | 30 |
| Compte de d'encaissement : | |
| Code Banque | 30003 |
| Code Agence | 04170 |
| Compte | 00020122549 |
| Clé | 73 |

3

## ARTICLE 7.    CORRESPONDANCES

Toute Notification d'une Partie à l'autre au titre du présent Accord de Participation sera adressée aux interlocuteurs désignés ci-après :

### POUR LE RESPONSABLE D'EQUILIBRE :

- **Interlocuteur pour toutes correspondances :**

| Interlocuteur | Ragnar O'Connor |
|---|---|
| Adresse | 25 Bank Street<br>Canary Wharf<br>E14 5LE  London<br>Royaume Uni |
| Téléphone | 44 (0) 20 7103 9257 |
| Télécopie | 44 020 7102 ~~1260~~ 2023 |
| E-Mail | ragnar.oconnor@lehman.com |

- **Interlocuteur pour la Facturation :**

| Interlocuteur | Russell Bartlett |
|---|---|
| Adresse | 25 Bank Street<br>Canary Wharf<br>E14 5LE  London<br>Royaume Uni |
| Téléphone | 00 44 (0) 20 7102 1054 |
| Télécopie | 44 020 7102 ~~1260~~ 067 8212 |
| E-Mail | russell.bartlett@lehman.com |

- **Interlocuteur pour les évolutions du Périmètre :**

| Interlocuteur | Kevin Brown |
|---|---|
| Adresse | 25 Bank Street<br>Canary Wharf<br>E14 5LE  London<br>Royaume Uni |
| Téléphone | 44 (0) 20 7103 9955 |
| Télécopie | 44 020 7102 ~~1260~~ 2023 |
| E-Mail | kevin.brown@lehman.com |

- **Interlocuteur pour les données de Décomptes :**

| Interlocuteur | Kevin Brown |
|---|---|
| Adresse | 25 Bank Street<br>Canary Wharf<br>E14 5LE  London<br>Royaume Uni |
| Téléphone | 44 (0) 20 7103 9955 |
| Télécopie | 44 020 7102 ~~1266~~ 2023 |
| E-Mail | kevin.brown@lehman.com |

- **Interlocuteur pour la Programmation d'Échange de Blocs en J-1 :**

| Interlocuteur | Kevin Brown |
|---|---|
| Adresse | 25 Bank Street<br>Canary Wharf<br>E14 5LE  London<br>Royaume Uni |
| Téléphone | 44 (0) 20 7103 9955 |
| Télécopie | 44 020 7102 ~~1266~~ 2023 |
| E-Mail | kevin.brown@lehman.com |

- **Interlocuteur pour la Programmation d'Échange de Blocs en infra-journalier :**

| Interlocuteur | Kevin Brown |
|---|---|
| Adresse | 25 Bank Street<br>Canary Wharf<br>E14 5LE  London<br>Royaume Uni |
| Téléphone | 44 (0) 20 7103 9955 |
| Télécopie | 44 020 7102 ~~1266~~ 2023 |
| E-Mail | kevin.brown@lehman.com |

- **Interlocuteur pour la Programmation d'Échange de Blocs hors heures/jours ouvrables :**

| Interlocuteur | Kevin Brown |
|---|---|
| Adresse | 25 Bank Street<br>Canary Wharf<br>E14 5LE  London<br>Royaume Uni |
| Téléphone | 44 (0) 20 7103 9955 |
| Télécopie | 44 020 7102 ~~1266~~ 2023 |
| E-Mail | kevin.brown@lehman.com |

5

**POUR RTE :**

- **Interlocuteur pour toutes correspondances :**

| Interlocuteurs | **Christelle LAGNEAUX**<br>**Saholy RATSIMIALA** |
|---|---|
| Adresse | RTE – CNES<br>Service Relations Clientèle<br>Bâtiment La Rotonde<br>204, boulevard Anatole France<br>93206 Saint Denis Cedex 06<br>France |
| Téléphone | + 33 1 41 66 72 77<br>+ 33 1 41 66 72 44 |
| Télécopie | + 33 1 41 66 72 65<br>ou en cas de problème, + 33 1 41 66 73 10 |
| E-mail | christelle-M.lagneaux@rte-france.com<br>saholy.ratsimiala@rte-france.com |

- **Interlocuteur pour les évolutions du Périmètre :**

| Interlocuteurs | **Christelle LAGNEAUX**<br>**Saholy RATSIMIALA** |
|---|---|
| Adresse | RTE – CNES<br>Service Relations Clientèle<br>Bâtiment La Rotonde<br>204, boulevard Anatole France<br>93206 Saint Denis Cedex 06 |
| Téléphone | + 33 1 41 66 72 77<br>+ 33 1 41 66 72 44 |
| Télécopie | + 33 1 41 66 72 65<br>ou en cas de problème, + 33 1 41 66 73 10 |
| E-mail | christelle-M.lagneaux@rte-france.com<br>saholy.ratsimiala@rte-france.com |

