# Exhibit B
[Guarantee]

Exhibit B
[Guarantee]

**Emmeteur :**

Dimitrina Legendre
Direction Juridique RTE
Tel : 01 41 02 17 22
Fax : 01 41 01 11 12
E-mail dimitrina.legendre@rte-france.com

**Destinataire :**

Maître Paul Bishop
Winston&Strawn LLP
Tel. 01 53 64 82 82/01
Fax 01 53 64 82 20

La Défense, le 14 janvier 2009

Maître,

A la suite de votre conversation avec Monsieur Alain Fiquet, Directeur Juridique de RTE, je vous prie de bien vouloir trouver les références de notre débitrice, la société « **Lehman Brothers Commodity Services Inc** » soumise à une procédure collective depuis le mois de septembre 2008.

A cette fin, je soumets votre attention deux documents officiels comportant les éléments permettant d'identifier précisément cette société :

- d'une part, la garantie à première demande du 27/03/2007 fournie par « Lehman Brothers Holding » Inc. au bénéfice de notre débitrice et
- d'autre part, le courrier reçu par nos services de la part de « United States Banckruptcy Court » comportant la raison sociale de notre débitrice.

Pour votre parfaite information, toutes les factures et courriers officiels que RTE a envoyés à cette société ont été adressés à l'adresse suivante :

Lehman Brothers Commodity Services Inc.
Justin Boyd – Executive Director
25, Bank Street
Canary Wharf
E14 5LE London
Royaume Uni

Bien évidemment, je reste à votre entière disposition pour tout complément nécessaire.

Je vous prie d'agréer, Maître, l'assurance de ma sincère considération.

Dimitrina Legendre

## GUARANTEE UPON FIRST REQUEST

RTE-CNES-SRC
Bâtiment La Rotonde
204 boulevard Anatole France
93207 Saint-Denis
France

Lehman Brothers Holdings Inc., a company incorporated under the State of Delaware law, its registered offices being located at 745 Seventh Avenue New York NY 10019 United States, represented by James J Killerlane III (the "Guarantor") undertakes, by virtue of the present document, irrevocably and unconditionally, by order and on behalf of Lehman Brothers Commodity Services Inc. (UK branch), company incorporated under the State of Delaware law (registration number BR008622, England & Wales) (the "Originator") to pay RTE EDF Transport SA, limited company with capital of €2,132,285,690, 1 Terrasse Bellini TSA 41000 92919 Paris La Défense Cedex, identified under the n°444 619 258 in the Nanterre Trade and Business Register, (the "Beneficiary"), independently of the validity of the legal effects of the Participation Agreement, n° AI_0705_0300 signed by the Originator (the "Agreement"), upon first request, in accordance with the conditions below and without asserting any exception or objection, resulting from the Agreement, any sum up to a maximum amount of: €500,000, including interest, costs and ancillary charges, (the "Guaranteed Amount") in the event of failure by the Originator to respect any of his obligations with regard to the Agreement.

Modification or removal of factual or legal relations or links that may exist as of this day between the Guarantor and the Originator, may not discharge us from the present guarantee.

All the provisions of the present undertaking will retain their full effect, irrespective of any change in the financial or legal status of the originator.

The present guarantee may be invoked from the date of the present documents until 31st March 2011 inclusive (the "Expiry Date").

The request for payment must be sent to us by registered letter with acknowledgement of receipt (the "Letter of Invocation of Guarantee"). We must receive this letter no later than the Expiry Date.

The present guarantee will become null and void at the Expiry Date, irrespective of whether it has been paid to us or not by this date.

The Guarantor may only be dispensed from the obligations incumbent upon him under the terms of the present guarantee before the Expiry Date, if the Beneficiary gives his written consent.

Any payment must be made within the 10 working days following reception of the Letter of Invocation of Guarantee. The Guarantor will carry out this payment in compliance with the instructions contained in the Letter of Invocation of Guarantee.

Reasonable and duly justified costs relative to the present guarantee will be borne by the Guarantor.

08-13555-mg    Doc 24472-2    Filed 01/20/12    Entered 01/20/12 14:25:01    Exhibit B
Pg 4 of 4

Fax emis par : 0141021112                RTG direction juridi         14/01/09    18:54    Pg:  3/4
   14/01/2009 18:12:12 FAX DCS            +33 141 667 265                        Page : 002 / 002

The present guarantee is governed by French law. For interpretation and execution of the present document, the Commercial Court of NANTERRE will be competent.

Drawn up in New York City, on. March 27, 2007

Signature of Guarantor