# Exhibit C
**[Invoices]**



**RTE**

*Gestionnaire
du Réseau de Transport d'Electricité*

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 44461925800221

Identification et adresse du client facturé

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON
E145LE
GRANDE BRETAGNE

Identification et adresse du client commanditaire
Coordonnées identiques à celles du client facturé.

N° Client : 11030
Facture n° 90010991
Date : 07.08.2008

N'ayant pas reçu dans les délais impartis le paiement de la facture 227002594 et conformément aux clauses figurant sur votre contrat, veuillez trouver par la présente facture le montant des intérêts de retard.

Pour rappel, le non-paiement à échéance de votre facture génère de plein droit l'application de pénalités de retard, conformément aux clauses figurant sur votre contrat.

Détail du calcul des pénalités :
Max ( 100,00  ; Base x Taux x Temps/365)
Max ( 100,00  ; 303 048,00  x 11,00%  x 1 /365) = Max ( 100,00  ; 91,33  )

# FACTURE DE PENALITES DE RETARD

| Montant HT (EUR) | Montant TVA ( 0,00 % )[1] (EUR) | Montant TTC (EUR) |
| --- | --- | --- |
| 100,00 € | 0,00 € | 100,00 € |

1 jour de retard sur montant partiel - Date échéance : 16/07/08 - Date paiement : 17/07/2008 - TVA
Intracom : GB446931528

## Montant à payer......

**La présente facture est à échéance immédiate**

100,00 €

N°TVA intracomm. de RTE : FR19444619258
[1] Non soumis à TVA (Jurisprudence du conseil d'Etat 15/12/2000 n° 194.696)

Règlement à effectuer en indiquant le numéro de la facture et
votre numéro de client :
- par chèque, à l'ordre de RTE ou Gestionnaire du Réseau de
Transport d'Electricité.
Règlement à envoyer à l'adresse suivante :
AGENCE COMPTABLE PARIS ILE DE FRANCE
119 rue des trois Fontanot
92024 NANTERRE CEDEX
- ou par virement sur notre compte :
SOCIETE GENERALE AGENCE PARIS OPERA
6 rue Auber 75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO



RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1/1



Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 4446192580 0221

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur: Service Relations Clientèle
Téléphone: +33 1 41 66 72 44 / 45 / 39
Télécopie: +33 1 41 66 72 65

Identification et adresse du client facturé:

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
25 Bank Street - Canary Wharf
LONDON E14 5LE
GRANDE BRETAGNE

Accord de participation / user agreement: RE_0702_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT Registration: GB446931528

**Facture / Invoice n° 217003898**
**Date : 28.10.2008**

# FACTURE / INVOICE

relative aux Ecarts du Responsable d'Equilibre
concerning the Imbalances of the Balance Responsible Entity

| Montant HT Amount exc. VAT | Montant TVA ( 0,00 % )[1] VAT amount | Montant TTC Amount inc.VAT |
|---|---|---|
| 747 540,63 | 0,00 | |
| 754 084,06 | 0,00 | |

**Montant à payer / Amount to be paid.......**      **754.084,06 €**
avant le 27 Novembre 2008 / before November 27, 2008

N°TVA intracomm.de RTE / RTE VAT Registration: FR19444619258

[1] TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ " motif de paiement " le numéro de la facture et votre numéro de client. A défaut, 100 euros vous seront facturés le mois suivant, conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number and customer number. If the invoice number reference is missing, you will be charged 100 euros in the following invoice, according to the contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
· IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque Centrale Européenne à son opération de refinancement la plus récente majoré de 7 points. Ce taux est révisable en fonction des fluctuations du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract rules. The minimum amount charged for late payment is 100 euros.*



RTE-EDF Transport. Société anonyme à directoire et conseil de surveillance au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



**RTE** *Gestionnaire*
*du Réseau de Transport d'Electricité*

**DUPLICATA**

FACTURE relative aux Ecarts
du Responsable d'Equilibre
INVOICE concerning the Imbalances
of the Balance Responsible Entity

Accord de participation / User agreement: RE_0702_0300
N° de client - Customer N° : 11030

Facture / Invoice n° 217003898
Date: 28.10.2008

**Détail des prestations effectuées**
**Detail of the services accomplished**

| Désignation | Montant HT |
|---|---|
| Facturation des Ecarts relatifs au mois de consommation de Septembre 2008 | 754.084,06 € |
| **Total HT** | **754.084,06 €** |

