WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                  :   **Chapter 11 Case No.**
                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :   **08-13555 (JMP)**
                                           :
                    Debtors.               :   **(Jointly Administered)**
                                           :
                                           :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' ONE HUNDRED
SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMS**

     **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims), ECF No. 18405, solely with respect to the claim listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: January 20, 2012
   New York, New York

                                        /s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for the Supplemental Interest Trust for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2008-I | 33104 |