FAEGRE BAKER DANIELS LLP
Stephen M. Mertz (admitted pro hac vice)
Michael M. Krauss (MK-9699)
Michael F. Doty
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR WELLS FARGO
BANK, NATIONAL ASSOCIATION,
IN ITS CAPACITY AS TRUSTEE
PURSUANT TO VARIOUS TRUST
AGREEMENTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                                                 :
                            Debtors.                         :    (Jointly Administered)
                                                                 :
                                                                 :
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Friday, January 20, 2012, true and correct copies of the **Objection of Wells Fargo Bank, National Association, in its Capacity as Trustee Pursuant to Various Trust Agreements, to the Debtors' Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims filed by Indenture Trustees on Behalf of Issuers of**

**Residential Mortgage-Backed Securities for Purposes of Establishing Reserves**, and the **Declaration of William Fay in Support of the Objection of Wells Fargo Bank, National Association, in its Capacity as Trustee Pursuant to Various Trust Agreements, to the Debtors' Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-Backed Securities for Purposes of Establishing Reserves**, were caused to be served via the Court's ECF system upon all parties requesting electronic service, and upon the following service list via overnight delivery.

January 20, 2012

/s/ Michael M. Krauss
Stephen M. Mertz (admitted pro hac vice)
Michael M. Krauss (MK-9699)
Michael F. Doty
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS

## SERVICE LIST

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
Alexander Custom House
New York, NY 10004

Alfredo R. Perez
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for
  Region 2
Attention: Tracy Hope Davis, Elisabetta G. Gasparini and Andrea B. Schwartz
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Evan Fleck
Dennis O'Donnell
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Franklin H. Top, III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

J. William Boone
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Sean Connery
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Jason Harbour
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

fb.us.7992554.02