B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al. ,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Commerzbank AG | Grabner, Michael |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  60261 Frankfurt
  Germany - attn. Martin Hannoever

Court Claim # (if known): 55431
Amount of Claim: $429,300.00
Date Claim Filed: 10/29/2009

Phone: +49-69-136-55228
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  (-)

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 01/20/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

In Re
Lehman Brothers Holdings Inc. et al – Chapter 11 Case No. 08-13555 (JPM)
Debtor: Lehman Brothers Holdings Inc.
Creditor: Prof. Michael Grabner, Schindlergasse 18, Vienna 1180, Austria
Claim No.: 55431

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

AND TO: COMMERZBANK AG

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of an GERMAN LAW ASSIGNMENT AGREEMENT dated as of the date hereof, *Prof. Michael Grabner* ("Seller") does hereby certify that it has unconditionally and irrevocably sold, transferred, and assigned to Commerzbank AG ("Purchaser") all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Proof of Claim No. **55431** filed by Seller against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor in case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure. Seller acknowledges, understands, and stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed on this 12th day of December, 2011.

Prof. Michael Grabner, as Seller
By: _____
Name: Michael Grabner
Title: Prof.

COMMERZBANK AG, as Purchaser
By: _____
Name: WALE
Title: