HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA  02109
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
Jennifer V. Doran, Esq. (*admitted pro hac vice*)
Counsel for Citibank, N.A. in its capacity as trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | CASE NO.  08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jennifer V. Doran, hereby certify that on this 20th day of January, 2012, I caused to be
served a copy of the *Objection of Citibank, N.A. to the Motion Pursuant to Section 8.4 of the
Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its
Affiliated Debtors and Sections 105(A), 502(C) and 1142(B) of the Bankruptcy Code to Estimate
the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage
Backed Securities for Purposes of Establishing Reserves* filed herewith (a) on all registered users
of the Bankruptcy Court's filing system; (b) delivered by Federal Express to the chambers of the

#50507601

Honorable James M. Peck, One Bowling Green, New York, New York 10004; and (c) by email

delivered to Weil, Gotshal & Manges LLP, Attn: Alfredo R. Perez, Esq., attorneys for the

Debtors.

Respectfully submitted,

CITIBANK, N.A.
By its counsel,


*/s/ Jennifer V. Doran*
Jennifer V. Doran (*pro hac vice*)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Tel: (617) 345-9000
Fax: (617) 345-9020
Email: jdoran@haslaw.com