HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
Jennifer V. Doran, Esq. (*admitted pro hac vice*)
Counsel for Wilmington Trust Company
in its capacity as trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jennifer V. Doran, hereby certify that on this 20th day of January, 2012, I caused to be served a copy of the *Objection of Wilmington Trust Company to the Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(A), 502(C) and 1142(B) of the Bankruptcy Code to Estimate the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage Backed Securities for Purposes of Establishing Reserves* filed herewith (a) on all registered users of the Bankruptcy Court's filing system, (b) delivered by Federal Express to the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004;

#50507601

and (c) by email transmission to Weil, Gotshal & Manges LLP, 768 Fifth Avenue, New York NY 10153, Attn: Alfredo R. Perez, Esq., attorneys for the Debtors.

Respectfully submitted,

WILMINGTON TRUST COMPANY

By its counsel,

*/s/ Jennifer V. Doran*
Jennifer V. Doran (*pro hac vice*)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Tel: (617) 345-9000
Fax: (617) 345-9020
Email: jdoran@haslaw.com

#50507601