Exhibit A
**Summary Chart in Support of Burke Declaration**

|  |  | **Debtors' Proposed Methodology** | | | | **Trustees' Proposed Modified Methodology**[1] | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | High % | High Estimate | Low % | Low Estimate | | |
| Step 1 | UPB | N/A | $101,727,096,017 | N/A | $101,727,096,017 | N/A | $101,727,096,017 |
| Step 2 | Default Rate | 45.00% | $45,777,193,208 | 25.00% | $25,431,774,004 | 50.00% | $50,863,548,009 |
| Step 3 | Severity Factor | 55.00% | $25,177,456,264 | 45.00% | $11,444,298,302 | 68.30% | $34,739,803,290 |
|  | Sub-Total |  | $25,177,456,264 |  | $11,444,298,302 |  | $34,739,803,290 |
| Step 4 | Cumulative Losses | N/A | $38,301,240,595 | N/A | $38,301,240,595 | N/A | $38,301,240,595 |
|  | Sub-Total |  | $63,478,696,859 |  | $49,745,538,897 |  | $73,041,043,885 |
| Step 5 | Lehman Originated | 27.03% | $17,158,467,214 | 25.96% | $12,915,335,789 | 30.00% | $21,912,313,165 [2] |
| Step 6 | Breach Rate | 35.00% | $6,005,463,525 | 30.00% | $3,874,600,737 | 70.00% | $15,338,619,216 |
| Step 7 | Validation Rate | 40.00% | $2,402,185,410 | 30.00% | $1,162,380,221 | 100.00% | $15,338,619,216 |
|  | **Projected Loss** |  | **$2,402,185,410** |  | **$1,162,380,221** |  | **$15,338,619,216** |
| Allocation | LBHI | 95.00% | $2,283,140,539 | 95.00% | $1,103,992,894 | 95.00% | $14,571,688,255 |
|  | SASCO | 5.00% | $119,044,871 | 5.00% | $58,387,327 | 5.00% | $766,930,961 |

1 - For the sake of convenience, this methodology assumes that the Debtors' UPB and Cumulative Loss figures are correct, notwithstanding the Trustees' doubts about their accuracy.  Use of these figures in this summary is in no way intended to be an admission of the veracity of such figures.

2 - This methodology adopts the Debtors' assumption that they are responsible only for claims related to Lehman-Originated Loans for the sake of convenience.  The Trustees do not concede this assumption.  If the Debtors are ultimately deemed to be responsible for claims related to 100% of the loans, the total projected losses increase from $15,338,619,216 to $51,128,730,719.