**CERTIFICATE OF SERVICE**

I, Jeremy Schreiber, an attorney, hereby certify that prior to 4:00 pm EST on the 20th day of January 2012, I caused a true and correct copy of the **Objection of U.S. Bank National Association, as Trustee, to the Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage Backed Securities for Purposes of Establishing Reserves** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
    Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Holly Clark
Tina Pederson
LEHMAN BROTHERS HOLDINGS, INC.
1271 Avenue of the Americas
New York, NY  10020

Alfredo R. Perez, Esq.
Mark Bernstein, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Evan R. Fleck, Esq.
Matthew Brod, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005

/s/ Jeremy Schreiber
_____
Jeremy Schreiber