WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  **(Jointly Administered)**
:
-----------------------------------------------------------------x

**EIGHTH SUPPLEMENTAL AFFIDAVIT OF HARVEY R. MILLER**
**ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT**
**TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY**
**CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES**

STATE OF NEW YORK         )
                          )   ss:
COUNTY OF NEW YORK        )

Harvey R. Miller, being duly sworn, deposes and says:

1. I am a member of the firm of Weil, Gotshal & Manges LLP ("Weil"). I submit this affidavit to supplement the affidavits I have previously submitted on behalf of Weil, sworn to on October 8, 2008 (the "Original Affidavit") [Docket No. 758], March 4, 2009 (the "Supplemental Affidavit") [Docket No. 2985], August 12, 2009 (the "Second Supplemental Affidavit") [Docket No. 4779], March 30, 2010 (the "Third Supplemental Affidavit) [Docket No. 7904], July 21, 2010 (the "Fourth Supplemental Affidavit") [Docket No. 10358], September 20, 2010 (the "Fifth Supplemental Affidavit") [Docket No. 11466], October 26, 2010 (the "Sixth

US_ACTIVE:\43628318\02\58399.0003

Supplemental Affidavit") [Docket No. 12302], and January 28, 2011 (the "Seventh Supplemental Affidavit," and together with the Original Affidavit, the Supplemental Affidavit, the Second Supplemental Affidavit, the Third Supplemental Affidavit, the Fourth Supplemental Affidavit, the Fifth Supplemental Affidavit, and the Sixth Supplemental Affidavit, the "Previous Affidavits") [Docket No. 14182] in support of the engagement of Weil by Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries (collectively, the "Debtors") in connection with the above-captioned cases filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September 15, 2008 (the "Commencement Date") and thereafter.

2.     Unless otherwise stated herein, I have personal knowledge of the facts set forth in this affidavit. To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review, or as additional party in interest information becomes available to it, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

**Weil's Connections with Parties in Interest
in Matters Unrelated to these Chapter 11 Cases**

3.     As previously disclosed, Weil has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases. Since filing the Seventh Supplemental Affidavit, Weil has become aware of additional parties in interest in these chapter 11 cases with whom Weil has, or may have, connections as described below. Many of these additions are entities that may be parties in interest in the above captioned chapter 11 case (the "Potential Parties In Interest") and that Weil has included in its disclosure procedures out of an abundance of caution. Certain of the entities included in this affidavit were previously disclosed under other categories in the Previous Affidavits.

4. The categories of connections are: (i) Potential Parties In Interest, or affiliates thereof, for which Weil has performed services within the last two (2) years and whose engagement remains open ("<u>Current Clients</u>"); (ii) Potential Parties In Interest, or affiliates thereof, for which Weil has performed services in the past two (2) years and with respect to which Weil's engagement has been formally closed ("<u>Former Clients</u>"); (iii) Potential Parties in Interest, or affiliates thereof, for which a Weil engagement has been opened for at least six (6) months but for which no attorney time has been billed ("<u>Potential Clients</u>"); and (iv) Potential Parties in Interest, or affiliates thereof, who have a substantive relationship to a matter for which Weil performed services for a Current or Former Client, or affiliate thereof within the last two years ("<u>Related Entities</u>"). All client connections were diligently reviewed by an attorney working under my supervision. Based on such review, as to each connection Weil does not hold or represent an interest that is adverse to the Debtors' estates.

