WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                                 :    Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :    08-13555 (JMP)
                                                      :
                Debtors.                              :    (Jointly Administered)
                                                      :
-------------------------------------------------------------------x

**NOTICE OF PROPOSED SALE OF *DE MINIMIS* ASSET**
**PURSUANT TO *DE MINIMIS* ASSET SALE PROCEDURES**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to the Amended Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 31, 2010 [ECF No. 7958] (the "Sale Order"), propose to sell a 51% equity interest (the "Asset") in GOME 1271 LLC to Castex Energy 2005, L.P. (the "Purchaser" or "Castex") pursuant to a Purchase and Sale Agreement dated January 20, 2012. This Notice is being provided in accordance with, and sets forth the information required under, the Sale Order.

Description of the Asset. The Asset consists of a 51% equity interest in GOME 1271 LLC. GOME 1271 LLC is a wholly-owned subsidiary of Lehman Commercial Paper Inc. ("LCPI"). GOME 1271 LLC owns minority interests in oil and gas leases in the Gulf of Mexico.

Relationship of Purchasers to the Debtors. The Purchaser has no direct relationship with the Debtors. However, LB I Group Inc., a wholly owned subsidiary of Lehman Brother Holdings Inc. ("LBHI"), is a limited partner in the Purchaser, owning approximately 27% of the outstanding partnership interests in the Purchaser. LCPI is also a wholly owned subsidiary of LBHI. Several individuals serving as directors of LB I Group Inc. also serve as directors of LCPI.

Liens and Encumbrances on the Assets. The Debtors are not currently aware of, but are conducting an investigation into the existence of, any liens or encumbrances on the Asset. To the extent that any party has liens or encumbrances on the Asset, the Debtors believe that any such lien or encumbrance would be subject to monetary satisfaction in accordance with section 363(f) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

Economic Terms and Conditions of the Proposed *De Minimis* Sale. The Debtors propose to sell the Asset to the Purchaser free and clear of all liens, claims or encumbrances therein, pursuant to section 363(f) of the Bankruptcy Code (the "*De Minimis* Sale"). The Purchaser has agreed to pay a purchase price of $1,750,000 for the Asset. In addition, the Purchaser has agreed to invest additional funds into GOME 1271 LLC to fund future working capital and capital expenditures. Upon closing of the sale of the Asset, future distributions by GOME 1271 LLC will occur based on the following distribution schedule:

**Excess Cash Flow Waterfall:**[1]

| Stage ($ in stage) | Recipient | % | $ |
|---|---|---|---|
| 1 ($0.786M) | LCPI | 50% | $0.40 |
|  | Castex | 50% | $0.40 |
| 2 ($2.38M) | Castex | 90% | $2.14 |
|  | LCPI | 10% | $0.24 |
| 3 ($1.45M) | Castex | 0% | $0.00 |
|  | LCPI | 100% | $1.45 |
| 4 (Thereafter) | Castex | 51% | TBD |
|  | LCPI | 49% | TBD |

[1] This distribution subject to usual and customary post-closing adjustments.

With certain limited exceptions, the Purchaser has agreed to fund future capital expenditures in excess of operating cash flow. Cash outlays from the Purchaser will be given first priority in the future distributions.

Procedures to Object to the Proposed *De Minimis* Sale. Any objection to the proposed *De Minimis* Sale (an "Objection") must: (i) be in writing; (ii) state with specificity the nature of the objection; and (iii) be filed with the Bankruptcy Court and served on the parties identified on Schedule A attached hereto (the "Interested Parties") on or before January 30, 2012 at 11:00 a.m. (Prevailing Eastern Time) (the "Objection Deadline"). If no Objections are filed with the Bankruptcy Court and served on the Interested Parties by the Objection Deadline in accordance with the terms of the Sale Order, then the Debtors may proceed with the *De Minimis* Sale in accordance with the terms of the Sale Order. The Debtors may consummate a *De*

*Minimis* Sale prior to expiration of the applicable Objection Deadline if the Debtors obtain each Interested Party's consent to the *De Minimis* Sale.

Dated: January 20, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Schedule A
### (Interested Parties)

1. Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Jacqueline Marcus, Esq., attorneys for the Debtors and Debtors in Possession.

2. The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Andy Velez-Rivera, Esq.

3. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Evan Fleck, Esq., Roger Lee, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

4. Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, Attn: Jeffrey S. Margolin, Esq., Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

5. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Joel Moss, Esq., Attorneys for Barclays Capital Inc.