UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :    08-13555 (JMP)
                                                                  :
        Debtors.                                                  :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 24265

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2012, I caused to be served the "Declaration of Daniel J. Ehrmann in Support of the Motion Pursuant to Section 8.4 of the Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate the Amount of Disputed Claims Filed By Lehman Brothers Finance AG (in Liquidation) for Purposes of Establishing Reserves," dated January 12, 2012 [Docket No. 24265], by causing true and correct copies to be:

    a. delivered via electronic mail to the parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Eleni Manners*
                                                                Eleni Manners

Sworn to before me this
20th day of January, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

*LBH MSL Email Service List*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com

anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com

## *LBH MSL Email Service List*

| | |
|---|---|
| bankr@zuckerman.com | carol.weinerlevy@bingham.com |
| bankruptcy@goodwin.com | cbelisle@wfw.com |
| bankruptcy@morrisoncohen.com | cbelmonte@ssbb.com |
| bankruptcy@ntexas-attorneys.com | cbrotstein@bm.net |
| bankruptcymatters@us.nomura.com | cdesiderio@nixonpeabody.com |
| barbra.parlin@hklaw.com | cgoldstein@stcwlaw.com |
| bbisignani@postschell.com | chammerman@paulweiss.com |
| bcarlson@co.sanmateo.ca.us | chardman@klestadt.com |
| bdk@schlamstone.com | charles@filardi-law.com |
| bguiney@pbwt.com | charles_malloy@aporter.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bkmail@prommis.com | chris.donoho@lovells.com |
| bmanne@tuckerlaw.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.barbarosh@pillsburylaw.com |
| bzabarauskas@crowell.com | craig.goldblatt@wilmerhale.com |
| cahn@clm.com | crmomjian@attorneygeneral.gov |
| calbert@reitlerlaw.com | cs@stevenslee.com |
| canelas@pursuitpartners.com | csalomon@beckerglynn.com |

*LBH MSL Email Service List*

## *LBH MSL Email Service List*

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

*LBH MSL Email Service List*

## *LBH MSL Email Service List*

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

*LBH MSL Email Service List*

## LBH MSL Email Service List

| | |
|---|---|
| glenn.siegel@dechert.com | james.sprayregen@kirkland.com |
| gmoss@riemerlaw.com | jamestecce@quinnemanuel.com |
| gravert@ravertpllc.com | jamie.nelson@dubaiic.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzzi@whitecase.com | jason.jurgens@cwt.com |
| harrisjm@michigan.gov | jay.hurst@oag.state.tx.us |
| harveystrickon@paulhastings.com | jay@kleinsolomon.com |
| hbeltzer@mayerbrown.com | Jbecker@wilmingtontrust.com |
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdoran@haslaw.com |
| hsteel@brownrudnick.com | Jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffery.black@bingham.com |
| israel.dahan@cwt.com | jeffrey.sabin@bingham.com |
| iva.uroic@dechert.com | jeldredge@velaw.com |
| jacobsonn@sec.gov | jen.premisler@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.demarco@cliffordchance.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

## *LBH MSL Email Service List*

| | |
|---|---|
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jsullivan@mosessinger.com | kovskyd@pepperlaw.com |
| jteitelbaum@tblawllp.com | kpiper@steptoe.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| jtougas@mayerbrown.com | KReynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jwallack@goulstonstorrs.com | kuehn@bragarwexler.com |
| jwang@sipc.org | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lapeterson@foley.com |
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | Lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |

