ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Wilmington Trust Company, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Pamela Lewis, being duly sworn, hereby deposes and says:

1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.    On the January 20, 2012, I caused a true and correct copy of the **WILMINGTON TRUST COMPANY, AS TRUSTEE'S (i) OBJECTION to the MOTION PURSUANT TO SECTION 8.4 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS AND SECTIONS 105(a), 502(c) AND 1142(b) OF THE BANKRUPTCY CODE TO ESTIMATE THE AMOUNTS OF CLAIMS FILED BY INDENTURE TRUSTEES ON BEHALF OF ISSUERS OF RESIDENTIAL**

LEGAL02/33083633v1

**MORTGAGE BACKED SECURITIES FOR PURPOSES OF ESTABLISHING RESERVES and (ii) JOINDER TO OBJECTIONS OF VARIOUS OTHER TRUSTEES TO THE SAME** (Docket No. 24483), to be served upon the parties indicated on the attached service list by email and first class mail. All parties registered for the Court's ECF system have received notice of the filing of the objection through the Court's ECF system.

/s/ Pamela Lewis
Pamela Lewis

Sworn to before me this
23rd day of January, 2012

/s// Jeannine Grudzien
Jeannine Grudzien
Notary Public, State of New York
No. 01GR6178877
Qualified in New York County
Commission Expires December 10, 2015

LEGAL02/33083633v1

## SERVICE LIST

**VIA FIRST CLASS MAIL and EMAIL**

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Alfredo R. Perez, Esq.<br>alfredo.perez@weil.com | Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603<br>Attn: Franklin H. Top III, Esq.<br>top@chapman.com |
| Office of the United States Trustee for Region 2<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis, Esq.<br>     Elisabetta G. Gasparini, Esq.<br>     Andrea B. Schwartz, Esq.<br>andrea.b.schwartz@usdoj.gov | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Dennis F. Dunne<br>Evan Fleck, Esq.<br>Dennis O'Donnell, Esq<br>ddunne@milbank.com<br>efleck@milbank.com<br>dodonnell@milbank.com |
| Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775<br>Attn: Jennifer V. Doran, Esq.<br>jdoran@haslaw.com | Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Attn: Christopher M. Desiderio, Esq.<br>cdesiderio@nixonpeabody.com |
| Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569<br>Attn: Sean Connery, Esq.<br>sconnery@pryorcashman.com | Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 S. Seventh Stgreet<br>Minneapolis, MN 55402-3901<br>Attn: Mike Doty, Esq.<br>michael.doty@faegrebd.com |
| Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>Attn: Jason Harbour<br>jharbour@hunton.com | |

LEGAL02/33083633v1