CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
George A. Davis, Esq.

Attorney for Citigroup Inc. and
all of its affiliates, including Citibank, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11

Case No. 08-13555 (JMP)

Jointly Administered

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that George A. Davis hereby requests the withdrawal of his appearance on behalf of Citigroup Inc. and all of its affiliates, including Citibank, N.A., in the above-captioned Chapter 11 proceedings.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Respectfully submitted,

Dated: New York, New York
January 23, 2012

By: */s/ George A. Davis*
George A. Davis, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Attorney for Citigroup Inc. and all of its affiliates, including Citibank, N.A.

USActive 25162486.1