**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                               :    (Jointly Administered)
        Debtors.                               :
                                               :
----------------------------------------------------------------x    Ref. Docket No. 24362

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2012, I caused to be served the "Debtors' Response to Motion of Robert Franz Pursuant to Fed. R. Bankr. P. 9024 Incorporating By Reference Fed. R. Civ. P. 60(b), and Section 105(a) of the Bankruptcy Code for Reconsideration and Reinstatement of Proof of Claim," dated January 17, 2012 [Docket No. 24362], by causing true and correct copies to be:

   a. delivered via electronic mail to the parties listed on the annexed Exhibit A,

   b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
20th day of January, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

LBH Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | arthur.rosenberg@hklaw.com |
| aalfonso@willkie.com | arwolf@wlrk.com |
| abeaumont@fklaw.com | aseuffert@lawpost-nyc.com |
| abraunstein@riemerlaw.com | ashaffer@mayerbrown.com |
| acaton@kramerlevin.com | ashmead@sewkis.com |
| acker@chapman.com | asnow@ssbb.com |
| adam.brezine@hro.com | atrehan@mayerbrown.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| Adiamond@DiamondMcCarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| ahammer@freebornpeters.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| akornikova@lcbf.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| anann@foley.com | Brian.Corey@greentreecreditsolutions.com |
| Andrew.Brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bstrickland@wtplaw.com |
| ann.reynaud@shell.com | btrust@mayerbrown.com |
| anthony_boccanfuso@aporter.com | bturk@tishmanspeyer.com |
| aoberry@bermanesq.com | bwolfe@sheppardmullin.com |
| aostrow@beckerglynn.com | bzabarauskas@crowell.com |
| apo@stevenslee.com | cahn@clm.com |
| aquale@sidley.com | calbert@reitlerlaw.com |
| araboy@cov.com | canelas@pursuitpartners.com |
| arahl@reedsmith.com | carol.weinerlevy@bingham.com |
| arheaume@riemerlaw.com | cbelisle@wfw.com |
| arlbank@pbfcm.com | cbelmonte@ssbb.com |
| arosenblatt@chadbourne.com | cbrotstein@bm.net |

LBH Email Service List

| | |
|---|---|
| cdesiderio@nixonpeabody.com | dbarber@bsblawyers.com |
| cgoldstein@stcwlaw.com | dbaumstein@whitecase.com |
| chammerman@paulweiss.com | dbesikof@loeb.com |
| chardman@klestadt.com | dcimo@gjb-law.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| chipford@parkerpoe.com | ddavis@paulweiss.com |
| chris.donoho@lovells.com | ddrebsky@nixonpeabody.com |
| christopher.schueller@bipc.com | ddunne@milbank.com |
| clarkb@sullcrom.com | deggermann@kramerlevin.com |
| clynch@reedsmith.com | deggert@freebornpeters.com |
| cmontgomery@salans.com | demetra.liggins@tklaw.com |
| cohenr@sewkis.com | deryck.palmer@cwt.com |
| colea@gtlaw.com | dfelder@orrick.com |
| cousinss@gtlaw.com | dflanigan@polsinelli.com |
| cp@stevenslee.com | dgrimes@reedsmith.com |
| cpappas@dilworthlaw.com | dhayes@mcguirewoods.com |
| craig.goldblatt@wilmerhale.com | dheffer@foley.com |
| craig.barbarosh@pillsburylaw.com | diconzam@gtlaw.com |
| crmomjian@attorneygeneral.gov | djoseph@stradley.com |
| cs@stevenslee.com | dkleiner@velaw.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlemay@chadbourne.com |
| cshore@whitecase.com | dlipke@vedderprice.com |
| cshulman@sheppardmullin.com | dludman@brownconnery.com |
| ctatelbaum@adorno.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmurray@jenner.com |
| cward@polsinelli.com | dneier@winston.com |
| cweber@ebg-law.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dove.michelle@dorsey.com |
| dallas.bankruptcy@publicans.com | dowd.mary@arentfox.com |
| daniel.guyder@allenovery.com | dpegno@dpklaw.com |
| dave.davis@isgria.com | draelson@fisherbrothers.com |
| david.bennett@tklaw.com | dravin@wolffsamson.com |
| david.crichlow@pillsburylaw.com | drose@pryorcashman.com |
| david.heller@lw.com | drosenzweig@fulbright.com |
| david.powlen@btlaw.com | drosner@goulstonstorrs.com |
| david.seligman@kirkland.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dshemano@pwkllp.com |
| dbalog@intersil.com | dspelfogel@foley.com |

