**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                           :     Chapter 11 Case No.
                                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*     :     08-13555 (JMP)
                                                                                       :
                    Debtors.                                              :     (Jointly Administered)
                                                                                       :
---------------------------------------------------------------x

**NINTH SUPPLEMENTAL DECLARATION OF P. ERIC SIEGERT IN SUPPORT OF**
**APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR ORDER, UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR.**
**P. 2014 AND 5002, AND S.D.N.Y. LBR 2014-1, AUTHORIZING RETENTION**
**AND EMPLOYMENT OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.**

STATE OF NEW YORK         )
                                                  :  ss.:
COUNTY OF NEW YORK    )

P. ERIC SIEGERT, being duly sworn, says:

1. I am a Senior Managing Director of the firm of Houlihan Lokey Howard & Zukin Capital, Inc. ("Houlihan"). I am duly authorized to make this ninth supplemental declaration (the "Ninth Supplemental Declaration") on behalf of Houlihan.

2. I submit this Ninth Supplemental Declaration to the original declaration (the "Declaration") that I submitted in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors," and together with their non-debtor affiliates, "Lehman"), for an order (the "Retention Order"), under 11 U.S.C. §§ 328(a) and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 2014 and 5002, and Local Bankruptcy Rule 2014-1, authorizing the employment and retention of Houlihan as

investment bankers to the Committee (the "Application"). The Retention Order was entered on December 17, 2008.

3. Unless otherwise stated in this Ninth Supplemental Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[1]

### Houlihan's Connections with Parties in Interest

4. In the Declaration, I stated that Houlihan searched all current engagements for known relationships or interests with the Debtors and non-Debtor affiliates. A full list of identified ongoing Houlihan advisory engagements with some level of known involvement by the Debtors and/or affiliates of the Debtors was detailed on Exhibit C attached to the Declaration. On December 10, 2008, December 23, 2008, February 27, 2009, March 31, 2009, April 22, 2009, January 22, 2010, May 25, 2010, and September 20, 2010, I submitted supplemental declarations (the "First Supplemental Declaration," "Second Supplemental Declaration," "Third Supplemental Declaration," "Fourth Supplemental Declaration," "Fifth Supplemental Declaration," "Sixth Supplemental Declaration," "Seventh Supplemental Declaration," and "Eighth Supplemental Declaration," respectively, collectively the "Supplemental Declarations"), identifying on Exhibits C1, C2, C3, C4, C5, C6, and C7, respectively, attached thereto additional engagements with some level of involvement by the Debtors and/or their affiliates. Since the submission of the Supplemental Declarations, I have become aware that Houlihan has been engaged to provide additional services unrelated to the Debtors' Chapter 11 Cases for various investments and/or entities with some level of involvement with Lehman and/or its affiliates. Exhibit "C8" attached hereto details such engagements.

---

[1] Certain of the disclosures set forth herein relate to matters within the knowledge of other employees at Houlihan and are based on information provided by them.

2

5.     Houlihan does not believe that the matters listed on Exhibit C8 create any material conflicts with Houlihan's role as advisor to the Committee.  Moreover, in accordance with the engagement letter between the Committee and Houlihan dated September 17, 2008 (attached to the Application as Exhibit B), these matters have been disclosed to the Committee and the Committee has no objection to Houlihan continuing to work on this matter.  From time to time, and to the extent appropriate, Houlihan will "wall off" employees working on engagements with a Lehman-related relationship from either any information relating to the relevant engagement/Lehman interest received in the course of our representing the Committee or from activities undertaken and information received by Houlihan in the Debtors' Chapter 11 Cases. Specifically, Houlihan will recuse itself from directly assisting or advising Lehman with respect to Company I's loan transactions as described in Exhibit C8, as well as from assisting or advising Company I with respect to the negotiation, resolution or adjudication of disputes solely between Company I and Lehman.

6.     Houlihan is carrying on further inquiries of its professionals with respect to the matters contained herein.  From time to time, Houlihan will undertake supplemental conflicts checks and file supplemental affidavits regarding its retention if any additional relevant information comes to its attention.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2012

_____
P. Eric Siegert

**Exhibit C8**                                                                                                                                          Page 1

**Lehman Brothers Holdings Inc.**
**Current Houlihan Advisory Engagement with Lehman Involvement**

| Client | Houlihan Role | Current Lehman Role [2] |
|---|---|---|
| 1. Company H | Creditor Advisor to ad hoc group of municipal bondholders that hold approximately 2% of the claims against a segregated account held by Company H | Company H has filed a claim against Lehman, along with other financial institutions, for remediation of reps and warranties pertaining to RMBS insurance. Company H is currently being managed by a third party regulator. |
| 2. Company I | Company Advisor (Financial advisor in connection with a financial restructuring) | Lehman currently holds approximately $250 million of Company I's secured debt, which equates to approximately 10% of the outstanding principal. |
| 3. LBHI | Financial advisor to Lehman in connection to a real estate investment with a joint venture partner | N/A |
| 4. Company K | Creditor Advisor (Financial advisor for 2nd lien steering committee) | Lehman holds approximately $5 million of Company K's 1st lien (1.5% of the total outstanding of $350 million) and just over 25% of Company K's 2nd lien debt (total outstanding of $200 million). |
| 5. Company L | Company Advisor (Financial advisors in connection with an amendment to bank facility and subordinated debt) | Lehman owns $40 million of Company L's mezzanine notes (approximately 55% of issuance) and holds just under 2% of the equity in Company L. |

---

[2] Some of these Lehman positions may now, or in the future, be subject to sale or other commitments.