KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212 556-2100
Facsimile: 212 556-2222
*Attorneys for HD Supply, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*<br><br>Debtors. | **Chapter 11 Case No.**<br><br>**08-13555 (JMP)**<br><br>**(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF HD
SUPPLY, INC. TO ASSUMPTION OF EXECUTORY CONTRACTS**

HD Supply, Inc., by and through its undersigned counsel, hereby withdraws the *Limited Objection of HD Supply, Inc. to Assumption of Executory Contracts* [Doc. No. 22203] filed with the Court on November 16, 2011.

[*Text Continued On Following Page*]

Dated: January 23, 2012
      New York, New York

                                     KING & SPALDING LLP

                                     By: /s/ Heath D. Rosenblat
                                        Heath D. Rosenblat
                                   King & Spalding LLP
                                   1185 Avenue of the Americas
                                   New York, NY 10036
                                   (212) 556-2100 telephone
                                   (212) 556-2222 facsimile

                                               and

                                       Harris Winsberg
                                   King & Spalding LLP
                                   1180 Peachtree Street
                                   Atlanta, GA 30309
                                   Telephone: 404 572-4605
                                   Facsimile: 404 572-5100

                                   *Attorneys for HD Supply, Inc.*

KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212 556-2100
Facsimile: 212 556-2222
*Attorneys for HD Supply, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**Certificate of Service**

The undersigned certifies that a copy of the *Notice of Withdrawal of Limited Objection of HD Supply to Assumption of Executory Contracts* has been served *via* first-class mail, postage prepaid, on the following parties:

United States Bankruptcy Court
Southern District of New York
Attn: Hon. James M. Peck
United States Bankruptcy Judge
One Bowling Green, Courtroom 601
New York, New York 10004

Weil Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis
O'Donnell, Esq., and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Office of United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Elizabeth
Gasparini, Esq. and Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

KING & SPALDING LLP

/s/ Heath D. Rosenblat
Heath D. Rosenblat
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212 556-2124
Facsimile: 212 556-2222

*Attorneys for HD Supply, Inc.*

DMSLIBRARY01-18099772.1                                            4