# LEHMAN BROTHERS

July 7, 2009

Caisse des Depots et Consignations
56 rue de Lille
75356 Paris
Cedex 07
France
Attn: Service FMP 20/Back Office Monetaire, Didier Le Brazidec, Claire Fiorucci

Dear Sir or Madam:

Reference is hereby made to your communication to Lehman Brothers Special Financing Inc. ("Lehman") (the "Settlement Amount Notice") with respect to the ISDA Master Agreement (the "Master Agreement") dated as of July 29, 1994 between you and Lehman. Terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Master Agreement.

In the Settlement Amount Notice, you state that an amount is either due to or from Lehman as a result of your termination of the Transaction(s) under the Master Agreement. Please be advised that we are receiving a large number of these communications and are unable at this time to verify or agree the calculations in the Settlement Amount Notice. Accordingly, Lehman's receipt of the Settlement Amount Notice shall not be deemed to represent Lehman's agreement to the calculations set forth therein. Notwithstanding, Lehman hereby demands payment of any amounts ("Lehman Receivables") you claim are owing to Lehman without prejudice to Lehman's right to verify or dispute the accuracy of those amounts. Settlement instructions are enclosed herewith.

Kindly note that Section 6(d)(ii) of the Master Agreement requires Lehman Receivables to be paid on the day that the Settlement Amount Notice is effective. Interest on Lehman Receivables accrues at the Default Rate (as defined in the Master Agreement to be equal to the rate per annum of the cost to Lehman of funding such amounts, which Lehman has determined to be overnight LIBOR plus 1250 basis points, plus 1%).

This letter is sent without prejudice or limitation to any rights or remedies Lehman may have under any agreement(s) or other document(s) related to the Master Agreement or the Transaction(s) or applicable law and Lehman hereby reserves all rights and remedies under such agreement(s), document(s) and applicable law. Nothing herein shall be construed as an admission of any fact or the establishment of any position by or on behalf of Lehman.

Further correspondence on this matter may be directed to:

Lehman Brothers
1271 Sixth Avenue, 40th Floor
New York, New York 10020
Attn: Locke R. McMurray
Tel. 212-526-7186
Locke.McMurray@lehman.com.

Very truly yours,


LEHMAN BROTHERS SPECIAL FINANCING INC.



