**BINGHAM MCCUTCHEN LLP**

399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378

One Federal Street
Boston, MA 02110-1726
Tel: 617-951-8000
Fax: 617-951-8736

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**SEVENTH AMENDED VERIFIED STATEMENT OF
BINGHAM MCCUTCHEN LLP PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Bingham McCutchen LLP ("Bingham") makes the following statement (this "Statement") in connection with the jointly administered chapter 11 cases and adversary proceedings in connection with such cases (collectively, the "Cases") of the above-captioned debtors (collectively, the "Debtors").

1. Bingham currently represents and has appeared in the Cases on behalf of the entities whose names and addresses are listed on Exhibit A hereto (the "Entities").

2. Each of the Entities may hold claims against and/or interests in the Debtors, and/or may be the respondent, or prospective respondent, to claims asserted by the Debtors, arising from contracts or other business relationships with the Debtors.

A/74653555.3

3.  Where applicable, the specific nature and amounts of the claims held by the Entities are set forth in proofs of claims filed against the Debtors' estates, all of which proofs of claim, on information and belief, are posted on the Debtors' on-line claims registry. In addition, the specific nature and amounts of any relevant claims asserted by the Debtors against the Entities appear in the docket of the Cases.

4.  The Entities may hold claims against and/or interests in the Debtors, and/or may be the respondent, or prospective respondent, to claims asserted by the Debtors, that are outside the scope of Bingham's representation of such Entities.

5.  Bingham represented the majority of the Entities, or one or more affiliates of the Entities, prior to the commencement of the Cases. Each of the Entities separately requested that Bingham represent it in connection with the Cases. Bingham also represents the majority of the Entities in matters unrelated to the Cases.

6.  In connection with the Cases, Bingham also represents or has represented other parties in interest, including banks, hedge funds, insurance companies, investment managers, and businesses, that are not included in this Statement because they do not currently intend to appear in the Cases or because such representations have concluded.

7.  McKee Nelson LLP, which combined with Bingham in 2009, performed certain legal services for the Debtors pre-petition, and Bingham has filed proofs of claim against the Debtors in connection with such legal services.

8.  Bingham serves as special counsel to the Debtors in connection with tax and other matters. See Affidavit of Raj Madan on Behalf of Bingham McCutchen pursuant to Federal Rule of Bankruptcy Procedure 2014, filed on or about August 1, 2009 [docket no. 4636] (most recently amended on or about June 1, 2011 [docket no. 17278]). Bingham is being compensated

A/74653555.3                           2

for such post-petition services.

9. This Statement is filed strictly to comply with Bankruptcy Rule 2019, and nothing contained herein shall prejudice the claims, rights or remedies of Bingham or any of the Entities.

10. Bingham will amend or supplement this Statement as necessary.

Dated: New York, New York
January 24, 2012

**BINGHAM MCCUTCHEN LLP**

By: /s/ Joshua Dorchak
Jeffrey S. Sabin
jeffrey.sabin@bingham.com
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, NY  10022-4689
Tel:  212-705-7000
Fax:  212-752-5378

-and-

Edwin E. Smith
edwin.smith@bingham.com
Sabin Willett (pro hac vice)
sabin.willett@bingham.com
One Federal Street
Boston, MA  02110-1726
Tel: 617-951-8000
Fax: 617-951-8736

A/74653555.3                           3

**Exhibit A**

Bank of America, N.A.
One Bryant Park
New York, NY  10036

DB Energy Trading LLC
Deutsche Bank AG
Deutsche Bank Securities Inc.
60 Wall Street
New York, NY  10005

Financial Services Compensation Scheme Limited
7th Floor, Lloyds Chambers
Portsoken Street
London  E1 8BN
England

Harbinger Capital Partners Master Fund I, Ltd.
Harbinger Capital Partners Special Situations Fund L.P.
450 Park Avenue, 30th Floor
New York, NY  10022

High River Limited Partnership
Icahn Partners LP
Icahn Partners Master Fund LP
Icahn Partners Master Fund II LP
Icahn Partners Master Fund III LP
767 Fifth Avenue, 47th Floor
New York, NY  10153

ICM Business Trust
c/o Ionic Capital Management LLC
366 Madison Avenue, 9th Floor
New York, NY  10017

Certain JPM Funds
[*see Schedule 1 hereto*]

The Lincoln National Life Insurance Company
100 North Greene Street
Greensboro, NC  27401

Metropolitan Life Insurance Company
MetLife Insurance Company of Connecticut
New England Life Insurance Company
General American Life Insurance Company
10 Park Avenue
PO Box 1902
Morristown, NJ  07962

Putnam Investments LLC
One Post Office Square
Boston, MA  02110

State Street Bank and Trust Company
One Lincoln Street
Boston, MA  02111

UBS AG
UBS Financial Services Inc.
UBS Securities LLC
1285 Avenue of the Americas
New York, NY  10019

Wells Fargo Bank Northwest, N.A.
(as Indenture Trustee)
299 South Main Street, 12th Floor
Salt Lake City, UT  84111

