WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                    :
**In re**                                                           :   **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   **08-13555 (JMP)**
                                                                    :
                        **Debtors.**            :   **(Jointly Administered)**
                                                                    :
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION
PURSUANT TO SECTION 8.4 OF THE MODIFIED
THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN
BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS
AND SECTIONS 105(A), 502(C) AND 1142(B) OF THE BANKRUPTCY
CODE TO ESTIMATE THE AMOUNTS OF CLAIMS FILED BY INDENTURE
TRUSTEES ON BEHALF OF ISSUERS OF RESIDENTIAL MORTGAGE-BACKED
SECURITIES FOR PURPOSES OF ESTABLISHING RESERVES AS IT RELATES TO
WELLS FARGO BANK, N.A AND BANK OF AMERICA, N.A., AND NOTICE OF
ADJOURNMENT AS IT RELATES TO DEUTSCHE BANK NATIONAL TRUST
COMPANY, HSBC BANK USA, N.A. AND WILMINGTON TRUST COMPANY**

**PLEASE TAKE NOTICE** that the *Motion Pursuant to Section 8.4 of the*

*Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its*

*Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate*

*the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-*

*Backed Securities for Purposes of Establishing Reserves*, filed on January 12, 2012 [ECF No.

24254] (the "Motion"), is hereby withdrawn without prejudice solely with respect to Wells Fargo

Bank, N.A. and Bank of America, N.A., both in their capacity as a trustee or an indenture trustee

for trusts that issued residential mortgage-backed securities.

         **PLEASE TAKE NOTICE** that the hearing on the Motion which was scheduled

for January 26, 2012, at 10:00 a.m., **has been adjourned to February 15, 2012, at 10:00 a.m.**,

or as soon thereafter as counsel may be heard, solely with respect to the following parties:

Deutsche Bank National Trust Company, HSBC Bank USA, N.A., and Wilmington Trust

Company,[1] each in their capacity as a trustee or an indenture trustee for trusts that issued

residential mortgage-backed securities.  The hearing on the Motion will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be

further adjourned from time to time without further notice other than an announcement at the

hearing.


Dated:  January 24, 2012
       New York, New York

                         /s/ Alfredo R. Pérez
                         Alfredo R. Pérez
                         WEIL, GOTSHAL & MANGES LLP
                         700 Louisiana Street, Suite 1600
                         Houston, Texas  77002
                         Telephone: (713) 546-5000
                         Facsimile: (713) 224-9511

                         Attorneys for Debtors
                         and Debtors in Possession

---

[1] The Motion is solely withdrawn with respect to Wilmington Trust in its capacity as a trustee relating to the following proofs of claim numbers referenced in the Motion:  16382, 20420, 21103, 21105, 21104, 21107, 21106, 21114, 21115, 21112, 21113, 21111, 21110, 21116, 21117, 21118, 21119, 21120, 21121, 21122, 21123, 21124, 21125, 21126, 21127, 21129, 66525, 21130, 21131, 21132, 21133, and 21134.