REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    Case No. 08-13555 (JMP)
                                                           :    (Jointly Administered)
                                    Debtors.               :
                                                           :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Financial Products Inc. 08-13902 (JMP) |
| **Creditor Name and Address:** | TIAA Structured Finance CDO I, Limited c/o The Bank of New York Mellon Trust Company, N.A. Default Administration Group 101 Barclay Street New York, NY 10286 |
| **Court Claim Number:** | 26002 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

The Bank of New York Mellon Trust Company, N.A. hereby gives notice of the withdrawal the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Bank of New York Mellon Trust Company, N.A. hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: January 20, 2012          The Bank of New York Mellon Trust Company, N.A.

                                 By: _____
                                     Name: Gary Bush
                                     Title: Agent