**SAUL EWING LLP**
Adam H. Isenberg, Esq. (AI9497)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853

*Attorney for the Pennsylvania*
*Convention Center Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 30537**
**OF THE PENNSYLVANIA CONVENTION CENTER AUTHORITY**

PLEASE TAKE NOTICE that the Pennsylvania Convention Center Authority, by and through its undersigned attorneys, hereby withdraws proof of claim number 30537, dated September 21, 2009, filed against debtor Lehman Brothers Holdings, Inc.

Dated: January 24, 2012                **SAUL EWING LLP**

By: */s/ Adam H. Isenberg*
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853

*Attorneys for the Pennsylvania*
*Convention Center Authority*

1366141.1 1/24/12