

J. Michael Kelly
T: +1 415 693 2076
kellyjm@cooley.com

VIA ECF

January 23, 2012

Clerk of the Court
Southern District of New York
U.S. Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

**RE: In re Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555-jmp**

Dear Sir or Madam:

    Please remove my name and address (kellyjm@cooley.com) from the electronic service list in the above-referenced case, as I am no longer involved with this case and do not wish to receive electronic ECF notices for this case.

Sincerely,

J. Michael Kelly

JMK/ktc

1252631 v1/SF