WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |
|---|---|
| **In re** | : Chapter 11 Case No. |
|  | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |

------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON JANUARY 26, 2012**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), filed the following omnibus claims objections (collectively, the "Claims

Objections") with the Court for hearing on January 26, 2012:

(a)    Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 21741]**

(b)    Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23242]**

(c)    Debtors' Two Hundred Thirty-Ninth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 23244]**

(d)    Debtors' Two Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 23246]**

(e)    Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23247]**

(f)    Debtors' Two Hundred Forty-Second Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 23248]**

(g)    Debtors' Two Hundred Forty-Third Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 23249]**

(h)    Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23250]**

(i)    Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims) **[ECF No. 23251]**

(j)    Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 23253]**

2.    In accordance with the Second Amended Case Management Order, the Debtors established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses.  The Response Deadlines have been extended for certain creditors from time to time.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included Exhibit 1 to any of the Orders attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted.  Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors, by holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims Objections as to any proof of claim for which a response was either filed on the docket or received by the Debtors, and which objection has not been resolved, has been adjourned to a future date.

4.      Accordingly, the Debtors respectfully request that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through J, which, except for the inclusion of additional language to indicate that such order is supplemental to a previously entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: January 25, 2012
        New York, New York

                            /s/ Robert J. Lemons
                            Robert J. Lemons

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000

43909229-1

Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A
**(Proposed Order – ECF No. 21741)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                          :        Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                               :
                        Debtors.                             :        (Jointly Administered)
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING
### DEBTORS' TWO HUNDRED THIRTY-THIRD OMNIBUS
### OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred thirty-third omnibus objection to claims, dated November

8, 2011 (the "Two Hundred Thirty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the No Liability Derivatives Claims on the grounds that they assert claims for

which the Debtors have no liability, all as more fully described in the Two Hundred Thirty-Third

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Thirty-Third

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for

the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the

claimants listed on Exhibit A attached to the Two Hundred Thirty-Third Omnibus Objection to

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims.

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Thirty-Third Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Thirty-Third Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to February 22, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Thirty-Third Omnibus Objection to Claims

with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 and Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Thirty-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii)

any claim listed on Exhibit A annexed to the Two Hundred Thirty-Third Omnibus Objection to

Claims that is not listed on Exhibit 1 annexed to the *Order Granting Debtors' Two Thirty-Third*

*Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 23665]; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | BANK SARASIN & CO LTD C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22808 | $578,051.03 | No Liability Claim |
| 2 | BANK SARASIN & CO LTD C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22809 | $200,947.86 | No Liability Claim |
| 3 | BANK SARASIN & CO LTD C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22811 | $578,051.03 | No Liability Claim |
| 4 | BANK SARASIN & CO LTD C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH, SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22957 | $200,947.86 | No Liability Claim |
| 5 | EVERGREEN SOLAR, INC. ATTN: CHRISTIAN M. EHRBAR 138 BARTLETT STREET MARLBOROUGH, MA 01752 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28006 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $1,557,997.78 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON, MA 02116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21852 | $22,635,513.41 | No Liability Claim |
| 2 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23644 | Undetermined | No Liability Claim |
| 3 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23645 | Undetermined | No Liability Claim |
| 4 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/16/2009 | 65580 | $13,423,051.72* | No Liability Claim |
| 5 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65581 | $13,423,051.72* | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|-------------------------------|
| 6 | EVERGREEN SOLAR, INC. ATTN: CHRISTIAN M. EHRBAR 138 BARTLETT STREET MARLBOROUGH, MA 01752 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28007 | Undetermined | No Liability Claim |
| 7 | INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE, TN 37205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24608 | $128,547.88* | No Liability Claim |
| 8 | JENNERS POND C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD, PA 19004-1725 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 34298 | $826,841.00 | No Liability Claim |
| 9 | JENNERS POND ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD, PA 19004-1725 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34299 | $826,841.00 | No Liability Claim |
| 10 | MAGNETAR CONSTELLATION MASTER FUND LTD MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON, IL 60201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12700 | $20,130,595.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | MAGNETAR CONSTELLATION MASTER FUND, LTD C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON, IL 60201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/15/2009 | 12722 | $20,130,595.00 | No Liability Claim |
| 12 | PRIMUS CLO I LTD C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-2002 CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 01/30/2009 | 2282 | $8,400,000.00* | No Liability Claim |
| 13 | PRIMUS CLO I LTD C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-2002 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2283 | $8,400,000.00* | No Liability Claim |
| 14 | SMURFIT KAPPA ACQUISITIONS F/K/A JSG ACQUISTITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL DUBLIN, 4 IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15914 | $567,457.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | SOUTHERN PACIFIC SECURITIES 05-1 PLC C/O CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON, EC4N 7HE UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28740 | $86,513.76* | No Liability Claim |
| 16 | SOUTHERN PACIFIC SECURITIES 05-1 PLC CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON, EC4N 7HE UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28828 | $86,513.76* | No Liability Claim |
| 17 | TUDOR BVI GLOBAL PORTFOLIO L.P., THE TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH, CT 06831 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 27668 | $299,947.80* | No Liability Claim |
| 18 | TURKIYE SINAI KALKINMA BANKASI AS ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL, TURKEY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 15806 | $1,127,080.00* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | ZWINGER OPCO 6BV C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM, 1077 XX NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26679 | $1,262,060.00* | No Liability Claim |
| | | | | | TOTAL | $111,754,609.05 | |

# EXHIBIT B
**(Proposed Order – ECF No. 23242)**

43909229-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| In re | :      **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :      **08-13555 (JMP)** |
| | : |
| **Debtors.** | :      **(Jointly Administered)** |

----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

Upon the two hundred thirty-eighth omnibus objection to claims, dated December 12, 2011 (the "Two Hundred Thirty-Eighth Omnibus Objection to Claims"),[2] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the Late-Filed Claims on the basis that they were filed after the General Bar Date or Securities Programs Bar Date, as applicable, all as more fully described in the Two Hundred Thirty-Eighth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Thirty-Eighth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Thirty-Eighth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing

---

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims.

case management and administrative procedures for these cases [Docket No. 9635]; and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Two Hundred Thirty-Eighth Omnibus Objection to

Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and

that the legal and factual bases set forth in the Two Hundred Thirty-Eighth Omnibus Objection

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirty-Eighth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Late-Filed Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Two Hundred

