WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                                        :
**In re**                                               :          **Chapter 11**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :          **Case No. 08-13555 (JMP)**
                                                        :
                                   **Debtors.**         :          **(Jointly Administered)**
                                                        :
-----------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR CLAIMS HEARING ON JANUARY 26, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    STATUS UPDATE:**

1.    Debtors Supplemental Annotated Omnibus Reply to Responses to Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred and Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 24591]**

Response Deadline:    February 14, 2012 at 4:00 p.m.

Responses Received:  None

Related Documents:    Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 13295]**; One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 15666]**; One Hundred Thirtieth Omnibus Objection to

Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 16115]**; One Hundred Thirty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 16116]**; One Hundred Thirty-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 16530]**; One Hundred Thirty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 16532]**; One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 16808]**; One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 19392]**; and Two Hundred and Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 20012]**

Status:  This matter is not going forward.  The Debtors will update the Court on the status of this matter.

II.    **UNCONTESTED MATTERS:**

2.    Debtors' Two Hundred Thirty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims) **[ECF No. 23241]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Responses Received:  None

Related Documents:  None

Status:  This matter is going forward on an uncontested basis except as to those claims that have been adjourned or otherwise resolved.

III.    **CONTESTED CLAIMS MATTERS:**

3.    Motion Pursuant to Section 8.4 of the Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate the Amount of Disputed Claims filed by Lehman Brothers Finance AG (In Liquidation) for Purposes of Establishing Reserves **[ECF No. 24253]**

Response Deadline:    January 19, 2012 at 4:00 p.m.

Responses Received:

A.    Objection of PricewaterhouseCoopers AG, Zurich **[ECF No. 24421]**

B.    Amendment to Objection of PricewaterhouseCoopers AG, Zurich **[ECF No. 24497]**

C.    Reply to Objection to Motion Pursuant to Section 8.4 of The Modified Third Amended Chapter 11 Plan of Lehman Brothers

Holdings Inc. and its Affiliated Debtors to Estimate the Amount of Disputed Claims Filed by Lehman Brothers Finance AG (In Liquidation) for Purposes of Establishing Reserves **[ECF No. 24588]**

Related <u>Documents</u>:

  D. Declaration of Daniel J. Ehrmann in Support of the Motion **[ECF No. 24265]**

  E. Supplemental Declaration of Daniel J. Ehrmann in Support of the Motion **[ECF No. 24589]**

  F. Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 24611]**

<u>Status</u>:  This matter is going forward.

4. Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-Backed Securities for Purposes of Establishing Reserves **[ECF No. 24254]**

<u>Response Deadline</u>: January 19, 2012 at 4:00 p.m.

<u>Responses Received</u>:

  A. Objection of Wells Fargo Bank, NA as Trustee **[ECF No 24476]**

  B. Objection of Wilmington Trust Company**[ECF Nos. 24483 & 24485]**

  C. Objection of Citibank, N.A., in its Capacity as Trustee **[ECF No. 24484]**

  D. Objection of U.S. Bank National Association **[ECF No. 24491]**

  E. Objection of Deutsche Bank National Trust Company **[ECF No. 24492]**

  F. Reply to Objections of U.S. Bank National Association, Citibank, N.A., and Wilmington Trust Company **[ECF No. 24587]**

<u>Adjourned Responses</u>:

  G. Objection of Wilmington Trust Company **[ECF No. 24483]**

      H.      Objection of Deutsche Bank National Trust Company **[ECF No. 24492]**

Related Document:

      I.      Declaration of Zachary Trumpp in Support of the Motion **[ECF No. 24255]**

      J.      Notice of Withdrawal as it Relates to Wells Fargo Bank, N.A and Bank of America, N.A., and Notice of Adjournment as it Relates to Deutsche Bank National Trust Company, HSBC Bank USA, N.A. and Wilmington Trust Company **[ECF No. 24586]**

      K.      Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 24598]**

Status:  This matter is going forward on a contested basis as to the claims of U.S. Bank National Association, Citibank, N.A., and Proof of Claim Numbers 22766 and 22773, filed by Wilmington Trust Company. The Motion has been withdrawn without prejudice as to the claims of Wells Fargo Bank, N.A. The hearing on the motion has been adjourned until February 15, 2012 at 10:00 a.m. as to the Adjourned Responses.

5.      Lehman Brothers Holdings Inc.'s and Creditors Committees' Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) **[ECF No. 21293]**

Response Deadline:    December 16, 2011 at 4:00 p.m.

Responses Received:

      A.      The JPM Funds' Response to Lehman Brothers Holdings Inc.'s and Creditors Committee's Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) **[ECF No. 23499]**

Related Documents:

      B.      Lehman Brothers Holdings Inc.'s and Creditors Committee's Reply Brief in Support of the Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) **[ECF No. 24513]**

Status:  This matter is going forward on a contested basis.

6.    Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Response:

      A.    Response of Christina Kim **[ECF No. 15337]**

Adjourned Claims:  See Exhibit A

Related Documents:

      B.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

      C.    Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 24272]**

Status: This matter is going forward on a contested basis solely with respect to the Unresolved Response.  The claims listed on Exhibit A have been adjourned to February 22, 2012 at 10:00 a.m.

7.    Motion of Robert Franz Pursuant to Fed. R. Bankr. P. 9024 Incorporating By Reference Fed. R. Civ. P. 60(b), and Section 105(a) of the Bankruptcy Code for Reconsideration and Reinstatement of Proof of Claim **[ECF No. 22665]**

Response Deadline:  December 12, 2011 at 4:00 p.m.

Related Document:

      A.    Debtors' Response to Motion of Robert Franz for Reconsideration and Reinstatement of Proof of Claim **[ECF No. 24362]**

Status: This matter is going forward on a contested basis.

## IV.    **ADJOURNED MATTERS:**

8.    Cathay United Bank's Response in Opposition to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to Have Claim No. 35181 Deemed Timely Filed **[ECF No. 12037]**

Response Deadline:  N/A

Related Document:

A.      Notice of Adjournment of Cathay United Bank's Motion to Have Proof of Claim Deemed Timely Filed **[ECF No. 24368]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

9.      Motion of John J. Dmuchowski to Permit Filing of Claims **[ECF No. 12007]**

Response Deadline:  October 25, 2010 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.      Notice of Adjournment of Motion of John J. Dmuchowski to Permit Filing of Claims **[ECF No. 24413]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

10.     Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed **[ECF No. 12072]**

Response Deadline:     November 3, 2010 at 4:00 p.m.

Related Document:

A.      Notice of Adjournment of Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed **[ECF No. 24369]**

Status: This matter has been adjourned to February 22, 2012 at 10:00 a.m.

11.     Motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to Enlarge the Time Period for the Filing of Claim Number 64249 By One Day **[ECF No. 21979]**

Response Deadline:  December 14, 2011 at 4:00 p.m.

Related Document:

A.      Notice of Adjournment Motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to Enlarge the Time Period for the Filing of Claim Number 64249 By One Day **[ECF No. 23402]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

12.     Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[ECF No. 12074, 12075, 12076 and 12078]**

Response Deadline:     May 26, 2011 at 4:00 p.m.

Responses Received:  None

Related Documents:

    A.    Amendments to the Response of Symphony Asset Management LLC **[ECF Nos. 12301, 12304 and 12305]**

    B.    Notice of Adjournment of Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[ECF No. 24411]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

13.    Motion of Caisse Des Dépôts Et Consignations to Permit a Late-Filed Claim Against Lehman Brothers Special Financing Inc. **[ECF No. 18039]**

Response Deadline:    August 18, 2011 at 4:00 p.m.

