

# ZPR INTERNATIONAL INC.

P.Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: info@zpr.lt
www.zprinternational.com

January 5, 2012

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Re: Lehman Brothers Holdings Inc., et al. Debtors
    Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)
    ZPR International Inc. Claim Number     6530
    Originally filed:     7/28/2009
    Classification and Amount:     ADMIN: $216,000.00

Dear Sir:

We kindly and respectfully ask your advice on what to do.  We cannot understand the latest objection to our claim.

Lehman received substantial money from Oppenheimer Funds to pay for our research according to the SEC "safe harbor" rules.  They repeatedly told us they were sending the money to us and then failed within a couple of days.  This money never belonged to Lehman.

Lehman was our middle man and received significant additional compensation from Oppenheimer Funds for this.  We were the primary provider of research for 21 billion under management which traded through Lehman.  These contracts and relationship was in place for 12 years and a very large pool of funds have been accumulated in advance to pay us quarterly over in the future.  Our team worked hard to provide continuous on line support and research for all the money invested.  All we want is our last invoice paid. If we start a discovery process to find out how much money was actually reserved for us, that amount would be many times bigger.

The entire affair is most disturbing with the debtors trying to exclude claims.

Can we and do we have to sue them separately to get our money?  We are quite angry over these shenanigans and it would probably cost us more to prove our point that money given to them for a third party does not belong to them.

Sincerely,

Max Zavanelli
President
Distinguished Alumni Professor of
Applied Investments and Research

RECEIVED
JAN - 9 2012
BANKRUPTCY COURT, SDNY
JMP

Enclosed:
    I.    Copy of the Letter to Epiq Bancruptcy Solutions with 4 items attached.
    II.    Previous objections with responses, acknowledgements, & communications.
        a.  12/22/2011 objection dated (12/12/11) along with our reply  (10 pages)
        b.  Notice of Withdrawal dated June 20, 2011
        c.  1/20/2011 request letter to participate in telephonic court appearance (3/3/2011)
        d.  9/24/2010 objection to claim, our reply, refiled claim, & supporting documents
        e.  Acknowledgement of receipt of proof of claim 9/16/2009
        f.  Original claim filed 7/24/2009
        g.  Verbal Correspondence & email correspondence



# ZPR INTERNATIONAL, INC.

P. Luksio Str. 32, LT-08222 Vilnius, Lithuania
Tel: +370 (5) 2747016, Fax: +370 (5) 2747017
E-mail: info@zpr.lt
www.zprinternational.com



January 5, 2012

To:   Epiq Bankruptcy Solutions, LLC
      Attn: Lehman Brothers Holdings, Inc.
      757 Third Avenue, 3rd Floor
      New York, NY 10017

Re:   Lehman Bankruptcy

We are most displeased with your service.  This is our first (and hopefully only) bankruptcy filing.  When we completed the initial forms, we asked you if our paperwork was correct and you affirmed.  Then we were rejected because we did not repeat Lehman's name in the second box and that we did not have a claim number.  That was a silly catch 22 because we had to file to get a claim number.  You did not notify us of a claim number!  After getting that straightened out and the objections dropped, you now send us a letter postmarked December 27, that we need to have an original signature on our W-8BEN form by December 30.  This was received at my US mailing address on January 4. Our company is in Europe.  I received notification today on January 5 after which I am immediately sending by express mail this letter, the W-8BEN, the scanned postmarks and your letter.

Max Zavanelli
President
Distinguished Alumni Professor of
Applied Investments and Research

Enclosed:
1.  Copy of the letter from Epiq Bankruptcy Solutions
2.  Copy of the envelope showing the postmark
3.  Copy of rejected form W-8BEN
4.  New signed form W-8BEN

Copy  Honorable Judge Peck



Date:        Tuesday, December 06, 2011

Re:          LEHMAN BROTHERS HOLDINGS INC.

To Whom It May Concern:

We have received your response to our request for your (1) executed tax identification form and (2) certification regarding status with respect to the above-referenced matter. Your information could not be recorded for the following reason(s):

_____        W-9/W-8 Form was not provided. If you are a U.S. entity or individual, you must complete and return Form W-9. If you are a non-US entity or individual, you must complete and return the appropriate Form W-8 (either a Form W-8BEN, Form W-8ECI, Form W-8EXP, or Form W-8IMY, as applicable). Forms are available at www.lehman-docket.com or on www.irs.gov.

_____        W-9 Form does not contain a tax identification number. If you are a non-US entity or individual, you must complete and return the appropriate Form W-8 (either a Form W-8BEN, Form W-8ECI, Form W-8EXP, or Form W-8IMY, as applicable). Forms are available at www.lehman-docket.com or on www.irs.gov.

X              W-9/W-8 Form does not contain an original signature
_____

_____        Certification Regarding Status was not provided

_____        Certification Regarding Status was not signed

_____        Other: _____

PLEASE RETURN **THIS LETTER** ALONG WITH A PROPERLY COMPLETED AND EXECUTED **TAX FORM** AND/OR **CERTIFICATION REGARDING STATUS** TO EPIQ SO AS TO BE **RECEIVED** BY **DECEMBER 30, 2011** AT ONE OF THE FOLLOWING ADDRESSES:

| If by first-class mail: | If by Hand Delivery or Overnight mail: |
|---|---|
| Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | Epiq Bankruptcy Solutions, LLC Attn: Lehman Brothers Holdings Inc. 757 Third Avenue, 3rd Floor New York, NY 10017 |

If you have any questions regarding your claim or this request, please contact Epiq at 866-879-0688 (non-US: +1 503-597-7691).

