1244 SE 22 Avenue
Ocala, Fl. 34471
July 24, 2009

Mr. Joseph LoPiccolo
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, N.Y. 10004-1482

Dear Joe,

I filed an Objection to the Settlement Proposal made by Lehman and the Pension Benefits Guaranty Corporation (PBGC) that was referred to in Court proceedings on June 3rd. Justice Peck, per a transcript that I received from Weil, Gotshal, was kind and considerate to determine if I was in Court that day. I was dissuaded from attending by Sarah Eagle, and Colin Altbaugh of the PBGC and an attorney from Weil, Gotshal.

Per those attorneys, it was suggested that I file a claim with the Lehman Brothers Holdings, Inc. bankruptcy proceedings, as well as the claim I filed with the Lehman Brothers, Inc. proceedings. I received a Proof of Claim form, in the mail, a few weeks later. I have enclosed two copies of my subsequent filing of that form, to complete your files. If you wish, you can forward one to James Giddens.

Joe, again, thank you for your assistance in making sure my original claim was as complete as I could make it ( Claim # 900000894). As I state in the last paragraph of the "Clarification of Claim" attached, I've tried to make complete disclosure of my claims and would not want any "double dipping". I want only the monies I feel I have a right to receive.

Best personal regards.

Sincerely,

George

George E. Di Russo
Vice-President ( Retired)
Lehman Brothers, Inc.

---

Clerk of Court

Please note attached letter was included by attorney with file Claim # 6591, not 5884.

It gives reason for not including claim as a Pension benefit, although beneficiary received fund only after 70½ years of age.

Lehman Chapter 11
Case 08-13555 (JMP)

RECEIVED
JAN -9 2012
BANKRUPTCY COURT, SDNY
JMP