| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000061077 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| **Creditor Name:** Irialde S.L.<br>**Creditor Address:** Calle Getaria 2, Entlo Dr., 20005 Donostia - San Sebastián Guipúzcoa Spain<br>**Contact Name:** Mikel Ezkerra Hernandez<br>**Contact Address:** Camino Portuetxe, Nº 10, 20018 - Donostia - San Sebastián Guipúzcoa SPAIN<br>Telephone number: 0034-943001208    Email Address: valores@kutxa.es | **Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __2.264.160,00_____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0323848977_____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
**6026127**
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
**Euroclear Bank 96287**    (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>NOV 0 2 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| 22-sep-09 | [signature] Kristina Elkoro Aiastui - Manager |

Penalty for presenting fraudulent claims: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

KRISTINA ELKORO AIASTUI - DNI 15.380.692V

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



B 4964845

**ELEVACION A PUBLICO DE ACUERDOS ADOPTADOS POR EL CONSEJO DE ADMINISTRACION:**

NUMERO CUATROCIENTOS SETENTA.-

EN BERGARA, mi residencia, a catorce de Junio de dos mil cuatro. -----------------------------

Ante mí, ROBERTO OLIVER PUERTOLAS, Notario del Ilustre Colegio de Pamplona, --------------------

------------------- COMPARECE: -------------------

**DOÑA NEREA ZABALETA HIDALGO,** mayor de edad, soltera y vecina de Antzuola ((Kalegoi, 4), con D.N.I. número 72.456.067-H. ----------------------

INTERVIENE en nombre y representación, en su condición de Secretario del Consejo de Administración, de la Sociedad **"IRIALDE, S.L."**, domiciliada en Antzuola (Gipuzkoa), Antigua, 2; constituida, con duración indefinida, en virtud de escritura de escisión total, autorizada por el Notario de Donostia-San Sebastián, don José María Segura Zurbano, el día 26 de Junio de 2.001 y número 2.065 de protocolo, que fué inscrita en el Registro Mercantil

de Gipuzkoa al tomo 1.907, libro 0, folio 62, hoja SS-19.482. ------------------------------------------

Ostenta el número B-20739819 de Identificación Fiscal. ------------------------------------------------

Se halla especialmente facultada para este acto por acuerdo adoptado por el Consejo de Administración de la Sociedad representada, en su reunión válidamente celebrada el día 2 de Julio de 2.003, según resulta de certificado expedido por doña NEREA ZABALETA HIDALGO, en su condición de Secretario del Consejo de Administración, con el visto bueno de su Presidente, doña MARIA CARMEN YASTUY AGUIRRE, con firmas y rúbricas que considero legítimas, me entregan e incorporo a la matriz que redacto, de la que pasa a formar parte integrante. ---------------

Según interviene tiene, a mi juicio, capacidad legal necesaria para formalizar esta escritura de **ELEVACION A PUBLICO DE ACUERDOS SOCIALES**, y, en su virtud, ----------------------------------------------

------------------- **EXPONEN**: -------------------

I.- Que en reunión válidamente celebrada por el Consejo de Administración de la Sociedad representada, el día 2 de Junio de 2.003, se acordó nombrar al Consejero Delegado de la Sociedad represen-

B 4964844



tada. ------------------------------------------

II.- Que, a los fines de esta escritura, el compareciente, según interviene, ------------------

---------------------- **OTORGA:** --------------------

**PRIMERO.-** Que eleva a público el acuerdo adoptado por el Consejo de Administración de la Sociedad **"IRIALDE, S.L."**, en su reunión celebrada el día 2 de Julio de 2.003, en los mismos términos resultantes de la certificación incorporada a la matriz que redacto, que se da por reproducida en este otorgamiento. ------------------------------------

Que ejecuta dichos acuerdos procediendo por tanto a nombrara Consejero Delegado de la Sociedad representada, a doña **KRISTINA ELKOROAIASTUI**, cuyas circunstancias personales constan en la certificación incorporada y se dan por reproducidas en este otorgamiento, en evitación de una duplicidad de texto. ----------------------------------------

Hechas las reservas y advertencias legales y en especial las referentes a la inscripción de la

primera copia de esta escritura en el Registro Mercantil correspondiente.------------------------

De acuerdo con lo establecido en la Ley Orgánica 15/1999 de Protección de datos, la parte compareciente, previamente informada acerca del contenido y alcance del secreto de protocolo y del secreto profesional, consiente expresamente la incorporación de sus datos personales a los ficheros automatizados existentes en la Notaría. Dichos datos se conservarán con la máxima confidencialidad sin perjuicio de su toma de razón en los registros públicos competentes o su remisión a los organismos judiciales y administrativos en los términos que establezca la legislación vigente. ---------------

Leída íntegramente por mí esta escritura a la compareciente, que renuncia al derecho que le instruí tenía de hacerlo por sí, la aprueba, presta su asentimiento y firma conmigo, el Notario, que doy fe de identificarle por su D.N.I. exhibido de que el consentimiento ha sido libremente prestado y de que el otorgamiento se adecua a la legalidad y a la voluntad debidamente informada de la compareciente y de cuanto se contiene en este instrumento público, extendido en tres folios de uso exclusivo nota-



B 4964843

rial, del timbre de la Diputación Foral de Guipuzcoa, serie A., números 4476082 y los dos siguientes en orden correlativo.-FIRMA RUBRICADA DE DOÑA NEREA ZABALETA HIDALGO. SIGNADO Y FIRMADO. ROBERTO OLIVER PUERTOLAS. RUBRICADO Y SELLADO.--------------------

----DOCUMENTOS UNIDOS.-

DOÑA NEREA ZABALETA HIDALGO, en su calidad de SECRETARIA del Consejo de Administración de IRIALDE, S.L.,

### CERTIFICA

I.- Que con fecha 2 de julio de 2003 y en el domicilio social se reunieron la totalidad de los miembros del Consejo de Administración de la Sociedad IRIALDE, S.L., y acordaron por unanimidad dar por válidamente constituido el mismo para tratar, entre otros, los siguientes puntos del orden del día:

1º  Nombramiento de Consejera Delegada.

