UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
IN RE: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC. *et al.*, : Case No. 08-13555 (JMP)
:
    Debtors. : Jointly Administered
:
---------------------------------------------------------------x

## MOTION FOR ADMISSION OF JEREMY L. GRAVES, ESQ. *PRO HAC VICE*

    I, Jeremy L. Graves, Esq., a member in good standing of the State Bar of Texas, request admission, *pro hac vice*, before this Court, to represent PricewaterhouseCoopers AG, Zurich, as bankruptcy liquidator for Lehman Brothers Finance, AG, in the above-captioned cases.

    My address, telephone number, facsimile number, and email address are as follows:

        Jeremy L. Graves, Esq.
        **GIBSON, DUNN & CRUTCHER LLP**
        1801 California Street, Suite 4200
        Denver, CO 80202
        Telephone: (303) 298-5760
        Facsimile: (303) 313-5760
        Email: JGraves@gibsondunn.com

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

Dated: January 26, 2012
       New York, NY

        /s/ Jeremy L. Graves.
        Jeremy L. Graves, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
IN RE:                                                         :    **Chapter 11**
                                                               :
**LEHMAN BROTHERS HOLDINGS, INC.***et al.***,** :    **Case No. 08-13555 (JMP)**
                                                               :
    Debtors.                                 :    **Jointly Administered**
                                                               :
---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS ORDERED**, that Jeremy L. Graves, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2012
       New York, New York

                                            _____
                                            THE HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE