(17)

From: Gallerie, Bridget <bgallerie@epiqsystems.com>
To: 'Lauren W. Ashwell' <lwashwell@aol.com>
Subject: RE: Inquiry About My Claim
Date: Fri, Jan 6, 2012 10:23 am
Attachments: 07800_FOR_000006268.pdf (821K)

Lauren –

Your claim was received and assigned claim number 6268 (see attached). The Trustee has only begun his review of the general claims at this time, so I wouldn't expect any kind of status update with respect to either of your claims for quite some time. Unfortunately, I do not have an exact date of their completion of review. If you have any other questions, please let me know.

Regards,
Bridget

**BRIDGET GALLERIE**
Director, Client Services
Epiq Systems
Epiq Bankruptcy Solutions, LLC
Phone: 646.282.2521

---

**From:** Lauren W. Ashwell [mailto:lwashwell@aol.com]
**Sent:** Friday, January 06, 2012 9:38 AM
**To:** Gallerie, Bridget
**Subject:** Re: Inquiry About My Claim

Happy New Year, Bridget. You helped me navigate the claims process back in November, and I'd like to ask you a follow-up question. Can you tell me the status of my claim (800000791)?

On November 14th I submitted the forms and documentation in order to have the claim designated "priority". I went on www.lehmantrustee.com to try to find information, but did not see anything. If there is a way for me to access the status of the claim online, please let me know. Don't want to waste your time!

Appreciate your help.
Lauren

Lauren W. Ashwell
**TACIT: Talent And Culture In Transition**
212-786-1914
917-287-8430 (cell)


-----Original Message-----
From: Gallerie, Bridget <bgallerie@epiqsystems.com>
To: 'Lauren W. Ashwell' <lwashwell@aol.com>
Sent: Mon, Nov 14, 2011 1:39 pm
Subject: RE: Inquiry About My Claim

No, please just send to the address I indicated below. As long as it has "Lehman Brothers Inc. Claims Processing" it will get to the correct place. Thank you.

**BRIDGET GALLERIE**
Director, Client Services
Epiq Systems
Epiq Bankruptcy Solutions, LLC
Phone: 646.282.2521

---