

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

January 19, 2012

Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Lehman Brothers Holdings, Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltf. vs. The Bank of New York Mellon Trust Co., National Association, et al. including Liberty Square CDO II, Corp., Dfts.

Case No. 0813555JMP

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Liberty Square CDO II, Corp..

Accordingly, we are returning the documents received from you.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 519820470

FedEx Tracking# 793133290211



RECEIVED
JAN 23 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

cc: United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY 10004-1408



| | |
|---|---|
| **CT Corporation** | 302 777 0220 tel |
| 1209 Orange Street | 800 677 3394 toll free |
| Wilmington, DE 19801 | www.ctcorporation.com |

January 19, 2012

Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltf. // To: The Bank of New York Mellon Trust Co., National Association, etc., et al, including TIAA Structured Finance CDO I, LLC, Dfts.

Case No. 0813555JMP

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for TIAA Structured Finance CDO I, LLC

TIAA Structured Finance CDO I, LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 519820291

FedEx Tracking# 793133290211



cc: United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY 10004-1408