## CERTIFICATE OF SERVICE

I, Laura Appleby, an attorney, hereby certify that prior to 4:00 pm EST on the 26th day of January 2012, I caused a true and correct copy of the **Objection of U.S. Bank National Association to the Claim Transfers of Jerome Keating and Robert Franz,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the
    Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Jerome Keating
6 Deer Run Lane
Waitsfield, VT  05673

Robert Franz
6 Bayer Lane
Boonton, NJ  07005

    /s/ Laura Appleby
_____
    Laura Appleby

Lehman COS.doc