# **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ALAN B. LEE TRUST DTD 10/14/04<br>2800 NORTH LAKESHORE DRIVE # 1416<br>CHICAGO, IL 60657-6210 | 09/18/2009 | 08-13555 (JMP) | 16091 | $137,696.00 | ALAN B. LEE TRUST DTD 10/14/04<br>2800 NORTH LAKESHORE DRIVE # 1416<br>CHICAGO, IL 60657-6210 | 02/11/2009 | 08-13555 (JMP) | 2699 | $137,696.00 |
| 2 | CHIN, NEVILLE<br>61 RIDGEWAY AVENUE<br>STATEN ISLAND, NY 10314-4703 | 09/10/2009 | 08-13555 (JMP) | 11325 | $30,799.86 | CHIN, NEVILLE<br>61 RIDGEWAY AVENUE<br>STATEN ISLAND, NY 10314-4703 | 09/10/2009 | 08-13555 (JMP) | 11326 | $41,461.35 |
| 3 | CITIZENS NATIONAL BANK<br>ATTN: ANN BOWERS<br>P.O. BOX 4610<br>SEVIERVILLE, TN 37864 | 10/28/2011 | 08-13555 (JMP) | 67703 | $781,438.00 | CITIZENS NATIONAL BANK<br>ATTN: ANN BOWERS<br>P.O. BOX 4610<br>SEVIERVILLE, TN 37864 | 09/10/2009 | 08-13905 (JMP) | 11364 | $703,294.20 |
| 4 | DELUCA, PHILIP F.<br>444 EAST 84TH STREET<br>APT 3E<br>NEW YORK, NY 10028 | 11/14/2011 | 08-13555 (JMP) | 67720 | $83,045.00 | DELUCA, PHILIP F.<br>444 EAST 84TH STREET<br>APT 3E<br>NEW YORK, NY 10028 | 11/15/2011 | 08-13555 (JMP) | 67718 | $83,045.00 |
| 5 | DELUCA, PHILIP F.<br>444 EAST 84TH STREET<br>APT 3E<br>NEW YORK, NY 10028 | 11/18/2011 | 08-13555 (JMP) | 67732 | $83,045.00 | DELUCA, PHILIP F.<br>444 EAST 84TH STREET<br>APT 3E<br>NEW YORK, NY 10028 | 11/15/2011 | 08-13555 (JMP) | 67718 | $83,045.00 |
| 6 | DONTAMSETTY, VANI<br>9 HAGER STREET<br>EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10387 | $16,000.00 | DONTAMSETTY, VANI<br>9 HAGER STREET<br>EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10385 | $34,924.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | DUFFY, JAMES AND DEBORAH JTROS<br>8 RUNNING BROOK LANE<br>NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 31395 | Undetermined | DUFFY, JAMES AND DEBORAH JTROS<br>8 RUNNING BROOK LANE<br>NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 31394 | Undetermined |
| 8 | GITLIN, MICHAEL H.<br>3900 GREYSTONE AVENUE<br>43B<br>BRONX, NY 10463 | 08/25/2009 | 08-13555 (JMP) | 9353 | Undetermined | GITLIN, MICHAEL H<br>3900 GREYSTONE AVENUE<br>43B<br>BRONX, NY 10463 | 08/25/2009 | 08-13555 (JMP) | 9354 | $50,400.00 |
| 9 | KARETSKAYA, NATASHA<br>700 FIRST STREET APT. 6B<br>HOBOKEN, NJ 07030 | 08/06/2009 | 08-13555 (JMP) | 7564 | $25,000.00 | KARETSKAYA, NATASHA<br>700 1ST STR APT 6B<br>HOBOKEN, NJ 07030 | 11/25/2008 | 08-13555 (JMP) | 1084 | $25,000.00 |
| 10 | LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EUROPE) L.P.<br>C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED HERITAGE HALL, PO BOX 225<br>LE MARCHANT STREET<br>ST PETER PORT, GY1 4HY<br>UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25326 | $1,455,000.00* | TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P.<br>LAURENCE MCNAIRN<br>HERITAGE HALL, LE MARCHANT STREET<br>PO BOX 225<br>ST PETER PORT<br>GUEMSEY, GY1 4HY<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 27647 | $1,455,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV (EUROPE) L.P. C/O HERITAGE INTERNATIONAL FUND MANAGERS LIMITED LAURENCE MCNAIRN HERITAGE HALL, PO BOX 225 LE MARCHANT STREET ST PETER PORT, GY1 4HY UNITED KINGDOM | 09/21/2009 | 08-13888 (JMP) | 25327 | $1,455,000.00* | TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. ATTN: LAURENCE MCNAIRN HERITAGE HALL LE MERCHANT STREET PO BOX 225 , GY1 4HY UNITED KINGDOM | 09/22/2009 | 08-13888 (JMP) | 27659 | $1,455,000.00 |
