# **<u>EXHIBIT 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG, ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22808 | $578,051.03 | No Liability Claim |
| 2 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG, ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22809 | $200,947.86 | No Liability Claim |
| 3 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG, ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH<br>SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22811 | $578,051.03 | No Liability Claim |
| 4 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG<br>ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH,<br>SWITZERLAND | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22957 | $200,947.86 | No Liability Claim |
| 5 | EVERGREEN SOLAR, INC.<br>ATTN: CHRISTIAN M. EHRBAR<br>138 BARTLETT STREET<br>MARLBOROUGH, MA 01752 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28006 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $1,557,997.78 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# **EXHIBIT 2**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON, MA 02116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21852 | $22,635,513.41 | No Liability Claim |
| 2 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23644 | Undetermined | No Liability Claim |
| 3 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23645 | Undetermined | No Liability Claim |
| 4 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/16/2009 | 65580 | $13,423,051.72* | No Liability Claim |
| 5 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65581 | $13,423,051.72* | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | EVERGREEN SOLAR, INC.<br>ATTN: CHRISTIAN M. EHRBAR<br>138 BARTLETT STREET<br>MARLBOROUGH, MA 01752 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28007 | Undetermined | No Liability Claim |
| 7 | INGRAM PENSION PLAN/NY LIFE CO.<br>TTEE INGRAM INDUSTRIES RETIREMENT PLAN<br>TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC<br>C/O INGRAM INDUSTRIES INC.<br>4400 HARDING ROAD<br>ATTN: JEFF BELSER<br>NASHVILLE, TN 37205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24608 | $128,547.88* | No Liability Claim |
| 8 | JENNERS POND<br>C/O SIMPSON SENIOR SERVICES<br>ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER<br>150 MONUMENT ROAD<br>SUITE 105<br>BALA CYNWYD, PA 19004-1725 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 34298 | $826,841.00 | No Liability Claim |
| 9 | JENNERS POND<br>ATTN: CHIEF FINANCIAL OFFICER<br>C/O SIMPSON SENIOR SERVICES<br>150 MONUMENT ROAD, SUITE 105<br>BALA CYNWYD, PA 19004-1725 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34299 | $826,841.00 | No Liability Claim |
| 10 | MAGNETAR CONSTELLATION MASTER FUND LTD<br>MAGNETAR CAPITAL LLC<br>1603 ORRINGTON AVENUE, 13TH FLOOR<br>EVANSTON, IL 60201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12700 | $20,130,595.00 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | MAGNETAR CONSTELLATION MASTER FUND, LTD<br>C/O MAGNETAR FINANCIAL LLC<br>1603 ORRINGTON AVENUE, 13TH FLOOR<br>ATTN: SUSAN FURMAN<br>EVANSTON, IL 60201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/15/2009 | 12722 | $20,130,595.00 | No Liability Claim |
| 12 | PRIMUS CLO I LTD<br>C/O WALKERS SPV LIMITED<br>WALKER HOUSE, 87 MARY STREET<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-2002<br>CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 01/30/2009 | 2282 | $8,400,000.00* | No Liability Claim |
| 13 | PRIMUS CLO I LTD<br>C/O WALKERS SPV LIMITED<br>WALKER HOUSE, 87 MARY STREET<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-2002<br>CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2283 | $8,400,000.00* | No Liability Claim |
| 14 | SMURFIT KAPPA ACQUISITIONS<br>F/K/A JSG ACQUISTITIONS<br>F/K/A MDCP ACQUISITIONS I<br>ATTN: BRENDAN GLYNN<br>BEECH HILL<br>DUBLIN, 4<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15914 | $567,457.00 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | SOUTHERN PACIFIC SECURITIES 05-1 PLC<br>C/O CAPITA TRUST COMPANY LIMITED<br>ATTN: EMMA HAMLEY<br>7TH FLOOR, PHOENIX HOUSE<br>18 KING WILLIAM STREET<br>LONDON, EC4N 7HE<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28740 | $86,513.76* | No Liability Claim |
| 16 | SOUTHERN PACIFIC SECURITIES 05-1 PLC<br>CAPITA TRUST COMPANY LIMITED<br>ATTN: EMMA HAMLEY<br>7TH FLOOR, PHOENIX HOUSE<br>18 KING WILLIAM STREET<br>LONDON, EC4N 7HE<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28828 | $86,513.76* | No Liability Claim |
| 17 | TUDOR BVI GLOBAL PORTFOLIO L.P., THE<br>TUDOR INVESTMENT CORPORATION, PROCESS AGENT<br>ATTN: STEPHEN N. WALDMAN<br>1275 KING ST.<br>GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27668 | $299,947.80* | No Liability Claim |
| 18 | TURKIYE SINAI KALKINMA BANKASI AS<br>ATTN: KORHAN AKLAR<br>MECLISI MEBUSAN CAD. 81 FINDIKLI 34427<br>ISTANBUL,<br>TURKEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15806 | $1,127,080.00* | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | ZWINGER OPCO 6BV<br>C/O WHITEHALL MANAGEMENT SERVICES BV<br>ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR<br>D-TOWER 11TH FLOOR<br>STRAWINSKYLAAN 1161<br>AMSTERDAM, 1077 XX<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26679 | $1,262,060.00* | No Liability Claim |
| | | | | | TOTAL | $111,754,609.05 | |

* - Indicates claim contains unliquidated and/or undetermined amounts