# **EXHIBIT 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ABERDEEN EMERGING MARKET DEBT FUND LLC . C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16642 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $505,564.00* | Lehman Brothers Holdings Inc. | Unsecured | $470,000.00 |
| 2 | ABERDEEN EMERGING MARKET DEBT FUND LLC . C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16660 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $505,564.00* | Lehman Brothers Special Financing Inc. | Unsecured | $470,000.00 |
| 3 | ABERDEEN EMERGING MARKET DEBT PORTFOLIO C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16641 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $220,649.00* | Lehman Brothers Holdings Inc. | Unsecured | $200,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ABERDEEN EMERGING MARKET DEBT PORTFOLIO . C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET - 37TH FLOOR PHILADELPHIA, PA 19103 | 16659 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $220,649.00* | Lehman Brothers Special Financing Inc. | Unsecured | $200,000.00 |
| 5 | BANQUE POPULAIRE - CASSIE D'EPARGNE ATTN: NICHOLAS DUHAMEL LE PONANT DE PARIS 5, RUE LEBLANC CEDEX 15 PARIS, 75511 FRANCE | 29607 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $32,461,427.00 | Lehman Brothers Special Financing Inc. | Unsecured | $30,000,000.00 |
| 6 | DEUTSCHE BANK (UK) PENSION SCHEME - STAFF DB TRUSTEE SERVICES LTD WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 16657 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,351,462.19* | Lehman Brothers Special Financing Inc. | Unsecured | $3,500,000.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | 29058[1] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $608,256.00* | N/A | N/A | N/A |
| | TRANSFERRED TO: ALSTON INVESTMENTS LLC TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $41,508,505.70* | N/A | N/A | N/A |
| | TRANSFERRED TO: ALSTON INVESTMENTS LLC TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $9,305,200.82* | Lehman Brothers Holdings Inc. | Unsecured | $8,568,988.31 |

[1] Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 29058 asserting a claim totaling $9,305,200.82 against LBHI is being reduced to $8,568,987.31 and allowed. The portion of Claim 29058 asserting a claim totaling $608,256.00 that is held by Elliott Associates LP and the portion of Claim 29058 asserting a claim totaling $41,508,505.70 that is held by Alston Investments LLC are not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to those portions of Claim 29058 are reserved.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | ELLIOTT INTERNATIONAL, L.P.<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: MICHAEL STEPHAN<br>40 WEST 57TH STREET<br>NEW YORK, NY 10019 | 29060[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,528,886.00* | N/A | N/A | N/A |
| | TRANSFERRED TO:<br>ASHTON INVESTMENTS LLC<br>TRANSFEROR: ELLIOTT INTERNATIONAL, L.P.<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: MICHAEL STEPHAN<br>40 WEST 57TH STREET<br>NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $58,205,120.47* | N/A | N/A | N/A |
| | TRANSFERRED TO:<br>ASHTON INVESTMENTS LLC<br>TRANSFEROR: ELLIOTT INTERNATIONAL, L.P.<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: MICHAEL STEPHAN<br>40 WEST 57TH STREET<br>NEW YORK, NY 10019 | | | Lehman Brothers Holdings Inc. | Unsecured | $13,418,343.37* | Lehman Brothers Holdings Inc. | Unsecured | $12,354,739.98 |

---

[2] Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 29060 asserting a claim totaling $13,418,343.37 against LBHI is being reduced to $12,354,739.98 and allowed. The portion of Claim 29060 asserting a claim totaling $1,528,886.00 that is held by Elliott International, L.P. and the portion of Claim 29060 asserting a claim totaling $58,205,120.47 that is held by Ashton Investments LLC are not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to those portions of Claim 29060 are reserved.

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | FEDERAL NATIONAL MORTGAGE ASSOCIATION ATTN: GENERAL COUNSEL 3900 WASHINGTON AVENUE, N.W. WASHINGTON, DC 20016 | 29557[3] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $120,189,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $110,000,000.00 |
| 10 | SACAMANO PARTNERS, L.L.C. TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 16508 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $7,484,268.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $7,300,000.00 |

---

[3] Claim 29557 has been asserted in the amount of $19,058,019,300.00. Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 29557 asserting a claim totaling $120,189,000.00 against LBHI in connection with the alleged guarantee by LBHI of the obligations of LBSF under that certain ISDA Master Agreement dated as of May 8, 2003 is being reduced to $110,000,000.00 and allowed. The remaining portion of Claim 29557 asserting a claim totaling $18,937,830,300.00 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 29557 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 11 | SACAMANO PARTNERS, L.L.C. TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 66872[4] | 06/21/2010 | Lehman Brothers Holdings Inc. | Unsecured | $7,484,268.00 | Lehman Brothers Holdings Inc. | Unsecured | $7,300,000.00 |
| 12 | SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD C/O WALKER SPV LTD WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1 9002 CAYMAN ISLANDS | 16643 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,181,875.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,130,000.00 |

---

[4] Claim 66872 has been asserted in the amount of $25,503,284.75. Pursuant to the Two Hundred Forty-Second Omnibus Objection to Claims, only the portion of Claim 66872 asserting a claim totaling $7,484,268.00 against LBHI in connection with the alleged guarantee by LBHI of the obligations of Lehman Brothers International (Europe) under that certain ISDA Master Agreement dated as of January 11, 2008 and its related Schedule and Credit Support Annex is being reduced to $7,300,000 and allowed. The remaining portion of Claim 66872 asserting a claim totaling $18,019,016.75 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Second Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66872 are reserved.

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD C/O WALKERS SPY LIMITED WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1 9002 CAYMAN ISLANDS | 16663 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,181,875.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,130,000.00 |
| 14 | SPCP GROUP, L.L.C. TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 3231 | 03/06/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,830,064.49 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,815,244.90 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | SPCP GROUP, L.L.C. TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 3232 | 03/06/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,830,064.49 | Lehman Brothers Holdings Inc. | Unsecured | $4,815,244.90 |
| 16 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32995 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $134,960.12* | Lehman Brothers Special Financing Inc. | Unsecured | $152,483.12 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 242: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32996 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $134,960.12* | Lehman Brothers Holdings Inc. | Unsecured | $152,483.12 |
| | | | | | TOTAL | $313,290,962.77 | | TOTAL | $192,559,184.33 |