# **EXHIBIT 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 246: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK, NA., AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2008-I C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 67695 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $821,505.43 | Lehman Brothers Holdings Inc. | Unsecured | $453,353.81 |
| | | | | | TOTAL | $821,505.43 | | TOTAL | $453,353.81 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 1 of 1

# **EXHIBIT 2**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 20333[1] | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $55,046,388.00* | Lehman Brothers Special Financing Inc. | Unsecured | $34,860,032.00 |
| 2 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 20335 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $49,024,807.95* | Lehman Brothers Special Financing Inc. | Unsecured | $35,198,671.85 |

---

[1] Claim 20333 has been asserted in the amount of $62,657,178.81. Pursuant to the Two Hundred Forty-Sixth Omnibus Objection to Claims, only the portion of Claim 20333 asserting a claim totaling $55,046,388.00 against LBSF is being reduced to $34,860,032.00 and allowed. The remaining portion of Claim 20333 asserting a claim totaling $7,610,790.81 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Forty-Sixth Omnibus Objection to Claims.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                    Page 1 of 5

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT KNOWLE HILL PARK COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 20232 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,620,725.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,468,806.29 |
| 4 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | 20234 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $5,620,725.00 | Lehman Brothers Commercial Corporation | Unsecured | $1,471,682.34 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ESTELLE PEABODY MEMORIAL HOME OF THE SYNOD OF LINCOLN TRAILS OF THE PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC ATTN: CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS, IN 46204 | 14822 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,808,602.48* | Lehman Brothers Special Financing Inc. | Unsecured | $747,015.54 |
| 6 | INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES ATTN: JEFF BELSER 4400 HARDING ROAD NASHVILLE, TN 37205 | 24610 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $128,547.88* | Lehman Brothers Special Financing Inc. | Unsecured | $84,908.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON, MA 02210-1114 | 15761 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,218,523.91 | Lehman Brothers Holdings Inc. | Unsecured | $657,558.00 |
| 8 | MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON, MA 02210-1114 | 1776 | 01/19/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,218,523.91 | Lehman Brothers Special Financing Inc. | Unsecured | $657,558.00 |
| 9 | MASSACHUSETTS TURNPIKE AUTHORITY ATTN: JOSEPH F. MCCANN 10 PARK PLAZA, SUITE 4160 BOSTON, MA 02116 | 21310 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $35,900,835.00 | Lehman Brothers Special Financing Inc. | Unsecured | $30,904,991.87 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 246: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | MASSACHUSETTS TURNPIKE AUTHORITY ATTN: JOSEPH F. MCCANN 10 PARK PLAZA, SUITE 4160 BOSTON, MA 02116 | 21311 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $14,201,782.00 | Lehman Brothers Special Financing Inc. | Unsecured | $10,435,421.03 |
| | | | | | TOTAL | $179,789,461.13 | | TOTAL | $116,486,634.92 |

\* - Indicates claim contains unliquidated and/or undetermined amounts