# **EXHIBIT 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 245: EXHIBIT 1 – UNISSUED GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHINATRUST COMMERCIAL BANK ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY, 110 TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12870 | $2,552,145.30 | Unissued Guarantee Claim |
| 2 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED - KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/2009 | 3352 | $2,227,803.99 | Unissued Guarantee Claim |
| 3 | MARATHON MASTER FUND LTD MARATHON ASSET MANAGEMENT ATTENTION: GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/04/2010 | 66359 | $89,413.00* | Unissued Guarantee Claim |
| | | | | | TOTAL | $4,869,362.29 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# **EXHIBIT 2**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 245: EXHIBIT 2 – UNISSUED GUARANTEE CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MIDFIRST BANK<br>ATTN: LEGAL DEPARTMENT<br>501 N.W. GRAND BLVD.<br>OKLAHOMA CITY, OK 73118 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24663 | $4,018,186.42 | Unissued Guarantee Claim |
| | | | | | TOTAL | $4,018,186.42 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts