# **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 238: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMBROSE JR., F JOHN<br>102 GREENFIELD HILL<br>FRANKLIN LAKES, NJ 07417 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67728 | $10,950.00 | Late-Filed Claim |
| 2 | CATHOLIC HEALTHCARE WEST<br>ATTENTION: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT<br>185 BERRY STREET, SUITE 300<br>SAN FRANCISCO, CA 94107 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2010 | 67194 | $18,717,643.65 | Late-Filed Claim |
| 3 | MCBRIDE, MICHAEL J.<br>28 STENGEL PLACE<br>SMITHTOWN, NY 11787 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/29/2011 | 67749 | $4,583.33 | Late-Filed Claim |
| 4 | MCBRIDE, MICHAEL J.<br>28 STENGEL PLACE<br>SMITHTOWN, NY 11787 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/29/2011 | 67750 | $119,000.00 | Late-Filed Claim |
| 5 | MELWANI, KISHORE CHANDUMAL<br>1506, REMINGTON CENTRE<br>23, HUNG TO ROAD<br>KWUN TONG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2011 | 67690 | $100,000.00 | Late-Filed Claim |
| 6 | OSCART INTERNATIONAL LIMITED<br>C/O O'MELVENY & MYERS LLP<br>ATTN: TREVOR N. LAIN<br>TWO EMBARCADERO CENTER, 28TH FLOOR<br>SAN FRANCISCO, CA 94111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/27/2010 | 66578 | $548,975.00 | Late-Filed Claim |
| 7 | SCICUTELLA, LEONARD<br>30A PINE RD<br>SYOSSET, NY 11791 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/14/2011 | 67721 | $392,000.00 | Late-Filed Claim |
| 8 | SCICUTELLA, LEONARD<br>30A PINE RD<br>SYOSSET, NY 11791 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/14/2011 | 67722 | $6,944.44 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 238: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | VELASQUEZ, CARLOS E. 241 SOUTH REESE PLACE BURBANK, CA 91506 | | Lehman No Case Asserted/All Cases Asserted | 11/14/2011 | 67719 | $14,923.08 | Late-Filed Claim |
| | | | | | TOTAL | $19,915,019.50 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# **<u>EXHIBIT 2</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 238: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BLECKLEY, BENJAMIN BELL, III<br>11298 SW 139TH ST<br>DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67711 | $4,470.00 | Late-Filed Claim |
| 2 | BLECKLEY, JULIA M.<br>11298 SW 139TH ST<br>DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67710 | $4,470.00 | Late-Filed Claim |
| | | | | | TOTAL | $8,940.00 | |

# **EXHIBIT 3**

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 238: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASHWELL, LAUREN W.<br>377 RECTOR PLACE APT. 14C<br>NEW YORK, NY 10280 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67726 | $181,317.90 | Late-Filed Claim |
| | | | | | TOTAL | $181,317.90 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts