# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | APPLEBY (MAURITIUS) LTD<br>LEVEL 11,ONE CATHEDRAL SQUARE,<br>JULES KOENIG STREET,<br>PORT LOUIS<br>MAURITIUS | 08-13555 (JMP) | 07/20/2009 | 5767 | $62,132.25 | No Liability Claim |
| 2 | CARPENTER GROUP, INC<br>72 SPRING STREET<br>10TH FLOOR<br>NEW YORK, NY 10012 | 08-13555 (JMP) | 09/30/2008 | 52 | $53,103.75 | No Liability Claim |
| 3 | CASTILLO SNYDER, PC<br>300 CONVENT STREET, SUITE 1020<br>SAN ANTONIO, TX 78205 | 08-13555 (JMP) | 02/02/2009 | 2346 | $8,162.75 | No Liability Claim |
| 4 | CM CAPITAL MARKETS BROKERAGE S.A. A.V<br>CENTRO EMPRESARIAL ""EL PLANTIO""<br>C/OCHANDIANO 2 BLOQUE 2<br>MADRID, 28023<br>SPAIN | | 11/14/2011 | 67725 | $32,624.39 | No Liability Claim |
| 5 | CONTINENTAL CAPITAL MARKETS SA<br>AVENUE REVERDIL 8<br>NYON, 1260<br>SWITZERLAND | 08-13555 (JMP) | 09/16/2009 | 14301 | $39,776.38 | No Liability Claim |
| 6 | DIRECT FX<br>DIRECT FX LIMITED<br>P.O. BOX 11897<br>WELLINGTON, 6142<br>NEW ZEALAND | 08-13901 (JMP) | 09/09/2009 | 10979 | $27,067.83 | No Liability Claim |
| 7 | FACIO & CANAS<br>APARTADO 5173-1000<br>SAN JOSE, COSTA RICA,<br>COSTA RICA | 08-13555 (JMP) | 09/21/2009 | 25777 | $9,593.50 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | FOWLER WHITE BOGGS, PA<br>ATTN:  LINDA SHELLEY<br>PO BOX 11240<br>TALLAHASSEE, FL 32301 | 08-13555 (JMP) | 12/02/2008 | 1181 | $6,928.23 | No Liability Claim |
| 9 | FRONTIER WORKSPACE SOLUTIONS, INC<br>12TH FLOOR, TAI YIP BUILDING<br>141 THOMSON ROAD<br>WANCHAI,<br>HONG KONG | 08-13555 (JMP) | 07/24/2009 | 6113 | $63,827.69 | No Liability Claim |
| 10 | GLAZER, JAF<br>36 EAST 20TH STREET, 2ND FLOOR<br>NEW YORK, NY 10003 | 08-13555 (JMP) | 09/16/2011 | 67670 | $20,000.00 | No Liability Claim |
| 11 | INFOSYS TECHNOLOGIES LIMITED<br>PLOT NO 44<br>ELECTRONICS CITY<br>BANGALORE<br>BANGALORE, 560100<br>INDIA | 08-13555 (JMP) | 09/17/2009 | 15100 | $127,204.00 | No Liability Claim |
| 12 | JAMES MINTZ GROUP, INC.<br>32 AVENUE OF THE AMERICAS<br>21ST FL<br>NEW YORK, NY 10013 | 08-13555 (JMP) | 09/17/2009 | 14867 | $129,249.63 | No Liability Claim |
| 13 | KAPLAN TEST PREP AND ADMISSIONS<br>ATTN: CONNELL BOYLE<br>16 COOPER SQUARE<br>NEW YORK, NY 10003 | 08-13555 (JMP) | 09/11/2009 | 19691 | $7,040.00 | No Liability Claim |
| 14 | KENNET EQUIPMENT LEASING LTD<br>KENNET HOUSE<br>TEMPLE COURT<br>TEMPLE WAY<br>COLESHILL, B46 1HH<br>UNITED KINGDOM | 08-13555 (JMP) | 07/30/2009 | 6670 | $11,064.53 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 15 | KEY EQUIPMENT FINANCE INC ATTN: JONATHAN BRAUN 1000 S. MCCASLIN BLVD. SUPERIOR, CO 80027 | 08-13555 (JMP) | 11/10/2008 | 567 | $190,418.47 | No Liability Claim |
| 16 | KREBSBACH & SNYDER ONE EXCHANGE PLAZA 55 BROADWAY, STE 1600 NEW YORK, NY 10006 | 08-13555 (JMP) | 09/22/2009 | 33556 | $52,692.12 | No Liability Claim |
| 17 | LAW OFFICES OF HOWARD GOLDMAN LLC 475 PARK AVENUE SOUTH 28TH FL NEW YORK, NY 10016 | 08-13555 (JMP) | 11/14/2008 | 620 | $10,145.00 | No Liability Claim |
| 18 | LOW & CHILDERS PC 2999 N 44TH STREET SUITE 250 PHOENIX, AZ 85018 | 08-13555 (JMP) | 07/20/2009 | 5694 | $1,842.50 | No Liability Claim |
| 19 | PARRETT & O'CONNELL, LLP 10 EAST DOTY, SUITE 621 MADISON, WI 53703 | 08-13555 (JMP) | 12/15/2008 | 1330 | $8,032.50 | No Liability Claim |
| 20 | PENNACHIO, ANTHONY 225 HERDMAN ROAD P.O. BOX 621 PHOENICIA, NY 12464 | 08-13555 (JMP) | 08/03/2009 | 7283 | $115,000.00 | No Liability Claim |
| 21 | PRIMMER PIPER EGGLESTON & CRAMER PC GAIL E. WESTGATE, ESQ. P.O. BOX 1489 BURLINGTON, VT 05402-1489 | 08-13555 (JMP) | 01/26/2009 | 4308 | $2,730.50 | No Liability Claim |
| 22 | STERCI SA SIMON KALFON 33 RUE DES BAINS GENEVE, 1205 SWITZERLAND | 08-13555 (JMP) | 09/16/2009 | 14179 | $120,720.60 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 23 | VEDDER PRICE P.C., F/K/A VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C. C/O VEDDER PRICE P.C. ATTN: MICHAEL L. SCHEIN, ESQ. 1633 BROADWAY, 47TH FLOOR NEW YORK, NY 10019 | 08-13555 (JMP) | 07/16/2009 | 5403 | $8,871.07 | No Liability Claim |
| 24 | WORLDBRIDGE PARTNERS OF SOUTHERN CALIFORNIA - ATTN JOHN A BRODERICK 25000 AVENUE STANFORD, STE 250 VALENCIA, CA 91355 | 08-13555 (JMP) | 09/29/2008 | 47 | $60,000.00 | No Liability Claim |
| | | | | TOTAL | $1,168,227.69 | |

## **EXHIBIT 2**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 241: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | NUTTER MCCLENNEN & FISH, LLP WORLD TRADE CENTER WEST 155 SEAPORT BOULEVARD BOSTON, MA 02210-2604 | 08-13555 (JMP) | 09/18/2009 | 16200 | $11,859.69 | No Liability Claim |
| | | | | TOTAL | $11,859.69 | |

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 241: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | BLACKROCK FINANCIAL MANAGEMENT, INC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 08-13555 (JMP) | 09/22/2009 | 28686 | $654,652.00* | No Liability Claim |
| 2 | BROWN RUDNICK, LLP C/O KENNETH F. GRAUER SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | 09/15/2009 | 13011 | $25,678.84 | No Liability Claim |
| 3 | CLIFFORD CHANCE LLP FAO MR KEITH W ISAACS 10 UPPER BANK STREET CANARY WHARF LONDON, E14 5JJ UNITED KINGDOM | 08-13555 (JMP) | 05/11/2009 | 4228 | $2,238,144.25 | No Liability Claim |
| 4 | COUDERT BROTHERS LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 08-13555 (JMP) | 09/22/2009 | 34262 | $4,203.10 | No Liability Claim |
| 5 | D&D SECURITIES INC 302 NORTH NASSAU AVENUE MARGATE, NJ 08402 | | 07/20/2009 | 5637 | $141,306.75 | No Liability Claim |
| 6 | ISRAEL DISCOUNT BANK OF NEW YORK ATTN: MICHAEL DERLE, FIRST V.P. - TREASURY OPERATIONS 511 FIFTH AVENUE NEW YORK, NY 10017 | 08-13900 (JMP) | 09/22/2009 | 27730 | $1,153,740.70* | No Liability Claim |
| 7 | NEAL, GERBER & EISENBERG LLP C/O H. NICHOLAS BERBERIAN, ESQ. AND NICHOLAS M. MILLER, ESQ. TWO NORTH LASALLE STREET, SUITE 1700 CHICAGO, IL 60602 | 08-13555 (JMP) | 09/16/2009 | 14195 | $80,556.88 | No Liability Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 241: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | WILEY REIN LLP<br>DYLAN G. TRACHE<br>7925 JONES BRANCH DRIVE<br>SUITE 6200<br>MCLEAN, VA 22102 | 08-13555 (JMP) | 05/21/2009 | 4475 | $9,040.00 | No Liability Claim |
| 9 | ZPR INTERNATIONAL INC.<br>1642 NORTH VOLUSIA AVENUE<br>ATTN: MAX ZAVANELLI<br>ORANGE CITY, FL 32763 | 08-13555 (JMP) | 07/28/2009 | 6530 | $216,000.00 | No Liability Claim |
| | | | | TOTAL | $4,523,322.52 | |