# **EXHIBIT 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/16/2009 | 65964 | $2,209,112.25 | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2006-6 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17481 | Undetermined | Settled Derivatives Claim |
| 3 | BERYL FINANCE LIMITED SERIES 2006-6 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17482 | Undetermined | Settled Derivatives Claim |
| 4 | CITY OF MILWUAKEE CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE, WI 53202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18081 | Undetermined | Settled Derivatives Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | CITY OF MILWUAKEE<br>CITY COMPTROLLER<br>CITY HALL, ROOM 404<br>200 EAST WELLS STREET<br>MILWAUKEE, WI 53202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18082 | Undetermined | Settled Derivatives Claim |
| 6 | EASTON INVESTMENTS II, A CALIFORNIA L.P.<br>C/O COSTELL & CORNELIUS LAW CORPORATION<br>1299 OCEAN AVENUE, SUITE 400<br>SANTA MONICA, CA 90401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11382 | $124,250.00 | Settled Derivatives Claim |
| 7 | FBE LIMITED LLC<br>ATTN: NEIL SIMON, ESQ.<br>111 BROADWAY<br>NEW YORK, NY 10006 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/04/2009 | 7311 | $835,007.60 | Settled Derivatives Claim |
| 8 | FBE LIMITED LLC<br>ATTN: NEIL SIMON, ESQ.<br>111 BROADWAY<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 7312 | $835,007.60 | Settled Derivatives Claim |
| 9 | LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE, INC.<br>ATTN: FINANCE DIRECTOR<br>315 SOUTH FLAGLER DRIVE<br>WEST PALM BEACH, FL 33401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31093 | $974,172.85 | Settled Derivatives Claim |
| 10 | LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE, INC.<br>ATTN: FINANCE DIRECTOR<br>315 SOUTH FLAGLER DRIVE<br>WEST PALM BEACH, FL 33401 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31094 | $974,172.85 | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | MESIVTA YESHIVA RABBI CHAIM BERLIN<br>C/O FBE LIMITED LLC<br>ATTN: NEIL SIMON, ESQ.<br>111 BROADWAY<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 7313 | $428,106.22 | Settled Derivatives Claim |
| 12 | MESIVTA YESHIVA RABBI CHAIM BERLIN<br>C/O FBE LIMITED LLC<br>ATTN: NEIL SIMON, ESQ.<br>111 BROADWAY<br>NEW YORK, NY 10006 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/04/2009 | 7314 | $428,106.22 | Settled Derivatives Claim |
| 13 | PICKERSGILL INC.<br>615 CHESTNUT AVENUE<br>TOWSON, MD 21204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26263 | Undetermined | Settled Derivatives Claim |
| 14 | PICKERSGILL INC.<br>615 CHESTNUT AVENUE<br>TOWSON, MD 21204 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26264 | Undetermined | Settled Derivatives Claim |
| 15 | PQ CORPORATION<br>C/O DEBEVOISE & PLIMPTON LLP<br>ATTN: GEORGE E.B. MAGUIRE<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27225 | $10,000,000.00* | Settled Derivatives Claim |
| 16 | PQ CORPORATION<br>C/O DEBEVOISE & PLIMPTON LLP<br>ATTN: GEORGE E.B. MAGUIRE<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/23/2009 | 44550 | $10,000,000.00* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | RUBY FINANCE PLC - SERIES 2005-IA1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25806 | Undetermined | Settled Derivatives Claim |
| 18 | RUBY FINANCE PLC - SERIES 2005-IA1 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25823 | Undetermined | Settled Derivatives Claim |
| 19 | U.S. BANK NATIONAL ASSOCIATION TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 15982[1] | Undetermined | Settled Derivatives Claim |

[1] Claim 15982 is being disallowed and expunged solely with respect to its asserted claim against LBHI in connection with LBHI's alleged guarantee of the obligations of Lehman Brothers Special Financing Inc. ("LBSF") under that certain Interest Rate Cap Agreement, dated as of April 30, 2004, between LBSF and Bank of America, National Association, as successor by merger to LaSalle Bank National Association. The remaining portion of Claim 15982 is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Forty-Third Omnibus Objection to Claims, and the Debtors' rights to object to the remaining portion of Claim 15982 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 243: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31044 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $26,807,935.59 | |