# **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CREDIT CORP.) ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 194 KLARABERGSVIADUKTEN 61-63 STOCKHOLM, SE-103 27 SWEDEN | 09/21/2009 | 08-13555 (JMP) | 20784 | $54,934,705.97 | AB SVENSK EXPORTKREDIT (PUBL) ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 16368 VASTRA TRADGARDSGATAN 11B STOCKHOLM, SE 103 27 SWEDEN | 10/11/2011 | 08-13555 (JMP) | 67683 | $10,369,106.00* |
| 2 | AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CREDIT CORP.) ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 194 KLARABERGSVIADUKTEN 61-63 STOCKHOLM, SE-103 27 SWEDEN | 09/21/2009 | 08-13888 (JMP) | 20785 | $54,979,107.97 | AB SVENSK EXPORTKREDIT (PUBL) ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 16368 VASTRA TRADGARDSGATAN 11B STOCKHOLM, SE 103 27 SWEDEN | 10/11/2011 | 08-13888 (JMP) | 67682 | $10,369,106.00* |
| 3 | ADLER, MONA J. 404 EAST 79TH STREET APT 28E NEW YORK, NY 10075 | 09/16/2009 | 08-13555 (JMP) | 13400 | $97,075.00 | ADLER, MONA J. 404 EAST 79TH STREET APT 28E NEW YORK, NY 10021 | 11/14/2011 | 08-13555 (JMP) | 67723 | $76,075.00 |
| | | | | | | ADLER, MONA J. 404 EAST 79TH STREET APT 28E NEW YORK, NY 10075 | 11/14/2011 | 08-13555 (JMP) | 67724 | $21,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | AMERICAN EXPRESS COMPANY<br>C/O CULLEN K. KUHN<br>BRYAN CAVE LLP<br>211 NORTH BROADWAY, SUITE 3600<br>SAINT LOUIS, MO 63102 | 12/14/2010 | 08-13555 (JMP) | 67252 | Undetermined | AMERICAN EXPRESS COMPANY<br>C/O CULLEN K. KUHN<br>BRYAN CAVE LLP<br>211 NORTH BROADWAY, SUITE 3600<br>SAINT LOUIS, MO 63102 | 11/02/2011 | 08-13555 (JMP) | 67704 | Undetermined |
| 5 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP<br>STATE STREET BANK<br>ATTN: JONATHAN LONG<br>200 CLARENDON STREET, 6TH FLOOR<br>BOSTON, MA 02116 | 06/21/2011 | 08-13555 (JMP) | 67536 | $1,809,931.93 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP<br>ATTN: JONATHAN LONG<br>STATE STREET BANK<br>200 CLARENDON STREET, 6TH FLOOR<br>BOSTON, MA 02116 | 10/31/2011 | 08-13555 (JMP) | 67702 | $2,049,170.00 |
| 6 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 5250YAB3<br>ATTN: JOHN GUILIANO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21804 | $255,540,800.06 | BANK OF NEW YORK MELLON, THE<br>ATTN: JOHN GIULIANO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10286 | 11/30/2011 | 08-13555 (JMP) | 67752 | $255,558,003.92 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 52520X208 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43 | BANK OF NEW YORK MELLON, THE ATTN: JOHN GIULIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 11/30/2011 | 08-13555 (JMP) | 67753 | $234,250,517.60 |
| 8 | BANQUE POPULAIRE - CASSIE D'EPARGNE ATTN: NICHOLAS DUHAMEL LE PONANT DE PARIS 5, RUE LEBLANC CEDEX 15 PARIS, 75511 FRANCE | 09/22/2009 | 08-13555 (JMP) | 29608 | $32,461,427.00* | BPCE ATTN: NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13, 75201 FRANCE | 11/28/2011 | 08-13555 (JMP) | 67745 | $32,461,427.00 |
| 9 | CITY OF MEMPHIS (TN) ELIZABETH WELLER, MICHAEL W. DEEDS, LAURIE SPINDLER HUFFMAN LINEBARGER BOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201 | 11/30/2009 | 08-13555 (JMP) | 65797 | $13.14* | CITY OF MEMPHIS (TN) ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201 | 11/28/2011 | 08-13555 (JMP) | 67748 | $30.89* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | COMMERZBANK AG - GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT KAISERSTRASSE 16 FRANKFURT AM MAIN, 60261 GERMANY | 09/22/2009 | 08-13888 (JMP) | 27534 | $162,403,531.47 | COMMERZBANK AG - GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT KAISERSTRASSE 16 FRANKFURT AM MAIN, 60261 GERMANY | 09/16/2011 | 08-13888 (JMP) | 67663 | $277,074,139.77 |
| 11 | COMMERZBANK AG - GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN, 60261 GERMANY | 09/22/2009 | 08-13555 (JMP) | 27634 | $1,136,013,393.00 | COMMERZBANK AG - GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT KAISERSTRASSE 16 FRANKFURT AM MAIN, 60261 GERMANY | 09/16/2011 | 08-13555 (JMP) | 67664 | $1,250,428,862.00 |
| 12 | FISHER, ALEX 25 LAUREL AVE LIVINGSTON, NJ 07039 | 10/28/2008 | 08-13555 (JMP) | 400 | $45,673.08 | FISHER, ALEX 25 LAUREL AVENUE LIVINGSTON, NJ 07039 | 07/28/2009 | 08-13555 (JMP) | 6549 | $49,450.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | FITZGERALD, MELODY D.<br>114-08 194TH STREET<br>ST. ALBANS, NY 11412 | 10/20/2008 | 08-13555 (JMP) | 321 | $47,800.00 | FITZGERALD, MELODY<br>114-08 194 STREET<br>SAINT ALBANS, NY 11412 | 07/20/2009 | 08-13555 (JMP) | 5616 | $56,597.84 |
| 14 | GAVAGHAN, SHIRALI R<br>115 MORRIS ST APT 1317<br>JERSEY CITY, NJ 07302-4593 | 11/18/2008 | 08-13555 (JMP) | 793 | $35,500.00 | GAVAGHAN, SHIRALI<br>115 MORRIS ST APT 1317<br>JERSEY CITY, NJ 07302-4593 | 09/22/2009 | 08-13555 (JMP) | 31643 | $67,099.16 |
| 15 | GOLDEN STATE TOBACCO SECURITIZATION CORP<br>ATTN: KAREN FINN<br>915 L STREET, 9TH FL<br>SACRAMENTO, CA 95814 | 09/21/2009 | 08-13555 (JMP) | 22069 | $118,408,007.47* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION<br>ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE<br>915 L STREET, 9TH FLOOR<br>SACRAMENTO, CA 95814 | 10/12/2011 | 08-13555 (JMP) | 67686 | $139,349,138.58* |
| 16 | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION<br>ATTN: KAREN FINN<br>915 L STREET, 9TH FL.<br>SACRAMENTO, CA 95814 | 09/21/2009 | 08-13888 (JMP) | 22066 | $38,175,325.56* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION<br>ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE<br>915 L STREET, 9TH FLOOR<br>SACRAMENTO, CA 95814 | 10/12/2011 | 08-13888 (JMP) | 67684 | $49,272,660.68* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION ATTN: KAREN FINN 915 L STREET, 9TH FLOOR SACRAMENTO, CA 95814 | 09/21/2009 | 08-13888 (JMP) | 22067 | $118,408,007.47* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE 915 L STREET, 9TH FLOOR SACRAMENTO, CA 95814 | 10/12/2011 | 08-13888 (JMP) | 67687 | $139,349,138.58* |
| 18 | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION ATTN: KAREN FINN 915 L STREET, 9TH FLOOR SACRAMENTO, CA 95814 | 09/21/2009 | 08-13555 (JMP) | 22068 | $38,175,325.56* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE 915 L STREET, 9TH FLOOR SACRAMENTO, CA 95814 | 10/12/2011 | 08-13555 (JMP) | 67685 | $49,272,660.68* |
| 19 | IRRGANG, KLAUS PFARRBORNWEG 16A BAD HOMBURG, 61352 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46393 | $47,622.26 | IRRGANG, KLAUS PFARRBORNWEG 16 B BAD HAMBURG, 61352 GERMANY | 11/28/2011 | 08-13555 (JMP) | 67743 | $69,299.49 |
| 20 | KARP, MICHAEL H. 11 CANDLEWOOD DR WEST WINDSOR, NJ 08550 | 09/21/2009 | 08-13555 (JMP) | 26315 | $70,000.00 | KARP, MICHAEL 11 CANDLEWOOD DR WEST WINDSOR, NJ 08550 | 10/11/2011 | 08-13555 (JMP) | 67681 | $70,000.00 |
| 21 | KOZLOV, ANATOLY 1935 83RD STREET APT F-6 BROOKLYN, NY 11214 | 09/21/2009 | 08-13555 (JMP) | 26260 | $10,000.00 | KOZLOV, ANATOLY 82 ACORN STREET STATEN ISLAND, NY 10306 | 11/23/2011 | 08-13555 (JMP) | 67739 | $10,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | \_ | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | MONTELLA, MICHAEL<br>95 SHOREHAM ROAD<br>MASSAPEQUA, NY 11758 | 09/18/2009 | 08-13555 (JMP) | 18178 | $22,747.21 | MONTELLA, MICHAEL<br>95 SHOREHAM ROAD<br>MASSAPEQUA, NY 11758 | 11/29/2011 | 08-13555 (JMP) | 67751 | $57,747.21 |
| 23 | ONTARIO TEACHERS' PENSION PLAN BOARD<br>ATTN: JEFF DAVIS<br>5650 YONGE STREET<br>SUITE 500<br>TORONTO, ON M2M 4H5<br>CANADA | 11/20/2009 | 08-13888 (JMP) | 65647 | $12,634,480.65* | ONTARIO TEACHERS' PENSION PLAN BOARD<br>ATTN: JEFF DAVIS<br>5650 YONGE STREET<br>SUITE 500<br>TORONTO, ON M2M 4H5<br>CANADA | 11/18/2011 | 08-13555 (JMP) | 67738 | $12,634,480.65 |
| 24 | RAKE, FRANK-REINER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11192 | $14,393.72 | RAKE FRANK-REINER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 11/28/2011 | 08-13555 (JMP) | 67742 | $14,393.72 |
| 25 | SHAUGHNESSY, JOHN C<br>11 BUTLER HILL RD N<br>SOMERS, NY 10589-2410 | 09/18/2009 | | 17264 | $6,346.15 | SHAUGHNESSY, JOHN C<br>11 BUTLER HILL ROAD NORTH<br>SOMERS, NY 10589-2410 | 11/07/2011 | 08-13555 (JMP) | 67713 | $6,346.15 |
| 26 | SHAUGHNESSY, JOHN C.<br>11 BUTLER HILL RD N<br>SOMERS, NY 10589-2410 | 09/18/2009 | | 17262 | $159,000.00 | SHAUGHNESSY, JOHN C<br>11 BUTLER HILL ROAD NORTH<br>SOMERS, NY 10589-2410 | 11/07/2011 | 08-13555 (JMP) | 67712 | $150,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | SPANISH BROADCASTING SYSTEM, INC. ATTN: JOSEPH A. GARCIA, CFO 2601 S. BAYSHORE DR., PH2 COCONUT GROVE, FL 33133 | 09/18/2009 | 08-13900 (JMP) | 15941 | Undetermined | SPANISH BROADCASTING SYSTEM, INC. ATTN: JOSEPH A. GARCIA, CHIEF FINANCIAL OFFICER 2601 S. BAYSHORE DR., PH2 COCONUT GROVE, FL 33133 | 11/03/2011 | 08-13900 (JMP) | 67707 | $55,462,228.33* |
| 28 | STATE OF MINNESOTA, DEPARTMENT OF REVENUE COLLECTION DIVISION - BANKRUPTCY SECTION PO BOX 64447 - BKY SAINT PAUL, MN 55164-0447 | 12/15/2008 | 08-13555 (JMP) | 4293 | $582,769.11 | STATE OF MINNESOTA DEPT OF REVENUE COLLECTION DIVISION BANKRUPTCY SECTION PO BOX 64447 BKY SAINT PAUL, MN 55164-0447 | 11/08/2011 | 08-13555 (JMP) | 67729 | $553,834.88 |
| 29 | STIBBE, N.V. P.O. BOX 75640 ATTN: A. VAN DYK 1070 AP AMSTERDAM, NETHERLANDS | 12/08/2008 | 08-13555 (JMP) | 1249 | Undetermined | STIBBE N.V. ATTN: BERTI VAN DIJK P.O. BOX 75640 AMSTERDAM, AP 1070 NETHERLANDS | 11/08/2011 | 08-13555 (JMP) | 67716 | $113,166.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 237: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 30 | YEAR UP, INC. ATTN: COLLEEN O'CONNELL 93 SUMMER STREET, 5TH FLOOR BOSTON, MA 02110 | 07/17/2009 | 08-13555 (JMP) | 5569 | $31,060.00 | YEAR UP, INC. ATTN: SUE MEEHAN, COO 93 SUMMER STREET, 5TH FLOOR BOSTON, MA 02110 | 10/26/2011 | 08-13555 (JMP) | 67699 | $31,060.00 |

TOTAL  $2,258,583,727.21

\* - Indicates claim contains unliquidated and/or undetermined amounts