B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc., et. al., Debtors    Case No. 08-13555 (JMP)
 (Jointly Administrator)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| PBC Financing LLC | Paulson Credit Opportunities Master Ltd. |

Name and Address where notices to transferee should be sent:

William Doyle
Credit Suisse
11 Madison Avenue
New York, NY 10010
(212) 325-3571

PBC Financing LLC
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Email: Paul_ops@paulsonco.com
Fax: 212-977-9505

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Citibank N.A., N.Y
ABA  021 000 089
A/C Credit Suisse Securities (USA) LLC
A/C 4080 4003
PBC Financing LLC    7580H0

Court Claim # (if known): 66833 (amending Claim No. 64038 filed on 9/17/09)
Amount of Claim as Filed: $18,000,000.00
Amount of Claim Transferred: $18,000,000.00
Date Claim Filed: 6/14/10
Debtor: Lehman Brothers OTC Derivatives Inc.

Name and Address where transferee payments should be sent (if different from above):

NY1 7976620v1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: January 26, 2012

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Paulson Credit Opportunities Master Ltd. ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto PBC Financing LLC ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number **66833** (the "Claim") against **Lehman Brothers OTC Derivatives Inc.** (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as **In re Lehman Brothers OTC Derivatives Inc., Case No. 08-13893**.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 26th day of January, 2012.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | PBC FINANCING LLC |
| *[signature]* | *[signature]* |
| Name: STUART MERZER<br>Title: Authorized Signatory | Name: STUART MERZER<br>Title: Authorized Signatory |