**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                                                  )

In re:                                            )   Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al*.,   )   Case No. 08-13555 (JMP)

                Debtors                        )   (Jointly Administered)
---------------------------------------------------------------------------------x

# TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Credit Suisse International | PBC Financing LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | **Case No. 08-13885** |
| William Doyle<br>Credit Suisse<br>11 Madison Avenue<br>New York, NY 10010<br>(212) 325-3571 | Court Claim # (if known): 13777<br>Amount of Claim as Filed: $33,492,567.00<br>Amount of Claim Transferred:<br>$33,492,567.00 (which has been allowed in the amount of $29,800,000.00) |
| With a copy to:<br>Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: David Hoyt | Date Claim Filed: 9/16/09<br>Debtor: Lehman Brothers Commodity Services Inc. |

NYC:232414.2

# EVIDENCE OF
# TRANSFER OF CLAIM FOR SECURITY

**TO:** THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, PBC Financing LLC ("Paulson") hereby unconditionally and irrevocably grants a first priority security interest to Credit Suisse International ("Credit Suisse") in all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 13777) held by Paulson with the Bankruptcy Court in respect of the foregoing claim.

Paulson hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the claim to the following account:

Wire Instructions:

Bank:  Citibank N.A., N.Y
ABA    021 000 089
A/C    Credit Suisse Securities (USA) LLC
A/C    4080 4003
PBC Financing LLC    7580H0

Paulson hereby waives any objection to the transfer of the claim for security to Credit Suisse on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

NYC:232414.2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January 2012.

**PBC FINANCING LLC**

By: _____
Name: STUART MERZER
Title: Authorized Signatory

**CREDIT SUISSE INTERNATIONAL**

By: _____
Name:
Title:


By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January 2012.

**PBC FINANCING LLC**       **CREDIT SUISSE INTERNATIONAL**

By: _____  
Name:  
Title:

By: _Keith A. C_  
Name: Keith Levy  
Title: M.D.

By: _G. S Dehal_  
Name:  
Title: Gurpreet Dehal  
Managing Director

NYC:232414.2