FILED / RECEIVED
JAN 2 6 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Pensionskasse SVZ Schweiz. Versandzentrum AG ("Transferor") unconditionally and irrevocably transferred to Bank Coop AG, Basel ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 38511) in the nominal amount of USD 381744 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 12 January 2012.

**Pensionskasse SVZ Schweiz. Versandzentrum AG**

By: _____
Name: HEIM Hansjörg
Title: Präsident Stiftungsrat

By: _____
Name: STECK Jürgen
Title: Mitglied Stiftungsrat

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount/ Units/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0282843068 | 38507 | 09/302009 | Lehman Brothers Treasury Co. BV | USD 44'607.01 |

