B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Wilshire Institutional Master Fund II SPC, on behalf of and for the account of Wilshire Ore Hill International Segregated Portfolio</u><br>Name of Transferee | <u>The Royal Bank of Scotland plc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Rachel Carr-Harris<br>650 Fifth Avenue, 9th Floor<br>New York NY 10019<br>Phone: 212.389.2620<br>Fax: 917.591.7504<br>Email notices: pmte-fax@orehill.com | Court Claim # (if known): <u>67268 (4.279069767% of such claim)</u><br><br>Amount of Claim as filed: $<u>4,300,000.00</u><br><br>Amount of Claim Transferred: $<u>184,000.00</u><br><br>Date Claim Filed: <u>12/20/2010</u><br><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Wilshire Institutional Master Fund II SPC, on behalf of and for the account of Wilshire Ore Hill International Segregated Portfolio
By: GLG Ore Hill LLC
Its: Sub-Adviser

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent


By: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Wilshire Institutional Master Fund II SPC, on behalf of and for the account of Wilshire Ore Hill International Segregated Portfolio
By: GLG Ore Hill LLC
Its: Sub-Adviser


By: _____    Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent


By: _____
Transferor/Transferor's Agent
**Suzanne Glossoti**
**Authorized Signatory**