B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ore Hill Hub Fund Ltd. | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rachel Carr-Harris
650 Fifth Avenue, 9th Floor
New York NY 10019
Phone:  212.389.2620
Fax:  917.591.7504
Email notices:  hube-fax@orehill.com

Court Claim # (if known): 67268 (68.37209302% of such claim)

Amount of Claim as filed: $4,300,000.00

Amount of Claim Transferred: $2,940,000.00

Date Claim Filed: 12/20/2010

Debtor: Lehman Brothers Special Financing Inc.

Phone:_____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

680633v.5                                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Ore Hill Hub Fund Ltd.
By:  GLG Ore Hill LLC
Its:  Investment Adviser

By: _____        Date: _____
            Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

The Royal Bank of Scotland plc
By:  RBS Securities Inc., its agent



By: _____
            Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Ore Hill Hub Fund Ltd.
By: GLG Ore Hill LLC
Its: Investment Adviser


By: _____          Date: _____
             Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent


By: _____
             Transferor/Transferor's Agent

**Suzanne Glossoti**
**Authorized Signatory**

680633v.5                          17