B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Ore Hill Hub Fund Ltd.</u>    <u>The Royal Bank of Scotland plc</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

Rachel Carr-Harris
650 Fifth Avenue, 9th Floor
New York NY 10019
Phone: 212.389.2620
Fax: 917.591.7504
Email notices: hube-fax@orehill.com

Court Claim # (if known): <u>67269 (68.37209302%
of such claim)</u>

Amount of Claim as filed: $<u>4,300,000.00</u>

Amount of Claim Transferred: $<u>2,940,000.00</u>

Date Claim Filed: <u>12/20/2010</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

680633v.5            14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Ore Hill Hub Fund Ltd.
By: GLG Ore Hill LLC
Its: Investment Adviser

By: _____    Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
        Transferor/Transferor's Agent

680633v.5                            15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Ore Hill Hub Fund Ltd.
By: GLG Ore Hill LLC
Its: Investment Adviser

By: _____        Date: _____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
　　　Transferor/Transferor's Agent
　　　**Suzanne Glossoti**
　　　**Authorized Signatory**