B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>PMT Credit Opportunities Fund Ltd.</u>           <u>The Royal Bank of Scotland plc</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): <u>67269 (27.34883721%</u>
should be sent:                                      <u>of such claim)</u>

Rachel Carr-Harris                                   Amount of Claim as filed: $<u>4,300,000.00</u>
650 Fifth Avenue, 9th Floor
New York NY 10019                                    Amount of Claim Transferred: $<u>1,176,000.00</u>
Phone: 212.389.2620
Fax: 917.591.7504                                    Date Claim Filed: <u>12/20/2010</u>
Email notices: pmte-fax@orehill.com
                                                     Debtor: <u>Lehman Brothers Holdings Inc.</u>


Phone:<u>                                    </u>    Phone: <u>                                   </u>
Last Four Digits of Acct #: <u>              </u>    Last Four Digits of Acct. #: <u>             </u>

687138v.1                                    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PMT Credit Opportunities Fund Ltd.
By: GLG Ore Hill LLC
Its: Investment Adviser

By: _____     Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent


By: _____
      Transferor/Transferor's Agent

687138v.1                          15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PMT Credit Opportunities Fund Ltd.
By: GLG Ore Hill LLC
Its: Investment Adviser

By: _____    Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
        Transferor/Transferor's Agent
        **Suzanne Glossoti**
        **Authorized Signatory**