B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>PMT Credit Opportunities Fund Ltd.</u><br>Name of Transferee | <u>The Royal Bank of Scotland plc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>67268 (27.34883721% of such claim)</u> |
| Rachel Carr-Harris<br>650 Fifth Avenue, 9th Floor | Amount of Claim as filed: $<u>4,300,000.00</u> |
| New York NY 10019 | Amount of Claim Transferred: $<u>1,176,000.00</u> |
| Phone:  212.389.2620<br>Fax:  917.591.7504 | Date Claim Filed: <u>12/20/2010</u> |
| Email notices:  pmte-fax@orehill.com | Debtor: <u>Lehman Brothers Special Financing Inc.</u> |
| Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PMT Credit Opportunities Fund Ltd.
By:  GLG Ore Hill LLC
Its:  Investment Adviser

By: _____          Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

The Royal Bank of Scotland plc
By:  RBS Securities Inc., its agent


By: _____
       Transferor/Transferor's Agent

687138v.1                                                  17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PMT Credit Opportunities Fund Ltd.
By: GLG Ore Hill LLC
Its: Investment Adviser


By: _____          Date: _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

The Royal Bank of Scotland plc
By: RBS Securities Inc., its agent


By: _____
   Transferor/Transferor's Agent

**Suzanne Glossoti**
**Authorized Signatory**