B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

In re Lehman Brothers Special Financing Inc., Debtor    Case No. 08-13888(JMP)

To the Debtors and the Bankruptcy Court:

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CWD OC 522 Master Fund, Ltd. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Candlewood Investment Group
777 Third Ave, Suite 19B, NY NY 10017
CWD OC 522 Master Fund. Ltd.
Attn: Peter Dowling
Phone: 212-439-4489
Fax: 646-380-3565
Email: Loans@candlewoodgroup.com

Court Claim # (if known): 15921
Amount of Claim as Allowed: $345,124,203.00
Amount of Claim to be Transferred: $2,500,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing Inc.
Phone: _____
Last Four Digits of Acct. #: _____

Phone: 212-439-4489
Fax: 646-380-3565
Email: Loans@candlewoodgroup.com

Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: January 26, 2012
    Transferee/Transferee's Agent

By: _____        Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

16

689726.3/153-06177

Fax: 646-380-3565
Email: Loans@candlewoodgroup.com

Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
     Transferee/Transferee's Agent

By: _____          Date: January 26, 2012
     Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

16

689726.3/153-06177