Peter Feldman, Esq. (PF-3271)
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Counsel for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | **08-13555 (JMP)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, The Bank of Tokyo-

Mitsubishi UFJ, Ltd. ("BTMU"), hereby withdraws, with prejudice, the following proof of claim that

it filed against the below listed Debtor.

| Claim No. | Debtor Name | Case No. |
|:---:|:---:|:---:|
| 15315 | Lehman Brothers Holdings Inc. | 08-13555 |

This Notice only concerns the above-referenced proof of claim.  It is not intended to, and

does not, affect in any respect any other proof of claim filed by BTMU in these proceedings.

Dated: January 27, 2012

OTTERBOURG, STEINDLER, HOUSTON & ROSEN,
P.C.

By:  */s/ Peter Feldman*
     Peter Feldman [PF-3271]

Peter Feldman
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100

*Counsel for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

2062695.1