UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
          Debtors.                                                :
                                                                  :   Ref. Docket Nos. 3916, 23835,
                                                                  :   24099, 24111, 24112
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS SPECIAL FINANCING                                 :   08-13888 (JMP)
INC.,                                                             :   (Jointly Administered)
                                                                  :
          Debtors.                                                :   Ref. Docket Nos. 305, 306
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 10, 2012 I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of January, 2012
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 3916, 23835, 24099, 24111, 24112; Adv 08-13888 DI 305, 306_AFF_01-10-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
            Debtors.                       |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO LLC
        C/O WESTERN ASSET MANAGEMENT COMPANY
        ATTN: LEGAL DEPT W-1602
        385 E. COLORADO BLVD.
        PASADENA CA 91101
```

Please note that your claim # 20935-03 in the above referenced case and in the amount of $551,389.53  allowed at $63,000.00        has been transferred **(unless previously expunged by court order)**

```
        WESTERN ASSET US CORE BOND, LLC
        TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO LLC
        C/O WESTERN ASSET MANAGEMENT COMPANY
        ATTN: LEGAL DEPT/W-1369
        385 E. COLORADO BLVD.
        PASADENA CA 91101
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 305      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/10/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2012.

**EXHIBIT B**

```
TIME: 16:29:28                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 01/10/12                                    CREDITOR LISTING

Name                                             Address
APPENZELLER KANTONALBANK                         BANKGASSE 2  APPENZELL   CH-9050 SWITZERLAND
CHENAVARI FINANCIAL ADVISORS LTD.                TRANSFEROR: ICCREA BANCA S.P.A. ATTN: GUILHEM GOYARD 1 GROSVENOR PLACE LONDON   SW1X 7JH UNITED KINGDOM
CITIBANK (HONG KONG) LIMITED                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK (HONG KONG) LIMITED                     ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY   HONG KONG
CITIGROUP GLOBAL MARKETS INC.                    PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                    TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013
ELLIOTT ASSOCIATES, L.P.                         TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                      TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF          TRANSFEROR: APPENZELLER KANTONALBANK C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
APPENZELLER KANTONALBANK
GOEPFERT, REINHARD & EVA                         WITTENBERGERSTR. 22 MUENCHEN   D-80993 GERMANY
TANNOR PARTNERS CREDIT FUND, LP                  TRANSFEROR: GOEPFERT, REINHARD & EVA 150 GRAND ST STE 401 WHITE PLAINS NY 10601
WESTERN ASSET MORTGAGE BACKED SECURITIES         C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1602 385 E. COLORADO BLVD. PASADENA CA 91101
PORTFOLIO LLC
WESTERN ASSET MORTGAGE BACKED SECURITIES         C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1602 385 E. COLORADO BLVD PASADENA CA 91101
PORTFOLIO, LLC
WESTERN ASSET US CORE BOND, LLC                  TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-1369
                                                 385 E. COLORADO BLVD. PASADENA CA 91101
WESTERN ASSET US CORE BOND, LLC                  TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-1369
                                                 385 E. COLORADO BLVD PASADENA CA 91101
WESTERN ASSET US CORE PLUS - UNIVERSAL,          TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-2372
LLC                                              385 E. COLORADO BLVD PASADENA CA 91101
WESTERN ASSET US CORE PLUS - UNIVERSAL,          TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-2372
LLC                                              385 E. COLORADO BLVD PASADENA CA 91101

Total Number of Records Printed     17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC