UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                              :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
:     (Jointly Administered)
Debtors.                                           :
:
-------------------------------------------------------------------x    Ref. Docket Nos. 22432, 23915,
24178, 24186, 24188, 24190, 24249,
24332, 24333, 24335, 24338, 24342,
24344, 24354, 24355, 24358, 24359,
24365, 24366, 24371, 24372

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 19, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
27th day of January, 2012

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 22432, 23915, 24178...24366, 24371, 24372_AFF_01-19-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC
         TRANSFEROR: NEUE AARGAUER BANK AG
         745 SEVENTH AVENUE
         NEW YORK NY 10019
```

Please note that your claim # 55814-05 in the above referenced case and in the amount of
     $0.00   Unliquidated      has been transferred **(unless previously expunged by court order)**

```
         ELLIOTT INTERNATIONAL, L.P.
         TRANSFEROR: BARCLAYS BANK PLC
         ATNN:  MICHAEL STEPHAN
         40 WEST 57TH STREET
         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22432     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/19/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 19, 2012.

**EXHIBIT B**

08-13555-mg   Doc 24728   Filed 01/27/12   Entered 01/27/12 15:47:51   Main Document
Pg 4 of 6

```
TIME: 21:04:01                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
DATE: 01/19/12                                               CREDITOR LISTING

Name                                                    Address
ADI GLOBAL OPPORTUNITY                                  C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI GLOBAL OPPORTUNITY SP                               TRANSFEROR: ADI GLOBAL OPPORTUNITY 1 RUE VERNIER PARIS 75017 FRANCE
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER                TRANSFEROR: DUNGAN PARTNERS LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD NEW YORK NY 10022
 FUND, LP.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER                TRANSFEROR: DUNGAN PARTNERS LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 FUND, LP.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER                TRANSFEROR: DUNGAN PARTNERS, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 FUND, LP.
BANCA FIDEURAM S.P.A.                                   TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: EMANUELE CASTRO, LEGAL DEPARTMENT P. LE G. DOUHET 31 ROMA  00143 ITALY
BANCA FIDEURAM S.P.A.                                   TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: EMANUELE CASTRO, LEGAL DEPARTMENT P. LE G. DOUHET 31 ROMA  00143 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A                   TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: EMANUELE CASTRO, LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA  00143 ITALY
                                                        ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BARCLAYS BANK PLC                                       TRANSFEROR: NEUE AARGAUER BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
CERBERUS SERIES FOUR HOLDINGS, LLC                      TRANSFEROR: MORGAN STANLEY CAPITAL GROUP INC C/O CERBERUS CAPITAL MANAGEMENT, L.P. ATTN: TRADING OPERATIONS
                                                        299 PARK AVENUE, 22ND FLOOR NEW YORK NY 10171
CITIBANK INTERNATIONAL PLC, GREECE                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
 BRANCH
CITIBANK INTERNATIONAL PLC, GREECE                      ATTN: YIANNIS ZOGRAPHAKIS 8 OTHONOS STR. ATHENS 10557 GREECE
 BRANCH
CITIGROUP GLOBAL MARKETS INC.                           DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRSION LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                           TRANSFEROR: CITIBANK INTERNATIONAL PLC, GREECE BRANCH MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDITO EMILIANO S.P.A.                                 ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                                 ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
CREDITO EMILIANO SPA                                    TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: STEFANIA EMILIA VIA GANDHI 2/C 42123 REGGIO EMILIA  ITALY
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: LONGACRE MASTER FUND II, LP ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DUNGAN PARTNERS LP                                      TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
DUNGAN PARTNERS, LP                                     TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
ELLIOTT INTERNATIONAL, L.P.                             TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10821
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: SPCP GROUP, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: SPCP GROUP, LLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLP                      TRANSFEROR: SPCP GROUP, LLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLP                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLP                      TRANSFEROR: SPCP GROUP,LLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
LONGACRE MASTER FUND II, LP                             TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
LONGACRE MASTER FUND II, LP                             TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 100193
MERRILL LYNCH CREDIT PRODUCTS, LLC                      TRANSFEROR: ENECO ENERGY TRADE BV ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                                        NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                      TRANSFEROR: ENECO ENERGY TRADE BV BANK OF AMERICA TOWER - 3RD FLOOR ATTN: JEFFREY BENESH AND GARY S. COHEN ONE BRYANT PARK
                                                        NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC                  RICHARDS KIBBE & ORBE L.L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY CAPITAL GROUP INC                        ATTN:CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY CAPITAL GROUP INC.                       C/O MORGAN STANLEY CAPITAL GROUP INC. 1585 BROADWAY ATTN: CHIEF LEGAL OFFICER NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL GROUP INC                        MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL GROUP INC                        HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL GROUP INC                        WILLIAM MCCOY MORGAN STANLEY CAPITAL GROUP INC 2000 WESTCHESTER AVENUE NEW YORK NY 10577
OAKTREE HUNTINGTON INVESTMENT FUND, LP                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR
                                                        LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
 (PARALLEL 2), L.P.                                     LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII DELAWARE                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071
SEMPER CONSTANTIA PRIVATBANK AG                         (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                                        WEIN  1010 AUSTRIA
SPCP GROUP, L.L.C.                                      DAY PTINEY LLP ATTN: RONALD S BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                                      RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:04:01                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 01/19/12                                        CREDITOR LISTING

Name                              Address
SPCP GROUP, L.L.C.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830
SPCP GROUP, L.L.C.                TRANSFEROR: JPMORGAN CHASE BANK, N.A. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD.
                                  C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, LLC                   PYOR CASHMAN LLP ATTN: RONALD S. BEACHER, 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHERS 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                   RONALD S. BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                   ADAM J. DEPANFILIS SILVER POINT CAPITAL, Lp 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, LLC                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830
SPCP GROUP, LLC                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830
SPCP GROUP, LLC                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830
THE VARDE FUND LP                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND LP                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND LP                 TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.              TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.              TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                  MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.              TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.              TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND LP, THE                TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: THE VARDE FUND LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: THE VARDE FUND LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: THE VARDE FUND LP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed    73
```

EPIQ BANKRUPTCY SOLUTIONS, LLC