UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                           :
:
----------------------------------------------------------------x    Ref. Docket No. 24336

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 20, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of January, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ROYAL BANK OF SCOTLAND NV, THE
               TRANSFEROR: CHENG, LAI CHUN
               38/F, CHEUNG KONG CENTER
               2 QUEENS ROAD
               CENTRAL
               HONG KONG HONG KONG

Additional:

Transferee:    HANG SENG BANK LTD., HEAD OFFICE
               NO. 83, DES VOEUX ROAD
               CENTRAL
               HONG KONG HONG KONG

**Your transfer** of claim #    48656    is defective for the reason(s) checked below:

Previously Transferred

Docket Number 24336            Date 01/17/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 20, 2012.

**EXHIBIT B**

```
TIME: 18:21:27                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 01/20/12                                CREDITOR LISTING

Name                           Address
HANG SENG BANK LTD., HEAD OFFICE   NO. 83, DES VOEUX ROAD CENTRAL HONG KONG   HONG KONG
ROYAL BANK OF SCOTLAND NV, THE     TRANSFEROR: CHENG, LAI CHUN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD CENTRAL HONG KONG   HONG KONG

Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC