UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :    Ref. Docket Nos. 24337, 24339,
                                                                 :    24363, 24364, 24375, 24377, 24383,
                                                                 :    24386, 24390, 24414-24416, 24423-
-----------------------------------------------------------------x    24427
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS SPECIAL FINANCING                                :    08-13888 (JMP)
INC.,                                                            :    (Jointly Administered)
                                                                 :
            Debtors.                                             :    Ref. Docket No. 315
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 23, 2012 I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
27th day of January, 2012
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 24337, 24339, 24363...24416, 24423-24427; Adv 08-13888 DI 315_AFF_01-23-12

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: CNP ASSURANCES
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 63595-10 in the above referenced case and in the amount of
       $20,495,748.43        has been transferred **(unless previously expunged by court order)**

         ELLIOTT INTERNATIONAL, L.P.
         TRANSFEROR: BARCLAYS BANK PLC
         C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
         40 WEST 57TH STREET
         NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 24416     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/23/2012                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 23, 2012.

**EXHIBIT B**

```
TIME: 22:39:20                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 01/23/12                                         CREDITOR LISTING

Name                                                       Address
BANCA FIDEURAM SPA                                         TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA   00143 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A                      ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA POPOLARE DI SONDRIO S.C.P.A.                         TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: GERRY DE ALBERTI SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI
                                                           PIAZZA GARIBALDI, 16 SONDRIO 23100 ITALY
BANCA POPOLARE DI SONDRIO SOC. COOP.                       ATTN: GIANFRANCO PIRAINO PIAZZA GARIBALDI, N. 16 SONDRIO (SO)   23100 ITALY
 P.A.
BARCLAYS BANK PLC                                          TRANSFEROR: CNP ASSURANCES 745 SEVENTH AVENUE NEW YORK NY 10019
CAJA LABORAL POPULAR COOP. DE CREDITO                      PO J.M. ARIZMENDIARRIETA S/N MONDRAGON GIPUZKOA  20500 SPAIN
CREDITO EMILIANO S.P.A.                                    ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA    42100 ITALY
CREDITO EMILIANO S.P.A.                                    ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DELTA LLOYD N.V.                                           AVENUE FOSNY 38 BRUSELLES  1060 BELGIUM
DIRECTORS GUILD OF AMERICA - PRODUCER                      TRANSFEROR: WESTERN ASSET US CORE PLUS - UNIVERSAL, L.L.C. C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-1834
 SUPPLEMENTAL PENSION PLAN                                 385 E. COLORADO BLVD. PASADENA CA 91101
DIRECTORS GUILD OF AMERICA - PRODUCER                      TRANSFEROR: WESTERN ASSET US CORE PLUS - UNIVERSAL, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-1834
 SUPPLEMENTAL PENSION PLAN                                 385 E. COLORADO BLVD. PASADENA CA 91101
DIRECTORS GUILD OF AMERICA - PRODUCER                      TRANSFEROR: WESTERN ASSET US CORE PLUS- UNIVERSAL, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-1834
 SUPPLEMENTAL PENSION PLAN                                 385 E. COLORADO BLVD. PASADENA CA 91101
ELLIOTT ASSOCIATES, L.P.                                   TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                                TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                                TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN, SACHS & CO.                                       TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
INTESA SANPAOLO SPA                                        TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: LUIGI FIORI CARONES
                                                           DIREZIONE LEGALE E CONTENZIOSO - SERVIZIO CONTENZIOSO PAC VIA VERDI, 8 MILANO  20121 ITALY
MERRILL LYNCH INTERNATIONAL                                TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
MORGAN STANLEY & CO. INTERNATIONAL PLC                     MANAGING CLERK RICHARD KIBBE ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                     MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                     TRANSFEROR: DELTA LLOYD N.V. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                     TRANSFEROR: DELTA LLOYD N.V. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
NOMURA CAPITAL MARKETS PLC                                 TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
NOMURA CAPITAL MARKETS PLC                                 SHEARMAN & STERLING LLP C/O DOUGLAS P. BARTNER SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022
OESTERREICHE                                               C/O MATTHEW WADHAMS NOMURA HOUSE 1 ST. MARTIN'S-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM
 VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF                  DIA PIPER WEISS- TESSBACH ATTN: THOMAS RUHM, ESQ. & CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14  VIENNA   A-1010 AUSTRIA
 OF VOLKSBANK
OESTERREICHE                                               DIA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
 VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
 OF VOLKSBANK
OESTERREICHE                                               FELDKIRCHEN REG. GEN. M.B.H. KOLLINGASSE 19 VIENNA  A-1090 AUSTRIA
 VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
 OF VOLKSBANK
OSTERREICHISCHE                                            TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK FELDKIRCHEN REG.GEN.M.B.H. ATTN: MS. VERENA RUPP
 VOLKSBANKEN-AKTIENGESELLSCHAFT                            A-1090 VIENNA KOLINGASSE 14-16 VIENNA  AUSTRIA
THE VARDE FUND LP                                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                                       TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                                       TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
UBS AG                                                     BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                                     ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG, LONDON BRANCH                                      TRANSFEROR: ZURICH LIFE INSURANCE ITALIA S.P.A ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON  EC2M 2PP UNITED KINGDOM
VARDE INVESTMENT PARTNERS, L.P.                            TRANSFEROR: THE VARDE FUND LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                            TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                              TRANSFEROR: THE VARDE FUND LP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                              TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WESTERN ASSET US CORE PLUS - UNIVERSAL,                    C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2372 385 E. COLORADO BLVD PASADENA CA 91101
 L.L.C.
WESTERN ASSET US CORE PLUS - UNIVERSAL,                    TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-2372
 LLC                                                       385 E. COLORADO BLVD PASADENA CA 91101
WESTERN ASSET US CORE PLUS - UNIVERSAL,                    TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-2372
 LLC                                                       385 E. COLORADO BLVD PASADENA CA 91101
WESTERN ASSET US CORE PLUS- UNIVERSAL,                     TRANSFEROR: WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2372 385 EAST COLORADO BLVD. PASADENA CA 91101
 LLC
                                                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 22:39:20                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 01/23/12                          CREDITOR LISTING

Name                              Address

Total Number of Records Printed    43


                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```