UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :        Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :        08-13555 (JMP)
                                                               :        (Jointly Administered)
                              Debtors.                         :
                                                               :
---------------------------------------------------------------x        Ref. Docket Nos. 24224, 24230,
                                                                        24340, 24341, 24343, 24345, 24347,
                                                                        24349, 24357, 24360, 24429-24432,
                                                                        24438, 24439, 24442, 24445-24462,
                                                                        24469, 24473, 24475, 24481, 24482,
                                                                        24487, 24493-24496, 24505, 24509,
                                                                        24510, 24512, 24516, 24520-24522,
                                                                        24524, 24531, 24535, 24538, 24542,
                                                                        24545, 24546, 24549-24554, 24557-
                                                                        24560, 24563, 24565, 24567, 24568,
                                                                        24574-24576, 24578-24583

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On January 26, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
27th day of January, 2012
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
                Debtors.                     |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE (DEUTSCHLAND) AG                    CREDIT SUISSE (DEUTSCHLAND) AG
     ATTN: ALLEN GAGE                                  CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                     ATTN: RICHARD LEVIN
     NEW YORK NY 10010                                 WORLDWIDE PLAZA
                                                       825 EIGHTH AVENUE
                                                       NEW YORK NY 10019

Please note that your claim # 55824-08 in the above referenced case and in the amount of
          $0.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

          CREDIT SUISSE AG
          TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG
          ATTN: LAWRENCE YOUNG
          1 MADISON AVENUE
          NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 24509    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2012.

# EXHIBIT B

TIME: 18:36:01
DATE: 01/26/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALDERDEN, H.J. & DE KONING, B. | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| ALDERDEN, H.J. & DE KONING, B. | FLIERVELD 67 NIEUW VENNEP 2151 LE NETHERLANDS |
| APPALOOSA INVESTMENT L.P.I | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P.I | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| B.A.J. TIJS RA BEHEER B.V. | C/O B. TIJS HAARSTRAAT 35 B TUIL 4176 BK NETHERLANDS |
| B.A.J. TIJS RA BEHEER B.V. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A. | (ON BEHALF OF ITS CLIENTS) FAO: ILARIA SICA VIA CERNAIA, 7 TORINO 10121 ITALY |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. MARIO MUSSO VIA CAVOUR, N.4 ALBA (CUNEO) 12051 ITALY |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MARIO MUSSO VIA CAVOUR, N. 4 ALBA (CUNEO) 12051 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILAN 20124 ITALY |
| BANCA SELLA HOLDING SPA | TRANSFEROR: BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A. ATTN: CARLO NEGRO UFF TITOLI PZA G SELLA 1 13900 BIELLA ITALY |
| BRIEST, KLAUS | HORNER STR. 102 BREMEN 28203 GERMANY |
| BRIEST, KLAUS | C/O KWAG RECHTSANWALTE LISE-MEITNER-STRASSE 2 BREMEN 28359 GERMANY |
| CHEN I JU | C/O FUBON BANK (HONG KONG) LIMITED ATTN: ESTEN YIM, FIRST VP (FINANCIAL MARKETS GROUP-MARKETING) 10/F CENTRAL TOWER 28 QUEEN'S ROAD CENTRAL HONG KONG |
| CHEN LUNG FEI | 11F NO. 2, LANE 548 JIOURO 1ST RD SANMIN DISTRICT KAOHSIUNG CITY 807 TAIWAN |
| CHEN LUNG FEI | C/O FUBON BANK (HONG KONG) LIMITED ATTN: ESTEN YIM, FIRST VP (FINANCIAL MARKETS GROUP-MARKETING) 10/F CENTRAL TOWER 28 QUEEN'S ROAD CENTRAL HONG KONG |
| CHEN LUNG FEI | 11F NO. 2, LANE 548 JIOURO 1ST RD SANMIN DISTRICT KAOHSIUNG CITY 807 TAIWAN |
| COMMERZBANK AG | TRANSFEROR: BRIEST, KLAUS ATTN: MARTIN HANNOVER FRANKFURT 60261 GERMANY |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | TRANSFEROR: CHEN LUNG FEI ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| DE JONG, P.J. AND/OR W.A. WOLTER | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE JONG, P.J. AND/OR W.A. WOLTER | WITTE MENWEG 4 A82 GIESENWEG 79I 7HK NETHERLANDS |
| DE VRIES, D.M. AND/OR S.I. DE VRIES-CIJNTUE | DE GENESTETLAAN 2 BAARN 3743 HK NETHERLANDS |
| DE VRIES, D.M. AND/OR S.I. DE VRIES-CIJNTUE | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE WILDT, C.T.P. AND/OR M.H.C. DE WILDT-VAN DER HOORN | DROGE WIJMERSWEG 5 087 WERVERSHOOF 1693 HP NETHERLANDS |
| DE WILDT, C.T.P. AND/OR M.H.C. DE WILDT-VAN DER HOORN | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| FUBON BANK (HONG KONG) LIMITED | TRANSFEROR: CHEN I JU ATTN: RICHARD YU - FIRST VICE PRESIDENT FINANCIAL MARKETS GROUP - MARKETING FUBON BANK BUILDING 38 DES VOEUX ROAD CENTRAL HONG KONG HONG KONG |
| FUBON BANK (HONG KONG) LIMITED | TRANSFEROR: CHEN LUNG FEI ATTN: RICHARD YU - FIRST VICE PRESIDENT FINANCIAL MARKETS GROUP - MARKETING FUBON BANK BUILDING 38 DES VOEUX ROAD CENTRAL HONG KONG HONG KONG |
| HEINEKE, H.C. | KASTAULELAAN OOST 6A LUITEREN 6741 DT NETHERLANDS |
| HSBC PRIVATE BANK (SUISSE) SA | ATTN: JACQUES DURGUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| IPCONCEPT FUND MANAGEMENT S.A. | KURT AXTHAMMER FEICHTECKSTR. 13 SAMERBERG 83122 GERMANY |
| IPCONCEPT FUND MANAGEMENT S.A. | IPC-CAPITAL STRATEGY XII 4. RUE THOMAS EDISON LUXEMBOURG L-1445 LUXEMBOURG |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KURVER, P.H.J. AND/OR W.E. KURVER-KOK | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| KURVER, P.H.J. AND/OR W.E. KURVER-KOK | ZANDWEG 196 DE MEERN 3454 HE NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 18:36:01
DATE: 01/26/12

08-13555-mg    Doc 24733    Filed 01/27/12    Entered 01/27/12 16:19:33    Main Document
Pg 7 of 10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| KUSTERS, S.T. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| KUSTERS, S.T. | WITBOL 4 DUIVEN 6922 HN NETHERLANDS |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND, LP | TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: RAI-RADIOTELEVISIONE ITALIANA SPA ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LUYKX, W.W. | THORBECKELAAN 340J DEN HAAG 2564 BZ NETHERLANDS |
| MEIJER, W.M.E. | DISTELLAAN 18 AERDENHOUT 2111 BB NETHERLANDS |
| MEIJER, W.M.E. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255 |
| MERRILL LYNCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26 NEW YORK NY 10022 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH DEBT RECOVERY MASTER FUND LTD ATTN: MICHAEL GILLIN |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH OPPORTUNITIES MASTER FUND LTD ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MOOLHUIJSEN, A. & ZOON BEHEER B.V. | C/O F.N. MOOLHUIJSEN THEO MANN BOUWMEESTERHOF 5 AMSTERDAM 1065 HS NETHERLANDS |
| MOOLHUIJSEN, A. & ZOON BEHEER B.V. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: LIANG, DON WING &/OR YING, YANG WEI 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| NEEFS, L.M.L.H. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| NEEFS, L.M.L.H. | HELFRICHLAAN 2 S HERTOGENBOSCH 5224 GT NETHERLANDS |
| NEEFT, M.I. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| NEEFT, M.I. | PROFESSOR VAN T'HOFFLAAN 6 VOORSCHOTEN 2251 GK NETHERLANDS |
| NIEUWEBOER, S. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 18:36:01
DATE: 01/26/12

PAGE: 3

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| NIJENHOEDER, S. | NIJENHOEDE 33 LANDSMEER 1121 HR NETHERLANDS |
| NOMURA CAPITAL MARKETS PLC | SHEARMAN & STERLING LLP C/O DOUGLAS P. BARTNER SOLOMON J. NOH 599 LEXINGTON AVE NEW YORK NY 10022 |
| NOMURA CAPITAL MARKETS PLC | SHEARMAN & STERLING LLP C/O DOUGLAS P. BARTNER SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA CAPITAL MARKETS PLC | C/O MATTHEW WADHAMS NOMURA HOUSE 1 ST. MARTIN'S-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOORT, H. | WESTERWOLDE 18 LELYSTAD 8245 DD NETHERLANDS |
| NOORT, H. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| NYKREDIT BANK A/S | PLESNER LAW FIRM ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN DK-2100 DENMARK |
| OEIJ, A.L.M. AND/OR T. OEIJ-FALENTIJN | AMSTELKADE 149 HS AMSTERDAM 1078 AW NETHERLANDS |
| OEIJ, A.L.M. AND/OR T. OEIJ-FALENTIJN | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| P MONARCH RECOVERY LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| PALOMINO FUND LIMITED | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| RAI-RADIOTELEVISIONE ITALIANA SPA | ATTN: JOHN F. ISBELL KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATLANTA GA 30309 |
| RUIS, R.W. AND/OR A.M.G. WAGENAAR | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| RUIS, R.W. AND/OR A.M.G. WAGENAAR | OOSTWAARD 52 MAARSSEN 3602 XA NETHERLANDS |
| RUSCH, E. & -FRINKS, T.A. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| RUSCH, E. & -FRINKS, T.A. | GEBLVINCKSTRAAT 38 CASTRICUM 1901 AD NETHERLANDS |
| SALDINYAMO B.V. | C/O C.M. POSTMUS C/ MAGNOLIA 44 LLAGOSTERA 17240 SPAIN |
| SALDINYAMO B.V. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SCHAERENBURGH B.V. | C/O J.P.J. DE KLEERMAEKER BREEWEG 8 LAREN 1251 DX NETHERLANDS |
| SCHAERENBURGH B.V. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SNEL, P.H.H. AND/OR M.J. SNEL-JONGEJAN | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SNEL, P.H.H. AND/OR M.J. SNEL-JONGEJAN | TEN HOVESTRAAT 85 'S-GRAVENHAGE 2582 RK NETHERLANDS |
| SOTHIC CAPITAL EUROPEAN OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: YORVIK PARTNERS LLP C/O SOTHIC CAPITAL MANAGEMENT LLP ATTN: TANJA VIEIRA 50 HANS CRESCENT LONDON SW1X 0NA UNITED KINGDOM |
| SPORK, D. | DEMINOR INTERNATIONAL S.C.R.L. ED-VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SPORK, D. | WESTERLOOKADE 26 VOORBURG 2271 GB NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: ALDERDEN, M.I., MR. & DE KONING, B. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: B.A.J. TIJS RA BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: DE BRUIN B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: DE VRIES, D.M. AND/OR M.J. WOLTER ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: DE WILDT, C.T.P. AND/OR M.H.C. DE WILDT-VAN DER HOORN ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: HEINEKE, H.C. ATTN: MR. J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: KURVER, J.P.H.J. AND/OR W.E. KURVER-KOK MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: KUSTERS, S.T. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: LIJVKX, W.W. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: MEIJER, W.M.E. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: MOOLHUIJSEN, A. & ZOON BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: NEEFS, L.M.L.H. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: NEFF, M.I. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: NIEUWENBORG, R.W. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: NOORT, H. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: OEIJ, A.L.M. AND/OR T. OEIJ-FALENTIJN MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: RUIS, R.W. AND/OR A.M.G. WAGENAAR MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: RUSCH, E. &-FRINKS, T.A. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: SALDINYAMO B.V. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: SCHAERENBURGH B.V. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: SNEL, P.H.H. AND/OR M.J. SNEL-JONGEJAN MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: SPORK, D. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: STOK, H.G.T. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS |

TIME: 18:36:01
DATE: 01/26/12
PAGE: 4

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VALLUGA B.V. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VAN DEN BERG, T.J.A. AND/OR J.W. VAN DEN BERG-VALKENBURG ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VAN DER KIEFT, N & R.J.C. VAN DER KIEFT-VAN DE WEIDE ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VAN DONGEN, J.M. AND/OR M.R. VAN DONGEN-BERSEE ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VAN STRAALEN, T.C.G. AND/OR G.S. VAN STRAALEN-VAN VEENENDA ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VAN VEEN, M.L. AND/OR A.G. VAN VEEN-SMIT KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VAN ZOOMEREN BEHEER B.V. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VERHULST, Z.T. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: VOLDERS, C.A.J. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: WESTEN, G.B. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: WILLEKES, R. AND/OR W.W.A.M. WILLEKES-STUYT ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STOK, H.G.T. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| STOK, H.G.T. | MAASEIKSTRAAT 25 AMSTERDAM 1066 LX NETHERLANDS |
| TANNOR PARTNERS CREDIT FUND, LP | IPCONCEPT FUND MANAGEMENT S.A. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| THE VARDE FUND LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND LP | TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND LP | TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THOROUGHBRED FUND, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THOROUGHBRED FUND, L.P. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LTD. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | VOSCHENGERSTRASSE 31 ZURICH CH-8021 SWITZERLAND |
| VALLUGA B.V. | C/O J.P.M. NEFS BURG MASTBOOMPLEIN HAISTEREN 4661 HX NETHERLANDS |
| VALLUGA B.V. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| VAN DEN BERG, T.J.A. AND/OR J.W. VAN DEN BERG-VALKENBURG | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| VAN DEN BERG, T.J.A. AND/OR J.W. VAN DEN BERG-VALKENBURG | KORENMOLENWEG 39 BLEISWIJK 2665 CH NETHERLANDS |
| VAN DER KIEFT, N & R.J.C. VAN DER KIEFT-VAN DE WEIDE | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| VAN DER KIEFT, N & R.J.C. VAN DER KIEFT-VAN DE WEIDE | HAVENSTRAAT 128 BUSSUM 1404 EM NETHERLANDS |
| VAN DONGEN, J.M. AND/OR M.R. VAN DONGEN-BERSEE | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| VAN DONGEN, J.M. AND/OR M.R. VAN DONGEN-BERSEE | MÜNTSTRAAT 36 WYK BY DUURSTEDE 3961 AL NETHERLANDS |
| VAN STRAALEN, T.C.G. AND/OR G.S. VAN STRAALEN-VAN VEENENDAAL | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| VAN STRAALEN, T.C.G. AND/OR G.S. VAN STRAALEN-VAN VEENENDAAL | MEIDOORNLAAN 44 VIANEN UT 4131 AH NETHERLANDS |
| VAN VEEN, M.L. AND/OR A.G. VAN VEEN-SMIT | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| VAN VEEN, M.L. AND/OR A.G. VAN VEEN-SMIT | KETENBOSWEG 1 GORSSEL 7213 WB NETHERLANDS |
| VAN ZOOMEREN BEHEER B.V. | C/O P.G. VAN ZOOMEREN RIJSHORNSTRAAT 155 RIJSENHOUT 1435 HH NETHERLANDS |
| VAN ZOOMEREN BEHEER B.V. | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |

TIME: 18:36:01
DATE: 01/26/12

PAGE: 5

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| VARDE FUND LP, THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MAS | TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: THE VARDE FUND LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: VARDE FUND LP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: VARDE FUND, LP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VERHULST, Z.T. | BEATRIJXSTRAAT 42 BREDA 4811 SG NETHERLANDS |
| VERHULST, Z.T. | BEATRIJXSTRAAT 42 BREDA 4811 SG NETHERLANDS |
| VOLDERS, C.A.J. | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VOLDERS, C.A.J. | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| WESTEN, G.B. | PLATTE AKKER 113 TETERINGEN 4847 KN NETHERLANDS |
| WESTEN, G.B. | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| WILLEKES, R. AND/OR M.W.A.M. | KERKLAAN 2 MUSSELKANAAL 9581 AN NETHERLANDS |
| WILLEKES, R. AND/OR M.W.A.M. | ACHTERBOS 36 ZZ10 VINKEVEEN 3645 CD NETHERLANDS |
| WILLEKES-STUYT | DEMINOR INTERNATIONAL S.C.R.L. ED VAN NIEUWENHUYSE LAAN 6 BT 8 BRUSSELS 1160 BELGIUM |
| YORVIK PARTNERS LLP | TRANSFEROR: VOLKSBANK PEINE EG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed          197

EPIQ BANKRUPTCY SOLUTIONS, LLC