UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
              Debtors.                                           :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 22811

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 26, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ *Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
27th day of January, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 22811_Aff 01-26-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   VOLKSBANK KRAICHGAU E.G.
              BAHNHOFSTR.23
              EPPINGEN D 75031 GERMANY

**Your transfer** of claim #   55829   **is defective for the reason(s) checked below:**

Other                             NO ISIN LISTED UNABLE TO PROCESS

Docket Number 22811            Date 11/30/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2012.

**EXHIBIT B**

```
TIME: 18:33:30                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 01/26/12                              CREDITOR LISTING

Name                    Address
CREDIT SUISSE           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
VOLKSBANK KRAICHGAU E.G. BAHNHOFSTR.23 EPPINGEN  D 75031 GERMANY


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC