# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG, Singapore Branch** ("Transferor") unconditionally and irrevocably transferred to **UBS AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55825**) **USD 200,000** in nominal amount/units related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:  08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 09 December 2011.

**Credit Suisse AG, Singapore Branch**

By:_____
Name:  Sylus Tung Ter Soon
Title:  AVP

By:_____
Name:  Alvin Chiam
Title:  AVP



## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0186883798 | 55825 | 29 October 2009 | Lehman Brothers Treasury Co BV | USD 200,000 |

✻ UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

January 10, 2012

**subject** **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving    1 Notice of Transfer of Claims and Evidence of Transfer of Claim released by Credit Suisse Hong Kong dated 9.12.2011

☐ for your information          ☐ returned with thanks          ☐ please return
☒ for your records              ☐ please comment                ☒ please confirm receipt
☐ as agreed                     ☐ please sign                  ☒ please process
☐ please complete               ☐ please forward to

Remarks
17) USD 200'000.00 Lehman Brothers Treasury BV 2004-8.3.2010
CH 17845378 / ISIN XS0186883798
Transferor: Credit Suisse AG Singapore Branch / Initial Claim Number 55825
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*                    *[signature]*

Jean-Claude Besson               Stephan Gfeller
Associate Director               Associate Director

61555 E          05.2005        J1

