UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                    Debtors.                   :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Commercial Paper, Inc. (08-13900) |
|---|---|
| Creditor Name and Address: | Aeroturbine, Inc.<br>2323 N.W. 82nd Avenue<br>Miami, FL 33122<br>Attn: Amanda Cutler, Esq<br>General Counsel & Vice President of Legal |
| Claim Number (if known): | 28540 |
| Date Claim Filed: | 09/22/09 |
| Total Amount of Claim Filed: | $496,934.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Vice President of Legal |
|---|---|
| Printed Name: Amanda Cutler | Dated: 1/23/12 |