WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
**In re**  :  **Chapter 11 Case No.**
::
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
::
Debtors.  :  **(Jointly Administered)**
::
::
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' TWO**
**HUNDRED THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 21741] **solely as to the claim listed on Exhibit A attached hereto**.  The Debtors reserve their rights to object to

the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: January 30, 2012
      New York, New York

                                                 /s/ Robert J. Lemons
                                                 Robert J. Lemons

                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York 10153
                                                 Telephone: (212) 310-8000
                                                 Facsimile: (212) 310-8007

                                                 Attorneys for Debtors
                                                 and Debtors in Possession

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | ECF No. |
| --- | --- | --- |
| SUNSHINE ENTERPRISES L.P. (EVERGREEN SOLAR, INC.) | 28007 | N/A |