Hearing Date and Time: March 21, 2012 at 10:00 a.m. (Eastern Time)
Response Deadline: March 14, 2011 at 4:00 p.m. (Eastern Time)

Craig J. Albert
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Tel.:   (212) 209-3050
Fax:    (212) 371-5500
*Attorneys for Edward J. Agostini Living Trust*
*Dated May 12, 2000, Sylvia Agostini Living*
*Trust Dated May 12, 2000, and*
*Edward J. Agostini and Sylvia Agostini*
*as Joint Tenants with Right of Survivorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------------x

## DECLARATION OF EDWARD J. AGOSTINI

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

1.      I am a trustee of the Edward J. Agostini Living Trust Dated May 12, 2000[1] (the "EA Trust") and an individual co-owner of the account with Debtor Lehman Brothers OTC Derivatives, Inc. ("LOTC") designated as Edward J. Agostini and Sylvia Agostini as Joint Tenants with Right of Survivorship (the "Joint Account").  I also have personal knowledge of the transactions made in the Sylvia Agostini Living Trust Dated May 12, 2000 (the "SA Trust") by my wife Sylvia Agostini, who is the trustee of the SA Trust.

---

[1] The EA Trust is listed on the Debtor's schedules as "Ed Agostini Living Trust DTD 5/12/2000".

132253

2.  I make this Declaration based upon my own personal knowledge in support of the motion of the EA Trust, the SA Trust and the Joint Account pursuant to 11 U.S.C. §§ 105 and 362 for relief from the automatic stay and for an order directing LOTC to release and return certain nonestate property consisting of Class B common shares of United Parcel Service, Inc. (the "UPS-B Shares") or the proceeds thereof.

3.  On May 7, 2007, the Agostini Parties each entered into a forward derivative contract with LOTC promising to deliver UPS-B shares in May 2011.

4.  Each Forward Contract consists of the following elements:

(a) An ISDA Master Agreement for Over-the Counter Fully-Covered Equity Option and Forward Transactions, dated as of April 19, 2007 (the "Master Agreement") (True and correct copies of the pages delivered by LOTC to the Agostini Parties are annexed as Exhibit A; a copy of the complete LOTC base form as filed by Declan Kelly as an exhibit to the complaint in *Kelly v. Lehman Brothers OTC Derivatives, Inc.*, Adv. No. 08-01621 (Bankr. S.D.N.Y. 2008) is annexed as Exhibit B);

(b) A Schedule to the Master Agreement for Over-the Counter Fully-Covered Equity Option and Forward Transactions, dated as of April 19, 2007 (the "Master Agreement Schedule") (True and correct copies of the pages delivered by LOTC to the Agostini Parties are annexed as Exhibit C);

(c) A Credit Support Annex to the Schedule to the Master Agreement for Over-the Counter Fully-Covered Equity Option and Forward Transactions, dated as of April 19, 2007 (the "Credit Support Annex") (True and correct copies of the pages delivered by LOTC to the Agostini Parties are annexed as Exhibit D; a copy of the complete LOTC base form as filed by Declan Kelly as an exhibit to the complaint in

2

*Kelly v. Lehman Brothers OTC Derivatives, Inc.*, Adv. No. 08-01621 (Bankr. S.D.N.Y. 2008) is annexed as Exhibit E);

(d) A Credit Support Annex Elections and Variables, dated as of April 19, 2007 (the "Credit Support Annex Elections and Variables") (True and correct copies of the pages delivered by LOTC to the Agostini Parties are annexed as Exhibit F); and

(e) A Transaction Confirmation, dated May 7, 2007 (the "Confirmation") (True and correct copies of the pages delivered by LOTC to the Agostini Parties are annexed as Exhibit G).

The contracts incorporate by reference the 2002 ISDA Equity Derivatives Definitions.

5. The Agostini Parties delivered UPS-B Shares to LOTC as collateral under the Credit Support Annexes in May 2007. EA Trust delivered 13,513 UPS-B shares as collateral, the SA Trust delivered 24,087 UPS-B shares as collateral, and the Joint Account delivered 12,400 UPS-B shares as collateral.

6. United Parcel Service, Inc. ("UPS") declares and issues quarterly dividends on its shares. From May 2007 through August 2008, LOTC paid over to the Agostini Parties those dividend amounts in respect of the 50,000 pledged UPS-B Shares. LOTC ceased forwarding the dividend payments after the Debtors filed for Chapter 11 protection.

7. A true and correct copy of the Dividend History page of the UPS Investor Relations website (http://www.investors.ups.com/phoenix.zhtml?c=62900&p=irol-dividends) is annexed hereto as Exhibit H. UPS has declared a total of $6.21 per share in dividends on UPS-B Shares from November 6, 2008 to the present. LOTC has not paid any of those sums to the Agostini Parties.

3

8. Accordingly, the $6.21 per UPS-B share in dividends were added to the collateral beginning with the first post-petition dividend date and continuing through November 9, 2011 pursuant to Credit Support Annex ¶ 12 (definitions of "Posted Collateral" and "Distributions").

9. Each of the parties to the Forward Contracts had outstanding obligations remaining when LOTC filed its Chapter 11 petition. LOTC has not rejected the Forward Contracts.

10. LOTC never communicated to Agostini Parties the results of the valuations and calculations that were required to be performed on or after May 2, 2011, which is the "Valuation Date" under the Forward Contracts.

11. On July 15, 2011, the Agostini Parties notified LOTC that it must

> perform the calculations required to be performed by the Calculation Agent and by the Valuation Agent, including calculation of the Return Amount under Paragraph 3(b) of the Credit Support Annexes, retain the amounts obligated to be delivered by us to Lehman Brothers OTC Derivatives Inc. ('LOTC') in respect of physical settlement, net of the amounts owed by LOTC to us, and deliver to us the balance in the form of United Parcel Service Class B Common Shares.

A true and correct copy of the Notice is annexed hereto as Exhibit I. LOTC has not responded. It has not reported to the Agostini Parties the results of the required calculations and valuations and it has not returned the balance of the collateral.

12. The Agostini Parties did not elect cash settlement. The Forward Contracts are therefore required to be settled by the Physical Settlement Method pursuant to the "Cash Settlement Terms" provision of the Confirmation. *See* Exh. G at 3.

13. Based upon the formula set forth in the parties' agreements, the Agostini Parties are required to deliver only 46,408 United Parcel Service Class B common shares. LOTC is holding those shares – and more – today. Indeed, LOTC is holding both the shares that it is owed plus at least 3,592 shares that belong to the Agostini Parties, and that are not part of the

4

Debtor's Estate. It is also holding $209,687.79 in Proceeds attributable to dividends that are nonestate property. The calculations are set forth in Exhibit J.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Miami, Florida this 30 day of January 2012.

_____
Edward J. Agostini