United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| Lehman Brothers Holdings Inc. | } Chapter 11 </br> } </br> } </br> } Case No. </br> } 08-13555 |
| Debtor | } |

# NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Notice of Transfer for **JC ABRAHAMSE B.V.** (related Docket No. 24683) by Liquidity Solutions Inc is hereby withdrawn.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

3252604