WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                : 
In re                                           : Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        : 08-13555 (JMP)
                                                :
                    Debtors.                    : (Jointly Administered)
                                                :
------------------------------------------------------------------x

### NOTICE OF FILING OF COMPENSATION NOTICE OF CB RICHARD ELLIS, INC. FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

**PLEASE TAKE NOTICE** that pursuant to the Order Expanding the Scope of Retention of CB Richard Ellis, Inc. ("CBRE") as the Debtors' Real Estate Consultant, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "CBRE Order") [ECF No. 19252], entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on August 15, 2011, in the above captioned chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors as debtors in possession (collectively, the "Debtors"), CBRE is required to file with the Bankruptcy Court and serve upon all parties entitled to receive notice in these chapter 11 cases a compensation notice after consummation of the "Services" setting forth the compensation to be paid and reimbursement of reasonable expenses to CBRE with respect thereto (the "Compensation Notice"). The Compensation Notice is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the CBRE Order, objections, if any, to the fees and/or expenses described in the Compensation Notice shall be filed within ten (10) days of the filing of this Compensation Notice, and shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by

US_ACTIVE:\43913332\01\58399.0008

all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., and Andrea B. Schwartz, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) CB Richard Ellis, Inc., 200 Park Avenue, New York, NY 10166, Attn: Linda E. Lindman, Esq., so as to be so filed and received by no later than **February 10, 2012.**

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed, the Debtors or CBRE will schedule a hearing with the Bankruptcy Court with respect to the specific fees and/or expenses that are the subject of such objection.

Dated: January 31, 2012
         New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## Compensation Notice

US_ACTIVE:\43913332\01\58399.0008

COMMERCIAL REAL ESTATE SERVICES

**CBRE**

Susan J. Bellion
Senior Contract Administrator

CBRE, Inc.
Legal Department

CBRE, Inc.
200 Park Avenue
New York, NY 10166

212 984 8204 Tel
212 984 8020 Fax

Susan.Bellion@cbre.com
www.cbre.com

January 27, 2012

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Attn:   Ms. Candace M. Arthur, Associate

Re:    Lehman Brothers Holdings Inc.
       1000 Wilshire Boulevard, Los Angeles, CA Self-Contained Appraisal Report

Dear Candace:

In accordance with the Order Expanding the Scope of Retention of CB Richard Ellis, Inc., as the Debtors' Real Estate Consultant Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rule of Bankruptcy Procedure annexed herewith is the Invoice #41900-TX110049, dated January 19, 2012 for Self-Contained Appraisal Report.

Should you have any questions regarding the attached, please do not hesitate to contact me at the above address.

Very Truly Yours,

CBRE, Inc.

By: _Susan J. Bellion_
Name: Susan J. Bellion
Title: Authorized Signatory



January 19, 2012

Mr. Jeff Fitts
Lehman Brothers Holdings Inc. NY
1271 Avenue of the Americas, 46th Floor
New York, NY 10020

## INVOICE

Invoice No. :   41900-TX110049
Client REF #:   So District of NY Case #08-13555(JMP)

Invoice for Self-Contained Appraisal Report
   Wedbush Center at 1000 Wilshire
   1000 Wilshire Blvd.
   Los Angeles, CA 90017

|  |  |
|---|---:|
| Professional Fee | $6,000.00 |
| Plus Expenses | 0.00 |
| Total Invoice | $6,000.00 |
| Less Retainer | 0.00 |
| Total Balance Now Due | $6,000.00 |

Please make your check payable to:  CBRE
                                          ATTN: Megan Martin
                                          2100 McKinney Ave, Suite 700
                                          Dallas, TX 75201
                                          214-979-5682

and return with one copy of this invoice to the above address.

| For questions call: | Wire/ACH Instructions | |
|---|---|---|
| Kyle Redfearn | Bank Name: | Wells Fargo |
| | Address: | 420 Montgomery Street |
| | | San Francisco, CA 94101 |
| Megan Martin 214-979-5682 | ABA Number: | 121 -000 -248 /Swift ID: WFBIUS6S |
| | Bank Contact: | Michelle Polcari |
| Federal Tax ID #: 95-2743174 | Telephone: | 310-606-4792 |
| | Name on A/c: | CBRE, Inc. Appraisal |
| | General A/c: | 4121-248561 |
| | Reference: | 41900-TX110049 |
| | | Kyle Redfearn |