B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Lehman Brothers Holdings Inc., et al., Jointly Administered          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Tannor Partners Credit Fund, LP          QUATVASEL, MANFRED__

   Name of Transferee                            Name of Transferor

Name and Address where notices to transferee          Name and Address where notices to transferor
should be sent:                                        should be sent:

Tannor Partners Credit Fund, LP          QUATVASEL, MANFRED
150 Grand Street, STE 401               HOELDERLIN STR. 12
White Plains, NY 10601                  HEILBRONN, D-74074
                                        GERMANY
Phone: (914) 509-5000                   Phone: _____

                                        Court Claim # (if known)__51044__
Last Four Digits of Acct #:_____          Amount of Claim: $14,204.79_____
                                        Date Claim Filed:  10/28/2009____
                                        See Schedule 1 for Additional Detail

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor_____          Date:  1/30/2012_____
        Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

1191

## EVIDENCE OF TRANSFER

For value received, the adequacy and sufficiency of which are hereby acknowledged, **QUATVASEL, MANFRED ("Assignor")** hereby unconditionally and irrevocably transfers and assigns unto **Tannor Partners Credit Fund, LP**, 150 Grand Street, Suite 401, White Plains, NY 10601 ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee ("Agreement"), of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against **Lehman Brothers Holdings Inc., et al.** ("Debtor"), in the allowed claim amount of not less than $14,204.73 ("AMOUNT"), representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. **08-13555**.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of US Bankruptcy Code Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise by the Assignee.

IN WITNESS WHEREOF, dated the 28 day of January, 2012

By: _____
     (Signature of Authorized Party)

_____
     (Company Name)

Quatvasel
     (Print name of Authorized Party)

By: /s/ Robert J. Tannor
     General Partner

Tannor Partners Credit Fund, LP

914-509-5000
     (Telephone Number)

(51044)

**Schedule 1**

**Transferred Claims**

| ISIN | Proof of Claim Number | Blocking Number* | Issuer | Guarantor | Nominal Amount Transferred | Proposed Allowed Amount Transferred |
|---|---|---|---|---|---|---|
| XS0262353831 | 51044 | CA64873 | Lehman Brothers Treasury Co. -B.V. | Lehman Brothers Holdings, Inc. | $ 14,184.00 | $ 14,204.79 |

*Lehman Programs Securities to which the Transfer of Claim Relates