## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, with effective date 2012.01.20 ("Transferor") unconditionally and irrevocably transferred to **CoOpera Sammelstiftung PUK, Talweg 17, 3063 Ittigen, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44597 ) in the amount of $ 702,295.36 (claim amount as filed), respectively $ 697,099.49 (proposed claim amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31th day of January 2012.

**Luzerner Kantonalbank AG**

By: _____

Name of person signing: Peter Felder         Jörg Gubler
Title of person signing:  Vice President    /  Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 702,295.36 (claim amount as filed), respectively USD 697,099.49 (proposed claim amount) of USD 965,656.13 (the outstanding amount of the Proof of Claim as of January 31, 2012 together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| XS0330834598 | 44597 | 10/23/2009 | Lehman Brothers Treasury Co. B.V. | USD 702,295.36 (claim amount as filed) USD 697,099.49 (proposed claim amount) (EUR 480,000.00) |
| | | | | |

Blocking Number: 6049362

 

Luzerner
Kantonalbank

Luzerner Kantonalbank AG
Rechtsdienst & Compliance
Pilatusstrasse 12
Postfach
6002 Luzern

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Telefon 0844 822 811
Telefax 041 206 29 16
info@lukb.ch, www.lukb.ch
MWST-Nr. 439 766

Datum 31. Januar 2012 DR-Fep
Telefon direkt 041 206 24 86 Peter Felder
Telefax direkt 041 206 29 16
E-Mail peter.felder@lukb.ch

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
Case No. 08-13555 (JMP) to the attention of Lauren Rodriguez, Case Manager

Dear Ms Rodriguez,

Enclosed we send you the revised Evidence of Transfer of Claim Form, copy of which you received via e-mail.

Thank you for your attention.

Sincerely yours,
Luzerner Kantonalbank

Jörg Gubler
Vice President

Peter Felder
Vice President

enclosure.