B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

*In re Lehman Brothers Holdings Inc., et al.*, Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

To the Debtors and the Bankruptcy Court:

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Bankinter, S.A. | Bankinter Gestión de Activos, S. A. S.G. I.I.C., acting on for and on behalf of Bankinter Doble Garantizado, F.I. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bankinter, S.A.
Pº de la Castellana, 29
28046 Madrid Spain
Attn: Ana Isabel Casuso Romero
Telephone: 34-91-339-7814
E-mail: aicasuso@bankinter.es

With a copy to:

Mayer Brown LLP
1675 Broadway
NewYork, New York  10019
Attn: Brian Trust

Court Claim # (if known): 28157
Amount of Claim: $323,125.80
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.
Phone:
Last Four Digits of Acct. #:

Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bankinter Gestión de Activus, S. A. S.G. I.I.C.**, acting on for and on behalf of Bankinter Doble Garantizado, F.I.

By: _____    Date: 31 JANUARY 2012
        Transferee/Transferee's Agent

JAVIER DORRIEN RONZLA
GENERAL DIRECTOR

Transferor/Transferor's Agent:

**Bankinter S.A.**

By: _____    Date: 31 JANUARY 2012
Name: IÑIGO GUERRA AZCONA
Title: Authorized Signatory  SECRETARY GENERAL

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.