WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                  :

**In re**                                 :         **Chapter 11 Case No.**

                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**

                                 :

                       **Debtors.**      :         **(Jointly Administered)**

                                 :
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DEBTORS'
## APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS

PLEASE TAKE NOTICE that on October 25, 2011, the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed a Plan Supplement [ECF No.

21254], as amended from time to time (the "Plan Supplement"),[1] containing documents and

schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF

---

[1] On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement [ECF No. 21665]. On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement [ECF No. 22156]. On November 22, 2011, the Debtors filed Amendment No. 3 to the Plan Supplement [ECF No. 22590]. On November 29, 2011, the Debtors filed Amendment No. 4 to the Plan Supplement [ECF No. 22742]. On December 2, 2011, the Debtors filed Amendment No. 5 to the Plan Supplement [ECF No. 22876]. On December 5, 2011, the Debtors filed Amendments No. 6 and No. 7 to the Plan Supplement [ECF Nos. 22975 and 22980].

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

No. 22973] that was confirmed by order of the Court on December 6, 2011 [ECF No. 23023]

(the "Confirmation Order").

PLEASE TAKE NOTICE that pursuant to the Confirmation Order, the hearing on

the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth

on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other

date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice

to the relevant counterparty, or as otherwise agreed.

PLEASE TAKE NOTICE that the Debtors hereby withdraw their application to

assume the executory contracts and unexpired leases identified on Exhibit A hereto.

PLEASE TAKE NOTICE that the Debtors reserve their rights to withdraw in the

future their application to assume additional executory contracts and unexpired leases set forth

on Exhibit 2 to the Plan Supplement.

Dated:  January 31, 2012
        New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

# EXHIBIT A

# WITHDRAWN CONTRACTS

US_ACTIVE:\43909598\14\58399.0008

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ACCESS FLEX HIGH YIELD FUND | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated November 19, 2004 | Mark D. Sherrill Sutherland Asbill & Brennan LLP 1275 Pennsylvania Ave., NW Washington, DC 20004 |
| | | | 7501 Wisconsin Avenue, Suite 1000 Bethesda, MD 20814 |
| ACCESS VP HIGH YIELD FUND | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated November 19, 2004 | Mark D. Sherrill Sutherland Asbill & Brennan LLP 1275 Pennsylvania Ave., NW Washington, DC 20004 |
| | | | ProFunds 7501 Wisconsin Avenue Suite 1000 Bethesda, MD 20814 Attn: Rubin Howard |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC. | Lehman Brothers Special Financing Inc. | Reserve Fund Agreement dated on 11/17/2000 | Michael Bernstein Rosa Evergreen Dana Yankowitz Arnold & Porter LLP 555 Twelfth St., N.W. Washington, D.C. 20004-1206 |
| | | | Susan L. Shin Arnold & Porter LLP 399 Park Avenue New York, New York 10022-4690 |
| | | | Adventist Health System/Sunbelt Inc. 111 North Orlando Avenue Winter Park, FL 32789 Attn: Gary Skilton, SVP/Treasurer |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC. | Lehman Brothers Special Financing Inc. | Reserve Fund Agreement dated on 11/17/2000 | Michael Bernstein Rosa Evergreen Dana Yankowitz Arnold & Porter LLP 555 Twelfth St., N.W. Washington, D.C. 20004-1206 |
| | | | Susan L. Shin Arnold & Porter LLP 399 Park Avenue New York, New York 10022-4690 |
| | | | Adventist Health System/Sunbelt Inc. 111 North Orlando Avenue Winter Park, FL 32789 Attn: Gary Skilton, SVP/Treasurer |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC. | Lehman Brothers Special Financing Inc. | Reserve Fund Agreement dated on 11/17/2000 | Michael Bernstein Rosa Evergreen Dana Yankowitz Arnold & Porter LLP 555 Twelfth St., N.W. Washington, D.C. 20004-1206 |
| | | | Susan L. Shin Arnold & Porter LLP 399 Park Avenue New York, New York 10022-4690 |
| | | | Adventist Health System/Sunbelt Inc. 111 North Orlando Avenue Winter Park, FL , 32789 Attn: Gary Skilton, SVP/Treasurer |
| BANK OF MONTREAL | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (multi-currency cross-border), dated as of April 13, 1994, as amended by an Amendment to ISDA Master Agreement, dated as of December 16, 1997 (and as further amended or restated from time to time) | Craig Price 330 Madison Avenue, 34th Floor New York, NY 10017-5010 |
| | | | First Bank Tower 17th Floor First Canadian Place Toronto, Ontario, M5X 1A1 Canada Attn: Senior Manager Swaps Desk |
| BERYL FINANCE LIMITED SERIES 2006-15 | Lehman Brothers Special Financing Inc. | All derivatives contracts | Eric A. Schaffer Michael J. Venditto Reed Smith LLP 599 Lexington Avenue New York, NY 10022 |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York, NY 10016 Attn: Thomas Musarra |
| | | | Walkers SPV Limited Walker House, 87 Mary Street George Town, Grand Cayman, Cayman Islands |
| BERYL FINANCE LIMITED SERIES 2008-7 | Lehman Brothers Special Financing Inc. | All derivatives contracts | Eric A. Schaffer Michael J. Venditto Reed Smith LLP 599 Lexington Avenue New York, NY 10022 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Dante Finance Public Limited Company AIB International Centre International Financial Services Centre Dublin 1, Ireland |
| | | | Walkers SPV Limited Walker House, 87 Mary Street George Town, Grand Cayman, Cayman Islands |
| COMMERZBANK AKTIENGESELLSCHAFT(FRANKFURT ONLY) | Lehman Brothers Commercial Corporation | All derivatives contracts | Jeffrey L. Schwartz Christopher J. Hunker Hahn & Hessen LLP 488 Madison Avenue New York, New York 10022 |
| | | | Commerzbank AG 32-36 Neue Mainzer Str. Frankfurt/Main 60311 Germany Attn: CFP Risk Control |
| DIVERSIFIED BOND PORTFOLIO OF THE PRUDENTIAL SERIES FUND, | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated February 28, 2008 | David M. Turetsky Max S. Polonsky Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, New York 10036 |
| | | | Two Gateway Center, 7th Floor Newark, NJ 07102 Attn: Marie Mooney - Operations/ Confirms Group |
| DRESDNER BANK AG | Lehman Brothers Commodity Services Inc. | All derivatives contracts | Jeffrey L. Schwartz Christopher J. Hunker Hahn & Hessen LLP 488 Madison Avenue New York, New York 10022 |
| | | | 30 Gresham Street London, EC2P 2XY United Kingdom Marcus Nettleton (Capital Markets - FICC) |
| | | | Dresdner Bank AG London Branch P.O. Box 52715 London, EC2P 2XY United Kingdom Head of Legal Services |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | Lehman Brothers Special Financing Inc. | All derivatives contracts | Jeffrey L. Schwartz Christopher J. Hunker Hahn & Hessen LLP 488 Madison Avenue New York, New York 10022 |
| | | | PO Box 52715 30 Greshman Street London, EC2P2XY United kingdom |
| | | | Jurgen-Ponto Platz 1 D- 60301 Frankfurt 60301 Germany |
| DRYDEN GLOBAL TOTAL RETURN FUND, INC. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated February 28, 2008 | David M. Turetsky Max S. Polonsky Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, New York 10036 |
| | | | Two Gateway Center, 7th Floor Newark, NJ 07102 Attn: Marie Mooney - Operations/ Confirms Group |
| DRYDEN HIGH YIELD FUND, INC. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated February 28, 2008 | David M. Turetsky Max S. Polonsky Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, New York 10036 |
| | | | Two Gateway Center, 7th Floor Newark, NJ 07102 Attn: Marie Mooney - Operations/ Confirms Group |
| DRYDEN TOTAL RETURN BOND FUND, INC. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated February 28, 2008 | David M. Turetsky Max S. Polonsky Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, New York 10036 |
| | | | Two Gateway Center, 7th Floor Newark, NJ 07102 Attn: Marie Mooney - Operations/ Confirms Group |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| EMERALDS SERIES 2007-1 TRUST | Lehman Brothers Special Financing Inc. | All derivatives contracts | Craig M. Price Chapman and Cutler LLP 330 Madison Avenue, 34th Floor New York, New York 10017-5010 |
| | | | c/o Chapman and Cutler 111 West Monroe Street Chicago, IL 60603-4080 James E. Spiotto |
| | | | US Bank 100 Wall Street Suite 1600 New York, NY 10005 |
| ESKATON PROPERTIES, INC. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated July 28, 1999 | Nava Hazan Jared Zajac McDermott Will & Emery LLP 340 Madison Avenue New York, New York 10173 |
| | | | 5105 Manzanita Avenue Carmichael, CA  95608-0598 |
| | | January 4, 2007 ISDA Master Agreement | Nava Hazan Jared Zajac McDermott Will & Emery LLP 340 Madison Avenue New York, New York 10173 |
| | | | 5105 Manzanita Avenue Carmichael, CA 95608-0598 |
| EVERGREEN SOLAR, INC. | Lehman Brothers OTC Derivatives Inc. | 1992 ISDA Master Agreement (Multicurrency - Cross Border), dated as of June 26, 2008 | Joshua Dorchak Bingham McCutchen LLP 399 Park Avenue New York, NY 10022-4689 |
| | | | 138 Bartlett Street Marlboro, MA 01752-3016 |
| FALLING U.S. DOLLAR PROFUND | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated April 22, 2002 | Mark D. Sherrill Sutherland Asbill & Brennan LLP 1275 Pennsylvania Ave., NW Washington, DC 20004 |
| | | | ProFunds 7501 Wisconsin Avenue Suite 1000 Bethesda, MD 20814 Attn: Rubin Howard |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| FALLING US DOLLAR PROFUNDS VP | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated April 22, 2002 | Mark D. Sherrill Sutherland Asbill & Brennan LLP 1275 Pennsylvania Ave., NW Washington, DC 20004 |
| | | | ProFunds 7501 Wisconsin Avenue Suite 1000 Bethesda, MD 20814 Attn: Rubin Howard |
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated February 28, 1992 | Bennette D. Kramer Schlam Stone & Dolan LLP 26 Broadway New York, NY 10004 |
| | | | 8250 Woodfield Crossing Blvd. Indianapolis, Indiana 46240 Attn: Laura L. DiCioccio |
| FLORIDA POWER & LIGHT COMPANY | Lehman Brothers Commodity Services Inc. | ISDA Master Agreement dated August 14, 2006 and related schedules and confirmations | George A. Zimmerman Max S. Polonsky Skadden Arps Slate Meagher & Flom LLP Four Times Square New York, New York 10036 |
| | | | c/o Energy Marketing & Trading Division Mail Stop EMT/JB, 700 Universe Blvd. Juno Beach, Florida 33408 Attn: Contracts/Legal |
| HESS CORPORATION AND HESS ENERGY POWER & GAS COMPANY (UK), LIMITED | Lehman Brothers Commodity Services Inc. | ISDA Master Agreement, dated December 13, 2005 | Claude G. Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, NY  10038 |
| | | | Hess Corporation 1185 Avenue of the Americas New York, NY 10036  Attn: Charles F. Cerria, Esq. |
| HIGH YIELD BOND PORTFOLIO OF THE PRUDENTIAL SERIES FUND | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated February 28, 2008 | David M. Turetsky Max S. Polonsky Skadden Arps LLP Four Times Square New York, New York 10036 |
| | | | Two Gateway Center, 7th Floor, Newark, NJ 07102 Attn: Marie Mooney - Operations/ Confirms Group |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LVFN PARTNERS, L.P. | Lehman Brothers Special Financing Inc. | All derivatives contracts, including that certain interest rate swap agreement, dated March 19, 2008 and evidenced by Lehman Global Deal ID 3724533, and that certain interest rate swap agreement, dated April 25, 2008 and evidenced by Lehman Global Deal ID 3795484 | Thomas J. Moloney Cleary Gottlieb LLP One Liberty Plaza New York, New York 10006 |
| | | | 201 Main Street, Suite 2600 Fort Worth, TX 76102 Attn: Thomas White |
| | | | Relationship Funding 227 West Monroe, Suite 4900 Chicago, IL 60606 Attn: Operations Department |
| MIZUHO CORPORATE BANK, LTD. | Lehman Brothers Commercial Corporation | All derivatives contracts | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 |
| | | | 1-3-3, Marunouchi, Chiyoda-ku Tokyo, Japan 100-8210 Japan |
| | | | 5-5 Otemachi 1- chome Chiyoda-ku Tokyo 100 Japan Attn: Mr. Ikuo Sato |
| | | | 1251 Avenue of the Americas New York, NY 10020 Attn: Hidenori Wantabe |
| MIZUHO SECURITIES CO., LTD. | Lehman Brothers Special Financing Inc. | All derivatives contracts | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 |
| | | | Otemachi First Square 1-5-1, Otemachi Chiyoda-ku, Tokyo 100-0004 Japan |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| NEXTERA ENERGY POWER MARKETING, LLC (FORMERLY KNOWN AND LISTED ON EXHIBIT 2 TO THE PLAN SUPPLEMENT AS FPL ENERGY POWER MARKETING INC.) | Lehman Brothers Commodity Services Inc. | ISDA Master Agreement dated January 30, 2007 | George A. Zimmerman Max S. Polonsky Skadden Arps Slate Meagher & Flom LLP Four Times Square New York, New York 10036 |
| | | | 700 Universe Blvd. Juno Beach, Florida 33408 Attn: Contracts/Legal |
| OAK HILL CREDIT PARTNERS IV LIMITED | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated April 12, 2006 | Mark C. Ellenberg John Thompson Cadwalader, Wickersham & Taft LLP 700 6th Street, NW Washington, DC 20001 |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York, NY 10016 Attn: Thomas Musarra |
| | | | Oak Hill Advisors, L.P. 1114 Avenue of the Americas New York, NY 10036 |
| OAKLAWN PSYCHIATRIC CENTER, INC. | Lehman Brothers Special Financing Inc. | 1992 ISDA Master Agreement, dated August 14, 2006 | Shawn R. Fox Mcguirewoods LLP 1345 Avenue of the Americas Seventh Floor New York, NY 10105 |
| | | | 330 Lakeview Drive Goshen, IN 46527 |
| PRESBYTERIAN HOMES | Lehman Brothers Special Financing Inc. | All derivatives contracts | Carole Neville SNR Denton US LLP 1221 Avenue of the Americas New York, NY 10020-1089 |
| | | | Presbyterian Homes - Corporate Headquarters 3200 Grant Street Evanston, IL 60201 |
| RACERS 2007-7-MM | Lehman Brothers Special Financing Inc. | All derivatives contracts | Craig M. Price Chapman and Cutler LLP 330 Madison Avenue, 34th Floor New York, New York 10017-5010 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Restructured Asset Securities with Enhanced Returns, c/o U.S. Bank Trust National Association 300 Delaware Avenue, 9th Floor Wilmington, Delaware, 19801 Corporate Trust Administration |
| | | | U.S. Bank National Association 100 Wall Street New York NY, 10001 David Kolibachuk and Marlene Fahey |
| RIDDLE MEMORIAL HOSPITAL HEALTH CARE CENTER III ASSOCIATES | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated March 07, 2003 | Christopher S. Chow Ballard Spahr LLP 919 N. Market Street, 11th Floor Wilmington, DE 19801 |
| | | | 1068 W. Baltimore Pike Media, PA 19063 |
| SAPHIR FINANCE PLC 2007-5 | Lehman Brothers Special Financing Inc. | All derivatives contracts | Eric A. Schaffer Michael J. Venditto Reed Smith LLP 599 Lexington Avenue New York, NY 10022 |
| | | | AIB International Center International Financial Services Center North Wall Quay Dublin 1, Ireland Attn: Tom Geary/ Adrian Wrafter |
| | | | BNY Corporate Trustee Services Limited - London Branch One Canada Square London London, E14 5AL United Kingdom |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York, NY 10016 Attn: Thomas Musarra |
| TIAA STRUCTURED FINANCE CDO 1, LIMITED | Lehman Brothers Financial Products Inc. | All derivatives contracts | Eric A. Schaffer Michael J. Venditto Reed Smith LLP 599 Lexington Avenue New York, NY 10022 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | 1209 Orange Street Wilmington, Delaware 19801 |
| | | | PO Box 1093 GT Queensgate House South Church Street Grand Cayman, Cayman Islands, British West Indies |
| | | | The Bank of New York Mellon as Trustee 601 Travis, 17th Floor Chase Center Houston, TX 77002 Attn: Faheem Ansari |
| | | | The Directors 730 Third Avenue New York, NY 10017 |
| TOKYO GAS COMPANY, LTD. | Lehman Brothers Commodity Services Inc. | ISDA Master Agreement, dated August 6, 2007 | Ira A. Reid Baker & McKenzie LLP 1114 Avenue of the Americas New York, NY 10036 |
| TOKYO GAS COMPANY, LTD. | Lehman Brothers Commodity Services, Inc. | Long-form confirmation, dated May 20, 2008 | Ira A. Reid Baker & McKenzie LLP 1114 Avenue of the Americas New York, NY 10036 |
| URSULINE ACADEMY DEDHAM, INC. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated April 8, 2004 | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | | Frederick B, Horgan Business Manager Ursuline Academy Inc. 85 Lowder Street Dedham, MA 02081 |
| WATERSTONE CAPITAL ADVISORS LLC | Lehman Brothers Special Financing Inc. | Purchase and Sale Agreement dated May 23, 2007 | Frederick D. Hyman Mayer Brown LLP 1675 Broadway New York, New York 10019 |
| | | | 8720 Red Oak Boulevard, Suite 300 Charlotte, NC 28217 |
| WATERSTONE CAPITAL ADVISORS LLC | Lehman Brothers Special Financing Inc. | Forward Purchase Agreement dated May 30, 2008 | Frederick D. Hyman Mayer Brown LLP 1675 Broadway New York, New York 10019 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | 8720 Red Oak Boulevard, Suite 300 Charlotte, NC 28217 |
| WORKERS COMPENSATION INSURANCE FUND | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of December 18, 2007 | Stephanie R. Tumbiolo Cravath, Swaine & Moore LLP 825 8th Avenue New York, NY 10019 |

US_ACTIVE:\43909598\14\58399.0008