STROOCK & STROOCK & LAVAN LLP
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for CIFG Assurance North America, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re* ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al., ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK  )

Mark Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On January 30, 2012, affiant caused to be served, true and correct copies of the *Objection of CIFG Assurance North America, Inc. to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Derivative Contracts Listed on Exhibit 2 of the Plan Supplement* (Dkt. No. 24763), filed via the Court's

ECF system on such date and via overnight mail upon the parties listed on the

attached Service List.

/s/ Mark Wojcik
Mark Wojcik

Sworn to before me this
1st day of February, 2012

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

## Service List

***Via Overnight Mail***
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

***Via Overnight Mail***
Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

***Via Overnight Mail***
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004