**CERTIFICATE OF SERVICE**

I, Laura Appleby, an attorney, hereby certify that prior to 4:00 pm EST on the 1st day of February 2012, I caused a true and correct copy of the **Bank of Montreal's Responses and Objections to Subpoena of Debtors and Debtors in Possession Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the
   Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Toni-Ann Citera
Miriam Reznik
JONES DAY
222 East 41st Street
New York, NY  10017

        /s/ Laura Appleby
        _____
        Laura Appleby