Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for Access VP High Yield Fund,*
*Falling U.S. Dollar ProFund, Access Flex*
*High Yield Fund and Falling US Dollar ProFunds VP*

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS,** | § | |
| **INC., et al.,** | § | **Jointly Administered under** |
| | § | **Case No. 08-13555 (JMP)** |
| **Debtors.** | § | |
| _____ | § | |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ACCESS VP HIGH YIELD FUND, FALLING U.S. DOLLAR PROFUND, ACCESS FLEX HIGH YIELD FUND AND FALLING U.S. DOLLAR PROFUND VP TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE that On October 25, 2011, the above-captioned debtors (the "Debtors") filed their Plan Supplement (docket no. 21254), which included as Exhibit 2,  a Schedule (the "Assumed Contract List") of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan").

PLEASE TAKE FURTHER NOTICE that the Assumed Contract List indicated that pursuant to the Plan, the Debtors intended to assume certain executory contracts for which the counterparties included Access VP High Yield Fund, Falling U.S. Dollar ProFund, Access Flex High Yield Fund and Falling US Dollar ProFunds VP (the "Objecting Funds").

PLEASE TAKE FURTHER NOTICE that on November 2, 2011, the Objecting Funds filed their Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Limited Objection") (docket no. 21527), in which the Objecting Funds objected to the inclusion of their agreements (the "Agreements") on the Assumed Contract List.

PLEASE TAKE FURTHER NOTICE that on January 31, 2012, the Debtors filed their Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts (docket no. 24823), in which the Debtors withdrew their application to assume the Agreements.

PLEASE TAKE FURTHER NOTICE that in light of the foregoing, the Objecting Funds hereby withdraw their Limited Objection, without prejudice.

16365624.1

Dated: February 1, 2012          Respectfully submitted,
       Washington, DC

                                SUTHERLAND ASBILL & BRENNAN LLP

                                By:/s/ Mark D. Sherrill_____
                                    Mark D. Sherrill (*pro hac vice* pending)
                                    1275 Pennsylvania Avenue
                                    Washington, DC  20004
                                    Tel:  (202) 383-0100
                                    Fax:  (202) 637-3593

                                COUNSEL FOR ACCESS VP HIGH YIELD FUND,
                                FALLING U.S. DOLLAR PROFUND, ACCESS
                                FLEX HIGH YIELD FUND AND FALLING US
                                DOLLAR PROFUNDS VP

2