UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                           Debtors.         :    (Jointly Administered)
-------------------------------------------------------------------x

**ORDER TO SHOW CAUSE TO SHORTEN NOTICE PERIOD FOR CONSIDERATION
OF THE MOTION OF THE DEBTORS AND THE COMMITTEE, PURSUANT
TO SECTIONS 105(A) AND 363 OF THE BANKRUPTCY CODE AND RULES
6004 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,
FOR APPROVAL OF THE SETTLEMENT TRANSACTION RESOLVING
THE TWO HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO
JPMORGAN'S ASSET MANAGEMENT FUND CLAIMS
(NO LIABILITY, MISCLASSIFIED AND DUPLICATIVE CLAIMS)**

Upon the motion, dated February 1, 2012 (the "Motion")[1], of Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced Chapter 11 Cases, as

debtors and debtors-in-possession (the "Debtors"), and the Official Committee of Unsecured

Creditors (the "Committee"), pursuant to sections 105(a) and 363 of title 11 of the United States

Code, as amended (the "Bankruptcy Code") and Rules 6004 and 9019 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), of the Settlement Transaction resolving the

Lehman Brothers Holdings Inc. and the Creditors Committee's Two Hundred Twenty-Ninth

Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified

and Duplicative Claims), all as more fully described in the Motion; and upon the Declaration of

L. P. Harrison 3rd pursuant to Local Rule 9077-1(a), dated February 1, 2012 (the "Declaration"),

attesting to the necessity for relief by Order to Show Cause; and it appearing that no notice of

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

this Order to Show Cause need be given, except as provided herein; and after due deliberation

and sufficient cause appearing therefor, it is hereby:

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held

before The Honorable James M. Peck, United States Bankruptcy Judge, at the United States

Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green,

New York, New York 10004 (the "Bankruptcy Court"), on **February 15, 2012 at 10:00 a.m.**

**(Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

ORDERED that objections, if any, shall be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the

Bankruptcy Court for the Southern District of New York, shall set forth the name of the

objecting party, the basis for the objection and the specific grounds thereof, shall be filed with

the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing

system and (b) by all other parties in interest, on a 3.5-inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with two hard copies delivered directly to Chambers), in accordance with the customary

practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served

in accordance with General Order M-399 and upon: (i) the chambers of the Honorable James M.

Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the

Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:

Harvey R. Miller, Esq. and Lori R. Fife, Esq.); (iii) conflicts counsel for the Debtors, Curtis,

Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178-0061 (Attn:

Joseph D. Pizzurro, Esq., L. P. Harrison 3rd, Esq. and Cindi Eilbott Giglio, Esq.); (iv) the Office

of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); (v) attorneys for the Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.); (vi) special counsel to the Committee, Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 (Attn: John B. Quinn, Esq. and Erica Taggart, Esq.); (vii) attorneys for the Funds, Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022-4689 (Attn: Edwin E. Smith, Esq. and Jared R. Clark, Esq.); and (viii) any person or entity with a particularized interest in the Motion, so as to be so filed and received by no later than **February 8, 2012 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"); and it is further

ORDERED that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing; and it is further

ORDERED that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default; and it is further

ORDERED that notice shall be given by sending a copy of this Order to Show Cause, the Motion, and the proposed order on the Motion, via e-mail, fax, or overnight mail or overnight courier, on or before February 2, 2012 at 11:59 p.m. (Prevailing Eastern Time), on all parties entitled to receive notice of this Order to Show Cause, the Motion, and the proposed order on the Motion.

Dated: New York, New York
February 1, 2012

_s/ James M. Peck_
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE