Jeffrey L. Schwartz
Christopher J. Hunker
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone:   212-478-7200
Facsimile:   212-478-7400

*Attorneys for Commerzbank AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :   Chapter 11
In re:                                                        :
                                                              :   Case No.  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*                       :
                                                              :   Jointly Administered
                                   Debtors.                   :
                                                              :
------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF COMMERZBANK AG, AS
SUCCESSOR TO DRESDNER BANK AG, TO ASSUMPTION OF
DERIVATIVES CONTRACTS AS SET FORTH IN THE PLAN SUPPLEMENT**

PLEASE TAKE NOTICE that Commerzbank AG, as successor to Dresdner Bank AG, hereby withdraws its *Objection Of Commerzbank AG, As Successor To Dresdner Bank AG, To Assumption Of Derivatives Contracts As Set Forth In The Plan Supplement* [D.I. 21901], which was filed on November 10, 2011.

Dated:   New York, New York
         February 1, 2012

                                          Respectfully submitted,

                                          **HAHN & HESSEN LLP**
                                          Attorneys for Commerzbank AG, as successor to
                                          Dresdner Bank AG

                                          By:   /s/ Jeffrey L. Schwartz
                                                  Jeffrey L. Schwartz, Esq.
                                                  Christopher J. Hunker, Esq.
                                                  488 Madison Avenue
                                                  New York, New York 10022
                                                  Telephone:   212-478-7200
                                                  Facsimile:   212-478-7400