CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

*Attorneys for Bank of Montreal*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION OF BANK OF MONTREAL TO CONFIRMATION OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS INCLUDING BUT NOT LIMITED TO THE ASSUMPTION OF THE MASTER AGREEMENT AND RELATED PLEADINGS**

**PLEASE TAKE NOTICE** that Bank of Montreal (*"BMO"*) by and through its counsel, Chapman and Cutler LLP, has previously filed its: (i) Objection to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "*Debtors*") Including But Not Limited to the Assumption of the Master Agreement [Docket No. 21632] (the "*Plan Objection*"); (ii) Reservation of Rights to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to

Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivatives Contracts [Docket No. 21824] (the "*Reservation of Rights*"); and (iii) Protective Objection to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 21933] (the "*Protective Objection*", and together with the Plan Objection and the Reservation of Rights, the "*Objections*").

PLEASE TAKE FURTHER NOTICE that BMO is a party with Lehman Brothers Special Financing Inc. ("*LBSF*") to an ISDA Master Agreement (multi-currency cross-border) dated as of April 13, 1994, as amended by an Amendment to ISDA Master Agreement dated as of December 16, 1997, and as further amended or restated from time to time between the parties (the "*Master Agreement*").

PLEASE TAKE FURTHER NOTICE that, in connection with the withdrawal of LBSF's application to assume the Master Agreement [Docket No. 24823], BMO hereby withdraws the Objections.

Dated: February 1, 2012

                Respectfully submitted,

                BANK OF MONTREAL

                By: <u>/s/ Craig M. Price</u>
                    One of Its Attorneys

James E. Spiotto (admitted pro hac vice)
Ann E. Acker (admitted pro hac vice)
Franklin H. Top III (admitted pro hac vice)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000

Craig M. Price (CP 9039)
CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000