UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:  :  Chapter 11

**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*  :  Case No.: 08-13555 (JMP)

Debtors.  :  (Jointly Administered)

:

-------------------------------------------------------------------X

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Banco Bilbao Vizcaya Argentaria, S.A. (the "Transferor"), against Lehman Brothers Holdings Inc., in the amount of $16,805,402.25, which has been designated as Claim No. 49909 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of $212,865.87 (the "Transferred Portion"). For the avoidance of doubt, Transferor is retaining $ 10,870,350.09 of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

**Name of Transferee:**

Valdefrades de Inversiones SICAV, S.A.

**Names and Addresses where notices to Transferee should be sent:**

INVERCAIXA GESTION SGIIC, SAU
Calle María de Molina, 6
3rd Floor
Madrid 28006
Spain
Attn.: Legal Department

**Name of Transferor:**

Banco Bilbao Vizcaya Argentaria, S.A.

**Name and Address where notices to Transferor should be sent:**

Vía de los Poblados, 13
5th Floor
Madrid 28033
Spain
Attn.: Belén Rico

With a copy to:

Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
75008 Paris
France
Attn.: Andrew A. Bernstein, Esq.

Name and Address where
**Transferee payments should be sent:**

VALDEFRADES DE INVERSIONES
SICAV, S.A.
ES95 2100 8740 5402 0022 1860
La Caixa 8740 Corporativa Barcelona
Av. Diagonal 662-664
1st Floor
Barcelona 08034
Spain

Dated: January, 26th 2012

**VALDEFRADES DE INVERSIONES
SICAV, S.A.**

By: _____
InverCaixa Gestión SGIIC, S.A.U.
Authorized Signature

**Exhibit A**

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**, a *sociedad anónima* incorporated under Spanish law, with offices located at Vía de los Poblados, 13, 5th Floor, Madrid 28033, Spain ("Transferor"), does hereby certify that it has unconditionally and irrevocably assigned to **VALDEFRADES DE INVERSIONES SICAV, S.A.**, its successors and assigns, with offices located at Calle María de Molina, 6, 3rd Floor, Madrid 28006 ("Transferee"), a ratable portion in an amount equal to $212,865.87 (the "Transferred Portion") of the right, title and interest in and to the claims of Transferor against **LEHMAN BROTHERS HOLDINGS INC.** docketed as Claim No. 49909 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, Transferor is retaining $10,870,350.09 of the Claim.

Transferor hereby waives any objection to the transfer of the Transferred Portion to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law and notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Portion and recognizing the Transferee as the sole owner and holder of the Transferred Portion.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of Transferred Portion to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed Evidence of Partial Transfer of Claim by its duly authorized representatives representative dated January, 26th 2012.

**BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**

By: _____
Name:
Title:

**VALDEFRADES DE INVERSIONES SICAV, S.A.**

By: _____
InverCaixa Gestión SGIIC, S.A.U.
Authorized Signature

**BBVA**

Epiq Bankruptcy Solutions LLC
Claims Processing
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd floor
New York, NY 10017
USA

