UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re
LEHMAN BROTHERS HOLDING INC.         :     Chapter 11 Case No. 08-13555

------------------------------------------------------------x

### CREDITOR ERHARD FRANZEK's NOTICE OF ABANDONMENT OF CLIAM AND WITHDRAWAL OF COUNSEL

Creditor Erhard FRANZEK hereby respectfully provides notice to the Debtors that he

**a.** withdraws and abandons his claim #13644 (US$72,323.10); and
**b.** has released counsel from his duties and responsibilities with respect to Claim #13644.

RESPECTFULLY submitted this _____ day of January, 2012.

JAN 2 4 2012

_____
Helge Naber
Montana Bar Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

| | |
|---|---|
| • Lehman Brothers Holding Inc. Claims Processing Center<br>c/o Epiq Bankruptcy Solution LLC<br>FDR Station P.O. Box 5076<br>New York New York 10150-5076<br><br>• Shai Waisman Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF WITHDRAWAL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on _____ JAN 2 4 2012<br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |

NABERPC
300 Central Ave Suite 320
Great Falls, MT. 59401

Lehman Brothers Holding Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York New York 10150-5076

RECEIVED
JAN 3 0 2012

GREAT FALLS MT 594
24 JAN 2012

