Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse AG, Hong Kong Branch | Citibank, NA., Hong Kong Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse AG, Hong Kong Branch
One Raffles Link
Units 04-02
Singapore 039393

Phone: +65 6306 8006
Last Four Digits of Acct #: --

Court Claim # (if known): 55845
Date Claim Filed: 29 October 2009
Amount of Claim: US$100,000
Portion of Claim Transferred (see Schedule I): US$100,000 of XS0301813522

Phone: _____
Last Four Digits of Acct. #: --

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 08 June 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

JOHNNY LIU
VICE PRESIDENT

ELENE TEO
DIRECTOR

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CITIBANK, NA., HONG KONG BRANCH** ("Transferor") by the trade confirmation entitled "Evidence of Transfer of Lehman Programs Securities" dated as of May 27, 20 11, unconditionally and irrevocably transferred to **CREDIT SUISSE AG, HONG KONG BRANCH** ("Transferee") an undivided interest, to the extent of the principal amount of **USD100,000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto, in Transferor's right, title and interest in and to Proof of Claim Number 55845 against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th day of May 20 11.

**CITIBANK, N.A., HONG KONG BRANCH**

By: _____

[Name of person signing] DARYL KWOK

[Title of person signing] Investment Center Head, Citi Private Bank

**CREDIT SUISSE AG , HONG KONG**

By: _____
JOHNNY LIU
VICE PRESIDENT
[Name of person signing]_____
[Title of person signing] _____

ELENE TEO
DIRECTOR

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0301813522 | 55845 | October 29, 2009 | LEHMAN BROTHERS UK CAPITAL FUNDING V | USD100,000 |