Thomas J. Moloney
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for LVFN Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 1st day of February 2012, the Notice of Withdrawal of Objection and Reservation of Rights of LVFN Partners, L.P. to Debtors' Proposed Assumption of Certain Contracts Pursuant to Their Third Amended Joint Chapter 11 Plan was served by hand, Federal Express and email, as indicated, upon:

**BY HAND**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**BY FEDERAL EXPRESS**

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**BY EMAIL**

RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM;
ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM;
GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM;
KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM;
LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM;
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM;
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM;
ROBERT.YALEN@USDOJ.GOV; TARBIT@CFTC.GOV; RWASSERMAN@CFTC.GOV;
SHARBECK@SIPC.ORG; JWANG@SIPC.ORG; JEAN-DAVID.BARNEA@USDOJ.GOV;
JOSEPH.CORDARO@USDOJ.GOV; NEWYORK@SEC.GOV; JACOBSONN@SEC.GOV;
JBROMLEY@CGSH.COM; LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM;
CTATELBAUM@ADORNO.COM; MSTAMER@AKINGUMP.COM;
NLEVINE@AKINGUMP.COM; SSCHULTZ@AKINGUMP.COM;
PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM;
RAJOHNSON@AKINGUMP.COM; LISA.KRAIDIN@ALLENOVERY.COM;
KEN.COLEMAN@ALLENOVERY.COM; DANIEL.GUYDER@ALLENOVERY.COM;
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM;
TDUFFY@ANDERSONKILL.COM; RRUSSELL@ANDREWSKURTH.COM;
S.MINEHAN@AOZORABANK.CO.JP; ANGELICH.GEORGE@ARENTFOX.COM;
DOWD.MARY@ARENTFOX.COM; SCOUSINS@ARMSTRONGTEASDALE.COM;
SEHLERS@ARMSTRONGTEASDALE.COM; CHARLES_MALLOY@APORTER.COM;
ANTHONY_BOCCANFUSO@APORTER.COM; JG5786@ATT.COM;
NEAL.MANN@OAG.STATE.NY.US; TONY.DAVIS@BAKERBOTTS.COM;
DWORKMAN@BAKERLAW.COM; PETER@BANKRUPT.COM;
FFM@BOSTONBUSINESSLAW.COM; CSALOMON@BECKERGLYNN.COM;
AOSTROW@BECKERGLYNN.COM; CBROTSTEIN@BM.NET;

2

MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM;
AOBERRY@BERMANESQ.COM; DAVIDS@BLBGLAW.COM;
DBARBER@BSBLAWYERS.COM; DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
SABIN.WILLETT@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
MARK.DEVENO@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
CAROL.WEINERLEVY@BINGHAM.COM; RAJ.MADAN@BINGHAM.COM;
ERIN.MAUTNER@BINGHAM.COM; MICHAEL.REILLY@BINGHAM.COM;
AECKSTEIN@BLANKROME.COM; AMCMULLEN@BOULTCUMMINGS.COM;
RJONES@BOULTCUMMINGS.COM; KURT.MAYR@BGLLP.COM;
KUEHN@BRAGARWEXLER.COM; NOTICE@BKCYLAW.COM;
MGORDON@BRIGGS.COM; MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
DLUDMAN@BROWNCONNERY.COM; MSIEGEL@BROWNRUDNICK.COM;
SLEVINE@BROWNRUDNICK.COM; SCHRISTIANSON@BUCHALTER.COM;
CHRISTOPHER.SCHUELLER@BIPC.COM; TIMOTHY.PALMER@BIPC.COM;
SIDORSKY@BUTZEL.COM; DERYCK.PALMER@CWT.COM;
JOHN.RAPISARDI@CWT.COM; GEORGE.DAVIS@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
JASON.JURGENS@CWT.COM; SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM;
THOMAS_NOGUEROLA@CALPERS.CA.GOV; CAHN@CLM.COM;
WANDA.GOODLOE@CBRE.COM; DLEMAY@CHADBOURNE.COM;
HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM;
SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM;
MAOFILING@CGSH.COM; JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM;
JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM; JOLI@CRLPC.COM; JEFF.WITTIG@COAIR.COM;
ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US;
JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US;
MHOPKINS@COV.COM; DCOFFINO@COV.COM; ARABOY@COV.COM;
RLEVIN@CRAVATH.COM; RTRUST@CRAVATH.COM;
JLIPSON@CROCKERKUNO.COM; TTRACY@CROCKERKUNO.COM;
JUDY.MORSE@CROWEDUNLEVY.COM; WOCONNOR@CROWELL.COM;
BZABARAUSKAS@CROWELL.COM; MLICHTENSTEIN@CROWELL.COM;
SEICHEL@CROWELL.COM; JCARBERRY@CL-LAW.COM;
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM;
THOMAS.OGDEN@DPW.COM; JJTANCREDI@DAYPITNEY.COM;
JWCOHEN@DAYPITNEY.COM; MCTO@DEBEVOISE.COM;
GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM;

MMOONEY@DEILYLAWFIRM.COM; MBIENENSTOCK@DL.COM;
TKARCHER@DL.COM; PWRIGHT@DL.COM; ESMITH@DL.COM;
IGOLDSTEIN@DL.COM; TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM;
ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM;
AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM;
TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM;
THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM;
WILLIAM.M.GOLDMAN@DLAPIPER.COM; SCHNABEL.ERIC@DORSEY.COM;
HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM;
STEVEN.TROYER@COMMERZBANK.COM; JJOYCE@DRESSLERPETERS.COM;
ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM;
TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM;
SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM;
AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM;
JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM;
DTATGE@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM;
LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG;
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM;
JHUH@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM;
ALUM@FTPORTFOLIOS.COM; DHEFFER@FOLEY.COM; JLEE@FOLEY.COM;
WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; SORY@FDLAW.COM;
JHIGGINS@FDLAW.COM; AHAMMER@FREEBORNPETERS.COM;
DEGGERT@FREEBORNPETERS.COM; WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM; SHANNON.NAGLE@FRIEDFRANK.COM;
EFRIEDMAN@FRIEDUMSPRING.COM; WWEINTRAUB@FKLAW.COM;
ABEAUMONT@FKLAW.COM; DROSENZWEIG@FULBRIGHT.COM;
JMERVA@FULT.COM; JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-
ATTORNEYS.COM; RELGIDELY@GJB-LAW.COM; JGENOVESE@GJBLAW.COM;
PBATTISTA@GJB-LAW.COM; DCIMO@GJBLAW.COM;
DCRAPO@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM;
JWEISS@GIBSONDUNN.COM; ASEUFFERT@LAWPOST-NYC.COM;
TNIXON@GKLAW.COM; JHERZOG@GKLAW.COM; JFLAXER@GOLENBOCK.COM;
JWALLACK@GOULSTONSTORRS.COM; DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM;
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM;
COLE@GTLAW.COM; COUSINSS@GTLAW.COM; MELOROD@GTLAW.COM;
TANNWEILER@GREERHERZ.COM; JAMIE.NELSON@DUBAIIC.COM;
JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM;
JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM;
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET;
AGOLD@HERRICK.COM; SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM;
KEN.HIGMAN@HP.COM; JDORAN@HASLAW.COM;
DPIAZZA@HODGSONRUSS.COM; RLEEK@HODGSONRUSS.COM;
ISGREENE@HHLAW.COM; SAGOLDEN@HHLAW.COM;
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM;

FRANCOIS.JANSON@HKLAW.COM; RICHARD.LEAR@HKLAW.COM;
FRANCOIS.JANSON@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM;
BARBRA.PARLIN@HKLAW.COM; ADAM.BREZINE@HRO.COM;
KERRY.MOYNIHAN@HRO.COM; MMENDEZ@HUNTON.COM;
KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; DBALOG@INTERSIL.COM;
TERESA.OXFORD@INVESCOAIM.COM; AFRIEDMAN@IRELL.COM;
KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US;
PTROSTLE@JENNER.COM; DMURRAY@JENNER.COM; RBYMAN@JENNER.COM;
GSPILSBURY@JSSLAW.COM; JOWEN769@YAHOO.COM; JFOX@JOEFOXLAW.COM;
JOSEPH.CORDARO@USDOJ.GOV; ELI.MATTIOLI@KLGATES.COM;
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM;
SNEWMAN@KATSKYKORINS.COM; MPRIMOFF@KAYESCHOLER.COM;
MSOLOW@KAYESCHOLER.COM; MDAHLMAN@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
MPAGE@KELLEYDRYE.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
DAVID.SELIGMAN@KIRKLAND.COM; JAY@KLEINSOLOMON.COM;
JJURELLER@KLESTADT.COM; CHARDMAN@KLESTADT.COM;
MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM; BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM;
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
AKORNIKOVA@LCBF.COM; EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM; DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM;
RICHARD.LEVY@LW.COM; GABRIEL.DELVIRGINIA@VERIZON.NET;
EZWEIG@OPTONLINE.NET; WSWEARINGEN@LLF-LAW.COM;
SFINEMAN@LCHB.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM;
LOIZIDES@LOIZIDES.COM; ROBIN.KELLER@LOVELLS.COM;
OMECA.NEDD@LOVELLS.COM; CHRIS.DONOHO@LOVELLS.COM;
ROBIN.KELLER@LOVELLS.COM; ILEVEE@LOWENSTEIN.COM;
KROSEN@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM;
JPROL@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
SQUIGLEY@LOWENSTEIN.COM; ELEVIN@LOWENSTEIN.COM;
MWARREN@MTB.COM; JHUGGETT@MARGOLISEDELSTEIN.COM;
FHYMAN@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM;
EMERBERG@MAYERBROWN.COM; TKIRIAKOS@MAYERBROWN.COM;
SWOLOWITZ@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;
ASHAFFER@MAYERBROWN.COM; HBELTZER@MAYERBROWN.COM;
CWALSH@MAYERBROWN.COM; JLAMAR@MAYNARDCOOPER.COM;
KREYNOLDS@MKLAWNYC.COM; MH1@MCCALLARAYMER.COM;

BKMAIL@PROMMIS.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM;
WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM;
NCOCO@MWE.COM; ICATTO@MWE.COM; PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM;
ABRAUNSTEIN@RIEMERLAW.COM; ADARWIN@NIXONPEABODY.COM;
AISENBERG@SAUL.COM; AKANTESARIA@OPPENHEIMERFUNDS.COM;
AKOLOD@MOSESSINGER.COM; AMARDER@MSEK.COM;
ANN.REYNAUD@SHELL.COM; AQUALE@SIDLEY.COM; ARAHL@REEDSMITH.COM;
ARHEAUME@RIEMERLAW.COM; ARLBANK@PBFCM.COM;
ASHMEAD@SEWKIS.COM; ASNOW@SSBB.COM; AUNGER@SIDLEY.COM;
BANKRUPTCY@GOODWIN.COM; BANKRUPTCY@MORRISONCOHEN.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM; BBISIGNANI@POSTSCHELL.COM;
BDK@SCHLAMSTONE.COM; BGUINEY@PBWT.COM;
BILL.FREEMAN@PILLSBURYLAW.COM; BMILLER@MOFO.COM;
BROY@RLTLAWFIRM.COM; BWOLFE@SHEPPARDMULLIN.COM;
CALBERT@REITLERLAW.COM; CANELAS@PURSUITPARTNERS.COM;
CBELMONTE@SSBB.COM; CHAMMERMAN@PAULWEISS.COM;
CHIPFORD@PARKERPOE.COM; CLYNCH@REEDSMITH.COM;
CMONTGOMERY@SALANS.COM; COHENR@SEWKIS.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; CSHULMAN@SHEPPARDMULLIN.COM;
CWARD@POLSINELLI.COM; DAVID.CRICHLOW@PILLSBURYLAW.COM;
DAVIDWHEELER@MVALAW.COM; DDAVIS@PAULWEISS.COM;
DDREBSKY@NIXONPEABODY.COM; DFELDER@ORRICK.COM;
DFLANIGAN@POLSINELLI.COM; DGRIMES@REEDSMITH.COM;
DRAELSON@FISHERBROTHERS.COM; DROSE@PRYORCASHMAN.COM;
DSHEMANO@PWKLLP.COM; DWDYKHOUSE@PBWT.COM;
ECOHEN@RUSSELL.COM; EGEEKIE@SCHIFFHARDIN.COM;
ESCHAFFER@REEDSMITH.COM; ETILLINGHAST@SHEPPARDMULLIN.COM;
FBP@PPGMS.COM; FSOSNICK@SHEARMAN.COM; FYATES@SONNENSCHEIN.COM;
GMOSS@RIEMERLAW.COM; HARRISJM@MICHIGAN.GOV;
HARVEYSTRICKON@PAULHASTINGS.COM; INFO2@NORMANDYHILL.COM;
JAMESTECCE@QUINNEMANUEL.COM; JAR@OUTTENGOLDEN.COM;
JBIRD@POLSINELLI.COM; JENNIFER.GORE@SHELL.COM;
JEREMY.EIDEN@AG.STATE.MN.US; JFALGOWSKI@REEDSMITH.COM;
JGUY@ORRICK.COM; JHORGAN@PHXA.COM; JKEHOE@BTKMC.COM;
JLSCOTT@REEDSMITH.COM; JMADDOCK@MCGUIREWOODS.COM;
JMAZERMARINO@MSEK.COM; JMR@MSF-LAW.COM;
JNADRITCH@OLSHANLAW.COM; JOWOLF@LAW.NYC.GOV;
JPINTARELLI@MOFO.COM; JRABINOWITZ@RLTLAWFIRM.COM;
JSHEERIN@MCGUIREWOODS.COM; JSHENWICK@GMAIL.COM;
JSHICKICH@RIDDELLWILLIAMS.COM; JSMAIRO@PBNLAW.COM;
JSULLIVAN@MOSESSINGER.COM; JTIMKO@SHUTTS.COM;
KGWYNNE@REEDSMITH.COM; KKOLBIG@MOSESSINGER.COM;
KORR@ORRICK.COM; KOVSKYD@PEPPERLAW.COM; KRESSK@PEPPERLAW.COM;
LAWALLF@PEPPERLAW.COM; LBERKOFF@MORITTHOCK.COM;

LMARINUZZI@MOFO.COM; LMCGOWEN@ORRICK.COM; LML@PPGMS.COM;
LNASHELSKY@MOFO.COM; LSILVERSTEIN@POTTERANDERSON.COM;
LWHIDDEN@SALANS.COM; MARK.HOULE@PILLSBURYLAW.COM;
MARTIN.DAVIS@OTS.TREAS.GOV; MAUSTIN@ORRICK.COM;
MBERMAN@NIXONPEABODY.COM; MCADEMARTORI@SHEPPARDMULLIN.COM;
MELTZERE@PEPPERLAW.COM; MHARRIS@SMSM.COM; MICHAEL.FREGE@CMS-HS.COM; MICHAEL.KELLY@MONARCHLP.COM; MILLEE12@NATIONWIDE.COM;
MJACOBS@PRYORCASHMAN.COM; MJR1@WESTCHESTERGOV.COM;
MPARRY@MOSESSINGER.COM; MSCHIMEL@SJU.EDU;
MVENDITTO@REEDSMITH.COM; NED.SCHODEK@SHEARMAN.COM;
NFURMAN@SCOTTWOODCAPITAL.COM; NHERMAN@MORGANLEWIS.COM;
NISSAY_10259-0154@MHMJAPAN.COM; NLEPORE@SCHNADER.COM;
OTCCORPACTIONS@FINRA.ORG; PBOSSWICK@SSBB.COM;
PFELDMAN@OSHR.COM; PMAXCY@SONNENSCHEIN.COM;
RBEACHER@PRYORCASHMAN.COM; RDAVERSA@ORRICK.COM;
RDAVERSA@ORRICK.COM; RFLEISCHER@PRYORCASHMAN.COM;
RFRANKEL@ORRICK.COM; RFRIEDMAN@SILVERMANACAMPORA.COM;
RICHARD@RWMAPLC.COM; RMCNEILL@POTTERANDERSON.COM;
ROBERTDKAIS@QUINNEMANUEL.COM; ROGER@RNAGIOFF.COM;
RQURESHI@REEDSMITH.COM; RREID@SHEPPARDMULLIN.COM;
RRIGOLOSI@SMSM.COM; RROUPINIAN@OUTTENGOLDEN.COM;
RUSSJ4478@AOL.COM; RWYRON@ORRICK.COM; SALLY.HENRY@SKADDEN.COM;
SCHANNEJ@PEPPERLAW.COM; SCHEPIS@PURSUITPARTNERS.COM;
SCOTTSHELLEY@QUINNEMANUEL.COM; SDNYECF@DOR.MO.GOV;
SLERNER@SSD.COM; SMAYERSON@SSD.COM; SPLATZER@PLATZERLAW.COM;
SSHIMSHAK@PAULWEISS.COM; STEVE.GINTHER@DOR.MO.GOV;
SUSAN.SCHULTZ@NEWEDGEGROUP.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM; TBROCK@SSBB.COM;
TGOREN@MOFO.COM; TJFREEDMAN@PBNLAW.COM; TSLOME@MSEK.COM;
VMILIONE@NIXONPEABODY.COM; WISOTSKA@PEPPERLAW.COM;
WK@PWLAWYERS.COM; WSILVERM@OSHR.COM; YUWATOKO@MOFO.COM;
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM;
R.STAHL@STAHLZELLOE.COM; MARC.CHAIT@SC.COM;
ECHANG@STEINLUBIN.COM; EOBRIEN@SBCHLAW.COM;
SHGROSS5@YAHOO.COM; JLOVI@STEPTOE.COM; LROMANSIC@STEPTOE.COM;
RITKIN@STEPTOE.COM; KPIPER@STEPTOE.COM; CS@STEVENSLEE.COM;
CP@STEVENSLEE.COM; APO@STEVENSLEE.COM; MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; MDORVAL@STRADLEY.COM;
JMMURPHY@STRADLEY.COM; LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM; MSPEISER@STROOCK.COM;
SMILLMAN@STROOCK.COM; LHANDELSMAN@STROOCK.COM;
DWILDES@STROOCK.COM; HOLSEN@STROOCK.COM; LACYR@SULLCROM.COM;
FELDSTEINH@SULLCROM.COM; CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM; MCCOMBST@SULLCROM.COM;
CESKRIDGE@SUSMANGODFREY.COM; BMERRILL@SUSMANGODFREY.COM;
SAGRAWAL@SUSMANGODFREY.COM; PAUL.TURNER@SUTHERLAND.COM;

MARK.SHERRILL@SUTHERLAND.COM; MILLER@TAFTLAW.COM;
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV;
THALER@THALERGERTLER.COM; GERACI@THALERGERTLER.COM;
RANJIT.MATHER@BNYMELLON.COM; ROBERT.BAILEY@BNYMELLON.COM;
MMORREALE@US.MUFG.JP; YAMASHIRO@SUMITOMOTRUST.CO.JP;
MATT@WILLAW.COM; IRA.HERMAN@TKLAW.COM;
DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM;
MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM;
MBOSSI@THOMPSONCOBURN.COM; AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;
JCHRISTIAN@TOBINLAW.COM; NEILBERGER@TEAMTOGUT.COM;
SSKELLY@TEAMTOGUT.COM; OIPRESS@TRAVELERS.COM;
MLYNCH2@TRAVELERS.COM; HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM;
DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM;
EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM;
DKLEINER@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM;
RGMASON@WLRK.COM; ARWOLF@WLRK.COM; CBELISLE@WFW.COM;
JFREEBERG@WFW.COM; RGRAHAM@WHITECASE.COM;
TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM;
EHOLLANDER@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM;
DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM;
MRUETZEL@WHITECASE.COM; UKREPPEL@WHITECASE.COM;
TLAURIA@WHITECASE.COM; GUZZI@WHITECASE.COM;
CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM;
BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM;
SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM;
AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM;
DKOZUSKO@WILLKIE.COM; MABRAMS@WILLKIE.COM;
PETER.MACDONALD@WILMERHALE.COM;
JEANNETTE.BOOT@WILMERHALE.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM;
JMCGINLEY@WILMINGTONTRUST.COM; JBECKER@WILMINGTONTRUST.COM;
CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM;
MKJAER@WINSTON.COM; DNEIER@WINSTON.COM;
DRAVIN@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM;
BANKR@ZUCKERMAN.COM; MICHAEL.MCCRORY@BTLAW.COM;
DAVID.POWLEN@BTLAW.COM; SEAN@BLBGLAW.COM;
TIM.DESIENO@BINGHAM.COM; JEFFREY.BLACK@BINGHAM.COM;
MSTEEL@BROWNRUDNICK.COM; WMARCARI@EBGLAW.COM;
SLERMAN@EBGLAW.COM; WDASE@FZWZ.COM; ANANN@FOLEY.COM;
GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM;
DTHEISING@HARRISONMOBERLY.COM; TMARRION@HASLAW.COM;
SWEYL@HASLAW.COM; MPOMERANTZ@JULIENANDSCHLESINGER.COM;
MSCHLESINGER@JULIENANDSCHLESINGER.COM; LKATZ@LTBLAW.COM;

ILEVEE@LOWENSTEIN.COM; MBLOEMSMA@MHJUR.COM;
SABVANROOY@HOTMAIL.COM; CDESIDERIO@NIXONPEABODY.COM;
MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM;
GRAVERT@RAVERTPLLC.COM; RICHARD@RWMAPLC.COM;
RAUL.ALCANTAR@ROPESGRAY.COM; MARK.BANE@ROPESGRAY.COM;
ROSS.MARTIN@ROPESGRAY.COM; BHINERFELD@SBTKLAW.COM;
BWOLFE@SHEPPARDMULLING.COM; MCADEMARTORI@SHEPPARDMULLIN.COM;
AMARTIN@SHEPPARDMULLIN.COM; JTEITELBAUM@TBLAWLLP.COM;
FOONT@FOONTLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; WMAHER@WMD-LAW.COM;
RRAINER@WMD-LAW.COM;

Dated: New York, New York
       February 2, 2012

_____
Richard V. Conza