B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | ADI CONSEIL |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Elliott Management Corporation
40 W. 57th St., New York, NY 10019
Attn: Michael Stephan
Phone: (212) 974-6000
Last Four Digits of Acct #: _____

Court Claim # (if known): 19657
Amount of Claim: $1,284,724.81*
Date Claim Filed: 09/18/2009
Phone: +33 (0)1 56 88 84 72
Last Four Digits of Acct #: _____

Name and Address where notices to transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner            Date: January 31, 2012

By: _____
Transferee/Transferee's Agent
Elliot Greenberg, Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** Lehman Brothers Holdings Inc. as the Debtor (for the purposes of this Notice, the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, ADI Conseil f/k/a ADI Alternative Investments ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated December 30, 2011 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) a proof of claim no. 19657, (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "ISDA Guarantee Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the Debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated August 6, 2002 relating to the ISDA Master Agreement dated July 26, 2002 between Lehman Brothers International (Europe) ("LBIE") and the Assignor and related documents (the "ISDA") and (iii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 and the broad guarantee of all liabilities, obligations and commitments of the Debtor contained in the letter from Guarantor to Standard & Poor's Rating Services dated 4 January 2008 (collectively, the "General Guarantee Claim" and together with the ISDA Guarantee Claim, and the proofs of claim described in clause (i), the "Claims").

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

Assignee's information and wire instructions are as follows:

Elliott Associates, L.P.
40 West 57th Street, 4th Floor
New York, NY 10019
Attention:     Michael Stephan
Telephone:   (212) 478-2310
Facsimile:    (212) 478-2311
Email:        mstephan@elliottmgmt.com

USD WIRE INSTRUCTIONS:

A-1

RGREEN\199023.5

BANK NAME: JP MORGAN CHASE NEW YORK
ABA # 021-000-021
ACCT NAME: ELLIOTT ASSOCIATES, L.P.
ACCT # 957-143-354
FOR FURTHER BENEFIT: ADI CONSEIL

EUR WIRE INSTRUCTIONS:
JP MORGAN AG FRANKFURT
SWIFT: CHASDEFX
JPMORGAN CHASE BANK N.A. LONDON
SWIFT CHASGB2L
ACCOUNT NAME: ELLIOTT ASSOCIATES, L.P.
ACCOUNT # 0032596801
IBAN GB38CHAS60924232596801
RE: ADI CONSEIL

GBP WIRE INSTRUCTIONS:
JPMORGAN CHASE BANK N.A
SWIFT CHASGB2L   SORT CODE (60-92-42)
ACCOUNT NAME: ELLIOTT ASSOCIATES, L.P.
ACCOUNT # 0032596802
IBAN GB11CHAS60924232596802
RE: ADI CONSEIL

RGREEN\199023.5

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 day of December 2011

**ASSIGNOR:**

ADI CONSEIL f/k/a ADI ALTERNATIVE INVESTMENTS

By: *[signature]*
Name:
Title: Christophe Lepitre
Deputy CEO

*[signature]*

Jean-Luc Malafosse
General Secretary

**ASSIGNEE:**

ELLIOTT ASSOCIATES, L.P.

By: _____
Name:
Title:

A-3

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ~~22~~ 20 day of December, 2011

**ASSIGNOR:**

ADI CONSEIL f/k/a ADI ALTERNATIVE INVESTMENTS:

By:_____
  Name:
  Title:

**ASSIGNEE:**

ELLIOTT ASSOCIATES, L.P.:

By:_____
  Name:
  Title:

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
  Elliot Greenberg, Vice President

A-2

RGREEN\199023