B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | ADI CONVEX ABSOLU |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Elliott Management Corporation
40 W. 57th St., New York, NY 10019
Attn: Michael Stephan
Phone: (212) 974-6000
Last Four Digits of Acct #: _____

Court Claim # (if known): 19659
Amount of Claim: $18,541,682.48*
Date Claim Filed: 09/18/2009
Phone: +33 (0)1 56 88 84 72
Last Four Digits of Acct #: _____

Name and Address where notices to transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner
By: _____     Date: January 31, 2012
    Transferee/Transferee's Agent

By: Elliot Greenberg, Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

ADI Convex Absolu, an open-end investment fund registered in France with the AMF, located at 1 rue Vernier, 75017 Paris, France ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Elliott Associates, L.P., its successors and assigns, with offices at 40 West 57th Street, 4th Floor, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 19659) in the amount of $18,541,682.48 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

RGREEN\199083.6

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 30 day of December, 2011.

ADI CONVEX ABSOLU

By: _____
Name:
Title: **GÉRARD BOURRET**
DIRECTEUR GÉNÉRAL

Jean-Luc DALAFOSSE
General Secretary

ELLIOTT ASSOCIATES, L.P.

By: _____
Name:
Title:

OFI ASSET MANAGEMENT
1 RUE VERNIER - 75017 PARIS
Tél. +33 (0)1 40 68 17 17 - Fax +33 (0)1 40 68 17 18
SA AU CAPITAL DE 3 257 163 EUROS
RCS 384 940 342 PARIS - APE 6630Z

A-2

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 30 day of December, 2011.

ADI CONVEX ABSOLU

By: _____
Name:
Title:

ELLIOTT ASSOCIATES, L.P.

By: _____
Name:
Title:

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc, as general partner

By: _____
Elliot Greenberg, Vice President

A-2

RGREEN\199083.