B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Elliott Associates, L.P.                                ADI CONSEIL
_____                        _____
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 19661
should be sent:                                    Amount of Claim: $538,826.87*
c/o Elliott Management Corporation
40 W. 57th St., New York, NY 10019                  Date Claim Filed: _____09/18/2009_____
Attn: Michael Stephan
Phone: (212) 974-6000                              Phone: +33 (0)1 56 88 84 72
Last Four Digits of Acct #: _____         Last Four Digits of Acct #: _____

Name and Address where notices to transferee        *plus additional amounts as set forth in the proof of
payments should be sent (if different from above):  claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.
Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner    Date: _____January 31, 2012_____
        Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both   18 U.S.C. §§ 152 & 3571.

        Elliot Greenberg, Vice President

## EVIDENCE OF TRANSFER OF CLAIM

**TO:**   Lehman Brothers Holdings Inc. as the Debtor (for the purposes of this Notice, the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, ADI Conseil f/k/a ADI Alternative Investments ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates, L.P. pursuant to a Transfer of Claim Agreement dated *December 30, 2011* between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) a proof of claim no. 19661, (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "ISDA Guarantee Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the Debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated May 12, 2008 relating to the ISDA Master Agreement dated March 19, 2008 between Lehman Brothers International (Europe) ("LBIE") and the Assignor and related documents (the "ISDA) and (iii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 and the broad guarantee of all liabilities, obligations and commitments of the Debtor contained in the letter from Guarantor to Standard & Poor's Rating Services dated 4 January 2008 (collectively, the "General Guarantee Claim" and together with the ISDA Guarantee Claim, and the proofs of claim described in clause (i), the "Claims").

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

Assignee's information and wire instructions are as follows:

Elliott Associates, L.P.
40 West 57th Street, 4th Floor
New York, NY 10019
Attention:    Michael Stephan
Telephone:   (212) 478-2310
Facsimile:    (212) 478-2311
Email:        mstephan@elliottmgmt.com

A-1

RGREEN\199021.6

<u>USD WIRE INSTRUCTIONS</u>:
BANK NAME: JP MORGAN CHASE NEW YORK
ABA # 021-000-021
ACCT NAME: ELLIOTT ASSOCIATES, L.P.
ACCT # 957-143-354
FOR FURTHER BENEFIT: ADI CONSEIL

<u>EUR WIRE INSTRUCTIONS</u>:
JP MORGAN AG FRANKFURT
SWIFT: CHASDEFX
JPMORGAN CHASE BANK N.A. LONDON
SWIFT CHASGB2L
ACCOUNT NAME: ELLIOTT ASSOCIATES, L.P.
ACCOUNT # 0032596801
IBAN GB38CHAS60924232596801
RE: ADI CONSEIL

<u>GBP WIRE INSTRUCTIONS</u>:
JPMORGAN CHASE BANK N.A
SWIFT CHASGB2L    SORT CODE (60-92-42)
ACCOUNT NAME: ELLIOTT ASSOCIATES, L.P.
ACCOUNT # 0032596802
IBAN GB11CHAS60924232596802
RE: ADI CONSEIL

A-2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS
30 day of December, 2011

ASSIGNOR:

ADI CONSEIL f/k/a ADI ALTERNATIVE
INVESTMENTS

By: _____

Name:
Title: Christophe Lepitre
       Deputy CEO

Jean - Luc Nalefosse
General Secretary

ASSIGNEE:

ELLIOTT ASSOCIATES, L.P.

By: _____

Name:
Title:

A-3

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS
30 day of December, 2011

**ASSIGNOR:**

ADI CONSEIL f/k/a ADI ALTERNATIVE
INVESTMENTS

[          ]

By:_____
   Name:
   Title:

**ASSIGNEE:**

ELLIOTT ASSOCIATES, L.P.

By:_____
   Name:
   Title:

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P. as general partner
By: Braxton Associates, Inc. as general partner

By: _____
        Elliot Greenberg, Vice President

A-3