STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Corporate Bank Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------- x

| | | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

----------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF OBJECTION OF MIZUHO CORPORATE BANK LTD. TO LEHMAN BROTHERS COMMERCIAL CORPORATION'S PROPOSED ASSUMPTION OF PURPORTED EXECUTORY CONTRACTS LISTED ON EXHIBIT 2 OF THE PLAN SUPPLEMENT

PLEASE TAKE NOTICE that Lehman Brothers Commercial Corporation ("LBCC") sought the assumption of, inter alia, all derivative contracts between LBCC and Mizuho Corporate Bank Ltd. ("MHCB"), pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (D.I. 22973), (ii) the Plan Supplement, dated October 25, 2011 (D.I. 2125) and (iii) a Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 29011 (the "Notice").

PLEASE TAKE FURTHER NOTICE that MHCB filed an Objection with respect to the proposed assumption (D.I. 21837, the "Objection").

PLEASE TAKE FURTHER NOTICE that by notice dated January 31, 2012 (D.I. 24823) the Debtors have withdrawn their assumption application as to all derivative contracts between LBCC and MHCB.

PLEASE TAKE FURTHER NOTICE that MHCB hereby withdraws the Objection without prejudice.

Dated:  February 2, 2012
        New York, New York

STROOCK & STROOCK & LAVAN LLP

/s/ Claude G. Szyfer
Claude G. Szyfer
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Corporate Bank Ltd.*

2