Richard H. Dolan (RD-2212)
Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400

*Attorneys for Federal Home Loan Bank of Indianapolis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors,

Chapter 11

Case No. 08-13555 (JMP)

Jointly Administered

## WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF FEDERAL HOME LOAN BANK OF INDIANAPOLIS TO ASSUMPTION OF AGREEMENTS AS SET FORTH IN PLAN SUPPLEMENT

WHEREAS, by notice dated January 31, 2012, Lehman Brothers Special Financing Inc. ("**LBSF**") having withdrawn its request to assume certain contracts involving the Federal Home Loan Bank of Indianapolis ("**FHLBI**"), more particularly described in the objection dated November 8, 2011, and filed in this proceeding on or about November 9, 2011, by **FHLBI** to the assumption of the said contracts and the provisions of the Debtors' Modified Third Amended Joint Chapter 11 Plan, and the Supplements thereto, relating to the assumption of the said contracts;

NOW THEREFORE, **FHLBI** hereby withdraws without prejudice its said objection, and otherwise reserves all of its rights in the matter.

Dated: New York, New York
February 2, 2012

SCHLAM STONE & DOLAN LLP

*Attorneys for Federal Home Loan Bank of Indianapolis*

By: ___/s/ Richard H. Dolan___

Richard H. Dolan (RD-2212)
Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

OF COUNSEL

Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011
(212) 269-1600
lteigland@teiglandhut.com

## Certificate of Service

I hereby certify that on February 2, 2012, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

> Jacqueline Marcus, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attorneys for the Debtors
>
> Tracy Hope Davis, Esq.
> Elisabetta Gasparini, Esq.
> Andrea Schwartz, Esq.
> Office of the United States Trustee for Region 2
> 33 Whitehall Street, 21st Floor
> New York, New York 10004
>
> Dennis F. Dunne, Esq.
> Dennis O'Donnell, Esq.
> Evan Fleck, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, New York 10005
> Attorneys for the Official Committee of Unsecured Creditors

Dated: New York, New York
February 2, 2012

SCHLAM STONE & DOLAN LLP
*Attorneys for Federal Home Loan Bank of Indianapolis*

By: __/s/ Richard H. Dolan__

Richard H. Dolan (RD-2212)
Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com