STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Securities Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
*In re*                                                           :   **Chapter 11**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :   Case No. 08-13555 (JMP)
                                                                  :
                                                                  :   **(Jointly Administered)**
                **Debtors.**                                      :
------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF MIZUHO SECURITIES CO., LTD.**
**TO LEHMAN BROTHERS SPECIAL FINANCING INC.'S PROPOSED**
**ASSUMPTION OF PURPORTED EXECUTORY CONTRACTS LISTED ON**
**EXHIBIT 2 OF THE PLAN SUPPLEMENT**

PLEASE TAKE NOTICE that Lehman Brothers Special Financing, Inc. ("LBSF") sought the assumption of, inter alia, all derivative contracts between LBSF and Mizuho Securities Co., Ltd. ("MHSC"), pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (D.I. 22973), (ii) the Plan Supplement, dated October 25, 2011 (D.I. 2125) and (iii) a Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 29011 (the "Notice").

NY 73780151v1

PLEASE TAKE FURTHER NOTICE that MHSC filed an Objection with respect to the proposed assumption (D.I. 21841, the "Objection").

PLEASE TAKE FURTHER NOTICE that by notice dated January 31, 2012 (D.I. 24823) the Debtors have withdrawn their assumption application as to all derivative contracts between LBSF and MHSC.

PLEASE TAKE FURTHER NOTICE that MHSC hereby withdraws the Objection without prejudice.

Dated: February 2, 2012
       New York, New York

STROOCK & STROOCK & LAVAN LLP

/s/ Claude G. Szyfer
Claude G. Szyfer
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Securities Co., Ltd.*

NY 73780151v1