Shawn R. Fox
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

Attorneys for Oaklawn Psychiatric Center

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al*., :   08-13555 (JMP)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
-----------------------------------------------------------------x

## OAKLAWN PSYCHIATRIC CENTER'S WITHDRAWAL OF OBJECTION TO LBSF'S ASSUMPTION OF DERIVATIVE CONTRACT

  PLEASE TAKE NOTICE that Lehman Brothers Special Financing Inc. ("LBSF") sought the assumption of any and all derivatives contracts (the "Derivative Agreement(s)") between Oaklawn Psychiatric Center ("Oaklawn") and LBSF, pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (D.I. #22973), (ii) the Plan Supplement, dated October 25, 2011 (D.I. #21254), as thereafter amended, and (iii) that certain Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 2011.

  PLEASE TAKE FURTHER NOTICE that Oaklawn filed its Objection to the proposed assumption (D.I. #21839, the "Objection") of the Derivative Agreement(s) on November 9, 2011.

  PLEASE TAKE FURTHER NOTICE that by notice dated January 31, 2012 (D.I. #24823) the Debtors withdrew the application to assume the Derivative Agreement(s) between LBSF and Oaklawn.

  PLEASE TAKE FURTHER NOTICE that Oaklawn hereby withdraws its Objection as moot.

Dated: February 2, 2012

Respectfully Submitted,

McGUIREWOODS LLP

*/s/ Shawn R. Fox*
Shawn R. Fox
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

2