BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 891-3976
Ira A. Reid (IR-0113)

*Attorneys for Tokyo Gas Co. Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF TOKYO GAS CO. LTD. TO DEBTOR'S PROPOSED ASSUMPTION OF PURPORTED EXECUTORY CONTRACTS ON EXHIBIT 2 OF THE PLAN SUPPLEMENT**

Tokyo Gas Co. Ltd. ("TG"), by its counsel, Baker & McKenzie LLP, hereby withdraws, without prejudice, the *Objection of Tokyo Gas Co. Ltd. to Debtors' Proposed Assumption of Purported Executory Contracts on Exhibit 2 of the Plan Supplement* [Doc. No. 21882] filed with the Court on November 10, 2011, in light of the Debtors' *Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts* [Doc. No. 24823] filed with the Court on January 31, 2012 with respect to TG.

Dated:  February 1, 2012
        New York, New York

                                BAKER & McKENZIE LLP

                                By: /s/ Ira A. Reid
                                Ira A. Reid (IR-0113)
                                1114 Avenue of the Americas
                                New York, NY  10036
                                Telephone: (212) 891-3796

                                *Attorneys for Tokyo Gas Co. Ltd.*

NYCDMS/1207924.1