B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Elliott Associates, L.P. | ADI CREDIT ARB ABSOLU |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 19668 |
| c/o Elliott Management Corporation | Amount of Claim: $47,173,54* |
| 40 W. 57th St., New York, NY 10019 | |
| Attn: Michael Stephan | Date Claim Filed:  09/18/2009 |
| Phone: (212) 974-6000 | |
| Last Four Digits of Acct #: _____ | Phone: +33 (0)1 56 88 84 72 |
| | Last Four Digits of Acct #: _____ |

Name and Address where notices to transferee          *plus additional amounts as set forth in the proof of
payments should be sent (if different from above):     claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner
By: _____          Date: January 31, 2012
          Transferee/Transferee's Agent

By: _____
          Elliot Greenberg, Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

## EVIDENCE OF TRANSFER OF CLAIM

**TO:**   Lehman Brothers Holdings Inc. as the Debtor (for the purposes of this Notice, the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, ADI Credit Arb Absolu ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated _December 30, 2011_ between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) a proof of claim no. 19668, (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "ISDA Guarantee Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the Debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated August 6, 2002 relating to the ISDA Master Agreement dated July 26, 2002 between Lehman Brothers International (Europe) ("LBIE") and the Assignor and related documents (the "ISDA) and (iii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 and the broad guarantee of all liabilities, obligations and commitments of the Debtor contained in the letter from Guarantor to Standard & Poor's Rating Services dated 4 January 2008 (collectively, the "General Guarantee Claim" and together with the ISDA Guarantee Claim, and the proofs of claim described in clause (i), the "Claims").

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

Assignee's information and wire instructions are as follows:

Elliott Associates, L.P.
40 West 57th Street, 4th Floor
New York, NY 10019
Attention:    Michael Stephan
Telephone:   (212) 478-2310
Facsimile:    (212) 478-2311
Email:       mstephan@elliottmgmt.com

USD WIRE INSTRUCTIONS:

A-1

RGREEN\199029.6

BANK NAME: JP MORGAN CHASE NEW YORK
ABA # 021-000-021
ACCT NAME: ELLIOTT ASSOCIATES, L.P.
ACCT # 957-143-354
FOR FURTHER BENEFIT: ADI CREDIT ARB ABSOLU

EUR WIRE INSTRUCTIONS:
JP MORGAN AG FRANKFURT
SWIFT: CHASDEFX
JPMORGAN CHASE BANK N.A. LONDON
SWIFT CHASGB2L
ACCOUNT NAME: ELLIOTT ASSOCIATES, L.P.
ACCOUNT # 0032596801
IBAN GB38CHAS60924232596801
RE: ADI CREDIT ARB ABSOLU

GBP WIRE INSTRUCTIONS:
JPMORGAN CHASE BANK N.A
SWIFT CHASGB2L    SORT CODE (60-92-42)
ACCOUNT NAME: ELLIOTT ASSOCIATES, L.P.
ACCOUNT # 0032596802
IBAN GB11CHAS60924232596802
RE: ADI CREDIT ARB ABSOLU

A-2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS
30 day of December, 2011

**ASSIGNOR:**

ADI CREDIT ARB ABSOLU

By: _____
   Name:   GÉRARD BOURRET
   Title:     DIRECTEUR GÉNÉRAL

Jean-Luc Malefosse
General Secretary
OFI ASSET MANAGEMENT
1 RUE VERNIER - 75017 PARIS
Tél. +33 (0)1 40 68 17 17 - Fax +33 (0)1 40 68 17 18
SA AU CAPITAL DE 3 257 163 EUROS
RCS 384 940 342 PARIS - APE 6630Z

**ASSIGNEE:**

ELLIOTT ASSOCIATES, L.P.

By: _____
   Name:
   Title:

A-3

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS
_30_ day of _December_, 2011

**ASSIGNOR:**

**ADI CREDIT ARB ABSOLU**

By:_____
    Name:
    Title:

**ASSIGNEE:**

**ELLIOTT ASSOCIATES, L.P.**

By:_____
    Name:
    Title:

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By:_____
    Elliot Greenberg, Vice President

A-3