SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
George A. Zimmerman
Max S. Polonsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for NextEra Energy Power Marketing, LLC*
*f/k/a FPL Energy Power Marketing Inc. and*
*Florida Power & Light Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   Case No. 08-13555 (JMP)
                                          :
               Debtors.                   :   (Jointly Administered)
                                          :
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF FLORIDA POWER & LIGHT COMPANY AND FPL ENERGY POWER MARKETING INC. TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that Florida Power & Light Company and NextEra Energy Power Marketing, LLC (f/k/a FPL Energy Power Marketing Inc.) withdraw the Limited Objection Of Florida Power & Light Company and FPL Energy Power Marketing Inc. to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (Dkt. No. 21888).

Dated:  New York, New York
        February 2, 2011

Respectfully submitted,

Skadden, Arps, Slate, Meagher & Flom LLP

By:    */s/ George A. Zimmerman*
George A. Zimmerman
Max S. Polonsky
Four Times Square
New York, New York 10036
Telephone:  212-735-3000
Facsimile:  212-735-2000

*Attorneys for NextEra Energy Power Marketing, LLC  f/k/a FPL Energy Power Marketing Inc. and Florida Power & Light Company*

2