UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x Ref. Docket Nos. 24523, 24525-
24530, 24532-24534, 24536, 24537,
24539-24541, 24543, 24544, 24547,
24548, 24555, 24561, 24562, 24564,
24566, 24569, 24570, 24572, 24573,
24577, 24585, 24593, 24594, 24618,
24619, 24623, 24626-24628

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 26, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of January, 2012

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 24523, 24525-24530, 24623, 24626-24628_AFF_01-27-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                            |  Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           |  08-13555 (JMP)
                                                 |
                                                 |  (Jointly Administered)
                 Debtors.                        |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CLOO, H. AND/OR E. LINNEKAMP              CLOO, H. AND/OR E. LINNEKAMP
      GRAAF ADOLFLAAN 82                         DEMINOR INTERNATIONAL S.C.R.L.
      AMERSFOORT    3818 DD                     ED.VAN NIEUWENHUYSE LAAN 6 BT.8
      NETHERLANDS                                BRUSSELS 1160 BELGIUM
```

Please note that your claim # 60286 in the above referenced case and in the amount of
       $100,472.10   allowed at $95,486.41         has been transferred **(unless previously expunged by court order)**

```
      STICHTING THE VALUE FOUNDATION
      TRANSFEROR: CLOO, H. AND/OR E. LINNEKAMP
      ATTN: MR. J. KAPTEIN
      KEIZERSGRACHT 268
      AMSTERDAM    1016 EV
      THE NETHERLANDS
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 24527     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2012                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 27, 2012.

# EXHIBIT B

```
TIME: 16:50:11                                          LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 01/27/12                                              CREDITOR LISTING

Name                                                    Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
CLOO, H. AND/OR E. LINNEKAMP                            DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
CLOO, H. AND/OR E. LINNEKAMP                            GRAAF ADOLFLAAN 82 AMERSFOORT 3818 DD NETHERLANDS
CREDIT SUISSE SECURITIES (USA) LLC                      TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010
DE WILDT MANAGEMENT B.V.                                C/O C.T.P. DE WILDT DROGE WIJMERSWEG 5 087 WERVERSHOOF 1693 HP NETHERLANDS
DE WILDT MANAGEMENT B.V.                                DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON EC2N 2DB UNITED KINGDOM
DIJKSTRA, R.                                            DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
DIJKSTRA, R.                                            PRINS HENDRIKLAAN 10 AMSTERDAM 1075 BB NETHERLANDS
DUIJNISVELD-DE ROOS, C.M.J.A. AND/OR                    DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
  P.H.C. DUIJNISVELD
DUIJNISVELD-DE ROOS, C.M.J.A. AND/OR                    KORNETSTRAAT 8 LOON OP ZAND 5175 SE NETHERLANDS
  P.H.C. DUIJNISVELD
GIJS VAN DER HORST MEUBELEN B.V.                        C/O G.A.A. VAN DER HORST MACCALLASTRAAT 27 HELMOND 5708 KS NETHERLANDS
GIJS VAN DER HORST MEUBELEN B.V.                        DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
HOUTAPPEL, R.                                           DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
HOUTAPPEL, R.                                           SPORTLAAN 906 S GRAVENHAGE 2566 NC NETHERLANDS
HSBC PRIVATE BANK (UK) LIMITED                          FAO: CHIEF RISK OFFICER 78 ST JAMES'S STREET LONDON SW1A 1JB UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: KUTXA ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: KUTXA ATTN: CELISTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JONGMAN BEHEER B.V.                                     C/O P.A.H.T. JONGMAN DE LEPELAAR 8 MOERKAPELLE 2751 CW NETHERLANDS
JONGMAN BEHEER B.V.                                     DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
JONGMAN, P & -RIJSDIIJK, J.M.T                          DE LEPELAAR 8 MOERKAPELLE 2751 CW NETHERLANDS
JONGMAN, P & -RIJSDIIJK, J.M.T                          DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
JOUSTRA, A.J. AND/OR B.G. JOUSTRA-BAKKER                VEERDAM 14 PAPENDRECHT 3351 AK NETHERLANDS
JOUSTRA, A.J. AND/OR B.G. JOUSTRA-BAKKER                BREELAND 2 HOOGLAND 3828 VA NETHERLANDS
KLAVER, S.J.                                            DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
KLAVER, S.J.                                            WATERTUIN 3 BLEISWYK 2665 VS NETHERLANDS
KOK-MAASLAND, S.C.J.                                    DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
KOK-MAASLAND, S.C.J.                                    VECHTSTRAAT 3 TERNEUZEN 4535 GN NETHERLANDS
LANDA, A. E/O KORST, M.M.C.                             VECHTSTRAAT 3 TERNUEZEN 4535 GN NETHERLANDS
LANDA, A. E/O M.M.C. KORST                              TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,
  LP
NEWFINANCE ALDEN SPV                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
RINGNALDA, F.W.                                         DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
RINGNALDA, F.W.                                         JACOB CATSLAAN 7 ERMELO 3852 BT NETHERLANDS
SCHURING-ROSS, A.J. AND/OR H.J. SCHURING                DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
SCHURING-ROSS, A.J. AND/OR H.J. SCHURING                ZUIDERSINGEL 194 BARENDRECHT 2993 PR NETHERLANDS
SEGAAR, W. & -VERBEEK, A.J.                             DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
SEGAAR, W. & -VERBEEK, A.J.                             MAAIJ 9 BERGEYK 5571 TT NETHERLANDS
SNIJDERS, J.M.                                          DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
SNIJDERS, J.M.                                          HERWIJNENSTRAAT 17 TILBURG 5045 GP NETHERLANDS
STICHTING GAOS                                          C/O C.A. REUTER SWAALINGESTRAAT 31 ZOUTELANDE 4374 BV NETHERLANDS
STICHTING GAOS                                          DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: CLOO, H. AND/OR E. LINNEKAMP ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: DE WILDT MANAGEMENT B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: DIJKSTRA, R. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: DUIJNISVELD-DE ROOS, C.M.J.A. AND/OR P.H.C. DUIJNISVELD ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268
                                                        AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: GIJS VAN DER HORST MEUBELEN B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: HOUTAPPEL, R. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: JONGMAN BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                          TRANSFEROR: JONGMAN, P & -RIJSDIIJK, J.M.T ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
                                                     LEHMAN BROTHERS HOLDING INC.
                                                          CREDITOR LISTING

Name                                          Address
STICHTING THE VALUE FOUNDATION                TRANSFEROR: JOUSTRA, A.J. AND/OR B.G. JOUSTRA-BAKKER ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: KLAVER, S.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: KOK-MAASLAND, S.C.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: LANDA, A. & KORST, M.M.C. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: LANDA, A. & M.M.C. KORST KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: RINGNALDA, F.W. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: SCHURING-ROSS, A.J. & H.J. SCHURING KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: SEGAAR, W. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: SNIJDERS, J.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: STICHTING GAOS KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: STRENGHOLT, L.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: T.A.M. STRENGHOLT-DE SONNAVILLE KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: T4CAPITAL B.V. KEIZERSGRACHT AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: THIJSSEN, W.A.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: VAN BREE, HANS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: VAN DEN BERG, K.W. AND/OR H.J. VAN DEN BERG-GORT ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268
                                              AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: VAN DEN BROEK, ANNEMARIEKE ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: VAN DER CAAIJ, J.W. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: VAN DORRESTEYN, M.P. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: VAN HOUT, G.P. AND/OR C.E. VAN HOUT-SANDERS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: VLIEK, R.M.E. & M.N. VLIEK-VAN WOUDENBERG KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                TRANSFEROR: WARNING, M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STRENGHOLT, L.M.                              DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
                                              OVERBOSLAAN 4 HEEMSTEDE 2101 AM NETHERLANDS
STRENGHOLT, L.M.                              DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
T.A.M.A. STRENGHOLT-DE SONNAVILLE             DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
T.A.M.A. STRENGHOLT-DE SONNAVILLE             OVERBOSLAAN 4 HEEMSTEDE 2101 AM NETHERLANDS
T4CAPITAL B.V.                                C/O RONALD B. TAAL PARKLAAN 6 WASSENAAR 2241 XN NETHERLANDS
T4CAPITAL B.V.                                DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
THIJSSEN, W.                                  DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
THIJSSEN, W.                                  VORSTENDOM 46 CUIJK 5431 DD NETHERLANDS
VAN BREE, HANS                                C/O CORAL HOLDING BV VIVALDIPARK 26 HILVERSUM 1217 DV NETHERLANDS
VAN BREE, HANS                                DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
VAN DEN BERG, K.W. AND/OR H.J. VAN DEN        DE WAARD 1 URK 8321 LT NETHERLANDS
  BERG-GORT
VAN DEN BERG, K.W. AND/OR H.J. VAN DEN        DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
  BERG-GORT
VAN DEN BROEK, ANNEMARIEKE                    DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
VAN DEN BROEK, ANNEMARIEKE                    LISDODDELAAN 98 AMSTERDAM 1087 KA NETHERLANDS
VAN DER CAAIJ, J.W.                           DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
VAN DER CAAIJ, J.W.                           HEECHHIEM 13 GOUTUM 9084 BA NETHERLANDS
VAN DORRESTEYN, M.P.                          DORRESTEINWEG 76 A SOEST 3763 LL NETHERLANDS
VAN HOUT, G.P. AND/OR C.E. VAN                DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
  HOUT-SANDERS
VAN HOUT, G.P. AND/OR C.E. VAN                VLISTSTRAAT 1 EINDHOVEN 5626 DV NETHERLANDS
  HOUT-SANDERS
VLIEK, R.M.E. AND/OR M.N. VLIEK-VAN           DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM
  WOUDENBERG
VLIEK, R.M.E. AND/OR M.N. VLIEK-VAN           KAPELWEG 35 MIERLO 5731 VJ NETHERLANDS
  WOUDENBERG
WARNING, M.V.                                 SARPHATISTRAAT 582 AMSTERDAM 1018 AV NETHERLANDS

Total Number of Records Printed                      94                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```