UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 24500

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
2nd day of February, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    AKB PRIVATBANK ZURICH
               POSTFACH
               ZURICH 8022 SWITZERLAND


Additional:    AKB PRIVATBANK ZURICH
               AARGAUISCHE KANTONALBANK
               ISFS/EBU9
               BAHNHOFSTRASSE 58
               AARAU CH-5001 SWITZERLAND




Transferee:    GALE PACIFIC LTD.
               ***NO ADDRESS PROVIDED***
               ***NOT PROVIDED***



**Your transfer** of claim #   42372   is defective for the reason(s) checked below:

Address Missing




Docket Number 24500              Date 01/20/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 27, 2012.

# EXHIBIT B

```
TIME: 16:49:04                            LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 01/27/12                                 CREDITOR LISTING

Name                            Address
AKB PRIVATBANK ZURICH           POSTFACH ZURICH 8022 SWITZERLAND
AKB PRIVATBANK ZURICH           AARGAUISCHE KANTONALBANK ISFS/EBU9 BAHNHOFSTRASSE 58 AARAU CH-5001 SWITZERLAND
GALE PACIFIC LTD.               ***NO ADDRESS PROVIDED*** ***NOT PROVIDED***


Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC