UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x Ref. Docket Nos. 23644-23648,
23650, 23823, 23824, 23826-23829,
24392, 24629, 24630, 24636, 24638,
24645-24651, 24656, 24657, 24664,
24665, 24667, 24679, 24684-24689,
24691-24693, 24696, 24698, 24699,
24702, 24704, 24705

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 30, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Lauren Rodriguez
                                                Lauren Rodriguez

Sworn to before me this
2nd day of February, 2012
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 23644-23648, 23650, 24702, 24704, 24705_AFF_01-30-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
           Debtors.                        |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO         GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER
         GOLDMAN SACHS CAPITAL MARKETS, L.P.)                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
         ATTN: DARREN LITTLEJOHN                                ATTN: SETH GROSSHANDLER, ESQ.
         85 BROAD STREET                                        ONE LIBERTY PLAZA
         NEW YORK NY 10004                                      NEW YORK NY 10006
```

Please note that your claim # 28103-03 in the above referenced case and in the amount of
    $215,311,290.78   allowed at $10,000,000.00      has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO
         ATTN: DENNIS LAFFERTY
         200 WEST STREET
         NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 23648     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/30/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 30, 2012.

# EXHIBIT B

```
TIME: 21:29:20                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 01/30/12                                                   CREDITOR LISTING

Name                                              Address
BANCA FIDEURAM S.P.A                              TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. ATTN: EMANUELE CASTRO, LEGAL DEPT PIAZZALE G DOUHET 31 ROMA 00143  ITALY
BANCA POPOLARE DI SPOLETO S.P.A.                  ATTN: MR. VALERIO VOLPI PIAZZA LUIGI PIANCIANI, 5 SPOLETO (PERUGIA)   06049 ITALY
BANQUE DEGROOF LUXEMBOURG SA.                     ACTING AS DEPOSITARY BANK 12, RUE EUGENE RUPPERT LUXEMBOURG  L-2453 LUXEMBOURG
BARCLAYS BANK PLC                                 TRANSFEROR: UBS AG ATTN: DANIEL CROWLEY DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
CANDLEWOOD SPECIAL SITUATIONS MASTER              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
FUND, LTD.                                        NEW YORK NY 10017
CENTRALE BRANCHEVER WONEN (CBW-MITEX)             J.D. VAN DER ZEE POSTBUS 762 ZEIST   3700 AT NETHERLANDS
CF CLAIMS LLC                                     TRANSFEROR: FLUTSCH, BETTINA ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: HAYWARD, JOHN ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: MAIWALD, KARL-HEINZ ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: NEBOT RIERA, NURIA ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: ODELL, ANN MARY ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: WIERSMA, H.A. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CF CLAIMS LLC                                     TRANSFEROR: WINDLE, LUCY-CLARE ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
COPPENS, T.W.E.G.H.                               SPORTLAAN 71 ROSMALEN  5242 GP NETHERLANDS
CREDIT SUISSE INTERNATIONAL                       DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE INTERNATIONAL                       TRANSFEROR: PBC FINANCING LLC CREDIT SUISSE WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE INTERNATIONAL                       TRANSFEROR: PBC FINANCING LLC CREDIT SUISSE WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10017
CWD OC 522 MASTER FUND, LTD.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
                                                  NEW YORK NY 10017
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: FONDAZIONE ENASARCO C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ETORPENSION, E.P.S.V                              PASEO MIKELETEGI, 52 SAN SEBASTIAN (GIPUZKO4)   20009 SPAIN
FLUTSCH, BETTINA                                  ROSENHUGELWEG 9 DAVOS-PLATZ  7270 SWITZERLAND
FONDAZIONE ENASARCO                               ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
FONDAZIONE ENASARCO                               TRANSFEROR: ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD VIA ANTONIOTTO USIDIMARE ATTN: MARCO DIVITO ROMA  31,00154 ITALY
GENTRIFICATION VENTURES, L.L.C.                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING 210 ROUTE 303
                                                  VALLEY COTTAGE NY 10989
GOLDMAN SACHS BANK USA (SUCCESSOR BY              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
MERGER TO
GOLDMAN SACHS BANK USA (SUCCESSOR BY              GOLDMAN SACHS CAPITAL MARKETS, L.P.) ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004
MERGER TO
GOLDMAN SACHS INTERNATIONAL                       ATTN: JOHN TRIBOLATI, CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON  EC4A 2BB UNITED KINGDOM
GOLDMAN SACHS INTERNATIONAL                       CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
HAYWARD, JOHN                                     66 PINEWOOD DRIVE BARTLEY GREEN BIRMINGHAM  B32 4LD UNITED KINGDOM
HOOGSTRATE, JAN                                   AZALEALAAN 14 KAPELLEN  2950 BELGIUM
ILLIQUIDX LLP                                     TRANSFEROR: KUTXA ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                     TRANSFEROR: KUTXA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                     TRANSFEROR: OLYMPIC FINANCE, INC. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: BANQUE DEGROOF LUXEMBOURG SA. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
KUTXA                                             TRANSFEROR: IRALDE S.L. INIGO LOPEZ TAPIA HEAD OF CAPITAL MARKETS CALLE GETARIA 9-11 DONOSTIA-SAN SEBASTIAN  20005
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
LP
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: CENTRALE BRANCHEVER WONEN (CBW-MITEX) ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: COPPENS, T.W.E.G.H. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: PENSIONSKASSE KERN & CO AG ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: STIVO (CBW-MITEX) ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: VAN DER WERFF-ZUIJDERVLIVET, A.M. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: ETORPENSION, E.P.S.V ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: HOOGSTRATE, JAN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: TSOUKARIDIS, IOANNIS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: WEISS, DIETLINDE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: WELTEVREDE, BENJAMIN C. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MAIWALD, KARL-HEINZ                               GOLDREGENWEG 15A NEUSS  41468 GERMANY


                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:29:20                                               LEHMAN BROTHERS HOLDING INC.                                                               PAGE:    2
DATE: 01/30/12                                                    CREDITOR LISTING

Name                                         Address
NEBOT RIERA, NURIA                           CL NOU 60 B PALAFRUGELL, GIRONA  17200 SPAIN
ODELL, ANN MARY                              24 DODDS PARK BROCKHAM BETCHWORTH   RH3 7LD UNITED KINGDOM
OLYMPIC FINANCE, INC.                        C/O OLYMPIC TOWER ASSOCS. ATTN: RICHARD EHRLICH, ESQ. 645 FIFTH AVE, SUITE 301 NEW YORK NY 10022
OLYMPIC FINANCE, INC.                        ROBERT DREMLUK, ESQ. SEYFARTH SHAW LLP 620 EIGHTH AVE. NEW YORK NY 10018
PAULSON CREDIT OPPORTUNITIES MASTER LTD      ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD      TRANSFEROR: ESSENT TRADING INTERNATIONAL SA 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.     SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.     ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.     TRANSFEROR: ESSENT ENERGY TRADING BV C/O PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR
                                             NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.     TRANSFEROR: ESSENT TRADING INTERNATIONAL SA 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: STUART MERZER 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PBC FINANCING LLC                            WILLIAM DOYLE CREDIT SUISSE 11 MADISON AVENUE NEW YORK NY 10010
PBC FINANCING LLC                            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PBC FINANCING LLC                            TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PBC FINANCING LLC                            TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10010
PBC FINANCING LLC                            TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PBC FINANCING LLC                            TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. CREDIT SUISSE ATTN; WILLIAM DOLE 11 MADISON NEW YORK NY 10010
PENSIONSKASSE KERN & CO AG                   DIVOR AG HERR ARNO WOLFENSBERGER POSTFACH 5018 DATTWIL AG  5405 SWITZERLAND
PENSIONSKASSE KERN & CO AG                   Z. HD. HERRN P. WULLSCHLEGER POSTFACH AARAU  5001 SWITZERLAND
ROYAL BANK OF SCOTLAND NV                    TRANSFEROR: TONG LAI WAH 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD HONG KONG   HONG KONG
STIVO (CBW-MITEX)                            J.D. VAN DER ZEE POSTBUS 762 ZEIST  3700 AT NETHERLANDS
TONG LAI WAH                                 FLAT G, 25 FLOOR, TOWER 2 THE WATERSIDE, 15 ON CHUN STREET MA ON SHAN, N.T.   HONG KONG
TSOUKARIDIS, IOANNIS                         19, VAISLEOS ALEXANDROU ATHENS  14561 GREECE
UBS AG                                       BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VAN DER WERFF-ZUIJDERVLIVET, A.M.            PRINS HENDRIKSTRAAT 12 ALPHEN AAN DEN RIJN  2405 XM NETHERLANDS
WEISS, DIETLINDE                             SCHUETTELSTRASSE 23-25/2/5 VIENNA  1020 AUSTRIA
WELTEVREDE, BENJAMIN C.                      IN DE BALYE 5 MAASLAND  3155 XA NETHERLANDS
WIERSMA, H.A.                                MERELHOF 30 VOORSCHOTEN  2251 DD NETHERLANDS
WINDLE, LUCY-CLARE                           10 MISTY MEADOWS CAMBRIDGE CAMBRIDGESHIRE  CB5 8UR UNITED KINGDOM


Total Number of Records Printed          80                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```