UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                            :

In re                           :        Chapter 11 Case No.
                            :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                            :        (Jointly Administered)
           Debtors.       :
                            :

-------------------------------------------------------------------x    Ref. Docket Nos. 23844, 24360,
24361, 24393, 24418, 24419, 24463-
24466, 24468, 24471, 24477-24480,
24612-24617, 24654, 24658-24663,
24675, 24681, 24683, 24694, 24695,
24697, 24701, 24706, 24707, 24709,
24711, 24714, 24723, 24725, 24737,
24744-24752, 24754, 24755

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 31, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Lauren Rodriguez*
                                    Lauren Rodriguez

Sworn to before me this
2nd day of February, 2012
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BARCLAYS BANK PLC
>       TRANSFEROR: INVESTISSEMENT TRESOR VIE
>       745 SEVENTH AVENUE
>       NEW YORK NY 10019

Please note that your claim # 63597 in the above referenced case and in the amount of $1,463,982.04  allowed at $1,457,915.77      has been transferred (**unless previously expunged by court order**)

> ELLIOTT INTERNATIONAL, L.P.
> TRANSFEROR: BARCLAYS BANK PLC
> ATTN: MICHAEL STEPHAN
> 40 W. 57TH STREET
> NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 24418      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/31/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 31, 2012.

**EXHIBIT B**

TIME: 17:11:39
DATE: 01/31/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ABRAHAMSE, J.C. | BRIGANTIJNSTRAAT 55 ZAANDAM 1503 BR NETHERLANDS |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: SERVIZIO FINANZA/UFF. AMMIN. TITOLI PIAZZA GARIBALDI, 16 SONDRIO SO 23100 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1 DESIO (MB) 20033 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: INVESTISSEMENT TRESOR VIE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BERKMANN, RAINER | ELISABETHSTRASSE 8 MANNHEIM D-68165 GERMANY |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CHUNG YEE WAN | ROOM 1932 19/F., SHEK YO HOUSE SHEK WAI KOK ESTATE TSUEN WAN, NT HONG KONG |
| COMMERZBANK | TRANSFEROR: KAY, ATEL & ERIKA ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| COMMERZBANK | TRANSFEROR: ORSCHEL, IRMGARD ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| COMMERZBANK | TRANSFEROR: SCHNEIDER, OTTO N. ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| COMMERZBANK AG | TRANSFEROR: GRABNER, MICHAEL ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CREDIT SUISSE INTERNATIONAL, | TRANSFEROR: PBC FINANCING LLC C/O CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK #05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP C/O DEUTSCHE BANK SECURITIES INC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CREDIT STRATEGIES FUND ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI LYCAON MM L.P. C/O DEUTSCHE BANK SECURITIES INC.; ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI RAPAX MM L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GRAENER, MICHAEL | ALSTERCHAUSSEE 1 HAMBURG 20149 GERMANY |
| GRABNER, MICHAEL | FRIESENSTRASSE 1 WIEN 1010 AUSTRIA |
| HBK MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HO KEI YAN | FLAT 10 28/F PO ON HOUSE KAM ON COURT MA ON SHAN, NT HONG KONG |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: EITHAN EPHRATI ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: KUTXA ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: WEGELIN & CO., PRIVATBANKIERS ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| J.C. ABRAHAMSE B.V. | BRIGANTIJNSTRAAT 1503 BR NETHERLANDS |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| KAY, ATEL & ERIKA | JM ESD 18 HASBERGEU 49205 GERMANY |
| LAU FUNG MEE | BLOCK 15, 1/7, RM F PARC OASIS, KOWLOON TONG, KLN HONG KONG |
| LEUNG CHI HO | RM 2112, FU YIU HSE LAI YIU EST. KWAI CHUNG HONG KONG CHINA |
| LEUNG KWOK KAY, TONY | LAGUNA VERDE TOWER 11 10/F, FLAT D KOWLOON HONG KONG |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |

TIME: 17:11:39
DATE: 01/31/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ABRAHAMSE, J.C. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BERKMANN, RAINER ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: J.C. ABRAHAMSE B.V. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: RINZEMA, L.C. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LUO BIN AND PENG JUN | ROOM 714, EAST BLOCK HAI AN BUILDING, HAI DE 3RD BLVD. NAN SHAN DISTRICT SHENZHEN, GUANG DONG 518001 CHINA |
| MAP 98 SEGREGATED PORTFOLIO OF LMA SPC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON STREET SUITE 1450 CHICAGO IL 60606 |
| MIDTOWN ACQUISITIONS L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| OCEANA MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON STREET SUITE 1450 CHICAGO IL 60606 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVE 9TH FLOOR NEW YORK NY 10019 |
| ORSCHEL, IRMGARD | MALVENWEG 41 COLOGNE 51063 GERMANY |
| ORSCHEL, IRMGARD | LAW OFFICE SCHEMMELL, ZUMPE & PROF. DR. MIKLISS ZUELPICHER STR 83 COLOGNE 50937 GERMANY |
| P MONARCH RECOVERY LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC |
| PAN LIHONG | FLAT C 38/F TOWER 5 THE HARBOUR GREEN 8 SHAM MONG ROAD TAI KOK TSUI KOWLOON  HONG KONG |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: BNP PARIBAS SECURITIES CORP 1251 AVENUE OF THE AMERICAS 50TH FL NEW YORK NY 10020 |
| PBC FINANCING LLC | PBC FINANCING LLC 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PBC FINANCING LLC | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PBC FINANCING LLC | ROBERT SCHEININGER SIDLEY AUSTIN LLP SEVENTH AVENUE NEW YORK NY 10019 |
| PBC FINANCING LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010 |
| PBC FINANCING LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O CREDIT SUISSE ATTN: WILLIAM DOLE 11 MADISON NEW YORK NY 10010 |
| PENTWATER EQUITY OPPORTUNITIES MASTER | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON STREET SUITE 1450 CHICAGO IL 60606 |
| PKT CREDIT OPPORTUNITIES FUND LTD. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVE, 9TH FLOOR NEW YORK NY 10019 |
| PWCM MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LUKE NEWCOMB 225 W WASHINGTON STREET SUITE 1450 CHICAGO IL 60606 |
| PWCM MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON STREET, SUITE 1450 CHICAGO IL 60606 |
| RINZEMA, L.C. | BORGSINGEL 8 HAREN GN 9753 CE NETHERLANDS |
| RINZEMA, L.C. | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| ROYAL BANK OF SCOTLAND NV, THE | CHUNG YEE WAN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD CENTRAL  HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | HO KEI YAN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD CENTRAL  HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | LAU FUNG MEE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD CENTRAL  HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | LEUNG CHI HO 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD CENTRAL  HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | LEUNG KWOK KAY, TONY 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD CENTRAL  HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | LUO BIN AND PENG JUN 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD. CENTRAL HONG KONG  HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | PAN LIHONG 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD. CENTRAL HONG KONG  HONG KONG |
| SCHNEIDER, OTTO N. | HALDENSIEDLUNG 23 HAUSHAM 83734 GERMANY |
| SCHNEIDER, OTTO N. | C/O KWAG RECHTSANWALTE LISE-MEITNER-STRASSE 2 BREMEN 28359 GERMANY |
| THE ROYAL BANK OF SCOTLAND PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THE ROYAL BANK OF SCOTLAND PLC | ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE VARDE FUND, L.P. | THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| UBS AG, ZURICH | CREDIT SUISSE SINGAPORE BRANCH BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | NUSCHELERSTRASSE 31 ZURICH CH-8021 SWITZERLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 17:11:39
DATE: 01/31/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 3

| Name | Address |
| --- | --- |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VOLKSBANK KRAICHGAU E.G. | TRANSFEROR: CREDIT SUISSE BAHNHOFSTR. 23 EPPINGEN D 75031 GERMANY |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ON BEHALF OF WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO ATTN: RACHEL CARR-HARRIS 650 FIFTH AVE. 9TH FLOOR NEW YORK NY 10019 |
| YORK GLOBAL FINANCE BDH LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORVIK PARTNERS LLP | TRANSFEROR: PRIVATBANK IHAG ZURICH AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed   105

EPIQ BANKRUPTCY SOLUTIONS, LLC