**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :    08-13555 (JMP)
                                                      :    (Jointly Administered)
              Debtors.                                :
                                                      :
-------------------------------------------------------------------x    Ref. Docket Nos. 23028, 24708

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 31, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
2nd day of February, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANK OF SINGAPORE LIMITED
              ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS
              ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL
              9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
              048619 SINGAPORE


Additional:   BANK OF SINGAPORE LIMITED
              CLIFFORD CHANCE US LLP
              ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ
              31 WEST 52ND STREET
              NEW YORK NY 10019


Transferee:   UBS AG
              ATTN: MR. HUGO KOLLER
              BAHNHOFSTRASSE 45
              ZURICH 8001 SWITZERLAND


**Your transfer   of claim #   41773-07   is defective for the reason(s) checked below:**

Other                              CURRENCY OF ISIN XS0286778476 DOES NOT MATCH CLAIM CURRENCY


Docket Number 15465          Date 03/30/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 31, 2012.

# EXHIBIT B

```
TIME: 17:10:10                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 01/31/12                                   CREDITOR LISTING

Name                           Address
BANK COOP AG                   ATTN: LEGAL DEPARTMENT DUFOURSTRASSE 50 BASEL  4002 SWITZERLAND
BANK OF SINGAPORE LIMITED      ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                               048619 SINGAPORE
BANK OF SINGAPORE LIMITED      CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
PENSIONSKASSE SVZ              BAHNHOFSTRASSE ENTLEBUCH  6162 SWITZERLAND
PENSIONSKASSE SVZ              VALIANT PRIVATBANK AG PO BOX BERN  3001 SWITZERLAND
ROYAL BANK OF SCOTLAND NV, THE 38/F, CHEUNG KONG CENTER 2 QUEENS ROAD, CENTRAL HONG KONG  HONG KONG
TAN TAK LIONG                  FLAT A, 91F, BLOCK 33, PARC OASIS YAU YAT TSUEN KOWLOON  HONG KONG
TONG KAM TO                    C/O GLOBAL PAYMENT AP LTD. 27/F MANHATTAN PLACE 23 WANG TAI ROAD KOWLOON BAY  HONG KONG
UBS AG                         ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
WONG MEI LIN TERESA            DUPLEX 7 6/F DYNASTY VILLA 1 DYNASTY HEIGHTS 2 YIN PING ROAD KLN  HONG KONG
YING SAU PING                  6A, WAH LAI COURT 12 WAH KING HILL ROAD KOWLOON  HONG KONG
YING SAU PING                  6A, WAH LAI COURT 12, WAH KING HILL ROAD KOWLOON  HONG KONG

Total Number of Records Printed    12
```