## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                          Debtors.

---------------------------------------------------------x

Case No. 08-13555 (JMP)

(Jointly Administered)

Chapter 11

### MOTION FOR ADMISSION OF LAURIE SELBER SILVERSTEIN, *PRO HAC VICE*

      I, Laurie Selber Silverstein, a member in good standing of the bar in the State of

Delaware, request admission, *pro hac vice*, before Honorable James M. Peck, to represent West

Corporation in the above–captioned cases.

      My address, telephone number, facsimile number and e-mail address are as

follows:

                Laurie Selber Silverstein (DE No. 2396)
                POTTER ANDERSON & CORROON LLP
                1313 North Market Street, 6th Floor
                Wilmington, DE 19801
                (302) 984-6033
                (302) 658-1192 (fax)
                E-mail: lsilverstein@potteranderson.com

      The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  February 3, 2012
        New York, New York

                                /s/ Laurie Selber Silverstein
                                Laurie Selber Silverstein