IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

Debtors.

Case No. 08-13555 (JMP)

(Jointly Administered)

Chapter 11

---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS ORDERED,** that Laurie Selber Silverstein is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE

PAC 1045190