UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC., *et al*

Debtors.

------------------------------------------------------------x

Chapter 11

08-13555(JMP)

(Jointly Administered)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John Mahonchak, hereby appears in the above-captioned

chapter 11 case by its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and

Bankruptcy Rule 9010 and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy

Rules 2002 and 9007, that all notices given or required to be given and all papers served or

required to be served in this case be given to and served as set forth below:

FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
Attention:  Kim R. Lynch, Esq.
201-845-1000

**PLEASE TAKE FURTHER NOTICE** that service by e-mail should be made on

Forman Holt Eliades & Ravin LLC at the following address:

klynch@formanlaw.com
kanema@formanlaw.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the

foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitations, orders and notices of any petition,

pleading, complaint, conference, hearing, application, motion, request, or demand (collectively,

the "Filings"), whether formal or informal, written or oral, or transmitted or conveyed by mail,

00060617 - 1

delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or

interests of John Mahonchak.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall

not constitute (a) a waiver of John Mahonchak's right to contest service of any filing, or (b) a

consent by John Mahonchak to the jurisdiction of the United States Bankruptcy Court for the

Southern District of New York with respect to any proceeding commenced in this case against or

otherwise involving John Mahonchak.

FORMAN HOLT ELIADES & RAVIN LLC
Attorneys for John Mahonchak


By:___*/s/ Kim R. Lynch*_____

Dated: February 6, 2012        Kim R. Lynch
(KL-5866)

80 Route 4 East, Suite 290
Paramus, NJ 07652
201-856-1000
klynch@formanlaw.com