UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

LEHMAN BROHTERS HOLDINGS INC., *et al*

Debtor.

-----------------------------------------------------------x

Chapter 11

Case No. 08-13555(JMP)

(Jointly Administered)

## CERTIFICATION OF SERVICE

I, Kathryn Anema, legal assistant with Forman Holt Eliades & Ravin LLC, hereby certify that on February 6, 2012, I caused to be served, by ECF and regular mail, a copy of Notice of Appearance upon the following party:

Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*(Attorneys for Debtors and Debtors in Possession)*

　　　　　　　　　　　　　　　　　　　　*/s/ Kathryn Anema*
　　　　　　　　　　　　　　　　　　　　Kathryn Anema

Dated:  February 6, 2012

00060624 - 1