## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, certify that I am not less than 18 years of age and that

on February 6, 2012, I caused a copy of the foregoing **Response of West Corporation to**

**Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims (No Liability Claims)**

to be served in the manner indicated upon the following:


**BY FEDERAL EXPRESS / OVERNIGHT PRIORITY :**

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004


**BY E-MAIL AND U.S. MAIL, FIRST
CLASS, POSTAGE PRE-PAID:**

Jacqueline Marcus, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jacqueline.marcus@weil.com

Office of the United States Trustee
Tracy Hope Davis, Esquire
Elisabetta G. Gasparini, Esquire
Andrea B. Schwartz, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004
andrea.b.schwartz@usdoj.gov

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com


Under penalty of perjury, I declare that the foregoing is true and correct.


_____
Laurie Selber Silverstein


PAC-1045944