UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BEUNNEL BV
      ROMY SCHNEIDERWEG 21
      ALMERE    1325 LW
      NETHERLANDS

Please note that your claim # 63188 in the above referenced case and in the amount of
$21,300.00    has been transferred (**unless previously expunged by court order**)

CF CLAIMS LLC
TRANSFEROR: BEUNNEL BV
ATTN: DAVID SHARPE
1345 AVE OF THE AMERICAS, 23RD FLOOR
NEW YORK NY 10105



RECEIVED JAN 30 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23878    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2012                Vito Genna, Clerk of Court

                                /s/ Lauren Rodriguez
                                _____
                                By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 5, 2012.

Beunnel B.V.
Romy Schneiderweg 21
1325 LW ALMERE
The Netherlands



# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., et al., | Case No. 08-13555 |
| Debtors. | (Jointly Administred) |

## OBJECTION TO FILING OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

1. On December 14, 2011, CF Claims LLC filed a Notice of Transfer of Claim Pursuant to Rule 3001(e)(2) (the "Notice") in respect of Claim No. 53466 in this case (Lehman Brothers Holding Inc., Debtor, Case No 08-13555 (JMP)) (Docket No. / Internal Control Number 23878).

2. PLEASE TAKE NOTICE that BEUNNEL BV hereby objects to the Transfer of Claim. Transferee is not in possession of a license issued by the Netherlands Authority for the Financial Markets (AFM), pursuant to article 2:96 of the Act on Financial Supervision.

3. I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

January 17, 2012
Almere, The Netherlands

BEUNNEL BV
By: Ms. N. Haarlem
Romy Schneiderweg 21
1325 LW ALMERE
The Netherlands
nellyhaarlem@gmail.com

CC: CF CLAIMS LLC