**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                          :       Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       08-13555 (JMP)
                                               :
        Debtors.                               :       (Jointly Administered)
                                               :
------------------------------------------------------------------x       Ref. Docket No. 24823

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts," dated January 31, 2012 [Docket No. 24823], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, on January 31, 2012,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, on January 31, 2012,

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on January 31, 2012, and

    d. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit D, on February 1, 2012.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
2nd day of February, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bill.freeman@pillsburylaw.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmiller@mofo.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com |
| ahammer@freebornpeters.com | brian.corey@greentreecreditsolutions.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bstrickland@wtplaw.com |
| akornikova@lcbf.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amartin@sheppardmullin.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| anann@foley.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | colea@gtlaw.com |
| ashmead@sewkis.com | cousinss@gtlaw.com |
| asnow@ssbb.com | cp@stevenslee.com |
| atrehan@mayerbrown.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com

dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jen.premisler@cliffordchance.com |
| glenn.siegel@dechert.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| gravert@ravertpllc.com | jeremy.eiden@ag.state.mn.us |
| gspilsbury@jsslaw.com | jfalgowski@reedsmith.com |
| guzzi@whitecase.com | jflaxer@golenbock.com |
| harrisjm@michigan.gov | jfox@joefoxlaw.com |
| harveystrickon@paulhastings.com | jfreeberg@wfw.com |
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| hsteel@brownrudnick.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdoran@haslaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |
| jeannette.boot@wilmerhale.com | jpintarelli@mofo.com |
| jeff.wittig@coair.com | jporter@entwistle-law.com |
| jeffery.black@bingham.com | jprol@lowenstein.com |
| jeffrey.sabin@bingham.com | jrabinowitz@rltlawfirm.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jrsmith@hunton.com | ljkotler@duanemorris.com |
| jschwartz@hahnhessen.com | lkatz@ltblaw.com |
| jsheerin@mcguirewoods.com | lmarinuzzi@mofo.com |
| jshickich@riddellwilliams.com | lmay@coleschotz.com |
| jsmairo@pbnlaw.com | lmcgowen@orrick.com |
| jstoll@mayerbrown.com | lml@ppgms.com |
| jsullivan@mosessinger.com | lnashelsky@mofo.com |
| jteitelbaum@tblawllp.com | loizides@loizides.com |
| jtimko@shutts.com | lromansic@steptoe.com |
| jtougas@mayerbrown.com | lscarcella@farrellfritz.com |
| judy.morse@crowedunlevy.com | lschweitzer@cgsh.com |
| jvail@ssrl.com | lsilverstein@potteranderson.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.bane@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| ken.coleman@allenovery.com | mark.sherrill@sutherland.com |
| ken.higman@hp.com | martin.davis@ots.treas.gov |
| kerry.moynihan@hro.com | marvin.clements@ag.tn.gov |
| kgwynne@reedsmith.com | matt@willaw.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kkelly@ebglaw.com | maustin@orrick.com |
| kkolbig@mosessinger.com | max.polonsky@skadden.com |
| klyman@irell.com | mbenner@tishmanspeyer.com |
| kmayer@mccarter.com | mberman@nixonpeabody.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mbienenstock@dl.com |
| kovskyd@pepperlaw.com | mbloemsma@mhjur.com |
| kpiper@steptoe.com | mbossi@thompsoncoburn.com |
| kressk@pepperlaw.com | mcademartori@sheppardmullin.com |
| kreynolds@mklawnyc.com | mccombst@sullcrom.com |
| krosen@lowenstein.com | mcordone@stradley.com |
| kuehn@bragarwexler.com | mcto@debevoise.com |
| kurt.mayr@bgllp.com | mcyganowski@oshr.com |
| lacyr@sullcrom.com | mdahlman@kayescholer.com |
| landon@streusandlandon.com | mdorval@stradley.com |
| lapeterson@foley.com | melorod@gtlaw.com |
| lathompson@co.sanmateo.ca.us | meltzere@pepperlaw.com |
| lberkoff@moritthock.com | metkin@lowenstein.com |
| lee.stremba@troutmansanders.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mharris@smsm.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| michael.frege@cms-hs.com | paronzon@milbank.com |
| michael.kelly@monarchlp.com | patrick.oh@freshfields.com |
| michael.kim@kobrekim.com | paul.turner@sutherland.com |
| michael.mccrory@btlaw.com | pbattista@gjb-law.com |
| michael.reilly@bingham.com | pbosswick@ssbb.com |
| millee12@nationwide.com | pdublin@akingump.com |
| miller@taftlaw.com | peisenberg@lockelord.com |
| mimi.m.wong@irscounsel.treas.gov | peter.gilhuly@lw.com |
| mitchell.ayer@tklaw.com | peter.macdonald@wilmerhale.com |
| mjacobs@pryorcashman.com | peter.simmons@friedfrank.com |
| mjedelman@vedderprice.com | peter@bankrupt.com |
| mjr1@westchestergov.com | pfeldman@oshr.com |
| mkjaer@winston.com | phayden@mcguirewoods.com |
| mlahaie@akingump.com | pmaxcy@sonnenschein.com |
| mlandman@lcbf.com | ppascuzzi@ffwplaw.com |
| mlichtenstein@crowell.com | ppatterson@stradley.com |
| mlynch2@travelers.com | psp@njlawfirm.com |
| mmendez@hunton.com | ptrain-gutierrez@kaplanlandau.com |
| mmooney@deilylawfirm.com | ptrostle@jenner.com |
| mmorreale@us.mufg.jp | pwright@dl.com |
| mneier@ibolaw.com | r.stahl@stahlzelloe.com |
| monica.lawless@brookfieldproperties.com | raj.madan@bingham.com |
| mpage@kelleydrye.com | rajohnson@akingump.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | ranjit.mather@bnymellon.com |
| mprimoff@kayescholer.com | raul.alcantar@ropesgray.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mschlesinger@julienandschlesinger.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |
| notice@bkcylaw.com | robert.bailey@bnymellon.com |
| oipress@travelers.com | robert.dombroff@bingham.com |
| omeca.nedd@lovells.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| robert.yalen@usdoj.gov | smayerson@ssd.com |
| robertdakis@quinnemanuel.com | smillman@stroock.com |
| robin.keller@lovells.com | smulligan@bsblawyers.com |
| roger@rnagioff.com | snewman@katskykorins.com |
| ronald.silverman@bingham.com | sory@fdlaw.com |
| ross.martin@ropesgray.com | spiotto@chapman.com |
| rqureshi@reedsmith.com | splatzer@platzerlaw.com |
| rrainer@wmd-law.com | squigley@lowenstein.com |
| rreid@sheppardmullin.com | sree@lcbf.com |
| rrigolosi@smsm.com | sschultz@akingump.com |
| rroupinian@outtengolden.com | sselbst@herrick.com |
| rrussell@andrewskurth.com | sshimshak@paulweiss.com |
| rterenzi@stcwlaw.com | sskelly@teamtogut.com |
| rtrust@cravath.com | sstarr@starrandstarr.com |
| russj4478@aol.com | steele@lowenstein.com |
| rwasserman@cftc.gov | stephen.cowan@dlapiper.com |
| rwyron@orrick.com | steve.ginther@dor.mo.gov |
| s.minehan@aozorabank.co.jp | steven.troyer@commerzbank.com |
| sabin.willett@bingham.com | steven.wilamowsky@bingham.com |
| sabramowitz@velaw.com | streusand@streusandlandon.com |
| sabvanrooy@hotmail.com | susan.schultz@newedgegroup.com |
| sagolden@hhlaw.com | susheelkirpalani@quinnemanuel.com |
| sally.henry@skadden.com | sweyl@haslaw.com |
| sandyscafaria@eaton.com | swolowitz@mayerbrown.com |
| sara.tapinekis@cliffordchance.com | szuch@wiggin.com |
| scargill@lowenstein.com | tannweiler@greerherz.com |
| schannej@pepperlaw.com | tarbit@cftc.gov |
| schepis@pursuitpartners.com | tbrock@ssbb.com |
| schnabel.eric@dorsey.com | tdewey@dpklaw.com |
| schristianson@buchalter.com | tduffy@andersonkill.com |
| schwartzmatthew@sullcrom.com | teresa.oxford@invescoaim.com |
| scottshelley@quinnemanuel.com | tgoren@mofo.com |
| scousins@armstrongteasdale.com | thaler@thalergertler.com |
| sdnyecf@dor.mo.gov | thomas.califano@dlapiper.com |
| sean@blbglaw.com | thomas.ogden@dpw.com |
| sehlers@armstrongteasdale.com | thomas_noguerola@calpers.ca.gov |
| seichel@crowell.com | tim.desieno@bingham.com |
| sfelderstein@ffwplaw.com | timothy.brink@dlapiper.com |
| sfineman@lchb.com | timothy.palmer@bipc.com |
| sfox@mcguirewoods.com | tjfreedman@pbnlaw.com |
| sgordon@cahill.com | tkarcher@dl.com |
| sgubner@ebg-law.com | tkiriakos@mayerbrown.com |
| shannon.nagle@friedfrank.com | tlauria@whitecase.com |
| sharbeck@sipc.org | tmacwright@whitecase.com |
| shari.leventhal@ny.frb.org | tmarrion@haslaw.com |
| shgross5@yahoo.com | tnixon@gklaw.com |
| sidorsky@butzel.com | toby.r.rosenberg@irscounsel.treas.gov |
| slerman@ebglaw.com | tony.davis@bakerbotts.com |
| slerner@ssd.com | tslome@msek.com |
| slevine@brownrudnick.com | ttracy@crockerkuno.com |
| sloden@diamondmccarthy.com | twheeler@lowenstein.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| ACCESS FLEX HIGH YIELD FUND | 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| ADVENTIST HEALTH SYSTEM/SUNBELT INC. | 111 NORTH ORLANDO AVENUE ATTN: GARY SKILTON, SVP/TREASURER WINTER PARK FL 32789 |
| AIB INTERNATIONAL CENTER | INTERNATIONAL FINANCIAL SERVICES CENTER SAPHIR FINANCE PLC 2007-5 NORTH WALL QUAY DUBLIN 1, ATTN: TOM GEARY/ ADRIAN WRAFTER DUBLIN 1 |
| BANK OF MONTREAL | FIRST BANK TOWER 17TH FLOOR FIRST CANADIAN PLACE ATTN: SENIOR MANAGER SWAPS DESK TORONTO ON M5X 1A1 CANADA |
| BENNETTE D. KRAMER | SCHLAM STONE & DOLAN LLP FEDERAL HOME LOAN BANK OF INDIANAPOLIS 26 BROADWAY NEW YORK NY 10004 |
| BNY CORPORATE TRUSTEE SERVICES LIMITED - LONDON | BRANCH SAPHIR FINANCE PLC 2007-5 ONE CANADA SQUARE LONDON LONDON E14 5AL UNITED KINGDOM |
| CAROLE NEVILLE | SNR DENTON US LLP PRESBYTERIAN HOMES 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1089 |
| CHRISTOPHER S. CHOW | BALLARD SPAHR LLP RIDDLE MEMORIAL HOSPITAL HEALTH CARE CENTER III ASSOCIATES 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CLAUDE G. SZYFER | STROOCK & STROOCK & LAVAN LLP HESS CORPORATION AND HESS ENERGY POWER & GAS COMPANY (UK), LIMITED 180 MAIDEN LANE NEW YORK NY 10038 |
| CLAUDE SZYFER | STROOCK & STROOCK & LAVAN LLP MIZUHO CORPORATE BANK, LTD. 180 MAIDEN LANE NEW YORK NY 10038 |
| CLAUDE SZYFER | STROOCK & STROOCK & LAVAN LLP MIZUHO SECURITIES CO., LTD. 180 MAIDEN LANE NEW YORK NY 10038 |
| COMMERZBANK AG | 32-36 NEUE MAINZER STR. 60311 ATTN: CFP RISK CONTROL FRANKFURT/MAIN GERMANY |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP DRYDEN TOTAL RETURN BOND FUND, INC. 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP RACERS 2007-7-MM 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CRAIG PRICE | CHAPMAN AND CUTLER LLP BANK OF MONTREAL 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| DANTE FINANCE PUBLIC LIMITED COMPANY | BERYL FINANCE LIMITED SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE IRELAND DUBLIN 1 |
| DAVID M. TURETSKY | MAX S. POLONSKY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP DRYDEN GLOBAL TOTAL RETURN FUND, INC FOUR TIMES SQUARE NEW YORK NY 10036 |
| DAVID M. TURETSKY | MAX S. POLONSKY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP DRYDEN HIGH YIELD FUND, INC. FOUR TIMES SQUARE NEW YORK NY 10036 |
| DAVID M. TURETSKY | MAX S. POLONSKY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP DRYDEN TOTAL RETURN BOND FUND, INC. FOUR TIMES SQUARE NEW YORK NY 10036 |
| DAVID M. TURETSKY | MAX S. POLONSKY SKADDEN ARPS LLP HIGH YIELD BOND PORTFOLIO OF THE PRUDENTIAL SERIES FUND FOUR TIMES SQUARE NEW YORK NY 10036 |
| DAVID M. TURETSKY, MAX S. POLONSKY | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP DIVERSIFIED BOND PORTFOLIO OF THE PRUDENTIAL SERIES FUND, FOUR TIMES SQUARE NEW YORK NY 10036 |
| DIVERSIFIED BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND, TWO GATEWAY CENTER, 7TH FLOOR ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP NEWARK NJ 07102 |
| DRESDNER BANK AG | JURGEN-PONTO PLATZ 1 D- 60301 FRANKFURT FRANKFURT GERMANY |
| DRESDNER BANK AG | MARCUS NETTLETON (CAPITAL MARKETS - FICC) 30 GRESHAM STREET LONDON, EC2P 2XY LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | PO BOX 52715 30 GRESHMAN STREET LONDON EC2P2XY UNITED KINGDOM |
| DRESDNER BANK AG LONDON BRANCH | HEAD OF LEGAL SERVICES P.O. BOX 52715 LONDON EC2P 2XY UNITED KINGDOM |
| DRYDEN GLOBAL TOTAL RETURN FUND, INC | TWO GATEWAY CENTER, 7TH FLOOR ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP NEWARK NJ 07102 |
| DRYDEN HIGH YIELD FUND, INC | TWO GATEWAY CENTER, 7TH FLOOR ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP NEWARK NJ 07102 |
| DRYDEN TOTAL RETURN BOND FUND, INC. | TWO GATEWAY CENTER, 7TH FLOOR ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP NEWARK NJ 07102 |

| Claim Name | Address Information |
|---|---|
| EDWARD A. SMITH, RISHI KAPOOR | VENABLE LLP URSULINE ACADEMY DEDHAM, INC. ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP BERYL FINANCE LIMITED SERIES 2006-15 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP BERYL FINANCE LIMITED SERIES 2008-7 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP SAPHIR FINANCE PLC 2007-5 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP TIAA STRUCTURED FINANCE CDO 1, LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ESKATON PROPERTIES, INC | 5105 MANZANITA AVENUE CARMICHAEL CA 95608-0598 |
| EVERGREEN SOLAR, INC | 138 BARTLETT STREET MARLBORO MA 01752-3016 |
| FEDERAL HOME LOAN BANK OF | INDIANAPOLIS 8250 WOODFIELD CROSSING BLVD. ATTN: LAURA L. DICIOCCIO INDIANAPOLIS IN 46240 |
| FLORIDA POWER & LIGHT COMPANY | C/O ENERGY MARKETING & TRADING DIVISION MAIL STOP EMT/JB, 700 UNIVERSE BLVD. ATTN: CONTRACTS/LEGAL JUNO BEACH FL 33408 |
| FREDERICK B, HORGAN | BUSINESS MANAGER URSULINE ACADEMY INC. URSULINE ACADEMY DEDHAM, INC. 85 LOWDER STREET DEDHAM MA 02081 |
| FREDERICK D. HYMAN | MAYER BROWN LLP WATERSTONE CAPITAL ADVISORS LLC 1675 BROADWAY NEW YORK NY 10019 |
| GEORGE A. ZIMMERMAN | MAX S. POLONSKY SKADDEN ARPS SLATE MEAGHER & FLOM LLP FLORIDA POWER & LIGHT COMPANY FOUR TIMES SQUARE NEW YORK NY 10036 |
| GEORGE A. ZIMMERMAN | MAX S. POLONSKY SKADDEN ARPS SLATE MEAGHER & FLOM LLP NEXTERA ENERGY POWER MARKETING, LLC (FKA FPL ENERGY POWER MARKETING INC.) FOUR TIMES SQUARE NEW YORK NY 10036 |
| HESS CORPORATION | 1185 AVENUE OF THE AMERICAS ATTN: CHARLES F. CERRIA, ESQ. NEW YORK NY 10036 |
| HIGH YIELD BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND TWO GATEWAY CENTER, 7TH FLOOR, ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP NEWARK NJ 07102 |
| HSBC BANK, USA | CTLA - STRUCTURED FINANCE BERYL FINANCE LIMITED SERIES 2006-15 10 EAST 40TH STREET, FLOOR 14 ATTN: THOMAS MUSARRA NEW YORK NY 10016 |
| HSBC BANK, USA | CTLA - STRUCTURED FINANCE OAK HILL CREDIT PARTNERS IV LIMITED 10 EAST 40TH STREET, FLOOR 14 ATTN: THOMAS MUSARRA NEW YORK NY 10016 |
| HSBC BANK, USA | CTLA - STRUCTURED FINANCE SAPHIR FINANCE PLC 2007-5 10 EAST 40TH STREET, FLOOR 14 ATTN: THOMAS MUSARRA NEW YORK NY 10016 |
| IRA A. REID | BAKER & MCKENZIE LLP TOKYO GAS COMPANY, LTD. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JAMES E. SPIOTTO | CHAPMAN AND CUTLER DRYDEN TOTAL RETURN BOND FUND, INC. 111 WEST MONROE STREET CHICAGO IL 60603-4080 |
| JEFFREY L. SCHWARTZ | CHRISTOPHER J. HUNKER HAHN & HESSEN LLP COMMERZBANK AKTIENGESELLSCHAFT(FRANKFURT ONLY) 488 MADISON AVENUE NEW YORK NY 10022 |
| JEFFREY L. SCHWARTZ | CHRISTOPHER J. HUNKER HAHN & HESSEN LLP DRESDNER BANK AG 488 MADISON AVENUE NEW YORK NY 10022 |
| JOSHUA DORCHAK | BINGHAM MCCUTCHEN LLP EVERGREEN SOLAR, INC. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| LVFN PARTNERS, L.P. | RELATIONSHIP FUNDING 227 WEST MONROE, SUITE 4900 ATTN: OPERATIONS DEPARTMENT CHICAGO IL 60606 |
| LVFN PARTNERS, L.P. | 201 MAIN STREET, SUITE 2600 ATTN: THOMAS WHITE FORT WORTH TX 76102 |
| MARK C. ELLENBERG | JOHN THOMPSON CADWALADER, WICKERSHAM & TAFT LLP OAK HILL CREDIT PARTNERS IV LIMITED 700 6TH STREET, NW WASHINGTON DC 20001 |
| MARK D. SHERRILL | SUTHERLAND ASBILL & BRENNAN LLP ACCESS FLEX HIGH YIELD FUND 1275 PENNSYLVANIA AVE., NW WASHINGTON DC 20004 |
| MARK D. SHERRILL | SUTHERLAND ASBILL & BRENNAN LLP ACCESS VP HIGH YIELD FUND 1275 PENNSYLVANIA AVE., NW WASHINGTON DC 20004 |

| Claim Name | Address Information |
|---|---|
| MARK D. SHERRILL | SUTHERLAND ASBILL & BRENNAN LLP FALLING U.S. DOLLAR PROFUND 1275 PENNSYLVANIA AVE., NW WASHINGTON DC 20004 |
| MARK D. SHERRILL | SUTHERLAND ASBILL & BRENNAN LLP FALLING US DOLLAR PROFUNDS VP 1275 PENNSYLVANIA AVE., NW WASHINGTON DC 20004 |
| MICHAEL BERNSTEIN, ROSA EVERGREEN | DANA YANKOWITZ ARNOLD & PORTER LLP ADVENTIST HEALTH SYSTEM/SUNBELT, INC. 555 TWELFTH ST., N.W. WASHINGTON DC 20004-1206 |
| MIZUHO CORPORATE BANK, LTD. | ATTN: MR. IKUO SATO 5-5 OTEMACHI 1- CHOME CHIYODA-KU TOKYO 100 TOKYO JAPAN |
| MIZUHO CORPORATE BANK, LTD. | 1-3-3, MARUNOUCHI, CHIYODA-KU TOKYO, JAPAN 100-8210 TOKYO 100-8210 JAPAN |
| MIZUHO CORPORATE BANK, LTD. | 1251 AVENUE OF THE AMERICAS ATTN: HIDENORI WANTABE NEW YORK NY 10020 |
| MIZUHO SECURITIES CO., LTD. | OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100- 0004 TOKYO JAPAN |
| NAVA HAZAN | JARED ZAJAC MCDERMOTT WILL & EMERY LLP ESKATON PROPERTIES, INC 340 MADISON AVENUE NEW YORK NY 10173 |
| NEXTERA ENERGY POWER | MARKETING, LLC (FKA FPL ENERGY POWER MARKETING INC.) 700 UNIVERSE BLVD. ATTN: CONTRACTS/LEGAL JUNO BEACH FL 33408 |
| OAK HILL ADVISORS, L.P. | 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAKLAWN PSYCHIATRIC CENTER, INC. | 330 LAKEVIEW DRIVE GOSHEN IN 46527 |
| PRESBYTERIAN HOMES – | CORPORATE HEADQUARTERS 3200 GRANT STREET EVANSTON IL 60201 |
| PROFUNDS | 7501 WISCONSIN AVENUE SUITE 1000 ATTN: RUBIN HOWARD BETHESDA MD 20814 |
| RESTRUCTURED ASSET SECURITIES W ENHANCED RETURNS | C/O U.S. BANK TRUST NATIONAL ASSOCIATION CORPORATE TRUST ADMINISTRATION RACERS 2007-7-MM 300 DELAWARE AVENUE, 9TH FLOOR WILMINGTON DE 19801 |
| RIDDLE MEMORIAL HOSPITAL | HEALTH CARE CENTER III ASSOCIATES 1068 W. BALTIMORE PIKE MEDIA PA 19063 |
| SHAWN R. FOX | MCGUIREWOODS LLP OAKLAWN PSYCHIATRIC CENTER, INC. 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| SUSAN L. SHIN | ARNOLD & PORTER LLP ADVENTIST HEALTH SYSTEM/SUNBELT, INC. 399 PARK AVENUE NEW YORK NY 10022-4690 |
| THE BANK OF NEW YORK | MELLON AS TRUSTEE TIAA STRUCTURED FINANCE CDO 1, LIMITED 601 TRAVIS, 17TH FLOOR CHASE CENTER ATTN: FAHEEM ANSARI HOUSTON TX 77002 |
| THOMAS J. MOLONEY | CLEARY GOTTLIEB LLP LVFN PARTNERS, L.P. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TIAA STRUCTURED FINANCE CDO 1, LIMITED | PO BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN, GEORGE TOWN CAYMAN ISLANDS |
| TIAA STRUCTURED FINANCE CDO 1, LIMITED | THE DIRECTORS 730 THIRD AVENUE NEW YORK NY 10017 |
| TIAA STRUCTURED FINANCE CDO 1, LIMITED | 1209 ORANGE STREET WILMINGTON DE 19801 |
| U.S. BANK NATIONAL ASSOCIATION | DAVID KOLIBACHUK AND MARLENE FAHEY RACERS 2007-7-MM 100 WALL STREET NEW YORK NY 10001 |
| US BANK | DRYDEN TOTAL RETURN BOND FUND, INC. 100 WALL STREET SUITE 1600 NEW YORK NY 10005 |
| WALKERS SPV LIMITED | BERYL FINANCE LIMITED SERIES 2006-15 WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, GEORGE TOWN CAYMAN ISLANDS |
| WALKERS SPV LIMITED | BERYL FINANCE LIMITED SERIES 2008-7 WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN |
| WATERSTONE CAPITAL ADVISORS LLC | 8720 RED OAK BOULEVARD, SUITE 300 CHARLOTTE NC 28217 |
| WORKERS COMPENSATION | INSURANCE FUND STEPHANIE R. TUMBIOLO CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |

**Total Creditor count  85**