WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
: 
                                            Debtors.       :    (Jointly Administered)
: 
------------------------------------------------------------------x

### NOTICE OF PROPOSED SALE OF *DE MINIMIS* ASSET PURSUANT TO *DE MINIMIS* ASSET SALE PROCEDURES

PLEASE TAKE NOTICE that, pursuant to the Amended Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 31, 2010 [ECF No. 7958] (the "Sale Order"), Lehman Brothers Holdings Inc. ("LBHI") proposes to sell a portfolio of 301 second lien loans (the "Asset") to the successful bidder (the "Purchaser") in a sale process being managed by LBHI.  This Notice is being provided in accordance, with and sets forth the information required under, the Sale Order.

Description of the Asset.  The Asset consists of a portfolio of 301 second lien loans with an unpaid principal balance as of December 31, 2011 of $13,626,041.11.

Relationship of Purchasers to the Debtors.  None of the participants in the sale process have a direct relationship to LBHI or its affiliated debtors in the above-captioned cases under chapter 11 of title 11 of the United States Code.

Liens and Encumbrances on the Assets.  LBHI is not aware of any liens or encumbrances on the Asset.  To the extent that any party has liens or encumbrances on the Asset, LBHI believes that any such lien or encumbrance would be subject to monetary satisfaction in accordance with section 363(f) of the Bankruptcy Code.

<u>Economic Terms and Conditions of the Proposed *De Minimis* Sale</u>. LBHI proposes to sell the Asset to the Purchaser on an "as is" basis, free and clear of all liens, claims or encumbrances therein, pursuant to section 363(f) of the Bankruptcy Code (the "<u>*De Minimis* Sale</u>"). The purchase price for the asset is currently expected to be $3,270,249,87. The final purchase price and number of second lien loans to be included in the *De Minimis* Sale is subject to change upon Purchaser's due diligence of the Asset. To the extent that the terms of the *De Minimis* Sale are materially altered following Purchaser's due diligence, LBHI will provide additional disclosure.

<u>Procedures to Object to the Proposed *De Minimis* Sale</u>. Any objection to the proposed *De Minimis* Sale (an "<u>Objection</u>") must: (i) be in writing; (ii) state with specificity the nature of the objection; and (iii) be filed with the Bankruptcy Court and served on the parties identified on <u>Schedule A</u> attached hereto (the "<u>Interested Parties</u>") on or before February 17, 2012 at 11:00 a.m. (Prevailing Eastern Time) (the "<u>Objection Deadline</u>"). If no Objections are filed with the Bankruptcy Court and served on the Interested Parties by the Objection Deadline in accordance with the terms of the Sale Order, then LBHI may proceed with the *De Minimis* Sale in accordance with the terms of the Sale Order.

Dated: February 6, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Schedule A
### (Interested Parties)

1. Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Jacqueline Marcus, Esq., attorneys for the Debtors and Debtors in Possession.

2. The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Andy Velez-Rivera, Esq.

3. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Evan Fleck, Esq., Roger Lee, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

4. Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, Attn: Jeffrey S. Margolin, Esq., Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

5. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Joel Moss, Esq., Attorneys for Barclays Capital Inc.