**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| | : |
| Debtors. | : |
| | : |
| | : |

:     Chapter 11 Case No.

:     **08-13555 (JMP)**

:     **(Jointly Administered)**

---------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:          Ethias SA ("Transferor")
Departement Finances 1006
Rue des Croisiers 24, 4000 Liege, Belgium

2.    Please take notice that the transfer of your claim against LEHMAN BROTHERS HOLDINGS INC., et al, Case No. 08-13555 (JMP) arising from and relating to Proof of Claim No. 59789 (attached as Exhibit A hereto), has been transferred to:

Barclays Bank PLC ("Transferee")
745 Seventh Avenue
New York, NY 10019
Telephone: (212) 412-2865
Email:  daniel.crowley@barclayscapital.com
            daniel.miranda@barclayscapital.com

An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto.  All distributions and notices regarding the claim should be sent to the Transferee as provided in Exhibit C hereto.

3.    No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

\-\-     Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further
        correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT
TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON
OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                        CLERK
---------------------------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.

INTERNAL CONTROL NO._____

Copy: (check) Claims Agent__ Transferee__ Debtors' Attorney__


                                                _____
                                                Deputy Clerk

## EXHIBIT A

[Proof of Claim]

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000059789 |
| **Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009** | | THIS SPACE IS FOR |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Ethias SA<br>Departement Finances 1006 (attn. of the CFO)<br>rue des Croisiers 24, 4000 Liège, Belgium<br><br>with a copy to : Bird & Bird LLP (attn. of Paul Hermant), avenue d'Auderghem 22-28 box 9, 1040 Brussels, Belgium, email address: paul.hermant@twobirds.com<br><br>Telephone number: + 32 4 220 31 92     Email Address: front-office.finances@ethias.be | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.   Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** see Attachment _____ **(Required)**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0341920220 _____ **(Required)** XS0341922358

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA23861 and CA23890 (see Attachment) **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

71296 (Cleastream Bank) **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 30 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>Oct 26, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Paul HERMANT, Procurador | |
| *Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571 | | |

## ATTACHMENT TO THE PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

| |
|---|
| Name and case number of Debtor against which the Claim is filed |
| Lehman Brothers Holdings Inc. 08-13555 |

## ATTACHMENT TO PROOF OF CLAIM OF ETHIAS SA AGAINST LEHMAN BROTHERS HOLDINGS INC.

The undersigned, having its office avenue d'Auderghem 22-28 box 9 at 1040 Brussels, Belgium is duly authorized to execute and submit this claim (the "Claim") on behalf of Ethias SA, a "société anonyme" (company limited by shares) incorporated under the laws of Belgium, having its registered office rue des Croisiers 24 at 4000 Liège, Belgium and registered in the registry of legal entities (Liège) under n°0404.484.654 ("Claimant"), pursuant to a special power of attorney dated September 18, 2009.[1]  In support of the Claim, Claimant represents as follows:

### Background

1.     Claimant is a successor of Ethias Vie, *Association d'Assurances Mutuelles* (a mutual insurance association incorporated under the laws of Belgium and currently in

---

[1]  A copy of the power of attorney is attached hereto as Annex 1.

liquidation) ("Ethias Vie"), as a result of the contribution on February 9, 2009 by Ethias Vie of all of its assets and liabilities, including the Lehman Program Securities referred to under section 5 hereafter, to Claimant.

2.      Lehman Brothers Holdings Inc. ("LBHI") and together with its affiliated debtors in these chapter 11 cases, the "Debtors", filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 15, 2008 (the "Petition Date").

3.      On July 2, 2009, the Bankruptcy Court entered an order (the "Bar Date Order"), setting November 2, 2009 at 5:00 p.m. (prevailing Eastern Time) (the "Bar Date") as the last date and time for the filing of proofs of claim (including any claims under a related guarantee) in LBHI's bankruptcy case by holders of Lehman Program Securities (as defined in the Bar Date Order).[2] Claimant asserts this Claim pursuant to the Bar Date Order.

4.      A proof of claim relating to Claimant's Claim will also be filed by the accountholder (Dexia Bank SA, having its registered office Boulevard Pacheco 44 at 1000 Brussels, Belgium and registered in the registry of legal entities (Brussels) under n°0403.201.185) through which the Notes are held with Clearstream Bank.[3]

### Basis of Claim

5.      As of the Petition Date, Ethias Vie was a holder, and remained a holder until February 9, 2009, of the following Lehman Program Securities issued by Lehman Brothers Treasury Co. B.V. ("LBTCBV"): (a) series MTN9643, ISIN No. XS0341920220, Index-Linked

---

[2]   Bar Date Order at pp. 12-15.

[3]   Copy of the proof of claim which will be filed by the accountholder through which Claimant holds the Notes is attached hereto as Annex 5.

2

Redemption Notes due April 2016 (the "April 2016 Note") and (b) series MTN9665, ISIN No. XS0341922358, Index-Linked Redemption Notes due June 2016 (the "June 2016 Note" and together with the April 2016 Note, the "Notes", each of the Notes being individually referred to as a "Note"). On February 9, 2009, pursuant to the contribution by Ethias Vie of all its assets and liabilities to Claimant, the Notes were contributed to Claimant which remains since then a holder of the Notes. The Clearstream account number for the Notes is 71296, the blocking reference number for the April 2016 Note is CA23861 and the blocking reference number for the June 2016 Note is CA23890 (collectively, the "Blocking Reference Numbers").[4]

6.    As of the Petition Date, Ethias Vie held, and since February 9, 2009, Claimant holds € 50,000,000 (Fifty Million Euros) in aggregate nominal face amount of the April 2016 Note and € 47,000,000 (Forty Seven Million Euros) in aggregate nominal face amount of the June 2016 Note. Based on the conversion rate of € 1 = $1.4201 on the Petition Date (the "Conversion Rate")[5], the aggregate nominal face amount of the April 2016 Note was $71,005,000 (Seventy One Million and Five Thousand Dollars) and the aggregate nominal face amount of the June 2016 Note was $66,744,700 (Sixty Six Million Seven Hundred and Forty Four Thousand and Seven Hundred Dollars) for a total nominal face amount of $137,749,700 (One Hundred and Thirty Seven Million Seven Hundred and Forty Nine Thousand and Seven Hundred Dollars).[6]

7.    As the Notes have not been accelerated, they have a minimum redemption value equal to 101.1%; i.e. € 98,067,000 (Ninety Eight Million and Sixty Seven Thousand Euros) or, based upon the Conversion Rate, $139,264,946.70 (One Hundred and Thirty Nine

---

[4]    Copies of the confirmation of the Blocking Reference Numbers are attached hereto as Annex 2.

[5]    A copy of a screenshot showing the conversion rate is attached hereto as Annex 3.

Million Two Hundred and Sixty Four Thousand Nine Hundred and Forty Six Dollars and Seventy Cents) and a maximum redemption value equal to 160%; i.e. € 155,200,000 (One Hundred and Fifty Five Million and Two Hundred Thousand Euros) or, based upon the Conversion Rate $220,399,520 (Two Hundred and Twenty Million Three Hundred and Ninety Nine Thousand and Five Hundred and Twenty Dollars).

8.    Accordingly, Claimant asserts a claim in the amount of $220,399,520 (Two Hundred and Twenty Million Three Hundred and Ninety Nine Thousand and Five Hundred and Twenty Dollars), but in any event not less than $139,264,946.70 (One Hundred and Thirty Nine Million Two Hundred and Sixty Four Thousand Nine Hundred and Forty Six Dollars and Seventy Cents) (the "Principal Amount").  In addition, Claimant is entitled to charge, interest, costs and other fees (such additional amounts, together with the Principal Amount, the "Claim Amount").

9.    The Notes were issued pursuant to the terms of a $100,000,000,000 Euro Medium-Term Note Program (the "Lehman Program") established by LBHI, LBTCBV and certain of their affiliates pursuant to a Base Prospectus (as amended, the "Base Prospectus") and pursuant to the Final Terms dated April 15, 2008 and July 1, 2008 as amended and restated July 3, 2008 (the "Final Terms").  Pursuant to the terms of the Base Prospectus LBHI unconditionally and irrevocably guaranteed all principal, premium and interest due under the securities issued under the Lehman Program.  See Base Prospectus, pg. 1.  In addition, on July 24, 2007 LBHI executed a guarantee (the "Note Guarantee") in favor of holders of the Notes, including the Claimant as beneficial holder, as additional credit support in connection with LBTCBV obligations under the Notes.  Under the Guarantee, LBHI unconditionally guaranteed to

---

[6]    Copies of the confirmations of the holding of the Notes by Claimant are attached hereto as Annex 4.

4

Claimant "the due and punctual payment of any ... amounts [payable by LBTCBV]" in connection with the Notes. Note Guarantee, ¶ 2.1. "The Guarantee is one of payment and not collection ... [and LBHI is] liable as sole principal debtor ... [as] if it were a sole principal debtor [under the Notes.]" Note Guarantee, ¶ 2.2. Additionally, on June 9, 2005, the Executive Committee of the Board of Directors of LBHI adopted a certain resolution by unanimous consent, which stated that LBHI "fully guarantee[d] the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A, [thereto]" which schedule identified LBTCBV as a subsidiary of LBHI covered by such guaranty (the "Board Guarantee" and, together with the Note Guarantee, the "Guarantees"). Board Guarantee, at 2. Accordingly, through the Base Prospectus and the Guarantees, LBHI fully and unconditionally guaranteed payment of LBTCBV's liabilities and obligations arising from, or under, the Notes.

10.    LBTCBV was declared bankrupt in the Netherlands on October 8, 2008.

11.    Claimant asserts this Claim against LBHI under the Base Prospectus, the Final Terms and the Guarantees for the Claim Amount and for any and all other amounts owed to it, or that may become due to it, under the Notes or other related documents.

12.    The Claim is evidenced by various documents and instruments, including (without limitation) the Blocking Reference Numbers, the underlying Note documentation, the Base Prospectus and the Guarantees. Claimant reserves the right to attach, produce, and/or rely upon additional documents supporting its Claim or additional documents that may become available after further investigation or discovery.

13.    No judgment has been rendered on account of the Claim.

14.    The amounts of any payments on the Claim have been credited and deducted for the purpose of making this Claim.

5

15.  The Claim is filed as an unsecured claim.

16.  All notices and distributions in respect of the Claim should be forwarded

to:

> Ethias SA
> Rue des Croisiers 24
> 4000 Liège
> Belgium
> Fax +32 4 220 30 22
> Tel +32 4 220 31 92
> Email: front-office.finances@ethias.be
> Attn:   Departement Finances 1006 – Attn of the CFO

> With a copy to:

> Bird & Bird LLP
> Avenue d'Auderghem 22-28 box 9
> 1040 Brussels
> Belgium
> Fax +32 2 282 60 11
> Tel +32 2 282 60 92
> Email: paul.hermant@twobirds.com
> Attn: Paul Hermant

17.  This Claim is filed under compulsion of the Bar Date set in this case and is filed to protect Claimant from forfeiture of its claim by reason of said Bar Date.  The filing of this proof of claim is not and should not be construed to be:  (a) a waiver or release of the rights of Claimant against any other entity or person liable for all or part of any claim described herein; (b) a waiver of the right to seek to have the reference withdrawn or contest the Court's jurisdiction with respect to the subject matter of the Claims, any objection or other proceeding commenced with respect thereto, or any other proceeding commenced in this case against or otherwise involving Claimant; (c) a waiver of any right to the subordination, in favor of Claimant, of indebtedness or liens held by creditors of LBHI, any affiliated debtor of LBHI or LBTCBV; or (d) an election of choice of law or remedy that waives or otherwise affects any other remedy of Claimant.

6

18.    Claimant reserves the right to amend, modify, or supplement this Claim, including without limitation, its right: (a) to specify (and quantify) costs, expenses, and other charges or claims incurred by or owed to Claimant, (b) to file any separate or additional proof(s) of claim with respect to the claim set forth herein or otherwise (which proof(s) of claim, if so filed, shall not be deemed to supersede this proof of claim); (c) to amend, modify or supplement this Claim in any respect, including with respect to the filing of an additional or amended proof of claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein; and (d) to file additional proofs of claim in respect of additional claims or for any other reason.

19.    The filing of this Claim shall not constitute a concession or admission by Claimant of any liability or the existence or veracity of any facts with respect to any claim that has been or may be asserted against Claimant by third parties.

20.    Nothing contained herein shall limit the rights of Claimant from commencing any proceeding or taking any action concerning its claims or any lien or security interest to the extent permitted by the Bankruptcy Code or applicable non-bankruptcy law.

Dated: Brussels (Belgium)
       October 26, 2009

ETHIAS SA

_____

Represented by: Paul Hermant
Title: Proxyholder

7

**Annex**:

1.  Copy of the special power of attorney given by Ethias SA to Paul Hermant, the proxyholder.

2.  Copies of the confirmation of the Blocking Reference Numbers.

3.  Copy of a screenshot showing the conversion rate of € 1 = $1.4201 on the Petition Date.

4.  Copies of the confirmation of the holding of the Notes by Claimant, delivered by Dexia Bank SA (the accountholder through which the Notes are held with Clearstream Bank)

5.  Copy of the proof of claim which will be filed by the accountholder (Dexia Bank SA) through which Claimant holds the Notes

8

**ANNEX 1 TO THE ATTACHMENT**

## SPECIAL POWER OF ATTORNEY

The undersigned, **Mr. Bernard Thiry** and **Mr. Frank Jeusette**, directors of **ETHIAS SA**, an insurance company incorporated under the laws of Belgium, with registered office at Rue des Croisiers 24, 4000 Liège, Belgium, registered in the register of legal entities (District of Liège) under number 0404.484.654 and registered with the Belgian Banking Finance and Insurance Commission (CBFA) under number 196 (the "**Company**"), duly acting in accordance with the articles of association of the Company, hereby grant a special power of attorney to Mr. Paul Hermant, Mr. Alain Costantini, Mrs. Catherine Bertsch and Mrs. Marie Pètre, lawyers, with offices at Avenue d'Auderghem 22-28, 1040 Brussels, Belgium, each with the power to act individually and to sub-delegate their powers to the person of their choice, to draft, execute and file any documents, forms, attachments, evidence and, in general, do all that is necessary and/or useful to ensure the filing of proofs of claim in the name, on behalf and for the account of the Company in the insolvency proceedings involving entities belonging to the Lehman Brothers group of companies, among which (without limitation) Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc. and Lehman Brothers Treasury Co. BV. This power is given for an undetermined duration and is governed by Belgian law.

Signed in Liège (Belgium), on September 18, 2009

For **ETHIAS SA**

Bernard Thiry
Director

Frank Jeusette
Director

## ANNEX 2 TO THE ATTACHMENT

2.

ŚTELÍNK - Thin Client                                                        Page 1 of 2



Print View   R544091006361532

Extended View      Print View      Network View      History      Information

FROM : CEDELULLXXX
       CLEARSTREAM BANKING S.A., LUXEMBOUR
       G
       LUXEMBOURG LUXEMBOURG

TO   : GKCCBEBBXXX
       DEXIA BANK SA
       (HEAD OFFICE)
       BRUSSELS BELGIUM

DATE : 06/10/2009

MT544 : RECEIVE FREE CONFIRMATION
(16R) START OF BLOCK          GENI (General Information)
(20C) REFERENCE               QUALIFIER :SEME// (Sender's Reference)
                              REFERENCE CA23861
(23G) FUNCTION OF THE MESSAGE FUNCTION    NEWM (New message)
(98C) DATE/TIME               QUALIFIER :PREP// (Preparation Date/Time)
                              DATE    06.OCT.2009
                              TIME    13H21M59
(16R) START OF BLOCK          LINK (Linkages)
(20C) REFERENCE               QUALIFIER :RELA// (Related Reference)
                              REFERENCE NONREF
(16S) END OF BLOCK            LINK (Linkages)
(16R) START OF BLOCK          LINK (Linkages)
(20C) REFERENCE               QUALIFIER :CORP// (Corporate Action Reference)
                              REFERENCE 0000000065491301
(16S) END OF BLOCK            LINK (Linkages)
(16S) END OF BLOCK            GENI (General Information)
(16R) START OF BLOCK          TRADDET (Trade Details)
(98A) DATE                    QUALIFIER :SETT// (Settlement Date/Time)
                              DATE    06.OCT.2009
(98A) DATE                    QUALIFIER :TRAD// (Trade Date/Time)
                              DATE    06.OCT.2009
(98A) DATE                    QUALIFIER :ESET// (Effective Settlement Date/T
ime)
                              DATE    06.OCT.2009
(35B) IDENT. OF THE FIN. INSTRUMENT
                              SECURITY NUMBER   ISIN XS0341920220
                              SECURITY DESCRIPTION
                              /XS/034192022
                              EUR 0,00 LEHMAN BROS.TREAS 08-2016
(70E) NARRATIVE               QUALIFIER :SPRO// (Settlement Instruction Proc
essing Narrative)
                              NARRATIVE CONSBLOK XS0341920220
                              OCE CONSENT              YOUR TNX
(16S) END OF BLOCK            TRADDET (Trade Details)
(16R) START OF BLOCK          FIAC (Financial Instrument/Account)
(36B) QTY OF FIN  INSTRUMENT  QUALIFIER :ESTT// (Quantity of Financial Instr
ument Settled)
                              TYPE    FAMT/ (Face Amount)
                              QUANTITY   50000000
(97A) ACCOUNT                 QUALIFIER :SAFE// (Safekeeping Account)
                              ACCOUNT   71296
(94F) PLACE: PLACE OF SAFEKEEPING
                              QUALIFIER :SAFE// (Place of Safekeeping)
                              PLACE    CUST/ (Shares held at a local custod
ian)
                              BIC/BEI   IRVTGB2XGPI
(16S) END OF BLOCK            FIAC (Financial Instrument/Account)
(16R) START OF BLOCK          SETDET (Settlement Details)
(22F) INDICATOR               QUALIFIER  :STCO/ (Settlement Transaction Con
dition)
                              INDICATOR  /DLWM
(22F) INDICATOR               QUALIFIER  :SETR/ (Type of Settlement Transac
tion)
                              ISSUER CODE CEDE
                              INDICATOR  /BLOR
(16R) START OF BLOCK          SETPRTY (Settlement Parties)
(95P) PARTY                   QUALIFIER :PSET// (Place of Settlement)
                              BIC    CEDELULLXXX
                              BIC    CLEARSTREAM BANKING S.A., LUXEMBOUR
                              BIC    LUXEMBOURG LUXEMBOURG

STELINK - Thin Client                                                    Page 2 of 2

```
(16S) END OF BLOCK            SE1PRTY (Settlement Parties)
(16R) START OF BLOCK          SE1PRTY (Settlement Parties)
(95R) PARTY                   QUALIFIER        :DEAG/ (Delivering Agent)
                              ISSUER CODE      CEDE
                              PROPRIETARY CODE /71296
(16S) END OF BLOCK            SETPRTY (Settlement Parties)
(16R) START OF BLOCK          SE1PR1Y (Settlement Parties)
(95R) PARTY                   QUALIFIER        :REAG/ (Receiving Agent)
                              ISSUER CODE      CEDE
                              PROPRIEIARY CODE /71296
(16S) END OF BLOCK            SETPRTY (Settlement Parties)
(16S) END OF BLOCK            SEIDEI (Settlement Details)
(-) END OF MESSAGE
```

<< Back        Cancellation Request (N92)        Query

STELINK - Thin Client                                                    Page 1 of 2

## Print View   R544091006361612

Extended View     Print View     Network View     History     Information

```
FROM : CEDELULLXXX
       CLEARSTREAM BANKING S.A., LUXEMBOUR
       G
       LUXEMBOURG LUXEMBOURG

TO   : GKCCBEBBXXX
       DEXIA BANK SA
       (HEAD OFFICE)
       BRUSSELS BELGIUM

DATE : 06/10/2009


MT544 : RECEIVE FREE CONFIRMATION
(16R) START OF BLOCK              GENL (General Information)
(20C) REFERENCE                   QUALIFIER :SEME// (Sender's Reference)
                                  REFERENCE CA23890
(23G) FUNCTION OF THE MESSAGE     FUNCTION   NEWM (New message)
(98C) DATE/TIME                   QUALIFIER :PREP// (Preparation Date/Time)
                                  DATE      06.OCT,2009
                                  TIME      13H27M05
(16R) START OF BLOCK              LINK (Linkages)
(20C) REFERENCE                   QUALIFIER :RELA// (Related Reference)
                                  REFERENCE NONREF
(16S) END OF BLOCK                LINK (Linkages)
(16R) START OF BLOCK              LINK (Linkages)
(20C) REFERENCE                   QUALIFIER :CORP// (Corporate Action Reference)
                                  REFERENCE 0000000065491303
(16S) END OF BLOCK                LINK (Linkages)
(16S) END OF BLOCK                GENL (General Information)
(16R) START OF BLOCK              TRADDET (Trade Details)
(98A) DATE                        QUALIFIER :SETT// (Settlement Date/Time)
                                  DATE      06.OCT,2009
(98A) DATE                        QOALIFIER :TRAD// (Trade Date/Time)
                                  DATE      06.OCT,2009
(98A) DATE                        QUALIFIER :ESET// (Effective Settlement Date/T
ime)
                                  DATE      06.OCT,2009
(35B) IDENT OF THE FIN INSTRUMENT
                                  SECURITY NUMBER   ISIN XS0341922358
                                  SECURITY DESCRIPTION
                                  /XS/034192235
                                  EUR 0,00 LEHMAN BROS.TREAS 08-2016
(70E) NARRATIVE                   QUALIFIER :SPRO// (Settlement Instruction Proc
essing Narrative)
                                  NARRATIVE CONSBLOK XS0341922358
                                  OCE CONSENT          YOUR TNX
(16S) END OF BLOCK                TRADDET (Trade Details)
(16R) START OF BLOCK              FIAC (Financial Instrument/Account)
(36B) QTY OF FIN. INSTRUMENT      QUALIFIER :ESTT// (Quantity of Financial Instr
ument Settled)
                                  TYPE      FAMT/ (Face Amount)
                                  QUANTITY      47000000.
(97A) ACCOUNT                     QOALIFIER :SAFE// (Safekeeping Account)
                                  ACCOUNT   71296
(94F) PLACE: PLACE OF SAFEKEEPING
                                  QUALIFIER :SAFE// (Place of Safekeeping)
                                  PLACE     CUST/ (Shares held at a local custod
ian)
                                  BIC/BEI   IRVTGB2XGPI
(16S) END OF BLOCK                FIAC (Financial Instrument/Account)
(16R) START OF BLOCK              SETDET (Settlement Details)
(22F) INDICATOR                   QUALIFIER  :STCO/ (Settlement Transaction Con
dition)
                                  INDICATOR  /DLWM
(22F) INDICATOR                   QUALIFIER  :SETR/ (Type of Settlement Transac
tion)
                                  ISSUER CODE CEDE
                                  INDICATOR  /BLOK
(16R) START OF BLOCK              SETPRTY (Settlement Parties)
(95P) PARTY                       QUALIFIER :PSET// (Place of Settlement)
                                  BIC       CEDELULLXXX
                                  BIC       CLEARSTREAM BANKING S A., LUXEMBOUR
                                  BIC       LUXEMBOURG LUXEMBOURG
```

STELINK - Thin Client                                          Page 2 of 2

```
(16S) END OF BLOCK        SEIPRIY (Settlement Parties)
(16R) STARI OF BLOCK      SEIPRIY (Settlement Parties)
(95R) PARTY               QUALIFIER      :DEAG/ (Delivering Agent)
                          ISSUER CODE     CEDE
                          PROPRIETARY CODE /71296
(16S) END OF BLOCK        SEIPRTY (Settlement Parties)
(16R) STARI OF BLOCK      SEIPRIY (Settlement Parties)
(95R) PARTY               QUALIFIER      :REAG/ (Receiving Agent)
                          ISSUER CODE     CEDE
                          PROPRIETARY CODE /71296
(16S) END OF BLOCK        SEIPRTY (Settlement Parties)
(16S) END OF BLOCK        SEIDEI (Settlement Details)
(-) END OF MESSAGE
```

<< Back        · Cancellation·Request (N92)· ·.  | Query·

## ANNEX 3 TO THE ATTACHMENT

3.

...EL> for explanation.

CurncyHP

**CLOSE/VALUE**

EU   EUR-USD X-RATE     PRICE 1.4932

Page 1 / 1
Composite(Ldn)

HI 1.4734 ON 9/22/08
AVE 1.4355
LOW 1.3944 ON 9/11/08

Range 9/ 1/08  to  9/30/08

Period D Daily
Market M mid/trd

| DATE | PRICE | | DATE | PRICE |
|---|---|---|---|---|
| 9/30 | 1.4065 | E | 9/12 | 1.4189 |
| 9/29 | 1.4397 | T | 9/11 | L1.3944 |
|  |  | E | 9/10 | 1.4059 |
|  |  | T | 9/ 9 | 1.4197 |
|  |  | M | 9/ 8 | 1.4124 |
| 9/26 | 1.4607 | E | 9/ 5 | 1.4260 |
| 9/25 | 1.4576 | T | 9/ 4 | 1.4367 |
| 9/24 | 1.4656 | E | 9/ 3 | 1.4480 |
| 9/23 | 1.4676 | T | 9/ 2 | 1.4528 |
| 9/22 | H1.4734 | M | 9/ 1 | 1.4593 |
| 9/19 | 1.4406 |  |  |  |
| 9/18 | 1.4434 |  |  |  |
| 9/17 | 1.4170 |  |  |  |
| 9/16 | 1.4152 |  |  |  |
| 9/15 | 1.4201 |  |  |  |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2009 Bloomberg Finance L.P.
H300-945-1 19-Oct-09 13:01:20

ANNEX 4 TO THE ATTACHMENT

4



**BANK & INSURANCE**

ETHIAS SA

Rue des Croisiers 24
4000 LIEGE

**Back Office Securities**

Dirk Coosemans
Tél. : +32 2 285 22 79
Fax : +32 2 222 25 67
E-mail : dirk coosemans@dexia com

Our ref : OM5/2/COOSD/R09-2490A

Brussels, 23rd October 2009

**Securities account nr. 056-0300007-71**

Dear Sir,

We hereby confirm that 50 000 000,00 EUR of the following bond:

" LEHMAN BROTHERS TREASURY 08", maturing on April 8th 2016
(Isin-code: XS0341920220)

are lodged in securities account number 056-0300007-71, opened
in the name of

Ethias SA, Rue des Croisiers 24 at 4000 Liège, Belgium.

This account's name has been changed from 'Ethias Vie ' into 'Ethias SA' dated February 9th 2009, date of
the contribution by Ethias Vie of all its assets and liabilities, including the bonds, to Ethias SA.

The bonds were already booked in this account on September 15th 2008 and without any movement
during the period from this date to October 30th 2009

The bonds are held at Clearstream Banking S.A under account number 71296.

Yours faithfully

Dirk Coosemans
Securities Account Investigations

Lieven De Pril
Head of Investigations, Oppositions on Securities

**Dexia Bank SA**
Head Office
Boulevard Pachéco 44
B-1000 Brussels

Telephone + 32 2 222 11 11
www.dexia be
www.dexia com

RPM Brussels VAT BE 0403 201 185
BIC: GKCCBEBB – IBAN: BE23 0529 0064 6991
CBFA no 19649 A
Account no 052-9006469-91



**BANK & INSURANCE**

ETHIAS SA

Rue des Croisiers 24
4000 LIEGE

**Back Office Securities**

Dirk Coosemans
Tél. : +32 2 285 22 79
Fax : +32 2 222 25 67
E-mail : dirk.coosemans@dexia com

Our ref : OM5/2/COOSD/R09-2490B

Brussels, 23rd October 2009

**Securities account nr. 056-0300007-71**

Dear Sir,

We hereby confirm that on this day 47.000 000,00 EUR of the following bond:

" LEHMAN BROTHERS TREASURY 08", maturing on June 24th 2016
(Isin-code: XS0341922358)

are lodged in securities account number 056-0300007-71, opened in the name of

Ethias SA, Rue des Croisiers 24 at 4000 Liège, Belgium.

This account's name has been changed from 'Ethias Vie ' into 'Ethias SA' dated February 9th 2009, date of
the contribution by Ethias Vie of all its assets and liabilities, including the bonds, to Ethias SA

The bonds were already booked in this account on September 15th 2008 and without any movement
during the period from this date to October 30th 2009

The bonds are held at Clearstream Banking S.A under account number 71296.

Yours faithfully

Dirk Coosemans
Securities Account Investigations

Lieven De Pril
Head of Investigations, Oppositions on Securities

**Dexia Bank SA**
Head Office
Boulevard Pachéco 44
B-1000 Brussels

Telephone + 32 2 222 11 11
www.dexia be
www.dexia com

RPM Brussels VAT BE 0403 201 185
BIC: GKCCBEBB – IBAN: BE23 0529 0064 6991
CBFA no  19649 A
Account no  052-9006469-91

ANNEX 5 TO THE ATTACHMENT

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
| --- | --- | --- |
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | |
| --- | --- | --- |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Ethias SA
Departement Finances 1006 (attn. of the CFO)
rue des Croisiers 24, 4000 Liège, Belgium

with a copy to : Bird & Bird LLP (attn. of Paul Hermant), avenue d'Auderghem 22-28 box 9, 1040 Brussels, Belgium, email address: paul.hermant@twobirds.com

Telephone number: + 32 4 220 31 92      Email Address: front-office.finances@ethias.be

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** see Attachment _____ **(Required)**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0341920220          **(Required)** XS0341922358

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA23861 and CA23890 (see Attachment)          **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

71296 (Clearstream Bank)          **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
| --- | --- |
| Date. Oct 26, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Paul HERMANT, Proxyholder | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Name and case number of Debtor against which the
Claim is filed

Lehman Brothers Holdings Inc.
08-13555

## ATTACHMENT TO PROOF OF CLAIM OF ETHIAS SA AGAINST LEHMAN BROTHERS HOLDINGS INC.

The undersigned, having its office avenue d'Auderghem 22-28 box 9 at 1040 Brussels, Belgium is duly authorized to execute and submit this claim (the "Claim") on behalf of Ethias SA, a "société anonyme" (company limited by shares) incorporated under the laws of Belgium, having its registered office rue des Croisiers 24 at 4000 Liège, Belgium and registered in the registry of legal entities (Liège) under n°0404.484.654 ("Claimant"), pursuant to a special power of attorney dated September 18, 2009.[1] In support of the Claim, Claimant represents as follows:

### Background

1.     Claimant is a successor of Ethias Vie, *Association d'Assurances Mutuelles* (a mutual insurance association incorporated under the laws of Belgium and currently in

---

[1] A copy of the power of attorney is attached hereto as Annex 1.

liquidation) ("Ethias Vie"), as a result of the contribution on February 9, 2009 by Ethias Vie of all of its assets and liabilities, including the Lehman Program Securities referred to under section 5 hereafter, to Claimant.

2.    Lehman Brothers Holdings Inc. ("LBHI") and together with its affiliated debtors in these chapter 11 cases, the "Debtors", filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 15, 2008 (the "Petition Date").

3.    On July 2, 2009, the Bankruptcy Court entered an order (the "Bar Date Order"), setting November 2, 2009 at 5:00 p.m. (prevailing Eastern Time) (the "Bar Date") as the last date and time for the filing of proofs of claim (including any claims under a related guarantee) in LBHI's bankruptcy case by holders of Lehman Program Securities (as defined in the Bar Date Order).[2] Claimant asserts this Claim pursuant to the Bar Date Order.

4.    A proof of claim relating to Claimant's Claim will also be filed by the accountholder (Dexia Bank SA, having its registered office Boulevard Pacheco 44 at 1000 Brussels, Belgium and registered in the registry of legal entities (Brussels) under n°0403.201.185) through which the Notes are held with Clearstream Bank.[3]

## Basis of Claim

5.    As of the Petition Date, Ethias Vie was a holder, and remained a holder until February 9, 2009, of the following Lehman Program Securities issued by Lehman Brothers Treasury Co. B.V. ("LBTCBV"): (a) series MTN9643, ISIN No. XS0341920220, Index-Linked

---

[2]    Bar Date Order at pp. 12-15.

[3]    Copy of the proof of claim which will be filed by the accountholder through which Claimant holds the Notes is attached hereto as Annex 5.

2

Redemption Notes due April 2016 (the "April 2016 Note") and (b) series MTN9665, ISIN No. XS0341912358, Index-Linked Redemption Notes due June 2016 (the "June 2016 Note" and together with the April 2016 Note, the "Notes", each of the Notes being individually referred to as a "Note"). On February 9, 2009, pursuant to the contribution by Ethias Vie of all its assets and liabilities to Claimant, the Notes were contributed to Claimant which remains since then a holder of the Notes. The Clearstream account number for the Notes is 71296, the blocking reference number for the April 2016 Note is CA23861 and the blocking reference number for the June 2016 Note is CA23890 (collectively, the "Blocking Reference Numbers").[4]

6.    As of the Petition Date, Ethias Vie held, and since February 9, 2009, Claimant holds € 50,000,000 (Fifty Million Euros) in aggregate nominal face amount of the April 2016 Note and € 47,000,000 (Forty Seven Million Euros) in aggregate nominal face amount of the June 2016 Note. Based on the conversion rate of € 1 = $1.4201 on the Petition Date (the "Conversion Rate")[5], the aggregate nominal face amount of the April 2016 Note was $71,005,000 (Seventy One Million and Five Thousand Dollars) and the aggregate nominal face amount of the June 2016 Note was $66,744,700 (Sixty Six Million Seven Hundred and Forty Four Thousand and Seven Hundred Dollars) for a total nominal face amount of $137,749,700 (One Hundred and Thirty Seven Million Seven Hundred and Forty Nine Thousand and Seven Hundred Dollars).[6]

7.    As the Notes have not been accelerated, they have a minimum redemption value equal to 101.1%; i.e. € 98,067,000 (Ninety Eight Million and Sixty Seven Thousand Euros) or, based upon the Conversion Rate, $139,264,946.70 (One Hundred and Thirty Nine

---

[4]   Copies of the confirmation of the Blocking Reference Numbers are attached hereto as Annex 2.

[5]   A copy of a screenshot showing the conversion rate is attached hereto as Annex 3.

3

Million Two Hundred and Sixty Four Thousand Nine Hundred and Forty Six Dollars and

Seventy Cents) and a maximum redemption value equal to 160%; i.e. € 155,200,000 (One

Hundred and Fifty Five Million and Two Hundred Thousand Euros) or, based upon the

Conversion Rate $220,399,520 (Two Hundred and Twenty Million Three Hundred and Ninety

Nine Thousand and Five Hundred and Twenty Dollars).

8.      Accordingly, Claimant asserts a claim in the amount of $220,399,520

(Two Hundred and Twenty Million Three Hundred and Ninety Nine Thousand and Five

Hundred and Twenty Dollars), but in any event not less than $139,264,946.70 (One Hundred and

Thirty Nine Million Two Hundred and Sixty Four Thousand Nine Hundred and Forty Six Dollars

and Seventy Cents) (the "Principal Amount"). In addition, Claimant is entitled to charge,

interest, costs and other fees (such additional amounts, together with the Principal Amount, the

"Claim Amount").

9.      The Notes were issued pursuant to the terms of a $100,000,000,000 Euro

Medium-Term Note Program (the "Lehman Program") established by LBHI, LBTCBV and

certain of their affiliates pursuant to a Base Prospectus (as amended, the "Base Prospectus") and

pursuant to the Final Terms dated April 15, 2008 and July 1, 2008 as amended and restated July

3, 2008 (the "Final Terms"). Pursuant to the terms of the Base Prospectus LBHI unconditionally

and irrevocably guaranteed all principal, premium and interest due under the securities issued

under the Lehman Program. See Base Prospectus, pg. 1. In addition, on July 24, 2007 LBHI

executed a guarantee (the "Note Guarantee") in favor of holders of the Notes, including the

Claimant as beneficial holder, as additional credit support in connection with LBTCBV

obligations under the Notes. Under the Guarantee, LBHI unconditionally guaranteed to

---

[6]   Copies of the confirmations of the holding of the Notes by Claimant are attached hereto as Annex 4.

4

Claimant "the due and punctual payment of any ... amounts [payable by LBTCBV]" in connection with the Notes. Note Guarantee, ¶ 2.1. "The Guarantee is one of payment and not collection ... [and LBHI is] liable as sole principal debtor ... [as] if it were a sole principal debtor [under the Notes.]" Note Guarantee, ¶ 2.2. Additionally, on June 9, 2005, the Executive Committee of the Board of Directors of LBHI adopted a certain resolution by unanimous consent, which stated that LBHI "fully guarantee[d] the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A, [thereto]" which schedule identified LBTCBV as a subsidiary of LBHI covered by such guaranty (the "Board Guarantee" and, together with the Note Guarantee, the "Guarantees"). Board Guarantee, at 2. Accordingly, through the Base Prospectus and the Guarantees, LBHI fully and unconditionally guaranteed payment of LBTCBV's liabilities and obligations arising from, or under, the Notes.

10.    LBTCBV was declared bankrupt in the Netherlands on October 8, 2008.

11.    Claimant asserts this Claim against LBHI under the Base Prospectus, the Final Terms and the Guarantees for the Claim Amount and for any and all other amounts owed to it, or that may become due to it, under the Notes or other related documents.

12.    The Claim is evidenced by various documents and instruments, including (without limitation) the Blocking Reference Numbers, the underlying Note documentation, the Base Prospectus and the Guarantees. Claimant reserves the right to attach, produce, and/or rely upon additional documents supporting its Claim or additional documents that may become available after further investigation or discovery.

13.    No judgment has been rendered on account of the Claim.

14.    The amounts of any payments on the Claim have been credited and deducted for the purpose of making this Claim.

5

15. The Claim is filed as an unsecured claim.

16. All notices and distributions in respect of the Claim should be forwarded
to:

> Ethias SA
> Rue des Croisiers 24
> 4000 Liège
> Belgium
> Fax +32 4 220 30 22
> Tel +32 4 220 31 92
> Email: front-office.finances@ethias.be
> Attn:   Departement Finances 1006 – Attn of the CFO
>
> With a copy to:
>
> Bird & Bird LLP
> Avenue d'Auderghem 22-28 box 9
> 1040 Brussels
> Belgium
> Fax +32 2 282 60 11
> Tel +32 2 282 60 92
> Email: paul.hermant@twobirds.com
> Attn: Paul Hermant

17. This Claim is filed under compulsion of the Bar Date set in this case and is
filed to protect Claimant from forfeiture of its claim by reason of said Bar Date. The filing of
this proof of claim is not and should not be construed to be:  (a) a waiver or release of the rights
of Claimant against any other entity or person liable for all or part of any claim described
herein; (b) a waiver of the right to seek to have the reference withdrawn or contest the Court's
jurisdiction with respect to the subject matter of the Claims, any objection or other proceeding
commenced with respect thereto, or any other proceeding commenced in this case against or
otherwise involving Claimant; (c) a waiver of any right to the subordination, in favor of
Claimant, of indebtedness or liens held by creditors of LBHI, any affiliated debtor of LBHI or
LBTCBV; or (d) an election of choice of law or remedy that waives or otherwise affects any
other remedy of Claimant.

6

18.  Claimant reserves the right to amend, modify, or supplement this Claim, including without limitation, its right: (a) to specify (and quantify) costs, expenses, and other charges or claims incurred by or owed to Claimant, (b) to file any separate or additional proof(s) of claim with respect to the claim set forth herein or otherwise (which proof(s) of claim, if so filed, shall not be deemed to supersede this proof of claim); (c) to amend, modify or supplement this Claim in any respect, including with respect to the filing of an additional or amended proof of claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein; and (d) to file additional proofs of claim in respect of additional claims or for any other reason.

19.  The filing of this Claim shall not constitute a concession or admission by Claimant of any liability or the existence or veracity of any facts with respect to any claim that has been or may be asserted against Claimant by third parties.

20.  Nothing contained herein shall limit the rights of Claimant from commencing any proceeding or taking any action concerning its claims or any lien or security interest to the extent permitted by the Bankruptcy Code or applicable non-bankruptcy law.

Dated: Brussels (Belgium)
       October 26, 2009

ETHIAS SA

_____

Represented by: Paul Hermant
Title: Proxyholder

7

<u>**Annex**</u>:

1.  Copy of the special power of attorney given by Ethias SA to Paul Hermant, the proxyholder.

2.  Copies of the confirmation of the Blocking Reference Numbers.

3.  Copy of a screenshot showing the conversion rate of € 1 = $1.4201 on the Petition Date.

4.  Copies of the confirmation of the holding of the Notes by Claimant, delivered by Dexia Bank SA (the accountholder through which the Notes are held with Clearstream Bank)

5.  Copy of the proof of claim which will be filed by the accountholder (Dexia Bank SA) through which Claimant holds the Notes

8

H
A
N
D

D
E
L
I
V
E
R
Y

L. Rodriguez
RECEIVED BY:

10/30/09
DATE

11:40am
TIME

## EXHIBIT B

[Executed Evidence of Transfer of Claim]

*Final Form*

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Ethias SA** ("<u>Seller</u>") hereby unconditionally and irrevocably sells, transfers and assigns to **Barclays Bank PLC** (the "<u>Purchaser</u>"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage / nominal amount specified in <u>Schedule 1</u> attached hereto (the "<u>Purchased Claim</u>"), in Seller's right, title and interest in and to Proof of Claim Number 59789 filed by or on behalf of Seller (the "<u>Proof of Claim</u>") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "<u>Proceedings</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"), administered under Case No. 08-13555 (JMP) (the "<u>Debtor</u>"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "<u>Transferred Claims</u>"), and (d) the security or securities (any such security, a "<u>Purchased Security</u>") relating to the Purchased Claim and specified in <u>Schedule 1</u> attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in <u>Schedule 1</u> attached hereto, (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the same class or type; and (g) The Notice of Proposed Allowed Claim Amount ("Notice) for Claim 59789 dated November 10, 2011 provided to Purchaser is a true copy of the original notice sent by LBHI and no action was taken with respect to the Notice.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      Purchaser hereby represents and warrants to Seller that the execution, delivery and performance of this Agreement and Evidence of Transfer has not resulted, and will not result, in a breach or violation of (i) any statute, law, writ, order, rule or regulations applicable to Purchaser, (ii) any judgment, injunction, decree or determination applicable to Purchaser, or (iii) any contract, indenture, mortgage, loan agreement, note, lease or other instrument, by which Purchaser may be bound or to which any of Purchaser's assets is subject, including the Base Prospectus and the Final Terms relating to the Notes which Purchaser hereby declares to have full knowledge of.

5.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Each party hereto hereby agrees to indemnify, defend and hold the other party, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from its breach of its representations and warranties made herein.

6.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

7.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

8.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20ᵗ day of December, 2011.

Ethias SA

By: _____

Name: B. VERWILGHEN

Title: CFO Ethias

Departement Finances 1006
Rue des Croisiers 24, 4000 Liege, Belgium

Barclays Bank PLC

By: _____

Name: Peter Bendist

Title: Managing Director

745 Seventh Ave
New York, NY 10019

A . DELATTE
Financial Director

2

## SCHEDULE 1

### Transferred Claims

Purchased Claim

100% of $137,712,905.30 (the Proposed Allowed Claim Amount as of November 10, 2011) together with interest, fees, expenses and other recoveries due.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Index-Linked Redemption Notes due June 2016 | XS0341922358 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | EUR 47,000,000 of EUR 47,000,000<br><br>Equivalent(*) to USD 66,695,047.54 of USD 66,695,047.54 | N/A | June 2016 | N/A |
| Index-Linked Redemption Notes due April 2016 | XS0341920220 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | EUR 50,000,000 of EUR 50,000,000<br><br>Equivalent (*) to USD 70,952,178.23 of USD 70,952,178.23 | N/A | April 2016 | N/A |

(*) based on the exchange rate as mentioned in Exhibit 15 to the disclosure statement

Schedule 1-1

Error! Unknown document property name.