HOGAN LOVELLS US LLP
Christopher R. Donoho, III
875 Third Avenue
New York, New York 10022
212-918-3000

*Attorneys for Banca Italease S.p.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
In re:
:
LEHMAN BROTHERS HOLDING INC., et. al.,        Chapter 11
:
Debtors.
:   Case No. 08-13555 (jmp)

:

:   (Jointly Administered)
------------------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss
COUNTY OF NEW YORK )

David Spinley, being duly sworn, deposes and says:

That I am over the age of eighteen years, am not a party to this action and reside in Brooklyn, New York.

That on the 7th day of February 2012, I served the Response of Banca Italease S.p.A to Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims – Claim No. 030707) via Messenger Service to the recipients attached as Schedule A.

DAVID SPINLEY

Sworn to before me this
7th day of February, 2012

Notary Public, State of New York

ANNETTE LUSARDI
Notary Public, State of New York
No. 01LU5077646
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 12, 20 1 3

\\NY - 003128/000001 - 2375454 v1

## SCHEDULE A

| | |
|---|---|
| The Office of the United States Trustee<br>For Region 2<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br><br>Attn: Tracy Hope Davis, Esq.<br>Elisabetta Gasparini, Esq.<br>Andrea Schwartz, Esq. | The Chambers of the Honorable James M. Peck<br>One Bowling Green<br>New York, NY 10004<br>Courtroom 601 |
| Weil Gotschal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Jacqueline Marcus, Esq. | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Dennis F. Dunne, Esq.<br>Dennis O'Connell, Esq.<br>Evan Fleck, Esq. |