**Presentment Date and Time: March 8, 2012 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: March 7, 2012 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
**In re**                                        :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
-------------------------------------------------------------------x

# NOTICE OF PRESENTMENT
# OF SUPPLEMENTAL ORDER REINSTATING CLAIM ON ORDER
# GRANTING DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO
# CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Supplemental Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **March 8, 2012 at 12:00 noon (Prevailing Eastern Time)**. The Supplemental Order supplements the Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims), dated October 28, 2010 [ECF No. 12424] and reinstates previously disallowed and expunged claim number 64413.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **March 7, 2012 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Supplemental Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Supplemental Order on **March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

US_ACTIVE:\43916518\01\58399.0008

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: February 7, 2012
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

**Presentment Date and Time:  March 8, 2012 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline:  March 7, 2012 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed):  March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
-----------------------------------------------------------------x
```

### SUPPLEMENTAL ORDER REINSTATING CLAIM ON ORDER GRANTING DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

WHEREAS on November 3, 2009, C.H. van Gestel filed a proof of claim numbered 64413 ("Claim 64413") in the amount of $17,502.73;

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)*, dated September 13, 2010 [ECF No. 11308] (the "Forty-Third Omnibus Objection");

WHEREAS the Forty-Third Omnibus Objection sought, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of

US_ACTIVE:\43916518\01\58399.0008

omnibus objections to proofs of claim [ECF No. 6664], to disallow and expunge Claim 64413 on the basis that Claim 64413 violates this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as Claim 64413 was filed after the Securities Programs Bar Date, all as more fully described in the Forty-Third Omnibus Objection;

WHEREAS after the hearing on the Forty-Third Omnibus Objection held on October 27, 2010, the Court entered an order (the "Order") [ECF No. 12424] granting the relief requested in the Forty-Third Omnibus Objection and causing Claim 64413 to be disallowed and expunged;

WHEREAS the Debtors subsequently realized the Order was entered in error with respect to Claim 64413.

**IT IS HEREBY**:

ORDERED that Epiq Systems shall be authorized and directed to immediately reinstate Claim 64413 on the Debtors' official claims register; and it is further

ORDERED that the Forty-Third Omnibus Objection is adjourned as to Claim 64413 to such later date as the Debtors may schedule a hearing or the Court otherwise directs;

ORDERED that the rights of the Debtors and any other party in interest with respect to Claim 64413 are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to Claim 64413, this Supplemental Order shall have no effect whatsoever on any claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: _____, \_\_\_
      New York, New York

      _____
      UNITED STATES BANKRUPTCY JUDGE