Andrew K. Glenn
Matthew B. Stein
KASOWITZ, BENSON, TORRES
    & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel to Andbanc Grup Agricol Reig*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   Case No.: 08-13555 (JMP)
                                                                :
                    Debtors.                                    :
--------------------------------------------------------------- x

### OBJECTION OF ANDBANC GRUP AGRICOL REIG TO THE DEBTORS' ASSUMPTION OF CERTAIN DERIVATIVE CONTRACTS

Andbanc Grup Agricol Reig ("Andbanc"), holders of certain notes (the "Notes") issued by Pearl Finance Plc Series, 2003-8, Quartz Finance Plc Series 2003-3, Quartz Finance Plc Series 2003-4, Saphir Finance Plc Series 2005-1, Saphir Finance Plc Series 2005-3, and Saphir Finance Plc Series 2006-2 (collectively, the "Andbanc Counterparty"), by and through its undersigned counsel, hereby files this objection (the "Objection") to Lehman Brothers Special Financing Inc.'s ("LBSF") assumption of all derivative contracts entered into by the Andbanc Counterparty (the "Andbanc Derivative Contracts") as set forth in the *Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [Dkt. No. 19627] (the "Plan") and the *Plan Supplement*, dated October 25, 2011 [Dkt. No. 21254] (the "Plan Supplement") filed by the above-captioned debtors and debtors-in-possession (the "Debtors").

In support of its Objection, Andbanc hereby adopts the arguments set forth in the *Objection of the Dante Noteholders to the Debtors' Assumption of Certain Derivative Contracts*, dated November 4, 2011 [Dkt. No. 21633] (the "Dante Objection") and respectfully represents as follows:

## JOINDER

The Plan Supplement provides for the assumption of the Andbanc Derivative Contracts by LBSF. Assumption, however, is impermissible because the Andbanc Derivative Contracts have all been terminated pursuant to their terms. As a result of this termination, the Andbanc Derivative Contracts are no longer executory contracts that LBSF can assume pursuant to 11 U.S.C. § 365. Accordingly, for the reasons fully set forth in the Dante Objection, which is based upon the termination of similar (but not identical) derivative contracts, this Court should deny the attempted assumption of the Andbanc Derivative Contracts.

## RESERVATION OF RIGHTS

Andbanc expressly reserves its right to amend, modify, or supplement this Objection prior to the hearing on the assumption of the Andbanc Derivative Contracts.

## CONCLUSION

Wherefore, Andbanc files this Objection adopting, as if set forth herein, the arguments set forth in the Dante Objection and respectfully requests that the Court deny LBSF's attempt to assume the Andbanc Derivative Contracts.

Dated: New York, New York
February 7, 2012

           Respectfully submitted,

           KASOWITZ, BENSON, TORRES
           & FRIEDMAN LLP

           By: */s/ Andrew K. Glenn*
              Andrew K. Glenn
              Matthew B. Stein
              1633 Broadway
              New York, New York 10019
              Tel: (212) 506-1700
              Fax: (212) 506-1800

           *Counsel to Andbanc Grup Agricol Reig*