Andrew K. Glenn
Matthew B. Stein
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel to Santander Asset Management SGFIM SA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                  :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No.: 08-13555 (JMP)

                   Debtors.                :
------------------------------------------------------------x

**OBJECTION OF SANTANDER ASSET MANAGEMENT SGFIM SA TO THE**
**DEBTORS' ASSUMPTION OF CERTAIN DERIVATIVE CONTRACTS**

Santander Asset Management SGFIM SA ("Santander"), holders of certain notes (the "Notes") issued by Saphir Finance Plc Series 2005-3 (collectively, the "Santander Counterparty"), by and through its undersigned counsel, hereby files this objection (the "Objection") to Lehman Brothers Special Financing Inc.'s ("LBSF") assumption of all derivative contracts entered into by the Santander Counterparty (the "Santander Derivative Contracts") as set forth in the *Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [Dkt. No. 19627] (the "Plan") and the *Plan Supplement*, dated October 25, 2011 [Dkt. No. 21254] (the "Plan Supplement") filed by the above-captioned debtors and debtors-in-possession (the "Debtors"). In support of its Objection, Santander hereby adopts the arguments set forth in the *Objection of the Dante Noteholders to the Debtors' Assumption of*

*Certain Derivative Contracts*, dated November 4, 2011 [Dkt. No. 21633] (the "Dante Objection") and respectfully represents as follows:

## JOINDER

The Plan Supplement provides for the assumption of the Santander Derivative Contracts by LBSF. Assumption, however, is impermissible because the Santander Derivative Contracts have all been terminated pursuant to their terms. As a result of this termination, the Santander Derivative Contracts are no longer executory contracts that LBSF can assume pursuant to 11 U.S.C. § 365. Accordingly, for the reasons fully set forth in the Dante Objection, which is based upon the termination of similar (but not identical) derivative contracts, this Court should deny the attempted assumption of the Santander Derivative Contracts.

## RESERVATION OF RIGHTS

Santander expressly reserves its right to amend, modify, or supplement this Objection prior to the hearing on the assumption of the Santander Derivative Contracts.

## CONCLUSION

Wherefore, Santander files this Objection adopting, as if set forth herein, the arguments set forth in the Dante Objection and respectfully requests that the Court deny LBSF's attempt to assume the Santander Derivative Contracts.

Dated: New York, New York
       February 7, 2012

                              Respectfully submitted,

                              KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                              By:*/s/ Andrew K. Glenn*
                                  Andrew K. Glenn
                                  Matthew B. Stein
                                  1633 Broadway
                                  New York, New York 10019
                                  Tel: (212) 506-1700
                                  Fax: (212) 506-1800

                              *Counsel to Santander Asset Management SGFIM SA*