WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER REINSTATING CLAIM**
**ON ORDER GRANTING DEBTORS' ONE HUNDRED SECOND**
**OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)**

WHEREAS on October 21, 2009, Wong Lup Kuen Joseph (the "Claimant") filed a proof of claim numbered 43161 ("Claim 43161") in the amount of EUR 200,000;

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)*, dated March 11, 2011 [ECF No. 14950] (the "One Hundred Second Omnibus Objection");

WHEREAS the One Hundred Second Omnibus Objection sought, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], to disallow and expunge Claim 43161 on the basis that Claim 43161 violates this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as Claim 43161 was not denominated in lawful currency of the United States, all as more fully described in the One Hundred Second Omnibus Objection;

WHEREAS after the hearing on the One Hundred Second Omnibus Objection held on April 28, 2011, the Court entered an order (the "Order") [ECF No. 16602] granting the relief requested in the One Hundred Second Omnibus Objection and causing Claim 43161 to be disallowed and expunged;

WHEREAS the Debtors subsequently realized the Order was entered in error with respect to Claim 43161.

**IT IS HEREBY**:

ORDERED that Epiq Systems shall be authorized and directed to immediately reinstate Claim 43161 on the Debtors' official claims register; and it is further

ORDERED that the One Hundred Second Omnibus Objection is withdrawn as to Claim 43161 without prejudice to the Debtors' rights to object to Claim 43161 on any grounds in the future; and it is further

ORDERED that the rights of the Debtors and any other party in interest with respect to Claim 43161 are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to Claim 43161, this Supplemental Order shall have no effect whatsoever on any claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
       February 7, 2012

                                      *s/ James M. Peck*
                                      Honorable James M. Peck
                                      United States Bankruptcy Judge