B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                (Jointly Administered)
                    Debtors.

## MUTIPLE PARTIAL TRANSFERS OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GOLDMAN SACHS & CO. | BBVA (SUIZA) S.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Court Claim # (if known): multiple—please see attached schedule

Amount of Claim Transferred: please see attached schedule

Date Claims Filed: 10/28/2009

Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

707882v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  **Dennis Lafferty**
     Transferee/Transferee's Agent  **Managing Director**

Date: 2/7/12

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

707882v.1 153/05435

### Schedule of Partial Claims Transferred

|     | Court Claim # | Percentage of Claim Transferred | ISIN | Amount of Claim Transferred (as originally filed) | Date Claim Filed |
| --- | --- | --- | --- | --- | --- |
| 1.  | 51137 | 16.27906977% | XS0350310909 | EUR 140,000.00 (equivalent to USD 198,880.50) | 10/28/09 |
| 2.  | 51140 | 11.39919535% | XS0338465254 | EUR 255,000.00 (equivalent to USD 362,246.63) | 10/28/09 |
| 3.  | 51143 | 14.75409836% | XS0329243876 | EUR 180,000.00 (equivalent to USD 255,703.50) | 10/28/09 |
| 4.  | 51150 | 3.8% | XS0332634657 | EUR 76,000.00 (equivalent to USD 107,963.70) | 10/28/09 |
| 5.  | 51152 | 1.866666667% | XS0344072318 | EUR 56,000.00 (equivalent to USD 79,552.20) | 10/28/09 |
| 6.  | 51153 | 8.181818182% | XS0178969209 | EUR 27,000.00 (equivalent to USD 38,355.53) | 10/28/09 |
| 7.  | 51155 | 0.752823087% | XS0180154550 | EUR 6,000.00 (equivalent to USD 8,523.45) | 10/28/09 |
| 8.  | 51157 | 5% | XS0345215148 | EUR 50,000.00 (equivalent to USD 71,028.75) | 10/28/09 |
| 9.  | 51165 | 46.65948276% | XS0267059755 | EUR 433,000.00 (equivalent to USD 615,108.98) | 10/28/09 |
| 10. | 51167 | 2.783964365% | XS0344087340 | EUR 25,000.00 (equivalent to USD 35,514.38) | 10/28/09 |
| 11. | 51168 | 18.17812119% | XS0324269488 | EUR 447,000.00 (equivalent to USD 625,180.84) | 10/28/09 |
| 12. | 51172 | 34.69785575% | XS0270482424 | EUR 356,000.00 (equivalent to USD 505,724.70) | 10/28/09 |
| 13. | 51302 | 8.285714286% | XS0359631974 | EUR 116,000.00 (equivalent to USD 164,786.70) | 10/28/09 |
| 14. | 51304 | 17.66109785% | XS0368298187 | EUR 74,000.00 (equivalent to USD 105,122.55) | 10/28/09 |
| 15. | 51316 | 6.756756757% | XS0253634850 | EUR 25,000.00 (equivalent to USD 35,514.38) | 10/28/09 |
| 16. | 51318 | 57.51879699% | XS0224249630 | EUR 153,000.00 | 10/28/09 |

707882v.1 153/05435

|     | Court Claim # | Percentage of Claim Transferred | ISIN | Amount of Claim Transferred (as originally filed) | Date Claim Filed |
| --- | --- | --- | --- | --- | --- |
|     |     |     |     | (equivalent to USD 217,347.98) |     |
| 17. | 51319 | 5% | XS0345439250 | EUR 50,000.00 (equivalent to USD 71,028.75) | 10/28/09 |
| 18. | 51320 | 3.819119025% | XS0285769278 | EUR 163,000.00 (equivalent to USD 231,553.73) | 10/28/09 |
| 19. | 51144 | 1.093135111% | XS0329243108 | USD 25,000.00 | 10/28/09 |
| 20. | 51146 | 26.22478386% | XS0204199466 | USD 910,000.00 | 10/28/09 |
| 21. | 51147 | 1.865955826% | XS0324269561 | USD 98,000.00 | 10/28/09 |
| 22. | 51148 | 19.59617428% | XS0326730313 | USD 922,000.00 | 10/28/09 |
| 23. | 51151 | 2.009287373% | XS0332632446 | USD 225,000.00 | 10/28/09 |
| 24. | 51154 | 14.06865504% | XS0180153826 | USD 250,000.00 | 10/28/09 |
| 25. | 51156 | 8.888888889% | XS0344834691 | USD 76,000.00 | 10/28/09 |
| 26. | 51158 | 14% | XS0338464950 | USD 140,000.00 | 10/28/09 |
| 27. | 51160 | 3.483681702% | XS0303537574 | USD 95,000.00 | 10/28/09 |
| 28. | 51163 | 52.87009063% | XS0258047165 | USD 175,000.00 | 10/28/09 |
| 29. | 51164 | 27.02702703% | XS0299555739 | USD 50,000.00 | 10/28/09 |
| 30. | 51170 | 1.144688645% | XS0282866192 | USD 50,000.00 | 10/28/09 |
| 31. | 51171 | 6.616257089% | XS0309101508 | USD 70,000.00 | 10/28/09 |
| 32. | 51305 | 1.186708861% | XS0362725540 | USD 30,000.00 | 10/28/09 |
| 33. | 51307 | 23.07692308% | XS0380296144 | USD 75,000.00 | 10/28/09 |
| 34. | 51308 | 21.47239264% | XS0329288384 | USD 70,000.00 | 10/28/09 |
| 35. | 51312 | 9.328358209% | XS0334274098 | USD 25,000.00 | 10/28/09 |
| 36. | 51317 | 24.07407407% | XS0253635154 | USD 130,000.00 | 10/28/09 |

*Final Form 11/20/09*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, BBVA (Suiza) S.A. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman, Sachs & Co. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.   Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) Seller is not, and shall not, prior to the recognition by the Debtor of Purchaser as the holder of the Proof of Claim, become, a PSA Creditor (as defined in the proposed Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, dated August 31, 2011); and (h) the Notice of Proposed Allowed Claim Amount ("Notice") for each Proof of Claim provided to Purchaser is true and correct and no action was undertaken by Seller with respect to the Notice for each Proof of Claim.

3.   Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

697698.1 153/05435

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 7 day of ~~December 2011~~ February 2012.

BBVA (SUIZA) S.A.

By: _____
Name:
Title:    Jaime Raga

Zeltweg 63
CH-8021 Zurich
Switzerland
Attn: Inigo Berasaluce/Director
Phone: +41442659504

GOLDMAN, SACHS & CO.

By: _____
Name:    Dennis Lafferty
Title:    Managing Director

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

697698.1 153/05435

Schedule 1

Transferred Claims

Purchased Claim

1. 16.27906977% = USD 198,880.50 of USD 1,221,694.50 (the outstanding amount of Proof of Claim Number 51137)
2. 11.39919535% = USD 362,246.63 of USD 3,177,826.28 (the outstanding amount of the Proof of Claim Number 51140)
3. 14.75409836% = USD 255,703.50 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143)
4. 3.8% = USD 107,963.70 of USD 2,841,150.00 (the outstanding amount of the Proof of Claim Number 51150)
5. 1.86666667% = USD 79,552.20 of USD 4,261,725.00 (the outstanding amount of the Proof of Claim Number 51152)
6. 8.18181182% = USD 38,355.53 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153)
7. 0.75282308%? = USD 8,523.45 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155)
8. 5% = USD 71,028.75 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157)
9. 46.65948276% = USD 615,108.98 of USD 1,318,293.60 (the outstanding amount of the Proof of Claim Number 51165)
10. 2.78396436% = USD 35,514.38 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167)
11. 18.17812119% = USD 625,180.84 of USD 3,439,193.93 (the outstanding amount of the Proof of Claim Number 51168)
12. 34.69785575% = USD 505,724.70 of USD 1,457,509.95 (the outstanding amount of the Proof of Claim Number 51172)
13. 8.28571428% = USD 164,786.70 of USD 1,988,805.00 (the outstanding amount of the Proof of Claim Number 51302)
14. 17.66109785% = USD 105,122.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304)
15. 6.75675676% = USD 35,514.38 of USD 525,612.75 (the outstanding amount of the Proof of Claim Number 51316)
16. 57.51879699% = USD 217,347.98 of USD 377,872.95 (the outstanding amount of the Proof of Claim Number 51318)

Schedule 1-1

17. 5% = USD 71,028.75 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319)

18. 3.8191190925% = USD 231,553.73 of USD 6,063,014.10 (the outstanding amount of the Proof of Claim Number 51320)

19. 1.093135111% = USD 25,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144)

20. 26.22478386% = USD 910,000.00 of USD 3,470,000.00 (the outstanding amount of the Proof of Claim Number 51146)

21. 1.865955826% = USD 98,000.00 of USD 5,252,000.00 (the outstanding amount of the Proof of Claim Number 51147)

22. 19.59617428% = USD 922,000.00 of USD 4,705,000.00 (the outstanding amount of the Proof of Claim Number 51148)

23. 2.0092873773% = USD 225,000.00 of USD 11,198,000.00 (the outstanding amount of the Proof of Claim Number 51151)

24. 14.068665504% = USD 250,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154)

25. 8.888888889% = USD 76,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156)

26. 14% = USD 140,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158)

27. 3.483681702% = USD 95,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160)

28. 52.87009063% = USD 175,000.00 of USD 331,000.00 (the outstanding amount of the Proof of Claim Number 51163)

29. 27.027027703% = USD 50,000.00 of USD 185,000.00 (the outstanding amount of the Proof of Claim Number 51164)

30. 1.144688645% = USD 50,000.00 of USD 4,368,000.00 (the outstanding amount of the Proof of Claim Number 51170)

31. 6.616257089% = USD 70,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171)

32. 1.186708861% = USD 30,000.00 of USD 2,528,000.00 (the outstanding amount of the Proof of Claim Number 51305)

33. 23.07692308% = USD 75,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307)

34. 21.47239264% = USD 70,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308)

35. 9.328358209% = USD 25,000.00 of USD 268,000.00 (the outstanding amount of the Proof of Claim Number 51312); and

36. 24.07407407% = USD 130,000.00 of USD 540,000.00 (the outstanding amount of the Proof of Claim Number 51317

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51137 | 7YR AUTOREDEEMABLE ELN | XS0350310909 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 140,000.00 (equivalent to USD 198,880.50) | 3/30/2015 |
| 2. | 51140 | 7 YEARS AUTOREDEEMABLE EQUITY | XS0338465254 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 255,000.00 (equivalent to USD 362,246.63) | 1/31/2015 |
| 3. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS0329243876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 180,000.00 (equivalent to USD 255,703.50) | 11/28/2014 |
| 4. | 51150 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED | XS0332634657 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 76,000.00 (equivalent to USD 107,963.70) | 12/20/2014 |
| 5. | 51152 | 7 YR AUTOREDEEMABLE EQL | XS0344072318 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 56,000.00 (equivalent to USD 79,552.20) | 2/28/2015 |
| 6. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 27,000.00 (equivalent to USD 38,355.53) | 11/26/2013 |
| 7. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 6,000.00 (equivalent to USD 8,523.45) | 11/26/2009 |
| 8. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS0345215148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 50,000.00 (equivalent to USD 71,028.75) | 2/28/2015 |
| 9. | 51165 | 3 YR ELN ON CECEEUR INDEX | XS0267059755 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 433,000.00 (equivalent to USD 615,108.98) | 9/29/2009 |
| 10. | 51167 | 7 YR AUTOREDEEMABLE | XS0344087340 | Lehman Brothers | Lehman Brothers | EUR 25,000.00 | 2/28/2015 |

697698.1 153/05435

| # | Description | ISIN | Issuer | Guarantor | Amount | Maturity |
|---|---|---|---|---|---|---|
| | EQUITY LINKED NOTE | | Treasury Co. B.V. | Holdings Inc. | (equivalent to USD 35,514.38) | |
| 11. | 7 YEARE AUTOREDEEMABLE ELN | XS0324269488 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 447,000.00 (equivalent to USD 625,180.84) | 10/30/2014 |
| 12. | 3 YR ELN ON CECE COMPOSITE INDEX | XS0270482424 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 356,000.00 (equivalent to USD 505,724.70) | 11/2/2009 |
| 13. | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS0359631974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 116,000.00 (equivalent to USD 164,786.70) | 4/30/2015 |
| 14. | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 74,000.00 (equivalent to USD 105,122.55) | 6/28/2011 |
| 15. | 95% CAP PROTECTED NOTE ON A BASKET OF IND ON EUR | XS0253634850 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 25,000.00 (equivalent to USD 35,514.38) | 6/1/2009 |
| 16. | 5YR EUR NOTE ON EUROSTOXX 50 | XS0224249630 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 153,000.00 (equivalent to USD 217,347.98) | 7/29/2010 |
| 17. | 7 YR AUTOREDEEMABLE EQ LINKD NT TO DTE & FTE | XS0345439250 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 50,000.00 (equivalent to USD 71,028.75) | 2/28/2015 |
| 18. | 7YR AUTOREDEEMABLE ELN NOTE OT DEUTCHE TELEKOM AND | XS0285769278 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 163,000.00 (equivalent to USD 231,553.73) | 2/28/2014 |
| 19. | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 11/28/2014 |
| 20. | FUND LINKED | XS0204199466 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 910,000.00 | 10/27/2011 |
| 21. | 7 YEAR AUTOREDEEMABLE ELN | XS0324269561 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 98,000.00 | 10/30/2014 |
| 22. | 7 YR AUTOREDEEMABLE ELN TO JP MORGAN AND | XS0326730313 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 922,000.00 | 10/30/2014 |

697698.1 153/05435

| | | CITIGROUP | | | | |
|---|---|---|---|---|---|---|
| 23. | 51151 | 7YR AUTOREEDMBLE ELN TO BARCLAYS RBS & SOCIETE GEN | XS0332632446 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 225,000.00 | 12/20/2014 |
| 24. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 250,000.00 | 11/26/2009 |
| 25. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 76,000.00 | 2/28/2015 |
| 26. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 140,000.00 | 1/31/2015 |
| 27. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 95,000.00 | 6/29/2010 |
| 28. | 51163 | 3YR ELN ON S&P BRIC 40 | XS0258047165 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 175,000.00 | 6/30/2009 |
| 29. | 51164 | 3YR EQUITY LIKED NOTE ON S AND P BRIC 40 | XS0299555739 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 50,000.00 | 5/31/2010 |
| 30. | 51170 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0282866192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 50,000.00 | 1/31/2014 |
| 31. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 70,000.00 | 8/2/2010 |
| 32. | 51305 | USD FX LINKED NT | XS0362725540 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 30,000.00 | 5/30/2011 |
| 33. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 75,000.00 | 8/22/2011 |
| 34. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 70,000.00 | 12/4/2010 |
| 35. | 51312 | USD FX LINKED NOTE | XS0334274098 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/24/2010 |
| 36. | 51317 | 98% CAPITAL PROTECTED NOTES ON A BASKET OF INDICES | XS0253635154 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 130,000.00 | 6/1/2009 |