REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    Case No. 08-13555 (JMP)
                                                           :    (Jointly Administered)
                                    Debtors.               :
                                                           :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holding Inc.<br>08-13555 (JMP) |
| **Creditor Name and Address:** | Zircon Finance Limited – Series 2007-2<br>c/o BNY Mellon Corporate Trustee Services Ltd.<br>Attn: Sanjay Jobanputra - Vice President, Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 26027 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

The above-referenced Creditor hereby gives notice of the withdrawal the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December      , 2011         BNY Mellon Corporate Trustee Services Ltd.

                                    By: _____
                                        Name Sanajay Jobanputra
                                        Title: Vice President