John Ansbro
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Bond Logistix LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :   **Chapter 11 Case No.**
**In re**                                                    :
                                                             :   **08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et*                      :
*al.*                                                        :   **(Jointly Administered)**
                                                             :
                              **Debtors.**                   :
                                                             :
------------------------------------------------------------ x

### AFFIDAVIT OF ERIC H. CHU IN SUPPORT OF BOND LOGISTIX LLC'S MEMORANDUM IN OPPOSITION TO DEBTOR'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

I, Eric H. Chu, declare and state:

1. I am a Managing Director with the firm of Bond Logistix LLC ("BLX"). I have personal knowledge of the facts set forth herein.

2. I am familiar with the excel spreadsheets, print outs of which were provided to Weil, Gotshal & Manges LLP.

3. The excel spreadsheet models contain numerous specialized formulas specifically configured and linked together by BLX to make certain financial computations. BLX has spent hundreds of hours over the course of several years developing these models which have served to distinguish BLX from other swap advisors in terms of capabilities. These models are valuable to BLX and give us a competitive advantage over other financial advisors. The models are the proprietary property of BLX. If our competitors obtained the spreadsheets, BLX would be at a distinct competitive disadvantage.

4.  I have reviewed the standard protective order that Lehman proposed. Because it allows disclosure to unnamed advisors, consultants, affiliates and creditors of Lehman, I am concerned that BLX's models could be disclosed to competitors or potential competitors of BLX. Given the relatively small swap advisor industry, our competitors may very well be included in these categories.

> I SOLEMNLY AFFIRM UNDER THE
> PENALTIES OF PERJURY AND UPON
> PERSONAL KNOWLEDGE THAT THE
> CONTENTS OF THE FOREGOING PAPER
> ARE TRUE.
>
> _____
> Eric H. Chu

Dated: February 7, 2012