**Premier** www.premier-nyc.com

OFFICE NUMBER:

| COURIER MANIFEST | COURIER ID | COURIER NAME | | DAY | DATE |
|---|---|---|---|---|---|
| | 517 | J. Packer | | TUES | 11/4/08 |

| # | SIGNATURE | RUN NO. | PICK UP | FLOOR/ROOM | PIECES | RUSH | ROUNDTRIP |
|---|---|---|---|---|---|---|---|
| 1x | Morris / Morris 11:30 | 0087 | Legal / 907 Bway — DELIVER 55 Water | 6 / — | PKG | RUSH | |
| 2x | M. Cathart 10:55 | 0084 | SEP / 22 C-19 — DELIVER 151 6th | 11 / 12 | 2x ENVS | RUSH | |
| 3x | L. Sabler | 0208 | Warner / 330 W 42 — DELIVER 40 Worth | 17 / GC | BOX | RUSH | |
| 4x | W. Hsieh / Hsieh | 0207 | Warner / 330 W 42 — DELIVER 11 Park Pl | 17 / ACC | BOX | RUSH | |
| 5x | Maxwell 1:45 | 0206 | CWP / 420 Lex — DELIVER 115 Bway | 5TH / 18 | BAG | RUSH | WAITING 15 MIN |
| 6x | S Whitaker 3:09 | 0292 | Cain Bro / 360 Mad — DELIVER Lehman 745 7th | 5 / 16 | ENV | RUSH | |
| 7x | Thurnher 3:07 | 0293 | Cain / 360 Mad — DELIVER Lehman Allen 1271 6th (212) 526-9304 | 5 / 13 | ENV | RUSH | 15 MIN |
| 8x | D Houston 2:40 | 0294 | Walter Kaye / 419 P'as — DELIVER Hotchkiss 530 5th | 15 / 4 | ENV | RUSH | |
| 9x | (McIntus) Melissa Minns 1:? | 0342 | McKinsey / 245 Sth — DELIVER 200 P'as | 104 / 18 | ENV | RUSH | |

**ALL PKGS. SUBJECT TO $50. MAX. LIMIT OF LIABILITY**