**Judson**

**Comparison between Lehman and Morgan Stanley ISDA Schedules**

| Item | LBSF | MSCS |
|---|---|---|
| Negative Pledge provided by Judson for security on any other swap or derivative transaction | No | Yes |
| Export of Defaults | No | Yes |
| Judson's Threshold for Cross Default | $10mm | $1mm |
| Specified Transactions | Standard | Includes additional trade types |
| Jurisdiction in New York Courts | Non-Eexclusive | Exclusive |
| Grace Periods | Standard ISDA Language | Modified to be shorter |
| Judson to provide ongoing Additional Termination Event compliance certificates | No | Yes |