**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:47 AM
**To:** muniderivatives@bankofamerica.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

**Importance:** High

**Attachments:** Swap Bid Request.pdf; 2_JSI Audited Financial 2007.pdf; 3_JSI Interim Financial 8 31 2008.pdf; Description of Judson 2008.pdf

We are looking to get refreshed pricing on this today.

We are also entertaining proposals for a new fixed pay swap per my discussion with Carrie Ward. Please let me know.
Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843 4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008.**

Please do not hesitate to contact me with any questions. Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Ward, Carrie A [Carrie.A.Ward@bankofamerica.com]
**Sent:** Tuesday, November 04, 2008 5:41 PM
**To:** Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
Joanna,
The marketing team is looking into the possibility of proposing a new swap.  I will let you know as soon as I have more information.
thanks,
Carrie

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Tuesday, November 04, 2008 2:50 PM
**To:** Ward, Carrie A; Muni Derivatives
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Could you give me an update on what part of Judson you'd like to participate on if any?  Thanks.


Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:47 AM
**To:** muniderivatives@bankofamerica.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

We are looking to get refreshed pricing on this today.

We are also entertaining proposals for a new fixed pay swap per my discussion with Carrie Ward.  Please let me know.
Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei

**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap – Judson – October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on <u>Friday, October 17, 2008 at 11AM EDT.</u>

Please use your best efforts to give us an indication as to your credit approval on this transaction by <u>Thursday, October 16, 2008</u>.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Ward, Carrie A [Carrie.A.Ward@bankofamerica.com]
**Sent:** Wednesday, November 05, 2008 10:18 AM
**To:** Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
Joanna,

Thank you for your consideration. We have decided to pass on this transaction.

Regards,.
Carrie


**Carrie Ward**
Bank of America, N.A
Global Derivative Products
Ph: 704-386-3286
Fax: 704-602-5884
Email: carrie.a.ward@bankofamerica.com

Any information contained in or attached to this e-mail is intended solely for the use of the intended recipient(s) and may contain information that is confidential or legally privileged. If you are not an intended recipient of this e-mail, please notify the sender of the delivery error and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this e-mail is expressly prohibited. See http://www.bankofamerica.com/emaildisclaimer for further important information on confidentiality, the risks inherent in electronic communication (including the possibility that e-mail messages cannot be secure or free of errors or viruses), some of our policies regarding transactions and pricing and certain other matters.

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Tuesday, November 04, 2008 2:50 PM
**To:** Ward, Carrie A; Muni Derivatives
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Could you give me an update on what part of Judson you'd like to participate on if any? Thanks.


Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:47 AM
**To:** muniderivatives@bankofamerica.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

We are looking to get refreshed pricing on this today.

We are also entertaining proposals for a new fixed pay swap per my discussion with Carrie Ward. Please let me know.
Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008**.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**Joanna Manthei**

| | |
|---|---|
| **From:** | Ward, Carrie A [Carrie.A.Ward@bankofamerica.com] |
| **Sent:** | Wednesday, October 15, 2008 12:52 PM |
| **To:** | Joanna Manthei |
| **Subject:** | RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT |

Joanna,

We will pass on this bid.

thanks,
Carrie

**Carrie Ward**
Bank of America, N.A
Global Derivative Products
Ph: 704-386-3286
Fax: 704-602-5884
Email: carric.a.ward@bankofamerica.com

Any information contained in or attached to this e-mail is intended solely for the use of the intended recipient(s) and may contain information that is confidential or legally privileged. If you are not an intended recipient of this e-mail, please notify the sender of the delivery error and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this e-mail is expressly prohibited. See http://www.bankofamerica.com/emaildisclaimer for further important information on confidentiality, the risks inherent in electronic communication (including the possibility that e-mail messages cannot be guaranteed to be secure or free of errors or viruses), some of our policies regarding transactions and pricing and certain other matters.

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Tuesday, October 14, 2008 12:21 PM
**To:** Muni Derivatives
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008.**

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

10/17/2008

Page 1 of 1

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:50 AM
**To:** dennis.p.oconnor@citi.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

**Importance:** High

**Attachments:** Swap Bid Request.pdf; 2_JSI Audited Financial 2007.pdf; 3_JSI Interim Financial 8 31 2008.pdf; Description of Judson 2008.pdf
Dennis,
We are looking for refreshed pricing on this today.  Please let me know.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on <u>Friday, October 17, 2008 at 11AM EDT.</u>

Please use your best efforts to give us an indication as to your credit approval on this transaction by <u>Thursday, October 16, 2008</u>.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** O'Connor, Dennis P [dennis.p.oconnor@citi.com]
**Sent:** Tuesday, November 04, 2008 10:31 AM
**To:** Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap – Judson – October 17 at 11:00 AM EDT
Thanks for showing this to Citi but we are going to pass.

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Tuesday, November 04, 2008 9:50 AM
**To:** O'Connor, Dennis P [CMB-MSDB]
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

Dennis,
We are looking for refreshed pricing on this today.  Please let me know.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7508
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on <u>Friday, October 17, 2008 at 11AM EDT.</u>

Please use your best efforts to give us an indication as to your credit approval on this transaction by <u>Thursday, October 16, 2008</u>.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

## Joanna Manthei

**From:** O'Connor, Dennis P [dennis.p.oconnor@citi.com]
**Sent:** Friday, October 10, 2008 5:08 PM
**To:** Joanna Manthei; Timothy Sheehan
**Cc:** *MSD Muni Reinvest
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Joanna,

Thanks for showing this to Citi but we are going to pass.

Dennis

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008.**

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

10/15/2008

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:54 AM
**To:** Dennis Tupper
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

**Importance:** High

**Attachments:** Swap Bid Request.pdf; 2_JSI Audited Financial 2007.pdf; 3_JSI Interim Financial 8 31 2008.pdf;
Description of Judson 2008.pdf
We are looking to get refreshed pricing on this existing transaction today.

We are also entertaining counter proposals for a new separate fixed pay swap per our discussion.  Please let me know over the
next couple days if you can come back to me with something on this.  Thanks.


Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt
from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The
request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16,
2008.**

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt
from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Dennis Tupper [dennis.tupper@db.com]
**Sent:** Tuesday, November 04, 2008 3:19 PM
**To:** Joanna Manthei
**Cc:** Jeil Kim
**Subject:** Re: FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Joanna - working on this right now. The best we could do would be to have a CSA against Judson with $0 threshold as well as an independent amount of collateral (being calculated now). If that's a definite no-go, please let us know.

Thanks.

Dennis M. Tupper
Vice President
Deutsche Bank
Municipal Structuring
60 Wall Street - 3rd Floor | New York, NY 10005
Office: 212.250.8257 | dennis.tupper@db.com

| | | |
|---|---|---|
| "Joanna Manthei" <jmanthei@cainbrothers.com> | To | Dennis Tupper/db/dbcom@DBAmericas |
| | cc | |
| 11/04/2008 02:48 PM | Subject | FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT |

Hi Dennis,
Could you give me an update on what part of Judson you'd like to participate on if any? Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:54 AM
**To:** Dennis Tupper
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

We are looking to get refreshed pricing on this existing transaction today.

We are also entertaining counter proposals for a new separate fixed pay swap per our discussion.  Please let me know over the next couple days if you can come back to me with something on this.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008**.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.
 [attachment "Swap Bid Request.pdf" deleted by Dennis Tupper/db/dbcom] [attachment "2_JSI Audited Financial 2007.pdf" deleted by Dennis Tupper/db/dbcom] [attachment "3_JSI Interim Financial 8 31 2008.pdf" deleted by Dennis Tupper/db/dbcom] [attachment "Description of Judson 2008.pdf" deleted by Dennis Tupper/db/dbcom]

--

This e-mail may contain confidential and/or privileged information. If you

are not the intended recipient (or have received this e-mail in error)
please notify the sender immediately and destroy this e-mail. Any
unauthorized copying, disclosure or distribution of the material in this
e-mail is strictly forbidden.

**From:** Dennis Tupper [dennis.tupper@db.com]
**Sent:** Tuesday, November 04, 2008 6:22 PM
**To:** Joanna Manthei
**Cc:** Jeeil Kim
**Subject:** Re: FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Joanna:

We'd require $0 threshold CSA against the counterparty plus a $1.1mm independent amount.

Dennis M. Tupper
Vice President
Deutsche Bank
Municipal Structuring
60 Wall Street - 3rd Floor | New York, NY 10005
Office: 212.250.8257 | dennis.tupper@db.com

| | |
|---|---|
| "Joanna Manthei" <jmanthei@cainbrothers.com> | **To** Dennis Tupper/db/dbcom@DBAmericas |
| | **cc** |
| 11/04/2008 02:48 PM | **Subject** FW: Request For Interest Rate Swap  - Judson - October 17 at 11:00 AM EDT |

Hi Dennis,
Could you give me an update on what part of Judson you'd like to participate on if any?  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:54 AM
**To:** Dennis Tupper
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

We are looking to get refreshed pricing on this existing transaction today.

We are also entertaining counter proposals for a new separate fixed pay swap per our discussion.  Please let me know over

the next couple days if you can come back to me with something on this.  Thanks.


Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008**.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.
 [attachment "Swap Bid Request.pdf" deleted by Dennis Tupper/db/dbcom] [attachment "2_JSI Audited Financial 2007.pdf" deleted by Dennis Tupper/db/dbcom] [attachment "3_JSI Interim Financial 8 31 2008.pdf" deleted by Dennis Tupper/db/dbcom] [attachment "Description of Judson 2008.pdf" deleted by Dennis Tupper/db/dbcom]

--

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error)

please notify the sender immediately and destroy this e-mail. Any
unauthorized copying, disclosure or distribution of the material in this
e-mail is strictly forbidden.

## Joanna Manthei

| | |
|---|---|
| **From:** | Dennis Tupper [dennis.tupper@db.com] |
| **Sent:** | Friday, October 17, 2008 11:08 AM |
| **To:** | Joanna Manthei |
| **Subject:** | Re: FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT |

hey joanna - i just got off with credit and unfortunately we're just not able to take this credit.

Dennis M. Tupper
Vice President
Deutsche Bank
Municipal Structuring
60 Wall Street - 3rd Floor | New York, NY 10005
Office: 212.250.8257 | dennis.tupper@db.com

"Joanna Manthei" <jmanthei@cainbrothers.com>

10/17/2008 10:59 AM

To  Dennis Tupper/db/dbcom@DBAmericas

cc

Subject  FW: Request For Interest Rate Swap  - Judson - October 17 at 11:00 AM EDT

Hi Dennis,
Will you be bidding on this today?  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that
any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us
immediately. Thank you.

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

10/17/2008

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008.**

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

[attachment "Swap Bid Request.pdf" deleted by Dennis Tupper/db/dbcom]

---

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

10/17/2008

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:59 AM
**To:** david.m.hand@jpmchase.com; arthur.d.hyde@jpmorgan.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

**Importance:** High

**Attachments:** Swap Bid Request.pdf; 2_JSI Audited Financial 2007.pdf; 3_JSI Interim Financial 8 31 2008.pdf; Description of Judson 2008.pdf

We are looking to get refreshed pricing on this existing transaction today.

We are also entertaining counter proposals for a new separate fixed pay swap per my discussion with Arthur.  Please let me know over the next couple days if you can come back to me with something on this.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on <u>Friday, October 17, 2008 at 11AM EDT.</u>

Please use your best efforts to give us an indication as to your credit approval on this transaction by <u>Thursday, October 16, 2008.</u>

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** david.m.hand@jpmchase.com
**Sent:** Tuesday, November 04, 2008 2:59 PM
**To:** Joanna Manthei
**Cc:** Arthur Hyde
**Subject:** Re: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

JPM will not be participating.
-----------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
**From:** "Joanna Manthei" [jmanthei@cainbrothers.com]
**Sent:** 11/04/2008 02:47 PM EST
**To:** David Hand
**Subject:** FW: Request For Interest Rate Swap  - Judson - October 17 at 11:00 AM EDT

David,
Could you give me an update on what part of Judson you'd like to participate on if any?  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 9:59 AM
**To:** david.m.hand@jpmchase.com; arthur.d.hyde@jpmorgan.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

We are looking to get refreshed pricing on this existing transaction today.

We are also entertaining counter proposals for a new separate fixed pay swap per my discussion with Arthur.  Please let me know over the next couple days if you can come back to me with something on this.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on <u>Friday, October 17, 2008 at 11AM EDT.</u>

Please use your best efforts to give us an indication as to your credit approval on this transaction by <u>Thursday, October 16, 2008</u>.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

## Joanna Manthei

| | |
|---|---|
| **From:** | pat.hennelly@jpmorgan.com |
| **Sent:** | Friday, October 17, 2008 9:41 AM |
| **To:** | Joanna Manthei |
| **Cc:** | Timothy Sheehan; david.m.hand@jpmorganchase.com |
| **Subject:** | Re: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT |
| **Attachments:** | Swap Bid Request.pdf; 2_JSI Audited Financial 2007.pdf; 3_JSI Interim Financial 8 31 2008.pdf; Description of Judson 2008.pdf |

Joanna,
JPM will not be bidding on this transaction.  Please call me if you have any questions.  Thanks,
Pat
**JPMorgan** | Commercial Bank FX & IRD Sales | ☎Tel: 312 732-6381 | 🖷Fax: 312 827-1849 | 🖃pat.hennelly
@jpmorgan.com


----- Forwarded by David M Hand/JPMCHASE on 10/15/2008 10:16 AM -----

**"Joanna Manthei"** <jmanthei@cainbrothers.com>

10/10/2008 04:45 PM

To "Joanna Manthei" <jmanthei@cainbrothers.com>

cc "Timothy Sheehan" <tsheehan@cainbrothers.com>

Subject Request For Interest Rate Swap  - Judson - October 17 at 11:00 AM EDT


On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008**.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that

10/17/2008

any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

10/17/2008

## Joanna Manthel

**From:** david.m.hand@jpmchase.com
**Sent:** Friday, October 17, 2008 9:42 AM
**To:** Joanna Manthel
**Subject:** Re: Judson

We will be passing
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
**From:** "Joanna Manthel" [jmanthel@cainbrothers.com]
**Sent:** 10/17/2008 09:13 AM AST
**To:** David Hand
**Subject:** Judson

Hi David,
I just wanted to check in with you on Judson and see where you thought you'd come out on that. Will you be bidding today? Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

10/17/2008

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 10:20 AM
**To:** jeffrey.hasterok@morganstanley.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

**Importance:** High

**Attachments:** Swap Bid Request.pdf; 2_JSI Audited Financial 2007.pdf; 3_JSI Interim Financial 8 31 2008.pdf;
Description of Judson 2008.pdf
Jeffrey,
We are looking to get refreshed pricing on this existing transaction today.

We are also entertaining counter proposals for a new separate fixed pay swap per our discussion.  Please let me know over the
next couple days if you can come back to me with something on this.  Thanks!

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt
from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The
request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16,
2008**.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt
from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

**From:** Lee, Alice (CREDIT) [Alice.Lee@morganstanley.com]
**Sent:** Monday, November 17, 2008 10:20 AM
**To:** Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
Thanks, I appreciate the follow up.  I don't think a conference call is necessary as the only outstanding question relates to the lease payments that are due in 2010 and 2011 (question #1 in my original e-mail below).  Again, I'd like to get a sense if they are mandatory payments and if they are, how they will be paid and what options Judson can take if they cannot make such payments.

Alice Lee, Vice President
Morgan Stanley | Risk Management
750 Seventh Avenue, 11th Floor | New York, NY 10019
Phone: +1 212 762-2601
Fax: +1 212 507-3725
Alice.Lee@morganstanley.com

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Monday, November 17, 2008 9:59 AM
**To:** Lee, Alice (CREDIT)
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Hi Alice,
I'm just forwarding you info. from the banker as I get it.  If you would like to have a conference call with our banker and client I can set that up.  Otherwise, I'll keep trying to email you info. as I get it.
**From:** Amy A. Hayman
**Sent:** Friday, November 14, 2008 10:49 AM
**To:** Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
It was just occupancy right? It's mostly Manor Park. The health care occupancy is always up and down and is seasonal. The percentage is low because the unit number is low.  Occupancy was up in October and looks solid in November
They have renovations going on at Manor Park. They are renovating one floor, which are taking longer which is why they're off budget. They had a whole floor for the renovations. The renovations expected to be complete on the 4th floor next month. There are 10 units on the 4th floor and 4 units are already reserved. The units are all high demand and Judson believes will sell quickly. People will start moving in in January.  The other unoccupied units are smaller units that have been difficult to sell.
**From:** Amy A. Hayman
**Sent:** Friday, November 14, 2008 10:38 AM
**To:** Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
I'm calling him now. Any other info we need?
**From:** Joanna Manthei
**Sent:** Wednesday, November 12, 2008 10:03 AM
**To:** Amy A. Hayman
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Do you have any more information on the questions we got below?

---

**From:** Lee, Alice (CREDIT) [mailto:Alice.Lee@morganstanley.com]
**Sent:** Wednesday, November 12, 2008 10:36 AM
**To:** Joanna Manthei
**Cc:** Hasterok, Jeffrey (GCM)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
Do you have any updates to the responses you provided last week?  Also I had asked a question regarding some softness

observed in Judson's occupancy (see below).
Thanks,
Alice Lee, Vice President
Morgan Stanley | Risk Management
750 Seventh Avenue, 11th Floor | New York, NY 10019
Phone: +1 212 762-2801
Fax: +1 212 507-3725
Alice.Lee@morganstanley.com

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Wednesday, November 05, 2008 5:40 PM
**To:** Hasterok, Jeffrey (GCM)
**Cc:** Lee, Alice (CREDIT)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

1) No-outside of OG. Judson is not obligated for these payments. They do however have a
limited OSA that may be used if certain performance requirements of SFC are not met I need to
check the documents to confirm whether payments are optional or mandatory. I also need to
look at the audit to see if the amounts they reference include Judson's debt in addition to
SFC.
2) SFC is on time and on budget and is expected to open in November, 2009, 24 months after
financing. They have 10% deposits on 130 units.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and
exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Hasterok, Jeffrey (GCM) [mailto:Jeffrey.Hasterok@morganstanley.com]
**Sent:** Wednesday, November 05, 2008 3:15 PM
**To:** Joanna Manthei
**Cc:** Lee, Alice (CREDIT)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Joanna, can you take a look at Alice's credit questions below? Thanks.
1. The FYE 12/31/07 audited statements note lease payments (in-kind debt payments) of $62MM due in 2010 and $30.5MM
in 2011. Are these contractually required payments under the bonds? If so can we confirm that proceeds to make these pay
downs will come from entrance fees?
2. When we looked at Judson in September 2007, approximately 59% of South Franklin Circle's to-be-built units were
reserved. Please provide a status update on how South Franklin Circle is progressing, i.e. how many units are reserved now,
if the construction is in line with budget estimates with respect to costs and timing to completion. Also, it looks like on a year-
to-date basis through August, that overall occupancy at Judson has fallen to 85% and is behind budget levels. A further
explanation as to what is causing the trend would be helpful.

NOTICE: If received in error, please destroy and notify sender. Sender does not intend to waive confidentiality or privilege. Use of this email is prohibited when
received in error.

**From:** Lee, Alice (CREDIT) [Alice.Lee@morganstanley.com]
**Sent:** Wednesday, November 12, 2008 10:36 AM
**To:** Joanna Manthei
**Cc:** Hasterok, Jeffrey (GCM)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Do you have any updates to the responses you provided last week? Also I had asked a question regarding some softness observed in Judson's occupancy (see below).

Thanks,

Alice Lee, Vice President
Morgan Stanley | Risk Management
750 Seventh Avenue, 11th Floor | New York, NY 10019
Phone: +1 212 762-2601
Fax: +1 212 507-3725
Alice.Lee@morganstanley.com

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Wednesday, November 05, 2008 5:40 PM
**To:** Hasterok, Jeffrey (GCM)
**Cc:** Lee, Alice (CREDIT)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

1) No-outside of OG. Judson is not obligated for these payments. They do however have a limited OSA that may be used if certain performance requirements of SFC are not met I need to check the documents to confirm whether payments are optional or mandatory. I also need to look at the audit to see if the amounts they reference include Judson's debt in addition to SFC.
2) SFC is on time and on budget and is expected to open in November, 2009, 24 months after financing. They have 10% deposits on 130 units.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Hasterok, Jeffrey (GCM) [mailto:Jeffrey.Hasterok@morganstanley.com]
**Sent:** Wednesday, November 05, 2008 3:15 PM
**To:** Joanna Manthei
**Cc:** Lee, Alice (CREDIT)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Joanna, can you take a look at Alice's credit questions below? Thanks.
1. The FYE 12/31/07 audited statements note lease payments (in-kind debt payments) of $62MM due in 2010 and $30.5MM in 2011. Are these contractually required payments under the bonds? If so can we confirm that proceeds to make these pay downs will come from entrance fees?
2. When we looked at Judson in September 2007, approximately 59% of South Franklin Circle's to-be-built units were reserved. Please provide a status update on how South Franklin Circle is progressing, i.e. how many units are reserved now, if the construction is in line with budget estimates with respect to costs and timing to completion. Also, it looks like on a year-to-date basis through August, that overall occupancy at Judson has fallen to 85% and is behind budget levels. A further

explanation as to what is causing the trend would be helpful.

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Tuesday, November 04, 2008 10:20 AM
**To:** Hasterok, Jeffrey (GCM)
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

Jeffrey,
We are looking to get refreshed pricing on this existing transaction today.
We are also entertaining counter proposals for a new separate fixed pay swap per our discussion. Please let me know over the next couple days if you can come back to me with something on this. Thanks!
Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High
On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.
We expect to price this transaction on Friday, October 17, 2008 at 11AM EDT.
Please use your best efforts to give us an indication as to your credit approval on this transaction by Thursday, October 16, 2008.
Please do not hesitate to contact me with any questions. Thanks.
Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

NOTICE. If received in error, please destroy and notify sender. Sender does not intend to waive confidentiality or privilege. Use of this email is prohibited when received in error.

---

NOTICE. If received in error, please destroy and notify sender. Sender does not intend to waive confidentiality or privilege. Use of this email is prohibited when received in error.

**From:** Hasterok, Jeffrey (GCM) [Jeffrey.Hasterok@morganstanley.com]
**Sent:** Tuesday, November 04, 2008 3:13 PM
**To:** Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
I will... just printed a trade with Andy, let me clean that up first then come back to you.

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Tuesday, November 04, 2008 2:47 PM
**To:** Hasterok, Jeffrey (GCM)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Hi Jeffrey,
Could you send me your mid calculation?  Thanks!
Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 10:20 AM
**To:** jeffrey.hasterok@morganstanley.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High
Jeffrey,
We are looking to get refreshed pricing on this existing transaction today.
We are also entertaining counter proposals for a new separate fixed pay swap per our discussion.  Please let me know over the next couple days if you can come back to me with something on this.  Thanks!
Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High
On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**
Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008.**
Please do not hesitate to contact me with any questions.  Thanks.
Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

NOTICE: If received in error, please destroy and notify sender. Sender does not intend to waive confidentiality or privilege. Use of this email is prohibited when received in error.

**From:** Hasterok, Jeffrey (GCM) [Jeffrey.Hasterok@morganstanley.com]
**Sent:** Wednesday, November 05, 2008 3:15 PM
**To:** Joanna Manthei
**Cc:** Lee, Alice (CREDIT)
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
Joanna, can you take a look at Alice's credit questions below?  Thanks.

.1.  The FYE 12/31/07 audited statements note lease payments (in-kind debt payments) of $62MM due in 2010 and $30.5MM in 2011.  Are these contractually required payments under the bonds? If so can we confirm that proceeds to make these pay downs will come from entrance fees?

2.  When we looked at Judson in September 2007, approximately 59% of South Franklin Circle's to-be-built units were reserved.  Please provide a status update on how South Franklin Circle is progressing, i.e. how many units are reserved now, if the construction is in line with budget estimates with respect to costs and timing to completion.  Also, it looks like on a year-to-date basis through August, that overall occupancy at Judson has fallen to 85% and is behind budget levels.  A further explanation as to what is causing the trend would be helpful.

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Tuesday, November 04, 2008 10:20 AM
**To:** Hasterok, Jeffrey (GCM)
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

Jeffrey,
We are looking to get refreshed pricing on this existing transaction today.
We are also entertaining counter proposals for a new separate fixed pay swap per our discussion.  Please let me know over the next couple days if you can come back to me with something on this.  Thanks!
Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High
On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.
We expect to price this transaction on Friday, October 17, 2008 at 11AM EDT.
Please use your best efforts to give us an indication as to your credit approval on this transaction by Thursday, October 16, 2008.
Please do not hesitate to contact me with any questions.  Thanks.
Joanna Manthei

Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

NOTICE: If received in error, please destroy and notify sender. Sender does not intend to waive confidentiality or privilege. Use of this email is prohibited when received in error.

## Joanna Manthei

| | |
|---|---|
| **From:** | Hasterok, Jeffrey (GCM) [Jeffrey.Hasterok@morganstanley.com] |
| **Sent:** | Tuesday, October 14, 2008 9:03 AM |
| **To:** | Joanna Manthei |
| **Subject:** | RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT |

Joanna,

We'll have to pass unless they take bids only as an ongoing rate, as we cannot make upfront payments.

Thanks.

**Jeffrey Hasterok, Vice President**
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 04
New York, NY  10036
Phone: +1 212 761-6280
Mobile: +1 914 218-1785 or +1 773 793-9007
Fax: +1 212 507-1039
Jeffrey.Hasterok@morganstanley.com

*wouldn't give ongoing rate bid unless we could assure him we'd get no bids from anyone with an up-front payment because he felt he'd be wasting his time ..*

---

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16, 2008**.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

NOTICE: If received in error, please destroy and notify sender. Sender does not intend to waive confidentiality or privilege. Use of this email is prohibited when received in error.

10/17/2008

**From:** Joanna Manthei
**Sent:** Tuesday, November 04, 2008 10:07 AM
**To:** Michael.dziedzic@usbank.com
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

**Importance:** High

**Attachments:** Swap Bid Request.pdf; 2_JSI Audited Financial 2007.pdf; 3_JSI Interim Financial 8·31 2008.pdf;
Description of Judson 2008.pdf
Michael,
We are looking to get refreshed pricing on this existing transaction today.

We are also entertaining counter proposals for a new separate fixed pay swap per our discussion.

I will let you know what I hear from our banker and be back to you asap.  Thanks!

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt
from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Joanna Manthei
**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The
request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday, October 16,
2008.**

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei ·
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt
from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

## Joanna Manthei

**From:**    michael.dziedzic@usbank.com
**Sent:**    Friday, October 17, 2008 9:15 AM
**To:**      Joanna Manthei
**Subject:** Re: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT


Joanna,

Thank you for the invitation, but USB will not be bidding on this transaction.

Thanks,
Mike

Michael Dziedzic
U.S. Bank Capital Markets
Derivative Products Group
P:  866.579.1937
F:  312.325.8971


"Joanna Manthei" <jmanthei@cainbrothers.com>          To "Joanna Manthei" <jmanthei@cainbrothers.com>

10/10/2008 03:45 PM                                   cc "Timothy Sheehan" <tsheehan@cainbrothers.com>
                                                      Subject Request For Interest Rate Swap  - Judson - October 17 at 11:00 AM EDT




On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for
Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be
terminating.

We expect to price this transaction on **Friday, October 17, 2008 at 11AM EDT.**

Please use your best efforts to give us an indication as to your credit approval on this transaction by **Thursday,
October 16, 2008**.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010



10/17/2008

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

[attachment "Swap Bid Request.pdf" deleted by Michael T Dziedzic/IL/USB] [attachment "2_JSI Audited Financial 2007.pdf" deleted by Michael T Dziedzic/IL/USB] [attachment "3_JSI Interim Financial 8 31 2008.pdf" deleted by Michael T Dziedzic/IL/USB] [attachment "Description of Judson 2008.pdf" deleted by Michael T Dziedzic/IL/USB]

U.S. BANCORP made the following annotations
--------------------------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

--------------------------------------------------------------------

10/17/2008

## Joanna Manthei

**From:**    Steven.T.Lang@wellsfargo.com
**Sent:**    Friday, October 17, 2008 10:15 AM
**To:**    Joanna Manthei
**Subject:** RE: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

Joanna - we PASS on Judson.  Thanks.

Steven T. Lang, Managing Director
Municipal Financial Products
Wells Fargo Bank, NA
steven.t.lang@wellsfargo.com
(415) 222-7061

**From:** Joanna Manthei [mailto:jmanthei@cainbrothers.com]
**Sent:** Friday, October 17, 2008 7:13 AM
**To:** Lang, Steven T.
**Subject:** FW: Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT

IMPORTANT! This email is from an external source and contains a file attachment. To minimize the
risk of virus infection, please scan the file or files prior to first using it in the Wells Fargo & Company's
computing environment as directed in WF Policy ATCS-198.

For instruction on scanning email attachments see the Security Operations Center (SOC) webpage.

https://soc.wellsfargo.com/SOCServices/VirusSupport/EmailAttachmentWarningmessage/tabid/518/Defi

Hi Steve,
I know you gave me a verbal decline to bid this morning for Judson, but could you confirm by email so I can file it?
Thanks!

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
Direct Phone: 317.870.7506
Office Phone: 317.733.2000
Fax: 646.843.4392

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that
any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us
immediately. Thank you.

**From:** Joanna Manthei

**Sent:** Friday, October 10, 2008 4:46 PM
**To:** Joanna Manthei
**Cc:** Timothy Sheehan
**Subject:** Request For Interest Rate Swap - Judson - October 17 at 11:00 AM EDT
**Importance:** High

On behalf of Judson, attached please find an interest rate swap bid request along with related credit material for Judson. The request is for one new interest rate swap to replace an existing transaction that Judson will be terminating.

We expect to price this transaction on <u>Friday, October 17, 2008 at 11AM EDT.</u>

Please use your best efforts to give us an indication as to your credit approval on this transaction by <u>Thursday, October 16, 2008</u>.

Please do not hesitate to contact me with any questions.  Thanks.

Joanna Manthei
Senior Vice President
Cain Brothers & Company, LLC
3500 DePauw Blvd., Suite 1052
Indianapolis, IN 46268
P: 317.733.2000 ext. 100
F: 317.733.2010

This e-mail message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

10/17/2008