UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                        )
                                                              ) Chapter 11
                                                              )
Lehman Brothers Holdings Inc., et al.                         ) Case No. 08-13555 (JMP)
                                                              )
                    Debtors.                                  ) Jointly Administered
                                                              )
_____                        Proof of Claim No.: **23548**
                                                              Amount of Claim Transferred: **$3,519,992.96**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:    TRANSFEROR:    **DEUTSCHE BANK AG, LONDON BRANCH**
                     c/o Deutsche Bank Securities Inc.
                     60 Wall Street
                     New York, NY 10005
                     Attention:    Jeffrey Olinsky
                     E-mail:       Jeffrey.olinsky@db.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **23548** against Lehman Brothers Holdings Inc. in the amount of **$3,519,992.96** as evidenced by the attached Evidence of Transfer of Claim to:

       TRANSFEREE:   **ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.**
                     c/o Anchorage Capital Group, L.L.C.
                     610 Broadway, 6th Floor
                     New York, NY 10012
                     Attention:    Susan Moriello
                     Telephone:    212-432-4600
                     E-mail:       smoriello@anchoragecap.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                              _____
                                                              Clerk of the Court

8233875

Pg 2 of 2

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 23548

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Anchorage Capital Master Offshore, Ltd.**
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
Phone: (212) 432-4600
Fax: (212) 432-4601
Attn: Susan Moriello
E-mail: smoriello@anchoragecap.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 23548 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 3, 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    By: _____
Name: Philipp Roever              Name: Ross Miller
Title: Vice President             Title: Director

**Anchorage Capital Master Offshore, Ltd.**
By: Anchorage Capital Group, L.L.C., its
Investment Manager

By: _____
Name: MICHAEL AGLIALORO
Title: Executive Vice President