John Ansbro
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Bond Logistix LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.                        :   08-13555 (JMP)
                                                             :
                                                             :   (Jointly Administered)
                                                             :
                    Debtors.                                 :
                                                             :   **CERTIFICATE OF SERVICE**
------------------------------------------------------------ x

The undersigned hereby certifies that on February 8, 2012 a true and correct copy of the (i) Memorandum in Opposition, (ii) Affidavit of Eric H. Chu, and (iii) Affidavit of William A. Molinski was served by the Court's electronic filing system and by hand delivery on the following:

Richard W. Slack, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Andrea B. Schwartz, Esq.
Elisabetta Gasparini, Esq.
Office of the United States
    Trustee for the Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

_____
John Ansbro