Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139

-and-

James D. Vail (admission *pro hac vice* pending)
Schneider, Smeltz, Ranney & LaFond, P.L.L.
1111 Superior Avenue, Suite 1000
Cleveland, Ohio 44114
Tel: (216) 696-4200
Fax: (216) 696-7303

Attorneys for Judson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                       :
In re:                                                                 :
                                                                       :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :
                                                                       :    08-13555 (JMP)
                       Debtors.                                        :
                                                                       :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**APPENDIX OF UNREPORTED OR NON-FEDERAL AUTHORITIES**

      Judson respectfully submits the following unreported or non-federal authorities referenced in its Brief in Opposition to Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims:

**Authority**                                                                                         **Exhibit**

Phil Weeber, Matthew E. Hoffman &
 Edward S. Robson, *Market Practices for Settling*
*Derivatives in Bankruptcy: Part I*, 28-OCT Am. Bankr.
Inst. J. 26, 74 (2009)……………………………………………………………….. **A**

In CDO Plus Master Fund Ltd. v. Wachovia Bank,
N.A., 2011 Westlaw 4526132 (S.D.N.Y.) (September 29, 2011) …………………. . . . . . **B**

Vermont Teddy Bear Co., Inc. v. 538 Madison Realty Co.,
1 N.Y. 3d.470, 475, 807 N.E. 2d 876, 775 N.Y.S. 2d 765 (2004)………………………… **C**

Dated: New York, New York
      February 8, 2012            STARR & STARR, PLLC

                                        By:   /s/  Stephen Z. Starr
                                             Stephen Z. Starr, Esq.
                                    260 Madison Ave., 17th Fl.
                                    New York, New York 10016
                                    Tel: (212) 867-8165
                                    Fax: (212) 867-8139

                                    -and-

                                    James D. Vail (admission *pro hac vice* pending)
                                    Schneider, Smeltz, Ranney & LaFond, P.L.L
                                    1111 Superior Avenue, Suite 1000
                                    Cleveland, Ohio 44114
                                    Tel: (216) 696-4200
                                    Fax: (216) 696-7303