United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECRUITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**SC LOWY PRIMARY INVESTMENTS, LTD.**

Name of Transferee

Name and address where notices
to transferee should be sent:

SC LOWY PRIMARY INVESTMENTS, LTD.
C/O SC LOWY ASSET MANAGEMENT (HK) LTD.
SUITE 1403, 14/F
NINE QUEEN'S ROAD
CENTRAL
HONG KONG

**FREIGHT INVESTOR SERVICES PTE LTD**

Name of Transferor

Name and Current Address of Transferor:

FREIGHT INVESTOR SERVICES PTE LTD
6 BATTERY ROAD, #24-03
SINGAPORE 049909

Proof of Claim #10975
Total amount of Claim: $157,889.75
Debtor: Lehman Brothers Commodity Services, Inc.

I declare under penalty of perjury that the information provided in this notice
Is true and correct to the best of my knowledge and belief.

By: _____      Date: _____February 1, 2012_____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 & 3571.

FREIGHT INVESTOR SERVICES PTE LTD ("Assignor"), its successors and assigns (collectively, "Assignor") pursuant to that certain Transfer of Claim Agreement dated September [12], 2011, has hereby absolutely and unconditionally sold, transferred and assigned to SC Lowy Primary Investments, Ltd., its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of US$157,889.75, against Lehman Brothers Commodity Services Inc. (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555 (JMP) (Jointly Administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001(e) of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this [12] day of September 2011.

(Assignor)
FREIGHT INVESTOR SERVICES PTE LTD

By: _____
Name: Gary Seafront
Title: Director

(Assignor)
WITNESS:

By: _____
Name: _____
Title: _____

(Assignee)
SC LOWY PRIMARY INVESTMENTS, LTD.

By: _____
Name: Soo Cheon Lee
Title: Authorized Signatory

By: _____
Name: Steve Lyons
Title: Authorized Signatory



**SC LOWY**
FINANCIAL SERVICES

SC LOWY PRIMARY INVESTMENTS, LTD.
c/o SC Lowy Asset Management (HK) Ltd.
1403, 14/F, Nine Queen's Road Central, Hong Kong
Tel: +852 3405 1300  |  Fax: +852 3405 1400
www.sclowy.com

VIA COURIER

February 1, 2012

US Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re:   Lehman Brothers Holdings Inc., et al, Debtors, Case No. 08-13555

To the US Bankruptcy Court:

Pursuant to the Transfer of Claim Agreement dated September 12, 2011, between Freight Investor Services Pte Ltd ("Transferor") and SC Lowy Primary Investments, Ltd. ("Transferee"), Transferor transferred certain claims to Transferee in relation to Lehman Brothers Commodity Services Inc.

Please find attached a notice relating to a Transfer of Claim Other than for Security in relation to the Transfer of Claim Agreement. Please mark your records accordingly to reflect such transfer and please have these forms posted on the docket of Lehman Brothers Holdings Inc., et al.

If you should have any questions, please feel free to contact the Transferee at:

Tel: +852 3405 1300
Fax: +852 3405 1400
E-mail: steve.lyons@sclowy.com
Address: c/o SC Lowy Asset Management (HK) Ltd., Suite 1403, 14/F, Nine Queen's Road, Central, Hong Kong, attn: Steve Lyons

Regards,

SC Lowy Primary Investments, Ltd.

By: _____
Name: Steve Lyons
Title: Authorized Signatory