**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

January 30, 2012

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10152

Re: In re: Lehman Brothers Holdings Inc., et al., Debtor // To: Alpha Finance Corporation

Case No. 0813555JMP

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for ALPHA FINANCE CORPORATION

ALPHA FINANCE CORPORATION is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Ken Dunnigan
Corporate Operations Specialist

Log# 519879611

FedEx Tracking# 798002052487

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408


RECEIVED
FEB - 3 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK