UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

Claimant
Annetta F. Pugia

Vs,

Debtor in Bankruptcy
Lehman Brothers Holdings, Inc.

---

Chapter 11 Case
Number 08-13555 (JMP)

## CLAIMANT OBJECTIONS TO DEBTORS MOTION TO DISALLOW HER CLAIM

Now Comes Annetta F. Pugia a recorded claim holder (See exhibit attached marked 1.) against the debtor, LEHMAN BROTHERS HOLDING, INC and files this her counter motion PRO SE praying that this most honorable court does not disallow her claim against the debtor for the below listed reasons and any reason this honorable court may find has merit..

### ARGUMENT

1.) The claimant had invested what represents a great deal of money to her some $23,000 dollars subject to the verbal and printed guarantees and claims of the debtor that is was a longstanding, secure and financially sound company and her investment would pay her a return income, which she required being a senior.

2.) Within a short time after her investment the debtor was not only found to be financially unsound, but that it had performed certain financial acts that brought it before this most honorable court and said acts and its financial condition at the time it accepted her investment has now been well documented through independent accounting and Government audit reports that the debtor at the time it took her money was well aware it was having financial problems from the documented risk it had taken of hers and other investment.

1.

RECEIVED
JAN 30 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Claimant
Annetta F. Pugia

Vs.

Chapter 11 Case
Number 08-13555 (JMP)

Debtor in Bankruptcy
Lehman Brothers Holdings, Inc

CLAIMANT OBJECTIONS TO DEBTORS
MOTION TO DISALLOWANCE CLAIM

Now Comes Annetta F. Pugia a recorded claim holder (See exhibit attached marked 1.) against the debtor, LEHMAN BROTHERS HOLDING INC and files this her counter motion PRO SE praying that this most honorable court does not disallow her claim, against the debtor for the below listed reasons and any other this honorable court may find has merit.

ARGUMENT

1.) The claimant had invested what represents a great deal of money to her some $25,000 dollars subject to the verbal and printed guarantees and claims of the debtor that is was a long standing, secure and financially sound company and her investment would pay her a return [illegible] with the

2.) Within a short time after her investment the debtor was not only found to be financially unsound, but that it had performed certain financial acts that brought it before this most honorable court and said acts and its financial condition at the time it accepted her investment has now been well documented through independent accounting and Government audit reports that the debtor at the time it took her money was well aware it was having financial problems from the documented risk it had taken of hers and other investment.

## SUMMARY

The claimant now stands before this most honorable court which has become her last court of recourse having file PRO SE this motion for her claim not to be disallowed.

The claimant can only hope that this most honorable court which must rule on the matters of what claims it must allow or not allow looks at this motion to allow her claim as a blow for all the small investors.

She based on assures both verbally and in writing that she was dealing with a longtime solid investment company, one that would give her large to her, a small piffle little investment to them the due care and up most attention gave them her money which without those assures and longevity of the debtor would not have.

When in fact at the time she entrusted her investment to their care they having had already taken extreme risks and were for all intent and purposes insolvent.

## CLOSING

By the allowing of this motion this most honorable court will have given at least one small investor of the many thousands who lose their savings through no fault of their own the opportunity to being brought back to square one from all the entanglements and financial maneuvering of Wall Street.

Praying that you find in her favor.

*[signature: Annetta Pugia]*

Annetta Farber Pugia
Appearing PRO SE
3 Old Topsfield Road
Boxford Massachusetts  01921
(978) 887-2919
(978) 254-0032 fax

Dated: 1-25-12    2011

## NOTICE OF SERVICE

I do here within certify under the pains and penalties of perjury I have on the date signed below mailed by first class pre paid United States airmail a copy of my motion to the United States Bankruptcy Court Of The Southern District Of New York to not disallow my claim against LEHMAN BROTHERS HOLDING, INC. to their Attorneys on record:

WEIL, GOTSHAL & MANGLES, LLP
ATTENTION ROBERT J. LEMONS, ESQ
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

*Annetta Pugia*                    1-25-12

Annetta F. Pugia
3 Old Topsfield Road
Boxford. Massachusetts 01921
978-887-2919
978-254-0032 fax

*ANNETTA FARBER PUGIA*
*3 OLD TOPSFIELD ROAD*
*BOXFORD, MASSACHUSETTS 01921*

Dated January 25, 2012

Ms. Lynda Calderon, Courtroom Deputy
Chambers of Judge James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green- Courtroom 601
New York, New York 10004-1408

Dear Ms. Calderon,

While I had submitted the attached motion to your court, I believe I am the least amount being sought of the allowable claimants awaiting the decision of Judge Peck, to allow or disallowed their claims

Quite frankly I am concerned that my attached petition for consideration may follow through the cracks as they say.

Could you please make sure that my motion objecting to debtor disallowing my claim, gets in front of Judge Peck prior to his reaching his decision?

While my claim may seem puny when compared to the millions of dollars Other claimants have before Judge Peck; I can assure you as a senior and retiree it is a great deal of money to me.

Once again I thank you in advance for your attention to this request; I Remain,

Very Sincerely Yours,

*Annetta Pugia*

Annetta Farber Pugia

cc; Weil, Gotshal & Mangles, LLP

ANNETTA BAKER FUGLIA
[illegible] Road
[illegible], Massachusetts [illegible]

Dated January 2[illegible], 2012

Ms. [illegible] Calderon, Courtroom Deputy
Chambers of Judge James M. Peck
United States Bankruptcy Court
Southern District of New York
[illegible]
New York, New York 10004-1408

Dear Ms. Calderon,

While I have submitted the attached motion to your court, I believe I am the least amount being sought of the allowable claimants awaiting the decision of Judge Peck to allow or disallowed their claims.

Quite frankly I am concerned that my attached petition for consideration may fall through the cracks as they say.

Could you please make sure that my motion objecting to debtor disallowing my claim, gets in front of Judge Peck prior to his reaching his decision?

While my claim may seem puny when compared to the millions of dollars Other claimants have before Judge Peck; I can assure you [illegible]

Once again I thank you in advance for your attention to this request. I remain,

Very Sincerely Yours,

Annetta Baker Fuglia

cc: Weil, Gotshal & Manges, LLP