**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | ) |
|  | ) Case No. 08-13555 (JMP) |
| Debtors. | ) |
|  | ) Jointly Administered |
|  | ) |
|  | Proof of Claim No.: **28104** |
|  | Date Proof of Claim Filed: **9/22/09** |
|  | Amount of Claim Transferred: **$16,515,000.00** |

_____

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:    TRANSFEROR:**    GOLDMAN SACHS LENDING PARTNERS LLC
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282
Attention:    Lauren Day
Telephone:    212-934-3921
E-mail:    gsd.link@gs.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **28104** against Lehman Brothers Holdings Inc. in the amount of **$16,515,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**    WATERSTONE MARKET NEUTRAL MASTER FUND, LTD
c/o Waterstone Capital Management, L.P.
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attention:    Vincent Conley
Telephone:    952-697-4127
E-mail:    vconley@wscm.net

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

In re Lehman Brothers Special Financing Inc., Debtor

Case No. 08-13555 (JMP)
(Jointly Administered)
Case No. 08-13888 (JMP)

To the Debtors and the Bankruptcy Court:

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Waterstone Market Neutral Master Fund, Ltd | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Waterstone Capital Management, L.P.
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attn: Vincent Conley

Court Claim # (if known): 28104
Amount of Claim as Allowed: $826,484,029.00
Amount of Claim Transferred: $16,515,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.
Phone: _____
Last Four Digits of Acct. #: _____

Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

706308v.1 153/06169

20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Waterstone Capital Management, L.P.

By: _____  Date: _____
Transferee/Transferee's Agent

Jeffrey C. Erb
General Counsel

By: _____  Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

706308v.1 153/06169                             22