MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Jeffrey G. Tougas (JT-5533)
Christine A. Walsh (CW-2727)

*COUNSEL TO SUMITOMO MITSUI BANKING CORPORATION*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF SUMITOMO MITSUI BANKING
CORPORATION IN CONNECTION WITH DEBTORS' PLAN SUPPLEMENT AND
NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS**

**TO:    THE HONORABLE JUDGE JAMES M. PECK
         UNITED STATES BANKRUPTCY JUDGE:**

Sumitomo Mitsui Banking Corporation, ("SMBC") by and through its undersigned

attorneys, hereby withdraws the Objection in Connection with the Plan Supplement (Docket No.

21254), filed on October 25, 2011, by Lehman Brothers Holdings Inc. and its affiliated debtors,

and the Objection to Debtors' Proposed Assumption of Executory Contracts, as filed by SMBC

on November 7, 2011 (Docket No. 21719).

701147529

Dated: New York, New York
       February 8, 2012

Respectfully submitted,

/s/ Jeffrey G. Tougas

Jeffrey G. Tougas (JT-5533)
Christine A. Walsh (CW-2727)
**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Counsel to Sumitomo Mitsui Banking Corporation*

\*       \*       \*