MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Jeffrey G. Tougas (JT-5533)
Christine A. Walsh (CW-2727)

*COUNSEL TO ALLY INVESTMENT MANAGEMENT LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF OBJECTION OF ALLY INVESTMENT MANAGEMENT LLC IN CONNECTION WITH DEBTORS' PLAN SUPPLEMENT AND NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS

TO:  THE HONORABLE JUDGE JAMES M. PECK
　　　UNITED STATES BANKRUPTCY JUDGE:

Ally Investment Management LLC, ("Ally-IM") by and through its undersigned attorneys, hereby withdraws the Objection in Connection with the Plan Supplement (Docket No. 21254), filed on October 25, 2011, by Lehman Brothers Holdings Inc. and its affiliated debtors, and the Objection to Debtors' Proposed Assumption of Executory Contracts, as filed by Ally-IM on November 7, 2011 (Docket No. 21725).

701147429

Dated: New York, New York
February 8, 2012

Respectfully submitted,

/s/ Jeffrey G. Tougas

Jeffrey G. Tougas (JT-5533)
Christine A. Walsh (CW-2727)
**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Counsel to Ally Investment Management LLC*

\* \* \*