WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                       :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT**
**OF DEBTORS' TWO HUNDRED FOURTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred

Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was

scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely as to the claims listed on Exhibit A attached hereto, to March 21, 2012, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: February 8, 2012
       New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:   (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

## Exhibit A

## Adjourned Claims:

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ADVENTIST UNION LIMITED 798 THOMSON ROAD SINGAPORE, 298186 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2009 | 40232 | $1,069,000.00 |
| 2 | AVELINO ORNELAS, MANUEL AV SANZ EDF MERIDA ENT B 5 PISO APTO 10 CARACAS, VENEZUELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43259 | $1,020,316.67 |
| 3 | BANK OF EAST ASIA LTD, THE; AS NOMINEE FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47294 | $109,948.00 |
| 4 | BANK OF EAST ASIA LTD, THE; AS NOMINEE FOR A/C LUNG WING MAN VIRGINIA 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47296 | $109,948.00 |
| 5 | BANQUE POPULAIRE COTE D'AZUR SPORTING D'HIVER - PLACE DU CASINO MONTE-CARLO, 98000 MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37175 | $808,807.13 |
| 6 | BEMO SAL C/O SAMIH SAADEH BANQUE BEMO SAL IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ PO BOX 11-7048 BEYROUTH, LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13115 | $110,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|------|-------------|-------------|------------|---------|---------------------|
| 7 | BEMO SAL<br>C/O SAMIH SAADEH<br>BANQUE BEMO SAL<br>IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ<br>PO BOX 11-7048<br>BEYROUTH,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13118 | $550,000.00 |
| 8 | BESSIO, MIRTA<br>BERUTI 2485- PISO 14<br>BUENOS AIRES, CP 1117<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47444 | $80,000.00 |
| 9 | BIROL, ATIL<br>MIMAR SINAN MAH<br>1400 SOKAK NO=11<br>D=30 GOKTASI APT<br>KONAK, 1ZMIR<br>TURKEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10985 | $61,196.00 |
| 10 | BLOOMINGDALE'S INT VENT LTD.<br>MERRILL LYNCH BANK & TRUST COMPANY (CAYMAN) LTD.<br>4TH FLOOR HARBOR CENTER<br>NORTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN,<br>CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45086 | $21,000.00 |
| 11 | BORRINO, ALBERTO M.<br>402-1416 HARWOOD STREET<br>VANCOUVER, BC V6G JX5<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41133 | $15,000.00 |
| 12 | BUOYANT HILL CORPORATION<br>242 KWAI SHUI ST 6/F<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45682 | $16,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 13 | CHAN, PETER AND ROSE<br>4B GREENVIEW GARDENS<br>125 ROBINSON ROAD<br><br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41639 | $11,000.00 |
| 14 | CHEN, ROSA TE<br>HANGCHOW SOUTH RD, SEC 1, LANE 18<br>NO. 13, 1F<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 40968 | $10,000.00 |
| 15 | CHINA UNIQUE HOLDINGS LTD<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40813 | $21,000.00 |
| 16 | CHIPHAR CORPORATION<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40814 | $100,000.00 |
| 17 | DARYANI, PARASRAM/ NEELAM P DARYANI/<br>VIKAS P DARYANI/ NIKESH P DARYANI<br>PO BOX 15668<br>DUBAI,<br>UNITED ARAB EMIRATES | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36634 | $1,000,000.00* |
| 18 | DARYANI, VIKAS PARASRAM/<br>NEELAM PARASRAM DARYANI<br>PO BOX 15668<br>DUBAI,<br>UNITED ARAB EMIRATES | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36639 | $100,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 19 | DE BAEREMAECKER, CAROLINA<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36813 | $10,000.00 |
| 20 | FUNG, GRACE SIN YU<br>FLAT B, 24/F, BLOCK 7, CAVENDISH HEIGHTS<br>33 PERKINS ROAD,<br>JARDINE'S LOOKOUT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36560 | $100,000.00 |
| 21 | GARCIA PASTORI, SYLVIA<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36815 | $80,000.00 |
| 22 | IP LAM SANG & TSE SIU MUI<br>BLOCK 5C 11/F<br>PHOENIX COURT<br>39 KENNEDY ROAD<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45386 | $100,000.00* |
| 23 | JAIN, RAJIV & RIPPAN<br>10 JALAN BESAR<br>B1-39, SIM LIM TOWER<br>SINGAPORE, 208787<br>SINGAPORE | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6161 | $245,000.00 |
| 24 | KADER, SAMIR AMR MOHAMED ZAKI ABDEL<br>19 ISMAIL MOHAMED STR.<br>ZAMALEK<br>CAIRO,<br>EGYPT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36674 | $50,000.00* |
| 25 | KRAEMER, WILHELM<br>FINTHER ZANDSTRASSE 89<br>MAINZ, D-55124<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41222 | $16,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 26 | KWOK, YUEN SUM & MA, MICHAEL LEUNG WU 7C MARINE VIEW DISCOVERY BAY LANTAU ISLAND N.T., HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46847 | $120,000.00 |
| 27 | LEE, TSU-SHIU AND LEE, YEN SHU MEEI NO. 198-2 HSIN LOG ST KAOSHIUNG, TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42343 | $10,000.00 |
| 28 | LIN WEN YEN AND LIN-CHOU CHIANG HUA C/O WING SANG CHEONG LTD 56 KA YIP STREET HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41316 | $10,000.00 |
| 29 | LLOVET GARCIA, JUAN ENRIQUE RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36808 | $60,000.00 |
| 30 | LLOVET GARCIA, MARIA DOLORES RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36807 | $60,000.00 |
| 31 | LLOVET GARCIA, MARIA ISABEL RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36810 | $60,000.00 |
| 32 | LLOVET GARCIA, MARIA SYLVIA RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36806 | $60,000.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 33 | LLOVET RUBIO, JUAN ENRIQUE RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36809 | $80,000.00 |
| 34 | LUMINANCE VENTURES LTD C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT, 039392 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40810 | $21,000.00 |
| 35 | MATRIX CONTROL C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT, 039392 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40812 | $32,000.00 |
| 36 | MICHELINI, MARGARITA BOLSA DE VALORES RINCON 454 PLANTA BAJA MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36811 | $10,000.00 |
| 37 | MIDDLE EAST SHIPPING AGENCIES OVERSEAS LTD 19 MILTIADOU STR GLYFADA, 16675 GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44060 | $100,000.00 |
| 38 | MM2275 CO. LTD. 39 AGUSAN CIRCLE ST. INSULAR VILLAGE 1, LANANG DAVAD CITY, 8000 PHILIPPINES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40397 | $10,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 39 | NEMOY, DANIEL OBLIGADO 1113 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36817 | $30,000.00 |
| 40 | OCCHIONE, LIONEL DARDO PASATE BOLLINI 2281 CABA BUENOS AIRES, 1425 ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47474 | $89,000.00 |
| 41 | PINKY LIMITED PO BOX N-1576 NASSAU, BAHAMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42614 | $10,000.00 |
| 42 | PO WAN LUK, KIT CHE FAN, KITTY KIT TAK FAN, AND A CHEUNG FAN KIT LING 24C, BLOCK 19 555 VICTORIA ROAD POKFULAM, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41254 | $10,000.00 |
| 43 | PRIMAX INTERNATIONAL INVESTMENTS LTD. RM-1725, 17/FL, STAR HOUSE, 3 SALISBURY ROAD TSIM SHA TSUI, KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40370 | $86,000.00 |
| 44 | RIDGECREST HOLDINGS LTD P.O. BOX 31106 GRAND CAYMAN, KYI, 1205 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46589 | $100,000.00 |
| 45 | ROLDOS, JORGE GREGORIO SUAREZ 2726 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36814 | $20,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 46 | ROLDOS, MARGARITA<br>RBLA. REPUBLICA DEL PERU 1483 PISO 3<br>MONTEVIDEO, | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36818 | $50,000.00 |
| 47 | SAUER, KLAUS PETER<br>1 ALLEE L'OPIO<br>VILLENEUVE-LOUBET, 06270<br>FRANCE | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34579 | $100,000.00 |
| 48 | SCHIARITI, EDUARDO RAFAEL<br>AVDA. RIVADAVIA 6346 PISO 2 A<br>CP 1406<br>BUENOS AIRES,<br>ARGENTINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36819 | $18,000.00 |
| 49 | SHYH-AN SU AND SHIOW-CHIN SU LUO<br>11F-2, NO. 93,<br>SEC 1, SINHAI ROAD<br>DA-AN DISTRICT<br>TAIPEI CITY, 106<br>TAIWAN, PROVINCE OF CHINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40346 | $10,000.00 |
| 50 | SUGIARTO, BAMBANG/ LAU HA CHUN<br>FLAT A 15TH FLOOR STARLIGHT GARDEN<br>2-14 ELECTRIC ST<br>WANCHAI,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36650 | $50,000.00* |
| 51 | SURPLUS LINK LIMITED<br>ROOM 1705-8, 17/F, ST. GEORGE'S BUILDING<br>2 ICE HOUSE STREET<br>CENTRAL,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37507 | $400,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 52 | SUWANG-SUN CO LTD C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT, 039392 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40811 | $10,000.00 |
| 53 | TAN, CARIDAD & ALLEN ANTONIO 2064 LUMBANG ST., CORNER CALUMPANG ST. DASMARINAS VILLAGE MAKAT, PHILIPPINES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45610 | $25,000.00 |
| 54 | WANG, TSAI HSIANG 3F, NO.6, LANE 153 SONGREN ROAD SINYI DISTRICT TAIPEI CITY, 110 TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36470 | $100,000.00 |
| 55 | WING LUNG BANK LIMITED ATTN: WMC 2/F WING LUNG BANK BLDG. 45 DES VOEUX RD. CENTRAL HONG KONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45202 | $3,522,076.25 |
| 56 | WONG HUNG YING 10E TOWER 11 PARC OASIS YAU YAT CHUEN KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43442 | $100,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 214: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 57 | YETTI LTD. C/O MERRILL LYNCH INT'L BANK ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT, 039392 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40541 | $80,000.00 |
| | | | | | **TOTAL** | $11,157,292.05 |