Macauley LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654-4362
Attorneys for the Catholic Diocese of Memphis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.,*<br><br>Debtors. | **Chapter 11 Case No.**<br><br>**08-13555 (JMP)**<br><br>**(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF OBJECTION BY**
**THE CATHOLIC DIOCESE OF MEMPHIS TO**
**PROPOSED ASSUMPTION OF SWAP AGREEMENT**

The Catholic Diocese of Memphis in Tennessee, by its undersigned counsel, hereby withdraws its objection to the proposed assumption of an interest rate swap agreement by Lehman Brothers Special Financing Inc.

Dated: February 8, 2012

MACAULEY LLC

_____
Thomas G. Macauley (DE I.D. 3411)
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654-4362

Attorneys for the Catholic Diocese
of Memphis