Craig J. Albert
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Tel.:  (212) 209-3050
Fax:   (212) 371-5500
*Attorneys for Edward J. Agostini Living Trust*
*Dated May 12, 2000, Sylvia Agostini Living*
*Trust Dated May 12, 2000, and*
*Edward J. Agostini and Sylvia Agostini*
*as Joint Tenants with Right of Survivorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

Ref. Docket No. 24769

## CERTIFICATE OF SERVICE

I, Craig J. Albert, hereby certify that I caused a true and correct copy of the within **MOTION OF THE AGOSTINI PARTIES PURSUANT TO 11 U.S.C. §§ 105 AND 362 FOR RELIEF FROM THE AUTOMATIC STAY AND FOR AN ORDER DIRECTING LEHMAN BROTHERS OTC DERIVATIVES, INC. TO RELEASE AND RETURN NONESTATE PROPERTY and DECLARATION OF EDWARD J. AGOSTINI** to be served on the persons listed below (i) on January 30, 2012 by dispatching the paper to the persons listed on Exhibit A by first class mail at the address designated beside their names and (ii) on January 31, 2012 by electronic mail to those parties listed on the annexed Exhibit B.

Dated: February 9, 2012
New York, New York

/s/ Craig J. Albert
_____
Craig J. Albert

132253

# EXHIBIT A

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges LLP
(Attn: Robert Lemons, Esq., Penny Reid, Esq., and Ralph Miller, Esq.)
767 Fifth Avenue
New York, New York 10153
*Attorneys for the Debtors*

Office of the United States Trustee
for the Southern District of New York
(Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)
1 Chase Manhattan Plaza,
New York, New York 10005
*Attorneys for the Official Committee of Unsecured Creditors*

Internal Revenue Service
Special Procedures Branch
Attn: District Director Bonnie Austin
290 Broadway
New York, NY 10007

Department of Justice
Attn: Diane Winters
Ontario Regional Office
The Exchange Tower
130 King Street West
Toronto ON M5X 1K6 Canada

Kaplan Landau LLP
1065 Avenue of the Americas
27th Floor
New York, NY 10018

**EXHIBIT B**

AAARONSON@DILWORTHLAW.COM;
AALFONSO@WILLKIE.COM;
ABEAUMONT@FKLAW.COM;
ABRAUNSTEIN@RIEMERLAW.COM;
ACATON@KRAMERLEVIN.COM;
ACKER@CHAPMAN.COM;
ADAM.BREZINE@HRO.COM;
ADARWIN@NIXONPEABODY.COM;
ADIAMOND@DIAMONDMCCARTHY.COM;
AECKSTEIN@BLANKROME.COM;
AENTWISTLE@ENTWISTLE-LAW.COM;
AFRIEDMAN@IRELL.COM;
AGBANKNEWYORK@AG.TN.GOV;
AGLENN@KASOWITZ.COM;
AGOLD@HERRICK.COM;
AGOLDSTEIN@TNSJLAW.COM;
AHAMMER@FREEBORNPETERS.COM;
AISENBERG@SAUL.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM;
AKOLOD@MOSESSINGER.COM;
AKORNIKOVA@LCBF.COM;
ALUM@FTPORTFOLIOS.COM;
AMARDER@MSEK.COM ;
AMARTIN@SHEPPARDMULLIN.COM;
AMCMULLEN@BOULTCUMMINGS.COM;
AMENARD@TISHMANSPEYER.COM;
ANANN@FOLEY.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANDREW.LOURIE@KOBREKIM.COM;
ANGELICH.GEORGE@ARENTFOX.COM;
ANN.REYNAUD@SHELL.COM;
ANTHONY_BOCCANFUSO@APORTER.COM;
AOBERRY@BERMANESQ.COM;
AOSTROW@BECKERGLYNN.COM;
APO@STEVENSLEE.COM ;
AQUALE@SIDLEY.COM ;
ARABOY@COV.COM;
ARAHL@REEDSMITH.COM;
ARHEAUME@RIEMERLAW.COM;
ARLBANK@PBFCM.COM;
ASEUFFERT@LAWPOST-NYC.COM;
ASHAFFER@MAYERBROWN.COM;
ASHMEAD@SEWKIS.COM;
ASNOW@SSBB.COM;
ATREHAN@MAYERBROWN.COM;
AUNGER@SIDLEY.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM;
AVENES@WHITECASE.COM;
AZYLBERBERG@WHITECASE.COM;
BANKR@ZUCKERMAN.COM;
BANKRUPTCY@GOODWIN.COM;
BANKRUPTCY@MORRISONCOHEN.COM;
BANKRUPTCY@NTEXAS-ATTORNEYS.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM;

BARBRA.PARLIN@HKLAW.COM;
BBISIGNANI@POSTSCHELL.COM;
BCARLSON@CO.SANMATEO.CA.US;
BDK@SCHLAMSTONE.COM;
BGUINEY@PBWT.COM;
BHINERFELD@SBTKLAW.COM;
BILL.FREEMAN@PILLSBURYLAW.COM;
BKMAIL@PROMMIS.COM;
BMANNE@TUCKERLAW.COM;
BMERRILL@SUSMANGODFREY.COM;
BMILLER@MOFO.COM;
BONEILL@KRAMERLEVIN.COM;
BRIAN.COREY@
  GREENTREECREDITSOLUTIONS.COM;
BROY@RLTLAWFIRM.COM;
BSTRICKLAND@WTPLAW.COM;
BTRUST@MAYERBROWN.COM;
BTURK@TISHMANSPEYER.COM;
BWOLFE@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM;
BZABARAUSKAS@CROWELL.COM;
CAHN@CLM.COM;
CALBERT@REITLERLAW.COM;
CANELAS@PURSUITPARTNERS.COM;
CAROL.WEINERLEVY@BINGHAM.COM;
CBELISLE@WFW.COM ;
CBELMONTE@SSBB.COM;
CBROTSTEIN@BM.NET;
CDESIDERIO@NIXONPEABODY.COM;
CE@QUINNEMANUEL.COM;
CESKRIDGE@SUSMANGODFREY.COM;
CGOLDSTEIN@STCWLAW.COM;
CHAMMERMAN@PAULWEISS.COM;
CHARDMAN@KLESTADT.COM;
CHARLES@FILARDI-LAW.COM;
CHARLES_MALLOY@APORTER.COM;
CHIPFORD@PARKERPOE.COM;
CHRIS.DONOHO@LOVELLS.COM;
CHRISTOPHER.SCHUELLER@BIPC.COM;
CK@SSBB.COM;
CLARKB@SULLCROM.COM;
CLYNCH@REEDSMITH.COM;
CMONTGOMERY@SALANS.COM;
COHENR@SEWKIS.COM;
COLE@GTLAW.COM;
COUSINSS@GTLAW.COM ;
CP@STEVENSLEE.COM;
CPAPPAS@DILWORTHLAW.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV;
CS@STEVENSLEE.COM ;
CSALOMON@BECKERGLYNN.COM;
CSCHREIBER@WINSTON.COM;
CSHORE@WHITECASE.COM;

3

CSHULMAN@SHEPPARDMULLIN.COM;
CTATELBAUM@ADORNO.COM;
CWALSH@MAYERBROWN.COM;
CWARD@POLSINELLI.COM;
CWEBER@EBG-LAW.COM;
CWEISS@INGRAMLLP.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
DANIEL.GUYDER@ALLENOVERY.COM;
DAVE.DAVIS@ISGRIA.COM;
DAVID.BENNETT@TKLAW.COM;
DAVID.CRICHLOW@PILLSBURYLAW.COM;
DAVID.HELLER@LW.COM;
DAVID.POWLEN@BTLAW.COM;
DAVID.SELIGMAN@KIRKLAND.COM;
DAVIDS@BLBGLAW.COM;
DAVIDWHEELER@MVALAW.COM;
DBALOG@INTERSIL.COM;
DBARBER@BSBLAWYERS.COM;
DBAUMSTEIN@WHITECASE.COM;
DBESIKOF@LOEB.COM;
DCIMO@GJBLAW.COM;
DCOFFINO@COV.COM;
DCRAPO@GIBBONSLAW.COM;
DDAVIS@PAULWEISS.COM;
DDREBSKY@NIXONPEABODY.COM;
DDUNNE@MILBANK.COM ;
DEGGERMANN@KRAMERLEVIN.COM;
DEGGERT@FREEBORNPETERS.COM;
DEMETRA.LIGGINS@TKLAW.COM;
DERYCK.PALMER@CWT.COM;
DFELDER@ORRICK.COM;
DFELDER@ORRICK.COM ;
DFLANIGAN@POLSINELLI.COM;
DGRIMES@REEDSMITH.COM;
DHAYES@MCGUIREWOODS.COM;
DHEFFER@FOLEY.COM;
DICONZAM@GTLAW.COM;
DJOSEPH@STRADLEY.COM;
DKLEINER@VELAW.COM;
DKOZUSKO@WILLKIE.COM;
DLEMAY@CHADBOURNE.COM;
DLIPKE@VEDDERPRICE.COM;
DLUDMAN@BROWNCONNERY.COM;
DMCGUIRE@WINSTON.COM ;
DMURRAY@JENNER.COM ;
DNEIER@WINSTON.COM;
DODONNELL@MILBANK.COM ;
DOVE.MICHELLE@DORSEY.COM;
DOWD.MARY@ARENTFOX.COM;
DPEGNO@DPKLAW.COM;
DPIAZZA@HODGSONRUSS.COM;
DRAELSON@FISHERBROTHERS.COM;
DRAVIN@WOLFFSAMSON.COM;
DROSE@PRYORCASHMAN.COM;
DROSENZWEIG@FULBRIGHT.COM;
DROSNER@GOULSTONSTORRS.COM;

DROSNER@KASOWITZ.COM ;
DSHAFFER@WTPLAW.COM;
DSHEMANO@PWKLLP.COM;
DSPELFOGEL@FOLEY.COM;
DTATGE@EBGLAW.COM;
DTHEISING@HARRISONMOBERLY.COM;
DWDYKHOUSE@PBWT.COM ;
DWILDES@STROOCK.COM;
DWORKMAN@BAKERLAW.COM;
EASMITH@VENABLE.COM;
ECHANG@STEINLUBIN.COM;
ECOHEN@RUSSELL.COM;
EFLECK@MILBANK.COM;
EFRIEDMAN@FKLAW.COM;
EFRIEDMAN@FRIEDUMSPRING.COM;
EGEEKIE@SCHIFFHARDIN.COM;
EGLAS@MCCARTER.COM;
EHOLLANDER@WHITECASE.COM;
EKBERGC@LANEPOWELL.COM;
ELEVIN@LOWENSTEIN.COM;
ELI.MATTIOLI@KLGATES.COM;
ELLEN.HALSTEAD@CWT.COM;
EMERBERG@MAYERBROWN.COM;
EOBRIEN@SBCHLAW.COM;
ERIN.MAUTNER@BINGHAM.COM;
ESCHAFFER@REEDSMITH.COM;
ESCHWARTZ@CONTRARIANCAPITAL.COM;
ESMITH@DL.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM;
EZUJKOWSKI@EMMETMARVIN.COM;
EZWEIG@OPTONLINE.NET;
FBP@PPGMS.COM ;
FELDSTEINH@SULLCROM.COM;
FFM@BOSTONBUSINESSLAW.COM;
FHYMAN@MAYERBROWN.COM;
FOONT@FOONTLAW.COM;
FRANCOIS.JANSON@HKLAW.COM;
FSOSNICK@SHEARMAN.COM;
FYATES@SONNENSCHEIN.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET;
GBRAY@MILBANK.COM;
GEORGE.DAVIS@CWT.COM;
GERACI@THALERGERTLER.COM;
GGITOMER@MKBATTORNEYS.COM;
GGOODMAN@FOLEY.COM ;
GIDDENS@HUGHESHUBBARD.COM;
GKADEN@GOULSTONSTORRS.COM;
GLENN.SIEGEL@DECHERT.COM;
GMOSS@RIEMERLAW.COM;
GRAVERT@RAVERTPLLC.COM;
GSPILSBURY@JSSLAW.COM;
GUZZI@WHITECASE.COM ;
HARRISJM@MICHIGAN.GOV;
HARVEYSTRICKON@PAULHASTINGS.COM;
HBELTZER@MAYERBROWN.COM;
HEIM.STEVE@DORSEY.COM;

HEISER@CHAPMAN.COM;
HOLLACE.COHEN@TROUTMANSANDERS.COM;
HOLSEN@STROOCK.COM;
HOWARD.HAWKINS@CWT.COM;
HSEIFE@CHADBOURNE.COM;
HSNOVIKOFF@WLRK.COM ;
ICATTO@MWE.COM;
IGOLDSTEIN@DL.COM;
ILEVEE@LOWENSTEIN.COM;
INFO2@NORMANDYHILL.COM;
IRA.HERMAN@TKLAW.COM;
ISGREENE@HHLAW.COM ;
ISRAEL.DAHAN@CWT.COM;
IVA.UROIC@DECHERT.COM;
JACOBSONN@SEC.GOV;
JACQUELINE.MARCUS@WEIL.COM;
JAMES.MCCLAMMY@DPW.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM;
JAMESTECCE@QUINNEMANUEL.COM;
JAMIE.NELSON@DUBAIIC.COM;
JAR@OUTTENGOLDEN.COM;
JASON.JURGENS@CWT.COM;
JAY.HURST@OAG.STATE.TX.US;
JAY@KLEINSOLOMON.COM;
JBECKER@WILMINGTONTRUST.COM;
JBEEMER@ENTWISTLE-LAW.COM;
JBEIERS@CO.SANMATEO.CA.US;
JBIRD@POLSINELLI.COM;
JBROMLEY@CGSH.COM;
JCARBERRY@CL-LAW.COM;
JCHRISTIAN@TOBINLAW.COM;
JDORAN@HASLAW.COM;
JDRUCKER@COLESCHOTZ.COM;
JDYAS@HALPERINLAW.NET;
JEAN-DAVID.BARNEA@USDOJ.GOV;
JEANITES@WHITEANDWILLIAMS.COM;
JEANNETTE.BOOT@WILMERHALE.COM;
JEFF.WITTIG@COAIR.COM;
JEFFREY.BLACK@BINGHAM.COM;
JELDREDGE@VELAW.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM;
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
JENNIFER.GORE@SHELL.COM;
JEREMY.EIDEN@AG.STATE.MN.US;
JFALGOWSKI@REEDSMITH.COM;
JFLAXER@GOLENBOCK.COM;
JFOX@JOEFOXLAW.COM;
JFREEBERG@WFW.COM;
JG5786@ATT.COM;
JGENOVESE@GJBLAW.COM;
JGUY@ORRICK.COM;
JHERZOG@GKLAW.COM;
JHIGGINS@FDLAW.COM;
JHORGAN@PHXA.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM;
JHUH@FFWPLAW.COM;
JIM@ATKINSLAWFIRM.COM;
JJOYCE@DRESSLERPETERS.COM;
JJTANCREDI@DAYPITNEY.COM;
JJURELLER@KLESTADT.COM;
JKEHOE@BTKMC.COM ;
JLAMAR@MAYNARDCOOPER.COM;
JLAWLOR@WMD-LAW.COM;
JLEE@FOLEY.COM;
JLEVITIN@CAHILL.COM;
JLIPSON@CROCKERKUNO.COM;
JLOVI@STEPTOE.COM;
JLSCOTT@REEDSMITH.COM;
JMADDOCK@MCGUIREWOODS.COM;
JMAKOWER@TNSJ-LAW.COM;
JMAZERMARINO@MSEK.COM;
JMCGINLEY@WILMINGTONTRUST.COM;
JMELKO@GARDERE.COM;
JMERVA@FULT.COM;
JMMURPHY@STRADLEY.COM;
JMR@MSF-LAW.COM;
JNADRITCH@OLSHANLAW.COM;
JNM@MCCALLARAYMER.COM;
JOHN.MONAGHAN@HKLAW.COM;
JOHN.RAPISARDI@CWT.COM;
JORBACH@HAHNHESSEN.COM;
JOSEPH.CORDARO@USDOJ.GOV;
JOSHUA.DORCHAK@BINGHAM.COM;
JOWEN769@YAHOO.COM;
JOWOLF@LAW.NYC.GOV;
JOY.MATHIAS@DUBAIIC.COM;
JPINTARELLI@MOFO.COM;
JPORTER@ENTWISTLE-LAW.COM;
JPROL@LOWENSTEIN.COM;
JRABINOWITZ@RLTLAWFIRM.COM;
JRSMITH@HUNTON.COM;
JSCHWARTZ@HAHNHESSEN.COM;
JSHEERIN@MCGUIREWOODS.COM;
JSHENWICK@GMAIL.COM;
JSHICKICH@RIDDELLWILLIAMS.COM;
JSMAIRO@PBNLAW.COM;
JSTOLL@MAYERBROWN.COM;
JSULLIVAN@MOSESSINGER.COM;
JTEITELBAUM@TBLAWLLP.COM;
JTIMKO@SHUTTS.COM;
JTOUGAS@MAYERBROWN.COM;
JUDY.MORSE@CROWEDUNLEVY.COM;
JWALLACK@GOULSTONSTORRS.COM;
JWANG@SIPC.ORG;
JWCOHEN@DAYPITNEY.COM;
JWEISS@GIBSONDUNN.COM;
JWEST@VELAW.COM;
JWH@NJLAWFIRM.COM;
KAREN.WAGNER@DPW.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
KECKHARDT@HUNTON.COM;

KEITH.SIMON@LW.COM;
KEN.COLEMAN@ALLENOVERY.COM;
KEN.HIGMAN@HP.COM;
KERRY.MOYNIHAN@HRO.COM;
KGWYNNE@REEDSMITH.COM;
KIPLOK@HUGHESHUBBARD.COM;
KKELLY@EBGLAW.COM;
KKOLBIG@MOSESSINGER.COM;
KLYMAN@IRELL.COM;
KMAYER@MCCARTER.COM;
KOBAK@HUGHESHUBBARD.COM;
KORR@ORRICK.COM;
KOVSKYD@PEPPERLAW.COM;
KPIPER@STEPTOE.COM;
KRESSK@PEPPERLAW.COM;
KREYNOLDS@MKLAWNYC.COM;
KRODRIGUEZ@ALLENMATKINS.COM;
KROSEN@LOWENSTEIN.COM;
KUEHN@BRAGARWEXLER.COM;
KURT.MAYR@BGLLP.COM;
LACYR@SULLCROM.COM;
LANDON@STREUSANDLANDON.COM;
LAPETERSON@FOLEY.COM;
LATHOMPSON@CO.SANMATEO.CA.US;
LAWALLF@PEPPERLAW.COM;
LBERKOFF@MORITTHOCK.COM;
LEE.STREMBA@TROUTMANSANDERS.COM;
LGRANFIELD@CGSH.COM;
LGRANFIELD@CGSH.COM ;
LHANDELSMAN@STROOCK.COM;
LINDA.BOYLE@TWTELECOM.COM;
LISA.EWART@WILMERHALE.COM;
LISA.KRAIDIN@ALLENOVERY.COM;
LJKOTLER@DUANEMORRIS.COM;
LKATZ@LTBLAW.COM;
LMARINUZZI@MOFO.COM;
LMAY@COLESCHOTZ.COM;
LMCGOWEN@ORRICK.COM;
LML@PPGMS.COM;
LNASHELSKY@MOFO.COM;
LOIZIDES@LOIZIDES.COM;
LORI.FIFE@WEIL.COM ;
LROMANSIC@STEPTOE.COM;
LSCARCELLA@FARRELLFRITZ.COM;
LSCHWEITZER@CGSH.COM ;
LSILVERSTEIN@POTTERANDERSON.COM;
LUBELL@HUGHESHUBBARD.COM;
LWHIDDEN@SALANS.COM;
MABRAMS@WILLKIE.COM;
MAOFILING@CGSH.COM;
MARC.CHAIT@SC.COM;
MARGOLIN@HUGHESHUBBARD.COM;
MARK.BANE@ROPESGRAY.COM;
MARK.DEVENO@BINGHAM.COM;
MARK.ELLENBERG@CWT.COM;
MARK.HOULE@PILLSBURYLAW.COM;

MARK.SHERRILL@SUTHERLAND.COM;
MARTIN.DAVIS@OTS.TREAS.GOV;
MARVIN.CLEMENTS@AG.TN.GOV;
MATT@WILLAW.COM;
MATTHEW.KLEPPER@DLAPIPER.COM;
MAUSTIN@ORRICK.COM;
MBENNER@TISHMANSPEYER.COM;
MBERMAN@NIXONPEABODY.COM;
MBIENENSTOCK@DL.COM ;
MBLOEMSMA@MHJUR.COM;
MBOSSI@THOMPSONCOBURN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM;
MCCOMBST@SULLCROM.COM;
MCORDONE@STRADLEY.COM;
MCTO@DEBEVOISE.COM;
MCYGANOWSKI@OSHR.COM ;
MDAHLMAN@KAYESCHOLER.COM;
MDORVAL@STRADLEY.COM;
MELOROD@GTLAW.COM;
MELTZERE@PEPPERLAW.COM;
METKIN@LOWENSTEIN.COM;
MFELDMAN@WILLKIE.COM;
MGORDON@BRIGGS.COM;
MGREGER@ALLENMATKINS.COM;
MH1@MCCALLARAYMER.COM;
MHARRIS@SMSM.COM;
MHOPKINS@COV.COM ;
MICHAEL.FREGE@CMS-HS.COM;
MICHAEL.KELLY@MONARCHLP.COM;
MICHAEL.KIM@KOBREKIM.COM;
MICHAEL.MCCRORY@BTLAW.COM;
MICHAEL.REILLY@BINGHAM.COM;
MILLEE12@NATIONWIDE.COM;
MILLER@TAFTLAW.COM;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV;
MITCHELL.AYER@TKLAW.COM;
MJACOBS@PRYORCASHMAN.COM;
MJEDELMAN@VEDDERPRICE.COM;
MJR1@WESTCHESTERGOV.COM;
MKJAER@WINSTON.COM;
MLAHAIE@AKINGUMP.COM;
MLANDMAN@LCBF.COM ;
MLICHTENSTEIN@CROWELL.COM;
MLYNCH2@TRAVELERS.COM;
MMENDEZ@HUNTON.COM;
MMOONEY@DEILYLAWFIRM.COM;
MMORREALE@US.MUFG.JP;
MNEIER@IBOLAW.COM;
MONICA.LAWLESS@
 BROOKFIELDPROPERTIES.COM;
MPAGE@KELLEYDRYE.COM;
MPARRY@MOSESSINGER.COM;
MPOMERANTZ@JULIENANDSCHLESINGER.COM;
MPRIMOFF@KAYESCHOLER.COM;
MPUCILLO@BERMANESQ.COM;
MROSENTHAL@GIBSONDUNN.COM;

MRUETZEL@WHITECASE.COM;
MSCHIMEL@SJU.EDU;
MSCHLESINGER@JULIENANDSCHLESINGER.COM;
MSHINER@TUCKERLAW.COM;
MSIEGEL@BROWNRUDNICK.COM;
MSOLOW@KAYESCHOLER.COM;
MSPEISER@STROOCK.COM ;
MSTAMER@AKINGUMP.COM;
MSTEEL@BROWNRUDNICK.COM;
MVENDITTO@REEDSMITH.COM;
MWARREN@MTB.COM;
NCOCO@MWE.COM;
NEAL.MANN@OAG.STATE.NY.US;
NED.SCHODEK@SHEARMAN.COM;
NEILBERGER@TEAMTOGUT.COM;
NEWYORK@SEC.GOV;
NFURMAN@SCOTTWOODCAPITAL.COM;
NHERMAN@MORGANLEWIS.COM;
NISSAY_10259-0154@MHMJAPAN.COM;
NLEPORE@SCHNADER.COM;
NLEVINE@AKINGUMP.COM;
NOTICE@BKCYLAW.COM;
OIPRESS@TRAVELERS.COM;
OMECA.NEDD@LOVELLS.COM;
OTCCORPACTIONS@FINRA.ORG;
PARONZON@MILBANK.COM ;
PATRICK.OH@FRESHFIELDS.COM;
PAUL.TURNER@SUTHERLAND.COM;
PBATTISTA@GJB-LAW.COM ;
PBOSSWICK@SSBB.COM;
PDUBLIN@AKINGUMP.COM;
PEISENBERG@LOCKELORD.COM;
PETER.GILHULY@LW.COM;
PETER.MACDONALD@WILMERHALE.COM;
PETER.SIMMONS@FRIEDFRANK.COM;
PETER@BANKRUPT.COM;
PFELDMAN@OSHR.COM;
PHAYDEN@MCGUIREWOODS.COM;
PMAXCY@SONNENSCHEIN.COM;
PPASCUZZI@FFWPLAW.COM ;
PPATTERSON@STRADLEY.COM;
PSP@NJLAWFIRM.COM ;
PTROSTLE@JENNER.COM;
PWRIGHT@DL.COM ;
R.STAHL@STAHLZELLOE.COM;
RAJ.MADAN@BINGHAM.COM;
RAJOHNSON@AKINGUMP.COM;
RAMONA.NEAL@HP.COM;
RANJIT.MATHER@BNYMELLON.COM;
RAUL.ALCANTAR@ROPESGRAY.COM;
RBEACHER@PRYORCASHMAN.COM;
RBYMAN@JENNER.COM;
RDAVERSA@ORRICK.COM;
RELGIDELY@GJB-LAW.COM ;
RFLEISCHER@PRYORCASHMAN.COM;
RFRANKEL@ORRICK.COM ;

RFRIEDMAN@SILVERMANACAMPORA.COM;
RGMASON@WLRK.COM;
RGRAHAM@WHITECASE.COM;
RHETT.CAMPBELL@TKLAW.COM;
RICHARD.KRASNOW@WEIL.COM;
RICHARD.LEAR@HKLAW.COM;
RICHARD.LEVY@LW.COM;
RICHARD.TISDALE@FRIEDFRANK.COM;
RICHARD@RWMAPLC.COM;
RITKIN@STEPTOE.COM ;
RJONES@BOULTCUMMINGS.COM;
RLEEK@HODGSONRUSS.COM;
RLEVIN@CRAVATH.COM ;
RMATZAT@HAHNHESSEN.COM;
RMCNEILL@POTTERANDERSON.COM;
RNETZER@WILLKIE.COM ;
ROBERT.BAILEY@BNYMELLON.COM;
ROBERT.DOMBROFF@BINGHAM.COM;
ROBERT.HENOCH@KOBREKIM.COM;
ROBERT.LEMONS@WEIL.COM;
ROBERT.MALONE@DBR.COM;
ROBERT.YALEN@USDOJ.GOV;
ROBERTDAKIS@QUINNEMANUEL.COM;
ROBIN.KELLER@LOVELLS.COM;
ROGER@RNAGIOFF.COM;
RONALD.SILVERMAN@BINGHAM.COM;
ROSS.MARTIN@ROPESGRAY.COM;
RQURESHI@REEDSMITH.COM;
RRAINER@WMD-LAW.COM;
RREID@SHEPPARDMULLIN.COM;
RRIGOLOSI@SMSM.COM;
RROUPINIAN@OUTTENGOLDEN.COM;
RRUSSELL@ANDREWSKURTH.COM;
RTERENZI@STCWLAW.COM;
RTRUST@CRAVATH.COM;
RUSSJ4478@AOL.COM;
RWASSERMAN@CFTC.GOV;
RWYRON@ORRICK.COM;
S.MINEHAN@AOZORABANK.CO.JP;
SABIN.WILLETT@BINGHAM.COM;
SABRAMOWITZ@VELAW.COM;
SABVANROOY@HOTMAIL.COM;
SAGOLDEN@HHLAW.COM;
SAGRAWAL@SUSMANGODFREY.COM;
SALLY.HENRY@SKADDEN.COM;
SANDYSCAFARIA@EATON.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM;
SCARGILL@LOWENSTEIN.COM;
SCHANNEJ@PEPPERLAW.COM;
SCHEPIS@PURSUITPARTNERS.COM;
SCHNABEL.ERIC@DORSEY.COM;
SCHRISTIANSON@BUCHALTER.COM;
SCHWARTZMATTHEW@SULLCROM.COM;
SCOTTSHELLEY@QUINNEMANUEL.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;
SDNYECF@DOR.MO.GOV;

SEAN@BLBGLAW.COM;
SEHLERS@ARMSTRONGTEASDALE.COM;
SEICHEL@CROWELL.COM;
SFELDERSTEIN@FFWPLAW.COM;
SFINEMAN@LCHB.COM;
SFOX@MCGUIREWOODS.COM;
SGORDON@CAHILL.COM ;
SGUBNER@EBG-LAW.COM ;
SHANNON.NAGLE@FRIEDFRANK.COM;
SHARBECK@SIPC.ORG ;
SHARI.LEVENTHAL@NY.FRB.ORG;
SHGROSS5@YAHOO.COM;
SIDORSKY@BUTZEL.COM;
SLERMAN@EBGLAW.COM;
SLERNER@SSD.COM;
SLEVINE@BROWNRUDNICK.COM;
SLODEN@DIAMONDMCCARTHY.COM;
SMAYERSON@SSD.COM;
SMILLMAN@STROOCK.COM;
SMULLIGAN@BSBLAWYERS.COM;
SNEWMAN@KATSKYKORINS.COM;
SORY@FDLAW.COM ;
SPIOTTO@CHAPMAN.COM;
SPLATZER@PLATZERLAW.COM;
SQUIGLEY@LOWENSTEIN.COM;
SREE@LCBF.COM ;
SSCHULTZ@AKINGUMP.COM;
SSELBST@HERRICK.COM;
SSHIMSHAK@PAULWEISS.COM;
SSKELLY@TEAMTOGUT.COM;
STEELE@LOWENSTEIN.COM;
STEPHEN.COWAN@DLAPIPER.COM;
STEVE.GINTHER@DOR.MO.GOV;
STEVEN.TROYER@COMMERZBANK.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM;
STREUSAND@STREUSANDLANDON.COM;
SUSAN.SCHULTZ@NEWEDGEGROUP.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;
SWEYL@HASLAW.COM;
SWOLOWITZ@MAYERBROWN.COM;
SZUCH@WIGGIN.COM;
TANNWEILER@GREERHERZ.COM;
TARBIT@CFTC.GOV;
TBROCK@SSBB.COM;
TDEWEY@DPKLAW.COM ;
TDUFFY@ANDERSONKILL.COM;
TERESA.OXFORD@INVESCOAIM.COM;
TGOREN@MOFO.COM;
THALER@THALERGERTLER.COM;
THOMAS.CALIFANO@DLAPIPER.COM;
THOMAS.OGDEN@DPW.COM;
THOMAS_NOGUEROLA@CALPERS.CA.GOV;
TIM.DESIENO@BINGHAM.COM;
TIMOTHY.BRINK@DLAPIPER.COM;
TIMOTHY.PALMER@BIPC.COM;
TJFREEDMAN@PBNLAW.COM;

TKARCHER@DL.COM;
TKIRIAKOS@MAYERBROWN.COM;
TLAURIA@WHITECASE.COM;
TMACWRIGHT@WHITECASE.COM;
TMARRION@HASLAW.COM;
TNIXON@GKLAW.COM ;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
TONY.DAVIS@BAKERBOTTS.COM;
TSLOME@MSEK.COM;
TTRACY@CROCKERKUNO.COM;
TWHEELER@LOWENSTEIN.COM;
UKREPPEL@WHITECASE.COM;
VILLA@STREUSANDLANDON.COM;
VMILIONE@NIXONPEABODY.COM;
VRUBINSTEIN@LOEB.COM;
WALTER.STUART@FRESHFIELDS.COM;
WANDA.GOODLOE@CBRE.COM;
WBALLAINE@LCBF.COM;
WBENZIJA@HALPERINLAW.NET;
WCHEN@TNSJ-LAW.COM ;
WCURCHACK@LOEB.COM ;
WDASE@FZWZ.COM;
WFOSTER@MILBANK.COM;
WILLIAM.M.GOLDMAN@DLAPIPER.COM;
WILTENBURG@HUGHESHUBBARD.COM;
WISOTSKA@PEPPERLAW.COM;
WK@PWLAWYERS.COM;
WMAHER@WMD-LAW.COM ;
WMARCARI@EBGLAW.COM ;
WMCKENNA@FOLEY.COM;
WOCONNOR@CROWELL.COM;
WSILVERM@OSHR.COM ;
WSWEARINGEN@LLF-LAW.COM;
WTAYLOR@MCCARTER.COM;
WWEINTRAUB@FKLAW.COM;
WZOBERMAN@BERMANESQ.COM;
YAMASHIRO@SUMITOMOTRUST.CO.JP;
YUWATOKO@MOFO.COM;