CADWALADER, WICKERSHAM & TAFT LLP
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.
700 6th Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for Oak Hill Credit Partners IV Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | **Case No. 08-13555 (JMP)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF OBJECTION OF OAK HILL CREDIT PARTNERS IV LIMITED TO THE DEBTORS' PROPOSED ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that Oak Hill Credit Partners IV Limited hereby withdraws without prejudice the *Objection of Oak Hill Credit Partners IV Limited to the Debtors' Proposed Assumption of Certain Executory Contracts* [Dkt. No. 22104], which was filed with the Court on November 14, 2011.

-1-

-2-

Dated: Washington, D.C.
       February 9, 2012

        CADWALADER, WICKERSHAM & TAFT LLP
*Attorneys for Oak Hill Credit Partners IV Limited*

/s/ *Mark C. Ellenberg*
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.
700 6th Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

-2-