**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
David M. LeMay
Christy L. Rivera

*Counsel to AIG Markets, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al*. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF AIG MARKETS, INC. TO THE DEBTORS' NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that AIG Markets, Inc., formerly known as AIG CDS Inc., by and through its undersigned counsel, hereby withdraws the Limited Objection and Reservation of Rights of AIG Markets, Inc. to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code (Dkt. No. 22082).

CPAM: 4473726.1

Date:   New York, New York
        February 9, 2012

**CHADBOURNE & PARKE LLP**

By:   */s/ David M. LeMay*
      David M. LeMay
      A Member of the Firm
      30 Rockefeller Plaza
      New York, New York 10112
      Telephone:  (212) 408-5100
      Facsimile:   (212) 541-5369

      *Counsel to AIG Markets, Inc.*

CPAM: 4473726.1

2