UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 24230, 24235,
                                                                        24710, 24712, 24714, 24716, 24718-
                                                                        24720, 24753-24755, 24757, 24758,
                                                                        24760, 24765-24768, 24771, 24775

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
9th day of February, 2012

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|                                        |   |                          |
|----------------------------------------|---|--------------------------|
| In re                                  |   | Chapter 11 Case No.      |
|                                        |   | 08-13555 (JMP)           |
| LEHMAN BROTHERS HOLDINGS INC., et al., |   | (Jointly Administered)   |
|                                        |   |                          |
| Debtors.                               |   |                          |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: HIGHLAND CREDIT STRATEGIES FUND
      ATTN: RICH VICHAIDITH
      60 WALL STREET, 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 67221-01 in the above referenced case and in the amount of
        $521,814.33        has been transferred **(unless previously expunged by court order)**

```
      PWCM MASTER FUND LTD
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      ATTN: LUKE NEWCOMB
      225 W WASHINGTON ST, SUITE 1450
      CHICAGO IL
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 24753    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2012                                Vito Genna, Clerk of Court

                                                /s/ Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2012.

# EXHIBIT B

```
TIME: 22:59:45                                                        LEHMAN BROTHERS HOLDING INC.                                                            PAGE:    1
DATE: 02/01/12                                                             CREDITOR LISTING

Name                                                    Address
AG INSURANCE                                            ATTN: JACQUES CRABBE AND WILLIAM VAN IMPE BOULEVARD EMILE JACQMAIN 53 BRUSSELS  1000 BELGIUM
AG INSURANCE                                            DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
BANQUE INVIK                                            2,4 AV MARIE THERESE L.2012 LUXEMBOURG
BARCLAYS BANK PLC                                       TRANSFEROR: AG INSURANCE 745 SEVENTH AVENUE NEW YORK NY 10019
CANDLEWOOD SPECIAL SITUATIONS MASTER                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE SUITE 19B
 FUND, LTD.                                             NEW YORK NY 10017
CANDLEWOOD SPECIAL SITUATIONS MASTER                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE. SUITE 19B
 FUND, LTD.                                             NEW YORK NY 10017
CF CLAIMS LLC                                           TRANSFEROR: GROENEWOLD, G. ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105
CWD OC 522 MASTER FUND, LTD.                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE SUITE 19B
                                                        NEW YORK NY 10017
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HIGHLAND CREDIT STRATEGIES FUND ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICH VICHAIDITH C/O DEUTSCHE BANK SECURITIES INC. 60 WALL ST., 3RD FLOOR
                                                        NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SERENGETI PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SERENGETI PARTNERS LP ATTN: RICH VICHAIDITH C/O DEUTSCHE BANK SECURITIES INC. 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEXIA BANQUE INTERNATIONALE A LUXEMBOURG                TRANSFEROR: BANQUE INVIK SOCIETE ANONYME 69, ROUTE D'ESCH LUXEMBOURG L-2953 LUXEMBOURG
EFG BANK AB (PUBL)                                      P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198
GROENEWOLD, G.                                          KEIJSER CAPITAL N.V. ATTN: COMPLIANCE DEPT KEIZERSGRACHT 410 AMSTERDAM  1016 GC THE NETHERLANDS
GROENEWOLD, G.                                          BURG. ELSENLAAN 241 APT. 502 RIJSWIJK  2282 NE NETHERLANDS
HBK MASTER FUND L.P.                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND LP                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND LP                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND LP                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH HBK MASTER FUND LP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                        DALLAS TX 75201
JADE TREE I, L.L.C.                                     ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
JADE TREE I, L.L.C.                                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK NY 10150
LBVN HOLDINGS L.L.C.                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS L.L.C.                                    TRANSFEROR: JADE TREE I, L.L.C. P.O. BOX 1641 NEW YORK NY 10150
LBVN HOLDINGS, L.L.C.                                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                                   TRANSFEROR: JADE TREE I, L.L.C. P.O. BOX 1641 NEW YORK NY 10150
OCP INVESTMENT TRUST                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE, SUITE 100
                                                        ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE, SUITE 100
                                                        ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ONEX CREDIT PARTNERS,LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE, SUITE 100
                                                        ENGLEWOOD CLIFFS NJ 07632
ORE HILL HUB FUND LTD.                                  TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.                      TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVE. 9TH FLOOR NEW YORK NY 10019
PWCM MASTER FUND LTD                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LUKE NEWCOMB 225 W WASHINGTON ST, SUITE 1450 CHICAGO IL
                                                        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
THE ROYAL BANK OF SCOTLAND PLC                          TRANSFEROR: ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND PLC                          TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ON BEHALF OF WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO ATTN: RACHEL CARR-HARRIS
WILSHIRE INSTITUTIONAL MASTER FUND II                   650 FIFTH AVE. 9TH FLOOR NEW YORK NY 10019
 SPC
YORVIK PARTNERS LLP                                     TRANSFEROR: EFG BANK AB (PUBL) 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed                         40


                                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```