Nava Hazan (*nhazan@mwe.com*)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: 212.547.5400
Facsimile: 212.547.5444

Nathan Coco (*ncoco@mwe.com*)
Jeffrey Rossman (*jrossman@mwe.com*)
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone: 312.372.2000
Facsimile: 312.984.7700

*Attorneys for Eskaton Properties, Incorporated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
                                          :
*In re*                                   :    Chapter 11
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :  Case No. 08-13555 (JMP)
                                          :
Debtor.                                   :    (Jointly Administered)
                                          :
----------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF OBJECTION BY ESKATON PROPERTIES, INCORPORATED TO DEBTORS' NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Eskaton Properties, Incorporated ("*Eskaton*"), by and through its undersigned counsel, hereby withdraws its previously-filed Objection to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases [Docket No. 21926].

Dated: February 9, 2012

Respectfully submitted,

By: /s/ Nava Hazan
Nava Hazan
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: 212.547.5400
Facsimile: 212.547.5444
nhazan@mwe.com

Nathan Coco
Jeffrey Rossman
McDERMOTT WILL & EMERY LLP
227 W. Monroe, Suite 4400
Chicago, IL 60606
Telephone: 312.984.3658
Facsimile: 312.984.7700
ncoco@mwe.com
jrossman@mwe.com

*Counsel to Eskaton Properties, Incorporated*