## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Thursday, February 9, 2012, I served the accompanying Notice of Withdrawal of Objection by Eskaton Properties, Incorporated to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
     February 9, 2012

Amelia J. Crowley