UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :   08-13555 (JMP)
:   (Jointly Administered)
Debtors.                                                         :
:
-----------------------------------------------------------------x   Ref. Docket Nos. 22352, 24772,
24773, 24775-24785, 24792, 24801,
24804-24812, 24816-24818, 24822

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 22012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
9th day of February, 2012

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC
     TRANSFEROR: AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CREDIT CORP.
     745 SEVENTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 20786 in the above referenced case and in the amount of
$92,178,989.13    has been transferred **(unless previously expunged by court order)**

```
     ELLIOTT ASSOCIATES, L.P.
     TRANSFEROR: BARCLAYS BANK PLC
     C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
     40 WEST 57TH STREET
     NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 24822    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2012.

# EXHIBIT B

```
TIME: 19:46:00                                              LEHMAN BROTHERS HOLDING INC.                                                                                PAGE:    1
DATE: 02/02/12                                                    CREDITOR LISTING

Name                                                    Address
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.    ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID  28046 SPAIN
 ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.    SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006
 ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.    ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS  75008 FRANCE
 ("BBVA")
BANKINTER GESTION DE ACTIVOS, S.A.       ACTING FOR AND ON BEHALF OF BANKINTER DOBLE GARANTIZADO, F.L. ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CAUSO
 S.G.I.I.C.                              P DE LA CASTELLANA, 29 MADRID  28010 SPAIN
BANKINTER GESTION DE ACTIVOS, S.A.       CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019
 S.G.I.I.C.
BANKINTER, SA                            TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. P DE LA CASTELLANA, 29 MADRID  28046 SPAIN
BARCLAYS BANK PLC                        TRANSFEROR: AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CREDIT CORP. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK SA                         TRANSFEROR: ACENA, JAIME FELIPE FERNANDEZ ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID  SPAIN
BARCLAYS BANK SA                         TRANSFEROR: DIEZ, FAUSTINO FERNANDEZ ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID  SPAIN
BARCLAYS BANK SA                         TRANSFEROR: DOMINGO HOYO LOPEZ, CARLOS ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID  SPAIN
BARCLAYS BANK SA                         TRANSFEROR: FERNANDEZ DE GOBEO AYAPE, MARIA ISABEL ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                         TRANSFEROR: SUANCES GOMEZ, MARIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID  SPAIN
BARCLAYS BANK SA                         TRANSFEROR: WILCKENS, LORE SCHUTT ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID  SPAIN
BAUMGARTNER, BEATRIX                     WINHELLER ATTORNEY AT LAW FRANKFURT AM MAIN MOLTKESTR. 25 KARLSRUHE D-76133 GERMANY
BAUMGARTNER, BEATRIX                     JOSEPHSTHAL 12 TRIBUSWINKEL A2512 AUSTRIA
COOPERA SAMMELSTIFTUNG PUK               TRANSFEROR: LUZERNER KANTONALBANK AG TALWEG 17 3063 ITTIGEN  SWITZERLAND
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: SPCP GROUP, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VACHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: SPCP GROUP, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEXIA BANQUE INTERNATIONALE A LUXEMBOURG ATTN: LEGAL TFM PLM + 218 D LEGAL DEPT 69, ROUTE D'ESCH LUXEMBOURG L-2953 LUXEMBOURG
 SA
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FEITSMA, L. AND FEITSMA-KOENES, S.       DE DRAF 9 DRONTEN 8252 EX NETHERLANDS
HARTMANN, GUNTER                         NELKENWEG 4 STUTENSEE 76297 GERMANY
JPMORGAN CHASE BANK, N.A.                TRANSFEROR: BANQUE DEGROOF LUXEMBOURG SA. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                         NEW YORK NY 10005
KUNRATH, FRANZ-JOSEF                     AM SPORTPARK 1 BEXBACH D 66450 GERMANY
LIQUIDITY SOLUTIONS, INC.                TRANSFEROR: FEITSMA, L. AND FEITSMA-KOENES, S. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LUZERNER KANTONALBANK AG                 BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                 LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
PRIME CAPITAL MASTER SPC, GOT WAT MAC    TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
 SEGREGATED PORTFOLIO                    PLYMOUTH MN 55447
QUATVASEL, MANFRED                       NOEDERLIN STR. 12 HEILBRONN 74074 GERMANY
SOMMER, INGO                             AUF DER HEIDE 33 HAGEN 58119 GERMANY
STANDARD CHARTERED BANK (HONG KONG) LTD. TRANSFEROR: TAM TAI LAURENTIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HOMANTIN KLN  HONG KONG
TAM TAI LAURENTIA                        FLAT A 6/F CAMBRIDGE MANSION 92 WATERLOO ROAD HOMANTIN KLN HONG KONG
TANNOR PARTNERS CREDIT FUND II, LP       TRANSFEROR: BAUMGARTNER, BEATRIX 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP          TRANSFEROR: HARTMANN, GUNTER 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP          TRANSFEROR: KUNRATH, FRANZ-JOSEF 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK NY 10504
TANNOR PARTNERS CREDIT FUND, LP          TRANSFEROR: QUATVASEL, MANFRED 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP          TRANSFEROR: SOMMER, INGO 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
THE ROYAL BANK OF SCOTLAND PLC           DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN AND JEFFREY CHUBAK 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
THE ROYAL BANK OF SCOTLAND PLC           TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM
WATERSTONE MARKET NEUTRAL MASTER FUND,   TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
 LTD                                     PLYMOUTH MN 55447
WATERSTONE MARKET NEUTRAL MASTER FUND,   TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
 LTD                                     PLYMOUTH MN 55447

                                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:46:00                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:   2
DATE: 02/02/12                                     CREDITOR LISTING

Name                        Address
WATERSTONE MF FUND, LTD     TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                            PLYMOUTH MN 55447
YORVIK PARTNERS LLP         TRANSFEROR: DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA 11 IRONMONGER LANE LONDON  EC2V 8EY


Total Number of Records Printed    47
```

EPIQ BANKRUPTCY SOLUTIONS, LLC