Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139

-and-

James D. Vail (admission *pro hac vice* pending)
Schneider, Smeltz, Ranney & LaFond, P.L.L.
1111 Superior Avenue, Suite 1000
Cleveland, Ohio 44114
Tel: (216) 696-4200
Fax: (216) 696-7303

Attorneys for Judson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :
In re:                                        :
                                              :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :
                                              :    08-13555 (JMP)
                         Debtors.             :
                                              :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF SERVICE

I, STEPHEN Z. STARR, declare as follows:

I am not a party to the action, am over 18 years of age and have a business

address at 260 Madison Ave., 17th Fl., New York, NY 10016.

On February 8, 2012, I caused true copies of the following documents:

1.   JUDSON'S BRIEF IN OPPOSITION TO DEBTORS' TWO HUNDRED
     FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS;

2.   DECLARATION OF TIMOTHY SHEEHAN IN OPPOSITION TO
     DEBTORS' TWO HUNDRED FORTY-FOURTH OMNIBUS OBJECTION
     TO CLAIMS, AS SUCH OBJECTION PERTAINS TO JUDSON;

3.      DECLARATION OF JOANNA STEPHENSON IN OPPOSITION TO
        DEBTORS' OBJECTION;

4.      DECLARATION OF CYNTHIA H. DUNN IN OPPOSITION TO
        DEBTORS' TWO HUNDRED FORTY-FOURTH OMNIBUS OBJECTION
        TO CLAIMS, AS SUCH OBJECTION PERTAINS TO JUDSON; and

5.      APPENDIX OF UNREPORTED OR NON-FEDERAL AUTHORITIES.

to be placed into postage-prepaid envelopes that were deposited into a designated
depository maintained by the United States Postal Service and addressed to the
following parties for service by First Class Mail:

> Counsel to the Debtors
> Weil Gotshal & Manges LLP
> Attn: Robert L. Lemons, Esq.
>      Lee J. Goldberg, Esq.
> 767 Fifth Ave
> New York, NY 10153
>
> Counsel to the Official Committee of Unsecured Creditors
> Milbank, Tweed, Hadley & McCloy LLP
> Attn: Dennis F. Dunne, Esq.
>      Dennis O'Donnell, Esq.
> 1 Chase Manhattan Plaza
> New York, NY 10005
>
> Counsel to Debtors' Postpetition Lenders
> Cleary Gotlieb LLP
> Attn: Lindsee P. Granfield, Esq.
>      Lisa Schweiger, Esq.
> One Liberty Plaza
> New York, NY 10006
>
> Counsel to Debtors' Postpetition Lenders
> Sullivan & Cromwell LLP
> Attn: Robinson B. Lacy, Esq.
>      Hydee R. Feldstein, Esq.
> 125 Broad Street
> New York, NY 10004

Office of the U.S. Trustee
Office of the United States Trustee
Attn: Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004


and in accordance with General Order #M-399, as amended, of this Court, served all other

parties herein via email by service via ECF.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on February 9, 2012.

By:  /s/ Stephen Z. Starr
        Stephen Z. Starr
STARR & STARR, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139