BAILEY & GLASSER, LLP
Athanasios Basdekis
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
Email: tbasdekis@baileyglasser.com
*Counsel for Sequa Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                 :
            Debtors.                             :    (Jointly Administered)
-----------------------------------------------------------x

## Certificate of Service

The undersigned hereby certifies that on February 6, 2012 true and correct copies of

Sequa Corporation's Response to Debtors' Two Hundred Forty-Seventh Omnibus Objection to

Claims, filed on such date via the Court's ECF system, were served upon:

   Tracy Hope Davis, Esq.
   Elisabeth Gasparini, Esq.
   Andrea B. Schwartz, Esq.
   Office of the U.S. Trustee for Region 2
   United States Bankrupty Court
   Southern District of New York
   33 Whitehall Street, 21st Floor
   New York, NY  10004

via Federal Express overnight mail;

and

   Jacqueline Marcus, Esq., of Weil, Gotshal & Manges LLP

and

Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq.,
Evan Fleck, Esq., of Milbank, Tweed, Hadley & McCloy LLP,

via email of the ECF Notice of Public Filing.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: February 9, 2012

By counsel,

*/s/ Athanasios Basdekis*
Athanasios Basdekis, Esq.
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
tbasdekis@baileyglasser.com
*Counsel for Sequa Corporation*