UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                      Debtors.                                  :
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 19156, 19159,
                                                                     19220, 24221, 24222, 24690

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 2, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
9th day of February, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    PAULSON CREDIT OPPORTUNITIES MASTER LTD.
               TRANSFEROR: ESSENT TRADING INTERNATIONAL SA
               1251 AVENUE OF THE AMERICAS, 50TH FLOOR
               NEW YORK NY 10020


Additional:    PAULSON CREDIT OPPORTUNITIES MASTER LTD.
               ROBERT SCHEININGER
               SIDLEY AUSTIN LLP
               787 SEVENTH AVENUE
               NEW YORK NY 10019




Transferee:    PBC FINANCING LLC
               1251 AVENUE OF THE AMERICAS
               50TH FLOOR
               NEW YORK NY 10020



**Your transfer   of claim #   14056   is defective for the reason(s) checked below:**

Previously Transferred




Docket Number 24690            Date 01/26/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2012.

**EXHIBIT B**

```
TIME: 19:51:13                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 02/02/12                                            CREDITOR LISTING

Name                                            Address
BANCO ESPIRITO SANTO S.A.                       ATTN: PEDRO CRUCHINHO DEPARTMENTO FINANCEIRO MERCADOS E ESTUDOS AVE. LIBERDADE 195 1250-142 LISBOA     PORTUGAL
BANCO ESPIRITO SANTO, S.A.                      ATTN: PEDRO CRUCHINHO DEPARTMENTO FINANCEIRO, MERCADOS E ESTUDOS AV. LIBERDADE, 195 1250-142 LISBOA PORTUGAL
BES-VIDA COMPANHIA DE SEGUROS, S.A.             SUCURSAL EN ESPANA NIF: W-0101151-I CALLE VELAZQUEZ; 108-110 CP. MADRID  28006 SPAIN
BES-VIDA, COMPANHIA DE SEGUROS, S.A.            NIF: W-0101151-I CALLE VELAZQUEZ, 108-110 MADRID  CP.28006 SPAIN
SUCURSAL EN ESPANA
CITIBANK INTERNATIONAL PLC, GREECE              ATTN: YIANNIS ZOGRAPHAKIS 8 OTHONOS STR. ATHENS   10557 GREECE
BRANCH
CITIBANK INTERNATIONAL PLC, GREECE              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
BRANCH
CITIGROUP GLOBAL MARKETS INC                    ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DAVIS POLK & WARDWELL LLP                       ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
PAULSON CREDIT OPPORTUNITIES MASTER LTD.        TRANSFEROR: ESSENT TRADING INTERNATIONAL SA 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.        ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PBC FINANCING LLC                               1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PBC FINANCING LLC                               SIDLEY USTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PBC FINANCING LLC                               WILLIAM DOYLE CREDIT SUISSE 11 MADISON AVENUE NEW YORK NY 10010
SEMPER CONSTANTIA PRIVATBANK AG                 (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                                WEIN  1010 AUSTRIA
SILVER POINT CAPITAL FUND, L.P.                 C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER            C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, L.P.

Total Number of Records Printed       16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC