**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that **Buchalter Nemer**, A Professional Corporation (the "Firm") has moved to:

      **55 Second Street, 17th Floor**
      **San Francisco, California 94105-3493**

      The Firm's phone and fax numbers, and its email addresses, remain unchanged.

      BUCHALTER NEMER,
      A Professional Corporation

Dated: February 9, 2012      By: /s/ Shawn M. Christianson
      Shawn M. Christianson, Esq.
      55 2nd Street, 17th Floor
      San Francisco, CA 94105
      Telephone: (415) 227-0900
      Facsimile: (415) 227-0770

      Attorneys for Creditors, Oracle USA, Inc. and
      Oracle Credit Corporation