UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                              Debtors.                             :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 24342, 24344,
                                                                        24824-24830, 24832, 24835-24840,
                                                                        24842, 24855, 24856, 24865-24869,
                                                                        24882

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
9th day of February, 2012

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   MORGAN STANLEY CAPITAL GROUP INC                    MORGAN STANLEY CAPITAL GROUP INC
               ATTN:CHIEF LEGAL OFFICER                            MARK ELLENBERG, ESQ
               1585 BROADWAY                                       CADWALADER, WICKERSHAM & TAFT LLP
               NEW YORK NY 10036                                   700 SIXTH STREET, NW
                                                                   WASHINGTON DC 20001

Please note that your claim # 20526-03 in the above referenced case and in the amount of
       $30,082,249.50   allowed at $15,116,599.28         has been transferred (**unless previously expunged by court order**)

               CERBERUS SERIES FOUR HOLDINGS, LLC
               TRANSFEROR: MORGAN STANLEY CAPITAL GROUP INC
               C/O CERBERUS CAPITAL MANAGEMENT, L.P.
               ATTN: TRADING OPERATIONS
               299 PARK AVENUE, 22ND FLOOR
               NEW YORK NY 10171

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 24342       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2012.

# EXHIBIT B

```
TIME: 13:57:35                                          LEHMAN BROTHERS HOLDING INC.
DATE: 02/03/12                                               CREDITOR LISTING                                              PAGE:    1

Name                                              Address
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.             ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID 28046 SPAIN
   ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.             SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006
   ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.             ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS 75008 FRANCE
   ("BBVA")
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVENUE NEW YORK NY 10019 SPAIN
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVEUE NEW YORK NY 10019
BARCLAYS BANK SA                                  TRANSFEROR: CANTARERO SANCHEZ, GONZALO ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                                  TRANSFEROR: LOBERA SALVO, EDUARDO ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                                  TRANSFEROR: PARDO, FELISA CLAVERIA; JOSE LUIS GRACIA CLAVERIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA
                                                  28036 MADRID SPAIN
BARCLAYS BANK SA                                  TRANSFEROR: SANCHEZ FERNANDEZ, DOLORES ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                                  TRANSFEROR: SANJURJO CARRO, CONSUELO ABRAHAM CARPINTERO CL. MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN
CERBERUS SERIES FOUR HOLDINGS, LLC                TRANSFEROR: MORGAN STANLEY CAPITAL GROUP INC C/O CERBERUS CAPITAL MANAGEMENT, L.P. ATTN: TRADING OPERATIONS
                                                  299 PARK AVENUE, 22ND FLOOR NEW YORK NY 10171
CLIENTS OF BANK OF ALAND PLC                      NYGATAN 2 MARIEHAMN FI-22100 FINLAND
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FINANTIA SECURITIES LIMITED                       BANCO FINANTIA, S.A. ATT. LEGAL DEPARTMENT RUA GENERAL FIRMINO MIGUEL, NO 5-1ST FLOOR LISBON 1600-100 PORTUGAL
FINANTIA SECURITIES LIMITED                       BANCO FINANTIA, S.A. ATT. LEGAL DEPARTMENT RUA GENERAL FIRMINO MIGUEL, NO 5-1ST FLOR LISBON 1600-100 PORTUGAL
FINANTIA SECURITIES LIMITED                       TRANSFEROR: GRANITE FINANCE LIMITED 11 AUSTIN FRIARS LONDON EC2N 2HG ENGLAND
FINANTIA SECURITIES LIMTIED                       BANCO FINANTIA, S.A. ATT. LEGAL DEPARTMENT RUA GENERAL FIRMINO MIGUEL, NO 5-1ST FLOOR LISBON 1600-100 PORTUGAL
FINANTIA SECURITIES LIMTIED                       TRANSFEROR: GRANITE FINANCE LIMITED 11 AUSTIN FRIARS LONDON EC2N 2HG ENGLAND
KUUSAKOSKI, ANDREA                                C/O TAALERITEHDAS OY KLUUVIKATU 3 HELSINKI 00100 FINLAND
KUUSAKOSKI, ANDREA                                WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND
KUUSAKOSKI, TORSTI                                C/O TAALERITEHDAS OY KLUUVIKATU 3 HELSINKI 00100 FINLAND
KUUSAKOSKI, TORSTI                                WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND
MORGAN STANLEY CAPITAL GROUP INC                  ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY CAPITAL GROUP INC                  C/O MORGAN STANLEY CAPITAL GROUP INC. 1585 BROADWAY ATTN: CHIEF LEGAL OFFICER NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL GROUP INC                  MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL GROUP INC                  HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL GROUP INC                  WILLIAM MCCOY MORGAN STANLEY CAPITAL GROUP INC 2000 WESTCHESTER AVENUE NEW YORK NY 10577
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: FINANTIA SECURITIES LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: FINANTIA SECURITIES LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SARAJARVI, RAIMO                                  C/O TAALERITEHDAS OY KLUUVIKATU 3 HELSINKI 00100 FINLAND
SARAJARVI, RAIMO                                  WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND
TAALERITEHDAS OY                                  TRANSFEROR: CLIENTS OF BANK OF ALAND PLC KLUUVIKATU 3 HELSINKI 00100 FINLAND
TAALERITEHDAS OY                                  TRANSFEROR: KUUSAKOSKI, ANDREA KLUUVIKATU 3 HELSINKI 00100 FINLAND
TAALERITEHDAS OY                                  TRANSFEROR: KUUSAKOSKI, TORSTI KLUUVIKATU 3 HELSINKI 00100 FINLAND
TAALERITEHDAS OY                                  TRANSFEROR: SARAJARVI, RAIMO KLJUVIKATU 3 HELSINKI 00100 FINLAND
TANNOR PARTNERS CREDIT FUND, LP                   TRANSFEROR: VAN DER HAAGEN, J.C. 150 GRAND STREET SUITE 401 WHITE PLAINS NY 10601
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: BREITBURN OPERATING L.P. ATTN: JON WEISS RBS GLOBAL BANKING & MARKETS 600 WASHINGTON BLVD. STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: BREITBURN OPERATING, L.P. ATTN: JON WEISS RBS GLOBAL BANKING & MARKETS 600 WASHINGTON BLVD. STAMFORD CT 06901
VALDEFRADES DE INVERSIONES SICAV S.A.             TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") INVERCAIXA GESTION SGIIC, SAU ATTN: LEGAL DEPARTMENT CALLE MARIA DE MOLINA
                                                  3RD FLOOR MADRID 28006 SPAIN
VAN DER HAAGEN, J.C.                              KORENBLOEM 96 MIJDRECHT 3641 VR NETHERLANDS
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS                                   TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: EFG BANK AB (PUBL) 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON EC2V 8EY
YORVIK PARTNERS LLP                               TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: TAALERITEHDAS OY ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed                   49                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```