UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                          :

In re                                              :         Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :         08-13555 (JMP)
                                                :         (Jointly Administered)
                 Debtors.                         :
                                                  :
------------------------------------------------------------------x    Ref. Docket No. 24032

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      */s/ Lauren Rodriguez*
                                                                      Lauren Rodriguez

Sworn to before me this
9th day of February, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   LEUNG PAK MING RAYMOND
              4/F BLOCK F
              NO. 111 MOUNT BUTLER ROAD
              JARDINE'S LOOKOUT HK HONG KONG


Additional:




Transferee:   STANDARD CHARTERED BANK (HONG KONG) LIMITED
              21/F, STANDARD CHARTERED TOWER
              388 KWUN TONG ROAD
              HONG KONG HONG KONG


**Your transfer   of claim #   47834   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match




Docket Number 24032            Date 01/04/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2012.

**EXHIBIT B**

```
TIME: 13:56:16                                          LEHMAN BROTHERS HOLDING INC.                                                     PAGE:   1
DATE: 02/03/12                                                CREDITOR LISTING

Name                                         Address
BANK VONTOBEL AG, ZURICH / SWITZERLAND       ATTN: THOMAS SCHWERZMANN GOTTHARDSTRASSE 43 POSTFACH ZURICH  CH-8022 SWITZERLAND
CREDIT SUISSE (DEUTSCHLAND) AG               ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
EFG BANK AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
EFG BANK AG                                  BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH  8022 SWITZERLAND
                                             GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
HYPOSWISS PRIVATBANK AG                      SCHUTZENGASSE 4 ZURICH  8021 SWITZERLAND
LEUNG PAK MING RAYMOND                       4/F BLOCK F NO. 111 MOUNT BUTLER ROAD JARDINE'S LOOKOUT HK   HONG KONG
STANDARD CHARTERED BANK (HONG KONG)          21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG  HONG KONG
 LIMITED
YORVIK PARTNERS LLP                          ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UK
YORVIK PARTNERS LLP                          ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC