VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Edward A. Smith
Rishi Kapoor

*Counsel for LBBW Luxemburg S.A. and Landesbank Baden-Württemberg*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : |
| | : Case No. 08-13555 (JMP) |
| Debtors. | : |
| | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF LBBW LUXEMBURG S.A. AND LANDESBANK BADEN-WÜRTTEMBERG TO DEBTORS' PROPOSED ASSUMPTION OF CERTAIN CONTRACTS PURSUANT TO SECTION 11.1 OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE that LBBW Luxemburg S.A. and Landesbank Baden-Württemberg hereby withdraw their *Objection of LBBW Luxemburg S.A. and Landesbank Baden-Württemberg to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [Docket No. 21911], which was filed using the Court's ECF system on November 10, 2011.

- 2 -

Dated: New York, New York
February 9, 2012

                              VENABLE LLP

By:  */s/ Edward A. Smith*
Edward A. Smith (easmith@venable.com)
Rishi Kapoor (rkapoor@venable.com)
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

*Counsel for LBBW Luxemburg S.A. and Landesbank Baden-Württemberg*