WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                        :
                      Debtors.          :    (Jointly Administered)
                                        :
--------------------------------------------------------------------x
```

**NOTICE OF (I) WITHDRAWAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS, (II)**
**INDEFINITE ADJOURNMENT OF DEBTORS' APPLICATION TO ASSUME CERTAIN**
**EXECUTORY CONTRACTS, (III) ADJOURNMENT OF HEARING ON DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS, AND (IV) STATUS**
**CONFERENCE ON DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that on October 25, 2011, the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed a Plan Supplement [ECF No.

21254], as amended from time to time (the "Plan Supplement"),[1] containing documents and

schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman

---

[1] On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement [ECF No. 21665]. On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement [ECF No. 22156]. On November 22, 2011, the Debtors filed Amendment No. 3 to the Plan Supplement [ECF No. 22590]. On November 29, 2011, the Debtors filed Amendment No. 4 to the Plan Supplement [ECF No. 22742]. On December 2, 2011, the Debtors filed Amendment No. 5 to the Plan Supplement [ECF No. 22876]. On December 5, 2011, the Debtors filed Amendments No. 6 and No. 7 to the Plan Supplement [ECF Nos. 22975 and 22980]. On January 31, 2011, the Debtors filed a notice of withdrawal of their application to assume certain executory contracts. [ECF No. 24823].

Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF

No. 22973] that was confirmed by order of the Court on December 6, 2011 [ECF No. 23023]

(the "Confirmation Order").

     PLEASE TAKE NOTICE that pursuant to the Confirmation Order, the hearing on

the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth

on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other

date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice

to the relevant counterparty, or as otherwise agreed.

     PLEASE TAKE NOTICE that the Debtors hereby withdraw their application to

assume the executory contracts and unexpired leases identified on Exhibit A hereto.

     PLEASE TAKE NOTICE that, with the consent of the relevant party, the hearing

on the Debtors' assumption of the executory contracts or unexpired leases that are the subject of

the objections identified on Exhibit B hereto (the "Additional Deferred Contracts") shall be

adjourned without date and shall be scheduled by the Debtors, with leave from the Court, on a

date to be determined with at least 30 days notice to the counterparty, or as otherwise agreed.

     PLEASE TAKE NOTICE that the hearing on the Debtors' assumption of the

executory contracts or unexpired leases that are the subject of the objections identified on Exhibit

C hereto (the "April 10, 2012 Contracts") shall be adjourned until **April 10, 2012 at 10:00 a.m.**

     PLEASE TAKE NOTICE that a status conference regarding the Debtors'

application to assume executory contracts or unexpired leases will be held before the Honorable

James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court,

Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

York 10004 (the "Bankruptcy Court"), on **February 14, 2012 at 10:00 a.m. (Prevailing**

**Eastern Time)**.

                PLEASE TAKE NOTICE that the Debtors reserve their rights to withdraw in the

future their application to assume any April 10, 2012 Contract, any Deferred Contract (as defined

in the Confirmation Order) and/or any Additional Deferred Contract.

Dated: February 9, 2012
       New York, New York

                    /s/ Jacqueline Marcus
                    Jacqueline Marcus
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

# EXHIBIT A

## WITHDRAWN CONTRACTS

US_ACTIVE:\43920434\06\58399.0003

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Adventist Health System/Sunbelt, Inc. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 Multicurrency-Cross Border ISDA Master Agreement, dated as of January 3, 1997.<br><br>1992 Local Currency-Single Jurisdiction ISDA Master Agreement, dated as of December 3, 2001.<br><br>Debt Service Reserve Fund dated on 12/31/1994 (also known as Reserve Fund Hedge Agreement dated on December 31, 1994). | Michael Bernstein Rosa Evergreen Dana Yankowitz Arnold & Porter LLP 555 Twelfth St., N.W. Washington, D.C. 20004-1206 |
|  |  |  | Susan L. Shin Arnold & Porter LLP 399 Park Avenue New York, New York 10022-4690 |
|  |  |  | Adventist Health System/Sunbelt Inc. 111 North Orlando Avenue Winter Park, FL 32789 Attn:  Gary Skilton, SVP/Treasurer |
| AFCO Cargo PIT LLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | Debt Service Deposit Agreement, dated as of March 29, 2004.<br><br>Reserve Fund Agreement, dated as of November 17, 1999.<br><br>Reserve Fund Agreement dated as of March 22, 2004. | Brian E. Foont The Foont Law Firm, LLC 11909 Reynolds Avenue Potomac, MD 20854 202-236-4851 |
| Ally Investment Management LLC, formerly known as "GMAC Investment Management LLC" |  | ISDA Master Agreement, dated as of August 21, 2008. | Mayer Brown LLP 1675 Broadway New York, New York 10019 Tel. (212) 506-2500 Fax (212) 262-1910 Jeffrey G. Tougas (JT-5533) Christine A. Walsh (CW-2727) |
|  |  |  | 200 Renaissance Center Mail Code:  482-B12-C24 Detroit, MI , 48265-2000 Attn: Swaps Administration Group |
|  |  |  | 767 Fifth Avenue 24th Floor New York, NY, 10153 Attn: Swap Group |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Citadel Equity Fund Limited | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of April 27, 2001, as amended and restated as of June 30, 2008. | Bennette D. Kramer Schlam Stone & Dolan LLP 26 Broadway New York, NY 10004 (212) 344-5400 |
| | | | 131 South Dearborn St Chicago, IL, 60603 Attn: Christopher Ramsey |
| | | | Citadel Equity Fund Ltd c/o Citadel Limited Partnership 131 South Dearborn Street Chicago, IL, 60603 Attn: Legal Dept |
| | | | Citibank Financial Products 388 Greenwich Street, 17th Floor New York, NY,   10013 Attn: Senior Deputy General Counsel |
| Commonwealth of Virginia Tobacco Settlement Financing Corporation | LEHMAN BROTHERS SPECIAL FINANCING INC. | Reserve Fund Agreement, dated May 26, 2005. | 540 West Madison Street, 25th floor Chicago, Illinois 60661 Chicago, Il, 60661 Attn: Matthew Massier |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York, NY, 10016 Attn: Thomas Musarra |
| | | | Manju S. Ganerlwala, Treasurer of Virginia P.O. Box 1879 Richmond, VA, 23218-1879 |
| | | | Tobacco Settlement Financing Corporation 101 North 14th Street Richmond, VA, 23219 Attn: Director of Debt Management |
| County of Sacramento, California | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of April 5, 2000 | Steven J. Fink Thomas C. Mitchell ORRICK, HERRINGTON & SUTCLIFFE LLP 51 West 52nd Street New York, NY 10019-6142 Telephone: (212) 506-5000 Facsimile: (212) 506-5151 |
| | | | County Administration Center 700 H Street Suite 2650 Sacramento, CA , 95814 Attn: Director of Finance |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| CQS ABS Master Fund Limited | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade, dated September 10, 2008. | Mark C. Ellenberg, Esq. John H. Thompson, Esq. Cadwalader, Wickersham & Taft LLP 700 6th Street, NW Washington, DC 20001 Telephone: (202) 862-2200 Facsimile: (202) 862-2400 |
| | | | PO Box 309GT Ugland House South Church Street Cayman Islands |
| DZ Bank Ireland | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of August 18, 1997. | Claude G. Szyfer Francis C. Healy Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | Guild House, Guild Street I.F.S.C. Dublin 1, Ireland Attn: Mark Jacob |
| EPCO Holdings Inc. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of September 6, 2007 | Joseph P. Rovira Andrews Kurth LLP 600 Travis, Suite 4200 Houston, Texas 77002 |
| Fuller Theological Seminary | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of December 19, 2003. | Shawn R. Fox Dion W. Hayes McGuireWoods LLP 1345 Avenue of the Americas Seventh Floor New York, NY 10105 Telephone: (212) 548-2100 Facsimile: (212) 548-2150 |
| | | | 135 North Oakland Avenue Pasadena , 91182 |
| Goldman Sachs Credit Opportunities 2008 Master Fund, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of June 2, 2008 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Credit Opportunities Institutional 2008 Fund, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of May 1, 2008 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Dynamic Risk Master Fund Offshore, Ltd. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of September 21, 2004, and subject to the 2002 ISDA Novation Agreement between the parties dated as of January 1, 2007 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Global Alpha Fund, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | Long Form Confirmation | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Global Alpha Dynamic Risk Fund, LLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of December 21, 2006, and subject to the 2002 ISDA Novation Agreement between the parties dated as of January 1, 2007 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Global Alpha Fund PLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of June 2, 2004 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Global Alpha Fund PLC | LEHMAN BROTHERS COMMODITY SERVICES INC. | Long Form Confirmation | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs LIP Credit Opportunities 2008 Fund, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of June 2, 2008 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Liquidity Partners 2007, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of August 23, 2007 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Liquidity Partners 2007 Offshore, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of August 23, 2007 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Mortgage Credit Opportunities Fund, L.P | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of January 22, 2008 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Mortgage Credit Opportunities Offshore Fund, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of January 22, 2008 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs Quantitative Strategies Emerging Markets Master Fund, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of April 14, 2008 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Goldman Sachs LIP Credit Opportunities 2008 Fund, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated as of June 2, 2008 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | c/o Goldman Sachs Asset Management, L.P. 30 Hudson St. Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P. 32 Old Slip New York, NY, 10005 Attn: Ken Topping |
| Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Michael K. McCrory Barnes & Thornburg Llp 11 S. Meridian Street Indianapolis, IN 46204 Telephone: (317) 236-1313 Facsimile: (317) 231-7433 David M. Powlen Barnes & Thornburg Llp 1000 North West Street, Suite 1200 Wilmington, DE 19803 Telephone: (302) 888-4536 Facsimile: (302) 888-0246 |
| | | | 337 Grace Village Dr. Winona Lakes, IN 46590 Attn: Jeff Carroll |
| IBM Personal Pension Plan Trust | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA Master Agreement, dated September 10, 2001 1992 ISDA Master Agreements, dated April 16, 1999. | PIMCO 840 Newport Center Drive Suite 100 Newport Beach, CA, 92660 Attn: Kevin M. Broadwater c/o Grantham, Mayo, Van Otterloo 40 Rowes Wharf Boston, MA, 02110 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Jenner's Pond, Inc. | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of October 25, 2006, as supplemented by a Schedule and Credit Support Annex, each dated as of October 25, 2006, and two Confirmations (Global ID: 2719523 and 2719503) each with a trade date of October 25, 2006. | Andrew B. Eckstein Blank Rome LLP The Chrysler Building 405 Lexington Avenue, New York, NY 10174-0208 |
| JR Moore, LP | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of July 23, 2008. | Bennette D. Kramer Schlam Stone & Dolan LLP 26 Broadway New York, NY 10004 (212) 344-5400 |
| | | | Moore Capital Management LLC 1251 Ave of the Americas, 52nd Floor New York, NY, 10020 Attn: Anthony Gallagher, Director of Operations |
| Longwood at Oakmont | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 17, 2001. | David F. Heroy Andrew P. R. McDermott Baker & McKenzie LLP One Prudential Plaza 130 East Randolph Street, Suite 3500 Chicago, Illinois 60601 Phone: (312) 861-8000 Fax: (312) 698-2370 |
| | | | 1215 Hulton Road Oakmont, PA , 15139-1196 Attn: Joseph A. Wenger, CPA |
| Mizuho International Plc | LEHMAN BROTHERS COMMERCIAL CORPORATION | ISDA Master Agreement, dated as of January 9, 2007, | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | 1251 Avenue of the Americas New York, NY, 1002 Attn: Hidenori Wantabe |
| | | | 1-3-3, Marunouchi, Chiyoda-ku Tokyo, Japan 100-8210 Japan |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | 5-5 Otemachi 1- chome Chiyoda-ku Tokyo 100 Japan Attn: Mr. Ikuo Sato |
| Moore Macro Fund, LP | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of July 23, 2008. | Bennette D. Kramer Schlam Stone & Dolan LLP 26 Broadway New York, NY 10004 (212) 344-5400 |
| | | | c/o Moore Capital Management, LLC 1251 Avenue of the Americas, 52nd Floor New York, NY, 10020 Attn: Anthony Gallagher, Director of Operations |
| Moore Macro Markets Fund (Master), LP | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of July 23, 2008. | Bennette D. Kramer Schlam Stone & Dolan LLP 26 Broadway New York, NY 10004 (212) 344-5400 |
| | | | c/o Moore Capital Management, LLC 1251 Avenue of the Americas, 52nd Floor New York, NY, 10020 Attn: Anthony Gallagher, Director of Operations |
| Nordea Bank AB | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of July 24, 1992. | Andrew DeNatale Claude G. Szyfer Denise K. Wildes STROOCK & STROOCK & LAVAN LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |
| | | | Hamngatan 12, SE -105 71 Stockholm Stockholm Sweden Attn: Treasury, TAC Business Control |
| Nordea Bank Finland plc | LEHMAN BROTHERS COMMERCIAL CORPORATION | ISDA Master Agreement, dated as of February 27, 1998 | Andrew DeNatale Claude G. Szyfer Denise K. Wildes Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 Telephone: (212) 806-5400 Facsimile: (212) 806-6006 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | 2747 Derivatives Back Office T01/Vallila FIN-0020 Merita Helsinki, Finland Attn: Mr. Pekka Rikala |
| | | | 2747 Settlement Services FIN-00020 Nordea, Helsinki Finland Attn: Swaps Settlements |
| | | | New York Branch 437 Madison Avenue New York, NY, 10022 Attn: Cokin Williams-Hawkes |
| Presbyterian SeniorCare | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated October 17, 2001. | David F. Heroy Andrew P. R. McDermott Baker & McKenzie LLP One Prudential Plaza 130 East Randolph Street, Suite 3500 Chicago, Illinois 60601 Phone: (312) 861-8000 Fax: (312) 698-2370 |
| | | | 1215 Hulton Road Oakmont, PA , 15139-1196 |
| Regents of the University of California | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of July 12, 2007. | Steven J. Fink Thomas C. Mitchell ORRICK, HERRINGTON & SUTCLIFFE LLP 51 West 52nd Street New York, NY 10019-6142 Telephone: (212) 506-5000 Facsimile: (212) 506-515 |
| | | | 11111 Franklin Street Oakland, California, 94607-5200 |
| Rockford Memorial Hospital | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated April 26, 1994. | SNR Denton Us LLP Carole Neville, Esq. 1221 Avenue of the Americas New York, NY 10020-1089 (212) 768-6700 |
| | | | 2400 North Rockton Rockford, IL , 61103 Attn: Henry M. Seybold |
| SJL Moore, Ltd. | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of July 23, 2008. | Bennette D. Kramer Schlam Stone & Dolan LLP 26 Broadway New York, NY 10004 (212) 344-5400 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o Moore Capital Management, LLC 1251 Avenue of the Americas, 52nd Floor New York, NY, 10020 Attn: Anthony Gallagher, Director of Operations |
| Sumitomo Mitsui Banking Corporation, formerly known as "The Sumitomo Bank Limited," in its capacity as assignee of SMBC Capital Markets Inc., formerly known as "Sumitomo Bank Capital Markets, Inc." | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Interest Rate and Currency Master Agreement, dated as of May 5, 1992 | Brian Trust Jeffrey G. Tougas Christine A. Walsh MAYER BROWN LLP 1675 Broadway New York, New York 10019 |
| | | | 3-2 Marunouchi 1-Chome Chiyoda-ku, Tokyo 100-0005 Japan Attn: Hiroaki Osaki |
| Sumitomo Mitsui Banking Corporation, formerly known as "The Sumitomo Bank Limited" | | ISDA Master Agreement, dated as of December 15, 1993. | Brian Trust Jeffrey G. Tougas Christine A. Walsh MAYER BROWN LLP 1675 Broadway New York, New York 10019 |
| | | | 3-2 Marunouchi 1-Chome Chiyoda-ku, Tokyo 100-0005 Japan Attn: Hiroaki Osaki |
| SunTrust Bank | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of April 30, 1996, as amended. | Michael Johnson 90 Park Avenue New York, New York 10016 Telephone: (212) 210-9400 Facsimile: (212) 210-9444 John C. Weitnauer 1201 West Peachtree Street Atlanta, Georgia 30309 Telephone: (404) 881-7000 Facsimile: (404) 881-7777 |
| | | | 3333 Peachtree Street, N.E. Center Code 3913 Atlanta, GA , 30326 Attn: Financial Risk Management Operations |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Swiss Re Financial Products Corporation | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 25, 1996, and related schedule and confirmations. | Jennifer C. DeMarco<br>Sara M. Tapinekis<br>Clifford Chance Us LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375 |
| | | | 55 East. 52nd St.<br>New York, NY, 10055<br>Attn: Frank Ronan |
| | | | c/o Swiss Re Capital Markets Ltd<br>30-St. Mary Axe, London EC3A 8EP<br>United Kingdom<br>Attn: Head of Legal |
| | | | Swiss RE<br>Mythenquai 50/60<br>Zurich, CH-8022<br>Switzerland<br>Attn: Paul Whitaker, Director |
| The Airport Commission of the City and County of San Francisco | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of December 16, 2004 (as amended). | Steven J. Fink<br>Thomas C. Mitchell<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151 |
| | | | P.O. Box 8097<br>San Francisco, CA , 94128<br>Attn: John L. Martin |
| | | | Terminal 2, 5th Floor<br>P.O. Box 8097<br>San Francisco, CA, 94128 |

## EXHIBIT B

**ADDITIONAL DEFERRED CONTRACTS**

| Number | Counterparty | ECF No. | Debtor | Agreement |
|--------|-------------|---------|--------|-----------|
| 1 | Iberdrola Renewables Energies USA, Ltd. and Iberdrola Renewables, Inc. (f/k/a PPM Energy, Inc.) | 21801 | LBCS | ISDA Master Agreement, dated as of June 27, 2007 |
| 2 | Eurosail-NL 2007-2 BV | N/A | LBSF | Bullet Cap Master Agreement and the Interest Rate Swap Master Agreement, each dated as of November 29, 2007 |
| 3 | ACTS Retirement-Life Communities Inc. | 22252 and 22254 | LBSF | 1992 ISDA Master Agreement, dated November 27, 2001, and related schedule and confirmations between LBSF and ACTS and that certain Reserve Fund Agreement, dated December 18, 2002, between LBSF and ACTS |
| 5 | Simpson Meadows | 21887 | LBSF | ISDA Master Agreement dated as of August 17, 2005, as supplemented by a Schedule, dated August 17, 2005, and Credit Support Annex, dated as of August 18, 2005, and a Confirmation (Ref. No.: 2238481) with a trade date of August 17, 2005 |
| 6 | HBK Investments L.P. as Collateral Manager and on behalf of Gemstone CDO VI Ltd. and Gemstone CDO VI Corp. | 21964 | LBSF | ISDA Master Agreement dated as of August 16, 2006 between LBSF and Gemstone CDO VI Ltd. |
| 7 | Chapel Hill Retirement Center, Inc. | 21819 | LBSF | 1992 ISDA Master Agreement between Chapel Hill and LBSF dated December 15, 2005 |
| 8 | York Hospital | 21788 | LBSF | ISDA Master Agreement, dated as of June 1, 1993 |
| 9 | Mountain States Properties Inc. | 21786 | LBSF | ISDA Master Agreement, dated as of February 7, 2003 |
| 10 | The Haverford School | 21895 | LBSF | ISDA Master Agreement, dated as of March 1, 2007 |
| 11 | Deutsche Bank Trust Company Americas, as Trustee | 22971 | LBSF | 1992 ISDA Master Agreement dated as of April 5, 2007, as supplemented by the Schedule thereto and |

| | | | | |
|---|---|---|---|---|
| | | | | the Confirmation, each dated  as of April 5, 2007 |
| 12 | Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited | 21597 | LBCC | The agreements that are the subject of the Objection of Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors [ECF No. 21597] |
| 13 | Wellmont Health System | 21969 | LBSF | ISDA Master Agreement, dated as of April 29, 2002 |

## EXHIBIT C

**April 10, 2012 Contracts**

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Objection to Assumption by Debtors of Prepetition Derivative Contracts (Asbury Atlantic, Inc.) | 21505 | 11/2/11 |
| 2. | Limited Objection to Proposed Assumption of Executory Contracts (GMAC Mortgage, LLC) | 21556 | 11/03/11 |
| 3. | Limited Objection of State Street Bank and Trust Company to Assumption of Agreement as Set Forth in Plan Supplement | 21596 | 11/4/11 |
| 4. | Limited Objection of The Buck Institute For Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Amended Limited Objection of the Buck Institute for Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21599 and 21886 | 11/4/11 and 11/10/11 |
| 5. | Limited Opposition of The Massachusetts Development Finance Authority to Assumption of Executory Contracts | 21601 | 11/4/11 |

---

[1] The Limited Objection and Reservation of Rights with Regard to Debtors' Third Amended Joint Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, filed by Richard Hayne [ECF No. 21630] that was included in the original list of February 14, 2012 Contracts was not an objection to assumption and should not have been included on the schedule of February 14, 2012 Contracts.

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 6. | Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Declaration of David R. Seligman in Support of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Supplemental Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Supplemental Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21602, 21606, 21616, 21904 and 21946 | 11/4/11 and 11/10/11 |
| 7. | Limited Objection of Giants Stadium LLC to Debtors' Supplement to the Third Amended Joint Chapter 11 Plan<br><br>Objection of Giants Stadium LLC to Debtors' Proposed Assumption of Terminated Contracts | 21604 and 21905 | 11/4/11 and 11/10/11 |
| 8. | Objection of the Dante Noteholders to the Debtors' Assumption of Certain Derivative Contracts; Declaration of Andrew K. Glenn<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Objection of the Dante Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21633, 21657 amd 21639 | 11/4/11 |
| 9. | Objection of The Loreley Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21634 | 11/4/11 |
| 10. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21655 | 11/4/11 |
| 11. | Objection of Blue Mountain Credit Alternatives Master Fund L.P. to Assumption of a Certain Executory Contract | 21672 | 11/4/11 |

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 12. | Objection to Motion to Assume Executory Contract (United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights) | 21699 | 11/7/11 |
| 13. | Objection Of Canadian Imperial Bank Of Commerce With Respect To Debtors Plan Supplement And Notice Of Proposed Assumption Of Executory Contracts | 21779 | 11/8/11 |
| 14. | Objection of ITV PLC And Carlton Communications Limited in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21802 | 11/9/11 |
| 15. | Objection of Waterstone Capital Advisors LLC in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21813 | 11/9/11 |
| 16. | Limited Objection of Franklin W. Olin College of Engineering, Inc. to Debtors' Proposed Assumption of Contracts | 21814 | 11/9/11 |
| 17. | Limited Objection and Reservation of Rights of Utah Housing Corp. (ME), Utah Housing Corporation (ME) and Utah Housing Finance Agency to Proposed Assumption of Executory Contracts | 21820 | 11/9/11 |
| 18. | Response to Debtors' Notice of Proposed Assumption of Executory Contracts With FF Thompson Foundation Inc. and The Frederick Ferris Thompson Hospital And Objection To Plan Supplement | 21821 | 11/9/11 |
| 19. | Objection of The Toronto-Dominion Bank to Debtors' Assumption of Derivative Contracts and Proposed Cure Amount | 21823 | 11/9/11 |
| 20. | Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivative Contracts | 21833 | 11/9/11 |
| 21. | Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21838 | 11/9/11 |
| 22. | Objection in Connection With Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts (Intralot S.A.) | 21843 | 11/9/11 |

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|--------|---------------------------|------------|------------|
| 23. | Limited Objection of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC to Proposed Assumption of Loan Agreements as Set Forth in Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21844 | 11/9/11 |
| 24. | Objection of Southwestern Ohio Seniors Services, Inc. to Assumption of Executory Contract | 21845 | 11/9/11 |
| 25. | Response and Reservation of Rights of Ethias SA with Respect to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21854 and 21908 | 11/10/11 |
| 26. | Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company to Assumption of Swap Agreements | 21872 | 11/10/11 |
| 27. | Objection of California Housing Finance Agency to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21876 | 11/10/11 |
| 28. | Objection of Idaho Housing and Finance Association to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21884 | 11/10/11 |
| 29. | Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21892 | 11/10/11 |
| 30. | Objection of Sankaty Credit Opportunities III, L.P. to Debtors' Proposed Assumption of Certain Derivative Agreements | 21896 | 11/10/11 |
| 31. | Statement and Reservation of Rights of Sankaty Special Situations I, L.P. with Respect to Debtors' Proposed Assumption of Derivative Agreements | 21897 | 11/10/11 |
| 32. | Objection of Massachusetts Housing Finance Agency to Debtors' Proposed Assumption of ISDA Master Agreements | 21899 | 11/10/11 |

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|--------|------------------------------|------------|------------|
| 33. | Objection of FirstCaribbean International Bank (Bahamas) Limited in Connection with Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts | 21900 | 11/10/11 |
| 34. | Anthracite Balanced Company (R-26) Ltd's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21907 | 11/10/11 |
| 35. | Magnetar Capital, LLC's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21910 | 11/10/11 |
| 36. | Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors[*] <br><br> Declaration of Edward A. Smith in Support of Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg <br><br> Limited Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Objection of LBBW Luxemburg S.A. and Landesbank Banden Wrttemberg to the Debtors Assumption of Certain Derivatives Contracts | 21911, 21924 and 21943 | 11/10/11 |
| 37. | Objection of Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21912 | 11/10/11 |
| 38. | Objection and Reservation of Rights filed (Bell Trace Obligated Group) | 21913 | 11/10/11 |
| 39. | Objection of the Guam Power Authority to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21916 | 11/10/11 |

[*] The objection has been resolved.  The Debtors will include the executory contracts that were subject to the objection in a proposed order authorizing assumption.

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 40. | Reservation of Rights by Mirabella with Respect to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21918 | 11/10/11 |
| 41. | Objection of the Guam Economic Development Authority to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21919 | 11/10/11 |
| 42. | Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, Solely in its Capacity as Trustee under that Certain Indenture dated as of October 17, 2006 among Libra CDO Limited., as Issuer Libra CDO LLC, as Co-Issuer and LaSalle Bank National Association, as Trustee, with Respect to Debtors' Plan Supplement to Third Amended Joint Chapter 11 Plan | 21920 | 11/10/11 |
| 43. | Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit--Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors Proposed Assumption of An ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors Third Amended Joint Plan | 21921 and 21959 | 11/10/11 |
| 44. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Amendment to Exhibit A to the Objection of U.S. Bank National Association, Not Individually But as Trustee, To Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21922 and 22281 | 11/10/11 and 11/17/11 |

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 45. | Objection of the Lincoln National Life Insurance Company to Assumption of Agreement and Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Limited Joinder in Objection of The Lincoln National Life Insurance Company to Assumption of Agreement<br><br>Declaration of R. Jeffery Black in Support of Objection of The Lincoln National Life Insurance Company | 21923, 21935 and 21939 | 11/10/11 |
| 46. | Partial Joinder of Bank of America, National Association, Successor by Merger with Lasalle Bank National Association, Solely in its Capacity as Trustee Under that Certain Indenture Dated as of March 6, 2007 Among Pyxis ABS CDO 2007-1 Ltd., as Issuer, Pxyis ABS CDO 2007-1 LLC, as Co-Issuer and Lasalle Bank National Association, as Trustee, to the Objection of Canadian Imperial Bank of Commerce with Respect to Debtors Plan Supplement | 21928 | 11/10/11 |
| 47. | Objection of Unicredit Bank AG, London Branch with Respect to Ruby Finance Public Limited Company Series 2005-1 Class A2 Notes, Class A3 Notes, Class A4 Notes, Class A5 Notes, Class A6 Notes, Class A7 Notes, Class A8 Notes and Class A9 Notes to the Debtors' Proposed Assumption of ISDA Master Agreement and the Transactions Thereunder Pursuant to Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon | 21929 and 21956 | 11/10/11 |
| 48. | Ballyrock ABS CDO 2007-1 Limited's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21930 | 11/10/11 |
| 49. | Blackrock, Inc. Objection to Debtor's Proposed Assumption of Derivative Contracts | 21932 | 11/10/11 |
| 50. | Objection of Italease Finance S.p.A. in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21934 | 11/10/11 |
| 51. | Delaware Investment Advisors, a series of Delaware Management Business Trust, in its capacity as portfolio manager and attorney-in-fact for Penns Landing CDO SPC | 21935 | 11/10/11 |
| 52. | Principal Life Insurance Company Objection to the Debtors' Proposed Assumption of Derivative Contracts | 21938 | 11/10/11 |

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 53. | Objection of Access Group, Inc. to Cure Amounts for Proposed Assumption of Executory Contracts | 21947 | 11/10/11 |
| 54. | Limited Objection of Liberty Square CDOI, Ltd. and Liberty Square CDO II, Ltd. to the Debtors' Proposed Assumption of Contracts set forth in the Plan Supplement | 21949 | 11/10/11 |
| 55. | Limited Objection of Tempe Life Care Village, Inc., d/b/a, Friendship Village of Tempe to Debtors' Proposed Assumption of Contracts | 21951 | 11/10/11 |
| 56. | Objection of Delphi Financial Group, Inc. to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21955 | 11/10/11 |
| 57. | Objection of the Bank of New York Mellon, as Agent, to Assumption of Sealink Funding Limited Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22004 | 11/11/11 |
| 58. | Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Amendment to Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited<br><br>Amendment to Schedule 1 to the Objection of the Bank of New York Mellon, the Bank Of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated Debtors | 22010, 22766 and 22970 | 11/11/11, 12/2/11, and 12/5/11 |
| 59. | Objection of the Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation to the Debtors' Proposed Assumption of Swap Agreements and Swap Transactions | 22016 | 11/11/11 |
| 60. | Objection of OneWest Bank, FSB To Terms Of Proposed Assumption of Residential Loan Servicing Agreement | 22041 | 11/14/11 |
| 61. | Memorial Hospital's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Plan | 22047 | 11/14/11 |

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 62. | East Bay Municipal Utility District's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22070 | 11/14/11 |
| 63. | First Data Corporation's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22072 | 11/14/11 |
| 64. | Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22081 | 11/14/11 |
| 65. | Limited Objection and Reservation of Rights of AIG Markets Inc. to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code[*] | 22082 | 11/14/11 |
| 66. | Objection of CNP Assurances and Anthracite Investments (Ireland) PLC to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22088 | 11/14/11 |
| 67. | Objection of Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC to Proposed Cure Amounts in Connection with the Assumption of Their Contracts | 22089 | 11/14/11 |
| 68. | Objection of CWCapital EY REIT LB2 LLC to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22091 | 11/14/11 |
| 69. | Objection of American Municipal Power, Inc. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22093 | 11/14/11 |

---

[*] The objection has been resolved. The Debtors will include the executory contract that was subject to the objection in a proposed order authorizing assumption.

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|--------|------------------------------|------------|------------|
| 70. | Objection of Government of Singapore Investment Corporation Pte. Ltd. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22095 | 11/14/11 |
| 71. | Joinder Of HSBC Bank USA, National Association, As Trustee, In Part To The Objection Of The Bank Of New York Mellon, The Bank Of New York Mellon Trust Company, N.A. And BNY Corporate Trustee Services Limited To Assumption Of Derivative Contracts Pursuant To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors And Reservation Of Rights | 22107 | 11/14/11 |
| 72. | Objection of Anthracite Balanced Company (Discover 1) Ltd., et al to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22175 | 11/15/11 |
| 73. | Objection to Motion /Limited Objection of HD Supply, Inc. to Assumption of Executory Contracts[*] | 22203 | 11/16/11 |
| 74. | Limited Objection And Reservation Of Rights Of SPCP Group, LLC, With Respect To Debtors' Plan Supplement And Notices Of Proposed Assumption Of Derivatives Contracts Set Forth In Plan Supplement | 22208 | 11/16/11 |
| 75. | Objection of Eurosail 2006-1 PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan Of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22222 | 11/16/11 |
| 76. | Limited Objection of Consumer Unsecured Reperforming Loans (CURL) PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22224 | 11/16/11 |
| 77. | Objection of Eurosail 2006-3NC PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22225 | 11/16/11 |

[*] The objection has been resolved.  The Debtors will include the executory contract that was subject to the objection in a proposed order authorizing assumption.

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|--------|------------------------------|------------|------------|
| 78. | Objection of Eurosail 2006-2BL PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22227 | 11/16/11 |
| 79. | Limited Objection of Eurosail-UK 2007-2NP PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22229 | 11/16/11 |
| 80. | Letter from Steven Knous regarding Golf Club Membership Dues | 22259 | 11/7/11 |
| 81. | Limited Objection to Assumption of Executory Contract (Erlanger Health Systems) | 22355 | 11/18/11 |
| 82. | Objection to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, sent by Apex LLC on behalf of Shinhan Bank | 22395 | 11/9/11 |
| 83. | F.F. Thompson Health System, Inc., Frederick Thompson Foundation, Inc., and F.F. Thompson Foundation, Inc. | 22412 | 11/10/11 |
| 84. | Aviva S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A. and Aviva Assicurazioni S.p.A. to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 22681 | 11/28/11 |
| 85. | Objection of Wockhardt USA (Swiss) Holding AG, nka Wockhardt EU Operations (Swiss) AG, and Wockhardt Limited to Debtors Proposed Assumption and Assignment of Derivatives Agreement | 22859 | 12/2/11 |
| 86. | Objection of Heungkuk Life Insurance Co. Ltd., Heungkuk Fire & Marine Insurance Co. Ltd., Meritz Fire and Marine Insurance Co, Ltd., Woori Bank, BNY Mellon Corporate Trustee Services Limited and Granite Finance Limited to Debtors' Proposed Assumption of Executory Contracts | 24101 | 1/6/12 |
| 87. | Objection of CIFG Assurance North America, Inc. to Lehman Brothers Special Financing Inc.s Proposed Assumption of Purported Executory Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 24763 | 1/30/12 |

| NUMBER | APRIL 10, 2012 CONTRACTS[1] | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 88. | Services Agreement with the Wiktoff Group LLC[+] | N/A | N/A |
| 89. | Derivative contract(s) with U.S. Bank NA (Escrow Reinvestment Contract dated on 1/17/2006)[+] | N/A | N/A |
| 90. | Derivative contract(s) with U.S. Bank NA (Float Forward Agreement dated on 9/28/1994)[+] | N/A | N/A |
| 91. | Services Agreement with Plant Masters[+] | N/A | N/A |
| 92. | Unexpired lease with Ella's Alterations[+] | N/A | N/A |
| 93. | Unexpired lease with Finer Things[+] | N/A | N/A |

---

[+] The counterparty has not filed an objection to the assumption of the relevant executory contract. The Debtors will include such executory contract in a proposed order authorizing assumption.