STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for DZ BANK Ireland plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| ***In re*** : | **Chapter 11** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **Case No. 08-13555 (JMP)** |
| : | |
| : | **(Jointly Administered)** |
| **Debtors.** : | |

---------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF DZ BANK IRELAND PLC TO
LEHMAN BROTHERS SPECIAL FINANCING INC.'S PROPOSED
ASSUMPTION OF PURPORTED EXECUTORY CONTRACTS LISTED ON
<u>EXHIBIT 2 OF THE PLAN SUPPLEMENT</u>**

PLEASE TAKE NOTICE that Lehman Brothers Special Financing Inc.

("LBSF") sought the assumption of, inter alia, all derivative contracts between LBSF and

DZ BANK Ireland plc ("DZ Bank Ireland"), pursuant to (i) the Modified Third Amended

Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors

(collectively, the "Debtors"), dated December 5, 2011 (D.I. 22973), (ii) the Plan

Supplement, dated October 25, 2011 (D.I. 2125) and (iii) a Notice of Proposed

Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third

Amended Joint Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27,

2011 (the "Notice").

PLEASE TAKE FURTHER NOTICE that on November 9, 2011, DZ Bank

Ireland filed an Objection with respect to the proposed assumption of all derivative

contracts between LBSF and DZ Bank Ireland (D.I. 21846, the "Objection").

PLEASE TAKE FURTHER NOTICE that by notice dated February 9,

2012 (D.I. 25201), the Debtors have withdrawn their assumption application as to all

derivative contracts between LBSF and DZ Bank Ireland.

PLEASE TAKE FURTHER NOTICE that DZ Bank Ireland hereby

withdraws the Objection without prejudice.

Dated:  February 10, 2012
        New York, New York

STROOCK & STROOCK & LAVAN LLP

/s/ Claude G. Szyfer
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for DZ BANK Ireland plc.*