Legal Services of the Hudson Valley
Attorneys for Grace Farrelly
Marian S. Henry, Of Counsel
90 Maple Avenue
White Plains, New York 10601
(914) 949-1305 ext. 124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

------------------------------------------------------------------X

Chapter 11
Case No. 08-13555(JMP)
(Jointly Administered)

## NOTICE OF HEARING ON MOTION
## OF GRACE FARRELLY
## PURSUANT TO 11 U.S.C. §§ 105 AND 362
## FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE, that on February 10, 2012, Grace Farrelly, by and through her attorneys, Legal Services of the Hudson Valley, filed their Motion pursuant to 11 U.S.C. §§ 105 and 362 for 1) the relief from the Automatic Stay with respect to BNC Mortgage LLC pursuant to §362(d)(2)(B); 2) for an Order directing BNC Mortgage LLC to disclose whether is does or does not have any equity in Farrelly's BNC's 2005 residential home mortgage pursuant to §362(d)(2)(A), or, if not, to what party it was transferred to; and 3) to allow Grace Farrelly to continue litigation against BNC, or its successor in interest to the Farrelly mortgage, if any, in New York State Supreme Court, and that a hearing (the "Hearing") to consider the Farrelly Motion herein will be held before the Honorable James M. Peck, Unites States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One

Bowling Green, New York, New York 10004, on April 18, 2012 at 10:00 A.M. (Eastern Time,) or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses to the Farrelly Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in a Portable Document Format (PDF), WorkPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: J. Zaw Win, Esq. and Jacqueline Marcus, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.); (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) and (v) attorneys for Grace Farrelly, Legal Services of the Hudson Valley, Marian S. Henry, Of Counsel, 90 Maple Avenue, White, Plains, New York 10601; so as to be so filed and received by no later than March 23, 2012 at 4:00 PM (Eastern Time) (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Farrelly Motion herein, the relief requested may be granted without a hearing.

Dated: White Plains, New York
February 10, 2012

*Marian S. Henry*
Legal Services of the Hudson Valley
Attorneys for Grace Farrelly
Marian S. Henry, Of Counsel
90 Maple Avenue
White Plains, New York 10601
(914) 949-1305 ext. 124