# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 18, 2011.

---

Selected Entity Name: BNC MORTGAGE, INC.
Selected Entity Status Information

**Current Entity Name:** BNC MORTGAGE, INC.
**Initial DOS Filing Date:** SEPTEMBER 02, 1998
**County:** ALBANY
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPROATION SERVICE COMPANY
80 STATE ST
ALBANY, NEW YORK, 12207-2543

**Chairman or Chief Executive Officer**
KELLY W MONAHAN
1063 MCGAW AVE
IRVINE, CALIFORNIA, 92614-5532

**Principal Executive Office**
BNC MORTGAGE, INC.
1063 MCGAW AVE
IRVINE, CALIFORNIA, 92614-5532

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include

the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| SEP 02, 1998 | Actual | BNC MORTGAGE, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us