

**Legal Services of the Hudson Valley**
Protecting Rights, Promoting Justice

**MAIN OFFICE**
90 Maple Avenue, White Plains, NY 10601 • Tel. (914) 949-1305 - Fax. (914) 949-6213

Dec. 22, 2011

BNC Mortgage LLC
c/o Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

BNC Mortgage LLC
Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC
3rd Floor
757 Third Avenue
New York, NY 10017

Re: <u>Farrelly v. Hennessy, Brasher, Salimondo, Faulk BNC Mortgage Inc., Aurora Loan Services
Verified Complaint: Index #1309-11/ USBC Case #09-10137</u>

Dear Ms. Marcus:

We enclose the Verified Complaint against BNC Mortgage Inc., et al, with regards to the above-stated matter. We note that you are representing BNC Mortgage LLC in U.S. Bankruptcy Course, Case #09-1037.

Please let me know if you have any questions or comments with respect to the above or any other matter. I can be contacted at (914) 949-1305 ext. 124.

Very truly yours,

Marian S. Henry
Staff Attorney

LSC
A Funded Agency of the
Legal Services Corporation

| WESTCHESTER | WESTCHESTER | DUTCHESS | ULSTER | ORANGE/SULLIVAN |
|---|---|---|---|---|
| 30 South Broadway | 100 East First St., Suite 810 | 147 Union Street, Suite 101 | 101 Hurley Avenue, Suite 3 | 123 Grand Street |
| Yonkers, NY 10701 | Mt. Vernon, NY 10550 | Poughkeepsie, NY 12601 | Kingston, NY 12401 | Newburgh, NY 12550 |
| Ph: 914.376.3757 | Ph: 914.813.6880 | Ph: 845.471.0058 | Ph: 845.331.9373 | Tel: 845.569.9110 |
| Fax: 914.376.8739 | Fax: 914.813.6890 | Fax: 845.471.0244 | Fax: 845.331.4813 | Fax: 845.569.9120 |

www.lshv.org
**877-LSHV LAW**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ULSTER
------------------------------------------------------------------X
GRACE FARRELLY

                                                  Plaintiff,        Index No. 1309-11

    -against-

ROBERT HENNESSY, KIM BRASHER,        VERIFIED
SCOTT SALIMANDO, DAVID FAULK,         COMPLAINT
BNC MORTGAGE INC,
AURORA LOAN SERVICES.
                                          Defendants.
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                                 ) ss:
COUNTY OF WESTCHESTER)

    JACQUELYN CHILDRESS, being duly sworn, deposes and says:

1. I am over the age of 18 years and reside in Westchester County, New York.

2. On the 22nd day of December, 2011, I mailed the annexed Verified Complaint in the following manner:

    by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the state of New York, addressed to the last known address of the addressee as indicated below:

    BNC Mortgage LLC
    c/o Jacqueline Marcus
    Weil Gotshal & Manges, LLP
    767 5th Avenue
    New York, NY 10153

BNC Mortgage LLC
Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC
3rd Floor
757 Third Avenue
New York, NY 10017

*Jacquelyn Childress*
JACQUELYN CHILDRESS

Sworn to before me this 22nd
day of December, 2011.

*Rebecca B*
Notary Public

REBECCA E. BERGMAN, ESQ.
Notary Public, State of New York
No. 02GO6166531
Qualified in Westchester County
Commission Expires 5/21/2015

2