# Weil, Gotshal & Manges LLP

BY FEDEX

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Zaw Win
+1 212 310-8634
zaw.win@weil.com

December 29, 2011

Marian S. Henry, Esq.
Staff Attorney
Legal Services of the Hudson Valley
90 Maple Ave.
White Plains, NY 10601

Re:   In re Lehman Brothers Holdings Inc., *et al.*, Chapter 11
      Case No. 08-13555 (JMP) (jointly administered)

Dear Ms. Henry:

We are the attorneys for Lehman Brothers Holdings Inc., BNC Mortgage LLC ("BNC")[1] and their affiliated debtors (collectively, the "Debtors") in the above-captioned cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). BNC commenced its chapter 11 case on January 9, 2009 in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

Reference is made to the summons and complaint you filed on or about March 25, 2011 in the Supreme Court of the State of New York, County of Ulster in an action captioned *Farrelly v. Hennessy* et al. [Index No. 11-1309] (the "State Court Action"). Reference is also made to your letter of December 22, 2011 to Jacqueline Marcus regarding the State Court Action (the "Letter").

The commencement of BNC's chapter 11 cases automatically resulted in the imposition of a stay applicable to all entities of, among other things:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to

---

[1] BNC Mortgage, Inc. and BNC Mortgage LLC are the same entity. BNC was originally organized under the laws of Delaware as a corporation under the name "BNC Mortgage, Inc." On or about January 13, 1998, BNC changed its corporate form from a corporation to a limited liability company under the name "BNC Mortgage LLC." BNC is still referred to as "BNC Mortgage Inc." in those states in which it is registered to conduct business under its former name.

December 29, 2011  
Page 2

**Weil, Gotshal & Manges LLP**

recover a claim against the debtor that arose before the commencement of a case under this title.

\*\*\*

any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate.

\*\*\*

any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title.

11 U.S.C. §§ 362(a)(1), 362(a)(3), 362(a)(6).

Since the stay is automatic, actions taken in violation of the stay are "'void even where the acting party had no actual notice of the stay.'" *Hearst Magazines v. Stephen L. Geller, Inc.*, 2009 WL 812039 *1 (S.D.N.Y.) (quoting *Dalton v. New Commodore Cruise Lines Ltd.*, 2004 WL 344035 *3 (S.D.N.Y. 2002). Further, pursuant to established case law, parties may be held in contempt of court for violating the automatic stay. *See Fidelity Mortgage Investors v. Camelia Builders, Inc.*, 550 F.2d 47 (2d Cir. 1976); *Colon v. Hart (In re Colon)*, 114 B.R. 890, 896 (Bankr. E.D. Pa. 1990) ("Many courts have held . . . that a willful violation of the statutory stay provision constitutes civil contempt and may be addressed as such.").

Further, on July 2, 2009, the Bankruptcy Court entered an order pursuant to section 502(b)(9) of the Bankruptcy Code and Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure establishing, among other things, September 22, 2009 (the "Bar Date") as the deadline for parties in interest to file proofs of claim against LBHI and certain of the other Debtors, including BNC [ECF No. 4271]. Your client failed to file any claims against BNC prior to the Bar Date and is, therefore, barred from asserting prepetition claims (as defined in the Bankruptcy Code) against BNC or the other Debtors.

December 29, 2011    **Weil, Gotshal & Manges LLP**
Page 3

You commenced the State Court Action in violation of the automatic stay. Demand is hereby made that the State Court Action be immediately stayed with respect to BNC or that BNC be dismissed therefrom. You are further directed to provide BNC with confirmation of same by close of business on Friday, January 13, 2012. If you have any questions regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

J. Zaw Win