**REED SMITH LLP**
Andrea Pincus, Esq.
599 Lexington Avenue
New York, NY  10022
Tel:  212-521-5400
Fax:  212-521-5450
apincus@reedsmith.com

*Counsel to the University of Pittsburgh – Of the Commonwealth System of Higher Education*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
                                                               :    (Jointly Administered)
                                           Debtors.        :
                                                               :    Refers to Dkt. Nos. 19627 and
---------------------------------------------------------------x    21254

## WITHDRAWAL OBJECTION OF THE UNIVERSITY OF PITTSBURGH TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF DERIVATIVES AGREEMENT

The University of Pittsburgh – Of the Commonwealth System of Higher Education (the "University") hereby makes this objection to the Debtors' proposed assumption of agreement between Lehman Brothers Special Financing, Inc. ("LBSF) and the University  (Dkt. Nos. 19627 and 21254) and limited objection to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors ("Objection"). In support of its Objection, the University respectfully represents as follows:

PLEASE TAKE NOTICE that Lehman Brothers Special Financing Inc. ("LBSF") sought the assumption of the agreement between LBSF and the University  concerning certain derivatives contracts (the "Derivative Agreement") pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (Dkt. No. 22973), (ii) the Plan Supplement, dated

October 25, 2011 (Dkt. No. 21254), as thereafter amended, and (iii) that certain Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 2011.

    PLEASE TAKE FURTHER NOTICE that the University filed its Objection to the proposed assumption (Dkt. No. 21629, the "Objection") of the Derivative Agreement on November 4, 2011.

    PLEASE TAKE FURTHER NOTICE that by Amendment No. 5 to the Plan Supplement, dated December 2, 2011 (Dkt. No. 22876) the Debtors withdrew the application to assume the Derivative Agreement between LBSF and the University.

    PLEASE TAKE FURTHER NOTICE that the University hereby withdraws its Objection as moot.

Dated: New York, New York
       February 10, 2012

                        Respectfully submitted,

                        REED SMITH LLP

              By: /s/ Andrea Pincus
                    Andrea Pincus
                    599 Lexington Avenue
                    New York, NY 10022
                    Tel: 212-521-5400
                    Fax: 212-521-5450

                    *Counsel to the University of Pittsburgh – Of the Commonwealth System of Higher Education*