WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' TWO**
**HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 10, 2012
       New York, New York

                        /s/ Robert J. Lemons
                        Robert J. Lemons

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

# Exhibit A

## Claims Adjourned to March 22, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
| --- | --- | --- |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16217 | 22252 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16218 | 22252 |
| AFCO CARGO PIT LLC | 22899 | 21796 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | 44972 | 22630 |
| CERBERUS INTERNATIONAL, LTD. | 25006 | N/A |
| CERBERUS INTERNATIONAL, LTD. | 25009 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32089 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32101 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23642 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23643 | N/A |