WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                                   :    **Chapter 11 Case No.**
                                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                            :
                             Debtors.                              :    **(Jointly Administered)**
                                                                            :
                                                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' TWO**
**HUNDRED THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for February 22, 2012, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43882973\04\58399.0003

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  February 10, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims Adjourned to March 22, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | 21852 | 22988 |
| C.M. LIFE INSURANCE COMPANY | 23644 | N/A |
| C.M. LIFE INSURANCE COMPANY | 23645 | N/A |
| CHINA DEVELOPMENT BANK | 65580 | 23081 |
| CHINA DEVELOPMENT BANK | 65581 | 23081 |
| INGRAM PENSION PLAN/NY LIFE CO. AS TRUSTEE FOR INGRAM INDUSTRIES RETIREMENT PLAN | 24608 | N/A |
| JENNERS POND | 34298 | 23124 |
| JENNERS POND | 34299 | 23124 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | 12700 | 22946 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | 12722 | 22946 |
| PRIMUS CLO I LTD | 2282 | 23137 |
| PRIMUS CLO I LTD | 2283 | 23137 |
| SMURFIT KAPPA ACQUISITIONS | 15914 | N/A |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | 28740 | 23136 |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | 28828 | 23136 |
| TUDOR BVI GLOBAL PORTFOLIO L.P. | 27668 | 24194 |
| TURKIYE SINAI KALKINMA BANKASI AS | 15806 | 23119 |
| ZWINGER OPCO 6BV | 26679 | 23071 |