Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139

-and-

James D. Vail
Schneider, Smeltz, Ranney & LaFond, P.L.L.
1111 Superior Avenue, Suite 1000
Cleveland, Ohio 44114
Tel: (216) 696-4200
Fax: (216) 696-7303

Attorneys for Judson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re:                              :
                                    :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
                                    :   08-13555 (JMP)
                  Debtors.          :
                                    :   (Jointly Administered)
------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, James D. Vail, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Judson, an Ohio nonprofit corporation in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio.

My mailing address, phone number, fax number and email address are as follows: James D. Vail, Schneider, Smeltz, Ranney & LaFond, P.L.L., 1111 Superior Avenue, Suite 1000, Cleveland, Ohio 44114. Tel: (216) 696-4200, Fax: (216) 696-7303, **email jvail@ssrl.com.**

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Cleveland, Ohio
       February 8, 2012

                    SCHNEIDER, SMELTZ, RANNEY & LAFOND, P.L.L.

                    By: _____
                    James D. Vail, Esq.
                    Schneider, Smeltz, Ranney & LaFond, P.L.L.
                    1111 Superior Avenue, Suite 1000
                    Cleveland, Ohio 44114
                    Tel: (216) 696-4200
                    Fax: (216) 696-7303

                    -and-

                    Stephen Z. Starr, Esq.
                    STARR & STARR, PLLC
                    260 Madison Ave., 17th Fl.
                    New York, New York 10016
                    Tel: (212) 867-8165
                    Fax: (212) 867-8139