Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139

-and-

James D. Vail
Schneider, Smeltz, Ranney & LaFond, P.L.L.
1111 Superior Avenue, Suite 1000
Cleveland, Ohio 44114
Tel: (216) 696-4200
Fax: (216) 696-7303

Attorneys for Judson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re:                              :
                                    :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
                                    :    08-13555 (JMP)
         Debtors.                   :
                                    :    (Jointly Administered)
------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James D. Vail to be admitted, *pro hac vice*, to represent Judson, an Ohio nonprofit corporation (the "Client") a creditor and party-in-interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERED**, that James D. Vail, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____          _____
                               The Honorable James M. Peck
                               United States Bankruptcy Judge