Brian E. Foont
The Foont Law Firm, LLC
11909 Reynolds Avenue
Potomac, MD 20854
202-236-4851

*Counsel for Claimant AFCO Cargo PIT LLC*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION OF AFCO CARGO PIT LLC TO DEBTORS' PLAN SUPPLEMENT AND NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTOR'S THIRD AMENDED JOINT CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

AFCO Cargo PIT LLC ("AFCO Cargo PIT"), by and through its undersigned counsel, hereby withdraws its Objection of AFCO Cargo PIT LLC to Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtor's Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code (Docket No. 21789).

Dated: Potomac, Maryland
February 10, 2012

                    THE FOONT LAW FIRM, LLC

                    By:    /s/ Brian E. Foont
                           Brian E. Foont
                           11909 Reynolds Avenue
                           Potomac, MD 20854
                           Tel. 202-236-4851
                           Fax. 202-318-9195
                           Foont@FoontLaw.com

                           *Counsel for AFCO Cargo PIT LLC*