# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.　　　　Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| OZ Special Master Fund, Ltd. | Merrill Lynch Credit Products, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OZ Special Master Fund, Ltd.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
Attn: Leslie Evans

Last Four Digits of Acct. #: _____

Court Claim # (if known): 33172

Amount of Claim Transferred: $4,000,000.00 (of the allowed amount of the claim)

Date Claim Filed: September 22, 2009

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ Special Master Fund, Ltd.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____　　Date: 2/10/12
Name: Joel Frank
Title: Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

513-317/DEAL/3346275.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.          Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 33172 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on         .

| Merrill Lynch Credit Products, LLC | OZ Special Master Fund, Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Merrill Lynch Credit Products, LLC<br>c/o Bank of America Merrill Lynch<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, New York 10036<br>Attention: Jeff Benesh / Ron Torok / Ante Jakic / Gary S. Cohen<br>Telephone: (646) 855-7450<br>Email: jeffrey.benesh@baml.com / ron.torok@baml.com / Ante.Jakic@baml.com / g.cohen@baml.com | OZ Special Master Fund, Ltd.<br>c/o Och-Ziff Capital Management Group<br>9 West 57th Street, 13th Floor<br>New York, NY 10019<br>Email: noticesbankdebtozcap.com<br>Fax: +1 212 790 0050<br>Name: Leslie Evans<br>Telephone: + 646 826 5734 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                CLERK OF THE COURT

513-317/DEAL/3346275.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned OZ Special Master Fund, Ltd., its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 51.69596964% interest in and to all rights, title and interest in and to Seller's claims against **Lehman Brothers Holdings Inc.** (Claim No.: 33172) in the amount of $7,737,547.10 (the "Claim Amount"), which pro rata share represents $4,000,000.00 of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

   IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __10__ day of February, 2012.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name:
Title:     Erik S. Grossman
           Vice President

OZ SPECIAL MASTER FUND, LTD.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
Name:
Title:

A-1

KL2 2734631.5