Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

Attorneys for Fuller Theological Seminary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                         :    08-13555 (JMP)
                                                                 :
                             Debtors.                            :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## FULLER THEOLOGICAL SEMINARY'S WITHDRAWAL OF OBJECTION TO LBSF'S ASSUMPTION OF DERIVATIVE CONTRACT

  PLEASE TAKE NOTICE that Lehman Brothers Special Financing Inc. ("LBSF") sought the assumption of any and all derivatives contracts (the "Derivative Agreement(s)") between Fuller Theological Seminary ("Fuller") and LBSF, pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (D.I. #22973), (ii) the Plan Supplement, dated October 25, 2011 (D.I. #21254), as thereafter amended, and (iii) that certain Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 2011.

  PLEASE TAKE FURTHER NOTICE that Fuller filed its Objection to the proposed assumption (D.I. #21829, the "Objection") of the Derivative Agreement(s) on November 9, 2011.

  PLEASE TAKE FURTHER NOTICE that by notice dated February 9, 2012 (D.I. #25201) the Debtors withdrew the application to assume the Derivative Agreement(s) between LBSF and Fuller.

  PLEASE TAKE FURTHER NOTICE that Fuller hereby withdraws its Objection as moot.

|  |  |
|---|---|
| Dated: February 9, 2012 | Respectfully Submitted, |
|  | McGUIREWOODS LLP |
|  | */s/ Shawn R. Fox* |
|  | Shawn R. Fox |
|  | 1345 Avenue of the Americas |
|  | Seventh Floor |
|  | New York, NY 10105 |
|  | Telephone: (212) 548-2100 |
|  | Facsimile: (212) 548-2150 |
|  | Attorneys for Fuller Theological Seminary |