**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP)
                                               Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferees: See Schedule attached hereto listing "Individual Purchaser Transferees" | Name of Transferor: JPMorgan Chase Bank, N.A. |
| Notices to Transferee should be sent to: c/o Monarch Alternative Capital LP 535 Madison Avenue, Floor 26 New York, NY 10022 ATTN: Michael Gillin E-Mail: Michael.Gillin@monarchlp.com; fundops@monarchlp.com Tel: 1-212-554-1753 Fax: 1-(866)-741-3564 | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor JPMorgan Chase Bank, N.A. c/o J.P. Morgan Securities LLC Mail Code: NY1-M138 383 Madison Avenue – Floor 37 New York, New York 10179 ATTN: Jeffrey L. Panzo Jeffrey.L.Panzo@jpmorgan.com Tel: 212-834-5857 |
| Amount of Claim Being Transferred: $970,554.96 of $970,554.96 (the outstanding amount of the Proof of Claim as of January 31 2012), together with interest, fees, expenses and other recoveries due per Schedule attached hereto | |
| Court Claim No. (if known): 56209 | |
| Date Claim Filed: Oct 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Individual Purchaser Transferees solely with respect to the portion of the claim that each Individual Purchaser Transferee is purchasing as listed at the Schedule attached hereto

Monarch Debt Recovery Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP.
Its: Advisor

By: _____
Name: Christopher Santana
Title: Managing Principal

Date: January 31, 2012

Monarch Opportunities Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____          Date: January 31, 2012
Name: _____
Title: _____


Monarch Capital Master Partners LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____          Date: January 31, 2012
Name: _____
Title: _____


Monarch Cayman Fund Limited, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____          Date: January 31, 2012
Name: _____
Title: _____


Monarch Capital Master Partners II-A LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____          Date: January 31, 2012
Name: _____
Title: _____


Monarch Capital Master Partners II LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____          Date: January 31, 2012
Name: _____
Title: _____


P Monarch Recovery Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____          Date: January 31, 2012
Name: _____
Title: _____

Monarch Alternative Solutions Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____    Date: January 31, 2012
Name: _____
Title: _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## Schedule

| Individual Purchaser Transferee | Description of Security | ISIN | Proof of Claim | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred to each Individual Purchaser hereunder |
|---|---|---|---|---|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $512,237.34 EUR 361,000 | 52.77778%, $512,237.34 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Opportunities Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $192,975.84 EUR 136,000 | 19.88304%, $192,975.84 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $131,961.42 EUR 93,000 | 13.59649%, $131,961.42 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Cayman Fund Limited | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $26,959.86 EUR 19,000 | 2.77778%, $26,959.86 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II-A LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $55,338.66 EUR 39,000 | 5.70175%, $55,338.66 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $9,932.58 EUR 7,000 | 1.02339%, $9,932.58 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| P Monarch Recovery Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $24,121.98 EUR 17,000 | 2.48538%, $24,121.98 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Alternative Solutions Master Fund Ltd. | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $17,027.28 EUR 12,000 | 1.75439%, $17,027.28 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:       United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York  10004
Attention:  Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  56209 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim");

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| Individual Purchaser Transferee | Description of Security | ISIN | Proof of Claim | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred to each Individual Purchaser hereunder |
|---|---|---|---|---|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $512,237.34 EUR 361,000 | 52.777789%, $512,237.34 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Opportunities Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $192,975.84 EUR 136,000 | 19.883049%, $192,975.84 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $131,961.42 EUR 93,000 | 13.59649%, $131,961.42 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Cayman Fund Limited | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $26,959.86 EUR 19,000 | 2.777789%, $26,959.86 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II-A LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $55,338.66 EUR 39,000 | 5.70175%, $55,338.66 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $9,932.58 EUR 7,000 | 1.02339%, $9,932.58 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| P Monarch Recovery Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $24,121.98 EUR 17,000 | 2.48538%, $24,121.98 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Alternative Solutions Master Fund Ltd. | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $17,027.28 EUR 12,000 | 1.75439%, $17,027.28 of $970,554.96 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |

**JPMORGAN CHASE BANK, N.A.** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

the Individual Purchaser Transferees as listed in the above chart solely with respect to the portion of the claim transferred to such Individual Purchaser Transferee per the above chart

c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: Michael.Gillin@monarchlp.com; fundops@monarchlp.com
Tel: 1-212-554-1753
Fax: 1-(866)-741-3564

(each a "Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to each applicable Individual Purchaser Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to each applicable Individual Purchaser Transferee and recognizing each applicable Individual Purchaser Transferee as the sole holder of the Transferred Claim solely to the extent of the portion of the claim transferred to such Individual Purchaser Transferee per the above chart.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to each applicable Individual Purchaser Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___Jan___ 31, 2012.

JPMorgan Chase Bank, N.A.

Transferor

By: _____
Name:    Peter Schoepe
Title:    Authorized Signatory

ACKNOWLEDGED BY EACH INDIVIDUAL PURCHASER LISTED BELOW solely with respect to the portion of the claim such Individual Purchaser Transferee is purchasing as listed in the above chart.

Monarch Debt Recovery Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:
Title:    Christopher Santana
          Managing Principal

Monarch Opportunities Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
      Title:

Monarch Capital Master Partners LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
      Title:

Monarch Cayman Fund Limited, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
      Title:

Monarch Capital Master Partners II-A LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
      Title:

Monarch Capital Master Partners II LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
      Title:

P Monarch Recovery Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
      Title:

Monarch Alternative Solutions Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
      Name:
      Title:

      Christopher Santana
      Managing Principal

| *United States' Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors.    Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000056209 |

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

**⊗ Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)**

*Bovay & Partenaires SA.*
*Grand Chêne 1*
*CH - 1003 Lausanne*
*+41 21 321 15 24*

Telephone number:    Email Address: *pascal.bovay@bovay.ch*

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ *970 554,96* **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** *XS0276613805* **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** *4 290 842* **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** *97044* **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date:
*15. X. 08*

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Bovay & Partenaires*

FILED / RECEIVED

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)

Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferees:<br>See Schedule attached hereto listing "Individual Purchaser Transferees" | Name of Transferor:<br>JPMorgan Chase Bank, N.A. |
| Notices to Transferee should be sent to:<br>c/o Monarch Alternative Capital LP<br>535 Madison Avenue, Floor 26<br>New York, NY 10022<br>ATTN: Michael Gillin<br>E-Mail: Michael.Gillin@monarchlp.com;<br>fundops@monarchlp.com<br>Tel: 1-212-554-1753<br>Fax: 1-(866)-741-3564 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>JPMorgan Chase Bank, N.A.<br>c/o J.P. Morgan Securities LLC<br>Mail Code: NY1-M138<br>383 Madison Avenue – Floor 37<br>New York, New York 10179<br>ATTN:  Jeffrey L. Panzo<br>Jeffrey.L.Panzo@jpmorgan.com<br>Tel: 212-834-5857 |
| Amount of Claim Being Transferred:<br><br>$21,081,191.58 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of January 31, 2012), together with interest, fees, expenses and other recoveries due per Schedule attached hereto | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 56210 | |
| Date Claim Filed: Oct 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Individual Purchaser Transferees solely with respect to the portion of the claim that each Individual Purchaser Transferee is purchasing as listed at the Schedule attached hereto

Monarch Debt Recovery Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____          Date: January 31, 2012
Title: _____

Monarch Opportunities Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By:
Name:
Title:

Date: January 31, 2012

Monarch Capital Master Partners LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By:
Name:
Title:

Date: January 31, 2012

Monarch Cayman Fund Limited, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By:
Name:
Title:

Date: January 31, 2012

Monarch Capital Master Partners II-A LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By:
Name:
Title:

Date: January 31, 2012

Monarch Capital Master Partners II LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By:
Name:
Title:

Date: January 31, 2012

P Monarch Recovery Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By:
Name:
Title:

Date: January 31, 2012

Monarch Alternative Solutions Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____         Date: January 31, 2012
Name: _____
Title: _____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

**Schedule**

| Individual Purchaser Transferee | Description of Security | ISIN | Proof of Claim | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred to each Individual Purchaser hereunder |
|---|---|---|---|---|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $11,121,651.72 EUR 7,838,000 | 48.18344%, $11,121,651.72 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Opportunities Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $4,192,967.70 EUR 2,955,000 | 18.16561%, $4,192,967.70 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $2,874,772.44 EUR 2,026,000 | 12.45466%, $2,874,772.44 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Cayman Fund Limited | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $595,954.80 EUR 420,000 | 2.58191%, $595,954.80 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II-A LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,197,585.36 EUR 844,000 | 5.18842%, $1,197,585.36 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $201,489.48 EUR 142,000 | 0.87293%, $201,489.48 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| P Monarch Recovery Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $529,264.62 EUR 373,000 | 2.29299%, $529,264.62 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Alternative Solutions Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $367,505.46 EUR 259,000 | 1.59218%, $367,505.46 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |

**Evidence of Transfer**

## EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 56210 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| Individual Purchaser Transferee | Description of Security | ISIN | Proof of Claim | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred to each Individual Purchaser hereunder |
|---|---|---|---|---|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $11,121,651.72 EUR 7,838,000 | 48.18344%, $11,121,651.72 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Opportunities Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $4,192,967.70 EUR 2,955,000 | 18.16561%, $4,192,967.70 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $2,874,772.44 EUR 2,026,000 | 12.45466%, $2,874,772.44 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Cayman Fund Limited | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $595,954.80 EUR 420,000 | 2.58191%, $595,954.80 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II-A LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,197,585.36 EUR 844,000 | 5.18842%, $1,197,585.36 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $201,489.48 EUR 142,000 | 0.87293%, $201,489.48 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| P Monarch Recovery Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $529,264.62 EUR 373,000 | 2.29299%, $529,264.62 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Alternative Solutions Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $367,505.46 EUR 259,000 | 1.59218%, $367,505.46 of $23,081,896.98 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |

JPMORGAN CHASE BANK, N.A. ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

the Individual Purchaser Transferees as listed in the above chart solely with respect to the portion of the claim transferred to such Individual Purchaser Transferee per the above chart

c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: Michael.Gillin@monarchlp.com; fundops@monarchlp.com
Tel: 1-212-554-1753
Fax: 1-(866)-741-3564

(each a "Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to each applicable Individual Purchaser Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to each applicable Individual Purchaser Transferee and recognizing each applicable Individual Purchaser Transferee as the sole holder of the Transferred Claim solely to the extent of the portion of the claim transferred to such Individual Purchaser Transferee per the above chart.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to each applicable Individual Purchaser Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___Jan___ 31, 2012.

JPMorgan Chase Bank, N.A.

Transferor

By: _____
Name:    Peter Schoepe
Title:    Authorized Signatory


ACKNOWLEDGED BY EACH INDIVIDUAL PURCHASER LISTED BELOW solely with respect to the portion of the claim such Individual Purchaser Transferee is purchasing as listed in the above chart.

Monarch Debt Recovery Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:
Title:

Monarch Opportunities Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
        Name:
        Title:

Monarch Capital Master Partners LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
        Name:
        Title:

Monarch Cayman Fund Limited, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
        Name:
        Title:

Monarch Capital Master Partners II-A LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
        Name:
        Title:

Monarch Capital Master Partners II LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
        Name:
        Title:

P Monarch Recovery Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
        Name:
        Title:

Monarch Alternative Solutions Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
   Name:
    Title:

      Christopher Santana
      Managing Principal

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000056210

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

BOVAY & PARTENAIRES SA
Grand Chêne 1
CH- 1003 Lausanne
+41 21 321 1524    pascal.bovay@bovay.ch

Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 23 081 896, 98    **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0276619805    **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

4 290 842    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

97044    **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank and other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:

15.X.9

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Bovay & Partenaires

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferees:<br>See Schedule attached hereto listing "Individual Purchaser Transferees" | Name of Transferor:<br>JPMorgan Chase Bank, N.A. |
| Notices to Transferee should be sent to:<br>c/o Monarch Alternative Capital LP<br>535 Madison Avenue, Floor 26<br>New York, NY 10022<br>ATTN: Michael Gillin<br>E-Mail: Michael.Gillin@monarchlp.com;<br>fundops@monarchlp.com<br>Tel: 1-212-554-1753<br>Fax: 1-(866)-741-3564 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>JPMorgan Chase Bank, N.A.<br>c/o J.P. Morgan Securities LLC<br>Mail Code:  NY1-M138<br>383 Madison Avenue – Floor 37<br>New York, New York 10179<br>ATTN: Jeffrey L. Panzo<br>Jeffrey.L.Panzo@jpmorgan.com<br>Tel: 212-834-5857 |
| Amount of Claim Being Transferred:<br><br>$56,757.60 of $56,757.60 (the outstanding amount of the Proof of Claim as of January 31, 2012), together with interest, fees, expenses and other recoveries due per Schedule attached hereto | |
| Court Claim No. (if known): 56211 | |
| Date Claim Filed: Oct 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Individual Purchaser Transferees solely with respect to the portion of the claim that each Individual Purchaser Transferee is purchasing as listed at the Schedule attached hereto

Monarch Debt Recovery Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Date: January 31, 2012

Monarch Opportunities Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Date: January 31, 2012

Monarch Capital Master Partners LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____ Christopher Santana _____
       Managing Principal

Date: January 31, 2012

Monarch Cayman Fund Limited, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Date: January 31, 2012

Monarch Capital Master Partners II-A LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Date: January 31, 2012

Monarch Capital Master Partners II LP, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Date: January 31, 2012

P Monarch Recovery Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Date: January 31, 2012

Monarch Alternative Solutions Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____

Name: _____

Title: _____
      Managing Principal

Date: January 31, 2012

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

## Schedule

| Individual Purchaser Transferee | Description of Security | ISIN | Proof of Claim | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred to each Individual Purchaser hereunder |
|---|---|---|---|---|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $29,797.74 EUR 21,000 | 52.50000%, $29,797.74 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Opportunities Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $11,351.52 EUR 8,000 | 20.00000%, $11,351.52 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $7,094.70 EUR 5,000 | 12.50000%, $7,094.70 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Cayman Fund Limited | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II-A LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $2,837.88 EUR 2,000 | 5.00000%, $2,837.88 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| P Monarch Recovery Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Alternative Solutions Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31 2012), together with interest, fees, expenses and other recoveries due |

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:          United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 56211 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| Individual Purchaser Transferee | Description of Security | ISIN | Proof of Claim | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred to each Individual Purchaser hereunder |
|---|---|---|---|---|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $29,797.74 EUR 21,000 | 52.50000%, $29,797.74 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Opportunities Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $11,351.52 EUR 8,000 | 20.00000%, $11,351.52 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $7,094.70 EUR 5,000 | 12.50000%, $7,094.70 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Cayman Fund Limited | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II-A LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $2,837.88 EUR 2,000 | 5.00000%, $2,837.88 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Capital Master Partners II LP | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| P Monarch Recovery Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |
| Monarch Alternative Solutions Master Fund Ltd | Issue of EUR 19,000,000 Index-Linked Notes due November 2011 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0276619805 | 56211 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,418.94 EUR 1,000 | 2.50000%, $1,418.94 of $56,757.60 (the outstanding amount of the Proof of Claim as of Jan. 31, 2012), together with interest, fees, expenses and other recoveries due |

**JPMORGAN CHASE BANK, N.A.** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

the Individual Purchaser Transferees as listed in the above chart solely with respect to the portion of the claim transferred to such Individual Purchaser Transferee per the above chart

c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: Michael.Gillin@monarchlp.com; fundops@monarchlp.com
Tel: 1-212-554-1753
Fax: 1-(866)-741-3564

(each a "Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to each applicable Individual Purchaser Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to each applicable Individual Purchaser Transferee and recognizing each applicable Individual Purchaser Transferee as the sole holder of the Transferred Claim solely to the extent of the portion of the claim transferred to such Individual Purchaser Transferee per the above chart.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to each applicable Individual Purchaser Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___Jan___ __31__, 2012.

JPMorgan Chase Bank, N.A.

Transferor

By: _____
    Name:    Peter Schoepe
    Title:    Authorized Signatory

ACKNOWLEDGED BY EACH INDIVIDUAL PURCHASER LISTED BELOW solely with respect to the portion of the claim such Individual Purchaser Transferee is purchasing as listed in the above chart.

Monarch Debt Recovery Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
    Title:    Manager

**Monarch Opportunities Master Fund Ltd, Individual Purchaser Transferee**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
       Title:

**Monarch Capital Master Partners LP, Individual Purchaser Transferee**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
       Title:

**Monarch Cayman Fund Limited, Individual Purchaser Transferee**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
       Title:

**Monarch Capital Master Partners II-A LP, Individual Purchaser Transferee**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
       Title:

**Monarch Capital Master Partners II LP, Individual Purchaser Transferee**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
       Title:

**P Monarch Recovery Ltd, Individual Purchaser Transferee**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
    Name:
       Title:

Monarch Alternative Solutions Master Fund Ltd, Individual Purchaser Transferee
By: Monarch Alternative Capital LP
Its: Advisor

By: _____

Name: _____

Title: _____
Christopher Santana
Managing Principal

| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000056211 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>PAULINE deGAUTARD YERSIN<br>112 AV. DES ALPES<br>1814 LA TOUR-DE-PEILZ SUISSE<br><br>Telephone number: ___ Email Address: ___ | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number: ___ Email Address: ___ | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 56 757, 60 **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS 0276619 805 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

4 290 842 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

97044 **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**OCT 2 9 2009**<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>9.10.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    P. de Gautard, Yersin. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____ DEFINITIONS _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____ INFORMATION _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

