UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                          :
In re:                                                    :
                                                          :        **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC.,**                        :
**ET AL.,**                                               :        **Case No. 08-13555 (JMP)**
                                                          :
                                                          :        **(Jointly Administered)**
                                   **Debtors.**           :
                                                          :
                                                          :
-------------------------------------------------------------------x

**TENTH SUPPLEMENTAL DECLARATION OF SUSHEEL KIRPALANI
IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., UNDER
11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR
ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF QUINN
EMANUEL URQUHART & SULLIVAN, LLP, AS SPECIAL COUNSEL,
NUNC PRO TUNC TO SEPTEMBER 17, 2008**

Susheel Kirpalani hereby declares, under penalty of perjury:

1.      I am a member of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn

Emanuel"), a law firm with offices at 51 Madison Avenue, New York, New York 10010, and in

Los Angeles, Chicago, San Francisco, Silicon Valley, California, London, England, Mannheim,

Germany and Tokyo, Japan.

2.      I submit this declaration (the "Tenth Supplemental Declaration") in

connection with Quinn Emanuel's representation of the Official Committee of Unsecured

Creditors (the "Creditors' Committee") of Lehman Brothers Holdings Inc. ("LBHI") and its

affiliated debtors in possession (collectively, the "Lehman Debtors"), as special counsel, *nunc*

*pro tunc* effective as of September 17, 2008, in the above-captioned cases.  Quinn Emanuel was

retained upon application, dated October 21, 2008 (the "Application"), by the Creditors'

Committee, pursuant to sections 328 and 1103(a) of title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq. (the "Bankruptcy Code"), and Rules 2014 and 5002 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules").

        3.      I initially filed a declaration (the "Initial Declaration"), dated October 21,

2008, contemporaneously with the Application. On November 10, 2008, I filed a supplemental

declaration in support of the Application (the "First Supplemental Declaration"). On December

8, 2008, I filed a second supplemental declaration in support of the Application (the "Second

Supplemental Declaration"). On March 4, 2009, I filed a third supplemental declaration in

support of the Application (the "Third Supplemental Declaration"). On June 26, 2009, I filed a

fourth supplemental declaration in support of the Application (the "Fourth Supplemental

Declaration"). On December 18, 2009, I filed a fifth supplemental declaration in support of the

Application (the "Fifth Supplemental Declaration"). On August 4, 2010, I filed a sixth

supplemental declaration in support of the Application (the "Sixth Supplemental Declaration").

On December 7, 2010, I filed a seventh supplemental declaration in support of the Application

(the "Seventh Supplemental Declaration"). On February 15, 2011, I filed an eighth supplemental

declaration in support of the Application (the "Eighth Supplemental Declaration"). On

December 28, 2011, I filed a ninth supplemental declaration in support of the Application (the

"Ninth Supplemental Declaration" and, together with the Initial Declaration, First Supplemental

Declaration, Second Supplemental Declaration, Third Supplemental Declaration, Fourth

Supplemental Declaration, Fifth Supplemental Declaration, Sixth Supplemental Declaration,

Seventh Supplemental Declaration, and Eighth Supplemental Declaration, the "Declarations").

4.       On November 21, 2008, the Bankruptcy Court entered the Final Order

Under 11 U.S.C. §1103(a) And Fed. R. Bankr. P. 2014 and 5002, Authorizing Retention And

Employment Of Quinn Emanuel Urquhart Oliver & Hedges, LLP As Special Counsel To The

Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc. Et Al., Nunc Pro

Tunc To September 17, 2008 (the "Final Order").  Among other things, the Final Order granted

the Application and approved Quinn Emanuel's retention as special counsel to the Creditors'

Committee.

5.       Quinn Emanuel represents numerous holders of residential mortgage

backed securities ("RMBS") in litigation and prospective litigation against issuers of such RMBS

unrelated in any way to the Debtors or their non-debtor affiliates.  Certain of these holders have

instructed U.S. Bank National Association ("U.S. Bank"), as their indenture trustee, to retain

Quinn Emanuel to bring actions for their benefit against third parties for, among other things,

breaches of representations and warranties by the issuers of such structures (the

"Representation").  Quinn Emanuel will continue to represent the holders of RMBS and, as of

January 30, 2012, began jointly representing U.S. Bank solely in its capacity as trustee for such

issuances.  Quinn Emanuel has obtained a waiver from U.S. Bank to be adverse (including in

litigation or arbitration) in unrelated bankruptcy, restructuring, and related litigation matters

where U.S. Bank serves in a corporate trust capacity.  In addition, Quinn Emanuel obtained a

waiver from U.S. Bank to continue representing other pre-existing clients in litigation matters

adverse to U.S. Bank.

6.       No attorney performing services for U.S. Bank in the Representation, or

any future representation of U.S. Bank, will be assigned to assist in the representation of the

Creditors' Committee in connection with these chapter 11 cases.

7.     Unless otherwise stated in this declaration, I have personal knowledge of

the facts set forth herein.  I will supplement the disclosures made in this declaration if additional

relevant information becomes available during the pendency of these cases.

8.     The foregoing statements are true and correct to the best of my

knowledge, information and belief.


February 10, 2012


                                        /s/ Susheel Kirpalani
                                        Susheel Kirpalani
                                        A Member of the Firm