WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF DEBTORS' ONE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (COMPOUND CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714] **solely as to a portion of the claim listed on Exhibit A attached hereto**.  The Debtors reserve their

US_ACTIVE:\43895683\01\58399.0008

rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated: February 10, 2012
       New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

## Exhibit A

## Portion of Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Amount for Which Objection Is Withdrawn Without Prejudice | Remaining Amount (To Be Reclassified as Equity Interest) | Asserted Total Claim Dollars |
|---|---|---|---|---|
| ANTHONY NAHUM | 24952 | $152.60 | $1,873,979.21 | $1,874,131.81 |