WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
                                          :
-----------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL**
**OF DEBTORS' ONE HUNDRED NINETY-EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their One Hundred Ninety-Eighth

Omnibus Objection to Claims (Late-Filed Claims) [Dkt. No. 19902] solely with respect to the

claim listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claim

listed on Exhibit A on any grounds in the future.

Dated:  February 10, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

### Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimants | Claim Number |
|---|---|
| Bank Julius Baer & Co. Ltd./Pictet & Cie | 64249 |