**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
Susheel Kirpalani
James C. Tecce
Eric M. Kay
51 Madison Avenue
New York, New York 10010
*Special Counsel to Official Committee Of Unsecured
Creditors Of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
In re:                                                          : Chapter 11
                                                                : Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*        :
                                                                :
                            Debtors.                      :
-----------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR RECONSIDERATION
OF COURT'S SEPTEMBER 17, 2008 INTERIM ORDER (I) AUTHORIZING
DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO
SECTIONS 363 AND 364 OF BANKRUPTCY CODE AND
(II) GRANTING LIENS AND SUPERPRIORITY CLAIMS TO
POSTPETITION LENDERS PURSUANT TO SECTION 364 OF
<u>BANKRUPTCY CODE FILED ON SEPTEMBER 29, 2008</u>**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

(the "<u>Committee</u>") hereby withdraws with prejudice the Committee's Motion for

Reconsideration of Court's September 17, 2008 Interim Order (I) Authorizing Debtor to

Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and

(II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section

364 of Bankruptcy Code filed on September 29, 2008 (Dkt. No. 434).

Dated: February 10, 2012
New York, New York

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By:   /s/ James C. Tecce

Susheel Kirpalani
James C. Tecce
Eric M. Kay
51 Madison Avenue
New York, New York 10010

*Special Counsel to Official Committee
Of Unsecured Creditors Of Lehman
Brothers Holdings Inc., et al.*