Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139

-and-

James D. Vail (admission *pro hac vice* pending)
Schneider, Smeltz, Ranney & LaFond, P.L.L.
1111 Superior Avenue, Suite 1000
Cleveland, Ohio 44114
Tel: (216) 696-4200
Fax: (216) 696-7303

Attorneys for Judson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
In re:                              :
                                    :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
                                    :   08-13555 (JMP)
                    Debtors.        :
                                    :   (Jointly Administered)
------------------------------------X

## CERTIFICATE OF SERVICE

      I, LOUIS P. WONG, declare as follows:

      I am not a party to the action, am over 18 years of age and have a business address at 260 Madison Ave., 17th Fl., New York, NY 10016.

      On February 10, 2012, I caused true copies of the following documents:

1. JUDSON'S MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE FOR JAMES D. VAIL.

2. JUDSON'S PROPOSED ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE FOR JAMES D. VAIL.

to be placed into postage-prepaid envelopes that were deposited into a designated depository maintained by the United States Postal Service and addressed to the following parties for service by First Class Mail:

>Counsel to the Debtors
>Weil Gotshal & Manges LLP
>Attn: Robert L. Lemons, Esq.
>     Lee J. Goldberg, Esq.
>767 Fifth Ave
>New York, NY 10153
>
>Counsel to the Official Committee of Unsecured Creditors
>Milbank, Tweed, Hadley & McCloy LLP
>Attn: Dennis F. Dunne, Esq.
>     Dennis O'Donnell, Esq.
>1 Chase Manhattan Plaza
>New York, NY 10005
>
>Counsel to Debtors' Postpetition Lenders
>Cleary Gotlieb LLP
>Attn: Lindsee P. Granfield, Esq.
>     Lisa Schweiger, Esq.
>One Liberty Plaza
>New York, NY 10006
>
>Counsel to Debtors' Postpetition Lenders
>Sullivan & Cromwell LLP
>Attn: Robinson B. Lacy, Esq.
>     Hydee R. Feldstein, Esq.
>125 Broad Street
>New York, NY 10004
>
>Office of the U.S. Trustee
>Office of the United States Trustee
>Attn: Tracy Hope Davis, Esq.
>     Elisabetta Gasparini, Esq.
>33 Whitehall Street, 21st Floor
>New York, NY 10004

and in accordance with General Order #M-399, as amended, of this Court, served all other parties herein via email by service via ECF.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on February 10, 2012.

By: /s/ Louis P. Wong
    Louis P. Wong
STARR & STARR, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139