UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                        :         Chapter 11
                                                              :         Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :         Jointly Administered
                                                              :
                          **Debtors.**                        :
-------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1.  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to The Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned proceeding. On February 10, 2012, I caused a true and correct copy of the following pleadings to be filed and :to be served via electronic mail to the parties set forth in Schedule A:

> (i) *Tenth Supplemental Declaration of Susheel Kirpalani in Support of Application of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 and 5002, for Order Authorizing Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP, as Special Counsel, Nunc Pro Tunc to September 17, 2008*; and

> (ii) *Notice of Withdrawal of Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Post Petition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (II) Granting Liens and Super priority Claims to Post Petition Lenders Pursuant to Section 364 of Bankruptcy Code Filed on September 29, 2008*, (the "Pleadings").

Additionally, on February 10, 2012, a true and correct copy of the Pleadings was left in the care and custody of the U.S. Postal Service in a properly addressed envelope, first class, postage paid, to the parties set forth in Schedule B.

03690.61377/4598544.1                          1

2. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2012
New York, New York

/s/ Christopher Clark
CHRISTOPHER CLARK

# SCHEDULE A

; 'richard.krasnow@weil.com';
'lori.fife@weil.com';
'robert.lemons@weil.com';
'jacqueline.marcus@weil.com';
'giddens@hugheshubbard.com';
'kiplok@hugheshubbard.com';
'kobak@hugheshubbard.com';
'margolin@hugheshubbard.com';
'lubell@hugheshubbard.com';
'wiltenburg@hugheshubbard.com';
'ddunne@milbank.com';
'wfoster@milbank.com';
'dodonnell@milbank.com';
'efleck@milbank.com';
'paronzon@milbank.com';
'gbray@milbank.com';
'robert.yalen@usdoj.gov';
'tarbit@cftc.gov'; 'rwasserman@cftc.gov';
'sharbeck@sipc.org'; 'jwang@sipc.org';
'jean-david.barnea@usdoj.gov';
'joseph.cordaro@usdoj.gov';
'newyork@sec.gov';
'jacobsonn@sec.gov';
'jbromley@cgsh.com';
'lschweitzer@cgsh.com';
'lgranfield@cgsh.com';
'ctatelbaum@adorno.com';
'mstamer@akingump.com';
'nlevine@akingump.com';
'mstamer@akingump.com';
'pdublin@akingump.com';
'mlahaie@akingump.com';
'rajohnson@akingump.com';
'sschultz@akingump.com';
'lisa.kraidin@allenovery.com';
'ken.coleman@allenovery.com';
'daniel.guyder@allenovery.com';
'mgreger@allenmatkins.com';
'krodriguez@allenmatkins.com';
'tduffy@andersonkill.com';
'rrussell@andrewskurth.com';
's.minehan@aozorabank.co.jp';
'angelich.george@arentfox.com';
'dowd.mary@arentfox.com';
'scousins@armstrongteasdale.com';
'sehlers@armstrongteasdale.com';
'charles_malloy@aporter.com';
'anthony_boccanfuso@aporter.com';
'jg5786@att.com';
'neal.mann@oag.state.ny.us';
'tony.davis@bakerbotts.com';

'dworkman@bakerlaw.com';
'peter@bankrupt.com';
'michael.mccrory@btlaw.com';
'david.powlen@btlaw.com';
'ffm@bostonbusinesslaw.com';
'csalomon@beckerglynn.com';
'aostrow@beckerglynn.com';
'cbrotstein@bm.net';
'mpucillo@bermanesq.com';
'wzoberman@bermanesq.com';
'aoberry@bermanesq.com';
'davids@blbglaw.com';
'sean@blbglaw.com';
'dbarber@bsblawyers.com';
'dbarber@bsblawyers.com';
'smulligan@bsblawyers.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'sabin.willett@bingham.com';
'jeffrey.sabin@bingham.com';
'robert.dombroff@bingham.com';
'steven.wilamowsky@bingham.com';
'mark.deveno@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'joshua.dorchak@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'carol.weinerlevy@bingham.com';
'jeffrey.sabin@bingham.com';
'joshua.dorchak@bingham.com';
'raj.madan@bingham.com';
'michael.reilly@bingham.com';
'joshua.dorchak@bingham.com';
'erin.mautner@bingham.com';
'tim.desieno@bingham.com';
'jeffrey.black@bingham.com';
'aeckstein@blankrome.com';
'amcMullen@boultcummings.com';
'rjones@boultcummings.com';
'kurt.mayr@bgllp.com';
'kuehn@bragarwexler.com';
'notice@bkcylaw.com';
'mgordon@briggs.com';
'monica.lawless@brookfieldproperties.com';
'dludman@brownconnery.com';
'dludman@brownconnery.com';
'msiegel@brownrudnick.com';
'slevine@brownrudnick.com';

'msteel@brownrudnick.com';
'schristianson@buchalter.com';
'christopher.schueller@bipc.com';
'timothy.palmer@bipc.com';
'sidorsky@butzel.com';
'deryck.palmer@cwt.com';
'john.rapisardi@cwt.com';
'george.davis@cwt.com';
'israel.dahan@cwt.com';
'mark.ellenberg@cwt.com';
'howard.hawkins@cwt.com';
'jason.jurgens@cwt.com';
'ellen.halstead@cwt.com';
'sgordon@cahill.com';
'jlevitin@cahill.com';
'thomas_noguerola@calpers.ca.gov';
'cahn@clm.com';
'wanda.goodloe@cbre.com';
'dlemay@chadbourne.com';
'hseife@chadbourne.com';
'arosenblatt@chadbourne.com';
'spiotto@chapman.com';
'acker@chapman.com';
'heiser@chapman.com';
'heiser@chapman.com';
'lgranfield@cgsh.com';
'lschweitzer@cgsh.com';
'maofiling@cgsh.com';
'jennifer.demarco@cliffordchance.com';
'andrew.brozman@cliffordchance.com';
'sara.tapinekis@cliffordchance.com';
'andrew.brozman@cliffordchance.com';
'jen.premisler@cliffordchance.com';
'psp@njlawfirm.com';
'jwh@njlawfirm.com';
'lmay@coleschotz.com';
'jdrucker@coleschotz.com';
'jeff.wittig@coair.com';
'eschwartz@contrariancapital.com';
'bcarlson@co.sanmateo.ca.us';
'jbeiers@co.sanmateo.ca.us';
'lathompson@co.sanmateo.ca.us';
'mhopkins@cov.com';
'dcoffino@cov.com'; 'araboy@cov.com';
'rlevin@cravath.com';
'rtrust@cravath.com';
'jlipson@crockerkuno.com';
'ttracy@crockerkuno.com';
'woconnor@crowell.com';
'bzabarauskas@crowell.com';
'mlichtenstein@crowell.com';

'seichel@crowell.com'; 'jcarberry@cl-law.com'; 'karen.wagner@dpw.com'; 'james.mcclammy@dpw.com'; 'thomas.ogden@dpw.com'; 'james.mcclammy@dpw.com'; 'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com'; 'mcto@debevoise.com'; 'glenn.siegel@dechert.com'; 'iva.uroic@dechert.com'; 'mmooney@deilylawfirm.com'; 'mbienenstock@dl.com'; 'tkarcher@dl.com'; 'pwright@dl.com'; 'esmith@dl.com'; 'mbienenstock@dl.com'; 'igoldstein@dl.com'; 'mbienenstock@dl.com'; 'igoldstein@dl.com'; 'tdewey@dpklaw.com'; 'dpegno@dpklaw.com'; 'adiamond@diamondmccarthy.com'; 'sloden@diamondmccarthy.com'; 'aaaronson@dilworthlaw.com'; 'cpappas@dilworthlaw.com'; 'timothy.brink@dlapiper.com'; 'matthew.klepper@dlapiper.com'; 'thomas.califano@dlapiper.com'; 'stephen.cowan@dlapiper.com'; 'william.m.goldman@dlapiper.com'; 'schnabel.eric@dorsey.com'; 'heim.steve@dorsey.com'; 'dove.michelle@dorsey.com'; 'steven.troyer@commerzbank.com'; 'jjoyce@dresslerpeters.com'; 'robert.malone@dbr.com'; 'ljkotler@duanemorris.com'; 'tduffy@andersonkill.com'; 'jim@atkinslawfirm.com'; 'sandyscafaria@eaton.com'; 'ezujkowski@emmetmarvin.com'; 'aentwistle@entwistle-law.com'; 'jbeemer@entwistle-law.com'; 'jporter@entwistle-law.com'; 'kkelly@ebglaw.com'; 'dtatge@ebglaw.com'; 'wmarcari@ebglaw.com'; 'slerman@ebglaw.com'; 'sgubner@ebg-law.com'; 'cweber@ebg-law.com'; 'lscarcella@farrellfritz.com'; 'shari.leventhal@ny.frb.org'; 'sfelderstein@ffwplaw.com';

'ppascuzzi@ffwplaw.com'; 'jhuh@ffwplaw.com'; 'charles@filardi-law.com'; 'alum@ftportfolios.com'; 'wdase@fzwz.com'; 'dheffer@foley.com'; 'jlee@foley.com'; 'wmckenna@foley.com'; 'dspelfogel@foley.com'; 'anann@foley.com'; 'ggoodman@foley.com'; 'lapeterson@foley.com'; 'sory@fdlaw.com'; 'jhiggins@fdlaw.com'; 'ahammer@freebornpeters.com'; 'deggert@freebornpeters.com'; 'walter.stuart@freshfields.com'; 'patrick.oh@freshfields.com'; 'peter.simmons@friedfrank.com'; 'richard.tisdale@friedfrank.com'; 'shannon.nagle@friedfrank.com'; 'richard.tisdale@friedfrank.com'; 'efriedman@friedumspring.com'; 'efriedman@fklaw.com'; 'wweintraub@fklaw.com'; 'abeaumont@fklaw.com'; 'drosenzweig@fulbright.com'; 'jmerva@fult.com'; 'jmelko@gardere.com'; 'bankruptcy@ntexas-attorneys.com'; 'relgidely@gjb-law.com'; 'jgenovese@gjblaw.com'; 'pbattista@gjb-law.com'; 'dcimo@gjblaw.com'; 'dcrapo@gibbonslaw.com'; 'mrosenthal@gibsondunn.com'; 'jweiss@gibsondunn.com'; 'aseuffert@lawpost-nyc.com'; 'tnixon@gklaw.com'; 'jherzog@gklaw.com'; 'jflaxer@golenbock.com'; 'jwallack@goulstonstorrs.com'; 'drosner@goulstonstorrs.com'; 'gkaden@goulstonstorrs.com'; 'brian.corey@greentreecreditsolutions.com'; 'diconzam@gtlaw.com'; 'cole@gtlaw.com'; 'cousinss@gtlaw.com'; 'melorod@gtlaw.com'; 'tannweiler@greerherz.com'; 'jamie.nelson@dubaiic.com'; 'joy.mathias@dubaiic.com'; 'jschwartz@hahnhessen.com'; 'jorbach@hahnhessen.com';

'rmatzat@hahnhessen.com'; 'wbenzija@halperinlaw.net'; 'jdyas@halperinlaw.net'; 'dtheising@harrisonmoberly.com'; 'agold@herrick.com'; 'sselbst@herrick.com'; 'ramona.neal@hp.com'; 'ken.higman@hp.com'; 'jdoran@haslaw.com'; 'tmarrion@haslaw.com'; 'sweyl@haslaw.com'; 'dpiazza@hodgsonruss.com'; 'rleek@hodgsonruss.com'; 'isgreene@hhlaw.com'; 'sagolden@hhlaw.com'; 'barbra.parlin@hklaw.com'; 'arthur.rosenberg@hklaw.com'; 'francois.janson@hklaw.com'; 'richard.lear@hklaw.com'; 'francois.janson@hklaw.com'; 'john.monaghan@hklaw.com'; 'barbra.parlin@hklaw.com'; 'adam.brezine@hro.com'; 'kerry.moynihan@hro.com'; 'mmendez@hunton.com'; 'keckhardt@hunton.com'; 'jrsmith@hunton.com'; 'cweiss@ingramllp.com'; 'dave.davis@isgria.com'; 'toby.r.rosenberg@irscounsel.treas.gov'; 'mimi.m.wong@irscounsel.treas.gov'; 'dbalog@intersil.com'; 'teresa.oxford@invescoaim.com'; 'afriedman@irell.com'; 'klyman@irell.com'; 'mneier@ibolaw.com'; 'jay.hurst@oag.state.tx.us'; 'ptrostle@jenner.com'; 'dmurray@jenner.com'; 'rbyman@jenner.com'; 'gspilsbury@jsslaw.com'; 'jowen769@yahoo.com'; 'jfox@joefoxlaw.com'; 'joseph.cordaro@usdoj.gov'; 'mpomerantz@julienandschlesinger.com'; 'mschlesinger@julienandschlesinger.com'; 'eli.mattioli@klgates.com'; 'drosner@kasowitz.com'; 'aglenn@kasowitz.com'; 'snewman@katskykorins.com'; 'mprimoff@kayescholer.com';

'mprimoff@kayescholer.com';
'msolow@kayescholer.com';
'mdahlman@kayescholer.com';
'kdwbankruptcydepartment@kelleydrye.com'; 'mpage@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com'; 'james.sprayregen@kirkland.com';
'jay@kleinsolomon.com';
'jjureller@klestadt.com';
'chardman@klestadt.com';
'michael.kim@kobrekim.com';
'robert.henoch@kobrekim.com';
'andrew.lourie@kobrekim.com';
'boneill@kramerlevin.com';
'acaton@kramerlevin.com';
'deggermann@kramerlevin.com';
'mlandman@lcbf.com';
'wballaine@lcbf.com'; 'sree@lcbf.com';
'akornikova@lcbf.com';
'ekbergc@lanepowell.com';
'keith.simon@lw.com';
'david.heller@lw.com';
'peter.gilhuly@lw.com';
'richard.levy@lw.com';
'gabriel.delvirginia@verizon.net';
'ezweig@optonline.net';
'lkatz@ltblaw.com'; 'wswearingen@llf-law.com'; 'sfineman@lchb.com';
'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com';
'peisenberg@lockelord.com';
'wcurchack@loeb.com';
'vrubinstein@loeb.com';
'dbesikof@loeb.com';
'loizides@loizides.com';
'omeca.nedd@lovells.com';
'robin.keller@lovells.com';
'krosen@lowenstein.com';
'ilevee@lowenstein.com';
'steele@lowenstein.com';
'twheeler@lowenstein.com';
'jprol@lowenstein.com';
'metkin@lowenstein.com';
'scargill@lowenstein.com';
'squigley@lowenstein.com';
'elevin@lowenstein.com';
'steele@lowenstein.com';
'mwarren@mtb.com';
'jhuggett@margolisedelstein.com';

'fhyman@mayerbrown.com';
'atrehan@mayerbrown.com';
'btrust@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'btrust@mayerbrown.com';
'fhyman@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'emerberg@mayerbrown.com';
'tkiriakos@mayerbrown.com';
'btrust@mayerbrown.com';
'fhyman@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'swolowitz@mayerbrown.com';
'btrust@mayerbrown.com';
'jstoll@mayerbrown.com';
'ashaffer@mayerbrown.com';
'hbeltzer@mayerbrown.com';
'jtougas@mayerbrown.com';
'cwalsh@mayerbrown.com';
'btrust@mayerbrown.com';
'jtougas@mayerbrown.com';
'cwalsh@mayerbrown.com';
'jlamar@maynardcooper.com';
'kreynolds@mklawnyc.com';
'mh1@mccallaraymer.com';
'bkmail@prommis.com';
'jnm@mccallaraymer.com';
'wtaylor@mccarter.com';
'ggitomer@mkbattorneys.com';
'ncoco@mwe.com'; 'icatto@mwe.com';
'phayden@mcguirewoods.com';
'sfox@mcguirewoods.com';
'dhayes@mcguirewoods.com';
'jmaddock@mcguirewoods.com';
'jsheerin@mcguirewoods.com';
'jmr@msf-law.com';
'mbloemsma@mhjur.com';
'tslome@msek.com';
'amarder@msek.com';
'jmazermarino@msek.com';
'harrisjm@michigan.gov';
'michael.frege@cms-hs.com';
'sdnyecf@dor.mo.gov';
'steve.ginther@dor.mo.gov';
'michael.kelly@monarchlp.com';
'davidwheeler@mvalaw.com';
'nherman@morganlewis.com';
'nissay_10259-0154@mhmjapan.com';

'lberkoff@moritthock.com';
'jpintarelli@mofo.com';
'lmarinuzzi@mofo.com';
'lmarinuzzi@mofo.com';
'yuwatoko@mofo.com';
'tgoren@mofo.com';
'jpintarelli@mofo.com';
'lnashelsky@mofo.com';
'bmiller@mofo.com';
'bankruptcy@morrisoncohen.com';
'jsullivan@mosessinger.com';
'akolod@mosessinger.com';
'mparry@mosessinger.com';
'kkolbig@mosessinger.com';
'sabvanrooy@hotmail.com';
'millee12@nationwide.com';
'jowolf@law.nyc.gov';
'susan.schultz@newedgegroup.com';
'ddrebsky@nixonpeabody.com';
'adarwin@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'cdesiderio@nixonpeabody.com';
'bankruptcymatters@us.nomura.com';
'info2@normandyhill.com';
'crmomjian@attorneygeneral.gov';
'mjr1@westchestergov.com';
'jeremy.eiden@ag.state.mn.us';
'martin.davis@ots.treas.gov';
'jnadritch@olshanlaw.com';
'akantesaria@oppenheimerfunds.com';
'akantesaria@oppenheimerfunds.com';
'rdaversa@orrick.com';
'rdaversa@orrick.com';
'jguy@orrick.com'; 'jguy@orrick.com';
'korr@orrick.com'; 'dfelder@orrick.com';
'maustin@orrick.com';
'rfrankel@orrick.com';
'rwyron@orrick.com'; 'jguy@orrick.com';
'dfelder@orrick.com';
'lmcgowen@orrick.com';
'rdaversa@orrick.com';
'otccorpactions@finra.org';
'wsilverm@oshr.com';
'pfeldman@oshr.com';
'mcyganowski@oshr.com';
'pfeldman@oshr.com';
'jar@outtengolden.com';
'rroupinian@outtengolden.com';

'wk@pwlawyers.com';
'chipford@parkerpoe.com';
'dwdykhouse@pbwt.com';
'bguiney@pbwt.com';
'harveystrickon@paulhastings.com';
'draelson@fisherbrothers.com';
'sshimshak@paulweiss.com';
'ddavis@paulweiss.com';
'chammerman@paulweiss.com';
'dshemano@pwkllp.com';
'kressk@pepperlaw.com';
'kovskyd@pepperlaw.com';
'wisotska@pepperlaw.com';
'lawallf@pepperlaw.com';
'meltzere@pepperlaw.com';
'schannej@pepperlaw.com';
'arlbank@pbfcm.com';
'jhorgan@phxa.com';
'david.crichlow@pillsburylaw.com';
'bill.freeman@pillsburylaw.com';
'mark.houle@pillsburylaw.com';
'splatzer@platzerlaw.com';
'dflanigan@polsinelli.com';
'jbird@polsinelli.com';
'cward@polsinelli.com';
'jsmairo@pbnlaw.com';
'tjfreedman@pbnlaw.com';
'bbisignani@postschell.com';
'fbp@ppgms.com'; 'lml@ppgms.com';
'lsilverstein@potteranderson.com';
'rmcneill@potteranderson.com';
'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'drose@pryorcashman.com';
'rbeacher@pryorcashman.com';
'canelas@pursuitpartners.com';
'schepis@pursuitpartners.com'; Susheel Kirpalani; James Tecce; Scott Shelley; Robert Dakis;
'jrabinowitz@rltlawfirm.com';
'broy@rltlawfirm.com';
'gravert@ravertpllc.com';
'arahl@reedsmith.com';
'kgwynne@reedsmith.com';
'jfalgowski@reedsmith.com';
'clynch@reedsmith.com';
'eschaffer@reedsmith.com';
'mvenditto@reedsmith.com';
'jlscott@reedsmith.com';

'dgrimes@reedsmith.com';
'rqureshi@reedsmith.com';
'calbert@reitlerlaw.com';
'richard@rwmaplc.com';
'jshickich@riddellwilliams.com';
'gmoss@riemerlaw.com';
'abraunstein@riemerlaw.com';
'arheaume@riemerlaw.com';
'roger@rnagioff.com';
'raul.alcantar@ropesgray.com';
'mark.bane@ropesgray.com';
'ross.martin@ropesgray.com';
'ecohen@russell.com';
'russj4478@aol.com';
'mschimel@sju.edu';
'cmontgomery@salans.com';
'lwhidden@salans.com';
'cbelmonte@ssbb.com';
'tbrock@ssbb.com';
'pbosswick@ssbb.com';
'asnow@ssbb.com';
'aisenberg@saul.com';
'egeekie@schiffhardin.com';
'jkehoe@btkmc.com';
'bhinerfeld@sbtklaw.com';
'bdk@schlamstone.com';
'nlepore@schnader.com';
'nfurman@scottwoodcapital.com';
'rrigolosi@smsm.com';
'mharris@smsm.com';
'cohenr@sewkis.com';
'ashmead@sewkis.com';
'fsosnick@shearman.com';
'ned.schodek@shearman.com';
'ann.reynaud@shell.com';
'jennifer.gore@shell.com';
'jshenwick@gmail.com';
'cshulman@sheppardmullin.com';
'rreid@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'etillinghast@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'bwolfe@sheppardmulling.com';
'amartin@sheppardmullin.com';
'rreid@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'bankruptcy@goodwin.com';
'jtimko@shutts.com';
'aquale@sidley.com';
'aunger@sidley.com';

'rfriedman@silvermanacampora.com';
'sally.henry@skadden.com';
'fyates@sonnenschein.com';
'pmaxcy@sonnenschein.com';
'slerner@ssd.com';
'smayerson@ssd.com';
'rterenzi@stcwlaw.com';
'cgoldstein@stcwlaw.com';
'r.stahl@stahlzelloe.com';
'marc.chait@sc.com';
'echang@steinlubin.com';
'eobrien@sbchlaw.com';
'shgross5@yahoo.com';
'jlovi@steptoe.com';
'lromansic@steptoe.com';
'ritkin@steptoe.com';
'kpiper@steptoe.com';
'cs@stevenslee.com';
'cp@stevenslee.com';
'apo@stevenslee.com';
'cp@stevenslee.com';
'mcordone@stradley.com';
'ppatterson@stradley.com';
'mcordone@stradley.com';
'ppatterson@stradley.com';
'mcordone@stradley.com';
'mdorval@stradley.com';
'mdorval@stradley.com';
'ppatterson@stradley.com';
'djoseph@stradley.com';
'jmmurphy@stradley.com';
'landon@streusandlandon.com';
'villa@streusandlandon.com';
'streusand@streusandlandon.com';
'mmspeiser@stroock.com';
'smillman@stroock.com';
'lhandelsman@stroock.com';
'dwildes@stroock.com';
'holsen@stroock.com';
'lacyr@sullcrom.com';
'feldsteinh@sullcrom.com';
'clarkb@sullcrom.com';
'schwartzmatthew@sullcrom.com';
'mccombst@sullcrom.com';
'ceskridge@susmangodfrey.com';
'bmerrill@susmangodfrey.com';
'sagrawal@susmangodfrey.com';
'paul.turner@sutherland.com';
'mark.sherrill@sutherland.com';
'miller@taftlaw.com';
'jteitelbaum@tblawllp.com';

'agbanknewyork@ag.tn.gov';
'marvin.clements@ag.tn.gov';
'thaler@thalergertler.com';
'geraci@thalergertler.com';
'ranjit.mather@bnymellon.com';
'robert.bailey@bnymellon.com';
'mmorreale@us.mufg.jp';
'foont@foontlaw.com';
'yamashiro@sumitomotrust.co.jp';
'matt@willaw.com';
'ira.herman@tklaw.com';
'demetra.liggins@tklaw.com';
'rhett.campbell@tklaw.com';
'rhett.campbell@tklaw.com';
'mitchell.ayer@tklaw.com';
'david.bennett@tklaw.com';
'mbossi@thompsoncoburn.com';
'amenard@tishmanspeyer.com';
'mbenner@tishmanspeyer.com';
'bturk@tishmanspeyer.com';
'jchristian@tobinlaw.com';
'wchen@tnsjlaw.com';
'agoldstein@tnsjlaw.com';
'neilberger@teamtogut.com';
'sskelly@teamtogut.com';
'oipress@travelers.com';
'mlynch2@travelers.com';
'hollace.cohen@troutmansanders.com';
'lee.stremba@troutmansanders.com';
'lee.stremba@troutmansanders.com';
'bmanne@tuckerlaw.com';
'mshiner@tuckerlaw.com';
'linda.boyle@twtelecom.com';
'dlipke@vedderprice.com';
'mjedelman@vedderprice.com';
'easmith@venable.com';
'sabramowitz@velaw.com';
'jwest@velaw.com';
'dkleiner@velaw.com';
'jeldredge@velaw.com';
'hsnovikoff@wlrk.com';
'rgmason@wlrk.com';
'arwolf@wlrk.com'; 'cbelisle@wfw.com';
'jfreeberg@wfw.com';
'rgraham@whitecase.com';
'tmacwright@whitecase.com';
'avenes@whitecase.com';
'ehollander@whitecase.com';
'ehollander@whitecase.com';
'azylberberg@whitecase.com';
'dbaumstein@whitecase.com';
'rgraham@whitecase.com';
'mruetzel@whitecase.com';
'ukreppel@whitecase.com';
'tlauria@whitecase.com';
'guzzi@whitecase.com';
'cshore@whitecase.com';
'jeanites@whiteandwilliams.com';
'bstrickland@wtplaw.com';
'dshaffer@wtplaw.com';
'szuch@wiggin.com';
'mabrams@willkie.com';
'mfeldman@willkie.com';
'aalfonso@willkie.com';
'rnetzer@willkie.com';
'dkozusko@willkie.com';
'mabrams@willkie.com';
'peter.macdonald@wilmerhale.com';
'jeannette.boot@wilmerhale.com';
'craig.goldblatt@wilmerhale.com';
'lisa.ewart@wilmerhale.com';
'jmcginley@wilmingtontrust.com';
'jbecker@wilmingtontrust.com';
'cschreiber@winston.com';
'dmcguire@winston.com';
'mkjaer@winston.com';
'dneier@winston.com';
'dravin@wolffsamson.com';
'jlawlor@wmd-law.com'; 'jlawlor@wmd-law.com'; 'wmaher@wmd-law.com';
'rrainer@wmd-law.com';
'bankr@zuckerman.com'; Olga Urbieta; Robert Dakis

# **SCHEDULE B**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004

Department Of Justice
Attn: Diane Winters
Ontario Regional Office
The Exchange Tower
130 King Street West
Toronto, On M5X 1K6

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

Office Of The Attorney General Of
The State Of NY
New York Office
120 Broadway
New York, NY 10271-0332