SNR DENTON US LLP
Carole Neville
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700

*Counsel to Presbyterian Homes*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                          :   **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   **08-13555 (JMP)**
                                                   :
                    Debtors.                       :   **(Jointly Administered)**
                                                   :
                                                   :
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF PRESBYTERIAN HOMES REGARDING PROPOSED ASSUMPTION OF SWAP AGREEMENT AND RELATED CURE AMOUNT (DOCKET NO. 22046)

Presbyterian Homes ("PB"), by its undersigned counsel, hereby withdraws its Limited Objection Regarding the Proposed Assumption of Swap Agreement and Related Cure Amount (Docket No. 22046).

Dated: February 10, 2012                    SNR DENTON US LLP

                                            */s/      Carole Neville*
                                            Carole Neville
                                            1221 Avenue of the Americas
                                            New York, New York 10020
                                            (212) 768-6700

                                            *Counsel to Presbyterian Homes*