SNR DENTON US LLP
Carole Neville
1221 Avenue of the Americas
New York, NY  10020-1089
(212) 768-6700

*Counsel to Rockford Memorial Hospital*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**     : 08-13555 (JMP)
:
Debtors.                                   : (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF (1) STATEMENT AND RESPONSE OF ROCKFORD MEMORIAL HOSPITAL REGARDING PROPOSED ASSUMPTION OF CERTAIN SWAP AGREEMENTS PURSUANT TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS (DOCKET NO. 21586); AND (2) LIMITED OBJECTION OF ROCKFORD MEMORIAL HOSPITAL REGARDING PROPOSED ASSUMPTION OF SWAP AGREEMENT AND RELATED CURE AMOUNT (DOCKET NO. 22044)**

Rockford Memorial Hospital ("Rockford"), by its undersigned counsel, hereby withdraws its Statement and Response Regarding the Proposed Assumption of Certain Swap Agreements Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors (Docket No. 21586) and its Limited Objection Regarding the Proposed Assumption of Swap Agreement and Related Cure Amount (Docket No. 22044).

Dated:  February 10, 2012                SNR DENTON US LLP

*/s/      Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

*Counsel to Rockford Memorial Hospital*