STROOCK & STROOCK & LAVAN LLP
Andrew DeNatale
Claude G. Szyfer
Denise K. Wildes
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Nordea Bank AB (publ) and Nordea Bank Finland plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF NORDEA BANK AB (PUBL) AND NORDEA BANK FINLAND PLC TO DEBTORS' PROPOSED ASSUMPTION OF THEIR DERIVATIVE CONTRACTS LISTED ON <u>EXHIBIT 2 OF THE PLAN SUPPLEMENT</u>**

PLEASE TAKE NOTICE that Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Commercial Corporation ("LBCC") sought the assumption of, inter alia, all derivative contracts between: (i) Nordea Bank AB (publ) ("NBAB"), on the one hand, and LBSF on the other hand, and (ii) Nordea Bank Finland plc ("NBF" and collectively with NBAB, "Nordea"), on the one hand, and LBCC on the other hand, pursuant to: (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (D.I. 22973), and (ii) the Plan Supplement, dated October 25, 2011 (D.I. 2125).

PLEASE TAKE FURTHER NOTICE that Nordea filed an Objection with respect to the proposed assumption (D.I. 21869, the "Objection").

PLEASE TAKE FURTHER NOTICE that by notice dated February 9, 2012 (D.I. 25201) the Debtors have withdrawn their assumption application as to NBAB and NBF.

PLEASE TAKE FURTHER NOTICE that Nordea hereby withdraws the Objection without prejudice.

Dated: February 10, 2012
       New York, New York

                STROOCK & STROOCK & LAVAN LLP

                /s/ Claude G. Szyfer
                Andrew DeNatale
                Claude G. Szyfer
                Denise K. Wildes
                180 Maiden Lane
                New York, New York 10038
                Telephone: (212) 806-5400
                Facsimile: (212) 806-6006

                *Attorneys for Nordea Bank AB (publ) and Nordea Bank Finland plc*