**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
:
In re                                             :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
:        **(Jointly Administered)**
          **Debtors.**                            :
:
-----------------------------------------------------------------------x        **Ref. Docket Nos. 24990, 24992-25000**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                          ) ss.:
COUNTY OF NEW YORK        )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 6, 2012, I caused to be served:

    a.  the "Notice of Hearing on Debtors' Two Hundred Fifty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Fifty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims)," dated February 6, 2012 [Docket No. 24990], (the "257th Omnibus Objection"),

    b.  the "Notice of Hearing on Debtors' Two Hundred Fifty-Eighth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Fifty-Eighth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated February 6, 2012 [Docket No. 24992], (the "258th Omnibus Objection"),

    c.  the "Notice of Hearing on Debtors' Two Hundred Fifty-Ninth Omnibus Objection to Claims (Late-Filed Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Fifty-Ninth Omnibus Objection to Claims (Late-Filed Claims)," dated February 6, 2012 [Docket No. 24993], (the "259th Omnibus Objection"),

d.   the "Notice of Hearing on Debtors' Two Hundred Sixtieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Sixtieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated February 6, 2012 [Docket No. 24994], (the "260th Omnibus Objection"),

e.   the "Notice of Hearing on Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims)," dated February 6, 2012 [Docket No. 24995], (the "261st Omnibus Objection"),

f.   the "Notice of Hearing on Debtors' Two Hundred Sixty-Second Omnibus Objection to Claims (No Liability Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Sixty-Second Omnibus Objection to Claims (No Liability Claims)," dated February 6, 2012 [Docket No. 24996], (the "262nd Omnibus Objection"),

g.   the "Notice of Hearing on Debtors' Two Hundred Sixty-Third Omnibus Objection to Claims (Settled Derivatives Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Sixty-Third Omnibus Objection to Claims (Settled Derivatives Claims)," dated February 6, 2012 [Docket No. 24997], (the "263rd Omnibus Objection"),

h.   the "Notice of Hearing on Debtors' Two Hundred Sixty-Fourth Omnibus Objection to Claims (Settled Derivatives Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Sixty-Fourth Omnibus Objection to Claims (Settled Derivatives Claims)," dated February 6, 2012 [Docket No. 24998], (the "264th Omnibus Objection"),

i.   the "Notice of Hearing on Debtors' Two Hundred Sixty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Sixty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated February 6, 2012 [Docket No. 24999], (the "265th Omnibus Objection"), and

j.   the "Notice of Hearing on Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims)," dated February 6, 2012, to which was attached the "Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims)," dated February 6, 2012 [Docket No. 25000], (the "266th Omnibus Objection"),

by causing:

i.  true and correct copies of the 257th Omnibus Objection, 258th Omnibus Objection, 259th Omnibus Objection, 260th Omnibus Objection, 261st Omnibus Objection, 262nd Omnibus Objection, 263rd Omnibus Objection, 264th Omnibus Objection, 265th Omnibus Objection and 266th Omnibus Objection, to be delivered by electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. true and correct copies of the 257th Omnibus Objection, 258th Omnibus Objection, 259th Omnibus Objection, 260th Omnibus Objection, 261st Omnibus Objection, 263rd Omnibus Objection, 264th Omnibus Objection, 265th Omnibus Objection and 266th Omnibus Objection, to be delivered by facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii. true and correct copies of the 257th Omnibus Objection, 258th Omnibus Objection, 259th Omnibus Objection, 260th Omnibus Objection, 261st Omnibus Objection, 262nd Omnibus Objection, 263rd Omnibus Objection, 264th Omnibus Objection, 265th Omnibus Objection and 266th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv. true and correct copies of the 257th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.  true and correct copies of the 258th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi. true and correct copies of the 259th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii. true and correct copies of the 260th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii. true and correct copies of the 261st Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix. true and correct copies of the 262nd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>, and

x.  true and correct copies of the 263rd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.   264th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.  265th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>, and

xiii. 266th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit M</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ *Pete Caris*</u>
Pete Caris

Sworn to before me this
10th day of February, 2012
<u>/s/ *Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bill.freeman@pillsburylaw.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmiller@mofo.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com |
| ahammer@freebornpeters.com | brian.corey@greentreecreditsolutions.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bstrickland@wtplaw.com |
| akornikova@lcbf.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amartin@sheppardmullin.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| anann@foley.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | colea@gtlaw.com |
| ashmead@sewkis.com | cousinss@gtlaw.com |
| asnow@ssbb.com | cp@stevenslee.com |
| atrehan@mayerbrown.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com

dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jen.premisler@cliffordchance.com |
| glenn.siegel@dechert.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| gravert@ravertpllc.com | jeremy.eiden@ag.state.mn.us |
| gspilsbury@jsslaw.com | jfalgowski@reedsmith.com |
| guzzi@whitecase.com | jflaxer@golenbock.com |
| harrisjm@michigan.gov | jfox@joefoxlaw.com |
| harveystrickon@paulhastings.com | jfreeberg@wfw.com |
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| hsteel@brownrudnick.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdoran@haslaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |
| jeannette.boot@wilmerhale.com | jpintarelli@mofo.com |
| jeff.wittig@coair.com | jporter@entwistle-law.com |
| jeffery.black@bingham.com | jprol@lowenstein.com |
| jeffrey.sabin@bingham.com | jrabinowitz@rltlawfirm.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com

ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org

paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com

smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANQUE GENERALE DE LUXEMBOURG S.A. | FORTIS BANK NV/SA ATTN: ANNEMARIE JUNG PJILIP STEEGMANS MONTAGUE DU PARC, 3 BRUSSELS BELGIUM |
| BANQUE GENERALE DE LUXEMBOURG S.A. | FORTIS BANK NV/SA ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS BELGIUM |
| BANQUE GENERALE DE LUXEMBOURG S.A. | 50 AVENUE J.F. KENNEDY L-2951 LUXEMBURG LUXEMBOURG |
| BANQUE GENERALE DE LUXEMBOURG S.A. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004 |
| BGL (FORTIS LUXEMBOURG) | BNP PARIBAS FORTIS FORTIS BANK BELGIE TAV PHILIP STEEGMANS MEIR 48 ANTWERPEN B-2000 BELGIUM |
| BGL (FORTIS LUXEMBOURG) | ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951 LUXEMBOURG |
| BGL (FORTIS LUXEMBOURG) | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 1201 F. STREET, N.W. SUITE 1100 WASHINGTON DC 20004 |
| BNP PARIBAS ARBITRAGE | ATTN: FRANCOIS ARTIGALA 8 RUE DE SOFIA PARIS 75018 FRANCE |
| BNP PARIBAS SECURITIES (JAPAN) LIMITED (F/K/A BNP | PARIBAS SECURITIES (JAPAN( LTD., TOKOY BRANCH) ATTN: MASAHARU SUGAHARA AND TAKU TAJIRI GRANTOKYO NORTH TOWER 1-9-1 MARUNOUCHI CHIYODA-KU TOKYO JAPAN |
| CANTELLO, PAUL | 37 SYLVESTER AVENUE HAWTHORNE NJ 07506 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ANDREW BROZMAN, ESQ/ SARA TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| HELLER EHRMAN LLP | C/O PACHULSKI STANG ZIEHL & JONES LLP ATTN: JOHN D. FIERO 150 CALIFORNIA STREET, 15TH FLOOR SAN FRANCISCO CA 94111 |
| J.P. MORGAN INTERNATIONAL BANK LIMITED | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN INTERNATIONAL BANK LIMITED | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| KLAASSEN, M.J.G. | STALBERGWEG 154 VENLO 5913 BV NETHERLANDS |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST 9 IEME ETAGE MONTREAL H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| NATIONAL BANK OF CANADA | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| ORACLE USA, INC | SHAWN CHRISTIANSON, ESQ BUCHALTER NEMER P.C 333 MARKET STREET 25TH FLOOR SAN FRANCISCO CA 94105 |
| PUBLIC SECTOR PENSION INVESMENT BOARD | 1250 RENE-LEVESQUE BLVD. WEST, SUITE 900 MONTREAL QC H3B 4W8 CANADA |
| PUBLIC SECTOR PENSION INVESMENT BOARD | TORYS LLP ATTN: WILLIAM F. GRAY, JR., ESQ. & TIMOTHY B. MARTIN, ESQ. 237 PARK AVENUE NEW YORK NY 10017 |
| SUNSHINE ENTERPRISES L.P. | TRANSFEROR: EVERGREEN SOLAR, INC. C/O AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: MICHAEL S. STAMER, ESQ., STEPHEN B. KUHN, ESQ., AND NATALIE E. LEVINE, ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| SUNSHINE ENTERPRISES L.P. | AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: SARAH LINK SCHULTZ, ESQ. 1700 PACIFIC AVENUE, SUITE 4100 DALLAS TX 75201 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O ALLY FINANCIAL INC ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK NY 10036 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O ALLY FINANCIAL INC ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK NY 10104 |
| TERRANOVA, THOMAS | 159 WEST 23RD STREET APT 4R NEW YORK NY 10011-2499 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2007-14H C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |

| Claim Name | Address Information |
| --- | --- |
| ZEDLOVICH, PAUL | 7 CARCH RD BRIARCLIFF MANOR NY 10510 |

Total Creditor count  32

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BLECKLEY, BENJAMIN BELL, III | 11298 SW 139TH ST DUNNELLON FL 34432 |
| BLECKLEY, JULIA M. | 11298 SW 139TH ST DUNNELLON FL 34432 |
| DUSING, ERNIE | 208 OLD SHARK RIVER ROAD EATONTOWN NJ 07724 |
| IACONA, FRANCESCO | RICHARD-WAGNER STR.48 COLOGNE 51145 GERMANY |

**Total Creditor count  4**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AMBROSE JR., F JOHN | 102 GREENFIELD HILL FRANKLIN LAKES NJ 07417 |
| AXA BELGIUM | ATTN: LEGAL DEPARTMENT BRUSSELSTRAAT, 45 ANVERS-ANTWERP 2018 BELGIUM |
| AXA BELGIUM | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD-ROSMARINO/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| MURRAY, JOHN P. JR. | 5 TEATICKET CT EAST ROCKAWAY NY 11518 |
| SEKAS, GUS N. | C/O SEKAS INTERNATIONAL LTD. 345  7TH AVE 4TH FL NEW YORK NY 10001 |
| STEELE, ANNA M. | (EDWARD JONES INVESTMENT) 794 CLIFF ST. LANDER WY 82520 |
| TANAKA, TRACY | 30 HILLSIDE AVE CEDAR GROVE NJ 07009 |
| WALTER, PETER AND SYLVIA | SCHWABENSTR. 17 BIESSENHOFEN 87640 GERMANY |

**Total Creditor count  8**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| HARRIS, JONATHAN | 939 MILLBRAE COURT, UNIT 4 WEST PALM BEACH FL 33401 |
| JOINER, OWEN H. & LEATRICE | 120 FINLEY STREET GRIFFIN GA 30224 |
| MERRITT, JAMES C. | 5001 STATESMAN DR IRVING TX 75063 |

**Total Creditor count  3**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANGKO SENTRAL NG PILIPINAS | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| HARBOUR CAPITAL ADVISORS INC. FOR OIMRA | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JUDSON | ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, III L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, III L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LOOMIS STREET, L.L.C. | TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| NORTHERN ROCK PLC | ATTN: LEGAL SERVICES NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE NE3 4PL UNITED KINGDOM |

> **Total Creditor count  11**

**EXHIBIT I**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | ATTN: HOWARD STEEL BROWN RUDNICK LLP SVEN TIMES SQUARE NEW YORK NY 10036 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | ATTN: HOWARD STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND IX, LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND IX-A, LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND V-B, L.P. , THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VII, L.P., THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VII-B, L.P., THE | ATTN: HOWARD STEEL, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VIII LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND, L.P., THE | ATTN: HOWARD STEEL, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND, VI-A, L.P., THE | ATTN: HOWARD STEEL, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, LP | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE INVESTMENT PARTNERS, LP | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |

Total Creditor count  13

**EXHIBIT J**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| BANGKO SENTRAL NG PILIPINAS | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| HARBOUR CAPITAL ADVISORS INC. FOR OIMRA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED ATTN: NICHOLAS RAYMOND 30 ST. MARY AXE LONDON EC3A 8EP UNITED KINGDOM |

**Total Creditor count  5**

**EXHIBIT K**

| Claim Name | Address Information |
| --- | --- |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ESKATON PROPERTIES, INCORPORATED | 5105 MANZANITA AVENUE CARMICHAEL CA 95608 |
| JOHN HANCOCK HIGH YIELD FUND | GORDON PERRY ESQ K&L GATES LLP STATE STREET FINANCIAL CTR ONE LINCOLN STRET BOSTON MA 02111 |
| JOHN HANCOCK HIGH YIELD FUND | GORDON PERRY, ESQ K&L GATES LLP STATE FINANCIAL CTR ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK HIGH YIELD FUND | C/O STEVEN SUNNERBERG – ASST VP & SENIOR COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN HANCOCK HIGH YIELD FUND | C/O STEVEN SUNNERBERG ASST VP & SENIOR COUNSEL 601 CONGRESS STREET BOSTON MA 02210 |
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICE | 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICE | 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.) | ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS MA 02481 |
| ZIRCON FINANCE LIMITED SERIES 2007-2 | ATTN: SANAJAY JOBANPUTRA– VICE PRESIDENT, GLOBAL C/O BANK OF NEW YORK MELLON-LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-2 | ATTN: SANAJAY JOBANPUTRA– VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK-LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  14**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | PASS-THROUGH CERTIFICATES SERIES 2006-5 SUPPLEMENTAL INTEREST TRUST CTLA-STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | TINA MOSS, ESQ PYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS – THROUGH CERTIFICATES SERIES 2006-5 SUPPLEMENTAL INTEREST TRUST CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| SESI LLC | ATTN: WILLIAM B. MASTERS 1105 PETERS ROAD HARVEY LA 70058 |
| SESI LLC | SUPERIOR ENERGY SERVICES, INC. ATTN: WILLIAM B. MASTERS 601 POYDRAS ST., SUITE 2400 NEW ORLEANS LA 70130 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE CONTROL NO. MBS 80 NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | MICHAEL VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC2 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

**Total Creditor count  12**

**EXHIBIT M**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANQUE FINAMA SA | C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| BANQUE FINAMA SA | C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET & IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  6**