**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) | Jointly Administered |

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Jeffrey W. Gettleman, a member in good standing of the bar of the State of Illinois, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the liquidators of Lehman Brothers Australia Limited in the above-referenced case

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 13, 2012
      New York, New York

/s/ *Jeffrey W. Gettleman*
Jeffrey W. Gettleman
Kirkland & Ellis LLP
300 North LaSalle,
Chicago, Illinois 60654
jeffrey.gettleman@kirkland.com
Telephone: (312) 862-2000

---

## **ORDER**

**ORDERED,**

that Jeffrey W. Gettleman, is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2012
      New York, New York

                                      Honorable James M. Peck

K&E 21430445