**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                            :        **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*     :        **08-13555 (JMP)**
                                                 :
                        **Debtors.**             :        **(Jointly Administered)**
------------------------------------------------------------------x

### REPLY DECLARATION OF RAQUEL KELLERT IN FURTHER SUPPORT OF DEBTOR'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

I, RAQUEL KELLERT, declare under penalty of perjury that the following is true and correct:

1.    I am an attorney at Weil, Gotshal & Manges LLP, counsel for debtors Lehman Brothers Holdings Inc., et al. ("Debtors"). I submit this declaration in further support of Debtors' Motion to Compel Compliance with Subpoena Duces Tecum. The facts set forth below are based on my personal knowledge and are true to the best of my knowledge, information, and belief.

2.    Attached as Exhibit A hereto is a true and correct copy of the sworn affidavit of service of Mario Lopez of Metro Attorney Service Inc. asserting that he served on Bond Logistix LLC (1) the instant subpoena duces tecum under Rule 2004 of the Federal Rules of Bankruptcy Procedure and (2) a copy of the Court's Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, dated November 23, 2009 (ECF No. 5910), at 777 South Figueroa Street, Suite 3200, Los Angeles, California.

3.    Attached as Exhibit B hereto is a true and correct copy of the Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production

US_ACTIVE:\43922220\03\58399.0008

of Documents and Authorizing the Examination of Persons and Entities, dated May 16, 2011

(ECF No. 16846).

Dated:  February 13, 2012
         New York, New York

                                        /s/ Raquel Kellert
                                        RAQUEL KELLERT

# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

IN RE   LEHMAN BROTHERS
        HOLDINGS, INC., et al.
        Debtor.
-----------------------------------------------X

STATE OF CALIFORNIA    )
                        S.S.:
COUNTY OF LOS ANGELES  )

Index No. 08-13555

AFFIDAVIT OF SERVICE

MARIO LOPEZ, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 13th day of May, 2011, at approximately 3:01 pm, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION and ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES upon Bond Logistix at 777 South Figueroa Street, Suite 3200, Los Angeles, California, by personally delivering and leaving the same with William Robertson, Director of Finance Planning, who informed deponent that he is an agent authorized by appointment to receive service at that address.

William Robertson is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 190 pounds with brown hair.

_____
MARIO LOPEZ

Sworn to before me this
16th day of May, 2011

_____
NOTARY PUBLIC

SERGIO GARCIA
COMM. #1918083
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 20, 2014

# Exhibit B

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities, entered on

November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to

issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit

to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in
the Order.

As required by the Order, the Debtors hereby file notice of a subpoena issued by a

Debtor pursuant to the Order.  The date the subpoena was served, the name of the witness and

the date, time and place of any examination are set forth on "Exhibit 1" attached hereto.


Dated:  May 16, 2011
          New York, New York

                                        /s/ Richard W. Slack_____
                                        Richard W. Slack
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## **Exhibit 1**

NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | Bond Logistix |
| Date of Service of Subpoena: | May 13, 2011 |
| Subject of Subpoena: | Production of Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be produced by June 13, 2011 at 10:00 A.M. (EST) at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |