WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
------------------------------------------------------------------x
```

**THIRD NOTICE OF WITHDRAWAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that on October 25, 2011, the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed a Plan Supplement [ECF No.

21254], as amended from time to time (the "Plan Supplement"),[1] containing documents and

schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman

---

[1] On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement [ECF No. 21665]. On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement [ECF No. 22156]. On November 22, 2011, the Debtors filed Amendment No. 3 to the Plan Supplement [ECF No. 22590]. On November 29, 2011, the Debtors filed Amendment No. 4 to the Plan Supplement [ECF No. 22742]. On December 2, 2011, the Debtors filed Amendment No. 5 to the Plan Supplement [ECF No. 22876]. On December 5, 2011, the Debtors filed Amendments No. 6 and No. 7 to the Plan Supplement [ECF Nos. 22975 and 22980]. On January 31, 2012, the Debtors filed a notice of withdrawal of their application to assume certain executory contracts. [ECF No. 24823]. On February 9, 2012, the Debtors filed a Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts. [ECF No. 25201]

Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF

No. 22973] that was confirmed by order of the Court on December 6, 2011 [ECF No. 23023]

(the "Confirmation Order").

PLEASE TAKE NOTICE that pursuant to the Confirmation Order, the hearing on

the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth

on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other

date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice

to the relevant counterparty, or as otherwise agreed.

PLEASE TAKE NOTICE that, on February 9, 2012, the Debtors filed a notice of

(i) withdrawal of Debtors' application to assume certain executory contracts, (ii) indefinite

adjournment of Debtors' application to assume certain executory contracts, (iii) adjournment of

hearing on Debtors' application to assume certain executory contracts, and (iv) status conference

on Debtors' proposed assumption of executory contracts (the "February 9, 2012 Notice") [ECF

No. 25201].

PLEASE TAKE NOTICE that, since the filing of the February 9, 2012 Notice, the

Debtors have reached agreements with certain additional parties with respect to such parties'

objections to the Debtors' application to assume executory contracts and unexpired leases.

PLEASE TAKE NOTICE that the executory contracts and unexpired leases that

are the subject of the objections identified on Exhibit A hereto shall be deemed to be Withdrawn

Contracts (as such term is defined in the February 9, 2012 Notice).

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in
the Plan.

PLEASE TAKE NOTICE that the executory contracts and unexpired leases that are the subject of the objections identified on Exhibit B hereto shall be deemed to be Additional Deferred Contracts (as such term is defined in the February 9, 2012 Notice).

PLEASE TAKE NOTICE that the Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement.

Dated: February 13, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**EXHIBIT A**

**WITHDRAWN CONTRACTS**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Mizuho International plc[1] | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 9, 2007 | Claude Szyfer Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, New York 10038 |
| | | | Mizuho International plc Bracken House, One Friday Street London  EC4M 93A Attn:  Andrew Wills, Director, Legal |
| FirstCaribbean International Bank (Bahamas) Limited | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of February 6, 2004 | Brian Trust Jeffrey G. Tougas Christine A. Walsh Mayer Brown LLP 1675 Broadway New York, New York 10019 |
| | | | c/o CIBC 199 Bay Street Commerce Court West, 6th Floor Toronto, Ontario, M5L 1A2 Canada Attn: Martin Griffiths, Michele Hunt |
| | | | c/o FirstCaribbean International Bank Limited Head Office P.O. Box 503 Warrens, St. Michael B822026 Barbados Attn: Legal Counsel |
| Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. | Lehman Brothers Commercial Corporation Inc. | ISDA Master Agreement, dated as of September 9, 1997 | Steven J. Fink Thomas C. Mitchell Orrick, Herrington & Sutcliffe LLP 51 West 52nd Street New York, NY 10019-6142 |
| | | | Rabobank International P.A. Croeselan 18, 3521 CB Utrecht P.O. Box 17100, 3500 HG Utrecht The Netherlands Attn. Global Special Asset Management/US609 |

---

[1] Lehman Brothers Commercial Corporation Inc. was incorrectly listed as the Debtor party to this agreement in a previous notice.

**EXHIBIT B**

**ADDITIONAL DEFERRED CONTRACTS**

| Number | Counterparty | ECF No. | Debtor | Agreement |
|--------|--------------|---------|--------|-----------|
| 1 | Southwestern Ohio Seniors Services, Inc. | 21845 | LBSF | Debt Service Agreement, dated as of April 28, 1997 (as amended) |
| 2 | Shinhan Bank | 22395 | LBCC | certain confirmations |