CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Sara M. Tapinekis

*Counsel to Swiss Re Financial Products Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                         :
                                                              :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :
                                                              :    Case No. 08-13555 (JMP)
Debtors.                                                 :
                                                              :    (Jointly Administered)
------------------------------------------------------------------x


**NOTICE OF WITHDRAWAL OF OBJECTION**
**OF SWISS RE FINANCIAL PRODUCTS CORPORATION TO ASSUMPTION OF**
**DERIVATIVES CONTRACTS AS SET FORTH IN THE NOTICE OF PROPOSED**
**ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN**
**PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**


PLEASE TAKE NOTICE that pursuant to the (a) Notice of Proposed Assumption of

Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter

11 Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 2011, (b) Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated

Debtors and (c) Plan Supplement dated October 25, 2011, Lehman Brothers Special Financing

Inc. ("LBSF") sought to assume all derivatives contracts between Swiss Re Financial Products

Corporation ("SRFPC") and LBSF.

PLEASE TAKE FURTHER NOTICE  that pursuant to the Objection of Swiss Re

Financial Products Corporation to Assumption of Derivatives Contracts as Set Forth in the

Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to

Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy

Code, dated November 14, 2011 [Docket No. 22084] (the "Objection"), SRFPC objected to the

proposed assumption including, without limitation, to the extent that LBSF sought to assume that

certain ISDA Master Agreement between SRFPC and LBSF, dated as of October 25, 1996 (the

"ISDA Master Agreement").

PLEASE TAKE FURTHER NOTICE  that by notice dated February 9, 2012 [Docket No.

25201], LBSF withdrew its application to assume any and all derivative contracts between

SRFPC and LBSF including, without limitation, the ISDA Master Agreement.

PLEASE TAKE FURTHER NOTICE that SRFPC hereby withdraws its Objection without

prejudice.

Dated:  New York, New York
        February 13, 2012

                    CLIFFORD CHANCE US LLP


                    By:    /s/ Jennifer C. DeMarco
                          Jennifer C. DeMarco
                          Sara M. Tapinekis
                    31 West 52nd Street
                    New York, New York  10019
                    Tel:  (212) 878-8000
                    Fax: (212) 878-8375

                    *Counsel to Swiss Re Financial Products
                    Corporation*

- 2 -