Michael E. Wiles
Derek P. Alexander
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:    (212) 909-6000
Facsimile:    (212) 521-7603
mewiles@debevoise.com
dalexander@debevoise.com
*Attorneys for Pictet & Cie*

James I. McClammy
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:    (212) 450-4584
Facsimile:    (212) 701-5584
james.mcclammy@davispolk.com
*Attorneys for Bank Julius Baer & Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11 Case No.** |
| **Lehman Brothers Holdings Inc.,** *et al.*, | **08-13555 (JMP)** |
| **Debtors.** | **Jointly Administered** |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO ENLARGE THE TIME PERIOD FOR THE FILING OF CLAIM NUMBER 64249 BY ONE DAY

PLEASE TAKE NOTICE that Pictet & Cie and Bank Julius Baer & Co., Ltd. hereby withdraw without prejudice their motion (the "**Motion**") to enlarge the period for the filing of Claim Number 64249 (the "**Claim**") by one day [ECF No. 21979], upon the Debtors' withdrawal of its objection to the Claim [ECF No. 25425]. Pictet & Cie and Bank Julius Baer & Co., Ltd. reserve all rights to respond to any objection the Debtors may make with respect to the Claim in the future, including without limitation the right to reinstate their Motion.

Dated: February 13, 2012
      New York, New York

                        Respectfully submitted,

                        DEBEVOISE & PLIMPTON LLP

By: */s/ Michael E. Wiles*
    Michael E. Wiles
    Derek P. Alexander
    919 Third Avenue
    New York, New York 10022
    Telephone: (212) 909-6000
    Facsimile: (212) 521-7603
    mewiles@debevoise.com
    dalexander@debevoise.com
    *Attorneys for Pictet & Cie*

DAVIS POLK & WARDWELL LLP

By: [signature]
    James I. McClammy
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4584
    Facsimile: (212) 701-5584
    james.mcclammy@davispolk.com
    *Attorneys for Bank Julius Baer & Co. Ltd.*