UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc.,** *et al.*, | 08-13555 (JMP) |
| **Debtors.** | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Derek P. Alexander, certify that I am over eighteen years of age and that on this 13th day of February, 2012, I caused to be served, (i) on all parties of record by ECF and (ii) upon the parties listed below by hand delivery, copies of the following:

- Notice of Withdrawal Without Prejudice of Motion to Enlarge the Time Period for the Filing of Claim Number 64249 by One Day.

| Office of the United States Trustee | Debtors' Attorneys | Attorneys for the Official Committee of Unsecured Creditors |
|---|---|---|
| 33 Whitehall Street, 21st Floor New York, New York 10004 Attn: Tracy Hope Davis, Esq., Andrea B. Schwartz, Esq., and Elisabetta Gasparini, Esq. | Weil Gotshal & Manges LLP 767 Fifth Avenue New York, New York 10153 Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq. | Milbank, Tweed, Hadley & McCloy LLP 1 Chase Manhattan Plaza New York, New York 10005 Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq. and Dennis O'Donnell, Esq. |

Dated: New York, New York,
February 13, 2012

/s/ Derek P. Alexander
Derek P. Alexander
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000
Fax. (212) 909-9836