ARNOLD & PORTER LLP
Michael L. Bernstein
Rosa J. Evergreen
Dana B. Yankowitz
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone:   (202) 942-5000
Facsimile:    (202) 942-5999

-and-

Susan L. Shin
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile:  (212) 715-1399

*Attorneys for Adventist Health System/Sunbelt, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF ADVENTIST HEALTH SYSTEM/
SUNBELT, INC. TO THE DEBTORS' PROPOSED ASSUMPTION OF CONTRACTS**

**PLEASE TAKE NOTICE THAT** Adventist Health System/Sunbelt, Inc. hereby withdraws, without prejudice to renew, the Objection of Adventist Health System/Sunbelt, Inc. to The Debtors' Proposed Assumption of Contracts, filed on November 4, 2011 (ECF No. 21610), in view of Debtors' withdrawal of their application to assume all ten contracts listed as being between LBSF and "Adventist Health System (2 Way Collateral Account)",

"ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO." or "Adventist Health System/Sunbelt, Inc" in their October 25, 2011 Plan Supplement (ECF 21254).[1]

Dated: February 13, 2012  
New York, New York

Respectfully submitted,

ARNOLD & PORTER LLP

By:   /s/ Susan L. Shin               
      Michael L. Bernstein  
      Rosa J. Evergreen  
      Dana B. Yankowitz  
      555 Twelfth Street, N.W.  
      Washington, D.C. 20004-1206  
      Telephone:   (202) 942-5000  
      Facsimile:    (202) 942-5999

-and-

Susan L. Shin  
399 Park Avenue  
New York, New York 10022-4690  
Telephone: (212) 715-1000  
Facsimile:  (212) 715-1399

*Attorneys for Adventist Health System/Sunbelt, Inc.*

---

[1] (1) 1992 ISDA MA – Local Currency Single Jurisdiction dated on 12/3/2001: Notice of Withdrawal (ECF 25201), 2/9/12; (Withdrew application); (2) Reserve Fund Agreement dated on 11/17/2000: Notice of Withdrawal (ECF 24823), 1/31/12 (Withdrew application); (3) Reserve Fund Agreement dated on 11/17/2000: Notice of Withdrawal (ECF 24823), 1/31/12 (Withdrew application); (4) Forward Purchase Agreement dated on 12/30/1994: Plan Supplement No. 5 (ECF 22876), 12/2/11 (Removed contract); (5) Reserve Fund Agreement dated on 11/17/2000: Notice of Withdrawal (ECF 24823), 1/31/12 (Withdrew application); (6) Reserve Fund Agreement dated on 1/17/2006: Plan Supplement No. 7 (ECF 22980), 12/5/11 (Modified Counterparty); (7) Reserve Fund Agreement dated on 9/28/1994: Plan Supplement No. 7 (ECF 22980), 12/5/11 (Modified Counterparty); (8) Debt Service Reserve Fund dated on 12/31/1994: Notice of Withdrawal (ECF 25201), 2/9/12 (Withdrew application); (9) 1992 ISDA MA – Multi-Currency Cross Border dated on 1/3/1997: Notice of Withdrawal (ECF 25201), 2/9/12 (Withdrew application); and (10) 1992 ISDA MA – Multi-Currency Cross Border dated on 1/3/1997: Plan Supplement No. 5 (ECF 22876), 12/2/11 (Removed contract from list because duplicative).