UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                   :
         Debtors.                                                  :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x    Ref. Docket No. 25003

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2012, I caused to be served the "Notice of Proposed Sale of *De Minimis* Asset Pursuant to *De Minimis* Asset Sale Procedures," dated February 6, 2012 [Docket No. 25003], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    /s/ *Genevieve Uzamere*
                                                                                    Genevieve Uzamere

Sworn to before me this
10th day of February, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

**LBH-De Minimis Sale Ntc  (2/6/2012)**

Office of the United States Trustee
for the Southern District of New York,
Attn: Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor,
New York, New York, 10004,

**LBH-De Minimis Sale Ntc  (2/6/2012)**

Milbank, Tweed, Hadley & McCloy LLP,
Attn: Evan Fleck, Esq., Roger Lee, Esq.,
 (attorneys for the Official Committee of
Unsecured Creditors)
1 Chase Manhattan Plaza,
New York, New York, 10005,

**LBH-De Minimis Sale Ntc  (2/6/2012)**

Hughes Hubbard & Reed LLP,
Attn:  Jeffrey S. Margolin, Esq.,
(Attorneys for James W. Giddens, Trustee for the SIPA
Liquidation of Lehman Brothers Inc.)
One Battery Park Plaza,
New York, New York 10004,

**LBH-De Minimis Sale Ntc  (2/6/2012)**

Cleary Gottlieb Steen & Hamilton LLP,
Attn: Joel Moss, Esq.,
Attorneys for Barclays Capital Inc.
One Liberty Plaza,
New York, New York 10006,