CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

Claims have been filed in this case or deemed filed under 11 U.S.C. §1111(a).  Pursuant to that certain Purchase Agreement by and among Bank of America, N.A., Bank of America (GSS) Limited, Bank of America National Trust Delaware, U.S. Bank National Association, Elavon Financial Services Limited and U.S. Bank Trust National Association dated as of November 11, 2010, U.S. Bank National Association purchased certain trust assets from Bank of America, N.A. (the "*Transferor*").  As of the date hereof the following trusts and related claims

3051724 01 01_revised

have been transferred to U.S. Bank National Association, and U.S. Bank National Association, as Trustee (the "*Transferee*") should be substituted as Trustee and any other capacity thereunder.

This Transfer Statement relates to the following trusts and related derivative claims:

| Trust | Claim Numbers |
|---|---|
| LMT 2005-3 | 21157 and 21156 |
| LXS 2006-19 | 21195 and 21196 |
| SASCO-RF1 | 21158 |
| SAIL 2005-1 | 21162 and 21163 |

NAME AND ADDRESS WHERE NOTICES TO TRANSFEREE SHOULD BE SENT:

Wayne Miller
U.S. Bank National Association
Corporate Trust Services
540 West Madison Street, Suite 1840
Chicago, Illinois 60661
(P) 312 992-5826
(F) 312 992-1718

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: September 2, 2011

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not
individually but as Trustee

By: _____Wayne Miller_____
Printed Name: _____Wayne Miller_____
Its: _____Assistant Vice President_____

ACKNOWLEDGEMENT

Transferor hereby waives any notice or hearing requirements imposed by, inter alia, Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Transfer and Transferee as the valid owner of the Claims listed above. All future payments and distributions, and all notices and other communications, with respect of the Claims listed above are to be made to Transferee.

Bank of America National Association

By: _____

Printed Name: Patrick Kubik

Its: Assistant Vice President

Address:  540 West Madison Street, Suite 1900
          Chicago, Illinois  60661