**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                            :

In re                                         :         **Chapter 11 Case No.**
                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :         **08-13555 (JMP)**
                                          :         **(Jointly Administered)**
           **Debtors.**                        :
                                            :
-----------------------------------------------------------------------x   **Ref. Docket No. 25059**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 7, 2012, I caused to be served:

    a.  the "Notice of Hearing on Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims)," dated February 7, 2012, to which was attached the "Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims)," dated February 7, 2012 [Docket No. 25059], (the "254th Omnibus Objection"), and

    b.  a customized version of the "Notice of Hearing on Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims)," dated February 7, 2012, related to Docket No. 25059, a sample of which is annexed hereto as Exhibit A, (the "254th Omnibus Custom Notice"),

    by causing:

    i.  true and correct copies of the 254th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

    ii.  true and correct copies of the 254th Omnibus Objection, to be delivered via facsimile to those parties listed on the annexed Exhibit C,

    iii.  a true and correct copy of the 254th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, and

    iv.  the 254th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ <i>Pete Caris</i>
Pete Caris

Sworn to before me this
13th day of February, 2012
<u>/s/ <i>Sidney J. Garabato</i></u>
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

-2-

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                          :
          Debtors.                        :      (Jointly Administered)
                                          :
------------------------------------------------------------------x

LBH O254 EX A 02-07-2012 (MERGE2,TXNUM2) 4000071282 BAR(23) MAIL ID *** 000057644199 *** BSIUSE: 1

CHEN, CHIEN-HUA
1ST AUSTIN RD. WEST
THE ARCH MOON TOWER 50D
HONG KONG,  CHINA

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.**

**NOTICE OF HEARING ON DEBTORS' TWO HUNDRED
FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY | |
|---|---|
| **Creditor Name and Address:**<br>CHEN, CHIEN-HUA<br>1ST AUSTIN RD. WEST<br>THE ARCH MOON TOWER 50D<br>HONG KONG,  CHINA | **Claim Number:**       **24380**<br><br>**Date Filed:**          **9/21/2009**<br><br>**Debtor:**              **08-13555**<br><br>**Classification and Amount**    **PRIORITY: $ 6,000.00**<br>**to be Disallowed:** |

PLEASE TAKE NOTICE that, on February 7, 2012, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge and/or reclassify as equity the claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY on the grounds that (as applicable): (i) the Debtors have no liability for compensation related to your employment with entities that are not Debtors in these chapter 11 cases; (ii) the Debtors have no liability for deferred compensation that is not a liability of the Debtors; (iii) the Debtors have no liability for the value of a 401(k) savings plans or loss in the value of a 401(k) savings plans; (iv) the Debtors have no liability for any pension-related obligations pursuant to Title IV of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and a settlement with the Pension Benefit Guaranty Corporation (the "PBGC") and (v) the ownership of preferred stock, common stock, or other equity interest (collectively, the "Stock") constitutes an equity interest in a Debtor but does not constitute a claim against a Debtor's estate as such term is defined in section 101 of title 11 of the United States Code (the "Bankruptcy Code").  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.  Any claim that the Bankruptcy Court reclassifies as an equity interest will not be classified as a claim against LBHI but rather will be treated equivalent with other equity interests in LBHI.**

If you do NOT oppose the disallowance and expungement/reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

**If you DO oppose the disallowance and expungement of your claim and/or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on March 6, 2012 (the "Response Deadline").**

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

**A hearing will be held on March 22, 2012 to consider the Objection. The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.**

If the Bankruptcy Court does NOT disallow and expunge/reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

**If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.**

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erika del Nido, Esq., at 212-310-8323.** CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: February 7, 2012
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bill.freeman@pillsburylaw.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmiller@mofo.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com |
| ahammer@freebornpeters.com | brian.corey@greentreecreditsolutions.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bstrickland@wtplaw.com |
| akornikova@lcbf.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amartin@sheppardmullin.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| anann@foley.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | colea@gtlaw.com |
| ashmead@sewkis.com | cousinss@gtlaw.com |
| asnow@ssbb.com | cp@stevenslee.com |
| atrehan@mayerbrown.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com

dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com

jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com

ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com

-

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org

paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com

-

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com

smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com

-

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ABDINI, ANTOINE | 32 ST JAMES GDNS LONDON W11 4RF UNITED KINGDOM |
| ACKERS,CLIFFORD B | 40 PEAR TREE POINT ROAD DARIEN CT 06820 |
| ALKILANY, SAM | 530 47 STREET BROOKLYN NY 11220 |
| ALLY, KAMRU Z. | 82-27 262ND STREET FLORAL PARK NY 11004 |
| ALTIDOR, FRITZNER L | 514 UNION ST LINDEN NJ 07036 |
| AMANO, KENNETH Y | 293 E SADDLE RIVER RD UPPER SADDLE RIVER NJ 07458 |
| ANDERSON, PATRICIA L. | 330 E 83RD STREET APT 4A NEW YORK NY 10028 |
| ANDREWS, DAVID B. | ANDREWS KURTH LLP ATTN: JOSEPH ROVIRA 600 TRAVIS, STE. 4200 HOUSTON TX 77002 |
| ANDRUS, GEORGE ALDIAN III | 123 ELY CRESCENT TRENTON NJ 08691 |
| ARAMAYO, LUIS | 6038 HIGHLAND PL. WEST NEW YORK NJ 07093 |
| ARNAUDY, ANTHONY J. | 21 SOUTH BAY ROAD, HOUSE E REPULSE BAY HONG KONG |
| AUSTIN, RICHARD J | LYGON COTTAGE BUTE AVENUE PETERSHAM, SURREY TW10 7AX UNITED KINGDOM |
| AUSTIN, RICHARD J | LYGON COTTAGE BUTE AVENUE ICHMOND SURREY TW107AX UNITED KINGDOM |
| BAILEY, ALLYSON V | 27 OAK AVENUE WEST ORANGE NJ 07052 |
| BARBUZZA, SALVATORE V | 3802 BEECHWOOD PLACE SEAFORD NY 11783-2021 |
| BARBUZZA, SALVATORE V. | 3802 BEECHWOOD PLACE SEAFORD NY 11783 |
| BELLO, ANGELO | 54 MIDLAND ROAD STATEN ISLAND NY 10308 |
| BERCUN, MATIAS | 215 W 91ST ST APT 23 NEW YORK NY 10024-1334 |
| BERNATH, RYAN J. | 25325 BOWIE CT STEVENSON RNH CA 91381-1611 |
| BERRY, CHARLENE | 19 SUDBURY RD MORGANVILLE NJ 07751 |
| BESS, DONNA E | 1777 GRAND CONCOURSE #4E BRONX NY 10453 |
| BESS, DONNA E. | 1777 GRAND CONCOURSE # 4E BRONX NY 10453 |
| BISESI, BRIAN J. | 115 OLD STUDIO RD. NEW CANAAN CT 06840 |
| BLUMENTHAL, ANDREW | 330 E 83RD STREET, APT LJ NEW YORK NY 10028 |
| BOLTON, JEFFREY | 14 E 75TH ST # 8A NEW YORK NY 100212625 |
| BRAHMBHATT, PARTH | 8345 BROADWAY APT 405 ELMHURST NY 11373 |
| BRENNAN, LUKE | 37 CENTRAL DRIVE BRONXVILLE NY 10708 |
| BRISCO, MARILYN | 920 TRINITY AVENUE APARTMENT 9D BRONX NY 10456 |
| BUFFA, THOMAS | 21 APPLE GROVE DRIVE HOLMDEL NJ 07733 |
| BYRNE, KELLY E. | 193 CLINTON AVE. APT. 8B BROOKLYN NY 11205 |
| BYRNE,JAMES J. | P.O. BOX 353411 PALM COAST FL 32135-3411 |
| CABANNE, CHRISTIAN | CLOS DU PETIT PRINCE ANNECY-LE-VIEUX 74940 FRANCE |
| CALDERON, CRAIG | 261 SEAMAN AVE APT 1F NEW YORK NY 10034-6136 |
| CANARAS, PERRY | 1020 WARBURTON AVE APT 6D YONKERS NY 10701 |
| CARPENTER, THERESA J. | 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR NY 10510 |
| CHAN, WING MI | 2 MACIOROWSKI ROAD PARLIN NJ 08859 |
| CHEN, CHIEN-HUA | 1ST AUSTIN RD. WEST THE ARCH MOON TOWER 50D HONG KONG CHINA |
| CHU-FONG, FRANCOIS | 578 60TH STREET BROOKLYN NY 11220 |
| CHU-FONG, FRANCOIS | 578 60TH STREET BROOKLYN NY 11220-4016 |
| CHUNG, ARLENE | C/O NEUBERGER BERMAN LLC 605 THIRD AVE NEW YORK NY 10158 |
| CIRAOLA, ROBERT | 798 ANNADALE ROAD STATEN ISLAND NY 10312 |
| COHEN, JONATHAN | 75 BRAMBLE BROOK ROAD ARDSLEY NY 10502 |
| COHEN, JONATHAN | 75 BRAMBLE BROOK ROAD ARDSLEY NY 10502 |
| COLLINS III, JOSEPH F. | 121 GLEN ARDEN DRIVE FAIRFIELD CT 06824 |
| CONWAY, JULIETTE | 9130 AVENUE M BROOKLYN NY 11236 |
| CORBETT, GERARD W | 14 BEECH ROAD REIGATE, SURREY RH2 9LR UNITED KINGDOM |
| CUPELES NIEVES, HILDA N | 8 GARMANY PLACE YONKERS NY 10710-5105 |
| CUPELES NIEVES, HILDA N. | 8 GARMANY PLACE YONKERS NY 10710 |
| DALTON, MATTHEW P. | 115 SAN RAFAEL WAY SAN FRANCISCO CA 94127 |

| Claim Name | Address Information |
|---|---|
| DANNENBAUM, KARL H | 4 DOURO PLACE VICTORIA ROAD LONDON, GT LON W8 5PH UNITED KINGDOM |
| DELA ROSA, ANGELA | 375 UPPER MOUNTAIN AVE MONTCLAIR NJ 07043 |
| DELEO, RUTH R. | 86-23 89TH ST WOODHAVEN NY 11421 |
| DEODAT,VIVEKANAND | 94-15 113TH STREET RICHMOND HILL NY 11419 |
| DODGE, KEVIN W. | 2217 IVAN ST APT 1401 DALLAS TX 75201-1096 |
| DOMENICI, DIANE | 414 WEST 54TH ST. PH-A NEW YORK NY 10019 |
| DREYER, JERALD WAYNE | 9797 MAYFAIR STREET # B ENGLEWOOD CO 80112 |
| DWYER, JAMES | 443 95TH STREET - APT # B3 BROOKLYN NY 11209 |
| FAUCHEUX, LUC | 5 STURGES HOLLOW WESTPORT CT 06880 |
| FEELY, ALEJANDRO | 229 W 60TH STREET # 4Q NEW YORK NY 10024 |
| FEIBUS, CLIFFORD | 5 IVY CT BROOKVILLE NY 11545 |
| FERNANDEZ, JEFFREY | 17 EAST 67TH STREET APT 5A NEW YORK NY 10065 |
| FERRAIOLI, PAUL | 25 LLOYD ROAD HO HO KUS NJ 07423 |
| FINKEL, SETH J | 6 EAST HILL COURT TENAFLY NJ 07670 |
| FISCELLA, LOUIS | 5085 ADRIANA COURT CENTER VALLEY PA 18034 |
| FLETCHER, DANIEL J. | 12 FRIAR TUCK COURT WARREN NJ 07059-6755 |
| FURLONG,JOHN P | 274 ST PAUL'S ROAD ISLINGTON LONDON, GT LON N12LJ UNITED KINGDOM |
| GABBAY, MARK | HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG |
| GATTUSO, MARY F. | 531 MAIN STREET. APT 222 NEW YORK NY 10044 |
| GAY,PAUL | 86 CLAYGATE LANE HINCHLEY WOOD ESHER SURREY KT10 0BJ UNITED KINGDOM |
| GAYLORD, JENNIFER | 200 WEST 79TH ST, APT 10B NEW YORK NY 10024 |
| GERAGHTY, RONALD J. | 17 BRANDYWINE LANE COLTS NECK NJ 07722 |
| GIOVANELLI, CORRADO | VIA G B VICO 8 MILAN MI 20123 ITALY |
| GLENN, RICHARD | 1A UNDERWOOD STREET ISLINGTON LONDON N1 7LY UNITED KINGDOM |
| GRANCHI, SOPHIE | 19 ELVASTON PLACE LONDON SW7 5QF UNITED KINGDOM |
| GREENGROVE, KEITH | FLAT 22, FIRST FLOOR, HARMONY COURT 20-22 TAI HANG ROAD, JARDINE'S LOOKOUT HONG KONG |
| GROSS, BRIAN M. | 400 E 71ST APT 10D NEW YORK NY 10021 |
| GUTHEIL, DAVID | 813 COOPERTOWN RD. BRYN MAWR PA 19010 |
| GUTIERREZ, ESPERANZA | 820 SIMMONS AVENUE MONTEBELLO CA 90640 |
| HALL, PETER | 1 VAN RENSSELAER AVE STAMFORD CT 06902-8018 |
| HAYDON, RICHARD L. | 168 COTTAGE PLACE RIDGEWOOD NJ 07450 |
| HAZO, TIMOTHY D. | 9 WASHINGTON STREET NEWBURYPORT MA 01950 |
| HELLMANN, BRIAN | 94 SHADYSIDE AVENUE PORT WASHINGTON NY 11050 |
| HIRD-HAUGHTON,MARJORIE M. | 6 DONALD COURT ELMONT NY 11003 |
| HOLLAND, LORRAINE L. | 3300 N. LAKE SHORE DR. APARTMENT 7A CHICAGO IL 60657 |
| ICHARD, LAURENT | 115 LAUDERDALE ROAD LONDON W9 1LY UNITED KINGDOM |
| IMPERATO, JASON | 148 WEAVER STREET GREENWICH CT 06831 |
| INFANTE, ELVIS | 507 VAN BUREN ST BROOKLYN NY 11221 |
| INFANTE, ELVIS | 507 VAN BUREN ST BROOKLYN NY 11221 |
| JOHNSON JR., ANDREW A | 544 LINDEN AVE OAK PARK IL 60302 |
| JOHNSON, DANIEL S. | 294 N. MOUNTAIN AVENUE MONTCLAIR NJ 07043 |
| JONES, GREGORY D. | 440 E 62ND ST APT 4G NEW YORK NY 100638342 |
| KELLY, JOHN J | 2531 DRAMMEN PLACE RICHMOND VA 22333 |
| KERRANE, BRIAN | 29 REDWOOD ROAD NEW HYDE PARK NY 11040 |
| KIEHL, KAREN | 294 GARFIELD PLACE BROOKLYN NY 11215 |
| KING, ANTHONY | 46 RAVENSFIELD GARDENS STONELEIGH EPSOM KT19 0SR UNITED KINGDOM |
| KLANG, LINDA | 21 MONROE STREET LYNBROOK NY 11563 |
| KLAR, GREGORY L. | 63 EAST 9TH ST., APT. 7P NEW YORK NY 10003 |

| Claim Name | Address Information |
|---|---|
| KLEIN, JOSEPH | 5457 STATE ROAD 83 HARTLAND WI 53029-8895 |
| KOFMAN, ANDREW S. | C/O AMERICAN PACKAGE CO. 226 FRANKLIN STREET BROOKLYN NY 11222-1382 |
| KOMAROMY, LUCY | 38 SHEPHERDS LANE CAVERSHAM READING RG4 7JL UNITED KINGDOM |
| KONHEIM, SETH L. | 10 LYNDALE PARK WESTPORT CT 069801228 |
| KORZENKO, MICHAEL K | 166 RIVENDELL CT MELVILLE NY 11747 |
| KROFT, HOLLY NEWMAN | 169 EAST 69TH STREET, APT 4D NEW YORK NY 10021 |
| KWAN, HERBERT W. | FLAT 28A, DRAGONVIEW COURT 5 KOTEWALL ROAD MIDLEVELS HONG KONG CHINA |
| KWAN, HERBERT W. | JOHN L. BERGER, ESQ. LOWENSTEIN SANDLER PC 65 LIVINGSTON AVE. ROSELAND NJ 07068 |
| LE COZ, FRANCK | 13 AVENUE HECTOR BERLIOZ 44 SAINT NAZAIRE 44600 FRANCE |
| LEUNG, PHILIP I | 20 CONFUCIUS PLAZA APT. 40G NEW YORK NY 10002 |
| LI, XIU WEN | 50-48 208 STREET BAYSIDE NY 11364 |
| LITTLEFIELD, DAVID A | LAW OFFICES OF PASQUALE P. CAIAZZA 606 EAST CHAPMAN AVENUE, SUITE 201 ORANGE CA 92866-1601 |
| LITTLEFIELD, DAVID A | LAW OFFICES OF PASQUALE P. CAIAZZA 606 EAST CHAPMAN AVENUE, SUITE 201 ORANGE CA 92866-1601 |
| LUONG, HIEN | 17 TYERS TERRACE LONDON SE11 5LZ UNITED KINGDOM |
| MAGGIACOMO,ALAN B. | 5 HAWTHORN DRIVE PLAINSBORO NJ 08536 |
| MANDELBLATT, GARY | 730 LAWRENCE AVENUE WESTFIELD NJ 07090 |
| MANNING, CHRISTOPHER R. | 431 GRACE CHURCH ST RYE NY 10580-4214 |
| MANNING, CHRISTOPHER R. | JOHN BERGER, ESQ. LOWENSTEIN SANDLER PC 65 LIVINGSTON AVE. ROSELAND NJ 07068 |
| MARAN, ELENA | VIA SABBIONERA 149F LATISANA LATISANA UD 33053 ITALY |
| MARDEL, SIMON | HERONS HERONS LANE FYFIELD - ESSEX CMS ORQ UNITED KINGDOM |
| MAUGHAN, KELLY | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| MCCORMICK, JAMES | 5 MALLORD STREET LONDON SW3 2 JB UNITED KINGDOM |
| MCDONAGH, CHRISTOPHER W | 124 STONEBRIDGE ROAD MONTCLAIR NJ 07042-1635 |
| MCDONAGH, CHRISTOPHER W | MCDONAUGH, CHRISTOPHER W 124 STONEBRIDGE ROAD MONTCLAIR NJ 07042-1635 |
| MCDONAGH, THEODORE W | 902 HIGHLAND AVENUE WESTFIELD NJ 07090 |
| MCDONAGH, THEODORE W | 902 HIGHLAND AVENUE WESTFIELD NJ 07090 |
| MERMELSHTEYN, ANTON | 727 OCEANVIEW AVE, APT A2 BROOKLYN NY 11235 |
| MIKHAIL, REDA | 319 ABINGDON AVENUE STATEN ISLAND NY 10308 |
| MILLER, JAMES W. JR. | 353 WEST 44TH STREET APT 3B NEW YORK NY 10036 |
| MINHAS, RAJVINDER | 82 TYCEHURST HILL LOUGHTON ESSEX IG10 1DA UNITED KINGDOM |
| MIRALLA, LINDA | 8 MCKIBBIN CT BROOKLYN NY 11206 |
| MITSUDA, ALEXANDER | 513 17TH STREET # 1L BROOKLYN NY 11215 |
| MOHN, LARS | FLAT 4 141 A KENSINGTON HIGH STREET LONDON W86SU UNITED KINGDOM |
| MORRISON, E. VICTORIA | 3912 ALCAZAR DR. CASTLE ROCK CO 80109 |
| MORRISON, JAMES C. | 81 TULIP LANE COLTS NECK NJ 07722 |
| MURPHY, CIARAN | 810 SNOWHILL CT GLEN ELLYN IL 60137 |
| MURPHY, PATRICIA A. | 71 HAYES STREET GARDEN CITY NY 11530 |
| MURPHY, ROBERT BLAKE | 59 IRWIN PLACE HUNTINGTON NY 11743 |
| MYASKOVSKIY, ANATOLI | 2355 EAST 12TH STREET # 6-C BROOKLYN NY 11229 |
| NACKENSON, RICHARD | 254 EAST 68TH STREET # 31D NEW YORK NY 10065 |
| NASSIF, ZEINA | 68 CORNWELL GARDENS LONDON SW7 4BA UNITED KINGDOM |
| NESSER, LEE | 9 EXETER ROAD SHORT HILLS NJ 07078 |
| NIEMAN, ROGER R. | 300 EAST 40TH ST NEW YORK NY 10016-2188 |
| NOLAN JR,THOMAS P | 76 POINT LOOKOUT MILFORD CT 06460 |
| NOLAN JR,THOMAS P | 76 POINT LOOKOUT MILFORD CT 06460 |
| O'BRIEN, BARRY J | 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078-3316 |
| O'CONNOR, JOHN J. | 257 ANDOVER STREET LOWELL MA 01852 |

| Claim Name | Address Information |
| --- | --- |
| O'SULLIVAN, MARK | 19 NASSAU RD MONTCLAIR NJ 07043 |
| OLSEN, ROBERT T. | 7101 SHORE ROAD APT. 5H BROOKLYN NY 11209 |
| OOKA, TAMIKO | HOMAT WISTARIA #402 1-1-26, MINAMI AZABU 13 MINATO-KU 1060047 JAPAN |
| OU-YANG, HUI | 3-6-9-202 MOTOAZABUKAN, MOTOAZABU MINATO-KU 13 106-0046 JAPAN |
| PANIKAR, VINOD | A/302, RUNWAZ HEIGHTS, LBS MARQ MULUND (WEST) MUMBAI 400080 INDIA |
| PAPPAS, MARIA | 16 N. CHATSWORTH AVE APT 512 LARCHMONT NY 10538 |
| PARKER, DEBORAH A | 1902 LYNTON CIRCLE WELLINGTON FL 33414 |
| PASTRANA, EVELIO D. | 114 E 37TH ST APT 4B NEW YORK NY 10016 |
| PATEL, NISHA | 292 BROOKFIELD DR JACKSON NJ 08527 |
| PATRICIA YANEZ, MARIA | 946 FRANKLIN AVENUE FRANKLIN LAKES NJ 07417 |
| PERRI, SUZANNE | NOB HILL CONDOMINIUMS 34 RICHMOND BOULEVARD UNIT 1A RONKONKOMA NY 11779 |
| PERRI, SUZANNE | NOB HILL CONDOMINIUMS 34 RICHMOND BOULEVARD UNIT 1A RONKONKOMA NY 11779 |
| PERRI, SUZANNE | NOB HILL CONDOMINIUMS 34 RICHMOND BOULEVARD UNIT 1A RONKONKOMA NY 11779 |
| PERRI, SUZANNE | NOB HILL CONDOMINIUMS 34 RICHMOND BOULEVARD UNIT 1A RONKONKOMA NY 11779 |
| PHILLIP, VANDA M. | 2950-52 WEST 35TH STREET APARTMENT 101 BROOKLYN NY 11224 |
| POPE, CAROLYN J. | 104 HILLCREST RICHMOND TX 77469 |
| POTSIOS, ANDREA M | VIA APPIANI, 19 MILAN 20121 ITALY |
| POTSIOS, ANDREA M | SOPHIE WHITBREAD CHARLES RUSSELL LLP 5 FLEET PLACE ELAM 7RD REF: NSH/SLW LONDON UNITED KINGDOM |
| QUINN, BRYAN E. | 1153 BRIANS WAY WAYNE PA 19087-2239 |
| QUISMORIO, JAMES P. | FLAT H, 39/F, TOWER 1 89 POKFULAM ROAD HONG KONG HONG KONG |
| RANDAZZO, PHILIP A. | 2171 BAYRIDGE AVE BROOKLYN NY 11204 |
| REBOZO, MARISELA | 82 KING STREET KEARNY NJ 07032 |
| REGAZZI, THOMAS | 36 COVERT PLACE STEWART MANOR NY 11530 |
| ROBINSON, REYNE L. | 583 WEBSTER AVENUE NEW ROCHELLE NY 10801 |
| ROCHA, JOANA P. | 605 THIRD AVEUNE, 22ND FLOOR NEW YORK NY 10158 |
| ROGERS, THOMAS | 119 BRIGHTON ROAD CLIFTON NJ 07012 |
| ROMAN, HECTOR D. | 9 WILLOW POND LANE MILLER PLACE NY 11764 |
| ROSEN, LEONARD G. | 64 PINKAS STREET APARTMENT 153 TEL AVIV 62157 ISRAEL |
| ROSENBLATT, DANIEL H. | 445 LAFAYETTE STREET APT 11B NEW YORK NY 10003-7021 |
| ROWE, DOUGLAS B. | 423 ESSEX RD KENILWORTH IL 60043 |
| RUBINSTEIN, MARC | 12B BABINGTON HOUSE 5 BABINGTON PATH H MIDLEVELS HONG KONG |
| SARACENI, MICHAEL | 299 WEST 12TH STREET, PHA NEW YORK NY 10014 |
| SARDINA, LAUREN | 880 LOMBARD STREET SAN FRANCISCO CA 94133 |
| SCHREIBER, RUSSELL | 500 WEST 53RD STREET, APT PH NEW YORK NY 10019 |
| SCHULBERG, DEAN H | 9 BOURNE ROAD BUSHEY, HERTS WD233NH UNITED KINGDOM |
| SCHULTZ, KEITH | 55 RIVER WALK PLACE APT 409 WEST NEW YORK NJ 07093 |
| SCHUPF, HENRI AXEL | 1021 PARK AVE., #9A NEW YORK NY |
| SESHASAYEE, AADIT | C/O SANGINI SHROFF 21D BRANKSOME GRANDE 3 TECGUNTER PATH, MID LEVELS HONG KONG |
| SGRO, MICHAEL | 1151 76TH STREET BROOKLYN NY 11228 |
| SHANAHAN, JOHN J. | 7 SPRINGVALE RD CROTON ON HUDSON NY 10520 |
| SHAUGHNESSY, JOHN C | 11 BUTLER HILL ROAD NORTH SOMERS NY 10589-2410 |
| SHAVEL, GREG | 339 E 22ND ST, APT 10 NEW YORK NY 10010 |
| SHERER, MONICA | 44 WEST 62ND ST APT 9E NEW YORK NY 10023 |
| SHEVADE, AMIT | A1301 CHAMUNDA HERITAGE BEHIND JEEVAN VIKAS HOSP. ANDHERI C. (EAST) 400069 MUMBAI INDIA |
| SHIGEKAWA, STEVE | 605 THIRD AVENUE, 39TH FLOOR NEW YORK NY 10158 |
| SIDHU, LUVLEEN | 5 CHARDONNAY CIRCLE MOHNTON PA 19540 |
| SLATTERY, RYAN GORDON | 5509 E BRIARWOOD CIRCLE CENTENNIAL CO 80122 |

| Claim Name | Address Information |
|---|---|
| SMITH, GREGORY A | 480 WILLOW RD WINNETKA IL 60093 |
| SMITH, JAMES P. | 50 CAMBRIDGE DR SHORT HILLS NJ 07078 |
| SOLMONSON, LESLIE | 1016 FIFTH AVENUE NEW YORK NY 10028 |
| SOODKEO, INDRA | 2913 FOSTER AVE., APT# 2A BROOKLYN NY 11210 |
| SPIEGEL, MICHAEL H. | 630 MEEHAN AVE FAR ROCKAWAY NY 11691 |
| STEFANONI, ANTHONY M | 405 W. 23RD STREET APARTMENT 5G NEW YORK NY 10011-1459 |
| STEINBERG, MARC | 207 E 74TH ST APT 7F NEW YORK NY 10021-3343 |
| STONE, DEBRA L | 177 CONTINENTAL AVENUE RIVER EDGE NJ 07661-2217 |
| TALBOT, BRIAN | 15 CATHEDRAL AVE GARDEN CITY NY 11530 |
| TANG, NORAH N | 100 BEEKMAN ST #14L NEW YORK NY 10038 |
| TANG, NORAH N. | 100 BEEKMAN ST., # 14L NEW YORK NY 10038 |
| TERZIS, JOHN | 15 REVERE RIVERSIDE CT 06878 |
| TIPPING, CRAIG | 52 A, LESSOR AVENUE LONDON SW4 9HQ UNITED KINGDOM |
| TOLMAN, MARC | 6935 PERDIDO BAY TERRACE LAKE WORTH FL 33463 |
| TOOLAN, PETER G. | 28 JOSS WAY MILLINGTON NJ 07946 |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591 |
| TRIOLO, JOHN G. | 1228 FLOWER LANE WANTAGH NY 11793 |
| TULSI, SHANE | 6402 C 192ND ST APT 1B FRESH MEADOWS NY 113653935 |
| VACCARO, LAUREN | 70 INDALE AVENUE STATEN ISLAND NY 10309 |
| VISCONTI, CHRISTOPHER | 1006 PRIMROSE AVE STROUDSBURG PA 18360 |
| WEBER, ANDREW | 8 HOLLYWOOD ROAD LONDON SW10 9HY UNITED KINGDOM |
| WEBER, ANDREW | 8 HOLLYWOOD ROAD LONDON SW10 9HY UNITED KINGDOM |
| WELCH, COLIN S. A. | 26 HAMILTON GARDENS ST. JOHN'S WOOD NW8 9PU UNITED KINGDOM |
| WHEELER, KEITH A. | 13 PALOMINO CIRCLE NOVATO CA 94947 |
| WHEELER, MATTHEW | THE CEDARS DIPPENHALL STREET CRONDALL FARNHAM, SURREY, ENGLAND UNITED KINGDOM |
| WITOVER, M. KENNETH | 12 SABINE ROAD SYOSSET NY 11791 |
| WRIGHT, MICHELLE MARIE | 23 ENDLESHAM ROAD FLAT 2 BALHAM LONDON SW12 8JX UNITED KINGDOM |
| WRIGHT, MICHELLE MARIE | 23 ENDLESHAM ROAD FLAT 2 BALHAM LONDON SW12 8JX UNITED KINGDOM |
| XIE, YONG | 25 CASTLE MILLS OXFORD OX1 1AD UNITED KINGDOM |
| YAGHOUTIEZ, HOOMAN | 100 CUTTERMILL RD # 5J GREAT NECK NY 11021 |
| YANG, WOO R. | 16 POINTE VIEW PL S SAN FRAN CA 94080-1671 |
| ZAMEER, KHAN H. | 25-GREEN ACRES AVENUE EAST BRUNSWICK NJ 08816 |

**Total Creditor count  223**

| Claim Name | Address Information |
| --- | --- |
| BELLANTONI, JOHN P | 54 BLOOMER RD BREWSTER NY 10509 |
| BLYZNAK, ULANA | 138 SECOND AVENUE NEW YORK NY 10003 |
| GRECO, LORRAINE | 1401 MICHAEL PL. BAYSIDE NY 11360 |
| LEE, MICHAEL | 47 AMAGANSETT DRIVE MORGANVILLE NJ 07751 |
| MOCANASU, CLAUDIA M | 38 COLE COURT DUMONT NJ 07628 |
| SMITH, CHRISTINE | 154 EAST 29TH STREET APT 4D NEW YORK NY 10016 |
| TAYLOR, CAROLYN L. | 10 DOGWOOD CIRCLE MATAWAN NJ 07747 |
| TRELLES, CAESAR A. | 4 FIRETHORNE ROAD OLD BRIDGE NJ 08857 |

**Total Creditor count  8**

| Claim Name | Address Information |
| --- | --- |
| JARBOE, CATHY ANNE | 10751 OLD LEITCHFIELD RD WHITESVILLE KY 42378-9512 |
| MEYER, NIAMH | 44 OAKLEIGH AVENUE LONDON, GT LON KT6 7PX UNITED KINGDOM |
| RAMADAN, ZAKY S. | PO BOX 750134 FOREST HILLS NY 11375 |
| SCHAEFER,SHEILA M. | 117 WEST BAYBERRY ROAD ISLIP NY 11751 |
| STEIGER ASSOCIATES LP | C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK NY 10168 |
| STEIGER, HEIDI L. | C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK NY 10168 |
| TEASDALE, ELIZABETH REGAN | 104 CHARLTON STREET APT 5W NEW YORK NY 10014 |

Total Creditor count  7