MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust (BT-0347)
Jeffrey G. Tougas (JT-5533)
Christine A. Walsh (CW-2727)

*Counsel To FirstCaribbean International Bank (Bahamas) Limited*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF
FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS)
LIMITED IN CONNECTION WITH DEBTORS' PLAN SUPPLEMENT
AND NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS**

TO:   **THE HONORABLE JUDGE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:**

FirstCaribbean International Bank (Bahamas) Limited, ("FCIB") by and through its undersigned attorneys, hereby withdraws the Objection in Connection with the Plan Supplement (Docket No. 21254), filed on October 25, 2011, by Lehman Brothers Holdings Inc. and its affiliated debtors, and the Objection to Debtors' Proposed Assumption of Executory Contracts, as filed by FCIB on November 10, 2011 (Docket No. 21900).

701156845

Dated: New York, New York
February 13, 2012

                                  Respectfully submitted,

/s/ Brian Trust

Brian Trust (BT-0347)
Jeffrey G. Tougas (JT-5533)
Christine A. Walsh (CW-2727)
**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Counsel to FirstCaribbean International Bank (Bahamas) Limited*

                    \*     \*     \*

701156845          2