Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.
and Barclays Bank PLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :    Chapter 11 Case No.
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    08-13555 (JMP)
                                                             :
            **Debtors.**                                     :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF BARCLAYS
CAPITAL INC. AND BARCLAYS BANK PLC
TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR RECONSIDERATION OF COURT'S SEPTEMBER 17, 2008 INTERIM
ORDER (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION
FINANCING PURSUANT TO SECTIONS 363 AND 364 OF BANKRUPTCY
CODE & (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS TO POST-
PETITION LENDERS PURSUANT TO SECTION 364 OF BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on February 7, 2012, the Court entered the Stipulation and Order Settling Issues in Connection with the Postpetition Financing of Lehman Brothers Holdings Inc. and Providing for Release of Funds (Dkt. No. 25049) (the "Settlement Stipulation").

PLEASE TAKE NOTICE that in accordance with the terms of the Settlement Stipulation, on February 10, 2012, the Official Committee of Unsecured Creditors (the "Committee") filed a notice (Dkt. No. 25246) withdrawing with prejudice the Committee's

Motion for Reconsideration Of Court's September 17, 2008 Interim Order (I) Authorizing Debtor To Obtain Postpetition Financing Pursuant To Sections 363 And 364 Of Bankruptcy Code And (II) Granting Liens And Superpriority Claims To Postpetition Lenders Pursuant To Section 364 Of Bankruptcy Code (Dkt. No. 434, the "Motion") .

PLEASE TAKE NOTICE that in light of the Committee's withdrawal of its Motion, and in accordance with the terms of the Settlement Stipulation, Barclays Capital Inc. ("Barclays Capital") and Barclays Bank PLC (together with Barclays Capital, "Barclays"), hereby withdraw with prejudice Barclays' Objection to the Motion Of Official Committee Of Unsecured Creditors For Reconsideration Of Court's September 17, 2008 Interim Order (I) Authorizing Debtor To Obtain Postpetition Financing Pursuant To Sections 363 And 364 Of Bankruptcy Code And (II) Granting Liens And Superpriority Claims To Postpetition Lenders Pursuant To Section 364 Of Bankruptcy Code, filed on December 8, 2011 (Dkt. No. 23126).

Dated: New York, New York
February 13, 2012

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Lindsee P. Granfield

Lindsee P. Granfield
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Barclays Capital Inc. and Barclays Bank PLC*

2