Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Counsel for IBM Personal Pension Plan Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtor, | ) Jointly Administered |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION

PLEASE TAKE NOTICE that the Limited Objection of the IBM Personal Pension Plan Trust [ECF No. 21535] to the Plan Supplement, which sets forth at Exhibit 2 the Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to Section 11.1 of the Plan [ECF No. 21254], is hereby withdrawn.

Dated: New York, New York
February 13, 2012

SATTERLEE STEPHENS BURKE & BURKE LLP
*Counsel for IBM Personal Pension Plan Trust*

By:  /s/ Christopher R. Belmonte
Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200
cbelmonte@ssbb.com
pbosswick@ssbb.com
asnow@ssbb.com

1348983_1