WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION
TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM***

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors'

Motion to Compel Compliance with Subpoena *Duces Tecum* [ECF No. 24602] (the "Motion"),

which was scheduled for February 15, 2012, at 10:00 a.m., **has been adjourned to March 21,**

**2012 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion

will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

US_ACTIVE:\43925558\01\58399.0008

hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: February 13, 2012
      New York, New York

/s/ Richard W. Slack
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession