**Wolters Kluwer** Corporate Legal Services | **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

January 27, 2012

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY  10152

Re:  In re: Lehman Brothers Holdings Inc., et al., Debtors // To: TIAA Structured Finance CDO I, Limited

Case No.  0813555JMP

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for TIAA Structured Finance CDO I, LLC

TIAA Structured Finance CDO I, LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Melanie McGrath
Senior Corporate Operations Specialist

Log# 519875283

FedEx Tracking# 797997518494

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408



RECEIVED FEB - 3 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK