CHRIS STOVIC  Pro Se
435 Greeves St.
Kane, PA 16735
1-814-837-7046
     Creditor



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF NEW YORK

------------------------------------------------------------x
In re:                                            :
                                                  :    Chapter 11
LEHMAN BROTHERS HOLDING INC., et al.              :
                                                  :    Case No. 08-13555(JMP)
                                                  :
               Debtor                :    (Jointly Administered)
                                                  :
------------------------------------------------------------x

In response to the notice received from WEIL, GOTSHAL & MANGES LLP

In Re "NOTICE of ENTRY of ORDER
CONFIRMING MODIFIED THIRD AMENDED
JOINT CHAPTER 11 PLAN Of LEHMAN BROTHERS
HOLDINGS INC. AND ITS AFFILIATED DEBTORS"

FACTS I

1  A proof of claim was filed and served upon the debtor Dkt 670.

2  502 (a) A claim of interest, proof of which is filed under section 501 of this title is deemed

   allowed.

3  502 (F) "... a claim arising in the ordinary course of the Debtor's business or financial affairs after
     the commencement of the case, <u>but before the earlier of the appointment of a trustee</u>
     <u>the order for relief shall be determined as of the date such claim arises and shall be</u>
     <u>allowed under section (d) and (c). "</u> Claim hard copy Dkt 670 was filed 2-10-2009.

4  The "Shelf Registration" sign by the Board of Directors, stated the terms and the conditions of

   the terms of the Contract, Agreement. It was a binding contract prior to the Effective Date.

   "If held to maturity it will be paid in full plus the fixed Interest, Investment Grade "A" and etc."

5  Enclosed please find the board members signatures to the "Shelf Registration" that was filed with

   the Security Exchange Commission. See EXHIBIT I.

6   The Lehman Brothers Holdings Inc. and its Board members Breached the Agreement and Misled

the respondent in violation of the FINRA REGULATIONS and THE SECURITIES LAW.

STATEMENT II

7   <u>FINRA said, "This matter underscores a firm's need to be clear and comprehensive in disclosing risks of the structured products it sells to retail investors." and "neglected to disclose necessary information to customers about the issuer's credit risk so investors would understand the magnitude of the potential losses."</u>

8   I do not need to repeat the reasons and facts, they were clearly stated in Dockets 18493 and 19099.

I object to the "order"; it violates 502 (a) of the Bankruptcy Act.

CONCLUSION III

In this Bankruptcy Court under Chapter 11, the Debtor in Possession and the Judge have

been able, with the power invested in the judge, to legislate from the bench. Any other Rules,

Regulations, Laws and the Constitution have been ignored and/or over-ruled.

RELIEF IV

I expect payment in full plus interest and costs.


February 2, 2012

Respectfully

*Chris Stovic*
Chris Stovic

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the Response in Re NOTICE OF ENTRY of ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT CHAPTER II PLAN OF LEHMAN BROTHERS HOLDINGS INC. and ITS AFFILIATED DEBTORS was served upon the party on February 2, 2012 in the manner indicated below, which service is in compliance with Bankruptcy Rule 9006 (e)- Time of service.

Service by ordinary First Class, U.S. Mail addressed as follow:

Respectfully,

*Chris Stovic*
Chris Stovic
435 Greeves St.
Kane, PA 16735
(814) 837-7046

cc: **Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Tel. (212) 310-8000

**EXHIBIT I**

EXHIBIT I

08-13555-mg    Doc 25302    Filed 02/06/12    Entered 02/14/12 09:42:20    Main Document
Pg 5 of 8

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Lehman Brothers Holdings Inc. certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in New York, New York, on May 30, 2006.

LEHMAN BROTHERS HOLDINGS INC.

By: /s/ BARRETT S. DIPAOLO
_____

Barrett S. DiPaolo
*Vice President*

## POWER OF ATTORNEY

Know all men by these presents, that the undersigned directors and officers of Lehman Brothers Holdings Inc., a Delaware corporation, which is filing a Registration Statement on Form S-3 with the Securities and Exchange Commission, Washington, D.C. 20549, under the provisions of the Securities Act of 1933, hereby constitute and appoint Thomas A. Russo, Jeffrey A. Welikson, Barrett S. DiPaolo, Karen B. Corrigan and James J. Killerlane, and each of them, the individual's true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for the person and in his or her name, place and stead, in any and all capacities, to sign such registration statement and any or all amendments, including post-effective amendments, to the registration statement, including a prospectus or an amended prospectus therein and all other documents in connection therewith to be filed with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or any of them, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

II-5

Pursuant to the requirements of the Securities Act of 1933, this Registration Statement has been signed below by the following persons in the capacities and on the date indicated.

Dated: May 30, 2006

| Signature | Title |
|---|---|
| /s/ RICHARD S. FULD, JR.<br>Richard S. Fuld, Jr. | Chairman of the Board of Directors and Chief Executive Officer (principal executive officer) |
| /s/ CHRISTOPHER M. O'MEARA<br>Christopher M. O'Meara | Chief Financial Officer, Controller and Executive Vice President (principal financial and accounting officer) |
| /s/ MICHAEL L. AINSLIE<br>Michael L. Ainslie | Director |
| /s/ JOHN F. AKERS<br>John F. Akers | Director |
| /s/ ROGER S. BERLIND<br>Roger S. Berlind | Director |
| /s/ THOMAS H. CRUIKSHANK<br>Thomas H. Cruikshank | Director |
| /s/ MARSHA JOHNSON EVANS<br>Marsha Johnson Evans | Director |
| /s/ SIR CHRISTOPHER GENT<br>Sir Christopher Gent | Director |
| /s/ ROLAND A. HERNANDEZ<br>Roland A. Hernandez | Director |
| /s/ HENRY KAUFMAN<br>*Henry Kaufman* | Director |

| /s/ JOHN D. MACOMBER | 2003115 | |
|---|---|---|
| | | Director |

John D. Macomber

II-6