# EXHIBIT A

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held: LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor: 08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 555156200

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555156200*****
JEREMY R, KRAMER
1192 PARK AVENUE
APARTMENT 7A
NEW YORK, NY 10128

Telephone number: 212-831-6454 Email Address: jkramer@nb.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ______ (*If known*)

Filed on: ______

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 16,790,103.48
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Compensation / RSUs - Restricted Stock Units (see attached)
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 4763
3a. **Debtor may have scheduled account as:** ______
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ______
Value of Property: $______ Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$______ Basis for perfection: ______
**Amount of Secured Claim: $**______ **Amount Unsecured: $**______

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$______

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $**______
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on thi ... oof of claim.
8. **Documents:** Attach redacted copies of any ... , purchase orders, invoices, itemized statements of running ... eements. Attach redacted copies of documents providing e... *of "redacted" on reverse side.)* If the documents are voluminou...
**DO NOT SEND ORIGINAL DOCUMENTS. ... AFTER SCANNING.**
If the documents are not available, please explai...

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000018325

FOR COURT USE ONLY

FILED / RECEIVED
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date:** 8/31/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Jeremy R. Kramer

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Mr. Jeremy Kramer
1192 Park Ave Apt. 7A
New York, NY 10128

Jeremy R. Kramer
Lehman Brothers Compensation in the form of RSUs (restricted Stock Units)

| Grant Date | Description | Grant Price | Units Outstanding | Value at Grant Price |
|---|---|---|---|---|
| 07/01/2008 | July 2008 IR RSU | $20.96 | 63,781.38 | $1,336,857.72 |
| 12/07/2007 | 2007 IR MD Principal | $44.43 | 103,507.18 | $4,598,824.01 |
| 12/07/2007 | 2007 IR MD Discount | $44.43 | 44,360.23 | $1,970,925.02 |
| 12/08/2006 | 2006 MD Principal | $53.92 | 6.17 | $332.69 |
| 12/08/2006 | 2006 MD Discount | $53.92 | 2.61 | $140.73 |
| 12/08/2006 | 2006 IR MD Principal | $53.92 | 60,772.80 | $3,276,869.38 |
| 12/08/2006 | 2006 IR MD Discount | $53.92 | 26,045.43 | $1,404,369.59 |
| 11/30/2005 | 2005 MD Principal | $44.10 | 13.18 | $581.24 |
| 11/30/2005 | 2005 MD Discount | $44.10 | 5.51 | $242.99 |
| 11/30/2005 | 2005 IR MD Principal | $44.10 | 48,350.04 | $2,132,236.76 |
| 11/30/2005 | 2005 IR MD Discount | $44.10 | 20,721.51 | $913,818.59 |
| 12/09/2004 | 2004 MD Principal | $30.03 | 19.50 | $585.59 |
| 12/09/2004 | 2004 MD Discount | $30.03 | 8.15 | $244.74 |
| 12/09/2004 | 2004 IR MD Principal | $30.03 | 20,516.50 | $616,110.50 |
| 12/09/2004 | 2004 IR MD Discount | $30.03 | 8,792.89 | $264,050.49 |
| 01/31/2004 | LTIP Year End Bonus | $41.05 | 146.00 | $5,993.30 |
| 01/31/2004 | LTIP 85/15 | $41.05 | 1,484.00 | $60,918.20 |
| 10/31/2004 | LTIP Retention Award | $34.81 | 5,945.94 | $207,001.96 |
| Total | | | 404,479.02 | $16,790,103.48 |

LEHMAN BROTHERS | Lehman

Mr. Jeremy Kramer
1192 Park Ave Apt. 7A
New York, NY 10128

Data as of August 31, 2008

20001594 Jeremy R Kramer

## AWARD UNITS[1] OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value[2] | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested[3] | Units Outstanding | Market Value at $0.052* |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 IR RSU | $20.9600 | $1,320,171 | 11/30/2011 | 62,985.27 | 796.11 | 0.00 | 0.00 | 63,781.38 | $3,317 |
| 12/07/2007 | 2007 IR MD Principal | $44.4300 | $4,506,015 | 11/30/2012 | 101,418.30 | 2,088.88 | 0.00 | 0.00 | 103,507.18 | $5,382 |
| 12/07/2007 | 2007 IR MD Discount | $44.4300 | $1,931,149 | 11/30/2012 | 43,464.98 | 895.25 | 0.00 | 0.00 | 44,360.23 | $2,307 |
| 12/08/2006 | 2006 MD Principal | $53.9200 | $322 | 11/30/2011 | 5.97 | 0.20 | 0.00 | 0.00 | 6.17 | $0 |
| 12/08/2006 | 2006 MD Discount | $53.9200 | $138 | 11/30/2011 | 2.56 | 0.05 | 0.00 | 0.00 | 2.61 | $0 |
| 12/08/2006 | 2006 IR MD Principal | $53.9200 | $3,182,679 | 11/30/2011 | 59,025.94 | 1,746.86 | 0.00 | 0.00 | 60,772.80 | $3,160 |
| 12/08/2006 | 2006 IR MD Discount | $53.9200 | $1,364,005 | 11/30/2011 | 25,296.83 | 748.60 | 0.00 | 0.00 | 26,045.43 | $1,354 |
| 11/30/2005 | 2005 MD Principal | $44.1000 | $560 | 11/30/2010 | 12.70 | 0.48 | 0.00 | 0.00 | 13.18 | $1 |
| 11/30/2005 | 2005 MD Discount | $44.1000 | $240 | 11/30/2010 | 5.44 | 0.07 | 0.00 | 0.00 | 5.51 | $0 |
| 11/30/2005 | 2005 IR MD Principal | $44.1000 | $2,056,741 | 11/30/2010 | 46,638.12 | 1,711.92 | 0.00 | 0.00 | 48,350.04 | $2,514 |
| 11/30/2005 | 2005 IR MD Discount | $44.1000 | $881,460 | 11/30/2010 | 19,987.76 | 733.75 | 0.00 | 0.00 | 20,721.51 | $1,078 |
| 12/09/2004 | 2004 MD Principal | $30.0300 | $560 | 11/30/2009 | 18.64 | 0.86 | 0.00 | 9.75 | 19.50 | $1 |
| 12/09/2004 | 2004 MD Discount | $30.0300 | $240 | 11/30/2009 | 8.00 | 0.15 | 0.00 | 0.00 | 8.15 | $0 |
| 12/09/2004 | 2004 IR MD Principal | $30.0300 | $589,628 | 11/30/2009 | 19,634.62 | 881.88 | 0.00 | 10,258.24 | 20,516.50 | $1,067 |
| 12/09/2004 | 2004 IR MD Discount | $30.0300 | $252,698 | 11/30/2009 | 8,414.84 | 378.05 | 0.00 | 0.00 | 8,792.89 | $457 |
| 01/31/2004 | LTIP Year End Bonus | $41.0500 | $29,966 | 01/31/2009 | 730.00 | 0.00 | 584.00 | 0.00 | 146.00 | $8 |
| 01/31/2004 | LTIP 85/15 | $41.0500 | $304,673 | 01/31/2009 | 7,422.00 | 0.00 | 5,938.00 | 0.00 | 1,484.00 | $77 |
| 10/31/2003 | LTIP Retention Award | $34.8140 | $1,000,000 | 10/31/2008 | 28,724.48 | 289.07 | 23,067.60 | 0.00 | 5,945.94 | $309 |
| **Total** | | | **$17,421,245** | | **423,796.45** | **10,272.18** | **29,589.60** | **10,267.99** | **404,479.02** | **$21,032** |
| **Total Equity** | | | | | | | | | | **$21,032** |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (03:58 PM EDT on August 25 2009)

[1] Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
[2] Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
[3] Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.



SHIP TO:
LEHMAN BROS HLDGS CLAIMS PROCESSING
212-476-5605
EPIQ BANKRUPTCY SOLUTIONS LLC
757 THIRD AVENUE, 3RD FLOOR
NEW YORK NY 10017-2071
NY 100 7-02
UPS NEXT DAY AIR SAVER
1P
TRACKING #: 1Z 142 0E9 29 9424 7752
BILLING: P/P
SIGNATURE REQUIRED
RECEIVED
SEP 18 2009
Window
Extremely Urgent
Insert shipping documents under window from the top
Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®.