**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    08-13555 (JMP)
                                                               :
                              Debtors.              :    (Jointly Administered)
-----------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS'
### SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

Upon the seventy-third omnibus objection to claims, dated December 7, 2010 (the "Seventy-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], to reclassify the Compensation Claims as equity interests in the Debtor, all as more fully described in the Seventy-Third Omnibus Objection to Claims; and due and proper notice of the Seventy-Third Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Seventy-Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Seventy-Third Omnibus Objection to Claims establish just cause for

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Seventy-Third Omnibus Objection to Claims.

the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Seventy-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Reclassified*" (collectively, the "Compensation Claims") have the same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that this Order has no and shall have no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Seventy-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       March 3, 2011

                                                            *s/ James M. Peck*
                                                  Honorable James M. Peck
                                                  United States Bankruptcy Judge

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

SEVENTY-THIRD OMNIBUS OBJECTION TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS: EXHIBIT 1

CLAIMS TO BE RECLASSIFIED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANBURY, NEIL<br>1 INDEPENDENCE COURT<br># 1010<br>HOBOKEN, NJ 07030 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10586 | $47,077.00 |
| 2 | BIZER, DAVID<br>362 BIRCH LANE<br>IRVINGTON, NY 10533 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 14190 | $21,361,794.24 |
| 3 | BOYLE, BRIAN P.<br>30 RIDGEWOOD TERRACE<br>MAPLEWOOD, NJ 07040 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/24/2009 | 3010 | $1,462,507.44 |
| 4 | BREWER, PAUL EDWARD<br>240 LIBRARY PLACE<br>PRINCETON, NJ 08540 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21398 | $8,200,000.00 |
| 5 | BROWNBACK, RUSSELL J., III<br>6 RIPPLETON ROAD<br>CAZENOVIA, NY 13035 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/26/2009 | 3095 | $1,093,413.30 |
| 6 | CHAPMAN, ROBERT D<br>46 WHEATFIELD WAY<br>ESSEX<br>BASILDON, SS16 6SN<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13433 | $45,481.02 |
| 7 | COLES, PAUL<br>FLAT 1<br>23 CAVENDISH ROAD<br>LONDON, SW12 0BH<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18227 | $45,265.74 |
| 8 | FREW, JONATHAN<br>FLAT 50 BUILDING 47<br>MARLBOROUGH ROAD<br>LONDON, SE18 6RU<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10759 | $4,796.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

SEVENTY-THIRD OMNIBUS OBJECTION TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS: EXHIBIT 1

CLAIMS TO BE RECLASSIFIED

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 9 | GILL, MUNGO<br>82 BROOMFIELD AVENUE<br>PALMERS GREEN<br>LONDON, N13 4JP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11095 | $43,604.00 |
| 10 | HEIDEBY, MADS PETER<br>FLAT 5<br>80 ECCLESTON SQUARE<br>LONDON, SW1V 1PP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18230 | $67,875.69 |
| 11 | HENDRY, BRUCE A<br>15 BALMUIR GARDENS<br>LONDON, SW156NG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18226 | $349,615.00 |
| 12 | HOLMES, RICHARD<br>16 BERKELEY ROAD<br>LONDON, N8 8RU<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13976 | $170,831.00 |
| 13 | HOOTON, THOMAS R.<br>2 BRICKHOUSE COTTAGES<br>BRICKHOUSE LANE<br>ESSEX<br>BOREHAM CHELMSFORD, CM3 3JQ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10891 | $9,547.00 |
| 14 | KLEIN, HENRY<br>44 LINCOLN AVE<br>RYE BROOK, NY 10573 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18805 | $21,879,720.36 |
| 15 | KRAMER, JEREMY R<br>1192 PARK AVENUE<br>APARTMENT 7A<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18325 | $16,790,103.48 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                         Page 2 of 4

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

SEVENTY-THIRD OMNIBUS OBJECTION TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS: EXHIBIT 1

CLAIMS TO BE RECLASSIFIED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 16 | KRUGEL, ROBERT J.<br>79 VALLEY LANE<br>CHAPPAQUA, NY 10514 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13972 | $8,033,159.07 |
| 17 | MARSHALL, PATRICK-ANTHONY<br>20 BALLINGDON ROAD<br>LONDON, SW11 6AJ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18233 | $96,600.16 |
| 18 | MCKENNA, PETER J.<br>420 MEADOWBROOK AVENUE<br>RIDGEWOOD, NJ 07450 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13822 | $176,647.00 |
| 19 | MELLING, EWEN<br>YESNABY<br>2 VICTORIA SQUARE<br>CENT<br>STIRLING, FK8 2QZ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24511 | $51,660.00 |
| 20 | MILLARD, ROBERT B.<br>9 EAST 88TH STREET<br>NEW YORK, NY 10128 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21401 | $50,000,000.00 |
| 21 | PARSONS, RAEWYN ANNE<br>FLAT 2, 110 PHILBEACH GARDENS<br>LONDON<br>LONDON, SW59ET<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11227 | $58,150.00 |
| 22 | RATTIGAN, DARYL WILLIAM M<br>132 RAVENSBURY ROAD<br>LONDON, SW18 4RU<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18229 | $89,305.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

SEVENTY-THIRD OMNIBUS OBJECTION TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS: EXHIBIT 1

CLAIMS TO BE RECLASSIFIED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 23 | REVELL, DANIEL JAMES<br>FLAT 16 SCHOLAR'S PLACE<br>STOKE NEWINGTON<br>LONDON, N160RF<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11301 | $30,655.00 |
| 24 | SLAPE, NICHOLAS<br>FIELD END<br>HARPS OAK LANE<br>MERSTHAT<br>SURREY, RH1 3AN<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28319 | $1,132,683.22 |
| 25 | STEIN, JOHN P.<br>116 WEST 22ND STREET, #7<br>NEW YORK, NY 10011 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 02/26/2009 | 3098 | $1,213,297.53 |
| 26 | SWEENEY, JOHN K.<br>3 ARDSLEY CIRCLE<br>ROCKVILLE CENTRE, NY 11570 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21399 | $8,200,000.00 |
| 27 | TUDOR, JASON<br>PENTHOUSE 1<br>WELLINGTON COURT<br>CIRCUS ROAD<br>LONDON, NW8 9BF<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32235 | $1,441,865.76 |
| | | | | | TOTAL | $142,095,654.01 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Exhibit 2

08-13555-mg    Doc 25307-5    Filed 02/06/12    Entered 02/14/12 11:07:44    Exhibit D
Pg 9 of 11

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

SEVENTY-THIRD OMNIBUS OBJECTION TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS: EXHIBIT 2 – ADJOURNED OBJECTIONS

| # | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALLARD, ANDREW<br>647 DELAWARE AVENUE<br>RIDGEWOOD, NJ 07450 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11044 | $110,291.00 |
| 2 | ANDERSON, IAN W.<br>7 DANSON ROAD<br>KENT<br>BEXLEYHEATH, DA6 8HA<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12809 | $85,781.92 |
| 3 | CRASTON, EDMUND ANTHONY<br>8 ST. MAUR ROAD<br>LONDON, SW6 4DP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17879 | $3,518,527.65 |
| 4 | DICCIANNI, CHARLES<br>53 WEDGEWOOD DRIVE<br>GOSHEN, NY 10924 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12314 | $96,068.00 |
| 5 | DUFFY, KATHLEEN C<br>375 SOUTH END AVENUE<br>APT 27A<br>NEW YORK, NY 10280 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21911 | $38,604.00 |
| 6 | DYER, ROBERT C.<br>2 MCLAREN ROAD SOUTH<br>DARIEN, CT 06820 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28012 | $262,069.00 |
| 7 | GOLDMAN, SHERYL<br>1820 BITTERSWEET LANE<br>MOUNT PROSPECT, IL 60056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/01/2009 | 10029 | $13,511.00 |
| 8 | GRAN, MICHAEL<br>45 COMELY LANE<br>LATHAM, NY 12110 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23900 | $1,199,094.00 |
| 9 | JAO, ANDREA T.<br>77 SEVENTH AVE.<br>APT. 10-S<br>NEW YORK, NY 10011 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/15/2009 | 5340 | $107,253.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

SEVENTY-THIRD OMNIBUS OBJECTION TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS: EXHIBIT 2 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 10 | KELLARD, CRAIG J<br>8 JESMOND ROAD<br>ESSEX<br>CANVEY ISLAND, SS8 0AH<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12821 | $2,227.00 |
| 11 | KENNEY, JUDITH ANN<br>40 WEST 77TH STREET<br>APT. 11D<br>NEW YORK, NY 10024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13929 | $790,327.00 |
| 12 | LANGEVIN, MARY<br>19 FORT CHARLES PLACE<br>BRONX, NY 10463 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24675 | $52,415.00 |
| 13 | MALTHOUSE, SAMANTHA<br>206 PRIESTS LANE<br>ESSEX<br>SHENFIELD, CM158LG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9428 | $30,334.00 |
| 14 | MUINOS, BARBARA<br>231 WEST GRANT AVENUE<br>EDISON, NJ 08820 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11043 | $41,105.00 |
| 15 | NETZEL, GAVIN R<br>1 GATCOMBE CLOSE<br>WALDERSLADE<br>KENT<br>CHATHAM, ME5 7RD<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12806 | $11,010.00 |
| 16 | NOBLE, RICHARD GRANT<br>THE FIELD HOUSE, TYRRELLS WOOD<br>LEATHERHEAD<br>SURREY, KT22 8QJ | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14197 | $1,559,900.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

SEVENTY-THIRD OMNIBUS OBJECTION TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS: EXHIBIT 2 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 17 | PENTON, ANDREA M<br>71 SALLOWS SHAW<br>SOLE STREET<br>KENT<br>COBHAM, DA139BP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12044 | $4,533.00 |
| 18 | SHOTTON, PAUL NIGEL<br>124 LUKES WOOD ROAD<br>NEW CANAAN, CT 06840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21362 | $4,766,920.21 |
| 19 | SOMMA, GREGG<br>4 PETERSON ROAD<br>HILLSBOROUGH, NJ 08844 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24373 | $120,563.00 |
| 20 | STATHAM, CHRISTOPHER A.<br>VALEWOOD FARM HOUSE<br>BELL VALE LANE<br>SURREY<br>HASLEMERE, GU27 3DJ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15690 | $42,941.00 |
| 21 | SULLIVAN, ANDREA<br>29 ROSTREVOR ROAD<br>LONDON, SW65AX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13087 | $204,389.02 |
| 22 | TOAL, IAN G<br>20 PAIGNTON CLOSE<br>ESSEX<br>RAYLEIGH, SS69PW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12811 | $7,117.00 |
| 23 | WELCH, COLIN S. A.<br>26 HAMILTON GARDENS<br>ST. JOHN'S WOOD, NW8 9PU<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13290 | $1,330,971.75 |
| | | | | | TOTAL | $14,395,952.55 |