GetSum

Page 1 of 1

## Compensation Statement

Find: GSID  10025684  [Get]  [Get in Excel]
Fiscal year: 2008  ☐ Show as of before EOM

Sales Org:
------10025684 BRIAN MONAHAN

*Handwritten annotations:*
- 2008
- Defered Compensation
- NOT PAID — NO RSUS were Purchased No equity was PURCHASED This was Cash NOT PAID
- 4th Qtr Commissions Not Paid Totals $158,718.19

Name: 10025684 - BRIAN MONAHAN
From: 12/1/2007 To: 12/31/2008
Future payout trades

| Year Total | | 12/2008 | 11/2008 | 10/2008 | 9/2008 | 8/2008 | 7/2008 | 6/2008 | 5/2008 | 4/2008 | 3/2008 | 2/2008 | 1/2008 | 12/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5,082,319.09 | Gross Production | 1,835.64 | 55,015.33 | 363,564.57 | 203,189.00 | 131,851.78 | 427,129.17 | 386,664.51 | 615,733.00 | 528,525.28 | 293,134.98 | 1,291,070.66 | 542,378.57 | 242,226.60 |
| 860,509.57 | Net Production | (531.80) | 158,141.34 | 105.05 | 20,657.03 | 14,516.43 | 63,646.71 | 59,505.34 | 70,460.88 | 61,607.51 | 47,421.02 | 243,483.41 | 83,268.58 | 37,164.47 |
| 91.56 | Retro Net Production | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61.49 | 30.07 | 0.00 |
| 16.93 | Average Rate (%) | 28.97 | 100+ | 0.03 | 10.17 | 11.01 | 14.90 | 15.39 | 11.44 | 11.66 | 16.18 | 18.86 | 15.36 | 15.34 |
| | Prior Months -Deficit/Overage | 0.00 | 0.00 | 0.00 | -17,088.87 | 0.00 | 0.01 | 0.01 | 61,607.52 | 0.00 | -0.01 | -0.01 | 0.00 | 0.00 |
| | Monthly Payout Balance | 531.80 | 158,141.34 | 105.05 | 3,568.16 | 14,516.43 | 63,646.71 | 59,505.35 | 132,068.40 | 61,607.52 | 47,421.01 | 243,544.89 | 83,298.64 | 37,164.47 |
| 0.00 | Draw Amount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 905,119.78 | Total Sales Compensation | 531.80 | 158,141.34 | 105.05 | 3,568.16 | 14,516.43 | 63,646.71 | 59,505.35 | 132,068.40 | 61,607.52 | 47,421.01 | 243,544.89 | 83,298.64 | 37,164.47 |
| 735,528.47 | Cash Commissions | 531.80 | 158,141.34 | 105.05 | 3,568.16 | 37,444.82 | 54,041.25 | 52,086.52 | 86,336.28 | 53,078.75 | 46,382.72 | 143,867.69 | 67,927.80 | 32,016.30 |
| 169,591.31 | Equity Accrual Calculated | 0.00 | 0.00 | 0.00 | 0.00 | -22,928.39 | 9,605.46 | 7,418.82 | 45,732.11 | 8,528.77 | 1,038.29 | 99,677.21 | 15,370.85 | 5,148.17 |
| 860,069.32 | Recorded Total Sales Compensation | 0.00 | 158,141.34 | 105.05 | 3,568.16 | 31,605.30 | 63,646.71 | 59,505.34 | 132,068.39 | 0.00 | 47,421.01 | 243,544.90 | 83,298.65 | 37,164.47 |
| | -Deficit/Overage | 531.80 | 0.00 | 0.00 | 0.00 | -17,088.87 | 0.00 | 0.01 | 0.01 | 61,607.52 | 0.00 | -0.01 | -0.01 | 0.00 |

*Handwritten annotation:*
→ $169,591.31 was withheld for defered compensation purposes. Stock was NEVER purchased! This is wages/commissions that were withheld and NOT paid. The $169,591.31 is due, and is a PRIORITY claim.

http://salescomp.lehman.com/Summary/SumCalc.asp

9/18/2009