UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                              Debtors.
-----------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEFFREY W. GETTLEMAN

UPON the motion of Jeffrey W. Gettleman dated February 13, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeffrey W. Gettleman is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         February 14, 2012

                                            *s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE