UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re:                                            :   Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS, INC., et. al.           :   Case No. 08-13555 (JMP)
                                                  :   (Jointly Administered)
                   Debtors.                       :
                                                  :
------------------------------------------------------------x

**DECLARATION OF PHILLIP WALSH IN FURTHER SUPPORT OF PROOF OF CLAIM AND IN REPLY TO DEBTORS' SUPPLEMENTAL ANNOTATED OMNIBUS REPLY TO RESPONSES TO DEBTORS' ONE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTEREST)**

PHILLIP WALSH, under penalty of perjury, declares:

1. I submit this Declaration in further support of my Proof Of Claim [Claim No. 1707] and in reply to Debtors' Supplemental Annotated Omnibus Reply To Responses To Debtors' One Hundred Eighteenth Omnibus Objection To Claims (To Reclassify Proofs Of Claim As Equity Interest). For the convenience of the Court, a true and correct copy of my Proof of Claim is annexed hereto as Exhibit 1.

2. I was employed by Lehman Brothers Inc. ("Lehman") until September 22, 2008. I am a creditor in the above-captioned proceeding, and have submitted a Proof of Claim seeking from Debtors the return of earned wages withheld by Lehman to later buy restricted stock units.

3. As is indicated in the Lehman document that I printed on September 22, 2008 from Lehman's website (located at http://salescomp/Summary/SumCalc.asp) and that is attached to my Proof of Claim, between at least March 2008 and August 2008 (i.e., before Lehman declared bankruptcy), Lehman withheld a minimum of approximately $276,453.29 of my earned wages. See Exhibit 1 hereto. Debtors have not disputed that this document is a Lehman document.

4. Subsequent to the filing of my Proof of Claim, I discovered in my records a Lehman Compensation Statement, a true and correct copy of which is annexed hereto as Exhibit 2. My Lehman Compensation Statement indicates that the total of approximately $276,453.29 (indicated in the Lehman documents attached to my Proof of Claim) consists of earned wages withheld by Lehman between December 2007 and August 2008—i.e., not just March 2008 through August 2008. See Exhibit 2 hereto. Moreover, the numbers in my Lehman Compensation Statement (Exhibit 2 hereto) match those in the document I printed from Lehman's website located at http://salescomp/Summary/SumCalc.asp (Exhibit 1 hereto). Thus, prior to Lehman's bankruptcy, Lehman withheld wages earned by me totaling approximately $276,453.29.

5. As is indicated in the Lehman document that I printed on September 22, 2008 from Lehman's website located at http://my.lehman.com/HRS/equityaward/westinghouse) and that is attached to

2

my Proof of Claim, it appears that in July 2008, Lehman may have purchased approximately 3,010.95 of restricted stock units in the amount of approximately $63,110.00. See Exhibit 1 hereto. Debtors have not disputed that this document is a Lehman document. As is further indicated in such Lehman document, it appears that Lehman made no purchases of restricted stock in 2007, and none after July 2008. See Exhibit 1 hereto.

6.   I do not know what portion, if any, of the total of approximately $276,453.29 of my earned wages withheld by Lehman before it declared bankruptcy may have been used by Lehman to purchase restricted stock units.

7.   Accordingly, I am entitled to the return from Debtors of my earned wages of approximately $276,453.29 that were withheld by Lehman prior to its bankruptcy.

> Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2012.
>
> _____
> Phillip Walsh

# EXHIBIT 1



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* LBH CLMLTR (MERGE2,TXNUM2) 4000001706 \*\*\*\*
WALSH, W. PHILLIP
20 PINE STREET, APARTMENT #1906
NEW YORK, NY 10005

June 30, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | WALSH, W. PHILLIP |
| Date Received: | 01/14/2009 |
| Claim Number: | 1707 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Epiq Bankruptcy
Attn: Lehman Brother Holdings
757 Third Avenue 3rd Fl-
New York, NY 10017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): S. [illegible]    C. Date of Delivery: 1/14/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0001 6959 6926

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
========================================
          ROCKEFELLER CENTER APC 1
                610 5th AVENUE
              NEW YORK, NY 10020-2403

01/13/2009                        02:50:42 PM
========================================

              Sales Receipt
Product        Sale    Unit       Final
Description    Qty     Price      Price
----------------------------------------

NEW YORK, NY  10017                $1.00
Zone-1 First-Class Mail®
Large Envelope
  0 lb. 1.30 oz.
    Certified Mail™              $2.70
    Return Receipt (U.S. Mail)   $2.20
    Return Receipt (email)       $1.00
                                 ========
Issue Postage:                    $6.90

Total:                          ==========
                                  $6.90

Paid by:
MasterCard                        $6.90
    Account #:        XXXXXXXXXXXX1866
    Approval #:       84752B
    Transaction #:    887
    23-902280510-99

Transaction Number:    130
USPS® #                359656-9550

*******************************
* IMPORTANT: For Return Receipt (by *
* email), wait at least one day, but *
* no more than 60 days, to make your *
* request; visit www.usps.com;       *
* select "Track & Confirm"; enter    *
* label number(s); select "Request   *
* Return Receipt (Electronic)";      *
* enter your name and email address. *
*******************************

To check on the delivery status of
your Certified Mail™ article, visit
our Track & Confirm website at
www.usps.com or use this Automated
Postal Center™ (or any Automated
Postal Center™ at other Postal
locations).

Please retain all receipts from
affixed forms. For inquiries, both
the sales receipt and the customer
copy from the affixed form shall be
required.

              Thanks.
      It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Epiq Bankruptcy Solutions
Street, Apt. No.; or PO Box No.: 757 Third Ave 3rd Fl
City, State, ZIP+4: NY NY 10017

PS Form 3800, August 2006        See Reverse for Instructions

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers Holdings | Case Number: 08-13555 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
W. Phillip Walsh

Name and address where notices should be sent:

W. Phillip Walsh
20 Pine Street, Apartment # 1906, New York, NY 10005

Telephone number:
(917) 225-1893

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **837,859.29**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Services Performed
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

    3a. Debtor may have scheduled account as: **William Walsh**
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ **10,950.00**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 1/13/09    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Proof of claim for creditor W. Phillip Walsh (William P. Walsh)
Debtor: Lehman Brothers Holdings
Case number: 08-13555

Attached are two documents which detail the amount of my claim totaling $837,859.29. The first is a summary of the grant value of the restricted stock units and stock options that were purchased with funds withheld from my monthly paychecks back to 2003. The total grant value for the restricted stock portion was $548,902 and the total grant value for the stock options was $12,504.

The second page details the amount of funds that had been withheld from my monthly checks during fiscal 2008 that was earmarked to buy restricted stock units later in the year. These were monies that were set aside during the fiscal year 2008, but were never used to buy Lehman stock, that was scheduled to take place later in the year. This number is reflected on the Equity Accrual Calculated line and totals $276,453.29

The total of these three line items comes to $837,859.29

W. Phillip Walsh
20 Pine Street Apartment 1906
New York, NY 10005

(917) 225-1893

# LEHMAN BROTHERS | LehmanLive

Data as of August 31, 2008                                                                                      10048252 W Phillip Walsh

## AWARD UNITS OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested | Units Outstanding | Market Value at $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 IR RSU | $20.9600 | $63,110 | 11/30/2011 | 3,010.95 | 38.07 | 0.00 | 0.00 | 3,049.02 | $0 |
| 12/07/2007 | 2007 IR SVP Principal | $47.6000 | $143,024 | 11/30/2012 | 3,004.70 | 61.89 | 0.00 | 0.00 | 3,066.59 | $0 |
| 12/07/2007 | 2007 IR SVP Discount | $47.6000 | $47,675 | 11/30/2012 | 1,001.57 | 20.65 | 0.00 | 0.00 | 1,022.22 | $0 |
| 12/08/2006 | 2006 IR SVP Principal | $57.7700 | $100,909 | 11/30/2011 | 1,746.73 | 51.69 | 0.00 | 0.00 | 1,798.42 | $0 |
| 12/08/2006 | 2006 IR SVP Discount | $57.7700 | $33,636 | 11/30/2011 | 582.24 | 17.25 | 0.00 | 0.00 | 599.49 | $0 |
| 11/30/2005 | 2005 IR SVP Principal | $47.2500 | $52,944 | 11/30/2010 | 1,120.50 | 41.13 | 0.00 | 1,161.63 | 1,161.63 | $0 |
| 11/30/2005 | 2005 IR SVP Discount | $47.2500 | $17,648 | 11/30/2010 | 373.50 | 13.80 | 0.00 | 0.00 | 387.30 | $0 |
| 12/09/2004 | 2004 IR SVP Principal | $32.1750 | $39,319 | 11/30/2009 | 1,222.04 | 54.90 | 0.00 | 1,276.94 | 1,276.94 | $0 |
| 12/09/2004 | 2004 IR SVP Discount | $32.1750 | $13,106 | 11/30/2009 | 407.34 | 18.30 | 0.00 | 0.00 | 425.64 | $0 |
| 12/10/2003 | 2003 IR SVP Principal | $26.7700 | $28,148 | 11/30/2008 | 1,051.48 | 56.09 | 0.00 | 1,107.57 | 1,107.57 | $0 |
| 12/10/2003 | 2003 IR SVP Discount | $26.7700 | $9,383 | 11/30/2008 | 350.50 | 18.80 | 0.00 | 0.00 | 369.30 | $0 |
| **Total** | | | **$548,902** | | **13,871.55** | **392.57** | **0.00** | **3,546.14** | **14,264.12** | **$0** |

## STOCK OPTIONS OUTSTANDING

| Grant Date | Description | Exercise Price | Black-Scholes Grant Price | Expiration Date | Black-Scholes Grant Value | Options Granted | Options Exercised | Options Exercisable | Options Outstanding | Intrinsic Value at $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2003 | 2003 IR SVP Options | $35.6950 | $10.4200 | 11/29/2013 | $12,504 | 1,200 | 900 | 0 | 300 | $0 |
| **Total** | | | | | **$12,504** | **1,200** | **900** | **0** | **300** | **$0** |
| **Total Equity** | | | | | | | | | | **$0** |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (null on null)

[1] Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
[2] Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
[3] Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

GetSum                                                                                                                            Page 1 of 1

Name: 10048252 - WILLIAM WALSH
From: 12/1/2007 To: 11/30/08
Future payout trades

| Year Total | | 9/2008 | 8/2008 | 7/2008 | 6/2008 | 5/2008 | 4/2008 | 3/2008 |
|---|---|---|---|---|---|---|---|---|
| 4,763,621.17 | Gross Production | 265,665.39 | 693,562.12 | 832,710.87 | 591,868.46 | 575,650.57 | 404,012.34 | 266,370.96 |
| 1,246,556.89 | Net Production | 55,987.95 | 168,118.57 | 208,850.63 | 159,087.45 | 181,772.60 | 119,110.70 | 60,178.27 |
| 81.06 | Retro Net Production | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.93 | 0.00 |
| 26.17 | Average Rate (%) | 21.07 | 24.24 | 25.08 | 26.88 | 31.58 | 29.49 | 22.59 |
| | Prior Months - Deficit/Overage | -55,582.50 | -0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| -210,999.30 | Adj to Net Production | 0.00 | -47,875.97 | -58,707.63 | -39,759.62 | -21,332.78 | -10,497.73 | -7,504.03 |
| | Monthly Payout Balance | 405.46 | 120,242.60 | 150,143.00 | 119,327.84 | 160,439.82 | 108,663.90 | 52,674.25 |
| 0.00 | Draw Amount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,566.21 | Minimum Compensation | 1,566.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 981,622.37 | Total Sales Compensation | 1,971.67 | 120,242.60 | 150,143.00 | 119,327.84 | 160,439.82 | 108,663.90 | 52,674.23 |
| 703,197.40 | Cash Commissions | 0.00 | 84,740.71 | 102,082.94 | 84,210.15 | 108,055.09 | 74,910.47 | 48,665.64 |
| 276,453.29 | Equity Accrual Calculated | 0.00 | 35,501.89 | 48,060.06 | 35,117.69 | 52,384.72 | 33,753.43 | 4,008.59 |
| 1,035,233.19 | Recorded Total Sales Compensation | 0.00 | 175,825.10 | 150,143.00 | 119,327.84 | 160,439.84 | 108,663.90 | 52,674.23 |
| | -Deficit/Overage | -1,566.21 | -55,582.50 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 |

http://salescomp/Summary/SumCalc.asp                                                                          9/22/2008

(Mailed by ###### certified mail on 01/13/09)

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

W. Phillip Walsh
20 Pine Street Apt. 1906
New York, NY 10005

Claim Search

Page 1 of 2

- Epiq Directory
- Contact Us
- Forms



# Epiq Systems, Inc.

**Client Home**  Filed Claims & Schedules  Key Documents  Docket  Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims and Schedules

Claim #

Name Starts With: walsh

Schedule #

Total Claim Value  Equals

Order By  Creditor Name

Claim Date Range

Debtor

Scope: Claims and Schedules

Search  Clear

Results Per Page 10

Page 1 of 1  Page  Go

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | Image |
|---|---|---|---|---|---|
| 1707 | | WALSH, W. PHILLIP | 1/14/2009 | $837,859.29 | |
| | 555352340 | WALSH,J GARVIN | | $0.00 | |
| | 555352350 | WALSH,JANET | | $0.00 | |
| | 555352360 | WALSH,KEVIN M. | | $0.00 | |
| | 555352370 | WALSH,KIRSTEN | | Schedule G | |

Claim Search

Page 7 of 7

| | 555352380 | WALSH,KIRSTEN | | $0.00 |
| | 555352390 | WALSH,W PHILLIP | | $0.00 |

Claims 1-7 of 7

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor

http://chap11.epiqsystems.com/LBH/claim/search.aspx                    7/14/2009

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

Client Home           Filed Claims & Schedules      Key Documents      Dc

## Lehman Brothers Holdings Inc. (Chapter 11)



Filed Claims and Schedules

| Claim # | | Name Starts With | walsh | |
| --- | --- | --- | --- | --- |
| Schedule # | | Total Claim Value | Equals | |
| | | Claim Date Range | | to |
| Order By | Creditor Name | | Results Per Page | 10 |

Page 1 of 1

| | Claim # | Schedule # | Creditor Name | Date | Total Claim |
| --- | --- | --- | --- | --- | --- |
| | 1707 | | WALSH, W. PHILLIP | 1/14/2009 | |
| | | 555352340 | WALSH,J GARVIN | | |
| | | 555352350 | WALSH,JANET | | |
| | | 555352360 | WALSH,KEVIN M | | |
| | | 555352370 | WALSH,KIRSTEN | | |
| | | 555352380 | WALSH,KIRSTEN | | |
| | | 555352390 | WALSH,W PHILLIP | | |

Claims 1-7 of 7

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the informati
United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are availat
Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agre
information regarding the data maintained on this website.
© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor

# EXHIBIT 2

Compensation Statement

Name: 10048252 -
From: 12/1/200

| Year Total | | Sep-08 | Aug-08 |
|---:|:---:|---:|---:|
| 4,763,621.17 | Gross Production | 265,665.39 | 693,562.12 |
| 1,246,556.89 | Net Production | 55,987.95 | 168,118.57 |
| 81.06 | Retro Net Production | 0 | 0 |
| 26.17 | Average Rate (%) | 21.07 | 24.24 |
| | Prior Months -Deficit/Overage | -55,582.50 | 0 |
| -210,999.30 | Adj to Net Production | 0 | -47,875.97 |
| | Monthly Payout Balance | 405.46 | 120,242.60 |
| 0 | Draw Amount | 0 | 0 |
| 1,566.21 | Minimum Compensation | 1,566.21 | 0 |
| 981,622.37 | Total Sales Compensation | 1,971.67 | 120,242.60 |
| 703,197.40 | Cash Commissions | 0 | 84,740.71 |
| 276,453.29 | Equity Accrual Calculated | 0 | 35,501.89 |
| 1,035,233.19 | Recorded Total Sales Compensation | 0 | 175,825.10 |
| | -Deficit/Overage | -1,566.21 | -55,582.50 |

**WILLIAM WALSH**
7 To: 11/30/08

| Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|
| 832,710.87 | 591,868.46 | 575,650.57 | 404,012.31 | 266,370.96 | 302,636.22 | 510,652.93 | 320,491.34 |
| 208,850.63 | 159,087.45 | 181,772.60 | 119,110.70 | 60,178.27 | 80,842.96 | 122,130.20 | 90,477.55 |
| 0 | 0 | 0 | 50.93 | 0 | 0 | 30.13 | 0 |
| 25.08 | 26.88 | 31.58 | 29.49 | 22.59 | 26.71 | 23.92 | 28.23 |
| 0 | 0.01 | 0 | 0 | -0.01 | 0 | 0 | 0 |
| -58,707.63 | -39,759.62 | -21,332.78 | -10,497.73 | -7,504.03 | -6,717.96 | -10,139.60 | -8,463.98 |
| 150,143.00 | 119,327.84 | 160,439.82 | 108,663.90 | 52,674.23 | 74,125.00 | 112,020.73 | 82,013.57 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 150,143.00 | 119,327.84 | 160,439.82 | 108,663.90 | 52,674.23 | 74,125.00 | 112,020.73 | 82,013.57 |
| 102,082.94 | 84,210.15 | 108,055.09 | 74,910.47 | 48,665.64 | 57,992.51 | 79,161.78 | 63,378.11 |
| 48,060.06 | 35,117.69 | 52,384.72 | 33,753.43 | 4,008.59 | 16,132.50 | 32,858.95 | 18,635.46 |
| 150,143.00 | 119,327.84 | 160,439.81 | 108,663.90 | 52,674.23 | 74,125.01 | 112,020.73 | 82,013.57 |
| 0 | 0 | 0.01 | 0 | 0 | -0.01 | 0 | 0 |