Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Barclays Capital*
*Inc. and Barclays Bank PLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*

                 Debtors.

------------------------------------------------------------------ X

Chapter 11
Case No. 08-13555(JMP)

CERTIFICATE OF SERVICE

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      On the 13th day of February 2012, the Notice of Withdrawal of Objection of Barclays Capital Inc. and Barclays Bank PLC to Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code & (II) Granting Liens and Superpriority Claims to Post-Petition Lenders Pursuant to Section 364 of Bankruptcy Code was served by email upon:

### BY EMAIL

RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM;
ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM;
GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM;
KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM;
LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM;
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;

DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM;
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM;
ROBERT.YALEN@USDOJ.GOV; TARBIT@CFTC.GOV; RWASSERMAN@CFTC.GOV;
SHARBECK@SIPC.ORG; JWANG@SIPC.ORG; JEAN-DAVID.BARNEA@USDOJ.GOV;
JOSEPH.CORDARO@USDOJ.GOV; NEWYORK@SEC.GOV; JACOBSONN@SEC.GOV;
JBROMLEY@CGSH.COM; LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM;
CTATELBAUM@ADORNO.COM; MSTAMER@AKINGUMP.COM;
PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM;
RAJOHNSON@AKINGUMP.COM; LISA.KRAIDIN@ALLENOVERY.COM;
KEN.COLEMAN@ALLENOVERY.COM; DANIEL.GUYDER@ALLENOVERY.COM;
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM;
TDUFFY@ANDERSONKILL.COM; RRUSSELL@ANDREWSKURTH.COM;
S.MINEHAN@AOZORABANK.CO.JP; ANGELICH.GEORGE@ARENTFOX.COM;
DOWD.MARY@ARENTFOX.COM; SCOUSINS@ARMSTRONGTEASDALE.COM;
SEHLERS@ARMSTRONGTEASDALE.COM; CHARLES_MALLOY@APORTER.COM;
ANTHONY_BOCCANFUSO@APORTER.COM; JG5786@ATT.COM;
NEAL.MANN@OAG.STATE.NY.US; TONY.DAVIS@BAKERBOTTS.COM;
DWORKMAN@BAKERLAW.COM; PETER@BANKRUPT.COM;
FFM@BOSTONBUSINESSLAW.COM; CSALOMON@BECKERGLYNN.COM;
AOSTROW@BECKERGLYNN.COM; CBROTSTEIN@BM.NET;
MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM;
AOBERRY@BERMANESQ.COM; DAVIDS@BLBGLAW.COM;
DBARBER@BSBLAWYERS.COM; DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
SABIN.WILLETT@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; MARK.DEVENO@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; CAROL.WEINERLEVY@BINGHAM.COM;
RAJ.MADAN@BINGHAM.COM; ERIN.MAUTNER@BINGHAM.COM;
MICHAEL.REILLY@BINGHAM.COM; AECKSTEIN@BLANKROME.COM;
AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM;
KURT.MAYR@BGLLP.COM; KUEHN@BRAGARWEXLER.COM;
NOTICE@BKCYLAW.COM; MGORDON@BRIGGS.COM;
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
DLUDMAN@BROWNCONNERY.COM; MSIEGEL@BROWNRUDNICK.COM;
SLEVINE@BROWNRUDNICK.COM; SCHRISTIANSON@BUCHALTER.COM;
CHRISTOPHER.SCHUELLER@BIPC.COM; TIMOTHY.PALMER@BIPC.COM;
SIDORSKY@BUTZEL.COM; DERYCK.PALMER@CWT.COM;
JOHN.RAPISARDI@CWT.COM; GEORGE.DAVIS@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
JASON.JURGENS@CWT.COM; SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM;
THOMAS_NOGUEROLA@CALPERS.CA.GOV; CAHN@CLM.COM;
WANDA.GOODLOE@CBRE.COM; DLEMAY@CHADBOURNE.COM;
HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM;
SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM;

MAOFILING@CGSH.COM; JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM;
JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM; JOLI@CRLPC.COM; JEFF.WITTIG@COAIR.COM;
ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US;
JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US;
MHOPKINS@COV.COM; DCOFFINO@COV.COM; ARABOY@COV.COM;
RLEVIN@CRAVATH.COM; RTRUST@CRAVATH.COM;
JLIPSON@CROCKERKUNO.COM; TTRACY@CROCKERKUNO.COM;
JUDY.MORSE@CROWEDUNLEVY.COM; WOCONNOR@CROWELL.COM;
BZABARAUSKAS@CROWELL.COM; MLICHTENSTEIN@CROWELL.COM;
SEICHEL@CROWELL.COM; JCARBERRY@CL-LAW.COM;
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM;
THOMAS.OGDEN@DPW.COM; JJTANCREDI@DAYPITNEY.COM;
JWCOHEN@DAYPITNEY.COM; MCTO@DEBEVOISE.COM;
GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM;
MMOONEY@DEILYLAWFIRM.COM; MBIENENSTOCK@DL.COM;
TKARCHER@DL.COM; PWRIGHT@DL.COM; ESMITH@DL.COM;
IGOLDSTEIN@DL.COM; TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM;
ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM;
AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM;
TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM;
THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM;
WILLIAM.M.GOLDMAN@DLAPIPER.COM; SCHNABEL.ERIC@DORSEY.COM;
HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM;
STEVEN.TROYER@COMMERZBANK.COM; JJOYCE@DRESSLERPETERS.COM;
ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM;
TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM;
SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM;
AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM;
JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM;
DTATGE@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM;
LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG;
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM;
JHUH@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM;
ALUM@FTPORTFOLIOS.COM; DHEFFER@FOLEY.COM; JLEE@FOLEY.COM;
WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; SORY@FDLAW.COM;
JHIGGINS@FDLAW.COM; AHAMMER@FREEBORNPETERS.COM;
DEGGERT@FREEBORNPETERS.COM; WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM; SHANNON.NAGLE@FRIEDFRANK.COM;
EFRIEDMAN@FRIEDUMSPRING.COM; WWEINTRAUB@FKLAW.COM;
ABEAUMONT@FKLAW.COM; DROSENZWEIG@FULBRIGHT.COM;
JMERVA@FULT.COM; JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-
ATTORNEYS.COM; RELGIDELY@GJB-LAW.COM; JGENOVESE@GJBLAW.COM;
PBATTISTA@GJB-LAW.COM; DCIMO@GJBLAW.COM;

3

DCRAPO@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM;
JWEISS@GIBSONDUNN.COM; ASEUFFERT@LAWPOST-NYC.COM;
TNIXON@GKLAW.COM; JHERZOG@GKLAW.COM; JFLAXER@GOLENBOCK.COM;
JWALLACK@GOULSTONSTORRS.COM; DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM;
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM;
COLE@GTLAW.COM; COUSINSS@GTLAW.COM; MELOROD@GTLAW.COM;
TANNWEILER@GREERHERZ.COM; JAMIE.NELSON@DUBAIIC.COM;
JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM;
JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM;
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET;
AGOLD@HERRICK.COM; SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM;
KEN.HIGMAN@HP.COM; JDORAN@HASLAW.COM;
DPIAZZA@HODGSONRUSS.COM; RLEEK@HODGSONRUSS.COM;
ISGREENE@HHLAW.COM; SAGOLDEN@HHLAW.COM;
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM;
FRANCOIS.JANSON@HKLAW.COM; RICHARD.LEAR@HKLAW.COM;
FRANCOIS.JANSON@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM;
BARBRA.PARLIN@HKLAW.COM; ADAM.BREZINE@HRO.COM;
KERRY.MOYNIHAN@HRO.COM; MMENDEZ@HUNTON.COM;
KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; DBALOG@INTERSIL.COM;
TERESA.OXFORD@INVESCOAIM.COM; AFRIEDMAN@IRELL.COM;
KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US;
PTROSTLE@JENNER.COM; DMURRAY@JENNER.COM; RBYMAN@JENNER.COM;
GSPILSBURY@JSSLAW.COM; JOWEN769@YAHOO.COM; JFOX@JOEFOXLAW.COM;
JOSEPH.CORDARO@USDOJ.GOV; ELI.MATTIOLI@KLGATES.COM;
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM;
SNEWMAN@KATSKYKORINS.COM; MPRIMOFF@KAYESCHOLER.COM;
MSOLOW@KAYESCHOLER.COM; MDAHLMAN@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
MPAGE@KELLEYDRYE.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
DAVID.SELIGMAN@KIRKLAND.COM; JAY@KLEINSOLOMON.COM;
JJURELLER@KLESTADT.COM; CHARDMAN@KLESTADT.COM;
MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM; BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM;
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
AKORNIKOVA@LCBF.COM; EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM; DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM;
RICHARD.LEVY@LW.COM; GABRIEL.DELVIRGINIA@VERIZON.NET;
EZWEIG@OPTONLINE.NET; WSWEARINGEN@LLF-LAW.COM;
SFINEMAN@LCHB.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM;
LOIZIDES@LOIZIDES.COM; ROBIN.KELLER@LOVELLS.COM;

4

OMECA.NEDD@LOVELLS.COM; CHRIS.DONOHO@LOVELLS.COM;
ROBIN.KELLER@LOVELLS.COM; ILEVEE@LOWENSTEIN.COM;
KROSEN@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM;
JPROL@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
SQUIGLEY@LOWENSTEIN.COM; ELEVIN@LOWENSTEIN.COM;
MWARREN@MTB.COM; JHUGGETT@MARGOLISEDELSTEIN.COM;
FHYMAN@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM;
EMERBERG@MAYERBROWN.COM; TKIRIAKOS@MAYERBROWN.COM;
SWOLOWITZ@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;
ASHAFFER@MAYERBROWN.COM; HBELTZER@MAYERBROWN.COM;
CWALSH@MAYERBROWN.COM; JLAMAR@MAYNARDCOOPER.COM;
KREYNOLDS@MKLAWNYC.COM; MH1@MCCALLARAYMER.COM;
BKMAIL@PROMMIS.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM;
WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM;
NCOCO@MWE.COM; ICATTO@MWE.COM; PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM;
ABRAUNSTEIN@RIEMERLAW.COM; ADARWIN@NIXONPEABODY.COM;
AISENBERG@SAUL.COM; AKANTESARIA@OPPENHEIMERFUNDS.COM;
AKOLOD@MOSESSINGER.COM; AMARDER@MSEK.COM;
ANN.REYNAUD@SHELL.COM; AQUALE@SIDLEY.COM; ARAHL@REEDSMITH.COM;
ARHEAUME@RIEMERLAW.COM; ARLBANK@PBFCM.COM;
ASHMEAD@SEWKIS.COM; ASNOW@SSBB.COM; AUNGER@SIDLEY.COM;
BANKRUPTCY@GOODWIN.COM; BANKRUPTCY@MORRISONCOHEN.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM; BBISIGNANI@POSTSCHELL.COM;
BDK@SCHLAMSTONE.COM; BGUINEY@PBWT.COM;
BILL.FREEMAN@PILLSBURYLAW.COM; BMILLER@MOFO.COM;
BROY@RLTLAWFIRM.COM; BWOLFE@SHEPPARDMULLIN.COM;
CALBERT@REITLERLAW.COM; CANELAS@PURSUITPARTNERS.COM;
CBELMONTE@SSBB.COM; CHAMMERMAN@PAULWEISS.COM;
CHIPFORD@PARKERPOE.COM; CLYNCH@REEDSMITH.COM;
CMONTGOMERY@SALANS.COM; COHENR@SEWKIS.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; CSHULMAN@SHEPPARDMULLIN.COM;
CWARD@POLSINELLI.COM; DAVID.CRICHLOW@PILLSBURYLAW.COM;
DAVIDWHEELER@MVALAW.COM; DDAVIS@PAULWEISS.COM;
DDREBSKY@NIXONPEABODY.COM; DFELDER@ORRICK.COM;
DFLANIGAN@POLSINELLI.COM; DGRIMES@REEDSMITH.COM;
DRAELSON@FISHERBROTHERS.COM; DROSE@PRYORCASHMAN.COM;
DSHEMANO@PWKLLP.COM; DWDYKHOUSE@PBWT.COM;
ECOHEN@RUSSELL.COM; EGEEKIE@SCHIFFHARDIN.COM;
ESCHAFFER@REEDSMITH.COM; ETILLINGHAST@SHEPPARDMULLIN.COM;
FBP@PPGMS.COM; FSOSNICK@SHEARMAN.COM; FYATES@SONNENSCHEIN.COM;
GMOSS@RIEMERLAW.COM; HARRISJM@MICHIGAN.GOV;
HARVEYSTRICKON@PAULHASTINGS.COM; INFO2@NORMANDYHILL.COM;
JAMESTECCE@QUINNEMANUEL.COM; JAR@OUTTENGOLDEN.COM;
JBIRD@POLSINELLI.COM; JENNIFER.GORE@SHELL.COM;

JEREMY.EIDEN@AG.STATE.MN.US; JFALGOWSKI@REEDSMITH.COM;
JGUY@ORRICK.COM; JHORGAN@PHXA.COM; JKEHOE@BTKMC.COM;
JLSCOTT@REEDSMITH.COM; JMADDOCK@MCGUIREWOODS.COM;
JMAZERMARINO@MSEK.COM; JMR@MSF-LAW.COM;
JNADRITCH@OLSHANLAW.COM; JOWOLF@LAW.NYC.GOV;
JPINTARELLI@MOFO.COM; JRABINOWITZ@RLTLAWFIRM.COM;
JSHEERIN@MCGUIREWOODS.COM; JSHENWICK@GMAIL.COM;
JSHICKICH@RIDDELLWILLIAMS.COM; JSMAIRO@PBNLAW.COM;
JSULLIVAN@MOSESSINGER.COM; JTIMKO@SHUTTS.COM;
KGWYNNE@REEDSMITH.COM; KKOLBIG@MOSESSINGER.COM;
KORR@ORRICK.COM; KOVSKYD@PEPPERLAW.COM; KRESSK@PEPPERLAW.COM;
LAWALLF@PEPPERLAW.COM; LBERKOFF@MORITTHOCK.COM;
LMARINUZZI@MOFO.COM; LMCGOWEN@ORRICK.COM; LML@PPGMS.COM;
LNASHELSKY@MOFO.COM; LSILVERSTEIN@POTTERANDERSON.COM;
LWHIDDEN@SALANS.COM; MARK.HOULE@PILLSBURYLAW.COM;
MARTIN.DAVIS@OTS.TREAS.GOV; MAUSTIN@ORRICK.COM;
MBERMAN@NIXONPEABODY.COM; MCADEMARTORI@SHEPPARDMULLIN.COM;
MELTZERE@PEPPERLAW.COM; MHARRIS@SMSM.COM; MICHAEL.FREGE@CMS-HS.COM; MICHAEL.KELLY@MONARCHLP.COM; MILLEE12@NATIONWIDE.COM;
MJACOBS@PRYORCASHMAN.COM; MJR1@WESTCHESTERGOV.COM;
MPARRY@MOSESSINGER.COM; MSCHIMEL@SJU.EDU;
MVENDITTO@REEDSMITH.COM; NED.SCHODEK@SHEARMAN.COM;
NFURMAN@SCOTTWOODCAPITAL.COM; NHERMAN@MORGANLEWIS.COM;
NISSAY_10259-0154@MHMJAPAN.COM; NLEPORE@SCHNADER.COM;
OTCCORPACTIONS@FINRA.ORG; PBOSSWICK@SSBB.COM;
PFELDMAN@OSHR.COM; PMAXCY@SONNENSCHEIN.COM;
RBEACHER@PRYORCASHMAN.COM; RDAVERSA@ORRICK.COM;
RDAVERSA@ORRICK.COM; RFLEISCHER@PRYORCASHMAN.COM;
RFRANKEL@ORRICK.COM; RFRIEDMAN@SILVERMANACAMPORA.COM;
RICHARD@RWMAPLC.COM; RMCNEILL@POTTERANDERSON.COM;
ROBERTDKAIS@QUINNEMANUEL.COM; ROGER@RNAGIOFF.COM;
RQURESHI@REEDSMITH.COM; RREID@SHEPPARDMULLIN.COM;
RRIGOLOSI@SMSM.COM; RROUPINIAN@OUTTENGOLDEN.COM;
RUSSJ4478@AOL.COM; RWYRON@ORRICK.COM; SALLY.HENRY@SKADDEN.COM;
SCHANNEJ@PEPPERLAW.COM; SCHEPIS@PURSUITPARTNERS.COM;
SCOTTSHELLEY@QUINNEMANUEL.COM; SDNYECF@DOR.MO.GOV;
SLERNER@SSD.COM; SMAYERSON@SSD.COM; SPLATZER@PLATZERLAW.COM;
SSHIMSHAK@PAULWEISS.COM; STEVE.GINTHER@DOR.MO.GOV;
SUSAN.SCHULTZ@NEWEDGEGROUP.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM; TBROCK@SSBB.COM;
TGOREN@MOFO.COM; TJFREEDMAN@PBNLAW.COM; TSLOME@MSEK.COM;
VMILIONE@NIXONPEABODY.COM; WISOTSKA@PEPPERLAW.COM;
WK@PWLAWYERS.COM; WSILVERM@OSHR.COM; YUWATOKO@MOFO.COM;
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM;
R.STAHL@STAHLZELLOE.COM; MARC.CHAIT@SC.COM;
ECHANG@STEINLUBIN.COM; EOBRIEN@SBCHLAW.COM;
SHGROSS5@YAHOO.COM; JLOVI@STEPTOE.COM; LROMANSIC@STEPTOE.COM;
RITKIN@STEPTOE.COM; KPIPER@STEPTOE.COM; CS@STEVENSLEE.COM;

CP@STEVENSLEE.COM; APO@STEVENSLEE.COM; MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; MDORVAL@STRADLEY.COM;
JMMURPHY@STRADLEY.COM; LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM; MSPEISER@STROOCK.COM;
SMILLMAN@STROOCK.COM; LHANDELSMAN@STROOCK.COM;
DWILDES@STROOCK.COM; HOLSEN@STROOCK.COM; LACYR@SULLCROM.COM;
FELDSTEINH@SULLCROM.COM; CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM; MCCOMBST@SULLCROM.COM;
CESKRIDGE@SUSMANGODFREY.COM; BMERRILL@SUSMANGODFREY.COM;
SAGRAWAL@SUSMANGODFREY.COM; PAUL.TURNER@SUTHERLAND.COM;
MARK.SHERRILL@SUTHERLAND.COM; MILLER@TAFTLAW.COM;
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV;
THALER@THALERGERTLER.COM; GERACI@THALERGERTLER.COM;
RANJIT.MATHER@BNYMELLON.COM; ROBERT.BAILEY@BNYMELLON.COM;
MMORREALE@US.MUFG.JP; YAMASHIRO@SUMITOMOTRUST.CO.JP;
MATT@WILLAW.COM; IRA.HERMAN@TKLAW.COM;
DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM;
MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM;
MBOSSI@THOMPSONCOBURN.COM; AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;
JCHRISTIAN@TOBINLAW.COM; NEILBERGER@TEAMTOGUT.COM;
SSKELLY@TEAMTOGUT.COM; OIPRESS@TRAVELERS.COM;
MLYNCH2@TRAVELERS.COM; HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM;
DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM;
EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM;
DKLEINER@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM;
RGMASON@WLRK.COM; ARWOLF@WLRK.COM; CBELISLE@WFW.COM;
JFREEBERG@WFW.COM; RGRAHAM@WHITECASE.COM;
TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM;
EHOLLANDER@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM;
DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM;
MRUETZEL@WHITECASE.COM; UKREPPEL@WHITECASE.COM;
TLAURIA@WHITECASE.COM; GUZZI@WHITECASE.COM;
CSHORE@WHITECASE.COM; LTHOMPSON@WHITECASE.COM;
JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM;
DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM;
MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM;
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM;
MABRAMS@WILLKIE.COM; PETER.MACDONALD@WILMERHALE.COM;
JEANNETTE.BOOT@WILMERHALE.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM;
JMCGINLEY@WILMINGTONTRUST.COM; JBECKER@WILMINGTONTRUST.COM;
CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM;
MKJAER@WINSTON.COM; DNEIER@WINSTON.COM;
DRAVIN@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM;
BANKR@ZUCKERMAN.COM; LISA.KRADIN@ALLENOVERY.COM;

SSCHULTZ@AKINGUMP.COM; MICHAEL.MCCRORY@BTLAW.COM; DAVID.POWLEN@BTLAW.COM; SEAN@BLBGLAW.COM; JEFFREY.BLACK@BINGHAM.COM; MSTEEL@BROWNRUDNICK.COM; WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM; WDASE@FZWZ.COM; ANANN@FOLEY.COM; GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM; DTHEISING@HARRISONMOBERLY.COM; TMARRION@HASLAW.COM; SWEYL@HASLAW.COM; MPOMERANTZ@JULIENANDSCHLESINGER.COM; MSCHLESINGER@JULIENANDSCHLESINGER.COM; LKATZ@LTBLAW.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM; MBLOEMSMA@MHJUR.COM; SABVANROOY@HOTMAIL.COM; CDESIDERIO@NIXONPEABODY.COM; MCYGANOWSKI@OSHR.COM; RAUL.ALCANTAR@ROPESGRAY.COM; MARK.BANE@ROPESGRAY.COM; ROSS.MARTIN@ROPESGRAY.COM; JVAIL@SSRL.COM; AMARTIN@SHEPPARDMULLIN.COM; MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLING.COM; SSTARR@STARRANDSTARR.COM; JTEITELBAUM@TBLAWLLP.COM; FOONT@FOONTLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM

On the 14th day of February 2012, the Notice of Withdrawal of Objection of Barclays Capital Inc. and Barclays Bank PLC to Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code & (II) Granting Liens and Superpriority Claims to Post-Petition Lenders Pursuant to Section 364 of Bankruptcy Code was served by hand and by Federal Express, as indicated, upon:

### BY HAND

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

08-13555-mg    Doc 25318    Filed 02/14/12    Entered 02/14/12 15:02:08    Main Document
                                     Pg 9 of 9

**BY FEDERAL EXPRESS**

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Dated:  New York, New York
        February 14, 2012

                                                Richard V. Conza