| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 555231120 |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor<br>08-13555 (JMP) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000032794 |

NOTE: This form should not be used to make a claim for an administrative expense arising **after** the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

|  |  |  |
|---|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555231120*****<br>MICHAEL K., MCCULLY<br>333 EAST 18TH STREET<br>NEW YORK, NY 10003<br><br>212-353-2932<br>Telephone number:   mkmccully@gmail.com<br>Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ | **NOTICE OF SCHEDULED CLAIM:**<br>Your Claim is scheduled by the indicated Debtor as:<br><br>SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE<br><br>DESCRIPTION:<br>RESTRICTED STOCK UNIT AGREEMENT<br><br>$837,036 |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:   Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. | |

| | |
|---|---|
| 1. **Amount of Claim as of Date Case Filed:** $ _____<br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☐ Check this box if all or part of your claim is based on a Derivative Contract.*<br>☐ Check this box if all or part of your claim is based on a Guarantee.*<br>***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee. | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| 2. **Basis for Claim:** Unpaid compensation<br>(See instruction #2 on reverse side.) | |
| 3. **Last four digits of any number by which creditor identifies debtor:** _____<br>3a. **Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | |
| 4. **Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe: _____<br>Value of Property: $_____ Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$_____ Basis for perfection: _____<br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | **Amount entitled to priority:**<br><br>$10,950 |
| 6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____<br>(See instruction #6 on reverse side.) | |

| | |
|---|---|
| 7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.<br>**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**<br>If the documents are not available, please explain: | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>SEP 22 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
| Date:<br>9/21/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*Michael K. McCully* | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# LEHMAN BROTHERS

## Executive Compensation Summary
### Michael K. McCully

Employee ID: 10005470

### AWARD UNITS

| Grant Date | Description | Units Granted | Dividend Equivalents | Units Vested | Units Unvested | Units Outstanding | Units Forfeited | Units Not Forfeited | Share Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| Dec 10, 2003 | 2003 SVP Principal | 1,733.92 | 61.25 | 1,795.17 | 0.00 | 1,795.17 | 0.00 | 1,795.17 | November 30, 2008 |
| Dec 10, 2003 | 2003 SVP Discount | 577.96 | 20.33 | 0.00 | 598.29 | 598.29 | 0.00 | 598.29 | November 30, 2008 |
| Dec 09, 2004 | 2004 SVP Principal | 4,662.00 | 126.08 | 4,788.08 | 0.00 | 4,788.08 | 0.00 | 4,788.08 | May 31, 2009 |
| Dec 09, 2004 | 2004 SVP Discount | 1,554.00 | 42.05 | 0.00 | 1,596.05 | 1,596.05 | 0.00 | 1,596.05 | May 31, 2009 |
| Nov 30, 2005 | 2005 SVP Principal | 3,730.16 | 70.78 | 3,800.94 | 0.00 | 3,800.94 | 0.00 | 3,800.94 | May 31, 2009 |
| Nov 30, 2005 | 2005 SVP Discount | 1,243.38 | 23.60 | 0.00 | 1,266.98 | 1,266.98 | 0.00 | 1,266.98 | May 31, 2009 |
| Dec 08, 2006 | 2006 SVP Principal | 3,661.07 | 43.86 | 0.00 | 3,704.93 | 3,704.93 | 0.00 | 3,704.93 | November 30, 2011 |
| Dec 08, 2006 | 2006 SVP Discount | 1,220.36 | 14.60 | 0.00 | 1,234.96 | 1,234.96 | 0.00 | 1,234.96 | November 30, 2011 |
| Dec 07, 2007 | 2007 SVP Principal | 690.81 | 2.17 | 0.00 | 692.98 | 692.98 | 0.00 | 692.98 | November 30, 2012 |
| Dec 07, 2007 | 2007 SVP Discount | 230.27 | 0.70 | 0.00 | 230.87 | 230.87 | 0.00 | 230.87 | November 30, 2012 |
| | | | | | | 19,709.35 | 0.00 | 19,709.35 | |

*Handwritten annotations: "LEH Price @ issue (12/31)"; beside rows — $33, $45, $64, $74, $65; and $59,235; 215,440; 243,200; 274,096; 45,045; total $837,036.*

### STOCK OPTIONS

| Grant Date | Description | Exercise Price | Options Granted | Options Outstanding | Currently Exercisable | Current Expiration Date | Options Cancelled | Options Not Cancelled | Amended Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| Dec 10, 2003 | 2003 SVP Options | $35.6950 | 1,978 | 494 | 0 | Nov 29, 2013 | 0 | 494 | November 29, 2013 |
| | | | | 494 | | | 0 | 494 | |

Disposition of shares assumes an involuntary termination without Cause in March 2008.

For information regarding the provisions which may apply to any awards following your termination, please refer to the applicable plan documents. Please note that with respect to any 2006 and/or 2007 awards, your entitlement to the unvested portion of any principal award is further conditioned on your execution of a Firm-standard release agreement, in accordance with applicable Firm policy.

* Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.

** Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

Prepared in March 2008

TO:      Epiq Bankruptcy Solutions, LLC.
Lehman Brothers Holdings Claim Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

FR:      Michael K. McCully
333 East 18th Street
New York, NY 10003-2802
212-353-2932
mkmccully@gmail.com

RE:      Filing of 3 Proof of Claim Forms

DATE:     September 21, 2009


I have enclosed stamped, self-addressed envelopes and a copy of each Proof of Claim Form I am submitting.  Can you please date-stamp the copy and return it to me in the enclosed envelopes, so that I may have a record of this filing.

Thank you.





EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P  646 282 2500   F  646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM



MAILID *** 0004891202 ***

**** LBH CLMLTR (MERGE2.TXNUM2) 4000079822 ****

MCCULLY, MICHAEL K.
333 EAST 18TH STREET
NEW YORK, NY 10003

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq
Bankruptcy Solutions. LLC, the court-approved claims agent, on the claims register in the LEHMAN
BROTHERS HOLDINGS INC. case. It is also publically available at the following website address:
http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please
review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | MCCULLY, MICHAEL K. |
| Date Received: | 09/22/2009 |
| Claim Number: | 32794 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim
is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed
above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page,
type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY
IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information
used to distinguish or trace an individual's identity, such as their social security number, biometric
records, drivers license number, account number, credit or debit card number (including any
passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or
identifying information which is linked or linkable to a specific individual, such as date and place
of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed
claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at
http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be
sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**