AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

Christine Bodei, being duly sworn, deposes and says:

1.  I am not a party to this action and I am over eighteen years of age.\

2.  On February 14, 2012 I served the Response of Claimant Michael K. McCully, together with the supporting Affidavit of Michael K. McCully and Exhibits, in Opposition to:

1.  DEBTORS' DECEMBER 15, 2011 OMNIBUS REPLY TO RESPONSES TO DEBTORS' 118th, 130th, 131st, 133rd, 134th, 135th, 176th, and 207th OMNIBUS OBJECTIONS TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

2.  DEBTORS' JANUARY 24, 2012 SUPPLEMENTAL ANNOTATED OMNIBUS REPLY TO RESPONSES TO DEBTORS' 73rd, 118th, 130th, 131st, 133rd, 134th, 135th, 176th, and 207th OMNIBUS OBJECTIONS TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

in the matter of *Lehman Brothers Holdings Inc., et al.* by hand delivery to:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Attn.: Mary Lopez, Case Administrator

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
for Region 2
33 Whitehall Street, 21st Floor
New York, New York  10004

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

_____
Christine Bodei

Sworn to before me this
14 day of February, 2012.

_____
Notary Public

RICHARD J. SCHAGER, JR.
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC4834248
Qualified in Kings County
My Commission Expires March 30, 20_15_