WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                              : **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
                                                            :
                        Debtors.       : **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION**
**TO CLAIMS (MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) [ECF No. 16867], that was scheduled for February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 14, 2012
      New York, New York

                                 /s/ Robert J. Lemons
                                 Robert J. Lemons

                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 Attorneys for Debtors
                                 and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Arrowood Indemnity Company f/k/a Royal Indemnity Company | 2076 | N/A |
| Cotten, Timothy A., et al. | 34313 | 17951 |
| Depository Trust Clearing Corporation and Related Entities | 30423 | N/A |
| Diamondback Master Fund Ltd. | 26909 | 17735 |
| LMA SPC on behalf of Map I | 26895 | 18045 |
| PJM Interconnection LLC | 22267 | N/A |
| PSEG Energy Resources & Trade LLC | 15735 | N/A |
| Stadt Schwaebisch Hall | 27015 | N/A |
| Tronox Inc., et al. | 29768 | 19336 |
| Trout, Roger | 25708 | 17663 |