United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
|---|---|
| Creditor Name and Address: | REPOSSI, PATRIZIA<br>VIA XX SETTEMBRE 13<br>PAVIA,<br>PAVIA, PV, ITALY |
| Court Claim Number (if known): | 13710 |
| Date Claim Filed: | 9/16/2009 |
| Total Amount of Claim Filed: | $86,854.34 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 23/01/12

Print Name: PATRIZIA REPOSSI
Title (if applicable): _____

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

## Repossi, Patrizia

| | |
|---|---|
| **From:** | Repossi, Patrizia |
| **Sent:** | lunedì 23 gennaio 2012 13.59 |
| **To:** | 'Baer, Herb' |
| **Cc:** | 'Petris, Elli'; 'Fulvio Masocco' |
| **Subject:** | RE: REPOSSI PATRIZIA |
| **Attachments:** | DOC014.pdf; DOC052.pdf |

Dear Herb,

Please find herewith attached the withdrawal of claim and the amended proof of claim. If everything is clear, I will send you by mail the 2 original docs. If the scanner is enough, please let me know .
Please also take note of my personal additional mail where you can reach me from today onwards.

Thanks

Kind Regards

Patrizia Repossi

---

**From:** Baer, Herb [mailto:hbaer@epiqsystems.com]
**Sent:** giovedì 19 gennaio 2012 21.46
**To:** Repossi, Patrizia
**Cc:** Petris, Elli
**Subject:** RE: REPOSSI PATRIZIA

Thank you for your follow-up attempting to correct the reflection of your claim on the official claims register. The easiest way to accomplish this will be to execute the attached two documents. The first is an amended claim form re-stating the amount of your claim, and referencing the previously filed claim. The second is a withdrawal of the previously filed claim, to ensure that you do not end up with two claims, and to spare the estate the expense and administrative effort of needing to object to your original claim as being superseded by the later filed claim.

If you could sign, date and execute both and return to me electronically I can take care of it. Additionally, if you could mail the original of the amended claim to my attention, I will make sure that it gets filed appropriately.

My email is hbaer@epiqsystems.com, and my address is:

Epiq Bankruptcy Solutions, LLC
Attn: Herb Baer
757 Third Avenue, 3rd Floor
New York, NY 10017

Regards,

**Herb Baer**
Epiq Systems
Bankruptcy Solutions
Phone: 646-282-2525

---

**From:** Repossi, Patrizia [mailto:patrizia.repossi@credit-suisse.com]
**Sent:** Thursday, January 19, 2012 8:55 AM

31/01/2012

**To:** Petris, Elli; lehman@epiqsystems.com; DL-lehmancallcenter
**Subject:** REPOSSI PATRIZIA
**Importance:** High

Hi,

I received a letter from Epiq ref:final request to confirm the convenience election (1st attachment) and I was surprised. Actually despite of the fact I have reported a mistake in my ballot ( the total amount of $75, 904.34 in the Ballot A9 is wrong and I was not intitled to receive ballot 9 (see Mails below and 2nd attachment ) I keep receiving letters as if I have not reported the mistake and nobody has taken notice of the requested amendment. I hope that this will not cause me to face legal problems.

Could you please take note of my real total claim as per 2nd attachment?

As the total amount of $75, 904.34 in the Ballot A9 is wrong, please let me know if I have to sign or not the final request to confirm the convenience election.

many thanks

Kind Regards

Patrizia Repossi

---

**From:** Repossi, Patrizia
**Sent:** venerdì 28 ottobre 2011 11.01
**To:** 'Petris, Elli'; DL-LehmanVote; 'lehman@epiqsystems.com'
**Subject:** Proof of Claim (13710)

Dear all,
Please find herewith attached my proof of claim amended by my lawyers to be recorded. This new doc will substitute the one sent with wrong calculation by my lawyers in August 2009.

Kind regards.

Patrizia Repossi

---

**From:** Petris, Elli [mailto:epetris@epiqsystems.com]
**Sent:** martedì 25 ottobre 2011 16.50
**To:** Repossi, Patrizia; DL-LehmanVote
**Subject:** RE: Ballot - VERY URGENT

HI Patrizia:

As mentioned in my previous emai to you, filed proofs of claim as of the Voting Reocrd Date, August 1, 2011, will be the claims counted for voting purposes. Therefore, your claim (13710) and the ballots associated with same will be the balltos counted. The updated/amended claim that you provided, which is attached will not be consistered for voting purposes.

As discussed, you are not required to vote. If you do not vote on ballot 9A ($75,904.34), then the votes of those that return ballots will determine if the Plan is accepted by the Debtors' creditors or not. If the Plan is confirmed by the Bankruptcy Court, the Plan will be binding on you and you will be treated in the same manner as others in your Plan class whether you voted or not.

Regards,

Elli

**ELLI PETRIS**

31/01/2012

Case Manager
Epiq Systems
Bankruptcy Solutions
646.282.2557

---

**From:** Repossi, Patrizia [mailto:patrizia.repossi@credit-suisse.com]
**Sent:** Tuesday, October 25, 2011 3:44 AM
**To:** Petris, Elli; DL-LehmanVote
**Subject:** RE: Ballot - VERY URGENT

Thank you.

what I wanto to stress is that claim 13710 is higher that I expect and so the Ballot A9 is wrong. Have I to send it and vote even if wrong or as I think i may ask for a new oneA9 or A6 to be sent to my attention ?

Kind regards

Patrizia

---

**From:** Petris, Elli [mailto:epetris@epiqsystems.com]
**Sent:** lunedì 24 ottobre 2011 21.18
**To:** Repossi, Patrizia; DL-LehmanVote
**Cc:** SimonaGrieco@lexellent.it; MarcoGiangrande@lexellent.it
**Subject:** RE: Ballot - VERY URGENT

Patrizia:

From what I gather, you would like to amended claim 13710 with the attached Proof of Claim Form. Thus, for claim processing inquires, please contact lehman@epiqsystems.com

Filed proofs of claim as of the Reocrd Date, August 1, 2011, will be the claims counted for voting purposes. Therefore, your claim (13710) and the ballots associated with same will be the balltos counted.

Regards,

Elli


**ELLI PETRIS**
Case Manager
Epiq Systems
Bankruptcy Solutions
646.282.2557

---

**From:** Repossi, Patrizia [mailto:patrizia.repossi@credit-suisse.com]
**Sent:** Monday, October 24, 2011 12:12 PM
**To:** Petris, Elli; DL-LehmanVote
**Cc:** SimonaGrieco@lexellent.it; MarcoGiangrande@lexellent.it
**Subject:** RE: Ballot - VERY URGENT

HI,

For some reason the calculation given my lawyers is wrong. Please find herewith attached the right Proof of CLaim. Could you please send me the right Ballot?

Regards

31/01/2012

Patrizia Repossi
+39 02 8855 0259
+39 339 2964 335

---

**From:** Petris, Elli [mailto:epetris@epiqsystems.com]
**Sent:** venerdì 21 ottobre 2011 17.11
**To:** Repossi, Patrizia; DL-LehmanVote
**Subject:** RE: Ballot - VERY URGENT

Hi Patrizia:

Please note that the $75,904.34 amount you reference below is associated with the claim filed by you (Claim No. 13710).

Claim 13710 was filed with a unsecured portion of $75,904.34 reflected within ballot 9A and secured portion $10,950 of which is reflected within the Class 1 ballot. Both amounts total $86,854.34. Please review the attached Proof of Claim Form.

Let uis know if you have any furhter questions.

Regards,

Elli

**ELLI PETRIS**
Case Manager
Epiq Systems
Bankruptcy Solutions
646.282.2557

---

**From:** Repossi, Patrizia [mailto:patrizia.repossi@credit-suisse.com]
**Sent:** Friday, October 21, 2011 9:49 AM
**To:** DL-LehmanVote
**Subject:** Ballot - VERY URGENT

Hi,

With reference to above Ballots received by mail, could you please explain the total amount of $75, 904.34 in the Ballot A9? I have difficulty in understating how this amount has been calculated. I have some doubts about the correct amount that is reported in the ballot.
It is very important as within 4 November I have to send the 2 ballots with acceptance.
Please let me know.

Patrizia Repossi
+39 02 8855 0259

```
=================================================================================
Please access the attached hyperlink for an important electronic communications disclaimer:
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
=================================================================================
```

```
=================================================================================
Please access the attached hyperlink for an important electronic communications disclaimer:
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
=================================================================================
```

31/01/2012

```
================================================================================
Please access the attached hyperlink for an important electronic communications disclaimer:
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
================================================================================
```

```
================================================================================
Please access the attached hyperlink for an important electronic communications disclaimer:
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
================================================================================
```

31/01/2012