WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |
| | : | |

-------------------------------------------------------------------------------x

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED FOR THE
FORTY-SEVENTH OMNIBUS HEARING ON FEBRUARY 15, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**,
One Bowling Green, New York, NY 10004-1408

## I.    <u>UNCONTESTED MATTER</u>:

1.    Motion of the Debtors and the Committee for Approval of the Settlement
Transaction Resolving the Two Hundred Twenty-Ninth Omnibus Objection to
JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and
Duplicative Claims) **[ECF No. 24851]**

Response Deadline:    February 8, 2012 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Declaration of Philip Kruse in Support of Motion of the Debtors
and the Committee **[ECF No. 24853]**

B.    Notice of Filing of JPM Funds Settlement Agreement **[ECF No.
25298]**

Status:  This matter is going forward.

## II.    <u>CONTESTED MATTERS</u>:

2.    Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11
Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Sections
105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of
Claims filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-
Backed Securities for Purposes of Establishing Reserves **[ECF No. 24254]**

Response Deadline:    January 19, 2012 at 4:00 p.m.

Responses Received:

A.    Objection of Wilmington Trust Company **[ECF No. 24483]**

B.    Objection of Deutsche Bank National Trust Company **[ECF No.
24492]**

<u>Related Documents</u>:

        C.      Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 24598]**

        D.      Declaration of Zachary Trumpp in Support of the Motion **[ECF No. 24255]**

        E.      Notice of Withdrawal as it Relates to Wells Fargo Bank, N.A and Bank of America, N.A., and Notice of Adjournment as it Relates to Deutsche Bank National Trust Company, HSBC Bank USA, N.A. and Wilmington Trust Company **[ECF No. 24586]**

<u>Status</u>:  This matter is going forward solely as a status conference.

### <u>IN RE LEHMAN BROTHERS AUSTRALIA LIMITED [CASE NO. 12-10063]</u>

    3.      Hearing to Consider Granting Relief Requested in the Chapter 15 Petition and the Verified Petition for Recognition of Foreign Proceeding

      <u>Related Documents</u>:

        A.      Chapter 15 Petition for Recognition of Foreign Proceeding **[ECF No. 1]**

        B.      Declaration of Marcus Ayres in Support of Verified Petition **[ECF No. 2]**

        C.      Declaration of Marcus Ayres Pursuant to 11 U.S.C. Sec. 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure **[ECF No. 3]**

        D.      Verified Petition for Recognition and Chapter 15 Relief **[ECF No. 4]**

      <u>Status</u>:  This matter is going forward.

### <u>MATTERS TO BE HEARD AT 2:00 P.M.</u>

### III.    <u>ADVERSARY PROCEEDINGS</u>:

    4.      Margaret Bennett  v. Lehman Brothers Holdings Inc. **[Adversary Case No. 10-03264]**

      **Pre-Trial Conference**

      <u>Related Documents</u>:

        A.      Adversary Complaint **[ECF No. 1]**

B.      Answer of Lehman Brothers Holdings Inc. to Complaint **[ECF No. 2]**

Status:  This matter is going forward.

5.      Turnberry Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc. **[Adversary Case No. 09-01062]**

**Motion to Dismiss Plaintiffs' Amended Complaint**

Related Documents:

A.      Lehman Brothers Holdings, Inc.'s and Lehman Brothers Bank, FSB's Motion to Dismiss Plaintiffs' Amended Complaint **[ECF No. 65]**

B.      Opposition Brief of Turnberry Centra Sub, LLC, et al. **[ECF No. 67]**

C.      Lehman Brothers Holdings, Inc.'s Reply in Support of the Motion to Dismiss **[ECF No. 68]**

D.      Amended Complaint **[ECF No. 63]**

Status:  This matter is going forward.

6.      Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, *et al.* **[Adversary Case No. 10-02821]**

**Motion to Dismiss Defendants' Amended Counterclaims**

Related Documents:

A.      Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

B.      Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

C.      Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

D.      Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

Status:  This matter is going forward.

7.      Lehman Brothers Holdings Inc.  v. Fontainebleau Resorts, LLC, et al. **[Adversary Case No. 10-02823]**

**Motion to Dismiss Defendants' Amended Counterclaims**

Related Documents:

    A.      Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

    B.      Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

    C.      Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

    D.      Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

Status:  This matter is going forward.

## IV.   **ADJOURNED MATTERS:**

**A.      Lehman Brothers Holdings Inc.:**

8.      Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

    A.      Debtors' Objection **[ECF No. 14398]**

    B.      Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

    C.      Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

    D.      Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

9.      Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors
        Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

        Response Deadline:    May 11, 2011 at 4:00 p.m.

        Responses Received:

                A.      Debtors' Objection **[ECF No. 16680]**

                B.      Joinder of Official Committee of Unsecured Creditors in Debtors'
                        Objection **[ECF No. 16683]**

        Related Documents:  None.

        Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

10.     Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic
        Stay  **[ECF No. 23551]**

        Response Deadline:    March 14, 2012 at 4:00 p.m.

        Responses Received:  None.

        Related Document:

                A.      Third Notice of Adjournment of Hearing on Motion for Relief
                        from the Automatic Stay **[ECF No. 24975]**

        Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

11.     Motion of Jason T. Taylor for Relief from the Automatic Stay **[ECF No. 14377]**

        Response Deadline:    February 8, 2012 at 4:00 p.m.

        Response Received:

                A.      Debtors' Omnibus Response **[ECF No. 25152]**

        Related Documents:   None.

        Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

12.     Motion of Phillip Walsh for Relief from the Automatic Stay **[ECF No. 14571]**

        Response Deadline:    February 8, 2012 at 4:00 p.m.

Response Received:

    A.    Debtors' Omnibus Response **[ECF No. 25152]**

Related Documents:   None.

Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

13.    Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline:   June 8, 2011 at 4:00 p.m.

Response Received:

    A.    Debtors' Objection **[ECF No. 17502]**

Related Documents:   None.

Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

14.    Motion to Compel Compliance with Subpoena *Duces Tecum* **[ECF No. 24602]**
Response Deadline:   February 8, 2012

Response Received:

    A.    Opposition Brief of Bond Logistix LLC **[ECF No. 25074]**

Related Documents:

    B.    Debtors' Reply **[ECF No. 25264]**

    C.    Reply Declaration of Raquel Kellert in Further Support of Debtors' Motion **[ECF No. 25265]**

    D.    Affidavit of William A. Molinski in Support of Bond Logistix LLC's Memorandum in Opposition **[ECF No. 25075]**

    E.    Affidavit of Eric H. Chu in Support of Bond Logistix LLC's Memorandum in Opposition **[ECF No. 25076]**

    F.    Notice of Subpoena **[ECF No. 16846]**

Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

15.  Application of the Fee Committee to Retain the Chairman and Committee
Counsel for Retrospective Review of Professional Compensation, *Nunc Pro Tunc*
to December 1, 2011 **[ECF No. 23524]**

Response Deadline:    December 30, 2011

Responses Received:  None.

Related Document:

    A.    Notice of Presentment of Revised Proposed Order **[ECF No. 25295]**

Status:  This matter has been scheduled for presentment on February 21, 2012 at
12:00 p.m.

**B.    Adversary Proceedings:**

16.  Lehman Brothers Holdings Inc.  v. Archstone Equity Holdings Inc., et al.
**[Adversary Case No. 11-02928]**

    **Pre-Trial Conference**

Status:  This matter has been adjourned.

**C.    Lehman Brothers Inc.:**

17.  Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for
Limited Intervention in the Contested Matter Concerning the Trustee's
Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain
of Its Affiliates **[LBI ECF No. 4634]**

Response Deadline:  March 14, 2012 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Declaration of Luke A. Barefoot in Support of Movant's Motion
for Limited Intervention in the Contested Matter Concerning the
Trustee's Determination of Certain Claims of Lehman Brothers
Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

    B.    Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892]**

Status:  This matter has been adjourned to March 21, 2012 at 10:00 a.m.

## V.    RESOLVED MATTERS:

### A.    Lehman Brothers Holdings Inc.

18.    Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[ECF No. 434]**

Response Deadline:    December 7, 2011 at 4:00 p.m.

Response Received:

A.    Objection of Barclays Capital Inc. and Barclays Bank PLC **[ECF No. 23126]**

Related Documents:

B.    So Ordered Stipulation and Order Settling Issues in Connection with the Postpetition Financing of Lehman Brothers Holdings Inc. and Providing for Release of Funds **[ECF No. 25049]**

C.    Notice of Withdrawal of Objection of Barclays Capital Inc. and Barclays Bank PLC **[ECF No. 25292]**

Status:  This matter has been resolved.

19.    Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[ECF No. 7102]**

Response Deadline:    February 8, 2012 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Stipulation, Agreement and Order Resolving Motion **[ECF No. 24422]**

Status: This matter has been resolved.


Dated: February 14, 2012
      New York, New York

            /s/ Harvey R. Miller
            Harvey R. Miller

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

Dated: February 14, 2012
      New York, New York

            /s/ Jeffrey S. Margolin
            James B. Kobak, Jr.
            Jeffrey S. Margolin

            HUGHES HUBBARD & REED LLP
            One Battery Park Plaza
             New York, New York 10004
            Telephone: (212) 837-6000
            Facsimile: (212) 422-4726

            Attorneys for James W. Giddens, Trustee for
            the SIPA Liquidation of Lehman Brothers Inc.