**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,

          Debtors.

Chapter 11
Case No. 08-13555 (JMP)

---

In re

LEHMAN BROTHERS INC.,

          Debtor.

Case No. 08-01420 (JMP) SIPA

---

**STIPULATION AND ORDER REGARDING DISCOVERY RELATED TO OBJECTION
TO PORTIONS OF PROOFS OF CLAIM NO. 66462 AGAINST LEHMAN BROTHERS
HOLDINGS INC. AND NO. 4939 AGAINST LEHMAN BROTHERS INC. OF
JPMORGAN CHASE BANK, N.A. REGARDING TRIPARTY REPO-RELATED
<u>LOSSES</u>**

This Stipulation is entered into by and between the undersigned counsel, acting

for and on behalf of their respective clients: (a) Lehman Brothers Holdings Inc. ("<u>LBHI</u>"), (b) the

Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (the "<u>Committee</u>"

and, together with LBHI, the "<u>Objectors</u>"); and (c) JPMorgan Chase Bank, N.A. ("<u>JPMorgan</u>"

and, together with LBHI and the Committee, the "<u>Parties</u>" and each a "<u>Party</u>").

WHEREAS, on September 15, 2008, LBHI commenced a voluntary case under

chapter 11 of title 11 of the United States Code, as amended, in the United States Bankruptcy

Court for the Southern District of New York (the "<u>Court</u>" and the proceeding the "<u>LBHI</u>

<u>Bankruptcy Case</u>");

WHEREAS, on September 19, 2008, the Honorable Gerard E. Lynch, Judge of

the United States District Court for the Southern District of New York, entered the Order

Commencing Liquidation pursuant to the provisions of the Securities Investor Protection

Corporation Act with respect to Lehman Brothers Inc. (the resulting proceeding the "LBI SIPA

Proceeding");

WHEREAS, on May 29, 2009, JPMorgan filed Proof of Claim No. 4939 in the

LBI SIPA Proceeding;

WHEREAS, on April 1, 2010, JPMorgan filed Claim No. 66462 in the LBHI

Bankruptcy Case;

WHEREAS, on May 26, 2010, Objectors initiated an adversary proceeding

against JPMorgan (the "Adversary Proceeding");

WHEREAS, the Parties negotiated a confidentiality stipulation to govern

discovery in the Adversary Proceeding (the "Adversary Proceeding Confidentiality Stipulation"),

which was so ordered by the Court on September 1, 2010;

WHEREAS, on August 31, 2011, Objectors filed their Objection to Portions of

Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No 4939 Against

Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses

(the "Deficiency Objection");

WHEREAS, the Parties have served discovery on one another in connection with

the Deficiency Objection seeking documents and information (all documents and information

provided pursuant to such discovery, the "Deficiency Objection Discovery Materials");

WHEREAS, the Parties have agreed that discovery related to the Deficiency

Objection should be governed by the Adversary Proceeding Confidentiality Stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON

COURT APPROVAL HEREOF, IT IS ORDERED THAT:

The Parties shall treat all Deficiency Objection Discovery Materials in accordance

with the Adversary Proceeding Confidentiality Stipulation.


DATED: January 18, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Erica Taggart
Erica Taggart
Tyler G. Whitmer
*Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.*

DATED: January 18, 2012

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By  /s/ Joseph D. Pizzurro
Joseph D. Pizzurro
L.P. Harrison 3rd
Michael J. Moscato
Nancy E. Delaney
Peter J. Behmke
Cindi M. Giglio
*Counsel for Debtor Lehman Brothers Holdings Inc.*

DATED: January 18, 2012

WACHTELL, LIPTON, ROSEN & KATZ

By  /s/ Ian Boczko
Paul Vizcarrondo
Amy R. Wolf
Ian Boczko
*Counsel for JPMorgan Chase Bank, N.A.*

**IT IS SO ORDERED:**

Dated:  New York, New York
February 15, 2012

*s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge