STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for DZ BANK Ireland plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Mark Wojcik, being duly sworn, affirms and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane,

New York, New York 10038.

2.  On February 10, 2012, affiant caused to be served, true and correct copies of the

*Notice of Withdrawal of Objection of DZ BANK Ireland plc to Lehman Brothers*

*Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts*

*Listed on Exhibit 2 of the Plan Supplement* (Dkt. No. 25204), filed via the Court's

ECF system on such date and via hand delivery upon the parties listed on the attached Service List A.

3. On February 13, 2012, affiant caused to be served, true and correct copies of the *Notice of Withdrawal of Objection of DZ BANK Ireland plc to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement* (Dkt. No. 25204), via overnight mail upon the parties listed on the attached Service List B.

/s/ Mark Wojcik
Mark Wojcik

Sworn to before me this
15th day of February, 2012

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

## Service List "A"

***Via Hand Delivery***
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


## Service List "B"

*Via Overnight Mail*
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Overnight Mail*
Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005