B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Stone Lion Portfolio L.P.</u>                             <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):<u>33584</u>
should be sent:                                                      Amount of Claim: <u>$637,003.75</u>
Stone Lion Portfolio L.P.                                    Date Claim Filed:<u>9/22/09</u>
Stone Lion Capital Partners L.P.                        Debtor: <u>Lehman Brothers Special Financing Inc.</u>
461 5th Ave, 14th Floor
New York, NY10017
Phone: (212) 843-1243
Email:<u>bwood@stonelioncapital.com</u>

Phone:_____      Phone:_____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

707030v.2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 2/13/12
Name of Transferee/Transferee's Agent
Claudia Borg
General Counsel
Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P., Investment Manager
By: SL Capital Partners LLC, Its: General Partner
By: Stone Lion Capital LLC, Managing Member

By: _____ Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

707030v.2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                Date: _____
     Name of Transferee/Transferee's Agent


By: *Jennifer D*_____            Date: 2/13/12
     Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

707030v.2