B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.      Case No. 08-13555 (JMP)
(Jointly Administered)

In re Lehman Brothers Special Financing Inc., Debtor     Case No. 08-13888(JMP)

To the Debtors and the Bankruptcy Court:

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the partial transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the partial transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the transferred portion of the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the transferred portion of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the transferred portion of claim be made to Transferee.

| Stone Lion Portfolio L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stone Lion Capital Partners L.P.
461 5th Ave, 14th Floor
New York, NY 10017
Attn: Claudia Borg

Court Claim # (if known): 66107 (which amended 33613)
Amount of Claim Transferred: $9,111,299.62
Amount of Claim as Filed: $53,000,000.00
Date Claim Filed: January 12, 2010 (originally filed September 18, 2009)
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

688743v.3 153/06121

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 2/13/12
Transferee/Transferee's Agent Stone Lion Portfolio L.P.
Claudia Borg        Stone Lion Capital Partners L.P., Investment Manager
General Counsel       By: SL Capital Partners LLC, Its: General Partner
                By: Stone Lion Capital LLC, Managing Member

By: _____   Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

688743v.3 153/06121

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

By: _[signature]_____    Date: 2/13/12
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

688743v.3 153/06121