REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION) SOLELY AS TO CLAIM NOS. 16353 AND 16389

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) [Dkt. No. 14492] <u>solely as to claim numbers 16353 and 16389</u>. The Debtors reserve their rights to object to the claim on any grounds in the future.

Dated: February 15, 2012

                                               /s/ *Michael A. Rollin*
                                               Michael A. Rollin
                                               REILLY POZNER LLP
                                               1900 16th Street, Suite 1700
                                               Denver, Colorado 80202
                                               Telephone: (303) 893-6100
                                               Facsimile: (303) 893-6110
                                               Attorneys for Debtors
                                               and Debtors in Possession

632547