## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **PIMCO Cayman Japan CorePLUS Fund**

DATE OF TRANSFER OF CLAIM: November 16, 2011

    We, Teacher Retirement System of Texas, as successor in interest to Red River HYPi L.P., a limited partnership formed under the laws of the State of Delaware ("Transferor"), do hereby certify that as of the date hereof, Red River HYPi L.P. has unconditionally and irrevocably sold, conveyed, transferred, granted and assigned to Teacher Retirement System of Texas (acting for itself), a pension plan formed under the laws of the State of Texas with offices located at 816 Congress Avenue, 13th Floor, Austin, Texas 78701, Attn: Kendall C. Courtney, (512-542-6359; Kendall.Courtney@trs.state.tx.us) ("Transferee") its successors and assigns, all right, title and interest in and to the claims of Transferor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $507,000, docketed as Claim No. 222276 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions and to give all notices and other communications in respect of the Claim to:

Teacher Retirement System of Texas
(as successor in interest to Red River HYPi, L.P.)
Attn: Kendall C. Courtney
816 Congress Avenue, 13th Floor
Austin, Texas 78701
(512) 542-6359
Kendall.Courtney@trs.state.tx.us

RED RIVER HYPI L.P.

By: STOCKSPLUS MANAGEMENT INC., its General Partner

Name: JOHN HARDAWAY
Title: VICE PRESIDENT

TEACHER RETIREMENT SYSTEM OF TEXAS,
acting in its own capacity and as successor in interest to Red River HYPi, L.P.]

Name:
Title:

AMR-328797-v3

80-40395262

## EVIDENCE OF TRANSFER OF CLAIM

TO: **Clerk, United States Bankruptcy Court, Southern District of New York**

AND TO: **PIMCO Cayman Japan CorePLUS Fund**

DATE OF TRANSFER OF CLAIM: November 16, 2011

We, Teacher Retirement System of Texas, as successor in interest to Red River HYPi L.P., a limited partnership formed under the laws of the State of Delaware ("Transferor"), do hereby certify that as of the date hereof, Red River HYPi L.P. has unconditionally and irrevocably sold, conveyed, transferred, granted and assigned to Teacher Retirement System of Texas (acting for itself), a pension plan formed under the laws of the State of Texas with offices located at 816 Congress Avenue, 13th Floor, Austin, Texas 78701, Attn: Kendall C. Courtney, (512-542-6359; Kendall.Courtney@trs.state.tx.us) ("Transferee") its successors and assigns, all right, title and interest in and to the claims of Transferor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $507,000, docketed as Claim No. 222276 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions and to give all notices and other communications in respect of the Claim to:

Teacher Retirement System of Texas
(as successor in interest to Red River HYPi, L.P.)
Attn: Kendall C. Courtney
816 Congress Avenue, 13th Floor
Austin, Texas 78701
(512) 542-6359
Kendall.Courtney@trs.state.tx.us

RED RIVER HYPI L.P.

By: STOCKSPLUS MANAGEMENT INC., its General Partner

By: _____
Name:
Title:

TEACHER RETIREMENT SYSTEM OF TEXAS,
acting in its own capacity and as successor in interest to Red River HYPi, L.P.

By: *[signature]*
Name: Ken Welch
Title: Deputy Director

AMR-328797-v3                                                                                                80-40395262

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et. al.  ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Teacher Retirement System of Texas | Red River HYPi L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Kendall C. Courtney
816 Congress Avenue, 13th Floor
Austin, Texas 78701

Court Claim # (if known):  22276
Amount of Claim:  $507,000.00
Date Claim Filed:  09/21/2009

Phone:  512-542-6359
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Km Welch_          Date: 12-22-11
Transferee/Transferee's Agent
DEPUTY DIRECTOR

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.