REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*        :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 31148

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of Claim No. 31148 [Docket No. 24102] will be held on **February 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: February 15, 2012

                                        /s/ Michael A. Rollin
                                        Michael A. Rollin
                                        REILLY POZNER LLP
                                        1900 16th Street, Suite 1700
                                        Denver, Colorado 80202
                                        Telephone: (303) 893-6100
                                        Facsimile: (303) 893-6110

                                        Attorneys for Debtors
                                        and Debtors in Possession

632966