WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### NOTICE TO HOLDERS OF ALLOWED CLAIMS REGARDING PLAN DISTRIBUTIONS

PLEASE TAKE NOTICE that **in order to receive any distributions** to which you may be entitled under the confirmed Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, dated December 5, 2011 [ECF No. 22973] (the "Plan"), **you must submit** to Epiq Bankruptcy Solutions, LLC ("Epiq") **both**

i.  the appropriate Internal Revenue Service tax form ("Tax Form") **and**
ii. a form certifying that neither you nor, to the best of your knowledge, any person or entity for whom you may be acting or who may be the beneficial owner of a claim, security, or interest that is in your name or control is a person or entity with whom it is illegal for a U.S. person to transact under (a) the Office of Foreign Assets Control sanctions regulations or (b) the list of Specially Designated Nationals and Blocked Persons ("OFAC Certification").

**Unless Epiq receives original copies of each of your properly completed Tax Form and OFAC Certification by March 1, 2012, you will not receive any distributions to which you may be entitled under the Plan on the initial distribution date.** Forms must be submitted to:

If by first-class mail:

    Lehman Brothers Holdings Claims Processing
    c/o Epiq Bankruptcy Solutions, LLC
    FDR Station, P.O. Box 5076
    New York, NY 10150-5076

If by Hand Delivery or Overnight mail:

    Epiq Bankruptcy Solutions, LLC
    Attn: Lehman Brothers Holdings Inc.
    757 Third Avenue, 3rd Floor
    New York, NY 10017

**The required forms were previously mailed to you. If you have not received them or require additional copies, they are available at www.lehman-docket.com or you may request them from Epiq by email at lehmancallcenter@epiqsystems.com or by phone at 866-879-0688 (domestic) or +1 503-597-7691 (international).**

Dated: February 15, 2012
      New York, New York