UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                  :
                    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

**DECLARATION OF STEVEN J. COHN IN SUPPORT OF MOTION OF LEHMAN BROTHERS HOLDINGS INC. FOR AUTHORITY TO USE NON-CASH ASSETS IN LIEU OF AVAILABLE CASH AS RESERVES FOR DISPUTED CLAIMS PURSUANT TO SECTION 8.4 OF THE DEBTORS' CONFIRMED JOINT CHAPTER 11 PLAN**

Steven J. Cohn makes this declaration pursuant to 28 U.S.C. § 1746 and states:

1.     I am over the age of 18 years and make these statements of my own personal knowledge, my review of the business records of Lehman Brothers Holdings Inc. ("LBHI"), its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together with LBHI, the "Debtors"), and certain non-Debtor affiliates and/or my consultation with employees and professionals of the Debtors. If called to testify, I could testify to the truth of the matters set forth herein.

2.     I submit this Declaration in support of the *Motion of Lehman Brothers Holdings Inc. For Authority to Use Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Chapter 11 Plan*, dated January 27, 2011, ECF No. 24726 (the "Motion").[1] I have reviewed the Motion and adopt the representations therein as if fully set forth in this Declaration.

3.     I am a Managing Director with Alvarez & Marsal North America, LLC ("A&M") and Senior Vice President and Co-Treasurer of LBHI. I hold a Bachelor's degree in economics from Tufts University and a Master's degree in business administration, with a

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

concentration in finance and accounting, from the University of Pennsylvania, Wharton School of Business.  I am a Certified Public Accountant (CPA) in the State of New York.  I have more than 15 years of experience in leading troubled companies through the turnaround and restructuring process, specializing in managing cash flow improvement, developing business plans, determining the appropriate financial structure for a company, and negotiating with the various constituencies of a company in distress.  Since joining A&M in 1998, I have served as chief restructuring officer, chief financial officer and financial advisor in connection with numerous corporate turnarounds and restructurings.

      4.      I joined the A&M team on the Lehman matter on or about September 18, 2008.  My areas of responsibility include overall supervision of cash management, treasury operations, payroll and accounts payable processing for the Debtors.  I was one of the primary representatives of the Debtors in the development of the Plan and the preparation of the Disclosure Statement.  I am familiar with the information and projections contained in the Disclosure Statement.  I am also responsible for, and supervise, the Debtors' employees and professionals in connection with all matters related to Distributions to be made in accordance with the Plan, including the Motion.

**Exhibits in Support of Motion**

      5.      I incorporate into my Declaration the following exhibits, which are annexed hereto (the "Exhibits"):

> Exhibit A:    A chart reflecting updated amounts of outstanding Claims against each of the Participating Debtors.

| | | |
|---|---|---|
| | Exhibit B: | An illustrative example by Participating Debtor comparing (i) Distributions to holders of unsecured, non-priority Allowed Claims if the reserve for Disputed Claims is comprised 100% of Available Cash to (ii) Distributions if the Debtors substituted a portion of the reserve with Non-Cash Assets in accordance with the Motion. |
| | Exhibit C: | An illustrative chart reflecting the increased Distribution that would be made to holders of Allowed Claims (by Class) on a percentage basis through a reserve of Non-Cash Assets in lieu of Available Cash pursuant to the Motion. |
| | Exhibit D: | An illustrative estimate of the Minimum Cash Reserve and asset-to-reserve ratios that would be maintained by each of the Participating Debtors on the initial Distribution Date in accordance with the Motion should the Debtors adopt the minimum thresholds set forth in the Motion. |

6. Except as expressly noted herein or in the Exhibits, all amounts, values and information contained in the Exhibits have been determined based on information known to the Debtors as of the date of the Motion, January 27, 2012. For example, estimated Available Cash does not include any estimate of amounts that would have been collected subsequent to January 27, 2012 that are outside the control of the Debtors, such as distributions that may be received from the Debtors' foreign Affiliates or Cash that may be realized as a result of the sale of assets, such as a portion of LBHI's equity interests in the Neuberger Berman business.

7. All amounts and information contained in the Exhibits are for illustrative purposes only. The Exhibits show the mechanics contemplated in the Motion and the impact a partial non-cash reserve would have on a theoretical initial Distribution by the Participating Debtors. The actual amount of Distributions that will be made on the initial Distribution Date may vary significantly from the illustrative Distributions contained in the Exhibits or described in this Declaration. The initial Distribution will be based on actual Secured Claims, Administrative Claims, Priority Claims, Convenience Claims, Allowed unsecured Claims,

Disputed unsecured Claims, Non-Cash Assets and actual and estimated future cash collections and operating reserve requirements for each of the Debtors calculated as of a date closer to the Distribution Date.

**The Motion is in the Best Interests of Creditors**

8. The substitution of a reserve of adequate Non-Cash Assets for a portion of the Available Cash required to be retained for Disputed Claims on the terms and conditions set forth in the Motion adequately balances the objectives of enhancing initial Distributions to holders of Allowed Claims and protecting the interests of Disputed Claim holders.

9. In the absence of the relief requested, unusually large Available Cash reserves will need to be maintained by the Participating Debtors due to the extremely large number and amount of claims asserted against those Debtors that are or may be Disputed. For example, as demonstrated in Exhibit A, the aggregate amount of Disputed Claims against LBHI that must be reserved for equals $104.7 billion.[2] Based on the Disclosure Statement projections, the amount of Disputed Claims that is estimated to be ultimately Allowed against LBHI is approximately $48.3 billion.[3] As a result, in accordance with the Plan, LBHI must reserve for approximately $56.4 billion in Disputed Claims that are not expected to be Allowed. Maintaining a 100% Available Cash reserve for such an inflated Disputed Claims pool will prejudice holders of Allowed Claims by significantly diminishing the initial and subsequent Distributions to holders of Allowed Claims.

---

[2] In paragraph 15 of the Motion, LBHI estimated that the aggregate amount of Disputed Claims against it for which it must maintain reserves was approximately $112 billion and the estimated amount of such Claims that would ultimately be Allowed was approximately $59 billion. These amounts included certain administrative, secured and priority claims in addition to unsecured claims.

[3] The Debtors have reviewed the outstanding Disputed Claims and their projections of Allowed Claims set forth in the Disclosure Statement. Based on the progress that the Debtors have made in the claims reconciliation process since the filing of the Disclosure Statement, the Disclosure Statement projections are still reasonable.

10. If the Participating Debtors are authorized to substitute Non-Cash Assets for a portion of Available Cash for reserves required on account of Disputed Claims pursuant to the Motion, there will be a substantial benefit to holders of Allowed Claims. As reflected in the comparison set forth on Exhibit B, each Participating Debtor would be able to distribute additional Cash to holders of unsecured, non-priority Allowed Claims. In the illustrative example, using the lowest thresholds set forth in the Motion, the approximate amount of additional Distributions that could be made on the initial Distribution Date are:

| Debtor | Additional Distribution Amount (in millions) |
|---|---|
| LBHI | $1,550 |
| LCPI | $66 |
| LBSF | $1,076 |
| LBCS | $77 |
| LOTC | $23 |
| LBCC | $32 |

11. The incremental initial Distributions that could potentially be made to holders of Allowed Claims as a result of the Motion (applying the lowest minimum thresholds in the Motion) are set forth on a percentage basis (by Class) in Exhibit C.

12. Holders of Disputed Claims that become Allowed will also benefit from the Motion. Because holders of Allowed Claims will receive greater initial Distributions, the amounts that will be paid as Catch-Up Distributions to holders of Disputed Claims that become Allowed will also be greater. In addition, holders of Allowed Claims and Disputed Claims that become Allowed will continue to benefit if the Plan Administrator determines to retain Non-Cash Assets in lieu of Available Cash for Disputed Claims on subsequent Distribution Dates.

**Disputed Claim Holders are Not Prejudiced by the Motion**

13. The valuable Non-Cash Assets of each Participating Debtor, the procedures set forth in the Motion (in particular the Minimum Cash Reserve and the Minimum

Asset-to-Reserve Ratio) and the size of the difference between the outstanding filed amount and the estimated amount of Disputed Claims that will ultimately be Allowed significantly mitigate the risk that there will not be sufficient Available Cash to remit all Catch-Up Distributions to holders of Disputed Claims that become Allowed.

14. Exhibit D demonstrates each Participating Debtor's Non-Cash Assets, the Minimum Cash Reserve and asset-to-reserve ratio that may be maintained by each Participating Debtor.[4] As reflected therein, assuming a 25% Minimum Cash Reserve, the asset-to-reserve ratio for LBHI is 20.6:1 (approximately $29.7 billion in Non-Cash Assets) in addition to a Minimum Cash Reserve of $480 million. If all Disputed Claims against LBHI were to become Allowed, which is highly unlikely, LBHI would need to generate, approximately, an additional $1.4 billion ($1.9 billion reserve requirement less $480 million Minimum Cash Reserve) from its Non-Cash Assets of approximately $29.7 billion to catch up all Disputed Claims in full.

15. Certain Participating Debtors would retain more Cash in the Minimum Cash Reserve in order to satisfy the Minimum Asset-to-Reserve Ratio. For example, LBSF would retain 51% (approximately $1.8 billion) of the total reserve for Disputed Claims in Cash in addition to its $4.2 billion in Non-Cash Assets. If all Disputed Claims against LBSF were to become Allowed, which is highly unlikely, LBSF would need to generate, approximately, an additional $1.7 billion ($3.4 billion reserve requirement less $1.8 billion Minimum Cash Reserve) from its Non-Cash Assets of approximately $4.2 billion to catch up all Disputed Claims in full.

---

[4] Exhibit D assumes a Minimum Cash Reserve of 25% or such greater percentage as is required to have a 2.5:1 ratio of total Non-Cash Assets to the Reserve Amount. Exhibit D uses the latest publicly available values for the Debtors' Non-Cash Assets. Such values will need to be updated for the initial Distribution if the Motion is granted.

16. A 25% Minimum Cash Reserve and a Minimum Asset-to-Reserve Ratio of 2.5:1 provide reasonable assurance that there will be sufficient Available Cash to remit all Catch-Up Distributions without excessive delay. The Minimum Cash Reserve and Minimum Asset-to-Reserve Ratio were selected after careful consideration by the Debtors based upon review and analysis of, among other things: (i) the outstanding Disputed Claims and the Debtors' projections of the amounts in which such Claims may be Allowed; (ii) the value of the Participating Debtors' Non-Cash Assets; (iii) the estimated costs of post-Effective Date administration of the Participating Debtors' estates; and (iv) the anticipated Cash receipts that are expected to be realized from Non-Cash Assets, including consideration of certain types of Non-Cash Assets that more predictably and regularly generate Cash (such as performing loans) and certain types of Non-Cash Assets that less predictably generate Cash (such as certain private equity investments).

17. In addition, as noted in the Motion, the Plan Administrator may establish additional minimum or different conditions, such as a Minimum Cash Reserve in excess of 25% or a Minimum Asset-to-Reserve Ratio greater than 2.5:1, which would reduce the Distribution of Available Cash to holders of Allowed Claims but provide greater assurance for holders of Disputed Claims. All of these considerations may be reevaluated prior to each Distribution Date, including the initial Distribution Date, and may cause the Plan Administrator to establish additional minimum or different conditions to exercise the authority that may be granted by the Motion.

18. Based on a projected cash flow analysis and the Debtors' review of the outstanding Disputed Claims, sufficient Available Cash should be generated to remit Catch-Up Distributions on the first Distribution Date after a Disputed Claim has been Allowed. To the

extent there is insufficient Available Cash to remit all Catch-Up Distributions to all holders of Disputed Claims that have become Allowed on the first eligible Distribution Date, the procedures set forth in the Motion provide that such claimants will be caught up before other holders of Allowed Claims without a deficiency can receive further Distributions.

I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of February 2012.

/s/ Steven J. Cohn
Steven J. Cohn

**Exhibit A**
**Illustrative Example**
**Unsecured Non-Priority Claims Comparison**

*($ millions)*

| Debtor | Filed Amount of Active Claims [1] | Estimated Claims Per Recovery Analysis [2] | General Unsecured Claims — Estimated Claims for Distribution [3][4] | | |
| --- | --- | --- | --- | --- | --- |
| | | | Allowed | Disputed/ Unresolved | Total |
| Lehman Brothers Holdings Inc. | $ 551,127 | $ 270,035 | $ 221,779 | $ 104,740 | $ 326,519 |
| Lehman Commercial Paper Inc. | $ 24,291 | $ 26,591 | $ 25,140 | $ 770 | $ 25,911 [5] |
| Lehman Brothers Special Financing Inc. | $ 103,823 | $ 44,690 | $ 33,590 | $ 18,718 | $ 52,308 |
| Lehman Brothers Commodity Services Inc. | $ 4,778 | $ 3,404 | $ 2,787 | $ 985 | $ 3,772 |
| Lehman Brothers OTC Derivatives Inc. | $ 2,342 | $ 1,168 | $ 666 | $ 802 | $ 1,468 |
| Lehman Brothers Commercial Corporation | $ 2,478 | $ 1,731 | $ 898 | $ 1,193 | $ 2,091 |

[1] Filed amount as of 1/27/2012 prior to any adjustments for subsequent stipulations, court orders or effective date settlements (including unliquidated amounts)
[2] After adjustment for Intercompany Funding Balance
[3] As of 1/27/2012
[4] Includes Allowed Claims and claims that become Allowed on the Effective Date plus Disputed Claims.  Disputed Claims are estimated at the filed amount of the claim unless otherwise stipulated to or ordered by the Court. (including the LBF claim into LBHI which is currently reserved at $3B pending court order)
[5] Includes allowance of claims filed as unliquidated (e.g. RACERS)

ILLUSTRATIVE

**Exhibit B**
**Illustrative Example**
**Impact of Requested Relief on Distributions**

($ millions)

### Illustrative Distribution Assuming 100% Cash Reserves for Disputed Claims

| Participating Debtors | Cash for Distribution | | | Estimated Claims | | | Estimated Illustrative Distribution | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Available Cash [1] | Plan Adj. from Participating Subsidiary Debtors [2] | Total Available Cash for Distribution | Allowed [3] | Disputed [4] | Total | Distribution to Allowed Claims | Disputed Claim Reserve [5] | Plan Adjustment/ Settlement Reserve | Total |
| Lehman Brothers Holdings Inc. | $ 4,466 | $ 524 | $ 4,990 | $ 221,779 | $ 104,740 | $ 326,519 | $ 3,304 | $ 1,434 | $ 252 | $ 4,990 |
| Lehman Commercial Paper Inc. | $ 2,399 | $ (170) | $ 2,229 | $ 25,140 | $ 770 | $ 25,911 | $ 2,124 | $ 71 | $ 34 | $ 2,229 |
| Lehman Brothers Special Financing Inc. | $ 8,056 | $ (239) | $ 7,816 | $ 33,590 | $ 18,718 | $ 52,308 | $ 4,877 | $ 2,883 | $ 57 | $ 7,816 |
| Lehman Brothers Commodity Services Inc. | $ 1,868 | $ (79) | $ 1,789 | $ 2,787 | $ 985 | $ 3,772 | $ 1,301 | $ 488 | $ - | $ 1,789 |
| Lehman Brothers OTC Derivatives Inc. | $ 232 | $ (3) | $ 229 | $ 666 | $ 802 | $ 1,468 | $ 102 | $ 127 | $ - | $ 229 |
| Lehman Brothers Commercial Corporation | $ 544 | $ (32) | $ 512 | $ 898 | $ 1,193 | $ 2,091 | $ 201 | $ 310 | $ - | $ 512 |
| | | | $ 17,565 | | | | $ 11,909 | $ 5,313 | $ 343 | |

### Illustrative Distribution Assuming Non-Cash Assets in Lieu of Available Cash for Portion of Reserve for Disputed Claims

| Participating Debtors | Cash for Distribution | | | Estimated Claims | | | Estimated Illustrative Distribution | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Available Cash [1] | Plan Adj. from Participating Subsidiary Debtors [2] | Total Available Cash for Distribution | Allowed [3] | Disputed [4] | Total | Distribution to Allowed Claims | Minimum Cash Reserve [6] | Plan Adjustment/ Settlement Reserve | Total |
| Lehman Brothers Holdings Inc. | $ 5,055 | $ 592 | $ 5,647 | $ 221,779 | $ 104,740 | $ 326,519 | $ 4,854 | $ 480 | $ 313 | $ 5,647 |
| Lehman Commercial Paper Inc. | $ 2,417 | $ (176) | $ 2,241 | $ 25,140 | $ 770 | $ 25,911 | $ 2,190 | $ 17 | $ 34 | $ 2,241 |
| Lehman Brothers Special Financing Inc. | $ 8,060 | $ (292) | $ 7,768 | $ 33,590 | $ 18,718 | $ 52,308 | $ 5,953 | $ 1,758 | $ 57 | $ 7,768 |
| Lehman Brothers Commodity Services Inc. | $ 1,879 | $ (84) | $ 1,795 | $ 2,787 | $ 985 | $ 3,772 | $ 1,378 | $ 417 | $ - | $ 1,795 |
| Lehman Brothers OTC Derivatives Inc. | $ 232 | $ (4) | $ 228 | $ 666 | $ 802 | $ 1,468 | $ 125 | $ 104 | $ - | $ 228 |
| Lehman Brothers Commercial Corporation | $ 544 | $ (37) | $ 507 | $ 898 | $ 1,193 | $ 2,091 | $ 233 | $ 274 | $ - | $ 507 |
| | | | $ 18,187 | | | | $ 14,733 | $ 3,050 | $ 404 | |

[1] Consists of Unrestricted Cash at 12/31/11 plus certain anticipated cash receipts prior to distribution, reduced by reserves for operating / non-operating expense and other commitments as well as reserves for Secured, Priority, Convenience and Administrative claims

[2] Plan Adjustments are calculated based on payment of Allowed Claims pursuant to the Plan

[3] Includes claims that become Allowed on the Effective Date; adjusted for Intercompany Funding Balance

[4] Includes impact of stipulations entered into for reserve purposes

[5] Assumes Disputed Claims reserve of 100% Available Cash

[6] Assumes Minimum Cash Reserve of 25% or such greater amount as is required to have a 2.5X ratio of total Non-Cash Assets to Reserve Amount

**Distribution Percentage to Allowed Creditors (by Class): Cash Reserves Compared to Asset/Cash Reserves**

| Lehman Brothers Holdings Inc. | | 100% Available Cash Reserve | Assets in Lieu of Cash [1] | % Increase |
|---|---|---:|---:|---:|
| 3 | Senior Unsecured | 2.05% | 2.93% | 0.88% |
| 4A | Senior Affiliate Claims | 1.49% | 2.24% | 0.76% |
| 4B | Senior Affiliate Guarantee | 1.45% | 2.19% | 0.74% |
| 5 | Senior Third-Party Guarantee | 1.16% | 1.75% | 0.59% |
| 7 | General Unsecured | 1.93% | 2.75% | 0.82% |
| 8 | Derivative Affiliate / Affiliate Guarantee Claims | 1.37% | 2.06% | 0.70% |
| 9A | Third Party Guarantee Derivatives | 1.09% | 1.65% | 0.56% |
| 9B | Third Party Guarantee Derivatives RACER's | 0.67% | 1.00% | 0.34% |
| 10A | Subordinated Class 10A Claims | 0.00% | 0.00% | 0.00% |
| 10B | Subordinated Class 10B Claims | 0.00% | 0.00% | 0.00% |
| 10C | Subordinated Class 10C Claims | 0.00% | 0.00% | 0.00% |

| Lehman Brothers Commodity Services Inc. | | 100% Available Cash Reserve | Assets in Lieu of Cash [1] | % Increase |
|---|---|---:|---:|---:|
| 4 | General Unsecured Claims | 45.08% | 47.74% | 2.66% |
| 5A | Affiliate Claims of LBHI [2] | 49.52% | 52.45% | 2.92% |
| 5B | Affiliate Claims of Participating Subs | 0.00% | 0.00% | 0.00% |
| 5C | Affiliate claims | 42.62% | 45.13% | 2.51% |

| Lehman Brothers OTC Derivatives Inc. | | 100% Available Cash Reserve | Assets in Lieu of Cash [1] | % Increase |
|---|---|---:|---:|---:|
| 4 | General Unsecured Claims | 15.19% | 18.55% | 3.37% |
| 5A | Affiliate Claims of LBHI [2] | 15.83% | 19.34% | 3.51% |
| 5B | Affiliate Claims of Participating Subs | 12.67% | 15.47% | 2.81% |
| 5C | Affiliate claims | 15.64% | 19.11% | 3.47% |

| Lehman Commercial Paper Inc. | | 100% Available Cash Reserve | Assets in Lieu of Cash [1] | % Increase |
|---|---|---:|---:|---:|
| 4A | General Unsecured Claims other than those of Designated Entities | 12.96% | 13.22% | 0.26% |
| 4B | General Unsecured Claims of Designated Entities | 7.41% | 7.64% | 0.23% |
| 5A | Affiliate Claims of LBHI [2] | 8.53% | 8.82% | 0.29% |
| 5B | Affiliate Claims of Participating Subs | 7.41% | 7.64% | 0.23% |
| 5C | Affiliate claims | 7.97% | 8.22% | 0.25% |

| Lehman Brothers Commercial Corporation | | 100% Available Cash Reserve | Assets in Lieu of Cash [1] | % Increase |
|---|---|---:|---:|---:|
| 4 | General Unsecured Claims | 25.65% | 29.65% | 4.00% |
| 5A | Affiliate Claims of LBHI [2] | 0.00% | 0.00% | 0.00% |
| 5B | Affiliate Claims of Participating Subs | 20.81% | 24.06% | 3.25% |
| 5C | Affiliate claims | 24.95% | 28.84% | 3.89% |

| Lehman Brothers Special Financing Inc. | | 100% Available Cash Reserve | Assets in Lieu of Cash [1] | % Increase |
|---|---|---:|---:|---:|
| 4A | General Unsecured Claims other than those of the Racers Trust | 15.32% | 18.59% | 3.27% |
| 4B | General Unsecured Claims of the Racers Trust | 7.49% | 9.13% | 1.64% |
| 5A | Affiliate Claims of LBHI [2] | 14.75% | 18.11% | 3.36% |
| 5B | Affiliate Claims of Participating Subs | 12.32% | 15.01% | 2.69% |
| 5C | Affiliate claims | 14.69% | 17.89% | 3.20% |

[1] Assumes Minimum Cash Reserve of 25% or such greater amount as is required to have a 2.5X ratio of total Non-Cash Assets to Reserve Amount

[2] % based on claim after adjustment for Intercompany Funding Balance

**Exhibit D**
**Illustrative Example**
**Minimum Cash Reserve and Asset-to-Reserve Ratios**

($ millions)

| Description | Lehman Brothers Holdings Inc. | Lehman Commercial Paper Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Commodity Services Inc. | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Commercial Corporation |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Financial Inventory [1] | $ 4,097 | $ 5,623 | $ 2,694 | $ 79 | $ 118 | $ 186 |
| Asset Transfer Adjustment [2] | 46 | 2,272 | - | - | - | - |
| Encumbered Asset Adjustment [3] | (203) | - | (81) | - | - | - |
| Receivables & Other Assets [4] | 455 | 198 | 323 | 6 | 0 | 9 |
| Investment in Affiliates [4] | 2,727 | 273 | 349 | - | - | - |
| Interco. & Affiliate Receivables [5] | 18,413 | 1,121 | 866 | 37 | - | - |
| Racers & Subrogated Claims [6] | 4,140 | - | - | 10 | - | - |
| **Total Non-Cash Assets** | $ 29,675 | $ 9,487 | $ 4,151 | $ 132 | $ 118 | $ 195 |
| **Required Claims Reserve** | | | | | | |
| Reserve for Disputed Claims | $ 2,232 | $ 101 | $ 3,476 | $ 470 | $ 151 | $ 352 |
| Less: Plan Adjustments & Plan Settlement Reserves [7] | (313) | (34) | (57) | - | - | - |
| Reserve Available to All Classes | 1,919 | 67 | 3,419 | 470 | 151 | 352 |
| Less: Minimum Cash Reserve | (480) | (17) | (1,758) | (417) | (104) | (274) |
| **Net Asset Requirement** | $ 1,438 | $ 50 | $ 1,661 | $ 53 | $ 47 | $ 78 |
| **Total Asset-to-Reserve Ratio** | 20.6x | 190.0x | 2.5x | 2.5x | 2.5x | 2.5x |
| **% of Cash Reserves for Disputed Claims** | 25% | 25% | 51% | 89% | 69% | 78% |

[1] Per 9/30/11 Balance Sheet (unaudited), as reflected in the November, 2011 monthly operating report [Docket No. 23709]. Calculation at the time of distribution will be based on the latest balance sheet, adjusted for subsequent activity leading up to the distribution.

[2] Effective impact of the asset transfers as contemplated in the Plan Supplement

[3] Certain assets included in Financial Inventory are asserted to be collateral for certain secured claims and therefore are not used in the calculation of Asset-to-Reserve Ratios; Adjustments made in accordance with Exhibit 10 of Plan Supplement

[4] Excludes LBHI assets related to Woodlands and Aurora ($1.6B) (See Disclosure Statement Exhibit 4)

[5] Excludes assets anticipated to be recovered prior to the initial distribution (See Disclosure Statement Exhibit 4)

[6] Includes subrogated claims of LBHI against LBSF and other Participating Debtors totaling $1.8B (See Disclosure Statement Exhibit 4)

[7] Reserved at 100% cash