**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Thomas C. Mitchell
Lorraine S. McGowen
Steven J. Fink
51 West 52nd Street
New York, NY  10019-6142
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151

*Attorneys for the Golden State Tobacco*
*Securitization Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| | |
|---|---|
| **In re:** | :  Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :  Case No. 08-13555 (JMP) |
| | : |
| Debtors. | :  (Jointly Administered) |
| | : |
| | :  Rel. ECF No. 25375 |

------------------------------------------------------------ x

### CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2012, I caused a true and complete copy of the "Objection of Golden State Tobacco Securitization Corporation to Plan Administrator's Motion for Authority to Use Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims" [ECF No. 25375] to be filed and served on all persons receiving electronic notice in this case, as well as the following parties, which were served by the method indicated:

*By Hand Delivery:*

The Honorable James M. Peck
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

*By E-mail and Overnight Mail:*

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com

Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com

Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
dodonnell@milbank.com

Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
efleck@milbank.com

*By Facsimile and Overnight Mail:*

Tracy Hope Davis, Esq.
Office of the United States Trustee
Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Fax: 212-668-2255

Elisabetta G. Gasparini, Esq.
Office of the United States Trustee
Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Fax: 212-668-2255

Andrea B. Schwartz, Esq.
Office of the United States Trustee
Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Fax: 212-668-2255

*/s/ James W. Burke*
*Attorney for the Golden State Tobacco*
*Securitization Corporation*