WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighty-

Second Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was

scheduled for October 5, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously

adjourned as to certain Valued Derivative Claims to February 22, 2012 at 10:00 a.m. (Prevailing

Eastern Time), **has been further adjourned, solely with respect to the claims listed on**

**Exhibit A annexed hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  February 16, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Catholic Healthcare West | 67145 |
| New York Municipal Water Finance Authority | 42909 |
| Steven G. Holder Living Trust | 16482 |
| Windermere Private Placement I S.A. | 34226 |
| Windermere Private Placement I S.A. | 34227 |