WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
 :
Debtors. : (Jointly Administered)
 :
 :
------------------------------------------------------------------x

NOTICE OF ADJOURNMENT
OF DEBTORS' TWO HUNDRED THIRTY-SECOND OMNIBUS OBJECTION
TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for December 21, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to February 22, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  February 16, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

2

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank | 17423 |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank | 17424 |
| Italease Finance S.P.A. | 28076 |
| Italease Finance S.P.A. | 28077 |
| Sola Ltd. | 24531 |
| Sola Ltd. | 24535 |
| Taconic Opportunity Fund L.P. Transferor: Merrill Lynch Credit Products, LLC | 16059 |
| Taconic Opportunity Fund L.P. Transferor: Merrill Lynch Credit Products, LLC | 16060 |
| Zwinger OPCO 6 BV | 26701 |

3