Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Lataj Group LLC | Name of Transferor:<br>JPMorgan Chase Bank, N.A. |
|---|---|
| Notices to Transferee should be sent to:<br>Lataj Group LLC<br>c/o Richards Kibbe & Orbe<br>Attn: Larry Halperin<br>One World Financial Center<br>New York, New York 10281<br>Tel: 212.530.1870<br>E-mail: lhalperin@rkollp.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>JPMorgan Chase Bank, N.A.<br>c/o J.P. Morgan Securities LLC<br>Mail Code: NY1-M138<br>383 Madison Avenue – Floor 37<br>New York, New York 10179<br>ATTN: Jeffrey L. Panzo<br>Jeffrey.L.Panzo@jpmorgan.com<br>Tel: 212-834-5857 |
| Amount of Claim Being Transferred:<br>$7,490,000.00 of $8,640,000.00 (the outstanding amount of the Proof of Claim* as of February 15, 2012), together with interest, fees, expenses and other recoveries due<br>*with regard to ISIN XS0353557233 described at page 8, line 13 of the POC addendum | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Lataj Group LLC
By: Richards Kibbe & Orbe LLP, as authorized signatory and not in its capacity as legal counsel to Lataj Group LLC
By: _Larry Halperin_ Date: February 15, 2012
Name: Larry G. Halperin
Title: Partner
Address: c/o Richards Kibbe & Orbe, Attn: Larry Halperin, One World Financial Center, New York, New York 10281

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| Description of Security | ISIN | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred |
|---|---|---|---|---|---|
| Issue of USD 13,000,000 FX Basket Linked Note due March 2010 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$100,000,000,000 Euro Medium-Term Note Program | XS0353557233 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $7,490,000 | $7,490,000.00 of $8,640,000.00 (the outstanding amount of the Proof of Claim* as of February 15, 2012), together with interest, fees, expenses and other recoveries due |

Blocking No. CA75649

The aggregate amount of the Transferred Claim is To Be Determined.  *For the avoidance of doubt, these Lehman Programs Securities are described on page 8 and in line 13 of the Addendum to the Proof of Claim.

**JPMorgan Chase Bank, N.A.**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Lataj Group LLC**
c/o Richards Kibbe & Orbe
Attn: Larry Halperin
One World Financial Center
New York, New York 10281
Tel: 212.530.1870
E-mail: lhalperin@rkollp.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 15, 2012.

**Lataj Group LLC**
By: Richards Kibbe & Orbe LLP,
as authorized signatory and not in the capacity as legal counsel to Lataj Group LLC
Transferor

By: _____
Name: Lam G. Halperin
Title: Partner

ACKNOWLEDGED BY:

**JPMorgan Chase Bank, N.A.**
Transferee

By: _____
Name: Peter Schoepe
Title: Authorized Signatory