WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :     **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :     **08-13555 (JMP)**
                                                               :
                              Debtors.            :     **(Jointly Administered)**
                                                               :
                                                               :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' FORTIETH OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' Fortieth Omnibus

Objection to Claims (Late-Filed Claims) that was scheduled for February 22, 2012, at 10:00 a.m.

(Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A**

**attached hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"),

or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

Dated:  February 16, 2012
          New York, New York

                                            /s/ Robert J. Lemons
                                            Robert J. Lemons

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| California Department of Water Resources | 35944 |
| Cathay United Bank | 35181 |
| Chauny, S.A. | 34873 |
| Colon Lopez, Elizabeth | 34924 |
| De Jesus, Nestor E | 34492 |
| De Nicola, Michela | 65763 |
| Dmuchowski, John J | 34401 |
| Filbee, Sarah M | 34468 |
| Focht, Deborah | 34380 |
| Focht, Deborah | 42914 |
| Franzo, Rosemarie | 66393 |
| Fryer, Kelly | 39842 |
| Gelb, Jay | 35981 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |
| Iragorri, Julian | 64991 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| McCarthy,  Brian M. | 35446 |
| McCarthy, Lawrence | 66392 |
| Monahan, Maria | 34563 |
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Shen, Jiansheng Jensen | 35437 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Vereker, William | 62466 |

| Claimant Name | Claim Number |
| --- | --- |
| WestLB AG | 36789 |
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |
| Zanco, Mario | 35574 |