WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                Debtors.                      :    (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED**
**LEHMAN PROGRAMS SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) that was scheduled for February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 16, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Ablemen & Assocs. | 66158 |
| Ablemen & Assocs. | 66159 |
| Burrow, Michael | 64939 |
| Chan Sing Cheung | 64597 |
| Chau Kam Man | 64973 |
| Cleijpool, G.J. | 64705 |
| de la Rosa, Jose Antonio | 64471 |
| De Lochtenberg Beheer | 65162 |
| Eito Eito, Angeles | 64438 |
| F. Ch. W. Mevissen BV | 65160 |
| Fok Yim Sheung, Floria | 65031 |
| Fok Yim Sheung, Floria | 65032 |
| Fok Yim Sheung, Floria | 65033 |
| Gong Cheng Hsiung | 64858 |
| Gonzalez Roquet, Maria | 64439 |
| Grootenhuis, Joost | 64928 |
| H. Rootveld | 65163 |
| Ho, Chu Wai Yee | 65692 |
| Ho Kam Yuen | 64516 |
| Ie She Hoen | 64974 |
| Integrale CCA | 64920 |
| Jose Ruivo Dragao, Joao | 64556 |
| Juventis Int'l Ltd | 64613 |
| King Sang, Leung | 64595 |
| Lafrance, Hughes | 64653 |
| Lafrance, Martine | 64652 |
| Lam Ying Choi | 64972 |
| Liceras Ruiz, Jose Luis | 64970 |
| Lin Chan, Hing | 64617 |
| Lin Hsien Hsiung | 64873 |
| Meeus-Aelbrecht, Ludovicus | 65311 |
| Meeus-Aelbrecht, Ludovicus | 66283 |
| Mevrouw E.C. Rootveld & F.B.A.P. Rootveld | 65164 |
| Mevrouw N.P.J. van Luijk | 65158 |
| Mok Siu Yuk, Emily | 64857 |
| Ng Pui Shan Vinci | 64319 |
| Nordhagen, Ove | 64995 |
| Pardo Cordero, Emilio | 64718 |
| Plentywealth Investment Co. Ltd | 64615 |
| Politt, Hans-Dietrich | 65645 |
| Poon Yuk Wah | 64707 |

| Claimant Name | Claim Number |
| --- | --- |
| R.F.P. Robyn B.V. | 65538 |
| Schaefer, Edith | 64512 |
| Schowalter, Christina | 64583 |
| Schroder, Ingrid | 64926 |
| Shram, Moshe | 64621 |
| Siepmann & Cie GmbH | 65948 |
| Stahl, Gabriele | 66397 |
| Stichting Quadraam | 65159 |
| Stradmeijer, A.E. | 64876 |
| Suter, Claudia | 64142 |
| Suter, Claudia | 64188 |
| Top Advance Ltd | 65764 |
| Tsui, John | 64596 |
| van Meurs-Bergsma, HMA | 66022 |
| Web-Pro Tech. Ltd. | 64586 |
| Wong Yee Wan | 64977 |
| Wouters, Danielle | 65102 |
| Wrenton Management Ltd. | 64589 |
| Yam Chak Hong Henry | 64978 |
| Yu Chun Kwan | 64971 |