WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED**
**LEHMAN PROGRAMS SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) that was scheduled for February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43924630\01\58399.0008

Dated: February 16, 2012
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

## Exhibit A

## Claims to be Adjourned:

| Claimant | Claim Number |
|---|---|
| Ablemen & Assocs. | 66112 |
| AJF Holding B.V. | 64386 |
| Andersen, Samuel Magnus | 64135 |
| Augusto, Chierichetti | 65606 |
| Bakker, P.J. | 64414 |
| Banco di Napoli S.P.A | 65266 |
| Bani, Theophil | 64138 |
| Bianco, Graziella | 65673 |
| Bugini, Hans | 64174 |
| Chu, Tai-Fang | 65550 |
| Coca Vano, Francisco Jose | 64495 |
| Der M&P Meng Und Vorsorgestifung | 64152 |
| Der M&P Meng Und Vorsorgestifung | 64154 |
| Der M&P Meng Und Vorsorgestifung | 64155 |
| Dilissen, Marleen | 65711 |
| Edificaciones Marsol, SA | 65623 |
| Edificaciones Marsol, SA | 65624 |
| Eigenheer, Heidi | 64149 |
| Ernsdorfer, Karl | 64555 |
| Euromix Sicav, SA | 64315 |
| Faber, Doeke | 65586 |
| Fiebiger, Heinz | 65471 |
| Fischli, Rudolf | 64180 |
| Fischli, Rudolf | 64183 |
| Fischli, Rudolf | 64184 |
| Flach-Meier | 64150 |
| Friedrich, A.J. | 64385 |
| Gloor, Max | 64140 |
| Gosele, Heinz | 64139 |
| He Ping | 64321 |
| Heinemann, A.A.M. | 65588 |
| Kalt, Edgar | 64145 |
| Knoller, Peter & Maritta | 64248 |
| Knupp, Walter | 64173 |
| Kok, Eric | 65597 |
| Konig, P.C. | 66063 |
| Kupat Hatagmulim Shel Odvey Bank | 64331 |
| Limtong Manuel Tan | 64306 |
| Lin Wu Chueh | 64309 |
| Martinez Lopez, Encarnacion | 65628 |
| Meyer-Meier, Adrian | 64146 |

| Claimant | Claim Number |
|---|---|
| Meyer-Meier, Adrian | 64147 |
| Mohinani, Hassomal Bulchand | 64316 |
| Motllo Carbo, Antonio | 65627 |
| Motllo Martinez, Antonio | 65625 |
| Motllo Martinez, Antonio | 65626 |
| Nieszner, Thomas | 64175 |
| Nieszner, Thomas | 64181 |
| Nieszner, Thomas | 64182 |
| Reymen, Edmond | 64443 |
| Schenker, Rudolf | 64148 |
| Scheurmann, Beatrix | 64151 |
| Schnopp, Max Ludwig | 64178 |
| Schwarz, Matthias | 64141 |
| Split, J.C. | 64409 |
| Stradmeijer, A.E. | 64877 |
| Strauss-Muhlemann, Peter | 64176 |
| Strauss-Muhlemann, Peter | 64177 |
| Tham Yiu Kwok | 64424 |
| van Overbeke, Ignace | 64387 |
| van Overbeke, Ignace | 64388 |
| Vogler, Karl | 64186 |
| Wellinger, Christoher | 64187 |
| Wernli, Beat | 64179 |
| Willems, Simone | 64706 |
| Winiger, Roman | 64153 |
| Wong Tak Keung | 64975 |
| Woo Set Wah | 64976 |
| Woodtly, Ursula | 64185 |
| Yiu Yuen On Paul | 64396 |