WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
                                                                    :
**In re**                                                           :   **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                        :   **08-13555 (JMP)**
                                                                    :
                            **Debtors.**                            :   **(Jointly Administered)**
                                                                    :
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' EIGHTY-EIGHTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

PLEASE TAKE NOTICE that the hearing on Debtors' Eighty-Eighth Omnibus

Objection to Claims (No Liability Claims) that was scheduled for February 22, 2012, at 10:00

a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit**

**A attached hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"),

or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

2

Dated: February 16, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number(s) |
|---|---|
| Prijs, Ben | 54579 |
| Prijs-Lips, J.M. | 54580 |
| Ram, Jacob | 42707 |
| Ruiz-Tariador Larrazabal, Jose-Manuel | 49658 |
| Sivan, Alex | 56035 |
| Smadja, Haim | 56036 |
| Sousa, Jose Martinho Silva | 35802 |
| Stocker, Hannelore | 41140 |
| Stott, Jean Todd | 51535 |
| Subira, Juan Antonio Marcos | 40161 |
| Vanderbroek, Roger | 55106 |
| Weigelt, Marco | 43496 |

US_ACTIVE:\43924640\02\58399.0008