WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                         :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
**Debtors.**                             :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED NINETY-NINTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Ninety-

Ninth Omnibus Objection to Claims (No Liability Claims) that was scheduled for February 22,

2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims**

**listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated: February 16, 2012
         New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number(s) | Docket Number |
|---|---|---|
| Burger, Martin S. | 1702, 1703 | N/A |
| Carter, B. Gene | 24901, 24902 | 22220 |
| David Schwartz Revocable Trust | 24455 | 21579 |
| Sheppard, Eric | 19201, 19202 | 21530 |
| Sobo, Michael and Ellen | 18148 | 21517 |
| Sobo, Scott and Heidi | 18147 | 21518 |
| Suryan Family Trust | 19329, 19441 | 21605 |
| Thabit Family Trust | 24700, 24701 | 21558 |
| Thomas, James and Rosemary | 15182, 15206 | 21525 |
| Westfahl, Chris and Eileen | 24130 | 21542 |