WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                          :
In re                                     :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                          :
        Debtors.                          :    **(Jointly Administered)**
                                          :
                                          :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**OBJECTION TO PROOFS OF CLAIM FILED BY 2138747**
**ONTARIO LTD. AND 6785778 CANADA INC. (CLAIM NOS. 33583 AND 33586)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Objection to Proofs of Claim Filed By 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) [Docket No. 18397] that is scheduled for February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 16, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession