# SARA DISCEPOLO, ESQ.
## ATTORNEY AT LAW

550 Cochituate Road, Suite 25
East Wing, Floor Four
Framingham, MA 01701

Tel. (617) 549-4537
Fax (978) 478-4589

Email Address: info@discepololaw.com

February 16, 2012

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions
FDR Station, PO Box 5286
New York, NY 10150-5076

Weil, Gotshal & Manges LLP
ATTN: Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, NY 10153

RE:   *In re Lehman Brothers Holdings, Inc.*,
U.S. Bankruptcy Court for the Southern District of New York
Case No. 08-13555(JMP)
CHANGE OF ADDRESS/PROOF OF CLAIM NO. 66084
(CLAIMANT SIMEON MORENO)

To Whom It May Concern:

Please take note that the address for the attorney representing Simeon Moreno (Claim No. 66084) has been changed to the following:

Sara Discepolo, Esq.
550 Cochituate Road, Suite 25
East Wing, Floor Four
Framingham MA 01701

Very truly yours,

Sara Discepolo