Form 210A (10/06)

# United States Bankruptcy Court

**SOUTHERN** District Of **NEW YORK**

In re  LEHMAN BROTHERS HOLDINGS,INC ,    Case No.   08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVF Lux Master S.a.r.l. | Compass Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

by CarVal Investors, LLC its attorney-in-fact
1200 Whitewater Drive, MS 144
Minnetonka, MN 55-343-9439
Att: Teri Salberg

Phone:   952-984-3416
Last Four Digits of Acct #: _____

Court Claim # (if known):  1427
Amount of Claim:  $2,250,000.00
Date Claim Filed:  September 17, 2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:       /s/ Tiffany Parr          Date:   February 16, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Compass Bank, with offices at c/o W. Clark Watson, Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CVF Lux Master S.a.r.l., ("Buyer"), all right, title and interest in and to the claim in the amount of $2,250,000.00 (the "Assigned Claim") of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $2,250,000.00 based on a certain Termination and Settlement Agreement dated as of July 12, 2011 being the claim evidenced by the proof of claim docketed as Claim No. 14727 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of February, 2012.

This instrument was acknowledged before me on this 9th day of February, 20 12.
State of Alabama
County of Jefferson

_____
Signature of Notary Public

BRANDIE FREEDMAN
Notary Public, State of Alabama
Commission Expires: August 29, 2015

Compass Bank
By: _____
By: _____
(Signature of authorized corporate officer)

Name: Kirk P. Pressley
Title: EVP & Controller
Tel.: (205) 297-5720

CVF Lux Master S.a.r.l.
By: by Carval Investors, LLC
    its attorney-in-fact
By: _____
(Signature of authorized corporate officer)

Name: Tiffany Parr
Title: Authorized Signer
Tel.: _____