UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------:

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*

                Debtors.

-----------------------------------------------------------:

Chapter 11

Case No. 08-13555 (IMP)

Jointly Administered

## AFFIDAVIT OF SERVICE

I, JASON SMITH, hereby certify that on the 15th day of February, 2012, I caused true and correct copies of the *Objection to Motion by Lehman Brothers Holdings, Inc. for Authority to Use Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims pursuant to Section 8.4 of the Debtors Confirmed Joint Chapter 11 Plan* to be served (a) by email notification upon all the parties that receive electronic notice in this case pursuant to the Court's ECF system; and (b) upon the parties on the attached Service List in the manner described therein.

**SERVICE LIST: Via Hand Delivery:**

United States Bankruptcy Judge
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Office of the United States Trustee
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

I declare under penalty of perjury that the foregoing is true and correct.

                /s/ Jason Smith
                   Jason Smith

Sworn to before me this
17th day of February, 2012
/s/ Anne S. Meldon
ANNE S. MELDON
Notary Public, State of New York
No. 01ME6047317
Qualified in New York County
Commission Expires July 31, 2013