BAKER & MCKENZIE LLP
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, Texas  75201
Telephone:  (214) 978 3000
Facsimile:  (214) 978 3099
David W. Parham (admitted *pro hac vice*)
David.Parham@bakermckenzie.com

**ATTORNEYS FOR
CATHAY UNITED BANK**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :   Case No.  08-13555 (JMP)
In re                                                                   :
                                                                        :   Chapter 11
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                            :
                                                                        :   (Jointly Administered)
                                                             Debtors.   :
------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CATHAY UNITED BANK'S RESPONSE IN
OPPOSITION TO DEBTORS' FORTIETH OMNIBUS OBJECTION
TO CLAIMS (LATE-FILED CLAIMS) AS TO CLAIM NO. 35181
AND MOTION TO HAVE CLAIM NO. 35181 DEEMED TIMELY FILED**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that Cathay United Bank ("Cathay"), by and through counsel, hereby withdraws without prejudice its Response in Opposition to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to Have Claim No. 35181 Deemed Timely Filed [Docket No. 12037], upon the Debtors' withdrawal [Docket No. 25492] of its objection [Docket No. 11305] to Claim No. 35181.  Cathay reserves all rights to respond to any objection the Debtors may make with respect to Claim No. 35181 in the future,

including without limitation the right to reinstate its motion to have Claim No. 35181 deemed timely filed.

Dated: February 17, 2012
       Dallas, Texas

Respectfully submitted,

BAKER & MCKENZIE LLP

By: /s/ David W. Parham
David W. Parham (admitted *pro hac vice*)
Baker & McKenzie LLP
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, Texas 75201
Telephone: (214) 978 3000
Facsimile: (214) 978 3099
David.Parham@bakermckenzie.com

**ATTORNEYS FOR
CATHAY UNITED BANK**