**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  Chapter 11
                                                    :
Debtors.                                  :  No. 08-13555 (JMP)
                                                    :
                                                    :  (Jointly Administered)
                                                    :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS
## FILED BY THOMAS COOK AG

**PLEASE TAKE NOTICE** that Thomas Cook AG ("Thomas Cook"), through their undersigned counsel, hereby withdraws the following Proofs of Claim, which were filed on September 22, 2009: (1) Proof of Claim # 27745 filed against Lehman Brothers Holdings Inc. (Case No. 08-13555); and (2) Proof of Claim # 27746 filed against Lehman Brothers Commodity Services Inc. (Case No. 08-13885). Copies of the Forms of Withdrawal that were delivered to Epiq Bankruptcy Solutions are attached hereto as Exhibit A.

Dated:  New York, New York
        February 17, 2012

                                                LOEB & LOEB LLP

                                                By: /s/ Daniel B. Besikof
                                                     Walter H. Curchack
                                                     345 Park Avenue
                                                     New York, NY 10154
                                                     Telephone: 212.407.4000
                                                     Facsimile: 212.407.4990

                                                     *Attorneys for Thomas Cook AG*

NY1001996.2
213583-10001

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :  Chapter 11
                                                             :
        Debtors.                                        :  No. 08-13555 (JMP)
                                                             :
                                                             :  (Jointly Administered)
                                                             :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS
## FILED BY THOMAS COOK AG

**PLEASE TAKE NOTICE** that Thomas Cook AG ("Thomas Cook"), through their undersigned counsel, hereby withdraws the following Proofs of Claim, which were filed on September 22, 2009: (1) Proof of Claim # 27745 filed against Lehman Brothers Holdings Inc. (08-13555); and (2) Proof of Claim # 27746 filed against Lehman Brothers Commodity Services Inc. (08-13885).

Dated:   New York, New York
          February 17, 2012

                                      LOEB & LOEB LLP

                                      By: /s/ Daniel B. Besikof
                                           Walter H. Curchack
                                           345 Park Avenue
                                           New York, NY 10154
                                           Telephone: 212.407.4000
                                           Facsimile: 212.407.4990

                                           *Attorneys for Thomas Cook AG*



NY1001996.1
213583-10001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          :
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :   Chapter 11
                                                :
              Debtors.                          :   No. 08-13555 (JMP)
                                                :
                                                :   (Jointly Administered)
                                                :
-----------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| Debtor Name and Case Number: | Lehman Brothers Commodity Services Inc. (08-13885) |
|---|---|
| Creditor Name and Address: | Thomas Cook AG<br>Thomas-Cook Platz 1<br>61440 Oberursel<br>Germany |
| Claim Number (if known): | 27746 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $65,191,886 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signature] | Title: GROUP TREASURY. |
|---|---|
| Printed Name: N.D. FEAVIOUR | Dated: 17/2/2012 |

NY1002001.1
213583-10001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :  Chapter 11
                                                            :
                      Debtors.                              :  No. 08-13555 (JMP)
                                                            :
                                                            :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
| Creditor Name and Address: | Thomas Cook AG<br>Thomas-Cook Platz 1<br>61440 Oberursel<br>Germany |
| Claim Number (if known): | 27745 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $65,191,886 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: GROUP TREASURY. |
|---|---|
| Printed Name: N. D. SEAMOUR | Dated: 17/2/2012 |