BAKER & MCKENZIE LLP
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, Texas  75201
Telephone:  (214) 978 3000
Facsimile:  (214) 978 3099
David W. Parham (admitted *pro hac vice*)
David.Parham@bakermckenzie.com

Attorneys for Cathay United Bank

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |
|---|---|
|  | : | **Case No.  08-13555 (JMP)** |
| **In re** | : |
|  | : | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |

-----------------------------------------------------------------------x

### <u>CERTIFICATE OF SERVICE</u>

I, David W. Parham, an attorney, hereby certifies that a true and correct copy of the Notice of Withdrawal of Cathay United Bank's Response in Opposition to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to Have Claim No. 35181 Deemed Timely Filed [Docket No. 25513] was served via First-Class U.S. Mail on the 17th day of February, 2012, upon the parties set forth on the annexed Service List.

/s/ David W. Parham
David W. Parham

DALDMS/708341.1

## SERVICE LIST

Chambers of the Honorable James M. Peck
One Bowling Green,
New York, New York  10004
Courtroom 601

Weil Gotshall & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn.:   Shai Waisman, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn.:   Andy Velez-Rivera, Esq.
         Paul Schwartzberg, Esq.
         Brian Masumoto, Esq.
         Linda Riffkin, Esq.
         Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn.:   Dennis F. Dunne, Esq.
         Dennis O' Donnell, Esq.
         Evan Fleck, Esq.