<u>Adjourned</u> Hearing Date:  February 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)

Robin E. Keller
Christopher R. Bryant
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone:  (212) 918-3000
Facsimile:  (212) 918-3100

     and

Craig H. Ulman
Khang V. Tran
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

*Attorneys for Pearl Assurance Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re:                                                                              :
                                                    :  Chapter 11
    LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :
                                                    :  Case No. 08-13555 (JMP)
                Debtors.                                         :  (Jointly Administered)
                                                    :
------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF**
**MOTION OF PEARL ASSURANCE LIMITED**
**TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED**

**PLEASE TAKE NOTICE** that Pearl Assurance Limited ("<u>Pearl</u>") hereby withdraws, without prejudice, its Motion to Deem Proofs of Claim to Be Timely Filed (the "<u>Motion</u>"), which was filed in this case on October 18, 2010 [Docket No. 12072].  The hearing on the Motion scheduled for February 22, 2012 at 10:00 a.m. (Prevailing Eastern Time) has been cancelled.

The withdrawal of the Motion is made without prejudice and with a full reservation of Pearl's claims, rights and defenses under applicable law.

New York, New York
February 17, 2012

**HOGAN LOVELLS US LLP**

By: /s/ Robin E. Keller
Robin E. Keller
Christopher R. Bryant
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

and

Craig H. Ulman
Khang V. Tran
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Pearl Assurance Limited*