DiConza Traurig Magaliff llp
630 Third Avenue – 7th Floor
New York, NY 10017
212.682.4940
Howard P. Magaliff

*Counsel for Roger Saks*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                              :         Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC.,    :         Case No. 08-13555 (JMP)
*et al.*,                                          :         (Jointly Administered)
                                                   :
                   Debtors.                        :
------------------------------------------------------------ x

CERTIFICATE OF SERVICE

       Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, certifies that, on February 17, 2012, I served a true and correct copy of the Response of Roger Saks to Debtors' Supplemental Annotated Omnibus Reply to Responses to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) by email to the parties listed on the service list attached as <u>Exhibit A</u>.

Dated:  New York, New York
       February 17, 2012

                                                /s/ Lance A. Schildkraut
                                                Lance A. Schildkraut

EXHIBIT A

robert.lemons@weil.com
mark.bernstein@weil.com
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
elisabetta.g.gasparini@usdoj.gov
andrea.b.schwartz@usdoj.gov