B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferee | <u>FrontPoint Copia Energy Fund Horizons Fund, L.P.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><u>Address: c/o Goldman, Sachs & Co.</u><br><u>30 Hudson Street, 38th Floor</u><br><u>Jersey City, NJ 07302</u><br><u>Att/Ref: Rick Canonico</u> | Court Claim # (if known): <u>30675</u><br>Amount of Claim: <u>$940,757.92</u><br>Date Claim Filed: <u>September 22, 2009</u><br><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone: <u>212 934 3921</u><br>Last Four Digits of Acct #:<br>_____ | Phone: <u>203 622 5212</u><br>Last Four Digits of Acct. #:<br>_____ |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: _____<br>Last Four Digits of Acct #:<br>_____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: __2/13/12__
       Transferee/Transferee's Agent

By: _____    Date: _____
       Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

By: _____          Date: _____
      Transferee/Transferee's Agent

By: _____[signature]_____          Date: __1/30/12__
       Transferor
                         T.A. McKinney
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC<br>Name of Transferee | FrontPoint Utility and Energy Fund, L.P.<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Address: c/o Goldman, Sachs & Co.<br>30 Hudson Street, 38th Floor<br>Jersey City, NJ 07302<br>Att/Ref: Rick Canonico | Court Claim # (if known): 32802<br>Amount of Claim: $2,209,923.03<br>Date Claim Filed: September 22, 2009<br><br>Debtor: Lehman Brothers Holdings Inc. |
| Phone: 212 934 3921<br>Last Four Digits of Acct #: _____ | Phone: 203 622 5212<br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____<br>Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 2/13/12
    Transferee/Transferee's Agent

By: _____    Date: _____
    Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

By:_____          Date: _____
        Transferee/Transferee's Agent


By:_____          Date: __1/30/12__
        Transferor
        T.A. McKinney
        Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferee | <u>FrontPoint Volatility Opportunities Fund, L.P. now acting through FrontPoint Volatility Opportunities Fund GP, L.P. acting for itself and as trustee for the former limited partners of FrontPoint Volatility Opportunities Fund, L.P., a Cayman Islands exempted limited partnership dissolved on 12 October 2009</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><u>Address: c/o Goldman, Sachs & Co.</u><br><u>30 Hudson Street, 38th Floor</u><br><u>Jersey City, NJ 07302</u><br><u>Att/Ref: Rick Canonico</u> | Court Claim # (if known): <u>32803</u><br>Amount of Claim: <u>$2,884,620.92</u><br>Date Claim Filed: <u>September 22, 2009</u><br><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone: <u>212 934 3921</u><br>Last Four Digits of Acct #:<br>_____ | Phone: <u>203 622 5212</u><br>Last Four Digits of Acct. #:<br>_____ |
| Name and Address where transferee payments should be sent (if different from above): | |

| | |
|---|---|
| Phone: _____<br>Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 2/13/12
    Transferee/Transferee's Agent

By: _____          Date: _____
    Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

7032279v.9 153/06168

7032279v.11 153/06168

| | |
|---|---|
| Phone: _____<br>Last Four Digits of Acct #:<br>_____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____
    Transferee/Transferee's Agent


By: _____  Date: _____
    Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

7032279v.9 153/06168

7032279v.11 153/06168

| | |
|---|---|
| Phone: _____<br>Last Four Digits of Acct #:<br>_____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date: _____
          Transferee/Transferee's Agent


By:_____        Date: __1/30/12__
          Transferor
                              T.A. McKinney
                              Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.


7032279v.9 153/06168


7032279v.11 153/06168