Hearing Date and Time: March 21, 2012 at 10:00 a.m. (EST)
Objection Date and Time: March 14, 2012 at 4:00 p.m. (EST)

James P. Seery
Bradford A. Berenson (*pro hac vice* pending)
Alex R. Rovira
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Principal Life Insurance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors, | (Jointly Administered) |

### NOTICE OF MOTION GRANTING RELIEF FROM AUTOMATIC STAY TO EFFECTUATE SETOFF AND ALLOWING PRINCIPAL LIFE'S NET CLAIMS

**PLEASE TAKE NOTICE** that a hearing will be held in connection with the attached motion and its supporting declaration and exhibits (the "Motion") for an order (i) granting Principal Life Insurance Company ("Principal Life") relief from the automatic stay (to the extent necessary) pursuant to sections 362(d) and 553 of title 11 of the United States Code to permit Principal Life to exercise its right of setoff against mutual obligations between Principal Life and Lehman Brothers Special Financing Inc. ("LBSF") now that the amounts of such mutual obligations are agreed to between the parties and (ii) allowing Principal Life's net claim against LBSF as a Class 4A claim and against Lehman Brothers Holdings, Inc. ("LBHI") as a Class 9A claim, on **March 21, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable Judge James M. Peck, United States Bankruptcy Judge, at the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 1004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, response or objections, if any, to the Motion must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth in a writing describing the basis therefore and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.uscourts.gov) by registered users of the Bankruptcy Court's electronic case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website of the Bankruptcy Court) and, by all other parties in interest, on a 3 ½ inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with two hard copies delivered directly to Chambers) and served upon: (a) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (b) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn.: Richard P. Krasnow, Esq.; Lori R. Fife, Esq.; and Jacqueline Marcus, Esq.; (c) the Office of the United States Trustee for the Southern District of New York at 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Andy Velez-Rivera, Esq.; Paul Schwartzberg, Esq.; Brian Masumoto, Esq.; Linda Riffkin, Esq.; and Tracy Hope Davis, Esq.; (d) counsel to the official committee of unsecured creditors, Milbank, Tweed, Hadley & McCloy LLP, Attn.: Dennis F. Dunne, Dennis O'Donnell, Esq.; and Evan R. Fleck, Esq.; and (e) counsel to Principal Life, Sidley Austin, LLP, 787 Seventh Avenue, New York, New York 10019, Attn: James P. Seery and Alex R. Rovira, so as to be filed and received no later than **March 14, 2012 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** only those responses that are timely filed, served and received in accordance with this Notice and the Court's Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures (D.I. 2837) dated February 13, 2009, will be considered at the Hearing.  If an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the date of the Hearing may be adjourned to a future date and or time in open court without further notice.

**PLEASE TAKE FURTHER NOTICE** that the objecting parties are required to attend the Hearing and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:  February 17, 2012
         New York, New York             /s/ Alex R. Rovira_____

                                        Alex R. Rovira
                                        James P. Seery
                                        Bradford A. Berenson (*pro hac vice* pending)
                                        SIDLEY AUSTIN LLP
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Telephone: (212) 839-5300
                                        Facsimile:  (212) 839 -5599

                                        *Counsel for the Principal Life Insurance Company*

NY1 8035153v.1