# **EXHIBIT 8**



### Declaration of Default and Designation of Early Termination Date

September 16, 2008

To:  Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, NY 10019

Attention:    Documentation Manager

Re:    **Principal Life Insurance Company**

We refer to the ISDA Master Agreement dated June 30, 2004 (the "Agreement"), as subsequently amended from time to time, between Lehman Brothers Special Financing Inc., as Party A, and Principal Life Insurance Company (the "Fund"), as Party B. Capitalized terms used and not otherwise defined in this notice shall have the meanings given them in the Agreement.

We hereby declare an Event of Default under Section 5(a)(vii) of the Agreement to have occurred with respect to you due to the bankruptcy filing of Party A's Credit Support Provider, Lehman Brothers Holdings, Inc., which is a default under Section 5(a)(vii) of the Agreement. We hereby designate September 16, 2008 as the Early Termination Date in respect of all Transactions.

We shall forthwith pursue our remedies under the Agreement (or as otherwise permitted by law) without further notice to you. Pursuant to Section 6(d)(i), as soon as reasonably practicable, we shall provide you with our statement showing termination Settlement Amount calculations for each Transaction, and specifying the amount payable under each Transaction and, pursuant to Section 6(d)(i), you are required to do the same. Once we exercise our remedies, we shall notify you of the results of such exercise, and to the extent you owe us any amount after such exercise, you will be liable for such amount.

We reserve all rights under the Agreement, including, without limitation, to declare you to be in default in respect of any other default that may occur under the terms of the Agreement, and all rights we may have with respect to other transactions and other agreements with you or your affiliates.

This letter shall constitute the notice referred to in Section 6(a) of the Agreement.

Please call Charles Schneider with any questions at 515-246-5688.

801 Grand Avenue, Des Moines, IA USA 50392-0490 / www.principalglobal.com

A member of the Principal Financial Group®



Please send all correspondence to:

    Principal Global Investors, LLC
    Attn: Charles Schneider
    711 High Street
    Des Moines, IA 50392-0962

[Remainder of page intentionally left blank; signature page attached]



PRINCIPAL GLOBAL INVESTORS, LLC as
authorized signatory for the Fund (as Party B to
the Agreement) indicated above.

By: _____
Name:
Title:

By: _____
Name:
Title: