UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        : Chapter 11
                                                :
            Debtors.                            : No. 08-13555 (JMP)
                                                :
                                                : (Jointly Administered)
                                                :
------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| Debtor Name and Case Number: | Lehman Brothers Commodity Services Inc. (08-13885) |
| --- | --- |
| Creditor Name and Address: | Thomas Cook AG<br>Thomas-Cook Platz 1<br>61440 Oberusel<br>Germany |
| Claim Number (if known): | 27746 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $65,191,886 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: GROUP TREASURY. |
| --- | --- |
| Printed Name: N.D. FEAVIOUR | Dated: 17/2/2012 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :   Chapter 11
                                                    :
                Debtors.                            :   No. 08-13555 (JMP)
                                                    :
                                                    :   (Jointly Administered)
                                                    :
------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
|---|---|
| Creditor Name and Address: | Thomas Cook AG<br>Thomas-Cook Platz 1<br>61440 Oberursel<br>Germany |
| Claim Number (if known): | 27745 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $65,191,886 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: GROUP TREASURY. |
|---|---|
| Printed Name: N. D. FEAVIOUR | Dated: 17/2/2012 |

NY1001996.1
213583-10001

Pg 3 of 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                          :
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        : Chapter 11
                                                :
            Debtors.                            : No. 08-13555 (JMP)
                                                :
                                                : (Jointly Administered)
                                                :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS
## FILED BY THOMAS COOK AG

**PLEASE TAKE NOTICE** that Thomas Cook AG ("Thomas Cook"), through their undersigned counsel, hereby withdraws the following Proofs of Claim, which were filed on September 22, 2009: (1) Proof of Claim # 27745 filed against Lehman Brothers Holdings Inc. (08-13555); and (2) Proof of Claim # 27746 filed against Lehman Brothers Commodity Services Inc. (08-13885).

Dated:  New York, New York
        February 17, 2012

                                        LOEB & LOEB LLP


                                        By: /s/ Daniel B. Besikof
                                            Walter H. Curchack
                                            345 Park Avenue
                                            New York, NY 10154
                                            Telephone: 212.407.4000
                                            Facsimile: 212.407.4990

                                        *Attorneys for Thomas Cook AG*

NY1001996.1
213583-10001

HAND DELIVERY


FILED / RECEIVED
FEB 17 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

_____    _____    11:35
RECEIVED BY:              DATE                  TIME