W. Clark Watson, Esq.
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-mail: cwatson@balch.com

*Attorney for Compass Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC, | ) | Case No. 08-13555 JMP |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that W. Clark Watson of the law firm Balch & Bingham LLP, hereby withdraws his appearance on behalf of Compass Bank in the above-captioned chapter 11 proceedings.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: February 20, 2012.

/s/ W. Clark Watson
W. Clark Watson
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3466
Facsimile: (205) 488-5837

*Attorney for Compass Bank*

1195609.1