UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
             Debtors.                                       :
                                                            :
------------------------------------------------------------------x    Ref. Docket Nos. 24735, 24736,
                                                                 24738, 24739, 24786-24791, 24794-
                                                                 24799, 24804, 24833, 24834, 24844,
                                                                 24845, 24858-24861, 24863, 24864,
                                                                 24870-24872, 24874, 24875, 24880,
                                                                 24885-24897, 24902-24909, 24912,
                                                                 24915, 24916, 24919-24922, 24930,
                                                                 24932, 24941, 24946, 24951-24961,
                                                                 24963-24967

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
20th day of February, 2012

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK OF MONTREAL
     ATTN: BARRY STRATTON
     111 WEST MONROE STREET
     CHICAGO IL 60603

BANK OF MONTREAL
CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ESQ
111 WEST MONROE STREET, 18TH FLOOR
CHICAGO IL 60603

Please note that your claim # 24932 in the above referenced case and in the amount of
   $6,311,722.48      has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY SENIOR FUNDING, INC.
TRANSFEROR: BANK OF MONTREAL
1585 BROADWAY, 2ND FLOOR
NEW YORK NY 10036

MORGAN STANLEY SENIOR FUNDING, INC.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 24946    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/07/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 7, 2012.

# EXHIBIT B

08-13555-mg    Doc 25557    Filed 02/20/12    Entered 02/20/12 18:04:35    Main Document
Pg 5 of 8

```
TIME: 18:46:34                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:   1
DATE: 02/07/12                                         CREDITOR LISTING

Name                                          Address
ADI ARBITRAGES ABSOLU                         C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI CONSEIL                                   TRANSFEROR: ADI MULTISTRATEGIES 1 RUE VERNIER PARIS 75017 FRANCE
ADI CONSEIL                                   TRANSFEROR: ALPHA DRIVE EURO CONVERTIBLES 1 RUE VERNIER 75017 PARIS FRANCE
ADI CONSEIL                                   TRANSFEROR: KALLISTA CREDIT ARBITRAGE MASTER FUND 1 RUE VERNIER 75017 PARIS FRANCE
ADI CONSEIL                                   TRANSFEROR: KALLISTA CREDIT OPPORTUNITIES FUND LIMITED 1 RUE VERNIER PARIS 75017 FRANCE
ADI CONVERT ABSOLU                            C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI CONVEX                                    C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI CONVEX ABSOLU                             C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI CREDIT ARB ABSOLU                         C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI CREDIT OPPORTUNITIES                      C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI EXPLORASIA                                C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI HIGH YIELD                                C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI RISK ARB ABSOLU                           C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
ADI SITUATIONS SPECIALES                      C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE
BANCA DI CREDITO COOPERATIVO DI ALBA,         TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. MARIO MUSSO VIA CAVOUR, N.4 ALBA (CUNEO) 12051 ITALY
 LANGHE E ROERO S.C.
BANCA MONTE DEI PASCHI DI SIENA S.P.A         ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCO ESPIRITO SANTO S.A.                     ANDREW THAU N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
BANCO ESPIRITO SANTO S.A.                     PEDRO CRUCHINHO AV LIBERDADE 195 LISBOA 1250-142 PORTUGAL
BANK OF MONTREAL                              ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603
BANK OF MONTREAL                              CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603
BARCLAYS BANK PLC                             TRANSFEROR: AG INSURANCE 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: BARCLAYS BANK, S.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: BARCLAYS BANK, SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK SA                              RANSFEROR: ILDEFONSO TARANCON MARTINEZ ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: ALBERTO FRANCISCO PORQUERAS MESTRES ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: ANTON SEGADOR, NURIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: ASCENSION MONCASI CANTI, MARIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: AUGER LINAN, CLEMENTE ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: BORRAS DE QUADRAS, ALVARO ESPINOS ATTN: ABRAHAM CARPINTERO CI. MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: BRADBURY, MINNIE MURRAY ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: COLINA BEDAT, S.L. ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: DE LOS ANGELES MOSQUERA IBARRA, MARIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: DEL VALLE RODRIGUEZ FERNANDEZ, MARIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GARCIA DIAZ, ALICIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GOMEZ-LECHON CUADRADO, ALICIA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GONZALEZ GONZALEZ, NIEVES ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GONZALEZ, JOSE LUIS BALLESTIN ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GRACIA CEBOLLA, MARIA PILAR ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GRAJAL, MANUEL ESCUDERO; AMALIA SANZ MORAL ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA
                                               28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GRANDE, JOSE LUIS BARQUILLO ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: GUINDEO AZNAREZ, PIEDAD ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: IGLESIAS SALAMANCA, GERMAN ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: JIMENEZ SANCHEZ, DEMETRIO; FELICISIMA GUTIERREZ ZARZUELO ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA
                                               28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: LOPEZ-SANTACRUZ GARRIDO, MARIA MANUELA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: ORTEGA REVUELTA, CARLOS ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: PALLES RUIZ, RAMON ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: ROZALEN ROS, FRANCISCO ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: SANJURJO CARRO, CONSUELO ABRAHAM CARPINTERO CL. MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN
BARCLAYS BANK SA                              TRANSFEROR: TREMUL LOZANO, JESUS MARIA; ESPERANZA CRESPO VILLARROYA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA
                                               28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: UTRERA SACALUGA, MARIA LUISA ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN
BARCLAYS BANK SA                              TRANSFEROR: VENTURA ROVIRA, JAUME ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID SPAIN

                                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:46:34                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:   2
DATE: 02/07/12                                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| BARCLAYS BANK, S.A. | FUNDS & SECURITIES - FOREIGN INVESTMENTS DEPT MATEO INURRIA, 15 - 1ST FLOOR MADRID 28036 SPAIN |
| BARCLAYS BANK, S.A. | TRANSFEROR: MCCABE, EPHRAIM ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN |
| BARCLAYS BANK, SA | TRANSFEROR: ANDREU ALVAREZ, ANTONIO ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN |
| BARCLAYS BANK, SA | TRANSFEROR: GONZALEZ GONZALEZ, NIEVES ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN |
| BAUMGARTNER, BEATRIX | WINHELLER ATTORNEY AT LAW FRANKFURT AM MAIN MOLTKESTR. 25 KARLSRUHE D-76133 GERMANY |
| BAUMGARTNER, BEATRIX | JOSEPHSTHAL 12 TRIBUSWINKEL A2512 AUSTRIA |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AMERICA OF THE AMERICAS NEW YORK NY 10036-8704 |
| BES VIDA COMPANHIA SEGUROS S.A. | JOAO BORRALHO AV COLUMBANO BORDALO PINHEIRO 75 LISBOA 1070-061 PORTUGAL |
| BES VIDA COMPANHIA SEGUROS S.A. | ANDREW THAU N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| BSOF MASTER FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019 |
| CITIBANK, N.A., HONG KONG BRANCH | ATTN: SAMEER DESHPANDE 3 CHANGI BUSINESS PARK, CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CITIBANK, N.A., HONG KONG BRANCH | ATTN: JOHN W. FRASER, MANAGER 400 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| CREDIT OPPORTUNITY ASSOCIATES LLC | TRANSFEROR: CITIBANK, N.A., HONG KONG BRANCH ONE RAFFLES LINK UNITS 04-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ONE RAFFLES LINK UNITS 04-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE AG, HONG KONG BRANCH | 1 RAFFLES LINK #05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CFIP MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STANDARD GENERAL MASTER FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI ARBITRAGES ABSOLU C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONSEIL C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVERT ABSOLU C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVEX C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVEX ABSOLU C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CREDIT ARB ABSOLU C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CREDIT OPPORTUNITIES C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI EXPLORASIA C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI HIGH YIELD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI RISK ARB ABSOLU C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI SITUATIONS SPECIALES C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: OFI ASSET MANAGEMENT C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA | TRANSFEROR: OVAL CIBLE ABSOLU C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 CL 53 MARBELLA-ED WORLD TRADE CT-PISO 19 OFICINA 1902 PANAMA |
| ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA | ANDREW THAU & N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: STANDARD CHARTER PRIVATE BANK SINGAPORE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| MAP 98 SEGREGATED PORTFOLIO OF LMA SPC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:46:34                                      LEHMAN BROTHERS HOLDING INC.                                                     PAGE:   3
DATE: 02/07/12                                            CREDITOR LISTING

Name                                              Address
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: CREDIT OPPORTUNITY ASSOCIATES LLC ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC            RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: BES VIDA COMPANHIA SEGUROS S.A. 25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: BANK OF MONTREAL 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: BANK OF MONTREAL ATTN: JOSHUAL ROWLINS ATTN: MORGAN STANLEY - LEGAL & COMPLIANCE DIVISION CORPORATE LOANS GROUP
                                                  1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
NOMURA INTERNATIONAL PLC                          ATTN: ROBERT EVELEIGH/ JAMES BARRATT NOMURA HOUSE 1 ST MARTIN'S-LE-GRAND LONDON  EC1A 4NP UNITED KINGDOM
NOMURA INTERNATIONAL PLC                          ROBERT PIASIO NOMURA INTERNATIONAL PLC 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NOMURA INTERNATIONAL PLC                          DOUGLAS P BARTNER / SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
OCEANA MASTER FUND, LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
OFI ASSET MANAGEMENT                              TRANSFEROR: KALLISTA MASTER FUND LTD 1 RUE VERNIER 75017 PARIS    FRANCE
OVAL CIBLE ABSOLU, ET AL.                         OFI ASSET MANAGEMENT (OFI AM) 1 RUE VERNIER PARIS  75017 FRANCE
PENTWATER EQUITY OPPORTUNITIES MASTER             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
 FUND LTD.
PRIME CAPITAL MASTER SPC, GOT WAT MAC             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
 SEGREGATED PORTFOLIO                             PLYMOUTH MN 55447
PWCM MASTER FUND LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
STANDARD CHARTER PRIVATE BANK SINGAPORE           TRANSFEROR: WAWANG, TEDJALAKSANA/LIN, YENNY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                  NEW YORK NY 10005
TANNOR PARTNERS CREDIT FUND, LP                   TRANSFEROR: BAUMGARTNER, BEATRIX 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
UBI BANCA                                         TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A C/O UBISS AMM TOTOCI ESTERI ATTN: FABIO BOSCHIAN VIA CARRIANA 20
                                                  MILANO  20134 ITALY
WATERSTONE MARKET NEUTRAL MASTER FUND,            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
 LTD                                              PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                                  PLYMOUTH MN 55447


Total Number of Records Printed        119


                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```