UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :    (Jointly Administered)
            Debtors.                           :
                                               :
------------------------------------------------------------------x    Ref. Docket Nos. 7879, 23029

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
20th day of February, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P.
              TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED
              ATTN: SUZANNE GIBBONS
              C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
              65 EAST 55TH STREET
              NEW YORK NY 10022

Additional:

Transferee:   DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P.
              ATTN: SUZANNE GIBBONS
              C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
              65 EAST 55TH STREET
              NEW YORK NY 10022

**Your transfer   of claim #   56081-12   is defective for the reason(s) checked below:**

Other                                    duplicate of docket 7883

Docket Number 7879            Date 03/30/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 7, 2012.

**EXHIBIT B**

```
TIME: 18:19:43                                                                                                PAGE:   1
DATE: 02/07/12
                                          LEHMAN BROTHERS HOLDING INC.
                                               CREDITOR LISTING

Name                                    Address
DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022
L.P.
DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
L.P.                                    NEW YORK NY 10022
ROYAL BANK OF SCOTLAND NV, THE          38/F, CHEUNG KONG CENTER 2 QUEENS ROAD, CENTRAL HONG KONG   HONG KONG
TSE YUK YING                            36 LEE CENTRE DR. APT 1709 SCARBOROUGH ON M1H 3K2 CANADA


Total Number of Records Printed        4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC