THE LAW OFFICES OF MARK J. FRIEDMAN P.C.
Local counsel to James P. Meyer
66 Split Rock Road
Syosset, New York 11791
(516) 653-2480
Mark J. Friedman, Esq.

SCHOENBERG FINKEL NEWMAN & ROSENBERG, LLC
Counsel to James P. Meyer *(pending pro hac vice admission)*
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606
(312) 648-2300
Daniel E. Beederman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

                                   Debtors.
-----------------------------------------------------------------x

Chapter 11
Case No. 08-13555 (JMP)

(Jointly Administered)

## CERTIFICATE OF SERVICE

      I, Mark J. Friedman, certify under penalty of perjury that: I am not a party to this action, am over 18 years of age, and am a member of The Law Offices of Mark J. Friedman P.C.

On February 14, 2012, I served the documents described as:

•CREDITOR JAMES P. MEYER'S SUPPLEMENTAL RESPONSE TO DEBTORS' SUPPLEMENTAL ANNOTATED OMNIBUS REPLY TO RESPONSES TO DEBTORS' SEVENTY-THIRD, ONE HUNDRED EIGHTEENTH, ONE HUNDRED THIRTIETH, ONE HUNDRED THIRTY-FIRST, ONE HUNDRED THIRTY-THIRD, ONE HUNDERD THIRTY-FOURTH, ONE HUNDRED THIRTY-FIFTH, ONE HUNDRED SEVENTY-SIXTH AND TWO HUNDRED AND SEVENTH OMNIBUS OBJECTION TO CLAIM (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

by regular U.S. Mail to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Srevice within the State of New York.

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP

767 Fifth Avenue  
New York, New York 10153  
Attn: Robert J. Lemons, Esq.  
     Mark Bernstein, Esq.

The Office of the United States Trustee for Region 2  
33 Whitehall Street  
21st Floor  
New York, New York 10004  
Attn: Tracy Hope Davis, Esq.  
     Elisabetta Gasparini, Esq.  
     Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, New York 10005  
Attn: Dennis F. Dunne, Esq.  
     Dennis O'Donnell, Esq.  
     Evan Fleck, Esq.

                                      By: *s/Mark J. Friedman*  
                                           Mark J. Friedman