UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Baupost Group Securities, L.L.C.              Citigroup Global Markets Inc.
---                                            ---
Name of Transferee                             Name of Transferor

$201,155,228.00                                55848
---                                            ---
Proof of Claim Amount                          Proof of Claim Number

$172,057,628.00
---
Amount of Claim Transferred

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Baupost Group Securities, L.L.C.
Address:      c/o Ropes & Gray LLP
              1211 Avenue of the Americas
              New York, NY 10036-8704
              Attn: Philip Wells

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: /s/ L.R.    Date: 2/21/12

Name: Lisa Ragosta
Title:  Counsel for Transferee

*Final Form 11/20/09*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citigroup Global Markets Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Baupost Group Securities, L.L.C.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to **Proof of Claim Number 55848** filed by or on behalf of Seller or Seller's predecessor in interest (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, principal, interest, damages, penalties, fees or any other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to or evidencing the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, and any and all of Seller's right, title and interest in, to and under any right or remedy of Seller or any prior seller against any prior seller in respect of the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will give rise to any setoff, defense or counterclaim or will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other allowed unsecured claims that are not entitled to priority under section 507 of the Bankruptcy Code and that are not subordinated.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives, with respect only to the Transferred Claims, to the fullest extent permitted by law any notice or right to receive notice of a hearing with respect to such transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and

hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event on no later than the third (3rd) business day (following receipt) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, (but in any event on no later than the third (3rd) business day following the date hereof), to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York with respect to proceedings arising under this agreement or related to its interpretation or enforcement. Each party hereto consents to service of process with respect to proceedings arising under this agreement or related to its interpretation or enforcement, by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of October 2011.

**CITIGROUP GLOBAL MARKETS INC.**

By: _____
Name: Rohit Bansal
Title: Managing Director

390 Greenwich Street, 4th Floor
New York, NY 10013

Baupost Group Securities, L.L.C.

By: _____
Name: James F. Mooney III
Title: Partner

Address

*Final Form 11/20/09*

Schedule 1

## Transferred Claims

Purchased Claim

85.53% -- $172,057,628 of $201,155,228 (the outstanding amount of the Proof of Claim as of October 27, 2011).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|
| LB 4.75 YRS AUD DAILY ACCRUAL ALL SEASON NOTE | XS0318538260 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | AUD 5,390,000 / USD 4,345,418 | 5/29/12 |
| LEHMAN BROTHERS 4.75 YEARS AUD ONE SHOT, MONTHLY | XS0312196123 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | AUD 1,760,000 / USD 1,418,912 | 4/20/12 |
| LB 4.75 YR AUD DAILY ACCRUAL ALL SEASON EQL | XS0320033201 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | AUD 3,450,000 / USD 2,781,390 | 6/7/12 |
| LEH BRO 1 YEAR GBP | XS0334088118 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | GBP 700,000 / USD 1,252,230 | 12/3/08 |
| LB 1YR HKD DLY ACCRL CPN AUTO-CALL NOTE | XS0327847553 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 14,050,000 / USD 1,802,969 | 10/27/08 |
| 1 YR HKD DLY ACC COUPON AUTO CALL NOTE | XS0329337850 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 38,550,000 / USD 4,946,938 | 11/3/08 |
| LB 1 YR HKD DAILY ACCRUAL COUPON AUTO CALL | XS0329714074 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 50,950,000 / USD 6,538,170 | 11/6/08 |
| LEHMAN BROTHERS 1 YR HKD DLY ACC COUPON | XS0328210496 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 8,000,000 / USD 1,026,602 | 10/29/08 |
| LEHMAN BROS 1 YR HKD DAILY ACC CPN AUTO CALL NOTE | XS0330867846 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 44,900,000 / USD 5,761,803 | 11/13/08 |
| LEHMAN BROTHERS 1 YEAR HKD DAILY ACCRUAL COUPON | XS0331661172 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 37,550,000 / USD 4,818,612 | 11/17/08 |
| LEHMAN BROTHERS 1 YEAR HKD DAILY ACCRUAL COUPON | XS0332546448 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 19,000,000 / USD 2,438,179 | 11/24/08 |
| LEH BRO 1 YER HKD DAILY ACCRUAL | XS0334223699 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 6,000,000 / USD 769,951 | 12/1/08 |
| LEH MAN 1 YEAR HKD SAILY ACCRUAL | XS0334090106 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 8,000,000 / USD 1,026,602 | 12/1/08 |
| LEHMAN BROTHERS 1 YEAR HKD DAILY ACCRAUL COUPON | XS0334923322 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 21,050,000 / USD 2,701,246 | 12/8/08 |
| LEHMAN BROTHERS 1 YEARS | XS0336250732 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 19,800,000 / USD 2,540,840 | 12/15/08 |
| LEHMAN BRO 1 YEAR HKD | XS0338330672 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 7,300,000 / USD 936,774 | 12/31/08 |
| LEH MAN 1 YEAR HKD DAILY ACCRUAL | XS0339221912 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 16,550,000 / USD 2,123,783 | 1/12/09 |
| MAN BROTHERS 1 YEAR HKD DAILY ACCRUAL CALLABLE | XS0341733110 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 33,200,000 / USD 4,260,398 | 1/22/09 |
| LEHMAN BROTHERS1 YEAR HKD | XS0344102164 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 8,800,000 / USD 1,129,262 | 2/6/09 |
| 1 YR HKD DLY ACC ALL SESN COUPON AUTO CALL NT | XS0345814874 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 29,900,000 / USD 3,836,924 | 2/11/09 |
| LB 1Y HKD DLY ACCRL ALL | XS0348324988 | Lehman Brothers | Lehman Brothers | HKD 53,000,000 / USD | 2/23/09 |

| | | | | | |
|---|---|---|---|---|---|
| *SEASON COUPON AUTOCALL NOT* | | Treasury Co BV | Holdings Inc. | 6,801,237 | |
| LB 1Y HKD DLY ACCRL ALL SEASON COUPON AUTOCALL NT | XS0351201651 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 40,350,000 / USD 5,177,923 | 3/6/09 |
| LB 1 YR HKD DLY ACC ALL SEASON AUTO CALL NTE | XS0362361593 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 26,450,000 / USD 3,394,202 | 5/6/09 |
| LEH BRO 1 YEAR HKD DAILY ACCRUAL | XS0364226299 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 10,750,000 / USD 1,379,496 | 5/15/09 |
| LEH MAN 1 YEAR HKD | XS0367878997 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 14,250,000 / USD 1,828,634 | 6/3/09 |
| LB 1 YR HKD DLY ACCRUAL ALL SEASON COUPON AUTOCAL | XS0368588777 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 37,400,000 / USD 4,799,364 | 6/8/09 |
| LB 8MTH HKD DLY ACCRL ALL SEASON CPN AUTO-CALL NT | XS0369868590 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 66,400,000 / USD 8,520,795 | 2/12/09 |
| LEH BRO 1 YEARS HKD DAILY | XS0336928030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | HKD 27,100,000 / USD 3,477,614 | 12/19/08 |
| NZD LB 4.75 YRS NZD DLY ACCRL ALL SEASON AUTO-CALL | XS0319159538 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | NZD 1,380,000 / USD 906,798 | 6/4/12 |
| 4.75 YRS NZD DAILY ACC ALL SEASON AUTOCALL PRINCIP | XS0324476869 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | NZD 220,000 / USD 144,562 | 7/5/12 |
| 1 YR USD DLY ACC COUPON AUTO CALL NOTE | XS0330074344 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 6,030,000 | 11/10/08 |
| LEHMAN BROTHERS 1 YEAR USD DAILY ACCRUAL COUPON | XS0331400456 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 10,720,000 | 11/17/08 |
| LEHMAN BROTHER 1 YEAR USD DAILY ACCRUAL | XS0332547099 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 4,310,000 | 11/24/08 |
| LEH BROS 1 YR USD DAILY ACC CPN AUTO CALL NOTE WIT | XS0333308632 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 2,380,000 | 11/28/08 |
| LEHMAN BROTHERS 1 YEAR USD | XS0334702072 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,340,000 | 12/5/08 |
| LEH BRO 1 YEAR USD DAILY | XS0334090288 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,000,000 | 12/3/08 |
| LEH BRO 1 YEAR USD | XS0335742663 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 2,340,000 | 12/12/08 |
| 1YR USD DAILY ACC ALL SEASON COUPON AUTO CALL NOTE | XS0337406036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,630,000 | 12/22/08 |
| LEHMAN BROTHERS 1 YEAR USD DAILY SEASON COUPON | XS0336644199 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,940,000 | 12/18/08 |
| LB 1YR USD DLY ACCRL ALL SEASON CPN AUTO CALL NT | XS0338676629 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 640,000 | 1/5/09 |
| LEHMAN BROTHERS 1 YEAR USD DAILY ACCRUL ALL SEASON | XS0339762162 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 2,250,000 | 1/14/09 |
| LEHMAN BROTHERS 1 YEAR USD DAILY ACCRAUL ALL SEASO | XS0342399754 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 2,960,000 | 1/29/09 |
| LEHMAN BROTH 1 YEAR USD DAILY | XS0343799044 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 880,000 | 2/2/09 |
| LB 1YR USD DLY ACCRL ALL SEASON CPN | XS0342989554 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,000,000 | 1/29/09 |
| LB 1Y USD DLY ACCRL COUPON AUTOCALL NOTE | XS0349154152 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 3,130,000 | 2/26/09 |
| LB 1Y USD DLY ACCRL ALL SEASON COUPON AUTO CALL NT | XS0348406876 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,020,000 | 2/23/09 |
| COUPON ELN 30-Jan-2010 USD | XS0362181934 | Lehman Brothers | Lehman Brothers | USD 7,390,000 | 5/5/09 |

| | | | | | |
|---|---|---|---|---|---|
| 2.000.000 $2.000.000 € 1.467.136 No MTN10490 XS0362181934 | | Treasury Co BV | Holdings Inc. | | |
| LEH BRO 1 YEAR USD DAILY ACCRUAL | XS0366859485 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 2,130,000 | 5/29/09 |
| LB 1 YR USD DLY ACCRUAL ALL SEASON COPUPON AC NOTE | XS0365916252 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,000,000 | 5/27/09 |
| 1 YR USD DAILY ACCRUAL | XS0369514947 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,580,000 | 6/11/09 |
| LB 2.5 USD MARKET LEADER MONTHLY AUTOCALL | XS0294545669 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 720,000 | 10/5/09 |
| LEHMAN BROS. 4.75 YEARS USD ONE SHOT MONTHLY NOTE | XS0299702380 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 3,850,000 | 2/7/12 |
| LEHMAN BROTHERS 4.75 YR USD ONE SHOT MTHLY AUTO CA | XS0301348420 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 6,260,000 | 2/17/12 |
| LEHMAN BROS 4.75 YEARS USD DAILY ACCRUAL MEMORY | XS0302819262 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 2,640,000 | 2/27/12 |
| LEHMAN BROS 4.75 YEARS USD ONE SHOT MONTHLY AUTO | XS0303866049 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,870,000 | 3/5/12 |
| LB 4.75 YRS USD ONE SHOT, MONTHLY AUTO CALL | XS0306148288 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 2,780,000 | 3/22/12 |
| 4.75 YRS USD ONE SHOT MONTHLY AUTO CALL PRINCIPAL | XS0310085492 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 4,050,000 | 4/10/12 |
| LB 4.75 YEARS USD DAILY ACCRUAL ALL SEASON NOTES | XS0318362711 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 1,330,000 | 5/28/12 |