WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                           :       **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :       **08-13555 (JMP)**
                                                                    :
                                        **Debtors.**     :       **(Jointly Administered)**
                                                                    :
-----------------------------------------------------------------x

<div align="center">

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON FEBRUARY 22, 2012**

</div>

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), filed the following omnibus claims objections (collectively, the "Claims

Objections") with the Court for hearing on or before February 22, 2012:

(a)     Debtors' Objection to Proof of Claim No. 31148  **[ECF No. 24102]**

(b)     Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

(c)     Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

(d)     Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16860]**

(e)     Debtors' Two Hundred Forty-Eighth Omnibus Objection to Claims (Amended and Superseded Claims) **[ECF No. 24104]**

(f)     Debtors' Two Hundred Forty-Ninth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 24105]**

(g)     Debtors' Two Hundred Fiftieth Omnibus Objection to Claims (Purchased Contract Claims) **[ECF No. 24107]**

(h)     Debtors' Two Hundred Fifty-First Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 24108]**

(i)     Debtors' Two Hundred Fifty-Second Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 24109]**

(j)     Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 24117]**

(k)     Debtors' Two Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 24417]**

2.      In accordance with the Second Amended Case Management Order, the Debtors established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses.  The Response Deadlines have been extended for certain creditors from time to time.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.     The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included Exhibit 1 to any of the Orders attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted.  Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors, by holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims Objections as to any proof of claim for which a response was either filed on the docket or received by the Debtors, and which objection has not been resolved, has been adjourned to a future date.

4.     Accordingly, the Debtors respectfully request that the proposed orders granting the Claims Objections annexed hereto as <u>Exhibits A</u> through <u>L</u>, which, except for the inclusion of additional language to indicate that such order is supplemental to a previously entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or

withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance

with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: February 21, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A
**(Proposed Order – ECF No. 24102)**

US_ACTIVE:\43931303\01\58399.0008

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                          :         **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :         **08-13555 (JMP)**
                                                               :
                                        **Debtors.**           :         **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## OBJECTION TO PROOF OF CLAIM NO. 31148

Upon objection to proof of claim number 31148, dated January 6, 2012, of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an

order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for filing objections to proofs of claim [Docket No. 6664] (the "Procedures Order"),

disallowing and expunging part of proof of claim number 31148 on the grounds that the

objected-to portion of such claim is unenforceable against the Debtors under any agreement or

applicable law, and, therefore, does not constitute a valid *prima facie* claim, all as more fully

described in the Debtors' objection to proof of claim number 31148; and due and proper notice

of such objection having been provided, and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in Debtors'

objection to proof of claim number 31148 is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors'

objection to proof of claim number 31148 establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Debtors' objection to proof of claim number 31148 is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, proof of claim number 31148 is disallowed and expunged with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding proof of claim number 31148; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**
**(Proposed Order – ECF No. 12533)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :
                 Debtors.                      :    (Jointly Administered)
---------------------------------------------------------------------x
```

### EIGHTH SUPPLEMENTAL ORDER GRANTING DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the sixty-seventh omnibus objection to claims, dated November 3, 2010

(the "Sixty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664] (the "Procedures Order"), seeking to reduce, reclassify (in certain instances),

clarify (in certain instances), and allow the Valued Derivative Claims on the basis that the

amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values

determined by the Debtors after a review of the claimant's supporting documentation and the

Debtors' books and records; that the classifications (in certain instances) are improperly

identified as secured, administrative expenses or priority claims on claimants' proofs of claim;

and that the Debtor against whom the claim is asserted, in certain instances, has been determined

by the Debtors to be in need of clarification after a review of the claimants' supporting

documentation; all as more fully described in the Sixty-Seventh Omnibus Objection to Claims;

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Seventh Omnibus Objection to Claims.

and due and proper notice of the Sixty-Seventh Omnibus Objection to Claims having been

provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached

to the Sixty-Seventh Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No. 9635];

and it appearing that no other or further notice need be provided; and upon the resolution of

Proof of Claim number 29995 filed by New South Federal Savings Bank, F.S.B.; this claim

having been objected to in Debtors' Sixty-Seventh Omnibus Objection to Claims; and a hearing

having been held on February 22, 2012; the Court having found and determined that the relief

sought in the Sixty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Sixty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Sixty-Seventh Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto

is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading

"Modified Amount"; and any asserted amount in excess of the modified amount are disallowed;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Sixty-Seventh Omnibus

Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM, AL 35210 | 29995 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $913,798.17* | Lehman Brothers Special Financing Inc. | Unsecured | $1,165,173.61 |
| | | | | | TOTAL | $913,798.17 | | TOTAL | $1,165,173.61 |

# EXHIBIT C
## (Proposed Order – ECF No. 14472)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                                :        **Chapter 11 Case No.**
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                                                     :
                        **Debtors.**                              :        **(Jointly Administered)**
-----------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)

Upon the ninety-second omnibus objection to claims, dated February 14, 2011

(the "Ninety-Second Omnibus Objection to Claims"),[2] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement, in whole

or in part, of the No Blocking Number LPS Claims on the grounds that the Bar Date Order

required that such claims include an electronic instruction reference number or a blocking

reference number, all as more fully described in the Ninety-Second Omnibus Objection to

Claims; and due and proper notice of the Ninety-Second Omnibus Objection to Claims having

been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached

to the Ninety-Second Omnibus Objection to Claims; and (vii) all other parties entitled to notice

---

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Ninety-Second Omnibus Objection to Claims.

in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Ninety-Second Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Ninety-Second Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninety-Second Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (the "No Blocking Number LPS Claims") are disallowed and expunged with prejudice as set forth in Exhibit 1; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the No Blocking Number LPS Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Ninety-Second Omnibus Objection to Claims that is neither listed on Exhibit 1 annexed hereto nor Exhibit 1 annexed to the Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [Docket No. 15491]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
           New York, New York

                                         _____
                                         UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MARTINEZ SABE, HECTOR RAUL TACUARL 1159 ASUNCION, PARAGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31404 | $100,000.00 | No Blocking Number LPS Claim |
| 2 | TALREJA, ROHINI APT BLOCK 2 RIVER VALLEY GROVE #02-01 SINGAPORE, 238405 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/23/2009 | 4983 | $100,000.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $200,000.00 | |

# EXHIBIT D
## (Proposed Order – ECF No. 16860)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                         :
                                 **Debtors.**            :        **(Jointly Administered)**
-------------------------------------------------------------------x

<div align="center">

**SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS'**
**ONE HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS)**

</div>

Upon the one hundred thirty-seventh omnibus objection to claims, dated May 16,

2011 (the "One Hundred Thirty-Seventh Omnibus Objection to Claims"),[3] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce, reclassify (in

certain instances), and allow the Valued Derivative Claims on the basis that the amounts listed

on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the

Debtors after a review of the claimants' supporting documentation and the Debtors' books and

records, and that the classifications (in certain instances) are improperly identified as secured,

administrative expenses or priority claims on claimants' proofs of claim, all as more fully

described in the One Hundred Thirty-Seventh Omnibus Objection to Claims; and due and proper

notice of the One Hundred Thirty-Seventh Omnibus Objection to Claims having been provided

to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

---

[3]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims.

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the One

Hundred Thirty-Seventh Omnibus Objection to Claims; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases [Docket No.

9653]; and it appearing that no other or further notice need be provided; and upon the resolution

of KeyBank National Association's Response to Debtors' One Hundred Thirty-Seventh

Objection to Claims (Valued Derivative Claims) [Docket No. 17694]; and a hearing having been

held on February 22, 2012; and the Court having found and determined that the relief sought in

the One Hundred Thirty-Seventh Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the One Hundred Thirty-Seventh Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Thirty-Seventh Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto

is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading

"Modified Amount" and any asserted amount in excess of the modified amount are disallowed;

and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto

is hereby reclassified to the classification listed under the column heading "Modified Class"; and

it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on <u>Exhibit A</u> to the One Hundred Thirty-

Seventh Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is

further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                             _____
                             UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | | ASSERTED | | | MODIFIED | |
| 1 | CVI GVF (LUX) MASTER SARL C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT112PD UNITED KINGDOM | 67462 | 04/19/2011 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00 | Lehman Brothers Holdings Inc. | Unsecured | $28,333,333.34 |
| 2 | CVI GVF (LUX) MASTERS S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT112PD UNITED KINGDOM | 28820 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $30,489,845.00 | Lehman Brothers Special Financing Inc. | Unsecured | $28,333,333.34 |
| 3 | GFA I LLC C/O ASHURST LLP PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK, NY 10036 | 67375 | 03/11/2011 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00 | Lehman Brothers Holdings Inc. | Unsecured | $28,333,333.33 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA ATTN: PATRICIA SEDDON 7 TIMES SQ FL 42 NEW YORK, NY 100366524 | 28821 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Special Financing Inc. | Unsecured | $28,333,333.33 |
| 5 | OCM OPPORTUNITIES FUND VII DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18836 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Holdings Inc. | Unsecured | $28,333,333.33 |
| 6 | OCM OPPORTUNITIES FUND VII DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18837 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Special Financing Inc. | Unsecured | $28,333,333.33 |
| | | | | | TOTAL | $182,939,070.00 | | TOTAL | $170,000,000.00 |

# EXHIBIT E
**(Proposed Order – ECF No. 24104)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                        :
                        **Debtors.**                    :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-EIGHTH <br> OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the two hundred forty-eighth omnibus objection to claims, dated January 6,

2012 (the "Two Hundred Forty-Eighth Omnibus Objection to Claims"),[4] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Amended and

Superseded Claims on the basis that such claims have been amended and superseded by the

corresponding Surviving Claims, all as more fully described in the Two Hundred Forty-Eighth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Forty-Eighth

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for

the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the

claimants listed on Exhibit A attached to the Two Hundred Forty-Eighth Omnibus Objection to

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[4] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Two Hundred Forty-Eighth Omnibus Objection to Claims.

the second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Two Hundred Forty-Eighth Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the Two Hundred Forty-Eighth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Eighth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Amended and Superseded Claims") are disallowed and expunged in their

entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that all information included on and all documentation filed in

support of any Amended and Superseded Claim, including, but not limited to, derivative and

guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; *provided, however,* that notwithstanding anything herein to the contrary, the Debtors may not object to a Surviving Claim that is listed on Exhibit 1 annexed hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred Forty-Eighth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases (the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim, including, but not limited to, amended derivative and guarantee questionnaires and supporting documentation,

shall be deemed timely filed to the extent it appropriately amended and superseded, directly or

indirectly, a claim that had been timely filed; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 **ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 28210 | $24,113,556.60* | **ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 12/06/2011 | 08-13555 (JMP) | 67770 | $24,135,619.55* |
| 2 **ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM** | 09/16/2009 | 08-13555 (JMP) | 13875 | $27,101,612.11* | **CENTRICA ENERGY LTD F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM** | 12/08/2011 | 08-13555 (JMP) | 67784 | $75,536,358.75* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 3 ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 09/16/2009 | 08-13885 (JMP) | 13879 | $27,101,612.11* | CENTRICA ENERGY LTD F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 12/08/2011 | 08-13885 (JMP) | 67783 | $75,536,358.75* |
| 4 ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 11/04/2008 | 08-13555 (JMP) | 491 | $2,281,015.07 | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 09/21/2009 | 08-13555 (JMP) | 33494 | $2,295,433.32 |
| 5 ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 11/04/2008 | 08-13893 (JMP) | 493 | $2,281,015.07* | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 09/21/2009 | 08-13893 (JMP) | 33493 | $2,295,433.32 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | AVATAR NEW YORK, LLC 122 HUDSON ST APT 4 NEW YORK, NY 10013-2355 | 10/09/2008 | 08-13555 (JMP) | 131 | $5,750.00 | AVATAR NEW YORK, LLC 40 WORTH ST., # 1219 NEW YORK, NY 10013 | 05/26/2009 | 08-13555 (JMP) | 4548 | $5,750.00 |
| 7 | BAA PENSION TRUST COMPANY LTD. C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28209 | $11,434,610.67* | BAA PENSION TRUST COMPANY LTD. C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67767 | $11,456,673.62* |
| 8 | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 09/18/2009 | 08-13555 (JMP) | 16687 | $1,102.83* | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 12/06/2011 | 08-13555 (JMP) | 67765 | $1,102.83 |
| 9 | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 09/18/2009 | 08-13901 (JMP) | 16770 | $1,102.83 | BANK INDONESIA TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA, 10110 INDONESIA | 12/06/2011 | 08-13901 (JMP) | 67764 | $1,102.83 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 10 | BAYERISCHE LANDESBANK ATTN: HERALD GLOECKL BRIENNER STRASSE 18 80333, MUENCHEN, GERMANY | 09/21/2009 | 08-13900 (JMP) | 19962 | $651,291.08* | BAYERISCHE LANDESBANK ATTN: HARALD GLOECKI BRIENNER STRABE 18 MUENCHEN, 80333 GERMANY | 12/22/2011 | 08-13900 (JMP) | 67810 | $14,447,841.71* |
| 11 | ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE C/O ELLIOTT MANAGEMENT CORPORATION;ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 09/17/2009 | 08-13555 (JMP) | 15630 | $32,737,874.30* | ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 12/05/2011 | 08-13555 (JMP) | 67756 | $51,363,854.00* |
| 12 | ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE C/O ELLIOTT MANAGEMENT CORPORATION;ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 09/17/2009 | 08-13555 (JMP) | 15631 | $126,839,050.09* | ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 12/05/2011 | 08-13555 (JMP) | 67758 | $75,780,735.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE, ACTING THROUGH ITS LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 09/22/2009 | 08-13555 (JMP) | 28256 | $610,925.99* | ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 12/05/2011 | 08-13555 (JMP) | 67757 | $650,450.00* |
| 14 | FONTAINEBLEAU RESORT PROPERTIES 1, LLC C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE, FL 33302 | 10/28/2010 | 08-13555 (JMP) | 67161 | Undetermined | FONTAINEBLEAU RESORT PROPERTIES 1, LLC ATTN: MARIO A. ROMINE 19950 WEST COUNTRY CLUB DRIVE AVENTURA, FL 33180 | 12/19/2011 | 08-13555 (JMP) | 67803 | Undetermined |
| 15 | FONTAINEBLEAU RESORTS, LLC C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE, FL 33302 | 10/28/2010 | 08-13555 (JMP) | 67160 | Undetermined | FONTAINEBLEAU RESORTS, LLC ATTN: MARIO A. ROMINE 19950 WEST COUNTRY CLUB DRIVE, TENTH FLOOR AVENTURA, FL 33180 | 12/19/2011 | 08-13555 (JMP) | 67802 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | GOAL LINE PARTNERS, LLC TRANSFEROR: BANK OF AMERICA, N.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 10/29/2009 | 08-13888 (JMP) | 64070 | $301,804,617.14 | GIANTS STADIUM LLC ATTN: CHRISTINE PROCOPS MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 EAST RUTHERFORD, NJ 07073 | 12/06/2011 | 08-13888 (JMP) | 67782 | $585,210,327.94 |
| 17 | ING BELGIEM SA/NV ATTN: C. WYCKMANS MARNIXLAAN 24 1000 BRUSSELS, BELGIUM | 09/14/2009 | 08-13555 (JMP) | 12461 | $4,438,752.67 | ING BELGIUM N.W./S.A. ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS, 1000 BELGIUM | 12/06/2011 | 08-13555 (JMP) | 67778 | $5,800,793.33* |
| 18 | ING LIFE INSURANCE & ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13888 (JMP) | 11147 | $1,776,670.08 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13888 (JMP) | 67808 | $5,080,028.42* |
| 19 | ING LIFE INSURANCE & ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13555 (JMP) | 11148 | $1,776,670.08 | ING LIFE INSURANCE AND ANNUITY COMPANY C.O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13555 (JMP) | 67806 | $5,080,028.42* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 20  INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST-EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27416 | $36,781.00* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST-EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67759 | $48,601.64* |
| 21  INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27415 | $25,870,898.95* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67760 | $25,965,464.03* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 22  INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27417 | $31,158.00* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67755 | $42,990.64 |
| 23  LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13901 (JMP) | 63454 | $78,152,567.61 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13901 (JMP) | 67797 | $150,321,706.19* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 24 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13893 (JMP) | 63455 | $783,959,848.92 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13893 (JMP) | 67796 | $386,290,347.92* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 25 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13888 (JMP) | 63456 | $2,954,507,228.17 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13888 (JMP) | 67795 | $552,816,931.19* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 26  LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13900 (JMP) | 63457 | $35,347.75 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13900 (JMP) | 67794 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13885 (JMP) | 63458 | $83,015,075.16 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13885 (JMP) | 67793 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 28 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63459 | $5,955,424,046.82 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 | 12/13/2011 | 08-13555 (JMP) | 67798 | $132,079,209.73* |

*— Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63460 | $953,950,559.88 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13555 (JMP) | 67792 | $652,183,136.95* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 30 LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63847 | $52,280,310,937.51* | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN: DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION STAMPFENBACHSTRASSE, 8006 SWITZERLAND | 12/13/2011 | 08-13555 (JMP) | 67800 | $14,608,906,300.49* |
| 31 LLOYD'S SYNDICATE 2010 CATHEDRAL UNDERWRITING LIMITED 5TH FLOOR, FITZWILLIAM HOUSE 10 ST MARY AXE LONDON, EC3A 8EN UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25926 | $4,276,164.25 | LLOYD'S SYNDICATE 2010 CATHEDRAL UNDERWRITING LIMITED 5TH FLOOR, FITZWILLIAM HOUSE 10 ST. MARY AXE LONDON, EC3A 8EN UNITED KINGDOM | 12/12/2011 | 08-13555 (JMP) | 67788 | $8,750,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 32 | NATIONALE NEDERLANDEN INTERFINANCE BV C/O ING INVESTMENT MANAGEMENT ATTN: A. DO CARMO TEODORO PRINSES BEATRIXLAAN 15 THE HAGUE, 2595 AK NETHERLANDS | 09/15/2009 | 08-13555 (JMP) | 12839 | $29,190,421.25 | NATIONALE-NEDERLANDEN INTERFINANCE B.V. C/O ING INVESTMENT MANAGEMENT ATTN: MARICE THEWESSEN SCHENKKADE 65 THE HAGUE, NETHERLANDS | 12/06/2011 | 08-13555 (JMP) | 67777 | $31,691,640.03* |
| 33 | REID STREET RETIREMENT GLOBAL BOND FUND ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28211 | $2,644,747.66* | REID STREET RETIREMENT GLOBAL BOND FUND C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67771 | $2,666,810.61* |
| 34 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13888 (JMP) | 11311 | $559,191.09 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE NEW YORK, NY 10169 | 12/20/2011 | 08-13888 (JMP) | 67809 | $1,598,893.70* |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*                                                      **Page 16 of 20**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 35 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13555 (JMP) | 11312 | $559,191.09 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13555 (JMP) | 67807 | $1,598,893.70* |
| 36 | SAUDI ARABIAN MONETARY AGENCY ATTN: DAVID WITZER C/O ROGGER GLOBAL PARTNERS PIC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28212 | $3,137,756.42* | SAUDI ARABIAN MONETARY AGENCY C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67772 | $3,159,819.37* |
| 37 | SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28208 | $1,000,000.00* | SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67773 | $1,022,062.95* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 38 | STICHTING CUSTODY ROBECO INSTITUTIONAL C/O MOSES & SINGER LLP ATTN: ALAN KOLOD AND KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK, NY 10174-1299 | 09/21/2009 | 08-13555 (JMP) | 22180 | $4,268,649.79* | STICHTING CUSTODY ROBECO INSTITUTIONAL C/O MOSES & SINGER LLP ATTN: ALAN KOLOD/KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK, NY 10174-1299 | 12/14/2011 | 08-13555 (JMP) | 67789 | $4,712,129.21* |
| 39 | STICHTING PENSIOENFONDS APOTHEKERS ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28206 | $427,423.51* | STICHTING PENSIOENFONDS APOTHEKERS C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67775 | $449,486.46* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 40 | **STICHTING PENSIOENFONDS DE ENCI C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 28205 | $179,304.17* | **STICHTING PENSIOENFONDS DE ENCI C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 12/06/2011 | 08-13555 (JMP) | 67776 | $201,367.12* |
| 41 | **SUTTER HEALTH- EDEN ACCOUNT ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 09/22/2009 | 08-13555 (JMP) | 28214 | $24,795.85* | **SUTTER HEALTH- EDEN ACCOUNT C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM** | 12/06/2011 | 08-13555 (JMP) | 67769 | $46,858.80* |
| 42 | **TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105** | 09/03/2009 | 08-13888 (JMP) | 10172 | $39,595,831.60 | **TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105** | 12/05/2011 | 08-13888 (JMP) | 67754 | $40,596,803.97 |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*                                                                                                 Page 19 of 20

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 43 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 09/03/2009 | 08-13555 (JMP) | 10173 | $39,595,831.60 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13555 (JMP) | 67763 | $40,596,803.97 |
| 44 | TRAFALGAR HOUSE C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28207 | $3,000,000.00* | TRAFALGAR HOUSE C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67774 | $3,022,062.95* |
| 45 | WOO HAY TONG INVESTMENTS LTD. ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28213 | $6,239.50* | WOO HAY TONG INVESTMENT LTD. C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67768 | $28,302.45* |

TOTAL     $63,808,717,226.27

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT F**
**(Proposed Order – ECF No. 24105)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                          :        **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                               :
                    **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

Upon the two hundred forty-ninth omnibus objection to claims, dated January 6, 2012 (the "Two Hundred Forty-Ninth Omnibus Objection to Claims"),[5] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative Claims on the grounds that such claims are duplicative of the corresponding Surviving Claims, either exactly or in substance, all as more fully described in the Two Hundred Forty-Ninth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Forty-Ninth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Forty-Ninth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[5] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Forty-Ninth Omnibus Objection to Claims.

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Two Hundred Forty-Ninth Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the Two Hundred Forty-Ninth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative Claims") are disallowed and expunged in their entirety with

prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Debtors' right to object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in

support of any Duplicative Claims, including, but not limited to, derivative and guarantee

questionnaires and supporting documentation, shall be treated as having been filed in support of

the corresponding Surviving Claims; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred Forty-Ninth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "Reinstated Claim"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 249: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| **1 AVIVA PREVIDENZA, S.P.A C/O MARK SHERRILL, SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20004** | 12/16/2011 | 08-13555 (JMP) | 67801 | $14,139,773.50 | **AVIVA PREVIDENZA S.P.A. C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20004** | 12/08/2009 | 08-13555 (JMP) | 65875 | $14,066,316.04 |
| **2 BERG, ROBERT WOLDER STRABE 31A KNORRENDORF OT KASTORF, 17091 GERMANY** | 12/22/2011 | 08-13555 (JMP) | 67811 | $1,404.89 | **BERG, ROBERT WOLDER STRASSE 31A KNORRENDORF OT KASTORF, 17091 GERMANY** | 10/05/2009 | 08-13555 (JMP) | 36299 | $2,883.98 |
| **3 DE HEER A.G.A. REEF EMMASTRAAT 69 OLDENZAAL, BA 7573 NETHERLANDS** | 12/08/2011 | 08-13555 (JMP) | 67785 | $169,812.00 | **REEF, A.G.A. EMMASTRAAT 69 OLDENZAAL, 7573 BA NETHERLANDS** | 11/02/2009 | 08-13555 (JMP) | 63057 | $169,812.00 |
| **4 DEELEN, A.D. BRUGWEG 96A LA WADDINXVEEN, 2741 NETHERLANDS** | 12/19/2011 | 08-13555 (JMP) | 67804 | $100,472.00 | **DEELEN, A.D. BRUGWEG 96A WADDINXVEEN, 2741 LA NETHERLANDS** | 10/27/2009 | 08-13555 (JMP) | 49313 | $100,472.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 249: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | PRICEWATERHOUSECO OPERS AG, ZURICH ATTN: DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13555 (JMP) | 67799 | $132,079,209.73* | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 | 12/13/2011 | 08-13555 (JMP) | 67798 | $132,079,209.73* |
| 6 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13888 (JMP) | 67761 | $40,596,803.97 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13888 (JMP) | 67754 | $40,596,803.97 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 249: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13555 (JMP) | 67762 | $40,596,803.97* | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13555 (JMP) | 67763 | $40,596,803.97 |
| | | | TOTAL | | $227,684,280.06 | | | | | |

# EXHIBIT G
**(Proposed Order – ECF No. 24107)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                             :        **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :        **08-13555 (JMP)**
                                                  :
                        **Debtors.**              :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS (PURCHASED CONTRACT CLAIMS)

Upon the two hundred fiftieth omnibus objection to claims, dated January 6, 2012 (the "Two Hundred Fiftieth Omnibus Objection to Claims"),[6] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the Purchased Contract Claims on the grounds that they assert claims related to contracts for which the Debtors do not have liability, all as more fully described in the Two Hundred Fiftieth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fiftieth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Fiftieth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth

---

[6] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fiftieth Omnibus Objection to Claims.

in the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Fiftieth Omnibus Objection to Claims is in

the best interests of the Debtors, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Two Hundred Fiftieth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fiftieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Purchased Contract Claims") are

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have adjourned to March 22, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Fiftieth Omnibus Objection to Claims with

respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Purchased Contract Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Fiftieth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACCURINT/LEXISNEXIS<br>6501 PARK OF COMMERCE BLVD<br>BOCA RATON, FL 33487 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7081 | $6,723.15 | Purchased Contract Claim |
| 2 | ACL SERVICES LTD.<br>1550 ALBERNI STREET<br>ATTN: LEGAL DEPARTMENT<br>VANCOUVER, BC V6G 1A5<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/10/2008 | 168 | $18,493.11 | Purchased Contract Claim |
| 3 | ACRONIS, INC.<br>300 TRADECENTER STE 6700<br>WOBURN, MA 01801-7437 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/03/2008 | 90 | $125,357.00 | Purchased Contract Claim |
| 4 | AECSOFT USA, INC.<br>1776 YORKTOWN, SUITE 435<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2008 | 350 | $39,000.00 | Purchased Contract Claim |
| 5 | ALIGN COMMUNICATIONS, INC.<br>55 BROAD STREET - 6TH FLOOR<br>NEW YORK, NY 10004 | | Lehman No Case Asserted/All Cases Asserted | 10/01/2008 | 71 | $946,210.00 | Purchased Contract Claim |
| 6 | APERTURE TECHNOLOGIES, INC.<br>9 RIVERBEND DRIVE SOUTH<br>PO BOX 4906<br>STAMFORD, CT 06907 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19812 | $81,662.32 | Purchased Contract Claim |
| 7 | BORLAND SOFTWARE CORPORATION<br>PO BOX 39000<br>DEPT 33630<br>SAN FRANCISCO, CA 94139 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10229 | $36,064.29 | Purchased Contract Claim |
| 8 | BT AMERICAS, INC.<br>ATTN: NEIL HOBBS<br>2160 EAST GRAND AVENUE<br>EL SEGUNDO, CA 90245 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21338 | $12,708.22 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BT AMERICAS, INC. ATTN: NEIL HOBBS 2160 EAST GRAND AVENUE EL SEGUNDO, CA 90245 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21339 | $78,133.40 | Purchased Contract Claim |
| 10 | COMED CO. ATTN: BANKRUPTCY SECTION/REVENUE MANAGEMENT 2100 SWIFT DRIVE OAKBROOK, IL 60523 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 4295 | $9,711.73 | Purchased Contract Claim |
| 11 | CORBIS CORPORATION ATTN CREDIT DEPT. 710 SECOND AVE, STE 200 SEATTLE, WA 98104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2008 | 328 | $7,600.00 | Purchased Contract Claim |
| 12 | CRSP ATTN: DAVID K. BARCLAY, COO 105 W. ADAMS SUITE 1700 CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24619 | $26,905.00 | Purchased Contract Claim |
| 13 | DATACERT, INC. 3040 POST OAK BLVD., STE. 1900 HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2008 | 8 | $33,025.00 | Purchased Contract Claim |
| 14 | DUN & BRADSTREET C/O RECEIVABLE MANAGEMENT SERVICES (RMS) P.O. BOX 5126 TIMONIUM, MD 21094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2008 | 185 | $222,801.70 | Purchased Contract Claim |
| 15 | ENTERPRISE SOLUTION PROVIDERS, INC. 711 WESTCHESTER AVE, SUITE 101 WHITE PLAINS, NY 10508 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25162 | $46,879.95* | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | FACTSET RESEARCH SYSTEMS, INC. CHRISTOPHER J. MAJOR, ESQ. ROBINSON & COLE LLP 885 THIRD AVENUE, 28TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30553 | $69,375.00 | Purchased Contract Claim |
| 17 | FACTSET RESEARCH SYSTEMS, INC. CHRISTOPHER J. MAJOR, ESQ. ROBINSON & COLE LLP 885 THIRD AVENUE, 28TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4632 | $69,375.00 | Purchased Contract Claim |
| 18 | FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY 100 MAGELLAN WAY COVINGTON, KY 41005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 478 | $51,566.64 | Purchased Contract Claim |
| 19 | FIDESSA CORPORATION ATTN: MICHELLE ZIZZAMIA 17 STATE STREET, 42ND FL. NEW YORK, NY 10004 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/13/2009 | 4277 | $23,783.41 | Purchased Contract Claim |
| 20 | FOLEY INC. 855 CENTENNIAL AVE PISCATAWAY, NJ 08855 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/20/2009 | 4379 | $5,082.50 | Purchased Contract Claim |
| 21 | HYBRID TRADING AND RESOURCES, LLC DENISE PAREJKO 141 W JACKSON BLVD., SUITE 4020 CHICAGO, IL 60604 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1384 | $7,203.00 | Purchased Contract Claim |
| 22 | IKON OFFICE SOLUTIONS ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON, GA 31210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2008 | 1106 | $63,966.94 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | IKON OFFICE SOLUTIONS ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON, GA 31210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/18/2008 | 808 | $7,131.91 | Purchased Contract Claim |
| 24 | INTEGRATED RESEARCH 8055 E TUFTS AVE. SUITE 950 DENVER, CO 80237 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2008 | 207 | $306,192.00 | Purchased Contract Claim |
| 25 | INTEX 110 A STREET NEEDHAM, MA 02494 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25446 | $297,717.48 | Purchased Contract Claim |
| 26 | JOHNSON ASSOCIATES 19 WEST 44TH STREET SUITE 511 NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/31/2008 | 445 | $5,016.05 | Purchased Contract Claim |
| 27 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1515 | $8,100.00 | Purchased Contract Claim |
| 28 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1519 | $5,095.53 | Purchased Contract Claim |
| 29 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1523 | $5,759.14 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 30 | LEXISNEXIS/ACCURINT LEXIS NEXIS 6501 PARK OF COMMERCE BLVD BOCA RATON, FL 33487 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/24/2008 | 133 | $7,729.36 | Purchased Contract Claim |
| 31 | LINEDATA SERVICES, INC. ATTN: MATT BEAUREGARD 260 FRANKLIN ST., SUITE 1300 BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/20/2009 | 2915 | $60,264.66 | Purchased Contract Claim |
| 32 | M&M TECHNOLOGIES CORP 24 REGENCY WAY MANALAPAN, NJ 07726 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2008 | 59 | $916,585.00 | Purchased Contract Claim |
| 33 | MEB OPTIONS, LLC 440 S LASALLE, SUITE 959 CHICAGO, IL 60605 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19544 | $60,411.00 | Purchased Contract Claim |
| 34 | MERRILL COMMUNICATIONS ONE MERRILL CIRCLE SAINT PAUL, MN 55108 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 3849 | $80,048.43 | Purchased Contract Claim |
| 35 | MERRILL COMMUNICATIONS LLC C/O DEBORAH C. SWENSON LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A. 80 S. EIGHTH ST., SUITE 2000 MINNEAPOLIS, MN 55402 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19358 | $84,762.40 | Purchased Contract Claim |
| 36 | PALI CAPITAL INC PO BOX 1768 NEW YORK, NY 10150-1768 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19326 | $145,745.90 | Purchased Contract Claim |
| 37 | PITNEY BOWES CREDIT CORPORATION 27 WATERVIEW DRIVE SHELTON, CT 06484-5151 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2008 | 139 | $9,613.12 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | PREMIER RESTORATION TECHNOLOGY INC ATTN: DONALD BARKS 144 WEST 37TH STREET, 3RD FLOOR NEW YORK, NY 10018 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2008 | 489 | $52,081.46 | Purchased Contract Claim |
| 39 | SUMMIT SYSTEMS INC 1180 AVE OF THE AMERICAS NEW YORK, NY 10036 | | Lehman No Case Asserted/All Cases Asserted | 08/25/2009 | 9377 | $32,000.00 | Purchased Contract Claim |
| 40 | TED MOUDIS ASSOCIATES, INC. 79 MADISON AVENUE 10TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2008 | 118 | $185,533.27 | Purchased Contract Claim |
| 41 | TW TELECOM INC. FKA TIME WARNER TELECOM INC. 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/11/2010 | 66105 | $43,993.78 | Purchased Contract Claim |
| 42 | VIDEO CORPORATION OF AMERICA 7 VERONICA AVENUE P.O. BOX 5480 SOMERSET, NJ 08875-5480 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2008 | 69 | $294,232.50 | Purchased Contract Claim |
| 43 | W NEW YORK TIMES SQUARE OTTERBOURGE, STEINDLER HOUSTON & ROSEN ATTN: DAVID M. POSNER 230 PARK AVENUE NEW YORK, NY 10169 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2008 | 130 | $55,676.00* | Purchased Contract Claim |
| 44 | WEBEX COMMUNICATIONS C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2008 | 141 | $80,065.00 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 45 | XCAPER INDUSTRIES, LLC 17321 EASTMAN IRVINE, CA 92614 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/03/2008 | 85 | $80,517.37 | Purchased Contract Claim |
| | | | | | TOTAL | $4,805,898.72 | |

# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 2 – PURCHASED CONTRACT CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BLOOMBERG L.P & BLOOMBERG FINANCE L.P. ATTN: KARL P. KILB, ESQ. 731 LEXINGTON AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14322 | $88,541.31* | Purchased Contract Claim |
| 2 | CB RICHARD ELLIS 1003 BISHOP ST SUITE 1800 HONOLULU, HI 96813 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 27440 | $40,357.33 | Purchased Contract Claim |
| 3 | CB RICHARD ELLIS INC 3501 JAMBOREE ROAD, SUITE 100 NEWPORT BEACH, CA 92660 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 27435 | $7,175.70 | Purchased Contract Claim |
| 4 | HEWLETT-PACKARD COMPANY ATTN: KEN HIGMAN 12610 PARK PLAZA DR #100 CERRITOS, CA 90703-9361 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/12/2009 | 4861 | $373,655.51 | Purchased Contract Claim |
| | | | | | TOTAL | $509,729.85 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT H
**(Proposed Order – ECF No. 24108)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                   :        **Chapter 11 Case No.**
                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                       :
                    **Debtors.**        :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred fifty-first omnibus objection to claims, dated January 6, 2012 (the "Two Hundred Fifty-First Omnibus Objection to Claims"),[7] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to revalue, reclassify (in certain instances), modify the Debtor entity (in certain instances), and allow the Settled Derivatives Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification and Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as more fully described in the Two Hundred Fifty-First Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fifty-First Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached

---

[7] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-First Omnibus Objection to Claims.

to the Two Hundred Fifty-First Omnibus Objection to Claims; and (vii) all other parties entitled

to notice in accordance with the procedures set forth in the second amended order entered on

June 17, 2010 governing case management and administrative procedures for these cases

[Docket No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Two Hundred Fifty-First

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the Two Hundred Fifty-First

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the Debtor

that is set forth on Exhibit 1 under the column headings *"Modified Amount," "Modified Class,"*

and *"Modified Debtor,"* respectively; *provided that*, the holder of a Settled Derivatives Claim

against both (i) a Debtor based on a derivatives contract and (ii) LBHI based on its guarantee

relating to that derivatives contract may not receive an aggregate recovery in respect of the

Settled Derivatives Claim greater than the applicable *"Modified Amount"*; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due to the

claimant under, in respect of, or related to the applicable derivatives contract and (ii) the Settled

Derivatives Claims shall represent the sole right of the claimant to any distributions from the

applicable Modified Debtor under, in respect of, or related to the applicable derivatives

contracts; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A to the Two Hundred Fifty-First

Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **<u>Exhibit 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANGLO IRISH BANK CORPORATION PLC C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN ESQ THE CHRYSLER BLDG 405 LEXINGTON AVENUE - 7TH FL NEW YORK, NY 10174 | 15654 | 09/17/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,197,194.86 | Lehman Brothers Commercial Corporation | Unsecured | $1,077,475.37 |
| 2 | ANGLO IRISH BANK CORPORATION PLC C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ. 405 LEXINGTON AVENUE - 7TH FLOOR NEW YORK, NY 10174 | 15655 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,197,194.86 | Lehman Brothers Holdings Inc. | Unsecured | $1,077,475.37 |
| 3 | BAYVIEW FINANCIAL, L.P. ATTN: MICHAEL GUSS, ESQ. 4425 PONCE DE LEON BLVD. CORAL GABLES, FL 33146 | 67021 | 08/13/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $291,016.26* | Lehman Brothers Special Financing Inc. | Unsecured | $291,016.26 |
| 4 | BP CANADA ENERGY COMPANY KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK, NY 10178 | 17544 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,834,441.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,834,441.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | BP CANADA ENERGY COMPANY KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK, NY 10178 | 17551 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,834,441.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $2,834,441.00 |
| 6 | BP CORPORATION NORTH AMERICA INC. KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17552 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $22,786,380.00* | Lehman Brothers Holdings Inc. | Unsecured | $22,786,380.00 |
| 7 | BP CORPORATION NORTH AMERICA INC. KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17553 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $22,786,380.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $22,786,380.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | BP GAS MARKETING LIMITED KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17545 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,755,730.65* | Lehman Brothers Commodity Services Inc. | Unsecured | $3,755,730.65 |
| 9 | BP GAS MARKETING LIMITED KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17546 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,755,730.65* | Lehman Brothers Holdings Inc. | Unsecured | $3,755,730.65 |
| 10 | BP MASTER TRUST FOR EMPLOYEE PENSION PLANS BLACK ROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 67491 | 05/18/2011 | Lehman Brothers Holdings Inc. | Unsecured | $1,972,122.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,972,122.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 66801 | 06/07/2010 | Lehman Brothers Holdings Inc. | Unsecured | $10,546,250.00* | Lehman Brothers Holdings Inc. | Unsecured | $10,546,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,440,000.00* | | | $4,440,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $8,051,250.00* | | | $8,051,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,462,500.00* | | | $4,462,500.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
| TRANSFERRED TO: HUDSON BAY MASTER FUND LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE 30TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | | $10,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 12 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 66802 | 06/07/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $10,546,250.00* | Lehman Brothers Special Financing Inc. | Unsecured | $10,546,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,440,000.00* | | | $4,440,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $8,051,250.00* | | | $8,051,250.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,462,500.00* | | | $4,462,500.00 |
| TRANSFERRED TO: HUDSON BAY MASTER FUND LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE., 30TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| 13 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66652[1] | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00 |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,480,480.00* | | | $4,480,480.00 |

---

[1] Claim 66652 has been asserted in the amount of $16,000,000 plus unliquidated amounts. Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66652 asserting a claim totaling $16,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Special Situations Fund, L.P., LBSF, and LBHI. The portion of Claim 66652 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of February 26, 2008 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66652 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,519,520.00* | | | $3,519,520.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66653[2] | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

---

[2] Claim 66653 has been asserted in the amount of $264,000,000 plus unliquidated amounts.  Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66653 asserting a claim totaling $264,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Master Fund I, Ltd., LBSF, and LBHI.  The portion of Claim 66653 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of December 18, 2007 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66653 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: CFIP MASTER FUND, LTD TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $25,000,000.00* | | | $25,000,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $6,086,400.00* | | | $6,086,400.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $2,412,900.00* | | | $2,412,900.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,087,100.00* | | | $1,087,100.00 |
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **CLAIM #** | **FILED DATE** | **DEBTOR** | **CLASS** | **AMOUNT** | **DEBTOR** | **CLASS** | **AMOUNT** | |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $15,000,000.00* | | | $15,000,000.00 | |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,964,000.00* | | | $4,964,000.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $5,036,000.00* | | | $5,036,000.00 |
| **TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022** | | | | | $7,875,000.00* | | | $7,875,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: ETON PARK MASTER FUND, LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK, NY 10022 | | | | | $14,625,000.00* | | | $14,625,000.00 | |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $3,400,000.00* | | | $3,400,000.00 | |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,087,100.00* | | | $1,087,100.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $2,412,900.00* | | | $2,412,900.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | | $25,000,000.00* | | | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | | ASSERTED | | | MODIFIED |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $7,500,000.00* | | | $7,500,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $986,000.00* | | | $986,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| TRANSFERRED TO: SPCP GROUP,LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,215,000.00* | | | $1,215,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,784,000.00* | | | $1,784,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |
| TRANSFERRED TO: YORK GLOBAL FINANCE BDH, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | | | | | $38,000,000.00* | | | $38,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|-------|-----------------|--------|-------|-----------------|
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $5,000,000.00* | | | $5,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH, CT 06830 | | | | | $1,015,000.00* | | | $1,015,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |
| TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED, ATTN: ABI RIEHL KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | | | | | $20,000,000.00* | | | $20,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **CLAIM #** | **FILED DATE** | **DEBTOR** | **CLASS** | **AMOUNT** | **DEBTOR** | **CLASS** | **AMOUNT** | |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,913,600.00* | | | $3,913,600.00 | |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $1,120,120.00* | | | $1,120,120.00 | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $879,880.00* | | | $879,880.00 | |
| TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $2,000,000.00* | | | $2,000,000.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $8,152,000.00* | | | $8,152,000.00 |
| TRANSFERRED TO: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $287,000.00* | | | $287,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: WATERSTONE MF FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $1,561,000.00* | | | $1,561,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66654[3] | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00 |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,480,480.00* | | | $4,480,480.00 |

---

[3] Claim 66654 has been asserted in the amount of $16,000,000 plus unliquidated amounts.  Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66654 asserting a claim totaling $16,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Special Situations Fund, L.P., LBSF, and LBHI.  The portion of Claim 66654 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of February 26, 2008 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66654 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS SPECIAL SITUATONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,519,520.00* | | | $3,519,520.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66655[4] | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

[4] Claim 66655 has been asserted in the amount of $264,000,000 plus unliquidated amounts.  Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66655 asserting a claim totaling $264,000,000 against Lehman Brothers Holdings Inc. ("LBHI") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Master Fund I, Ltd., LBSF, and LBHI.  The portion of Claim 66655 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of December 18, 2007 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66655 are reserved.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P.ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $6,086,400.00* | | | $6,086,400.00 |
| TRANSFERRED TO: CFIP MASTER FUND LIMITED  TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEYC/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE CHICAGO, IL 60606 | | | | | $25,000,000.00* | | | $25,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $2,412,900.00* | | | $2,412,900.00 |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,087,100.00* | | | $1,087,100.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,913,600.00* | | | $3,913,600.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|--------|--------|--------|--------|--------|
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $5,036,000.00* | | | $5,036,000.00 |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLCATTN: LEGAL DEPARTMEN T71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $15,000,000.00* | | | $15,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | | $7,875,000.00* | | | $7,875,000.00 |
| TRANSFERRED TO: ETON PARK MASTER FUND, LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK, NY 10022 | | | | | $14,625,000.00* | | | $14,625,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $3,400,000.00* | | | $3,400,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $2,412,900.00* | | | $2,412,900.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | | $1,087,100.00* | | | $1,087,100.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | | | $7,500,000.00* | | | $7,500,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLCC/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | | $25,000,000.00* | | | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,215,000.00* | | | $1,215,000.00 |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,784,000.00* | | | $1,784,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $986,000.00* | | | $986,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,015,000.00* | | | $1,015,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A.AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS GREENWICH, CT 06830 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201** | | | | | $15,000,000.00* | | | $15,000,000.00 |
| **TRANSFERRED TO: YORK GLOBAL FINANCE BDH, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENTATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153** | | | | | $38,000,000.00* | | | $38,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $5,000,000.00* | | | $5,000,000.00 |
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|---------------|--------|--------|---------------|--------|
| **TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED, ATTN: ABI RIEHL KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD** | | | | | $20,000,000.00* | | | $20,000,000.00 |
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $879,880.00* | | | $879,880.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $1,120,120.00* | | | $1,120,120.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,964,000.00* | | | $4,964,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
| TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $2,000,000.00* | | | | $2,000,000.00 |
| TRANSFERRED TO: WATERSTONE MF FUND, LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $1,561,000.00* | | | | $1,561,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $8,152,000.00* | | | $8,152,000.00 |
| TRANSFERRED TO: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $287,000.00* | | | $287,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|-----------------|-------|--------|
| 17 | LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN, GERMANY | 12880 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $44,949,822.43* | Lehman Brothers Special Financing Inc. | Unsecured | $22,800,000.00 |
| 18 | LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN, GERMANY | 12895 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $44,949,822.43* | Lehman Brothers Holdings Inc. | Unsecured | $22,800,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | 66799 | 06/07/2010 | Lehman Brothers Holdings Inc. | Unsecured | $24,000,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $24,000,000.00 |
| | TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RAPH POSNER C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $5,000,000.00* | | | $5,000,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: STONE LION PORTFOLIO LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $10,000,000.00* | | | $10,000,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| 20 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | 66800 | 06/07/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $24,000,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $24,000,000.00 |
| | TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RAPH POSNER C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $5,000,000.00* | | | $5,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: STONE LION PORTFOLIO LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTHE AVENUE, 14TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $10,000.000.00* | | | $10,000.000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 21 | MZ57, L.L.C.<br>TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED<br>P.O. BOX 8301<br>NEW YORK, NY 10150 | 18800 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $783,143.84* | Lehman Brothers Special Financing Inc. | Unsecured | $500,000.00 |
| | TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L.<br>TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED<br>C/O CARVAL INVESTORS UK LTD.<br>ATTN: DAVID SHORT<br>KNOWLE HILL PARK<br>SURREY, KT11 2PD<br>UNITED KINGDOM | | | | | $783,143.83* | | | $500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | MZ57, L.L.C.<br>TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED<br>P.O. BOX 8301<br>NEW YORK, NY 10150 | 18801 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $803,469.83* | Lehman Brothers Holdings Inc. | Unsecured | $500,000.00 |
| | TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L.<br>TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED<br>C/O CARVAL INVESTORS UK LTD.<br>ATTN: DAVID SHORT<br>KNOWLE HILL PARK<br>SURREY, KT11 2PD<br>UNITED KINGDOM | | | | | $803,469.84* | | | $500,000.00 |
| | | | | | TOTAL | $919,483,503.48 | | TOTAL | $873,771,192.30 |

# EXHIBIT I
**(Proposed Order – ECF No. 24109)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred fifty-second omnibus objection to claims, dated January 6, 2012 (the "Two Hundred Fifty-Second Omnibus Objection to Claims"),[8] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Settled Derivatives Claims on the grounds that the Settled Derivatives Claims are contrary to settlements that the parties have entered into, all as more fully described in the Two Hundred Fifty-Second Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fifty-Second Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Fifty-Second Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[8] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-Second Omnibus Objection to Claims.

the second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Two Hundred Fifty-Second Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the Two Hundred Fifty-Second Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-Second Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Settled

Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and expunged with

prejudice to the extent set forth in Exhibit 1; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Two Hundred

Fifty-Second Omnibus Objection to Claims with respect to the claims listed on Exhibit 2

annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Fifty-Second Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BERYL FINANCE LIMITED SERIES 2008-4 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17947 | Undetermined | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2008-4 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17943 | Undetermined | Settled Derivatives Claim |
| 3 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01I C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17999 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01I C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18000 | Undetermined | Settled Derivatives Claim |
| 5 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01J C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17997 | Undetermined | Settled Derivatives Claim |
| 6 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01K C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17995 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01K C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17996 | Undetermined | Settled Derivatives Claim |
| 8 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01L C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17993 | Undetermined | Settled Derivatives Claim |
| 9 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01L C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17994 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | EXCALIBUR FUNDING NO. 1 PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON, EC2M 7JH UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28801 | Undetermined | Settled Derivatives Claim |
| 11 | EXCALIBUR FUNDING NO. 1 PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON, EC2M 7JH UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28802 | Undetermined | Settled Derivatives Claim |
| 12 | NORTHCREST, INC. 1801 20TH STREET AMES, IA 50010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28736 | Undetermined | Settled Derivatives Claim |
| 13 | NORTHCREST, INC. 1801 20TH STREET AMES, IA 50010 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28737 | Undetermined | Settled Derivatives Claim |
| 14 | PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC PHOEBE BERKS HEALTH CARE CENTER, INC. & PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14387 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC., PHOEBE BERKS HEALTH CARE CENTER, INC. AND PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 14070 | Undetermined | Settled Derivatives Claim |
| 16 | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEXAS ATTN: STEVE AILEY 4000 MIDWAY ROAD CARROLLTON, TX 75007 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30749 | Undetermined | Settled Derivatives Claim |
| 17 | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEXAS ATTN : STEVE AILEY 4000 MIDWAY ROAD CARROLLTON, 75007 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30750 | Undetermined | Settled Derivatives Claim |
| 18 | RUBY FINANCE PLC - SERIES 2005-IA10 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25807 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | RUBY FINANCE PLC - SERIES 2005-IA10 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25808 | Undetermined | Settled Derivatives Claim |
| 20 | RUBY FINANCE PLC - SERIES 2005-IA11 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25809 | Undetermined | Settled Derivatives Claim |
| 21 | RUBY FINANCE PLC - SERIES 2005-IA11 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25811 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | RUBY FINANCE PLC - SERIES 2005-IA12 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25810 | Undetermined | Settled Derivatives Claim |
| 23 | RUBY FINANCE PLC - SERIES 2005-IA12 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25812 | Undetermined | Settled Derivatives Claim |
| 24 | RUBY FINANCE PLC - SERIES 2005-IA13 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25813 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | RUBY FINANCE PLC - SERIES 2005-IA13 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25814 | Undetermined | Settled Derivatives Claim |
| 26 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27160 | Undetermined | Settled Derivatives Claim |
| 27 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30980 | $20,803.10* | Settled Derivatives Claim |
| 28 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32867 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $20,803.10 | |

# **Exhibit 2**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 252: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS LIFE INSURANCE CO., INC. C/O AVIVA INVESTORS NORTH AMERICA, INC., ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/22/2011 | 67814 | $0.00 | Settled Derivatives Claim |
| 2 | DEUTSCHE BANK AG ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK, NY 10005-2858 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26969[1] | $2,092,942,561.75* | Settled Derivatives Claim |
| 3 | DEUTSCHE BANK AG ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK, NY 10005-2858 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26970[2] | $40,000,086.98* | Settled Derivatives Claim |
| | | | | | TOTAL | $2,132,942,648.73 | |

---

[1]  $620,345,695 of Claim 26969 has been allowed per that certain Termination and Settlement Agreement dated as of June 29, 2011 by and among Deutsche Bank AG, Lehman Brothers Special Financing, Inc., and Lehman Brothers Holdings, Inc. (the "Allowed Claim").  The remainder of Claim 26969 is being disallowed and expunged pursuant to the Two Hundred Fifty-Second Omnibus Objection to Claims.  The Allowed Claim is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Fifty-Second Omnibus Objection to Claims.

[2]  $26,576,276 of Claim 26970 has been allowed per that certain Termination and Settlement Agreement dated as of June 29, 2011 by and among Deutsche Bank AG, Lehman Brothers Commercial Corporation, and Lehman Brothers Holdings, Inc. (the "Allowed Claim").  The remainder of Claim 26970 is being disallowed and expunged pursuant to the Two Hundred Fifty-Second Omnibus Objection to Claims.  The Allowed Claim is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Fifty-Second Omnibus Objection to Claims.

# EXHIBIT J
**(Proposed Order – ECF No. 24117)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                      :        **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                                           :
                                       **Debtors.**       :        **(Jointly Administered)**
-----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-THIRD
### OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the two hundred fifty-third omnibus objection to claims, dated January 6,

2012 (the "Two Hundred Fifty-Third Omnibus Objection to Claims"),[9] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce and allow the

Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater

than the fair, accurate, and reasonable values determined by the Debtors after a review of the

claimants' supporting documentation and the Debtors' books and records, as more fully

described in the Two Hundred Fifty-Third Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Fifty-Third Omnibus Objection to Claims having been provided to (i)

the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two

---

[9]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims.

Hundred Fifty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No. 9653];

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Two Hundred Fifty-Third Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Fifty-Third Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Fifty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto

is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading

"Modified Amount" and any asserted amount in excess of the modified amount are disallowed;

and it is further

ORDERED that Debtors have adjourned to March 22, 2012, at 10:00 a.m.

(Prevailing Eastern Time)(or as may be further adjourned by the Debtors), the Two Hundred

Fifty-Third Omnibus Objection as to each Valued Derivative Claim listed on Exhibit 2 annexed

hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A to the Two Hundred Fifty-Third

Omnibus Objection to Claims that does not appear on Exhibit 1 or Exhibit 2 annexed hereto; and

it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                        _____
                        UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 253: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|--------|--------|--------|-------|--------|
| 1 | NORTHERN ROCK PLC NORTHERN ROCK HOUSE GOSFORTH ATTN: COLIN TAYLOR NEWCASTLE UPON TYNE, NE3 4PL UNITED KINGDOM | 18574 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,558,606.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,978,212.99 |
| | | | | | **TOTAL** | $3,558,606.00 | | **TOTAL** | $2,978,212.99 |

# **Exhibit 2**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 253: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANCA ITALEASE S.P.A C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN, 20123 ITALY | 30707 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,163,384.15 | Lehman Brothers Special Financing Inc. | Unsecured | $3,558,271.79 |
| 2 | NATIONAL GRID PLC SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ BENNETT S. SILVERBERG, ESQ. FOUR TIMES SQUARE NEW YORK, NY 10036 | 17622 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $17,638,220.81 | Lehman Brothers Commodity Services Inc. | Unsecured | $15,874,398.73 |
| 3 | RTE-CNES ATTN: ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT - DENIS CEDEX, 93206 FRANCE | 23616 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,796,053.85* | Lehman Brothers Commodity Services Inc. | Unsecured | $399,122.22 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 253: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | RTE-CNES ATTN: ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT - DENIS CEDEX, 93206 FRANCE | 23617 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $709,823.96* | Lehman Brothers Holdings Inc. | Unsecured | $410,690.14 |
| | | | | | TOTAL | $26,307,482.77 | | TOTAL | $20,242,482.88 |

# EXHIBIT K
**(Proposed Order – ECF No. 24417)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                          :          **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (JMP)**
                                                               :
                          **Debtors.**                        :          **(Jointly Administered)**
-----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred fifty-fifth omnibus objection to claims, dated January 9, 2012 (the "Two Hundred Fifty-Fifth Omnibus Objection to Claims"),[10] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the Two Hundred Fifty-Fifth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fifty-Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Fifty-Fifth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[10] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Fifty-Fifth Omnibus Objection to Claims.

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Fifty-Fifth Omnibus Objection to Claims is

in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Two Hundred Fifty-Fifth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to March 22, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Fifty-Fifth Omnibus Objection to Claims

with respect to the claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 and Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Fifty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 255: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PHOEBE BERKS HEALTH CARE CENTER, INC. AND PHOEBE BERKS VILLAGE, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 13922 | Undetermined | No Liability Claim |
| 2 | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40691 | Undetermined | No Liability Claim |
| 3 | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40692 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |

# **Exhibit 2**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 255: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTION**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18508 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |