WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                          :
**In re**                                 :    **Chapter 11**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **Case No. 08-13555 (JMP)**
                                          :
                        **Debtors.**      :    **(Jointly Administered)**
                                          :
---------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR CLAIMS HEARING ON FEBRUARY 22, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I.    **UNCONTESTED MATTERS:**

1.    Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-Backed Securities for Purposes of Establishing Reserves **[ECF No. 24254]**

Response Deadline:    January 19, 2012 at 4:00 p.m.

Responses Received:

A.    Objection of Wells Fargo Bank, NA as Trustee **[ECF No 24476]**

B.    Objection of Wilmington Trust Company **[ECF Nos. 24483 & 24485]**

    C.      Objection of Citibank, N.A., in its Capacity as Trustee **[ECF No. 24484]**

    D.      Objection of U.S. Bank National Association **[ECF No. 24491]**

    E.      Objection of Deutsche Bank National Trust Company **[ECF No. 24492]**

    F.      Reply to Objections of U.S. Bank National Association, Citibank, N.A., and Wilmington Trust Company **[ECF No. 24587]**

Adjourned Responses:

    G.      Objection of Wilmington Trust Company **[ECF No. 24483]**

    H.      Objection of Deutsche Bank National Trust Company **[ECF No. 24492]**

Related Documents:

    I.      Declaration of Zachary Trumpp in Support of the Motion **[ECF No. 24255]**

    J.      Notice of Withdrawal as it Relates to Wells Fargo Bank, N.A and Bank of America, N.A., and Notice of Adjournment as it Relates to Deutsche Bank National Trust Company, HSBC Bank USA, N.A. and Wilmington Trust Company **[ECF No. 24586]**

    K.      Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 24598]**

    L.      Notice of (i) Supplement to and (ii) Revised Proposed Order **[ECF No. 25563]**

Status:  This matter is going forward on an uncontested basis.

**II.**     **CONTESTED MATTERS:**

2.     Motion of Lehman Brothers Holdings Inc. for Authority to Use Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors Confirmed Joint Chapter 11 Plan **[ECF No. 24726]**

Response Deadline:  February 15, 2012 at 4:00 p.m.

Responses Received:

    A.      Objection of Maximilian Coreth to Motion **[ECF No. 25363]**

       B.       Objection of Golden State Tobacco Securitization Corporation to Motion **[ECF No. 25375]**

       C.       Objection of U.S. Bank National Association, as Trustee, to Motion **[ECF No. 25376]**

       D.       Opposition of Jamie Murcia to Motion **[ECF No. 25379]**

       E.       Objection of CommerzBank A.G. to Motion **[ECF No. 25382]**

       F.       Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 25546]**

Related Documents:

       G.       Declaration of Steven J. Cohn in Support of Motion **[ECF No. 25393]**

       H.       Reply of Lehman Brothers Holdings Inc. to Objections and in Further Support of Motion **[ECF No. 25554**

       I.       Notice of Revised Proposed Order **[ECF No. 25555]**

Status:  This matter is going forward on a contested basis.

## III.   CONTESTED CLAIMS MATTERS:

3.    Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 20860]**

Response Deadline:  November 14, 2011 at 4:00 p.m.

Unresolved Response:

       A.       Response of Annetta F. Pugia **[ECF No. 21560]**

Related Document:

       B.       Order Granting Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 22951]**

Status:  This matter is going forward on a contested basis solely with respect to the Unresolved Response.

4.      Motion of Jeremy R. Kramer for Reconsideration of the Reclassification of His
        Compensation Claim as an Equity Interest **[ECF No. 25307]**

        Response Deadline:  February 15, 2012 at 4:00 p.m.

        Responses Received:

                A.      Debtors' Response to Motion of Jeremy R. Kramer for
                        Reconsideration of the Reclassification of His Compensation
                        Claim as an Equity Interest **[ECF No. 25377]**

        Status:  This matter is going forward on a contested basis.

5.      Motion of Caisse Des Dépôts Et Consignations to Permit a Late-Filed Claim
        Against Lehman Brothers Special Financing Inc. **[ECF No. 18039]**

        Response Deadline:    August 18, 2011 at 4:00 p.m.

        Response Received:

                A.      Debtor's Objection to Motion of Caisse Des Dépôts Et
                        Consignations to Permit a Late-Filed Claim **[ECF No. 19314]**

        Related Documents:    None.

        Status:  This matter is going forward.

## IV.    **ADJOURNED MATTERS:**

6.      Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely
        Filed **[ECF No. 12074, 12075, 12076 and 12078]**

        Response Deadline:    May 26, 2011 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

                A.      Amendments to the Response of Symphony Asset Management
                        LLC **[ECF Nos. 12301, 12304 and 12305]**

                B.      Notice of Adjournment of Symphony Asset Management LLC's
                        Motions to Deem Proof of Claim Timely Filed **[ECF No. 24411]**

        Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

7.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 9983]**

Response Deadline:    August 3, 2010 at 4:00 p.m.

Adjourned Response:

    A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[ECF No. 10616]**

Related Documents:

    B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11161]**

    C.    Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12416]**

    D.    Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12678]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

8.    Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 10286]**

Response Deadline:    November 23, 2011 at 4:00 p.m.

Related Document:

    A.    Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 11155]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

9.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Unresolved Responses:

    A.    Response of IKB International SA **[ECF No. 11929]**

    B.    Response of Lincore Limited **[ECF No. 11922]**

    C.    Response of The Morningside Ministries **[ECF No. 11894]**

Related Documents:

    D.    Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12425]**

    E.    Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 14022]**

    F.    Second Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 15487]**

    G.    Third Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 17356]**

    H.    Fourth Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 18175]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

10.    Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

Response Deadline: October 18, 2010 at 4:00 p.m.

Adjourned Responses:    See Exhibit 1.

Related Documents:

    A.    Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12527]**

    B.    Amended Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12675]**

    C.    Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18202]**

    D.    Second Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19517]**

    E.    Notice of Withdrawal of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23405]**

F.      Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23376]**

Status:  The hearing on the claims listed on Exhibit 1 has been adjourned to March 22, 2012 at 10:00 a.m.

11.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11306]**

Response Deadline:  October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 2.

Related Documents:

A.      Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12413]**

B.      Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18419]**

C.      Second Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19503]**

D.      Notice of Withdrawal of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23406]**

E.      Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 25451]**

Status:  The hearing on the claims listed on Exhibit 2 is adjourned to March 22, 2012 at 10:00 a.m.

12.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 3.

Related Documents:

A.      Order Granting Debtors' Forty-Second Omnibus Objection to

Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12407]**

    B.    Supplemental Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18203]**

    C.    Notice of Withdrawal of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely with Respect to Claims Nos. 65658 and 65659 **[ECF No. 24370]**

    D.    Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[ECF No. 25453]**

Status:  The hearing on the claims listed on Exhibit 3 is adjourned to March 22, 2012 at 10:00 a.m.

13.    Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11308]**

Response Deadline:  October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 4.

Related Documents:

    A.    Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12424]**

    B.    Supplemental Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18420]**

    C.    Notice of Withdrawal of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) as to Claim No. 65266 **[ECF No. 21133]**

    D.    Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 25454]**

Status:  The hearing on the claims listed on Exhibit 4 has been adjourned to March 22, 2012 at 10:00 a.m.

14.     Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 11978]**

Response Deadline:     November 15, 2010 at 4:00 p.m.

Adjourned Responses:

A.      Response of BG Energy Merchants LLC **[ECF No. 12765]**

B.      Response of SPCP Group LLC, As Agent for Silver Point Capital
Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[ECF No.
12714]**

C.      Response of Telecom Italia Finance SA **[ECF No. 12951]**

D.      Response of Tenor Opportunity Master Fund, Ltd. **[ECF No.
12698]**

Related Documents:

E.      Order Granting Debtors' Sixty-Third Omnibus Objection to
Claims (Valued Derivative Claims) **[ECF No. 13164]**

F.      Supplemental Order Granting Debtors' Sixty-Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

G.      Supplemental Order Granting Debtors' Sixty-Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

H.      Second Supplemental Order Granting Debtors' Sixty-Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 14023]**

I.      Third Supplemental Order Granting Debtors' Sixty-Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 14791]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

15.     Motion of John Dmuchowski to Permit Filing of Claims as of September 23, 2009
**[ECF No. 12006]**

Response Deadline:  N/A

Related Document:

A.      Notice of Adjournment of Motion of John Dmuchowski to Permit
Filing of Claims as of September 23, 2009 **[ECF No. 25491]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

16.    Cathay United Bank's Response in Opposition to Debtors' Fortieth Omnibus
Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to
Have Claim No. 35181 Deemed Timely Filed **[ECF No. 12037]**

Response Deadline:  N/A

Related Document:

    A.    Notice of Adjournment of Cathay United Bank's Motion to Have
Proof of Claim Deemed Timely Filed **[ECF No. 24368]**

Status:  This matter is adjourned.

17.    Motion of Pearl Assurance Limited to Deem Proofs of Claim to Be Timely Filed
**[ECF No. 12072]**

Response Deadline:    November 3, 2010 at 4:00 p.m.

Related Document:

    A.    Notice of Adjournment of Motion of Pearl Assurance Limited to
Deem Proofs of Claim To Be Timely Filed **[ECF No. 24369]**

Status:  This matter is adjourned.

18.    Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of ICCREA Banca S.P.A**. [ECF No. 13792]**

Resolved Responses:

    B.    Response of Norddeutsche Landesbank Girozentrale
**[ECF No. 13794]**

Related Documents:

    C.    Order Granting Debtors' Seventy-First Omnibus Objection to
Claims (Valued Derivative Claims) **[ECF No. 15601]**

    D.    Supplemental Order Granting Debtors' Seventy-First Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

19.     Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]**

Response Deadline:     February 14, 2011 at 4:00 p.m.

Adjourned Responses:

      A.     Response of Chinatrust Commercial Bank. **[ECF No. 14470]**

      B.     Response of Eton Park Fund, L.P. **[ECF No. 14587]**

      C.     Response of Eton Park Master Fund, Ltd. **[ECF No. 14589]**

      D.     Response of Magnetar Capital Master Fund Ltd **[ECF No. 14319]**

      E.     Response of Magnetar Constellation Master Fund II LTD **[ECF No. 14321]**

      F.     Response of Magnetar Constellation Master Fund III LTD **[ECF No. 14323]**

      G.     Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[ECF No. 14435]**

Related Documents:

      H.     Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14772]**

      I.     Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16350]**

      J.     Second Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22956]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

20.     Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14440]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 5.

Related Documents:

    A.    Order Granting Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15495]**

    B.    Notice of Adjournment of Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25455]**

Status:  The hearing on the claims listed on Exhibit 5 is adjourned to May 31, 2012 at 10:00 a.m.

21.    Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14442]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 6.

Related Documents:

    A.    Order Granting Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15496]**

    B.    Notice of Adjournment of Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25456]**

Status:  The hearing on the claims listed on Exhibit 6 is adjourned to May 31, 2012 at 10:00 a.m.

22.    Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14450]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 7.

Related Documents:

    A.    Order Granting Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15505]**

    B.    Notice of Adjournment of Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25457]**

Status:  The hearing on the claims listed on Exhibit 7 is adjourned to May 31, 2012 at 10:00 a.m.

23.    Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14452]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 8.

Related Documents:

    A.    Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15498]**

    B.    Notice of Withdrawal of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) as to Certain Claimants **[ECF No. 16141]**

    C.    Notice of Adjournment of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25460]**

Status:  The hearing on the claims listed on Exhibit 8 is adjourned to May 31, 2012 at 10:00 a.m.

24.    Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14453]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 9.

Related Documents:

    A.    Order Granting Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15500]**

    B.    Notice of Withdrawal of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23407]**

    C.    Notice of Adjournment of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25461]**

Status:  The hearing on the claims listed on Exhibit 9 is adjourned to May 31, 2012 at 10:00 a.m.

25.    Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 10.

Related Documents:

A.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

B.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16143]**

C.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16231]**

D.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16690]**

E.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 17193]**

F.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 17874]**

G.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Claim No. 45223 **[ECF No. 21134]**

H.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 22362]**

I.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23408]**

J.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23851]**

K.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 25493]**

L.    Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 25463]**

Status:  This hearing on the Objection as to the claims listed on Exhibit 10 is adjourned to March 22, 2012.

26.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14490]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Brevan Howard Master Fund **[ECF No. 15079]**

B.    Response of LINC-Redondo Beach Seniors, Inc. **[ECF No. 15085]**

C.    Response of Parkcentral Global Hub Limited **[ECF No. 17215]**

D.    Response of SPCP Group LLC: Transferor: Tiffany & Co. **[ECF No. 14983]**

Related Documents:

E.    Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15501]**

F.    Supplemental Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17348]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

27.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Objection:  See Exhibit 11.

Related Documents:

A.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 15524]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m. as to the claim on Exhibit 11 attached hereto.

28.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

      A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

      B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

      C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

Status:  The hearing on the objection to the claims identified on Exhibit 12 has been adjourned to March 22, 2012 at 10:00 a.m.

29.    Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15003]**

Response Deadline: April 13, 2011 at 4:00 p.m.

Adjourned Responses:

      A.    Response of Bayerische Landesbank **[ECF No. 15922]**

      B.    Response of SPCP Group, LLC: Transferor Central European Media Enterprises, Ltd. **[ECF No. 15921]**

Related Documents:

      C.    Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16339]**

      D.    Amended Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16981]**

E.     Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17357]**

F.     Second Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18425]**

G.     Third Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18705]**

H.     Fourth Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21373]**

Status:   This matter has been adjourned to March 22, 2012 at 10:00 a.m.

30.     Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) **[ECF No. 15010]**

Response Deadline:     April 13, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 13.

Related Documents:

A.     Notice of Withdrawal of Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) Solely as to Certain Claims

Status:   The Debtors have withdrawn without prejudice their objections as to claim number 5343 of Edward Lill and claim number 9581 of Richard Locke **[ECF No. 25328]**. The hearing on the objection to the claims identified on Exhibit 13 has been adjourned to March 22, 2012 at 10:00 a.m.

31.     Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14491]**

Response Deadline:     April 13, 2011 at 4:00 p.m.

Adjourned Objection:   See Exhibit 14.

Related Documents:

A.     Order Granting Debtors' One Hundred Eleventh Omnibus Objection to Claims **[ECF No. 16374]**

Status:  This matter is not going forward.  The hearing on the objection to the claims identified on Exhibit 14 has been adjourned to March 22, 2012 at 10:00 a.m.

32.    Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 15014**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Unresolved Responses: See Exhibit 15.

Related Documents:

      A.    Order Granting Debtors One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 16342**]

      B.    Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 17358**]

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m. as to the claims on Exhibit 15 attached hereto.

33.    Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [**ECF No. 15363**]

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 16.

Related Documents:    None.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m as to the claims on Exhibit 16 attached hereto.

34.    Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) [**ECF No. 16074**]

Response Deadline:  May 18, 2011 at 4:00 p.m.

Unresolved Response:

      A.    Response of Christine Geldard [**ECF N/A**]

Related Documents:

      B.      Order Granting Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 17367]**

      C.      Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimant **[ECF No. 17467]**

      D.      Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23461]**

      E.      Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claims **[ECF No. 25465]**

Status:  The hearing on the Objection as to the Unresolved Response is adjourned to March 22, 2012 at 10:00 a.m.

35.      Debtors' One Hundred Twenty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest) **[ECF No. 16075]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 17.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 17 has been adjourned to March 22, 2012 at 10:00 a.m.

36.      Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 16046]**

Response Deadline:  May 18, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 18.

Related Documents:

      A.      Order Granting Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 17360]**

      B.      Supplemental Order Granting Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19515]**

        C.        Notice of Adjournment of Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25467]**

Status:  The hearing on the claims listed on Exhibit 18 is adjourned to April 26, 2012 at 10:00 a.m.

37.     Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses:

        A.        Response of Wilmington Trust Company **[ECF No. 17886]**

Related Documents:    None.

Status:  This matter been adjourned to March 22, 2012 at 10:00 a.m.

38.     Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16114]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

39.     Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16117]**

Response Deadline:        May 18, 2011 at 4:00 p.m.

Adjourned Responses:

        A.        Response of Alphadyne International Master Fund, Ltd.**[ ECF No. 16930]**

        B.        Response of BGI Fixed Income Global Alpha Fund Ltd. **[ECF No. 16888]**

        C.        Response of Bracebridge Capital, LLC Entities **[ECF No. 16925]**

        D.        Response of CMC Magnetics Corporation **[ECF No. 16889]**

        E.        Response of Gazprombank Mortgage Funding 2 S.A **[ECF No. 16863]**

F.    Response of High River Limited Partnership/Icahn Partners Entities **[ECF No. 16924]**

G.    Response of KSC Affordable Housing Investment Fund LLC **[ECF No. 16948]**

H.    Response of Piney Branch Park Inc. **[ECF No. 17942]**

Related Documents:

I.    Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17363]**

J.    Supplemental Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 23680]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

40.    Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 16867]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 19.

Status:  The hearing on the objection to the claims identified on Exhibit 19 has been adjourned to March 22, 2012 at 10:00 a.m.

41.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

42.    Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 16853]**

Response Deadline: June 15, 2011 at 4:00 p.m.

Unresolved Responses:

A.    Response of Glitnir Banki hf **[ECF No. 17729]**

Related Documents:

   B. Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 18179]**

   C. Supplemental Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 21375]**

   D. Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 25470]**

Status:  The hearing on the claims of Banque Safdie (Claim No. 33557) and Glitnir Banki hf (Claim No. 27419) is adjourned to March 22, 2012 at 10:00 a.m.

43. Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

Response Deadline:  June 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 20.

Related Documents:

   A. Order Granting Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18427]**

   B. Notice of Adjournment of Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 25473]**

Status:  The hearing on the Objection as to the claims listed on Exhibit 20 is adjourned to March 22, 2012 at 10:00 a.m.

44. Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 17478]**

Response Deadline:  July 7, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 21.

Related Documents:

   A. Order Granting Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 17478]**

B.    Supplemental Order Granting Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19508]**

C.    Notice of Adjournment of Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25475]**

Status:  The hearing on the claims listed on <u>Exhibit 21</u> has been adjourned to April 26, 2012 at 10:00 a.m.

45.    Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17468]**

Response Deadline: July 7, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of QVT Fund LP and Quintessence Fund LP **[ECF Nos. 19206 & 19207]**

Related Documents:

B.    Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18706]**

C.    Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19520]**

D.    Second Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20625]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

46.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 17469]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

47.    Debtors' Objection to Proofs of Claim Filed By 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) **[ECF No. 18397]**

Response Deadline:    August 18, 2011 at 4:00 p.m.

Response Received:

    A.      Opposition of 6785778 Canada Inc. and 2138747 Ontario Ltd. **[ECF No. 19315]**

Related Document:

    B.      Notice of Adjournment of Debtors' Objection to Proofs of Claim Filed By 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) **[ECF No. 25488]**

Status:  The hearing on the Objection has been adjourned to March 22, 2012 at 10:00 a.m.

48.    Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18399]**

Response Deadline:  August 10, 2011 at 4:00 p.m.

Related Documents:

    A.      Order Granting Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19521]**

    B.      Notice of Adjournment of Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 25477]**

Status:  The hearing on the Objection as to the claims of Deborah Focht (Claim Nos. 34381, 42915, 42916) has been adjourned to March 22, 2012 at 10:00 a.m.

49.    Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 18407]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents:

    A.      Order Granting Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19510]**

    B.      Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 20395]**

       C.     Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 21046]**

       D.     Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 24283]**

       E.     Notice of Adjournment of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 25478]**

Status: The hearing on the Objection as to the claim of Corner Banca SA (Claim No. 45218) has been adjourned to March 22, 2012 at 10:00 a.m.

50.    Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Related Documents:

       A.     Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 19522]**

       B.     Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely as to Certain Claims **[ECF No. 20393]**

       C.     Supplemental Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 20624]**

       D.     Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 25479]**

Status:  The hearing on the Objection as to the claims of HBK Master Fund L.P. (Claim Nos. 19275 and 19276) has been adjourned to March 22, 2012 at 10:00 a.m.

51.    Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims **[ECF No. 18405]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Cascade Investment, L.L.C. **[ECF No. 19349]**

    B.    Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

    C.    Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC  **[ECF No. 19101]**

    D.    Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

    E.    Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

    F.    Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

    G.    Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103**]

    H.    Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

    I.    Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

    J.    Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

    K.    Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

    L.    Response of Zephyr Recovery II-C **[ECF No. 19109]**

Related Documents:

    M.    Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19518]**

    N.    Supplemental Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21374]**

Status:  This matter has been adjourned to the hearing on March 22, 2012 at 10:00 a.m.

52.    Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 18409]**

Response Deadline:  August 10, 2011 at 4:00 p.m.

Related Documents:  None.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

53.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 19399]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 22.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 22 has been adjourned to March 22, 2012 at 10:00 a.m.

54.    Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 19390]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 23.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 23 has been adjourned to March 22, 2012 at 10:00 a.m.

55.    Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Pension Claims) **[ECF No. 19391]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 24.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 24 has been adjourned to March 22, 2012 at 10:00 a.m.

56.    Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 19393]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 25.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 25 has been adjourned to March 22, 2012 at 10:00 a.m.

57.    Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19377]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 26.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 26 has
been adjourned to March 22, 2012 at 10:00 a.m.

58.    Debtors' One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability
Derivatives Claims) **[ECF No. 19378]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

59.    Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued
Derivative Claims) **[ECF No. 19398]**

Response Deadline: September 20, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Catholic Healthcare West **[ECF No. 22635]**

B.    Response of New York City Municipal Water Finance Authority
**[ECF No. 20138]**

C.    Response of Steven G. Holder Living Trust **[ECF No. 24233]**

D.    Response of Windermere Private Placement I S.A. **[ECF No.
20137]**

Related Documents:

E.    Order Granting Debtors' One Hundred Eighty-Second Objection to
Claims (Valued Derivative Claims) **[ECF No. 20630]**

F.    Supplemental Order Granting Debtors' One Hundred Eighty-
Second Objection to Claims (Valued Derivative Claims) **[ECF No.
21350]**

       G.       Second Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23042]**

       H.       Notice of Withdrawal of Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims **[ECF No. 24901]**

Status: This matter has been adjourned to March 22, 2012 at 10:00 a.m.

60.     Debtors' One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims) **[ECF No. 19407]**

Response Deadline:    October 20, 2011 at 4:00 p.m.

Status: The hearing on the objection has been adjourned to June 28, 2012 at 10:00 a.m.

61.     Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) **[ECF No. 19714]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit 27.

Related Documents:

       A.       Notice of Withdrawal of Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims **[ECF No. 25244]**

Status: The Debtors have withdrawn without prejudice their objections as to claim number 94952 (Anthony Nahum) **[ECF No. 25244]**. The hearing on the objection to the claims identified on Exhibit 27 has been adjourned to March 22, 2012 at 10:00 a.m.

62.     Debtors' One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19816]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Status: The hearing on the objection has been adjourned to June 28, 2012 at 10:00 a.m.

63.     Debtors' One Hundred and Eighty Seventh Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19817]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Status:  The hearing on the objection has been adjourned to June 28, 2012 at 10:00 a.m.

64.    Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 19871]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses: See Exhibit 28.

Related Documents:

    A.  Order Granting Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 21348]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m. as to the claims on Exhibit 28 attached hereto.

65.    Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

    A.    Response of Marquette Financial Companies **[ECF No. 20821 ]**

    B.    Response of Highland Credit Strategies Master Fund, L.P. **[ECF No. 22051]**

    C.    Response of ICP Strategic Credit Income Master Fund **[ECF. No. 23297]**

Related Documents:

    D.    Order Granting Debtors' One Hundred Eighty-Ninth Objection To Claims (No Liability Repo Claims) **[ECF. No. 21372]**

    E.    Notice of Adjournment of Hearing / Notice of Adjournment of Debtors One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) Solely as to Certain Claims **[ECF.. No. 25486]**

Status: The hearing on the Unresolved Responses has been adjourned to March 22, 2012 at 10:00 a.m.

66.     Debtors' One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) **[ECF No. 19873]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Susan Stashower

Related Documents:

    B.    Order Granting Debtors' One Hundred Ninetieth Objection To Claims (No Liability Security Claims) [**ECF. No. 21396**]

    C.    Notice of Adjournment of Hearing / Notice of Adjournment of Debtors One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) Solely as to Certain Claims **[ECF.. No. 25487]**

Status:  The hearing on the Unresolved Response has been adjourned to March 22, 2012 at 10:00 a.m.

67.     Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline: October 12, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

    B.    Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

    C.    Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Related Document:

    D.    Order Granting Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21397]**

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

68. Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) **[ECF No. 19875]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Related Documents:

      A.    Order Granting Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) **[ECF No. 21376]**

      B.    Notice of Adjournment of Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) Solely as to Certain Claims **[ECF No. 25480]**

Status:  The hearing on the Objection as to the claim of Red River HYPI, L.P. and JP Morgan Chase Bank, N.A. (Claim No. 22276) is adjourned to April 26, 2012 at 10:00 a.m.

69. Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19902]**

Response Deadline:  October 13, 2011 at 4:00 p.m.

Unresolved Responses:

      A.    Response of AllianceBernstein L.P. **[ECF No. 20799]**

      B.    Response of Carol Bunevich **[ECF No. 20819]**

Related Documents:

      C.    Order Granting Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 21379]**

      D.    Notice of Withdrawal of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 25245]**

      E.    Notice of Adjournment of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 25481]**

Status:  The hearing on the Objection as to the Unresolved Responses is adjourned to March 22, 2012 at 10:00 a.m.

70. Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19903]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

      A.      Response of B. Gene Carter **[ECF No. 22220]**

      B.      Response of Michael and Ellen Sobo **[ECF No. 21517]**

      C.      Response of Scott and Heidi Sobo **[ECF No. 21518]**

      D.      Response of Suryan Family Trust **[ECF No. 21605]**

      E.      Response of Thabit Family Trust **[ECF No. 21558]**

      F.      Response of David Schwartz **[ECF No. 21579]**

      G.      Response of Martin Burger **[ECF No. N/A]**

      H.      Response of Chris Westfahl **[ECF No. 21542]**

      I.      Response of Eric Sheppard **[ECF No. 21530]**

      J.      Response of James and Rosemary Thomas **[ECF No. 21525]**

Related Documents:

    A.    Order Granting Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 21401]**

    B.    Notice of Adjournment of Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 25482]**

Status: The hearing on the Unresolved Responses is adjourned to April 26, 2012 at 10:00 a.m.

71.    Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 19921]**

Response Deadline: October 13, 2011 at 4:00 p.m.

Unresolved Responses:

    A.    Response of A.M. Best Company **[ECF No. 21213]**

    B.    Response of Municipal Securities Rulemaking Board **[ECF No. 20810]**

    C.    Response of John Rosekrans **[ECF No. 21220]**

Related Documents:

    D.    Order Granting Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 21354]**

    E.    Notice of Withdrawal of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23410]**

    F.    Notice of Adjournment of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 25483]**

Status: The hearing on the Unresolved Responses and the claim of Paul, Weiss, Rifkind, Wharton & Garrison LLP (Claim No. 14176) is adjourned to April 26, 2012 at 10:00 a.m.

72.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline: October 17, 2011 at 4:00 p.m.

Adjourned Response:

      A.     Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:   None.

Status:  The hearing on the objection to the claim identified above has been adjourned to March 22, 2012 at 10:00 a.m.

73.    Debtors' Objection to Proof of Claim Number 29702 **[ECF No. 20100]**

Response Deadline: October 13, 2011 at 4:00 p.m.

Adjourned Responses: None.

Related Documents:

      A.     Plaintiffs' Opposition to Debtors' Objection to Proofs of Claim **[ECF No. 20802]**

      B.     Motion of Reprsentative Claimants Pursuant to F.R.B.P. 9014 Seeking Application of F.R.B.P. 7023 **[ECF No. 20881]**

Status:  The hearing has been adjourned to March 22, 2012 at 10:00 a.m.

74.    Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20787]**

Response Deadline: November 11, 2011 at 4:00 p.m.

Adjourned Response:

      A.     Response of Yakima-Tieton Irrigation District c/o Foster Pepper Pllc **[ECF No. 21851]**

Related Document:

      B.     Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 22954**]

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

75.     Debtors' Objection to Claim Nos. 22886, 23011, 23024 (Duplicative of Indenture
        Trustee Claim) [**ECF No. 20836**]

        Response Deadline:  November 14, 2011 at 4:00 p.m.

        Response Received:

                A.      Objection of Commingled Pension Trust Fund (Core Bond) of
                        JPMorgan Chase Bank, N.A., JPMorgan Intermediate Bond Trust
                        and Commingled Pension Trust Fund (Market Plus Bond) of
                        JPMorgan Chase Bank, N.A. to Debtors' Objection to Claim Nos.
                        22886, 23011, and 23024 [**ECF No. 22053**]

        Related Documents:

                B.      Debtors' Reply to Objection of Commingled Pension Trust Fund
                        (Core Bond) of JPMorgan Chase Bank, N.A., JPMorgan
                        Intermediate Bond Trust and Commingled Pension Trust Fund
                        (Market Plus Bond) of JPMorgan Chase Bank, N.A. to Objection
                        to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture
                        Trustee Claim) [**ECF No. 22691**]

                C.      Notice of Presentment of Stipulation and Agreed Order Resolving
                        a Portion of Objection to Claim Nos. 22886, 23011, and 23024
                        (Duplicative of Indenture Trustee Claim) [**ECF No. 23277**]

                D.      So Ordered Stipulation and Agreed Order Resolving a Portion of
                        Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of
                        Indenture Trustee Claim) [**ECF Nos. 23666, 24028**]

        Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

76.     Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed
        Claims) [**ECF No. 20864**]

        Response Deadline:  November 14, 2011 at 4:00 p.m.

        Adjourned Response:

                A.      Response of Robert Franz [**ECF No. 22099**]

        Related Documents:

                B.      Order Granting Debtors' Two Hundred Twenty-Fourth Omnibus
                        Objection to Claims (Late-Filed Claims) [**ECF No. 29950**]

      C.      Notice of Adjournment of Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 23401]**

Status:  This matter has been adjourned to March 22, 2012.

77.    Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

78.    Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline: December 7, 2011 at 4:00 p.m.

Adjourned Responses:

      A.      Response of DZ Bank AG Deutsche Zentral-Genossebschaftsb Ank **[ECF No. 22945]**

      B.      Response of Italease Finance S.P.A. **[ECF No. 23087]**

      C.      Response of Zwinger Opco 6 BV **[ECF No. 23070]**

Status: This matter has been adjourned to March 22, 2012 at 10:00 a.m.

79.    Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline:    December 8, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to March 22, 2012 at 10:00 a.m.

80.    Debtors' Two Hundred Forty-Seventh  Omnibus Objection to Claims (No Liability Claims Claims) **[ECF No. 21727]**

Response Deadline:    February 6, 2012 at 4:00 p.m.

Status:  The hearing on the objection to the claims identified on Exhibit 29 has been adjourned to March 22, 2012 at 10:00 a.m.

81.     Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23242]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Unresolved Response:

    A.    Response of Lauren Ashwell **[ECF No. 24644]**

Related Documents:

    A.    Order Granting Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 24673]**

    B.    Notice of Adjournment of Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 25484]**

Status: The hearing on the Objection as to the Unresolved Response is adjourned to March 22, 2012.

82.     Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23247]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Unresolved Responses:

    A.    Response of Wiley Rein LLP **[ECF No. 24176]**

    B.    Response of Coudert Brothers LLP **[ECF No. 24179]**

    C.    Response of ZPR International, Inc. **[ECF No. 24380]**

Related Documents:

    D.    Order Granting Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24674]**

    E.    Notice of Adjournment of Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 25485]**

Status: The hearing on the Objection as to the claims listed on Exhibit 30 has been adjourned to March 26, 2012 at 10:00 a.m.

83.     Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 23253]**

Response Deadline: January 11, 2012 at 4:00 p.m.

Adjourned Response:

    A.    Response of Massachusetts State College Building Authority **[ECF No. 22945]**

Related Document:

    B.    Order Granting Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 24671**]

Status: This matter has been adjourned to March 22, 2012 at 10:00 a.m.

84.    Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23251]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Unresolved Response:

    A.    Response of MidFirst Bank and Memorandum of Law **[ECF Nos. 24199 and 24200]**

Related Documents:

    B.    Order Granting Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24672]**

    C.    Notice of Adjournment of Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 25222]**

Status: This matter has been adjourned March 22, 2012 at 10:00 a.m.

85.    Debtors' Objection to the Claim of American Investors Life Insurance Co., Inc. (Claim No. 65963) **[ECF No. 24110]**

Response Deadline:  February 6, 2012 at 4:00 p.m.

Responses Received:  None

Related Document:

    A.    Notice of Adjournment of Debtors' Objection to the Claim of American Investors Life Insurance Co., Inc. (Claim 65963) **[ECF No. 25489]**

Status:  The hearing on the Objection has been adjourned to March 22, 2012 at 10:00 a.m.

86.     Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(a)(4), or, Alternatively, Sections 503(b)(3)(d) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses **[ECF No. 24762]**

Response Deadline:  February 15, 2012 at 4:00 p.m.

Responses Received:

    A.      Fee Committee's Limited Objection to Application **[ECF No. 25384]**

    B.      Omnibus Objection of the UST to Application **[ECF No. 25394]**

Related Documents:  None.

Status:  The hearing on the Objection has been adjourned to March 22, 2012 at 10:00 a.m.

## V.      **RESOLVED MATTERS:**

87.     Lehman Brothers Holdings Inc.'s and Creditors Committees' Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) **[ECF No. 21293]**

Response Deadline:    December 16, 2011 at 4:00 p.m.

Response Received:

    A.      The JPM Funds' Response to Lehman Brothers Holdings Inc.'s and Creditors Committee's Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) **[ECF No. 23499]**

Related Documents:

    B.      Lehman Brothers Holdings Inc.'s and Creditors Committee's Reply Brief in Support of the Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) **[ECF No. 24513]**

    C.      Motion of the Debtors and the Committee, Pursuant to Section 105(a) and 363 of the Bankruptcy Code and Rules 6004 and 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of the

Settlement Transaction Resolving the Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) **[ECF No. 24581]**

D.    Order Approving the Settlement Transaction Resolving the Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund (No Liability, Misclassified and Duplicative Claims) **[ECF No. 25383]**

Status:  This matter has been resolved.

88.    Motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to Enlarge the Time Period for the Filing of Claim Number 64249 By One Day **[ECF No. 21979]**

Response Deadline:  December 14, 2011 at 4:00 p.m.

Related Documents:

A.    Notice of Adjournment Motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to Enlarge the Time Period for the Filing of Claim Number 64249 By One Day **[ECF No. 23402]**

B.    Notice of Withdrawal of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 25245]**

C.    Notice of Withdrawal Without Prejudice of Motion to Enlarge the Time Period for the Filing of Claim Number 64249 by One Day **[ECF No. 25274]**

Status:  This matter has been withdrawn.

Dated:  February 21, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

<u>Exhibit 1</u>

(**<u>Fortieth</u>** Omnibus Objection to Claims (Late-Filed Claims)
    **[ECF No. 11305]** - Adjourned Responses to Claims)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| California Department of Water Resources | 35944 |
| Chauny, S.A. | 34873 |
| Colon Lopez, Elizabeth | 34924 |
| De Jesus, Nestor E | 34492 |
| De Nicola, Michela | 65763 |
| Dmuchowski, John J | 34401 |
| Filbee, Sarah M | 34468 |
| Focht, Deborah | 34380 |
| Focht, Deborah | 42914 |
| Franzo, Rosemarie | 66393 |
| Fryer, Kelly | 39842 |
| Gelb, Jay | 35981 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |
| Iragorri, Julian | 64991 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| McCarthy,  Brian M. | 35446 |
| McCarthy, Lawrence | 66392 |
| Monahan, Maria | 34563 |
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Shen, Jiansheng Jensen | 35437 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Vereker, William | 62466 |
| WestLB AG | 36789 |
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |
| Zanco, Mario | 35574 |

Exhibit 2

(**Forty-First** Omnibus Objection to Claims (Late-Filed Claims)
**[ECF No. 11306]** - Adjourned Responses to Claims)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Chan, Lori | 67020 |
| Davy, Darren | 63539 |
| Dmuchowski, John J | 34402 |
| Hahn-Colbert, Sandra M. | 34726 |
| Hahn-Colbert, Sandra M. | 34727 |
| King, Harriet Chan | 34546 |
| Reid, Wayne D, II | 65975 |
| Reid, Wayne D, II | 65976 |

<u>Exhibit 3</u>

(**<u>Forty-Second</u>** Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)
**[ECF No. 11307]** - Adjourned Responses to Claims)

| Claimant Name | Claim Number(s) |
|---|---|
| Ablemen & Assocs. | 66158 |
| Ablemen & Assocs. | 66159 |
| Burrow, Michael | 64939 |
| Chan Sing Cheung | 64597 |
| Chau Kam Man | 64973 |
| Cleijpool, G.J. | 64705 |
| de la Rosa, Jose Antonio | 64471 |
| De Lochtenberg Beheer | 65162 |
| Eito Eito, Angeles | 64438 |
| F. Ch. W. Mevissen BV | 65160 |
| Fok Yim Sheung, Floria | 65031 |
| Fok Yim Sheung, Floria | 65032 |
| Fok Yim Sheung, Floria | 65033 |
| Gong Cheng Hsiung | 64858 |
| Gonzalez Roquet, Maria | 64439 |
| Grootenhuis, Joost | 64928 |
| H. Rootveld | 65163 |
| Ho, Chu Wai Yee | 65692 |
| Ho Kam Yuen | 64516 |
| Ie She Hoen | 64974 |
| Integrale CCA | 64920 |
| Jose Ruivo Dragao, Joao | 64556 |
| Juventis Int'l Ltd | 64613 |
| King Sang, Leung | 64595 |
| Lafrance, Hughes | 64653 |
| Lafrance, Martine | 64652 |
| Lam Ying Choi | 64972 |
| Liceras Ruiz, Jose Luis | 64970 |
| Lin Chan, Hing | 64617 |

| Claimant Name | Claim Number(s) |
|---|---|
| Lin Hsien Hsiung | 64873 |
| Meeus-Aelbrecht, Ludovicus | 65311 |
| Meeus-Aelbrecht, Ludovicus | 66283 |
| Mevrouw E.C. Rootveld & F.B.A.P. Rootveld | 65164 |
| Mevrouw N.P.J. van Luijk | 65158 |
| Mok Siu Yuk, Emily | 64857 |
| Ng Pui Shan Vinci | 64319 |
| Nordhagen, Ove | 64995 |
| Pardo Cordero, Emilio | 64718 |
| Plentywealth Investment Co. Ltd | 64615 |
| Politt, Hans-Dietrich | 65645 |
| Poon Yuk Wah | 64707 |
| R.F.P. Robyn B.V. | 65538 |
| Schaefer, Edith | 64512 |
| Schowalter, Christina | 64583 |
| Schroder, Ingrid | 64926 |
| Shram, Moshe | 64621 |
| Siepmann & Cie GmbH | 65948 |
| Stahl, Gabriele | 66397 |
| Stichting Quadraam | 65159 |
| Stradmeijer, A.E. | 64876 |
| Suter, Claudia | 64142 |
| Suter, Claudia | 64188 |
| Top Advance Ltd | 65764 |
| Tsui, John | 64596 |
| van Meurs-Bergsma, HMA | 66022 |
| Web-Pro Tech. Ltd. | 64586 |
| Wong Yee Wan | 64977 |
| Wouters, Danielle | 65102 |
| Wrenton Management Ltd. | 64589 |

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Yam Chak Hong Henry | 64978 |
| Yu Chun Kwan | 64971 |

<u>Exhibit 4</u>

(**Forty-Third** Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)
**[ECF No. 11308]** - Adjourned Responses to Claims)

| Claimant | Claim Number(s) |
|---|---|
| Ablemen & Assocs. | 66112 |
| AJF Holding B.V. | 64386 |
| Andersen, Samuel Magnus | 64135 |
| Augusto, Chierichetti | 65606 |
| Bakker, P.J. | 64414 |
| Banco di Napoli S.P.A | 65266 |
| Bani, Theophil | 64138 |
| Bianco, Graziella | 65673 |
| Bugini, Hans | 64174 |
| Chu, Tai-Fang | 65550 |
| Coca Vano, Francisco Jose | 64495 |
| Der M&P Meng Und Vorsorgestifung | 64152 |
| Der M&P Meng Und Vorsorgestifung | 64154 |
| Der M&P Meng Und Vorsorgestifung | 64155 |
| Dilissen, Marleen | 65711 |
| Edificaciones Marsol, SA | 65623 |
| Edificaciones Marsol, SA | 65624 |
| Eigenheer, Heidi | 64149 |
| Ernsdorfer, Karl | 64555 |
| Euromix Sicav, SA | 64315 |
| Faber, Doeke | 65586 |
| Fiebiger, Heinz | 65471 |
| Fischli, Rudolf | 64180 |
| Fischli, Rudolf | 64183 |
| Fischli, Rudolf | 64184 |
| Flach-Meier | 64150 |
| Friedrich, A.J. | 64385 |
| Gloor, Max | 64140 |
| Gosele, Heinz | 64139 |

| Claimant | Claim Number(s) |
|---|---|
| He Ping | 64321 |
| Heinemann, A.A.M. | 65588 |
| Kalt, Edgar | 64145 |
| Knoller, Peter & Maritta | 64248 |
| Knupp, Walter | 64173 |
| Kok, Eric | 65597 |
| Konig, P.C. | 66063 |
| Kupat Hatagmulim Shel Odvey Bank | 64331 |
| Limtong Manuel Tan | 64306 |
| Lin Wu Chueh | 64309 |
| Martinez Lopez, Encarnacion | 65628 |
| Meyer-Meier, Adrian | 64146 |
| Meyer-Meier, Adrian | 64147 |
| Mohinani, Hassomal Bulchand | 64316 |
| Motllo Carbo, Antonio | 65627 |
| Motllo Martinez, Antonio | 65625 |
| Motllo Martinez, Antonio | 65626 |
| Nieszner, Thomas | 64175 |
| Nieszner, Thomas | 64181 |
| Nieszner, Thomas | 64182 |
| Reymen, Edmond | 64443 |
| Schenker, Rudolf | 64148 |
| Scheurmann, Beatrix | 64151 |
| Schnopp, Max Ludwig | 64178 |
| Schwarz, Matthias | 64141 |
| Split, J.C. | 64409 |
| Stradmeijer, A.E. | 64877 |
| Strauss-Muhlemann, Peter | 64176 |
| Strauss-Muhlemann, Peter | 64177 |
| Tham Yiu Kwok | 64424 |

| **Claimant** | **Claim Number(s)** |
|---|---|
| van Overbeke, Ignace | 64387 |
| van Overbeke, Ignace | 64388 |
| Vogler, Karl | 64186 |
| Wellinger, Christoher | 64187 |
| Wernli, Beat | 64179 |
| Willems, Simone | 64706 |
| Winiger, Roman | 64153 |
| Wong Tak Keung | 64975 |
| Woo Set Wah | 64976 |
| Woodtly, Ursula | 64185 |
| Yiu Yuen On Paul | 64396 |

<u>Exhibit 5</u>

(**<u>Eighty-Sixth</u>** Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 14440]** - Adjourned Responses to Claims)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Ardenia Holdings SA | 51298 |
| Calamanda Manuel Plens | 43129 |
| Campagner, Antonella | 37204 |
| Carreno, Cristina Lurruena | 13304 |
| Cebrian, Fernando Enguidanos & Clemente, Maria Belen Velez | 47998 |
| Cesario, Fabrizio | 50160 |
| Cesario, Fabrizio | 50161 |
| Commercial Jordi, S.A. | 35867 |
| Cohn, David Nathan and Amblia Moreno Rosillo | 37362 |
| Costers-Van Leemputten, Alfons | 61658 |
| De la Rosa Diaz, Jose Antonio | 48715 |
| Eli, Aharon | 42706 |
| Elyashiv, Shmuel | 45248 |
| Francisco Fernandez Roig | 45285 |
| Galvez, Neus Pena | 43125 |
| Franco, Jose Luis Cajal & Casabella, Clara Latorre | 40204 |

Exhibit 6

(**Eighty-Seventh** Omnibus Objection to Claims (No Liability Claims)
[**ECF No. 14442**] - Adjourned Responses to Claims)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Goldman, Ron and or Orna | 54812 |
| Grohs, Claudia | 36008 |
| Haleby, Henry Manzano | 36736 |
| Kux, Johannes | 31134 |
| Marcos, Pilar Lueje | 45172 |
| Marcos, Pilar Lueje | 45172 |
| Martinez Jimenez, Maria Teresa | 37116 |
| Meurer, Horst & Elizabeth | 9969 |
| Panvest Ltd | 65421 |

<u>Exhibit 7</u>

(**<u>Eighty-Eighth</u>** Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 14450]** - Adjourned Responses to Claims)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Prijs, Ben | 54579 |
| Prijs-Lips, J.M. | 54580 |
| Ram, Jacob | 42707 |
| Ruiz-Tariador Larrazabal, Jose-Manuel | 49658 |
| Sivan, Alex | 56035 |
| Smadja, Haim | 56036 |
| Sousa, Jose Martinho Silva | 35802 |
| Stocker, Hannelore | 41140 |
| Stott, Jean Todd | 51535 |
| Subira, Juan Antonio Marcos | 40161 |
| Vanderbroek, Roger | 55106 |
| Weigelt, Marco | 43496 |

<u>Exhibit 8</u>

(**<u>Eighty-Ninth</u>** Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 14452]** - Adjourned Responses to Claims)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Borremans, Lucien – Dries, Elisa | 36900 |
| BPI Obrigacoes de Alto Rendimento de Alto Risco de Obrigacoes de Taxa Fixa (BPI OARAR) | 57662 |
| BPI Reforma Investimento PPR | 57657 |
| Buys, Greta | 51907 |
| Cardoen, Marijke | 52368 |
| Careprovan Private Stichting | 51621 |
| Cok, Joop | 51902 |
| De Blieck, Benoit | 52126 |
| De Cleen, Walter & Andimignon, Veronique | 61655 |
| De Uries-Scheiberlich, W.E. | 53220 |
| De Ville, Dominique | 52125 |
| Du Mortier-Houyet, Christian | 52123 |
| Dumolim, Didier | 51948 |
| Dumolin, Pierre | 51950 |
| Flos, Gilberta | 48716 |
| Fondation Jean Praet A.S.B.L. | 52290 |
| Groot, A.M.A. | 45167 |
| Handelmij Van Pernis B.V. | 48996 |
| Hijmans, R.A. | 54693 |
| Hulet, Andre | 56678 |
| Hulet, Pierre | 56679 |
| Jaso, BM | 51905 |

| **Claimant Name** | **Claim Number(s)** |
| --- | --- |
| Kroon, M. & Dronk, S. | 61636 |
| Kuppens-Van Den Broeck | 48710 |
| Leenknecht, Norbert-Therese Lecluyse | 52055 |
| Liestekri, BM | 51906 |
| Vukailovic, Alex | 41609 |
| Weemaes, Christel | 45458 |
| Weemaes, Monique | 45459 |
| Weemaes, Mussche | 45460 |
| Weismies | 61603 |

<u>Exhibit 9</u>

(**<u>Ninetieth</u>** Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 14453]** - Adjourned Responses to Claims)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Michel, Karil | 52127 |
| Missuwe, Bals | 52293 |
| Noyen-Ruelens, Van | 51901 |
| Nyssens, Alain | 52122 |
| Oostnederlandse Vereniging Aannemers Reservefonds (O.V.A.R.) | 49003 |
| Pearson, Colin W. | 48997 |
| Preims-Bresser | 51908 |
| Promin VZW | 52378 |
| Reper, Frans | 52124 |
| Ryckaert, Cecilia | 52140 |
| Schoofs, Jeanine | 52143 |
| Schram-Defonseca | 52031 |
| Smet, Francois de | 61530 |
| Speyer, Juan Enrique | 37376 |
| Spinette-Rose, Mr. & Mrs. Robert | 52030 |
| Staes | 51175 |
| Stas-Orban, Dominique | 51997 |
| Sureka, Deepak & Shankarlal | 41323 |
| Tremont, Aline | 54840 |
| Van Gorp, Marc | 45332 |
| Van Voorst Vader-Van Esch, P.W. | 48951 |
| Vandewalle, Karin | 51996 |

Exhibit 10

(**Ninety- Second** Omnibus Objection to Claims (No Blocking Number LPS Claims)
**[ECF No. 14472]** - Adjourned Responses to Claims)

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Amonn-Dinger, Verena | 11169 | N/A |
| Baumheier, Katja | 11170 | N/A |
| Baumheier, Katja | 11171 | N/A |
| Bayer, Dr. Ingeborg | 12425 | N/A |
| Bayer, Dr. Ingeborg | 12426 | N/A |
| Becker, Dr. Klaus | 13631 | N/A |
| Biesemann, Dr. Joerg | 13624 | N/A |
| Broschk, Dieter | 13637 | N/A |
| Czyganowski, Siegfried | 13610 | N/A |
| Fassbender, Maria | 13638 | N/A |
| Fetkenheuer, Lothar | 67257 | N/A |
| Fuchs, Gerhard | 13632 | N/A |
| Ganser, Albert | 24995 | N/A |
| Gette, Helene | 12444 | N/A |
| Hasse, Klaus-Dieter | 13628 | N/A |
| Heinzen, Hans | 11178 | N/A |
| Hirsch, Kurt | 11179 | N/A |
| Ishii, Hiroichi And Hella | 13602 | N/A |
| Jahn, Ursula & Horst | 24987 | N/A |
| Jansen, Walter | 34350 | N/A |
| Jansen, Walter | 34347 | N/A |
| Jonas, Peter And Heike | 13605 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Kapalla, Kurt | 12448 | N/A |
| Kellner, Martin | 11181 | N/A |
| Klippel, Almut | 67260 | N/A |
| Klug, Klaus | 12442 | N/A |
| Koechling, Hermann | 11184 | N/A |
| Krawinkel, Odo | 12427 | N/A |
| Krawinkel, Odo | 12428 | N/A |
| Kuhnast, Frank-Roland | 67258 | N/A |
| Lewin, Joerg | 34348 | N/A |
| Lucks, Iiona | 24996 | N/A |
| Lukoschek, Wolfgang | 13611 | N/A |
| Mastalerek, Michael | 11187 | N/A |
| Mittmann, Hana | 24990 | N/A |
| Noerrenberg-Sudhaus, Werner | 11190 | N/A |
| Oberkersch, Beatrice | 11191 | N/A |
| Rampold, Heidrun Elisabeth | 11193 | N/A |
| Rodriguez, Karsten | 13621 | N/A |
| Ruttener, Juerg For Ruettener, Hannelore | 67267 | N/A |
| Ruttener, Juerg For Ruettener, Hans | 67265 | N/A |
| Schiener, Friedbert Walter Und Hannelore Edeltraut | 11196 | N/A |
| Schmidt, Karin | 11197 | N/A |
| Schmidt, Ra Petra | 11198 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Schmitz, Herbert | 24982 | N/A |
| Schmitz, Herbert | 24983 | N/A |
| Schmitz, Herbert | 24960 | N/A |
| Schmitz, Herbert | 24984 | N/A |
| Schober, Hans-Joachim | 13634 | N/A |
| Schober, Marita | 13635 | N/A |
| Schwebius, Sandra | 11199 | N/A |
| Schwerdt, Korinna, Dr. | 61158 | N/A |
| Sokolowski, Claus-Guenther | 11200 | N/A |
| Sperzel, Susanne | 12443 | N/A |
| Springer, Werner | 13623 | N/A |
| Stange, Hans-Joachim | 12440 | N/A |
| Steinfort, Silvia | 11201 | N/A |
| Steinfort, Silvia | 11203 | N/A |
| Steinfort, Silvia | 11202 | N/A |
| Thoemel, Heinz | 11207 | N/A |
| Uttendorf, Wilfried | 57811 | N/A |
| Volk, Helmut Und Annemarie | 11209 | N/A |
| Von Der Heyde, Philip | 11210 | N/A |
| Wartak, Beate | 11211 | N/A |
| Weber Hans-Hermann | 67237 | N/A |
| Weber Hans-Hermann | 67236 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Weber Hans-Hermann | 67239 | N/A |
| Weidlich, Joerg | 13642 | N/A |
| Weiss, Renate | 11212 | N/A |
| Wenzel, Peter | 11213 | N/A |
| Werner, Friedhelm And Irene | 13615 | N/A |
| Wildebrand, Peter | 13609 | N/A |
| Wippern, Margit | 13619 | N/A |
| Wittig, Hanspeter | 57824 | N/A |
| Wolski, Mieczyslaw | 61159 | N/A |
| Wolski, Mieczyslaw | 61160 | N/A |
| Wolski, Mieczyslaw | 61191 | N/A |
| Zellinger, Ernst | 11224 | N/A |

<u>Exhibit 11</u>

(**<u>Ninety- Sixth</u>** Omnibus Objection to Claims (Duplicative LPS Claims)
**[ECF No. 14491]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Eva Schwabmueller | 57823 | N/A |

Exhibit 12

(**Ninety-Seventh** Omnibus Objection to Claims
(Insufficient Documentation) **[Docket No. 14492]** – Adjourned Matters)

| Claimant Name | Claim Number |
|---|---|
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 25648 |
| U.S. Bank National Association Transferor: Bank of America National Association[1] | 19289 |
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[2] | 15989, 15992, 15993, 15994, 15995, 15996, 16016, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 19237, 19238, 19240, 19241, 19242, 19243, 19244, 19245, 19246, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[3] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |

[1] Claim transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed May 31, 2011 [Docket No. 17234].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[3] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

| Wilmington Trust Company[4] | 16382 |
|---|---|

---

[4] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [Docket No. 23280].

<u>Exhibit 13</u>

(**One Hundred Tenth** Omnibus Objection to Claims (Pension Claims)
**[ECF No. 15010]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Margaret Gattuso | 27736 | 16040 |
| Doris Phillips | 31702 | 16069 |

<u>Exhibit 14</u>

(**<u>One Hundred Eleventh</u>** Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 15012]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Charles Moore | 3001 | 16073 |
| Western Digital Corp. | 5357 | 15964 |
| Ceradyne, Inc. | 5358 | 15962 |
| Essex Equities Holding USA, LLC | 30596 | 16728 |
| Banco Interior de Sao Paolo | 21949 | N/A |
| US Airways | 30598 | N/A |

Exhibit 15

(**One Hundred Twelfth** Omnibus Objection to Claims (Invalid Blocking Number LPS
Claims)**[ECF No. 15014]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Cam-Que Kevin Lieu | 41587 | 16054 |
| Investeringsselskabet af 11.12.1990 ApS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| Lucia Del Campo | 37187 | N/A |
| Banque Cantonale du Valais | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

<u>Exhibit 16</u>

(**<u>One Hundred Seventeenth</u>** Omnibus Objection to Claims (No Liability Non-Debtor Employee
Claims)**[ECF No. 15363]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Abernathy, Gregg | 25533 | N/A |
| Adair, John | 23967 | 17114 |
| Addington, Erik | 23966 | N/A |
| Agrawal, Shashank | 13002 | 16910 |
| Antonelli, Christopher | 23965 | N/A |
| Ballentine, James | 23988 | 17103 |
| Baricevic, Joanna | 13429 | 16910 |
| Barone, Heather | 6641 | 17041 |
| Best, Barbara | 24001 | N/A |
| Bhattal, Jasjit | 23964 | N/A |
| Bobb, Janice | 7258 | 16424 |
| Bramham, Shaun | 23989 | 17102 |
| Braun, Konstantin | 11061 | N/A |
| Braun, Konstantin | 11062 | N/A |
| Braun, Konstantin | 11063 | N/A |
| Bush, James | 23998 | 17093 |
| Carol, Clayton | 23990 | 17101 |
| Chan, Kent | 23991 | 17100 |
| Chetty, Noel | 23981 | N/A |
| Chin, Russell | 23984 | N/A |
| Cho, Kunho | 23980 | N/A |
| Conners, William | 15186 | N/A |
| Corsalini, Enrico | 23963 | N/A |
| Dexter, Darrin | 23962 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Doe, Jocelyn | 23992 | 17099 |
| Dorfman, David | 23993 | 17098 |
| Feldkamp, Geoffrey | 23994 | 17097 |
| Flanagan, Christopher | 23976 | N/A |
| Fuchs, Benjamin | 23977 | N/A |
| Gabbay, Mark | 23982 | 17104 |
| Gabbay, Mark | 11075 | 17146 |
| Genna, Michael | 246 | N/A |
| Glavan, Jeffrey | 23956 | 17117 |
| Gould, James | 23995 | N/A |
| Greenwald, Andrew | 23961 | N/A |
| Har-Even, Itamar | 23996 | 17095 |
| Howe, Christian | 23985 | N/A |
| Huang, Kanglin | 23960 | N/A |
| Hugo-Lancelot, Robert Gabriel Marty | 24002 | N/A |
| Hunt, Robin | 23959 | N/A |
| Hurley, Jeffrey | 23986 | N/A |
| Imperato, Jason | 6615 | 16049 |
| Jotwani, Tarun | 23958 | 17116 |
| Kaye, Patrick | 23957 | N/A |
| Keay, Stephanie | 24007 | N/A |
| Kollydas, Peter | 6322 | 16781 |
| Kollydas, Peter | 6494 | 16801 |
| Kollydas, Peter | 6495 | 16799 |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Konheim, Seth | 17412 | 16775 |
| Laible, Robert | 23997 | 17094 |
| Lax, Stephen | 13727 | 16753 |
| Lucocq, Simon | 23978 | N/A |
| Lynch, Mary | 24408 | N/A |
| Lynch, Mary | 26312 | N/A |
| McCully, Michael | 65946 | N/A |
| McGarry, Patrick | 24003 | N/A |
| Millea, Timothy | 23968 | N/A |
| Morris, Jason | 23969 | 17110 |
| Murray, Thomson | 10767 | 16942 |
| Newhouse, Michelle | 12080 | 17035 |
| O'Connor, Brian | 24004 | N/A |
| Oh, Miriam | 15220 | 17067 |
| Papadakis, Spyros | 23970 | 17109 |
| Pearson, Thomas | 24005 | N/A |
| Quismorio, James | 24006 | N/A |
| Rasner, Timothy | 23971 | N/A |
| Ropner, Henry | 5614 | 15750 |
| Rubin, Charles | 23972 | 17108 |
| Rubinstein, Marc | 23983 | N/A |
| Santoro, Vito | 32308 | 17042 |
| Schiffman, Glenn | 23973 | 17107 |
| Schreiber, Russell | 13322 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Scott, Eric | 14399 | 17036 |
| Scott, Eric | 14400 | 17053 |
| Shah, Niraj | 10365 | 16922 |
| Siegmund, Thomas | 23979 | N/A |
| Skolnick, Fred | 23999 | N/A |
| Sowinski, John | 23974 | 17106 |
| Stein, Jeffrey | 23975 | 17105 |
| Tolchinsky, Andrea | 7082 | N/A |
| Tsekov, Georgi | 1524 | N/A |
| Tung, Sharon | 23949 | 17118 |
| Twitchell, Daryl | 460 | 16766 |
| Umlauf, Erik | 23950 | 17126 |
| Vaish, Pankaj | 23951 | N/A |
| Vulakh, Natalie | 23952 | 17125 |
| Wardell, Jeffery | 14743 | 16926 |
| Weiss, Aaron | 23953 | 17122 |
| Wendel, Christopher | 24000 | N/A |
| Wheeler, Keith | 24173 | 17037 |
| Yee, Jack | 23954 | 17120 |
| Yuhn, Phil | 8090 | N/A |
| Zanco, Mario | 10404 | N/A |
| Zolad, Bryan | 23955 | 17119 |

Exhibit 17

(**One Hundred Twenty-First** Omnibus Objection to Claims (To Reclassify Proofs of Claim as
an Equity Interest)**[ECF No. 16075]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Mary Lynch | 26311 | 17152 |

Exhibit 18

(**One Hundred Twenty-Second** Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 16046]** - Adjourned Responses to Claims)

| Claimant Name | Claim Number(s) |
|---|---|
| Acevedo, Gilbert | 19023 |
| Agis, Francisco | 19022 |
| Ariano, Neil A. | 19021 |
| Arica, Hugo G | 19100 |
| Arrieta, Angel L. | 19020 |
| Balleste, Juan R. | 19019 |
| Baumann, Christopher | 19018 |
| Carrasco Edward | 19017 |
| Carrasco, Edward | 33404 |
| Castillo Robin A | 19016 |
| Castillo, Robin A. | 33405 |
| Checo, Manuel | 19015 |
| Ciganek, Thomas | 19014 |
| Colucci, Edward | 19013 |
| D'ambrosi, Carlo | 19012 |
| Dill, Jarrett | 33389 |
| Dill, Jarrett | 19011 |
| Domarecki, Daniel | 19046 |
| Dominicci, Shaun | 19047 |
| Foella, Michael A | 19045 |
| Francis, Annette | 19044 |
| Fung, Kenneth | 19098 |
| Gayo, Diana E | 19043 |
| Germosen, Wilson | 19042 |
| Giudice, Antonello | 19041 |
| Godino, Glenn | 33397 |
| Godino, Glenn | 19040 |
| Gray, Glenn N | 19039 |
| Habersaat, Donald | 19038 |
| Hanley, Timothy P | 19037 |
| Hinds, Wendell A | 19036 |
| Infante, Juan C | 19035 |
| Infante, Juan C. | 33383 |
| Intemann, Edwards | 19034 |
| James, Noel | 19033 |
| Juste, Cary | 19031 |
| Khan, Mohammed G | 19030 |
| Krivinsky, John | 19029 |

| Claimant Name | Claim Number(s) |
|---|---|
| Leonardi, David | 33377 |
| Leonardi, David | 19028 |
| Liranzo, Jose A | 19027 |
| Liranzo, Jose A. | 33378 |
| Mahmood, Muhammad B. | 19026 |
| Margraf, Peter | 19025 |
| Marin, Hector | 19024 |
| Marines, Luis | 19075 |
| Marte, Luis | 19074 |
| Mcgurran, John | 19073 |
| Mcloughlin Liam | 19072 |
| Mcloughlin, Liam | 33364 |
| Mera Raul H | 19071 |
| Miranda Philip | 19070 |
| Montegomery, Christopher J. | 19068 |
| Moscatelli, Leonard A. | 33367 |
| Newsom, Christopher | 33369 |
| Owens, Kevin W | 33344 |
| Patton, Joseph | 33345 |
| Peralta, Pablo N. | 33626 |
| Perez, Dante | 33346 |
| Pesantes, Sergio | 33347 |
| Phillips Tanishae | 19062 |
| Phillips, Tanishae | 33348 |
| Pichardo Emilio J | 19061 |
| Pichardo, Emilio J | 33349 |
| Pierre, Heurtelou | 19060 |
| Platz, James | 33351 |
| Pryor, Jeffrey M | 33352 |
| Rabassa, Augustin | 33353 |
| Ricciuto, Gerard | 33354 |
| Rivera, Hector J. | 19055 |
| Robin Nicole P | 19054 |
| Robin, Nicole P. | 33356 |
| Rothstein, Jonathan H. | 32086 |
| Rumph, Anthony | 33358 |
| Rumph, Anthony | 19052 |
| Sandseth, Eric S. | 19051 |
| Sandseth, Eric S. | 33359 |

| Claimant Name | Claim Number(s) |
|---|---|
| Santana, Lisa | 33361 |
| Santana, Lisa | 19049 |
| Santiago, Terry | 33362 |
| Santiago,Terry | 19048 |
| Silverio, Daniel | 33363 |
| Silverio, Daniel | 19113 |
| Smyth, Edward P. | 19112 |
| Sogluizzo, Michael | 19111 |
| Sullivan, Christian | 19110 |
| Taveras, Robin | 19109 |
| Tejera, Juan | 19108 |
| Valentine, Christopher | 19107 |
| Vazquez Jr., Juan | 19105 |
| Vazquez, Elvis | 19106 |
| Vuckovic, Josip | 19104 |
| Wong, Philip | 19096 |
| Yakubov, Nathan | 33337 |
| Yanni Michael | 19103 |
| Yee, Hubert | 33338 |

Exhibit 19

(**One Hundred Thirty-Sixth** Omnibus Objection to Claims (Misclassified Claims)
**[ECF No. 16867]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Arrowood Indemnity Company f/k/a Royal Indemnity Company | 2076 | N/A |
| Cotten, Timothy A., et al. | 34313 | 17951 |
| Depository Trust Clearing Corporation and Related Entities | 30423 | N/A |
| Diamondback Master Fund Ltd. | 26909 | 17735 |
| LMA SPC on behalf of Map I | 26895 | 18045 |
| PJM Interconnection LLC | 22267 | N/A |
| PSEG Energy Resources & Trade LLC | 15735 | N/A |
| Stadt Schwaebisch Hall | 27015 | N/A |
| Tronox Inc., et al. | 29768 | 19336 |
| Trout, Roger | 25708 | 17663 |

<u>Exhibit 20</u>

(**<u>One Hundred Forty-Third</u>** Omnibus Objection to Claims (Late-Filed Claims)
**[ECF No. 16856]** - Adjourned Responses to Claims)

| Claimant Name | Claim Number(s) |
|---|---|
| Acm Global Credit - U.S. Sub-Fund | 43951, 43952 |
| Agostini, Edward J. And Sylvia Jtwros | 67230, 67232 |
| Alliance Bernstein Alternative Investments (Master)- Fixed Income High Alpha Portfolio | 43949, 43950 |
| Alliance Bernstein Bond Fund, Inc. | 43944, 43945 |
| Alliance Bernstein Pooling Portfolios, The - Alliance Bernstein Intermediate Duration Bond Portfolio | 43942, 43943 |
| Alliance Bernstein Variable Products Series Fund Inc. Alliance Bernstein Intermediate Bond Portfolio | 43938, 43939 |
| Alliancebernstein Collective Investment Trust Series Alliancebernstein Us Strategic Core-Plus Fixed Income Collective Trust | 43935, 43936 |
| Alliancebernstein Collective Investment Trust Series Alliancebernstein Us Core Fixed Income Collective Trust | 43937, 43946 |
| Banque Profil De Gestion | 67083 |
| Barrios, Rosalinda | 67087 |
| Bernier, Francois | 66248 |
| Booten, Michele | 66251 |
| Borenstein, Roberta | 34410 |
| Carty, Lea | 35593 |
| Cf Midas Balanced Growth Fund | 67193 |
| Coleman, Michael Alexis | 67363 |
| De Clerq, Francoise | 66244 |
| Ed Agostini Living Trust Dtd 5/12/2000 | 67228, 67231 |
| Financial Services Compensation Scheme Limited | 63359 |
| Fitvoye, Claude | 66249 |
| Franssen, Matthias | 66250 |
| Godard, Alain & Jeannine Bronckart | 66247 |
| Sanford C. Bernstein Fund Ii, Inc. - Bernstein Intermediate Duration Institutional Porftolio | 43947, 43948 |
| Sanford C. Bernstein Fund, Inc. - Intermediate Duration Porftolio | 43940, 43941 |
| Sylvia Agostini Living Trust Dtd 5/12/2000 | 67229, 67233 |
| Tinant, Danielle | 64460 |

| Claimant Name | Claim Number(s) |
|---|---|
| U.S. Bank National Association | 67150, 67151, 67152, 67153 |
| Valkenborgs, Roger | 66245 |

Exhibit 21

(**One Hundred Fifty-First** Omnibus Objection to Claims (No-Liability Claims)
**[ECF No. 17478]** - Adjourned Responses to Claims)

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Cadet, Pierre | 19099 | N/A |
| Cadet, Pierre | 33340 | N/A |
| Checo, Manuel | 33406 | N/A |
| Ciganek, Thomas | 33407 | N/A |
| D'ambrosi, Carlo | 33409 | N/A |
| Gray, Glenn N. | 33386 | N/A |
| Hunton & Williams LLP | 2701 | 20762 |
| James, Noel | 33385 | N/A |
| Pesantes, Sergio | 19063 | N/A |
| Pierre, Heurtelou | 33350 | N/A |
| Platz, James | 19059 | N/A |
| Pryor, Jeffrey M. | 19058 | N/A |
| Rabassa, Augustin | 19057 | N/A |
| Ricciuto, Gerard | 19056 | N/A |
| Right Management Inc. | 5503 | 22019 |
| Rivera, Hector J. | 33355 | N/A |
| Smyth, Edward P. | 33327 | N/A |
| Sullivan, Christian | 33329 | N/A |
| Taveras, Robin | 33330 | N/A |
| Tejera, Juan | 33331 | N/A |
| Valentine, Christopher | 33332 | N/A |
| Vazquez, Elvis | 33333 | N/A |

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Vazquez Jr., Juan | 33334 | N/A |
| Vuckovic, Josip | 33335 | N/A |

Exhibit 22

(**One Hundred Seventy-Third** Omnibus Objection to Claims (No-Liability Employee Claims)
**[ECF No. 19399]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Collins, Michael | 15223 | 20378 |
| Dybeck, Donald C. | 11327, 11328, 11329 | 20171 |
| Finder, Edmund L. | 28717 | 20150, 20389 |
| Forfia, Robert | 22939 | 20181 |
| Forster, Dennis | 6325 | |
| Fritts, Donald | 8257 | 20464 |
| Gabelman, Rick L. | 6238, 6239 | 20141 |
| Gardner, James | 6512, 6590 | 20141 |
| Hein, Mark W. | 4241 | 20133 |
| Hlavek, Rudolph | 7957 | 20141 |
| Mahonchak, John | 7694 | |
| Major, Charles E. | 7272 | 20495 |
| Mc Guinn, Edwin J | 13286 | |
| Morrison, Robert D. | 7716 | 20179 |
| Mountford, Robert | 11388 | 20471 |
| Rubin, Allan | 5552 | 19648 |
| Smith, William C. | 6147 | 20428 |
| Spring, Burkhard R. | 10698 | 20170 |
| Stanton, Edward | 33549 | 21179 |
| Stipo, Michael J. | 15580 | 20176 |
| Wagner, William A. | 5570 | 20438 |
| Whalen, John A. | 32259 | 20173 |

Exhibit 23

(**One Hundred Seventy-Fourth** Omnibus Objection to Claims (To Reclassify Proofs of LCaim as Equity Interests) **[ECF No. 19390]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Takano, Nao | 2543 | 20178 |

Exhibit 24

(**One Hundred Seventy-Fifth** Omnibus Objection to Claims (No Liability Pension Claims) **[ECF No. 19391]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Takano, Nao | 2542 | 20177 |

<u>Exhibit 25</u>

(**<u>One Hundred Seventy-Seventh</u>** Omnibus Objection to Claims (No Liability Non-Debtor
Employee Claims) **[ECF No. 19393]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Butler-McLaughlin, Cecelia | 21508 | 20484 |
| Carpenter, Theresa J. | 18145 | 20180 |
| Cramer, Rebekah | 13125, 13126, 13127 | |
| Friedman, Stephen | 15181 | |
| Haykin, Daniel S | 67341 | 20386 |
| Riessen, Natalie S. | 66000, 66001, 660002, 66003, 66004 | 20489, 20491 |
| Robson-Canty, Geraldine | 20289 | 20476 |
| Spital, Saul H. | 9607, 9609, 9610 | 20174 |

Exhibit 26

(**One Hundred Seventy-Eighth** Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19393]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Douglas, Dorothea | 15265 | 20479 |

<u>Exhibit 27</u>

(**<u>One Hundred Eighty-Fifth</u>** Omnibus Objection to Claims (Compound Claims)
**[ECF No. 19714]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Boughrum, Donald | 4625 | |
| Krieger, Karen M. Simon | 18087 | |
| Lister, James | 17624 | 20807 |
| Monahan, Brian | 20774 | |
| O'Sullivan, Thomas | 27300 | |
| Seraydar, Rose | 2927 | 20585 |
| Sheffer, Scott | 1681 | 20783 |
| Shi, Zhiyong | 4618 | |

<u>Exhibit 28</u>

(**<u>One Hundred Eighty-Eighth</u>** Omnibus Objection to Claims (Duplicative Claims)
**[ECF No. 19871]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Mitsui Securities, Co., Ltd. | 62852 | 20825 |
| Horizon II International Limited | 62720 | 22005 |
| Agricultural Bank of Taiwan | 65952 | 23298 |

<u>Exhibit 29</u>

(**<u>Two Hundred Forty-Seventh</u>** Omnibus Objection to Claims (Compound Claims)
**[ECF No. 24088]** - Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Sequa Corp. | 15940 | 24981 |
| West Corporation | 4625 | 24976 |

<u>Exhibit 30</u>

(**<u>Two Hundred Forty-First</u>** Omnibus Objection to Claims (No Liability Claims)
**[ECF No. 21727]** - Adjourned Responses to Claims)

| Claimant Name | Claim Number(s) | Docket No. |
|---|---|---|
| Blackrock Financial Management, Inc. | 28686 | N/A |
| Brown Rudnick, LLP | 13011 | N/A |
| Clifford Chance LLP | 4228 | N/A |
| Coudert Brothers LLP | 34262 | 24179 |
| D&D Securities Inc. | 5637 | N/A |
| Israel Discount Bank of New York | 27730 | N/A |
| Neal, Gerber & Eisenberg LLP | 14195 | N/A |
| Wiley Rein LLP | 4475 | 24176 |
| ZPR International Inc. | 6530 | 24380 |