United States Bankruptcy Court

Southern District of New York

In re:   Lehman Brothers Holdings, Inc., et al
       Case Number 08-13555
       Entity Name Lehman Brothers Holdings, Inc., et al
       Entity Case Number 08-13555

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**ZFI Endowment Partners, L.P.** | Name of Transferor<br>**Bradley Gold** |
| Name and Address where notices to transferee should be sent:<br><br>**ZFI Endowment Partners, L.P.**<br>**595 Madison Ave, FL 33**<br>**New York, NY 10022**<br><br>Phone: 646-723-4290<br>Last Four Digits of Account #: | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Account #: |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br><br>Phone: *Same as Above*<br>Last Four Digits of Account #: | Name and Current Address of Transferor<br>**Bradley Gold**<br>**135 W. 3rd St Penthouse**<br>**New York, NY 10012**<br><br>Claim Amount: **$300,000.00**<br>Phone:<br>Last Four Digits of Account #:<br>Court Claim # (if known): **55854**<br>Date Claim Filed: **10/29/2009** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daniel Zwirn_____        Date: 02/17/2012

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____      _____
                                                                        **CLERK OF THE COURT**

January 27, 2012

Richard M. Fels, EVP
Tradition Asiel Securities Inc.
75 Park Place, 4th Floor
New York, NY 10007

    Re:    Asiel Tradition A/C # 40J-002085 – Securities Holdings

Dear Mr. Fels:

    Please use this letter as instruction to deliver free all of the securities from my account at Tradition Asiel Securities, **A/C # 40J-002085**, to J.P Morgan per the instructions below I am making an in-kind investment of these securities in ZFI Endowment Partners, L.P., an investment partnership held at JP Morgan.

**For Securities:**

| | |
|---|---|
| DTC #: | 0352 |
| DTC Name: | J.P Morgan Clearing Corp. |
| A/C Name: | ZFI Endowment Partners, L.P |
| A/C #: | 10300130 |

If you have any questions, please contact me at [insert tel #]. 917-846-0557

Sincerely,

*Bradley A Gold*
Bradley Gold

United States Bankruptcy Court

Southern District of New York

In re:   Lehman Brothers Holdings, Inc., et al
         Case Number 08-13555
         Entity Name Lehman Brothers Holdings, Inc., et al
         Entity Case Number 08-13555

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**ZFI Endowment Partners, L.P.** | Name of Transferor<br>**Zwirn Family Interests LLC** |
| Name and Address where notices to transferee should be sent:<br><br>**ZFI Endowment Partners, L.P.**<br>**595 Madison Ave, FL 33**<br>**New York, NY 10022**<br><br>Phone: 646-723-4290<br>Last Four Digits of Account #: | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Account #: |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br><br><br>Phone: *Same as Above*<br>Last Four Digits of Account #: | Name and Current Address of Transferor<br>**Zwirn Family Interests LLC**<br>**595 Madison Ave, FL 33**<br>**New York, NY 10022**<br><br>Claim Amount: **$200,000.00**<br>Phone:<br>Last Four Digits of Account #:<br>Court Claim # (if known): **55854**<br>Date Claim Filed: **10/29/2009** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daniel Zwirn_____          Date: 2/17/2012

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                                                **CLERK OF THE COURT**

January 30, 2012

Richard M. Fels, EVP
Tradition Asiel Securities Inc.
75 Park Place, 4th Floor
New York, N.Y. 10007

Re:   Asiel Tradition A/C # 40J-031514 – Securities Holdings

Dear Mr. Fels:

Please use this letter as instruction to deliver free all of the securities from my account at Tradition Asiel Securities, **A/C # 40J-031514**, to J.P. Morgan per the instructions below. I am making an in-kind investment of these securities in ZFI Endowment Partners, L.P., an investment partnership held at JP Morgan.

**For Securities:**

| | |
|---|---|
| DTC #: | 0352 |
| DTC Name: | J.P. Morgan Clearing Corp. |
| A/C Name: | ZFI Endowment Partners, L.P. |
| A/C #: | 10300130 |

If you have any questions, please contact me at 212 612-3202.

Sincerely,

Daniel B. Zwirn