**SILVERMANACAMPORA LLP**
Counsel to Caisse des Dépôts et Consignations,
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Jay S. Hellman
Brett S. Silverman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re                                                                  Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al,.*                Case No.: 08-13555 (JMP)

                        Debtors.                              (Jointly Administered)
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

I, **BRETT S. SILVERMAN**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and am employed by SilvermanAcampora LLP.

On January 23, 2012, deponent served the within **CAISSE DES DEPOTS ET CONSIGNATIONS' REPLY TO THE OBJECTION FILED BY LEHMAN BROTHERS SPECIAL FINANCING INC. TO THE MOTION SEEKING AN ORDER TO PERMIT A LATE-FILED CLAIM** by electronic mail delivery to the email address listed below said address designated for that purpose.

TO:    Amanda Hendy, Weil Gotshal & Mangles LLP – Counsel for the Debtors
       Amanda.hendy@weil.com

                                                    *s/ Brett S. Silverman*
                                                    **BRETT S. SILVERMAN**

Sworn to before me this
21st day of February, 2012.

> Carol Ann Gallo-Russo
> Notary Public, State of New York
> No. 01GA4632721
> Qualified in Suffolk County
> Commission Expires April 30, 2014

*s/ Carol Ann Gallo-Russo*
        Notary Public

CAG/1074176.1/060177