WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                            Debtors.        :    (Jointly Administered)
                                            :
-----------------------------------------------------------------x
```

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON FEBRUARY 22, 2012**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), filed the following omnibus claims objections (collectively, the "Claims

Objections") with the Court for hearing on or before February 22, 2012:

(a)     Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 15363]**

(b)     Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 19399]**

(c)     Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) **[ECF No. 19714]**

(d)     Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liablity Derivatives Claims) **[ECF No. 23250]**

(e)     Debtors' Two Hundred Forty-Seventh  Omnibus Objection to Claims (No Liability Claims Claims) **[ECF No. 21727]**

2.      In accordance with the Second Amended Case Management Order, the Debtors established deadlines (the "<u>Response Deadline</u>") for each Claim Objection for parties to object or file responses.  The Response Deadlines have been extended for certain creditors from time to time.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included Exhibit 1 to any of the Orders attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted.  Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors, by holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims Objections as to

any proof of claim for which a response was either filed on the docket or received by the

Debtors, and which objection has not been resolved, has been adjourned to a future date.

4.       Accordingly, the Debtors respectfully request that the proposed orders

granting the Claims Objections annexed hereto as <u>Exhibits A</u> through <u>E</u>, which, except for the

inclusion of additional language to indicate that such order is supplemental to a previously

entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to

the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or

withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance

with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: February 21, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A
### (Proposed Order – ECF No. 15363)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                :      **Chapter 11 Case No.**
                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :      **08-13555 (JMP)**
                                           :
                **Debtors.**                      :      **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)

Upon the one hundred seventeenth omnibus objection to claims, dated March 25, 2011 (the "Debtors' One Hundred Seventeenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of the No Liability Non-Debtor Employee Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the Debtors' One Hundred Seventeenth Omnibus Objection to Claims; and due and proper notice of the Debtors' One Hundred Seventeenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Debtors' One Hundred Seventeenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors' One Hundred Seventeenth Omnibus Objection to Claims establish just

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Seventeenth Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

        ORDERED that the relief requested in the Debtors' One Hundred Seventeenth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

        ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

        ORDERED that the Debtors have adjourned the hearing on the One Hundred

Seventeenth Omnibus Objection to Claims to March 22, 2012 with respect to the claims listed on

Exhibit 2 annexed hereto; and it is further

        ORDERED that the Debtors' Court-appointed claims agent is authorized and

directed to reflect the No Liability Non-Debtor Employee Claims as disallowed and expunged

pursuant to this Order; and it is further

        ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Debtors' One

Hundred Seventeenth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FIG LLC TRANSFEROR: WAIT, JARETT 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27981 | $8,500,000.00* | No Liability |
| 2 | PIASIO, WAYNE RICHARD SUITE 259 28 OLD BROMPTON ROAD LONDON, SW7 355 UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30380 | Undetermined | No Liability |
| | | | | | TOTAL | $8,500,000.00 | |

# **Exhibit 2**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABERNATHY, GREGG<br>31 GRENARD TERRACE<br>SAN FRANCISCO, CA 94109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25533 | $74,990.77 | No Liability |
| 2 | ADAIR, JOHN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23967 | $1,352,529.00 | No Liability |
| 3 | ADDINGTON, ERIK R.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23966 | $277,554.00 | No Liability |
| 4 | AGRAWAL, SHASHANK<br>205 HUDSON STREET<br>511<br>HOBOKEN, NJ 07030 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13002 | $1,400,470.76 | No Liability |
| 5 | ANTONELLI, CHRISTOPHER G.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23965 | $658,869.00 | No Liability |
| 6 | BALLENTINE, JAMES M., III<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23988 | $199,101.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BARICEVIC, JOANNA M.<br>238 N RAILROAD AVE<br>STATEN ISLAND, NY 10304 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13429 | $56,105.79 | No Liability |
| 8 | BARONE, HEATHER<br>2406 SW 15TH STREET<br>DEERFIELD BEACH, FL 33442 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6641 | $10,576.90 | No Liability |
| 9 | BEST, BARBARA J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24001 | $113,487.00 | No Liability |
| 10 | BHATTAL, JASJIT S.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23964 | $5,562,264.00 | No Liability |
| 11 | BOBB, JANICE<br>313 PLYMOUTH ROAD<br>NORTH BRUNSWICK, NJ 08902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7258 | $32,083.99 | No Liability |
| 12 | BRAMHAM, SHAUN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23989 | $184,364.00 | No Liability |
| 13 | BRAUN, KONSTANTIN<br>26 WINTERBOTTOM LN<br>POUND RIDGE, NY 10576 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11061 | $7,670.00 | No Liability |
| 14 | BRAUN, KONSTANTIN<br>26 WINTERBOTTOM LN<br>POUND RIDGE, NY 10576 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11062 | $33,333.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | BRAUN, KONSTANTIN<br>26 WINTERBOTTOM LN<br>POUND RIDGE, NY 10576 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/10/2009 | 11063 | $99,730.00 | No Liability |
| 16 | BUSH, JAMES<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23998 | $175,381.00 | No Liability |
| 17 | CAROL, CLAYTON<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23990 | $192,214.00 | No Liability |
| 18 | CHAN, KENT<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23991 | $322,245.00 | No Liability |
| 19 | CHETTY, NOEL ROYAPPAN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23981 | $101,536.00 | No Liability |
| 20 | CHIN, RUSSELL<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23984 | $136,713.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CHO, KUNHO<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23980 | $1,452,741.00 | No Liability |
| 22 | CONNORS, WILLIAM F.<br>105 DUANE STREET<br>APT 38C<br>TRIBECA TOWER<br>NEW YORK, NY 10007 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 15186 | $146,043.40 | No Liability |
| 23 | CORSALINI, ENRICO J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23963 | $763,077.00 | No Liability |
| 24 | DEXTER, DARRIN A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23962 | $367,883.00 | No Liability |
| 25 | DOE, JOCELYN J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23992 | $394,220.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | DORFMAN, DAVID A. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23993 | $42,452.00 | No Liability |
| 27 | FELDKAMP, GEOFFREY F C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23994 | $10,785.00 | No Liability |
| 28 | FLANAGAN, CHRISTOPHER C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23976 | $396,228.00 | No Liability |
| 29 | FUCHS, BENJAMIN A. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23977 | $2,376,424.00 | No Liability |
| 30 | GABBAY, MARK HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11075 | $34,377.57 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | GABBAY, MARK<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23982 | $1,687,413.00 | No Liability |
| 32 | GENNA, MICHAEL<br>482 ATLANTIC AVE<br>MASSAPEQUA PARK, NY 11762 | | Lehman No Case Asserted/All Cases Asserted | 10/17/2008 | 246 | $38,076.54 | No Liability |
| 33 | GLAVAN, JEFFREY L.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23956 | $387,288.00 | No Liability |
| 34 | GOULD, JAMES P.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23995 | $174,063.00 | No Liability |
| 35 | GREENWALD, ANDREW J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23961 | $144,216.00 | No Liability |
| 36 | HAR-EVEN, ITAMAR<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23996 | $15,749.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | HOWE, CHRISTIAN J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23985 | $1,957,682.00 | No Liability |
| 38 | HUANG, KANGLIN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23960 | $810,317.00 | No Liability |
| 39 | HUGO-LANCELOT ROBERT GABRIEL MARTY<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24002 | $335,254.00 | No Liability |
| 40 | HUNT, ROBIN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23959 | $573,574.00 | No Liability |
| 41 | HURLEY, JEFFREY D.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23986 | $143,588.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | IMPERATO, JASON<br>148 WEAVER STREET<br>GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6615 | $1,300,000.00 | No Liability |
| 43 | JOTWANI, TARUN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23958 | $1,678,622.00 | No Liability |
| 44 | KAYE, PATRICK J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23957 | $165,559.00 | No Liability |
| 45 | KEAY, STEPHANIE<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24007 | $348,399.00 | No Liability |
| 46 | KOLLYDAS, PETER<br>28 COLERIDGE DR<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6494 | $12,500.00 | No Liability |
| 47 | KOLLYDAS, PETER<br>28 COLERIDGE DR<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6495 | $28,250.38 | No Liability |
| 48 | KOLLYDAS, PETER G.<br>28 COLERIDGE DRIVE<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6322 | $26,442.31 | No Liability |
| 49 | KONHEIM. SETH<br>10 LYNDALE PARK<br>WESTPORT, CT 06880 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17412 | $8,000.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | LAIBLE, ROBERT K.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23997 | $446,683.00 | No Liability |
| 51 | LAX, STEPHEN<br>324 AUTUMN HILL DRIVE<br>MORGANVILLE, NJ 07751-2043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13727 | $60,900.00 | No Liability |
| 52 | LUCOCQ, SIMON B.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23978 | $344,557.00 | No Liability |
| 53 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24408 | $4,250.00* | No Liability |
| 54 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26312 | Undetermined | No Liability |
| 55 | MCCULLY, MICHAEL K.<br>333 EAST 18TH STREET<br>NEW YORK, NY 10003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/15/2009 | 65946 | $148,735.70 | No Liability |
| 56 | MCGARRY, PATRICK J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24003 | $296,990.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | MILLEA, TIMOTHY E. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23968 | $163,359.00 | No Liability |
| 58 | MORRIS, JASON P. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23969 | $44,257.00 | No Liability |
| 59 | MURRAY, THOMSON C JR. 220 CLEFT ROAD MILL NECK, NY 11765-1001 | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10767 | $28,628.66 | No Liability |
| 60 | NEWHOUSE, MICHELLE M. 420 EAST 54TH STREET APT 11C NEW YORK, NY 10022-5151 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12080 | $81,269.21 | No Liability |
| 61 | O'CONNOR, BRIAN M. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24004 | $865,543.00 | No Liability |
| 62 | OH, MIRIAM Y. 76 GLEN DRIVE NEW CANAAN, CT 06840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15220 | $57,032.85 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | PAPADAKIS, SPYROS N. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23970 | $63,316.00 | No Liability |
| 64 | PEARSON, THOMAS M. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 24005 | $4,054,271.00 | No Liability |
| 65 | QUISMORIO, JAMES P. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 24006 | $318,479.00 | No Liability |
| 66 | RASNER, TIMOTHY D. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23971 | $425,546.00 | No Liability |
| 67 | ROPNER, HENRY 14 DUNCANNON 26 LINDSAY SQUARE LONDON, SW1V 2HT UNITED KINGDOM | | **Lehman No Case Asserted/All Cases Asserted** | 07/20/2009 | 5614 | $16,625.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | RUBIN, CHARLES<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23972 | $66,507.00 | No Liability |
| 69 | RUBINSTEIN, MARC<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23983 | $208,173.00 | No Liability |
| 70 | SANTORO,VITO<br>130 AREGOOD LANE<br>ISLAMORADA, FL 33036 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32308 | $657,115.00 | No Liability |
| 71 | SCHIFFMAN, GLENN H.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23973 | $1,074,557.00 | No Liability |
| 72 | SCHREIBER, RUSSELL<br>FLAT 5 CADOGAN COURT GARDENS<br>1 D'OYLEY STREET<br>LONDON, SW1X 9AQ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13322 | $27,600.00 | No Liability |
| 73 | SCOTT, ERIC A.<br>48A GREEN ST<br>MEDFIELD, MA 20521705 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14399 | $25,384.59 | No Liability |
| 74 | SCOTT, ERIC A.<br>48A GREEN ST<br>MEDFIELD, MA 020521705 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14400 | $25,384.59 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | SHAH, NIRAJ<br>107 WEST PASSAIC AVENUE<br>BLOOMFIELD, NJ 07003 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/04/2009 | 10365 | $28,708.97 | No Liability |
| 76 | SIEGMUND, THOMAS<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23979 | $559,300.00 | No Liability |
| 77 | SKOLNICK, FRED J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23999 | $434,683.00 | No Liability |
| 78 | SOWINSKI, JOHN A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23974 | $703.00 | No Liability |
| 79 | STEIN, JEFFREY A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23975 | $261,212.00 | No Liability |
| 80 | TOLCHINSKY, ANDREA<br>119 CHESTNUT HILL ROAD<br>WILTON, CT 06897 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 08/03/2009 | 7082 | $140,658.90* | No Liability |
| 81 | TSEKOV, GEORGI I.<br>213 S. SCOTCH PLAINS AVE<br>WESTFIELD, NJ 07090 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 12/31/2008 | 1524 | $50,000.00 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | TUNG, SHARON W. TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23949 | $71,197.00 | No Liability |
| 83 | TWITCHELL, DARYL M. 11 SILVER RIDGE ROAD NEW CANAAN, CT 06840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 460 | $20,192.31 | No Liability |
| 84 | UMLAUF, ERIK C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23950 | $94,308.00 | No Liability |
| 85 | VAISH, PANKAJ C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23951 | $172,707.00 | No Liability |
| 86 | VULAKH, NATALIE SAVIC C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23952 | $62,628.00 | No Liability |
| 87 | WARDELL, JEFFERY K. 2255 BUSH STREET # 1 SAN FRANCISCO, CA 94115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14743 | $9,365.10 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 88 | WEISS, AARON J. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23953 | $116,000.00 | No Liability |
| 89 | WENDEL, CHRISTOPHER C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24000 | $4,066,213.00 | No Liability |
| 90 | WHEELER, KEITH 13 PALOMINO CIRCLE NOVATO, CA 94947 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24173 | $4,146.75 | No Liability |
| 91 | YEE, JACK S. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23954 | $251,424.00 | No Liability |
| 92 | YUHN, PHIL 83 MCKINLEY AVE APT A3-1 WHITE PLAINS, NY 10606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/12/2009 | 8090 | $24,230.76 | No Liability |
| 93 | ZANCO, MARIO VIA CONCORDIA 10 CUSANO MILANINO, MI 20095 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10404 | $227,288.45 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 94 | ZOLAD, BRYAN C. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23955 | $47,669.00 | No Liability |
| | | | | | TOTAL | $42,958,241.25 | |

**EXHIBIT B**
**(Proposed Order – ECF No. 19399)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                      :      **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :      **08-13555 (JMP)**
                                                           :
                               **Debtors.**                :      **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)

Upon the one hundred seventy-third omnibus objection to claims, dated August

19, 2011, (the "Debtors' One Hundred Seventy-Third Omnibus Objection to Claims"),[2] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of

the No Liability Employee Claims on the basis that the Debtors have no liability for such claims,

all as more fully described in the Debtors' One Hundred Seventy-Third Omnibus Objection to

Claims; and due and proper notice of the Debtors' One Hundred Seventy-Third Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief requested in the Debtors'

One Hundred Seventy-Third Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

---

[2] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Seventy-Third Omnibus Objection to Claims.

the Debtors' One Hundred Seventy-Third Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Seventy-Third

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to March 22, 2012 (or as may be

further adjourned by the Debtors) the hearing on the One Hundred Seventy-Third Omnibus

Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is

further

ORDERED that the Debtors' Court-appointed claims agent is authorized and

directed to reflect the No Liability Employee Claims as disallowed and expunged pursuant to this

Order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Debtors' One

Hundred Seventy-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                                       _____
                                       UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 173: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BARR, EDWIN C. PO BOX 423 HADDONFIELD, NJ 08033 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33578 | $1,970,209.30 | No Liability |
| 2 | CANDILLIER, JOHN 63 CHIPSTEAD STREET LONDON, SW6 35R UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25791 | $1,000,000.00 | No Liability |
| 3 | ESTATE OF PETER H. VANDENBERG ATTN: NANCY T. VANDENBERG, BENEFICIARY 5835 N. SHORE DRIVE MILWAUKEE, WI 53217 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31915 | $2,998,352.00 | No Liability |
| 4 | HOLT, GERALD 11313 E. SAN RAPHAEL DRIVEWAY SAN DIEGO, CA 92130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33678 | $2,718,000.00 | No Liability |
| 5 | HOLT, GERALD 11313 E. SAN RAPHAEL DRIVEWAY SAN DIEGO, CA 92130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33679 | $82,333.00 | No Liability |
| 6 | JOSEPH, WILLIAM 241 CENTRAL PARK W APT 13G NEW YORK, NY 10024-4567 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23910 | $18,000.00 | No Liability |
| | | | | TOTAL | | $8,786,894.30 | |

# **Exhibit 2**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COLLINS, MICHAEL<br>19 BURR RD<br>HULL, MA 02045-3205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15223 | $431,929.75 | No Liability |
| 2 | DYBECK, DONALD C.<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11327 | $29,133.33 | No Liability |
| 3 | DYBECK, DONALD C<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11328 | $29,133.33 | No Liability |
| 4 | DYBECK, DONALD<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11329 | $29,133.33 | No Liability |
| 5 | FINDER, EDMUND<br>1725 YORK AVE<br>APT 30C<br>NEW YORK, NY 10128 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28717 | Undetermined | No Liability |
| 6 | FORFIA, ROBERT<br>136 DAY COURT<br>MAHWAH, NJ 07430 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22939 | $527,464.00 | No Liability |
| 7 | FORSTER, DENNIS E<br>5352 2B CALLE REAL<br>SANTA BARBARA, CA 93111-1688 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6325 | $322,352.79 | No Liability |
| 8 | FRITTS, DONALD N.<br>7885 LANDOWNE DR<br>ATLANTA, GA 30350 | | Lehman No Case Asserted/All Cases Asserted | 08/14/2009 | 8257 | $1,741,350.00 | No Liability |
| 9 | GABELMAN, RICK L<br>1228 EVERGREEN DR<br>LINCOLN, NE 68510 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6238 | $31,108.80 | No Liability |
| 10 | GABELMAN, RICK L<br>1228 EVERGREEN DR<br>LINCOLN, NE 68510 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6239 | $87,178.66 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GARDNER, JAMES<br>6714 NORTH OCEAN BLVD<br>OCEAN RIDGE, FL 33435 | | Lehman No Case Asserted/All Cases Asserted | 07/28/2009 | 6512 | $107,217.18 | No Liability |
| 12 | GARDNER, JAMES<br>6714 NORTH OCEAN BLVD<br>OCEAN RIDGE, FL 33435 | | Lehman No Case Asserted/All Cases Asserted | 07/29/2009 | 6590 | $64,353.28 | No Liability |
| 13 | HEIN, MARK W.<br>1944 LEVINE LANE<br>CLEARWATER, FL 33760 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/11/2009 | 4241 | $23,547.40 | No Liability |
| 14 | HLAVEK, RUDOLPH<br>PO BOX 2086<br>WINTER PARK, FL 32790 | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7957 | $115,000.00* | No Liability |
| 15 | KUYKENDALL, CHARLES L<br>6573 EAGLE RIDGE DRIVE<br>BETTENDORF, IA 52722 | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5487 | $696,547.90 | No Liability |
| 16 | MAHONCHAK, JOHN<br>198 BREWSTER ROAD<br>WYCKOFF, NJ 07481 | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7694 | Undetermined | No Liability |
| 17 | MAJOR JR., CHARLES E<br>1232 GLASGOW<br>BATON ROUGE, LA 70808 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7272 | $158,000.00 | No Liability |
| 18 | MC GUINN, EDWIN JR.<br>20 COBB ISLAND DR.<br>GREENWICH, CT 06830 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13286 | $290,000.00 | No Liability |
| 19 | MORRISON, ROBERT D.<br>905 HOLIDAY C.T.S<br>SALEM, OR 97302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7716 | $45,210.61 | No Liability |
| 20 | MOUNTFORD, ROBERT C<br>AMITY FARM 314 GOAT HILL RD.<br>LAMBERTVILLE, NJ 08530 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11388 | $11,764.91 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | RUBIN, ALLAN 429 EAST 80TH STREET NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5552 | $6,363.47 | No Liability |
| 22 | SMITH, WILLIAM C 1110 WHEATFIELD CT. CENTERVILLE, OH 45458 | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6147 | $106,680.10 | No Liability |
| 23 | SPRING, BURKHARD R 8 WINTERGREEN DR WEST MELVILLE, NY 11747-1808 | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10698 | $353,413.00 | No Liability |
| 24 | STANTON, EDWARD III 1220 HAROLD STREET HOUSTON, TX 77006 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33549 | $128,360.71 | No Liability |
| 25 | STIPO, MICHAEL 31 SHORE DRIVE WEST COPIAGUE, NY 11726 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15580 | $775,590.22 | No Liability |
| 26 | WAGNER, WILLIAM A 5555 ANNAMARIE COURT CINCINNATI, OH 45247 | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5570 | $3,339.56 | No Liability |
| 27 | WHALEN, JOHN A 300 OAKWOOD DR HAMILTON, OH 45013 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32259 | $10,353.02 | No Liability |
| | | | | | TOTAL | $6,124,675.35 | |

# EXHIBIT C
**(Proposed Order – ECF No. 19714)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                         :
                               **Debtors.**     :    **(Jointly Administered)**
--------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' ONE HUNDRED**
**EIGHTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (COMPOUND CLAIMS)**

Upon the one hundred eighty-fifth omnibus objection to claims, dated September

6, 2011 (the "Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims"),[3] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11

of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of

the Compound Claims on the basis that the Debtors have no liability for such claims and/or

seeking to reclassify the Compound Claims as a common equity interest, all as more fully

described in the Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims; and due and

proper notice of the Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims having

been provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief requested in the Debtors' One Hundred Eighty-Fifth

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the Debtors' One Hundred

---

[3] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Eighty-Fifth
Omnibus Objection to Claims.

Eighty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Eighty-Fifth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the portions

of the Compound Claims listed on Exhibit 1 annexed hereto under the heading "*Amount to be*

*Disallowed*" are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED the portions of the Compound Claims listed on Exhibit 1 annexed

hereto under the heading "*Amount to be Reclassified as Equity Interest*" are reclassified as equity

interests having the same priority as, and no greater priority than, common stock interests in

LBHI; and it is further

ORDERED that the Debtors have adjourned the hearing on the One Hundred

Eighty-Fifth Omnibus Objection to Claims to March 22, 2012 with respect to the claims listed on

Exhibit 2 annexed hereto; and it is further

ORDERED that the Debtors have withdrawn without prejudice the One Hundred

Eighty-Fifth Omnibus Objection to Claims, solely as it relates to the claims listed on Exhibit 3

annexed hereto; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized to

modify the claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Debtors' One

Hundred Eighty-Fifth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed

hereto; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                                     _____
                                     UNITED STATES BANKRUPTCY JUDGE

# **<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 - EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | NAHUM, ANTHONY 56 NORTH GATE PRINCE ALBERT ROAD LONDON, NW8 7EH UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24952 | $1,874,131.81 | $1,873,979.21 | $0.00 |
| | | | | TOTAL | $1,874,131.81 | | |

# **Exhibit 2**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 - EXHIBIT 2: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED – ADJOURNED OBJECTIONS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | BOUGHRUM, DONALD J. 247 MONMOUTH AVE NAVESINK, NJ 07752-0808 | Lehman Brothers Holdings Inc. | 05/28/2009 | 4625 | $1,063,688.38 | $1,000,688.38 | $63,000.00 |
| 2 | KRIEGER, KAREN M. SIMON 19 MARSHALL COURT GREAT NECK, NY 11021 | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18087 | $225,396.55 | $225,396.55 | |
| 3 | LISTER, JAMES G. 4 MAYFAIR ROAD ST. LOUIS, MO 63124 | Lehman Brothers Holdings Inc. | 09/18/2009 | 17624 | $5,332,393.02 | $5,140,116.94 | $192,276.08 |
| 4 | MONAHAN, BRIAN W. (LISTED IN ADDITIONAL NOTICING ADDRESS) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20774 | $1,648,973.70 | $169,591.31 | $1,479,382.39 |
| 5 | NAHUM, ANTHONY 56 NORTH GATE PRINCE ALBERT ROAD LONDON, NW8 7EH UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24952 | $1,874,131.81 | $1,873,979.21 | $152.60 |
| 6 | O'SULLIVAN, THOMAS J. 336 NASSAU AVE MANHASSET, NY 11030 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27300 | $650,000.00* | Undetermined | 650,000.00 |
| 7 | SERAYDAR, ROSE MRS 525 NEPTUNE AVE. APT 22B BROOKLYN, NY 11224-4020 | Lehman Brothers Holdings Inc. | 02/20/2009 | 2927 | $3,117.72* | Undetermined | $3,117.72* |
| 8 | SHEFFER, SCOTT T. 601 LONGCHAMPS DRIVE DEVON, PA 19333 | Lehman Brothers Holdings Inc. | 01/12/2009 | 1681 | $1,272,115.40 | Undetermined | $1,272,115.40 |
| 9 | SHI, ZHIYONG 9 ROSS AVE CHESTNUTRIDGE, NY 10977 | Lehman Brothers Holdings Inc. | 05/27/2009 | 4618 | $336,605.00 | | $336,605.00 |
| | | | TOTAL | | $10,532,289.77* | | |

# **Exhibit 3**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 - EXHIBIT 3: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED – WITHDRAWN OBJECTIONS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT FOR WHICH DEBTORS HAVE WITHDRAWN OBJECTION |
|---|---|---|---|---|---|---|
| 1 | NAHUM, ANTHONY 56 NORTH GATE PRINCE ALBERT ROAD LONDON, NW8 7EH UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24952 | $1,874,131.81 | $152.60 |
| | | | | TOTAL | $1,874,131.81 | |

**EXHIBIT D**
**(Proposed Order – ECF No. 23250)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                         :
                        **Debtors.**                     :    **(Jointly Administered)**
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING**
**DEBTORS' TWO HUNDRED FORTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

    Upon the two hundred forty-fourth omnibus objection to claims, dated December

12, 2011 (the "Two Hundred Forty-Fourth Omnibus Objection to Claims"),[4] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the No Liability Derivatives Claims on the grounds that they assert claims for

which the Debtors have no liability, all as more fully described in the Two Hundred Forty-Fourth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Forty-Fourth

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for

the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the

claimants listed on Exhibit A attached to the Two Hundred Forty-Fourth Omnibus Objection to

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[4] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims.

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Forty-Fourth Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Forty-Fourth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to March 22, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Forty-Fourth Omnibus Objection to Claims

with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 and Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Forty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii)

any claim listed on Exhibit A annexed to the Two Hundred Forty-Fourth Omnibus Objection to

Claims that is not listed on Exhibit 1 annexed to the *Order Granting Debtors' Two Forty-Fourth*

*Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 24676]; and it is

further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                 _____
                 UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GRANITE FINANCE LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27816 | Undetermined | No Liability Claim |
| 2 | GRANITE FINANCE LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27817 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |

# **Exhibit 2**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 15075 | $1,175,958.25 | No Liability Claim |
| 2 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15077 | $1,175,958.25 | No Liability Claim |
| 3 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20327 | $32,723,011.81* | No Liability Claim |
| 4 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20333[1] | $7,610,790.81* | No Liability Claim |

---

[1] Claim 20333 has been asserted in the amount of $62,657,178.81. Pursuant to the Two Hundred Forty-Fourth Omnibus Objection to Claims, only the portion of Claim 20333 asserting a claim totaling $7,610,790.81 against LBSF is being expunged. The remaining portion of Claim 20333 asserting a claim totaling $55,046,388.00 is not being expunged pursuant to, or being affected by, the Two Hundred Forty-Fourth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 20333 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20324 | $13,115,693.67* | No Liability Claim |
| 6 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20325 | $13,115,693.67* | No Liability Claim |
| 7 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20326 | $32,723,011.81* | No Liability Claim |
| 8 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27906 | Undetermined | No Liability Claim |
| 9 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28465 | Undetermined | No Liability Claim |
| 10 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28466 | Undetermined | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/05/2009 | 7366 | $487,854.06 | No Liability Claim |
| 12 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 7367 | $487,854.06 | No Liability Claim |
| 13 | ITOCHU CORPORATION FOR THE ATTENTION OF NAOKO FUJITA, LEGAL DEPT 1, LEGAL DIV (TOKYO) 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO, 107-8077 JAPAN | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/04/2009 | 10367 | $122,846.50 | No Liability Claim |
| 14 | JUDSON ATTN: HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/01/2008 | 1166 | $434,656.17 | No Liability Claim |
| | | | | | TOTAL | $103,173,329.06 | |

**EXHIBIT E**
**(Proposed Order – ECF No. 21727)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                       :        **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                            :
                               **Debtors.**         :        **(Jointly Administered)**
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred forty-seventh omnibus objection to claims, dated January 5, 2012 (the "Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Liability Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims; and due and proper notice of the Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors'

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims.

Two Hundred Forty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have adjourned the hearing on the Two Hundred Forty-Seventh Omnibus Objection to Claims to March 22, 2012 with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reflect the No Liability Claims listed on Exhibit 1 as disallowed and expunged pursuant to this Order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A to the Two Hundred Forty-Seventh Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

2

# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 247: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | WACHOVIA BANK, NATIONAL ASSOCIATION 301 SOUTH COLLEGE STREET CHARLOTTE, NC 28288  REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D1053-300 CHARLOTTE, NC 28288 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 9/22/2009 | 29860 | $0.00* | No Liability Claim |
| 2 | OFS FUNDING LLC ATTN: KATHI J. INORIO 2850 WEST GOLF ROAD, 5th FLOOR ROLLING MEADOWS, IL 60008 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 33417 | $0.00* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

# **Exhibit 2**

IN RE:  LEHMAN BROTHERS HOLDINGS INC., CASE NO:  08-13555 (JMP)

## OMNIBUS OBJECTION 247:  EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WEST CORPORATION ATTN:  JOE MULLIN 11808 MIRACLE HILLS DRIVE OMAHA, NE 68154 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 14198 | $10,000,000* | No Liability Claim |
| 2 | SEQUA CORPORATION 200 PARK AVENUE NEW YORK, NY 10166 ATTN:  JAMES P. LANGELOTTI, VICE PRESIDENT AND TREASURER CC:  DAVID S. DANTZIC, LATHAM WATKINS LLP 555 ELEVENTH STREET, NW SUITE 1000, WASHINGTON, DC 20004-1304 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/18/2009 | 15940 | $0.00* | No Liability Claim |