WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
William A. Maher
Paul R. DeFilippo

*Attorneys for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>                    Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| ARCHSTONE LB SYNDICATION PARTNER LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BANC OF AMERICA STRATEGIC VENTURES, INC., *et al*.,<br><br>                    Defendants. | Adversary Proceeding<br>No. 11-02928 (JMP) |
| ERP OPERATING LIMITED PARTNERSHIP,<br><br>                    Intervenor,<br><br>    v.<br><br>ARCHSTONE LB SYNDICATION PARTNER LLC, *et al*.,<br><br>                    Defendants. | |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that a status conference in regard to the above-captioned adversary proceeding will be held on **February 29, 2012 at 10:00 a.m.** (**Prevailing Eastern Time**) (the "Conference"). The Conference will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: February 21, 2012
       New York, New York

                                    /s/ Paul R. DeFilippo
                                    William A. Maher
                                    wmaher@wmd-law.com
                                    Paul R. DeFilippo
                                    pdefilippo@wmd-law.com
                                    William F. Dahill
                                    wdahill@wmd-law.com
                                    Michael P. Burke
                                    mburke@wmd-law.com

                                    Wollmuth Maher & Deutsch LLP
                                    500 Fifth Avenue
                                    New York, New York 10110
                                    Tel.: (212) 382-3300
                                    Fax: (212) 382-0050

                                    *Attorneys for Plaintiffs*