# **<u>Exhibit 1</u>**

08-13555-mg    Doc 25648-1    Filed 02/22/12    Entered 02/22/12 16:10:52    Exhibits
Pg 1 of 4

IN RE: LEHMAN BROTHERS HOLDINGS INC., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 247: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>301 SOUTH COLLEGE STREET<br>CHARLOTTE, NC 28288<br><br>REBECCA HENDERSON<br>301 SOUTH COLLEGE STREET, SUITE 3000<br>MAC D1053-300<br>CHARLOTTE, NC 28288 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 9/22/2009 | 29860 | $0.00* | No Liability Claim |
| 2 | OFS FUNDING LLC<br>ATTN: KATHI J. INORIO<br>2850 WEST GOLF ROAD, 5th FLOOR<br>ROLLING MEADOWS, IL 60008 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 33417 | $0.00* | No Liability Claim |

# **Exhibit 2**

IN RE: LEHMAN BROTHERS HOLDINGS INC., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 247: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WEST CORPORATION<br>ATTN: JOE MULLIN<br>11808 MIRACLE HILLS DRIVE<br>OMAHA, NE 68154 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 14198 | $10,000,000* | No Liability Claim |
| 2 | SEQUA CORPORATION<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>ATTN: JAMES P. LANGELOTTI, VICE PRESIDENT AND TREASURER<br>CC: DAVID S. DANTZIC, LATHAM WATKINS LLP<br>555 ELEVENTH STREET, NW<br>SUITE 1000, WASHINGTON, DC 20004-1304 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/18/2009 | 15940 | $0.00* | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts