# **<u>Exhibit 1</u>**

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM, AL 35210 | 29995 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $913,798.17* | Lehman Brothers Special Financing Inc. | Unsecured | $1,165,173.61 |
| | | | | | TOTAL | $913.798.17 | | TOTAL | $1,165,173.61 |

\* - Indicates claim contains unliquidated and/or undetermined amounts