# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MARTINEZ SABE, HECTOR RAUL<br>TACUARL 1159<br>ASUNCION,<br>PARAGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31404 | $100,000.00 | No Blocking Number LPS Claim |
| 2 | TALREJA, ROHINI<br>APT BLOCK 2<br>RIVER VALLEY GROVE<br>#02-01<br>SINGAPORE, 238405<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/23/2009 | 4983 | $100,000.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $200,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts