# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACCURINT/LEXISNEXIS<br>6501 PARK OF COMMERCE BLVD<br>BOCA RATON, FL 33487 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7081 | $6,723.15 | Purchased Contract Claim |
| 2 | ACL SERVICES LTD.<br>1550 ALBERNI STREET<br>ATTN: LEGAL DEPARTMENT<br>VANCOUVER, BC V6G 1A5<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/10/2008 | 168 | $18,493.11 | Purchased Contract Claim |
| 3 | ACRONIS, INC.<br>300 TRADECENTER STE 6700<br>WOBURN, MA 01801-7437 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/03/2008 | 90 | $125,357.00 | Purchased Contract Claim |
| 4 | AECSOFT USA, INC.<br>1776 YORKTOWN, SUITE 435<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2008 | 350 | $39,000.00 | Purchased Contract Claim |
| 5 | ALIGN COMMUNICATIONS, INC.<br>55 BROAD STREET - 6TH FLOOR<br>NEW YORK, NY 10004 | | Lehman No Case Asserted/All Cases Asserted | 10/01/2008 | 71 | $946,210.00 | Purchased Contract Claim |
| 6 | APERTURE TECHNOLOGIES, INC.<br>9 RIVERBEND DRIVE SOUTH<br>PO BOX 4906<br>STAMFORD, CT 06907 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19812 | $81,662.32 | Purchased Contract Claim |
| 7 | BORLAND SOFTWARE CORPORATION<br>PO BOX 39000<br>DEPT 33630<br>SAN FRANCISCO, CA 94139 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10229 | $36,064.29 | Purchased Contract Claim |
| 8 | BT AMERICAS, INC.<br>ATTN: NEIL HOBBS<br>2160 EAST GRAND AVENUE<br>EL SEGUNDO, CA 90245 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21338 | $12,708.22 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BT AMERICAS, INC.<br>ATTN: NEIL HOBBS<br>2160 EAST GRAND AVENUE<br>EL SEGUNDO, CA 90245 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21339 | $78,133.40 | Purchased Contract Claim |
| 10 | COMED CO.<br>ATTN: BANKRUPTCY SECTION/REVENUE MANAGEMENT<br>2100 SWIFT DRIVE<br>OAKBROOK, IL 60523 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 4295 | $9,711.73 | Purchased Contract Claim |
| 11 | CORBIS CORPORATION<br>ATTN CREDIT DEPT.<br>710 SECOND AVE, STE 200<br>SEATTLE, WA 98104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2008 | 328 | $7,600.00 | Purchased Contract Claim |
| 12 | CRSP<br>ATTN: DAVID K. BARCLAY, COO<br>105 W. ADAMS<br>SUITE 1700<br>CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24619 | $26,905.00 | Purchased Contract Claim |
| 13 | DATACERT, INC.<br>3040 POST OAK BLVD., STE. 1900<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2008 | 8 | $33,025.00 | Purchased Contract Claim |
| 14 | DUN & BRADSTREET<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2008 | 185 | $222,801.70 | Purchased Contract Claim |
| 15 | ENTERPRISE SOLUTION PROVIDERS, INC.<br>711 WESTCHESTER AVE, SUITE 101<br>WHITE PLAINS, NY 10508 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25162 | $46,879.95* | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | FACTSET RESEARCH SYSTEMS, INC. CHRISTOPHER J. MAJOR, ESQ. ROBINSON & COLE LLP 885 THIRD AVENUE, 28TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30553 | $69,375.00 | Purchased Contract Claim |
| 17 | FACTSET RESEARCH SYSTEMS, INC. CHRISTOPHER J. MAJOR, ESQ. ROBINSON & COLE LLP 885 THIRD AVENUE, 28TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4632 | $69,375.00 | Purchased Contract Claim |
| 18 | FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY 100 MAGELLAN WAY COVINGTON, KY 41005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 478 | $51,566.64 | Purchased Contract Claim |
| 19 | FIDESSA CORPORATION ATTN: MICHELLE ZIZZAMIA 17 STATE STREET, 42ND FL. NEW YORK, NY 10004 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/13/2009 | 4277 | $23,783.41 | Purchased Contract Claim |
| 20 | FOLEY INC. 855 CENTENNIAL AVE PISCATAWAY, NJ 08855 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/20/2009 | 4379 | $5,082.50 | Purchased Contract Claim |
| 21 | HYBRID TRADING AND RESOURCES, LLC DENISE PAREJKO 141 W JACKSON BLVD., SUITE 4020 CHICAGO, IL 60604 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1384 | $7,203.00 | Purchased Contract Claim |
| 22 | IKON OFFICE SOLUTIONS ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON, GA 31210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2008 | 1106 | $63,966.94 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | IKON OFFICE SOLUTIONS ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON, GA 31210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/18/2008 | 808 | $7,131.91 | Purchased Contract Claim |
| 24 | INTEGRATED RESEARCH 8055 E TUFTS AVE. SUITE 950 DENVER, CO 80237 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2008 | 207 | $306,192.00 | Purchased Contract Claim |
| 25 | INTEX 110 A STREET NEEDHAM, MA 02494 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25446 | $297,717.48 | Purchased Contract Claim |
| 26 | JOHNSON ASSOCIATES 19 WEST 44TH STREET SUITE 511 NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/31/2008 | 445 | $5,016.05 | Purchased Contract Claim |
| 27 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1515 | $8,100.00 | Purchased Contract Claim |
| 28 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1519 | $5,095.53 | Purchased Contract Claim |
| 29 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1523 | $5,759.14 | Purchased Contract Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 30 | LEXISNEXIS/ACCURINT<br>LEXIS NEXIS<br>6501 PARK OF COMMERCE BLVD<br>BOCA RATON, FL 33487 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/24/2008 | 133 | $7,729.36 | Purchased Contract Claim |
| 31 | LINEDATA SERVICES, INC.<br>ATTN: MATT BEAUREGARD<br>260 FRANKLIN ST., SUITE 1300<br>BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/20/2009 | 2915 | $60,264.66 | Purchased Contract Claim |
| 32 | M&M TECHNOLOGIES CORP<br>24 REGENCY WAY<br>MANALAPAN, NJ 07726 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2008 | 59 | $916,585.00 | Purchased Contract Claim |
| 33 | MEB OPTIONS, LLC<br>440 S LASALLE, SUITE 959<br>CHICAGO, IL 60605 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19544 | $60,411.00 | Purchased Contract Claim |
| 34 | MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 3849 | $80,048.43 | Purchased Contract Claim |
| 35 | MERRILL COMMUNICATIONS LLC<br>C/O DEBORAH C. SWENSON<br>LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.<br>80 S. EIGHTH ST., SUITE 2000<br>MINNEAPOLIS, MN 55402 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19358 | $84,762.40 | Purchased Contract Claim |
| 36 | PALI CAPITAL INC<br>PO BOX 1768<br>NEW YORK, NY 10150-1768 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19326 | $145,745.90 | Purchased Contract Claim |
| 37 | PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-5151 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2008 | 139 | $9,613.12 | Purchased Contract Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | PREMIER RESTORATION TECHNOLOGY INC<br>ATTN: DONALD BARKS<br>144 WEST 37TH STREET, 3RD FLOOR<br>NEW YORK, NY 10018 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2008 | 489 | $52,081.46 | Purchased Contract Claim |
| 39 | SUMMIT SYSTEMS INC<br>1180 AVE OF THE AMERICAS<br>NEW YORK, NY 10036 |  | Lehman No Case Asserted/All Cases Asserted | 08/25/2009 | 9377 | $32,000.00 | Purchased Contract Claim |
| 40 | TED MOUDIS ASSOCIATES, INC.<br>79 MADISON AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2008 | 118 | $185,533.27 | Purchased Contract Claim |
| 41 | TW TELECOM INC. FKA TIME WARNER TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/11/2010 | 66105 | $43,993.78 | Purchased Contract Claim |
| 42 | VIDEO CORPORATION OF AMERICA<br>7 VERONICA AVENUE<br>P.O. BOX 5480<br>SOMERSET, NJ 08875-5480 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2008 | 69 | $294,232.50 | Purchased Contract Claim |
| 43 | W NEW YORK TIMES SQUARE<br>OTTERBOURGE, STEINDLER HOUSTON & ROSEN<br>ATTN: DAVID M. POSNER<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2008 | 130 | $55,676.00* | Purchased Contract Claim |
| 44 | WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2008 | 141 | $80,065.00 | Purchased Contract Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 250: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | XCAPER INDUSTRIES, LLC<br>17321 EASTMAN<br>IRVINE, CA 92614 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/03/2008 | 85 | $80,517.37 | Purchased Contract Claim |
| | | | | | TOTAL | $4,805,898.72 | |

# **<u>Exhibit 2</u>**

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 250: EXHIBIT 2 – PURCHASED CONTRACT CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BLOOMBERG L.P & BLOOMBERG FINANCE L.P.<br>ATTN: KARL P. KILB, ESQ.<br>731 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14322 | $88,541.31* | Purchased Contract Claim |
| 2 | CB RICHARD ELLIS<br>1003 BISHOP ST<br>SUITE 1800<br>HONOLULU, HI 96813 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 27440 | $40,357.33 | Purchased Contract Claim |
| 3 | CB RICHARD ELLIS INC<br>3501 JAMBOREE ROAD, SUITE 100<br>NEWPORT BEACH, CA 92660 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 27435 | $7,175.70 | Purchased Contract Claim |
| 4 | HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/12/2009 | 4861 | $373,655.51 | Purchased Contract Claim |
| | | | | | TOTAL | $509,729.85 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts