# **Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 255: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PHOEBE BERKS HEALTH CARE CENTER, INC. AND PHOEBE BERKS VILLAGE, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 13922 | Undetermined | No Liability Claim |
| 2 | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40691 | Undetermined | No Liability Claim |
| 3 | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40692 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# **Exhibit 2**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 255: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18508 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |

* - Indicates claim contains unliquidated and/or undetermined amounts