# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 | ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28210 | $24,113,556.60* | ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67770 | $24,135,619.55* |
| 2 | ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 09/16/2009 | 08-13555 (JMP) | 13875 | $27,101,612.11* | CENTRICA ENERGY LTD F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 12/08/2011 | 08-13555 (JMP) | 67784 | $75,536,358.75* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 3 | ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 09/16/2009 | 08-13885 (JMP) | 13879 | $27,101,612.11* | CENTRICA ENERGY LTD F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE, SL4 5GD UNITED KINGDOM | 12/08/2011 | 08-13885 (JMP) | 67783 | $75,536,358.75* |
| 4 | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 11/04/2008 | 08-13555 (JMP) | 491 | $2,281,015.07 | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 09/21/2009 | 08-13555 (JMP) | 33494 | $2,295,433.32 |
| 5 | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 11/04/2008 | 08-13893 (JMP) | 493 | $2,281,015.07* | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 09/21/2009 | 08-13893 (JMP) | 33493 | $2,295,433.32 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 6 | AVATAR NEW YORK, LLC<br>122 HUDSON ST<br>APT 4<br>NEW YORK, NY 10013-2355 | 10/09/2008 | 08-13555 (JMP) | 131 | $5,750.00 | AVATAR NEW YORK, LLC<br>40 WORTH ST., # 1219<br>NEW YORK, NY 10013 | 05/26/2009 | 08-13555 (JMP) | 4548 | $5,750.00 |
| 7 | BAA PENSION TRUST COMPANY LTD.<br>C/O ROGGE GLOBAL PARTNERS PLC<br>ATTN: DAVID WITZER<br>SION HALL<br>56 VICTORIA EMBANKMENT<br>LONDON, EC4Y ODZ<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28209 | $11,434,610.67* | BAA PENSION TRUST COMPANY LTD.<br>C/O ROGGE GLOBAL PARTNERS PLC<br>ATTN: DAVID WITZER<br>SION HALL<br>56 VICTORIA EMBANKMENT<br>LONDON, EC4Y ODZ<br>UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67767 | $11,456,673.62* |
| 8 | BANK INDONESIA<br>TOWER B, 10TH FLOOR<br>J.I.M.H. THAMRIN NO.2<br>JAKARTA, 10110<br>INDONESIA | 09/18/2009 | 08-13555 (JMP) | 16687 | $1,102.83* | BANK INDONESIA<br>TOWER B, 10TH FLOOR<br>J.I.M.H. THAMRIN NO.2<br>JAKARTA, 10110<br>INDONESIA | 12/06/2011 | 08-13555 (JMP) | 67765 | $1,102.83 |
| 9 | BANK INDONESIA<br>TOWER B, 10TH FLOOR<br>J.I.M.H. THAMRIN NO.2<br>JAKARTA, 10110<br>INDONESIA | 09/18/2009 | 08-13901 (JMP) | 16770 | $1,102.83 | BANK INDONESIA<br>TOWER B, 10TH FLOOR<br>J.I.M.H. THAMRIN NO.2<br>JAKARTA, 10110<br>INDONESIA | 12/06/2011 | 08-13901 (JMP) | 67764 | $1,102.83 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 10 | **BAYERISCHE LANDESBANK ATTN: HERALD GLOECKL BRIENNER STRASSE 18 80333, MUENCHEN, GERMANY** | 09/21/2009 | 08-13900 (JMP) | 19962 | $651,291.08* | **BAYERISCHE LANDESBANK ATTN: HARALD GLOECKI BRIENNER STRABE 18 MUENCHEN, 80333 GERMANY** | 12/22/2011 | 08-13900 (JMP) | 67810 | $14,447,841.71* |
| 11 | **ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE C/O ELLIOTT MANAGEMENT CORPORATION;ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001** | 09/17/2009 | 08-13555 (JMP) | 15630 | $32,737,874.30* | **ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001** | 12/05/2011 | 08-13555 (JMP) | 67756 | $51,363,854.00* |
| 12 | **ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE C/O ELLIOTT MANAGEMENT CORPORATION;ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001** | 09/17/2009 | 08-13555 (JMP) | 15631 | $126,839,050.09* | **ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001** | 12/05/2011 | 08-13555 (JMP) | 67758 | $75,780,735.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13  ELLIOTT ASSOCIATES, L.P. TRANSFEROR: SOCIETE GENERALE, ACTING THROUGH ITS LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 09/22/2009 | 08-13555 (JMP) | 28256 | $610,925.99* | ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK, NY 10019-4001 | 12/05/2011 | 08-13555 (JMP) | 67757 | $650,450.00* |
| 14  FONTAINEBLEAU RESORT PROPERTIES 1, LLC C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE, FL 33302 | 10/28/2010 | 08-13555 (JMP) | 67161 | Undetermined | FONTAINEBLEAU RESORT PROPERTIES 1, LLC ATTN: MARIO A. ROMINE 19950 WEST COUNTRY CLUB DRIVE AVENTURA, FL 33180 | 12/19/2011 | 08-13555 (JMP) | 67803 | Undetermined |
| 15  FONTAINEBLEAU RESORTS, LLC C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE, FL 33302 | 10/28/2010 | 08-13555 (JMP) | 67160 | Undetermined | FONTAINEBLEAU RESORTS, LLC ATTN: MARIO A. ROMINE 19950 WEST COUNTRY CLUB DRIVE, TENTH FLOOR AVENTURA, FL 33180 | 12/19/2011 | 08-13555 (JMP) | 67802 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | GOAL LINE PARTNERS, LLC TRANSFEROR: BANK OF AMERICA, N.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | 10/29/2009 | 08-13888 (JMP) | 64070 | $301,804,617.14 | GIANTS STADIUM LLC ATTN: CHRISTINE PROCOPS MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 EAST RUTHERFORD, NJ 07073 | 12/06/2011 | 08-13888 (JMP) | 67782 | $585,210,327.94 |
| 17 | ING BELGIEM SA/NV ATTN: C. WYCKMANS MARNIXLAAN 24 1000 BRUSSELS, BELGIUM | 09/14/2009 | 08-13555 (JMP) | 12461 | $4,438,752.67 | ING BELGIUM N.W./S.A. ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS, 1000 BELGIUM | 12/06/2011 | 08-13555 (JMP) | 67778 | $5,800,793.33* |
| 18 | ING LIFE INSURANCE & ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13888 (JMP) | 11147 | $1,776,670.08 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13888 (JMP) | 67808 | $5,080,028.42* |
| 19 | ING LIFE INSURANCE & ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13555 (JMP) | 11148 | $1,776,670.08 | ING LIFE INSURANCE AND ANNUITY COMPANY C.O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13555 (JMP) | 67806 | $5,080,028.42* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 20 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST-EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27416 | $36,781.00* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST-EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67759 | $48,601.64* |
| 21 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27415 | $25,870,898.95* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67760 | $25,965,464.03* |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 22 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 09/22/2009 | 08-13555 (JMP) | 27417 | $31,158.00* | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON, DC 20433 | 12/05/2011 | 08-13555 (JMP) | 67755 | $42,990.64 |
| 23 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13901 (JMP) | 63454 | $78,152,567.61 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13901 (JMP) | 67797 | $150,321,706.19* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 24 | **LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND** | **11/02/2009** | **08-13893 (JMP)** | **63455** | **$783,959,848.92** | **PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND** | **12/13/2011** | **08-13893 (JMP)** | **67796** | **$386,290,347.92*** |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 25 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13888 (JMP) | 63456 | $2,954,507,228.17 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR.CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13888 (JMP) | 67795 | $552,816,931.19* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 26 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13900 (JMP) | 63457 | $35,347.75 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13900 (JMP) | 67794 | **Undetermined** |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13885 (JMP) | 63458 | $83,015,075.16 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13885 (JMP) | 67793 | Undetermined |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63459 | $5,955,424,046.82 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 | 12/13/2011 | 08-13555 (JMP) | 67798 | $132,079,209.73* |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 29 | LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63460 | $953,950,559.88 | PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND | 12/13/2011 | 08-13555 (JMP) | 67792 | $652,183,136.95* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 30 **LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECO OPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER ZURICH, CH-8021 SWITZERLAND** | 11/02/2009 | 08-13555 (JMP) | 63847 | $52,280,310,937.51* | **PRICEWATERHOUSECOOPE RS AG, ZURICH ATTN: DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION STAMPFENBACHSTRASSE, 8006 SWITZERLAND** | 12/13/2011 | 08-13555 (JMP) | 67800 | $14,608,906,300.49* |
| 31 **LLOYD'S SYNDICATE 2010 CATHEDRAL UNDERWRITING LIMITED 5TH FLOOR, FITZWILLIAM HOUSE 10 ST MARY AXE LONDON, EC3A 8EN UNITED KINGDOM** | 09/21/2009 | 08-13555 (JMP) | 25926 | $4,276,164.25 | **LLOYD'S SYNDICATE 2010 CATHEDRAL UNDERWRITING LIMITED 5TH FLOOR, FITZWILLIAM HOUSE 10 ST. MARY AXE LONDON, EC3A 8EN UNITED KINGDOM** | 12/12/2011 | 08-13555 (JMP) | 67788 | $8,750,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 32 | NATIONALE NEDERLANDEN INTERFINANCE BV C/O ING INVESTMENT MANAGEMENT ATTN: A. DO CARMO TEODORO PRINSES BEATRIXLAAN 15 THE HAGUE, 2595 AK NETHERLANDS | 09/15/2009 | 08-13555 (JMP) | 12839 | $29,190,421.25 | NATIONALE-NEDERLANDEN INTERFINANCE B.V. C/O ING INVESTMENT MANAGEMENT ATTN: MARICE THEWESSEN SCHENKKADE 65 THE HAGUE, NETHERLANDS | 12/06/2011 | 08-13555 (JMP) | 67777 | $31,691,640.03* |
| 33 | REID STREET RETIREMENT GLOBAL BOND FUND ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28211 | $2,644,747.66* | REID STREET RETIREMENT GLOBAL BOND FUND C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67771 | $2,666,810.61* |
| 34 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13888 (JMP) | 11311 | $559,191.09 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE NEW YORK, NY 10169 | 12/20/2011 | 08-13888 (JMP) | 67809 | $1,598,893.70* |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 35 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 09/10/2009 | 08-13555 (JMP) | 11312 | $559,191.09 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 12/20/2011 | 08-13555 (JMP) | 67807 | $1,598,893.70* |
| 36 | SAUDI ARABIAN MONETARY AGENCY ATTN: DAVID WITZER C/O ROGGER GLOBAL PARTNERS PIC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28212 | $3,137,756.42* | SAUDI ARABIAN MONETARY AGENCY C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67772 | $3,159,819.37* |
| 37 | SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28208 | $1,000,000.00* | SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67773 | $1,022,062.95* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 38 | STICHTING CUSTODY ROBECO INSTITUTIONAL C/O MOSES & SINGER LLP ATTN: ALAN KOLOD AND KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK, NY 10174-1299 | 09/21/2009 | 08-13555 (JMP) | 22180 | $4,268,649.79* | STICHTING CUSTODY ROBECO INSTITUTIONAL C/O MOSES & SINGER LLP ATTN: ALAN KOLOD/KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK, NY 10174-1299 | 12/14/2011 | 08-13555 (JMP) | 67789 | $4,712,129.21* |
| 39 | STICHTING PENSIOENFONDS APOTHEKERS ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28206 | $427,423.51* | STICHTING PENSIOENFONDS APOTHEKERS C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67775 | $449,486.46* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 40 | STICHTING PENSIOENFONDS DE ENCI C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28205 | $179,304.17* | STICHTING PENSIOENFONDS DE ENCI C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67776 | $201,367.12* |
| 41 | SUTTER HEALTH- EDEN ACCOUNT ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28214 | $24,795.85* | SUTTER HEALTH- EDEN ACCOUNT C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y ODZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67769 | $46,858.80* |
| 42 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 09/03/2009 | 08-13888 (JMP) | 10172 | $39,595,831.60 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13888 (JMP) | 67754 | $40,596,803.97 |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 248: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 43 TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 09/03/2009 | 08-13555 (JMP) | 10173 | $39,595,831.60 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13555 (JMP) | 67763 | $40,596,803.97 |
| 44 TRAFALGAR HOUSE C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28207 | $3,000,000.00* | TRAFALGAR HOUSE C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67774 | $3,022,062.95* |
| 45 WOO HAY TONG INVESTMENTS LTD. ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28213 | $6,239.50* | WOO HAY TONG INVESTMENT LTD. C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON, EC4Y 0DZ UNITED KINGDOM | 12/06/2011 | 08-13555 (JMP) | 67768 | $28,302.45* |

TOTAL    $63,808,717,226.27

* - Indicates claim contains unliquidated and/or undetermined amounts