# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANGLO IRISH BANK CORPORATION PLC C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN ESQ THE CHRYSLER BLDG 405 LEXINGTON AVENUE - 7TH FL NEW YORK, NY 10174 | 15654 | 09/17/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,197,194.86 | Lehman Brothers Commercial Corporation | Unsecured | $1,077,475.37 |
| 2 | ANGLO IRISH BANK CORPORATION PLC C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ. 405 LEXINGTON AVENUE - 7TH FLOOR NEW YORK, NY 10174 | 15655 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,197,194.86 | Lehman Brothers Holdings Inc. | Unsecured | $1,077,475.37 |
| 3 | BAYVIEW FINANCIAL, L.P. ATTN: MICHAEL GUSS, ESQ. 4425 PONCE DE LEON BLVD. CORAL GABLES, FL 33146 | 67021 | 08/13/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $291,016.26* | Lehman Brothers Special Financing Inc. | Unsecured | $291,016.26 |
| 4 | BP CANADA ENERGY COMPANY KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK, NY 10178 | 17544 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,834,441.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,834,441.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | BP CANADA ENERGY COMPANY KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK, NY 10178 | 17551 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,834,441.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $2,834,441.00 |
| 6 | BP CORPORATION NORTH AMERICA INC. KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17552 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $22,786,380.00* | Lehman Brothers Holdings Inc. | Unsecured | $22,786,380.00 |
| 7 | BP CORPORATION NORTH AMERICA INC. KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17553 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $22,786,380.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $22,786,380.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|---------|-------|--------|---------|-------|--------|
| 8 | BP GAS MARKETING LIMITED KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17545 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,755,730.65* | Lehman Brothers Commodity Services Inc. | Unsecured | $3,755,730.65 |
| 9 | BP GAS MARKETING LIMITED KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK, NY 10178 | 17546 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,755,730.65* | Lehman Brothers Holdings Inc. | Unsecured | $3,755,730.65 |
| 10 | BP MASTER TRUST FOR EMPLOYEE PENSION PLANS BLACK ROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 67491 | 05/18/2011 | Lehman Brothers Holdings Inc. | Unsecured | $1,972,122.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,972,122.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 66801 | 06/07/2010 | Lehman Brothers Holdings Inc. | Unsecured | $10,546,250.00* | Lehman Brothers Holdings Inc. | Unsecured | $10,546,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,440,000.00* | | | $4,440,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $8,051,250.00* | | | $8,051,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,462,500.00* | | | $4,462,500.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: HUDSON BAY MASTER FUND LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE 30TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 66802 | 06/07/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $10,546,250.00* | Lehman Brothers Special Financing Inc. | Unsecured | $10,546,250.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,440,000.00* | | | $4,440,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $8,051,250.00* | | | $8,051,250.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | | | | | $4,462,500.00* | | | $4,462,500.00 | |
| TRANSFERRED TO: HUDSON BAY MASTER FUND LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE., 30TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66652[1] | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00 |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,480,480.00* | | | $4,480,480.00 |

---

[1] Claim 66652 has been asserted in the amount of $16,000,000 plus unliquidated amounts.  Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66652 asserting a claim totaling $16,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Special Situations Fund, L.P., LBSF, and LBHI.  The portion of Claim 66652 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of February 26, 2008 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66652 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|----------------|--------|--------|----------------|--------|
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,519,520.00* | | | $3,519,520.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66653[2] | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

---

[2] Claim 66653 has been asserted in the amount of $264,000,000 plus unliquidated amounts.  Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66653 asserting a claim totaling $264,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Master Fund I, Ltd., LBSF, and LBHI.  The portion of Claim 66653 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of December 18, 2007 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66653 are reserved.

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: CFIP MASTER FUND, LTD TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $25,000,000.00* | | | $25,000,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $6,086,400.00* | | | $6,086,400.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $2,412,900.00* | | | | $2,412,900.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,087,100.00* | | | | $1,087,100.00 |
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | | $1,500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts          Page 12 of 51

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|-------|---------|--------|-------|---------|
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,964,000.00* | | | $4,964,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|-----------------|--------|-------|-----------------|
| **TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065** | | | | | $5,036,000.00* | | | $5,036,000.00 |
| **TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022** | | | | | $7,875,000.00* | | | $7,875,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: ETON PARK MASTER FUND, LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK, NY 10022 | | | | | | $14,625,000.00* | | | $14,625,000.00 |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | | $3,400,000.00* | | | $3,400,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | | $1,500,000.00* | | | $1,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|----------------|-----------------|-----------------|----------------|-----------------|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,087,100.00* | | | $1,087,100.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $2,412,900.00* | | | $2,412,900.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | | $25,000,000.00* | | | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | | $7,500,000.00* | | | $7,500,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | | $986,000.00* | | | $986,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: SPCP GROUP,LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $10,000,000.00* | | | $10,000,000.00 | |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,215,000.00* | | | $1,215,000.00 | |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,784,000.00* | | | $1,784,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |
| TRANSFERRED TO: YORK GLOBAL FINANCE BDH, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | | | | | $38,000,000.00* | | | $38,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| **TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201** | | | | | $5,000,000.00* | | | $5,000,000.00 |
| **TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201** | | | | | $15,000,000.00* | | | $15,000,000.00 |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH, CT 06830** | | | | | $1,015,000.00* | | | $1,015,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | | $0.00 |
| TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED, ATTN: ABI RIEHL KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | | | | | $20,000,000.00* | | | | $20,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,913,600.00* | | | $3,913,600.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $1,120,120.00* | | | $1,120,120.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BA NK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | | $879,880.00* | | | $879,880.00 |
| TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | | $2,000,000.00* | | | $2,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $8,152,000.00* | | | $8,152,000.00 |
| TRANSFERRED TO: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $287,000.00* | | | $287,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|-----------------|--------|-------|-----------------|
| TRANSFERRED TO: WATERSTONE MF FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $1,561,000.00* | | | $1,561,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66654[3] | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00 |
| | TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,480,480.00* | | | $4,480,480.00 |

---

[3] Claim 66654 has been asserted in the amount of $16,000,000 plus unliquidated amounts. Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66654 asserting a claim totaling $16,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Special Situations Fund, L.P., LBSF, and LBHI. The portion of Claim 66654 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of February 26, 2008 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66654 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS SPECIAL SITUATONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,519,520.00* | | | $3,519,520.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66655[4] | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH  TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

[4] Claim 66655 has been asserted in the amount of $264,000,000 plus unliquidated amounts.  Pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims, only the portion of Claim 66655 asserting a claim totaling $264,000,000 against Lehman Brothers Holdings Inc. ("LBHI") is being allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Master Fund I, Ltd., LBSF, and LBHI.  The portion of Claim 66655 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of December 18, 2007 is not being allowed pursuant to, or being affected by, the Two Hundred Fifty-First Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 66655 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **CLAIM #** | **FILED DATE** | **DEBTOR** | **CLASS** | **AMOUNT** | **DEBTOR** | | **CLASS** | **AMOUNT** |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P.ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $6,086,400.00* | | | | $6,086,400.00 |
| TRANSFERRED TO: CFIP MASTER FUND LIMITED TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEYC/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE CHICAGO, IL 60606 | | | | | $25,000,000.00* | | | | $25,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $2,412,900.00* | | | $2,412,900.00 |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,087,100.00* | | | $1,087,100.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,500,000.00* | | | $1,500,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $3,913,600.00* | | | $3,913,600.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $5,036,000.00* | | | $5,036,000.00 | |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLCATTN: LEGAL DEPARTMEN T71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | $15,000,000.00* | | | $15,000,000.00 | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | | $7,875,000.00* | | | $7,875,000.00 | |
| TRANSFERRED TO: ETON PARK MASTER FUND, LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK, NY 10022 | | | | | $14,625,000.00* | | | $14,625,000.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | | | $3,400,000.00* | | | $3,400,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | | $2,412,900.00* | | | $2,412,900.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | | $1,500,000.00* | | | $1,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,087,100.00* | | | $1,087,100.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | | $7,500,000.00* | | | $7,500,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLCC/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $25,000,000.00* | | | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,215,000.00* | | | $1,215,000.00 |
| **TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830** | | | | | $1,784,000.00* | | | $1,784,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|-----------------|--------|-------|-----------------|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $986,000.00* | | | $986,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | | $1,015,000.00* | | | $1,015,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|----------------|--------|--------|----------------|--------|
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A.AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS GREENWICH, CT 06830 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | $5,000,000.00* | | | $5,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | DEBTOR | CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|-------|-----------------|--------|-------|-----------------|
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: YORK GLOBAL FINANCE BDH, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENTATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | | | | | $38,000,000.00* | | | $38,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $5,000,000.00* | | | $5,000,000.00 |
| TRANSFERRED TO: HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $0.00* | | | $0.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED, ATTN: ABI RIEHL KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD | | | | | $20,000,000.00* | | | $20,000,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $879,880.00* | | | $879,880.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|---------|--------|--------|-------|--------|
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $1,120,120.00* | | | $1,120,120.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A.C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | | $4,964,000.00* | | | $4,964,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | ASSERTED | | | MODIFIED | |
| TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $2,000,000.00* | | | $2,000,000.00 |
| TRANSFERRED TO: WATERSTONE MF FUND, LTD. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $1,561,000.00* | | | $1,561,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
| TRANSFERRED TO: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $8,152,000.00* | | | | $8,152,000.00 |
| TRANSFERRED TO: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH, MN 55447 | | | | | $287,000.00* | | | | $287,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN, GERMANY | 12880 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $44,949,822.43* | Lehman Brothers Special Financing Inc. | Unsecured | $22,800,000.00 |
| 18 | LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN, GERMANY | 12895 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $44,949,822.43* | Lehman Brothers Holdings Inc. | Unsecured | $22,800,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | 66799 | 06/07/2010 | Lehman Brothers Holdings Inc. | Unsecured | $24,000,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $24,000,000.00 |
| | TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RAPH POSNER C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $5,000,000.00* | | | $5,000,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 | |
| TRANSFERRED TO: STONE LION PORTFOLIO LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 | |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $10,000,000.00* | | | $10,000,000.00 | |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | 66800 | 06/07/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $24,000,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $24,000,000.00 |
| | TRANSFERRED TO: MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RAPH POSNER C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. 520 MADISON AVENUE, 35TH FLOOR NEW YORK, NY 10022-4213 | | | | | $5,000,000.00* | | | $5,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $15,000,000.00* | | | $15,000,000.00 |
| TRANSFERRED TO: STONE LION PORTFOLIO LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTHE AVENUE, 14TH FLOOR NEW YORK, NY 10017 | | | | | $10,000,000.00* | | | $10,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $10,000.000.00* | | | $10,000.000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 21 | MZ57, L.L.C. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED P.O. BOX 8301 NEW YORK, NY 10150 | 18800 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $783,143.84* | Lehman Brothers Special Financing Inc. | Unsecured | $500,000.00 |
| | TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK SURREY, KT11 2PD UNITED KINGDOM | | | | | $783,143.83* | | | $500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 251: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 22 | MZ57, L.L.C. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED P.O. BOX 8301 NEW YORK, NY 10150 | 18801 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $803,469.83* | Lehman Brothers Holdings Inc. | Unsecured | $500,000.00 |
| | TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK SURREY, KT11 2PD UNITED KINGDOM | | | | | $803,469.84* | | | $500,000.00 |
| | | | | | TOTAL | $919,483,503.48 | | TOTAL | $873,771,192.30 |