# **Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 253: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NORTHERN ROCK PLC NORTHERN ROCK HOUSE GOSFORTH ATTN: COLIN TAYLOR NEWCASTLE UPON TYNE, NE3 4PL UNITED KINGDOM | 18574 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,558,606.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,978,212.99 |
| | | | | | TOTAL | $3,558,606.00 | | TOTAL | $2,978,212.99 |

\* - Indicates claim contains unliquidated and/or undetermined amounts   Page 1 of 1

# **Exhibit 2**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 253: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANCA ITALEASE S.P.A<br>C/O LOVELLS STUDIO LEGALE<br>ATTN: FEDERICO DEL MONTE<br>VIA SANTA MARIA ALLA PORTA 2<br>MILAN, 20123<br>ITALY | 30707 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,163,384.15 | Lehman Brothers Special Financing Inc. | Unsecured | $3,558,271.79 |
| 2 | NATIONAL GRID PLC<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: J. GREGORY ST. CLAIR, ESQ<br>BENNETT S. SILVERBERG, ESQ.<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036 | 17622 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $17,638,220.81 | Lehman Brothers Commodity Services Inc. | Unsecured | $15,874,398.73 |
| 3 | RTE-CNES<br>ATTN: ELISA EA<br>2054, BOULEVARD ANATOLE FRANCE<br>SAINT - DENIS<br>CEDEX, 93206<br>FRANCE | 23616 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,796,053.85* | Lehman Brothers Commodity Services Inc. | Unsecured | $399,122.22 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 253: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | RTE-CNES<br>ATTN: ELISA EA<br>2054, BOULEVARD<br>ANATOLE FRANCE<br>SAINT - DENIS<br>CEDEX, 93206<br>FRANCE | 23617 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $709,823.96* | Lehman Brothers Holdings Inc. | Unsecured | $410,690.14 |
| | | | | | TOTAL | $26,307,482.77 | | TOTAL | $20,242,482.88 |