## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banca popolare dell'Emilia Romagna S.c., with registered office in Modena, via San Carlo 8/20, registered number 01153230360 ("Transferor")** unconditionally and irrevocably transferred to **Banca Fideuram S.p.a., with registered office in 00143 Roma – Italy -, piazzale Giulio Douhet 31, registered number 00714540150 ("Transferee")** all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 49737)** EURO 107,000.00 in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "**Debtor**") Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON January 25, 2012

BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.

By: _Stefano Capponi_

Name: _CAPPONI STEFANO_

Title: _BRANCH MANAGER - EXECUTIVE OFFICER_

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim n. | Date claim filed | Issuer | Units/Amount of claim related to security |
|---|---|---|---|---|
| XS0200284247 | 49737 | October 27, 2009 | Lehman Brothers Treasury Co. B.V. | Euro 107,000.00<br><br>USD 151,415.70 |

**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,         Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **BANCA FIDEURAM S.P.A.** | **BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

Court Claim # (if known): **49737**
Date Claim Filed: **OCTOBER 27, 2009**
Amount of Claim:_____

**BANCA FIDEURAM S.P.A.**
**P.LE GIULIO DOUHET, 31**
**00143 ROMA - ITALY**

Portion of Claim Transferred (see
Schedule I): **EURO 107,000.00 USD 151,415.70**

mail **dir-legale@bancafideuram.it**
Phone: **0039 06 5902 7565**
Last Four Digits of Acct #: _____

Phone: **01139 059 202 1307**
Last Four Digits of Acct. #:_____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Emanuele Castro_ (signature)                    Date: __January 25,  2012__
EMANUELE CASTRO - Legal Department
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Posteitaliane

10.02.2012 13:04

*Postaraccomandata*    € 6,35
AR
EL0402843

2/018 · 47034 FORLIMPOPOLI(FC)

FEB 21 2012

**Spett.le**
**LEHMAN BROTHERS HOLDINGS**
**CLAIM PROCESSING**
**c/o Epiq Bankruptcy Solution, LLC**
**FDR Station, P.O. Box 5296**
**New York, New York 10150-5076**



Banca popolare dell'Emilia Romagna

GRUPPO BPER

RA  5514 5720 4  IT

