United States Bankruptcy Court

Southern District of New York

In re:   Lehman Brothers Holdings, Inc., et al
Case Number 08-13555
Entity Name Lehman Brothers Holdings, Inc., et al
Entity Case Number 08-13555

Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Weinstein Living Trust** | **Tamarka Holdings Limited** |

Name and Address where notices to transferee should be sent:

**Weinstein Living Trust
90 Alton Rd Apt 1011
Miami, FL 33139**

Phone: 305-677-9230
Last Four Digits of Account #:

Name and Address where transferee payments
should be sent (if different from above)

Phone: *Same as Above*
Last Four Digits of Account #:

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Account #:

Name and Current Address of Transferor
**Tamarka Holdings Limited
281 Waterfront Drive
Wickham Cay Road Town, Tortola**

Claim Amount: **$195,000.00**
Phone:
Last Four Digits of Account #:
Court Claim # (if known): **55854**
Date Claim Filed: **10/29/2009**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Uri Weinstein                               Date: 02/17/2012
By: /s/Tamar Weinstein                          Date: 02/17/2012

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                                                                      **CLERK OF THE COURT**

January 17th, 2012

Tradition Asiel

New York

Richard Fels

RE: transfer of accounts

Weinstein Living Trust

Dear Mr. Fels

Please transfer all funds from account # 40J-031571 of Tamarka Holdings Limited to account # 40J-002135-1-03A of Weinstein Living trust.

**TRANSFER WHOLE ACCOUNT - ALL CASH & SECURITIES**

Regards

*[signature]*

Uri Weinstein

*[signature]*

Tamar Weinstein

United States Bankruptcy Court

Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al
Case Number 08-13555
Entity Name Lehman Brothers Holdings, Inc., et al
Entity Case Number 08-13555

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Weinstien Living Trust**

Name of Transferor
**Tamarka Holdings Limited**

Name and Address where notices to transferee should be sent:

Court Record Address of Transferor
(Court Use Only)

**Weinstein Living Trust
90 Alton Rd Apt 1011
Miami, FL 33139**

Phone: 305-677-9230
Last Four Digits of Account #:

Last Four Digits of Account #:

Name and Address where transferee payments
should be sent (if different from above)

Name and Current Address of Transferor
**Tamarka Holdings Limited
281 Waterfront Drive
Wickham Cay Road Town, Tortola**

Claim Amount: **$660,000.00**

Phone: *Same as Above*
Last Four Digits of Account #:

Phone:
Last Four Digits of Account #:
Court Claim # (if known): **55854**
Date Claim Filed: **10/29/2009**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Uri Weinstein
By: /s/Tamar Weinstein

Date: **02/17/2012**
Date: **02/17/2012**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

January 17th, 2012

Tradition Asiel

New York

Richard Fels

RE: transfer of accounts

Weinstein Living Trust

Dear Mr. Fels

Please transfer all funds from account # 40J-031571 of Tamarka Holdings Limited to account # 40J-002135-1-03A of Weinstein Living trust.

*TRANSFER WHOLE ACCOUNT — ALL CASH & SECURITIES*

Regards

*[signature]*

Uri Weinstein

*[signature]*

Tamar Weinstein