B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Serengeti Opportunities Partners LP</u>    <u>Barclays Bank PLC</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

Serengeti Opportunities Partners LP
c/o Serengeti Asset Management LP
632 Broadway – 12th Floor
New York, New York 10012
Telephone: 212-461-4079
Fax: 214-461-4079
Attn: Erin Finegan
Email: sam.tradeclaims@serengeti-am.com

Court Claim # (if known): <u>14962</u>
Amount of Claim Transferred: <u>$1,348,815.00 (or 30% of the claim as filed)</u>
Amount of Claim as Filed: <u>$4,496,050.00</u>
Date Claim Filed: <u>9/17/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____    Phone:_____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

712449v.1 2731/00035

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SERENGETI OPPORTUNITIES PARTNERS LP
By: Serengeti Asset Management LP,
as the Investment Adviser

Date: 2/23/12

By: _____
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

712449v.1 2731/00035

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Serengeti Opportunities Partners LP** ("Buyer"), to the extent of 30%, or $1,348,815.00, all rights, title and interest in and to the claims of Seller referenced as proof of claim number 14962 in the principal amount of $4,496,050.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special ~~Funding~~ Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 23 day of February 2012.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **SERENGETI OPPORTUNITIES PARTNERS LP**<br>By: Serengeti Asset Management LP,<br>as the Investment Adviser |
| Name: | |
| Title: Authorized Signatory<br>Gez Jordan<br>Vice President | Name:<br>Title: |

-4-

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Serengeti Opportunities Partners LP** ("Buyer"), to the extent of 30%, or $1,348,815.00, all rights, title and interest in and to the claims of Seller referenced as proof of claim number 14962 in the principal amount of $4,496,050.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other Interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 23 day of February 2012.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **SERENGETI OPPORTUNITIES PARTNERS LP**<br>By: Serengeti Asset Management LP,<br>as the Investment Adviser |
| Name:<br>Title: | Name: **Marc Baum**<br>Title: **Director** |

-4-

706517v.1 2731/00035

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Serengeti Opportunities Partners LP</u>          <u>Barclays Bank PLC</u>
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee should be sent:

Serengeti Opportunities Partners LP
c/o Serengeti Asset Management LP
632 Broadway – 12th Floor
New York, New York 10012
Telephone: 212-461-4079
Fax: 214-461-4079
Attn: Erin Finegan
Email: sam.tradeclaims@serengeti-am.com

Court Claim # (if known): <u>14961</u>
Amount of Claim Transferred: <u>$1,348,815.00 (or 30% of the claim as filed)</u>
Amount of Claim as Filed: <u>$4,496,050.00</u>
Date Claim Filed: <u>9/17/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____         Phone:_____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

712449v.1 2731/00035

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SERENGETI OPPORTUNITIES PARTNERS LP
By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____     Date: 2/23/12
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

712449v.1 2731/00035

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Serengeti Opportunities Partners LP** ("Buyer"), to the extent of 30%, or $1,348,815.00, all rights, title and interest in and to the claims of Seller referenced as proof of claim number 14961 in the principal amount of $4,496,050.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 2⅔ day of February 2012.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **SERENGETI OPPORTUNITIES PARTNERS LP**<br>By: Serengeti Asset Management LP,<br>as the Investment Adviser |
| *[signature]*<br>Authorized Signatory<br>Gez Jordan<br>Vice President | |
| Name:<br>Title: | Name:<br>Title: |

-6-

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Serengeti Opportunities Partners LP** ("Buyer"), to the extent of 30%, or $1,348,815.00, all rights, title and interest in and to the claims of Seller referenced as proof of claim number 14961 in the principal amount of $4,496,050.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 2?  day of February, 2012.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **SERENGETI OPPORTUNITIES PARTNERS LP** <br> By: Serengeti Asset Management LP, <br> as the Investment Adviser |
| Name: <br> Title: | Name:  **Marc Baum** <br> Title:  **Director** |

-6-

706517v.1 2731/00035