Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M$^c$Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                          Debtors.                           :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  SS.:
COUNTY OF NEW YORK       )

JACQUELINE BREWSTER, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 17th of February 2012, I caused a copy of the following document:

*Statement of Official Committee of Unsecured Creditors in Support of Motion by Lehman Brothers Holdings Inc. for Authority to Use Non-Cash Assets In Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 804 of The Debtors' Confirmed Joint Chapter 11 Plan*, [**DI 25546**],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail and,

On the 21st of February 2012, I caused a copy of the same document,

to be served upon the parties identified on Exhibit B attached hereto by FedEx for next business day delivery, and to be delivered and be served upon the parties identified on Exhibit C by hand delivery.

/s/ Jacqueline Brewster
JACQUELINE BREWSTER

SWORN TO AND SUBSCRIBED before me this 22nd of February 2012

/s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Commission Expires September 18, 2014

2

## Exhibit A

'aaaronson@dilworthlaw.com'; 'aalfonso@willkie.com'; 'abeaumont@fklaw.com'; 'abraunstein@riemerlaw.com'; 'acaton@kramerlevin.com'; 'acker@chapman.com'; 'adam.brezine@hro.com'; 'adarwin@nixonpeabody.com'; 'Adiamond@DiamondMcCarthy.com'; 'aeckstein@blankrome.com'; 'aentwistle@entwistle-law.com'; 'afriedman@irell.com'; 'agbanknewyork@ag.tn.gov'; 'aglenn@kasowitz.com'; 'agold@herrick.com'; 'agoldstein@tnsj-law.com'; 'ahammer@freebornpeters.com'; 'aisenberg@saul.com'; 'akantesaria@oppenheimerfunds.com'; 'akolod@mosessinger.com'; 'akornikova@lcbf.com'; 'alum@ftportfolios.com'; 'amarder@msek.com'; 'amartin@sheppardmullin.com'; 'AMcMullen@BoultCummings.com'; 'amenard@tishmanspeyer.com'; 'anann@foley.com'; 'Andrew.Brozman@cliffordchance.com'; 'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'ann.reynaud@shell.com'; 'anthony_boccanfuso@aporter.com'; 'aoberry@bermanesq.com'; 'aostrow@beckerglynn.com'; 'apo@stevenslee.com'; 'aquale@sidley.com'; 'araboy@cov.com'; 'arahl@reedsmith.com'; 'arheaume@riemerlaw.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com'; 'arthur.rosenberg@hklaw.com'; 'arwolf@wlrk.com'; 'aseuffert@lawpost-nyc.com'; 'ashaffer@mayerbrown.com'; 'ashmead@sewkis.com'; 'asnow@ssbb.com'; 'aunger@sidley.com'; 'austin.bankruptcy@publicans.com'; 'avenes@whitecase.com'; 'azylberberg@whitecase.com'; 'bankr@zuckerman.com'; 'bankruptcy@goodwin.com'; 'bankruptcy@morrisoncohen.com'; 'bankruptcy@ntexas-attorneys.com'; 'bankruptcymatters@us.nomura.com'; 'barbra.parlin@hklaw.com'; 'bbisignani@postschell.com'; 'bcarlson@co.sanmateo.ca.us'; 'bdk@schlamstone.com'; 'bguiney@pbwt.com'; 'bill.freeman@pillsburylaw.com'; 'bkmail@prommis.com'; 'bmanne@tuckerlaw.com'; 'BMiller@mofo.com'; 'boneill@kramerlevin.com'; 'Brian.Corey@greentreecreditsolutions.com'; 'brosenblum@jonesday.com'; 'broy@rltlawfirm.com'; 'bstrickland@wtplaw.com'; 'btrust@mayerbrown.com'; 'bturk@tishmanspeyer.com'; 'bwolfe@sheppardmullin.com'; 'bzabarauskas@crowell.com'; 'cahn@clm.com'; 'calbert@reitlerlaw.com'; 'canelas@pursuitpartners.com'; 'carol.weinerlevy@bingham.com'; 'cbelisle@wfw.com'; 'cbelmonte@ssbb.com'; 'cbrotstein@bm.net'; 'cdesiderio@nixonpeabody.com'; 'cgoldstein@stcwlaw.com'; 'chammerman@paulweiss.com'; 'chardman@klestadt.com'; 'charles@filardi-law.com'; 'charles_malloy@aporter.com'; 'chipford@parkerpoe.com'; 'chris.donoho@lovells.com'; 'christopher.schueller@bipc.com'; 'clarkb@sullcrom.com'; 'clynch@reedsmith.com'; 'cmontgomery@salans.com'; 'cohenr@sewkis.com'; 'colea@gtlaw.com'; 'cousinss@gtlaw.com'; 'cp@stevenslee.com'; 'cpappas@dilworthlaw.com'; 'craig.goldblatt@wilmerhale.com'; 'crmomjian@attorneygeneral.gov'; 'cs@stevenslee.com'; 'csalomon@beckerglynn.com'; 'cschreiber@winston.com'; 'cshore@whitecase.com'; 'cshulman@sheppardmullin.com'; 'ctatelbaum@adorno.com'; 'cwalsh@mayerbrown.com'; 'cward@polsinelli.com'; 'cweber@ebg-law.com'; 'cweiss@ingramllp.com'; 'dallas.bankruptcy@publicans.com'; 'daniel.guyder@allenovery.com'; 'dave.davis@isgria.com'; 'david.bennett@tklaw.com';

'david.crichlow@pillsburylaw.com'; 'david.heller@lw.com';
'david.powlen@btlaw.com'; 'david.seligman@kirkland.com'; 'davids@blbglaw.com';
'davidwheeler@mvalaw.com'; 'dbalog@intersil.com'; 'dbarber@bsblawyers.com';
'dbaumstein@whitecase.com'; 'dbesikof@loeb.com'; 'dcimo@gjb-law.com';
'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com'; 'ddavis@paulweiss.com';
'ddrebsky@nixonpeabody.com'; Dunne, Dennis; 'deggermann@kramerlevin.com';
'deggert@freebornpeters.com'; 'demetra.liggins@tklaw.com';
'deryck.palmer@cwt.com'; 'dfelder@orrick.com'; 'dflanigan@polsinelli.com';
'dgrimes@reedsmith.com'; 'dhayes@mcguirewoods.com'; 'dheffer@foley.com';
'diconzam@gtlaw.com'; 'djoseph@stradley.com'; 'dkleiner@velaw.com';
'dkozusko@willkie.com'; 'dlemay@chadbourne.com'; 'dlipke@vedderprice.com';
'dludman@brownconnery.com'; 'dmcguire@winston.com'; 'dmurray@jenner.com';
'dneier@winston.com'; O'Donnell, Dennis C.; 'dove.michelle@dorsey.com';
'dowd.mary@arentfox.com'; 'dpegno@dpklaw.com'; 'draelson@fisherbrothers.com';
'dravin@wolffsamson.com'; 'drose@pryorcashman.com'; 'drosenzweig@fulbright.com';
'drosner@goulstonstorrs.com'; 'drosner@kasowitz.com'; 'dshaffer@wtplaw.com';
'dshemano@pwkllp.com'; 'dspelfogel@foley.com'; 'dtatge@ebglaw.com';
'dtheising@harrisonmoberly.com'; 'dwdykhouse@pbwt.com'; 'dwildes@stroock.com';
'dworkman@bakerlaw.com'; 'easmith@venable.com'; 'echang@steinlubin.com';
'ecohen@russell.com'; Fleck, Evan; 'efriedman@fklaw.com';
'efriedman@friedumspring.com'; 'egeekie@schiffhardin.com'; 'eglas@mccarter.com';
'ehollander@whitecase.com'; 'ekbergc@lanepowell.com'; 'elevin@lowenstein.com';
'eli.mattioli@klgates.com'; 'ellen.halstead@cwt.com'; 'emerberg@mayerbrown.com';
'enkaplan@kaplanlandau.com'; 'eobrien@sbchlaw.com'; 'erin.mautner@bingham.com';
'eschaffer@reedsmith.com'; 'eschwartz@contrariancapital.com'; 'esmith@dl.com';
'etillinghast@sheppardmullin.com'; 'ezujkowski@emmetmarvin.com';
'ezweig@optonline.net'; 'fbp@ppgms.com'; 'feldsteinh@sullcrom.com';
'ffm@bostonbusinesslaw.com'; 'fhyman@mayerbrown.com'; 'foont@foontlaw.com';
'francois.janson@hklaw.com'; 'fsosnick@shearman.com'; 'fyates@sonnenschein.com';
'gabriel.delvirginia@verizon.net'; Bray, Gregory; 'geraci@thalergertler.com';
'ggitomer@mkbattorneys.com'; 'ggoodman@foley.com';
'giddens@hugheshubbard.com'; 'gkaden@goulstonstorrs.com';
'glenn.siegel@dechert.com'; 'gmoss@riemerlaw.com'; 'gravert@ravertpllc.com';
'gspilsbury@jsslaw.com'; 'guzzi@whitecase.com'; 'harrisjm@michigan.gov';
'harveystrickon@paulhastings.com'; 'hbeltzer@mayerbrown.com';
'heim.steve@dorsey.com'; 'heiser@chapman.com';
'hollace.cohen@troutmansanders.com'; 'holsen@stroock.com';
'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com';
'hsteel@brownrudnick.com'; 'icatto@mwe.com'; 'igoldstein@dl.com';
'ilevee@lowenstein.com'; 'info2@normandyhill.com'; 'ira.herman@tklaw.com';
'isgreene@hhlaw.com'; 'israel.dahan@cwt.com'; 'iva.uroic@dechert.com';
'jacobsonn@sec.gov'; 'james.mcclammy@dpw.com'; 'james.sprayregen@kirkland.com';
'jamestecce@quinnemanuel.com'; 'jamie.nelson@dubaiic.com';
'jar@outtengolden.com'; 'jason.jurgens@cwt.com'; 'jay.hurst@oag.state.tx.us';
'jay@kleinsolomon.com'; 'Jbecker@wilmingtontrust.com'; 'jbeemer@entwistle-law.com'; 'jbeiers@co.sanmateo.ca.us'; 'jbird@polsinelli.com'; 'jbromley@cgsh.com';

4

'jcarberry@cl-law.com'; 'jchristian@tobinlaw.com'; 'jdoran@haslaw.com'; 'Jdrucker@coleschotz.com'; 'jdyas@halperinlaw.net'; 'jean-david.barnea@usdoj.gov'; 'jeanites@whiteandwilliams.com'; 'jeannette.boot@wilmerhale.com'; 'jeff.wittig@coair.com'; 'jeffery.black@bingham.com'; 'jeffrey.sabin@bingham.com'; 'jeldredge@velaw.com'; 'jen.premisler@cliffordchance.com'; 'jennifer.demarco@cliffordchance.com'; 'jennifer.gore@shell.com'; 'jeremy.eiden@ag.state.mn.us'; 'jfalgowski@reedsmith.com'; 'jflaxer@golenbock.com'; 'jfox@joefoxlaw.com'; 'jfreeberg@wfw.com'; 'jg5786@att.com'; 'jgenovese@gjb-law.com'; 'jguy@orrick.com'; 'jherzog@gklaw.com'; 'jhiggins@fdlaw.com'; 'jhorgan@phxa.com'; 'jhuggett@margolisedelstein.com'; 'jhuh@ffwplaw.com'; 'jim@atkinslawfirm.com'; 'jjoyce@dresslerpeters.com'; 'jjtancredi@daypitney.com'; 'jjureller@klestadt.com'; 'jkehoe@btkmc.com'; 'jlamar@maynardcooper.com'; 'jlawlor@wmd-law.com'; 'jlee@foley.com'; 'jlevitin@cahill.com'; 'jlipson@crockerkuno.com'; 'jlovi@steptoe.com'; 'jlscott@reedsmith.com'; 'jmaddock@mcguirewoods.com'; 'jmakower@tnsj-law.com'; 'jmazermarino@msek.com'; 'jmcginley@wilmingtontrust.com'; 'jmelko@gardere.com'; 'jmerva@fult.com'; 'jmmurphy@stradley.com'; 'jmr@msf-law.com'; 'jnadritch@olshanlaw.com'; 'jnm@mccallaraymer.com'; 'john.monaghan@hklaw.com'; 'john.rapisardi@cwt.com'; 'jorbach@hahnhessen.com'; 'Joseph.Cordaro@usdoj.gov'; 'joshua.dorchak@bingham.com'; 'jowen769@yahoo.com'; 'jowolf@law.nyc.gov'; 'joy.mathias@dubaiic.com'; 'JPintarelli@mofo.com'; 'jporter@entwistle-law.com'; 'jprol@lowenstein.com'; 'jrabinowitz@rltlawfirm.com'; 'jrsmith@hunton.com'; 'jschwartz@hahnhessen.com'; 'jsheerin@mcguirewoods.com'; 'jshickich@riddellwilliams.com'; 'jsmairo@pbnlaw.com'; 'jstoll@mayerbrown.com'; 'jsullivan@mosessinger.com'; 'jteitelbaum@tblawllp.com'; 'jtimko@shutts.com'; 'jtougas@mayerbrown.com'; 'judy.morse@crowedunlevy.com'; 'jvail@ssrl.com'; 'jwallack@goulstonstorrs.com'; 'jwang@sipc.org'; 'jwcohen@daypitney.com'; 'jweiss@gibsondunn.com'; 'jwest@velaw.com'; 'jwh@njlawfirm.com'; 'kanema@formanlaw.com'; 'karen.wagner@dpw.com'; 'KDWBankruptcyDepartment@kelleydrye.com'; 'keckhardt@hunton.com'; 'keith.simon@lw.com'; 'Ken.Coleman@allenovery.com'; 'ken.higman@hp.com'; 'kerry.moynihan@hro.com'; 'kgwynne@reedsmith.com'; 'kiplok@hugheshubbard.com'; 'kjarashow@fklaw.com'; 'kkelly@ebglaw.com'; 'kkolbig@mosessinger.com'; 'klyman@irell.com'; 'klynch@formanlaw.com'; 'kmayer@mccarter.com'; 'kobak@hugheshubbard.com'; 'korr@orrick.com'; 'kovskyd@pepperlaw.com'; 'kpiper@steptoe.com'; 'kressk@pepperlaw.com'; 'KReynolds@mklawnyc.com'; 'krosen@lowenstein.com'; 'kuehn@bragarwexler.com'; 'kurt.mayr@bgllp.com'; 'lacyr@sullcrom.com'; 'Landon@StreusandLandon.com'; 'lapeterson@foley.com'; 'lathompson@co.sanmateo.ca.us'; 'lberkoff@moritthock.com'; 'Lee.Stremba@troutmansanders.com'; 'lgotko@fklaw.com'; 'lgranfield@cgsh.com'; 'lhandelsman@stroock.com'; 'linda.boyle@twtelecom.com'; 'lisa.ewart@wilmerhale.com'; 'lisa.kraidin@allenovery.com'; 'LJKotler@duanemorris.com'; 'lkatz@ltblaw.com'; 'lmarinuzzi@mofo.com'; 'Lmay@coleschotz.com'; 'lmcgowen@orrick.com'; 'lml@ppgms.com'; 'lnashelsky@mofo.com'; 'loizides@loizides.com'; 'lromansic@steptoe.com'; 'lscarcella@farrellfritz.com'; 'lschweitzer@cgsh.com';

'lsilverstein@potteranderson.com'; 'lubell@hugheshubbard.com';
'lwhidden@salans.com'; 'mabrams@willkie.com'; 'MAOFILING@CGSH.COM';
'Marc.Chait@SC.com'; 'margolin@hugheshubbard.com'; 'mark.bane@ropesgray.com';
'mark.deveno@bingham.com'; 'mark.ellenberg@cwt.com'; 'mark.ellenberg@cwt.com';
'mark.sherrill@sutherland.com'; 'martin.davis@ots.treas.gov';
'Marvin.Clements@ag.tn.gov'; 'matt@willaw.com'; 'matthew.klepper@dlapiper.com';
'maustin@orrick.com'; 'max.polonsky@skadden.com'; 'mbenner@tishmanspeyer.com';
'mberman@nixonpeabody.com'; 'mberman@nixonpeabody.com';
'mbienenstock@dl.com'; 'mbloemsma@mhjur.com'; 'mbossi@thompsoncoburn.com';
'mcademartori@sheppardmullin.com'; 'mccombst@sullcrom.com';
'mcordone@stradley.com'; 'mcto@debevoise.com'; 'mcyganowski@oshr.com';
'mdahlman@kayescholer.com'; 'mdorval@stradley.com'; 'melorod@gtlaw.com';
'meltzere@pepperlaw.com'; 'metkin@lowenstein.com'; 'mfeldman@willkie.com';
'mgordon@briggs.com'; 'mgreger@allenmatkins.com'; 'mh1@mccallaraymer.com';
'mharris@smsm.com'; 'mhopkins@cov.com'; 'michael.frege@cms-hs.com';
'michael.kelly@monarchlp.com'; 'michael.kim@kobrekim.com';
'michael.mccrory@btlaw.com'; 'michael.reilly@bingham.com';
'millee12@nationwide.com'; 'miller@taftlaw.com';
'mimi.m.wong@irscounsel.treas.gov'; 'mitchell.ayer@tklaw.com';
'mjacobs@pryorcashman.com'; 'mjedelman@vedderprice.com';
'MJR1@westchestergov.com'; 'mkjaer@winston.com'; 'mlahaie@akingump.com';
'MLandman@lcbf.com'; 'mlichtenstein@crowell.com'; 'mlynch2@travelers.com';
'mmendez@hunton.com'; 'mmooney@deilylawfirm.com'; 'mmorreale@us.mufg.jp';
'mneier@ibolaw.com'; 'monica.lawless@brookfieldproperties.com';
'mpage@kelleydrye.com'; 'mparry@mosessinger.com';
'mpomerantz@julienandschlesinger.com'; 'mprimoff@kayescholer.com';
'mpucillo@bermanesq.com'; 'mrosenthal@gibsondunn.com';
'mruetzel@whitecase.com'; 'mschimel@sju.edu';
'mschlesinger@julienandschlesinger.com'; 'msegarra@mayerbrown.com';
'mshiner@tuckerlaw.com'; 'msiegel@brownrudnick.com'; 'msolow@kayescholer.com';
'mspeiser@stroock.com'; 'mstamer@akingump.com'; 'mvenditto@reedsmith.com';
'mwarren@mtb.com'; 'ncoco@mwe.com'; 'neal.mann@oag.state.ny.us';
'ned.schodek@shearman.com'; 'neilberger@teamtogut.com'; 'newyork@sec.gov';
'nfurman@scottwoodcapital.com'; 'Nherman@morganlewis.com'; 'nissay_10259-0154@mhmjapan.com'; 'nlepore@schnader.com'; 'notice@bkcylaw.com';
'oipress@travelers.com'; 'omeca.nedd@lovells.com'; 'otccorpactions@finra.org';
Aronzon, Paul S.; 'patrick.oh@freshfields.com'; 'paul.turner@sutherland.com';
'pbattista@gjb-law.com'; 'pbosswick@ssbb.com'; 'pdublin@akingump.com';
'peisenberg@lockelord.com'; 'peter.gilhuly@lw.com';
'peter.macdonald@wilmerhale.com'; 'peter.simmons@friedfrank.com';
'peter@bankrupt.com'; 'pfeldman@oshr.com'; 'phayden@mcguirewoods.com';
'pmaxcy@sonnenschein.com'; 'ppascuzzi@ffwplaw.com'; 'ppatterson@stradley.com';
'psp@njlawfirm.com'; 'ptrain-gutierrez@kaplanlandau.com'; 'ptrostle@jenner.com';
'pwright@dl.com'; 'r.stahl@stahlzelloe.com'; 'raj.madan@bingham.com';
'rajohnson@akingump.com'; 'ramona.neal@hp.com'; 'ranjit.mather@bnymellon.com';
'raul.alcantar@ropesgray.com'; 'rbeacher@pryorcashman.com'; 'rbyman@jenner.com';

6

'rdaversa@orrick.com'; 'relgidely@gjb-law.com'; 'rfleischer@pryorcashman.com';
'rfrankel@orrick.com'; 'rfriedman@silvermanacampora.com'; 'rgmason@wlrk.com';
'rgraham@whitecase.com'; 'rhett.campbell@tklaw.com'; 'richard.lear@hklaw.com';
'richard.levy@lw.com'; 'richard.tisdale@friedfrank.com'; 'richard@rwmaplc.com';
'ritkin@steptoe.com'; 'RJones@BoultCummings.com'; 'rleek@HodgsonRuss.com';
'RLevin@cravath.com'; 'rmatzat@hahnhessen.com'; 'rmcneill@potteranderson.com';
'rnetzer@willkie.com'; 'robert.bailey@bnymellon.com';
'robert.dombroff@bingham.com'; 'robert.henoch@kobrekim.com';
'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov'; 'robertdakis@quinnemanuel.com';
'Robin.Keller@Lovells.com'; 'roger@rnagioff.com'; 'ronald.silverman@bingham.com';
'ross.martin@ropesgray.com'; 'rqureshi@reedsmith.com'; 'rrainer@wmd-law.com';
'rreid@sheppardmullin.com'; 'rrigolosi@smsm.com'; 'rroupinian@outtengolden.com';
'rrussell@andrewskurth.com'; 'rterenzi@stcwlaw.com'; 'RTrust@cravath.com';
'russj4478@aol.com'; 'rwasserman@cftc.gov'; 'rwyron@orrick.com';
's.minehan@aozorabank.co.jp'; 'sabin.willett@bingham.com';
'sabramowitz@velaw.com'; 'SABVANROOY@HOTMAIL.COM';
'sagolden@hhlaw.com'; 'Sally.Henry@skadden.com'; 'sandyscafaria@eaton.com';
'Sara.Tapinekis@cliffordchance.com'; 'scargill@lowenstein.com';
'schannej@pepperlaw.com'; 'Schepis@pursuitpartners.com';
'schnabel.eric@dorsey.com'; 'schristianson@buchalter.com';
'schwartzmatthew@sullcrom.com'; 'scottshelley@quinnemanuel.com';
'scousins@armstrongteasdale.com'; 'sdnyecf@dor.mo.gov'; 'sean@blbglaw.com';
'sehlers@armstrongteasdale.com'; 'seichel@crowell.com'; 'sfelderstein@ffwplaw.com';
'sfineman@lchb.com'; 'sfox@mcguirewoods.com'; 'sgordon@cahill.com';
'sgubner@ebg-law.com'; 'shannon.nagle@friedfrank.com'; 'sharbeck@sipc.org';
'shari.leventhal@ny.frb.org'; 'shgross5@yahoo.com'; 'sidorsky@butzel.com';
'slerman@ebglaw.com'; 'slerner@ssd.com'; 'slevine@brownrudnick.com';
'SLoden@DiamondMcCarthy.com'; 'smayerson@ssd.com'; 'smillman@stroock.com';
'smulligan@bsblawyers.com'; 'snewman@katskykorins.com'; 'sory@fdlaw.com';
'spiotto@chapman.com'; 'splatzer@platzerlaw.com'; 'squigley@lowenstein.com';
'SRee@lcbf.com'; 'sschultz@akingump.com'; 'sselbst@herrick.com';
'sshimshak@paulweiss.com'; 'sskelly@teamtogut.com'; 'sstarr@starrandstarr.com';
'steele@lowenstein.com'; 'stephen.cowan@dlapiper.com'; 'steve.ginther@dor.mo.gov';
'steven.troyer@commerzbank.com'; 'steven.wilamowsky@bingham.com';
'Streusand@StreusandLandon.com'; 'susan.schultz@newedgegroup.com';
'susheelkirpalani@quinnemanuel.com'; 'sweyl@haslaw.com';
'swolowitz@mayerbrown.com'; 'szuch@wiggin.com'; 'tannweiler@greerherz.com';
'tarbit@cftc.gov'; 'tbrock@ssbb.com'; 'tdewey@dpklaw.com';
'tduffy@andersonkill.com'; 'teresa.oxford@invescoaim.com'; 'TGoren@mofo.com';
'thaler@thalergertler.com'; 'thomas.califano@dlapiper.com'; 'thomas.ogden@dpw.com';
'Thomas_Noguerola@calpers.ca.gov'; 'tim.desieno@bingham.com';
'timothy.brink@dlapiper.com'; 'timothy.palmer@bipc.com'; 'tjfreedman@pbnlaw.com';
'tkarcher@dl.com'; 'tkiriakos@mayerbrown.com'; 'tlauria@whitecase.com';
'tmacwright@whitecase.com'; 'tmarrion@haslaw.com'; 'tnixon@gklaw.com';
'toby.r.rosenberg@irscounsel.treas.gov'; 'tony.davis@bakerbotts.com';
'tslome@msek.com'; 'ttracy@crockerkuno.com'; 'twheeler@lowenstein.com';

'ukreppel@whitecase.com'; 'Villa@StreusandLandon.com';
'vmilione@nixonpeabody.com'; 'vrubinstein@loeb.com';
'walter.stuart@freshfields.com'; 'wanda.goodloe@cbre.com'; 'WBallaine@lcbf.com';
'wbenzija@halperinlaw.net'; 'wchen@tnsj-law.com'; 'wcurchack@loeb.com';
'wdase@fzwz.com'; Foster Jr., Wilbur F.; 'william.m.goldman@dlapiper.com';
'wiltenburg@hugheshubbard.com'; 'wisotska@pepperlaw.com'; 'wk@pwlawyers.com';
'wmaher@wmd-law.com'; 'wmarcari@ebglaw.com'; 'wmckenna@foley.com';
'woconnor@crowell.com'; 'wsilverm@oshr.com'; 'wswearingen@llf-law.com';
'wtaylor@mccarter.com'; 'wweintraub@fklaw.com'; 'wzoberman@bermanesq.com';
'yamashiro@sumitomotrust.co.jp'; 'YUwatoko@mofo.com'

**Exhibit B**

Bryan Marsal
John Suckow
David Coles
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
45th Floor
New York, New York, 10020-1300

Harvey Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

## **Exhibit C**

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004