Deadline: February 14, 2012 at 4:00 PM (Eastern Time)

Cynthia Flackman
105 Pine Brook Road
Montville, New Jersey 07045
Telephone: (212) 476-8142 (Work)
Telephone: (973) 335-9512 (Home)

Creditor under Proof of Claim Number 4709

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
**Debtor: LEHMAN BROTHERS HOLDINGS INC**

Request for the Court to consider a "Remedy in Equity" in settlement of Claim Number 4709, as requested and submitted during the hearing on December 21, 2011, for the claim described in previous filings, in the event that the Debtor's ONE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS is sustained by the Court with respect to Claim Number 4709.

| Creditor Name and Address: | | |
|---|---|---|
| FLACKMAN, CYNTHIA | Claim Number: | 4709 |
| 105 PINE BROOK ROAD | Date Filed: | 6/1/2009 |
| MONTVILLE, NJ 07045 | Debtor: | 08-13555 |
| | Classification and Amount | UNSECURED: $46,832.00 |

**BASIS FOR THE AMOUNT OF THE CLAIM:**

This is a claim for unpaid wages, previously filed with the court as Claim Number 4709 on June 1, 2009. A portion of annual compensation was withheld for each of the years 2003 through 2007 for eventual settlement as RSU's (Restricted Stock Units) when vested.

As stated in Claim Number 4709, the amounts are documented in compensation paperwork for the years 2003 through 2007, maintained by Human Resources.

RECEIVED
FEB 14 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

Notwithstanding the fact that the Debtor's objection has aptly described the nature of equity securities and related instruments that may be broadly categorized as equity securities, the DEBTORS' ONE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS is without merit with regard to Cynthia Flackman's Claim Number 4709 because the DEBTORS' ONE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS is entirely based on the intended form of payment and does not address the substance of the liability to the creditor, Cynthia Flackman, for unpaid wages.

WHEREAS, creditor Cynthia Flackman adjusted the amount claimed to reflect the actual liability for unpaid wages rather than the RSU total as reflected in the LehmanLive RSU summary,

Whereas the compensation total presented to Cynthia Flackman in year end compensation paperwork, inclusive of compensation amounts withheld for settlement in RSU's is a reasonable market rate of compensation,

Whereas, in the opinion of the claimant, Cynthia Flackman, the debtor known as "Lehman Brothers" was an entity that "tried to do the right thing",

Whereas remedies in equity have been granted by courts throughout our nation since the beginning of our legal system,

Whereas remedies in equity are sometimes used in legal proceedings to settle claims that would harm a claimant regardless of the preponderance of evidence that may be presented to the contrary,

Cynthia Flackman, as CREDITOR UNDER CLAIM NUMBER 4709, RESPECTFULLY PETITIONS THE COURT TO GRANT A REMEDY IN EQUITY IN THE AMOUNT OF $46,832.00, IN FULL SETTLEMENT OF CLAIM NUMBER 4709.

Dated: February 13, 2012

_Cynthia Flackman_
Cynthia Flackman

105 Pine Brook Road
Montville, New Jersey 07045
Telephone: (212) 476-8142 (Work)
Telephone: (973) 335-9512 (Home)

Creditor under Proof of Claim Number 4709