9255 Short Chip Circle
Port St. Lucie, FL 34986
February 7, 2012

Honorable James M. Peck
One Bowling Green
New York, NY 10004

Dear Judge Peck:

I am in receipt of a document entitled, "Notice of Motion by Lehman Brothers Holdings Inc. for Authority to Use Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Chapter 11 Plan." The purpose of this letter is twofold. First, unfortunately, I and other of my colleagues who have received the same document cannot understand what it is all about. We are not lawyers and do not have the financial wherewithal to hire an attorney to advise us on this matter. I am writing to inform you that I cannot make an appropriate assessment of this matter because I do not understand it.

Second, by way of background, I was an employee of Lehman Brothers for over 35 years having begun my employment in August, 1968. My main concern is the potential termination of our health care benefits. While employed, I was told that if I remained with the firm until at least age 55, I could expect to receive health care benefits for life. It is my understanding that the firm still exists and will continue to do business. How then can they try to terminate what we were promised for such a long period of time?

While employed at Lehman, I was offered several jobs outside of the firm. The most recent was to work for the Chairman, Steve Case, and Vice Chairman, Ken Novack, of AOL Time Warner. Ken Novack indicated to me that their firm could match or better my salary including bonus, and give me stock options, and other perks. The only thing they could not match was the "health care benefits for life" promise. I turned down the job because of that when I was 52 years old knowing that I was only three years away from attaining that goal at Lehman Brothers which would be reachable at age 55.

Judge Peck, we implore you to help us in our quest to remain covered for medical insurance by Lehman Brothers. We were loyal to the firm for, in many cases, our entire working career. We were not the decision makers who led the firm down a dark path. We would like someone to take up our cause and insure our long-term coverage of health benefits by Lehman Brothers. I hope and pray that you can make those decisions which would help us achieve that goal.

Most sincerely,

*Marilyn Nader*

Marilyn Nader

RECEIVED
FEB 14 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

8256 Short Chip Circle
Port St. Lucie, FL 34986
February 7, 2012

Honorable James M. Peck
One Bowling Green
New York, NY 10004

Dear Judge Peck:

I am in receipt of a document entitled, "Notice of [illegible] by Lehman Brothers Holdings Inc. for Authoriz[illegible] [illegible] of the Debtors' Confirmed Third Amended [illegible] Plan". The purpose of this letter is twofold. First, unfortunately, I and other of my colleagues who have received the same document cannot understand what it is all about. We are not lawyers and do not have the financial wherewithal to hire an attorney to advise us on this matter. I am writing to inform you that I cannot make an intelligent assessment of this matter because I do not understand it.

Second, by way of background, I was an employee of Lehman Brothers for over 25 years having begun my employment in August, 1984. My main concern is the potential elimination of our health care benefits. While employed, I was told that if I remained with the firm until at least age 55 I would expect to receive health care benefits for life. It is my understanding that the firm still exists and will continue to do business. How then can they try to terminate what we were promised for such a long period of time?

While employed at Lehman I was offered several jobs outside of the firm. The most recent was to work for the Chairman, Steve Case, and Vice Chairman, Ken Novack, of AOL Time Warner. Ken Novack indicated to me that the firm would match or better my salary including bonus, and give me stock options, and other perks. The only thing they could not match was the health care benefit for life. [illegible] when I was 52 years old knowing [illegible] years away from attaining that goal at Lehman Brothers which would be reaching the age 55.

Judge Peck, we implore you to help us in our quest to remain covered for medical insurance by Lehman Brothers. We were lured by the firm to think they cared about our future working career. We were not the decision makers [illegible] into a dark path. We would like someone to take up our cause and honor our long term coverage of health care benefits we were promised. I hope and pray that you can make a wise decision which would help us achieve that goal.

Most sincerely,

[signature]

Marilyn [illegible]