Attention Mr. James M. Peck
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY10004
United States of America

K. Norimatsu
14 — 10 — 306 Suzurandai —
Higashimachi 9-Chome、
Kitaku Kobe—City、
Hyogo—Pref.、651—1112
Japan
TEL 0+11( your National No.) +81
—90—1594—6136
February 13, 2012

Attn : Mr. Peck

Re : Lehman Brothers Holdings Inc.、et al. (08—13555 (JMP) )

Dear sirs,

I still suffer from our bad communication, however I write things to convey my message to you so far.

① There is my preparation to pay US tax in spite of unhabitant of USA.
But please don't forget I should pay tax in Japan also.

② Please keep a Lehman's name list in the position of a pair of Window's format.

③ I've heard of the existence of much cans in warehouse. So please hurry to dispose of much cans with insurance ( against human ), the way of on the ground or through the company of abandonment or in the warehouse.

1

RECEIVED FEB 15 2012 U.S. BANKRUPTCY COURT, SDNY

Attention Mr. James M. Peck
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004
United States of America

K. Morimoto
14 – 10 – 305, Suzurandai –
Higashimachi, 9 –Chome,
Kitaku, Kobe-city,
Hyogo-Pref., 651 –1112
Japan
TEL 0+11( your National I.C.) +81
– 90 –1591 – 6130
February 13, 2012

Attn : Mr. Peck

Re : Lehman Brothers Holdings Inc., et al. (08 – 13555 (JMP))

Dear sirs,

I still suffer from our bad communication, however I write things to convey my message to you so far.

① There is in preparation to pay U.S. tax in S.F. of Higashiman of CPA. but please don't forget I should pay tax in Japan also.

② Please keep a Lehman's name list in the position of a part of Windows format.

③ I've heard of the existence of much cans in warehouse. So please hurry to dispose of much cans with insurance ( against hunter ). the way of on the ground or through the company of abandonment or in the warehouse.

④ Real estate: without least office, please think to put back all to original owner at first. And could you seek a new leaser ?

⑤ Ingod, stock securities and money : please carry the bulk by vessel as same as the former letter.

⑥ Please think about the reachable letter to me ?

⑦ Please receive the DVD +R (enclosed herein ) disc. This DVD is position in Windows 7 format.

Your kind attention will be highly appreciated.

Thanking for your long kind attention.

Yours sincerely,

_____K. Norimatsu_____ signature

④ Real estates without lease office, please think to put back it to original owner at first. And could you seek a new lessor ?

⑤ Ingot, stock securities and money : please carry the bulk by vessel as same as the former letter.

⑥ Please think about the reachable letter to me ?

⑦ Please receive the DVD-R (enclosed herein) disc. This DVD is _____ in Windows® format.

Your kind attention will be highly appreciated.

Thanking for your long kind attention.

Yours sincerely,

_____