**Claimant: Phil Yuhn**
**Claim #: 8090**
**Objection to Motion**

(i)
UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| In re | : | Chapter 11 Case No. |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**ONE HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY)**

Name of claimant: Phil Yuhn
Basis of objection to use non-cash assets in lieu of available cash: Unpaid severance was to have been paid in cash per the original contractual agreement

Sincerely,

Phil Yuhn

1



RECEIVED
FEB 15 2012
U.S. BANKRUPTCY COURT, SDNY
JMP