J.C.Abrahamse BV
Brigantijnstraat 55
1503 BR Zaandam
The Netherlands
Tel:0031756178152
Email:jan.abrahamse@wxs.nl



To United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Zaandam,february 14-2012

Re :Lehman Brothers Holdings Inc. Debtors
    Chapter 11 Case no 08-13555
    Internal Control number 24683

L.S.

J.C.Abrahamse BV partly agrees with the transfer of claim number # 53674.
We agree with the transfer of Structured Security Isin : XS0240142827
blocking number 606079;claim $ 85.086,-- allowed claim amount $ 85.146,35.

We object to the tranfer of Isin:XS0229584296  Blocking number 6060680.
Claim $ 1.064.638,58   allowed claim amount $ 855.707,90.
This part of the claim has not been settled and paid for by Liquidity Solutions,Inc.
so the transfer of this part of the claim cannot be authorized at this time.
Therefore we request to postpone the tranfer by four ( 4 ) weeks.

As soon as a settlement has been reached and payment has been received we will
inform you.

A copy of this letter has also been mailed to Liquidity Solutions ,Inc. And
Epiq Bankruptcy Solutions,LLC

Yours sincerely

J.C.Abrahamse BV
J.C.Abrahamse ,ceo