# **Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BERYL FINANCE LIMITED SERIES 2008-4<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17947 | Undetermined | Settled Derivatives Claim |
| 2 | BERYL FINANCE LIMITED SERIES 2008-4<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17943 | Undetermined | Settled Derivatives Claim |
| 3 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01I<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E15 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17999 | Undetermined | Settled Derivatives Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01I C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18000 | Undetermined | Settled Derivatives Claim |
| 5 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01J C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17997 | Undetermined | Settled Derivatives Claim |
| 6 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01K C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17995 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01K C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17996 | Undetermined | Settled Derivatives Claim |
| 8 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01L C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17993 | Undetermined | Settled Derivatives Claim |
| 9 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-01L C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17994 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | EXCALIBUR FUNDING NO. 1 PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON, EC2M 7JH UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28801 | Undetermined | Settled Derivatives Claim |
| 11 | EXCALIBUR FUNDING NO. 1 PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON, EC2M 7JH UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28802 | Undetermined | Settled Derivatives Claim |
| 12 | NORTHCREST, INC. 1801 20TH STREET AMES, IA 50010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28736 | Undetermined | Settled Derivatives Claim |
| 13 | NORTHCREST, INC. 1801 20TH STREET AMES, IA 50010 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28737 | Undetermined | Settled Derivatives Claim |
| 14 | PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC PHOEBE BERKS HEALTH CARE CENTER, INC. & PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14387 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC., PHOEBE BERKS HEALTH CARE CENTER, INC. AND PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN, PA 18104 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 14070 | Undetermined | Settled Derivatives Claim |
| 16 | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEXAS ATTN: STEVE AILEY 4000 MIDWAY ROAD CARROLLTON, TX 75007 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30749 | Undetermined | Settled Derivatives Claim |
| 17 | PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEXAS ATTN : STEVE AILEY 4000 MIDWAY ROAD CARROLLTON, 75007 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30750 | Undetermined | Settled Derivatives Claim |
| 18 | RUBY FINANCE PLC - SERIES 2005-IA10 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25807 | Undetermined | Settled Derivatives Claim |

## OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | RUBY FINANCE PLC - SERIES 2005-IA10<br>C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25808 | Undetermined | Settled Derivatives Claim |
| 20 | RUBY FINANCE PLC - SERIES 2005-IA11<br>C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25809 | Undetermined | Settled Derivatives Claim |
| 21 | RUBY FINANCE PLC - SERIES 2005-IA11<br>C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25811 | Undetermined | Settled Derivatives Claim |

## OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | RUBY FINANCE PLC - SERIES 2005-IA12 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25810 | Undetermined | Settled Derivatives Claim |
| 23 | RUBY FINANCE PLC - SERIES 2005-IA12 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25812 | Undetermined | Settled Derivatives Claim |
| 24 | RUBY FINANCE PLC - SERIES 2005-IA13 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25813 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 252: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | RUBY FINANCE PLC - SERIES 2005-IA13 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25814 | Undetermined | Settled Derivatives Claim |
| 26 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27160 | Undetermined | Settled Derivatives Claim |
| 27 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30980 | $20,803.10* | Settled Derivatives Claim |
| 28 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32867 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $20,803.10 | |

# **Exhibit 2**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 252: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS LIFE INSURANCE CO., INC. C/O AVIVA INVESTORS NORTH AMERICA, INC., ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/22/2011 | 67814 | $0.00 | Settled Derivatives Claim |
| 2 | DEUTSCHE BANK AG ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK, NY 10005-2858 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26969[1] | $2,092,942,561.75* | Settled Derivatives Claim |
| 3 | DEUTSCHE BANK AG ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK, NY 10005-2858 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26970[2] | $40,000,086.98* | Settled Derivatives Claim |
| | | | | | TOTAL | $2,132,942,648.73 | |

---

[1] $620,345,695 of Claim 26969 has been allowed per that certain Termination and Settlement Agreement dated as of June 29, 2011 by and among Deutsche Bank AG, Lehman Brothers Special Financing, Inc., and Lehman Brothers Holdings, Inc. (the "Allowed Claim").  The remainder of Claim 26969 is being disallowed and expunged pursuant to the Two Hundred Fifty-Second Omnibus Objection to Claims.  The Allowed Claim is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Fifty-Second Omnibus Objection to Claims.

[2] $26,576,276 of Claim 26970 has been allowed per that certain Termination and Settlement Agreement dated as of June 29, 2011 by and among Deutsche Bank AG, Lehman Brothers Commercial Corporation, and Lehman Brothers Holdings, Inc. (the "Allowed Claim").  The remainder of Claim 26970 is being disallowed and expunged pursuant to the Two Hundred Fifty-Second Omnibus Objection to Claims.  The Allowed Claim is not being disallowed and expunged pursuant to, or being affected by, the Two Hundred Fifty-Second Omnibus Objection to Claims.

\* - Indicates claim contains unliquidated and/or undetermined amounts