B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Blue Angel Claims LLC</u>                            <u>Korsant Partners, LLC</u>
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): <u>2084</u>
should be sent:                                        Amount of Claim Transferred: <u>$800,000.00 (as allowed)</u>
                                                       Date Claim Filed: <u>January 28, 2009</u>
                                                       Debtor: <u>Lehman Brothers Commercial Corporation</u>

c/o Richards Kibbe & Orbe LLP
Attn: Larry Halperin
One World Financial Center
New York, NY 10281

Phone: <u>(212) 530-1870</u>                           Phone: <u>(203) 622-7112</u>
Last Four Digits of Acct #: _____                     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 2/15/12
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

By: _____  Date: 02.15.12
Korsant Partners, LLC

20