# **<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 249: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AVIVA PREVIDENZA, S.P.A<br>C/O MARK SHERRILL, SUTHERLAND ASBILL & BRENNAN LLP<br>1275 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20004 | 12/16/2011 | 08-13555 (JMP) | 67801 | $14,139,773.50 | AVIVA PREVIDENZA S.P.A.<br>C/O MARK D. SHERRILL<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1275 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20004 | 12/08/2009 | 08-13555 (JMP) | 65875 | $14,066,316.04 |
| 2 | BERG, ROBERT<br>WOLDER STRABE 31A<br>KNORRENDORF OT<br>KASTORF, 17091<br>GERMANY | 12/22/2011 | 08-13555 (JMP) | 67811 | $1,404.89 | BERG, ROBERT<br>WOLDER STRASSE 31A<br>KNORRENDORF OT<br>KASTORF, 17091<br>GERMANY | 10/05/2009 | 08-13555 (JMP) | 36299 | $2,883.98 |
| 3 | DE HEER A.G.A. REEF<br>EMMASTRAAT 69<br>OLDENZAAL, BA 7573<br>NETHERLANDS | 12/08/2011 | 08-13555 (JMP) | 67785 | $169,812.00 | REEF, A.G.A.<br>EMMASTRAAT 69<br>OLDENZAAL, 7573 BA<br>NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 63057 | $169,812.00 |
| 4 | DEELEN, A.D.<br>BRUGWEG 96A<br>LA WADDINXVEEN, 2741<br>NETHERLANDS | 12/19/2011 | 08-13555 (JMP) | 67804 | $100,472.00 | DEELEN, A.D.<br>BRUGWEG 96A<br>WADDINXVEEN, 2741 LA<br>NETHERLANDS | 10/27/2009 | 08-13555 (JMP) | 49313 | $100,472.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 249: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | **PRICEWATERHOUSECOOPERS AG, ZURICH ATTN: DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 SWITZERLAND** | 12/13/2011 | 08-13555 (JMP) | 67799 | $132,079,209.73* | PRICEWATERHOUSECOOPERS AG, ZURICH ATTN:DR. CHRISTIANA SUHR BRUNNER BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION ZURICH, 8006 | 12/13/2011 | 08-13555 (JMP) | 67798 | $132,079,209.73* |
| 6 | **TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105** | 12/05/2011 | 08-13888 (JMP) | 67761 | $40,596,803.97 | TORONTO-DOMINION BANK, THE C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 12/05/2011 | 08-13888 (JMP) | 67754 | $40,596,803.97 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 249: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | TORONTO-DOMINION BANK, THE<br>C/O PATRICK L. HAYDEN<br>MCGUIREWOODS LLP<br>1345 AVE. OF THE AMERICAS, 7TH FLOOR<br>NEW YORK, NY 10105 | 12/05/2011 | 08-13555 (JMP) | 67762 | $40,596,803.97* | TORONTO-DOMINION BANK, THE<br>C/O PATRICK L. HAYDEN<br>MCGUIREWOODS LLP<br>1345 AVE. OF THE AMERICAS, 7TH FLOOR<br>NEW YORK, NY 10105 | 12/05/2011 | 08-13555 (JMP) | 67763 | $40,596,803.97 |
| | | | | TOTAL | $227,684,280.06 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts