UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
            Debtors.                               :        (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 31148

Upon objection to proof of claim number 31148, dated January 6, 2012, of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for filing objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging part of proof of claim number 31148 on the grounds that the objected-to portion of such claim is unenforceable against the Debtors under any agreement or applicable law, and, therefore, does not constitute a valid *prima facie* claim, all as more fully described in the Debtors' objection to proof of claim number 31148; and due and proper notice of such objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in Debtors' objection to proof of claim number 31148 is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors' objection to proof of claim number 31148 establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Debtors' objection to proof of claim

number 31148 is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, proof of claim number 31148 is disallowed and expunged with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding proof of claim number 31148; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       February 24, 2012

                                        _s/ James M. Peck_____
                                        UNITED STATES BANKRUPTCY JUDGE