# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CVI GVF (LUX) MASTER SARL C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT112PD UNITED KINGDOM | 67462 | 04/19/2011 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00 | Lehman Brothers Holdings Inc. | Unsecured | $28,333,333.34 |
| 2 | CVI GVF (LUX) MASTERS S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT112PD UNITED KINGDOM | 28820 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $30,489,845.00 | Lehman Brothers Special Financing Inc. | Unsecured | $28,333,333.34 |
| 3 | GFA I LLC C/O ASHURST LLP PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK, NY 10036 | 67375 | 03/11/2011 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00 | Lehman Brothers Holdings Inc. | Unsecured | $28,333,333.33 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA<br>ATTN: PATRICIA SEDDON<br>7 TIMES SQ FL 42<br>NEW YORK, NY 100366524 | 28821 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Special Financing Inc. | Unsecured | $28,333,333.33 |
| 5 | OCM OPPORTUNITIES FUND VII DELAWARE LP<br>ATTN: RICHARD TING<br>333 S. GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | 18836 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Holdings Inc. | Unsecured | $28,333,333.33 |
| 6 | OCM OPPORTUNITIES FUND VII DELAWARE LP<br>ATTN: RICHARD TING<br>333 S. GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | 18837 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Special Financing Inc. | Unsecured | $28,333,333.33 |
| | | | | | TOTAL | $182,939,070.00 | | TOTAL | $170,000,000.00 |