# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FIG LLC<br>TRANSFEROR: WAIT, JARETT<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27981 | $8,500,000.00* | No Liability |
| 2 | PIASIO, WAYNE RICHARD<br>SUITE 259<br>28 OLD BROMPTON ROAD<br>LONDON, SW7 355<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30380 | Undetermined | No Liability |
| | | | | | TOTAL | $8,500,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABERNATHY, GREGG<br>31 GRENARD TERRACE<br>SAN FRANCISCO, CA 94109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25533 | $74,990.77 | No Liability |
| 2 | ADAIR, JOHN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23967 | $1,352,529.00 | No Liability |
| 3 | ADDINGTON, ERIK R.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23966 | $277,554.00 | No Liability |
| 4 | AGRAWAL, SHASHANK<br>205 HUDSON STREET<br>511<br>HOBOKEN, NJ 07030 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13002 | $1,400,470.76 | No Liability |
| 5 | ANTONELLI, CHRISTOPHER G.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23965 | $658,869.00 | No Liability |
| 6 | BALLENTINE, JAMES M., III<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23988 | $199,101.00 | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BARICEVIC, JOANNA M.<br>238 N RAILROAD AVE<br>STATEN ISLAND, NY 10304 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13429 | $56,105.79 | No Liability |
| 8 | BARONE, HEATHER<br>2406 SW 15TH STREET<br>DEERFIELD BEACH, FL 33442 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6641 | $10,576.90 | No Liability |
| 9 | BEST, BARBARA J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24001 | $113,487.00 | No Liability |
| 10 | BHATTAL, JASJIT S.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23964 | $5,562,264.00 | No Liability |
| 11 | BOBB, JANICE<br>313 PLYMOUTH ROAD<br>NORTH BRUNSWICK, NJ 08902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7258 | $32,083.99 | No Liability |
| 12 | BRAMHAM, SHAUN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23989 | $184,364.00 | No Liability |
| 13 | BRAUN, KONSTANTIN<br>26 WINTERBOTTOM LN<br>POUND RIDGE, NY 10576 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11061 | $7,670.00 | No Liability |
| 14 | BRAUN, KONSTANTIN<br>26 WINTERBOTTOM LN<br>POUND RIDGE, NY 10576 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11062 | $33,333.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | BRAUN, KONSTANTIN<br>26 WINTERBOTTOM LN<br>POUND RIDGE, NY 10576 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11063 | $99,730.00 | No Liability |
| 16 | BUSH, JAMES<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23998 | $175,381.00 | No Liability |
| 17 | CAROL, CLAYTON<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23990 | $192,214.00 | No Liability |
| 18 | CHAN, KENT<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23991 | $322,245.00 | No Liability |
| 19 | CHETTY, NOEL ROYAPPAN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23981 | $101,536.00 | No Liability |
| 20 | CHIN, RUSSELL<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23984 | $136,713.00 | No Liability |

OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 21 | CHO, KUNHO<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23980 | $1,452,741.00 | No Liability |
| 22 | CONNORS, WILLIAM F.<br>105 DUANE STREET<br>APT 38C<br>TRIBECA TOWER<br>NEW YORK, NY 10007 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15186 | $146,043.40 | No Liability |
| 23 | CORSALINI, ENRICO J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23963 | $763,077.00 | No Liability |
| 24 | DEXTER, DARRIN A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23962 | $367,883.00 | No Liability |
| 25 | DOE, JOCELYN J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23992 | $394,220.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | DORFMAN, DAVID A. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23993 | $42,452.00 | No Liability |
| 27 | FELDKAMP, GEOFFREY F C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23994 | $10,785.00 | No Liability |
| 28 | FLANAGAN, CHRISTOPHER C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23976 | $396,228.00 | No Liability |
| 29 | FUCHS, BENJAMIN A. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23977 | $2,376,424.00 | No Liability |
| 30 | GABBAY, MARK HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11075 | $34,377.57 | No Liability |

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | GABBAY, MARK<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23982 | $1,687,413.00 | No Liability |
| 32 | GENNA, MICHAEL<br>482 ATLANTIC AVE<br>MASSAPEQUA PARK, NY 11762 | | Lehman No Case Asserted/All Cases Asserted | 10/17/2008 | 246 | $38,076.54 | No Liability |
| 33 | GLAVAN, JEFFREY L.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23956 | $387,288.00 | No Liability |
| 34 | GOULD, JAMES P.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23995 | $174,063.00 | No Liability |
| 35 | GREENWALD, ANDREW J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23961 | $144,216.00 | No Liability |
| 36 | HAR-EVEN, ITAMAR<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23996 | $15,749.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | HOWE, CHRISTIAN J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23985 | $1,957,682.00 | No Liability |
| 38 | HUANG, KANGLIN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23960 | $810,317.00 | No Liability |
| 39 | HUGO-LANCELOT ROBERT GABRIEL MARTY<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24002 | $335,254.00 | No Liability |
| 40 | HUNT, ROBIN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23959 | $573,574.00 | No Liability |
| 41 | HURLEY, JEFFREY D.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23986 | $143,588.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | IMPERATO, JASON<br>148 WEAVER STREET<br>GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6615 | $1,300,000.00 | No Liability |
| 43 | JOTWANI, TARUN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23958 | $1,678,622.00 | No Liability |
| 44 | KAYE, PATRICK J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23957 | $165,559.00 | No Liability |
| 45 | KEAY, STEPHANIE<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24007 | $348,399.00 | No Liability |
| 46 | KOLLYDAS, PETER<br>28 COLERIDGE DR<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6494 | $12,500.00 | No Liability |
| 47 | KOLLYDAS, PETER<br>28 COLERIDGE DR<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6495 | $28,250.38 | No Liability |
| 48 | KOLLYDAS, PETER G.<br>28 COLERIDGE DRIVE<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6322 | $26,442.31 | No Liability |
| 49 | KONHEIM. SETH<br>10 LYNDALE PARK<br>WESTPORT, CT 06880 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17412 | $8,000.00 | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | LAIBLE, ROBERT K.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23997 | $446,683.00 | No Liability |
| 51 | LAX, STEPHEN<br>324 AUTUMN HILL DRIVE<br>MORGANVILLE, NJ 07751-2043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13727 | $60,900.00 | No Liability |
| 52 | LUCOCQ, SIMON B.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23978 | $344,557.00 | No Liability |
| 53 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24408 | $4,250.00* | No Liability |
| 54 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26312 | Undetermined | No Liability |
| 55 | MCCULLY, MICHAEL K.<br>333 EAST 18TH STREET<br>NEW YORK, NY 10003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/15/2009 | 65946 | $148,735.70 | No Liability |
| 56 | MCGARRY, PATRICK J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24003 | $296,990.00 | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | MILLEA, TIMOTHY E.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23968 | $163,359.00 | No Liability |
| 58 | MORRIS, JASON P.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23969 | $44,257.00 | No Liability |
| 59 | MURRAY, THOMSON C JR.<br>220 CLEFT ROAD<br>MILL NECK, NY 11765-1001 | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10767 | $28,628.66 | No Liability |
| 60 | NEWHOUSE, MICHELLE M.<br>420 EAST 54TH STREET<br>APT 11C<br>NEW YORK, NY 10022-5151 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12080 | $81,269.21 | No Liability |
| 61 | O'CONNOR, BRIAN M.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24004 | $865,543.00 | No Liability |
| 62 | OH, MIRIAM Y.<br>76 GLEN DRIVE<br>NEW CANAAN, CT 06840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15220 | $57,032.85 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | PAPADAKIS, SPYROS N.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23970 | $63,316.00 | No Liability |
| 64 | PEARSON, THOMAS M.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24005 | $4,054,271.00 | No Liability |
| 65 | QUISMORIO, JAMES P.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24006 | $318,479.00 | No Liability |
| 66 | RASNER, TIMOTHY D.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23971 | $425,546.00 | No Liability |
| 67 | ROPNER, HENRY<br>14 DUNCANNON<br>26 LINDSAY SQUARE<br>LONDON, SW1V 2HT<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5614 | $16,625.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | RUBIN, CHARLES<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23972 | $66,507.00 | No Liability |
| 69 | RUBINSTEIN, MARC<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23983 | $208,173.00 | No Liability |
| 70 | SANTORO,VITO<br>130 AREGOOD LANE<br>ISLAMORADA, FL 33036 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32308 | $657,115.00 | No Liability |
| 71 | SCHIFFMAN, GLENN H.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23973 | $1,074,557.00 | No Liability |
| 72 | SCHREIBER, RUSSELL<br>FLAT 5 CADOGAN COURT GARDENS<br>1 D'OYLEY STREET<br>LONDON, SW1X 9AQ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13322 | $27,600.00 | No Liability |
| 73 | SCOTT, ERIC A.<br>48A GREEN ST<br>MEDFIELD, MA 20521705 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14399 | $25,384.59 | No Liability |
| 74 | SCOTT, ERIC A.<br>48A GREEN ST<br>MEDFIELD, MA 020521705 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14400 | $25,384.59 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | SHAH, NIRAJ<br>107 WEST PASSAIC AVENUE<br>BLOOMFIELD, NJ 07003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10365 | $28,708.97 | No Liability |
| 76 | SIEGMUND, THOMAS<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23979 | $559,300.00 | No Liability |
| 77 | SKOLNICK, FRED J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23999 | $434,683.00 | No Liability |
| 78 | SOWINSKI, JOHN A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23974 | $703.00 | No Liability |
| 79 | STEIN, JEFFREY A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23975 | $261,212.00 | No Liability |
| 80 | TOLCHINSKY, ANDREA<br>119 CHESTNUT HILL ROAD<br>WILTON, CT 06897 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7082 | $140,658.90* | No Liability |
| 81 | TSEKOV, GEORGI I.<br>213 S. SCOTCH PLAINS AVE<br>WESTFIELD, NJ 07090 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/31/2008 | 1524 | $50,000.00 | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | TUNG, SHARON W.<br>TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23949 | $71,197.00 | No Liability |
| 83 | TWITCHELL, DARYL M.<br>11 SILVER RIDGE ROAD<br>NEW CANAAN, CT 06840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 460 | $20,192.31 | No Liability |
| 84 | UMLAUF, ERIK<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23950 | $94,308.00 | No Liability |
| 85 | VAISH, PANKAJ<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23951 | $172,707.00 | No Liability |
| 86 | VULAKH, NATALIE SAVIC<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23952 | $62,628.00 | No Liability |
| 87 | WARDELL, JEFFERY K.<br>2255 BUSH STREET # 1<br>SAN FRANCISCO, CA 94115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14743 | $9,365.10 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 88 | WEISS, AARON J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23953 | $116,000.00 | No Liability |
| 89 | WENDEL, CHRISTOPHER<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24000 | $4,066,213.00 | No Liability |
| 90 | WHEELER, KEITH<br>13 PALOMINO CIRCLE<br>NOVATO, CA 94947 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24173 | $4,146.75 | No Liability |
| 91 | YEE, JACK S.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23954 | $251,424.00 | No Liability |
| 92 | YUHN, PHIL<br>83 MCKINLEY AVE<br>APT A3-1<br>WHITE PLAINS, NY 10606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/12/2009 | 8090 | $24,230.76 | No Liability |
| 93 | ZANCO, MARIO<br>VIA CONCORDIA 10<br>CUSANO MILANINO, MI 20095<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10404 | $227,288.45 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 94 | ZOLAD, BRYAN C. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23955 | $47,669.00 | No Liability |
| | | | | | TOTAL | $42,958,241.25 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts