# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BARR, EDWIN C.<br>PO BOX 423<br>HADDONFIELD, NJ 08033 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33578 | $1,970,209.30 | No Liability |
| 2 | CANDILLIER, JOHN<br>63 CHIPSTEAD STREET<br>LONDON, SW6 35R<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25791 | $1,000,000.00 | No Liability |
| 3 | ESTATE OF PETER H. VANDENBERG<br>ATTN: NANCY T. VANDENBERG, BENEFICIARY<br>5835 N. SHORE DRIVE<br>MILWAUKEE, WI 53217 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31915 | $2,998,352.00 | No Liability |
| 4 | HOLT, GERALD<br>11313 E. SAN RAPHAEL DRIVEWAY<br>SAN DIEGO, CA 92130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33678 | $2,718,000.00 | No Liability |
| 5 | HOLT, GERALD<br>11313 E. SAN RAPHAEL DRIVEWAY<br>SAN DIEGO, CA 92130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33679 | $82,333.00 | No Liability |
| 6 | JOSEPH, WILLIAM<br>241 CENTRAL PARK W APT 13G<br>NEW YORK, NY 10024-4567 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23910 | $18,000.00 | No Liability |
| | | | | | TOTAL | $8,786,894.30 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COLLINS, MICHAEL<br>19 BURR RD<br>HULL, MA 02045-3205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15223 | $431,929.75 | No Liability |
| 2 | DYBECK, DONALD C.<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11327 | $29,133.33 | No Liability |
| 3 | DYBECK, DONALD C<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11328 | $29,133.33 | No Liability |
| 4 | DYBECK, DONALD<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11329 | $29,133.33 | No Liability |
| 5 | FINDER, EDMUND<br>1725 YORK AVE<br>APT 30C<br>NEW YORK, NY 10128 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28717 | Undetermined | No Liability |
| 6 | FORFIA, ROBERT<br>136 DAY COURT<br>MAHWAH, NJ 07430 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22939 | $527,464.00 | No Liability |
| 7 | FORSTER, DENNIS E<br>5352 2B CALLE REAL<br>SANTA BARBARA, CA 93111-1688 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6325 | $322,352.79 | No Liability |
| 8 | FRITTS, DONALD N.<br>7885 LANDOWNE DR<br>ATLANTA, GA 30350 | | Lehman No Case Asserted/All Cases Asserted | 08/14/2009 | 8257 | $1,741,350.00 | No Liability |
| 9 | GABELMAN, RICK L<br>1228 EVERGREEN DR<br>LINCOLN, NE 68510 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6238 | $31,108.80 | No Liability |
| 10 | GABELMAN, RICK L<br>1228 EVERGREEN DR<br>LINCOLN, NE 68510 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6239 | $87,178.66 | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GARDNER, JAMES<br>6714 NORTH OCEAN BLVD<br>OCEAN RIDGE, FL 33435 | | Lehman No Case Asserted/All Cases Asserted | 07/28/2009 | 6512 | $107,217.18 | No Liability |
| 12 | GARDNER, JAMES<br>6714 NORTH OCEAN BLVD<br>OCEAN RIDGE, FL 33435 | | Lehman No Case Asserted/All Cases Asserted | 07/29/2009 | 6590 | $64,353.28 | No Liability |
| 13 | HEIN, MARK W.<br>1944 LEVINE LANE<br>CLEARWATER, FL 33760 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/11/2009 | 4241 | $23,547.40 | No Liability |
| 14 | HLAVEK, RUDOLPH<br>PO BOX 2086<br>WINTER PARK, FL 32790 | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7957 | $115,000.00* | No Liability |
| 15 | KUYKENDALL, CHARLES L<br>6573 EAGLE RIDGE DRIVE<br>BETTENDORF, IA 52722 | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5487 | $696,547.90 | No Liability |
| 16 | MAHONCHAK, JOHN<br>198 BREWSTER ROAD<br>WYCKOFF, NJ 07481 | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7694 | Undetermined | No Liability |
| 17 | MAJOR JR., CHARLES E<br>1232 GLASGOW<br>BATON ROUGE, LA 70808 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7272 | $158,000.00 | No Liability |
| 18 | MC GUINN, EDWIN JR.<br>20 COBB ISLAND DR.<br>GREENWICH, CT 06830 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13286 | $290,000.00 | No Liability |
| 19 | MORRISON, ROBERT D.<br>905 HOLIDAY C.T.S<br>SALEM, OR 97302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7716 | $45,210.61 | No Liability |
| 20 | MOUNTFORD, ROBERT C<br>AMITY FARM 314 GOAT HILL RD.<br>LAMBERTVILLE, NJ 08530 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11388 | $11,764.91 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| # | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | RUBIN, ALLAN<br>429 EAST 80TH STREET<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5552 | $6,363.47 | No Liability |
| 22 | SMITH, WILLIAM C<br>1110 WHEATFIELD CT.<br>CENTERVILLE, OH 45458 | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6147 | $106,680.10 | No Liability |
| 23 | SPRING, BURKHARD R<br>8 WINTERGREEN DR WEST<br>MELVILLE, NY 11747-1808 | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10698 | $353,413.00 | No Liability |
| 24 | STANTON, EDWARD III<br>1220 HAROLD STREET<br>HOUSTON, TX 77006 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33549 | $128,360.71 | No Liability |
| 25 | STIPO, MICHAEL<br>31 SHORE DRIVE WEST<br>COPIAGUE, NY 11726 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15580 | $775,590.22 | No Liability |
| 26 | WAGNER, WILLIAM A<br>5555 ANNAMARIE COURT<br>CINCINNATI, OH 45247 | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5570 | $3,339.56 | No Liability |
| 27 | WHALEN, JOHN A<br>300 OAKWOOD DR<br>HAMILTON, OH 45013 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32259 | $10,353.02 | No Liability |
| | | | | | TOTAL | $6,124,675.35 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts