EXECUTION COPY

EXHIBIT A1

Evidence of Transfer of LBSF Claim

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.,    Case No. 08-13888

**EVIDENCE OF TRANSFER OF CLAIM**

**Barclays Bank PLC** ("Seller") and **Fernwood Associates LLC** ("Buyer") hereby agree and acknowledge that Seller has unconditionally and irrevocably sold, transferred and assigned to Buyer an undivided interest (the "Fernwood Interest") equal to $7.5 million (the "Claim Amount") of all of Seller's rights, title and interest in and to proof of claim number 19936, date-stamped September 21, 2009 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Fernwood Interest (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

Buyer's address for notices:
Intermarket Corporation
1370 Avenue of the Americas, 33rd Floor
New York, NY 10019
Office:  (212) 593-1550
Fax:    (212) 832-4997

Seller's address for notices:
Timothy Bass, Dan Miranda and Paul Zedlovich
c/o Barclays Capital
745 Seventh Avenue
New York, New York 10019

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 12 day of January, 2012.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **FERNWOOD ASSOCIATES LLC** |
| | By INTERMARKET CORPORATION |
| By_____ | By_____ |
| Name: Daniel Crowley | Name: David B. Forer |
| Title: Managing Director | Title: Managing Director |

RECEIVED FEB 17 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK