# PICK & ZABICKI LLP
### ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
e-mail: dpick@picklaw.net

February 16, 2012

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   *Lehman Brothers Holdings Inc.; Case No. 08-13555 (JMP)*

Dear Sir/Madam:

Please remove the e-mail addresses dpick@picklaw.net and ezabicki@picklaw.net from the ECF notification list with regard to the above-captioned case.

Thank you in advance for your attention to this matter. Please do not hesitate to contact our office with any questions or concerns.

Very truly yours,

Douglas J. Pick
Eric C. Zabicki



RECEIVED
FEB 21 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK