**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket Nos. 25403-25420**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                            ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third
    Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a
    party to the above-captioned action.

2.  On February 16, 2012, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Objection to Certain Claims (Valued Derivative
        Claims) as to Investcorp Interlachen Multi-Strategy Master Fund Ltd," dated February
        16, 2012 [Docket No. 25403], (the "NOA - Investcorp"),

    b.  "Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued
        Derivative Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No.
        25404], (the "NOA - Omni 35"),

    c.  "Notice of Adjournment of Debtors' Sixty-Third Omnibus Objection to Claims (Valued
        Derivative Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No.
        25405], (the "NOA - Omni 63"),

    d.  "Notice of Adjournment of Debtors' Sixty-Seventh Omnibus Objection to Claims
        (Valued Derivative Claims) Solely as to Certain Claims," dated February 16, 2012
        [Docket No. 25406], (the "NOA - Omni 67"),

    e.  "Notice of Adjournment of Debtors' Seventy-First Omnibus Objection to Claims (Valued
        Derivative Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No.
        25407], (the "NOA - Omni 71"),

f.    "Notice of Adjournment of Debtors' Eighty-Fourth Omnibus Objection to Claims
(Valued Derivative Claims) Solely as to Certain Claims," dated February 16, 2012
[Docket No. 25408], (the "NOA - Omni 84"),

g.    "Notice of Adjournment of Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued
Derivative Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No.
25409], (the "NOA - Omni 95"),

h.    "Notice of Adjournment of Debtors' One Hundred Third Omnibus Objection to Claims
(Valued Derivative Claims) Solely as to Certain Claims," dated February 16, 2012
[Docket No. 25410], (the "NOA - Omni 103"),

i.    "Notice of Adjournment of Debtors' One Hundred Thirty-Second Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25411], (the "NOA - Omni 132"),

j.    "Notice of Adjournment of Debtors' One Hundred Thirty-Seventh Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25412], (the "NOA - Omni 137"),

k.    "Notice of Adjournment of Debtors' One Hundred Fifty-Fifth Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25413], (the "NOA - Omni 155"),

l.    "Notice of Adjournment of Debtors' One Hundred Sixty-Second Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25414], (the "NOA - Omni 162"),

m.   "Notice of Adjournment of Debtors' One Hundred Eighty-Second Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25415], (the "NOA - Omni 182"),

n.    "Notice of Adjournment of Debtors' One Hundred Ninety-First Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25416], (the "NOA - Omni 191"),

o.    "Notice of Adjournment of Debtors' Two Hundred Nineteenth Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25417], (the "NOA - Omni 219"),

p.    "Notice of Adjournment of Debtors' Two Hundred Thirty-Second Omnibus Objection to
Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16,
2012 [Docket No. 25418], (the "NOA - Omni 232"),

q.  "Notice of Adjournment of Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25419], (the "NOA - Omni 246"), and

r.  "Notice of Adjournment of Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25420], (the "NOA - Omni 253"),

by causing true and correct copies of the:

i.  NOA - Investcorp, NOA - Omni 35, NOA - Omni 63, NOA - Omni 67, NOA - Omni 71, NOA - Omni 84, NOA - Omni 95, NOA - Omni 103, NOA - Omni 132, NOA - Omni 137, NOA - Omni 155, NOA - Omni 162, NOA - Omni 182, NOA - Omni 191, NOA - Omni 219, NOA - Omni 232, NOA - Omni 246 and NOA - Omni 253, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  NOA - Investcorp, NOA - Omni 35, NOA - Omni 63, NOA - Omni 67, NOA - Omni 71, NOA - Omni 84, NOA - Omni 95, NOA - Omni 103, NOA - Omni 132, NOA - Omni 137, NOA - Omni 155, NOA - Omni 162, NOA - Omni 182, NOA - Omni 191, NOA - Omni 219, NOA - Omni 232, NOA - Omni 246 and NOA - Omni 253, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.  NOA - Investcorp, NOA - Omni 35, NOA - Omni 63, NOA - Omni 67, NOA - Omni 71, NOA - Omni 84, NOA - Omni 95, NOA - Omni 103, NOA - Omni 132, NOA - Omni 137, NOA - Omni 155, NOA - Omni 162, NOA - Omni 182, NOA - Omni 191, NOA - Omni 219, NOA - Omni 232, NOA - Omni 246 and NOA - Omni 253, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  NOA - Investcorp, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

v.  NOA - Omni 35, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.  NOA - Omni 63, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

    vii.    NOA - Omni 67, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

    viii.    NOA - Omni 71, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>,

    ix.    NOA - Omni 84, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

    x.    NOA - Omni 95, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>,

    xi.    NOA - Omni 103, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>,

    xii.    NOA - Omni 132, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>,

    xiii.    NOA - Omni 137, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit M</u>,

    xiv.    NOA - Omni 155, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit N</u>,

    xv.    NOA - Omni 162, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit O</u>,

    xvi.    NOA - Omni 182, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit P</u>,

    xvii.    NOA - Omni 191, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Q</u>,

T:\Clients\LBH\Affidavits\NOAs for Investcorp & Omnis 35, 63, 67, 71, 84, 95, 103, 132, 137, 155, 162, 182, 191, 219, 232, 246 & 253_DI 25403-25420_Aff_2-16-12.doc

xviii.    NOA - Omni 219, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit R</u>,

xix.    NOA - Omni 232, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit S</u>,

xx.    NOA - Omni 246, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit T</u>, and

xxi.    NOA - Omni 253, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit U</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
21st day of February, 2012
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\NOAs for Investcorp & Omnis 35, 63, 67, 71, 84, 95, 103, 132, 137, 155, 162, 182, 191, 219, 232, 246 & 253_DI 25403-25420_Aff_2-16-12.doc

**EXHIBIT A**

**_LBH MSL Email Service List_**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

### LBH MSL Email Service List

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com

**_LBH MSL Email Service List_**

gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com

jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

### *LBH MSL Email Service List*

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com

linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com

*LBH MSL Email Service List*

mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com

### LBH MSL Email Service List

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com

slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov

_**LBH MSL Email Service List**_

tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| INVESTCORP INTERLACHEN MULTI-STRATEGY | MASTER FUND LTD, C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |

**Total Creditor count  4**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| BG ENERGY MERCHANTS, LLC | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG ENERGY MERCHANTS, LLC | ATTN: THOMAS A. SMITH, CHIEF COUNSEL BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG ENERGY MERCHANTS, LLC | CHIEF COUNSEL THOMAS A. SMITH BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT | CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN, TWO GREENWICH PLAZA GREENWICH CT 06830 |
| TELECOM ITALIA FINANCE SA | SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG,B.P.872 L-2018 LUXEMBOURG |
| TELECOM ITALIA FINANCE SA | ORRICK, HERRINGTON, SUTCLIFFE LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |

**Total Creditor count  10**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| AOZORA BANK LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDEN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE HOLDINGS GROUP, LLC 7 WORLD TRADE CENTER - ATTN: JEREMY HECKERLING 250 GREENWICH STREET, 30TH FLOOR NEW YORK NY 10007 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JAMES MCDONNELL ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 10031 BEIJING 100031 CHINA |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CSP II USIS HOLDINGS L.P. | C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK SECURITIES INC. | TRANSFEROR: KILROY REALTY, L.P. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| FEDERAL HOME LOAN BANK OF DES MOINES | ATTN: AARON B. LEE 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| ICM BUSINESS TRUST | C/O IONIC CAPITAL MANAGEMENT LLC 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| ICM BUSINESS TRUST | C/O IONIC CAPITAL MANAGEMENT LLC BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| LOEB ARBITRAGE B FUND LP | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O CADWALADER WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROYAL CHARTER PROPERTIES - EAST, INC. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC AS AGENT FOR SILVER POINT CAPITAL |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SPCP GROUP, L.L.C. | FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL,LP;ATTN:ADAM J.DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC ATTN: ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAD ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| TRICADIA DISTRESSED AND | SPECIAL SITUATIONS MASTER FUND LTD C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | FUND LTD, C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |

Total Creditor count  62

**EXHIBIT H**

| Claim Name | Address Information |
| --- | --- |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND ORRICK, HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND, ESQ ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |

**Total Creditor count  4**

**EXHIBIT I**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY, TAIWAN 110 |
| CHINATRUST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION FUND III,  LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III,  LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ALLEN AND OVERY ATTN: VICTOR WAINGORT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | INTER-AMERICAN DEVELOPMENT BANK ATTN: SOREN ELBECH 1300 NEW YORK AVENUE WASHINGTON DC 20577 |

**Total Creditor count  21**

**EXHIBIT J**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BREVAN HOWARD MASTER FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD MASTER FUND LIMITED | ALEX UNDERWOOD, GENERAL COUNSEL 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| LINC-REDONDO BEACH SENIORS, INC. | C/O PENELOPE PARMES, ESQ. RUTAN & TUCKER, LLP 611 ANTON BOULEVARD, FOURTEENTH FLOOR COSTA MESA CA 92626 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | JAMES BENNETT LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | PETER LOGIE LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | DEBEVOISE & PLIMPTON LLP ATTN: RICHARD F. HAHN, BRYAN R. KAPLAN 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | RICHARD F. HAHN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | BRYAN R. KAPLAN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| SPCP GROUP LLC, AS AGENT FOR | SILVER POINT CAPITAL FUND, LP AND SILVER DAY PITNEY LLP ATTN: RONALD S BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT | CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS, 660 STEAMBOAT ROAD GREENWICH CT 06830 |

**Total Creditor count  12**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C., TRANSFEROR: CENTRAL | EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL,LP,ATTN:ADAM J.DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |

**Total Creditor count  4**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN:  PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | ATTN: CHIP STEVENS WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTOR, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| CMC MAGNETICS CORPORATION | C/O BAKER & MCKENZIE ATTN: IRA REID, ESQ. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| FFI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| FYI FUND LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FYI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| GAZPROMBANK MORTGAGE FUNDING 2 S.A. | ATTENTION: FREDERIC LAHAYE SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURG B-125.919 LUXEMBOURG |
| GAZPROMBANK MORTGAGE FUNDING 2 S.A. | CLIFFORD CHANCE US LLP ATTENTION: JENNIFER C. DEMARCO ATTENTION: JENNIFER B. PREMISLER 31 W. 52ND STREET NEW YORK NY 10019 |
| HIGH RIVER LIMITED PARTNERSHIP | C/O ICAHN ASSOCIATES CORP. ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND II LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND III LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | ALAN BOGOMILSKY KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC 550 CALIFORNIA AVENUE, SUITE 330 PALO ALTO CA 94306 |
| OLIFANT FUND, LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN ROPES AND GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| PINEY BRANCH PARK INC | ROBIN E. KELLER, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| PINEY BRANCH PARK INC | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

**Total Creditor count  24**

**EXHIBIT M**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CHEWTON CAPITAL LTD. | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  1**

# EXHIBIT N

| Claim Name | Address Information |
|---|---|
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVE, 7TH FL NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

Total Creditor count  9

# EXHIBIT O

| Claim Name | Address Information |
|---|---|
| CASCADE INVESTMENT, L.L.C. | ATTN: LAURIE SMILEY, GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND WA 98033 |
| ELIM PARK BAPTIST HOME, INC., THE | C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD CT 06103 |
| ELIM PARK BAPTIST HOME, INC., THE | ATTN: ZELL GASTON 140 COOK HILL ROAD CHESHIRE CT 06410 |
| GOLDMAN SACHS & CO. PROFIT | SHARING MASTER TRUST C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. PROFIT | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN BROTHERS CDO OPPORTUNITY | PARTNERS 2004-4 LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS | 2004-4 LLC, C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS | 2004-4 LLC, C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ZEPHYR RECOVERY 2004-1 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-1 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-1 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-2 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-3 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-3 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-A LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-B LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA |

| Claim Name | Address Information |
|------------|---------------------|
| ZEPHYR RECOVERY II-B LP | NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-C | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |

**Total Creditor count  31**

# EXHIBIT P

| Claim Name | Address Information |
|---|---|
| CATHOLIC HEALTHCARE WEST | ATTN: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT 185 BERRY STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ATTN: THOMAS PAOLICELLI, EXECUTIVE DIRECTOR 75 PARK PLACE NEW YORK NY 10007 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | TMF MANAGEMENT LUXEMBOURG S.A. PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: FREDERIC LAHAYE PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. ATTN: FREDERIC LAHAYE 1 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| WINDERMERE PRIVATE PLACEMENT I S.A. | JULIANA OLIVEIRA, JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

Total Creditor count  9

**EXHIBIT Q**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15219 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | NA, AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE PITTSBURGH PA 15219 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY,THE | C/O THE OFFICE OF BUDGET AND MANAGEMENT ATTN: KURT KAUFFMAN, ASSISTANT SECRETARY 30 EAST BROAD ST., 34TH FLOOR COLUMBUS OH 43215 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY,THE | SQUIRE, SANDERS & DEMPSEY LLP ATTN: GREGORY STYPE 41 SOUTH HIGH STREET, SUITE 2000 COLUMBUS OH 43215 |
| COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT | FINANCING CORPORATION C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY | C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ 925 FOURTH AVENUE, SUITE 2900 SEATTLE WA 98104 |

Total Creditor count  8

**EXHIBIT R**

| Claim Name | Address Information |
|---|---|
| CBARB, A SEGREGATED ACCOUNT OF GEODE | CAPITAL MASTER FUND LIMITED ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE | CAPITAL MASTER FUND LIMITED ATTN: OFFICE OF GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE | CAPITAL MASTER FUND LIMITED ATTN: JEFFREY MILLER ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE | CAPITAL MASTER FUND LIMITED, LISA LAMPERT GENERAL COUNSEL GEODE CAPITAL MANAGEMENT LP ONE SPARTAN WAY MERRIMACK NH 03054 |
| NEXEN MARKETING | ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| YAKIMA-TIETON IRRIGATION DISTRICT | C/O FOSTER PEPPER PLLC ATTN: JANE PEARSON 1111 THIRD AVENUE, SUITE 3400 SEATTLE WA 98101-3299 |

Total Creditor count  8

**EXHIBIT S**

| Claim Name | Address Information |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL- | GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALEY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| SOLUS ALTERNATIVE ASSET MANAGEMENT LP | ATTN: DAVID BROSGOL, GENERAL COUNSEL 410 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SOLUS ALTERNATIVE ASSET MANAGEMENT LP | MARK SHERRILL SUTHERLAND ASBILL & RENNIN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| ZWINGER OPCO 6 BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJESSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLANN 1161 AMSTERDAM 1077 NETHERLANDS |
| ZWINGER OPCO 6 BV | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

**Total Creditor count  9**

**EXHIBIT T**

| Claim Name | Address Information |
| --- | --- |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| ESTELLE PEABODY MEMORIAL HOME OF THE | SYNOD OF LINCOLN TRAILS OF THE PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC ATTN: CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| INGRAM PENSION PLAN/NY LIFE CO. N | TTEE INGRAM INDUSTRIES RETIREMENT PLA TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES ATTN: JEFF BELSER, 4400 HARDING ROAD NASHVILLE TN 37205 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | MINTZ LEVIN ATTN: JACQUELYN CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON MA 02210-1114 |

**Total Creditor count  9**

**EXHIBIT U**

| Claim Name | Address Information |
|---|---|
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NATIONAL GRID PLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ BENNETT S. SILVERBERG, ESQ. FOUR TIMES SQUARE NEW YORK NY 10036 |
| RTE-CNES | ATTN: ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT – DENIS CEDEX 93206 FRANCE |
| RTE-CNES | DAVID NEIER WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |

**Total Creditor count  5**