UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                              :

| | |
|---|---|
| In re | :   Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :   **08-13555 (JMP)** |
| | : |
| Debtors. | :   **(Jointly Administered)** |
| | : |

------------------------------------------------------------------------x  **Ref. Docket Nos. 25454, 25457,**
                                               **25460, 25463, 25465, 25467, 25470,**
                                               **25473, 25475, 25477, 25479-25489,**
                                               **25491-25495**

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25454], (the "NOA - Omni 43"),

   b. "Notice of Adjournment of Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25457], (the "NOA - Omni 88"),

   c. "Notice of Adjournment of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25460], (the "NOA - Omni 89"),

   d. "Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated February 16, 2012 [Docket No. 25463], (the "NOA - Omni 92"),

e.  "Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25465], (the "NOA - Omni 120"),

f.  "Notice of Adjournment of Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25467], (the "NOA - Omni 122"),

g.  "Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated February 16, 2012 [Docket No. 25470], (the "NOA - Omni 140"),

h.  "Notice of Adjournment of Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25473], (the "NOA - Omni 143"),

i.  "Notice of Adjournment of Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25475], (the "NOA - Omni 151"),

j.  "Notice of Adjournment of Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25477], (the "NOA - Omni 158"),

k.  "Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims)," dated February 16, 2012 [Docket No. 25479], (the "NOA - Omni 160"),

l.  "Notice of Adjournment of Debtors' One Hundred Ninety-Second Omnibus Objection to Claims (Partially Settled Guarantee Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25480], (the "NOA - Omni 192"),

m.  "Notice of Adjournment of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims)," dated February 16, 2012 [Docket No. 25481], (the "NOA - Omni 198"),

n.  "Notice of Adjournment of Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25482], (the "NOA - Omni 199"),

o.  "Notice of Adjournment of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims)," dated February 16, 2012 [Docket No. 25483], (the "NOA - Omni 200"),

p. "Notice of Adjournment of Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25484], (the "NOA - Omni 238"),

q. "Notice of Adjournment of Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims)," dated February 16, 2012 [Docket No. 25485], (the "NOA - Omni 241"),

r. "Notice of Adjournment of Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25486], (the "NOA - Omni 189"),

s. "Notice of Adjournment of Debtors' One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) Solely as to Certain Claims," dated February 16, 2012 [Docket No. 25487], (the "NOA - Omni 190"),

t. "Notice of Adjournment of Debtors' Objection to Proofs of Claim Filed by 2138747 Ontario LTD. And 6785778 Canada Inc. (Claim Nos. 33583 and 33586)," dated February 16, 2012 [Docket No. 25488], (the "NOA - Ontario"),

u. "Notice of Adjournment of Debtors' Objection to the Claim of American Investors Life Insurance Co., Inc. (Claim 65963)," dated February 16, 2012 [Docket No. 25489], (the "NOA - AILIC"),

v. "Notice of Adjournment of Response of John J. Dmuchowski to Debtors' Fortieth and Forty-First Omnibus Objections to Claims (Late Filed Claims), Objection to Disallowance/Expungement of Claim Nos. 34401 and 34402, and Motion to Permit Filing of Claims as of September 23, 2009," dated February 16, 2012 [Docket No. 25491], (the "NOA - Dmuchowski"),

w. "Notice of Withdrawal of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims)," dated February 16, 2012 [Docket No. 25492], (the "NOW - Omni 40"),

x. "Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated February 16, 2012 [Docket No. 25493], (the "NOW - Omni 92"),

y. "Notice of Hearing on Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated February 16, 2012 [Docket No. 25494], (the "NOH - Omni 221"), and

z. "Notice of Hearing on Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims)," dated February 16, 2012 [Docket No. 25495], (the "NOH - Omni 224"),

by causing true and correct copies of the:

    i.    NOA - Omni 43, NOA - Omni 88, NOA - Omni 89, NOA - Omni 92, NOA - Omni 120, NOA - Omni 122, NOA - Omni 140, NOA - Omni 143, NOA - Omni 151, NOA - Omni 158, NOA - Omni 160, NOA - Omni 192, NOA - Omni 198, NOA - Omni 199, NOA - Omni 200, NOA - Omni 238, NOA – Omni 241, NOA - Omni 189, NOA - Omni 190, NOA - Ontario, NOA - AILIC, NOA - Dmuchowski, NOW - Omni 40, NOW - Omni 92, NOH - Omni 221, and NOH - Omni 224, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on February 16, 2012,

    ii.    NOA - Omni 43, NOA - Omni 88, NOA - Omni 89, NOA - Omni 92, NOA - Omni 120, NOA - Omni 122, NOA - Omni 140, NOA - Omni 143, NOA - Omni 151, NOA - Omni 158, NOA - Omni 160, NOA - Omni 192, NOA - Omni 198, NOA - Omni 199, NOA - Omni 200, NOA - Omni 238, NOA – Omni 241, NOA - Omni 189, NOA - Omni 190, NOA - Ontario, NOA - AILIC, NOA - Dmuchowski, NOW - Omni 40, NOW - Omni 92, NOH - Omni 221, and NOH - Omni 224, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, on February 16, 2012,

    iii.    NOA - Omni 43, NOA - Omni 88, NOA - Omni 89, NOA - Omni 92, NOA - Omni 120, NOA - Omni 122, NOA - Omni 140, NOA - Omni 143, NOA - Omni 151, NOA - Omni 158, NOA - Omni 160, NOA - Omni 192, NOA - Omni 198, NOA - Omni 199, NOA - Omni 200, NOA - Omni 238, NOA – Omni 241, NOA - Omni 189, NOA - Omni 190, NOA - Ontario, NOA - AILIC, NOA - Dmuchowski, NOW - Omni 40, NOW - Omni 92, NOH - Omni 221, and NOH - Omni 224, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, on February 16, 2012,

    iv.    NOA - Omni 43, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, on February 17, 2012,

    v.    NOA - Omni 88, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>, on February 17, 2012,

    vi.    NOA - Omni 89, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>, on February 17, 2012,

    vii.    NOA - Omni 92, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>, on February 17, 2012,

viii.     NOA - Omni 120, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit H</u>, on February 17, 2012,

ix.     NOA - Omni 122, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>, on February 17, 2012,

x.     NOA - Omni 140, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>, on February 17, 2012,

xi.     NOA - Omni 143, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>, on February 17, 2012,

xii.     NOA - Omni 151, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>, on February 17, 2012,

xiii.     NOA - Omni 158, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit M</u>, on February 17, 2012,

xiv.     NOA - Omni 160, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit N</u>, on February 17, 2012,

xv.     NOA - Omni 192, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit O</u>, on February 17, 2012,

xvi.     NOA - Omni 198, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit P</u>, on February 17, 2012,

xvii.     NOA - Omni 199, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Q</u>, on February 17, 2012,

xviii.     NOA - Omni 200, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit R</u>, on February 17, 2012,

T:\Clients\LBH\Affidavits\NOAs, NOWs & NOHs_DI 25454, 25457, 25460, 25463, 25465, 25467, 25470, 25473, 25475, 25477, 25479-25489, 25491-25495_Aff_2-16-12 & 2-17-12.doc

xix.    NOA - Omni 238, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit S</u>, on February 17, 2012,

xx.    NOA - Omni 241, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit T</u>, on February 17, 2012,

xxi.    NOA - Omni 189, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit U</u>, on February 17, 2012,

xxii.    NOA - Omni 190, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit V</u>, on February 17, 2012,

xxiii.    NOA - Ontario, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit W</u>, on February 17, 2012,

xxiv.    NOA - AILIC, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit X</u>, on February 17, 2012,

xxv.    NOA - Dmuchowski, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Y</u>, on February 17, 2012,

xxvi.    NOW - Omni 40, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Z</u>, on February 17, 2012,

xxvii.    NOW - Omni 92, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A1</u>, on February 17, 2012,

xxviii.    NOH - Omni 221, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit B1</u>, on February 17, 2012, and

xxix.    NOH - Omni 224, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C1</u>, on February 17, 2012.

T:\Clients\LBH\Affidavits\NOAs, NOWs & NOHs_DI 25454, 25457, 25460, 25463, 25465, 25467, 25470, 25473, 25475, 25477, 25479-25489, 25491-25495_Aff_2-16-12 & 2-17-12.doc

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
22nd day of February, 2012
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\NOAs, NOWs & NOHs_DI 25454, 25457, 25460, 25463, 25465, 25467, 25470, 25473, 25475, 25477, 25479-25489, 25491-25495_Aff_2-16-12 & 2-17-12.doc

**EXHIBIT A**

### *LBH MSL Email Service List*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

**_LBH MSL Email Service List_**

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com

### *LBH MSL Email Service List*

gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com

jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

### LBH MSL Email Service List

| | |
|---|---|
| jschwartz@hahnhessen.com | linda.boyle@twtelecom.com |
| jsheerin@mcguirewoods.com | lisa.ewart@wilmerhale.com |
| jshickich@riddellwilliams.com | lisa.kraidin@allenovery.com |
| jsmairo@pbnlaw.com | LJKotler@duanemorris.com |
| jstoll@mayerbrown.com | lkatz@ltblaw.com |
| jsullivan@mosessinger.com | lmarinuzzi@mofo.com |
| jteitelbaum@tblawllp.com | Lmay@coleschotz.com |
| jtimko@shutts.com | lmcgowen@orrick.com |
| jtougas@mayerbrown.com | lml@ppgms.com |
| judy.morse@crowedunlevy.com | lnashelsky@mofo.com |
| jvail@ssrl.com | loizides@loizides.com |
| jwallack@goulstonstorrs.com | lromansic@steptoe.com |
| jwang@sipc.org | lscarcella@farrellfritz.com |
| jwcohen@daypitney.com | lschweitzer@cgsh.com |
| jweiss@gibsondunn.com | lsilverstein@potteranderson.com |
| jwest@velaw.com | lubell@hugheshubbard.com |
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | MAOFILING@CGSH.COM |
| KDWBankruptcyDepartment@kelleydrye.com | Marc.Chait@SC.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| Ken.Coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | martin.davis@ots.treas.gov |
| kjarashow@fklaw.com | Marvin.Clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@dl.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| KReynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mccombst@sullcrom.com |
| kuehn@bragarwexler.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| Landon@StreusandLandon.com | mdahlman@kayescholer.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| Lee.Stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |

### *LBH MSL Email Service List*

mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com

### LBH MSL Email Service List

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com

slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov

## *LBH MSL Email Service List*

tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG |
| AJF HOLDING B.V. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| AJF HOLDING B.V. | PLAS\|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| ANDERSEN, SAMUEL MAGNUS | LONALEITET 157 HAUKELAND 5268 NORWAY |
| AUGUSTO, CHIERICHETTI | VIA DELLA BIELLA, 6 CASTELLANZA (VA) 21053 ITALY |
| BAKKER, P.J. | POSTBUS 741 MAASTRICHT 6200 AS NETHERLANDS |
| BANCO DI NAPOLI S.P.A. | ATTN: DOMENICO VACCARO VIA TOLEDO, 177 NAPOLI 80132 ITALY |
| BANI, THEOPHIL | ST. ULRICHWEG 15 STRENGELBACH 4802 SWITZERLAND |
| BANI, THEOPHIL | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| BIANCO, GRAZIELLA | VIA TANA BASSA, 30 MONTEGROSSO D'ASTI (AT) 14048 ITALY |
| BUGINI, HANS & BARBARA | MITTELDORFSTRASSE 5B HAUSEN AG 5212 SWITZERLAND |
| BUGINI, HANS & BARBARA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| EDIFICACIONES MARSOL, S.A. | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| EIGENHEER, HEIDI | BRUNEGGERSTRASSE 11 MORIKEN AG 5103 SWITZERLAND |
| EIGENHEER, HEIDI | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| ERNSDORFO, KARL | C/O ROTTER RECHTSANWATTE LUISE-ULLRICH-STR. 2 GRUNWALD 82031 GERMANY |
| EUROMIX SICAV, SA | AVENIDA MADRID, 77-10-A LOGROFRO 26006 SPAIN |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FIEBIGER, HEINZ | CH DU ROUSSILLON 6 MEYRIN 1217 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | HOHENWEF 41A UNTERSIGGENTHAL 5417 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | HOHENWEG 41A UNTERSIGGENTHAL 5417 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| FLACH-MEIER, REGULA | REBHALDENSTRASEE 58 GOSSAU ZH 8625 SWITZERLAND |
| FLACH-MEIER, REGULA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| FRIEDRICH, A.J. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| FRIEDRICH, A.J. | PLAS\|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| GLOOR, MAX | IM TROTTENACKER 4 BIBERSTEIN 5023 SWITZERLAND |
| GLOOR, MAX | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| GOSELE, HEINZ & DORIS | IM HUBEL 11 SURSEE 6210 SWITZERLAND |
| GOSELE, HEINZ & DORIS | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| HE PING &/OR DING XIAFEN | NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT SHANGHAI CHINA |
| HEINEMANN, A.A.M. | SEGBROEKLAAN 110 THE HAGUE 2565 DN NETHERLANDS |
| KALT, EDGAR | RIETEREWEG 6 BIRMENSTORF AG 5413 SWITZERLAND |
| KALT, EDGAR | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| KNOLLER, PETER UND MAVITTA | KURPFULFSTR. 10 MAXDORF 67133 GERMANY |
| KNUPP, WALTER & EDITH | GROSSACHERSTRASSE 27 OBERWIL-LIELI 8966 SWITZERLAND |
| KNUPP, WALTER & EDITH | TECTRON AG FINANCBERATUNG HINGERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| KOK, ERIC | 54 JALAN BUKIT SEGAR 3 TAMAN SEGAR CHEARS KUALA LUMPUR 56100 MALAYSIA |
| KONIG, P.C. | WIJNKOOPSBAAI 98 CAPELLE A/D IJSSEL 2904BR NETHERLANDS |
| KUPAT HATAGMULIM SHEL | OVDEY BANK LEUMI LTD YEHUDA HALEVI ST NO. 9 TELAVIV 65135 ISRAEL |
| LIMTONG MANUEL TAN &/ | OR LIMTONG EUSEBIO EDGARDO TAN SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |
| LIN WU CHUEH & SHIH SHU TSUN | NO 36 LANE 319 CHIN HUA RD TAICHUNG, TAIWAN |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHU, TAI-FANG & SHU MEI LIN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| MARTINEZ LOPEZ, ENCARNACION | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |

| Claim Name | Address Information |
|---|---|
| MEYER-MEIER, ADRIAN | MARTINSBERGSTR 12 BADEN 5400 SWITZERLAND |
| MEYER-MEIER, ADRIAN | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| MOHINANI HASSOMAL BULCHAND &/ | OR MOHINANI RENU HARISH FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| MOTLLO CARBO, ANTONIO | C/ LOS PENASCALES 46, 6-A MADRID 28028 SPAIN |
| MOTLLO MARTINEZ, ANTONIO | C/ SANTA MARIA MAGDALENA 19 MADRID 28016 SPAIN |
| NIESZNER, THOMAS & CORNELIA | BLEUMATTHALDE 10 GIPF-OVERFRICK 5073 SWITZERLAND |
| NIESZNER, THOMAS & CORNELIA | BLEUMATTHALDE 10 GIPF-OBERFRICK 5073 SWITZERLAND |
| NIESZNER, THOMAS & CORNELIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| SCHENKER, RUDOLF & ERIKA | SALISTRASSE 1 DANIKEN SO 4658 SWITZERLAND |
| SCHENKER, RUDOLF & ERIKA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-55-6 SWITZERLAND |
| SCHEURMANN, BEATRIX | ALLMENDWEG 3 SAFENWIL 5745 SWITZERLAND |
| SCHEURMANN, BEATRIX | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SCHNOPP, MAX LUDWIG | HUMBELRAIN 14 SCHONENBERG ZH 8824 SWITZERLAND |
| SCHNOPP, MAX LUDWIG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SCHWARZ, MATTHIAS & BRIGITTA | OBSTEINENWEG 11 VILLIGEN 5234 SWITZERLAND |
| SCHWARZ, MATTHIAS & BRIGITTA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SPILT, J.C. | VALKEVEENSELAAN 2 A HUIZEN 1272 ND NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| STRAUSS-MUHLEMANN, PETER | VEILCHENSTRASSE 4 RINIKEN CH-5223 SWITZERLAND |
| STRAUSS-MUHLEMANN, PETER | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| THAM YIU KWOK | RM 26A AMBER GARDEN 70-72 KENNEDY ROAD HONG KONG |
| VAN OVERBEKE, IGNACE | LOPPENSESTRAAT 39 LOPPEM 8210 BELGIUM |
| VOGLER, KARL & ALICE | NUSSHALDENSTRASSE 33 DOTTINGEN 5312 SWITZERLAND |
| VOGLER, KARL & ALICE | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| VORSORGESTIFTUNG DER | M+P MENG UND PARTNER AG TECTRON AG FINANZBERATUNG, HINTERMATTLISTR 5 AARAU 5001 SWITZERLAND |
| VORSORGESTIFTUNG DER | M+P MENG UND PARTNER AG BRUGGERSTRASSE 21 BADEN 5400 SWITZERLAND |
| VORSORGESTIFTUNG DER | M+P MENG UND PARTNER AG TECTRON AG,FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WELLINGER, CHRISTOPH | IM WYGARTLI 53 HOFSTETTEN SO 4114 SWITZERLAND |
| WELLINGER, CHRISTOPH | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WERNLI, BEAT & MARIA | QUELLENWEG 1 VILLIGEN 5234 SWITZERLAND |
| WERNLI, BEAT & MARIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |
| WINIGER, ROMAN | GASSACKERSTRASSE 19 DIETIKON 8953 SWITZERLAND |
| WINIGER, ROMAN | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| WOODTLY, URSULA & NICOLA MUMENTHALER | FISCHERWEG 54 OFTRINGEN CH-4665 SWITZERLAND |
| WOODTLY, URSULA & NICOLA MUMENTHALER | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

Total Creditor count  86

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| PRIJS, BEN | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| PRIJS-LIPS, J.M. | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| RAM, JACOB | 4 ITZHAK MANGER STREET HERZELIYA 46681 ISRAEL |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | C/ FUENTE DEL BERRO NO. 10-6-B. MADRID 28009 SPAIN |
| SIVAN, ALEX | P.O. BOX 3368 GEBORONE BOTSWANA |
| SMADJA, HAIM | P.O. BOX 3368 GABORONE BOTSWANA |
| SOUSA, JOSE MARTINHO SILVA | BANCO POPULAR PORTUGAL, S.A. ATTN: MIGUEL SILVA R.RAMALHO ORTIGAO, 51-2 LISBOA 1099-090 PORTUGAL |
| SOUSA, JOSE MARTINHO SILVA | RUA ZE DO TELHADO, 79 MARCO CANAVESES 4630-309 PORTUGAL |
| STOCKER, HANNELORE | LE PARADOR I 7 CHEMIN CROVETTO FRERES 98000 MONACO |
| STOTT, JEAN TODD | PORT DE LA BONAIGUA 9 VALLIRANA BARCELONA 08759 SPAIN |
| SUBIRA, JUAN ANTONIO MARCOS | C/BOLIVIA, 17-8O-D MADRID 28016 SPAIN |
| VANDEBROEK, ROGER | WEGNAAR DE GRANWE STEEN 31 HEUSDEN ZOLDER 3550 BELGIUM |
| WEIGELT, MARCO | POTSDAMER STR. 9 ZIERENBERG 32489 GERMANY |

**Total Creditor count  13**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| BORREMANS, LUCIEN - DRIES, ELISA | WYCKMANSVELD 6 B-2850 BOOM BELGIUM |
| BPI OBRIGACOES DE ALTO RENDIMENTO DE | ALTO RISCO DE OBRIGACOES DE TAXA FIXA (BPI OARAR) LARGO JEAN MONET, NO. 11, 5 LISBOA 1250-049 PORTUGAL |
| BPI REFORMA INVESTIMENTO PPR | LARGO JEAN MONET, NO. 11, 5 LISBOA 1250-049 PORTUGAL |
| BUYS, GRETA | BELLESTRAAT 75 A SINT-NIKLAAS B-9100 BELGIUM |
| CARDOEN, MARIJKE | IZEGEMSESTRAAT 6 ROESELAVE 8800 BELGIUM |
| CAREPROVAN PRIVATE STICHTING | CIAMBERLANIDREEF 34 BEVEREN-WAAS B9120 BELGIUM |
| COK, JOOP | MIKSEBAAN 232 BUS 4 BRASSCHAAT B-2930 BELGIUM |
| DE BLIECK, BENOIT | ZEEDIJK-HET ZOUTE 773/51 KNOKKE-HEIST 8300 BELGIUM |
| DE CLEEN, WALTER AND | ANDIMIGNON, VERONIQUE GENTSEWEG 172 BEVEREN B-9120 BELGIUM |
| DE URIES-SCHEIBERLICH, W.E. | EDISONSTRAAT 10 BADHOEUEDORP 1171 AL NETHERLANDS |
| DE VILLE, DOMINIQUE | RUE SAINT MARTIN, 28 NIL-ST-VINCENT 1457 BELGIUM |
| DU MORTIER-HOUYET, | CHRISTIAN (MR. & MRS.) AVENUE WINTERBERG, 17 RIXENSART 1330 BELGIUM |
| DUMOLIN, DIDIER | J. VAM EYCKSTRAAT 4 MARKE 8510 BELGIUM |
| DUMOLIN, PIERRE | MGR. DE HAERMELAAN 70 KORTRYK 8500 BELGIUM |
| FLOS, GILBERTA | STATIONSTRAAT 82 D GEEL B-2440 BELGIUM |
| FONDATION JEAN PRAET A.S.B.L. | BOULEVARD LAMBERMONT 63 BRUSSELS 1030 BELGIUM |
| GROOT, A.M.A. | ROSS VAN LENNEPLAAN 23 SITTARD 6132 AM NETHERLANDS |
| HANDELMIJ VAN PERNIS B.V. | P/A HEIDEROOSWEG 1 BEEKBERGEN 7361 GG NETHERLANDS |
| HIJMANS, R.A. | CANADASTRAAT 11 HOLTEN 7451 ZJ NETHERLANDS |
| HULET, ANDRE | RUE DES HAIES 14 GERPINNES 6280 BELGIUM |
| HULET, PIERRE | LAURENCE HULET CHEMIN DAMES AVELINES 26 SART DAMES AVELINES 1495 BELGIUM |
| HULET, PIERRE | RUE L HEC Q 64 EPINOIS 7134 BELGIUM |
| JASO, BM | STREEPSTRAAT 58 KAPELLEN B-2950 BELGIUM |
| KROON, M. AND DRONK, S. | P/A HARINGVLIET 387 ROTTERDAM 3011 ZP NETHERLANDS |
| KUPPENS-VAN DEN BROECK | PROVINCIEBAAN 11 RETIE B-2470 BELGIUM |
| LEENKNECHT, NORBERT - THERESE LECLUYSE | GROTE MARKT 35 BUS 53 KORTRIJK 8500 BELGIUM |
| LIESTEKRI, BM | SEVENHANSLEI 47 KAPELLEN B-2950 BELGIUM |
| VUKAILOVIC, ALEX | HOEHENBLICK 52A FRANKFURT 60431 GERMANY |
| WEEMAES, CHRISTEL | TIJMSTRAAT 17 MELSELE B9120 BELGIUM |
| WEEMAES, MONIQUE | OUDE ZANDSTRAAT 72 BEVEREN-WAAS B-9120 BELGIUM |
| WEEMAES, MUSSCHE | GROTE MARKT 32 D32 BEVEREN-WAAS B-9120 BELGIUM |
| WEISMIES | ROGGESTRAAT 24 KERBERGEN B-3140 BELGIUM |

**Total Creditor count  32**

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| LUKOSCHEK, WOLFGANG | AM WIESENRAIN 21 60341 FRANFURT GERMANY |
| LUKOSCHEK, WOLFGANG | GOETHESTR. 55 63067 OFFENBACH AM MAIN GERMANY |
| NABER PC | 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RAMPOLD, HEIDRUN ELISABETH | BARTHELSTRASSE 125 50823 KOLN GERMANY |

**Total Creditor count  4**

# EXHIBIT H

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| GELDARD, CHRISTINE L. | CL CUENCA 23 TORRELAMATA ALICANTE 03188 |

**Total Creditor count  1**

# EXHIBIT I

| Claim Name | Address Information |
|---|---|
| ARICA, HUGO G | 1 POLICE PLAZA NEW YORK NY 10038 |
| CARRASCO EDWARD | ONE POLICE PLAZA NEW YORK NY 10038 |
| DOMINICCI, SHAUN | ONE POLICE PLAZA NEW YORK NY 10038 |
| FOELLA, MICHAEL A | ONE POLICE PLAZA NEW YORK NY 10038 |
| HANLEY, TIMOTHY P | ONE POLICE PLAZA NEW YORK NY 10038 |
| MONTEGOMERY, CHRISTOPHER J. | PAID DETAIL UNIT ONE POLICE PLAZA NEW YORK NY 10038 |
| NADINE POPE | PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| PHILLIPS TANISHAE | 1 POLICE PLAZA NEW YORK NY 10038 |
| ROTHSTEIN, JONATHAN H. | 241 ADAMS ROAD HEWLETT HARBOR NY 11557 |
| SOGLUIZZO, MICHAEL | 1 POLICE PLAZA NEW YORK NY 10038 |
| YAKUBOV, NATHAN | ONE POLICE PLAZA NEW YORK NY 10038 |

**Total Creditor count  11**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| BANQUE SAFDIE SA | 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 ATTN: MICHEL KISFALUDY CH – 1211 GENEVA 11 SWITZERLAND |
| BANQUE SAFDIE SA | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |

**Total Creditor count  3**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ACM GLOBAL CREDIT - U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| ALLIANCE BERNSTEIN | ALTERNATIVE INVESTMENTS (MASTER)-, K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN | POOLING PORTFOLIOS, THE - K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS | (MASTER)-, FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - | ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO, C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS | SERIES FUND INC., K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES | FUND INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT | TRUST SERIES, K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST | SERIES, BERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST | SERIES, EBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| BANQUE PROFIL DE GESTION | COURS DE PRIVE GENEVA 1204 SWITZERLAND |
| BARRIOS, ROSALINDA; AN INDIVIDUAL | W. DOZORSKY, ESQ. 2152 DUPONT DRIVE; SIUTE 214-A IRVINE CA 92612 |
| BERNIER, FRANCOIS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| BERNIER, FRANCOIS | KUILBERG 36 HEUSDEN-ZOLDER 3550 BELGIUM |
| BOOTEN, MICHELE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| BOOTEN, MICHELE | PAUWENGRAAF 60 MAASMECHELEN 3630 BELGIUM |
| BORENSTEIN, ROBERTA | 18 WINDY RIDGE PLACE WILTON CT 06897 |
| CARTY, LEA | 445 3RD ST., # 4R BROOKLYN NY 11215 |
| CF MIDAS BALANCED GROWTH FUND | BEAUFORT HOUSE 51 NEW NORTH ROAD EXETER, DEVON EX4 4EP UNITED KINGDOM |
| COLEMAN, MICHAEL ALEXIS SR. | 2 FREEMAN STREET BUFFALO NY 14215 |
| DE CLERCQ, FRANCOISE | RUE VANDERCAMMEN 22 BRUXELLES 1160 BELGIUM |
| DE CLERCQ, FRANCOISE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| FINANCIAL SERVICES COMPENSATION | SCHEME LIMITED,THE FAO: JAMES DARBYSHIRE 7TH FL, LLOYDS CHAMBERS 1 PORTSOKEN ST LONDON E1 8BN UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| FITVOYE, CLAUDE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| FITVOYE, CLAUDE | RUE DE L'ABATTOIR 41/2 BINCHE 7130 BELGIUM |
| FRANSSEN, MATTHIAS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| FRANSSEN, MATTHIAS | VICHTESTEENWEG 121 DEERLIJK 8540 BELGIUM |
| GODARD, ALAIN & JEANNINE BRONCKART | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN  BT. 8 BRUSSELS 1160 BELGIUM |
| GODARD, ALAIN & JEANNINE BRONCKART | CLOS DU COLBIE 46 BRAINE-L'ALLEUD 1420 BELGIUM |
| SANFORD C. BERNSTEIN FUND II, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND II, INC. - | BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORTFOLIO, C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SANFORD C. BERNSTEIN FUND, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND, INC. - | INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SYLVIA AGOSTINI LIVING | TRUST DTD 5/12/2000 C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885 3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING | TRUST DTD 5/12/2000 C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885 3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT 3603 MIAMI BEACH FL 33143 |
| TINANT, DANIELLE | AV. DES TILLEULS 16 RHODE-ST-GENES 1640 BELGIUM |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| VALKENBORGS, ROGER | TRANSFEROR: FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF VALKENBORGS, ROGER SCHANSSTRAAT 95 HEUSDEN-ZOLDER 3550 BELGIUM |

Total Creditor count  49

**EXHIBIT L**

| Claim Name | Address Information |
|------------|---------------------|
| HUNTON & WILLIAMS LLP | C/O LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND VA 23219 |
| NADINE POPE | PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| RIGHT MANAGEMENT, INC. | ATTN: PRINCE ALTEE THOMAS, ESQ. FOX ROTHSCHILD LLP 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA PA 19103-3222 |

**Total Creditor count  3**

**EXHIBIT M**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |

**Total Creditor count  1**

**EXHIBIT N**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |

**Total Creditor count  1**

**EXHIBIT O**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| TEACHER RETIREMENT SYSTEM OF TEXAS | TRANSFEROR: RED RIVER HYPI, L.P. (#2603) ATTN: KENDALL C. COURTNEY 816 CONGRESS AVENUE 13TH FLOOR AUSTIN TX 78701 |

**Total Creditor count  1**

**EXHIBIT P**

| Claim Name | Address Information |
| --- | --- |
| BUNEVICH, CAROL | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |
| BUNEVICH, CAROL | PO BOX 445 SIASCONSET MA 02564-0445 |
| PHILIPS PENSION TRUSTEES LTD, | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHILIPS PENSION TRUSTEES LTD, | AS TRUSTEE OF THE PHILIPS PENSION FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |

Total Creditor count  4

**EXHIBIT Q**

| Claim Name | Address Information |
|---|---|
| BURGER, MARTIN S. | 10 CITY PLACE, TRUMP TOWER, 29D WHITE PLAINS NY 10601 |
| CARTER, B. GENE | 4000 BRYN MAWR DALLAS TX 75225-7031 |
| DAVID SCHWARTZ REVOCABLE TRUST | C/O DAVID SCHWARTZ 1255 W. DRAPER ST. CHICAGO IL 60614-2118 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154-3190 |
| SOBO, MICHAEL AND ELLEN | 2 WASHINGTONS HEADQUARTERS DOBBS FERRY NY 10522 |
| SOBO, SCOTT AND HEIDI | 28 NORTHDALE ROAD WHITE PLAINS NY 10605 |
| SURYAN FAMILY TRUST | C/O FRANK SURYAN JR. 3821 SEASCAPE DRIVE HUNTINGTON BEACH CA 92649-2523 |
| THABIT FAMILY TRUST | C/O CORY THABIT 309 DIAMOND AVE. BALBOA ISLAND CA 92662-1117 |
| THOMAS, JAMES & ROSEMARY | 106 BEVERLY ROAD RYE NY 10580-1903 |
| WESTFAHL, CHRIS & EILEEN | 52 EAST RIDGE ROAD STAMFORD CT 06903-4337 |

**Total Creditor count  11**

**EXHIBIT R**

| Claim Name | Address Information |
| --- | --- |
| A.M. BEST COMPANY, INC. | AMBEST ROAD OLDWICK NJ 08858 |
| MUNICIPAL SECURITIES RULEMAKING | 1900 DUKE STREET SUITE 600 ALEXANDRIA VA 22314-3412 |
| PAUL, WEISS, RIFKIND, | WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS STEPHEN J. SHIMSHAK NEW YORK NY 10019-6064 |
| ROSEKRANS, JOHN | C/O JOHN P. CHRISTIAN, ESQ. WEINTRAUB GENSHLEA CHEDIAK TOBIN & TOBIN 475 SANSOME STREET, SUITE 1800 SAN FRANCISCO CA 94111 |

**Total Creditor count  4**

**EXHIBIT S**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ASHWELL, LAUREN W. | 377 RECTOR PLACE APT. 14C NEW YORK NY 10280 |

Total Creditor count  1

**EXHIBIT T**

| Claim Name | Address Information |
|---|---|
| BLACKROCK FINANCIAL MANAGEMENT, INC. | ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BROWN RUDNICK, LLP | C/O KENNETH F. GRAUER SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CLIFFORD CHANCE LLP | FAO MR KEITH W ISAACS 10 UPPER BANK STREET CANARY WHARF LONDON E14 5JJ UNITED KINGDOM |
| COUDERT BROTHERS LLP | 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COUDERT BROTHERS LLP | C/O DEVELOPMENT SPECIALIST, INC 200 SOUTH BISCAYNE BLVD. SUITE 1818 MIAMI FL 33131-2329 |
| D&D SECURITIES INC | 302 NORTH NASSAU AVENUE MARGATE NJ 08402 |
| ISRAEL DISCOUNT BANK OF NEW YORK | ATTN: MICHAEL DERLE, FIRST V.P. - TREASURY OPERATIONS 511 FIFTH AVENUE NEW YORK NY 10017 |
| ISRAEL DISCOUNT BANK OF NEW YORK | SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: GABRIEL G. MATUS, ESQ. 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| NEAL, GERBER & EISENBERG LLP | C/O H. NICHOLAS BERBERIAN, ESQ. AND NICHOLAS M. MILLER, ESQ. TWO NORTH LASALLE STREET, SUITE 1700 CHICAGO IL 60602 |
| WILEY REIN LLP | DYLAN G. TRACHE 7925 JONES BRANCH DRIVE SUITE 6200 MCLEAN VA 22102 |
| ZPR INTERNATIONAL INC. | 1642 NORTH VOLUSIA AVENUE ATTN: MAX ZAVANELLI ORANGE CITY FL 32763 |

**Total Creditor count  11**

**EXHIBIT U**

| Claim Name | Address Information |
|---|---|
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| ICP STRUCTURED CREDIT INCOME | MASTER FUND LTD C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN: PETER W GAUDET, COO 360 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10017 |
| MARQUETTE FINANCIAL COMPANIES | C/O KATHI ROGERS 60 SOUTH SIXTH STREET, SUITE 3900 MINNEAPOLIS MN 55402 |
| MARQUETTE FINANCIAL COMPANIES | DORSEY & WHITNEY LLP ATTN: STEVEN J. HEIM, ESQ. 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |

**Total Creditor count  5**

**EXHIBIT V**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STASHOWER, SUSAN | 300 WEST 72 STREET # 6F NEW YORK NY 10023 |

**Total Creditor count  1**

**EXHIBIT W**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| 2138747 ONTARIO LTD. | C/O DICKSTEIN SHAPIRO LLP ATTN: SHAYA M. BERGER 1633 BROADWAY NEW YORK NY 10019 |

**Total Creditor count  1**

**EXHIBIT X**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| AMERICAN INVESTORS LIFE INSURANCE CO., INC. | N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |

**Total Creditor count  1**

**EXHIBIT Y**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DMUCHOWSKI, JOHN | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |

Total Creditor count  4

**EXHIBIT Z**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CATHAY UNITED BANK | 2F, NO 7 SONG REN RD. TAIPEI, TAIWAN |
| CATHAY UNITED BANK | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |

**Total Creditor count  2**

**EXHIBIT A1**

| Claim Name | Address Information |
|---|---|
| RAKEPOLL FINANCE N.V. | DLA PIPER LLP (US) ATTN: TIMOTHY W. WALSH 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| SOGECAP | ATTN:  MAI NGUYEN 50 AVENUE DU GENERALE DE GAULLE 92093 LA DEFENCE CEDEX FRANCE |

**Total Creditor count  2**

**EXHIBIT B1**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PUGIA, ANNETTA F. | 3 OLD TOPSFIELD ROAD BOXFORD MA 01921 |

**Total Creditor count  1**

**EXHIBIT C1**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| FRANZ, ROBERT | 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ, ROBERT | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |

**Total Creditor count  2**