UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    08-13555 (JMP)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

### NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS 17319 AND 17320

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 17319.46 | FARALLON CAPITAL (AM) INVESTORS, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $555,553.18 |
| 17319.47 | FARALLON CAPITAL (AM) INVESTORS, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $238,113.20 |
| 17320.17 | FARALLON CAPITAL (AM) INVESTORS, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $690,886.80 |
| 17320.18 | FARALLON CAPITAL (AM) INVESTORS, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $345,446.82 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 24, 2012

FARALLON CAPITAL (AM) INVESTORS, LP
By: Farallon Partners, L.L.C., Its General Partner

By: _____

Print Name: ____Daniel J. Hirsch____
                      Managing Member

Title (if applicable): _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :
                    Debtors.                      :   (Jointly Administered)
                                                  :
---------------------------------------------------------------x

### NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS 17319 AND 17320

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 17319.03 | FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $300,000.00 |
| 17319.12 | FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $700,000.00 |
| 17320.05 | FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $625,000.00 |
| 17320.06 | FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $312,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 24, 2012

FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P.
By: Farallon Partners, L.L.C., Its General Partner

By: _____

Print Name: _____Daniel J. Hirsch_____
                    Managing Member

Title (if applicable): _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                            Debtors.                         :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS 17319 AND 17320

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 17319.06 | FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $412,000.00 |
| 17319.09 | FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $962,000.00 |
| 17320.03 | FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $875,000.00 |
| 17320.04 | FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $438,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 24, 2012            FARALLON CAPITAL INSTITUTIONAL
                                    PARTNERS III, L.P.
                                    By: Farallon Partners, L.L.C., Its General Partner

                                    By: _____

                                    Print Name: _____Daniel J. Hirsch_____
                                                        Managing Member
                                    Title (if applicable): _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
              Debtors.                    :    (Jointly Administered)
                                          :
------------------------------------------------------------x

### NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS 17319 AND 17320

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 17319.02 | FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $4,950,000.00 |
| 17319.13 | FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $11,550,000.00 |
| 17320.07 | FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $15,500,000.00 |
| 17320.08 | FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $7,750,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 24, 2012

FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P.
By: Farallon Partners, L.L.C., Its General Partner

By: _____

Print Name: _____Daniel J. Hirsch_____
                   Managing Member

Title (if applicable): _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
            Debtors.                                           :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS 17319 AND 17320

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 17319.04 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $3,188,000.00 |
| 17319.11 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $7,438,000.00 |
| 17319.05 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $2,986,886.80 |
| 17319.10 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $6,969,446.82 |
| 17320.09 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $10,250,000.00 |
| 17320.10 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $5,125,000.00 |
| 17320.11 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $8,559,113.20 |
| 17320.12 | FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $4,279,553.18 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 24, 2012            FARALLON CAPITAL OFFSHORE
                                    INVESTORS II, L.P.
                                    By: Farallon Partners, L.L.C., Its General Partner

                                    By: _____

                                    Print Name: _____Daniel J. Hirsch_____
                                                     Managing Member
                                    Title (if applicable): _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------x

### Notice Of Partial Withdrawal Of Claims 17319 and 17320

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 17319.01 | FARALLON CAPITAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $2,588,000.00 |
| 17319.14 | FARALLON CAPITAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $6,038,000.00 |
| 17320.13 | FARALLON CAPITAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $12,500,000.00 |
| 17320.14 | FARALLON CAPITAL PARTNERS, L.P. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $6,250,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 24, 2012

FARALLON CAPITAL PARTNERS, L.P.
By: Farallon Partners, L.L.C., Its General Partner

By: _____

Print Name: Daniel J. Hirsch
Managing Member

Title (if applicable): _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   08-13555 (JMP)
                                                               :
                            Debtors.                           :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS 17319 AND 17320

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 17319.07 | NOONDAY OFFSHORE, INC. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $337,000.00 |
| 17319.08 | NOONDAY OFFSHORE, INC. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $787,000.00 |
| 17320.01 | NOONDAY OFFSHORE, INC. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $1,000,000.00 |
| 17320.02 | NOONDAY OFFSHORE, INC. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 24, 2012

NOONDAY OFFSHORE, INC.
By: Farallon Capital Management, L.L.C.,
Its Agent and Attorney-in-Fact

By: _____

Print Name: _____Daniel J. Hirsch_____
                       Managing Member

Title (if applicable): _____