Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BSI SA
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

BSI SA
Via Magatti 2
CH-6900 Lugano
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: 29 October 2009
Amount of Claim: see Proof of Claim
Portion of Claim Transferred (see Schedule I): USD 30,000 AND 30 units

Phone: +41(0)58 809 3548
Last Four Digits of Acct #: _____

Phone: +41 44 333 09 46
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]          Date: 10 February 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CREDIT SUISSE**

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **BSI SA Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON FEBRUARY 1, 2012.

**Credit Suisse AG**

By: _____
Name: M. Kobler
Title: MD

By: _____
Name: P. Muzzarelli
Title: DIRECTOR

**CREDIT SUISSE**

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and Nominal Amount or Number of Units |
|---|---|---|---|---|
| ANN5214A1035 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | 30 Units |
| XS0274985828 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | USD 30'000.00 |

P. MUTTARCU



**BANCHIERI SVIZZERI DAL 1873**

To:
**United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center**
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

**BY DHL**

Lugano    22 February 2012

Notice of transfer, from Credit Suisse AG (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Securities N.V. (the "Securities") and claim n. 55829 attached thereto (the "Claim")

**Dear Sirs,**

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "Transfer").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) *"Evidence of Transfer of Claim"*, signed by Credit Suisse AG as Transferor, as proof that Credit Suisse AG has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

Andrea Fincato    Matteo Zapparoli

**Attachments:** *as above*

BSI SA
Sede centrale Lugano, Via Magatti 2, CH-6900 Lugano
Tel. +41(0)91 809 31 11, Fax +41(0)91 809 36 78
info@bsi.ch, www.bsi.ch

