B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.            Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Bank Hapoalim (Switzerland) Ltd. | Bank Hapolim B.M., <u>Miami Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank Hapoalim (Switzerland) Ltd.,

Stockerstrasse 33

8027 Zurich

Switzerland

Court Claim # (if known):      55854
Total Amount of Claim Filed: USD92,571,574
Amount of Claim Transferred:USD    150,000
ISIN/CUSIP:          XS0364167006
Blocking Number:       6069692
Date Claim Filed:        16/10/2009

Phone:            (305) 466-7400
Last Four Digits of Acct #: _____

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 20.2.2012
   Transferee/ Mrs. B. Fotsch

By: _____
   Transferee/ Mr. M. Lavender

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED

FEB 23 2012

United States Bankruptcy Court.
Southern District of New York.
Lehman Brothels Holdings.
Claim Processing Centre.
c/o EPIQ Bankruptcy Solutions
LLC FDR Station, P.O. Box 5076
New York, NY 10150-5076