Objection Date: March 26, 2012
Hearing Date: TBD

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019-6150
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
*Attorneys for JPMorgan Chase Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| In re | |
| LEHMAN BROTHERS INC., | |
| Debtor. | Case No. 08-01420 (JMP) SIPA |

## NOTICE OF MOTION TO STRIKE

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law,

the Declaration of Emil A. Kleinhaus and the exhibits thereto, and all proceedings heretofore had

before this Court, claimant JPMorgan Chase Bank, N.A., by its undersigned counsel, hereby

moves before the Honorable James M. Peck of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, for an order

striking the portions of the *Objection to Portions of Proofs of Claim No. 66462 Against Lehman*

*Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank,*

*N.A. Regarding Triparty Repo-Related Losses*, Docket Number 19604, that concern the Decem-

ber 2008 settlement agreement between JPMorgan, Barclays Capital Inc., and the Trustee for

Lehman Brothers Inc. (Objection ¶¶ 71-82), and JPMorgan's entitlement to postpetition interest

(*id.* ¶¶ 83-89), under Federal Rule of Civil Procedure 12(f), as incorporated in Bankruptcy Rule

7012(b), which this Court may apply here under Bankruptcy Rule 9014(c).

Dated:     February 24, 2012
            New York, New York

Respectfully submitted,

*Of counsel:*

WACHTELL, LIPTON, ROSEN & KATZ

Douglas K. Mayer
Ian Boczko
Emil A. Kleinhaus

By: _____/s/ Harold S. Novikoff_____
         Harold S. Novikoff

51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for JPMorgan Chase Bank, N.A.*