UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                          :

In re                          :       Chapter 11 Case No.
                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                          :       (Jointly Administered)

             Debtors.        :
                          :

------------------------------------------------------------------------x  Ref. Docket Nos. 24425, 24500,
                                        24973, 24985-24987, 24989, 25005-
                                        25010

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 8, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                       /s/ Lauren Rodriguez
                                       Lauren Rodriguez

Sworn to before me this
24th day of February, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BANK HAPOALIM B.M.
      ATTN: DAVID HERTZ & HAROLD J. WEISSLER
      1177 AVENUE OF THE AMERICAS
      NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-46 in the above referenced case and in the amount of
      $200,000.00  allowed at $200,000.00        has been transferred **(unless previously expunged by court order)**

      SULLIVAN, ANDREW AND JENNIFER
      TRANSFEROR: BANK HAPOALIM B.M.
      421 CALDWELL AVE
      WYCKOFF NJ 07481

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25006    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/08/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 8, 2012.

# EXHIBIT B

TIME: 18:30:39
DATE: 02/08/12

PAGE: 1

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| AKB PRIVATBANK ZURICH | AARGAUISCHE KANTONALBANK ISFS/EBU9 BAHNHOFSTRASSE 58 AARAU CH-5001 SWITZERLAND |
| AKB PRIVATBANK ZURICH | POSTFACH ZURICH 8022 SWITZERLAND |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY 6TH FLOOR ATTN: SUSAN MORIELLO NEW YORK NY 10012 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BURGERLIJKE MAATSCHAP FAMILIE VERSELE, SIGRID & ERWIN & VEERLE | C/O SIGRID VERSELE HEREN BOSLAAN 48 LIER 2500 BELGIUM |
| CERBERUS SERIES FOUR HOLDINGS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL GROUP INC C/O CERBERUS CAPITAL MANAGEMENT, L.P. ATTN: TRADING OPERATIONS 299 PARK AVENUE, 22ND FLOOR NEW YORK NY 10171 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GPS NEW EQUITY FUND (CAYMAN) LTD MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 ATTN: SUSAN MCNAMARA NEW YORK NY 10005 |
| DELTA LLOYD LIFE NV | ATTN: FATIMA METTIOUI / LAURENT DIOT AVENUE DE FONSNY, 38 BRUSSELS 1060 BELGIUM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CERBERUS SERIES FOUR HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MBIA INC. ATTN: MATT WEINSTEIN; C/O DEUTSCHE BANK SECURITIES INC 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DSQ LLC | TRANSFEROR: BANK HAPOALIM B.M. 450 PARK AVE STE 1200 NEW YORK NY 10022 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BURGERLIJKE MAATSCHAP FAMILIE VERSELE, SIGRID & ERWIN & VE ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: PEETERMANS, JOSEPH ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GALE PACIFIC LTD. | TRANSFEROR: AKB PRIVATBANK ZURICH GALE PACIFIC S.A. 20201 E. COUNTRY CLUB DRIVE # 302 MIAMI FL 33180 |
| GPS NEW EQUITY FUND (CAYMAN) LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO/ ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GPS NEW EQUITY FUND (CAYMAN) LTD | C/O GPS PARTNERS LLC ATTN: BRETT MESSING/ JEFF FARRON 2120 COLORADO AVENUE, SUITE 250 SANTA MONICA CA 90404 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: DELTA LLOYD LIFE NV 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BANK OF MONTREAL 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BANK OF MONTREAL ATTN: JOSHUAL ROWLING ATTN: MORGAN STANLEY - LEGAL & COMPLIANCE DIVISION CORPORATE LOANS GROUP 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| PCI FUND LLC | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PCI FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY 6TH FLOOR ATTN: SUSAN MORIELLO NEW YORK NY 10012 |
| PCI FUND, LLC | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PCI FUND, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY 6TH FLOOR ATTN: SUSAN MORIELLO NEW YORK NY 10012 |
| PEETERMANS, JOSEPH | RUE GRETRY N 2 GRACE-HOLLOGNE 4460 BELGIUM |
| SULLIVAN, ANDREW AND JENNIFER | TRANSFEROR: BANK HAPOALIM B.M. 421 CALDWELL AVE WYCKOFF NJ 07481 |

Total Number of Records Printed    31

EPIQ BANKRUPTCY SOLUTIONS, LLC