UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                                                  :     Chapter 11 Case No.
                                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :     08-13555 (JMP)
                                                                                           :     (Jointly Administered)
            Debtors.                                                         :
                                                                                           :
-----------------------------------------------------------------x     Ref. Docket Nos. 20739, 24046,
24701, 24934, 24935, 24937, 24982,
25001, 25013, 25014, 25017, 25018,
25020-25025, 25033, 25041, 25044,
25048, 25052-25054, 25055, 25056,
25071, 25077, 25079, 25087-25089,
25091-25096, 25098, 25100, 25102,
25106, 25108, 25109, 25117, 25118,
25120-25122, 25124-25129, 25131-
25133, 25144-25146

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of February, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   AMERICAN CHARTERED BANK
           ATTN: LANSDOWNE GREG
           1199 E HIGGINS ROAD
           SCHAUMBURG IL 60173
```

Please note that your claim # 33172 in the above referenced case and in the amount of
     $8,366,788.00   allowed at $7,737,547.10          has been transferred **(unless previously expunged by court order)**

```
           MERRILL LYNCH CREDIT PRODUCTS, LLC
           TRANSFEROR: AMERICAN CHARTERED BANK
           ATTN: GARY S COHEN
           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P
           NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25052       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/10/2012                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 10, 2012.

**EXHIBIT B**

```
TIME: 17:26:48                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 02/10/12                                         CREDITOR LISTING

Name                                                Address
AMERICAN CHARTERED BANK                             ATTN: LANSDOWNE GREG 1199 E HIGGINS ROAD SCHAUMBURG IL 60173
ANCHORAGE CAPITAL MASTER OFFSHORE LTD               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP LLC 610 BROADWAY, 6TH FLOOR
                                                    NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                                    NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                    NEW YORK NY 10012
ASIA RECOVERY CO-INVESTMENT PARTNERS LP             C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK NY 10036
ASIA RECOVERY FUND LP                               C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK NY 10036
BANCA MONTE DEI PASCHI DI SIENA S.P.A               ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                 TRANSFEROR: CREDITO VALTELLINESE S.P.A., VIA ROSELLINI 16 MILAN  20124 ITALY
BANK JULIUS BAER & CO. LTD.                         TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BANK OF AMERICA, NA, AS TRUSTEE                     J. WILLIAM BOONE C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424
BANK OF AMERICA, NA, AS TRUSTEE                     LEHMAN XS TRUST, SERIES 2006-15 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603
BARCLAYS BANK PLC                                   TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: CHAMBRE DE COMMERCE ET D'INDUSTRIE DE PARIS 745 SEVENTH AVENUE NEW YORK NY 10019
BBVA (SUIZA) S.A.                                   TRANSFEROR: VR-LIW GMBH 745 SEVENTH AVENUE NEW YORK NY 10019
BBVA (SUIZA) S.A.                                   BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO & ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID  28046 SPAIN
BBVA (SUIZA) S.A.                                   BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO / ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID  28046 SPAIN
BBVA (SUIZA) S.A.                                   BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
                                                    MADRID 28046 SPAIN
BBVA (SUIZA) S.A.                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS  75008 FRANCE
BBVA (SUIZA) S.A.                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE
BBVA (SUIZA) S.A.                                   ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                   ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                   ATTN: IÑIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                   ATTN: IÑIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH08021 SWITZERLAND
BBVA (SUIZA) S.A.                                   ATTN: IÑIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH8021 SWITZERLAND
CAJA LABORAL POPULAR COOP. DE CREDITO               CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
                                                    PO J.M. ARIZMENDIARRIETA S/N MONDRAGON GIPUZKOA 20500 SPAIN
CREDIT SUISSE                                       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL                         ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE INTERNATIONAL                         TRANSFEROR: CREDIT SUISSE ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDITO VALTELLINESE S.P.A.,                        TRANSFEROR: PBC FINANCING LLC ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
                                                    ATTENTION: CINZIA GERNA VIA RAGAZZI DEL '99, 12 SONDRIO 23100 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                     BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006
DEUTSCHE BANK AG, LONDON BRANCH                     DEUTSHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS ATTN: CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD ENGLAND
DEUTSCHE BANK AG, LONDON BRANCH                     ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ASA CALIFORNIA TAX ADVANTAGED RELATIVE VALUE FUND L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ASA TAX ADVANTAGED RELATIVE VALUE FUND L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ASA TAXABLE RELATIVE VALUE FUND LTD ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                TRANSFEROR: BBVA (SUIZA) S.A. 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302
GRF MASTER FUND II, L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                    NEW YORK NY 10012
HARRISON PASTURES, L.L.C.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS ATTN: PHILIP WELLS
                                                    NEW YORK NY 10036-8704
HBK MASTER FUND L.P.                                TRANSFEROR: ASIA RECOVERY CO-INVESTMENT PARTNERS LP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                    DALLAS TX 75201
HBK MASTER FUND L.P.                                TRANSFEROR: ASIA RECOVERY FUND LP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                                TRANSFEROR: WLR RECOVERY FUND II LP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                                TRANSFEROR: WLR RECOVERY FUND LP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LTD                                       TRANSFEROR: KUTXA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:26:48                              LEHMAN BROTHERS HOLDING INC.
DATE: 02/10/12                                  CREDITOR LISTING                                    PAGE:    2

Name                                             Address
INTESA SANPAOLO S.P.A.                           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A LEGAL DEPARTMENT ATTN: LUIGI FIORI CARONES VIA VERDI 8 MILANO 20121 ITALY
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436
                                                 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: COMPANHIA DE SEGUROS ALLIANZ PORTUGAL S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: UBS AG C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1- M138 383 MADISON AVENUE - FLOOR 37
                                                 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: UBS AG C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO,MAIL CODE: NY- M138 383 MADISON AVENUE - FLOOR 37
                                                 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: UBS AG C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO,MAIL CODE: NY1- M138 383 MADISON AVENUE - FLOOR 37
                                                 NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES                        TRANSFEROR: ILLLIQUIDX LTD ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND LP         TRANSFEROR: YORVIK PARTNERS LLP ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,           TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
LP
LIQUIDATION OPPORTUNITIES MASTER FUND,           TRANSFEROR: YORVIK PARTNERS CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
LP
LIQUIDATION OPPORTUNITIES MASTER FUND,           TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
LP
MERRILL LYNCH CREDIT PRODUCTS, LLC               TRANSFEROR: AMERICAN CHARTERED BANK ATTN: GARY S COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC               TRANSFEROR: CREDIT OPPORTUNITY ASSOCIATES LLC ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                      MERRILL LYNCH, DUBLIN ATTN: DAVE PURDOM, JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18 IRELAND
MERRILL LYNCH INTERNATIONAL                      TRANSFEROR: BANK OF AMERICA MERRILL LYNCH ATTN: FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                      CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                      JILL KAYLOR CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                      MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC         TRANSFEROR: MERRILL LYNCH FINANCIAL CENTRE ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MONARCH ALTERNATIVE SOLUTIONS MASTER             TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TYRON STREET NCI-027-14-01 ATTN: SETH DENSON CHARLOTTE NC 28255
FUND LTD                                         TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP            TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP          TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP          TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP               TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP               TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                      TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD            TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD            TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                 NEW YORK NY 10022
MONARCH RESEARCH ALPHA MASTER FUND LTD           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                 NEW YORK NY 10022
OAKFORD MF LIMITED                               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                 NEW YORK NY 10022
OZ SPECIAL MASTER FUND, LTD                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                                 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
P MONARCH RECOVERY LTD                           TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
P MONARCH RECOVERY LTD                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                 NEW YORK NY 10022
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         TRANSFEROR: ESSENT ENERGY TRADING BV 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
                                                 WILLIAM DOYLE CREDIT SUISSE 11 MADISON AVENUE NEW YORK NY 10010
PBC FINANCING LLC                                ROBERT SCHEININGER SIDLEY AUSTIN LLP SEVENTH AVENUE NEW YORK NY 10019
PBC FINANCING LLC
PBC FINANCING LLC                                TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020

                                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:26:48                                     LEHMAN BROTHERS HOLDING INC.                                                PAGE:    3
DATE: 02/10/12                                           CREDITOR LISTING

Name                                    Address
PBC FINANCING LLC                       TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PCI FUND L.L.C.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                        NEW YORK NY 10012
PRIME CAPITAL MASTER SPC, GOT WAT MAC   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
SILVER POINT CAPITAL FUND, L.P.         TRANSFEROR: DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.         TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVERPOINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                        GREENWICH CT 06830
SVENSKA HANDELSBANKEN AB (PUBL)         TRANSFEROR: SALANS ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN (COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK
                                        PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT) 620 FIFTH AVENUE NEW YORK NY 10020
SVENSKA HANDELSBANKEN AB (PUBL)         TRANSFEROR: BRANCH OPERATION IN FINLAND ON BEHALF OF THE BENEFICIAL HOLDERS AS LISTED IN APPENDIX 2 HERETO ALEKSANTERINKATU 11
                                        HELSINKI  0010 FINLAND
SVENSKA HANDELSBANKEN AB (PUBL)         TRANSFEROR: WHITE & CASE LLP ETELARANTA 14 HELSINKI  00130 FINLAND
U.S. BANK NATIONAL ASSOCIATION          TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8
                                        190 SOUTH LASALLE STREET CHICAGO IL 60603
UBS AG                                  TRANSFEROR: BOVAY & PARTENAIRES S.A ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
UBS AG                                  TRANSFEROR: BOVAY & PARTENAIRES S.A. ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
UBS AG                                  TRANSFEROR: BOVAY & PARTENAIRES SA ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
VARDE FUND, L.P.                        C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS, L.P.         TRANSFEROR: VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
WATERSTONE MF FUND, LTD                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                        PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WLR RECOVERY FUND II LP                 C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK NY 10036
WLR RECOVERY FUND LP                    C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK NY 10036
YORVIK PARTNERS                         TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                     TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON  EC2V 8EY
YORVIK PARTNERS LLP                     TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                     TRANSFEROR: TAALERITEHDAS OY ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed          113
```

EPIQ BANKRUPTCY SOLUTIONS, LLC