UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                Debtors.                                         :
                                                                 :
----------------------------------------------------------------x    Ref. Docket Nos. 24979, 24980,
                                                                      24983, 24984, 25002, 25004, 25011,
                                                                      25012, 25042, 25043, 25045, 25057,
                                                                      25149, 25150, 25153-25161, 25164-
                                                                      25166, 25168

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of February, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ANNIE E. CASEY FOUNDATION, THE
     C/O BANK OF NEW YORK MELLON, THE
     ATTN: CHRISTINE CARR SMITH
     50 FREMONT STREET, SUITE 1600
     SAN FRANCISCO CA 94015
```

Please note that your claim # 22042 in the above referenced case and in the amount of
$1,885,637.27   allowed at $1,885,637.27       has been transferred (**unless previously expunged by court order**)

```
LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: ANNIE E. CASEY FOUNDATION, THE
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 25150      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/13/2012                                  Vito Genna, Clerk of Court

                                                  /s/ Lauren Rodriguez
                                                  _____
                                                  By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 13, 2012.

**EXHIBIT B**

TIME: 18:21:42
DATE: 02/13/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AG INSURANCE | ATTN: JACQUES CRABBE AND WILLIAM VAN IMPE BOULEVARD EMILE JACQMAIN 53 BRUSSELS 1000 BELGIUM |
| AG INSURANCE | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| ANNIE E. CASEY FOUNDATION, THE | C/O BANK OF NEW YORK MELLON, THE ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94015 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ETHIAS SA ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVE NEW YORK NY 10019 |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN |
| CASSA DI RISPARMIO DEL VENETO SPA | LEGAL DEPARTMENT CORSO GARIBALDI 22/26 PADOVA 35122 ITALY |
| CLARIDEN LEU, LTD | TRANSFEROR: SAWLANI, AYESHA C/O RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: CREDIT SUISSE ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| ETHIAS SA | ATTN: THE CFO; DEPARTEMENT FINANCES 1006 RUE DES CROISIER 24 LIEGE 4000 BELGIUM |
| ETHIAS SA | PAUL HERMANT BIRD & BIRD LLP AVENUE LOUISE 235 BOX 1 1050 BRUSSELS BELGIUM |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AG INSURANCE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SPCP GROUP, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SPCP GROUP, LLC ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CASSA DI RISPARMIO DEL VENETO SPA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: COMPANHIA DE SEGUROS ALLIANZ PORTUGAL S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND | TRANSFEROR: ANNIE E. CASEY FOUNDATION, THE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| MACDONALD, BRUCE | TRANSFEROR: BANK HAPOALIM B.M. 36 RIDGEVALLEY CRESCENT TORONTO ON M9A 3J6 CANADA |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TYRON STREET NCI-027-14-01 ATTN: SETH DENSON CHARLOTTE NC 28255 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| OAKFORD MF LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| SAWLANI, AYESHA | THOMAS R. SLOME, ESQ MEYER, SUOZZI, ENGLISH & KLEIN, PC 990 STEWART AVENUE PO BOX 9194 GARDEN CITY NY 11530-9194 |
| SAWLANI, AYESHA | PLOT 20, 6A STREET SATWAM BEHIND DIYAFA ROAD PO BOX 53944 DUBAI UNITED ARAB EMIRATES |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | RONALD S BEACHER, ESQ DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS & CO ATTN: ADAM J DEPANFILIS C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450 |
| UBS AG, LONDON BRANCH | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ONE FINSBURY AVENUE ATTN: SHARON CANHAM LONDON EC2M 2PP UNITED KINGDOM |

Total Number of Records Printed    41

EPIQ BANKRUPTCY SOLUTIONS, LLC