UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                 Debtors.                                        :
                                                                 :
-----------------------------------------------------------------x

Ref. Docket Nos. 24814, 24815,
25060, 25062-25067, 25078, 25081,
25082, 25084, 25085, 25099, 25103,
25104, 25110, 25112-25116, 25167,
25169, 25170, 25173-25179, 25181-
25187, 25189, 25199, 25202, 25207,
25208, 25210, 25211, 25214, 25218,
25227-25229, 25231, 25232, 25234,
25235, 25239, 25240, 25242, 25243,
25250, 25252, 25255-25259

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 14, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of February, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 25787    Filed 02/25/12    Entered 02/25/12 17:59:30    Main Document
Pg 3 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AGILENT TECHNOLOGIES INC
     ATTN: TREASURY DEPT/ DAWNETTE BLAKE
     5301 STEVENS CREEK BLVD
     SANTA CLARA CA 95051
```

Please note that your claim # 14707 in the above referenced case and in the amount of
    $7,829,146.01   allowed at $3,895,716.50         has been transferred **(unless previously expunged by court order)**

```
MERRILL LYNCH CREDIT PRODUCTS, LLC
TRANSFEROR: AGILENT TECHNOLOGIES INC
ATTN: GARY S. COHEN
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25084      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/14/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 14, 2012.

# EXHIBIT B

```
TIME: 19:17:20                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 02/14/12                                              CREDITOR LISTING

Name                                              Address
AGILENT TECHNOLOGIES INC                          ATTN: TREASURY DEPT/ DAWNETTE BLAKE 5301 STEVENS CREEK BLVD SANTA CLARA CA 95051
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
BARCLAYS BANK PLC                                 ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                                 LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                                 TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: EFG BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: EUROBANK EFG PRIVATE BANK LUXEMBOURG S.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: WAVE MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL                       DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE INTERNATIONAL                       TRANSFEROR: PBC FINANCING LLC ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ASA CALIFORNIA TAX ADVANTAGED FUND L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PINNACLE SUPERANNUATION PTY LIMITED (ACN 068 685 325) AS TRUSTEE FOR THE PJF SUPERANNUATION FUND
                                                  ATTN: SIMON GLENNIE / KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: ICCREA BANCA S.P.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: ICCREA BANCA S.P.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                              TRANSFEROR: SOCIETA CATTOLICA DI ASSICURAZIONE - SOCIETA COOPERATIVA 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ
                                                  JERSEY CITY NJ 07302
GRF MASTER FUND II, L.P.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
HBK MASTER FUND L.P.                              TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: OLYMPIC FINANCE, INC. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: UBS AG C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO,MAIL CODE: NY1- M138 383 MADISON AVENUE - FLOOR 37
                                                  NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  LP
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  LP
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: AGILENT TECHNOLOGIES INC ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: BANCO DE FINANZAS E INVERSIONES S.A. ATTN:JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH             TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
  INC
MONARCH ALTERNATIVE SOLUTIONS MASTER              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
  FUND LTD                                        NEW YORK NY 10022
MONARCH ALTERNATIVE SOLUTIONS MASTER              TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
  FUND LTD                                        535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP                TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 19:17:20                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    2
DATE: 02/14/12                                        CREDITOR LISTING

Name                                              Address
MONARCH CAYMAN FUND LIMITED                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                       TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD                            TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
P MONARCH RECOVERY LTD                            TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
PBC FINANCING LLC                                 WILLIAM DOYLE CREDIT SUISSE 11 MADISON AVENUE NEW YORK NY 10010
PBC FINANCING LLC                                 ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PBC FINANCING LLC                                 TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PCI FUND L.L.C.                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
PINNACLE SUPERANNUATION PTY LIMITED (ACN          FOR THE PJF SUPERANNUATION FUND 12 REDBANK ROAD ATTN: PAUL FAVRETTO KILLARA NSW 2071 AUSTRALIA
068 685 325) AS TRUSTEE
PRIME CAPITAL MASTER SPC, GOT WAT MAC             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY
SEGREGATED PORTFOLIO                              2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
SOCIETA CATTOLICA DI ASSICURAZIONE -              CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ ATTN: CHRISTY RIVERA, ESQ 30 ROCKEFELLER PLAZA NEW YORK NY 10112
SOCIETA COOPERATIVA
SOCIETA CATTOLICA DI ASSICURAZIONE -              LUNGADIGE CANDGRANDE, 16 VERONA 37126 ITALY
SOCIETA COOPERATIVA
VARDE FUND IX LP, THE                             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MAS          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
MASTER, LP
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WATERSTONE MF FUND, LTD                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                  2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                  2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
YORVIK CAPITAL LTD                                TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON EC2V 8EY
YORVIK CAPITAL LTD                                TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: AXON HOLDINGS LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: BACKWOODS LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: EXQUISTE CAPITAL LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: GREAT RIDGE LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: GULF INVESTMENTS WORLDWIDE LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed       74                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```