UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

------------------------------------------------------------------x    Ref. Docket Nos. 23028, 24740-
24743, 24831, 24841, 25032, 25061,
25079, 25141, 25147, 25235, 25236,
25251, 25279, 25280, 25288

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 15, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
24th day of February, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 23028, 24740-24743, 24831, 24841, 25032, 25061, 25079, 25141, 25147, 25235, 25236, 25251, 25279, 25280, 25288_AFF_02-15-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK OF AMERICA, NA, AS TRUSTEE          BANK OF AMERICA, NA, AS TRUSTEE
    STRUCTURED ASSET SECURITIES CORP, 2006-RF1   C/O ALSTON & BIRD LLP
    ATTN: VANESSA L. DANNER                    ATTN: WILLIAM BOONE, ESQ.
    135 SOUTH LASALLE STREET                   1201 WEST PEACHTREE ST
    MAIL CODE IL4-135-15-11                    ATLANTA GA 30309-3424
    CHICAGO IL 60603

Please note that your claim # 21158 in the above referenced case and in the amount of
        $0.00  allowed at $24,736.88      has been transferred (**unless previously expunged by court order**)

    U.S. BANK NATIONAL ASSOCIATION
    TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE
    ATTN: WAYNE MILLER
    CORPORATE TRUST SERVICES
    540 WEST MADISON STREET, SUITE 1840
    CHICAGO IL 60661

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25288   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/15/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez

                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 15, 2012.

**EXHIBIT B**

TIME: 17:10:11
DATE: 02/25/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AUSTARITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: INTESA SANPAOLO SPA VIA CAVOUR, N. 4 ALBA (CUNEO) 12051 ITALY |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT | TRANSFEROR: C/O ALSTON & BIRD LLP ATTN: WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT | TRANSFEROR: STRUCTURED ASSET SECURITIES CORP, 2006-RF1 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT | TRANSFEROR: C/O ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT | C/O ALSTON & BIRD LLP ATTN:J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT | J. WILLIAM BOONE C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT | LEHMAN MORTGAGE TRUST, SERIES 2005-3 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT | LEHMAN XS TRUST, SERIES 2006-19 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| BARCLAYS BANK PLC | |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: UBS AG ATTN: DANIEL CROWLEY DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: VALEUR PTE LIMITED ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVE 5TH FL NEW YORK NY 10010 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CFIP MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| INTESA SANPAOLO SPA | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| MAP 98 SEGREGATED PORTFOLIO OF LMA SPC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST., SUITE 1450 CHICAGO IL 60606 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: AGILENT TECHNOLOGIES INC ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: AMERICAN CHARTERED BANK ATTN: GARY S COHEN BANK OF AMERICA TOWER 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: AMERICAN CHARTERED BANK ATTN: GARY S COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036 |
| OCEANS MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST., SUITE 1450 CHICAGO IL 60606 |
| OZ SPECIAL MASTER FUND LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST., SUITE 1450 CHICAGO IL 60606 |
| PWCM MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST., SUITE 1450 CHICAGO IL 60606 |
| SVENSKA HANDELSBANKEN AB (PUBL) | SALANS ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN (COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK |
| SVENSKA HANDELSBANKEN AB (PUBL) | TRANSFEROR: OVERSEA-CHINESE BNK, EZE CASTLE & LIQUIDPOINT) 620 FIFTH AVENUE NEW YORK NY 10020 BRANCH OPERATION IN FINLAND ON BEHALF OF THE BENEFICIAL HOLDERS AS LISTED IN APPENDIX 2 HERETO ALEKSANTERINKATU 11 HELSINKI 0010 FINLAND |
| SVENSKA HANDELSBANKEN AB (PUBL) | WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND |
| TAALERITEHDAS OY | TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) KLUUVIKATU 3 HELSINKI 00100 FINLAND |
| THE ROYAL BANK OF SCOTLAND N.V. | TRANSFEROR: YANG LIEN NIH 38/F., CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL HONG KONG CHINA |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840 CHICAGO IL 60661 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT ATTN: WAYNE MILLER CORPORATE TRUST SERVICE 540 WEST MADISON STREET, SUITE 1840 CHICAGO IL 60661 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840 CHICAGO IL 60661 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| UNITED MIZRAHI BANK (SWITZERLAND) LTD. | NUSCHELERSTRASSE 31 ZURICH CH-8021 SWITZERLAND |
| VALEUR PTE LIMITED | TRANSFEROR: UNICREDIT BANCA DI ROMA S.P.A. ATTN: LORENZO VANGELEISTI, CHIEF EXECUTIVE OFFICER 10 ANSON ROAD #29-12 INTERNATIONAL PLAZA SINGAPORE 079903 SINGAPORE |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| YANG LIEN NIH | TRANSFEROR: BANK OF AMERICA, NA, 2902, BLK B PARKWAY CT, 4 PARK RD MID-LEVEL, HONG KONG HONG KONG |
| YORVIK PARTNERS LLP | TRANSFEROR: TAALERITEHDAS OY 11 IRONMONGER LAND LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    40

EPIQ BANKRUPTCY SOLUTIONS, LLC