UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                        Debtors.                                   :
                                                                   :
------------------------------------------------------------------x    Ref. Docket Nos. 25031, 25288

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 15, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
24th day of February, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    PRIVATBANK IHAG ZURICH AG
               BLEICHERWEG 18
               ZURICH CH-8022 SWITZERLAND


Additional:




Transferee:    MIDTOWN ACQUISITIONS LP
               ATTN: JENNIFER DONOVAN
               65 EAST 55TH STREET
               NEW YORK NY 10022


**Your transfer    of claim #    60485-03   is defective for the reason(s) checked below:**

Other                           TRANSFEROR NAME DOESN'T MATCH




Docket Number 25031             Date 02/07/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 15, 2012.

# EXHIBIT B

```
TIME: 17:07:39                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 02/15/12                                                   CREDITOR LISTING

Name                                           Address
BANK OF AMERICA, NA, AS TRUSTEE & SWAP         STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11
  AGENT                                        CHICAGO IL 60603
BANK OF AMERICA, NA, AS TRUSTEE & SWAP         C/O ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424
  AGENT
MIDTOWN ACQUISITIONS LP                        ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
PRIVATBANK IHAG ZURICH AG                      BLEICHERWEG 18 ZURICH  CH-8022 SWITZERLAND
U.S. BANK NATIONAL ASSOCIATION                 ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 MADISON STREET, SUITE 1840 CHICAGO IL 60661
U.S. BANK NATIONAL ASSOCIATION                 ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840 CHICAGO IL 60661


Total Number of Records Printed       6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC