```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re                                               :      Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :      08-13555 (JMP)
                                                    :      (Jointly Administered)
                Debtors.                            :
                                                    :
-------------------------------------------------------------------x      Ref. Docket Nos. 24814, 24815,
                                                           25068, 25088, 25096, 25098, 25249,
                                                           25250, 25276, 25277, 25281-25286,
                                                           25303, 25305, 25306, 25313-25315,
                                                           25319, 25339, 25340, 25356-25360,
                                                           25364-25370, 25372-25374, 25385
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 17, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
24th day of February, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 24814, 24815, 25068, 25372-25374, 25385AFF_02-17-12.doc

**EXHIBIT A**

08-13555-mg    Doc 25790    Filed 02/25/12    Entered 02/25/12 19:01:50    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CARGILL, INCORPORATED
     ATTN: PHILIP M. FANTLE, ESQ.
     PO BOX 5624
     MINNEAPOLIS MN 55440-5624
```

Please note that your claim # 33135 in the above referenced case and in the amount of
    $6,932,987.07    allowed at $3,411,417.60    has been transferred **(unless previously expunged by court order)**

```
MORGAN STANLEY SENIOR FUNDING, INC.              MORGAN STANLEY SENIOR FUNDING, INC.
TRANSFEROR: CARGILL, INCORPORATED                RICHARDS KOBBE & ORBE LLP
ATTN: JOSHUA RAWLINS                             ATTN: MANAGING CLERK
ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE          ONE WORLD FINANCIAL CENTER
  DIVISION-CORPORATE LOANS GROUP                 NEW YORK NY 10281
1585 BROADWAY - 2ND FLOOR
NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25315    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 17, 2012.

# EXHIBIT B

```
TIME: 17:20:31                              LEHMAN BROTHERS HOLDING INC.                              PAGE:    1
DATE: 02/17/12                                 CREDITOR LISTING
```

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: INTESA SANPAOLO SPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILAN 20124 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: RBS COUTTS BANK AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: DANIEL CROWELY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI PARTNERS LP ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CARGILL, INCORPORATED | CARGILL, INCORPORATED ATTN: CREDIT/ENERGY ADMINISTRATION 12700 WHITEWATER DRIVE MINNETONKA MN 55343-9439 |
| CARGILL, INCORPORATED | ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS MN 55440-5624 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ASA CALIFORNIA TAX ADVANTAGED FUND L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| EFG EUROBANK ERGASIAS SA | ATTN: DIMOS ARHODIDIS & ALEXANDER TSOURINAKIS 8 OTHONOS STREET ATHENS 105 57 GREECE |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MANAGEMENT CORP. ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MANAGEMENT CORP. ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: THOROUGHBRED FUND L.P. C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: THOROUGHBRED MASTER LTD C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD. 30 HUDSON STREET, 36TH FLOOR Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD. 30 HUDSON STREET, 36TH FLOOR Jersey City NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: RISPARMIO & PREVIDENZA SOCIETA PER AZIONI ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SOCIETA CATTOLICA DI ASSICURAZIONE - SOCIETA COOPERATIVA ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| IGNIS ASSET MANAGEMENT | 50 BOTHWELL STREET GLASGOW G2 6HR UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BFG EUROBANK ERGASIAS SA ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO SPA | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| J.C. ABRAHAMSE B.V. | BRIGANTIJNSTRAAT 55 ZAANDAM 1503 BR NETHERLANDS |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CASSA DI RISPARMIO DEL VENETO SPA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UBS AG C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KELLENBERGER, MAX AND ELIANE | STUFENWEG 4 KUSSNACHT AM RIGI 6403 SWITZERLAND |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: IGNIS ASSET MANAGEMENT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: J.C. ABRAHAMSE B.V. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: VAN LIERE, A.M. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: KELLENBERGER, MAX AND ELIANE PILATUSSTRASSE 12 LUZERN 6002 SWITZERLAND |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 17:20:31                                          LEHMAN BROTHERS HOLDING INC.                                            PAGE:  2
DATE: 02/17/12                                              CREDITOR LISTING

Name                                              Address
MONARCH CAPITAL MASTER PARTNERS LP                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MORGAN STANLEY SENIOR FUNDING, INC.               RICHARDS KOBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: CARGILL, INCORPORATED ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                                  1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
P MONARCH RECOVERY LTD                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
PCI FUND L.L.C.                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
PERMAL STONE LION FUND LTD.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONE LION CAPITAL PARTNERS L.P. 461 5TH AVE, 14TH FLOOR ATTN: CLAUDIA BORG
                                                  NEW YORK NY 10017
PERMAL STONE LION FUND LTD.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONE LION CAPITAL PARTNERS L.P. 461 5TH AVENUE, 14TH FLOOR ATTN: CLAUDIA BORG
                                                  NEW YORK NY 10017
RBS COUTTS BANK AG                                STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
RED RIVER HYPI, L.P. (#2603)                      PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
RED RIVER HYPI, L.P. (#2603)                      ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660
RISPARMIO & PREVIDENZA SOCIETA PER                CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ ATTN: CHRISTY RIVERA, ESQ 30 ROCKEFELLER PLAZA NEW YORK NY 10112
AZIONI
RISPARMIO & PREVIDENZA SOCIETA PER                VIA CARLO EDERLE, 45 VERONA 37126 ITALY
AZIONI
SERENGETI OVERSEAS MM L.P.                        C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI PARTNERS LP                             C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SOCIETA CATTOLICA DI ASSICURAZIONE -              CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ ATTN: CHRISTY RIVERA, ESQ 30 ROCKEFELLER PLAZA NEW YORK NY 10112
SOCIETA COOPERATIVA
SOCIETA CATTOLICA DI ASSICURAZIONE -              LUNGADIGE CANDGRANDE, 16 VERONA 37126 ITALY
SOCIETA COOPERATIVA
STONE LION PORTFOLIO LP                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL NEW YORK NY 10017
STONE LION PORTFOLIO LP                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL ATTN: CLAUDIA BORG
                                                  NEW YORK NY 10017
TEACHER RETIREMENT SYSTEM OF TEXAS                TRANSFEROR: RED RIVER HYPI, L.P. (#2603) ATTN: KENDALL C. COURTNEY 816 CONGRESS AVENUE 13TH FLOOR AUSTIN TX 78701
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG, LONDON BRANCH                             TRANSFEROR: UBS AG ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM
VAN LIERE, A.M.                                   DE IJSLANDER 68 DRONTEN 8252 HE NETHERLANDS


Total Number of Records Printed                   72
```