UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
            Debtors.                                        :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 25031, 25378

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 17, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
24th day of February, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CARGILL, INCORPORATED
               ATTN: PHILIP M. FANTLE, ESQ.
               PO BOX 5624
               MINNEAPOLIS MN 55440-5624


Additional:




Transferee:    HALCYON LOAN TRADING FUND LLC
               C/O HALCYON ASSET MANAGEMENT LP
               477 MADISON AVENUE, 8TH FLOOR
               ATTN: MATT SELTZER
               NEW YORK NY 10022


**Your transfer   of claim #    33135    is defective for the reason(s) checked below:**

Can Not Locate Creditor
Other                                    CLAIM NOT OWNED BY MORGAN STANLEY SENIOR FUNDING, INC




Docket Number 25378              Date 02/15/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 17, 2012.

# EXHIBIT B

```
TIME: 17:34:33                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 02/17/12                                    CREDITOR LISTING

Name                              Address
CARGILL, INCORPORATED             ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS MN 55440-5624
CARGILL, INCORPORATED             CARGILL, INCORPORATED ATTN: CREDIT/ENERGY ADMINISTRATION 12700 WHITEWATER DRIVE MINNETONKA MN 55343-9439
HALCYON LOAN TRADING FUND LLC     C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR ATTN: MATT SELTZER NEW YORK NY 10022
MIDTOWN ACQUISITIONS LP           ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET 20TH FLOOR NEW YORK NY 10022
PRIVATBANK IHAG ZURICH AG         BLEICHERWEG 18 ZURICH  CH-8022 SWITZERLAND


Total Number of Records Printed    5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC