UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

Ref. Docket Nos. 25149, 25182, 25355, 25423, 25424, 25436, 25496

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
24th day of February, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 25149, 25182, 25355, 25423, 25424, 25436, 25496_AFF_02-20-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS
      J.P. MORGAN SECURITIES INC.
      C/O SUSAN MCNAMARA
      JPMORGAN CHASE BANK, N.A.
      MAIL CODE: NY1-A436
      ONE CHASE MANHATTAN PLAZA, FLOOR 26
      NEW YORK NY 10005
```

Please note that your claim # 67534 in the above referenced case and in the amount of
    $1,300,000.00  allowed at $782,145.00    has been transferred **(unless previously expunged by court order)**

```
      ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS
      ATTN: CHRIS SCHOLFIELD
      ALDEN GLOBAL CAPITAL
      885 THIRD AVENUE
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25436    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/20/2012            Vito Genna, Clerk of Court


                            /s/ Lauren Rodriguez
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 20, 2012.

# EXHIBIT B

08-13555-mg    Doc 25792    Filed 02/25/12    Entered 02/25/12 20:38:49    Main Document
Pg 4 of 5

```
TIME: 16:20:52                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
DATE: 02/20/12                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE
  MASTER FUND, LP                                 NEW YORK NY 10022
COMPASS BANK                                      C/O W. CLARK WATSON BALCH & BINGHAM LLP 1901 SIXTH AVENUE NORTH, SUITE 1500 BIRMINGHAM AL 35203
CVF LUX MASTER SARL                               TRANSFEROR: COMPASS BANK CARVAL INVESTORS LLC 1200 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
J.P. MORGAN SECURITIES LLC, FORMERLY              J.P. MORGAN SECURITIES INC. C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
  KNOWN AS                                        NEW YORK NY 10005
LONGACRE INSTITUTIONAL OPPORTUNITY FUND           TRANSFEROR: SOLUTIONS FOR WEALTH SPC (BETA) ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
ROYAL BANK OF SCOTLAND PLC, THE                   DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND PLC, THE                   C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUTIONS FOR WEALTH SPC (BETA)                   GROWTH SEGREGATED PORTFOLIO C/O SALAMA PO BOX 619 WASHINGTON DEPOT CT 06794


Total Number of Records Printed                   9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC