UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors

Chapter 11 Case No
08-13555 (JM P)

(Jointly Administered)

CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address | Claim Number: 37672 |
| --- | --- |
| DIEZ EZCURRA, CLARA | Date Filed: 10/13/2009 |
| CARLOS VII, 7 – 4° IZDA. | Debtor: 08-13555 |
| PORTUGALETE – VIZCAYA, 48920 SPAIN. | Amount: UNSECUR.$ 49,528.50 |

Portugalete 10/21/2011

Dear Sir/Madam:

I am writing regarding the case listed above, to express my disagreement to the request of the Debtors (08-13555) to disallow & expunge my filed Prof. of claim N° 37672, using a Two Hundred Thirteenth (213) Omnibus Objection.

I consider, My claim must be entitled to the corresponding amount of the liquidation process, as it is a Preferred Securities underwriting, which is guaranteed by Lehman Brothers Holdings Inc.

I enclose a copy of the claim submitted on 10/7/2009.

Yours sincerely.

DIEZ EZCURRA, CLARA
Carlos VII, 7-4° Izda.
PORTUGALETE-VIZCAYA, 48920 SPAIN

Phone: (+34)944625585
Email: isabelyarnoz@gmail.com



RECEIVED
FEB 21 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         : 08-13555 (JMP)
                                                               :
                    Debtors.                                   : (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### NOTICE OF FURTHER ADJOURNMENT OF DEBTORS' TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

PLEASE TAKE NOTICE that the hearing on the Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43901549\02\58399.0008

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N.1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58985 | $266,344.10* |
| 2 | BANCO SANTANDER INTERNATIONAL AS AGENT<br>ATTN: LEGAL DEPARTMENT<br>1401 BRICKWELL AVE, SUITE 1500<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55675 | Undetermined |
| 3 | BANQUE POPULAIRE COTE D'AZUR<br>SPORTING D'HIVER - PLACE DU CASINO<br>MONTE-CARLO, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37176 | $5,140,305.27 |
| 4 | BARNUEVO VIGIL DE QUINONES, MARIA PILAR<br>ORENSE, 5<br>MADRID, 28020<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44436 | $28,302.00 |
| 5 | BITKID B.V.<br>A VAN WOENSEL<br>SINCLAIR LEWISPLAATS 7F<br>ROTTERDAM, 3068 EN<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52186 | $72,626.00 |
| 6 | COLE, FRANK<br>KROMVENDREEF 52<br>SCHOTEN, B-2900<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2009 | 37020 | $41,580.00 |
| 7 | DIEZ EZCURRA, CLARA<br>CARLOS VII, 7 - 4 0 IZDA<br>PORTUGALETE - VIZCAYA, 48920<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37672 | $49,528.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 Case No |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JM P) |
| Debtors | (Jointly Administered) |

### CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address | |
|---|---|
| DIEZ EZCURRA, CLARA | Claim Number: 37672 |
| CARLOS VII, 7 – 4° IZDA. | Date Filed: 10/13/2009 |
| PORTUGALETE – VIZCAYA, 48920 SPAIN. | Debtor: 08-13555 |
| | Amount: UNSECUR.$ 49,528.50 |

Portugalete 10/21/2011

Dear Sir/Madam:

I am writing regarding the case listed above, to express my disagreement to the request of the Debtors (08-13555) to disallow & expunge my filed Prof. of claim N° 37672, using a Two Hundred Thirteenth (213) Omnibus Objection.

I consider, My claim must be entitled to the corresponding amount of the liquidation process, as it is a Preferred Securities underwriting, which is guaranteed by Lehman Brothers Holdings Inc.

I enclose a copy of the claim submitted on 10/7/2009.

Yours sincerely.



DIEZ EZCURRA, CLARA
Carlos VII, 7-4° Izda.
PORTUGALETE-VIZCAYA,48920 SPAIN

Phone: (+34)944625585
Email: isabelyarnoz@gmail.com



WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### NOTICE OF FURTHER ADJOURNMENT OF DEBTORS' TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

PLEASE TAKE NOTICE that the hearing on the Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43901549\02\58399.0008

Dated: January 13, 2012
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Adjourned Claims:

## Exhibit A

## Adjourned Claims:

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N.1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58985 | $266,344.10* |
| 2 | BANCO SANTANDER INTERNATIONAL AS AGENT<br>ATTN: LEGAL DEPARTMENT<br>1401 BRICKWELL AVE, SUITE 1500<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55675 | Undetermined |
| 3 | BANQUE POPULAIRE COTE D'AZUR<br>SPORTING D'HIVER - PLACE DU CASINO<br>MONTE-CARLO, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37176 | $5,140,305.27 |
| 4 | BARNUEVO VIGIL DE QUINONES, MARIA PILAR<br>ORENSE, 5<br>MADRID, 28020<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44436 | $28,302.00 |
| 5 | BITKID B.V.<br>A VAN WOENSEL<br>SINCLAIR LEWISPLAATS 7F<br>ROTTERDAM, 3068 EN<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52186 | $72,626.00 |
| 6 | COLE, FRANK<br>KROMVENDREEF 52<br>SCHOTEN, B-2900<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2009 | 37020 | $41,580.00 |
| 7 | DIEZ EZCURRA, CLARA<br>CARLOS VII, 7 - 4 0 IZDA<br>PORTUGALETE - VIZCAYA, 48920<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37672 | $49,528.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

RTE.
DIEZ EZCURRA, CLARA
Carlos VII, 7 - 4º IZDA.
PORTUGALETE (Vizcaya) - 48920
SPAIN

THE CHAMBERS OF THE HONORABLE
JAMES M. PEC
One Bowling Green
NEW YORK - NEW YORK 10004

(Court room 601)

To be enclosed, with the claim submitted on 10/21/2011, which I'm I'm enclosing.