B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>GoldenTree Master Fund II, LTD</u><br>Name of Transferee | <u>Merrill Lynch International</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>GoldenTree Master Fund II, LTD<br>c/o GoldenTree Asset Management, LP<br>300 Park Avenue, 21st Floor, New York, NY 10022<br>GoldenTreeLoanAdmin@goldentree.com<br>Fax No.: (212) 847-3429 | Court Claim # (if known): <u>20121</u><br>Amount of Claim: <u>$1,374,857.73</u><br>Date Claim Filed: <u>September 21, 2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone: <u>(212) 847-3531</u><br>Last Four Digits of Acct #:___ | Phone: ___<br>Last Four Digits of Acct. #: ___ |

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*/s/ Karen Weber*_____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

500982205v1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Merrill Lynch International ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to GoldenTree Master Fund II, LTD ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $1,374,857.73, and the relevant portion of any and all proofs of claim (No. 20121) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 24 day of February, 2012.

MERRILL LYNCH INTERNATIONAL

By: *[signature]*
Name:
Title:


GOLDENTREE MASTER FUND II, LTD

By: GoldenTree Asset Management, LP


By: _____
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Merrill Lynch International ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to GoldenTree Master Fund II, LTD ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $1,374,857.73, and the relevant portion of any and all proofs of claim (No. 20121) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 24 day of February, 2012.

MERRILL LYNCH INTERNATIONAL

By: _____
Name:
Title:


GOLDENTREE MASTER FUND II, LTD

By: GoldenTree Asset Management, LP

By: _____
Name:    Authorized Signatory
Title:

500982205v1