# **<u>Exhibit 1</u>**

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 185 - EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | NAHUM, ANTHONY<br>56 NORTH GATE<br>PRINCE ALBERT ROAD<br>LONDON, NW8 7EH<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24952 | $1,874,131.81 | $1,873,979.21 | $0.00 |
| | | | | TOTAL | $1,874,131.81 | | |

# **Exhibit 2**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 185 - EXHIBIT 2: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED – ADJOURNED OBJECTIONS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | BOUGHRUM, DONALD J. 247 MONMOUTH AVE NAVESINK, NJ 07752-0808 | Lehman Brothers Holdings Inc. | 05/28/2009 | 4625 | $1,063,688.38 | $1,000,688.38 | $63,000.00 |
| 2 | KRIEGER, KAREN M. SIMON 19 MARSHALL COURT GREAT NECK, NY 11021 | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18087 | $225,396.55 | $225,396.55 | |
| 3 | LISTER, JAMES G. 4 MAYFAIR ROAD ST. LOUIS, MO 63124 | Lehman Brothers Holdings Inc. | 09/18/2009 | 17624 | $5,332,393.02 | $5,140,116.94 | $192,276.08 |
| 4 | MONAHAN, BRIAN W. (LISTED IN ADDITIONAL NOTICING ADDRESS) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20774 | $1,648,973.70 | $169,591.31 | $1,479,382.39 |
| 5 | O'SULLIVAN, THOMAS J. 336 NASSAU AVE MANHASSET, NY 11030 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27300 | $650,000.00* | Undetermined | 650,000.00 |
| 6 | SERAYDAR, ROSE MRS 525 NEPTUNE AVE. APT 22B BROOKLYN, NY 11224-4020 | Lehman Brothers Holdings Inc. | 02/20/2009 | 2927 | $3,117.72* | Undetermined | $3,117.72* |
| 7 | SHEFFER, SCOTT T. 601 LONGCHAMPS DRIVE DEVON, PA 19333 | Lehman Brothers Holdings Inc. | 01/12/2009 | 1681 | $1,272,115.40 | Undetermined | $1,272,115.40 |
| 8 | SHI, ZHIYONG 9 ROSS AVE CHESTNUTRIDGE, NY 10977 | Lehman Brothers Holdings Inc. | 05/27/2009 | 4618 | $336,605.00 | | $336,605.00 |
| | | | | TOTAL | $10,532,289.77* | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# **Exhibit 3**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 185 - EXHIBIT 3: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED – WITHDRAWN OBJECTIONS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT FOR WHICH DEBTORS HAVE WITHDRAWN OBJECTION |
|---|---|---|---|---|---|---|
| 1 | NAHUM, ANTHONY<br>56 NORTH GATE<br>PRINCE ALBERT ROAD<br>LONDON, NW8 7EH<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24952 | $1,874,131.81 | $152.60 |
| | | | | TOTAL | $1,874,131.81 | |