**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
*Counsel for Debtor Lehman Brothers Holdings Inc.*

**QUINN EMANUEL
URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000
*Counsel for the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., <u>et al</u>.<br><br>Debtors. | Chapter 11 Case No. 08-13555 (JMP) |

**NOTICE OF WITHDRAWAL OF LEHMAN BROTHERS HOLDINGS INC.'S AND
CREDITORS COMMITTEE'S TWO HUNDRED TWENTY-NINTH OMNIBUS
OBJECTION TO JPMORGAN'S ASSET MANAGEMENT FUND CLAIMS
(NO LIABILITY, MISCLASSIFIED AND DUPLICATIVE CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as debtor and debtor in possession and the Official Committee of Unsecured Creditors are withdrawing with prejudice their Two Hundred Twenty-Ninth Omnibus Objection to JPMorgan's Asset Management Fund Claims (No Liability, Misclassified and Duplicative Claims) [Dkt. No. 21293].

11392916

Dated: February 27, 2012
       New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: /s/ Joseph D. Pizzurro
      Joseph D. Pizzurro
      L. P. Harrison 3rd
      Michael J. Moscato
      Nancy E. Delaney
      Peter J. Behmke
      Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Counsel for Debtor Lehman Brothers Holdings Inc.*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: /s/ John B. Quinn
      John B. Quinn
      Erica Taggart
      Matthew Scheck
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Susheel Kirpalani
Andrew J. Rossman
James Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.*

-2-

11392916