**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
Joseph D. Pizzurro
L. P. Harrison 3rd
Michael J. Moscato
Nancy E. Delaney

*Counsel for Debtor Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO CLAIM NOS. 22886, 23011, AND 23024 (DUPLICATIVE OF INDENTURE TRUSTEE CLAIM)

**PLEASE TAKE NOTICE** Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession are withdrawing with prejudice their Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture Trustee Claim) [Dkt. No. 20836].

11393747

-2-

Dated: February 27, 2012
      New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: /s/ Joseph D. Pizzurro
    Joseph D. Pizzurro
    L. P. Harrison 3rd
    Michael J. Moscato
    Nancy E. Delaney
    Peter J. Behmke
    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Counsel for Debtor Lehman Brothers Holdings Inc.*

-2-

11393747