UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 Case No |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JM P) |
| Debtors | (Jointly Administered) |

### CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address | Claim Number: 37668 |
|---|---|
| YARNOZ DIEZ, ISABEL MARIA | Date Filed: 10/13/2009 |
| CARLOS VII, 7 – 4° IZDA. | Debtor: 08-13555 |
| PORTUGALETE – VIZCAYA, 48920 SPAIN. | Amount: UNSECUR.$ 84,906.00 |

Portugalete 10/21/2011

Dear Sir/Madam:

I am writing regarding the case listed above, to express my disagreement to the request of the Debtors (08-13555) to disallow & expunge my filed Prof. of claim N° 37668, using a Two Hundred Thirteenth (213) Omnibus Objection.

I consider, My claim must be entitled to the corresponding amount of the liquidation process, as it is a Preferred Securities underwriting, which is guaranteed by Lehman Brothers Holdings Inc.

I enclose a copy of the claim submitted on 10/7/2009.

Yours sincerely.



YARNOZ DIEZ, ISABEL MARIA
Carlos VII, 7-4° Izda.
PORTUGALETE-VIZCAYA, 48920 SPAIN

Phone: (+34)944625585
Email: isabelyarnoz@gmail.com



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　　Debtors | Chapter 11 Case No<br>08-13555 (JM P)<br><br>(Jointly Administered) |

## CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address<br>YARNOZ DIEZ, ISABEL MARIA<br>CARLOS VII, 7 – 4° IZDA.<br>PORTUGALETE – VIZCAYA, 48920 SPAIN. | Claim Number:　37668<br>Date Filed:　10/13/2009<br>Debtor:　08-13555<br>Amount: UNSECUR.$ 84,906.00 |
|---|---|

Portugalete 10/21/2011

Dear Sir/Madam:

I am writing regarding the case listed above, to express my disagreement to the request of the Debtors (08-13555) to disallow & expunge my filed Prof. of claim N° 37668, using a Two Hundred Thirteenth (213) Omnibus Objection.

I consider, My claim must be entitled to the corresponding amount of the liquidation process, as it is a Preferred Securities underwriting, which is guaranteed by Lehman Brothers Holdings Inc.

I enclose a copy of the claim submitted on 10/7/2009.

Yours sincerely.



YARNOZ DIEZ, ISABEL MARIA
Carlos VII, 7-4° Izda.
PORTUGALETE-VIZCAYA,48920 SPAIN

Phone: (+34)944625585
Email: isabelyarnoz@gmail.com



WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :   08-13555 (JMP)
                                                                  :
Debtors.                                                          :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT
OF DEBTORS' TWO HUNDRED THIRTEENTH
OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43901549\02\58399.0008

Dated: January 13, 2012
      New York, New York

                                /s/ Robert J. Lemons
                                Robert J. Lemons
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Debtors
                                and Debtors in Possession

## Exhibit A

## Adjourned Claims:

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N.1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58985 | $266,344.10* |
| 2 | BANCO SANTANDER INTERNATIONAL AS AGENT<br>ATTN: LEGAL DEPARTMENT<br>1401 BRICKWELL AVE, SUITE 1500<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55675 | Undetermined |
| 3 | BANQUE POPULAIRE COTE D'AZUR<br>SPORTING D'HIVER - PLACE DU CASINO<br>MONTE-CARLO, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37176 | $5,140,305.27 |
| 4 | BARNUEVO VIGIL DE QUINONES, MARIA PILAR<br>ORENSE, 5<br>MADRID, 28020<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44436 | $28,302.00 |
| 5 | BITKID B.V.<br>A VAN WOENSEL<br>SINCLAIR LEWISPLAATS 7F<br>ROTTERDAM, 3068 EN<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52186 | $72,626.00 |
| 6 | COLE, FRANK<br>KROMVENDREEF 52<br>SCHOTEN, B-2900<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2009 | 37020 | $41,580.00 |
| 7 | DIEZ EZCURRA, CLARA<br>CARLOS VII, 7- 4 0 IZDA<br>PORTUGALETE - VIZCAYA, 48920<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37672 | $49,528.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 5

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 22 | MATEOS ESCUDERO, MARIA AGUEDA<br>AVDA JOSE MESA Y LOPEZ 15, 5 E<br>E-35006 LAS PALMAS DE GRAN CANARIA<br>CANARY ISLANDS,<br>SPAIN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46683 | $283,020.00 |
| 23 | PEREZ GARCIA, BLAS<br>C/AGUERE 13 - 8 A EDF TORRE CRISTAL II<br>S/C DE TENERIFE, 38005<br>SPAIN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57034 | $21,704.68 |
| 24 | RIBEIRO VAZ, LUIS MIGUEL SILVEIRA<br>HERDADE MATA DUQUE LT 51 CCI 119<br>SANTO ESTEVAO BENAVENTE, 2130-124<br>PORTUGAL | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36305 | $72,479.63 |
| 25 | STANKOWEIT, MARIUS<br>SENTRUPER HOHE 10<br>MUNSTER, 48149<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35620 | $34,166.00 |
| 26 | STANKOWEIT, PHILIP<br>SENTRUPER HOHE 10<br>MUNSTER, 48149<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 36103 | $14,235.00 |
| 27 | YARNOZ DIEZ, ISABEL MARIA<br>CARLOS VII, 7 - 4 0 IZDA<br>PORTUGALETE - VIZCAYA, 48920<br>SPAIN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37668 | $84,906.00 |
| 28 | VAN ROOY, S.A.B.<br>SCHOONOUWENSEWEG 24<br>STOLWIJK, 2821 NX<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54549 | $106,132.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 5



To be enclosed, with the claim submitted on 10/21/2011, which I'm enclosing.

THE CHAMBERS OF THE HONORABLE
JAMES M. PECK
One Bowling GREEN
NEW YORK - NEW YORK  10004

(Court room 601)