Page 1

1
2  UNITED STATES BANKRUPTCY COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  Case No. 08-13555(JMP)
5  - - - - - - - - - - - - - - - - - - - - - -x
6  In the Matter of:
7
8  LEHMAN BROTHERS HOLDINGS, INC., et al.
9
10            Debtors.
11
12  - - - - - - - - - - - - - - - - - - - - - -x
13
14            United States Bankruptcy Court
15            One Bowling Green
16            New York, New York
17
18            February 14, 2012
19            10:04 AM
20
21  B E F O R E:
22  HON. JAMES M. PECK
23  U.S. BANKRUPTCY JUDGE
24
25

1
2  **DEBTORS' APPLICATION to Assume Executory Contracts and**
3  **Unexpired Leases Identified in Exhibit 2 to the Plan Supplement**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by: Lisa Bar-Leib

```
 1
 2   A P P E A R A N C E S :
 3   WEIL, GOTSHAL & MANGES LLP
 4        Attorneys for Debtors and Debtors-in-Possession
 5        767 Fifth Avenue
 6        New York, NY 10153
 7
 8   BY:  JACQUELINE MARCUS, ESQ.
 9        ERIC D. KASENETZ, ESQ.
10
11   WEIL, GOTSHAL & MANGES LLP
12        Attorneys for Debtors and Debtors-in-Possession
13        1300 Eye Street NW
14        Suite 900
15        Washington, DC 20005
16
17   BY:  RALPH I. MILLER, ESQ.
18
19   MILBANK, TWEED, HADLEY & MCCLOY LLP
20        Attorneys for the Official Committee of Unsecured
21         Creditors
22        One Chase Manhattan Plaza
23        New York, NY 10005
24
25   BY:  EVAN R. FLECK, ESQ.
```

```
 1

 2    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

 3         Attorneys for Santander Asset Management SGFIM SA; and

 4          Andbanc Grup Agricol Reig

 5         1633 Broadway

 6         New York, NY 10019

 7

 8    BY:    ANDREW K. GLENN, ESQ.

 9

10    CHAPMAN & CUTLER LLP

11         Attorneys for U.S. Bank, N.A., as Trustee

12         111 West Monroe Street

13         Chicago, IL 60603

14

15    BY:    FRANKLIN H. TOP III, ESQ.

16          JAMES HEISER, ESQ.

17          (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

```
 1
 2   BALLARD SPAHR LLP
 3        Attorneys for Utah Housing Corporation (ME), Utah Housing
 4         Corp. (ME) and Utah Housing Finance Agency
 5        919 North Market Street
 6        11th Floor
 7        Wilmington, DE 19801
 8
 9   BY:  CHRISTOPHER S. CHOW, ESQ.
10        (TELEPHONICALLY)
11
12   STUTMAN TREISTER & GLATT
13        Attorneys for The Baupost Group, Perry Capital and
14         Elliott Management
15        1901 Avenue of the Stars
16        12th Floor
17        Los Angeles, CA 90067
18
19   By:  MICHAEL NEUMEISTER, ESQ.
20        (TELEPHONICALLY)
21
22
23
24
25
```

1          P R O C E E D I N G S

2          THE COURT: Be seated, please. Good morning.

3          MS. MARCUS: Good morning, Your Honor. Jacqueline

4  Marcus from Weil Gotshal & Manges on behalf of the Lehman

5  debtors. We're here, Your Honor, this morning for a very brief

6  status conference with respect to the debtors' pending request

7  for assumption of executory contracts.

8          As Your Honor may recall, pursuant to Section 11.1 of

9  the debtors' modified third amended joint plan which was

10 confirmed on December 6th, 2011, executory contracts were

11 rejected under the plan unless they were the subject of a

12 pending motion to assume or was set forth in the plan

13 supplement. The debtors filed the original list of executory

14 contracts to be assumed on October 25th, 2011 and, between that

15 time and the confirmation hearing, filed six amendments

16 thereto.

17         The debtors adjourned the disputes with respect to all

18 the counterparties who timely filed objections regarding

19 assumption of derivatives -- of contracts -- excuse me -- from

20 the confirmation hearing to today's date in order to enable

21 them to deal with disputes over assumption, cure amounts and

22 adequate assurance of future performance. These contracts were

23 described in the confirmation order as the February 14th

24 contracts.

25         In addition, there were some contracts which we

08-13555-mg    Doc 25825    Filed 02/15/12    Entered 02/27/12 14:54:16    Main Document
LEHMAN BROTHERS HOLDINGS INC., et al.
Pg 7 of 10

Page 7

1  denominated as deferred contracts as to which the debtors with
2  the agreement of the counterparty have taken the assumption
3  motion off the calendar subject to being reinstated upon a
4  certain number of days notice.  These contracts involve a
5  variety of circumstances.  Some are the subject of ADRs; some
6  are the subject of unconsummated agreements and some are the
7  subject of promising negotiations between the debtors and the
8  counterparty.
9              Since the confirmation hearing, the debtors have
10 continued to reach out to counterparties in an effort to
11 resolve underlying disputes or at least the handling of the
12 respective assumption requests.  As a result, on January 21,
13 February 9 and February 13, the debtors filed notices of
14 withdrawal which indicated that additional contracts had been
15 taken off the list of contracts to be assumed by the debtors.
16 Additional counterparties have also agreed that their
17 objections will be adjourned indefinitely.
18             Furthermore, there are three contracts as to which the
19 counterparty has agreed to withdraw its objection.  Inasmuch as
20 the Bankruptcy Code requires an order of the Court in order to
21 approve an assumption and those contracts were not assumed
22 pursuant to the confirmation order, within the next few days,
23 the debtors intend to file a notice of presentment of an order
24 that will deal with those contracts.
25             In the February 9 notice, the debtors also indicated

1  that the hearing with respect to all of the objections that
2  remain on the calendar will be heard on April 10th, 2012.
3          In sum, Your Honor, the approximately 155 pending
4  objections to assumption, which cover approximately 675
5  contracts, the debtors have resolved sixty objections relating
6  to approximately a hundred contracts.  The debtors have also
7  agreed with the applicable counterparty to address an
8  additional sixteen objections representing more than 125
9  executory contracts by taking them off the calendar subject to
10 being put back on with appropriate notice if the parties are
11 unable to resolve them by other means.
12         That leaves eighty time filed objections which deal
13 with 445 contracts which have been adjourned to April 10th.
14 During the period between now and then, the debtors expect to
15 continue negotiating with counterparties and other entities
16 that filed objections with the aim of resolving as many of the
17 disputes as possible.  That may occur as a result of an
18 agreement not to treat the contracts as executory through
19 further negotiations between the parties, intermediation or
20 assignment of additional contracts or the commencement or
21 continuation of ADRs.
22         That's my report, Your Honor.  I don't know if you
23 have any questions.
24         THE COURT:  I'm not sure if I have questions or not
25 because it's a very succinct report but it, I think, self

08-13555-mg    Doc 25825    Filed 02/15/12    Entered 02/27/12 14:54:16    Main Document
LEHMAN BROTHERS HOLDINGS INC., et al.
Pg 9 of 10

Page 9

1  consciously eliminates the process by which remaining disputes
2  will actually be resolved.  And it's difficult for me to tell
3  how likely it is that there will be more consensual resolutions
4  between now and April 10.  But I don't see any particular need
5  to probe that.
6          MS. MARCUS:  I couldn't even hazard a guess, Your
7  Honor.
8          THE COURT:  That's fine.  Does anyone else wish to say
9  anything about that status report?  Or does any party in
10 interest have anything to add?  Hearing nothing, this becomes a
11 very brief hearing.  Is there anything more for today?
12         MS. MARCUS:  Not for us, Your Honor.
13         THE COURT:  Well, with such an array of talent
14 including Mr. Miller, I was wondering if perhaps he had
15 something that he needed to say or was being brought into court
16 to say with respect to matters that he has typically handled
17 involving derivatives.
18         MR. MILLER:  Your Honor, it's been too long since I've
19 had the honor of being in this court.  And I wanted to be here
20 and be able to share the experience here.
21         THE COURT:  I'm speechless.  With that, I guess we're
22 adjourned.
23      (Whereupon these proceedings were concluded at 10:09 a.m.)
24
25

1

2                     C E R T I F I C A T I O N

3

4    I, Lisa Bar-Leib, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8

9    _____

10   LISA BAR-LEIB

11   AAERT Certified Electronic Transcriber (CET**D-486)

12

13

14   Veritext

15   200 Old Country Road

16   Suite 580

17   Mineola, NY 11501

18

19   Date:   February 15, 2012

20

21

22

23

24

25