United States Bankruptcy Court for the Southern District of New York

# WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
| Creditor Name and Address: | Eton Park Master Fund, Ltd.<br>399 Park Avenue, 10th Floor<br>New York, NY 10022<br>(212) 756-5354 |
| Court Claim Number (if known): | 17319-39 |
| Date Claim Filed: | 9/18/2009 |
| Total Amount of Claim Filed: | $19,500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2/23/12

Print Name: Serge Todorovich

Title (if applicable): Associate General Counsel

---

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

From: (212) 756-5392
Melanie Hayes
Eton Park Capital Management
399 Park Avenue
10th Floor
New York, NY 10022

Origin ID: JRBA

FedEx Express

E

J12101112190225

Ship Date: 23FEB12
ActWgt: 0.5 LB
CAD: 1970905/INET3250

Delivery Address Bar Code

SHIP TO: (646) 282-2500 BILL SENDER

**Attn: Lehman Brothers Holdings Inc.**
**epiq Brankruptcy Solutions, LLC**
**757 3RD AVE FL 3**

**NEW YORK, NY 10017**

Ref # Fund
Invoice #
PO #
Dept #

RECEIVED

FEB 24 2012

FRI - 24 FEB A1
PRIORITY OVERNIGHT

TRK# 7932 6471 2164
0201

10017
NY-US
EWR

**EA OGSA**



512G1/9F59/A278

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.