UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | No. 08-01420 (JMP) SIPA |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) SS.:
COUNTY OF NEW YORK  )

Brian A. Bucher, being duly sworn, deposes and says:

1.  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned proceeding. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase Bank, N.A. in the above-captioned proceeding.

2.  On February 27, 2012, I caused a copy of *JPMorgan's Motion to Strike Portions of Objection to Proofs of Claim no. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. Regarding Triparty Repo-Related Losses,* and the supporting Memorandum of Law and Declaration of Emil A. Kleinhaus to be served upon the parties listed on the service list attached hereto in the manner indicated therein, and upon the parties listed on the Master Service List by email or, if no email address was provided, by first-class mail.

Brian A. Bucher

Sworn to before me this
27th day of February, 2011

NOLAN HUGICK PACCHIANA
Notary Public, State of New York
No. 01PA6254583
Qualified in Kings County
Commission Expires January 17, 2016

## SERVICE LIST

**BY HAND DELIVERY**

The Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Attention: Joseph D. Pizzurro, Esq.
L. P. Harrison 3rd, Esq.
Michael J. Moscato, Esq.
Nancy E. Delaney, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, New York 10010
Attention: Susheel Kirpalani, Esq.
James C. Tecce, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

**BY FEDERAL EXPRESS**

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Attention: John B. Quinn, Esq.
Erica Taggart, Esq.