RECEIVED FEB 23 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Gene and Maureen Golden
161 Fairway Rd
Lido Beach, N.Y. 11561

Feb. 21st 2012

Tel cell number
516 - 316 - 6988

Office of the Clerk of the Bankruptcy Court

Alexander Hamilton Custom House

One Bowling Green

New York, New York 10004

Ref: Lehman Brothers Holdings, Inc.

Chapter 11

Case No. 08-13555 (JMP)
(Jointly administered)

To Whom It May Concern:

My Wife and I purchased 200 preferred shares of Lehman Bros. Holdings Inc. Subsequently we were advised of Lehman Bros. going into Chapter 11, and that it would be necessary for us to file a Claim in order to recouperate a partial amount of our investment. While all of our assets are jointly owned, my Wife is not familiar with this particular situation. (Unfortunetely, during this period) I was in and out of Long Beach Hospital, and Kamanoff Nursing Home. I am currently homebound and have managed to bring all of our portfolios to a current status.

We were advised that because we were late in filing our Claim, we were not able to receive a refund. THIS IS ACCEPTABLE TO US. The rules are the rules, but if we are not entitled to any refund, w hy are you constantly sending us notices regarding the status of the Lehman case. This is just a reminder to me of my illness, and the asinine manner of the entire Lehman situation. We have called Weil, Gotshal & Manges, LLP. requesting that our name be struck from the list. but to no avail. We would greatly appreciate your assistance in this matter. Thanking you in advance for your courtesy and co-operation.

Yours truly,

Gene and Maureen Golden.

cc: Weil, Gotshal & Manges LLP