Edward A. Friedman
William P. Weintraub
Anne E. Beaumont
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100

*Attorneys for Boultbee (Helsinki) AB*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
In re LEHMAN BROTHERS                      :    Chapter 11
HOLDINGS INC., et al.,                     :    Case No. 08-13555 (JMP)
                                                                :
              Debtors.                     :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**
**NOS. 28487 & 28488 OF BOULTBEE (HELSINKI) AB**

PLEASE TAKE NOTICE that Boultbee (Helsinki) AB, by and through its undersigned counsel, hereby withdraws with prejudice: (i) proof of claim number 28487, dated September 22, 2009, filed against Lehman Brothers Holdings Inc.; and (ii) proof of claim number 28488, dated September 22, 2009, filed against Lehman Brothers Special Financing Inc.

Dated: New York, New York
       February 28 , 2012

                              FRIEDMAN KAPLAN SEILER &
                                ADELMAN LLP

                               /s/ William P. Weintraub
                              Edward A. Friedman
                              William P. Weintraub
                              Anne E. Beaumont
                              7 Times Square
                              New York, New York 10036-6516
                              Telephone: (212) 833-1100
                              wweintraub@fklaw.com

                              *Attorneys for Boultbee (Helsinki) AB*

2640184