JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jane Rue Wittstein
Haben Goitom

      -and-

JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Mark A. Cody

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------- x

### NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities, entered on

November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to

---

[1]      All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: February 28, 2012          JONES DAY
New York, New York

*/s/* Jane Rue Wittstein
Jane Rue Wittstein
Haben Goitom
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Mark A. Cody
JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

*Attorneys for Debtors and Debtors in Possession*

## EXHIBIT A

## NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | Metropolitan Pier and Exposition Authority |
| Date of Service of Subpoena: | February 24, 2012 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by March 26, 2012 at 10:00 A.M. (CT) at: Jones Day, 77 West Wacker Chicago, Illinois  60601 |

**<u>EXHIBIT B</u>**

# Affidavit of Process Server

In Re: _Lehman Brothers Holdings, LLC, et al_   Case# _08-13555_

Being duly sworn, on my oath, I _Barry A. Savage SR_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**   I served _The Metropolitan Pier and Expo Authority_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   ☒ Subpoena with $ _100_ witness fee and mileage
☒ _Exhibit A_

by serving (NAME) _Aretha Gaspen, Auth to Accept, Project Co-ord._
at ☐ Home
☒ Business   _301 E. Cermak Rd, Chicago, IL_
☒ on (DATE)   _2/24/2012_   at (TIME) _1:51 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)_____
From (CITY)_____ (STATE)_____

**Manner of Service:**

☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person _Project_
apparently in charge thereof, namely,
_Aretha Gaspen Auth to Accept_ _Coordinator_

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person
residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**   After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other:_____
☐ Address does not exist  ☐ Service cancelled by litigant _____
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion _____

**Service Attempts:**   Service was attempted on: ( )_____ ,( )_____ ,( )_____
DATE   TIME   DATE   TIME   DATE   TIME

( )_____ ,( )_____ ,( )_____
DATE   TIME   DATE   TIME   DATE   TIME

**Description:**
☐ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☒ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
☐ Brown Skin ☐ Blond Hair ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☒ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☒ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:

State of Illinois  County of Cook

Subscribed and sworn to before me
A notary public, this _24th_ day of _Feb_ ,20_12_

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2014

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS