# United States Bankruptcy Court

## Southern District of New York

| | |
|---|---|
| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
| In re Lehman Brothers Commodity Services Inc. | Case No. 08-13885 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **York Global Finance BDH, LLC** | **Drax Power Limited** |
|---|---|
| Name of Transferee | Name of Transferor |

Claim Number: 1759
Allowed Unsecured: $3,845,055.00
Claimed Unsecured: $4,377,747.59

Name and Address where notices to Transferee should be sent:

**York Global Finance BDH, LLC**
767 Fifth Avenue, 17th Floor
New York, NY 10153
Attn: Margaret Mauro
Tel: 212-710-6567
Email: MMauro@yorkcapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**YORK GLOBAL FINANCE BDH, LLC**

By: _[signature]_                           Date: 2/22/12
Name: John J. Fosina
Title: Chief Financial Officer

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

Drax Power Limited, located at Drax Power Station, Selby, North Yorkshire, YO8 8PH, United Kingdom ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH LLC, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Commodity Services Inc.** (Claim No.: 1759) in the amount of $3,845,055 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that upon payment of the purchase price agreed to between Buyer and Seller an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 2̲3̲ day of February, 2012.

**DRAX POWER LIMITED**

By: _____
Name:  PAUL TAYLOR
Title:  RETAIL AND TRADING DIRECTOR


**YORK GLOBAL FINANCE BDH LLC**

By: _____
Name:
Title:

KL2 2728213.6

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

Drax Power Limited, located at Drax Power Station, Selby, North Yorkshire, YO8 8PH, United Kingdom ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH LLC, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Commodity Services Inc.** (Claim No.: 17599) in the amount of $3,845,055 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that upon payment of the purchase price agreed to between Buyer and Seller an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  23  day of February, 2012.

**DRAX POWER LIMITED**

By: _____
Name:
Title:

**YORK GLOBAL FINANCE BDH LLC**

By: _____
Name:
Title:  John J. Fosina
        Chief Financial Officer

KL2 2728213.6

| UNITED STATES BANKRUPTCY COURT – SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **Lehman Brothers Commodity Services, Inc.** | Case Number: **08-13885** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**DRAX Power Limited**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

Philip Hudson, General Counsel         with a copy to:   Steven Abramowitz
DRAX Power Limited                                        Alexandra Kelly
Selby                                                     Vinson & Elkins, LLP
North Yorkshire, YO8 8PH                                  666 Fifth Avenue, 25th Floor
United Kingdom                                            New York, New York 10103

Telephone number: +44 (0)1757 618381

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** at least $4,377,747.59 (See attached addendum).

If all of part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See attached addendum.
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐Real Estate    ☐Motor Vehicle    ☐Other
Describe:

Value of Property: $_____    Annual Interest Rate: _____%

Amount of arrearage and other charges as of the time case filed included in secured claim,
If any: _____.         Basis for perfection: _____.

Amount of Secured Claim: $ **(N/A)** .

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

* All amounts are subject to adjustment on 4/10/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payment[s] ... this proof of claim.

**7. Documents:** Attach redacted copies [of] ... [promisso]ry notes, purchase orders, invoices, itemized statements of run[ning accounts, contracts, judgments, mortgages and securit]y agreements. You may also attach a summary. Attach redac[ted copies of documents providing evidence o]f a security interest. You may also attach a summary. (*See de[finition of "redacted" on reverse side.*])

DO NOT SEND ORIGINAL DOCUM[ENTS. ATTACHED DOCUMENTS MAY BE DESTROY]ED AFTER SCANNING.

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000001759

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or oth[er pers]on authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Date: 12/__/2008         By: _____
                              Philip Hudson, General Counsel

FILED / RECEIVED
SAH
JAN 15 2009
PHILIP HUDSON
COMPANY SECRETA[RY] EPIQ BANKRUPTCY SOLUTIONS, LL[C]