UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :
In re                                                   :
LEHMAN BROTHERS HOLDING INC.                            :   Chapter 11 Case No. 08-13555
                                                        :
                                                        :
-------------------------------------------------------x

## CREDITOR MARTIN KELLNER's NOTICE OF WITHDRAWAL OF COUNSEL & ABANDONMENT OF CLAIM

Creditor Martin Kellner hereby respectfully provides notice to the Debtors that he

**a.** has released counsel NABER P.C. from its duties and responsibilities with respect to Claim 11181; and

**b.** abandons and withdraws said claim herewith.

RESPECTFULLY submitted this __23rd__ day of February, 2011.

Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e naber@naberpc.com

| | |
|---|---|
| • US Bankruptcy Court for the Southern District of New York<br>LEHMAN BROTHERS CLAIM PROCESSING CENTER<br>EQPIQ BANKRUPTCY SOLUTIONS LLC<br>FDR Station P.O. Box 5076<br>New York New York 10150-5076<br>• Shai Waisman Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF WITHDRAWAL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on ___FEB 23 2012___.<br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |



RECEIVED
FEB 27 2012

Lehman Brothers Holding Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York, New York 10150-5076

NABER PC
300 CENTRAL AVE #320 · GREAT FALLS MT 59401
T 001.406.452.3100 · F 001.406.452.6599
WWW.NABERPC.COM