EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 66655

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Permal Stone Lion Fund Ltd.
461 5th Ave, 14th Floor
New York, NY 10017
Attn: Claudia Borg
Phone: 212-843-1225
Email: cborg@stonelioncapital.com

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 66655, solely to the extent of $4,100,000.00 (the "Assigned Claim") out of the aggregate $264,000,000.00 claim against Lehman Brothers Special Financing, Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated February 28, 2012.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Philipp Roever
Title: Vice President

By: _____
Name: Michael Sutton
Title: Managing Director

Permal Stone Lion Fund Ltd.
By: Stone Lion Capital Partners L.P.,
Investment Manager

By: _____
Name: Claudia Borg
Title: Authorized Signatory