UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                               Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,              Case No. 08-13555 (JMP)

               Debtors.                             (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF HOWARD J. GROSSMAN

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF MONROE    )

Howard J. Grossman, having been duly sworn according to law, deposes and says as follows:

1. I am a Vice President and Assistant General Counsel of JPMorgan Chase Bank, N.A.

2. The creditor's address for docket numbers 8645, 11699, 21543, and 21569 in the above-captioned case needs to be changed to the following:

JPMorgan Chase Bank, N.A.
Mail Code: NY1-A436
One Chase Manhattan Plaza, Floor 26
New York, New York 10005
ATTN: Susan McNamara

Copies of the referenced docket entries are attached hereto as Exhibit A.

_____
Howard J. Grossman

SWORN to and SUBSCRIBED to
before me this 29th day of February, 2012.

_____
Notary Public

LISA KORNELIUSEN
Notary Public, State of New York
Qualified in Wayne County
Commission Expires Nov. 24, 20 14

# EXHIBIT A

(LBH) Search Claims        http://dm.epiq11.com/LBH/claim/SearchClaims.aspx?r

## Results

Collapse All

**[1] Page 1 of 1 - 02 total items**

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value |
|---|---|---|---|---|
| 18898 | | JPMORGAN CHASE BANK, N.A.<br>TRANSFEROR: LOOMIS STREET, L.L.C.<br>ATTN: JAMES DAVID, ANALYST<br>MAIL CODE: NY1-E91<br>4 NEW YORK PLAZA, FLOOR 16<br>NEW YORK, NY 10004 | 9/18/2009<br>Claimed Unsecured: | $5,000,000.00<br>$5,000,000.00 |

Debtor: 08-13555 Lehman Brothers Holdings Inc.

Remarks: CLAIMED PARTIALLY UNLIQUIDATED

☐ Related Docket Entries

| Docket # | Docket Date | Docket Text |
|---|---|---|
| 11699 | 9/30/2010 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 1 Transferors:Loomis Street, LLC(Claim No.18898, Amount 5,000, 000). To JPMorgan Chase Bank, NA. filed by Howard J. Grossman on behalf of JPMORGAN CHASE BANK, N.A..(Grossman, Howard) |

Debtor: Lehman Brothers Holdings Inc.
Related: none

(handwritten: 654-5)

| 59233 | JPMORGAN CHASE BANK, N.A. | 10/30/2009 | Allowed Unsecured: | $972,408.40 | Image |
| | TRANSFEROR: UBS AG | | Claimed Unsecured: | $2,650,000.00 | 983 |
| | C/O JP MORGAN SECURITIES LLC;ATTN:JEFFREY L PANZO MAIL CODE: NY1-M138 | | | | |
| | 383 MADISON AVENUE - FLOOR 37 | | | | |
| | NEW YORK, NY 10179 | | | | |
| | Debtor: 08-13555 Lehman Brothers Holdings Inc. | | Remarks: THIS CLAIM IS ALLOWED | | |

▼ Related Docket Entries

| Docket # | Docket Date | Docket Text | | | |
|---|---|---|---|---|---|
| 21543 | 11/3/2011 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:UBS AG(Claim No.59233, Amount 2,650,000.00). To JPMorgan Chase Bank, N.A.. filed by Howard J. Grossman on behalf of JPMORGAN CHASE BANK, N.A..(Grossman, Howard) | | | Document |
| | | Debtor: Lehman Brothers Holdings Inc. | | | |
| | | Related: none | | | |
| 19120 | 8/10/2011 | Order Signed on 8/10/2011 Approving Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. (Related Doc # [16294]) (Nulty, Lynda) | | | Documents |
| | | Debtor: Lehman Brothers Holdings Inc. | | | |
| | | Related: 16294 | | | |

| 59233 | JPMORGAN CHASE BANK, N.A. | 10/30/2009 | Allowed Unsecured: | $192,099.86 | Image |
| | TRANSFEROR: UBS AG | | Claimed Unsecured: | $250,000.00 | 991 |
| | C/O JP MORGAN SECURITIES LLC;ATTN:JEFFREY L PANZO; MAIL CODE NY1-M138 | | | | |
| | 383 MADISON AVENUE - FLOOR 37 | | | | |
| | NEW YORK, NY 10179 | | | | |
| | Debtor: 08-13555 Lehman Brothers Holdings Inc. | | Remarks: THIS CLAIM IS ALLOWED | | |

▼ Related Docket Entries

| Docket # | Docket Date | Docket Text | | | |
|---|---|---|---|---|---|
| 21569 | 11/4/2011 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 1 Transferors:UBS AG(Claim No.59233, Amount 250,000.00). To JPMorgan Chase Bank, N.A.. filed by Howard J. Grossman on behalf of JPMORGAN CHASE BANK, N.A..(Grossman, Howard) | | | Document |
| | | Debtor: Lehman Brothers Holdings Inc. | | | |
| | | Related: none | | | |
| 19120 | 8/10/2011 | Order Signed on 8/10/2011 Approving Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. (Related Doc # [16294]) (Nulty, Lynda) | | | Documents |

Image

Page 5 of 6

| 58786 | JPMORGAN SECURITIES LTD<br>TRANSFEROR: CONDUIT CAPITAL MARKETS LTD<br>125 LONDON WALL<br>LONDON, EC2Y KAJ<br>UNITED KINGDOM | 10/30/2009 | Allowed Unsecured: | $960,000.00 |
|---|---|---|---|---|
| | | | Claimed Unsecured: | $960,000.00 |
| | | | | $960,000.00 |

Debtor: 08-13555 Lehman Brothers Holdings Inc.

Remarks: *THIS CLAIM IS ALLOWED*

### Related Docket Entries

| Docket # | Docket Date | Docket Text | Documents |
|---|---|---|---|
| 20628 | 10/6/2011 | Order Signed on 10/6/2011 Granting Debtors One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims). (Related Doc # [19396]) (Nulty, Lynda)<br><br>Debtor: Lehman Brothers Holdings Inc. | Documents |

### (LBH) Search Claims

| | | | |
|---|---|---|---|
| 19396 | 8/19/2011 | Motion for Omnibus Objection to Claim(s) / Debtors One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) filed by Robert J. Lemons on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 10/5/2011 at 10:00 AM at Courtroom 601 (JMP) Responses due by 9/20/2011. (Lemons, Robert)<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>Related: none | Document |
| 19120 | 8/10/2011 | Order Signed on 8/10/2011 Approving Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. (Related Doc # [16294]) (Nulty, Lynda)<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>Related: 16294 | Document |
| 8645 | 4/26/2010 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Conduit Capital Markets Ltd.(Claim No. 58786, Amount 960,000.00). To J.P. Morgan Securities Ltd.. filed by Howard J. Grossman on behalf of J.P. Morgan Securities, Ltd..(Grossman, Howard)<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>Related: none | Document |

Related: 19396