UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS                               :
INC., et al.,                                          :    Case No. 08-13555 (JMP)
                                                       :
                    Debtors.                           :    (Jointly Administered)
------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF LAWRENCE BORTSTEIN, ON BEHALF OF BORTSTEIN LEGAL LLC

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

LAWRENCE BORTSTEIN, being duly sworn, deposes and says:

1. I am a member of the firm of Bortstein Legal LLC ("Bortstein Legal" or the "Firm"), which maintains offices at 275 Madison Avenue, Suite 1518, New York, NY 10016.

2. On November 26, 2008, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed an Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Bortstein Legal LLC as Special Counsel to the Debtors (the "Retention Application"), together with my declaration in support thereof (the "Retention Declaration") and the engagement letter (the "Engagement Letter") [Docket No. 1778].

3. On December 17, 2008, the Court entered an order approving the Retention Application and authorizing the employment and retention of Bortstein Legal

as special counsel to the Debtors to review, structure, draft and negotiate vendor contracts [Docket No. 2277].

4.  This Affidavit supplements the Retention Application, Retention Declaration, and Engagement Letter pursuant to Federal Rule of Bankruptcy Procedure 2014.

5.  As set forth in the Retention Application, Retention Declaration and Engagement Letter, the Firm has previously charged the Debtors, as well as all non-Debtor clients, based on hourly rates of $400 for services provided by partners, hourly rates of $375 for services provided by attorneys with eight or more years of experience, and hourly rates of $325 for services provided by attorneys with less than eight years of experience. The Firm did not increase its rates from December 2008 through December 2011.

6.  In order to retain talented professionals as well as keep up with the market and overhead costs, the Firm determined that a rate increase, equally applicable to all clients, was necessary and appropriate. Consequently, the Firm increased rates effective January 1, 2012 as follows: hourly rates of $435 for services provided by partners, hourly rates of $425 for services provided by of counsel, hourly rates of $415 for services provided by attorneys with eight or more years of experience, and hourly rates of $365 for services provided by attorneys with less than eight years of experience.

7.  The Debtors reviewed and consented to the Firm's request. Moreover, considering the services that Bortstein Legal will provide, the rates other firms charge for the Firm's services, and the fact that this rate increase is the only increase that the Firm has implemented, the Firm respectfully submits that the proposed fee structure is

reasonable under the standards set forth in section 328(a) of the Bankruptcy Code and fulfills the requirements of Rule 2014-1 of the Local Rules.

Lawrence Bortstein

Sworn to before me this
28 day of February 2012

Notary Public, State of New York

JASLINNE LOPEZ
Notary Public, State of New York
No. 01LO6194879
Qualified in New York County
Commission Expires Oct. 14, 2012