UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              : Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al*,   : 08-13555 (JMP)
                                                   :
          Debtors.                              : (Jointly Administered)
                                                   :
                                                   :
------------------------------------------------------------x

## SECOND SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL POPE, ON BEHALF OF MCDERMOTT WILL & EMERY LLP

STATE OF ILLINOIS    )
                     ) ss:
COUNTY OF COOK       )

Michael A. Pope, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of McDermott Will & Emery LLP, located at 227 West Monroe Street, Chicago, Illinois 60606 (the "Firm").

2. On March 12, 2009, I executed an Affidavit and Disclosure Statement (the "Original Affidavit") in support of Debtors' retention of McDermott Will & Emery LLP as ordinary course professionals to represent Lehman Brothers Holdings, Inc. in litigation matters venued in state and federal court, including, but not limited to, a matter pending in the Circuit Court of Cook County, Illinois, Case No. 08 CH 33956; represent Lehman Brothers Holdings, Inc. in energy-related matters venued in state and federal court, and before federal, state, local and governmental entities including, but not limited to the Federal Energy Regulatory Commission; provide advice and counsel to Lehman Brothers Holdings, Inc. regarding state and local tax consequences of restructuring and other transactions; and submitted that Affidavit and a completed Retention Questionnaire (the "Original Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order

entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on March 18, 2009 [Docket No. 3159].

3.  On or about May 27, 2009, I executed a Supplemental Affidavit and Disclosure Statement (the "First Supplemental Affidavit") in support of Debtors' retention of McDermott Will & Emery LLP as ordinary course professionals to represent Lehman Brothers Holdings, Inc. with respect to additional services; i.e., updating consent forms, standard bylaw and other corporate forms under Illinois law [Docket No. 3660]. Along with the First Supplemental Affidavit, I submitted a supplemented Retention Questionnaire (the "First Supplemental Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the First Supplemental Affidavit and First Supplemental Questionnaire with the Court on May 27, 2009 [Docket No. 3660].

4.  This Second Supplemental Affidavit (the "Supplemental Affidavit") supplements the previous Original Affidavit and First Supplemental Affidavit, because the Firm will provide these additional services: representation in connection with state, local and federal tax matters.

5.  The Firm may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases for persons that are parties in interest the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.

Other than the parties set forth on Schedule A[1] with respect to matters in the chapter 11 cases which are unrelated to the services to be performed for the Debtors, the Firm does not perform services for any such person in connection with these chapter 11 cases. The Firm's prior and/or current representation of the parties set forth on Schedule A is unrelated to the matters for which the Firm has been retained by the Debtors.

By: _____

Subscribed and sworn to before me
This 23rd day of February, 2012

_____
Notary Public

"OFFICIAL SEAL"
KAREN BOOS
Notary Public, State of Illinois
My Commission Expires July 18, 2015

---

[1] Schedule A also includes certain parties who have asserted claims against the Debtors' affiliate, Lehman Brothers Inc.

3

# SCHEDULE A

Crestview Capital Master LLC

Bank of Nova Scotia

Eskaton Properties, Incorporated

Hoffman-La Roche Inc.

Integrys Energy Services, Inc.

Marie J. Papillion

Mirabella

Montreal Trust Company of Canada

Roche US DB Plans Master Trust

Scotiabank (Ireland) Ltd.

Stempel, Ernest