**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | x<br>:<br>: |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : Chapter 11 |
| Debtors. | : Case No. 08-13555 (JMP)<br>:<br>: |
| ──────────────────────────────── | x |
| | :  Adversary Proceeding |
| ARCHSTONE LB SYNDICATION PARTNER<br>LLC, et al., | : No.: 11-02928(JMP)<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :<br>: |
| BANK OF AMERICA STRATEGIC<br>VENTURES, INC., *et al.,* | :<br>:<br>: |
| Defendants. | x |
| ──────────────────────────────── | :<br>: |
| ERP OPERATING LIMITED PARTNERSHIP, | :<br>:<br>: |
| Intervenor, | :<br>: |
| v. | :<br>: |
| ARCHSTONE LB SYNDICATION PARTNER<br>LLC, et al., | :<br>:<br>: |
| Defendants. | :<br>x |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 22, 2012, I caused to be served the "Notice of Status Conference," dated February 21, 2012 [Docket No. 25617], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
|  | */s/ Panagiota Manatakis* |
| Sworn to before me this | Panagiota Manatakis |
| 28th day of February, 2012 |  |
| */s/ Cassandra Murray* |  |
| Notary Public, State of New York |  |
| No. 01MU6220179 |  |
| Qualified in the County of Queens |  |
| Commission Expires April 12, 2014 |  |

# EXHIBIT A

*Email Addresses*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov

cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com

dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com

ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com

jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgotko@fklaw.com

lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com

rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com

sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                             :   Chapter 11
                           Debtors.                        :   Case No. 08-13555 (JMP)
                                                                    :
---------------------------------------------------------------x
                                                                    :   Adversary Proceeding
ARCHSTONE LB SYNDICATION PARTNER                                    :   No.: 11-02928(JMP)
LLC, et al.,                                                        :
                           Plaintiffs,                    :
    v.                                                            :
                                                                    :
BANK OF AMERICA STRATEGIC                                           :
VENTURES, INC., *et al.,*                                           :
                           Defendants.                    :
---------------------------------------------------------------x
                                                                    :
ERP OPERATING LIMITED PARTNERSHIP,                                  :
                                                                    :
                           Intervenor,                    :
    v.                                                            :
                                                                    :
ARCHSTONE LB SYNDICATION PARTNER                                    :
LLC, et al.,                                                        :
                           Defendants.                    :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 22, 2012, I caused to be served the "Notice of Status Conference," dated February 22, 2012 [Docket No. 25617], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

T:\Clients\LBH\Affidavits\Ntc of Status Conference_Adv Proc No. 11-02928_DI_25617_AFF_2-22-12.doc

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                 */s/ Panagiota Manatakis*

Sworn to before me this                                             Panagiota Manatakis
28th day of February, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007