Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__  District Of __NEW YORK__

In re __LEHMAN BROTHERS HOLDINGS,INC__,    Case No. __08-13555 (JMP)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__CVI GVF (Lux) Master S.a.r.l.__  
Name of Transferee

__Coast Fund L.P., The__  
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o CarVal Investors UK Ltd.  
Knowle Hill Park  
Surrey KT11 2PD  
United Kingdom

Court Claim # (if known): __22196__  
Amount of Claim: __$5,692,778.00__  
Date Claim Filed: __September 21, 2009__

Phone: _____  
Last Four Digits of Acct #: _____

Phone: _____  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Tiffany Parr__  
  Transferee/Transferee's Agent

Date: __February 29, 2012__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Coast Fund L.P., The ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $5,692,778.00 | 22196 |

have been transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master S.a.r.l.
Address:  c/o CarVal Investors UK Ltd.
          Knowle Hill Park
          Surrey KT11 2PD
          United Kingdom

Signature: [signature]
Name:
Title:
Date:

**Tiffany Parr
Authorized Signer**

ASSIGNOR: Coast Fund L.P., The
Address:  C/O Coast Asset Management LLC
          2450 Colorado Ave.
          Suite 100 East Tower
          Attention: Drew Weilbacher
          Santa Monica, CA 90404

Signature: [signature]
Name: David E. Smith
Title: President of Coast Offshore Mgmt (Cayman) Ltd the Managing General Partner
Date: 2/8/2012