UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    08-13555 (JMP)
:
Debtors.                                                     :    (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket No. 25585

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2012, I caused to be served the "Notice of Presentment of Stipulation, Agreement and Order Between Lehman Commercial Paper Inc. and Certain SunCal Voluntary Debtor Entities Granting Limited Relief from the Automatic Stay," dated February 23, 2012 [Docket No. 25700], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
28th day of February, 2012
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankr@zuckerman.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| acker@chapman.com | barbra.parlin@hklaw.com |
| adam.brezine@hro.com | bbisignani@postschell.com |
| adarwin@nixonpeabody.com | bcarlson@co.sanmateo.ca.us |
| adiamond@diamondmccarthy.com | bdk@schlamstone.com |
| aeckstein@blankrome.com | bguiney@pbwt.com |
| aentwistle@entwistle-law.com | bill.freeman@pillsburylaw.com |
| afriedman@irell.com | bkmail@prommis.com |
| agbanknewyork@ag.tn.gov | bmanne@tuckerlaw.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| agoldstein@tnsj-law.com | brian.corey@greentreecreditsolutions.com |
| ahammer@freebornpeters.com | brosenblum@jonesday.com |
| aisenberg@saul.com | broy@rltlawfirm.com |
| akantesaria@oppenheimerfunds.com | bstrickland@wtplaw.com |
| akolod@mosessinger.com | btrust@mayerbrown.com |
| akornikova@lcbf.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amartin@sheppardmullin.com | cahn@clm.com |
| amcmullen@boultcummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| anann@foley.com | carol.weinerlevy@bingham.com |
| andrew.brozman@cliffordchance.com | cbelisle@wfw.com |
| andrew.lourie@kobrekim.com | cbelmonte@ssbb.com |
| angelich.george@arentfox.com | cbrotstein@bm.net |
| ann.reynaud@shell.com | cdesiderio@nixonpeabody.com |
| anthony_boccanfuso@aporter.com | cgoldstein@stcwlaw.com |
| aoberry@bermanesq.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | chardman@klestadt.com |
| apo@stevenslee.com | charles@filardi-law.com |
| aquale@sidley.com | charles_malloy@aporter.com |
| araboy@cov.com | chipford@parkerpoe.com |
| arahl@reedsmith.com | chris.donoho@lovells.com |
| arheaume@riemerlaw.com | christopher.schueller@bipc.com |
| arlbank@pbfcm.com | clarkb@sullcrom.com |
| arosenblatt@chadbourne.com | clynch@reedsmith.com |
| arthur.rosenberg@hklaw.com | cmontgomery@salans.com |
| arwolf@wlrk.com | cohenr@sewkis.com |
| aseuffert@lawpost-nyc.com | colea@gtlaw.com |
| ashaffer@mayerbrown.com | cousinss@gtlaw.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |
| azylberberg@whitecase.com | csalomon@beckerglynn.com |

-1-

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com

jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com

linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mh1@mccallaraymer.com | notice@bkcylaw.com |
| mharris@smsm.com | oipress@travelers.com |
| mhopkins@cov.com | omeca.nedd@lovells.com |
| michael.frege@cms-hs.com | otccorpactions@finra.org |
| michael.kelly@monarchlp.com | paronzon@milbank.com |
| michael.kim@kobrekim.com | patrick.oh@freshfields.com |
| michael.mccrory@btlaw.com | paul.turner@sutherland.com |
| michael.reilly@bingham.com | pbattista@gjb-law.com |
| millee12@nationwide.com | pbosswick@ssbb.com |
| miller@taftlaw.com | pdublin@akingump.com |
| mimi.m.wong@irscounsel.treas.gov | peisenberg@lockelord.com |
| mitchell.ayer@tklaw.com | peter.gilhuly@lw.com |
| mjacobs@pryorcashman.com | peter.macdonald@wilmerhale.com |
| mjedelman@vedderprice.com | peter.simmons@friedfrank.com |
| mjr1@westchestergov.com | peter@bankrupt.com |
| mkjaer@winston.com | pfeldman@oshr.com |
| mlahaie@akingump.com | phayden@mcguirewoods.com |
| mlandman@lcbf.com | pmaxcy@sonnenschein.com |
| mlichtenstein@crowell.com | ppascuzzi@ffwplaw.com |
| mlynch2@travelers.com | ppatterson@stradley.com |
| mmendez@hunton.com | psp@njlawfirm.com |
| mmooney@deilylawfirm.com | ptrain-gutierrez@kaplanlandau.com |
| mmorreale@us.mufg.jp | ptrostle@jenner.com |
| mneier@ibolaw.com | pwright@dl.com |
| monica.lawless@brookfieldproperties.com | r.stahl@stahlzelloe.com |
| mpage@kelleydrye.com | raj.madan@bingham.com |
| mparry@mosessinger.com | rajohnson@akingump.com |
| mpomerantz@julienandschlesinger.com | ramona.neal@hp.com |
| mprimoff@kayescholer.com | ranjit.mather@bnymellon.com |
| mpucillo@bermanesq.com | raul.alcantar@ropesgray.com |
| mrosenthal@gibsondunn.com | rbeacher@pryorcashman.com |
| mruetzel@whitecase.com | rbyman@jenner.com |
| mschimel@sju.edu | rdaversa@orrick.com |
| mschlesinger@julienandschlesinger.com | relgidely@gjb-law.com |
| msegarra@mayerbrown.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com

slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov

08-13555-mg    Doc 25924    Filed 02/29/12    Entered 02/29/12 19:13:39    Main Document
Pg 9 of 13

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
FAX SERVICE LIST

| NAME | FAX |
|---|---|
| **OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ** | **(212) 668-2255** |
| **PACHULSKI STANG ZIEHL & JONES LLP - RICHARD M. PACHULSKI, DEAN A. ZIEHL** | **(310) 201-0760** |
| **WINTHROP COUCHOT - PAUL J. COUCHOT** <br> **PETER W. LIANIDES** | **(949) 720-4111** |

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC.**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

RICHARD M. PACHULSKI
DEAN A. ZIEHL
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BOULEVARD, 13TH FLOOR
LOS ANGELES, CALIFORNIA 90067

PAUL J. COUCHOT
PETER W. LIANIDES
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660