210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re:  **Lehman Brothers Holdings, Inc., *et al.*,**   Debtors.   Case No.   **08-13555 (JMP)**
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Luxor Wavefront LP** | **JPMorgan Chase Bank, N.A.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Luxor Capital Group
1114 Avenue of the Americas, 29th Floor
New York, NY 10036
Attn: Omar Khawaja

Court Claim # (if known): __16734__
Amount of Claim: __$1,343,000__
Date Claim Filed: __September 18, 2009__
Debtor: __Lehman Brothers Holdings Inc.__

Phone: 212-763-8075
Last Four Digits of Acct#: _____

Phone: _____
Last Four Digits of Acct#: _____

Name and Address where transferee payments should be send (if different from above):

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signature_                           Date: _2/22/12_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C. §§ 152 & 3571

2050989

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Luxor Wavefront LP**, with offices located at c/o Luxor Capital Group, 1114 Avenue of the Americas, Floor 29, New York, New York 10036, ATTN: Omar Khawaja ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,343,000, docketed as Claim No. 16734 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Proceedings") and transferred to Seller at Docket No. 21855 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 22 day of February, 2012.

WITNESS: _____
(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.
By: _____
(Signature of authorized signatory)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

WITNESS: _____
(Signature)
Name: Kelly Skura
Title: Director of Operations
Luxor Capital Group, L.P.
(Print name and title of witness)
Investment Manager

LUXOR WAVEFRONT LP
By: _____
(Signature of authorized signatory)
Name: Norris Nissim
Title: General Counsel
Tel.: _____

Waterfall - JPM to Luxor Flip AOC (2-2012) (3).doc