B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13888 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

GAM Equity Six Inc.                          Merrill Lynch International
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):20149
should be sent:                                  Amount of Claim: $789,000.00
                                                 Date Claim Filed:    September 21, 2009
Luxor Capital Group                              Debtor: Lehman Brothers Special Financing Inc.
1114 Avenue of the Americas, 29th Floor
New York, NY 10036
Attn: Omar Khawaja

Phone: 212-763-8075                           Phone:
Last Four Digits of Acct #:                   Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Norris Nissim                         Date: 2/16/12
    Transferee/Transferee's Agent
    General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Norris Nissim
General Counsel
Luxor Capital Group, LP
Investment Manager

500973785v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Merrill Lynch International ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to GAM Equity Six Inc. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $789,000.00, and the relevant portion of any and all proofs of claim (No. 20149) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 29 day of February, 2012.

MERRILL LYNCH INTERNATIONAL

By: _____
Name:   SIMON ORR
Title:   AUTHORISED SIGNATORY

GAM EQUITY SIX INC.

By: _____
Name:
Title:   Norris Nissim
         General Counsel

Norris Nissim
General Counsel
Luxor Capital Group, LP
Investment Manager

500973785v1