B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Securities Program Proof of Claim_     Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Banque Invik S.A._                _Banque Carnegie Luxembourg SA_
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee should be sent:

Banque Invik S.A.
P.O. Box 285
L-2016 Luxembourg
Phone: +352 27 751 821
Last Four Digits of Acct #: 244-0

Court Claim # (if known): 36735
Amount of Claim: $ 127,719.52
Date Claim Filed: 10/06/2009
Phone: +352 40 40 30 266
Last Four Digits of Acct. #: _____

Marie Perfetto
Head of Securities Administration

Danilo Linosa
Compliance & Risk Manager

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _27.02.2012_
    Transferee/Transferee's Agent
    Ulf Ohlson

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.