UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,        Case No. 08-13555 (JMP)

                              Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF LAURIE SELBER SILVERSTEIN

UPON the motion of Laurie Selber Silverstein dated February 3, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Laurie Selber Silverstein is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
           March 1, 2012

                                                            *s/ James M. Peck*
                                                            UNITED STATES BANKRUPTCY JUDGE