**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jonathan T. Koevary, Esq. ("Mr. Koevary") previously appeared as counsel for Perella Weinberg Partners LP, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et. seq.* (the "Bankruptcy Code"), Mr. Koevary hereby withdraws his appearance in the case and requests that he be removed from all service and distribution lists.

Dated: New York, New York
      March 1, 2012

                                 **OLSHAN GRUNDMAN FROME**
                                 **ROSENZWEIG & WOLOSKY LLP**

                               By:   /s/ Jonathan Koevary
                                        Jonathan T. Koevary
                                        Park Avenue Tower
                                        65 East 55th Street
                                        New York, NY 10022
                                        212.451.2300

                                        *Former Counsel to Perella Weinberg*
                                        *Partners LP*

1576745-1