Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc. et al., Debtors.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Standard Chartered Bank (Hong Kong) Limited</u>    <u>LEUNG PAK MING RAYMOND</u>
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 47834
should be sent:                                  Amount of Claim: USD 138,414.00
21/F, Standard Chartered Tower,                  Date Claim Filed: 2 OCT 2009
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com                          Phone: /
Last Four Digits of Acct #: 8881                 Last Four Digits of Acct. #: 2429

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 23 - FEB - 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.