**ORIGINAL**

B 210A (Form 210A) (12/09)12

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Avignon Capital Ltd.                         Central Banco Universal
    Name of Transferee                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 62725
should be sent:                                 Amount of Claim: ISIN XS0366401031, ISIN XS0366314226 and XS0336336960, in an aggregate amount of $26,021,586.22
                                                Date Claim Filed: November 2, 2009

Avignon Capital Ltd.
c/o Citco B.V.I. Ltd.
Wickhams Capy, P.O. Box 662
Road Town, Tortola
British Virgin Islands

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: David LeMay, Esq.
    Christy Rivera, Esq.

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By /s/ Carrie Tillman            Date: 2/23/12
    Transferee/Transferee's Agent
    Carrie L. Tillman
    Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CPAM: 4411256.1




30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**David M. Bava**
(212) 408-5477
dbava@chadbourne.com

February 28, 2012

Epiq Bankruptcy Solutions, LLC
Attention: Lehman Brothers Holdings
 Claims Processing
757 Third Avenue, 3rd Floor
New York, New York 10017

      Re:  In re Lehman Brothers Holdings Inc., *et al.* - Case No. 08-13555 (JMP)
           Transfer and Withdrawal of Avignon Capital Ltd.

Ladies and Gentlemen:

    I enclose an original and one copy of (i) Partial Transfer of Avignon Capital Ltd. with respect to claim number 62725, and (ii) Withdrawal of Claim of Avignon Capital Ltd. with respect to claim number 67697 (together, the "Partial Transfer and Withdrawal") filed against the above-referenced debtor. Please file the Partial Transfer and Withdrawal and return the marked copies to the undersigned using the pre-addressed Federal Express airbill.

    Please confirm your receipt of the enclosed by either telephone or e-mail at some point Wednesday, February 29, 2012.

    If you have any questions regarding the enclosed please feel free to contact me directly.

    Thank you for your assistance with these filings.

Very truly yours,

David M. Bava
Case Manager

Enclosures

<u>VIA OVERNIGHT DELIVERY</u>

DMB/

cc:  Bonnie Dye, Esq.
    Christy L. Rivera, Esq.

TO REUSE: Cover or mark through any previous shipping information.

Align top of **FedEx Express® Shipping Label** here.

ORIGIN ID: OXCA (212) 408-5477
DAVID BAVA
CHADBOURNE PARKE LLP
30 ROCKEFELLER PLZ
NEW YORK NY 10112
UNITED STATES

SHIP DATE: 28FEB12
ACTUAL WGT: 1 LB
SYSTEM#: 174207

TO: ATTN LEHMAN CLAIMS PROCESSING
EPIQ BANKRUPTCY SOLUTIONS LLC
757 3RD AVE
FL 3RD
NEW YORK, NY 10017-2013

Ph:(646) 282-2400

FedEx Express

(US) 

REF2: 19613.002
PKID: Z900000151362         TRK: 410791139167



Delivery Address Barcode

PRIORITY OVERNIGHT                         WED
                                        Deliver By:
TRK#   4107 9113 9167   Form 0201          29Feb12
                                        EWR      A1
10017      -NY-US           EA OGSA



Align bottom of **Peel and Stick Airbill** or **Pouch** here.