**ORIGINAL**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Case Number 08-13555 (JMP) |
| Creditor Name and Address: | Avignon Capital Ltd., c/o Citco B.V.I. Ltd. Wickhams Cay, P.O. Box 662 Road Town, Tortola British Virgin Islands |
| Court Claim Number (if known): | 67697 |
| Date Claim Filed: | October 26, 2011 |
| Total Amount of Claim Filed: | $26,021,586.22 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2/23/12

Print Name: Carrie L. Tillman
Title (if applicable): Director

# CHADBOURNE & PARKE LLP



30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

FILED / RECEIVED
FEB 29 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

**David M. Bava**
(212) 408-5477
dbava@chadbourne.com

February 28, 2012

Epiq Bankruptcy Solutions, LLC
Attention: Lehman Brothers Holdings
 Claims Processing
757 Third Avenue, 3rd Floor
New York, New York 10017

  Re: In re Lehman Brothers Holdings Inc., *et al.* - Case No. 08-13555 (JMP)
    <u>Transfer and Withdrawal of Avignon Capital Ltd.</u>

Ladies and Gentlemen:

  I enclose an original and one copy of (i) Partial Transfer of Avignon Capital Ltd. with respect to claim number 62725, and (ii) Withdrawal of Claim of Avignon Capital Ltd. with respect to claim number 67697 (together, the "Partial Transfer and Withdrawal") filed against the above-referenced debtor. Please file the Partial Transfer and Withdrawal and return the marked copies to the undersigned using the pre-addressed Federal Express airbill.

  Please confirm your receipt of the enclosed by either telephone or e-mail at some point Wednesday, February 29, 2012.

  If you have any questions regarding the enclosed please feel free to contact me directly.

  Thank you for your assistance with these filings.

            Very truly yours,

            *David M. Bava*

            David M. Bava
            Case Manager

Enclosures

<u>VIA</u> <u>OVERNIGHT</u> <u>DELIVERY</u>

DMB/

cc: Bonnie Dye, Esq.
   Christy L. Rivera, Esq.



TO REUSE: Cover or mark through any previous shipping information.

Align top of **FedEx Express® Shipping Label** here.

```
ORIGIN ID: OXCA (212) 408-5477        SHIP DATE: 28FEB12
DAVID BAVA                            ACTUAL WGT: 1 LB
CHADBOURNE PARKE LLP                  SYSTEM#:   174207
30 ROCKEFELLER PLZ
NEW YORK NY 10112
UNITED STATES

TO: ATTN LEHMAN CLAIMS PROCESSING     Ph:(646) 282-2400
    EPIQ BANKRUPTCY SOLUTIONS LLC
    757 3RD AVE                            FedEx
    FL 3RD                                 Express
    NEW YORK, NY 10017-2013

                                          (US)  E

REF2: 19613.002
PKID: Z900000151362    TRK: 410791139167
```



Delivery Address Barcode



PRIORITY OVERNIGHT                       WED
                                         Deliver By:
TRK#  4107 9113 9167   Form 0201         29Feb12
                                         EWR    A1
10017    -NY-US        EA OGSA

Align bottom of **Peel and Stick Airbill** or **Pouch** here.