UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                :

In re                             :        Chapter 11 Case No.
                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                                :        (Jointly Administered)
                                :

                 Debtors.           :
                                :

------------------------------------------------------------------x   Ref. Docket Nos. 25229, 25231,
                                          25232, 25234, 25239, 25240, 25242,
                                          25243, 25272, 25273, 25299, 25378,
                                          25432, 25497-25501, 25503, 25511,
                                          25512, 25517, 25527, 25528, 25530-
                                          25536, 25538-25541

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 22, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
1st day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BERGMANN, ARNO & BAIBEL
     ELBRINGHAUSEN 38
     WERMELSKIRCHEN   42929

Please note that your claim # 11273 in the above referenced case and in the amount of
     $32,650.00  allowed at $32,960.52      has been transferred **(unless previously expunged by court order)**

     TANNOR PARTNERS CREDIT FUND, LP
     TRANSFEROR: BERGMANN, ARNO & BAIBEL
     150 RAND STREET, STE 401
     WHITE PLAINS NY 10601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25532      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2012

     Vito Genna, Clerk of Court

     /s/ Lauren Rodriguez
     _____
     By: Epiq Bankruptcy Solutions, LLC
          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2012.

# EXHIBIT B

TIME: 22:16:34
DATE: 02/22/12

PAGE: 1

## LEHMAN BROTHERS HOLDING INC.
### CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN,SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN,SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS ATTN: PHILIP WELLS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES LLC | |
| BERGMANN, ARNO & BAIBEL | ELBRINGHAUSEN 38 WERMELSKIRCHEN 42929 |
| CC ARB SIF I, LTD. | ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| CC ARB SIF I, LTD. | TRANSFEROR: CC ARBITRAGE LTD C/O CASTLE CREEK ARBITRAGE LLC 227 W MONROE ST STE 3550 CHICAGO IL 60606 |
| CC ARBITRAGE LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CC ARBITRAGE LTD | TRANSFEROR: BARCLAYS BANK PLC C/O CASTLE CREEK ARBITRAGE, LLC ATTN: CONSTANCE WICK 227 WEST MONROE, SUITE 3550 CHICAGO IL 60606 |
| CC ARBITRAGE LTD | |
| CESERY, BARBARA H. | 1450-3 SAN MARCO BLVD JACKSONVILLE FL 32207 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ALLIANCEBERNSTEIN, AXA WHOLESALE CASH FUND (AXAAUSCA) DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ALLIANCEBERNSTEIN, WHOLESALE CASH MANAGEMENT TRUST (NNMKCWTCA) DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CERBERUS SERIES FOUR HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PINNACLE SUPERANNUATION PTY LIMITED (ACN 068 685 325) AS TRUSTEE FOR THE PJF SUPERANNUATION FUND ATTN: SIMON GLENNIE / KELLY McVICANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: QUEENSLAND TREASURY CORPORATION C/O DEUTSCHE BANK AG, HONG KONG BRANCH, ATTN: JACK TSAI 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| DIELMANN, KLAUS, DR. | CARL-VON-OSSIETZKY-STR. 3 ERKRATH D 40699 GERMANY |
| FATKENHEUER, G.H.H. | NIEMAATE 12 GROMAU DUITSLAND 48599 GERMANY |
| FRONTPOINT COPIA ENERGY HORIZONS FUND LP | ATTN: HEAD OF OPERATIONS TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT UTILITY AND ENERGY FUND, L.P. | ATTN: HEAD OF OPERATIONS TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT VOLATILITY OPPORTUNITIES FUND, L.P. | ATTN: HEAD OF OPERATIONS TWO GREENWICH PLAZA GREENWICH CT 06830 |
| GOLDMAN SACHS & CO. | TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: FRONTPOINT COPIA ENERGY HORIZONS FUND LP ATTN: RICK CANONICO C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: FRONTPOINT UTILITY AND ENERGY FUND, L.P. ATTN: RICK CANONICO C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: FRONTPOINT VOLATILITY OPPORTUNITIES FUND, L.P. ATTN: NICK CANONICO C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07320 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HASSE, HARTMUT | OSTPREUSSENSTR. 8 ALVESLOHE 25486 GERMANY |
| IRRGANG, KLAUS | PFARRBORNWEG 16 B BAD HAMBURG 61352 GERMANY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 22:16:34
DATE: 02/22/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    2

| Name | Address |
| --- | --- |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UBS AG C/O J. P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1- M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UBS AG C/O J. P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO,MAIL CODE: NY- M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CESERY, BARBARA H. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MANUEL ARAMBULA, JOSE | TRANSFEROR: DE ANDA, CONSUELO ARAMBULA, ROCIO PASEO DE LOS PARQUES 3362 COLINAS DE SAN JAVIER GUADALAJARA, JAL.  C.P.44660 MEXICO |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II - A LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 GREENWICH CT 06830 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CARGILL, INCORPORATED ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| P MONARCH RECOVERY LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRITS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL LP ATTN: DAVIS F STEINMETZ 2 GREENWICH PLAZA 1ST FL GREENWICH CT 06830 ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP; ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA 1ST FL GREENWICH CT 06830 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: BERGMANN, ARNO & BAIBEL 150 GRAND STREET, STE 401 WHITE PLAINS NJ 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: BERGMANN, ARNO & BAIBEL 150 RAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: DIELMANN, KLAUS, DR. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: FATKENHEUER, G.H.H. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: HASSE, HARTMUT 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: IRRGANG, KLAUS 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: MANUEL ARAMBULA, JOSE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |

Total Number of Records Printed    63

EPIQ BANKRUPTCY SOLUTIONS, LLC