UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
|  |  : |  |
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |
-----------------------------------------------------------------------x    Ref. Docket No. 25556

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 22, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

<u>NOTICE OF DEFECTIVE TRANSFER</u>

Transferor:   EFG BANK AB
PO BOX 55963
STOKCHOLM S-102 16 SWEDEN

Additional:

Transferee:   NORDNET BANK AB
ATTN: JACOB KAPLAN/CARINA TOVI
P.O. BOX 14077
BROMMA S-167 14 SWEDEN

**Your transfer  of claim #  42530  is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 25556          Date 02/20/12

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2012.

**EXHIBIT B**

TIME: 22:28:55
DATE: 02/22/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| EFG BANK AB | PO BOX 5963 STOKCHOLM  S-102 16  SWEDEN |
| NORDNET BANK AB | ATTN: JACOB KAPLAN/CARINA TOVI P.O. BOX 14077 BROMMA   S-167 14  SWEDEN |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC