UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                             :     Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :     08-13555 (JMP)
                                                  :     (Jointly Administered)
          Debtors.                                :
                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 25562, 25568,
                                                        25572, 25574, 25576, 25577, 25579,
                                                        25581, 25587, 25588, 25589, 25593-
                                                        25596, 25598-25602, 25604, 25606,
                                                        25608, 25610, 25612

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
1st day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BACKHAUS, JORG
         NETZER STR 15
         WALDECK    34513

Please note that your claim # 35285 in the above referenced case and in the amount of
        $7,134.06   allowed at $7,095.53         has been transferred **(unless previously expunged by court order)**

        TANNOR PARTNERS CREDIT FUND, LP
        TRANSFEROR: BACKHAUS, JORG
        150 GRAND STREET, STE 401
        WHITE PLAINS NY 10601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 25574     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2012.

# EXHIBIT B

```
TIME: 17:38:24                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 02/23/12                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| BACKHAUS, JORG | NETZER STR 15 WALDECK 34513 |
| BALLES, MARIE-ANNA & HELMUT | MOZART STR. 2 HERBORN D-35745 GERMANY |
| BANK COOP AG, BASEL | TRANSFEROR: PENSIONSKASSE SVZ LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| FONDO PENSIONI PER IL PERSONALE DEL CREDITO FONDIARIO S.P.A. | |
| FONDO PENSIONI PER IL PERSONALE DEL CREDITO FONDIARIO S.P.A. | VIA CRISTOFORO COLOMBO, 80 ROMA 00147 ITALY |
| GOLD, BRADLEY | TRANSFEROR: BANK HAPOALIM B.M. 135 W. 3RD STREET - PENTHOUSE NEW YORK NY 10012 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ. C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL LLC | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ. C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| JP MORGAN CORE PLUS BOND FUND | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JP MORGAN INSURANCE TRUST CORE BOND PORTFOLIO | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN DIVERSIFIED FUND | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, LP | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN INVESTMENT FUNDS | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN REAL RETURN FUND | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN SHORT TERM BOND FUND II | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN TOTAL RETURN FUND | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| KRAUSS, WALTER | DANZIGER STR. 7 TUBINGEN 72072 GERMANY |
| KRUG, ROSEMARIE | SIEBERGSKAMP 5 MENDEN 58706 GERMANY |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP ATTN: WILLIAM A. OLSHAN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: HIGHBRIDGE INTERNATIONAL LLC ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUND ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN REAL RETURN FUND, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN SHORT TERM BOND FUND II, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

```
TIME: 17:38:24                                          LEHMAN BROTHERS HOLDING INC.                                                  PAGE:   2
DATE: 02/23/12                                               CREDITOR LISTING

Name                                    Address
LEHMAN BROTHERS HOLDINGS INC.           TRANSFEROR: JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS
                                        NEW YORK NY 10020
LEMM, EDELHAUD                          SONNENWEG 8 HOHENLAND  D-16259 GERMANY
LOHE, GISELA                            GREVENBROICHER WEG 70 DUSSELDORF  40547 GERMANY
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: FONDO PENSIONI PER IL PERSONALE DEL CREDITO FONDIARIO S.P. 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
PENSIONSKASSE SVZ                       BAHNHOFSTRASSE ENTLEBUCH  6162 SWITZERLAND
PENSIONSKASSE SVZ                       VALIANT PRIVATBANK AG PO BOX BERN  3001 SWITZERLAND
PIEPERJOHANNS, THOMAS                   DELBRUCHSTRASSE 14 BREMEN  D-28205 GERMANY
SCHMIDT-MONTFORT, HANS-KARL             HERMANNSTR. 2 ITZEHOE  25524 GERMANY
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: BACKHAUS, JORG 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: BALLES, MARIE-ANNA & HELMUT 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: KRAUSS, WALTER 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: KRUG, ROSEMARIE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: LEMM, EDELHAUD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: LOHE, GISELA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: PIEPERJOHANNS, THOMAS 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: SCHMIDT-MONTFORT, HANS-KARL 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: WEIGAND, BURKHARD AND GERTRUD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
WEIGAND, BURKHARD AND GERTRUD           UNTERE AV 9 BLANKEN BACH  63825 GERMANY
ZFI ENDOWMENT PARTNERS, L.P.            TRANSFEROR: GOLD, BRADLEY 595 MADISON AVE., FL 33 NEW YORK NY 10022
ZFI ENDOWMENT PARTNERS, L.P.            TRANSFEROR: ZWIRN FAMILY INTERESTS LLC 595 MADISON AVE., FL 33 NEW YORK NY 10022
ZWIRN FAMILY INTERESTS LLC              TRANSFEROR: BANK HAPOALIM B.M. 595 MADISON AVENUE, FLOOR 33 NEW YORK NY 10022


Total Number of Records Printed      54
```

EPIQ BANKRUPTCY SOLUTIONS, LLC