UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 24716, 24719,
                                                                       25444, 25449, 25450, 25452, 25529,
                                                                       25537, 25542-25545, 25569-25571,
                                                                       25573, 25575, 25578, 25583, 25584,
                                                                       25586, 25590-25592, 25620, 25622-
                                                                       25627, 25632, 25633, 25635, 25646,
                                                                       25647, 25649, 25652, 25661

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
1st day of March, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 |
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANK OF TAIWAN NEW YORK AGENCY
         ATTN: LISA WANG
         100 WALL STREET
         11TH FLOOR
         NEW YORK NY 10005

Please note that your claim # 10934-01 in the above referenced case and in the amount of
    $10,005,481.93   Unliquidated     has been transferred **(unless previously expunged by court order)**

         ELLIOTT ASSOCIATES, L.P.
         TRANSFEROR: BANK OF TAIWAN NEW YORK AGENCY
         C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
         40 WEST 57TH STREET
         NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 25575     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 24, 2012.

**EXHIBIT B**

08-13555-mg    Doc 25987    Filed 03/02/12    Entered 03/02/12 00:07:57    Main Document
Pg 4 of 6

```
TIME: 19:11:49                                           LEHMAN BROTHERS HOLDING INC.                                                PAGE: 1
DATE: 02/24/12                                                CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANK OF TAIWAN NEW YORK AGENCY | ATTN: LISA WANG 100 WALL STREET 11TH FLOOR NEW YORK NY 10005 |
| BANK VONTOBEL AG | TRANSFEROR: LUZERNER KANTONALBANK AG GOTTHARDSTRASSE 43 ZURICH CH-8022 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (MONACO) SAM 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN APITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| CHENAVARI FINANCIAL ADVISORS LTD. | TRANSFEROR: MELIORBANCA SPA ATTN: FREDERIC COUDERC 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: MR. EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42121 ITALY |
| CWD OC 522 MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AVATAR FINANCE PTY LIMITED (ABN 61 009 034 315) ATTN: JACK TSAI; DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD, CENTRAL HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CRUSADER OFFSHORE PARTNERS LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CRUSADER OFFSHORE PARTNERS LP C/O DEUTSCHE BANK SECURITIES INC. ATTN; RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | DEUTSCHE ZENTRAL- GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BANK OF TAIWAN NEW YORK AGENCY C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BANK OF TAIWAN NEW YORK AGENCY C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: KNECHTLE, ARNOLD ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: PRING, J.F. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS & CO. | TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ILLIQUIDX LLP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: NATIONAL AGRICULTURAL COOPERATIVE FEDERATION 30 HUDSON STREET, 36TH FLOOR ATTN: A. CADITZ JERSEY CITY NJ 07302 |
| J.P. MORGAN SECURITIES LTD. | TRANSFEROR: TAIPEI FUBON COMMERCIAL BANK CO., LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: TV ASAHI CORPORATION C/O JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: J.P. MORGAN SECURITIES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| KNECHTLE, ARNOLD | DEUTENBERG 57 B WORB 3076 SWITZERLAND |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 19:11:49                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 02/24/12                                              CREDITOR LISTING

Name                                          Address
LUZERNER KANTONALBANK AG                      IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                      LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MAP 139 SEGREGATED PORTFOLIO OF LMA SPAC      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID S. ZEMEL 7 TIMES SQUARE SUITE 3505 NEW YORK NY 10036
MAP 139 SEGREGATED PORTFOLIO OF LMA SPC       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID S. ZEMEL 7 TIMES SQUARE SUITE 3505 NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: GARY S. COHEN BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT
                                              NEW YORK NY 10036
PRING, J.F.                                   OOSATWEG 2 HORSSEN  6631 KT NETHERLANDS
SCHRADER, ERNST-AUGUST                        HILDESHEIMER STR. 8 LAATZEN  30880 GERMANY
SCHRADER, HENRICK                             FRITZ-GOY-WEG 14 HANNOVER  30657 GERMANY
SILVER POINT CAPITAL FUND LP                  ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND LP                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID F STEINMETZ C/O SILVER POINT CAPITAL, LP 2 GREENWICH PLAZA, FIRST FLOOR
                                              NEW YORK NY 06830
SILVER POINT CAPITAL FUND LP                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL LP 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.               TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER          ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND LP
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID F STEINMETZ C/O SILVER POINT CAPITAL LP 2 GREENWICH PLAZA, FIRST FLOOR NEW YORK NY 06830
FUND LP
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                    GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER          ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID F STEINMETZ C/O SILVER POINT CAPITAL LP 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                      GREENWICH CT 06830
SKALA HAUSGESTALTUNG GMBH                     HILDESHEIMER STR. 8 LAATZEN  30880 GERMANY
TV ASAHI CORPORATION                          TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KYOSUKE NISHIWAKI, LEGAL DEPARTMENT 6-9-1, ROPPONGI MINATO-KU TOKYO  106-8001 JAPAN
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG                                        TRANSFEROR: SCHRADER, ERNST-AUGUST ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG                                        TRANSFEROR: SCHRADER, HENRICK ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG                                        TRANSFEROR: SKALA HAUSGESTALTUNG GMBH ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA                ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA                ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY
VALIANT BANK AG                               TRANSFEROR: UBS AG BUNDESPLATZ 4 BERN  CH-3001 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VENOR CAPITAL MASTER FUND LTD.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID S. ZEMEL SEVEN TIMES SQUARE, SUITE 3505 NEW YORK NY 10036
YORVIK CAPITAL LTD                            TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK CAPITAL LTD                            TRANSFEROR: YORVIK PARTNERS LLP C/O YORVIK PARTNERS LLP ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: CAPITAL BANK GRAWE GRUPPE 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed                       71                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```