UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                         :
:
---------------------------------------------------------------x    Ref. Docket No. 25527

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
2nd day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 25527_Aff 02-24-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   IRRGANG, KLAUS
              PFARRBORNWEG 16A
              BAD HOMBURG 61352 GERMANY

Additional:

Transferee:   TANNOR PARTNERS CREDIT FUND LP
              150 GRAND STREET, STE 401
              WHITE PLAINS NY 10601

**Your transfer of claim #   46393   is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 25527            Date 02/17/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 24, 2012.

# EXHIBIT B

```
TIME: 19:13:17                         LEHMAN BROTHERS HOLDING INC.                              PAGE:   1
DATE: 02/24/12                              CREDITOR LISTING

Name                          Address
IRRGANG, KLAUS                PFARRBORNWEG 16A BAD HOMBURG   61352 GERMANY
TANNOR PARTNERS CREDIT FUND LP   150 GRAND STREET, STE 401 WHITE PLAINS NY 10601


Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC