**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re                                                                         : | **Chapter 11 Case No.** |
|                                                                                    : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    : | **08-13555 (JMP)** |
|                                                                                    : | |
| Debtors.                                   : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**ORDER DENYING WITHOUT PREJUDICE MOTION OF CAISSE DES
DÉPÔTS ET CONSIGNATIONS TO PERMIT A LATE-FILED CLAIM**

Upon consideration of the motion, dated June 23, 2011, of Caisse des Dépôts et Consignations ("CDC") to enlarge the time for filing a proof of claim pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure [Docket No. 18039] (the "Motion"), all as more fully described in the Motion; and upon consideration of the Debtors' Response to the Motion [Docket No. 19314] (the "Response"), CDC's Reply to the Response [Docket No. 24519], and the arguments of counsel; and due and proper notice of the Motion having been provided to all parties via the Court's electronic filing system; and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion on February 22, 2012; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is **DENIED** without prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
March 2, 2012

*s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge