UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### ORDER DENYING MOTION OF ROBERT FRANZ
### FOR RECONSIDERATION AND REINSTATEMENT OF PROOF OF CLAIM

Upon consideration of the *Motion of Robert Franz pursuant to Fed.R.Bankr.P. 9024 Incorporating by Reference Fed.R.Civ.P. 60(b), and Section 105(a) of the Bankruptcy Code for Reconsideration and Reinstatement of Proof of Claim*, dated November 23, 2011 [Docket No. 22665] (the "Motion"), as such Motion relates to the Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) dated March 31, 2011 [Docket No. 15491], all as more fully described in the Motion; and upon consideration of the Debtors' Response to the Motion [Docket No. 24362] and the arguments of counsel; and due and proper notice of the Motion having been provided to all parties via the Court's electronic filing system; and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion on January 26, 2012; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Motion is **DENIED**; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       March 2, 2012

                                               *s/ James M. Peck*
                                           Honorable James M. Peck
                                           United States Bankruptcy Judge