**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :          **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :          **08-13555 (JMP)**
                                                         :
                           **Debtors.**                  :          **(Jointly Administered)**
-------------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING
## DEBTORS' TWO HUNDRED TWENTY-FIRST OMNIBUS
## OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

Upon the two hundred twenty-first omnibus objection to claims, dated October

14, 2011 [Docket No. 20860] (the "Two Hundred Twenty-First Omnibus Objection to Claims"),[1]

of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"),

seeking disallowance and expungement, in whole or in part, of the Duplicative of Indenture

Trustee Claims on the grounds that such claims are substantively duplicative, in whole or in part,

of the corresponding Indenture Trustee Claims, all as more fully described in the Two Hundred

Twenty-First Omnibus Objection to Claims; and due and proper notice of the Two Hundred

Twenty-First Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

(vi) each claimant listed on Exhibit A attached to the Two Hundred Twenty-First Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Two Hundred Twenty-First Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010, governing case

management and administrative procedures for these cases [Docket No. 9635], and it appearing

that no other or further notice need be provided; and upon consideration of the Responses of

Annetta F. Pugia [Docket Nos. 21560 and 25111] and the arguments of counsel at the hearing

held on February 22, 2012; and the Court having found and determined that the relief sought in

the Two Hundred Twenty-First Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Two Hundred Twenty-First Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim

listed on Exhibit 1 annexed hereto is disallowed and expunged with prejudice as set forth in

Exhibit 1; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the claim listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Twenty-First Omnibus Objection to Claims that is neither listed on Exhibit 1 annexed hereto nor

Exhibit 1 annexed to the Order Granting Debtors' Two Hundred Twenty-First Omnibus

Objection to Claims (Duplicative of Indenture Trustee Claims) [Docket No. 22951]; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
         March 2, 2012

                          ___s/ James  M. Peck_____
                          Honorable James M. Peck
                          United States Bankruptcy Judge