**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :    08-13555 (JMP)
                                                       :
                          Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------------------x
```

### ORDER DENYING MOTION OF JEREMY R. KRAMER
### FOR RECONSIDERATION OF THE RECLASSIFICATION OF HIS CLAIM

Upon consideration of the motion, dated February 6, 2012, of Jeremy R. Kramer ("Claimant") for reconsideration of the reclassification of his claim as an equity interest [Docket No. 25307] (the "Motion"), all as more fully described in the Motion; and upon consideration of the Debtors' Response to the Motion [Docket No. 25377] (the "Response"), Claimant's Reply to the Response [Docket No. 25741], and the arguments of counsel; and due and proper notice of the Motion having been provided to all parties via the Court's electronic filing system; and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion on February 22, 2012; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is **DENIED**; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
March 2, 2012

*s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge