UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
:     Chapter 11 Case No.
In re                   :
:     **08-13555 (JMP)**
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     (Jointly Administered)
:
Debtors.    :     Ref. Docket Nos. 24854, 25268,
:     25269, 25427, 25430, 25433-25435,
:     25440, 25442, 25445, 25446, 25448,
:     25459, 25462, 25466, 25469, 25472,
:     25507-25509, 25518, 25524, 25552,
:     25630, 25631, 25665-25568, 25673-
:     25691, 25693-25697
---------------------------------------------------------------------------x
In re                   :
:     Chapter 11 Case No.
LEHMAN BROTHERS COMMODITY    :
SERVICES INC., *et al.*,    :     **08-13885 (JMP)**
Debtors.    :     (Jointly Administered)
:
:     Ref. Docket No. 47
:
---------------------------------------------------------------------------x
:     Chapter 11 Case No.
In re                   :
:     **08-13888 (JMP)**
LEHMAN BROTHERS SPECIAL FINANCING    :     (Jointly Administered)
INC.,    :
Debtors.    :     Ref. Docket Nos. 322, 333
:
---------------------------------------------------------------------------x
:     Chapter 11 Case No.
In re                   :
:     **08-13893 (JMP)**
LEHMAN BROTHERS OTC DERIVATIVES INC.,    :     (Jointly Administered)
:
Debtors.    :     Ref. Docket No. 18
:
---------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 27, 2012,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
2nd day of March, 2012
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                Debtors.        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    BARCLAYS BANK PLC
           TRANSFEROR: FIP - FONDO IMMOBILI PUBBLICI
           745 SEVENTH AVENUE
           NEW YORK NY 10019

Please note that your claim # 14962-01 in the above referenced case and in the amount of $3,147,235.00        has been transferred **(unless previously expunged by court order)**

           SERENGETI OPPORTUNITIES MM L.P.
           TRANSFEROR: BARCLAYS BANK PLC
           C/O SERENGETI ASSET MANAGEMENT LP
           ATTN: ERIN FINEGAN
           632 BROADWAY, 12TH FLOOR
           NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25683        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/27/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 27, 2012.

**EXHIBIT B**

TIME: 16:42:47
DATE: 02/27/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALOISIA BAUER GEDACHTNIS PRIVATSTIFTUNG | DR THOMAS MAYER ESTEPLATZ 4 VIENNA 1030 AUSTRIA |
| AVENUE INVESTMENTS LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: SUZETTE DEL GIUDICE GARCIA C/O AVENUE TC FUND LP 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC ATTN: SUZETTE DEL GIUDICE GARCIA C/O AVENUE TC FUND, LP 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS, LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: SUZETTE DEL GIUDICE GARCIA 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC |
| AVENUE TC FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC ATTN: SUZETTE DEL GIUDICE GARCIA 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: SUZETTE DEL GIUDICE GARCIA 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 399 PARK AVENUE 6TH FLOOR ATTN: SUZETTE DEL GIUDICE GARCIA NEW YORK NY 10022 |
| BARCLAYS BANK PLC | TRANSFEROR: FIP - FONDO IMMOBILI PUBBLICI 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI OVERSEAS MM L.P ATTN: DANIEL CROWELY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI PARTNERS LP ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BAUER DAVIDHAZY-PRIVATSTIFTUNG | C/O RA DR. RUDOLF RIEDL BIBERSTRASSE 9 VIENNA 1010 AUSTRIA |
| BAUER DAVIDHAZY-PRIVATSTIFTUNG | DR THOMAS MAYER ESTEPLATZ 4 VIENNA 1030 AUSTRIA |
| BAUPOST SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BSOF MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| DAVIDHAZY-HUETTNER, ANNA & WILHELM | AM SULZWEG 2 GROSSRUSSBACH 2114 AUSTRIA |
| DAVIDHAZY-HUETTNER, ANNA & WILHELM | DR. THOMAS MAYER ESTEPLATZ 4 VIENNA 1030 AUSTRIA |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CERBERUS SERIES FOUR HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRGGIS CORPORATION ATTN: MATT WEINSTEIN, C/O DEUTSCHE BANK SECURITIES INC. 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: YIU LUI YEUNG ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS & CO. | TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO 30 HUDSON STREET NEW YORK NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CNP ASSURANCES ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SFCP GROUP, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SFCP GROUP, LLC ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HUDSON BAY MASTER FUND LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 16:42:47
DATE: 02/27/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DEL MAR MASTER FUND LTD. ATTN: GARY COHEN AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER, S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DEL MAR MASTER FUND LTD. ATTN: GARY COHEN AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SCOGGIN WORLDWIDE FUND LTD. ATTN: GARY S COHEN BANK OF AMERICA TWR 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH RESEARCH ALPHA MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP INC | ATTN:CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL GROUP INC | C/O MORGAN STANLEY CAPITAL GROUP INC. 1585 BROADWAY ATTN: CHIEF LEGAL OFFICER NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP INC | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL GROUP INC | HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL GROUP INC | WILLIAM MCCOY MORGAN STANLEY CAPITAL GROUP INC 2000 WESTCHESTER AVENUE NEW YORK NY 10577 |
| MORGAN STANLEY CAPITAL SERVICES LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES LLC | F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| NEWFINANCE ALDEN SPV | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| OAKFORD MF LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| THIRD POINT LOAN LLC | TRANSFEROR: GOLDMAN SACHS & CO ATTN: LAUREINE HO 390 PARK AVENUE, 18TH FL NEW YORK NY 10022 |
| YIU LUI YEUNG | FLAT D 4/F BLK 16 HONG KONG GARDEN TSING LUNG TAU TSUEN WAN, NT HONG KONG |
| YORVIK PARTNERS LLP | TRANSFEROR: ALOISIA BAUER GEDAECHTNIS PRIVATSTIFTUNG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: BAUER DAVIDHAZY-PRIVATSTIFTUNG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: CAPITAL BANK GRAWE GRUPPE 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: DAVIDHAZY-HUETTNER, ANNA & WIHELM ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed   84

EPIQ BANKRUPTCY SOLUTIONS, LLC