UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
-----------------------------------------------------------------x Ref. Docket Nos. 10029, 25348-
25352, 25402, 25421, 25422, 25464,
25468, 25471, 25474, 25476, 25504,
25556, 25603, 25621, 25628, 25629,
25637, 25638, 25669, 25670, 25672,
25709, 25719, 25721, 25722, 25726,
25728, 25729, 25732, 25733, 25735,
25737, 25738, 25740, 25742-25744,
25750, 25753, 25755, 25757, 25759,
25760, 25763-25765, 25767, 25769,
25771, 25773

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 28, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
2nd day of March, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-51 in the above referenced case and in the amount of
          $150,000.00    allowed at $151,125.00         has been transferred **(unless previously expunged by court order)**

```
     SUNSET PARTNERS
     TRANSFEROR: BANK HAPOALIM B.M.
     227 SUNSET AVE.
     RIDGEWOOD NJ 07450
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25348       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/28/2012                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 28, 2012.

# EXHIBIT B

```
TIME: 20:30:47                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 02/28/12                                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| ABSALON II LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| ABSALON II LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: UBS AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| BANCA ESPERIA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO 20121 ITALY |
| BANCA FIDEURAM S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. P.LE GIULIO DOUHET, 31 ROMA 00143 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA BANK BELGIUM SA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: KORSANT PARTNERS, LLC C/O RICHARDS KIBBE & ORBE LLP; ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CLARIDEN LEU LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| DANIEL ZWIRN IRA | TRANSFEROR: BANK HAPOALIM B.M. 595 MADISON AVE, FL 33 NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: UBS AG ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| FERNWOOD ASSOCIATES LLC | TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA ZAKI 660 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10021 |
| FERNWOOD RESTRUCTURINGS, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA ZAKI 660 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10021 |
| GN3 SIP LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GN3 SIP LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GN3 SIP LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ON BEHALF OF AND FOR THE ACCOUNT OF SEGREGATED PORTFOLIO I C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH HIELD VALUE FUND OFFSHORE (STRATEGIC), LTD | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD MASTER FUND II LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CNP ASSURANCES ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | LBVN HOLDINGS, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX LLP | TRANSFEROR: EFG EUROBANK ERGASIAS SA ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: PERSONAL VORSORGESTIFTUNG IVF ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| IRA FBO LEE BATCHA PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: LEE BATCHA 1025 MAXWELL LANE #512 HOBOKEN NJ 07030 |
| IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 20:30:47                                              LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    2
DATE: 02/28/12                                                   CREDITOR LISTING

Name                                              Address
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: UBS AG C/O JP MORGAN SECURITIES LLC;ATTN:JEFFREY L PANZO MAIL CODE: NY1-M138  383 MADISON AVENUE - FLOOR 37
                                                  NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                  NEW YORK NY 10005
JPMORGAN FIXED INCOME OPPORTUNITY                 TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O JPMORGAN ASSET MANAGEMENT ATTN: ZHILUN PANG 270 PARK AVENUE, 9TH FLOOR
INSTITUTIONAL FUND LTD.                           NEW YORK NY 10017
JPMORGAN FIXED INCOME OPPORTUNITY                 245 PARK AVENUE NEW YORK NY 10167-0001
INSTITUTIONAL FUND, LTD.
JPMORGAN FIXED INCOME OPPORTUNITY                 WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019
INSTITUTIONAL FUND, LTD.
JPMORGAN FIXED INCOME OPPORTUNITY                 JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240
INSTITUTIONAL FUND, LTD.
KEPLER-FONDS KAPITALANLAGEGESELLSCHAFT            ATTN: MAG. REINHARD TRINKL A-4020 LINZ EUROPAPLATZ 1A AUSTRIA
MBH
KNIGHTHEAD MASTER FUND, LP                        TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
KORSANT PARTNERS, LLC                             350 PARK AVE RM 1100 NEW YORK NY 10022-6067
LATAJ GROUP LLC                                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORD FINANCIAL CENTER NEW YORK NY 10281
LBVN HOLDINGS, L.L.C.                             C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10019-6064
LEHMAN BROTHERS HOLDINGS INC.                     TRANSFEROR: JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10020
LMA SPC FOR AND ON BEHALF OF THE MAP 84           TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR
SEGREGATED PORTFOLIO                              NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH RESEARCH ALPHA MASTER FUND LTD            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC            C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                  NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES LLC               F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
NEUE AARGAUER BANK AG                             TRANSFEROR: CLARIDEN LEU LTD ATTN: LAWRENCE YOUNG 1 MADISON AVE NEW YORK NY 10010
NOMURA INTERNATIONAL PLC                          TRANSFEROR: CAT BROKERAGE AG 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
NORDNET BANK AB                                   TRANSFEROR: EFG BANK AB (PUBL) P.O. BOX 14077 BROMMA S-167 14 SWEDEN
OAKFORD MF LIMITED                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
P MONARCH RECOVERY LTD                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
PERSONAL VORSORGESTIFTUNG IVF                     HARTMANN AG VICTOR VON BRUNS-STRASSE 28 NEUHAUSEN 8212 SWITZERLAND
ROTH IRA FBO RICHARD FELS PERSHINC LLC,           227 SUNSET AVENUE RIDGEWOOD NJ 07450
AS CUSTODIAN
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
SUNSET PARTNERS                                   TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE. RIDGEWOOD NJ 07450
TAMARKA HOLDINGS LIMITED                          TRANSFEROR: BANK HAPOALIM B.M. 281 WATERFRONT DRIVE WICKHAM CAY ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS
TAMARKA HOLDINGS LIMITED.                         TRANSFEROR: BANK HAPOALIM B.M. ATTN: URI WEINSTEIN 281 WATERFRONT DRIVE WICKHAM CAY ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS
THEODOOR GILISSEN GLOBAL CUSTODY N.V.             KEIZERSGRACHT 617 AMSTERDAM 1017 DS NETHERLANDS
UBS AG                                            TRANSFEROR: SCHRADER, HENRICK ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8011 SWITZERLAND

                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 20:30:47                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  3
DATE: 02/28/12                              CREDITOR LISTING

Name                              Address
UBS AG, LONDON BRANCH             TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON    EC2M 2PP UNITED KINGDOM
WEINSTEIN LIVING TRUST            TRANSFEROR: TAMARKA HOLDINGS LIMITED 90 ALTON RD APT 1011 MIAMI FL 33139
WEINSTEIN LIVING TRUST            TRANSFEROR: TAMARKA HOLDINGS LIMITED. 90 ALTON RD APT 1011 MIAMI FL 33139
YORK EUROPEAN OPPORTUNITIES MASTER FUND   TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
LP
YORVIK CAPITAL LTD                TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP               TRANSFEROR: KEPLER-FONDS KAPITALANLAGEGESELLCHAFT MBH ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM


Total Number of Records Printed    89


                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```