UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                          Debtors.                             :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 24597, 25499,
                                                                    25505, 25519, 25520, 25565, 25793,
                                                                    25794, 25796-25798, 25800, 25801,
                                                                    25804-25806, 25808, 25810-25815,
                                                                    25822-25824, 25826, 25829, 25830,
                                                                    25835

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 29, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
2nd day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 24597, 25499, 25505...25829, 25830, 25835_AFF_02-29-12.doc

# EXHIBIT A

08-13555-mg    Doc 26002    Filed 03/02/12    Entered 03/02/12 18:07:51    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         |    Chapter 11 Case No.
                                              |
                                              |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |    (Jointly Administered)
                                              |
              Debtors.                        |
                                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BANK HAPOALIM B.M.                          BANK HAPOALIM B.M.
         ATTN: DAVID HERTZ & HAROLD J. WEISSLER      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
         1177 AVENUE OF THE AMERICAS                 ATTN: DOUGLAS R. DAVIS
         NEW YORK NY 10019                           1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-56 in the above referenced case and in the amount of
        $50,000.00   allowed at $50,357.29         has been transferred **(unless previously expunged by court order)**

```
         ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
         TRANSFEROR: BANK HAPOALIM B.M.
         C/O RICHARD FELS
         227 SUNSET AVENUE
         RIDGEWOOD NJ 07450
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25835       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/29/2012                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 29, 2012.

# EXHIBIT B

```
TIME: 22:40:01                                          LEHMAN BROTHERS HOLDING INC.                                                            PAGE:   1
DATE: 02/29/12                                              CREDITOR LISTING

Name                                          Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
BANK HAPOALIM B.M.                             18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                             ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BAUPOST GROUP SECURITIES, L.L.C.               TRANSFEROR: ZAIS ZEPHYR A-3, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
                                               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS
                                               NEW YORK NY 10036-8704
CALOGY ASSOCIATES LLC                          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER
                                               NEW YORK NY 10281
CHENAVARI FINANCIAL ADVISORS LTD               TRANSFEROR: MELIORBANCA SPA ATTN: FREDERIC COUDERC, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM
CHENAVARI FINANCIAL ADVISORS LTD.              TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM
CITIGROUP GLOBAL MARKETS INC.                  PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013
                                               TRANSFEROR: SAPHIR FINANCE PLC-SERIES 2006-8-SERIES A C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL
                                               NEW YORK NY 10005
FAIR HARBOR CAPITAL, LLC                       TRANSFEROR: HAFNER-STROHER, SVEN-MARTIN AS ASSIGNEE OF HAFNER-STROHER, SVEN-MARTIN ANSONIA FINANCE STATION PO BOX 237037
                                               NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                       TRANSFEROR: REGHERS, A., DE HEER AS ASSIGNEE OF A. DE HEER REGHERS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                       TRANSFEROR: REUTER, BRUNHILDE AS ASSIGNEE OF BRUNHILDE REUTER ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FU CHUN/CHAI HANG WILSON                       BLOCK B FLAT E 13TH FLOOR 78 BONHAM ROAD NING YEUNG TERRACE HONG KONG
GOLDENTREE ENTRUST MASTER FUND SPC             TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
 OFFSHORE (STRATEGIC), LTD.
GOLDENTREE HIGH YIELD VALUE FUND               TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
 OFFSHORE (STRATEGIC), LTD.
GOLDENTREE MASTER FUND II, LTD                 TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE MASTER FUND, LTD 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                            TRANSFEROR: COMMERZBANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 36TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 36TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                               JERSEY CITY NJ 07302
HAFNER-STROHER, SVEN-MARTIN                    TUTTLINGER STR. 117 STUTTGART  70619 GERMANY
HUDSON BAY MASTER FUND LTD                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 777 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10017
JPMORGAN CHASE BANK N.A.                       TRANSFEROR: J.P. MORGAN SECURITIES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                               NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                      TRANSFEROR: SPARKASSE PFORZHEIM CALW ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
LATAJ GROUP LLC                                TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LIQUIDATION OPPORTUNITIES MASTER FUND,         TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O RICHARDS KIBBE & ORBE ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 LP
LIQUIDATION OPPORTUNITIES MASTER FUND,         TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 LP
MERRILL LYNCH INTERNATIONAL                    ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                    CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                    C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL PLC                C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC         CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC         C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC         CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC         RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
```

```
TIME:  22:40:01                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE:  02/29/12                                                  CREDITOR LISTING

Name                                            Address
MORGAN STANLEY & CO. INTERNATIONAL PLC          F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC          TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY CAPITAL SERVICES LLC             COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC             CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC             CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES LLC             F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
OZ SPECIAL MASTER FUND                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                                9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND LTD                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                                9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR
                                                ATTN: LESLIE EVANS NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR
                                                ATTN: LESLIE EVANS NEW YORK NY 10019
QIAOLI, GUO                                     1208 UPPER BOON KENG ROAD 387312 SINGAPORE
REGHERS, A., DE HEER                            GUIDO GEZELLELAAN 84 PUURS  2870 BELGIUM
REUTER, BRUNHILDE                               JOSEPH HAYDNSTRASSE 3, GUNSELDSDORF  A-2525 AUSTRIA
ROTH IRA FBO RICHARD FELS PERSHING LLC          TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
 AS CUSTODIAN
SERENGETI LYACON MM LP                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ERIN FINEGAN C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
STANDARD CHARTER BANK PRIVATE BANK              TRANSFEROR: FU CHUN/CHAI HANG WILSON 8 MARINA BOULEVARD MARINA BAY FINANCIAL CENTRE TOWER 1, LEVEL 19 SINGAPORE  018981 SINGAPORE
 SINGAPORE
STANDARD CHARTER BANK PRIVATE BANK              TRANSFEROR: QIAOLI, GUO 8 MARINA BOULEVARD MARINA BAY FINANCIAL CENTRE TOWER 1, LEVEL 19 SINGAPORE  018981 SINGAPORE
 SINGAPORE
STANDARD CHARTER BANK PRIVATE BANK              TRANSFEROR: WU TING FAI JAMES/LEE KAM MEI 8 MARINA BOULEVARD MARINA BAY FINANCIAL CENTRE TOWER 1, LEVEL 19
 SINGAPORE                                      SINGAPORE  018981 SINGAPORE
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
THEODOOR GILISSEN GLOBAL CUSTODY N.V.           TRANSFEROR: KAS BANK N.V. ATTN: MARC VAN SCHALKWIJK KEIZERSGRACHT 617 AMSTERDAM  1017 DS THE NETHERLANDS
WU TING FAI JAMES/LEE KAM MEI                   15B BROADWOOD PARK 38 BROADWOOD ROAD HAPPY VALLEY HONG KONG
YORK GLOBAL FINANCE BDH, LLC                    TRANSFEROR: BARCLAYS BANK PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed                 65
```

EPIQ BANKRUPTCY SOLUTIONS, LLC