UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    08-13555 (JMP)
                                                              :    (Jointly Administered)
         Debtors.                                             :
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 25288, 25807,
                                                                   25809

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 29, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               /s/ Lauren Rodriguez
                                               Lauren Rodriguez

Sworn to before me this
2nd day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   GOLDMAN SACHS LENDING PARTNERS LLC
              TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP
              C/O GOLDMAN SACHS & CO
              ATTN: LAUREN DAY
              30 HUDSON STREET, 36TH FLOOR
              JERSEY CITY NJ 07302

Additional:

Transferee:   SERENGETI OPPORTUNITIES PARTNERS LP
              ATTN: ERIN FINEGAN
              C/O SERENGETI ASSET MANAGEMENT LP
              632 BROADWAY, 12TH FLOOR
              NEW YORK NY 10012

**Your transfer   of claim #   14962   is defective for the reason(s) checked below:**

Previously Transferred
Other                                    TRANSFERED ON DOCKET 25797

Docket Number 25807            Date 02/27/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 29, 2012.

# EXHIBIT B

```
TIME: 22:53:23                                                                                                    PAGE: 1
DATE: 02/29/12
                                              LEHMAN BROTHERS HOLDING INC.
                                                    CREDITOR LISTING

Name                                         Address
BANK OF AMERICA, NA, AS TRUSTEE & SWAP       STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11
AGENT                                        CHICAGO IL 60603
BANK OF AMERICA, NA, AS TRUSTEE & SWAP       C/O ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424
AGENT
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                             JERSEY CITY NJ 07302
SERENGETI OPPORTUNITIES PARTNERS LP          ATTN ERIN FINEGAN C/O SERENGETI ASSET MANAGEMENT 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP          ATTN: ERIN FINEGAN C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
U.S. BANK NATIONAL ASSOCIATION               ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840 CHICAGO IL 60661

Total Number of Records Printed        7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC