# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Credito Valtellinese S.C.**
Name of Transferee

**Intesa Sanpaolo S.p.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Credito Valtellinese s.c.
Piazza Quadrivio, 8
23100 Sondrio (Italy)

Court Claim # (if known):

46878

Amount of Claim:
$ 157,066,759.07
Portion of Claim Transferred (see Schedule I): $ 14,831.45

Date Claim Filed:
October 26, 2009

Attn: Ms Cinzia Gerna
E-mail: gerna.cinzia@creval.it

Phone: +39 0342 522526
Last Four Digits of Acct #: N/A

Phone: 0039 02 87963048
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: +39 0342 522526
Last Four Digits of Acct #: N/A

IT53F0521611083000000000001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _CREDITO VALTELLINESE_
    Transferee/Transferee's Agent

Date: March 5, 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S.C. §1152 & 3571.