## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

FIFTH THIRD BANK, located at 38 Fountain Square Plaza, Cincinnati, Ohio 45263 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to:

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
The Metro Center
One Station Place – 3N
Stamford, CT 06902
Attention: Richard Biggica
Telephone: (203) 363-8247
Email: rbiggica@jefferies.com

and its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 32756) in the amount of $56,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP). Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 5th day of March, 2012.

**FIFTH THIRD BANK**

By: _____
Name: Richard W. Holmes, Jr.
Title:   Vice-President and Counsel

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

FIFTH THIRD BANK, located at 38 Fountain Square Plaza, Cincinnati, Ohio 45263 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to:

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
The Metro Center
One Station Place – 3N
Stamford, CT 06902
Attention: Richard Biggica
Telephone: (203) 363-8247
Email: rbiggica@jefferies.com

and its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 32756) in the amount of $56,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP). Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 5th day of March, 2012.

**FIFTH THIRD BANK**

By: _____
Name: Richard W. Holmes, Jr.
Title: Vice President and Counsel

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: *[signature]*
Name:
Title:
William P. McLoughlin
Senior Vice President
Jefferies Leveraged Credit Products, LLC