WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
:
Debtors.          :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION TO COMPEL**
**COMPLIANCE WITH SUBPOENA *DUCES TECUM* WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that the Debtors' Motion to Compel Compliance with

Subpoena *Duces Tecum* [ECF No. 24602] is hereby withdrawn without prejudice.

Dated: March 5, 2012
New York, New York

/s/ Richard W. Slack
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

US_ACTIVE:\43926714\01\58399.0008