Janice Mac Avoy, Esq.
FRIED, FRANK, HARRIS, SHRIVER
  &amp; JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Special Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------------x

**FIRST SUPPLEMENTAL DECLARATION OF JANICE MAC AVOY
PURSUANT TO BANKRUPTCY RULE 2014 AND LOCAL RULE
2014-1 ON BEHALF OF FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP AS SPECIAL COUNSEL FOR DEBTORS
PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE**

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

Janice Mac Avoy states under penalty of perjury:

      1.    I am a member in good standing of the bar of the State of New York and I am a member in good standing of the Eastern District of New York, the Southern District of New York, the Eastern District of Michigan and the United States Courts of Appeal for the Second, Third and Ninth Circuits.  I am a member of the firm of Fried, Frank, Harris, Shriver & Jacobson LLP, a limited liability partnership ("Fried Frank").  My firm maintains offices for the practice of law at One New York Plaza, New York, New York 10004, and other locations.  There are no disciplinary proceedings pending against me.  I submit this and provide the disclosures set forth herein (the "Supplemental Declaration") to supplement the information provided in the

Declaration of Janice Mac Avoy Pursuant to Bankruptcy Rule 2014-1 on Behalf of Fried, Frank, Harris, Shriver & Jacobson LLP as Proposed Special Counsel for Debtors Pursuant to Section 329 of the Bankruptcy Code and Bankruptcy Rule 2016 (the "Mac Avoy Declaration"),[1] which was attached as Exhibit A to the Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Modify the Procedures for Compensating and Reimbursing Fried, Frank, Harris, Shriver & Jacobson LLP, as Special Counsel to Debtors, Effective as of June 1, 2011 [ECF No. 20025].

2. In connection with its representation of the Debtors as special counsel pursuant to section 327(e) of the Bankruptcy Code and as is customary practice in chapter 11 cases, Fried Frank has continued to monitor all relationships by Fried Frank that may be deemed to constitute connections within the meaning of Rule 2014 of the Federal Rules of Bankruptcy Procedure.

3. This Supplemental Declaration is being submitted to disclose additional connections Fried Frank has or has had with the Debtors. This new information consists of the following:

   a. Fried Frank has been retained to represent Savanna in matters where the Debtors and/or affiliates of the Debtors are adverse to Savanna (the "Savanna Representation"). However, the Savanna Representation is not related in any way to the Representative Matters and Fried Frank has not and will not represent Savanna in connection with the Representative Matters.

   b. Fried Frank has been retained to represent Madison International Realty LLC ("Madison") in matters where the Debtors and/or affiliates of the Debtors are adverse to Madison (the "Madison Representation"). However, the Madison Representation is not related in any way to the Representative Matters and Fried Frank has not and will not represent Madison in connection with the Representative Matters.

4. To the best of my knowledge, information and belief, other than as set forth in the Mac Avoy Declaration and this Supplemental Declaration, there are no other instances wherein Fried Frank has, has had, or might be deemed to have or have had "connections" with the Debtors, their creditors, their equity security holders or other parties in interest. If, at any time, I

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Mac Avoy Declaration.

2

become aware of any additional connections, I will further supplement the Mac Avoy Declaration.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 5, 2012
             New York, New York

                                  /s/   Janice Mac Avoy
                                  Janice Mac Avoy

8502444