GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
                                     x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------
                                      x

**STIPULATION BETWEEN MMOR CONSULTING INC. AND THE FEE COMMITTEE
ON THE FOURTH INTERIM APPLICATION OF MMOR CONSULTING INC.,
TAX SERVICES PROVIDERS TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES FOR THE PERIOD
<u>JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011</u>**

**TO:    THE HONORABLE JAMES M. PECK
        U.S. BANKRUPTCY JUDGE**

WHEREAS, on November 28, 2011, MMOR Consulting Inc. ("MMOR") filed the

*Fourth Interim Fee Application of MMOR Consulting Inc. for Allowance of Compensation for*

*Services Rendered and for Reimbursement of Expenses for Tax Services Providers to the Debtors*

*and Debtors-in-Possession for the Period from June 1, 2011 through September 31, 2011* (the

"Fourth Fee Application") [Docket No. 22689] seeking interim compensation of $213,358.75 for

professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $1,847.75;

WHEREAS, MMOR has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Fourth Fee Application, issued a Confidential Letter Report on February 17, 2012, and entered into a dialogue with MMOR regarding the application;

WHEREAS, as a result of that dialogue, MMOR has agreed to accept the Fee Committee's proposal of no disallowance of fees for professional services rendered, and a disallowance of $125.75 for the reimbursement of out-of-pocket expenses; and

WHEREAS, notwithstanding this Stipulation, the Fourth Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and MMOR hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving MMOR's request for interim compensation and reimbursement of expenses in the amount of $213,358.75 in fees and the reduced amount of $1,722.00 in expenses.

*[Signature Page Follows]*

Dated: Madison, Wisconsin
   March 5, 2012.

          GODFREY & KAHN, S.C.

    By:     /s/ *Katherine Stadler*
         Katherine Stadler
         GODFREY & KAHN, S.C.
         One East Main Street, Suite 500
         Madison, Wisconsin 53703
         Telephone: (608) 257-3911
         Facsimile: (608) 257-0609
         E-mail: kstadler@gklaw.com

         *Attorneys for the Fee Committee*

Dated: New York, New York
   March 1, 2012.

          MMOR CONSULTING INC.

    By:     /s/ *Michael Morgese*
         Michael Morgese
         MMOR CONSULTING INC.
         750 Third Avenue, 9th Floor
         New York, New York 10017
         Telephone: (212) 768-2233
         Email: michael.morgese@lehmanholdings.com

         *Tax Services Providers for Debtors and*
         *Debtors in Possession*

7565687_1