GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.,* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**STIPULATION BETWEEN DELOITTE TAX LLP
AND FEE COMMITTEE ON THE FOURTH INTERIM APPLICATION OF
DELOITTE TAX LLP, TAX SERVICES PROVIDER TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
<u>FOR THE PERIOD FEBRUARY 1, 2011 THROUGH MAY 31, 2011</u>**

**TO:    THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on August 15, 2011, Deloitte Tax LLP ("Deloitte Tax") filed the *Fourth Interim Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Services Provider to the Debtors for the Period from February 1, 2011 through May 31, 2011,* (the "Fourth Fee Application") [Docket No. 19245] seeking interim compensation of $180,020.27 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $6,195.30;

WHEREAS, Deloitte Tax has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Fourth Fee Application, issued a Confidential Letter Report on November 8, 2011, and entered into a dialogue with Deloitte Tax regarding the application;

WHEREAS, as a result of that dialogue, Deloitte Tax has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $1,156.40 for professional services rendered, and no disallowance from its out-of-pocket expense reimbursement request; and

WHEREAS, notwithstanding this Stipulation, the Fourth Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Deloitte Tax hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Deloitte Tax's request for interim compensation and reimbursement of expenses in the reduced amount of $178,863.87 in fees and $6,195.30 in expenses.

Dated: Madison, Wisconsin
   February 6, 2012.

               GODFREY & KAHN, S.C.

By:   /s/ *Katherine Stadler*
   Katherine Stadler
   GODFREY & KAHN, S.C.
   One East Main Street, Suite 500
   Madison, Wisconsin 53703
   Telephone: (608) 257-3911
   Facsimile: (608) 257-0609
   E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: New York, New York
   January 30, 2012.

               DELOITTE TAX LLP

By:   /s/ *Samuel Lowenthal*
   Samuel Lowenthal
   DELOITTE TAX LLP
   2 World Financial Center
   New York, New York 10281-1414
   Telephone: (212) 436-4286
   Facsimile: (212) 653-3825
   E-mail: slowenthal@deloitte.com

*Tax Services Provider for Debtors
and Debtors in Possession*

7399769_1

3