GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*   :    Case No. 08-13555 (JMP)
                                               :
                     Debtors.                  :    (Jointly Administered)
-----------------------------------------------------------x

**STIPULATION BETWEEN DECHERT LLP
AND THE FEE COMMITTEE REGARDING THE
EIGHTH INTERIM APPLICATION OF DECHERT LLP,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
FOR THE PERIOD FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

**TO:    THE HONORABLE JAMES M. PECK
        U.S. BANKRUPTCY JUDGE**

WHEREAS, on August 12, 2011, Dechert LLP ("Dechert") filed the *Fourth Application of Dechert LLP, as Special Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011* (the "Fourth Fee Application") [Docket No. 19211] seeking interim fees in the amount of $1,548,892.25 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $37,766.05;

WHEREAS, Dechert regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Fourth Application, issued a Confidential Letter Report on November 23, 2011, and entered into a dialogue with Dechert regarding this application; and

WHEREAS, as a result of these negotiations, Dechert and the Fee Committee have agreed to a reduction of at least $55,527.88 for professional services rendered and $458.69 for expenses incurred by Dechert in the Eighth Interim Period;

WHEREAS, Dechert and the Fee Committee have resolved all of the issues that were the subject of the negotiations between them except with respect to the charges directly attributable to rate increases contained in the Eighth Fee Application and, as to them, they remain the subject of ongoing negotiations.

**STIPULATION**

NOW, THEREFORE, the Fee Committee and Dechert hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Dechert's request for allowance and payment of interim compensation and reimbursement of out-of-pocket expenses in the reduced amount of $1,493,364.40 in fees and reimbursement of $37,307.36 in out-of-pocket expenses for the period from February 1, 2011 to May 31, 2011, and directing the Debtors to pay any such amounts not previously paid to Dechert.  The parties further stipulate and agree that in the event that there is an agreed resolution between the Fee Committee and Dechert or a Court-ordered reduction for charges attributable to rate increases contained in the

2

Fourth Fee Application (in either case, the "Rate Resolution"), any such reduction shall be applied as a credit to the Debtors' estates against the amounts to be paid to Dechert pursuant to the next Order entered after the Rate Resolution approving interim fees.  Nothing contained in this Stipulation shall be construed as a waiver of the Fee Committee's right to object to any previous or future rate increases or Dechert's right to respond to any such objection.

[Signature page follows]

Dated: Madison, Wisconsin
February 15, 2012

          GODFREY & KAHN, S.C.

By:    /s/ *Katherine Stadler*
Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: New York, New York
February 15, 2012

          DECHERT LLP

By:    /s/ *Brian E. Greer*
Brian E. Greer
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3536
Facsimile: (212) 698-0456
Email: brian.greer@dechert.com

7494304_1

4