UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Cases
                                                                  :
LEHMAN BROTHERS HOLDINGS INC. et al.,                             :   08-13555 (JMP)
                                                                  :
                                              Debtors.            :   Jointly Administered
------------------------------------------------------------------x

### DECLARATION OF DENNISE CALDERON-BARRERA IN SUPPORT OF CHADBOURNE & PARKE'S MOTION TO WITHDRAW AS COUNSEL FOR BANCO CANARIAS AND BANCO CANARIAS DE VENEZUELA BANCO UNIVERSAL C.A.

I, Dennise Calderon-Barrera declare, pursuant to § 1746 of title 28 of the United States Code, as follows:

1. I am a senior attorney specialist in the law firm of Chadbourne & Parke LLP ("Chadbourne") and submit this declaration in support of Chadbourne's Motion to Withdraw as Counsel for Banco Canarias and Banco Canarias de Venezuela Banco Universal C.A. (together, "Banco Canarias") in the above-captioned bankruptcy proceedings (the "Lehman Proceedings").[1]

2. On or about November 7, 2008, Chadbourne was engaged by Banco Canarias, pursuant to a letter addressed to Serafina R. Scannella (the "Engagement Letter"), to advise, counsel and represent Banco Canarias in matters related to the Lehman Proceedings.

3. Upon diligent inquiry in our records, to the best of my knowledge, Banco Canarias has been almost completely nonresponsive to emails from my Chadbourne colleagues since March 2010. I reviewed an email from Ana Iriarte, a representative of Banco Canarias, to

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Withdraw as Counsel for Banco Canarias and Banco Canarias de Venezuela Banco Universal C.A.

CPAM: 4257588.10

my colleague, Clara Krivoy, on August 7, 2011, in which Ms. Iriarte introduced herself as the Banco Canarias contact with respect to the Lehman Proceedings. Ms. Iriarte also contacted Ms. Krivoy and me during the week from September 7, 2011 to September 13, 2011. These are the only communications from Banco Canarias that I am aware of that took place prior to communications between Chadbourne and Banco Canarias regarding Chadbourne's withdrawal of representation, as discussed in more detail below.

4. Banco Canarias has also failed to fulfill its obligations under the Engagement Letter to Chadbourne for amounts owed in connection to Chadbourne's representation of Banco Canarias in the Lehman Proceedings. Despite making requests for payment to Banco Canarias, Chadbourne has not received any payments directly from Banco Canarias since its nationalization by Venezuela's government. A portion of Banco Canarias's outstanding invoices has been paid a third party who has an interest in the claims filed by Banco Canarias in the Lehman Proceedings. However, neither the third party nor any other party has made any payment for fees and expenses incurred by Banco Canarias since June 22, 2011. Certain amounts remain outstanding for fees and costs incurred for Chadbourne's professional services. Chadbourne has been advised by Venezuelan local counsel that fees would be effectively impossible to collect due to the nationalization of Banco Canarias.

5. I reviewed several emails between my former colleague, Thomas Butler, and Ms. Iriarte with respect to Chadbourne's withdrawal as counsel for Banco Canarias. I reviewed and helped to prepare an email dated November 23, 2011 (the "November 23 Email") sent from Mr. Butler to Ms. Iriarte, whereby Chadbourne advised Ms. Iriarte that Chadbourne intended to withdraw from its representation of Banco Canarias because of Banco Canarias's noncompliance with its obligations under the Engagement Letter. That same day, Ms. Iriarte responded,

CPAM: 4257588.10

advising Chadbourne that she would forward the November 23 Email to Banco Canarias's liquidation coordinating board for review and comment.

6.  I also reviewed and helped to prepare an email sent on December 7, 2011 from Mr. Butler to Ms. Iriarte (the "December 7 Email") whereby Chadbourne informed Ms. Iriarte that because Chadbourne had not received any further response, Chadbourne would proceed to file the Motion in the Lehman Proceedings. Upon diligent inquiry in our records, to the best of my knowledge, no response was received from Ms. Iriarte or any other representative of Banco Canarias.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
March 5, 2012

    /s/ Dennise Calderon-Barrera
    Dennise Calderon-Barrera

CPAM: 4257588.10