**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:                                )
                                      ) Chapter 11
                                      )
Lehman Brothers Holdings Inc., et al. ) Case No. 08-13555 (JMP)
                                      )
                   Debtors.           ) Jointly Administered
                                      )
_____

Proof of Claim No.: **14093**
Amount of Claim Transferred: **$3,000,000.00**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:    TRANSFEROR:    DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention:   Jeffrey Linksky
Telephone: 212-250-5760
E-mail:    Jeffrey.olinsky@db.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **14093** against Lehman Brothers Holdings Inc. in the amount of **$3,000,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:    BOULDER DAM CREDIT HUB FUND LTD.**
c/o GLG Ore Hill LLC
650 Fifth Avenue, 9th Floor
New York, NY 10019
Attention:   Claude Baum
Telephone: 212-389-2620
E-mail:    claude.baum@glgpartners.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

                                         Pg 2 of 3

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 14093

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Boulder Dam Credit Hub Fund Ltd**
650 Fifth Avenue, 9th Floor
New York, N.Y. 10019

Attn:    Claude Baum
Email:   Claude.Baum@glgpartners.com
Phone:   (212) 389-2620

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 14093, solely to the extent of $3,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March [2nd], 2012.

| DEUTSCHE BANK AG, LONDON BRANCH | BOULDER DAM CREDIT HUB FUND LTD |
|---|---|
| | By: GLG Ore Hill LLC |
| | Its: Investment Advisor |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |
| Philipp Roever | |
| Vice President | |
| [stamp: Ross Miller Director] | |

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 14093

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Boulder Dam Credit Hub Fund Ltd
650 Fifth Avenue, 9th Floor
New York, N.Y. 10019

Attn: Claude Baum
Email: Claude.Baum@glgpartners.com
Phone: (212) 389-2620

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 14093, solely to the extent of $3,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March [2nd], 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

**BOULDER DAM CREDIT HUB FUND LTD**
By: GLG Ore Hill LLC
Its: Investment Advisor

By: _____
Name:
Title:

CLAUDE A. BAUM
Vice President