Donald E. Watnick (DW-6019)
LAW OFFICES OF DONALD WATNICK
122 East 42nd Street, Suite 606
New York, New York 10168
(212) 213-6886
dwatnick@watnicklaw.com
*Attorneys for Claimants Heidi L. Steiger and
Steiger Associates L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

### DECLARATION OF HEIDI L. STEIGER

Heidi L. Steiger declares pursuant to 28 U.S.C. §1746:

1. I am a Claimant in the above-entitled proceeding, having filed Claim No. 32379, and am a member of Claimant Steiger Associate L.P. ("Associates"), which filed Claim No. 32380 (the "Claims"). I make this declaration in opposition to Debtors' 254th Omnibus Objection to Claims (the "254th Objection"), which includes objections to the Claims. I am fully familiar with the facts set forth herein.

2. At the time that Debtor Lehman Brothers Holding, Inc. ("LBHI") acquired Neuberger Berman, Inc. ("NB") in October 2003 (the "Acquisition"), I was an Executive Vice President of NB. After continuing as an employee of NB after the closing of the foregoing acquisition for a short transition period, I resigned as an employee of NB in February 2004, effective as of March 2004.

3. As set forth in the accompanying memorandum of law submitted in opposition to the 254th Objection, at the time of the Acquisition, most of the LBHI shares of stock owned by

1

myself and Associates were received in the NB IPO in 1999 and then converted to LBHI stock as part of the LBHI acquisition of NB.

4. I have annexed as Exh. A to this declaration pages from my own brokerage statement, dated July 2008, which show my share-holdings in LBHI that constituted restricted stock as of that date. (This statement has been redacted to remove confidential and extraneous information.)

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 5,, 2012

*/s/ Heidi L. Steiger*

Heidi L. Steiger

# Client Statement

For the period 07/01/2008 to 07/31/2008

Account Number : [REDACTED]
Base Currency : USD
HEIDI L STEIGER

*Account Value Summary:*
Last Period
This Period

THE BOLTON GROUP
Neuberger Berman, LLC
605 Third Avenue
New York, NY 10158-3698
Phone : 212-476-9000

REDACTED

HEIDI L STEIGER
94 PINE HILL ROAD
TUXEDO PARK NY 10987-4221

## Table Of Contents

| | Page |
|---|---|
| General Information | 1 |
| Statement Legend | 2 |
| Summary Of Your Account | 3 |
| Performance Report | 4 |
| Positions In Your Account | 5 |
| Monthly Activity | 9 |
| Interested Parties | 12 |

NEUBERGER | BERMAN

*A Lehman Brothers Company*
Neuberger Berman, LLC
605 Third Avenue
New York, NY 10158-3698

Your account cleared
through the courtesy of:
Lehman Brothers

# Client Statement

**For the period 07/01/2008 to 07/31/2008**

HEIDI L STEIGER

REDACTED

NEUBERGER | BERMAN
*A Lehman Brothers Company*

Base Currency : USD
Account Number :

## Positions In Your Account

| Quantity | Description | Ticker/Cusip | Purchase Date | Average Unit Cost (1)(4)(9) | Total Cost (1)(4)(9) | Price | Mkt. Value | Mkt. Value % Portfolio (12) | Annual Income (6) | Yield (10) |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH** | | | | | | | | | | |
| | CASH | | | | | | | | | |
| | **TOTAL CASH** | | | | | | | | | |
| **EQUITIES** | | | | | | | | | | |
| **PRIVATE PLACEMENT** | | | | | | | | | | |
| 28,116 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 01/01/1993 | 2.1481 | 60,396.87 | 17.3400 | 487,531.44 | | | |
| 64,688 | **POSITION TOTAL** | 9062615 | | 2.1481 | 138,958.90 | 17.3400 | 1,121,689.92 | | 31,050.24 | 2.77 |
| 33,308 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 01/01/1993 | 2.1481 | 71,549.98 | | 577,560.72 | | | |
| 3,264 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 01/01/1993 | 2.1483 | 7,012.05 | | 56,597.76 | | | |
| | **TOTAL PRIVATE PLACEMENT** | | | | 138,958.90 | | 1,121,689.92 | | 31,050.24 | 2.77 |
| **FINANCIAL** | | | | | | | | | | |
| 16,000 | LEHMAN BROTHERS HOLDINGS INC | | | N/A | N/A | | 277,440.00 | | | |
| 1,778 | LEHMAN BROTHERS HOLDINGS INC | | 01/01/1997 | 0.8597 | 1,528.61 | | 30,830.52 | | | |
| 17,778 | **POSITION TOTAL** | LEH | | N/A | N/A | 17.3400 | 308,270.52 | 6.08 | 12,089.04 | 3.92 |
| | **TOTAL FINANCIAL** | | | | 0.00 | | 308,270.52 | 6.08 | 12,089.04 | 3.92 |
| **UTILITIES** | | | | | | | | | | |

19

# Client Statement

For the period 07/01/2008 to 07/31/2008

HEIDI L STEIGER

REDACTED

**NEUBERGER | BERMAN**
A Lehman Brothers Company

Account Number: [REDACTED]
Base Currency: USD

## Positions In Your Account

| Quantity | Description | Ticker/Cusip | Purchase Date | Average Unit Cost (1)(4)(9) | Total Cost (1)(4)(9) | Price | Mkt. Value | % Portfolio (12) | Annual Income (6) | Yield (10) |
|---|---|---|---|---|---|---|---|---|---|---|
| **NON-DISCRETIONARY (Continued)** | | | | | | | | | | |
| 36,868 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 01/01/1997 | 0.8597 | 31,696.80 | | 639,291.12 | | | |
| 28,452 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 01/01/1998 | 0.8925 | 25,392.00 | | 493,357.68 | | | |
| 948 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 06/30/1998 | 0.8819 | 836.00 | | 16,438.32 | | | |
| 7,586 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 07/20/1998 | 0.8808 | 6,682.00 | | 131,541.24 | | | |
| 17,070 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 04/01/1999 | 0.8623 | 14,720.00 | | 295,993.80 | | | |
| 7,348 | LEHMAN BROTHERS HOLDINGS INC. RESTRICTED | | 06/30/1999 | 0.8534 | 6,270.58 | | 127,414.32 | | | |
| 98,272 | POSITION TOTAL | 9062615 | | 0.8710 | 85,597.38 | 17.3400 | 1,704,036.48 | 47,170.56 | 2.77 | |
| **TOTAL PRIVATE PLACEMENT** | | | | | 85,597.38 | | 1,704,036.48 | 47,170.56 | 2.77 | |
| **FINANCIAL** | | | | | | | | | | |
| 30,290 | LEHMAN BROTHERS HOLDINGS INC | | 01/01/1997 | 0.8597 | 26,041.45 | | 525,228.60 | | | |
| 55,474 | LEHMAN BROTHERS HOLDINGS INC | | 07/01/1999 | 2.1478 | 119,147.09 | | 961,919.16 | | | |
| 85,764 | POSITION TOTAL | LEH | | 1.6929 | 145,188.54 | 17.3400 | 1,487,147.76 | 58,319.52 | 3.92 | |
| **TOTAL FINANCIAL** | | | | | 145,188.54 | | 1,487,147.76 | 58,319.52 | 3.92 | |
| **TOTAL NON-DISCRETIONARY** | | | | | | | | | | |
| **GRAND TOTAL** (5) | | | | | | | | | | |