FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
William P. Weintraub
Lance J. Gotko
Anne E. Beaumont
Kizzy L. Jarashow

*Attorneys for Bank of Montreal*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,         : Case No. 08-13555 (JMP)
                                                :
                                    Debtors.    : (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF HEARING ON BANK OF MONTREAL'S RESPONSES AND OBJECTIONS TO SUBPOENA OF DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO RULES 2004 AND 9016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that the hearing on Bank of Montreal's Responses and Objections to Subpoena of Debtors and Debtors in Possession Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure [Docket No. 24847] will be held on April 18, 2012 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, Room 601, New York, New York 10004.

2672840.1

Dated: New York, New York
March 6, 2012

      FRIEDMAN KAPLAN SEILER &
        ADELMAN LLP

      /s/William P. Weintraub
      William P. Weintraub
      Lance J. Gotko
      Anne E. Beaumont
      Kizzy L. Jarashow
      7 Times Square
      New York, New York 10036-6516
      Telephone:  (212) 833-1100
      E-mail:  wweintraub@fklaw.com
                lgotko@fklaw.com
                abeaumont@fklaw.com
                kjarashow@fklaw.com

*Attorneys for Bank of Montreal*

2672840.1