# CERTIFICATE OF SERVICE

I, William P. Weintraub, an attorney, hereby certify that prior to 4:00 p.m. EST on the 6th day of March 2012, I caused a true and correct copy of the **Notice of Hearing on Bank of Montreal's Responses and Objections to Subpoena of Debtors and Debtors in Possession Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY 10004 | Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan R. Fleck, Esq.<br>MILBANK, TWEED, HADLEY AND MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Toni-Ann Citera<br>Miriam Reznik<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017 | James E. Spiotto<br>Ann E. Acker<br>Franklin H. Topp, III<br>James Heiser<br>CHAPMAN AND CUTLER LLP<br>111 West Monroe Street<br>Chicago, IL 60603 |

/s/ William P. Weintraub
William P. Weintraub

2672842.1