Donald E. Watnick (DW-6019)
LAW OFFICES OF DONALD WATNICK
122 East 42nd Street, Suite 606
New York, New York 10168
(212) 213-6886
dwatnick@watnicklaw.com
*Attorneys for Claimants Heidi L. Steiger and*
*Steiger Associates L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*, | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF SERVICE

Donald E. Watnick, an attorney duly admitted to practice law in the State of New York, declares under the penalty of perjury, that on March 6, 2012, the following documents were served upon all counsel of record, including attorneys' for the Debtors, the U.S. Trustee, and the Official Committee of Unsecured Creditors:

- Memorandum of Law by Claimants Heidi L. Steiger and Steiger Associate L.P. in Opposition to Debtors' 254th Omnibus Objection to Their Claims;
- Declaration of Donald E. Watnick, Esq., with annexed exhibits; and
- Declaration of Heidi L. Steiger with annexed exhibit.

Executed on March 6, 2012

/s/ Donald E. Watnick
Donald E. Watnick