UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                                         :       Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                       :       08-1355 (JMP)
                                                              :
            **Debtors**                                       :       (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | EH Inc.<br>2-1-25 Kita Koyo-cho, Sakai-ku, Sakai-shi,<br>Osaka 590-8585<br>Japan<br><br>Address for notices:<br>Akito TAKAHASHI (Mr.)<br>TAKAHASHI & KATAYAMA<br>Mikami-Building 5th Floor,<br>1-10-1 Koji-machi, Chiyoda-ku,<br>Tokyo 102-0083<br>Japan |
| Claim Number: | 25232 |
| Date Claim Filed: | October 21, 2009 |
| Total Amount of Claim Filed: | USD 6,804,046.19 |

I, the undersigned, am an authorized signatory for the above-referenced creditor in connection with the above-referenced claim. I hereby withdraw the above-referenced claim and authorize the Debtor's claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

March __/__, 2012

Representative Director/CEO of EH Inc.
Kesao FUKAE

FILED / RECEIVED

MAR 0 5 2012

EPIQ BANKRUPTCY
SOLUTIONS, LLC

# TAKAHASHI & KATAYAMA

5TH FLOOR, MIKAMI-BUILDING
1-10-1, KOUJI-MACHI, CHIYODA-KU
TOKYO 102-0083, JAPAN
TEL: +81-3-5215-2808 | FAX: +81-3-5215-2809

March 2, 2012

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017
U.S.A.

Attn: Lehman Brothers Holdings Claims Processing

Dear Sirs,

**RE: Withdrawal of Claim against Lehman Brothers Holdings Inc.**

On behalf of EH Inc., I enclose an original copy of the Withdrawal of Claim against Lehman Brothers Inc., duly signed by the Representative Director/CEO of EH Inc..

Kindly acknowledge receipt of this document.

Very truly yours,

Akito TAKAHASHI

AKT:sec
Encl.

FILED / RECEIVED

MAR 0 5 2012

EPIQ BANKRUPTCY
SOLUTIONS, LLC

