**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
Paul Kizel, Esq.
John L. Berger, Esq.
Michael Savetsky, Esq.

-and-

1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: (212) 262-6700
Fax:  (212) 262-7402

Counsel for Christopher R. Manning

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al*. | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Gina C. Buccellato, pursuant to 28 U.S.C. § 1746, certify as follows:

1.      I am a paralegal employed by the law firm of Lowenstein Sandler

PC, counsel to Christopher R. Manning in the above referenced proceeding.

2.      On March 6, 2012, I caused a true and complete copy of the

"Response of Christopher R. Manning to Debtors' Two Hundred-Fifty-Fourth Omnibus

Objection to Claims (Employment Related Claims)" to be served on all persons receiving

ECF filing notifications in these cases, as well as the parties listed on the annexed Exhibit

"A" by the method of service specified therein.

I certify that the foregoing statements made by me are true and correct to

the best of my knowledge and belief.  If any statement made by me is willfully false, I

understand I am subject to the penalty of perjury.


Dated: March 6, 2012

/s/ Gina C. Buccellato
Gina C. Buccellato

# EXHIBIT "A"

**Via Overnight Mail**

Honorable James M. Peck
U.S. Bankruptcy Court
Courtroom 601
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges LLP
Robert J. Lemons, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for Region 2
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York New York 10005