**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for *Standard & Poor's and Standard & Poor's International, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**OPPOSITION OF STANDARD & POOR'S FINANCIAL SERVICES, LLC**
**AND STANDARD & POOR'S INTERNATIONAL, LLC TO DEBTORS'**
**TWO HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(PURCHASED CONTRACT CLAIMS)**

Standard & Poor's Financial Services, LLC (formerly, Standard & Poor's) and Standard & Poor's International, LLC (collectively "Standard & Poor's") by and through their undersigned counsel, hereby submits this opposition (the "Opposition") to the Debtor's Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) ("Claims Objection"), filed in the above-captioned cases on February 3, 2012, and respectfully represents and sets forth as follows:

## BACKGROUND

1. On September 15, and September 27, 2008, respectively (the "Petition Dates"), Lehman Brothers Holdings Inc. ("LBHI") filed its petition for relief under Chapter 11, Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with this Court.

2. On September 17, 2008, the Debtors filed a motion with the Bankruptcy Court seeking, *inter alia*, an order (the "Sale Order") approving a sale (the "Sale") of certain assets

related to LBHI's North American brokerage business to Barclays Capital Inc. ("Barclays"), which assets included certain contracts designated for assumption and assignment at the closing of the Sale (the "Closing Date Contracts").

3.     The lists of the Closing Date Contracts filed with the Sale Order (collectively, "Lists") referenced seventeen (17) contracts (collectively, "Standard & Poor's Contracts") between various units of Standard & Poor's, including Standard & Poor's International, LLC and "Lehman Entities" who are identified as "Unknown."

4.     The Lists identified the Standard & Poor's Contracts as follows:

| Vendor | Vendor Contact Name | Vendor Contact Address |
|---|---|---|
| Standard & Poor's | Marilyn Armel<br>Global Licensing & Contracts Group | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>55 Water Street<br>New York, NY 10041 |
| Standard & Poor's | Kevin J. Thornton | (NO ADDRESS LISTED) |
| Standard & Poor's | Director, Licensing | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>55 Water Street<br>New York, NY 10041 |
| Standard & Poor's | Licensing Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>55 Water Street<br>New York, NY 10041 |
| Standard & Poor's | Institutional Services Contract Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>7400 South Alton Court<br>Englewood, CO 80112 |
| Standard & Poor's | Institutional Services Contract Manager | Standard & Poor's (a division of The McGraw- |

2

| | | |
|---|---|---|
| | | Hill Companies, Inc.) 7400 South Alton Court Englewood, CO 80112 |
| Standard & Poor's | Index Services Contract Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.) 55 Water Street New York, NY 10041 |
| Standard & Poor's | Diane F. Eisenstat | (NO ADDRESS LISTED) |
| Standard & Poor's | Index Services Contract Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.) 55 Water Street New York, NY 10041 |
| Standard & Poor's Corp. | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | Steven Galli, Director | Standard & Poor's Ratings Services Structured Finance 55 Water Street New York, NY 10041 |
| Standard & Poor's Corporation | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Capital IQ, Inc. | Transaction Schedule/Amendment/Addendum Schedule | "Letter, No Address" |

3

5.      The identification of the Standard & Poor's Contracts to be assumed pursuant to the Sale Order was insufficient to advise Standard & Poor's which of its contracts were actually assumed. In point of fact, Standard & Poor's had many more than seventeen (17) contracts to provide goods and/or services LBHI and/or LBI Brothers, Inc. Those contracts, together with contracts with contracts that appeared to have been between Standard & Poor's and certain affiliates of LBHI were identified on Exhibit A to the Supplemental Objection of Standard & Poor's to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser filed in this case on October 10, 2008. [Docket no. 819]

6.      On September 19, 2008, this Court entered the Sale Order, which, *inter alia*, approved the assumption and assignment of the Closing Date Contracts.

7.      Following the entry of the Sale Order, Standard & Poor's entered into negotiations with Barclays determine which of the Standard & Poor's Contracts were actually assumed and assigned. Those negotiations covered all contracts between the above-captioned debtors and Standard & Poor's, including contracts to which Standard & Poor's International, LLC was a party. As a result of those negotiations, Standard & Poor's and Barclays were able to identify those of the Standard & Poor's Contracts that were actually assumed and assigned in connection with the Sale Order.

8.      On March 18, 2009, Standard & Poor's executed a Consent to Cure Amount in Conjunction with Assumption and Assignment of Contracts ("Non-Ratings Consent") in favor of, *inter alia*, Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., and Barclays identifying those of the non-ratings Standard & Poor's Contracts that were assumed and assigned to Barclays and fixing the cure amount. A true and correct copy of the Non-Ratings Consent is attached hereto as Exhibit A.

9. On July 1, 2010, Standard & Poor's executed a Consent to Cure Amount in Conjunction with Assumption and Assignment of Contracts ("Ratings Consent") in favor of, *inter alia*, Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., and Barclays identifying those of the ratings Standard & Poor's Contracts that were assumed and assigned to Barclays and fixing the cure amount. A true and correct copy of the Ratings Consent is attached hereto as Exhibit B.

10. Following the execution of the Ratings Consent, in consideration of the resolution of the preliminary [Docket No. 569] and supplemental [Docket No. 819] cure objections it had previously filed in this case, on August 13, 2010, Standard & Poor's filed in this case its Withdrawal of Preliminary and Supplemental Objections of Standard & Poor's to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to Be Assumed and Assigned to Successful Purchaser. [Docket No. 10738]

11. Thereafter, on August 18, 2010, Standard & Poor's filed its Amended Proof of Claim (Claim No. 62027) ("Amended Claim"), reducing its original proof of claim to $403,866.00. A true and correct copy of the Amended Claim is attached hereto as Exhibit C. The Amended Claim took into account the assumption of the contracts identified in the Non-Ratings and Ratings Consent, as well as the payment of the cure amounts set forth therein

12. Meanwhile, on September 9, 2009, Standard & Poor's International, LLC had filed its proof of claim against Debtor Lehman Brothers Holdings, Inc. [Claim No. 10928] ("S&P International Claim"), which takes into account the assumption of any contracts between the Debtors and Standard & Poor's International, LLC. A true and correct copy of the S&P International Claim is attached as Exhibit D.

#1762501 v1
056420-64220

## ARGUMENT

13. In the Objection, the Debtors object to the allowance of both the Amended Claim and the S&P International Claim.

14. The only basis for objection is the assertion that the contracts were assumed and any required cure paid. No other basis for objection stated.

15. As demonstrated above, however, it was unclear from the Sale Motion which of the Standard & Poor's Contracts were being assumed and assigned to Barclays. Standard & Poor's and Barclays have resolved that issue through careful negotiations and review of records. Additionally, the Amended Claim was reduced to reflect the determination of which of the Standard & Poor's Contracts were actually assumed and assigned to Barclays and the S&P International claim takes into account the assumption and assignment of contracts. Accordingly, the Debtors' stated basis for the objection is without merit..

16. It is well established that a proof of claim is *prima facie* evidence of the amount and validity of a claim. Because the Debtors' objection to the Amended and S&P International Claims fails those claims remain valid. Accordingly the Amended Claim [Claim No. 67027] and the S&P International Claim [Claim No. 10928] should be allowed in full as filed.

#1762501 v1
056420-64220

**WHEREFORE,** for the reasons set forth herein, Standard & Poor's respectfully (i) opposes the Objection in all respects, (ii) respectfully requests that this Court allow in full the Amended Claim [Claim No. 67027] and the Standard & Poor's Claim [Claim No. 10928]; and (iii) respectfully requests that this Court grant such other and further relief as the Court may deem just and proper.

Dated: March 6, 2012
     Newark, New Jersey

                                          **GIBBONS P.C.**

                                          By: */s/ David N. Crapo*
                                          David N. Crapo
                                          One Gateway Center
                                          Newark, New Jersey 07102
                                          Telephone: (973) 596-4523
                                          Facsimile: (973) 639-6244
                                          *Attorneys for Standard & Poor's Financial Services, LLC and Standard & Poor's International, LLC*

#1762501 v1
056420-64220