- **Interlocuteur pour la contestation de la facture ou de la facture d'avoir :**

| Interlocuteurs | **Christelle LAGNEAUX**<br>**Saholy RATSIMIALA** |
|---|---|
| Adresse | RTE – CNES<br>Service Relations Clientèle<br>Bâtiment La Rotonde<br>204, boulevard Anatole France<br>93206 Saint Denis Cedex 06 |
| Téléphone | + 33 1 41 66 72 77<br>+ 33 1 41 66 72 44 |
| Télécopie | + 33 1 41 66 72 65<br>ou en cas de problème, + 33 1 41 66 73 10 |
| E-mail | christelle-M.lagneaux@rte-france.com<br>saholy.ratsimiala@rte-france.com |

- **Interlocuteur pour la Programmation d'Échange de Blocs en J-1 (7 jours sur 7, 7h-21h) :**

| Interlocuteurs | Service Conduite du Réseau et des Interconnexions |
|----------------|---------------------------------------------------|
| Téléphone | + 33 1 41 66 72 40 |
| Télécopie | + 33 1 41 66 70 75 |

- **Interlocuteur pour la Programmation d'Échange de Blocs en infra-journalier (7 jours sur 7, 24h-24h) :**

| Interlocuteurs | Service Conduite du Réseau et des Interconnexions |
|----------------|---------------------------------------------------|
| Téléphone | + 33 1 41 66 70 90 |
| Télécopie | + 33 1 41 66 70 70 |

## ARTICLE 8.    ENTRÉE EN VIGUEUR, DURÉE ET RÉSILIATION DE L'ACCORD DE PARTICIPATION

Le présent Accord de Participation prend effet le **01/02/2007.**

Il est conclu pour une durée indéterminée.

Il ne peut être résilié que dans les conditions prévues dans les Règles.

Fait en deux exemplaires originaux,

à Paris La Défense, le 08/01/2007.

**Pour RTE :**
Nom et fonction du représentant :
**Claire NICLOT**
Directeur du Service Grands Comptes
Signature :

**Pour le Responsable d'Equilibre :**
Nom et fonction du représentant :
**Justin BOYD**
**Executive Director**
Signature :



### LEHMAN BROTHERS

Gestionnaire
du Réseau de Transport d'Electricité

ORIGINAL

## Amendment to the Participation Agreement for the Access Rules for Imports and Exports on the French Public Transmission System N° AI_0705_0300

**BETWEEN**

Lehman Brothers Commodity Services Inc. (UK Branch)
_____, with its registered office located in London , represented by Justin Boyd
acting in his/her capacity as Executive Director , duly authorised to that end,

Hereafter known as « User »

ON THE FIRST PART,

**AND**

**RTE EDF Transport SA**, a limited liability company with board of directors and advisory board with registered capital of 2 132 285 690 euros, identified under the number 444 619 258 in the Nanterre Trade and Business Register, Tour Initiale, 1, Terrasse Bellini, TSA 41000, 92919 La Défense Cedex,

represented by Mr Jean-Pierre DESBROSSES, acting in his capacity as Director of the National Dispatching Centre (CNES),

Hereafter referred to as « RTE »

ON THE SECOND PART,

Hereafter referred to individually as a « Party » or jointly as the « Parties »,

**PREAMBLE**

RTE is the operator of the French public power transmission system and, as such, is responsible for drawing up the Access Rules for Imports and Exports on the French Public Transmission System (Rules), which determine how Users may import or export electricity.

The User is a professional actor in the electricity market and is the signatory of a Participation Agreement to the Rules N° AI_0705_0300

1/2

# LEHMAN BROTHERS

Developments in the internal electricity market result in technical, economic and regulatory changes that require the Rules to be updated constantly, according to the procedure planned in the Rules.

Following a consultation of Users' representatives, members of the *"Commission de Fonctionnement de l'Accès aux Interconnexions"* (CFAI), the body responsible for issues relating to Interconnections, and after having advised the *"Commission de Régulation de l'Energie"* (CRE), the French regulator, the Parties have met and agreed upon the following :

**ARTICLE 1.**

The User is aware and agrees to abide by version 2.2 of the Rules.

As of 01/07/2008, version 2.2 of the Rules replaces version 2.1 of the Rules for Allocation, Nomination of Capacities and Capacities Secondary Market usage .

**ARTICLE 2.**

The User sends the present Amendment first filled and properly signed to RTE, by recorded delivery letter with acknowledgment of receipt before 25/06/2008 included.

If no Amendment is received by RTE before 25/06/2008 included, the Participation Agreement will be immediately terminated.

Signed in two original copies,

in LONDON , on 19th June 2008


For the User :

JUSTIN BOYD

EXECUTIVE DIRECTOR

Signature :


For RTE :

**MR JEAN-PIERRE DESBROSSES**

Director of the CNES

Signature



*Gestionnaire*
*du Réseau de Transport d'Electricité*

ORIGINAL

# Participation Agreement
## as a Balance Responsible in the
## Rules relating to the Programming and the Balancing Mechanism
## No RE_0702_0300

# AMENDMENT

**BETWEEN**

LEHMAN BROTHERS COMMODITY SERVICES INC (UK BRANCH) with registered offices located at 25 Bank Street, Canary Wharf, E14 5LE London, ROYAUME UNI, represented by Mr Justin BOYD, Executive Director, duly authorised for this purpose,

Hereafter referred to as the **"Balance Responsible"**

**ON THE ONE HAND,**

AND

**RTE EDF Transport,** stock company with monitoring and steering board with capital of 2,132,285,690 euros, registered in the Nanterre trade and companies register under number 444 619 258, with registered offices located at tour Initiale, 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex, represented by Mr Jean-Pierre DESBROSSES as Head of the National Control Center,

Hereafter referred to as **"RTE"**

**ON THE OTHER HAND,**

Hereafter referred to individually as a "Party" or jointly as the "Parties",

1/2

After dialogue meetings RTE drew up a 2nd version of Section 2 of the Rules relating to the Programming, the Balancing Mechanism and the Balance Responsible system ("the Rules"), integrating feedback elements from previous years ; the French Energy Regulatory Commission (CRE) approved this new version on 05/07/2007.

This Amendment modifies the Participation Agreement as a Balance Responsible, to allow the 2nd version of Section 2 of the Rules to come into force.

RTE and the Balance Responsible agree that the 2nd version of Section 2 of the Rules replaces the 1rst version of Section 2 of the Rules to carry out the Participation Agreement No RE_0702_0300 from 1st September 2007.

The 2nd version of Section 2 of the Rules is already available on the RTE website http://www.rte-france.com and will come into force on 1st September 2007.

Drawn up in two original copies,

Paris La Défense, on 19th July 2007

**For RTE :**

Jean Pierre DESBROSSES

Head of the National Control Center

Signature :

**For the Balance Responsible:**

Justin BOYD

Executive Director

Signature :

# LEHMAN BROTHERS

### Statement of acceptance

Auction Participant (User):   _KEVIN BROWN, DIRECTOR, EUROPEAN COMMODITIES,_

_LEHMAN BROTHERS COMMODITY SERVICES INC. (UK_

_BRANCH), 25 BANK STREET, CANARY WHARF,_

_LONDON E14 5LE  UNITED KINGDOM_
(Name, Position, Address)

EIC -Code-Nr.:   _17X100A100R03009_

We hereby declare our intention to participate in the auction of available interconnection capacity for electricity transfers between Germany and France. We fulfil all participation requirements of the French German Interconnection Capacity Access Rules, Version 1.0. Moreover, we have read and fully accept to abide and to be bound by all rules and regulations and data exchange requirements of the French German Interconnection Capacity Access Rules, Version 1.0, which have been published on the web-sites of RTE, RWE TSO and EnBW TNG.

We acknowledge that our admission to participate in the auction may be withdrawn in case regulations of the French German Interconnection Capacity Access Rules, Version 1.0 are breached. We will provide all securities and guarantees required by the French German Interconnection Capacity Access Rules, Version 1.0.

_TUESDAY 10th APRIL 2007_
Date

_JUSTIN BOYD, EXECUTIVE DIRECTOR, LEGAL_
Name and Position

Signature



Version *19/12/2006*

# ANNEX I. - Statement of acceptance

Auction Participant (User):    *Lehman Brothers Commodity Services Inc. (UK Branch)*
*ERIK HOKMARK        VP*
*25 BANK STREET, LONDON E14 5LE*
*GREAT BRITAIN*
(Name, Position, Address)

EIC -Code-Nr.:    *17X700A100 R03009*

We hereby declare our intention to participate in the auction of available interconnection capacity for electricity transfers between Italy and France. We fulfil all participation requirements of the French Italian Interconnection Capacity Access Rules. Moreover, we have read and fully accept to abide and to be bound by all rules and regulations and IT requirements of the French Italian Interconnection Capacity Access Rules, which have been published on the Auctions Websites.

We acknowledge that our admission to participate in the auction may be withdrawn in case regulations of the French Italian Interconnection Capacity Access Rules are breached. We will provide all securities and guarantees required by the French Italian Interconnection Capacity Access Rules.

We expressly authorized you to publish the name of our company in case of allocation of PTRs through yearly, monthly auctions, according to the article 5.3 of Commission Decision of 9 November 2006 n. 770 published in Official Journal of the EU L312 of 11 November 2006.

Date
*10/12 - 2007*

Name and Position
*ERIK HOKMARK, VP*
Signature
*Erik Holm*

*REÇU 19 DEC. 2007*
*CNES_DCS - 04 628*



Version *19/12/2006*

## ANNEX VII. REQUEST TO PARTICIPATE TO THE AUCTIONS (Directions)

In application of Statement of Acceptance signed by XXX, XXX wishes to participate in Auctions on the Border-Direction(s) selected below:

Case 1 : ☐   Italy-France only

Case 2 : ☒   France-Italy only

Case 3 : ☐   France-Italy and Italy-France