**Récapitulatif des historiques par mois d'exercice**
**Summary of the histories per month of exercise**

**1 - Mois d'exercice de Septembre 2008**

| Facture / Avoir N° | Type de facture | Date de facturation | Ecarts Positifs (MWh) | Montant Positif (EUR) | Ecarts Négatifs (MWh) | Montant Négatif (EUR) | Total (EUR) | Delta (EUR) |
|---|---|---|---|---|---|---|---|---|
| 0217003898 | M+1 | 28.10.2008 | 0,000 | 0,00 | 6 168,000 | 754.084,06 | 754.084,06 | - |

RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social 1 terrasse Bellini TSA 41000 92919 La Défense Cedex

2 / 2



Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 44461925800221

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Russell Bartlett
25 Bank Street - Canary Wharf
LONDON E145LE
GRANDE BRETAGNE

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT Registration : GB446931528

**Facture / Invoice n° 227002545**
**Date : 20.05.2008**

# FACTURE / INVOICE

relative aux enchères de capacité à la frontière France - Allemagne
concerning the transmission capacity auction for the France - Germany interconnection

| Montant HT Amount exc. VAT | Montant TVA ( 0,00 % )[1] VAT amount | Montant TTC Amount inc. VAT |
|---|---|---|
| 303 866,66 € | 0,00 € | 303 866,66 € |
| 303 866,66 € | 0,00 € | 303 866,66 € |

**Montant à payer / Amount to be paid.......**                                 **303 866,66 €**
avant le 19 Juin 2008 / before June 19, 2008

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258

[1] TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ " motif de paiement " le numéro de la facture et votre numéro de client. A défaut, 100 euros vous seront facturés le mois suivant, conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number and customer number. If the invoice number reference is missing, you will be charged 100 euros in the following invoice, according to the contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque Centrale Européenne à son opération de refinancement la plus récente majoré de 7 points. Ce taux est révisable en fonction des fluctuations du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract rules. The minimum amount charged for late payment is 100 euros.*



RTE EDF Transport Société anonyme à directoire et conseil de surveillance au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



**RTE** Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

FACTURE relative aux enchères de capacité à
la frontière France - Allemagne
INVOICE concerning the transmission capacity
auction for the France - Germany interconnection

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N° : 11030

Facture / Invoice n° 227002545
Date: 20.05.2008

## De France vers Allemagne

Le prix unitaire est indicatif

### Enchères annuelles

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-A-01-0300-B01-C00 | BASE | 01.05.2008 | 31.05.2008 | 2,76 | 109 800,000 | ALLOCATION | 303 048,00 |

### Enchères journalières

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-J109-01 | Horaire | 18.04.2008 | 18.04.2008 | 0,10 | 40,000 | ALLOCATION | 4,00 |
| FD-08-J110-01 | Horaire | 19.04.2008 | 19.04.2008 | 0,00 | 5 955,000 | ALLOCATION | 0,00 |
| FD-08-J113-01 | Horaire | 22.04.2008 | 22.04.2008 | 0,01 | 8 576,000 | ALLOCATION | 85,76 |
| FD-08-J116-01 | Horaire | 25.04.2008 | 25.04.2008 | 0,25 | 150,000 | ALLOCATION | 37,50 |
| FD-08-J117-01 | Horaire | 26.04.2008 | 26.04.2008 | 0,28 | 2 351,000 | ALLOCATION | 649,40 |
| FD-08-J120-01 | Horaire | 29.04.2008 | 29.04.2008 | 0,50 | 84,000 | ALLOCATION | 42,00 |

RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social 1 terrasse Bellini TSA 41000, 92919 La Défense Cedex

2 / 2



**RTE** Gestionnaire
du Réseau de Transport d'Electricité

## DUPLICATA

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 44461925800221

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé:

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E145LE
GRANDE BRETAGNE

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT Registration : GB446931528

**Facture / Invoice n° 227002892**
**Date : 12.09.2008**

## FACTURE / INVOICE

relative aux enchères de capacité à la frontière France - Allemagne
concerning the transmission capacity auction for the France - Germany interconnection

| Montant HT Amount exc. VAT | Montant TVA ( 0,00 % )[1] VAT amount | Montant TTC Amount inc. VAT |
|---|---|---|
| 292 762,11 € | 0,00 € | 292 762,11 € |
| 292 762,11 € | 0,00 € | 292 762,11 € |

## Montant à payer / Amount to be paid......    292 762,11 €

avant le 13 Octobre 2008 / before October 13, 2008

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258

[1]  TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ
" motif de paiement " le numéro de la facture et votre numéro
de client. A défaut, 100 euros vous seront facturés le mois suivant,
conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number
and customer number. If the invoice number reference is missing,
you will be charged 100 euros in the following invoice, according to
the contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence
comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité
immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque
Centrale Européenne à son opération de refinancement la plus récente
majoré de 7 points. Ce taux est révisable en fonction des fluctuations
du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités
de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract
rules. The minimum amount charged for late payment is 100 euros.*



AFAQ
ISO 9001
VERSION 2000

RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social: Terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1/ 3



**RTE** Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

FACTURE relative aux enchères de capacité à
la frontière France - Allemagne
INVOICE concerning the transmission capacity
auction for the France - Germany interconnection

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N° : 11030

**Facture / Invoice n° 227002892**
**Date: 12.09.2008**

## De France vers Allemagne

Le prix unitaire est indicatif

### Enchères annuelles

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-A-01-0300-B01-C00 | BASE | 01.09.2008 | 30.09.2008 | 2,76 | 109 800,000 | ALLOCATION | 303 048,00 |

### Enchères journalières

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-A-01 | Horaire | 22.08.2008 | 22.08.2008 | 3,22 | -3 600,000 | REVENTE | -11 595,00 |
| | Horaire | 13.08.2008 | 13.08.2008 | 5,42 | -3 600,000 | REVENTE | -19 506,00 |
| | Horaire | 12.08.2008 | 12.08.2008 | 5,71 | -3 600,000 | REVENTE | -20 566,50 |
| | Horaire | 09.08.2008 | 09.08.2008 | 3,40 | -3 600,000 | REVENTE | -12 240,00 |
| | Horaire | 08.08.2008 | 08.08.2008 | 0,67 | -1 800,000 | REVENTE | -1 209,00 |
| | Horaire | 23.08.2008 | 23.08.2008 | 1,85 | -3 600,000 | REVENTE | -6 643,50 |
| | Horaire | 30.08.2008 | 30.08.2008 | 0,56 | -3 600,000 | REVENTE | -2 028,00 |
| | Horaire | 29.08.2008 | 29.08.2008 | 1,10 | -3 600,000 | REVENTE | -3 973,50 |
| | Horaire | 28.08.2008 | 28.08.2008 | 0,50 | -3 600,000 | REVENTE | -1 813,50 |
| | Horaire | 27.08.2008 | 27.08.2008 | 0,34 | -3 600,000 | REVENTE | -1 216,50 |
| | Horaire | 26.08.2008 | 26.08.2008 | 1,42 | -3 600,000 | REVENTE | -5 127,00 |
| | Horaire | 01.08.2008 | 01.08.2008 | 0,43 | -3 600,000 | REVENTE | -1 561,50 |
| | Horaire | 02.08.2008 | 02.08.2008 | 0,30 | -3 600,000 | REVENTE | -1 080,00 |
| | Horaire | 05.08.2008 | 05.08.2008 | 0,77 | -3 600,000 | REVENTE | -2 776,50 |
| | Horaire | 06.08.2008 | 06.08.2008 | 2,15 | -3 600,000 | REVENTE | -7 728,00 |
| | Horaire | 07.08.2008 | 07.08.2008 | 4,74 | -3 600,000 | REVENTE | -17 046,00 |
| FD-08-J214-01 | Horaire | 01.08.2008 | 01.08.2008 | 0,43 | 1 560,000 | ALLOCATION | 670,03 |
| FD-08-J215-01 | Horaire | 02.08.2008 | 02.08.2008 | 0,30 | 2 712,000 | ALLOCATION | 813,60 |
| FD-08-J218-01 | Horaire | 05.08.2008 | 05.08.2008 | 0,77 | 3 600,000 | ALLOCATION | 2 776,50 |
| FD-08-J219-01 | Horaire | 06.08.2008 | 06.08.2008 | 1,69 | 3 454,000 | ALLOCATION | 5 837,75 |
| FD-08-J220-01 | Horaire | 07.08.2008 | 07.08.2008 | 5,27 | 3 204,000 | ALLOCATION | 16 893,21 |
| FD-08-J221-01 | Horaire | 08.08.2008 | 08.08.2008 | 0,67 | 1 404,000 | ALLOCATION | 943,02 |
| FD-08-J222-01 | Horaire | 09.08.2008 | 09.08.2008 | 3,40 | 3 600,000 | ALLOCATION | 12 240,00 |

RTE-EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social, 1 terrasse Bellini TSA 41000, 92919 La Défense Cedex

2 / 3



**RTE**

*Gestionnaire*
*du Réseau de Transport d'Electricité*

**DUPLICATA**

FACTURE relative aux enchères de capacité à
la frontière France - Allemagne
INVOICE concerning the transmission capacity
auction for the France - Germany interconnection

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N° : 11030

**Facture / Invoice n° 227002892**

**Date: 12.09.2008**

## De France vers Allemagne

Le prix unitaire est indicatif

### Enchères journalières

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-J225-01 | Horaire | 12.08.2008 | 12.08.2008 | 5,71 | 3 600,000 | ALLOCATION | 20 566,50 |
| FD-08-J226-01 | Horaire | 13.08.2008 | 13.08.2008 | 5,42 | 3 600,000 | ALLOCATION | 19 506,00 |
| FD-08-J235-01 | Horaire | 22.08.2008 | 22.08.2008 | 1,91 | 3 300,000 | ALLOCATION | 6 297,00 |
| FD-08-J236-01 | Horaire | 23.08.2008 | 23.08.2008 | 1,85 | 3 600,000 | ALLOCATION | 6 643,50 |
| FD-08-J239-01 | Horaire | 26.08.2008 | 26.08.2008 | 1,42 | 3 600,000 | ALLOCATION | 5 127,00 |
| FD-08-J240-01 | Horaire | 27.08.2008 | 27.08.2008 | 0,34 | 3 600,000 | ALLOCATION | 1 216,50 |
| FD-08-J241-01 | Horaire | 28.08.2008 | 28.08.2008 | 0,50 | 3 600,000 | ALLOCATION | 1 813,50 |
| FD-08-J242-01 | Horaire | 29.08.2008 | 29.08.2008 | 1,36 | 1 800,000 | ALLOCATION | 2 452,50 |
| FD-08-J243-01 | Horaire | 30.08.2008 | 30.08.2008 | 0,56 | 3 600,000 | ALLOCATION | 2 028,00 |

RTE EDF Transport, Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social: 1 terrasse Bellini TSA 41000, 92919 La Défense Cedex

3 / 3



Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 44461925800221

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé:

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E145LE
GRANDE BRETAGNE

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT Registration : GB446931528

Facture / Invoice n° 227002941
Date : 08.10.2008

# FACTURE / INVOICE

relative aux enchères de capacité à la frontière France - Allemagne
concerning the transmission capacity auction for the France - Germany interconnection

| Montant HT<br>Amount exc. VAT | Montant TVA ( 0,00 % )[1]<br>VAT amount | Montant TTC<br>Amount inc. VAT |
|---|---|---|
| 301 936,50 € | 0,00 € | 301 936,50 € |
| 301 936,50 € | 0,00 € | 301 936,50 € |

**Montant à payer / Amount to be paid.......**                    301 936,50 €
avant le 07 Novembre 2008 / before November 07, 2008

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258

[1] TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement/ Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ
" motif de paiement " le numéro de la facture et votre numéro
de client. A défaut, 100 euros vous seront facturés le mois suivant,
conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number
and customer number. If the invoice number reference is missing,
you will be charged 100 euros in the following invoice, according to
the contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence
comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité
immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque
Centrale Européenne à son opération de refinancement la plus récente
majoré de 7 points. Ce taux est révisable en fonction des fluctuations
du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités
de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract
rules. The minimum amount charged for late payment is 100 euros.*



RTE-EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : tour Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



**RTE**

*Gestionnaire*
*du Réseau de Transport d'Electricité*

**DUPLICATA**

FACTURE relative aux enchères de capacité à
la frontière France - Allemagne
INVOICE concerning the transmission capacity
auction for the France - Germany interconnection

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N° : 11030

**Facture / Invoice n° 227002941**
**Date: 08.10.2008**

## De France vers Allemagne

Le prix unitaire est indicatif

### Enchères annuelles

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-A-01-0300-B01-C00 | BASE | 01.10.2008 | 31.10.2008 | 2,76 | 109 800,000 | ALLOCATION | 303 048,00 |

### Enchères journalières

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-A-01 | Horaire | 06.09.2008 | 06.09.2008 | 0,51 | -3 600,000 | REVENTE | -1 848,00 |
| | Horaire | 16.09.2008 | 16.09.2008 | 0,12 | -3 600,000 | REVENTE | -432,00 |
| | Horaire | 09.09.2008 | 09.09.2008 | 0,86 | -3 600,000 | REVENTE | -3 078,00 |
| | Horaire | 13.09.2008 | 13.09.2008 | 0,16 | -3 600,000 | REVENTE | -588,00 |
| | Horaire | 10.09.2008 | 10.09.2008 | 0,77 | -3 600,000 | REVENTE | -2 781,00 |
| | Horaire | 12.09.2008 | 12.09.2008 | 0,39 | -3 600,000 | REVENTE | -1 411,50 |
| | Horaire | 11.09.2008 | 11.09.2008 | 0,60 | -3 600,000 | REVENTE | -2 164,50 |
| | Horaire | 02.09.2008 | 02.09.2008 | 0,19 | -3 600,000 | REVENTE | -679,50 |
| | Horaire | 03.09.2008 | 03.09.2008 | 0,22 | -3 600,000 | REVENTE | -777,00 |
| | Horaire | 04.09.2008 | 04.09.2008 | 0,24 | -3 600,000 | REVENTE | -871,50 |
| | Horaire | 05.09.2008 | 05.09.2008 | 0,47 | -3 600,000 | REVENTE | -1 699,50 |
| FD-08-J247-01 | Horaire | 03.09.2008 | 03.09.2008 | 0,22 | 3 600,000 | ALLOCATION | 777,00 |
| FD-08-J248-01 | Horaire | 04.09.2008 | 04.09.2008 | 0,24 | 3 600,000 | ALLOCATION | 871,50 |
| FD-08-J249-01 | Horaire | 05.09.2008 | 05.09.2008 | 0,47 | 3 600,000 | ALLOCATION | 1 699,50 |
| FD-08-J250-01 | Horaire | 06.09.2008 | 06.09.2008 | 0,51 | 3 600,000 | ALLOCATION | 1 848,00 |
| FD-08-J253-01 | Horaire | 09.09.2008 | 09.09.2008 | 0,86 | 3 600,000 | ALLOCATION | 3 078,00 |
| FD-08-J254-01 | Horaire | 10.09.2008 | 10.09.2008 | 0,77 | 3 600,000 | ALLOCATION | 2 781,00 |
| FD-08-J255-01 | Horaire | 11.09.2008 | 11.09.2008 | 0,60 | 3 600,000 | ALLOCATION | 2 164,50 |
| FD-08-J256-01 | Horaire | 12.09.2008 | 12.09.2008 | 0,39 | 3 600,000 | ALLOCATION | 1 411,50 |
| FD-08-J257-01 | Horaire | 13.09.2008 | 13.09.2008 | 0,16 | 3 600,000 | ALLOCATION | 588,00 |

RTE EDF Transport, société anonyme à directoire et conseil de surveillance
au capital de 2.132.285.690 euros - RCS Nanterre 444 619 258
Siège social, 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

2 / 2



Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 4446192580022I

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé:

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E14SLE
GRANDE BRETAGNE

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT Registration : GB446931528

Facture / Invoice n° **227003039**
Date : **I9.II.2008**

# FACTURE / INVOICE

relative aux enchères de capacité à la frontière France - Allemagne
concerning the transmission capacity auction for the France - Germany interconnection

| Montant HT Amount exc. VAT | Montant TVA ( 0,00 % )[1] VAT amount | Montant TTC Amount inc. VAT |
|---|---|---|
| 303 048,00 € | 0,00 € | 303 048,00 € |
| 303 048,00 € | 0,00 € | 303 048,00 € |

**Montant à payer / Amount to be paid.......**          **303 048,00 €**
avant le 19 Décembre 2008 / before December 19, 2008

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258

[1] TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ
" motif de paiement " le numéro de la facture et votre numéro
de client. A défaut, 100 euros vous seront facturés le mois suivant,
conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number
and customer number. If the invoice number reference is missing,
you will be charged 100 euros in the following invoice, according to
the contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence
comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité
immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque
Centrale Européenne à son opération de refinancement la plus récente
majoré de 7 points. Ce taux est révisable en fonction des fluctuations
du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités
de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract
rules. The minimum amount charged for late payment is 100 euros.*



RTE EDF Transport société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



**RTE**

Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

FACTURE relative aux enchères de capacité à
la frontière France - Allemagne
INVOICE concerning the transmission capacity
auction for the France - Germany interconnection

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N° : 11030

**Facture / Invoice n° 227003039**
**Date: 19.11.2008**

**De France vers Allemagne**     Le prix unitaire est indicatif

**Enchères annuelles**

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-A-01-0300-B01-C00 | BASE | 01.11.2008 | 30.11.2008 | 2,76 | 109 800,000 | ALLOCATION | 303 048,00 |

RTE EDF Transport société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex



**Gestionnaire**
*du Réseau de Transport d'Electricité*

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 4446192580022l

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé:

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E14SLE
GRANDE BRETAGNE

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT Registration : GB846931528

**Facture / Invoice n° 227003229**
**Date : 22.12.2008**

# FACTURE / INVOICE

relative aux enchères de capacité à la frontière France - Allemagne
concerning the transmission capacity auction for the France - Germany interconnection

| Montant HT<br>Amount exc. VAT | Montant TVA ( 0,00 % )[1]<br>VAT amount | Montant TTC<br>Amount inc. VAT |
|---|---|---|
| 305 048,00 € | 0,00 € | 303 048,00 € |
| 303 048,00 € | 0,00 € | 303 048,00 € |

## Montant à payer / Amount to be paid....... 303 048,00 €

**avant le 21 Janvier 2009 / before January 21, 2009**

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258

[1]  TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ
" motif de paiement " le numéro de la facture et votre numéro
de client. À défaut, 100 euros vous seront facturés le mois suivant,
conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number*
*and customer number. If the invoice number reference is missing,*
*you will be charged 100 euros in the following invoice, according to*
*the contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence
comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité
immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque
Centrale Européenne à son opération de refinancement la plus récente
majoré de 7 points. Ce taux est révisable en fonction des fluctuations
du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités
de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract*
*rules. The minimum amount charged for late payment is 100 euros.*



RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



**RTE** Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

FACTURE relative aux enchères de capacité à
la frontière France - Allemagne
INVOICE concerning the transmission capacity
auction for the France - Germany interconnection

Référence de contrat / Contract ref. : AI_0705_0300
N° de client - Customer N° : 11030

Facture / Invoice n° 227003229
Date: 22.12.2008

## De France vers Allemagne

Le prix unitaire est indicatif

### Enchères annuelles

| Référence de l'offre | Type de produit | Début période | Fin période | Prix Unitaire (EUR) | Quantité (MWh) | Libellé | Montant H.T.(EUR) |
|---|---|---|---|---|---|---|---|
| FD-08-A-01-0300-B01-C00 | BASE | 01.12.2008 | 31.12.2008 | 2,76 | 109 800,000 | ALLOCATION | 303 048,00 |

RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex



**Gestionnaire**
*du Réseau de Transport d'Electricité*

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 4446192S800221

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E145LE
GRANDE BRETAGNE

N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528

Facture / Invoice n°232004166
Date : 27.08.2008

# FACTURE / INVOICE
relative au Responsable d'Equilibre
concerning the Balance Responsible Entity

| Montant HT Amount exc. VAT (EUR) | Montant TVA ( 0,00 % ) VAT amount (EUR) | Montant TTC Amount inc. VAT (EUR) |
|---|---|---|
| 4 081,00 € | 0,00 € | 4 081,00 € |

**Facturation des Frais de Gestion / Handling fees**

**Montant à payer / Amount to be paid.......**          **4 081,00 €**

avant le 26 Septembre 2008 / before September 26, 2008

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258
¹ TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / *Payment conditions***
Règlement à effectuer par virement en indiquant dans le champ
" motif de paiement " le numéro de la facture et votre numéro
de client. A défaut, 140 euros vous seront facturés le mois suivant,
conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number
and customer number. If the invoice number reference is missing, you
will be charged 140 euros in the following invoice, according to the
contract rules.*

**Coordonnées bancaires / *Bank account:***
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER 75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, réglement à envoyer à l'agence
comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / *Late payment penalties***
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité
immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque
Centrale Européenne à son opération de refinancement la plus récente
majoré de 7 points. Ce taux est révisable en fonction des fluctuations
du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités
de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract
rules. The minimum amount charged for late payment is 100 euros.*



RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : Terrasse Bellini TSA 41000, 92919 La Défense Cedex

1 / 2



*Gestionnaire*
*du Réseau de Transport d'Electricité*

**DUPLICATA**

Facture relative au Responsable d'Equilibre

Invoice concerning the Balance Responsible Entity

N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528
**Facture / Invoice n°232004166**
**Date : 27.08.2008**

## Détail des prestations effectuées
## Detail of the services accomplished

Le prix unitaire est indicatif

| Désignation article | Déb. pér. | Fin pér. | Quantité | Unité qté | P.U. H.T. | Unité P.U. | Montant H.T. (EUR) |
|---|---|---|---|---|---|---|---|
| Notification d'Echange de Blocs (NEB) | 01/07/2008 | 31/07/2008 | 38 | FOR | 77,00 | EUR | 2 926,00 |
| Contrat d'échange Infra Journalier | 01/07/2008 | 31/07/2008 | 1 | FOR | 77,00 | EUR | 77,00 |
| Contrat d'import | 01/07/2008 | 31/07/2008 | 7 | FOR | 77,00 | EUR | 539,00 |
| Contrat d'export | 01/07/2008 | 31/07/2008 | 7 | FOR | 77,00 | EUR | 539,00 |
| **Total HT** | | | | | | | **4 081,00** |

RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros , RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini TSA 41000, 92919 La Défense Cedex

2 / 2



Gestionnaire
du Réseau de Transport d'Electricité

DUPLICATA

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 4446192580022 1

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé:

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E145LE
GRANDE BRETAGNE

N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528

Facture / Invoice n°232004437
Date : 29.09.2008

# FACTURE / INVOICE
relative au Responsable d'Equilibre
concerning the Balance Responsible Entity

| Montant HT Amount exc. VAT (EUR) | Montant TVA ( 0,00 % )[1] VAT amount (EUR) | Montant TTC Amount inc. VAT (EUR) |
|---|---|---|
| 4 081,00 | 0,00 | 4 081,00 |

**Facturation des Frais de Gestion / Handling fees**

Montant à payer / Amount to be paid......      4 081,00 €

avant le 29 Octobre 2008 / before October 29, 2008

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258
[1] TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ
" motif de paiement " le numéro de la facture et votre numéro
de client. A défaut, 140 euros vous seront facturés le mois suivant,
conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number
and customer number. If the invoice number reference is missing, you
will be charged 140 euros in the following invoice, according to the
contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER 75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence
comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité
immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque
Centrale Européenne à son opération de refinancement la plus récente
majoré de 7 points. Ce taux est révisable en fonction des fluctuations
du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités
de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract
rules. The minimum amount charged for late payment is 100 euros.*



RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



**RTE** Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

Facture relative au Responsable d'Equilibre

Invoice concerning the Balance Responsible Entity

N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528
Facture / Invoice n°232004437
Date : 29.09.2008

**Détail des prestations effectuées**
**Detail of the services accomplished**   Le prix unitaire est indicatif

| Désignation article | Déb. pér. | Fin pér. | Quantité | Unité qté | P.U. H.T. | Unité P.U. | Montant HT (EUR) |
|---|---|---|---|---|---|---|---|
| Notification d'Echange de Blocs (NEB) | 01/08/2008 | 31/08/2008 | 38 | FOR | 77,00 | EUR | 2 926,00 |
| Contrat d'échange Infra Journalier | 01/08/2008 | 31/08/2008 | 1 | FOR | 77,00 | EUR | 77,00 |
| Contrat d'import | 01/08/2008 | 31/08/2008 | 7 | FOR | 77,00 | EUR | 539,00 |
| Contrat d'export | 01/08/2008 | 31/08/2008 | 7 | FOR | 77,00 | EUR | 539,00 |

**Total HT**   4 08 ,00

RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini TSA 41000, 92919 La Défense Cedex



Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 4446192580021

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé:

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E14SLE
GRANDE BRETAGNE

Accord de participation / user agreement : AI_0705_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528

Facture / Invoice n°232004644
Date : 28.10.2008

# FACTURE / INVOICE

relative à l'accès au RPT français pour des Imports et des Exports
concerning the access to the French Network for the Imports & Exports

| Montant HT Amount exc. VAT (EUR) | Montant TVA ( 0,00 % ) VAT amount (EUR) | Montant TTC Amount inc. VAT (EUR) |
|---|---|---|
| 1 500,00 € | 0,00 € | 1 500,00 € |

réintégration du 01.09

## Montant à payer / Amount to be paid......                    1 500,00 €

**avant le 27 Novembre 2008 / before November 27, 2008**

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258
¹ TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
Règlement à effectuer par virement en indiquant dans le champ
" motif de paiement " le numéro de la facture et votre numéro
de client. A défaut, 140 euros vous seront facturés le mois suivant,
conformément aux règles.
*Invoice to be paid by SWIFT transfer indicating invoice number
and customer number. If the invoice number reference is missing, you
will be charged 140 euros in the following invoice, according to the
contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence
comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité
immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque
Centrale Européenne à son opération de refinancement la plus récente
majoré de 7 points. Ce taux est révisable en fonction des fluctuations
du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités
de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract
rules. The minimum amount charged for late payment is 100 euros.*



RTE-EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



**RTE** Gestionnaire
du Réseau de Transport d'Electricité

**DUPLICATA**

Facture relative à l'accés au RPT français pour des
Imports et des Exports

Invoice concerning the access to the French
Network for the Imports & Exports

Accord de participation / user agreement : AI_0705_0300
N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528

**Facture / Invoice n°232004644**
**Date : 28.10.2008**

### Détail des prestations effectuées
### Detail of the services accomplished

Le prix unitaire est indicatif

| Désignation article | Déb. pér. | Fin pér. | Quantité | Unité qté | P.U. H.T. | Unité P.U. | Montant HT (EUR) |
|---|---|---|---|---|---|---|---|
| Frais de réintégration nomination I0300EDL001 | 01/09/2008 | 30/09/2008 | 1 | FOR | 1 500,00 | EUR | 1 500,00 |

| | |
|---|---|
| **Total HT** | **1 500,00 €** |

RTE EDF Transport - Société anonyme à directoire et conseil de surveillance
au capital de 2.132.285.690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

2 / 2



**RTE**

*Gestionnaire
du Réseau de Transport d'Electricité*

DUPLICATA

RESEAU DE TRANSPORT D'ELECTRICITE
CNES Bâtiment La Rotonde
204 bd Anatole France
F-93206 ST DENIS CEDEX
Code APE: 401C
SIRET: 4446192580021

RTE-SCF
Agence comptable de Nanterre
Immeuble le Vermont
119 rue des trois Fontanot
92024 NANTERRE CEDEX

Interlocuteur : Service Relations Clientèle
Téléphone : +33 1 41 66 72 44 / 45 / 39
Télécopie : +33 1 41 66 72 65

Identification et adresse du client facturé.

LEHMAN BROTHERS Commodity Services Inc
(UK Branch)
M. Mickie DAVENPORT
25 Bank Street - Canary Wharf
LONDON E145LE
GRANDE BRETAGNE

N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528

Facture / Invoice n°232004732
Date : 28.10.2008

# FACTURE / INVOICE
## relative au Responsable d'Equilibre
## concerning the Balance Responsible Entity

| Montant HT Amount exc. VAT (EUR) | Montant TVA ( 0,00 % )[1] VAT amount (EUR) | Montant TTC Amount inc. VAT (EUR) |
|---|---|---|
| 4 081,00 € | 0,00 € | 4 081,00 € |

**Facturation des Frais de Gestion / Handling fees**

## Montant à payer / Amount to be paid......

4 081,00 €

**avant le 27 Novembre 2008 / before November 27, 2008**

N°TVA intracomm. de RTE / RTE VAT Registration: FR19444619258
[1] TVA due par le preneur art 56-1-h Directive 2006/112/CE / VAT due by the acquirer art 56-1-h Directive 2006/112/EC

**Modalités de paiement / Payment conditions**
**Règlement à effectuer par virement en indiquant dans le champ " motif de paiement " le numéro de la facture et votre numéro de client. A défaut, 140 euros vous seront facturés le mois suivant, conformément aux règles.**
*Invoice to be paid by SWIFT transfer indicating invoice number and customer number. If the invoice number reference is missing, you will be charged 140 euros in the following invoice, according to the contract rules.*

**Coordonnées bancaires / Bank account:**
SOCIETE GENERALE AGENCE PARIS OPERA
6 RUE AUBER  75009 PARIS
IBAN: FR76 30003 04170 00020122549 73 - SWIFT - SOGEFRPPHPO

Par chèque, à l'ordre de RTE, règlement à envoyer à l'agence comptable.
Les frais prélevés par votre banque sont à votre charge.
*Any bank fees incurred by the participant are borne by him alone*

**Pénalités de retard / Late payment penalties**
Conformément au contrat, tout retard de paiement occasionnera l'exigibilité immédiate de pénalités sur la base du taux d'intérêt appliqué par la Banque Centrale Européenne à son opération de refinancement la plus récente majoré de 7 points. Ce taux est révisable en fonction des fluctuations du taux REFI de la BCE. Le montant forfaitaire minimal facturé pour pénalités de retard est de 100 euros.
*In case of late payment, penalties will be charged in application of your contract rules. The minimum amount charged for late payment is 100 euros.*



RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2.132285.690 euros - RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

1 / 2



*Gestionnaire*
*du Réseau de Transport d'Electricité*

**DUPLICATA**

Facture relative au Responsable d'Equilibre

Invoice concerning the Balance Responsible Entity

N° de client - Customer N°: 11030
N° TVA intracomm. / VAT registration : GB446931528
Facture / Invoice n°232004732
Date : 28.10.2008

**Détail des prestations effectuées**
**Detail of the services accomplished**    Le prix unitaire est indicatif

| Désignation article | Déb. pér. | Fin pér. | Quantité | Unité qté | P.U. H.T. | Unité P.U. | Montant HT (EUR) |
|---|---|---|---|---|---|---|---|
| Notification d'Echange de Blocs (NEB) | 01/09/2008 | 30/09/2008 | 38 | FOR | 77,00 | EUR | 2 926,00 |
| Contrat d'échange Infra Journalier | 01/09/2008 | 30/09/2008 | 1 | FOR | 77,00 | EUR | 77,00 |
| Contrat d'import | 01/09/2008 | 30/09/2008 | 7 | FOR | 77,00 | EUR | 539,00 |
| Contrat d'export | 01/09/2008 | 30/09/2008 | 7 | FOR | 77,00 | EUR | 539,00 |

**Total HT**    4 081,00

RTE EDF Transport Société anonyme à directoire et conseil de surveillance
au capital de 2 132 285 690 euros · RCS Nanterre 444 619 258
Siège social : 1 terrasse Bellini, TSA 41000, 92919 La Défense Cedex

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

SEP 2 1 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY: _____

DATE _____

TIME 1:00 PM