## Current Clients

5. Based upon information furnished to me by Weil's record keepers, Weil has performed services within the past two (2) years for the Current Clients, described below, or their affiliates, in matters unrelated to the Debtors:

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Aircraft Finance Trust | Claimant | Affiliate of Current Client |
| Allianz Invest Kapitalanlagegesellschaft MBH | Claimant | Affiliate of Current Client |
| American Home Mortgage Investment Corp. | Claimant | Affiliate of Current Client |
| Avista Corp. | Claimant | Affiliate of Current Client |
| Banco Santander - Chile | Claimant | Affiliate of Current Client |
| Banco Santander (Mexico), S.A. | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Banco Santander Puerto Rico | Claimant | Affiliate of Current Client |
| Banco Santander, S.A. | Claimant | Affiliate of Current Client |
| Bank Handlowy w Warszawie SA | Claimant | Affiliate of Current Client |
| Bank of America, NA | Claimant | Affiliate of Current Client |
| Bank of America National Trust Delaware | Claimant | Affiliate of Current Client |
| Bank of America (GSS) Ltd. | Claimant | Affiliate of Current Client |
| Bank of New York Mellon | Claimant | Affiliate of Current Client |
| Banque Privee Edmond De Rothschild Europe | Claimant | Current Client |
| Barclays Bank SA | Claimant | Affiliate of Current Client |
| Bayerische Hypo-und Vereinsbank AG | Claimant | Affiliate of Current Client |
| Bell Atlantic Master Trust | Claimant | Affiliate of Current Client |
| BGL (Fortis Luxembourg) | Claimant | Affiliate of Current Client |
| BlackRock Financial Management, Inc. | Claimant | Affiliate of Current Client |
| BlackRock Portable Alpha Investment Strategies LP | Claimant | Affiliate of Current Client |
| BNP Paribas JER JR 1133 | Claimant | Affiliate of Current Client |
| BNP Paribas Jersey Trust Corporation Limited JT991 | Claimant | Affiliate of Current Client |
| BNP Paribas Securities (Japan) Ltd., Tokyo Branch | Claimant | Affiliate of Current Client |
| Boeing Company Employee Retirement Plans Master Trust | Claimant | May be Affiliate of Current Client |
| Brigade Leveraged Capital Structures Fund Ltd. | Claimant | Affiliate of Current Client |
| brokerXpress, LLC | Claimant | Current Client |
| Butterfield Trust (Bermuda) Ltd. | Claimant | Current Client |
| Caisse des Depots et Consignations | Claimant | Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Canadian Imperial Bank of Commerce, Hong Kong | Claimant | Affiliate of Current Client |
| Canadian Imperial Bank of Commerce, Singapore | Claimant | Affiliate of Current Client |
| Capital One Investment Corp. | Claimant | Affiliate of Current Client |
| Carlyle Mortgage Capital, LLC | Claimant | Affiliate of Current Client |
| Centerbridge Partners, L.P. | Claimant | Current Client |
| Centerbridge Special Credit Partners, L.P. | Claimant | Affiliate of Current Client |
| Cerberus International, Ltd. | Claimant | Affiliate of Current Client |
| Champion Energy Services LLP | Claimant | Current Client |
| Chartis Inc. | Claimant | Current Client |
| Chrysler 2001-C3A | Claimant | Affiliate of Current Client |
| Citadel Securities LLC | Claimant | Current Client |
| Citi Canyon Ltd. | Claimant | Affiliate of Current Client |
| Citi Swapco Inc. | Claimant | Affiliate of Current Client |
| Citi Ventus Ltd. | Claimant | Affiliate of Current Client |
| Citibank as Teken Tower, Eski Buyukdere Caddesi | Claimant | Affiliate of Current Client |
| Citibank Canada | Claimant | Affiliate of Current Client |
| Citibank Europe Plc, Hungary Branch | Claimant | Affiliate of Current Client |
| Citibank International Plc, Luxembourg Branch | Claimant | Affiliate of Current Client |
| Citibank Japan Ltd. | Claimant | Affiliate of Current Client |
| Citibank Korea Inc. | Claimant | Affiliate of Current Client |
| Citibank N.A. | Claimant | Current Client |
| Citigroup Energy, Inc. | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Citigroup Financial Products Inc. | Claimant | Affiliate of Current Client |
| Citigroup Global Markets UK Equity Ltd. | Claimant | Affiliate of Current Client |
| Citigroup Global Markets, Inc | Claimant | Current Client |
| Citigroup Trust – Delaware, NA | Claimant | Affiliate of Current Client |
| Commerzbank AG | Claimant | Current Client |
| Cooperatieve Raiffeisen – Boereleenbank B.A. | Claimant | Affiliate of Current Client |
| Credit Agricole Corporate and Investment Bank | Claimant | Affiliate of Current Client |
| Credit Suisse (Deutschland) AG | Claimant | Affiliate of Current Client |
| Credit Suisse (France) | Claimant | Affiliate of Current Client |
| Credit Suisse AG | Claimant | Affiliate of Current Client |
| Credit Suisse Sucursal en Espana | Claimant | Affiliate of Current Client |
| Davidson Kempner Capital Management LLC | Claimant | Affiliate of Current Client |
| Davidson Kempner Distressed Opportunities Fund LP | Claimant | Affiliate of Current Client |
| Davidson Kempner Distressed Opportunities International Fund | Claimant | Affiliate of Current Client |
| Davidson Kempner Institutional Partners L.P. | Claimant | Affiliate of Current Client |
| Davidson Kempner International Ltd. | Claimant | Affiliate of Current Client |
| Davidson Kempner Partners | Claimant | Affiliate of Current Client |
| Deloitte Tax LLP | Claimant | Affiliate of Current Client |
| Deloitte & Touche Financial Advisory Services Ltd. | Claimant | Affiliate of Current Client |
| Deutsche Bank (Suisse) SA | Claimant | Affiliate of Current Client |
| Deutsche Bank AG | Claimant | Current Client |
| Deutsche Bank Luxembourg S.A. | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Deutsche Bank S.P.A. | Claimant | Affiliate of Current Client |
| Deutsche Bank, S.A.E. | Claimant | Affiliate of Current Client |
| Deutsche Zentral-Genossenschaftsb ANK | Claimant | Affiliate of Current Client |
| DRRT FBO Swiss Life (Liechtenstein) Ag 5030014 | Claimant | Affiliate of Current Client |
| eBay International AG | Claimant | Affiliate of Current Client |
| Elliott Associates, L.P. | Claimant | Affiliate of Current Client |
| Elliott International, L.P. | Claimant | Affiliate of Current Client |
| Ernst & Young LLP | Claimant | Current Client |
| Eton Park Master Fund, LP | Claimant | Affiliate of Current Client |
| Eton Park Master Fund, Ltd. | Claimant | Affiliate of Current Client |
| Evolution Master Fund Ltd. SPC Segregated Portfolio M | Claimant | Affiliate of Current Client |
| Export Development Bank of Canada | Claimant | Current Client |
| Farallon Capital (AM) Investors, L.P. | Claimant | Affiliate of Current Client |
| Farallon Capital Offshore Investors II, L.P. | Claimant | Affiliate of Current Client |
| Farallon Capital Offshore Investors III, Inc. | Claimant | Affiliate of Current Client |
| Fidelity National Title Insurance Co. | Claimant | Affiliate of Current Client |
| Finmeccanica S.P.A. | Claimant | Current Client |
| Fiserv Lending Solutions | Claimant | Affiliate of Current Client |
| Forex Inc. | Claimant | Affiliate of Current Client |
| Fortis Bank NV | Claimant | Affiliate of Current Client |
| Fortis Bank NV/SA | Claimant | Current Client |
| Fortis Investment Management Belgium NV/SA | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| GE Financial Markets | Claimant | Affiliate of Current Client |
| GLG Ore Hill LLC | Claimant | Affiliate of Current Client |
| Global Crossing Communicacoes do Brasil | Claimant | Affiliate of Current Client |
| GMAC 2007-GG10 | Claimant | Affiliate of Current Client |
| GMAC Series 1998-C2 | Claimant | Affiliate of Current Client |
| Goal Financial, LLC | Claimant | Current Client |
| Goldman Sachs Asset Management, L.P. | Claimant | Affiliate of Current Client |
| Goldman Sachs Group, Inc. | Claimant | Affiliate of Current Client |
| Goldman Sachs International | Claimant | Current Client |
| Goldman Sachs LIP Credit Opportunities 2008 Fund | Claimant | Affiliate of Current Client |
| Government of Singapore Investment Corp Pte Ltd. | Claimant | Current Client |
| Groupe Industriel Marcel Dassault SA | Claimant | Current Client |
| HBK Master Fund L.P. | Claimant | Affiliate of Current Client |
| HBOS Employee Equity Solutions | Claimant | Affiliate of Current Client |
| Heart of La Défense SAS | Claimant | Current Client |
| HSBC Bank Plc | Claimant | Affiliate of Current Client |
| HSBC Private Bank (Luxembourg) SA | Claimant | Affiliate of Current Client |
| HSBC Private Bank (Monaco) SA | Claimant | Affiliate of Current Client |
| HSBC Private Bank (Suisse) SA | Claimant | Affiliate of Current Client |
| HSBC Private Bank | Claimant | Affiliate of Current Client |
| HSBC Securities (USA) Inc. | Claimant | Affiliate of Current Client |
| HSBC Trinkaus & Burkhardt (International) SA | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Hyperion Brookfield Collateralized Securities Fund, Inc. | Claimant | Affiliate of Current Client |
| ING AM Interfinance Services B.V. | Claimant | Affiliate of Current Client |
| ING Bank (Suisse) SA | Claimant | Affiliate of Current Client |
| ING Bank N.V., Frankfurt Branch | Claimant | Affiliate of Current Client |
| ING Luxembourg | Claimant | Affiliate of Current Client |
| Ingram Pension Plan | Claimant | Affiliate of Current Client |
| Intel Corporation Profit Sharing Retirement Plan | Claimant | Affiliate of Current Client |
| James Mintz Group, Inc. | Claimant | Current Client |
| J.P. Morgan Securities Ltd. | Claimant | Current Client |
| JPMorgan Investment Funds | Claimant | Affiliate of Current Client |
| King Street Acquisition Company L.L.C. | Claimant | Affiliate of Current Client |
| Koch Financial Corp. | Claimant | Affiliate of Current Client |
| Koch Refining International Pte Ltd. | Claimant | Affiliate of Current Client |
| Koch Supply & Trading LP | Claimant | Affiliate of Current Client |
| Landesbank Baden-Württemberg | Claimant | Current Client |
| Lazard & Co. Ltd. | Claimant | Affiliate of Current Client |
| Liberty Mutual Insurance Co. | Claimant | Current Client |
| Lone Star Holdings LLC | Claimant | Affiliate of Current Client |
| Magnetar Capital LLC | Claimant | Current Client |
| Magnetar Constellation Master Fund, Ltd. | Claimant | Affiliate of Current Client |
| Magnetar Financial LLC | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Marathon Master Fund Ltd. | Claimant | Affiliate of Current Client |
| Marathon Asset Management | Claimant | Affiliate of Current Client |
| Mass Mutual Life Insurance Co. | Claimant | Affiliate of Current Client |
| MBIA Inc. | Claimant | Affiliate of Current Client |
| McGraw-Hill Co. | Claimant | Current Client |
| Merrill Lynch Credit Products, LLC | Claimant | Affiliate of Current Client |
| Merrill Lynch Bank & Trust Company (Cayman) Ltd. | Claimant | Affiliate of Current Client |
| Merrill Lynch International Bank Ltd. - London Branch | Claimant | Affiliate of Current Client |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | Claimant | Affiliate of Current Client |
| Mitsubishi UFJ Securities International Plc | Claimant | Affiliate of Current Client |
| Monarch Alternative Capital LP | Claimant | Affiliate of Current Client |
| Morgan Stanley & Co. International Ltd. | Claimant | Current Client |
| Morgan Stanley & Co. LLC | Claimant | Affiliate of Current Client |
| Morgan Stanley & Co., Inc. | Claimant | Current Client |
| Morgan Stanley Capital Services LLC | Claimant | Affiliate of Current Client |
| Morgan Stanley Japan Securities Co., Ltd. | Claimant | Affiliate of Current Client |
| Morgan Stanley Securities Ltd. | Claimant | Affiliate of Current Client |
| MSIM Inc. | Claimant | Affiliate of Current Client |
| Nagashima Ohno & Tsunematsu | Claimant | May be Current Client |
| Nationwide Mutual Insurance Co. | Claimant | Current Client |
| New York Life Insurance Co. | Claimant | Current Client |
| Nikko Citigroup | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Nomura International Plc | Claimant | Current Client |
| Oak Hill Advisors, L.P. | Claimant | Current Client |
| Oak Hill Securities Fund II LP | Claimant | Affiliate of Current Client |
| Oak Hill Securities Fund LP | Claimant | Affiliate of Current Client |
| Oak Hill Strategic Partners, LP | Claimant | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII (Parallel 2), LP | Claimant | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII (Parallel), LP | Claimant | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII, LP | Claimant | Affiliate of Current Client |
| Och-Ziff Capital Management LP | Claimant | Affiliate of Current Client |
| Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Claimant | Affiliate of Current Client |
| Ontario Teachers' Pension Plan | Claimant | Current Client |
| Oz Asia Master Fund Ltd. | Claimant | Affiliate of Current Client |
| Oz Europe Master Fund, Ltd. | Claimant | Affiliate of Current Client |
| Oz Global Special Investments Master Fund, LP | Claimant | Affiliate of Current Client |
| Oz Master Fund Ltd. | Claimant | Affiliate of Current Client |
| Oz/Goldman Sachs Profit Sharing Master Trust | Claimant | Affiliate of Current Client |
| PRU Alpha Fixed Income Opportunity Master Fund I LP | Claimant | Affiliate of Current Client |
| Prudential Fixed Income Emerging Markets Long Short Master Fund I, LP | Claimant | Affiliate of Current Client |
| Quantum Partners LP | Claimant | Affiliate of Current Client |
| Quantum Partners Ltd. | Claimant | Affiliate of Current Client |
| Ramius Portable Alpha Fund Ltd. | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Ramius LLC | Claimant | Current Client |
| RBC Capital Markets Corp. | Claimant | Current Client |
| RBC Dominion Securities | Claimant | Current Client |
| RBS Commercial Services | Claimant | Affiliate of Current Client |
| RBS Coutts Bank AG | Claimant | Affiliate of Current Client |
| Roche Retirement Plan Trust | Claimant | Affiliate of Current Client |
| Royal Bank of Scotland, Plc | Claimant | Current Client |
| Royal Bank of Canada (Suisse) | Claimant | Affiliate of Current Client |
| Royal Bank of Canada Europe Ltd. | Claimant | Current Client |
| Santander Investment Securities Inc. | Claimant | Affiliate of Current Client |
| SCOR Reinsurance Co. | Claimant | Affiliate of Current Client |
| SG Option Europe | Claimant | Affiliate of Current Client |
| Silver Point Capital Fund, L.P. | Claimant | Current Client |
| Silver Point Capital, L.P. | Claimant | Affiliate of Current Client |
| Societe Generale Asset Management Banque | Claimant | Affiliate of Current Client |
| Societe Generale Bank & Trust | Claimant | Affiliate of Current Client |
| Societe Generale Private Banking (Suisse) SA | Claimant | Affiliate of Current Client |
| Societe Generale | Claimant | Current Client |
| Societe Group | Claimant | Affiliate of Current Client |
| Spinnaker Global Emerging Markets Fund Ltd. | Claimant | Affiliate of Current Client |
| Spinnaker Global Opportunity Fund Ltd. | Claimant | Current Client |
| Spinnaker Global Strategic Fund Ltd. | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Standard Chartered Bank | Claimant | Affiliate of Current Client |
| Strategic Value Master Fund, Ltd. | Claimant | Affiliate of Current Client |
| Swiss Re Financial Products Corp. | Claimant | Current Client |
| Taconic Capital Advisors, L.P. | Claimant | Affiliate of Current Client |
| Taconic Capital Partners 1.5 L.P. | Claimant | Affiliate of Current Client |
| Taconic Opportunities Fund | Claimant | Affiliate of Current Client |
| TD Ameritrade Holding Corp. | Claimant | Current Client |
| Transamerica Financial Insurance Co. | Claimant | Affiliate of Current Client |
| Transamerica Life Insurance Co. | Claimant | Affiliate of Current Client |
| UBS AG | Claimant | Current Client |
| UBS Financial Services, Inc. | Claimant | Current Client |
| Unicredit Banca di Roma S.P.A. | Claimant | Affiliate of Current Client |
| Unicredit Banca S.P.A. | Claimant | Affiliate of Current Client |
| Unicredit Private Banking S.P.A. | Claimant | Affiliate of Current Client |
| U.S. Bank, NA | Claimant | Current Client |
| U.S. Bank National Association Corporate Trust Services | Claimant | Affiliate of Current Client |
| Varde Funds | Claimant | Affiliate of Current Client |
| Varde Fund IV-A, L.P. | Claimant | Affiliate of Current Client |
| Varde Fund X (Master), L.P. | Claimant | Affiliate of Current Client |
| Wachovia Capital Markets, LLC | Claimant | Current Client |
| Walt Disney Co. Master Retirement Plan | Claimant | Affiliate of Current Client |
| Wellington Management Portfolio | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Wells Fargo Bank N.A. | Claimant | Affiliate of Current Client |
| Wells Fargo Home Equity Loan 2004-1 | Claimant | Affiliate of Current Client |
| Wells Fargo Securities International | Claimant | Affiliate of Current Client |
| Wells Fargo Securities, LLC | Claimant | Affiliate of Current Client |
| WestLB AG | Claimant | Current Client |
| Williams Gas Marketing, Inc. | Claimant | Affiliate of Current Client |
| Wolters Kluwer Corporate Legal Service | Claimant | Affiliate of Current Client |
| Zions First National Bank FBO | Claimant | Current Client |
| Allianz Kapitalanlagegesellschaft MBH | Potential Party in Interest | Affiliate of Current Client |
| Bear Sterns Bank Plc | Potential Party in Interest | Affiliate of Current Client |
| Bear Sterns Credit Products Inc. | Potential Party in Interest | Affiliate of Current Client |
| Bear Sterns International Ltd. | Potential Party in Interest | Current Client |
| BGL BNP PARIBAS, SA | Potential Party in Interest | Affiliate of Current Client |
| BNP Paribas Securities (Japan) Ltd. | Potential Party in Interest | Affiliate of Current Client |
| CarVal Investors UK Ltd. | Potential Party in Interest | Current Client |
| Centerbridge Credit Advisors LLC | Potential Party in Interest | Affiliate of Current Client |
| Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. | Potential Party in Interest | Affiliate of Current Client |
| CQS ABS Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| CW Capital EY REIT LB2 LLC | Potential Party in Interest | Affiliate of Current Client |
| DB Energy Trading LLC | Potential Party in Interest | Affiliate of Current Client |
| D.E. Shaw Claims SPV, L.L.C. | Potential Party in Interest | Affiliate of Current Client |
| D.E. Shaw Composite Portfolios, L.L.C. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| D.E. Shaw Laminar Portfolios, L.L.C. | Potential Party in Interest | Current Client |
| D.E. Shaw Oculus Portfolios, L.L.C. | Potential Party in Interest | Affiliate of Current Client |
| Elliot Management Corp. | Potential Party in Interest | Current Client |
| Forex Inc. | Potential Party in Interest | Affiliate of Current Client |
| Goldman Sachs Asset Management, L.P. | Potential Party in Interest | Affiliate of Current Client |
| GSO Special Situations Fund L.P. | Potential Party in Interest | Affiliate of Current Client |
| GSO Special Situations Overseas Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| JR Moore, LP | Potential Party in Interest | Affiliate of Current Client |
| Mackay Shields Credit Strategy Partners | Potential Party in Interest | Current Client |
| Mass Mutual Life Insurance Co., Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Moore Macro Market Fund (Master), L.P. | Potential Party in Interest | Affiliate of Current Client |
| Neuberger Berman Group LLC | Potential Party in Interest | Affiliate of Current Client |
| New York Life Insurance & Annuity Corporate Private Placement Variable Universal Life Separate Account 70 | Potential Party in Interest | Affiliate of Current Client |
| Oak Hill Credit Partners IV Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Och-Ziff Capital Management Group LLC | Potential Party in Interest | Affiliate of Current Client |
| Prudential Investment Management, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Renewable Energies USA, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| SJL Moore, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Societe Generale Bank & Trust | Potential Party in Interest | Affiliate of Current Client |
| Syncora Guarantee, Inc. | Potential Party in Interest | Affiliate of Current Client |
| UniCredit Bank AG, London Branch | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Wells Fargo Bank, NA, d/b/a Americas Servicing Company as servicer for U.S. Bank NA, as Trustee for the Structured Asset Investment Loan Trust, Series 2005-HE3 | Potential Party in Interest | Affiliate of Current Client |
| Williams Gas Marketing, Inc. | Potential Party in Interest | Affiliate of Current Client |
| BNP Paribas Real Estate Consult GmbH | Professional | Affiliate of Current Client |
| Citadel Solutions LLC | Professional | Affiliate of Current Client |
| Deloitte LLP | Professional | Affiliate of Current Client |
| Deloitte & Touche LLP | Professional | Affiliate of Current Client |
| Eastdil Secured, LLC | Professional | Affiliate of Current Client |
| Epiq Bankruptcy Solutions, LLC | Professional | Current Client |
| Houthoff Buruma Cooperatief U.A | Professional | Current Client |
| J&A Garrigues, S.L.P. | Professional | May be Current Client |
| Kaye Scholer LLP | Professional | Current Client |
| Neuberger Berman Fixed Income LLC | Professional | Affiliate of Current Client |
| PricewaterhouseCoopers Aktiengesellschaft | Professional | Affiliate of Current Client |
| Sotheby's, Inc. | Professional | Current Client |

6. Weil has not, does not, and will not represent any of the Current Clients or their respective affiliates or subsidiaries in connection with the pending chapter 11 cases or in any other matters adverse to the Debtors.

**Related Entities**

7. Weil has determined that the following entities, or their affiliates, are Related Entities:

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Agilent Technologies | Claimant | Related to Current Client |
| Akin Gump Strauss Hauer & Feld LLP | Claimant | Related to Current Client |
| American Express Co. | Claimant | Related to Current Client |
| BASF Corporation Defined Benefit Plan Master Trust | Claimant | Affiliate is Related to Current Client |
| BP Master Trust for Employee Pension Plans | Claimant | Affiliate is Related to Current Client |
| Cargill, Inc. | Claimant | Related to Current Client |
| CVI GVF (Lux) Master S.a.r.l. | Claimant | Related to Current Client |
| Dell Investments | Claimant | Affiliate is Related to Current Client |
| Dolphin Capital LLC | Claimant | Related to Current Client |
| Flaktwoods Ltd. | Claimant | Related to Current Client |
| Gallery at Harborplace 200-C5C | Claimant | Related to Current Client |
| Granite Finance Ltd. | Claimant | Affiliate is Related to Current Client |
| International Finance Corp. | Claimant | Affiliate is Related to Current Client |
| Lexington Insurance Co. | Claimant | Related to Current Client |
| Longacre Institutional Opportunity Fund LP | Claimant | Related to Current Client |
| Mariner Investment Group LLC | Claimant | Related to Current Client |
| Midland National Life Insurance Co. | Claimant | Related to Current Client |
| Nuevo Mundo Holdings Corp. | Claimant | Affiliate may Be Related to Current Client |
| Opal Finance Holdings Ireland Ltd. | Claimant | Affiliate is Related to Current Client |
| Paulson Credit Opportunities Master Ltd. | Claimant | Affiliate is Related to Current Client |
| Regions Bank | Claimant | Related to Current Client |
| Seaport Group Europe LLP | Claimant | Affiliate may be Related to Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Seaport Loan Products LLC | Claimant | Affiliate may be Related to Current Client |
| AllianceBernstein L.P. | Potential Party in Interest | Related to Current Client |
| Ally Investment Management LLC | Potential Party in Interest | Affiliate is Related to Current Client |
| ITV Plc | Potential Party in Interest | Affiliate is Related to Current Client |

8.      To the extent any additional Related Entities become Potential Parties In Interest during the pendency of these chapter 11 cases, Weil will make the appropriate supplemental disclosures to the Court.

### Fir Tree Partners

9.      Weil has been engaged to provide certain legal services to Fir Tree Partners with respect to a variety of matters that are wholly unrelated to these chapter 11 cases. Certain affiliates of Fir Tree Partners, including Fir Tree Inc., are significant creditors of the Debtors. In addition, Fir Tree Inc. is a member of the so called *ad hoc* group of LBHI creditors. Weil has received a conflicts waiver from Fir Tree Partners allowing Weil to represent the Debtors in any matters, including litigation, that are adverse to Fir Tree Partners and its affiliates in connection with these chapter 11 cases. Further, Weil will not represent Fir Tree Partners or any of its affiliates in any matters related to these chapter 11 cases.

### MF Global Inc.

10.     On September 2, 2010, the Court so ordered a stipulation between the Debtors and James W. Giddens (the "SIPA Trustee"), as trustee for the liquidation of Lehman Brothers Inc. under the Securities Investor Protection Act of 1970 (as amended, "SIPA") pursuant to which the parties agreed that certain avoidance actions should be pursued jointly by the Debtors and the SIPA Trustee (the "Joint Avoidance Proceedings"). In connection therewith,

the Debtors and the SIPA Trustee entered into an assignment agreement, dated September 14, 2010 (the "Assignment Agreement"), pursuant to which the Debtors assigned their rights to pursue certain avoidance actions to the SIPA Trustee (the "Schedule B Joint Avoidance Proceedings") and the SIPA Trustee assigned its right to pursue other avoidance actions to the Debtors (the "Schedule A Joint Avoidance Proceedings"). A Joint Avoidance Proceeding against MF Global Inc. ("MF Global") was included on the list of Schedule B Joint Avoidance Proceedings.

11. Following the appointment of the SIPA Trustee as trustee for the SIPA liquidation of MF Global, and to avoid a potential conflict of interest, the SIPA Trustee and the Debtors have agreed that the Assignment Agreement shall be amended to provide that the Joint Avoidance Proceeding against MF Global shall constitute a Schedule A Joint Avoidance Proceeding for all purposes of the Assignment Agreement. Weil, which represents certain of MF Global's affiliates in their insolvency proceedings in the United Kingdom, will not represent the Debtors in connection with the Joint Avoidance Proceeding against MF Global.

12. Weil does not hold or represent an interest that is adverse to the Debtors and Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

13. The foregoing constitutes the eighth supplemental statement of Weil pursuant to section 327 of the Bankruptcy Code and rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

Dated: January 20, 2012
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller
Weil Gotshal & Manges LLP

Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 20th day of January, 2012.

/s/ Joanne C. Pflaum
Notary Public

Joanne C. Pflaum
Notary Public, State of New York
No. 4848238
Qualified in Nassau County
Commission Expires on September 30, 2013

US_ACTIVE:\43628318\02\58399.0003                                      20