*LBH MSL Email Service List*

| | |
|---|---|
| lnashelsky@mofo.com | mbienenstock@dl.com |
| loizides@loizides.com | mbloemsma@mhjur.com |
| lromansic@steptoe.com | mbossi@thompsoncoburn.com |
| lscarcella@farrellfritz.com | mcademartori@sheppardmullin.com |
| lschweitzer@cgsh.com | mccombst@sullcrom.com |
| lsilverstein@potteranderson.com | mcordone@stradley.com |
| lubell@hugheshubbard.com | mcto@debevoise.com |
| lwhidden@salans.com | mcyganowski@oshr.com |
| mabrams@willkie.com | mdahlman@kayescholer.com |
| MAOFILING@CGSH.COM | mdorval@stradley.com |
| Marc.Chait@SC.com | melorod@gtlaw.com |
| margolin@hugheshubbard.com | meltzere@pepperlaw.com |
| mark.bane@ropesgray.com | metkin@lowenstein.com |
| mark.deveno@bingham.com | mfeldman@willkie.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.ellenberg@cwt.com | mgreger@allenmatkins.com |
| mark.sherrill@sutherland.com | mh1@mccallaraymer.com |
| martin.davis@ots.treas.gov | mharris@smsm.com |
| Marvin.Clements@ag.tn.gov | mhopkins@cov.com |
| matt@willaw.com | michael.frege@cms-hs.com |
| matthew.klepper@dlapiper.com | michael.kelly@monarchlp.com |
| maustin@orrick.com | michael.kim@kobrekim.com |
| max.polonsky@skadden.com | michael.mccrory@btlaw.com |
| mbenner@tishmanspeyer.com | michael.reilly@bingham.com |
| mberman@nixonpeabody.com | millee12@nationwide.com |
| mberman@nixonpeabody.com | miller@taftlaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| mimi.m.wong@irscounsel.treas.gov | msolow@kayescholer.com |
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mvenditto@reedsmith.com |
| MJR1@westchestergov.com | mwarren@mtb.com |
| mkjaer@winston.com | ncoco@mwe.com |
| mlahaie@akingump.com | neal.mann@oag.state.ny.us |
| MLandman@lcbf.com | ned.schodek@shearman.com |
| mlichtenstein@crowell.com | neilberger@teamtogut.com |
| mlynch2@travelers.com | newyork@sec.gov |
| mmendez@hunton.com | nfurman@scottwoodcapital.com |
| mmooney@deilylawfirm.com | Nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | oipress@travelers.com |
| mparry@mosessinger.com | omeca.nedd@lovells.com |
| mpomerantz@julienandschlesinger.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.oh@freshfields.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschlesinger@julienandschlesinger.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

RJones@BoultCummings.com

rleek@HodgsonRuss.com

RLevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

Robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

Robin.Keller@Lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

*LBH MSL Email Service List*

## *LBH MSL Email Service List*

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

RTrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

SABVANROOY@HOTMAIL.COM

sagolden@hhlaw.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sean@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sschultz@akingump.com

*LBH MSL Email Service List*

## *LBH MSL Email Service List*

| | |
|---|---|
| sselbst@herrick.com | timothy.brink@dlapiper.com |
| sshimshak@paulweiss.com | timothy.palmer@bipc.com |
| sskelly@teamtogut.com | tjfreedman@pbnlaw.com |
| steele@lowenstein.com | tkarcher@dl.com |
| stephen.cowan@dlapiper.com | tkiriakos@mayerbrown.com |
| steve.ginther@dor.mo.gov | tlauria@whitecase.com |
| steven.troyer@commerzbank.com | tmacwright@whitecase.com |
| steven.wilamowsky@bingham.com | tmarrion@haslaw.com |
| Streusand@StreusandLandon.com | tnixon@gklaw.com |
| susan.schultz@newedgegroup.com | toby.r.rosenberg@irscounsel.treas.gov |
| susheelkirpalani@quinnemanuel.com | tony.davis@bakerbotts.com |
| sweyl@haslaw.com | tslome@msek.com |
| swolowitz@mayerbrown.com | ttracy@crockerkuno.com |
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | Villa@StreusandLandon.com |
| tbrock@ssbb.com | vmilione@nixonpeabody.com |
| tdewey@dpklaw.com | vrubinstein@loeb.com |
| tduffy@andersonkill.com | walter.stuart@freshfields.com |
| teresa.oxford@invescoaim.com | wanda.goodloe@cbre.com |
| TGoren@mofo.com | WBallaine@lcbf.com |
| thaler@thalergertler.com | wbenzija@halperinlaw.net |
| thomas.califano@dlapiper.com | wchen@tnsj-law.com |
| thomas.ogden@dpw.com | wcurchack@loeb.com |
| Thomas_Noguerola@calpers.ca.gov | wdase@fzwz.com |
| tim.desieno@bingham.com | wfoster@milbank.com |

*LBH MSL Email Service List*

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007