LBH Email Service List

dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com

ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com

LBH Email Service List

jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com

LBH Email Service List

| | |
|---|---|
| keith.simon@lw.com | lsilverstein@potteranderson.com |
| Ken.Coleman@allenovery.com | lubell@hugheshubbard.com |
| ken.higman@hp.com | lwhidden@salans.com |
| kerry.moynihan@hro.com | mabrams@willkie.com |
| kgwynne@reedsmith.com | MAOFILING@CGSH.COM |
| kiplok@hugheshubbard.com | Marc.Chait@SC.com |
| kkelly@ebglaw.com | margolin@hugheshubbard.com |
| kkolbig@mosessinger.com | mark.bane@ropesgray.com |
| klyman@irell.com | mark.deveno@bingham.com |
| kmayer@mccarter.com | mark.ellenberg@cwt.com |
| kobak@hugheshubbard.com | mark.ellenberg@cwt.com |
| korr@orrick.com | mark.sherrill@sutherland.com |
| kovskyd@pepperlaw.com | martin.davis@ots.treas.gov |
| kpiper@steptoe.com | Marvin.Clements@ag.tn.gov |
| kressk@pepperlaw.com | matt@willaw.com |
| KReynolds@mklawnyc.com | matthew.klepper@dlapiper.com |
| krosen@lowenstein.com | maustin@orrick.com |
| kuehn@bragarwexler.com | max.polonsky@skadden.com |
| kurt.mayr@bgllp.com | mbenner@tishmanspeyer.com |
| lacyr@sullcrom.com | mberman@nixonpeabody.com |
| Landon@StreusandLandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mbienenstock@dl.com |
| lathompson@co.sanmateo.ca.us | mbloemsma@mhjur.com |
| lberkoff@moritthock.com | mbossi@thompsoncoburn.com |
| Lee.Stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mccombst@sullcrom.com |
| lhandelsman@stroock.com | mcordone@stradley.com |
| linda.boyle@twtelecom.com | mcto@debevoise.com |
| lisa.ewart@wilmerhale.com | mcyganowski@oshr.com |
| lisa.kraidin@allenovery.com | mdahlman@kayescholer.com |
| LJKotler@duanemorris.com | mdorval@stradley.com |
| lkatz@ltblaw.com | melorod@gtlaw.com |
| lmarinuzzi@mofo.com | meltzere@pepperlaw.com |
| Lmay@coleschotz.com | metkin@lowenstein.com |
| lmcgowen@orrick.com | mfeldman@willkie.com |
| lml@ppgms.com | mgordon@briggs.com |
| lnashelsky@mofo.com | mgreger@allenmatkins.com |
| loizides@loizides.com | mh1@mccallaraymer.com |
| lromansic@steptoe.com | mharris@smsm.com |
| lscarcella@farrellfritz.com | mhopkins@cov.com |
| lschweitzer@cgsh.com | michael.frege@cms-hs.com |

LBH Email Service List

| | |
|---|---|
| michael.kelly@monarchlp.com | newyork@sec.gov |
| michael.kim@kobrekim.com | nfurman@scottwoodcapital.com |
| michael.mccrory@btlaw.com | Nherman@morganlewis.com |
| michael.reilly@bingham.com | nissay_10259-0154@mhmjapan.com |
| millee12@nationwide.com | nlepore@schnader.com |
| miller@taftlaw.com | notice@bkcylaw.com |
| mimi.m.wong@irscounsel.treas.gov | oipress@travelers.com |
| mitchell.ayer@tklaw.com | omeca.nedd@lovells.com |
| mjacobs@pryorcashman.com | otccorpactions@finra.org |
| mjedelman@vedderprice.com | paronzon@milbank.com |
| MJR1@westchestergov.com | patrick.oh@freshfields.com |
| mkjaer@winston.com | paul.turner@sutherland.com |
| mlahaie@akingump.com | pbattista@gjb-law.com |
| MLandman@lcbf.com | pbosswick@ssbb.com |
| mlichtenstein@crowell.com | pdublin@akingump.com |
| mlynch2@travelers.com | peisenberg@lockelord.com |
| mmendez@hunton.com | peter.gilhuly@lw.com |
| mmooney@deilylawfirm.com | peter.macdonald@wilmerhale.com |
| mmorreale@us.mufg.jp | peter.simmons@friedfrank.com |
| mneier@ibolaw.com | peter@bankrupt.com |
| monica.lawless@brookfieldproperties.com | pfeldman@oshr.com |
| mpage@kelleydrye.com | phayden@mcguirewoods.com |
| mparry@mosessinger.com | pmaxcy@sonnenschein.com |
| mpomerantz@julienandschlesinger.com | ppascuzzi@ffwplaw.com |
| mprimoff@kayescholer.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrain-gutierrez@kaplanlandau.com |
| mruetzel@whitecase.com | ptrostle@jenner.com |
| mschimel@sju.edu | pwright@dl.com |
| mschlesinger@julienandschlesinger.com | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msiegel@brownrudnick.com | rajohnson@akingump.com |
| msolow@kayescholer.com | ramona.neal@hp.com |
| mspeiser@stroock.com | ranjit.mather@bnymellon.com |
| mstamer@akingump.com | raul.alcantar@ropesgray.com |
| mvenditto@reedsmith.com | rbeacher@pryorcashman.com |
| mwarren@mtb.com | rbyman@jenner.com |
| ncoco@mwe.com | rdaversa@orrick.com |
| neal.mann@oag.state.ny.us | relgidely@gjb-law.com |
| ned.schodek@shearman.com | rfleischer@pryorcashman.com |
| neilberger@teamtogut.com | rfrankel@orrick.com |

LBH Email Service List

rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com

LBH Email Service List

| | |
|---|---|
| sskelly@teamtogut.com | vrubinstein@loeb.com |
| steele@lowenstein.com | walter.stuart@freshfields.com |
| stephen.cowan@dlapiper.com | wanda.goodloe@cbre.com |
| steve.ginther@dor.mo.gov | WBallaine@lcbf.com |
| steven.troyer@commerzbank.com | wbenzija@halperinlaw.net |
| steven.wilamowsky@bingham.com | wchen@tnsj-law.com |
| Streusand@StreusandLandon.com | wcurchack@loeb.com |
| susan.schultz@newedgegroup.com | wdase@fzwz.com |
| susheelkirpalani@quinnemanuel.com | wfoster@milbank.com |
| sweyl@haslaw.com | william.m.goldman@dlapiper.com |
| swolowitz@mayerbrown.com | wiltenburg@hugheshubbard.com |
| szuch@wiggin.com | wisotska@pepperlaw.com |
| tannweiler@greerherz.com | wk@pwlawyers.com |
| tarbit@cftc.gov | wmaher@wmd-law.com |
| tbrock@ssbb.com | wmarcari@ebglaw.com |
| tdewey@dpklaw.com | wmckenna@foley.com |
| tduffy@andersonkill.com | woconnor@crowell.com |
| teresa.oxford@invescoaim.com | wsilverm@oshr.com |
| TGoren@mofo.com | wswearingen@llf-law.com |
| thaler@thalergertler.com | wtaylor@mccarter.com |
| thomas.califano@dlapiper.com | wweintraub@fklaw.com |
| thomas.ogden@dpw.com | wzoberman@bermanesq.com |
| Thomas_Noguerola@calpers.ca.gov | yamashiro@sumitomotrust.co.jp |
| tim.desieno@bingham.com | YUwatoko@mofo.com |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmarrion@haslaw.com | |
| tnixon@gklaw.com | |
| toby.r.rosenberg@irscounsel.treas.gov | |
| tony.davis@bakerbotts.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |
| Villa@StreusandLandon.com | |
| vmilione@nixonpeabody.com | |

jeanites@whiteandwilliams.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| SEDGWICK M. JEANITE | 12128684846 |
| UST-DAVIS,GASPA,SCHW | 12126682255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

SEDGWICK M. JEANITE, ESQ.
WHITE AND WILLIAMS LLP
ONE PENN PLAZA
250 W. 34TH STREET, SUITE 4110
NEW YORK, NY 10119-4115