Schedule 1

List of JPM Funds

| Funds: | Address: Care of: |
|---|---|
| JF Japan Small Stock Open<br><br>JF Japan Tactical Investment Mother Fund<br><br>JF Japan Open<br><br>JF E-Frontier Open<br><br>JF Japan Discovery Fund<br><br>JPM Japan Active Bond Mother Fund<br><br>JF The Japan<br><br>JF Smaller Co. Equity Open<br><br>JF Pension Mother Fund — Japanese Equity Portfolio<br><br>JF Pension Fund — Japanese Bond Portfolio | JPMorgan Asset Management (Japan) Limited<br>Tokyo Building<br>7-3, Maronouchi 2-chome<br>Chiyoda-ku, Tokyo  100-6432<br>Japan |
| **Funds:** | **Address:  Care of:** |
| JPMorgan Funds — Global Convertibles Fund (EUR)<br><br>JPMorgan Investment Funds — Europe Short Duration Fund<br><br>JPMorgan Investment Funds — Global Capital Preservation Fund (EUR)<br><br>JPMorgan Funds — Europe Aggregate Plus Bond Fund | JPMorgan Asset Management (UK) Limited<br>Finsbury Dials<br>20 Finsbury Street<br>London  EC2Y 9AQ<br>United Kingdom |
| **Funds:** | **Address:  Care of:** |
| Commingled Pension Trust Fund (Intermediate Bond) of JPMorgan Chase Bank, N.A.<br><br>Commingled Pension Trust Fund (Intermediate Credit) of JPMorgan Chase Bank, N.A.<br><br>Commingled Pension Trust Fund (Intermediate Public Bond) of JPMorgan Chase Bank, N.A.<br><br>JPMorgan Fixed Income Opportunity Institutional Fund, LTD.<br><br>JPMorgan Real Return Fund, a series of JPMorgan Trust I | JPMorgan Investment Management, Inc.<br>JPMorgan Chase & Co.<br>Suite 4P - Mail Code OH1-0152<br>1111 Polaris Parkway<br>Columbus, OH  43240 |

| | A-4 |
|---|---|
| JPMorgan Short Term Bond Fund II, a series of J.P. Morgan Mutual Fund Group | |
| Commingled Pension Trust Fund (Emerging Markets Opportunity — Fixed Income) of JPMorgan Chase Bank, N.A. | |
| JPMorgan Core Plus Bond Fund, a series of JPMorgan Trust II | |
| JPMorgan Diversified Fund, a series of JPMorgan Trust I | |
| JPMorgan Insurance Trust Core Bond Portfolio, a series of JPMorgan Insurance Trust | |
| Commingled Pension Trust Fund (Emerging Markets — Fixed Income) of JPMorgan Chase Bank, N.A. | |
| JPMorgan Emerging Markets Debt Fund, a series of JPMorgan Trust I | |
| JPMorgan Core Bond Trust, a series of JPMorgan Institutional Trust | |
| JPMorgan Core Bond Fund, a series of JPMorgan Trust II | |
| JPMorgan Distressed Debt Master Fund, Ltd. | |
| Commingled Pension Trust Fund (Core Bond) of JPMorgan Chase Bank, N.A. | |
| JPMorgan Absolute Return Credit Master Fund, Ltd. | |
| JPMorgan Total Return Fund, a series of JPMorgan Trust I | |
| JPMorgan Funds — Global Aggregate Bond Fund | |
| JPMorgan Funds — US Aggregate Bond Fund | |
| JPMorgan Investment Funds — Global Bond Fund (EUR) | |
| JPMorgan Investment Funds — Global Bond Fund (USD) | |
| JPMorgan Investment Funds — Global Enhanced Bond Fund | |
| JPMorgan Investment Funds — Highbridge Statistical Market Neutral Fund | |
| JPMorgan Investment Funds — US Bond Fund | |
| JPMorgan Tokyo Fund — JPM Japan GTA Fund | |
| JPM Emerging Sovereign Open Mother Fund | |

| | A-5 |
|---|---|
| JPMorgan Investment Funds — Income Opportunity Fund | |
| Commingled Pension Trust Fund (Subdivised Fixed Income - W) of JPMorgan Chase Bank, N.A. | |
| JPMorgan Funds — Emerging Markets Debt Fund | |
| JPMorgan Fixed Income Opportunity Master Fund, L.P. | |
| JPMorgan Intermediate Bond Trust, a series of JPMorgan Institutional Trust | |
| JPMorgan Limited Duration Bond Fund (formerly known as JPMorgan Ultra Short Duration Bond Fund), a series of JPMorgan Trust II | |
| JPMorgan Short Duration Bond Fund, a series of JPMorgan Trust II | |
| JPMorgan Mortgage-Backed Securities Fund Trust | |
| Commingled Pension Trust Fund (Corporate High Yield) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Long Credit) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Long Duration Investment Grade) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Long Duration Plus) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Public Bond) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Mortgage Private Placement) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Market Plus Bond) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Fixed Income Relative Value 4% VAR) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Enhanced Cash) of JPMorgan Chase Bank, N.A. | |
| Commingled Pension Trust Fund (Extended Duration) of JPMorgan Chase Bank, N.A. | |
| JPM Emerging Sovereign Open Mother Fund | |

| **Funds:** | **Address:  Care of:** |
|---|---|
| JPMorgan Funds — JF Japan Equity Fund<br><br>JPMorgan Fleming Japanese Smaller Companies Investment Trust plc<br><br>JF SAR Japan Fund<br><br>JF Japan Technology Fund<br><br>JPMorgan Funds — JF Japan Small Cap Fund<br><br>JPMorgan Fund ICVC — JPM Institutional Japan Fund | JF Asset Management Limited<br>21st Floor, Chater House<br>8 Connaught Road Central<br>Hong Kong |
| **Funds:**<br><br>HB Quantitative Equity Strategies Limited<br><br>Highbridge Convertible Arbitrage Master Fund, L.P.<br><br>Highbridge Statistically Enhanced Equity Master Fund — Europe, L.P.<br><br>Highbridge International LLC<br><br>Contrarian Value, L.P.<br><br>Cobra LLC<br><br>Smithfield Fiduciary LLC<br><br>Highbridge Asia Opportunity Master Fund, L.P. | **Address:  Care of:**<br><br>Highbridge Capital Management, LLC<br>9 West 57th Street<br>New York, NY  10019 |