Thirty-Eighth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2

annexed hereto; and it is further

ORDERED that the Debtors have adjourned the Two Hundred Thirty-Eighth

Omnibus Objection to Claims with respect to the claim listed on Exhibit 3 annexed hereto; and it

is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Late-Filed Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Thirty-Eighth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it

is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

                                 _____
                                 UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 238: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMBROSE JR., F JOHN<br>102 GREENFIELD HILL<br>FRANKLIN LAKES, NJ 07417 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67728 | $10,950.00 | Late-Filed Claim |
| 2 | CATHOLIC HEALTHCARE WEST<br>ATTENTION: JEAN W. HAM,<br>DIRECTOR OF DEBT MANAGEMENT<br>185 BERRY STREET, SUITE 300<br>SAN FRANCISCO, CA 94107 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2010 | 67194 | $18,717,643.65 | Late-Filed Claim |
| 3 | MCBRIDE, MICHAEL J.<br>28 STENGEL PLACE<br>SMITHTOWN, NY 11787 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/29/2011 | 67749 | $4,583.33 | Late-Filed Claim |
| 4 | MCBRIDE, MICHAEL J.<br>28 STENGEL PLACE<br>SMITHTOWN, NY 11787 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/29/2011 | 67750 | $119,000.00 | Late-Filed Claim |
| 5 | MELWANI, KISHORE CHANDUMAL<br>1506, REMINGTON CENTRE<br>23, HUNG TO ROAD<br>KWUN TONG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2011 | 67690 | $100,000.00 | Late-Filed Claim |
| 6 | OSCART INTERNATIONAL LIMITED<br>C/O O'MELVENY & MYERS LLP<br>ATTN: TREVOR N. LAIN<br>TWO EMBARCADERO CENTER, 28TH FLOOR<br>SAN FRANCISCO, CA 94111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/27/2010 | 66578 | $548,975.00 | Late-Filed Claim |
| 7 | SCICUTELLA, LEONARD<br>30A PINE RD<br>SYOSSET, NY 11791 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/14/2011 | 67721 | $392,000.00 | Late-Filed Claim |
| 8 | SCICUTELLA, LEONARD<br>30A PINE RD<br>SYOSSET, NY 11791 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/14/2011 | 67722 | $6,944.44 | Late-Filed Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 238: EXHIBIT 1 – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | VELASQUEZ, CARLOS E. 241 SOUTH REESE PLACE BURBANK, CA 91506 | | Lehman No Case Asserted/All Cases Asserted | 11/14/2011 | 67719 | $14,923.08 | Late-Filed Claim |
| | | | | | TOTAL | $19,915,019.50 | |

# **EXHIBIT 2**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 238: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BLECKLEY, BENJAMIN BELL, III 11298 SW 139TH ST DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67711 | $4,470.00 | Late-Filed Claim |
| 2 | BLECKLEY, JULIA M. 11298 SW 139TH ST DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67710 | $4,470.00 | Late-Filed Claim |
| | | | | | TOTAL | $8,940.00 | |

# **EXHIBIT 3**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 238: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | ASHWELL, LAUREN W. 377 RECTOR PLACE APT. 14C NEW YORK, NY 10280 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67726 | $181,317.90 | Late-Filed Claim |
| | | | | | **TOTAL** | **$181,317.90** | |

# EXHIBIT C
**(Proposed Order – ECF No. 23244)**

43909229-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED THIRTY-NINTH <u>OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)</u>

Upon the two hundred thirty-ninth omnibus objection to claims, dated

December 12, 2011 (the "<u>Two Hundred Thirty-Ninth Omnibus Objection to Claims</u>"),[3] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), pursuant to section

502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and

expungement of the Duplicative Claims on the grounds that such claims are duplicative of the

corresponding Surviving Claims, either exactly or in substance, all as more fully described in the

Two Hundred Thirty-Ninth Omnibus Objection to Claims; and due and proper notice of the Two

Hundred Thirty-Ninth Omnibus Objection to Claims having been provided to (i) the U.S.

Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) the claimants listed on <u>Exhibit A</u> attached to the Two Hundred Thirty-

Ninth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010 governing

---

[3] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Thirty-Ninth Omnibus Objection to Claims.

case management and administrative procedures for these cases [Docket No. 9635]; and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Two Hundred Thirty-Ninth Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Thirty-Ninth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirty-Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative Claims") are disallowed and expunged in their entirety with

prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Debtors' right to object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in

support of any Duplicative Claims, including, but not limited to, derivative and guarantee

questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claims; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Two Hundred Thirty-Ninth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "<u>Reinstated Claim</u>"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                                               _____
                                             UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 **ALAN B. LEE TRUST DTD 10/14/04** 2800 NORTH LAKESHORE DRIVE # 1416 CHICAGO, IL 60657-6210 | 09/18/2009 | 08-13555 (JMP) | 16091 | $137,696.00 | **ALAN B. LEE TRUST DTD 10/14/04** 2800 NORTH LAKESHORE DRIVE # 1416 CHICAGO, IL 60657-6210 | 02/11/2009 | 08-13555 (JMP) | 2699 | $137,696.00 |
| 2 **CHIN, NEVILLE** 61 RIDGEWAY AVENUE STATEN ISLAND, NY 10314-4703 | 09/10/2009 | 08-13555 (JMP) | 11325 | $30,799.86 | **CHIN, NEVILLE** 61 RIDGEWAY AVENUE STATEN ISLAND, NY 10314-4703 | 09/10/2009 | 08-13555 (JMP) | 11326 | $41,461.35 |
| 3 **CITIZENS NATIONAL BANK** ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE, TN 37864 | 10/28/2011 | 08-13555 (JMP) | 67703 | $781,438.00 | **CITIZENS NATIONAL BANK** ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE, TN 37864 | 09/10/2009 | 08-13905 (JMP) | 11364 | $703,294.20 |
| 4 **DELUCA, PHILIP F.** 444 EAST 84TH STREET APT 3E NEW YORK, NY 10028 | 11/14/2011 | 08-13555 (JMP) | 67720 | $83,045.00 | **DELUCA, PHILIP F.** 444 EAST 84TH STREET APT 3E NEW YORK, NY 10028 | 11/15/2011 | 08-13555 (JMP) | 67718 | $83,045.00 |
| 5 **DELUCA, PHILIP F.** 444 EAST 84TH STREET APT 3E NEW YORK, NY 10028 | 11/18/2011 | 08-13555 (JMP) | 67732 | $83,045.00 | **DELUCA, PHILIP F.** 444 EAST 84TH STREET APT 3E NEW YORK, NY 10028 | 11/15/2011 | 08-13555 (JMP) | 67718 | $83,045.00 |
| 6 **DONTAMSETTY, VANI** 9 HAGER STREET EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10387 | $16,000.00 | **DONTAMSETTY, VANI** 9 HAGER STREET EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10385 | $34,924.50 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | DUFFY, JAMES AND DEBORAH JTROS 8 RUNNING BROOK LANE NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 31395 | Undetermined | DUFFY, JAMES AND DEBORAH JTROS 8 RUNNING BROOK LANE NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 31394 | Undetermined |
| 8 | GITLIN, MICHAEL H. 3900 GREYSTONE AVENUE 43B BRONX, NY 10463 | 08/25/2009 | 08-13555 (JMP) | 9353 | Undetermined | GITLIN, MICHAEL H 3900 GREYSTONE AVENUE 43B BRONX, NY 10463 | 08/25/2009 | 08-13555 (JMP) | 9354 | $50,400.00 |
| 9 | KARETSKAYA, NATASHA 700 FIRST STREET APT. 6B HOBOKEN, NJ 07030 | 08/06/2009 | 08-13555 (JMP) | 7564 | $25,000.00 | KARETSKAYA, NATASHA 700 1ST STR APT 6B HOBOKEN, NJ 07030 | 11/25/2008 | 08-13555 (JMP) | 1084 | $25,000.00 |
| 10 | LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EUROPE) L.P. C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT, GY1 4HY UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25326 | $1,455,000.00* | TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. LAURENCE MCNAIRN HERITAGE HALL, LE MARCHANT STREET PO BOX 225 ST PETER PORT GUEMSEY, GY1 4HY UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 27647 | $1,455,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EUROPE) L.P. C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED LAURENCE MCNAIRN HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT, GY1 4HY UNITED KINGDOM | 09/21/2009 | 08-13888 (JMP) | 25327 | $1,455,000.00* | TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. ATTN: LAURENCE MCNAIRN HERITAGE HALL LE MERCHANT STREET PO BOX 225 , GY1 4HY UNITED KINGDOM | 09/22/2009 | 08-13888 (JMP) | 27659 | $1,455,000.00 |
| 12 | MARANTZ, ALAN J. 245 STERLING ROAD HARRISON, NY 10528 | 09/21/2009 | 08-13555 (JMP) | 25063 | $918,260.20 | MARANTZ, ALAN J. 545 TOMPKINS AVENUE, 3FL. MAMARONECK, NY 10543 | 01/16/2009 | 08-13555 (JMP) | 1766 | $918,260.20 |
| 13 | MILLER, CHRISTINA X. 149 ESSEX STREET, APT 5A JERSEY CITY, NJ 07302 | 09/22/2009 | 08-13555 (JMP) | 31199 | $66,428.57 | MILLER, CHRISTINA X. 149 ESSEX STREET, APT 5A JERSEY CITY, NJ 07302 | 09/22/2009 | 08-13555 (JMP) | 31197 | $90,062.00 |
| 14 | QUISMORIO, JAMES P. TOWN HOUSE HIROO #301 2-14-37 HIROO 13 SHIBUYA-KU, 1500012 JAPAN | 07/27/2009 | 08-13555 (JMP) | 6204 | $22,432.00 | QUISMORIO, JAMES P. FLAT H, 39/F, TOWER 1 89 POKFULAM ROAD HONG KONG, HONG KONG | 07/27/2009 | 08-13555 (JMP) | 6203 | $22,432.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | R2 INVESTMENTS, LDC C/O AMALGAMTED GADGET, L.P 301 COMMERCE STREET, STE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 34305 | $19,251,857.97* | RS INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 25635 | $19,251,857.97* |
| 16 | R2 INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 36797 | $19,251,857.97* | RS INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 25635 | $19,251,857.97* |
| 17 | RAIKAR, SANTOSH G. 61 W 62ND ST # 6M NEW YORK, NY 10023 | 11/03/2008 | 08-13555 (JMP) | 463 | $43,561.64 | RAIKAR, SANTOSH G. 61 W 62ND ST # 6M NEW YORK, NY 10023 | 11/03/2008 | 08-13555 (JMP) | 464 | $54,511.64 |
| 18 | RENDER, ALEISHA NICHOLE 1016 SEQUOIA AVE MILLBRAE, CA 94030-3010 | 09/14/2009 | 08-13555 (JMP) | 12134 | $18,132.28 | RENDER, ALEISHA NICHOLE 328 WEST 11TH STREET, 2C NEW YORK, NY 10014 | 09/14/2009 | 08-13555 (JMP) | 12135 | $18,132.28 |
| 19 | SHAH, TEJASH I 50 REMINGTON COURT MATAWAN, NJ 07747 | 09/14/2009 | 08-13555 (JMP) | 12249 | Undetermined | SHAH, TEJASH I 50 REMINGTON COURT MATAWAN, NJ 07747 | 09/14/2009 | 08-13555 (JMP) | 12245 | $32,623.98 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | VALIANTSINA, SMELAVA 25 MOSEL LOOP PH STATEN ISLAND, NY 10304 | 09/18/2009 | 08-13555 (JMP) | 18195 | $4,600.00* | VALIANTSINA, SMELAVA 25 MOSEL LOOP PH STATEN ISLAND, NY 10304 | 09/18/2009 | 08-13555 (JMP) | 18196 | $4,600.00* |
| 21 | VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23804 | $123,367.82 | VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |
| | | | TOTAL | | $43,767,522.31 | | | | | |

# EXHIBIT D
**(Proposed Order – ECF No. 23246)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                    Debtors.                       :        (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FORTIETH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

Upon the two hundred fortieth omnibus objection to claims, dated December 12, 2011 (the "Two Hundred Fortieth Omnibus Objection to Claims"),[4] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative of Indenture Trustee Claims on the grounds that such claims are substantively duplicative of the corresponding Indenture Trustee Claims, all as more fully described in the Two Hundred Fortieth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fortieth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Fortieth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative

---

[4] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Fortieth Omnibus Objection to Claims.

procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the Two

Hundred Fortieth Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Two Hundred Fortieth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fortieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative of Indenture Trustee Claims") are disallowed and expunged with

prejudice as set forth in Exhibit 1; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Indenture Trustee Claims") will remain on the claims

register subject to the Debtors' rights to further object as set forth herein; and it is further

ORDERED that nothing in this Order or disallowance and expungement of the

Duplicative of Indenture Trustee Claims constitutes any admission or finding with respect to the

Indenture Trustee Claims, and the Debtors' rights to object to the Indenture Trustee Claims on

any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Fortieth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and*

*Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) the Indenture Trustee Claims;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 240: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 1 | DILLON, DONALD 850 MEADOW LN CAMP HILL, PA 17011 | 10/14/2011 | | 67689 | $47,519.47 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 2 | FONDAZIONE CASSA DI RISPARMIO DI IMOLA DUANE MORRIS LLP ATTN: EBERHARD ROHM AND BILL HEUER 1540 BROADWAY NEW YORK, NY 10036 | 09/11/2009 | 08-13555 (JMP) | 11444 | $14,500,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 240: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3  SWARTHOUT, MARION H. 3486 BAHAI BLANCA W - # 1G LAGUNA WOODS, CA 92637 | 10/24/2011 | | 67700 | $5,312.00 | BANK OF NEW YORK MELLON, THE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 11/30/2011 | 08-13555 (JMP) | 67753 | $234,250,517.60 | Duplicative of Indenture Trustee Claim |

|  | TOTAL | $26,872,751.47 |
|---|---|---|

# EXHIBIT E
## (Proposed Order – ECF No. 23247)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                       :        **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                            :
                            **Debtors.**              :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred forty-first omnibus objection to claims, dated

December 12, 2011 (the "Two Hundred Forty-First Omnibus Objection to Claims"),[5] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title

11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance

and expungement of the No Liability Claims on the grounds that they assert claims against

entities that are not debtors in these jointly administered chapter 11 cases, all as more fully

described in the Two Hundred Forty-First Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Forty-First Omnibus Objection to Claims having been provided to (i)

the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two

Hundred Forty-First Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

---

[5] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Forty-First Omnibus Objection to Claims.

governing case management and administrative procedures for these cases [Docket No. 9635];

and the Court having found and determined that the relief sought in the Two Hundred Forty-First

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the Two Hundred Forty-First

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Two Hundred

Forty-First Omnibus Objection to Claims with respect to the claim listed on Exhibit 2 annexed

hereto; and it is further

ORDERED that the Debtors have adjourned the Two Hundred Forty-First

Omnibus Objection to Claims with respect to the claims listed on Exhibit 3 annexed hereto; and

it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Forty-First Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is

further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                                  _____
                                  UNITED STATES BANKRUPTCY JUDGE

# <u>EXHIBIT 1</u>

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | APPLEBY (MAURITIUS) LTD LEVEL 11,ONE CATHEDRAL SQUARE, JULES KOENIG STREET, PORT LOUIS MAURITIUS | 08-13555 (JMP) | 07/20/2009 | 5767 | $62,132.25 | No Liability Claim |
| 2 | CARPENTER GROUP, INC 72 SPRING STREET 10TH FLOOR NEW YORK, NY 10012 | 08-13555 (JMP) | 09/30/2008 | 52 | $53,103.75 | No Liability Claim |
| 3 | CASTILLO SNYDER, PC 300 CONVENT STREET, SUITE 1020 SAN ANTONIO, TX 78205 | 08-13555 (JMP) | 02/02/2009 | 2346 | $8,162.75 | No Liability Claim |
| 4 | CM CAPITAL MARKETS BROKERAGE S.A. A.V CENTRO EMPRESARIAL ""EL PLANTIO"" C/OCHANDIANO 2 BLOQUE 2 MADRID, 28023 SPAIN | | 11/14/2011 | 67725 | $32,624.39 | No Liability Claim |
| 5 | CONTINENTAL CAPITAL MARKETS SA AVENUE REVERDIL 8 NYON, 1260 SWITZERLAND | 08-13555 (JMP) | 09/16/2009 | 14301 | $39,776.38 | No Liability Claim |
| 6 | DIRECT FX DIRECT FX LIMITED P.O. BOX 11897 WELLINGTON, 6142 NEW ZEALAND | 08-13901 (JMP) | 09/09/2009 | 10979 | $27,067.83 | No Liability Claim |
| 7 | FACIO & CANAS APARTADO 5173-1000 SAN JOSE, COSTA RICA, COSTA RICA | 08-13555 (JMP) | 09/21/2009 | 25777 | $9,593.50 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | FOWLER WHITE BOGGS, PA<br>ATTN: LINDA SHELLEY<br>PO BOX 11240<br>TALLAHASSEE, FL 32301 | 08-13555 (JMP) | 12/02/2008 | 1181 | $6,928.23 | No Liability Claim |
| 9 | FRONTIER WORKSPACE SOLUTIONS, INC<br>12TH FLOOR, TAI YIP BUILDING<br>141 THOMSON ROAD<br>WANCHAI,<br>HONG KONG | 08-13555 (JMP) | 07/24/2009 | 6113 | $63,827.69 | No Liability Claim |
| 10 | GLAZER, JAF<br>36 EAST 20TH STREET, 2ND FLOOR<br>NEW YORK, NY 10003 | 08-13555 (JMP) | 09/16/2011 | 67670 | $20,000.00 | No Liability Claim |
| 11 | INFOSYS TECHNOLOGIES LIMITED<br>PLOT NO 44<br>ELECTRONICS CITY<br>BANGALORE<br>BANGALORE, 560100<br>INDIA | 08-13555 (JMP) | 09/17/2009 | 15100 | $127,204.00 | No Liability Claim |
| 12 | JAMES MINTZ GROUP, INC.<br>32 AVENUE OF THE AMERICAS<br>21ST FL<br>NEW YORK, NY 10013 | 08-13555 (JMP) | 09/17/2009 | 14867 | $129,249.63 | No Liability Claim |
| 13 | KAPLAN TEST PREP AND ADMISSIONS<br>ATTN: CONNELL BOYLE<br>16 COOPER SQUARE<br>NEW YORK, NY 10003 | 08-13555 (JMP) | 09/11/2009 | 19691 | $7,040.00 | No Liability Claim |
| 14 | KENNET EQUIPMENT LEASING LTD<br>KENNET HOUSE<br>TEMPLE COURT<br>TEMPLE WAY<br>COLESHILL, B46 1HH<br>UNITED KINGDOM | 08-13555 (JMP) | 07/30/2009 | 6670 | $11,064.53 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 15 | KEY EQUIPMENT FINANCE INC<br>ATTN: JONATHAN BRAUN<br>1000 S. MCCASLIN BLVD.<br>SUPERIOR, CO 80027 | 08-13555 (JMP) | 11/10/2008 | 567 | $190,418.47 | No Liability Claim |
| 16 | KREBSBACH & SNYDER<br>ONE EXCHANGE PLAZA<br>55 BROADWAY, STE 1600<br>NEW YORK, NY 10006 | 08-13555 (JMP) | 09/22/2009 | 33556 | $52,692.12 | No Liability Claim |
| 17 | LAW OFFICES OF HOWARD GOLDMAN LLC<br>475 PARK AVENUE SOUTH<br>28TH FL<br>NEW YORK, NY 10016 | 08-13555 (JMP) | 11/14/2008 | 620 | $10,145.00 | No Liability Claim |
| 18 | LOW & CHILDERS PC<br>2999 N 44TH STREET<br>SUITE 250<br>PHOENIX, AZ 85018 | 08-13555 (JMP) | 07/20/2009 | 5694 | $1,842.50 | No Liability Claim |
| 19 | PARRETT & O'CONNELL, LLP<br>10 EAST DOTY, SUITE 621<br>MADISON, WI 53703 | 08-13555 (JMP) | 12/15/2008 | 1330 | $8,032.50 | No Liability Claim |
| 20 | PENNACHIO, ANTHONY<br>225 HERDMAN ROAD<br>P.O. BOX 621<br>PHOENICIA, NY 12464 | 08-13555 (JMP) | 08/03/2009 | 7283 | $115,000.00 | No Liability Claim |
| 21 | PRIMMER PIPER EGGLESTON & CRAMER PC<br>GAIL E. WESTGATE, ESQ.<br>P.O. BOX 1489<br>BURLINGTON, VT 05402-1489 | 08-13555 (JMP) | 01/26/2009 | 4308 | $2,730.50 | No Liability Claim |
| 22 | STERCI SA<br>SIMON KALFON<br>33 RUE DES BAINS<br>GENEVE, 1205<br>SWITZERLAND | 08-13555 (JMP) | 09/16/2009 | 14179 | $120,720.60 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 23 | VEDDER PRICE P.C., F/K/A VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C. C/O VEDDER PRICE P.C. ATTN: MICHAEL L. SCHEIN, ESQ. 1633 BROADWAY, 47TH FLOOR NEW YORK, NY 10019 | 08-13555 (JMP) | 07/16/2009 | 5403 | $8,871.07 | No Liability Claim |
| 24 | WORLDBRIDGE PARTNERS OF SOUTHERN CALIFORNIA - ATTN JOHN A BRODERICK 25000 AVENUE STANFORD, STE 250 VALENCIA, CA 91355 | 08-13555 (JMP) | 09/29/2008 | 47 | $60,000.00 | No Liability Claim |
| | | | | TOTAL | $1,168,227.69 | |

# EXHIBIT 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 241: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | NUTTER MCCLENNEN & FISH, LLP WORLD TRADE CENTER WEST 155 SEAPORT BOULEVARD BOSTON, MA 02210-2604 | 08-13555 (JMP) | 09/18/2009 | 16200 | $11,859.69 | No Liability Claim |
| | | | | TOTAL | $11,859.69 | |

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | BLACKROCK FINANCIAL MANAGEMENT, INC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 08-13555 (JMP) | 09/22/2009 | 28686 | $654,652.00* | No Liability Claim |
| 2 | BROWN RUDNICK, LLP C/O KENNETH F. GRAUER SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | 09/15/2009 | 13011 | $25,678.84 | No Liability Claim |
| 3 | CLIFFORD CHANCE LLP FAO MR KEITH W ISAACS 10 UPPER BANK STREET CANARY WHARF LONDON, E14 5JJ UNITED KINGDOM | 08-13555 (JMP) | 05/11/2009 | 4228 | $2,238,144.25 | No Liability Claim |
| 4 | COUDERT BROTHERS LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 08-13555 (JMP) | 09/22/2009 | 34262 | $4,203.10 | No Liability Claim |
| 5 | D&D SECURITIES INC 302 NORTH NASSAU AVENUE MARGATE, NJ 08402 | | 07/20/2009 | 5637 | $141,306.75 | No Liability Claim |
| 6 | ISRAEL DISCOUNT BANK OF NEW YORK ATTN: MICHAEL DERLE, FIRST V.P. - TREASURY OPERATIONS 511 FIFTH AVENUE NEW YORK, NY 10017 | 08-13900 (JMP) | 09/22/2009 | 27730 | $1,153,740.70* | No Liability Claim |
| 7 | NEAL, GERBER & EISENBERG LLP C/O H. NICHOLAS BERBERIAN, ESQ. AND NICHOLAS M. MILLER, ESQ. TWO NORTH LASALLE STREET, SUITE 1700 CHICAGO, IL 60602 | 08-13555 (JMP) | 09/16/2009 | 14195 | $80,556.88 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | WILEY REIN LLP<br>DYLAN G. TRACHE<br>7925 JONES BRANCH DRIVE<br>SUITE 6200<br>MCLEAN, VA 22102 | 08-13555 (JMP) | 05/21/2009 | 4475 | $9,040.00 | No Liability Claim |
| 9 | ZPR INTERNATIONAL INC.<br>1642 NORTH VOLUSIA AVENUE<br>ATTN: MAX ZAVANELLI<br>ORANGE CITY, FL 32763 | 08-13555 (JMP) | 07/28/2009 | 6530 | $216,000.00 | No Liability Claim |
| | | | | TOTAL | $4,523,322.52 | |

# EXHIBIT F
**(Proposed Order – ECF No. 23248)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :    **08-13555 (JMP)** |
| | : |
| **Debtors.** | :    **(Jointly Administered)** |

---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred forty-second omnibus objection to claims, dated December 12, 2011 (the "Two Hundred Forty-Second Omnibus Objection to Claims"),[6] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to revalue, reclassify (in certain instances), modify the Debtor entity (in certain instances), and allow the Settled Derivatives Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification and Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as more fully described in the Two Hundred Forty-Second Omnibus Objection to Claims; and due and proper notice of the Two Hundred Forty-Second Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Forty-Second Omnibus Objection to

---

[6] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Forty-Second Omnibus Objection to Claims.

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Two Hundred Forty-Second Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the Two Hundred Forty-Second Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Second Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the Debtor

that is set forth on Exhibit 1 under the column headings *"Modified Amount," "Modified Class,"*

and *"Modified Debtor,"* respectively; *provided that*, the holder of a Settled Derivatives Claim

against both (i) a Debtor based on a derivatives contract and (ii) LBHI based on its guarantee

relating to that derivatives contract may not receive an aggregate recovery in respect of the

Settled Derivatives Claim greater than the applicable *"Modified Amount"*; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due to the

claimant under, in respect of, or related to the applicable derivatives contract and (ii) the Settled

Derivatives Claims shall represent the sole right of the claimant to any distributions from the

applicable Modified Debtor under, in respect of, or related to the applicable derivatives

contracts; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Two Hundred Forty-

Second Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is

further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

                          _____
                          UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ABERDEEN EMERGING MARKET DEBT FUND LLC . C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16642 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $505,564.00* | Lehman Brothers Holdings Inc. | Unsecured | $470,000.00 |
| 2 | ABERDEEN EMERGING MARKET DEBT FUND LLC . C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16660 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $505,564.00* | Lehman Brothers Special Financing Inc. | Unsecured | $470,000.00 |
| 3 | ABERDEEN EMERGING MARKET DEBT PORTFOLIO C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16641 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $220,649.00* | Lehman Brothers Holdings Inc. | Unsecured | $200,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ABERDEEN EMERGING MARKET DEBT PORTFOLIO . C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16659 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $220,649.00* | Lehman Brothers Special Financing Inc. | Unsecured | $200,000.00 |
| 5 | BANQUE POPULAIRE - CASSIE D'EPARGNE ATTN: NICHOLAS DUHAMEL LE PONANT DE PARIS 5, RUE LEBLANC CEDEX 15 PARIS, 75511 FRANCE | 29607 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $32,461,427.00 | Lehman Brothers Special Financing Inc. | Unsecured | $30,000,000.00 |
| 6 | DEUTSCHE BANK (UK) PENSION SCHEME - STAFF DB TRUSTEE SERVICES LTD WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 16657 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,351,462.19* | Lehman Brothers Special Financing Inc. | Unsecured | $3,500,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | 29058[1] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $608,256.00* | N/A | N/A | N/A |
| | TRANSFERRED TO: ALSTON INVESTMENTS LLC TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $41,508,505.70* | N/A | N/A | N/A |
| | TRANSFERRED TO: ALSTON INVESTMENTS LLC TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $9,305,200.82* | Lehman Brothers Holdings Inc. | Unsecured | $8,568,988.31 |

---

[1] Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 29058 asserting a claim totaling $9,305,200.82 against LBHI is being reduced to $8,568,987.31 and allowed. The portion of Claim 29058 asserting a claim totaling $608,256.00 that is held by Elliott Associates LP and the portion of Claim 29058 asserting a claim totaling $41,508,505.70 that is held by Alston Investments LLC are not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to those portions of Claim 29058 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | 29060[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,528,886.00* | N/A | N/A | N/A |
| | TRANSFERRED TO: ASHTON INVESTMENTS LLC TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $58,205,120.47* | N/A | N/A | N/A |
| | TRANSFERRED TO: ASHTON INVESTMENTS LLC TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $13,418,343.37* | Lehman Brothers Holdings Inc. | Unsecured | $12,354,739.98 |

---

[2] Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 29060 asserting a claim totaling $13,418,343.37 against LBHI is being reduced to $12,354,739.98 and allowed. The portion of Claim 29060 asserting a claim totaling $1,528,886.00 that is held by Elliott International, L.P. and the portion of Claim 29060 asserting a claim totaling $58,205,120.47 that is held by Ashton Investments LLC are not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to those portions of Claim 29060 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | FEDERAL NATIONAL MORTGAGE ASSOCIATION ATTN: GENERAL COUNSEL 3900 WASHINGTON AVENUE, N.W. WASHINGTON, DC 20016 | 29557[3] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $120,189,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $110,000,000.00 |
| 10 | SACAMANO PARTNERS, L.L.C. TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 16508 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $7,484,268.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $7,300,000.00 |

[3] Claim 29557 has been asserted in the amount of $19,058,019,300.00. Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 29557 asserting a claim totaling $120,189,000.00 against LBHI in connection with the alleged guarantee by LBHI of the obligations of LBSF under that certain ISDA Master Agreement dated as of May 8, 2003 is being reduced to $110,000,000.00 and allowed. The remaining portion of Claim 29557 asserting a claim totaling $18,937,830,300.00 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 29557 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | SACAMANO PARTNERS, L.L.C. TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 66872[4] | 06/21/2010 | Lehman Brothers Holdings Inc. | Unsecured | $7,484,268.00 | Lehman Brothers Holdings Inc. | Unsecured | $7,300,000.00 |
| 12 | SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD C/O WALKER SPY LTD WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1 9002 CAYMAN ISLANDS | 16643 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,181,875.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,130,000.00 |

---

[4] Claim 66872 has been asserted in the amount of $25,503,284.75. Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 66872 asserting a claim totaling $7,484,268.00 against LBHI in connection with the alleged guarantee by LBHI of the obligations of Lehman Brothers International (Europe) under that certain ISDA Master Agreement dated as of January 11, 2008 and its related Schedule and Credit Support Annex is being reduced to $7,300,000 and allowed. The remaining portion of Claim 66872 asserting a claim totaling $18,019,016.75 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66872 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD C/O WALKERS SPY LIMITED WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1 9002 CAYMAN ISLANDS | 16663 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,181,875.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,130,000.00 |
| 14 | SPCP GROUP, L.L.C. TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 3231 | 03/06/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,830,064.49 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,815,244.90 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | SPCP GROUP, L.L.C. TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 3232 | 03/06/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,830,064.49 | Lehman Brothers Holdings Inc. | Unsecured | $4,815,244.90 |
| 16 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32995 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $134,960.12* | Lehman Brothers Special Financing Inc. | Unsecured | $152,483.12 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32996 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $134,960.12* | Lehman Brothers Holdings Inc. | Unsecured | $152,483.12 |
| | | | | | TOTAL | $313,290,962.77 | | TOTAL | $192,559,184.33 |

**EXHIBIT G**
**(Proposed Order – ECF No. 23249)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                              :        **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                                   :
                                        **Debtors.**           :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-THIRD**
**<u>OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)</u>**

Upon the two hundred forty-third Omnibus objection to claims, dated December

12, 2011 (the "<u>Two Hundred Forty-Third Omnibus Objection to Claims</u>"),[7] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "<u>Debtors</u>"), pursuant to section 502(b) of title 11 of the

United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Settled

Derivatives Claims on the grounds that the Debtors and claimants have agreed that the Settled

Derivatives Claims seek recovery of monies for which the applicable Debtors are not liable, all

as more fully described in the Two Hundred Forty-Third Omnibus Objection to Claims; and due

and proper notice of the Two Hundred Forty-Third Omnibus Objection to Claims having been

provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u> attached

to the Two Hundred Forty-Third Omnibus Objection to Claims; and (vii) all other parties entitled

to notice in accordance with the procedures set forth in the second amended order entered on

---

[7] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Forty-Third Omnibus Objection to Claims.

June 17, 2010, governing case management and administrative procedures for these cases

[Docket No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Two Hundred Forty-Third

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the Two Hundred Forty-

Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Settled

Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and expunged with

prejudice to the extent set forth in Exhibit 1; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Forty-Third Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and

it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/16/2009 | 65964 | $2,209,112.25 | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2006-6 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17481 | Undetermined | Settled Derivatives Claim |
| 3 | BERYL FINANCE LIMITED SERIES 2006-6 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17482 | Undetermined | Settled Derivatives Claim |
| 4 | CITY OF MILWUAKEE CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE, WI 53202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18081 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | CITY OF MILWUAKEE CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE, WI 53202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18082 | Undetermined | Settled Derivatives Claim |
| 6 | EASTON INVESTMENTS II, A CALIFORNIA L.P. C/O COSTELL & CORNELIUS LAW CORPORATION 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA, CA 90401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11382 | $124,250.00 | Settled Derivatives Claim |
| 7 | FBE LIMITED LLC ATTN: NEIL SIMON, ESQ. 111 BROADWAY NEW YORK, NY 10006 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/04/2009 | 7311 | $835,007.60 | Settled Derivatives Claim |
| 8 | FBE LIMITED LLC ATTN: NEIL SIMON, ESQ. 111 BROADWAY NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 7312 | $835,007.60 | Settled Derivatives Claim |
| 9 | LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE, INC. ATTN: FINANCE DIRECTOR 315 SOUTH FLAGLER DRIVE WEST PALM BEACH, FL 33401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31093 | $974,172.85 | Settled Derivatives Claim |
| 10 | LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE, INC. ATTN: FINANCE DIRECTOR 315 SOUTH FLAGLER DRIVE WEST PALM BEACH, FL 33401 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31094 | $974,172.85 | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | MESIVTA YESHIVA RABBI CHAIM BERLIN<br>C/O FBE LIMITED LLC<br>ATTN: NEIL SIMON, ESQ.<br>111 BROADWAY<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 7313 | $428,106.22 | Settled Derivatives Claim |
| 12 | MESIVTA YESHIVA RABBI CHAIM BERLIN<br>C/O FBE LIMITED LLC<br>ATTN: NEIL SIMON, ESQ.<br>111 BROADWAY<br>NEW YORK, NY 10006 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/04/2009 | 7314 | $428,106.22 | Settled Derivatives Claim |
| 13 | PICKERSGILL INC.<br>615 CHESTNUT AVENUE<br>TOWSON, MD 21204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26263 | Undetermined | Settled Derivatives Claim |
| 14 | PICKERSGILL INC.<br>615 CHESTNUT AVENUE<br>TOWSON, MD 21204 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26264 | Undetermined | Settled Derivatives Claim |
| 15 | PQ CORPORATION<br>C/O DEBEVOISE & PLIMPTON LLP<br>ATTN: GEORGE E.B. MAGUIRE<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27225 | $10,000,000.00* | Settled Derivatives Claim |
| 16 | PQ CORPORATION<br>C/O DEBEVOISE & PLIMPTON LLP<br>ATTN: GEORGE E.B. MAGUIRE<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/23/2009 | 44550 | $10,000,000.00* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | RUBY FINANCE PLC - SERIES 2005-IA1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 25806 | Undetermined | **Settled Derivatives Claim** |
| 18 | RUBY FINANCE PLC - SERIES 2005-IA1 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 25823 | Undetermined | **Settled Derivatives Claim** |
| 19 | U.S. BANK NATIONAL ASSOCIATION TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 CHICAGO, IL 60603 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 15982[1] | Undetermined | **Settled Derivatives Claim** |

[1] Claim 15982 is being disallowed and expunged solely with respect to its asserted claim against LBHI in connection with LBHI's alleged guarantee of the obligations of Lehman Brothers Special Financing Inc. ("LBSF") under that certain Interest Rate Cap Agreement, dated as of April 30, 2004, between LBSF and Bank of America, National Association, as successor by merger to LaSalle Bank National Association. The remaining portion of Claim 15982 is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Forty-Third Omnibus Objection to Claims, and the Debtors' rights to object to the remaining portion of Claim 15982 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31044 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $26,807,935.59 | |

# EXHIBIT H
**(Proposed Order – ECF No. 23250)**

43909229-1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (JMP)**
                                                    :
                              **Debtors.**          :        **(Jointly Administered)**
---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred forty-fourth omnibus objection to claims, dated December 12, 2011 (the "Two Hundred Forty-Fourth Omnibus Objection to Claims"),[8] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the Two Hundred Forty-Fourth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Forty-Fourth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Forty-Fourth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and

---

[8] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims.

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Forty-Fourth Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Forty-Fourth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

      ORDERED that the relief requested in the Two Hundred Forty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

      ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

      ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

      ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Forty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

                    _____
                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY, THE CAMMY C. DUPONT, PRINCIPAL COUNTY COUNSEL OFFICE OF COUNTY COUNSEL - COUNTY OF LOS ANGELES 500 WEST TEMPLE STREET LOS ANGELES, CA 90012 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/01/2009 | 3611 | $18,925,292.00 | No Liability Claim |
| 2 | CRE FIDUCIARY SERVICES INC., TRUSTEE ORG TRUST UAD 12/21/04 C/O LYNN JORDAN 2120 CARREY AVE CHEYENNE, WY 82001 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23878 | $12,972.02 | No Liability Claim |
| 3 | ENI UK LIMITED ENI HOUSE ATTN: SUZANNE C BELL 10 EBURY BRIDGE ROAD LONDON, SW1W 8PZ UNITED KINGDOM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 30079 | $1,211,111.00 | No Liability Claim |
| 4 | ENI UK LIMITED ENI HOUSE ATTN: SUZANNE C. BELL 10 EBURY BRIDGE ROAD LONDON, SW1W 8PZ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30080 | $1,211,111.00 | No Liability Claim |
| 5 | GRANITE FINANCE LIMITED C/O HSBC HOUSE ATTN: THE DIRECTORS ATTN: CONNAN HILL & SYLVIA LEWIS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27867 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | **GRANITE FINANCE LIMITED C/O HSBC HOUSE ATTN: THE DIRECTORS ATTN: CONNAN HILL & SYLVIA LEWIS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS** | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 27868 | Undetermined | No Liability Claim |
| 7 | **KBL EUROPEAN PRIVATE BANKERS SA ATTN: LEGAL DEPARTMENT 43, BOULEVARD ROYAL LUXEMBOURG, L2955 LUXEMBOURG** | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/16/2009 | 13905 | $104,545.14* | No Liability Claim |
| 8 | **KBL EUROPEAN PRIVATE BANKERS SA ATTN: LEGAL DEPARTMENT 43, BOULEVARD ROYAL L- 2955  LUXEMBOURG, LUXEMBOURG** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 14410 | $104,545.14* | No Liability Claim |
| 9 | **PRECISION PARTNERS HOLDING COMPANY 3300 OAKTON ST SKOKIE, IL 60076-2953** | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 08/24/2009 | 9118 | $327,500.00 | No Liability Claim |
| 10 | **SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT C/O W. GARY HULL PAB 207, 1521 N. PROJECT DRIVE TEMPE, AZ 85281** | 08-13885 (JMP) | **Lehman Brothers Commodity Services Inc.** | 09/21/2009 | 22283 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14587 | Undetermined | No Liability Claim |
| 12 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ATTN: PAMELA WIEDER, VP CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL, MN 55107 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27142 | $3,342,534.77* | No Liability Claim |
| 13 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ATTN: PAMELA WIEDER, VP CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27143 | $3,342,534.77* | No Liability Claim |
| 14 | WELLS FARGO BANK, NA AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 SUPPLEMENTAL INT. TST C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24852 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24639 | Undetermined | No Liability Claim |
| 16 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24640 | Undetermined | No Liability Claim |
| 17 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24641 | Undetermined | No Liability Claim |
| 18 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24642 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $28,582,145.84 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# **EXHIBIT 2**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 15075 | $1,175,958.25 | No Liability Claim |
| 2 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15077 | $1,175,958.25 | No Liability Claim |
| 3 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20327 | $32,723,011.81* | No Liability Claim |
| 4 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20333[1] | $7,610,790.81* | No Liability Claim |

[1] Claim 20333 has been asserted in the amount of $62,657,178.81. Pursuant to the Two Hundred Forty-Fourth Omnibus Objection to Claims, only the portion of Claim 20333 asserting a claim totaling $7,610,790.81 against LBSF is being expunged. The remaining portion of Claim 20333 asserting a claim totaling $55,046,388.00 is not being expunged pursuant to, or being affected by, the Two Hundred Forty-Fourth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 20333 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20324 | $13,115,693.67* | No Liability Claim |
| 6 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20325 | $13,115,693.67* | No Liability Claim |
| 7 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20326 | $32,723,011.81* | No Liability Claim |
| 8 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27906 | Undetermined | No Liability Claim |
| 9 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28465 | Undetermined | No Liability Claim |
| 10 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28466 | Undetermined | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/05/2009 | 7366 | $487,854.06 | No Liability Claim |
| 12 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 7367 | $487,854.06 | No Liability Claim |
| 13 | GRANITE FINANCE LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27816 | Undetermined | No Liability Claim |
| 14 | GRANITE FINANCE LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27817 | Undetermined | No Liability Claim |
| 15 | ITOCHU CORPORATION FOR THE ATTENTION OF NAOKO FUJITA, LEGAL DEPT 1, LEGAL DIV (TOKYO) 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO, 107-8077 JAPAN | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/04/2009 | 10367 | $122,846.50 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | JUDSON ATTN: HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/01/2008 | 1166 | $434,656.17 | No Liability Claim |
| | | | | | TOTAL | $103,173,329.06 | |

# EXHIBIT I
**(Proposed Order – ECF No. 23251)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

In re                                                    :          Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :          08-13555 (JMP)
                                                         :
                          Debtors.                       :          (Jointly Administered)

---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-FIFTH
### OMNIBUS OBJECTION TO CLAIMS (UNISSUED GUARANTEE CLAIMS)

Upon the two hundred forty-fifth omnibus objection to claims, dated December

12, 2011 (the "Two Hundred Forty-Fifth Omnibus Objection to Claims"),[9] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the Unissued Guarantee Claims on the grounds that such claims are

unenforceable against and impose no liability on LBHI, all as more fully described in the Two

Hundred Forty-Fifth Omnibus Objection to Claims; and due and proper notice of the Two

Hundred Forty-Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee;

(ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Forty-Fourth

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case

---

[9] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims.

management and administrative procedures for these cases [ECF No. 9635]; and the Court

having found and determined that the relief sought in the Two Hundred Forty-Fifth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Two Hundred Forty-Fifth Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order supersedes all previous orders regarding the Unissued

Guarantee Claims listed on Exhibit 1 annexed hereto, and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

Two Hundred Forty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 245: EXHIBIT 1 – UNISSUED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHINATRUST COMMERCIAL BANK ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY, 110 TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12870 | $2,552,145.30 | Unissued Guarantee Claim |
| 2 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED - KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/2009 | 3352 | $2,227,803.99 | Unissued Guarantee Claim |
| 3 | MARATHON MASTER FUND LTD MARATHON ASSET MANAGEMENT ATTENTION: GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/04/2010 | 66359 | $89,413.00* | Unissued Guarantee Claim |
| | | | | | TOTAL | $4,869,362.29 | |

# **EXHIBIT 2**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 245: EXHIBIT 2 – UNISSUED GUARANTEE CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MIDFIRST BANK ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY, OK 73118 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24663 | $4,018,186.42 | Unissued Guarantee Claim |
| | | | | | TOTAL | $4,018,186.42 | |

# EXHIBIT J
**(Proposed Order – ECF No. 23253)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                                         :
                              **Debtors.**               :        **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the two hundred forty-sixth omnibus objection to claims, dated

December 12, 2011 (the "Two Hundred Forty-Sixth Omnibus Objection to Claims"),[10] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the

"Procedures Order"), seeking to reduce and allow the Valued Derivative Claims on the

basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and

reasonable values determined by the Debtors after a review of the claimants' supporting

documentation and the Debtors' books and records, as more fully described in the Two

Hundred Forty-Sixth Omnibus Objection to Claims; and due and proper notice of the

Two Hundred Forty-Sixth Omnibus Objection to Claims having been provided to (i) the

U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney

---

[10]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims.

for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to

the Two Hundred Forty-Sixth Omnibus Objection to Claims; and (vii) all other parties

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for

these cases [Docket No. 9653]; and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the Two

Hundred Forty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Two Hundred Forty-Sixth Omnibus Objection to Claims establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is

ORDERED that the relief requested in the Two Hundred Forty-Sixth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Amount" and any asserted amount in excess of the

modified amount are disallowed; and it is further

ORDERED that Debtors have adjourned to February 22, 2012, at 10:00

a.m. (Prevailing Eastern Time)(or as may be further adjourned by the Debtors), the Two

Hundred Forty-Sixth Omnibus Objection as to each Valued Derivative Claim listed on

Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> to the Two

Hundred Forty-Sixth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> or

<u>Exhibit 2</u> annexed hereto; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

                        _____
                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 246: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|---------|--------|--------|-------|--------|
| 1 | WELLS FARGO BANK, NA., AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2008-I C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 67695 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $821,505.43 | Lehman Brothers Holdings Inc. | Unsecured | $453,353.81 |
| | | | | | TOTAL | $821,505.43 | | TOTAL | $453,353.81 |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 20333[1] | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $55,046,388.00* | Lehman Brothers Special Financing Inc. | Unsecured | $34,860,032.00 |
| 2 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 20335 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $49,024,807.95* | Lehman Brothers Special Financing Inc. | Unsecured | $35,198,671.85 |

---

[1] Claim 20333 has been asserted in the amount of $62,657,178.81. Pursuant to the Two Hundred Forty-Sixth Omnibus Objection to Claims, only the portion of Claim 20333 asserting a claim totaling $55,046,388.00 against LBSF is being reduced to $34,860,032.00 and allowed. The remaining portion of Claim 20333 asserting a claim totaling $7,610,790.81 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Sixth Omnibus Objection to Claims.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|-----------------|-------|--------|
| 3 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT KNOWLE HILL PARK COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 20232 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,620,725.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,468,806.29 |
| 4 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | 20234 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $5,620,725.00 | Lehman Brothers Commercial Corporation | Unsecured | $1,471,682.34 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ESTELLE PEABODY MEMORIAL HOME OF THE SYNOD OF LINCOLN TRAILS OF THE PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC ATTN: CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS, IN 46204 | 14822 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,808,602.48* | Lehman Brothers Special Financing Inc. | Unsecured | $747,015.54 |
| 6 | INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES ATTN: JEFF BELSER 4400 HARDING ROAD NASHVILLE, TN 37205 | 24610 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $128,547.88* | Lehman Brothers Special Financing Inc. | Unsecured | $84,908.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 7 | MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON, MA 02210-1114 | 15761 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,218,523.91 | Lehman Brothers Holdings Inc. | Unsecured | $657,558.00 |
| 8 | MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON, MA 02210-1114 | 1776 | 01/19/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,218,523.91 | Lehman Brothers Special Financing Inc. | Unsecured | $657,558.00 |
| 9 | MASSACHUSETTS TURNPIKE AUTHORITY ATTN: JOSEPH F. MCCANN 10 PARK PLAZA, SUITE 4160 BOSTON, MA 02116 | 21310 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $35,900,835.00 | Lehman Brothers Special Financing Inc. | Unsecured | $30,904,991.87 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 10 | MASSACHUSETTS TURNPIKE AUTHORITY ATTN: JOSEPH F. MCCANN 10 PARK PLAZA, SUITE 4160 BOSTON, MA 02116 | 21311 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $14,201,782.00 | Lehman Brothers Special Financing Inc. | Unsecured | $10,435,421.03 |
| | | | | | **TOTAL** | **$179,789,461.13** | | **TOTAL** | **$116,486,634.92** |