Response Received:

    A.    Debtor's Objection to Motion of Caisse Des Dépôts Et Consignations to Permit a Late-Filed Claim **[ECF No. 19314]**

Related Documents:    None

Status: This matter has been adjourned to February 22, 2012 at 10:00 a.m.

14.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 9983]**

Response Deadline:    August 3, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[ECF No. 10616]**

Related Documents:

    B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11161]**

    C.    Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12416]**

    D.    Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12678]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

15.     Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Unresolved Responses:

      A.    Response of IKB International SA **[ECF No. 11929]**

      B.    Response of Lincore Limited **[ECF No. 11922]**

      C.    Response of The Morningside Ministries **[ECF No. 11894]**

Related Documents:

      D.    Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12425]**

      E.    Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 14022]**

      F.    Second Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 15487]**

      G.    Third Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 17356]**

      H.    Fourth Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 18175]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

16.     Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

Response Deadline: October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit B.

Related Documents:

    A.    Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12527]**

    B.    Amended Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12675]**

    C.    Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18202]**

    D.    Second Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19517]**

    E.    Notice of Withdrawal of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23405]**

    F.    Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23376]**

Status:  The hearing on the claims on Exhibit B is adjourned to February 22, 2012 at 10:00 a.m.

17.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) [**Docket No. 11306**]

Response Deadline:  October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit C

Related Documents:

    A.    Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12413]**

    B.    Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18419]**

    C.    Second Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19503]**

    D.    Notice of Withdrawal of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23406]**

    E.    Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23376]**

Status:  The hearing on the claims listed on Exhibit C is adjourned to February 22, 2012 at 10:00 a.m.

18.     Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit D

Related Documents:

> A.     Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12407]**
>
> B.     Supplemental Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18203]**
>
> C.     Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[ECF No. 23379]**

Status:  The hearing on the claims listed on Exhibit D is adjourned to February 22, 2012 at 10:00 a.m.

19.     Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11308]**

Response Deadline:  October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit E

Related Documents:

> A.     Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12424]**
>
> B.     Supplemental Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18420]**
>
> C.     Notice of Withdrawal of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) as to Claim No. 65266 **[ECF No. 21133]**

       D.      Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 23381]**

Status:  The hearing on the claims listed on Exhibit E has been adjourned to February 22, 2012 at 10:00 a.m.

20.    Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11978]**

Response Deadline:      November 15, 2010 at 4:00 p.m.

Adjourned Responses:

       A.      Response of BG Energy Merchants LLC **[ECF No. 12765]**

       B.      Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[ECF No. 12714]**

       C.      Response of Telecom Italia Finance SA **[ECF No. 12951]**

       D.      Response of Tenor Opportunity Master Fund, Ltd. **[ECF No. 12698]**

Related Documents:

       E.      Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13164]**

       F.      Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

       G.      Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

       H.      Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14023]**

       I.      Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14791]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

21.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

Response Deadline: December 6, 2010 at 4:00 p.m.

Adjourned Responses: See Exhibit F.

Related Documents:

  A. Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13616]**

  B. Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No.14019]**

  C. Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14785]**

  D. Third Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17365]**

  E. Fourth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18421]**

  F. Fifth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18709]**

  G. Sixth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19519]**

  H. Seventh Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20603]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

22. Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:

  A. Response of ICCREA Banca S.P.A. **[ECF No. 13792]**

B.     Response of Norddeutsche Landesbank Girozentrale **[ECF No. 13794]**

Related Documents:

C.     Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15601]**

D.     Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

23.    Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Adjourned Responses:

A.     Response of Chinatrust Commercial Bank. **[ECF No. 14470]**

B.     Response of Eton Park Fund, L.P. **[ECF No. 14587]**

C.     Response of Eton Park Master Fund, Ltd. **[ECF No. 14589]**

D.     Response of Magnetar Capital Master Fund Ltd **[ECF No. 14319]**

E.     Response of Magnetar Constellation Master Fund II LTD **[ECF No. 14321]**

F.     Response of Magnetar Constellation Master Fund III LTD **[ECF No. 14323]**

G.     Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[ECF No. 14435]**

Related Documents:

H.     Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14772]**

I.     Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16350]**

J.     Second Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22956]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

24.     Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit G

Related Documents:

    A.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

    B.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16143]**

    C.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16231]**

    D.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16690]**

    E.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 17193]**

    F.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 17874]**

    G.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Claim No. 45223 **[ECF No. 21134]**

    H.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 22362]**

    I.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23408]**

J.      Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23388]**

Status:  The hearing on the claims listed on Exhibit G is adjourned to February 22, 2012 at 10:00 a.m.

25.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14490]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of Brevan Howard Master Fund **[ECF No. 15079]**

B.      Response of LINC-Redondo Beach Seniors, Inc. **[ECF No. 15085]**

C.      Response of Parkcentral Global Hub Limited **[ECF No. 17215]**

D.      Response of SPCP Group LLC: Transferor: Tiffany & Co. **[ECF No. 14983]**

Related Documents:

E.      Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15501]**

F.      Supplemental Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17348]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

26.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Objection:  See Exhibit H.

Related Documents:

A.      Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 15524]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m. as to the claim on Exhibit H attached hereto.

27.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

Status:  The hearing on the objection to the claims identified on Exhibit I has been adjourned to February 22, 2012 at 10:00 a.m.

28.    Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15003]**

Response Deadline: April 13, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Bayerische Landesbank **[ECF No. 15922]**

B.    Response of SPCP Group, LLC: Transferor Central European Media Enterprises, Ltd. **[ECF No. 15921]**

Related Documents:

C.    Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16339]**

D.    Amended Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16981]**

E.    Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17357]**

F.    Second Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18425]**

      G.     Third Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18705]**

      H.     Fourth Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21373]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

29.    Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) **[Docket No. 15010]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit J.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit J has been adjourned to February 22, 2012 at 10:00 a.m.

30.    Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[Docket No. 15014]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Unresolved Responses: See Exhibit K.

Related Documents:

      A.     Order Granting Debtors One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[Docket No. 16342**]

      B.     Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[Docket No. 17358]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m. as to the claims on Exhibit K attached hereto.

31.    Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[Docket No. 15363]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit L.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit L has been adjourned to February 22, 2012 at 10:00 a.m.

32.    Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 16074]**

Response Deadline:  May 18, 2011 at 4:00 p.m.

Unresolved Response:

      A.    Response of Christine Geldard **[ECF N/A]**

Related Documents:

      B.    Order Granting Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 17367]**

      C.    Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimant **[ECF No. 17467]**

      D.    Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23461]**

      E.    Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claims **[ECF No. 23389]**

Status:  The hearing on the Objection as to the Unresolved Response is adjourned to February 22, 2012 at 10:00 a.m.

33.    Debtors' One Hundred Twenty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest) [**Docket No. 16075**]

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit M.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit M has been adjourned to February 22, 2012 at 10:00 a.m.

34.    Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses: Response of Wilmington Trust Company **[ECF No. 17886]**

Related Documents:    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified above has been adjourned to February 22, 2012 at 10:00 a.m.

35.    Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16114]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

36.    Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16117]**

Response Deadline:        May 18, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Alphadyne International Master Fund, Ltd.**[ ECF No. 16930]**

B.    Response of BGI Fixed Income Global Alpha Fund Ltd. **[ECF No. 16888]**

C.    Response of Bracebridge Capital, LLC Entities **[ECF No. 16925]**

D.    Response of CMC Magnetics Corporation **[ECF No. 16889]**

E.    Response of Gazprombank Mortgage Funding 2 S.A **[ECF No. 16863]**

F.    Response of High River Limited Partnership/Icahn Partners Entities **[ECF No. 16924]**

G.    Response of KSC Affordable Housing Investment Fund LLC **[ECF   No. 16948]**

H.    Response of Piney Branch Park Inc. **[ECF No. 17942]**

Related Documents:

I.    Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17363]**

J.    Supplemental Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 23680]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

37.    Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16860]**

Response Deadline:      May 18, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Keybank National Association **[ECF No. 17694]**

Related Documents:

B.    Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18181**]

C.    Supplemental Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21349**]

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

38.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

39.    Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 16853]**

Response Deadline: June 15, 2011 at 4:00 p.m.

Unresolved Response:

>A.    Response of Glitnir Banki hf **[ECF No. 17729]**

Related Documents:

>B.    Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 18179]**
>
>C.    Supplemental Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 21375]**
>
>D.    Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 23391]**

Status:  The hearing on the claims of Banque Safdie (Claim No. 33557) and Glitnir Banki hf (Claim No. 27419) is adjourned to February 22, 2012 at 10:00 a.m.

40.    Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

Response Deadline:  June 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit N

Related Documents:

>A.    Order Granting Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18427]**
>
>B.    Notice of Adjournment of Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23392]**

Status:  The hearing on the Objection as to the claims listed on Exhibit N is adjourned to February 22, 2012 at 10:00 a.m.

41.    Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17468]**

Response Deadline: July 7, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of QVT Fund LP and Quintessence Fund LP **[ECF Nos. 19206 & 19207]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18706]**

    C.    Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19520]**

    D.    Second Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20625]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

42.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 17469]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

43.    Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18399]**

Response Deadline:  August 10, 2011 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19521]**

    B.    Notice of Adjournment of Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23394]**

Status:  The hearing on the Objection as to the claims of Deborah Focht (Claim Nos. 34381, 42915, 42916) is adjourned to February 22, 2012 at 10:00 a.m.

44.    Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 18407]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19510]**

    B.    Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 20395]**

    C.    Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 21046]**

    D.    Notice of Adjournment of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 23395]**

Status: The hearing on the Objection as to the claim of Corner Banca SA (Claim No. 45218) is adjourned to February 22, 2012 at 10:00 a.m.

45.    Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 19522]**

    B.    Supplemental Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 20624]**

    C.    Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 23396]**

Status:  The hearing on the Objection as to the claims of HBK Master Fund L.P. (Claim Nos. 19275 and 19276) is adjourned to February 22, 2012 at 10:00 a.m.

46.    Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims **[ECF No. 18405]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Adjourned Responses:

      A.     Response of Cascade Investment, L.L.C. **[ECF No. 19349]**

      B.     Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

      C.     Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC  **[ECF No. 19101]**

      D.     Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

      E.     Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

      F.     Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

      G.     Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103**]

      H.     Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

      I.     Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

      J.     Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

      K.     Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

      L.     Response of Zephyr Recovery II-C **[ECF No. 19109]**

Related Documents:

      M.     Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19518]**

      N.     Supplemental Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21374]**

Status:  This matter has been adjourned to the hearing on February 22, 2012 at 10:00 a.m.

47.    Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 18409]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

48.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [**Docket No. 19399**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit O.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit O has been adjourned to February 22, 2012 at 10:00 a.m.

49.    Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**Docket No. 19390**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit P.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit P has been adjourned to February 22, 2012 at 10:00 a.m.

50.    Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Pension Claims) [**Docket No. 19391**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit Q.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit Q has been adjourned to February 22, 2012 at 10:00 a.m.

51.    Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [**Docket No. 19393**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit R.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit R has been adjourned to February 22, 2012 at 10:00 a.m.

52.    Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (Misclassified Claims) [**Docket No. 19377**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit S.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit S has been adjourned to February 22, 2012 at 10:00 a.m.

53.    Debtors' One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 19378**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

54.    Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 19398**]

Response Deadline: September 20, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Catholic Healthcare West [**ECF No. 22635**]

    B.    Response of New York City Municipal Water Finance Authority [**ECF No. 20138**]

    C.    Response of Steven G. Holder Living Trust [**ECF No. 24233**]

    D.    Response of Windermere Private Placement I S.A. [**ECF No. 20137**]

Related Documents:

E.      Order Granting Debtors' One Hundred Eighty-Second Objection to
Claims (Valued Derivative Claims) **[ECF No. 20630]**

F.      Supplemental Order Granting Debtors' One Hundred Eighty-
Second Objection to Claims (Valued Derivative Claims) **[ECF No.
21350]**

G.      Second Supplemental Order Granting Debtors' One Hundred
Eighty-Second Objection to Claims (Valued Derivative Claims)
**[ECF No. 23042]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

55.     Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound
Claims) **[Docket No. 19714]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit T.

Related Documents:    None.

Status:  This matter is not going forward.  The hearing on the objection to the
claims identified on Exhibit T has been adjourned to February 22, 2012 at 10:00
a.m.

56.     Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative
LPS Claims) **[Docket No. 19871]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses: See Exhibit U.

Related Documents:

A.      Order Granting Debtors' One Hundred Eighty-Eighth Omnibus
Objection to Claims (Duplicative LPS Claims) **[Docket No.
21348**]

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m. as to
the claims on Exhibit U attached hereto.

57.     Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability
Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

    A.    Response of Marquette Financial Companies **[ECF No. 20821 ]**

    B.    Response of Highland Credit Strategies Master Fund, L.P. **[ECF No. 22051]**

    C.    Response of ICP Strategic Credit Income Master Fund **[ECF. No. 23297]**

Related Documents:

    D.    Order Granting Debtors' One Hundred Eighty-Ninth Objection To Claims (No Liability Repo Claims) **[ECF. No. 21372]**

    E.    Notice of Adjournment of Hearing / Notice of Adjournment of Debtors One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) Solely as to Certain Claims **[ECF. 24158]**

Status: The hearing on the Unresolved Responses is adjourned to February 22, 2012 at 10:00 a.m.

58.    Debtors' One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) **[ECF No. 19873]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Susan Stashower

Related Documents:

    B.    Order Granting Debtors' One Hundred Ninetieth Objection To Claims (No Liability Security Claims) **[ECF. No. 21396**]

    C.    Notice of Adjournment of Hearing / Notice of Adjournment of Debtors One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) Solely as to Certain Claims **[ECF. 24159**]

Status:  The hearing on the Unresolved Response is adjourned to February 22, 2012 at 10:00 a.m.

59.   Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline: October 12, 2011 at 4:00 p.m.

Adjourned Responses:

    A.   Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

    B.   Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

    C.   Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Related Document:

    D.   Order Granting Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21397]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

60.   Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) **[ECF No. 19875]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Related Documents:

    A.   Order Granting Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) **[ECF No. 21376]**

    B.   Notice of Adjournment of Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) Solely as to Certain Claims **[ECF No. 23397]**

Status:  The hearing on the Objection as to the claim of Red River HYPI, L.P. and JP Morgan Chase Bank, N.A. (Claim No. 22276) is adjourned to February 22, 2012 at 10:00 a.m.

61.   Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19902]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Unresolved Responses:

      A.      Response of AllianceBernstein L.P. **[ECF No. 20799]**

      B.      Response of Carol Bunevich **[ECF No. 20819]**

      C.      Response of Pictet & Cie and Bank Julius Baer & Co. Ltd. **[ECF No. 21975]**

Related Documents:

      D.      Order Granting Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 21379]**

      E.      Notice of Adjournment of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23398]**

Status:  The hearing on the Objection as to the Unresolved Responses is adjourned to February 22, 2012 at 10:00 a.m.

62.      Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19903]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

      A.      Response of B. Gene Carter **[ECF No. 22220]**

      B.      Response of Michael and Ellen Sobo **[ECF No. 21517]**

      C.      Response of Scott and Heidi Sobo **[ECF No. 21518]**

      D.      Response of Suryan Family Trust **[ECF No. 21605]**

      E.      Response of Thabit Family Trust **[ECF No. 21558]**

      F.      Response of David Schwartz **[ECF No. 21579]**

      G.      Response of Martin Burger **[ECF No. N/A]**

      H.      Response of Chris Westfahl **[ECF No. 21542]**

      I.      Response of Eric Sheppard **[ECF No. 21530]**

      J.      Response of James and Rosemary Thomas **[ECF No. 21525]**

Related Documents:

   K.  Order Granting Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 21401]**

   L.  Notice of Adjournment of Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23399]**

Status:  The hearing on the Unresolved Responses is adjourned to February 22, 2012 at 10:00 a.m.

63. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline: October 17, 2011 at 4:00 p.m.

Adjourned Responses: Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents: None.

Status:  The hearing on the objection to the claim identified above has been adjourned to February 22, 2012 at 10:00 a.m.

64. Debtors' Objection to Proof of Claim Number 29702 **[ECF No. 20100]**

Response Deadline: October 13, 2011 at 4:00 p.m.

Adjourned Responses: None.

Related Documents:

   A.  Plaintiffs' Opposition to Debtors' Objection to Proofs of Claim **[ECF No. 20802]**

   B.  Motion of Reprsentative Claimants Pursuant to F.R.B.P. 9014 Seeking Application of F.R.B.P. 7023 **[ECF No. 20881]**

Status:  The hearing on this Objection has been adjourned to February 22, 2012 at 10:00 a.m.

65. Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20787]**

Response Deadline: November 11, 2011 at 4:00 p.m.

Adjourned Responses:

    A.      Response of Yakima-Tieton Irrigation District c/o Foster Pepper Pllc **[ECF No. 21851]**

Related Documents:

    B.      Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 22954**]

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

66.    Debtors' Objection to Claim Nos. 22886, 23011, 23024 (Duplicative of Indenture Trustee Claim) [**ECF No. 20836**]

Response Deadline:  November 14, 2011 at 4:00 p.m.

Response Received:

    A.      Objection of Commingled Pension Trust Fund (Core Bond) of JPMorgan Chase Bank, N.A., JPMorgan Intermediate Bond Trust and Commingled Pension Trust Fund (Market Plus Bond) of JPMorgan Chase Bank, N.A. to Debtors' Objection to Claim Nos. 22886, 23011, and 23024 **[ECF No. 22053]**

Related Documents:

    B.      Debtors' Reply to Objection of Commingled Pension Trust Fund (Core Bond) of JPMorgan Chase Bank, N.A., JPMorgan Intermediate Bond Trust and Commingled Pension Trust Fund (Market Plus Bond) of JPMorgan Chase Bank, N.A. to Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture Trustee Claim) **[ECF No. 22691]**

    C.      Notice of Presentment of Stipulation and Agreed Order Resolving a Portion of Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture Trustee Claim) **[ECF No. 23277]**

    D.      So Ordered Stipulation and Agreed Order Resolving a Portion of Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture Trustee Claim) **[ECF Nos. 23666, 24028]**

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

67.    Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 20860]**

Response Deadline:  November 14, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Annetta F. Pugia **[ECF No. 21560]**

Related Document:

    B.    Order Granting Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 22951]**

Status:  The hearing on the Unresolved Response is adjourned to February 22, 2012 at 10:00 a.m.

68.    Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20864]**

Response Deadline:  November 14, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Robert Franz **[ECF No. 22099]**

Related Documents:

    B.    Order Granting Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 29950]**

    C.    Notice of Adjournment of Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23401]**

Status:  The hearing on the Unresolved Response is adjourned to February 22, 2012 at 10:00 a.m.

69.    Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to February 22, 2012 at 10:00 a.m.

70.    Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline: December 7, 2011 at 4:00 p.m.

Adjourned Responses:

        A.       Response of DZ Bank AG Deutsche Zentral-Genossebschaftsb Ank **[ECF No. 22945]**

        B.       Response of Italease Finance S.P.A. **[ECF No. 23087]**

        C.       Response of Zwinger Opco 6 BV **[ECF No. 23070]**

<u>Status</u>: This matter has been adjourned to February 22, 2012 at 10:00 a.m.

Dated: January 25, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

<u>Exhibit A</u>

(**<u>Ninety-Second</u>** Omnibus Objection to Claims (No Blocking Number LPS Claims)
**[ECF No. 14472]** - Adjourned Responses to Claims)

**Adjourned Claims:**

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Amonn-Dinger, Verena | 11169 | N/A |
| Baumheier, Katja | 11170 | N/A |
| Baumheier, Katja | 11171 | N/A |
| Bayer, Dr. Ingeborg | 12425 | N/A |
| Bayer, Dr. Ingeborg | 12426 | N/A |
| Becker, Dr. Klaus | 13631 | N/A |
| Biesemann, Dr. Joerg | 13624 | N/A |
| Broschk, Dieter | 13637 | N/A |
| Czyganowski, Siegfried | 13610 | N/A |
| Fassbender, Maria | 13638 | N/A |
| Fetkenheuer, Lothar | 67257 | N/A |
| Fuchs, Gerhard | 13632 | N/A |
| Ganser, Albert | 24995 | N/A |
| Gette, Helene | 12444 | N/A |
| Hasse, Klaus-Dieter | 13628 | N/A |
| Heinzen, Hans | 11178 | N/A |
| Hirsch, Kurt | 11179 | N/A |
| Ishii, Hiroichi And Hella | 13602 | N/A |
| Jahn, Ursula & Horst | 24987 | N/A |
| Jansen, Walter | 34350 | N/A |
| Jansen, Walter | 34347 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Jonas, Peter And Heike | 13605 | N/A |
| Kapalla, Kurt | 12448 | N/A |
| Kellner, Martin | 11181 | N/A |
| Klippel, Almut | 67260 | N/A |
| Klug, Klaus | 12442 | N/A |
| Koechling, Hermann | 11184 | N/A |
| Krawinkel, Odo | 12427 | N/A |
| Krawinkel, Odo | 12428 | N/A |
| Kuhnast, Frank-Roland | 67258 | N/A |
| Lewin, Joerg | 34348 | N/A |
| Lucks, Iiona | 24996 | N/A |
| Lukoschek, Wolfgang | 13611 | N/A |
| Martinez Sabe, Hector Raul | 31404 | N/A |
| Mastalerek, Michael | 11187 | N/A |
| Mittmann, Hana | 24990 | N/A |
| Mueller, Wilfried | 24991 | N/A |
| Noerrenberg-Sudhaus, Werner | 11190 | N/A |
| Oberkersch, Beatrice | 11191 | N/A |
| Rakepoll Finance N.V. | 1638 | N/A |
| Rampold, Heidrun Elisabeth | 11193 | N/A |
| Rodriguez, Karsten | 13621 | N/A |
| Ruttener, Juerg For Ruettener, Hannelore | 67267 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Ruttener, Juerg For Ruettener, Hans | 67265 | N/A |
| Schiener, Friedbert Walter Und Hannelore Edeltraut | 11196 | N/A |
| Schmidt, Karin | 11197 | N/A |
| Schmidt, Ra Petra | 11198 | N/A |
| Schmitz, Herbert | 24982 | N/A |
| Schmitz, Herbert | 24983 | N/A |
| Schmitz, Herbert | 24960 | N/A |
| Schmitz, Herbert | 24984 | N/A |
| Schober, Hans-Joachim | 13634 | N/A |
| Schober, Marita | 13635 | N/A |
| Schwebius, Sandra | 11199 | N/A |
| Schwerdt, Korinna, Dr. | 61158 | N/A |
| Sogecap | 1168 | 15080 |
| Sokolowski, Claus-Guenther | 11200 | N/A |
| Sperzel, Susanne | 12443 | N/A |
| Springer, Werner | 13623 | N/A |
| Stange, Hans-Joachim | 12440 | N/A |
| Steinfort, Silvia | 11201 | N/A |
| Steinfort, Silvia | 11203 | N/A |
| Steinfort, Silvia | 11202 | N/A |
| Talreja, Rohini | 4983 | N/A |
| Thoemel, Heinz | 11207 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Uttendorf, Wilfried | 57811 | N/A |
| Volk, Helmut Und Annemarie | 11209 | N/A |
| Von Der Heyde, Philip | 11210 | N/A |
| Wartak, Beate | 11211 | N/A |
| Weber Hans-Hermann | 67237 | N/A |
| Weber Hans-Hermann | 67236 | N/A |
| Weber Hans-Hermann | 67239 | N/A |
| Weidlich, Joerg | 13642 | N/A |
| Weiss, Renate | 11212 | N/A |
| Wenzel, Peter | 11213 | N/A |
| Werner, Friedhelm And Irene | 13615 | N/A |
| Wildebrand, Peter | 13609 | N/A |
| Wippern, Margit | 13619 | N/A |
| Wittig, Hanspeter | 57824 | N/A |
| Wolski, Mieczyslaw | 61159 | N/A |
| Wolski, Mieczyslaw | 61160 | N/A |
| Wolski, Mieczyslaw | 61191 | N/A |
| Zellinger, Ernst | 11224 | N/A |

Exhibit B

(**Fortieth** Omnibus Objection to Claims  (Late-Filed Claims)
**[ECF No. 11305]** - Adjourned Responses to Claims)

**Adjourned Claims:**

| Claimant Name | Claim Number(s) |
|---|---|
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| California Department of Water Resources | 35944 |
| Cathay United Bank | 35181 |
| Chauny, S.A. | 34873 |
| Colon Lopez, Elizabeth | 34924 |
| De Jesus, Nestor E | 34492 |
| De Nicola, Michela | 65763 |
| Dmuchowski, John J | 34401 |
| Filbee, Sarah M | 34468 |
| Focht, Deborah | 34380 |
| Focht, Deborah | 42914 |
| Franzo, Rosemarie | 66393 |
| Fryer, Kelly | 39842 |
| Gelb, Jay | 35981 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |
| Iragorri, Julian | 64991 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| McCarthy,  Brian M. | 35446 |
| McCarthy, Lawrence | 66392 |
| Monahan, Maria | 34563 |
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Shen, Jiansheng Jensen | 35437 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Vereker, William | 62466 |

| Claimant Name | Claim Number(s) |
|---|---|
| WestLB AG | 36789 |
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |
| Zanco, Mario | 35574 |

Exhibit C

(**Forty-First** Omnibus Objection to Claims (Late-Filed Claims)
**[Docket No. 11306]** - Adjourned Responses to Claims)

**Adjourned Claims:**

| Claimant Name | Claim Number(s) |
|---|---|
| Chan, Lori | 67020 |
| Davy, Darren | 63539 |
| Dmuchowski, John J | 34402 |
| Hahn-Colbert, Sandra M. | 34726 |
| Hahn-Colbert, Sandra M. | 34727 |
| King, Harriet Chan | 34546 |
| Reid, Wayne D, II | 65975 |
| Reid, Wayne D, II | 65976 |

<u>Exhibit D</u>

(**Forty-Second** Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)
**[ECF No. 11307]** - Adjourned Responses to Claims)

**Adjourned Claims:**

| Claimant Name | Claim Number(s) |
|---|---|
| Ablemen & Assocs. | 66158 |
| Ablemen & Assocs. | 66159 |
| Burrow, Michael | 64939 |
| Chan Sing Cheung | 64597 |
| Chau Kam Man | 64973 |
| Cleijpool, G.J. | 64705 |
| de la Rosa, Jose Antonio | 64471 |
| De Lochtenberg Beheer | 65162 |
| Eito Eito, Angeles | 64438 |
| F. Ch. W. Mevissen BV | 65160 |
| Fok Yim Sheung, Floria | 65031 |
| Fok Yim Sheung, Floria | 65032 |
| Fok Yim Sheung, Floria | 65033 |
| Gong Cheng Hsiung | 64858 |
| Gonzalez Roquet, Maria | 64439 |
| Grootenhuis, Joost | 64928 |
| H. Rootveld | 65163 |
| Ho, Chu Wai Yee | 65692 |
| Ho Kam Yuen | 64516 |
| Ie She Hoen | 64974 |
| Integrale CCA | 64920 |
| Jose Ruivo Dragao, Joao | 64556 |
| Juventis Int'l Ltd | 64613 |
| King Sang, Leung | 64595 |
| Lafrance, Hughes | 64653 |
| Lafrance, Martine | 64652 |
| Lam Ying Choi | 64972 |
| Liceras Ruiz, Jose Luis | 64970 |
| Lin Chan, Hing | 64617 |
| Lin Hsien Hsiung | 64873 |
| Meeus-Aelbrecht, Ludovicus | 65311 |
| Meeus-Aelbrecht, Ludovicus | 66283 |
| Mevrouw E.C. Rootveld & F.B.A.P. Rootveld | 65164 |
| Mevrouw N.P.J. van Luijk | 65158 |
| Mok Siu Yuk, Emily | 64857 |
| Ng Pui Shan Vinci | 64319 |
| Nordhagen, Ove | 64995 |
| Pardo Cordero, Emilio | 64718 |
| Pearl Assurance PLC | 65658 |
| Pearl Assurance PLC | 65659 |
| Plentywealth Investment Co. Ltd | 64615 |

| Claimant Name | Claim Number(s) |
|---|---|
| Politt, Hans-Dietrich | 65645 |
| Poon Yuk Wah | 64707 |
| R.F.P. Robyn B.V. | 65538 |
| Schaefer, Edith | 64512 |
| Schowalter, Christina | 64583 |
| Schroder, Ingrid | 64926 |
| Shram, Moshe | 64621 |
| Siepmann & Cie GmbH | 65948 |
| Stahl, Gabriele | 66397 |
| Stichting Quadraam | 65159 |
| Stradmeijer, A.E. | 64876 |
| Suter, Claudia | 64142 |
| Suter, Claudia | 64188 |
| Top Advance Ltd | 65764 |
| Tsui, John | 64596 |
| van Meurs-Bergsma, HMA | 66022 |
| Web-Pro Tech. Ltd. | 64586 |
| Wong Yee Wan | 64977 |
| Wouters, Danielle | 65102 |
| Wrenton Management Ltd. | 64589 |
| Yam Chak Hong Henry | 64978 |
| Yu Chun Kwan | 64971 |

Exhibit E

(**Forty-Third** Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)
**[ECF No. 11308]** - Adjourned Responses to Claims)

**Claims to be Adjourned:**

| Claimant | Claim Number(s) |
|---|---|
| Ablemen & Assocs. | 66112 |
| AJF Holding B.V. | 64386 |
| Andersen, Samuel Magnus | 64135 |
| Augusto, Chierichetti | 65606 |
| Bakker, P.J. | 64414 |
| Banco di Napoli S.P.A | 65266 |
| Bani, Theophil | 64138 |
| Bianco, Graziella | 65673 |
| Bugini, Hans | 64174 |
| Chu, Tai-Fang | 65550 |
| Coca Vano, Francisco Jose | 64495 |
| Der M&P Meng Und Vorsorgestifung | 64152 |
| Der M&P Meng Und Vorsorgestifung | 64154 |
| Der M&P Meng Und Vorsorgestifung | 64155 |
| Dilissen, Marleen | 65711 |
| Edificaciones Marsol, SA | 65623 |
| Edificaciones Marsol, SA | 65624 |
| Eigenheer, Heidi | 64149 |
| Ernsdorfer, Karl | 64555 |
| Euromix Sicav, SA | 64315 |
| Faber, Doeke | 65586 |
| Fiebiger, Heinz | 65471 |
| Fischli, Rudolf | 64180 |
| Fischli, Rudolf | 64183 |
| Fischli, Rudolf | 64184 |
| Flach-Meier | 64150 |
| Friedrich, A.J. | 64385 |
| Gloor, Max | 64140 |
| Gosele, Heinz | 64139 |
| He Ping | 64321 |
| Heinemann, A.A.M. | 65588 |
| Kalt, Edgar | 64145 |
| Knoller, Peter & Maritta | 64248 |
| Knupp, Walter | 64173 |
| Kok, Eric | 65597 |
| Konig, P.C. | 66063 |
| Kupat Hatagmulim Shel Odvey Bank | 64331 |
| Limtong Manuel Tan | 64306 |
| Lin Wu Chueh | 64309 |
| Martinez Lopez, Encarnacion | 65628 |
| Meyer-Meier, Adrian | 64146 |

| Claimant | Claim Number(s) |
|---|---|
| Meyer-Meier, Adrian | 64147 |
| Mohinani, Hassomal Bulchand | 64316 |
| Motllo Carbo, Antonio | 65627 |
| Motllo Martinez, Antonio | 65625 |
| Motllo Martinez, Antonio | 65626 |
| Nieszner, Thomas | 64175 |
| Nieszner, Thomas | 64181 |
| Nieszner, Thomas | 64182 |
| Reymen, Edmond | 64443 |
| Schenker, Rudolf | 64148 |
| Scheurmann, Beatrix | 64151 |
| Schnopp, Max Ludwig | 64178 |
| Schwarz, Matthias | 64141 |
| Split, J.C. | 64409 |
| Stradmeijer, A.E. | 64877 |
| Strauss-Muhlemann, Peter | 64176 |
| Strauss-Muhlemann, Peter | 64177 |
| Tham Yiu Kwok | 64424 |
| van Overbeke, Ignace | 64387 |
| van Overbeke, Ignace | 64388 |
| Vogler, Karl | 64186 |
| Wellinger, Christoher | 64187 |
| Wernli, Beat | 64179 |
| Willems, Simone | 64706 |
| Winiger, Roman | 64153 |
| Wong Tak Keung | 64975 |
| Woo Set Wah | 64976 |
| Woodtly, Ursula | 64185 |
| Yiu Yuen On Paul | 64396 |

Exhibit F

(**<u>Sixty-Seventh</u>** Omnibus Objection to Claims (Valued Derivative
Claims) **[Docket No. 12533]** - Adjourned Responses to Claims)

| Claimant Name | ECF Number |
|---|---|
| Response of Kilroy Realty, LP | 12597 |
| Response of CSP II USIS Holdings LP | 13078 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Loeb Arbitrage B Fund LP, Loeb Arbitrage Fund, Loeb Offshore B Fund Ltd., and Loeb Offshore Fund Ltd. | 13217 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Aozora Bank, Ltd. | 13220 |
| Response of Mariner LDC | 13222 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13205 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of ICM Business Trust | 13226 |
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Merrill Lynch Credit Products, LLC | 13229 |
| Response of Ross Financial Corporation | 13232 |
| Response of Commonwealth Bank of Australia | 13242 |
| Response of National Bank of Canada | 13247 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |

| | |
|---|---|
| Response of Capstone Volatility Master (Cayman) Limited | 14020 |
| Response of Royal Charter Properties – East, Inc. | 15918 |
| Response of China Minsheng Banking Corp., Ltd. | 20984 |
| Objection to the Claims of New South Federal Savings Bank, F.S.B | N/A |

<u>Exhibit G</u>

(**<u>Ninety-Second</u>** Omnibus Objection to Claims (No Blocking Number LPS Claims)
**[ECF No. 14472]** - Adjourned Responses to Claims)

**Adjourned Claims:**

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Amonn-Dinger, Verena | 11169 | N/A |
| Baumheier, Katja | 11170 | N/A |
| Baumheier, Katja | 11171 | N/A |
| Bayer, Dr. Ingeborg | 12425 | N/A |
| Bayer, Dr. Ingeborg | 12426 | N/A |
| Becker, Dr. Klaus | 13631 | N/A |
| Biesemann, Dr. Joerg | 13624 | N/A |
| Broschk, Dieter | 13637 | N/A |
| Czyganowski, Siegfried | 13610 | N/A |
| Fassbender, Maria | 13638 | N/A |
| Fetkenheuer, Lothar | 67257 | N/A |
| Fuchs, Gerhard | 13632 | N/A |
| Ganser, Albert | 24995 | N/A |
| Gette, Helene | 12444 | N/A |
| Hasse, Klaus-Dieter | 13628 | N/A |
| Heinzen, Hans | 11178 | N/A |
| Hirsch, Kurt | 11179 | N/A |
| Ishii, Hiroichi And Hella | 13602 | N/A |
| Jahn, Ursula & Horst | 24987 | N/A |
| Jansen, Walter | 34350 | N/A |
| Jansen, Walter | 34347 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Jonas, Peter And Heike | 13605 | N/A |
| Kapalla, Kurt | 12448 | N/A |
| Kellner, Martin | 11181 | N/A |
| Klippel, Almut | 67260 | N/A |
| Klug, Klaus | 12442 | N/A |
| Koechling, Hermann | 11184 | N/A |
| Krawinkel, Odo | 12427 | N/A |
| Krawinkel, Odo | 12428 | N/A |
| Kuhnast, Frank-Roland | 67258 | N/A |
| Lewin, Joerg | 34348 | N/A |
| Lucks, Iiona | 24996 | N/A |
| Lukoschek, Wolfgang | 13611 | N/A |
| Martinez Sabe, Hector Raul | 31404 | N/A |
| Mastalerek, Michael | 11187 | N/A |
| Mittmann, Hana | 24990 | N/A |
| Mueller, Wilfried | 24991 | N/A |
| Noerrenberg-Sudhaus, Werner | 11190 | N/A |
| Oberkersch, Beatrice | 11191 | N/A |
| Rakepoll Finance N.V. | 1638 | N/A |
| Rampold, Heidrun Elisabeth | 11193 | N/A |
| Rodriguez, Karsten | 13621 | N/A |
| Ruttener, Juerg For Ruettener, Hannelore | 67267 | N/A |
| Ruttener, Juerg For Ruettener, Hans | 67265 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Schiener, Friedbert Walter Und Hannelore Edeltraut | 11196 | N/A |
| Schmidt, Karin | 11197 | N/A |
| Schmidt, Ra Petra | 11198 | N/A |
| Schmitz, Herbert | 24982 | N/A |
| Schmitz, Herbert | 24983 | N/A |
| Schmitz, Herbert | 24960 | N/A |
| Schmitz, Herbert | 24984 | N/A |
| Schober, Hans-Joachim | 13634 | N/A |
| Schober, Marita | 13635 | N/A |
| Schwebius, Sandra | 11199 | N/A |
| Schwerdt, Korinna, Dr. | 61158 | N/A |
| Sogecap | 1168 | 15080 |
| Sokolowski, Claus-Guenther | 11200 | N/A |
| Sperzel, Susanne | 12443 | N/A |
| Springer, Werner | 13623 | N/A |
| Stange, Hans-Joachim | 12440 | N/A |
| Steinfort, Silvia | 11201 | N/A |
| Steinfort, Silvia | 11203 | N/A |
| Steinfort, Silvia | 11202 | N/A |
| Talreja, Rohini | 4983 | N/A |
| Thoemel, Heinz | 11207 | N/A |
| Uttendorf, Wilfried | 57811 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Volk, Helmut Und Annemarie | 11209 | N/A |
| Von Der Heyde, Philip | 11210 | N/A |
| Wartak, Beate | 11211 | N/A |
| Weber Hans-Hermann | 67237 | N/A |
| Weber Hans-Hermann | 67236 | N/A |
| Weber Hans-Hermann | 67239 | N/A |
| Weidlich, Joerg | 13642 | N/A |
| Weiss, Renate | 11212 | N/A |
| Wenzel, Peter | 11213 | N/A |
| Werner, Friedhelm And Irene | 13615 | N/A |
| Wildebrand, Peter | 13609 | N/A |
| Wippern, Margit | 13619 | N/A |
| Wittig, Hanspeter | 57824 | N/A |
| Wolski, Mieczyslaw | 61159 | N/A |
| Wolski, Mieczyslaw | 61160 | N/A |
| Wolski, Mieczyslaw | 61191 | N/A |
| Zellinger, Ernst | 11224 | N/A |

Exhibit H

(**Ninety-Sixth** Omnibus Objection to Claims (Duplicative LPS Claims)
**[Docket No. 14491]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Eva Schwabmueller | 57823 | N/A |

**WGM DRAFT**
**1/25/2012 11:45 AM**

Exhibit I

(**Ninety-Seventh** Omnibus Objection to Claims (Insufficient Documentation)
**[ECF No. 14492]** - Adjourned Responses to Claims)

Adjourned Claims

| Claimant Name | Claim Number |
|---|---|
| | |
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 16353, 16389, 25648 |
| U.S. Bank National Association Transferor: Bank of America National Association[1] | 19289 |
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[2] | 15989, 15992, 15993, 15994, 15995, 15996, 16016, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 19237, 19238, 19240, 19241, 19242, 19243, 19244, 19245, 19246, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[3] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[4] | 16382 |

[1] Claim transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed May 31, 2011 [Docket No. 17234].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[3] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[4] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claims Other Than for Security filed December 13, 2011 [Docket No. 23280].

Exhibit J

(**One Hundred Tenth** Omnibus Objection to Claims (Pension Claims)
[Docket No. 15010] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Margaret Gattuso | 27736 | 16040 |
| Edward Lill | 5343 | 16705 |
| Richard S. Locke | 9581 | 15890 |
| Doris Phillips | 31702 | 16069 |

<u>Exhibit K</u>

(**<u>One Hundred Twelfth</u>** Omnibus Objection to Claims (Invalid Blocking Number
LPS Claims) [**Docket No. 15014**] – Adjourned Responses)

Adjourned Responses

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Cam-Que Kevin Lieu | 41587 | 16054 |
| Investeringsselskabet af 11.12.1990 ApS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| Lucia Del Campo | 37187 | N/A |
| Banque Cantonale du Valais | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

<u>Exhibit L</u>

(**One Hundred Seventeenth** Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[Docket No. 15363]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Abernathy, Gregg | 25533 | N/A |
| Adair, John | 23967 | 17114 |
| Addington, Erik | 23966 | N/A |
| Agrawal, Shashank | 13002 | 16910 |
| Antonelli, Christopher | 23965 | N/A |
| Ballentine, James | 23988 | 17103 |
| Baricevic, Joanna | 13429 | 16910 |
| Barone, Heather | 6641 | 17041 |
| Best, Barbara | 24001 | N/A |
| Bhattal, Jasjit | 23964 | N/A |
| Bobb, Janice | 7258 | 16424 |
| Bramham, Shaun | 23989 | 17102 |
| Braun, Konstantin | 11061 | N/A |
| Braun, Konstantin | 11062 | N/A |
| Braun, Konstantin | 11063 | N/A |
| Bush, James | 23998 | 17093 |
| Carol, Clayton | 23990 | 17101 |
| Chan, Kent | 23991 | 17100 |
| Chetty, Noel | 23981 | N/A |
| Chin, Russell | 23984 | N/A |
| Cho, Kunho | 23980 | N/A |
| Conners, William | 15186 | N/A |
| Corsalini, Enrico | 23963 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Dexter, Darrin | 23962 | N/A |
| Doe, Jocelyn | 23992 | 17099 |
| Dorfman, David | 23993 | 17098 |
| Feldkamp, Geoffrey | 23994 | 17097 |
| FIG LLC c/o Jarett Wait | 27981 | N/A |
| Flanagan, Christopher | 23976 | N/A |
| Fuchs, Benjamin | 23977 | N/A |
| Gabbay, Mark | 23982 | 17104 |
| Gabbay, Mark | 11075 | 17146 |
| Genna, Michael | 246 | N/A |
| Glavan, Jeffrey | 23956 | 17117 |
| Gould, James | 23995 | N/A |
| Greenwald, Andrew | 23961 | N/A |
| Har-Even, Itamar | 23996 | 17095 |
| Howe, Christian | 23985 | N/A |
| Huang, Kanglin | 23960 | N/A |
| Hugo-Lancelot, Robert Gabriel Marty | 24002 | N/A |
| Hunt, Robin | 23959 | N/A |
| Hurley, Jeffrey | 23986 | N/A |
| Imperato, Jason | 6615 | 16049 |
| Jotwani, Tarun | 23958 | 17116 |
| Kaye, Patrick | 23957 | N/A |
| Keay, Stephanie | 24007 | N/A |
| Kollydas, Peter | 6322 | 16781 |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Kollydas, Peter | 6494 | 16801 |
| Kollydas, Peter | 6495 | 16799 |
| Konheim, Seth | 17412 | 16775 |
| Laible, Robert | 23997 | 17094 |
| Lax, Stephen | 13727 | 16753 |
| Lucocq, Simon | 23978 | N/A |
| Lynch, Mary | 24408 | N/A |
| Lynch, Mary | 26312 | N/A |
| McCully, Michael | 65946 | N/A |
| McGarry, Patrick | 24003 | N/A |
| Millea, Timothy | 23968 | N/A |
| Morris, Jason | 23969 | 17110 |
| Murray, Thomson | 10767 | 16942 |
| Newhouse, Michelle | 12080 | 17035 |
| O'Connor, Brian | 24004 | N/A |
| Oh, Miriam | 15220 | 17067 |
| Papadakis, Spyros | 23970 | 17109 |
| Pearson, Thomas | 24005 | N/A |
| Piasio, Wayne Richard | 30380 | N/A |
| Quismorio, James | 24006 | N/A |
| Rasner, Timothy | 23971 | N/A |
| Ropner, Henry | 5614 | 15750 |
| Rubin, Charles | 23972 | 17108 |
| Rubinstein, Marc | 23983 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Santoro, Vito | 32308 | 17042 |
| Schiffman, Glenn | 23973 | 17107 |
| Schreiber, Russell | 13322 | N/A |
| Scott, Eric | 14399 | 17036 |
| Scott, Eric | 14400 | 17053 |
| Shah, Niraj | 10365 | 16922 |
| Siegmund, Thomas | 23979 | N/A |
| Skolnick, Fred | 23999 | N/A |
| Sowinski, John | 23974 | 17106 |
| Stein, Jeffrey | 23975 | 17105 |
| Tolchinsky, Andrea | 7082 | N/A |
| Tsekov, Georgi | 1524 | N/A |
| Tung, Sharon | 23949 | 17118 |
| Twitchell, Daryl | 460 | 16766 |
| Umlauf, Erik | 23950 | 17126 |
| Vaish, Pankaj | 23951 | N/A |
| Vulakh, Natalie | 23952 | 17125 |
| Wardell, Jeffery | 14743 | 16926 |
| Weiss, Aaron | 23953 | 17122 |
| Wendel, Christopher | 24000 | N/A |
| Wheeler, Keith | 24173 | 17037 |
| Yee, Jack | 23954 | 17120 |
| Yuhn, Phil | 8090 | N/A |
| Zanco, Mario | 10404 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Zolad, Bryan | 23955 | 17119 |

<u>Exhibit M</u>

(**<u>One Hundred Twenty-First</u>** Omnibus Objection to Claims (To Reclassify
Proofs of Claim as an Equity Interest) **[Docket No. 16075]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Mary Lynch | 26311 | 17152 |

<u>Exhibit N</u>

(**One Hundred Forty-Third** Omnibus Objection to Claims
(Late-Filed Claims) **[ECF No. 16856]** – Adjourned Responses)

**Adjourned Claims:**

| Claimant Name | Claim Number(s) |
|---|---|
| Acm Global Credit - U.S. Sub-Fund | 43951, 43952 |
| Agostini, Edward J. And Sylvia Jtwros | 67230, 67232 |
| Alliance Bernstein Alternative Investments (Master)- Fixed Income High Alpha Portfolio | 43949, 43950 |
| Alliance Bernstein Bond Fund, Inc. | 43944, 43945 |
| Alliance Bernstein Pooling Portfolios, The - Alliance Bernstein Intermediate Duration Bond Portfolio | 43942, 43943 |
| Alliance Bernstein Variable Products Series Fund Inc. Alliance Bernstein Intermediate Bond Portfolio | 43938, 43939 |
| Alliancebernstein Collective Investment Trust Series Alliancebernstein Us Strategic Core-Plus Fixed Income Collective Trust | 43935, 43936 |
| Alliancebernstein Collective Investment Trust Series Alliancebernstein Us Core Fixed Income Collective Trust | 43937, 43946 |
| Banque Profil De Gestion | 67083 |
| Barrios, Rosalinda | 67087 |
| Bernier, Francois | 66248 |
| Booten, Michele | 66251 |
| Borenstein, Roberta | 34410 |
| Carty, Lea | 35593 |
| Cf Midas Balanced Growth Fund | 67193 |
| Coleman, Michael Alexis | 67363 |
| De Clerq, Francoise | 66244 |
| Ed Agostini Living Trust Dtd 5/12/2000 | 67228, 67231 |
| Financial Services Compensation Scheme Limited | 63359 |
| Fitvoye, Claude | 66249 |
| Franssen, Matthias | 66250 |
| Godard, Alain & Jeannine Bronckart | 66247 |
| Sanford C. Bernstein Fund Ii, Inc. - Bernstein Intermediate Duration Institutional Porftolio | 43947, 43948 |
| Sanford C. Bernstein Fund, Inc. - Intermediate Duration Porftolio | 43940, 43941 |
| Sylvia Agostini Living Trust Dtd 5/12/2000 | 67229, 67233 |

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Tinant, Danielle | 64460 |
| U.S. Bank National Association | 67150, 67151, 67152, 67153 |
| Valkenborgs, Roger | 66245 |

<u>Exhibit O</u>

(**One Hundred Seventy-Third** Omnibus Objection to Claims (No Liability Employee Claims)
[**Docket No. 19399**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Barr, Edwin | 33578 | |
| Candillier, John | 25791 | |
| Collins, Michael | 15223 | 20378 |
| Dybeck, Donald C. | 11327, 11328, 11329 | 20171 |
| Finder, Edmund L. | 28717 | 20150, 20389 |
| Forfia, Robert | 22939 | 20181 |
| Forster, Dennis | 6325 | |
| Fritts, Donald | 8257 | 20464 |
| Gabelman, Rick L. | 6238, 6239 | 20141 |
| Gardner, James | 6512, 6590 | 20141 |
| Hein, Mark W. | 4241 | 20133 |
| Hlavek, Rudolph | 7957 | 20141 |
| Holt, Gerald | 33678, 33679 | |
| Joseph, William | 23910 | |
| Kuykendall, Charles L. | 5487 | 20114-20116 |
| Mahonchak, John | 7694 | |
| Major, Charles E. | 7272 | 20495 |
| Mc Guinn, Edwin J | 13286 | |
| Morrison, Robert D. | 7716 | 20179 |
| Mountford, Robert | 11388 | 20471 |
| Rubin, Allan | 5552 | 19648 |
| Smith, William C. | 6147 | 20428 |
| Spring, Burkhard R. | 10698 | 20170 |
| Stanton, Edward | 33549 | 21179 |
| Stipo, Michael J. | 15580 | 20176 |
| Wagner, William A. | 5570 | 20438 |
| Whalen, John A. | 32259 | 20173 |
| Estate of Peter H. Vandenberg | 31915 | |

<u>Exhibit P</u>

(**One Hundred Seventy-Fourth** Omnibus Objection to Claims (To Reclassify Proofs of Claim
as Equity Interests) [**Docket No. 19390**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Takano, Nao | 2543 | 20178 |

<u>Exhibit Q</u>

(**One Hundred Seventy-Fifth** Omnibus Objection to Claims
(No Liability Pension Claims) [**Docket No. 19391**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Takano, Nao | 2542 | 20177 |

Exhibit R

(**One Hundred Seventy-Seventh** Omnibus Objection to Claims
(No Liability Non-Debtor Employee Claims) [**Docket No. 19393**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Butler-McLaughlin, Cecelia | 21508 | 20484 |
| Carpenter, Theresa J. | 18145 | 20180 |
| Cramer, Rebekah | 13125, 13126, 13127 | |
| Friedman, Stephen | 15181 | |
| Haykin, Daniel S | 67341 | 20386 |
| Riessen, Natalie S. | 66000, 66001, 660002, 66003, 66004 | 20489, 20491 |
| Robson-Canty, Geraldine | 20289 | 20476 |
| Spital, Saul H. | 9607, 9609, 9610 | 20174 |

-

<u>Exhibit S</u>

(**<u>One Hundred Seventy-Eighth</u>** Omnibus Objection to Claims
(Misclassified Claims) [**Docket No. 19377**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Douglas, Dorothea | 15265 | 20479 |

<u>Exhibit T</u>

(**<u>One Hundred Eighty-Fifth</u>** Omnibus Objection to Claims
(Compound Claims) [**Docket No. 19714**] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Boughrum, Donald | 4625 | |
| Krieger, Karen M. Simon | 18087 | |
| Lister, James | 17624 | 20807 |
| Monahan, Brian | 20774 | |
| Nahum, Anthony | 24952 | |
| O'Sullivan, Thomas | 27300 | |
| Seraydar, Rose | 2927 | 20585 |
| Sheffer, Scott | 1681 | 20783 |
| Shi, Zhiyong | 4618 | |

<u>Exhibit U</u>

(**One Hundred Eighty-Eighth** Omnibus Objection to Claims
(Duplicative LPS Claims) **[Docket No. 19871]** – Adjourned Responses)

Adjourned Claims

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Mitsui Securities, Co., Ltd. | 62852 | 20825 |
| Horizon II International Limited | 62720 | 22005 |
| Agricultural Bank of Taiwan | 65952 | 23298 |