W9FormID 20656                                           W9LabelID 2459



$ 02.17⁰
DEC 27 2011
MAILED FROM ZIP CODE 10017

Legal Documents Enclosed -
Please direct to the attention of the Addressee,
Legal Department or President.

LBH CURELTR 12-23-2011 (MERGE2,TXNUM2) 6926
******400005319t****** BAR(23) MAIL ID === 0000055067722 ===

ZPR INTERNATIONAL INC.
1642 NORTH VOLUSIA AVENUE
ATTN: MAX ZAVANELLI
ORANGE CITY  FL  32763

W9 LABEL ID.: 2459

W9 FORM ID: 20656

DEC 0 2 2011

**Form W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | W-8ECI or W-8EXP |

Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . | W-8IMY |

Note: See instructions for additional exceptions.

### Part I   Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner
ZPR International Inc

**2** Country of incorporation or organization
Turks & Caicos

**3** Type of beneficial owner:
☐ Individual    ☑ Corporation    ☐ Disregarded entity    ☐ Partnership    ☐ Simple trust
☐ Grantor trust    ☐ Complex trust    ☐ Estate    ☐ Government    ☐ International organization
☐ Central bank of issue    ☐ Tax-exempt organization    ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
P. Luksio Str. 32

City or town, state or province. Include postal code where appropriate.
Vilnius LT-08222

Country (do not abbreviate)
Lithuania

**5** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

**6** U.S. taxpayer identification number, if required (see instructions)    ☐ SSN or ITIN    ☐ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☑ The beneficial owner is a resident of .............. **Lithuania** ..............within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ..............of the treaty identified on line 9a above to claim a ..............% rate of withholding on (specify type of income): ..............................
Explain the reasons the beneficial owner meets the terms of the treaty article: ..............................................

### Part III   Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contra connected with the conduct of a trade or business in the United States. I agree to upda

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc. - W-9's, Et Al.
08-13555 (JMP)       0000002459

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knc further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this forr
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

Signature of beneficial owner (or individual authorized to sign for beneficial owner)

Date (MM-DD-YYYY) 09/09/2011

Capacity in which acting   Presidentz

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form W-8BEN (Rev. 2-2006)

Printed on Recycled Paper

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . | . . . . . . W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . | . . . . . . . W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | . W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . | .W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . | . W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I    Identification of Beneficial Owner (See instructions.)

| 1   Name of individual or organization that is the beneficial owner | 2   Country of incorporation or organization |
|---|---|
| ZPR International Inc | Turks & Caicos |

3   Type of beneficial owner:   ☐ Individual   ☑ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4   Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.

P. Luksio Str. 32

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| Vilnius LT-08222 | Lithuania |

5   Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6   U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN  ☐ EIN | 7   Foreign tax identifying number, if any (optional) |
|---|---|
| | |

8   Reference number(s) (see instructions)

### Part II    Claim of Tax Treaty Benefits (if applicable)

9   I certify that (check all that apply):

a   ☑ The beneficial owner is a resident of ............... Lithuania ............... within the meaning of the income tax treaty between the United States and that country.

b   ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c   ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d   ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e   ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10   Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): ............................... .
Explain the reasons the beneficial owner meets the terms of the treaty article: ...................................................
.....................................................................................................................................

### Part III    Notional Principal Contracts

11   ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

Sign Here ▶   *[signature]*   *Canary 5, 2012*   President

Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

♻ *Printed on Recycled Paper*





# ZPR INTERNATIONAL, INC.

P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: info@zpr.lt
www.zprinternational.com

December 22, 2011

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Re: Lehman Brothers Holdings Inc., et al. Debtors
    Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)
        ZPR International Inc. Claim Number   6530
        Originally filed:             7/28/2009
        Classification and Amount:    ADMIN: $216,000.00

Dear Honorable Judge Peck:

We cannot understand this objection. Lehman held substantial money on behalf of Oppenheimer Funds to pay for research for investments. This money was generated through trading commissions that was directed to Lehman for ZPR International. Lehman had a contract with ZPR International and Oppenheimer Funds for this purpose according to SEC rules. This agreement had been in place for 12 years. Oppenheimer instructed Lehman to pay ZPR International for its research. This payment was confirmed by Lehman that it was being sent but was never made due to the bankruptcy. (Lehman said the check was in the mail.)

Lehman had received payment for our services and failed to pay us. They are more than just liable. That is a form of theft.

Enclosed is our claim form and supporting documents.

Sincerely,

Max Zavanelli,
President

CC:   *Weil Gotshal & Manges LLP*
      *767 fifth Avenue*
      *New York, New York 10153*
      *Attn: Robert J. Lemons, Esq. & Mark Bernstein, Esq.*

      *The Office of the United States Trustee for Region 2*
      *33 Whitehall Street*
      *21st Floor*
      *New York, New York 10004*
      *Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini, Esq., & Andrea Schwartz, Esq.*

      *Milbank, Tweed, Hadley & McCloy LLP*
      *1 Chase Manhattan Plaza*
      *New York, New York 10004*
      *Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.*

HEARING DATE AND TIME: January 26, 2012 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: January 11, 2012 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' TWO HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                   :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                        :
                        Debtors.                        :    **(Jointly Administered)**
----------------------------------------------------------------x

NOTICE OF HEARING ON DEBTORS' TWO HUNDRED
FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that on December 12, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their two hundred forty-first omnibus

objection to claims (the "Debtors' Two Hundred Forty-First Omnibus Objection to Claims"), and

that a hearing (the "Hearing") to consider the Debtors' Two Hundred Forty-First Omnibus

Objection to Claims w ll be held before the Honorable James M. Peck, United States Bankruptcy

Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004, on **January 26, 2012 at 10:00 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Two

Hundred Forty-First Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini,

Esq., and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **January 11, 2012 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

   **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Two Hundred Forty-First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Two Hundred Forty-First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: December 12, 2011
   New York, New York

       /s/ Robert J. Lemons
       Robert J. Lemons

       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007

       Attorneys for Debtors
       and Debtors in Possession

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC,  Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC,  Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Lehman Bros. Hldg. Inc | 08-13555 (JMP) |

**PROOF OF CLAIM**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR, DBF, CREDNUM) CREDNUM #1000151475
ZPR INTERNATIONAL INC.
1642 N. Volusia Ave
Orange City, FL  32763
Attn:  Max Zavanelli

Telephone number: 386-775-1177        max@zprinternational.com
                                        Email Address:

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 6530
(If known)

Filed on: 7/28/2009

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:        Email Address:

1.  Amount of Claim as of Date Case Filed:  $  216,000.00
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2.  Basis for Claim:  Third Party Payment due
(See instruction #2 on reverse side.)

3.  Last four digits of any number by which creditor identifies debtor: 6926
3a. Debtor may have scheduled account as:  6926
(See instruction #3a on reverse side.)

4.  Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

7.  Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date:
Oct-15
2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | |
|---|---|
| 09-17331 Merit, LLC | 09-17503 LB Somerset LLC |
| 09-17505 LB Preferred Somerset LLC | |

If your Claim is against more than one of the Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure ("FRBP") 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

___ DEFINITIONS ___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

___ INFORMATION ___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



# ZPR INTERNATIONAL, INC.

P.Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

July 24, 2009

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re: Case # 08-13555 (JMP)

### BASIS FOR CLAIM

Since 1998, ZPR International sold its research to Oppenheimer Funds through Lehman Brothers for "soft dollars". These are brokerage commissions paid for stock trades by Oppenheimer Funds to the credit of ZPR International. A substantial unknown amount had been accrued on our behalf as future payments for our research. Upon presentation of our invoice, the invoice amount would be promptly paid to us from the prepaid credits of Oppenheimer Funds. (Updated agreement between Lehman Brothers and ZPR International is attached effective from Sept. 25, 2002.)

On September 9, 2008, we sent our invoice and we were repeatedly promised payment and told that the "check was mailed". It never arrived.

This money did not directly belong to Lehman Brothers, as Lehman Brothers was essentially the custodian of third party commissions paid for by Oppenheimer Funds for services provided by ZPR International and should have been residing in a special soft dollar account somewhere within Lehman Brothers upon which payments would have been drawn on behalf of Oppenheimer Funds. Payments were being made to us out of the account number 0000006926 located at Lehman Brothers Accounts Payable at 70 Hudson Street; Jersey City, NJ 07302.

Sincerely,

Max Zavanelli
President

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**PROOF OF CLAIM**

UNIQUE IDENTIFICATION NUMBER: 1000151475

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000006530

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000151475******
ZPR INTERNATIONAL INC.
1642 NORTH VOLUSIA AVENUE
ATTN: MAX ZAVANELLI
ORANGE CITY, FL 32763

Telephone number: 386-725-1177   Email Address: zprintrenshow li.ish   max®

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____   Email Address: _____

1. Amount of Claim as of Date Case Filed: $ 216,000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: THIRD PARTY PAYMENT DUE
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 6926
   3a. Debtor may have scheduled account as: 6926
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 216,000
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date:<br>7/24/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Max Zavanelli   MAX ZAVANELLI   PRESIDENT |
|---|---|

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

FOR COURT USE ONLY

FILED / RECEIVED
JUL 2 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

### Agreement Between
### ZPR International, Inc.
### And The Subscriber

WHEREAS, ZPR International, Inc. ("ZPR") provides certain Investment Data, defined as: models, methodologies, quantitative techniques, databases and reports ("Investment Data") which ZPR prepares and updates on a regular basis and which are available through ZPR's software and reports as well as other research services and reports ZPR may, from time to time prepare and provide; and

WHEREAS, LEHMAN BROTHERS ("Subscriber") desires to subscribe to the Investment Data and research services to have them provided on Subscriber's behalf to OppenheimerFunds, Inc. ("OFI") which has been on a continuing basis since 1998.

NOW THEREFORE, it is hereby agreed as follows:

1. ZPR provide the Investment Data and research services to OFI through the Subscriber in accordance with the working arrangement between OFI and ZPR since 1998.

2. Subscriber will pay to ZPR fees for such Investment Data and research as approved by OFI under the general working arrangement between OFI and ZPR applicable to it.

   The Subscriber is paying on behalf of OFI using soft dollar services.

3. This Agreement is effective from the date hereof unless terminated by Agreement between OFI and ZPR or replaced with a more specific Agreement between OFI and ZPR.

Entered into this 25th day of September, 2002

Signature _____    Date _____

MAX ZAVANELLI   PRESIDENT
Name & Title

For:

ZPR International, Inc.
Ukmerges Str. 41-513
Vilnius, LT-2034
Lithuania

Signature _____    Date 9/27/02

Doug Leo, Vice President
Name & Title

For:

Lehman Brothers
745 7th Ave
Third Floor
New York, NY 10019



# ZPR INTERNATIONAL, INC.

P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370(5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

September 9, 2008

Kimberley Potoczniak
Lehman Brothers
Commission Mgt. Group
745 7th Avenue, 16th Floor
New York, NY 10019

**Subject: Research Invoice #5 2008**

Bill to: Lehman Bros.

On behalf of Oppenheimer Funds. Inc.

Ship to:

Dr. Marc Reinganum
Oppenheimer Funds. Inc.
Two World Financial Center
255 Liberty Street, 11th Floor
New York. NY 10281-1008

**For: Research Services**

| | |
|---|---:|
| ICX + IE System on the OFI Universes + REITS | $202.500 |
| *October/November/December 2008* | |
| Internet Database Updates | $13,500 |
| **Total Research Services:** | **$216,000** |

Please arrange payment to ZPR International, Inc.  Due upon receipt.
For your convenience, please send payment to:

Max Zavanelli
1642 N. Volusia Avenue
Orange City, FL 32763

Thank You,

*Max Zavanelli*

Max Zavanelli
President

CC: Dr. Marc Reinganum, OFI
Alvaro Arza, OFI
Mary Ervolino, Lehman Brothers



WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                   :

In re                                :     Chapter 11 Case No.
                                     :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                                     :

            Debtors.         :     (Jointly Administered)
                                     :
                                     :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS) AS TO CERTAIN CLAIMANTS

         **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Forty-Sixth Omnibus Objection

to Claims (No Debtor Claims) [Dkt. No. 11584] <u>solely with respect to the claims listed on</u>

<u>Exhibit A annexed hereto</u>.  The Debtors reserve their rights to object to the claims listed on

<u>Exhibit A</u> on any grounds in the future.

Dated: June 20, 2011
     New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

**Exhibit A**

**Claims for Which Objection Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| ACTIV Financial Systems, Inc. | 6085 |
| Atlantic Forms and Systems Inc. | 5634 |
| Audio Incorporated | 12543 |
| A. M. Best Company | 10424 |
| Boilermaker Trust Claims | 9807, 9814, 9815, 9817 and 9868 |
| Dav-El Reservations System, Inc. | 24929 |
| Patricio Quinn | 12565 |
| ZPR International, Inc. | 6530 |



# ZPR INTERNATIONAL, INC.

P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: info@zpr.lt
www.zprinternational.com

January 20, 2011

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Re: Lehman Brothers Holdings Inc., et al. Debtors
    Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)
        ZPR International Inc. Claim Number    6530
        Originally filed:             7/28/2009
        Classification and Amount:    ADMIN: $216,000.00

Dear Judge Peck:

I am requesting permission to participate in a telephonic court appearance for the following hearing:

Notice of Adjournment of Debtors' Forty-sixth Omnibus Objection to Claims
Originally scheduled December 22, 2010 and adjourned until March 3, 2011, at 10:00 a.m.

We believe there has been an unjust attempt to expunge our claim because we were not given a claim number or did not redundantly repeat the name of debtor in a box below where the name of debtor was already given. It says "if known" next to court claim number. No one told us our claim number and it was a catch 22. We can't get a claim number until you file a claim. We asked specifically of EPIQ Systems if our paperwork was in order and they said yes. We strongly oppose the debtor's objection.

I will be out of the country at this time (7 hours time difference) and will not be able to appear in person. The notice states that CourtCall, LLC must receive approval from your chambers before I can make a reservation.

Sincerely,

Max Zavanelli,
President

CC:    Weil Gotshal & Manges LLP
        767 fifth Avenue
        New York, New York 10153
        Attn: Shai Waisman, Esq.

        Weil Gotshal & Manges LLP
        200 Crescent Ct., Suite 300
        Dallas, TX 75201-6950
        Attn: Erin Eckols





# ZPR INTERNATIONAL, INC.
P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

October 15, 2010

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Re: Lehman Brothers Holdings Inc., et al. Debtors
    Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)
        ZPR International Inc. Claim Number    6530
        Originally filed:        7/28/2009
        Classification and Amount:    ADMIN: $216,000.00

Dear

We object to the request to disallow and expunge our claim. The objection was based on the fact that we inadvertently did not fill in the Case Number and Debtor name in the boxes on the form. This omission was probably made because our claim is against the lead Debtor and under the main claim number.

We are enclosing a new claim form with all the information.

Sincerely,

Max Zavanelli,
President

CC:    Weil Gotshal & Manges LLP
        767 fifth Avenue
        New York, New York 10153
        Attn: Shai Waisman, Esq.

        The Office of the United States Trustee for the Southern District of New York
        33 Whitehall Street
        21st Floor
        New York, New York 10004
        Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq.,
        Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York 10004
        Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                                 :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :       08-13555 (JMP)

                                    Debtors.                       :       (Jointly Administered)

------------------------------------------------------------x

LBH OMNI46 09-24-2010 (MERGE2,TXNUM2) 4000053191 MAIL ID *** 0033526413 *** BSIUSE: 80

ZPR INTERNATIONAL INC.
1642 NORTH VOLUSIA AVENUE
ATTN: MAX ZAVANELLI
ORANGE CITY, FL 32763

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIK ENCARNACION, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| Creditor Name and Address:<br>ZPR INTERNATIONAL INC.<br>1642 NORTH VOLUSIA AVENUE<br>ATTN: MAX ZAVANELLI<br>ORANGE CITY, FL 32763 | Claim Number:          6530<br><br>Date Filed:             7/28/2009<br><br>Classification and Amount:    ADMIN: $ 216,000.00 |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as it was submitted without specifying a case number or a Debtor against whom the claim is asserted. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| United States Bankruptcy Court/Southern District of New York | PROOF OF CLAIM |
|---|---|

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC, Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC, Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Lehman Bros. Hldg. Inc | 08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR, DBF, CREDNUM) CREDNUM #1000151475
ZPR INTERNATIONAL INC.
1642 N. Volusia Ave
Orange City, FL 32763
Attn: Max Zavanelli

max@zprinternational.com
Telephone number: 386-775-1177    Email Address:

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 6530
_(If known)_

Filed on: 7/28/2009

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 216,000.00
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Third Party Payment due
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 6926
   3a. Debtor may have scheduled account as: 6926
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $ _____ Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____ Basis for perfection: _____
   Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
   Amount entitled to priority:
   $ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

FOR COURT USE ONLY

| Date: Oct. 15 2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. _Any Farrell._ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | |
|---|---|
| 09-17331  Merit, LLC | 09-17503  LB Somerset LLC |
| 09-17505  LB Preferred Somerset LLC | |

If your Claim is against more than one of the Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure ("FRBP") 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments must be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

# _DEFINITIONS_

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

---

# _INFORMATION_

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.



# ZPR INTERNATIONAL, INC.

P.Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

July 24, 2009

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re: Case # 08-13555 (JMP)

## BASIS FOR CLAIM

Since 1998, ZPR International sold its research to Oppenheimer Funds through Lehman Brothers for "soft dollars". These are brokerage commissions paid for stock trades by Oppenheimer Funds to the credit of ZPR International. A substantial unknown amount had been accrued on our behalf as future payments for our research. Upon presentation of our invoice, the invoice amount would be promptly paid to us from the prepaid credits of Oppenheimer Funds. (Updated agreement between Lehman Brothers and ZPR International is attached effective from Sept. 25, 2002.)

On September 9, 2008, we sent our invoice and we were repeatedly promised payment and told that the "check was mailed". It never arrived.

This money did not directly belong to Lehman Brothers, as Lehman Brothers was essentially the custodian of third party commissions paid for by Oppenheimer Funds for services provided by ZPR International and should have been residing in a special soft dollar account somewhere within Lehman Brothers upon which payments would have been drawn on behalf of Oppenheimer Funds. Payments were being made to us out of the account number 0000006926 located at Lehman Brothers Accounts Payable at 70 Hudson Street; Jersey City, NJ 07302.

Sincerely,

Max Zavanelli
President

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

# PROOF OF CLAIM

UNIQUE IDENTIFICATION NUMBER: 1000151475

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et AL
08-13555 (JMP)        0000006530

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000151475******
ZPR INTERNATIONAL INC.
1642 NORTH VOLUSIA AVENUE
ATTN: MAX ZAVANELLI
ORANGE CITY, FL 32763

Telephone number: 386-725-1177  Email Address: zprinranowchim  MAX @

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.  **Amount of Claim as of Date Case Filed:** $ 216,000

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE ON A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2.  **Basis for Claim:** THIRD PARTY PAYMENT DUE
(See instruction #2 on reverse side.)

3.  **Last four digits of any number by which creditor identifies debtor:** 6926
    3a. Debtor may have scheduled account as: 6926
    (See instruction #3a on reverse side.)

4.  **Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

5.  **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6.  **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ 216,000
(See instruction #6 on reverse side.)

7.  **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
JUL 28 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 7/24/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Max Zavanelli  MAX ZAVANELLI  PRESIDENT |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

10/15/2002    14:51    LEHMAN → 913867797749    NO.947    002
                       +3702731659

FROM : ZPR INT ATST              FAX NO. : +3702731659    Sep. 26 2002 12:00PM P1

### Agreement Between
### ZPR International, Inc.
### And The Subscriber

WHEREAS, ZPR International, Inc. ("ZPR") provides certain Investment Data, defined as: models, methodologies, quantitative techniques, databases and reports ("Investment Data") which ZPR prepares and updates on a regular basis and which are available through ZPR's software and reports as well as other research services and reports ZPR may, from time to time prepare and provide; and

WHEREAS, LEHMAN BROTHERS ("Subscriber") desires to subscribe to the Investment Data and research services to have them provided on Subscriber's behalf to OppenheimerFunds, Inc. ("OFI") which has been on a continuing basis since 1998.

NOW THEREFORE, it is hereby agreed as follows:

1.  ZPR provide the Investment Data and research services to OFI through the Subscriber in accordance with the working arrangement between OFI and ZPR since 1998.

2.  Subscriber will pay to ZPR fees for such Investment Data and research as approved by OFI under the general working arrangement between OFI and ZPR applicable to it.

    The Subscriber is paying on behalf of OFI using soft dollar services.

3.  This Agreement is effective from the date hereof unless terminated by Agreement between OFI and ZPR or replaced with a more specific Agreement between OFI and ZPR.

Entered into this 25th day of September, 2002

_____  Sept 25          _____  9/27/02
Signature                  Date             Signature                  Date

MAX ZAVANELLI   PRESIDENT                   Doug Leo, Vice President
Name & Title                                Name & Title

For:                                        For:

ZPR International, Inc.                      Lehman Brothers
Ukmerges Str. 41-513                        745 7th Ave
Vilnius, LT-2034                            Third Floor
Lithuania                                   New York, NY 10019



# ZPR INTERNATIONAL, INC.

P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370(5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

September 9, 2008

Kimberley Potoczniak
Lehman Brothers
Commission Mgt. Group
745 7th Avenue, 16th Floor
New York, NY 10019

Subject: **Research Invoice #5 2008**

Bill to: Lehman Bros.

On behalf of Oppenheimer Funds, Inc.

Ship to:

Dr. Marc Reinganum
Oppenheimer Funds, Inc.
Two World Financial Center
255 Liberty Street, 11th Floor
New York, NY 10281-1008

**For: Research Services**

| | |
|---|---|
| ICX + IE System on the OFI Universes + REITS | $202,500 |
| *October/November/December 2008* | |
| Internet Database Updates | $13,500 |
| **Total Research Services:** | **$216,000** |

Please arrange payment to **ZPR International, Inc.** Due upon receipt.
For your convenience, please send payment to:

Max Zavanelli
1642 N. Volusia Avenue
Orange City, FL 32763

Thank You,

*Max Zavanelli*

Max Zavanelli
President

CC: Dr. Marc Reinganum, OFI
Alvaro Arza, OFI
Mary Ervolino, Lehman Brothers





P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000053191 ****
ZPR INTERNATIONAL INC.
1642 NORTH VOLUSIA AVENUE
ATTN: MAX ZAVANELLI
ORANGE CITY, FL 32763

September 16, 2009

### ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case.   To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NO DEBTOR ASSERTED BY CREDITOR |
| Case Number: | NO CASEZ99 |
| Creditor: | ZPR INTERNATIONAL INC. |
| Date Received: | 07/28/2009 |
| Claim Number: | 6530 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed.  The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH.  To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search".  Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx.  Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC





# ZPR INTERNATIONAL, INC.

P.Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370 (5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

July 24, 2009

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re: Case # 08-13555 (JMP)

## BASIS FOR CLAIM

Since 1998, ZPR International sold its research to Oppenheimer Funds through Lehman Brothers for "soft dollars". These are brokerage commissions paid for stock trades by Oppenheimer Funds to the credit of ZPR International. A substantial unknown amount had been accrued on our behalf as future payments for our research. Upon presentation of our invoice, the invoice amount would be promptly paid to us from the prepaid credits of Oppenheimer Funds. (Updated agreement between Lehman Brothers and ZPR International is attached effective from Sept. 25, 2002.)

On September 9, 2008, we sent our invoice and we were repeatedly promised payment and told that the "check was mailed". It never arrived.

This money did not directly belong to Lehman Brothers, as Lehman Brothers was essentially the custodian of third party commissions paid for by Oppenheimer Funds for services provided by ZPR International and should have been residing in a special soft dollar account somewhere within Lehman Brothers upon·which·payments would have been drawn on behalf of Oppenheimer Funds. Payments were being made to us out of the account number 0000006926 located at Lehman Brothers Accounts Payable at 70 Hudson Street; Jersey City, NJ 07302.

Sincerely,

Max Zavanelli
President

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors.<br><br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered)<br><br>Case No. of Debtor | UNIQUE IDENTIFICATION NUMBER: 1000151475<br><br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et AL<br>08-13555 (JMP)        0000006530 |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000151475******<br>ZPR INTERNATIONAL INC.<br>1642 NORTH VOLUSIA AVENUE<br>ATTN: MAX ZAVANELLI<br>ORANGE CITY, FL 32763<br><br><br>Telephone number: 386-725-1177  Email Address: zprinternationalinc | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1.   Amount of Claim as of Date Case Filed: $ 216,000<br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☐ Check this box if all or part of your claim is based on a Derivative Contract.*<br>☐ Check this box if all or part of your claim is based on a Guarantee.*<br>*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee. | 5.   Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____). |
| 2.   Basis for Claim: THIRD PARTY PAYMENT DUE<br>(See instruction #2 on reverse side.) | |
| 3.   Last four digits of any number by which creditor identifies debtor: 6926<br>3a. Debtor may have scheduled account as: 6926<br>(See instruction #3a on reverse side.) | |
| 4.   Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe: _____<br>Value of Property: $ _____   Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$ _____   Basis for perfection: _____<br>Amount of Secured Claim: $ _____   Amount Unsecured: $ _____ | Amount entitled to priority:<br><br>$ _____ |
| 6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 216,000<br>(See instruction #6 on reverse side.) | |

| 7.   Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>8.   Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.<br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br>JUL 28 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date:<br>7/24/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_Max Zavanelli_   MAX ZAVANELLI   PRESIDENT | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Agreement Between
ZPR International, Inc.
And The Subscriber**

WHEREAS, ZPR International, Inc. ("ZPR") provides certain Investment Data, defined as: models, methodologies, quantitative techniques, databases and reports ("Investment Data") which ZPR prepares and updates on a regular basis and which are available through ZPR's software and reports as well as other research services and reports ZPR may, from time to time prepare and provide; and

WHEREAS, LEHMAN BROTHERS ("Subscriber") desires to subscribe to the Investment Data and research services to have them provided on Subscriber's behalf to OppenheimerFunds, Inc. ("OFI") which has been on a continuing basis since 1998.

NOW THEREFORE, it is hereby agreed as follows:

1.  ZPR provide the Investment Data and research services to OFI through the Subscriber in accordance with the working arrangement between OFI and ZPR since 1998.

2.  Subscriber will pay to ZPR fees for such Investment Data and research as approved by OFI under the general working arrangement between OFI and ZPR applicable to it.

    The Subscriber is paying on behalf of OFI using soft dollar services.

3.  This Agreement is effective from the date hereof unless terminated by Agreement between OFI and ZPR or replaced with a more specific Agreement between OFI and ZPR.

Entered into this 25th day of September, 2002

_____    Sept 25        _____    9/27/02
Signature                    Date           Signature                    Date

MAX ZAVANELLI   PRESIDENT                   Doug Leo, Vice President
Name & Title                               Name & Title

For:                                       For:

ZPR International, Inc.                     Lehman Brothers
Ukmerges Str. 41-513                       745 7th Ave
Vilnius, LT-2034                           Third Floor
Lithuania                                  New York, NY 10019



# ZPR INTERNATIONAL, INC.

P. Luksio Str. 32, 5th Floor
LT-08222 Vilnius, Lithuania
Tel/Fax: +370(5) 2747016, 2747017
E-mail: office@ipv.lt
www.zprinternational.com

September 9, 2008

Kimberley Potoczniak
Lehman Brothers
Commission Mgt. Group
745 7th Avenue, 16th Floor
New York, NY 10019

**Subject: Research Invoice #5 2008**

Bill to: Lehman Bros.

On behalf of Oppenheimer Funds, Inc.

Ship to:

Dr. Marc Reinganum
Oppenheimer Funds, Inc.
Two World Financial Center
255 Liberty Street, 11th Floor
New York, NY 10281-1008

**For: Research Services**

| | |
|---|---|
| ICX + IE System on the OFI Universes + REITS | $202,500 |
| *October/November/December 2008* | |
| Internet Database Updates | $13,500 |
| **Total Research Services:** | **$216,000** |

Please arrange payment to **ZPR International, Inc.** Due upon receipt.
For your convenience, please send payment to:

Max Zavanelli
1642 N. Volusia Avenue
Orange City, FL 32763

Thank You,

Max Zavanelli
President

CC: Dr. Marc Reinganum, OFI
Alvaro Arza, OFI
Mary Ervolino, Lehman Brothers

<u>Lehman (Verbal Correspondence)</u>

Sept 21, 2009 – Left message at 646-282-2400 (Epiq) in regards to the acknowledgement of the receipt of proof of claim.

Sept 22, 2009 – Lane from Epiq returned call, and informed that all claims can be found on company's website:  <u>www.lehman-docket.com</u>

Sept 22, 2009 – Called back and spoke with a Samantha (Epiq) to be sure that all required documents were received.  She stated that everything looked in order at that time.

Feb. 2, 2011 – Spoke with Stacy Lutkus in regards to the telephonic court call @ 888-882-6878. She informed that we did have permission to participate in the court hearing scheduled for March 3, 2011.

June 27, 2011 – called Erin Eckols to verify that the notice of withdrawal of objection was correct.  She stated at that time that the objection had been withdrawn, but that it could still be objected later in the process.

Oct. 31, 2011 – called Epiq in regards to voting instructions and spoke with Danielle (id 1013) to verify what needed to be specified in the claim amount.  She informed that it was not for our actual claim of $216,000 – but 1 as for per vote share amount.

Jan. 4, 2012 – called and spoke with Jessica at Epiq (10:31am) in regards to a letter received for requested documents for Certification regarding Status.  We had sent a photocopy of the W8-BEN, they sent a new request asking for an original signed document.  This needed to be returned by the 30th of Dec. 2011.  My question to Jessica was how was I to do that when I didn't receive until Jan 4th, 2012.  The postmark on the envelope was dated Dec. 27, 2011.  Jessica checked with a superviser and told me to send in a letter of explanation and a copy of the envelope showing the postmark date.  She also said that she escalated the call and was leaving it open so that when the information was received it could be properly documented.

| Print | Close |

heidi

**To:** erin.eckols@weil.com
**From:** max [+]
30 Dec 2010 - 00:43:25 +0100
**Cc:** heidi
▶ Reply | Reply All | Forward | Unread                                        ▶ Normal
**Subject:  Re: RE: RE: Lehman claim**                                         

thank you for your kind reply.

Yes.. we got the first objection and refiled.
I thought this was a new objection. Our paperwork is now in order
thanks to our refiling in October immediately upon being notified.

I note that when we originally filed with Epic in 2009 we asked them
directly if our paperwork was correct and they said yes.

Again I thank for communication with me directly as I am rarely in the
United States.

I must say that I do not know who exactly the "debtors" are. However
our claim should have high priority. We never lent or invested any money
to Lehman. Lehman was only a third pary conveying a payment from our
client Oppenheimer funds. If we would go through a discovery process,
we would find a large amount of money paid to Lehman on our behalf
for our research and probably other Oppenheimer clients as well
Oppenheimer informed us there was a large credit balance in their account
from their trading for us and we should submit our invoice in early September when rumors were starting. Our Lehman
contact said our check had been sent, but
it wasn't and another Lehman contact earlier said they would pay us without delay.

This was money sitting in an account earmarked specifically for us for services
rendered. Lehman was the primary trader for Oppenheimer Funds and ZPR
International was the primary provider of research for the 21 billion they had
under management using our models. We certaintly never considered this money at risk.
My experience with other soft dollar arrangements like Fidelity who we
also sold our research with there would have been a huge surplus balance
built up over many years on our behalf.

I assume therefore since our paperwork is now in order there can be no
objection for that reason. Please let us know if there is still an objection
because we did not have a case number (never provided to us) or didn't
repeat in the box below the name Lehman Brothers Holdings which is directly
above with an "RE:" We sent you the original and the subsequent filing.

The entire matter is of course a tragedy for many. But at Lehman, there has
to be an internal accounting that says these funds are ours and did not belong
to Lehman. I had many friends at Lehman and they all lost their jobs.

I will try to participate in the phone in on March 3 from where ever I am
at the time. Hopefully not stuck in some airport.

Max Zavanelli
President
ZPR Intenational

Heidi.. please note we have to pay some fee to partcipate. Please
arrange.
-----------------------------------------------------------
"Eckols, Erin" wrote the following message :
-----------------------------------------------------------

Mr. Zavanelli and Ms. Belcher:

Thank you for your emails.

As a preliminary matter, I identified myself as counsel for the Debtors in the email correspondence I sent you on November

24, 2010 and December 28, 2010 and the letter I sent to you on December 16, 2010. Moreover, when Mr. Encarnacion was handling the matter, he identified himself as counsel to the Debtors in his email to you on December 7, 2010. In addition, page 2 of the notice that you received regarding the Objection identified Weil, Gotshal & Manges as counsel to the Debtors as did the formal notices of adjournment that you have been served with.

Moreover, you received notice, dated September 24, 2010, of the Objection and filed a response thereto on October 22, 2010. The response appears on the docket at entry no. 12397. Thus, I am a bit confused as to your statement that you were not aware of the Objection that had been made to the ZPR Claim. Page 2 of the notice included instructions on how to obtain a complete copy of the Objection, which is publicly available at http://www.lehman-docket.com. I attached a copy of the Objection to my December 28 email to you as a courtesy. If you did not previously have a copy of the Objection, you could have obtained one by following the instructions on the notice.

Further, as counsel to the Debtors, we cannot assist you in locating counsel, and we cannot act on your behalf with the Court. Sending claims to us is not a valid way of filing or amending a proof of claim in these chapter 11 cases, and we cannot accept them. The site http://www.lehman-docket.com has information regarding proofs of claim that you may find helpful in that regard.

Next, Heidi's email was missing the attachment, but I have a copy of your response as it was filed on the docket as referenced above.

Finally, the hearing on the Objection as to the ZPR Claim is set for March 3, 2011. In the meantime, the Debtors are reviewing your response to determine if they will proceed with the Objection as to the ZPR Claim or if they will withdraw it without prejudice.

If you have any additional questions, please do not hesitate to contact me.

Best regards,
Erin

Erin Eckols

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
erin.eckols@weil.com
+1 214 746 7734 Direct
+1 214 746 7777 Fax


-----Original Message-----
From: 'Heidi Belcher' [mailto:heidi@zprinternational.com]
Sent: Wednesday, December 29, 2010 7:39 AM
To: Eckols, Erin
Subject: Re: RE: Lehman claim

Dear Mr. Eckols:

Mr. Zavanelli asked that I forward you the copy of the letter we sent to Judge James Peck. (cc: WeilGotshal & Manges LLP; The Office of the US Trustee for the Southern District of New York; Milbank, Tweed, Hadley & McCloy LLP). This includes our revised claim as well as our original filing. Your office should have received a copy.

Kind Regards,
Heidi Belcher
Administrative Assistant

--------------------------------------------------------
Max Zavanelli wrote the following message :
--------------------------------------------------------

Dear Mr: Eckols:

Thank you. No I did not know you were representing the debtors.

This is also the first time we have seen the document below.

We were originally informed our filing was in order and we immediately refiled.

I have no experience at all in these matters.

We obviously greatly disagree. Do we now have to hire counsel and

sue to get this right?

This is the first time we have been notified so we have a most serious objection to the debtors objection.

And I still don't understand what is missing exactly from our claim.
For 13 years we sold our research through Lehman Brothers to third parties for commisions dollars.

I am reading #8.. "you must indicate the specific debtor" In our filing we included our agreement with Lehman.

Heidi.. pull up our filing and see what we sent ... see page 5 ..item 13.

Thank you for your patience.. but this is news to us. Please advise us where to get adequate counsel and representation and advise the court that only now we have seen this and we amend whatever paperwork is necessary to have a proper claim... we though we already did that.

thank you
--------------------------------------------------------
"Eckols, Erin" wrote the following message :
--------------------------------------------------------

Dear Mr. Zavanelli --

Thank you for the email below. As you are aware, we represent Lehman Brothers Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") in their chapter 11 cases. In the Debtors' Forty-Sixth Omnibus Objection to Claims (the "Objection"), the Debtors object to ZPR International, Inc.'s claim 6530 (the "ZPR Claim") because it violates the Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim (the "Bar Date Order"). Specifically, the Bar Date Order requires that proofs of claim specify the case name and debtor against which the claim was being asserted, and the ZPR Claim does not include this information. For your convenience, a copy of the Objection is attached hereto.

As you referenced, the hearing on the Objection as to the ZPR Claim has been adjourned to March 3, 2011. As set forth in the notice regarding the Objection that you received, you may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov. They are also attached hereto.

In the interim, the Debtors are continuing to review ZPR's response to the Objection and deciding how to proceed. If there is a further adjournment of the hearing, you will be notified.

If you have any additional questions, please do not hesitate to contact me.

Best regards,
Erin


Erin Eckols

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
erin.eckols@weil.com
+1 214 746 7734 Direct
+1 214 746 7777 Fax


-----Original Message-----
From: 'Max Zavanelli' [mailto:max@zprinternational.com]
Sent: Wednesday, December 22, 2010 5:47 AM
To: Eckols, Erin
Subject: Lehman claim

Dear Mr./Ms Eckols:

I am in receipt of your express mail of December 16 to Lithuania informing us of an Adjournment to March 3, 2011.

I do not however understand what is the objection of the Debtor's to our claim. Earlier there was an error in completing the forms but I believe that was corrected.

We have no information at all of why our claim has an objection.

My assistant in the US, Heidi, has been helping me with this.

I will be in asia on March 3.. 12 hours time difference. How can I participate
and how do we find out what is the objection? Our business is worldwide
but not directly in the United States.

Lehman had received money on our behalf from Oppenheimer Funds
to pay us for our research. This was a long term contract in its 12th year.

They told us the check had been mailed and everything had been approved.

It was our money and they were only the transferee since we were not
a broker. They had sold our research, got paid when we did the work,
and then didn't pay us.

PLease kindly explain what the objection is about and what we need to do.

thank you

Max Zavanelli
President
ZPR International

The information contained in this email message is intended only for use of the individual or entity named above. If the reader
of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original
message. Thank you.

--- attachment --- Filer [DropBox] : -1.pdf

--- attachment --- Filer [DropBox] : 46thOmni.pdf

--- attachment: Lehman Claim 6530_refile_20101015_Judge Peck.pdf --- Follow this link:
http://www.zprinternational.net/cgi-bin/getfile.cgi?
id=11812936299451&size=1355117&title=Lehman+Claim+6530_refile_20101015_Judge+Peck.pdf&owner=cache&confirm=1

The information contained in this email message is intended only for use of the individual or entity named above. If the reader
of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original
message. Thank you.