3º  Otorgamiento de facultades para formalidades.

4º  Lectura y aprobación del Acta del Consejo.

II.- Asistieron a la reunión la totalidad de los miembros que conforman el Consejo de Administración, que son:

- Dña. María Carmen Ayastuy Aguirre
- Dña. Nerea Zabaleta Hidalgo
- D. José Ramón Ayastuy Aguirre
- D. Juan Luis Ayastuy Aguirre
- Dña. Kristina Alkoro Aiastui

Actuaron como Presidente y Secretaria de la reunión, Dña. María Carmen Ayastuy Aguirre y Dña. Nerea Zabaleta Hidalgo, respectivamente, quienes ostentan tales cargos en el órgano de administración.

III.-La Presidente declaró válidamente constituido el Consejo y, tras las distintas intervenciones, ninguna de las cuales se solicitó que constase en Acta, se adoptaron por unanimidad, los siguientes acuerdos, que se transcriben literalmente del contenido del acta:

### "ACUERDOS

1º  Nombramiento de Consejera Delegada.

Se acuerda por unanimidad nombrar a Doña Kristina Elkoro Aiastui, mayor de edad, soltera, con domicilio en Mahasterreka, 21, 20570 Bergara (Gipuzkoa) y con N.I.F. nº 15.380.692-V, para el cargo de Consejera Delegada de la Sociedad, delegándose en ella todas las facultades legal y estatutariamente delegables.

La Sra. Elkoro, presente en el acto, acepta el cargo para el que ha sido designada y manifiesta no hallarse incursa en ninguna de las causas de incompatibilidad previstas en la legislación vigente y, en especial, en las de la Ley 12/1995, de 11 de mayo.

B 4964842

(...)

3º Otorgamiento de facultades para formalidades.

Facultar tan ampliamente como en Derecho sea necesario a DOÑA Mª CARMEN AYASTUY AGUIRRE, a DOÑA NEREA ZABALETA HIDALGO y a DÑA. KRISTINA ELKORO AIASTUI, para que cualquiera de ellas, indistintamente, es decir, sin la necesidad de la concurrencia de la otra, puedan realizar las formalidades legales oportunas y, en su caso, elevar a escritura pública los anteriores acuerdos e inscribirlos en el Registro Mercantil, confiriéndoles poder para que puedan rectificar o subsanar lo que crean oportuno siempre que tales subsanaciones o rectificaciones se limiten a aceptar las modificaciones que supongan la calificación verbal o escrita del Sr. Registrador Mercantil.

4º Lectura y aprobación, en su caso, del Acta del Consejo.

Tras un breve receso, la Secretaria procede a leer el Acta de la reunión que es aprobada por unanimidad, siendo firmada por el Secretario, con el VºBº de la Presidente."

IV.- Que el acta de la reunión fue firmada por la Secretaria con el VºBº de la Presidente.

V.- Que los acuerdos omitidos en nada afectan a los transcritos.

Y PARA QUE ASÍ CONSTE DONDE PROCEDA, LIBRO LA PRESENTE CERTIFICACIÓN, CON EL Vº Bº DE LA SRA. PRESIDENTE, DE CUYA CONDICIÓN TAMBIÉN CERTIFICO, EN ANTZUOLA, A 11 DE MARZO DE 2004.

LA PRESIDENTE
Dña. María Carmen Ayastuy Aguirre

LA SECRETARIA
Dña. Nerea Zabaleta Hidalgo

**ES SEGUNDA COPIA**, exacta de su matriz, donde queda anotada, y la expido para **IRIALDE, S.L.**, en cuatro folios de papel de uso exclusivo para documentos notariales, serie B., números 4964845 y los tres anteriores correlativos. En Bergara a trece de octubre de dos mil nueve. Yo, JUAN ANTONIO PEREZ DAPENA, en sustitución por imposibilidad accidental de mi compañero Don ROBERTO OLIVER PUERTOLAS titular depositario del protocolo en que se integra el poder copiado, doy fe.-




El presente folio es el agregado al documento en el que figura la firma de D. JUAN ANTONIO PEREZ DAPENA, Notario de BERGARA, en sustitución por imposibilidad accidental de su compañero D. ROBERTO OLIVER PUERTOLAS, estampada al folio de papel para uso exclusivo notarial de la Diputación Foral de Gipuzkoa nº B 4964842, al pie de la escritura de elevación a público de acuerdos adoptados por el Consejo de Administración, nº 470, de fecha 14 de Junio de 2004.

## APOSTILLE
### Convention de la Haye du 5 octobre 1961

1.- País: España
   El presente documento público
2.- ha sido firmado por *D. JUAN ANTONIO PEREZ DAPENA*
3.- Actuando en calidad de *NOTARIO*
4.- Se halla sellado/timbrado con el sello de su Notaría

### CERTIFICADO

5.- en DONOSTIA-SAN SEBASTIAN  6.-     el día 14 de Octubre de 2009
7.- por *Dña. GUADALUPE MARIA INMACULADA ADANEZ GARCIA, Delegada de la Junta Directiva del Ilustre Colegio Notarial del País Vasco*
8.- con el Número 2435/09
9.- Sello/timbre                                    10.- Firma




01.5296490