| 12 | MARANTZ, ALAN J. 245 STERLING ROAD HARRISON, NY 10528 | 09/21/2009 | 08-13555 (JMP) | 25063 | $918,260.20 | MARANTZ, ALAN J. 545 TOMPKINS AVENUE, 3FL. MAMARONECK, NY 10543 | 01/16/2009 | 08-13555 (JMP) | 1766 | $918,260.20 |
| 13 | MILLER, CHRISTINA X. 149 ESSEX STREET, APT 5A JERSEY CITY, NJ 07302 | 09/22/2009 | 08-13555 (JMP) | 31199 | $66,428.57 | MILLER, CHRISTINA X. 149 ESSEX STREET, APT 5A JERSEY CITY, NJ 07302 | 09/22/2009 | 08-13555 (JMP) | 31197 | $90,062.00 |
| 14 | QUISMORIO, JAMES P. TOWN HOUSE HIROO #301 2-14-37 HIROO 13 SHIBUYA-KU, 1500012 JAPAN | 07/27/2009 | 08-13555 (JMP) | 6204 | $22,432.00 | QUISMORIO, JAMES P. FLAT H, 39/F, TOWER 1 89 POKFULAM ROAD HONG KONG, HONG KONG | 07/27/2009 | 08-13555 (JMP) | 6203 | $22,432.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | R2 INVESTMENTS, LDC C/O AMALGAMTED GADGET, L.P 301 COMMERCE STREET, STE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 34305 | $19,251,857.97* | RS INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 25635 | $19,251,857.97* |
| 16 | R2 INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 36797 | $19,251,857.97* | RS INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. 301 COMMERCE STREET, SUITE 3200 FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 25635 | $19,251,857.97* |
| 17 | RAIKAR, SANTOSH G. 61 W 62ND ST # 6M NEW YORK, NY 10023 | 11/03/2008 | 08-13555 (JMP) | 463 | $43,561.64 | RAIKAR, SANTOSH G. 61 W 62ND ST # 6M NEW YORK, NY 10023 | 11/03/2008 | 08-13555 (JMP) | 464 | $54,511.64 |
| 18 | RENDER, ALEISHA NICHOLE 1016 SEQUOIA AVE MILLBRAE, CA 94030-3010 | 09/14/2009 | 08-13555 (JMP) | 12134 | $18,132.28 | RENDER, ALEISHA NICHOLE 328 WEST 11TH STREET, 2C NEW YORK, NY 10014 | 09/14/2009 | 08-13555 (JMP) | 12135 | $18,132.28 |
| 19 | SHAH, TEJASH I 50 REMINGTON COURT MATAWAN, NJ 07747 | 09/14/2009 | 08-13555 (JMP) | 12249 | Undetermined | SHAH, TEJASH I 50 REMINGTON COURT MATAWAN, NJ 07747 | 09/14/2009 | 08-13555 (JMP) | 12245 | $32,623.98 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 239: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | VALIANTSINA, SMELAVA<br>25 MOSEL LOOP<br>PH<br>STATEN ISLAND, NY 10304 | 09/18/2009 | 08-13555 (JMP) | 18195 | $4,600.00* | VALIANTSINA, SMELAVA<br>25 MOSEL LOOP<br>PH<br>STATEN ISLAND, NY 10304 | 09/18/2009 | 08-13555 (JMP) | 18196 | $4,600.00* |
| 21 | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23804 | $123,367.82 | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |
| | | | | TOTAL | $43,767,522.31 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts