# EXHIBIT A

CONSENT TO CURE AMOUNT
IN CONNECTION WITH ASSUMPTION AND ASSIGNMENT OF CONTRACTS

To:    Lehman Brothers Holdings Inc.
       LB 745 LLC
       Lehman Brothers Inc.
       Barclays Capital Inc.

Commencing on September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, including LB 745 LLC ("745"), commenced voluntary cases under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (Jointly Administered, Case No. 08-13555). In addition, on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 (Case No. 08-01420) with respect to Lehman Brothers Inc. ("LBI", and together with LBHI and 745, the "Debtors").

On September 20, 2008, the Bankruptcy Court entered the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order") and the Order Approving, And Incorporating By Reference For The Purposes Of This Proceeding, An Order Authorizing The Sale Of Purchased Assets And Other Relief In The Lehman Brothers, Holdings Inc. Chapter 11 Proceedings (together with the Sale Order, the "Sale Orders"). (Capitalized terms not defined herein have the meanings ascribed to them in the Sale Order). The Sale Orders provide for the transfer of the Purchased Assets and the assumption and assignment of certain contracts (the Closing Date Contracts) by the Debtors to the Purchaser as of the Closing Date of the sale transaction, which was September 22, 2008.

Standard & Poor's ("Counterparty") is a counterparty to certain Closing Date Contracts identified on Exhibit A that have been assumed and assigned to the Purchaser on the Closing Date. Exhibit A lists the cure amounts agreed upon by the relevant Debtors and Counterparty in connection with the assumption and assignment of the identified contracts (the "Cure Amounts").

By signing below, Counterparty agrees that upon payment of the Cure Amounts, all conditions to the assumption and assignment of the Closing Date Contracts identified on Exhibit A will have been satisfied, including the cure of all outstanding defaults of the Debtors under each of the contracts, and that Counterparty will have no further claims on account of such contracts against the Debtors or their estates. The signatory below represents that (s)he has authority to sign on behalf of Counterparty. Payment of such Cure Amounts may be made by the Purchaser by check to the mailing address identified by Counterparty in Exhibit B or by wire transfer.

The Purchaser and the Counterparty reserve their respective rights and positions with respect to certain "ratings" contracts between the Counterparty and the Debtors that are not included in the attached list. The Purchaser and the Counterparty understand and agree that the Cure Amounts do not include amounts that have become due and payable in accordance with the terms of the Closing Date

1

Contracts identified on Exhibit A after the Closing Date, but the Counterparty understands that the Debtors have no further liability on those contracts.

Dated: March 18, 2009

By:   John C. Weisenseel
Title:  Senior Vice President Finance, Standard & Poor's

EXHIBIT A – SCHEDULE OF CLOSING DATE CONTRACTS AND CURE AMOUNTS

| CONTRACT | CURE AMOUNT | | |
|---|---|---|---|
| | Invoice | Invoice Date | Total |
| 1. CapitalIQ (A Division of Standard & Poor's) License fee, Data Feed Solutions, and Enhanced Usage Fee (Cust#3230001874) | 34560671 | 02/28/07 | $17,204.30 |
| | 34586852 | 07/31/08 | $29,848.29 |
| | 34586854 | 07/31/08 | $35,492.81 |
| 2. Standard & Poor's Computstat XpressFeed Loader (Cust#9300117932) | 34588525 | 08/29/08 | $29,848.29 |
| | 34588527 | 08/29/08 | $35,492.81 |
| 3. Standard & Poor's Compustat Xpress | 30354192 | 07/30/08 | $47,520.87 |
| 4. COMPUSTAT XPRESSFEED | 30358334 | 08/29/08 | $16,887.49 |
| SNAPSHOT GLOBAL PLUS EX-NA | 30351208 | 07/30/08 | $81,017.15 |
| (Cust#*9300132653) | 30332015 | 02/28/08 | $11,279.82 |
| 5. CORPORATE TRACKER | 34155744 | 07/30/08 | $118,562.25 |
| (Cust#*9300126807) | 30331604 | 02/28/08 | $15,600.60 |
| 6. CREDIT DEFAULT SWAP XPRESS | 34561147 | 02/28/07 | $7,000.00 |
| GLOBAL/DAILY/SELL SIDE W/RX | 34577571 | 01/31/08 | $7,142.83 |
| (Cust#*9200021182) | 34587311 | 07/31/08 | $41,071.42 |
| 7. CUSIPS/CINS ACCESS | 34588992 | 08/29/08 | $41,071.42 |
| INSTITUTIONAL WEEKLY 1 ID | 34577572 | 01/31/08 | $41,071.42 |
| (Cust#*9300116768) | 34585584 | 06/30/08 | $0.40 |
| 8. GICS DIRECT GLOBAL-DAILY WITH | 34559337 | 01/31/07 | $1,056.43 |
| CUSIP (Cust#*9300103424), XGICSDC, | 34563452 | 04/30/07 | $294.89 |
| LEH04796 | 34563453 | 04/30/07 | $93.93 |
| | 34564839 | 05/31/07 | $17.75 |
| 9. MARKET INSIGHT STOCK REPORTS | 34567910 | 07/31/07 | $3,675.79 |
| ONLY (Cust#*9300086548) | 34567911 | 07/31/07 | $3,101.80 |
| 10. Municipal Evaluations via Bloomberg - | 34567912 | 07/31/07 | $147.70 |
| Level 1 Look-up Access | 34586853 | 07/31/08 | $24,736.59 |
| (Cust#*2000009704) | 34588526 | 08/29/08 | $24,736.59 |
| 11. Municipal Index Reports | 30347895 | 06/27/08 | $88,275.00 |
| (Cust#*2000004089) | 30345345 | 05/30/08 | $75,944.35 |
| 12. RatingsXpress - GI/SF / Span / Global | 33444414 | 07/31/08 | $812.81 |
| (Cust#*9200014352) | 33424194 | 09/28/07 | $270.94 |
| 13. S&P Index Data via Vendor   (Cust# | 33430410 | 12/31/07 | $270.94 |
| *9300098778 &*9300098811) | 33436921 | 03/31/08 | $270.94 |
| 14. S&P/ASX INDEX DATA | 33438754 | 04/30/08 | $270.94 |
| DEPT/LOCATION | 33440728 | 05/30/08 | $270.94 |
| (Cust#*9300132433) | 33443214 | 06/30/08 | $270.94 |
| 15. S&P/LCD US COMP SYSTEMS | 33445121 | 07/31/08 | $270.94 |
| (Cust#*9300101214) | 33446311 | 08/29/08 | $270.94 |
| 16. VENDOR XPRESSFEED COMPUSTAT | 34154803 | 06/27/08 | $406,600.00 |
| NA-FACTSET | 30340818 | 04/29/08 | $61,773.75 |
| (Cust#*6424530000) | 30331355 | 02/28/08 | $27,093.75 |
| 17. VENDOR XPRESSFEED COMPUSTAT | 30347325 | 06/27/08 | $15,172.50 |
| PRELIMINARY HISTORY-TQA | 30316518 | 11/30/07 | $34,775.00 |
| | 30345442 | 05/30/08 | $188,090.45 |

| | | | |
|---|---|---|---|
| (Cust#*9300122424) | 30358393 | 08/29/08 | $17,564.10 |
| | 30353337 | 07/30/08 | $89,852.22 |
| | 30345203 | 05/30/08 | $19,938.57 |
| | 30354100 | 07/30/08 | $28,984.68 |
| | | | |
| | **Total Balance to be Cured** | | $1,691,018.34 |

18. VENDOR XPRESSFEED HISTORICAL-FACTSET    (Cust#*6424530000)

19. VENDOR XPRESSFEED RESEARCH & QUARTERLY PDE-FACTSET (Cust#*9300069685)

20. VENDOR XPRESSFEED RESEARCH & QUARTERLY PDE-TQA (Cust#)*9300116271

21. STANDARD & POORS PORTFOLIO WEB BENCH, Master Agreement between Lehman Brothers Holdings Inc and Standard & Poor's, dated November 26, 2001, attachment dated May 1, 2002

Closing Date Contracts with Cure Amounts of $0.00 assigned to Purchaser:

| | |
|---|---|
| 1. S&P RATINGSXPRESS PUBLIC FINANCE FEED, Contract#LEH01566, Master Agreement between Lehman Brothers Holdings Inc and Standard & Poor's, dated November 26, 2001, attachment dated June 1, 2007 | $ - <br> $ - <br> $ - <br> $ - |
| 2. STANDARD & POORS INDEX ALERT COMPLETE & ADR INDEX, Product IN9H, 0369640000, Master Agreement between Lehman Brothers Holdings Inc and Standard & Poor's, dated November 26, 2001, attachment dated December 1, 2001 | $ - <br> $ - <br> $ - <br> $ - <br> $ - |
| 3. S&P ANNUAL CUSIP LICENSE FEE, Product #9300076186, RLCLEH, Master Agreement between Lehman Brothers Inc, dated December 15, 2000, Amendment effective December 15, 2003, December 15, 2006, | $ - <br> $ - |
| 4. S&P ISID PLUS SERVICE, Master Agreement between Lehman Brothers Inc, dated September 15, 1998, a/c#9300097669, product code CITPJ | $ - |
| 5. LCD LEVERAGED COMMENTARY & DATA: INTERNET, a/c#9300099466, Master Agreement between Lehman Brothers Holdings Inc, dated November 26, 2001, Addendum dated July 15, 2005 | $ - <br> $ - |
| 6. RATINGSDIRECT: GLOBAL ISSUERS (LEH) Product#LEH-01566, LEH-35232, Master Agreement between Lehman Brothers Holdings Inc and its affiliates, dated November 26, 2001, A/C#9200005481, Addendum Dated March 1, 2008 | $ - <br> $ - <br> $ - |
| 7. RATINGSDIRECT: PUBLIC FINANCE (LEH), Product#LEH-01566, LEH-35232, Master Agreement between Lehman Brothers Holdings Inc and its affiliates, dated November 26, 2001, A/C#9200005481, Addendum Dated March 1, 2008 | |
| 8. RATINGSDIRECT: STRUCTURED FINANCE (LEH), | $ |

| | |
|---|---|
| Product#LEH-01566, LEH-35232, Master Agreement between Lehman Brothers Holdings Inc and its affiliates, dated November 26, 2001, A/C#9200005481, Addendum Dated March 1, 2008 | $          - |
| 9.  S&P Net Advantage, a/c#9300039950, Master Agreement between Lehman Brothers, dated January 1999, | |
| 10. S&P GICs HISTORY & LINE OF BUSINESS GICS, | $          - |
| 11. STANDARD AND POORS UNRESTATED QUARTERLY DATA, a/c#004989-LEHNY-2005, Master Agreement between Lehman Brothers, dated November 26, 2001, addendum dated November 21, 2005 | $          - |
| 12. COMPUSTAT FUNDAMENTAL DATA POINT IN TIME, Master Agreement between Lehman Brothers Holdings Inc, dated November 26, 2001, Pricing schedule November 1, 2007 | $          - |
| 13. COMPUSTAT HISTORICAL VIA MARKETQA, LEH29262PS, | $          - |
| 14. STANDARD & POORS HISTORICAL SEGMENT DATA VIA FTP, LEH01566/LEH05037 | |
| 15. CDO EVALUATOR ENGINE, Master agreement between Lehman Brothers Inc, dated July 1, 2000, Addendum June 13, 2007, LEH02206 | |
| 16. RATINGSDIRECT: BDS, Product#LEH-01566, LEH-35232, Master Agreement between Lehman Brothers Holdings Inc and its affiliates, dated November 26, 2001, A/C#9200005481, Addendum Dated March 1, 2008 | |
| 17. STANDARD & POORS GICS HISTORY, product code GICSHD, GICS License Agreement dated June 1, 2003 | |
| 18. S&P COMPUTSTAT POINT IN TIME (EQT SALES AND TRADING, PRODUCT CODE XFPIT, LEH01566/LEH05037 | |

EXHIBIT B – COUNTERPARTY REMITTANCE ADDRESS/CONTACT NAME FOR THE
CHECK TO BE MAILED

Remit payments by check to:

Standard and Poor's
2542 Collection Center Drive
Chicago, IL 60693


Send wires or ACH payments to:

Bank of America
San Francisco CA
Standard and Poor's
Account No. 12334-02500
ABA No.  0260-0959-3
Please reference invoice#

Contact Person

Louis Slanina
Standard and Poor's
55 Water Street 46th Fl
New York NY 10041
212-438-3383 work
212-438-3394 fax
Louis_Slanina@standardandpoors.com

# EXHIBIT B

CONSENT TO CURE AMOUNT
IN CONNECTION WITH ASSUMPTION AND ASSIGNMENT OF CONTRACTS

To:     Lehman Brothers Holdings Inc.
        LB 745 LLC
        Lehman Brothers Inc.
        Barclays Capital Inc.

Commencing on September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries commenced voluntary cases under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (Jointly Administered, Case No. 08-13555). In addition, on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 (Case No. 08-01420) with respect to Lehman Brothers Inc. ("LBI", and together with LBHI, the "Debtors").

On September 20, 2008, the Bankruptcy Court entered the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order") and the Order Approving, And Incorporating By Reference For The Purposes Of This Proceeding, An Order Authorizing The Sale Of Purchased Assets And Other Relief In The Lehman Brothers, Holdings Inc. Chapter 11 Proceedings (together with the Sale Order, the "Sale Orders"). (Capitalized terms not defined herein have the meanings ascribed to them in the Sale Order). The Sale Orders provide for the transfer of the Purchased Assets and the assumption and assignment of certain contracts (the "Closing Date Contracts") by the Debtors to the Purchaser as of September 22, 2008, the closing date of the sale transaction (the "Closing Date").

Standard & Poor's Financial Services LLC (together with each of its subsidiaries, predecessors, and/or affiliates, including without limitation Standard & Poor's Corporation, Capital IQ, Inc., and/or the McGraw-Hill Companies, Inc., "Counterparty") was included in one or more schedules of contracts designated for assumption and assignment to Purchaser. On October 1, 2008, Counterparty filed its Preliminary Objection of Standard & Poor's to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser (D.I. 569) (the "Initial Cure Objection"). Thereafter, Counterparty filed its Supplemental Objection of Standard & Poor's to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser (D.I. 819) (the "Supplemental Cure Objection", and together with the Initial Cure Objection, the "Cure Objections"). By letter agreement dated March 18, 2009 (the "Initial Cure Consent Letter"), Purchaser and Counterparty agreed on the cure amounts owed in connection with the assumption and assignment of certain Closing Date Contracts relating to the provision of market data (as set forth on Schedule A to the Initial Cure Consent Letter, the "Market Data Agreements"), in partial resolution of the Cure Objections.

In addition to the Market Data Agreements, Counterparty is signatory to the Closing Date Contracts identified in the attached Exhibit A hereto (together, the "Ratings Agreements") that have also been

1

assumed and assigned to Purchaser on the Closing Date. Exhibit A lists the cure amounts agreed upon by Purchaser, and Counterparty in connection with the assumption and assignment of the Ratings Agreements comprised of (i) $1,998,188 in respect of amounts owed as of September 22, 2008 and (ii) $460,000 in respect of amounts currently due and owing since the Closing Date (together, the "Ratings Cure Amounts").

By signing below, Counterparty agrees that upon payment of the Ratings Cure Amounts by Purchaser, (i) all conditions to the assumption and assignment of the Closing Date Contracts identified on Exhibit A will have been satisfied, (ii) Counterparty will have fully and finally compromised, settled and released any and all claims, liabilities and obligations against Purchaser for any fees and expenses or other amounts due to Counterparty for products and/or services under the Ratings Agreement on or before the date hereof (including, without limitation, claims for such fees, expenses or other amounts that are now unknown, contingent and/or unliquidated)[1], and (iii) as provided by the Sale Orders and 11 U.S.C. § 365, Counterparty will have no further claims against the Debtors or their estates for fees and expenses due Counterparty under the Ratings Agreements on or before the date hereof. By signing below, Counterparty does not compromise, settle or release any claims, counterclaims or defenses that Counterparty may have or assert against any parties (except for claims against Purchaser, the Debtors or their estates for fees and expenses or other amounts due Counterparty for products and/or services under the Ratings Agreements on or before the date hereof), which claims, counterclaims and defenses are expressly preserved.

Payment of the Ratings Cure Amounts may be made by the Purchaser by check to the address identified by Counterparty in the attached Exhibit B no later than twenty-one (21) days after the date the Counterparty signs this Consent and Agreement. Counterparty agrees that promptly following receipt of such Cure Amounts, Counterparty will file with the Bankruptcy Court a notice of withdrawal with prejudice of its Cure Cost Objections.

In connection with the assignment of the Ratings Agreements, Counterparty and Purchaser agree that, notwithstanding anything to the contrary therein, each of the Ratings Agreements is hereby amended to the extent applicable to provide Purchaser a right of termination on 30 days' written notice to Counterparty at the address identified on Exhibit B. Following such termination, neither Purchaser nor Counterparty shall have any further claims, liabilities or obligations with respect to such terminated Ratings Agreements; provided, however, that Purchaser shall remain liable for accrued but unpaid fees owed in respect of the Ratings Agreements arising prior to the applicable date of termination and after the date hereof. Purchaser acknowledges and agrees that the foregoing modification applies only to the Ratings Contracts and represents a modification of the standard terms offered by Counterparty and Counterparty consents to such modification only because of the particular circumstances surrounding the Debtors' bankruptcy cases. For the avoidance of doubt, no agreements between Counterparty and Purchaser or between the Counterparty and any other party other than the Ratings Agreements are thus modified.

---

[1] COUNTERPARTY ACKNOWLEDGES AND EXPRESSLY WAIVES THE BENEFIT OF ANY STATUTORY PROVISION OR COMMON LAW RULE THAT PROVIDES THAT A RELEASE DOES NOT EXTEND TO CLAIMS WHICH A PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN ITS FAVOR AT THE TIME OF EXECUTION, INCLUDING, WITHOUT LIMITATION, THE PROVISIONS OF CALIFORNIA CIVIL CODE SECTION 1542.

Each of the signatories below represents that (s)he has authority to sign on behalf of Counterparty or Purchaser, as applicable.


Dated: July 1, 2010


*John C. Weisenseel*

By:  John C. Weisenseel
Title: Senior Vice President Finance
Standard & Poor's




ACKNOWLEDGED AND AGREED:



Barclays Capital Inc.
    By: _____
    Title: _____

3

Each of the signatories below represents that (s)he has authority to sign on behalf of Counterparty or Purchaser, as applicable.

Dated: June 30, 2010

By: _____
Title: _____

ACKNOWLEDGED AND AGREED:

Barclays Capital Inc.
By: _____
Title: _____

Gerard S. LaRocca
Chief Executive, Americas
Barclays Capital, Inc.

**Exhibit A**

**Schedule of Related Contracts (Standard & Poor's)**

| | Counterparty | Title of Agreement | Description | Lehman Entity | Cure Amount (through 9/22/08) | Bus. as Usual Amount Due (9/22/08–present) |
|---|---|---|---|---|---|---|
| 1 | Standard & Poor's | Letter Agreement re LBSBC 2006-2. | Agreement to rate certain obligations issued by LB in connection with the LBSBC 2006-2 transaction, dated August 7, 2006. | Lehman Brothers | $7,500 | $7,500 |
| 2 | Standard & Poor's | Letter Agreement re Lehman LLF 2007-C5. | Agreement to rate commercial mortgage securities for Lehman LLF 2007-C5, dated July 9, 2007. | Lehman Brothers | $3,000 | $45,000 |
| 3 | Standard & Poor's | Letter Agreement re Verano CCS, Ltd. | Agreement to rate certain notes issued by Verano CCS, Ltd, dated July 23, 2008. | LBI | $660,000 | $110,000 |
| 4 | Standard & Poor's | Letter Agreement re Lehman 2006 Condo-CCL C2. | Agreement to rate proposed commercial mortgage securities for Lehman 2006 Condo-CCL C2, dated February 21, 2006. | Lehman Brothers | $30,000 | $60,000 |
| 5 | Standard & Poor's | Letter Agreement re Pine CCS, Ltd. | Agreement to rate certain notes issued by Pine CCS, Ltd., dated May 28, 2008. | LBI | $600,000 | $70,000 |
| 6 | Standard & Poor's | Letter Agreement re Freedom CCS 2008-1, Ltd. | Agreement to rate certain notes issued by Freedom CCS 2008-1, Ltd., dated March 18, 2008. | LBI | $600,188 | $70,000 |
| 7 | Standard & Poor's | Letter Agreement re LBSBC NIM Company 2006-2. | Agreement to rate certain obligations to be issued by Lehman Brothers in connection with the LBSBC NIM Company 2006-2 transaction, dated August 7, 2006. | Lehman Brothers | $7,500 | $7,500 |
| 8 | Standard & Poor's | Letter Agreement re Lehman Brothers Commercial Mortgage Trust, Series 2005-LLF-C4. | Agreement to rate proposed commercial mortgage securities for Lehman Brothers Commercial Mortgage Trust, Series 2005-LLF-C4, dated June 20, 2005. | LBI | $25,000 | $25,000 |
| 9 | Standard & | Letter Agreement re Lehman Brothers | Agreement to rate proposed | LBI | $25,000 | $25,000 |

4

| | | | | | |
|---|---|---|---|---|---|
| Poor's | Commercial Mortgage Pass-Through Certificates Series 2004-LLF-C5. | commercial mortgage securities for the Lehman Brothers Commercial Mortgage Pass-Through Certificates Series 2004-LLF-C5 transaction, dated June 25, 2004. | | | |
| 10 | Standard & Poor's | Letter Agreement re Lehman Brothers Commercial Mortgage Trust, Series 2006-LLF-C5. | Agreement to rate proposed commercial mortgage securities for the Lehman Brothers Commercial Mortgage Trust, Series 2006-LLF-C5, dated July 10, 2006. | LBI | $40,000 | $40,000 |
| | | | | **$1,998,188** | **$460,000** |

5

# EXHIBIT C

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | Southern District of New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Lehman Brothers Holdings, Inc. | Case Number:<br>08-13555 (JMP) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Standard & Poors<br><br>Name and address where notices should be sent:<br>55 Water Street - 46th Floor<br>New York, New York  10041<br><br>Telephone number:  (212) 438-7139          Email Address:  louis_slanina@standardandpoors.com | ☑ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>*(If known)*<br><br>Filed on:  9/21/09 |
|---|---|

| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: _____ | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

| 1. Amount of Claim as of Date Case Filed:     $  403,866.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
|---|---|

| 2. Basis for Claim:  Sales of information, Goods and Services<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
|---|---|
| 3. Last four digits of any number by which creditor identifies debtor:  various<br><br>3a. Debtor may have scheduled account as:<br>(See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate     ☐ Motor Vehicle     ☐ Other<br>Describe:<br><br>Value of Property:$_____  Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____  Basis for perfection:_____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>August 12, 2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Louis Slanina<br>Vice President Client Relations Services | FILED / RECEIVED<br><br>AUG 1 8 2010<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Open AR Ratings Invoices

| Region | Business Unit Name | Billto Cost | Billto Name | Product | Product description | Create Date | Invoice | Orig AR Amt | Balance due |
|---|---|---|---|---|---|---|---|---|---|
| US Claim | | | | | | | | | |
| DOM_OR_DATA | Structured Ratings | *100000001623 | LEHMAN BROTHERS | 69476A | COMM MTGE - ANNUAL | 10/5/2007 | 10157661 | 20,000.00 | 20,000.00 |
| DOM_OR_DATA | Structured Ratings | *529345900D0 | INVOICE PROCESSING SYS | 69476A | COMM MTGE - ANNUAL | 6/6/2008 | 10181317 | 2,000.00 | 2,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000045729 | LEHMAN BROTHERS | 8926AA | synthetic annual | 2/7/2008 | 10170653 | 5,000.00 | 5,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000017465 | LEHMAN BROTHERS | 6947GA | COMM MTGE - ANNUAL | 5/7/2008 | 10178609 | 25,000.00 | 25,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000039367 | LEHMAN BROTHERS | 6470ZA | NAAB - COMM PAPER - STAND ALONE- ANN | 7/8/2008 | 10185397 | 75,000.00 | 75,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000063793 | LEHMAN BROS. RESIDENTI | 69101A | FIXED INCOME - ANNUAL | 9/8/2008 | 10190377 | 35,000.00 | 35,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000046418 | LEHMAN BROS. RESIDENTI | 69111A | RESIDENTIAL MORTGAGE - ANNUAL | 9/8/2008 | 10190350 | 2,500.00 | 2,500.00 |
| DOM_OR_DATA | Structured Ratings | *100000073517 | LEHMAN BROTHERS | 69597 | SURV18C-RMBS | 8/25/2008 | 10190842 | 22,500.00 | 22,500.00 |
| DOM_OR_DATA | Structured Ratings | *100000031046 | LEHMAN BROTHERS | 69RMBS | PREPAID SURVEILLANCE - RMBS | 9/3/2008 | 10407909 | 5,000.00 | 5,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000031046 | LEHMAN BROTHERS | 61016 | REREMIC | 9/3/2008 | 10407909 | 25,000.00 | 25,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000031046 | LEHMAN BROTHERS | 69RMBS | PREPAID SURVEILLANCE - RMBS | 9/3/2008 | 10407910 | 15,000.00 | 15,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000031046 | LEHMAN BROTHERS | 61011 | PRIME JUMBO | 9/3/2008 | 10407910 | 50,000.00 | 50,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000070072 | LEHMAN BROTHERS | 640010 | NAAB COMM PAPER STAND ALONE-QUARTE | 9/9/2008 | 10191748 | 34,000.00 | 34,000.00 |
| DOM_OR_DATA | Structured Ratings | *100000069418 | IMAGE PROCESSING SYSTE | 10103 | PUBLIC RATING - BOSTON - GO | 9/11/2007 | 10157240 | 3,500.00 | 3,500.00 |
| DOM_OR_DATA | PUBLIC FINANCE | *100000070366 | LEHMAN BROTHERS | 175412 | DERIVATIVE(OTHER) - SAN FRAN | 10/3/2007 | 10162370 | 1,000.00 | 1,000.00 |
| DOM_OR_DATA | PUBLIC FINANCE | *100000037684 | LEHMAN BROTHERS | 10842A | ISSUER CREDIT RATING-HOUSING-ANNUAL | 9/8/2008 | 10189655 | 60,000.00 | 60,000.00 |
| | | | | | | | | 450,725.00 | 441,828.04 |

380,500    380,500

# STANDARD &POOR'S
*The McGraw-Hill Companies*

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

Invoice No.:  10157661
Acct. No.:  1000001623
Date:  10/05/07
Page:  1
Purchase Order:

Services Provided To:

TRISH HALL
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ 07096

TRISH HALL
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ 07096

69476A    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:          $20,000.00
          STRUCTURED ASSETS SECURITIES CORP (SASCO)
          USD $268,133,891.87 LEHMAN BROTHERS COMMERCIAL
          CONDUIT MORTGAGE TRUST MULTI-CLASS PASS-THROUGH
          CERTIFICATES SERIES 1995-C2
               ANNUAL FEE
          (10/01/2007 THRU 09/30/2008)

FOR INQUIRIES PLEASE CONTACT:
IAN PARNES
TEL: 1-800-767-1896 EXT # 1
FAX: 1-212-438-5178
IAN_PARNES@SANDP.COM

Special Instructions                                              TOTAL
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS    AMOUNT DUE    $20,000.00  USD
This Invoice Due and Payable As Of:    10/05/07

---

Make Checks Payable To:        To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance
# STANDARD &POOR'S
The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

Invoice No.:  10157661
Acct. No.:  1000001623
Date:  10/05/07

BILLED TO:              PAY BY WIRE TRANSFER:              REMIT TO:

TRISH HALL              BANK OF AMERICA                   STANDARD AND POOR'S
LEHMAN BROTHERS         SAN FRANCISCO CA                  2542 COLLECTION CENTER DRIVE
IMAGE PROCESSING SYSTEMS  STANDARD AND POOR'S             CHICAGO, IL 60693
PO BOX 2339             ACCOUNT NO. 12334-02500
SECAUCUS NJ 07096       ABA No. 0260-0959-3
                        PLEASE REFERENCE INVOICE #
                                                          TOTAL
                                                          AMOUNT DUE    $20,000.00  USD

10000016234 10157661 02000000 1 700 10 07 1007 2

# STANDARD &POOR'S

The McGraw·Hill Companies

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10181317 |
| Acct. No.: | 9264950000 |
| Date: | 06/06/08 |
| Page: | 1 |
| Purchase Order: | |

0000

JOAN DIAZ
INVOICE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ 07096

Services Provided To:

JOAN DIAZ
INVOICE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ 07096

69476A    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:        $2,000.00
LEHMAN PASS-THROUGH SECURITIES INC.
USD $157,557.159 8% MULTICLASS PASS-THROUGH
CERTIFICATES SER 1991-2
    ANNUAL FEE
(06/01/2008 THRU 05/31/2009)

FOR INQUIRIES PLEASE CONTACT:
IAN PARNES
TEL: 1-800-767-1896 EXT # 1
FAX: 1-212-438-5178
IAN_PARNES@SANDP.COM

Special Instructions
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS

| TOTAL AMOUNT DUE | $2,000.00 | USD |
|---|---|---|

This Invoice Due and Payable As Of:    06/06/08

---

Make Checks Payable To:

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# STANDARD &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10181317 |
| Acct. No.: | 9264950000 |
| Date: | 06/06/08 |

BILLED TO:

0000

JOAN DIAZ
INVOICE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ 07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

| TOTAL AMOUNT DUE | $2,000.00 | USD |
|---|---|---|

⑂92649500000 10181317 00200000 1 700 10 07 0608 2

# STANDARD &POOR'S
The McGraw-Hill Companies

Invoice No.:    10170553
Acct. No.:    1000045729
Date:    02/07/08
Page:    1
Purchase Order:

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

Services Provided To:

JOAN DIAZ
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ  07096

JOAN DIAZ
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ  07096

69264A    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:    $5,000.00
          CRIMSON COMMERICAL PAPER TRUST
          $400,390,749 COMMERCIAL PAPER NOTES
          $1,000 CERTIFICATES
          SURVEILLANCE FEE: $5,000 ANNUALLY
          (02/01/2008 THRU 01/31/2009)

FOR INQUIRIES PLEASE CONTACT:
IAN PARNES
TEL: 1-800-767-1896 EXT # 1
FAX: 1-212-438-5178
IAN_PARNES@SANDP.COM

Special Instructions                                              TOTAL
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS    AMOUNT DUE    $5,000.00    USD
This Invoice Due and Payable As Of:    02/07/08

---

Make Checks Payable To:                    To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# STANDARD &POOR'S
The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

Invoice No.:    10170553
Acct. No.:    1000045729
Date:    02/07/08

BILLED TO:

JOAN DIAZ
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ  07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

TOTAL
AMOUNT DUE    $5,000.00 USD

10000457293 10170553 00500000 1 700 10 07 0208 0

# STANDARD
# &POOR'S
*The McGraw-Hill Companies*

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10178909 |
| Acct. No.: | 1000017435 |
| Date: | 05/01/08 |
| Page: | 1 |
| Purchase Order: | |

Services Provided To:

TRICIA HALL
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ  07096

TRICIA HALL
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ  07096

69476A    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:             $25,000.00
          FIRST UNION-LEHMAN BROTHERS COMMERICAL MORTGAGE
          TRUST - USD $124,108,260 (RATED AMOUNT)
          COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES
          SERIES 1997-C1 CLASSES F, G, H & J
              ANNUAL FEE
          (05/01/2008 THRU 04/30/2009)

FOR INQUIRIES PLEASE CONTACT:
IAN PARNES
TEL: 1-800-767-1896 EXT # 1
FAX: 1-212-438-5178
IAN_PARNES@SANDP.COM

Special Instructions                                            **TOTAL**
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS    **AMOUNT DUE**    $25,000.00    USD
This Invoice Due and Payable As Of:          05/01/08

---

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

Make Checks Payable To:
# STANDARD
# &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10178909 |
| Acct. No.: | 1000017435 |
| Date: | 05/01/08 |

BILLED TO:

TRICIA HALL
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2339
SECAUCUS NJ  07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**TOTAL**
**AMOUNT DUE**      $25,000.00  USD

10000174351 10178909 02500000 1 700 10 07 0508 3

# STANDARD & POOR'S
The McGraw-Hill Companies

| | |
|---|---|
| Invoice No.: | 10185397 |
| Acct. No.: | 1000039367 |
| Date: | 07/08/08 |
| Page: | 1 |
| Purchase Order: | |

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

Services Provided To:

TARRA ANUNZIATO
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

TARRA ANUNZIATO
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

64702A   ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:                              $75,000.00
         MAST FUNDING TRUST I
         $294,682,000 SHORT TERM EXTENDIBLE NOTES,
         ANNUAL SURVEILLANCE FEE : $75,000 ANNUALLY
         (07/01/2008 THRU 06/30/2009)

FOR INQUIRIES PLEASE CONTACT:
JASON CHEN
TEL: 1-800-767-1896 EXT #5
FAX 1-212-438-5178
JASON_CHEN@SANDP.COM

Special Instructions
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS

| TOTAL AMOUNT DUE | $75,000.00 | USD |
|---|---|---|

This Invoice Due and Payable As Of:   07/08/08

---

Make Checks Payable To:

# STANDARD & POOR'S

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10185397 |
| Acct. No.: | 1000039367 |
| Date: | 07/08/08 |

BILLED TO:

TARRA ANUNZIATO
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

| TOTAL AMOUNT DUE | $75,000.00 | USD |
|---|---|---|

10000393679 10185397 07500000 1 700 10 07 0708 6

# STANDARD
# &POOR'S

*The McGraw-Hill Companies*

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10190377 |
| Acct. No.: | 1000063793 |
| Date: | 09/08/08 |
| Page: | 1 |
| Purchase Order: | |

0201

| | Services Provided To: |
|---|---|
| SEBASTIANO RIVA | SEBASTIANO RIVA |
| LEHMAN BROTHERS | LEHMAN BROTHERS |
| IMAGE PROCESSING SYSTEMS | IMAGE PROCESSING SYSTEMS |
| P.O. BOX 2339 | P.O. BOX 2339 |
| SECAUCUS NJ 07096 | SECAUCUS NJ 07096 |

69101A   ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:   $35,000.00
NORTHWOODS CAPITAL VII LIMITED / NORTHWOODS
CAPITAL VII INC.
(09/01/2008 THRU 08/31/2009)

FOR INQUIRIES PLEASE CONTACT:
IAN PARNES
TEL: 1-800-767-1896 EXT # 1
FAX: 1-212-438-5178
IAN_PARNES@SANDP.COM

| Special Instructions | TOTAL | |
|---|---|---|
| PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS | AMOUNT DUE   $35,000.00 | USD |
| This Invoice Due and Payable As Of:   09/08/08 | | |

---

Make Checks Payable To:

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# STANDARD
# &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10190377 |
| Acct. No.: | 1000063793 |
| Date: | 09/08/08 |

0201

| BILLED TO: | PAY BY WIRE TRANSFER: | REMIT TO: |
|---|---|---|
| SEBASTIANO RIVA | BANK OF AMERICA | STANDARD AND POOR'S |
| LEHMAN BROTHERS | SAN FRANCISCO CA | 2542 COLLECTION CENTER DRIVE |
| IMAGE PROCESSING SYSTEMS | STANDARD AND POOR'S | CHICAGO, IL 60693 |
| P.O. BOX 2339 | ACCOUNT NO. 12334-02500 | |
| SECAUCUS NJ 07096 | ABA No. 0260-0959-3 | |
| | PLEASE REFERENCE INVOICE # | |

| TOTAL | |
|---|---|
| AMOUNT DUE   $35,000.00 | USD |

10000637934 10190377 03500000 1 700 10 07 0908 1

# STANDARD
# &POOR'S

The McGraw-Hill Companies

| | |
|---|---|
| Invoice No.: | 10190390 |
| Acct. No.: | 1000046416 |
| Date: | 09/08/08 |
| Page: | 1 |
| Purchase Order: | |

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

Services Provided To:

JOSEPH KELLY
LEHMAN BROS. RESIDENITIAL MORT
IMAGE PROCESSING SYSTEM
P.O. BOX 2339
SECAUCUS NJ 07096

JOSEPH KELLY
LEHMAN BROS. RESIDENITIAL MORT
IMAGE PROCESSING SYSTEM
P.O. BOX 2339
SECAUCUS NJ 07096

69111A   ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:          $2,500.00
         STRUCTURED ASSET SECURITIES CORPORATION
         REVERSE MORTGAGE LOAN TRUST 2006-RM1 MORTGAGE
         BACKED NOTES

         (09/01/2008 THRU 08/31/2009)

FOR INQUIRIES PLEASE CONTACT:
IAN PARNES
TEL: 1-800-767-1896 EXT # 1
FAX: 1-212-438-5178
IAN_PARNES@SANDP.COM

| Special Instructions | TOTAL | |
|---|---|---|
| PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS | AMOUNT DUE   $2,500.00 | USD |
| This invoice Due and Payable As Of:    09/08/08 | | |

Make Checks Payable To:

# STANDARD
# &POOR'S

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10190390 |
| Acct. No.: | 1000046416 |
| Date: | 09/08/08 |

BILLED TO:

JOSEPH KELLY
LEHMAN BROS. RESIDENITIAL MORT
IMAGE PROCESSING SYSTEM
P.O. BOX 2339
SECAUCUS NJ 07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

TOTAL
AMOUNT DUE          $2,500.00   USD

10000464162 10190390 00250000 1 700 10 07 0908 6

# STANDARD &POOR'S
The McGraw-Hill Companies

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

Acct. No.: 1000073517
Date: 08/25/08
Page: 1
Purchase Order:

0201

MR. LEI TIE
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

Services Provided To:

MR. LEI TIE
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

69697    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:
FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF10
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF10
RATING AFFIRMATION BASED ON SERVICING TRANSFER AMENDMENT

$22,500.00

FOR INQUIRIES PLEASE CONTACT:
IAN PARNES
TEL: 1-800-767-1896 EXT # 1
FAX: 1-212-438-5178
IAN_PARNES@SANDP.COM

Special Instructions
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS
This Invoice Due and Payable As Of:    08/25/08

TOTAL
AMOUNT DUE    $22,500.00    USD

---

Make Checks Payable To:

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# STANDARD &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

Invoice No.: 10190842
Acct. No.: 1000073517
Date: 08/25/08

0201

BILLED TO:

MR. LEI TIE
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

TOTAL
AMOUNT DUE    $22,500.00    USD

10000735176 10190842 02250000 1 700 10 07 0808 9

# STANDARD &POOR'S

The McGraw-Hill Companies

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10407909 |
| Acct. No.: | 1000031046 |
| Date: | 09/03/08 |
| Page: | 1 |
| Purchase Order: | |

Services Provided To:

MICHAEL HITZMAN
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

MICHAEL HITZMAN
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

Svc     ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:                                        30,000.00
        Structured Asset Securities Corporation Trust 2008-5
        Pass-Through Certificates, Series 2008-5
        Rating Fee: 25,000
        Upfront Surveillance Fee: 5,000

FOR INQUIRIES PLEASE CONTACT:
JASON CHEN
TEL:1-800-767-1896 EXT #5
FAX:1-212-438-5178
JASON_CHEN@SANDP.COM

| Special Instructions | TOTAL | | |
|---|---|---|---|
| PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS | AMOUNT DUE | $30,000.00 | USD |
| This Invoice Due and Payable As Of:        09/03/08 | | | |

Make Checks Payable To:

# STANDARD &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10407909 |
| Acct. No.: | 1000031046 |
| Date: | 09/03/08 |

BILLED TO:

MICHAEL HITZMAN
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

TOTAL
AMOUNT DUE        $30,000.00    USD

10000310460  10407909  03000000  1 700 10 07 0908 5

# STANDARD & POOR'S

The McGraw-Hill Companies

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10407910 |
| Acct. No.: | 1000031046 |
| Date: | 09/03/08 |
| Page: | 1 |
| Purchase Order: | |

Services Provided To:

MICHAEL HITZMAN
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

MICHAEL HITZMAN
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

Svc     ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:            65,000.00
        Lehman Mortgage Trust 2008-6
        Mortgage Pass-Through Certificates, Series 2008-6
        Rating Fee: 50,000
        Upfront Surveillance Fee: 15,000

FOR INQUIRIES PLEASE CONTACT:
JASON CHEN
TEL:1-800-767-1896 EXT #5
FAX:1-212-438-5178
JASON_CHEN@SANDP.COM

Special Instructions
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS
This invoice Due and Payable As Of:        09/03/08

TOTAL
AMOUNT DUE    $65,000.00    USD

Make Checks Payable to:

# STANDARD & POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10407910 |
| Acct. No.: | 1000031046 |
| Date: | 09/03/08 |

BILLED TO:

MICHAEL HITZMAN
LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339
SECAUCUS NJ 07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

TOTAL
AMOUNT DUE    $65,000.00    USD

10000310460  10407910  06500000  1  700  10  07  0908  1

# STANDARD &POOR'S

The McGraw-Hill Companies

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

Invoice No.:   10191748
Acct. No.:   1000070072
Date:   09/09/08
Page:   1
Purchase Order:

Services Provided To:

0201

ELLEN KIERNAN-REID
LEHMAN BROTHERS
P.O. BOX 2339
SECAUCUS NJ  07096

ELLEN KIERNAN-REID
LEHMAN BROTHERS
P.O. BOX 2339
SECAUCUS NJ  07096

64001Q   ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:                                    $34,000.00
D2343 SECOND QUARTER COMMERCIAL PAPER USAGE FEE
MAST FUNDING TRUST I 295 MILLION NA USAGE AMOUNT
1,034,000,000

FOR INQUIRIES PLEASE CONTACT:
JASON CHEN
TEL: 1-800-767-1896 EXT #5
FAX 1-212-438-5178
JASON_CHEN@SANDP.COM

Special Instructions                                                               TOTAL
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS      AMOUNT DUE    $34,000.00   USD
This Invoice Due and Payable As Of:        09/09/08

---

Make Checks Payable To:        To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# STANDARD &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

Invoice No.:   10191748
Acct. No.:   1000070072
Date:   09/09/08

BILLED TO:

0201

ELLEN KIERNAN-REID
LEHMAN BROTHERS
P.O. BOX 2339
SECAUCUS NJ  07096

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

TOTAL
AMOUNT DUE      $34,000.00  USD

10000700724  10191748  03400000  1 700 10 07 0908 0

# STANDARD &POOR'S
*The McGraw-Hill Companies*

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10157240 |
| Acct. No.: | 1000069418 |
| Date: | 09/11/07 |
| Page: | 1 |
| Purchase Order: | |

0201

MR. JACOPO VISENTINI
IMAGE PROCESSING SYSTEM6
C/O LEHMAN BROTHERS AP DEPT
PO BOX 2339
SECAUCUS NJ 07094

Services Provided To:

MR. JACOPO VISENTINI
IMAGE PROCESSING SYSTEM6
C/O LEHMAN BROTHERS AP DEPT
PO BOX 2339
SECAUCUS NJ 07094

101013    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:                                    $3,500.00
Commonwealth of Massachusetts, General
Obligation Refunded Bonds, 2005 Series A, due:
March 1, 2019: 2006D, due: August 1, 2020 - 2025:
2006E, due: November 1, 2022 - 2024

FOR INQUIRIES PLEASE CONTACT:
STEVEN BARNETT
PHONE: 1-800-767-1896 EXT #6
FAX: 1-212-438-5178
steve_barnett@standardandpoors.com

Special Instructions
PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS
This Invoice Due and Payable As Of:        09/11/07

| | |
|---|---|
| TOTAL AMOUNT DUE | $3,500.00    USD |

---

Make Checks Payable To:                To insure Proper Credit, DETACH HERE and RETURN THIS PORTION With Your Remittance

# STANDARD &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10157240 |
| Acct. No.: | 1000069418 |
| Date: | 09/11/07 |

0201

BILLED TO:

MR. JACOPO VISENTINI
IMAGE PROCESSING SYSTEM6
C/O LEHMAN BROTHERS AP DEPT
PO BOX 2339
SECAUCUS NJ 07094

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

| | |
|---|---|
| TOTAL AMOUNT DUE | $3,500.00  USD |

10000694180 10157240 00350000 1 700 10 07 0907 1

# STANDARD & POOR'S
The McGraw-Hill Companies

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10162370 |
| Acct. No.: | 1000070366 |
| Date: | 10/30/07 |
| Page: | 1 |
| Purchase Order: | |

0201

JACOPO VISENTINI
LEHMAN BROTHERS
PO BOX 2339
IMAGING PROCESS CENTER
NEW YORK NY 10019

Services Provided To:

JACOPO VISENTINI
LEHMAN BROTHERS
PO BOX 2339
IMAGING PROCESS CENTER
NEW YORK NY 10019

175412    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:        $1,000.00
US$21,735,000 RIBCO Trust, Floating Rate Trust
Receipts (Floater-TRs), Series 2007 FR/RI-K67W,
Relating to Municipal Improvement Corporation of
Los Angeles Lease Revenue Bonds, Series 2007-B1
(Figueroa Plaza) and San Fransico Bay Area Rapid
Transit District General Obligation Bonds
(Election of 2004) 2007 Series B

FOR INQUIRIES PLEASE CONTACT:
STEVEN BARNETT
PHONE: 1-800-767-1896 EXT #6
FAX: 1-212-438-5178
steve_barnett@standardandpoors.com

| Special Instructions | TOTAL | |
|---|---|---|
| PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS | AMOUNT DUE | $1,000.00    USD |
| This Invoice Due and Payable As Of:    10/30/07 | | |

Make Checks Payable To:

To Insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# STANDARD & POOR'S
The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10162370 |
| Acct. No.: | 1000070366 |
| Date: | 10/30/07 |

0201

BILLED TO:

JACOPO VISENTINI
LEHMAN BROTHERS
PO BOX 2339
IMAGING PROCESS CENTER
NEW YORK NY 10019

PAY BY WIRE TRANSFER:

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

REMIT TO:

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

| TOTAL | |
|---|---|
| AMOUNT DUE | $1,000.00    USD |

10000703664  10162370  00100000  1  700  10  07  1007  2

# STANDARD
# &POOR'S

The McGraw-Hill Companies

The McGraw-Hill Companies Federal I.D.: 13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10189655 |
| Acct. No.: | 1000037684 |
| Date: | 09/08/08 |
| Page: | 1 |
| Purchase Order: | |

0000

MR. ROBERT TAYLOR
LEHMAN BROTHERS
16TH FLOOR
399 PARK AVENUE
NEW YORK NY 10022

**Services Provided To:**

MR. ROBERT TAYLOR
LEHMAN BROTHERS
16TH FLOOR
399 PARK AVENUE
NEW YORK NY 10022

10842A    ANALYTICAL SERVICES RENDERED IN CONNECTION WITH:                                    $60,000.00
             Idaho Housing & Finance Associate, Issuer Credit
             Rating

             (09/01/2008 THRU 08/31/2009)

FOR INQUIRIES PLEASE CONTACT:
JOHN RYAN
TEL: 1-800-767-1896 EXT #4
FAX: 1-212-438-5178
John_ryan@sandp.com

| Special Instructions | | |
|---|---|---|
| PLEASE REFERENCE INVOICE OR STATEMENT NUMBER ON ALL CHECKS AND WIRE TRANSFERS | **TOTAL** | |
| This invoice Due and Payable As Of:    09/08/08 | **AMOUNT DUE**    $60,000.00    USD | |

Make Checks Payable To:

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# STANDARD
# &POOR'S

The McGraw-Hill Companies Federal I.D.:13-1026995
DBA Standard & Poor's Ratings Services

| | |
|---|---|
| Invoice No.: | 10189655 |
| Acct. No.: | 1000037684 |
| Date: | 09/08/08 |

0000

**BILLED TO:**

MR. ROBERT TAYLOR
LEHMAN BROTHERS
16TH FLOOR
399 PARK AVENUE
NEW YORK NY 10022

**PAY BY WIRE TRANSFER:**

BANK OF AMERICA
SAN FRANCISCO CA
STANDARD AND POOR'S
ACCOUNT NO. 12334-02500
ABA No. 0260-0959-3
PLEASE REFERENCE INVOICE #

**REMIT TO:**

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**TOTAL
AMOUNT DUE**    $60,000.00    USD

10000376847 10189655 06000000 1 700 10 07 0908 0

*Cusip* (handwritten)

At Lehman Bankruptcy

| Region | Business Unit | Business Unit Name | Billto Cust | Billto Name | Shipto cust | Shipto name | Product | Product description | Create Date | Invoice | Orig AR Amt | Balance due | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002962 | IMAGE PROCESSING SYSTEMS | T9800002962 | IMAGE PROCESSING SYSTEMS | CUSIP | CUSIP Service | 8/6/2008 | 34825094 | 500.00 | 500.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002962 | IMAGE PROCESSING SYSTEMS | T9800002962 | IMAGE PROCESSING SYSTEMS | CUSIP | CUSIP Service | 8/6/2008 | 34825045 | 500.00 | 500.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002896 | IMAGE PROCESSING CENTER | T9800002896 | IMAGE PROCESSING CENTER | EXPR | Express Fee | 9/1/2007 | 640452 | 677.00 | 677.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002914 | IMAGE PROCESSING CENTER | T9800002914 | IMAGE PROCESSING CENTER | EXPR | Express Fee | 9/1/2007 | 649025 | 884.00 | 884.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002914 | IMAGE PROCESSING CENTER | T9800002914 | IMAGE PROCESSING CENTER | EXPR | Express Fee | 9/1/2007 | 63574 | 144.00 | 144.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002914 | IMAGE PROCESSING CENTER | T9800002914 | IMAGE PROCESSING CENTER | EXPR | Express Fee | 9/1/2007 | 711215 | 268.00 | 268.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002914 | IMAGE PROCESSING CENTER | T9800002914 | IMAGE PROCESSING CENTER | CUSIP | CUSIP Service | 9/1/2007 | 711216 | 448.00 | 448.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002914 | IMAGE PROCESSING CENTER | T9800002914 | IMAGE PROCESSING CENTER | CUSIP | CUSIP Service | 9/1/2007 | 711217 | 223.00 | 223.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002914 | IMAGE PROCESSING CENTER | T9800002914 | IMAGE PROCESSING CENTER | CUSIP | CUSIP Service | 9/1/2007 | 711218 | 313.00 | 313.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002914 | IMAGE PROCESSING CENTER | T9800002914 | IMAGE PROCESSING CENTER | CUSIP | CUSIP Service | 9/1/2007 | 713147 | 1,014.00 | 1,014.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002917 | LEHMAN BROTHERS | T9800002917 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 9/1/2007 | 73149 | 120.00 | 120.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002917 | LEHMAN BROTHERS | T9800002917 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 9/1/2007 | 729164 | 134.00 | 134.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002917 | LEHMAN BROTHERS | T9800002917 | LEHMAN BROTHERS | DISC | Discount | 9/1/2007 | 728298 | 180.00 | 180.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002917 | LEHMAN BROTHERS | T9800002917 | LEHMAN BROTHERS | DISC | Discount | 9/1/2007 | 729778 | 180.00 | 180.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002917 | LEHMAN BROTHERS | T9800002917 | LEHMAN BROTHERS | DISC | Discount | 9/1/2007 | 730488 | 180.00 | 180.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002917 | LEHMAN BROTHERS | T9800002917 | LEHMAN BROTHERS | DISC | Discount | 9/1/2007 | 73170 | 60.00 | 60.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002924 | IMAGE PROCESSING CENTER | T9800002924 | IMAGE PROCESSING CENTER | DISC | Discount | 9/2/2007 | 735142 | 130.00 | 130.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002934 | LEHMAN BROTHERS | T9800002934 | LEHMAN BROTHERS | DISC | Discount | 9/1/2007 | 698524 | 130.00 | 130.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002934 | LEHMAN BROTHERS | T9800002934 | LEHMAN BROTHERS | DISC | Discount | 9/1/2007 | 705476 | 221.00 | 221.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800003380 | LEHMAN BROTHERS | T9800003380 | LEHMAN BROTHERS | DISC | Discount | 9/2/2007 | 70727 | 180.00 | 180.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800003380 | LEHMAN BROTHERS | T9800003380 | LEHMAN BROTHERS | DISC | Discount | 9/12/2007 | 714780 | 90.00 | 90.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800003380 | LEHMAN BROTHERS | T9800003380 | LEHMAN BROTHERS | DISC | Discount | 9/12/2007 | 718165 | 139.00 | 139.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800004722 | LEHMAN BROTHERS | T9800004722 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 9/12/2007 | 721727 | 302.00 | 302.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800005306 | LEHMAN BROTHERS | T9800005306 | LEHMAN BROTHERS | DISC | Discount | 9/18/2007 | 721737 | 120.00 | 120.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800003306 | LEHMAN BROTHERS | T9800003306 | LEHMAN BROTHERS | DISC | Discount | 10/10/2007 | 745535 | 21.00 | 21.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002967 | LEHMAN BROTHERS | T9800002967 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 10/18/2002 | 745093 | 194.00 | 194.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002967 | LEHMAN BROTHERS | T9800002967 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 11/7/2007 | 747093 | 149.00 | 149.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002967 | LEHMAN BROTHERS | T9800002967 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 11/7/2007 | 747772 | 134.00 | 134.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002967 | LEHMAN BROTHERS | T9800002967 | LEHMAN BROTHERS | Discount | Discount | 11/30/2007 | 749755 | 180.00 | 180.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002967 | LEHMAN BROTHERS | T9800002967 | LEHMAN BROTHERS | Discount | Discount | 12/5/2007 | 748722 | 200.00 | 200.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800002967 | LEHMAN BROTHERS | T9800002967 | LEHMAN BROTHERS | Discount | Discount | 12/14/2007 | 748157 | 180.00 | 180.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | Disclosure Fee | Disclosure Fee | 12/5/2007 | 749171 | 105.00 | 105.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | EXPR | Express Fee | 12/14/2007 | 750819 | 221.00 | 221.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 12/19/2007 | 750205 | 246.00 | 246.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 12/21/2007 | 751768 | 672.00 | 672.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 1/22/2008 | 34795179 | 180.00 | 180.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 2/5/2008 | 34798597 | 212.00 | 212.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 2/14/2008 | 34799213 | 212.00 | 212.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800006417 | LEHMAN BROTHERS | T9800006417 | LEHMAN BROTHERS | EXPR | Express Fee | 2/15/2008 | 34800156 | 212.00 | 212.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800006417 | LEHMAN BROTHERS | T9800006417 | LEHMAN BROTHERS | EXPR | Express Fee | 2/15/2008 | 34800197 | 448.00 | 448.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 2/22/2008 | 34800494 | 212.00 | 212.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 2/22/2008 | 34801495 | 422.00 | 422.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800099866 | LEHMAN BROTHERS | T9800099866 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 2/22/2008 | 34801817 | 229.00 | 229.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800011782 | LEHMAN BROTHERS | T9800011782 | LEHMAN BROTHERS | EXPR | Express Fee | 3/4/2008 | 34801494 | 212.00 | 212.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800011782 | LEHMAN BROTHERS | T9800011782 | LEHMAN BROTHERS | EXPR | Express Fee | 3/17/2008 | 34803376 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800011782 | LEHMAN BROTHERS | T9800011782 | LEHMAN BROTHERS | EXPR | Express Fee | 3/7/2008 | 34803377 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800011782 | LEHMAN BROTHERS | T9800011782 | LEHMAN BROTHERS | EXPR | Express Fee | 3/17/2008 | 34803378 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800011782 | LEHMAN BROTHERS | T9800011782 | LEHMAN BROTHERS | Express Fee | Express Fee | 3/17/2008 | 34803379 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T9800011782 | LEHMAN BROTHERS | T9800011782 | LEHMAN BROTHERS | Express Fee | Express Fee | 4/9/2008 | 34806733 | 207.00 | 207.00 | N |

| Region | Business Unit | Business Unit Name | Bill to Cust | Bill to Name | Ship to cust | Ship to name | Product | Product description | Create Date | Invoice | Orig AR Amt | Balance due | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000012138 | LEHMAN BROTHERS | T18000012138 | LEHMAN BROTHERS | DISC | Discount | 4/9/2008 | 34806755 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000012546 | LEHMAN BROTHERS | T18000012546 | LEHMAN BROTHERS | EXPR | Express Fee | 5/5/2008 | 34811096 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000012546 | LEHMAN BROTHERS | T18000012966 | LEHMAN BROTHERS | EXPR | Express Fee | 5/22/2008 | 34813931 | 252.00 | 252.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000012546 | LEHMAN BROTHERS | T18000012546 | LEHMAN BROTHERS | DISC | Discount | 6/3/2008 | 34815565 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000006023 | LEHMAN BROTHERS | T18000006023 | LEHMAN BROTHERS | DISC | Discount | 6/24/2008 | 34819107 | 153.00 | 153.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013541 | LEHMAN BROTHERS | T18000013541 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 7/1/2008 | 34821866 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013844 | LEHMAN BROTHERS | T18000013844 | LEHMAN BROTHERS | DISC | Discount | 7/2/2008 | 34822997 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013541 | LEHMAN BROTHERS | T18000013541 | LEHMAN BROTHERS | DISC | Discount | 7/22/2008 | 34822998 | 151.00 | 151.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013541 | LEHMAN BROTHERS | T18000013541 | LEHMAN BROTHERS | DISC | Discount | 8/5/2008 | 34823333 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013541 | LEHMAN BROTHERS | T18000013541 | LEHMAN BROTHERS | DISC | Discount | 8/7/2008 | 34824972 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013541 | LEHMAN BROTHERS | T18000013541 | LEHMAN BROTHERS | DISC | Discount | 8/8/2008 | 34825519 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013909 | LEHMAN BROTHERS | T18000013909 | LEHMAN BROTHERS | DISC | Discount | 8/11/2008 | 34825672 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013909 | LEHMAN BROTHERS | T18000013909 | LEHMAN BROTHERS | DISC | Discount | 8/11/2008 | 34825675 | 414.00 | 414.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000009397 | LEHMAN BROTHERS | T18000009397 | LEHMAN BROTHERS | DISC | Discount | 8/12/2008 | 34825812 | 124.00 | 124.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000009397 | LEHMAN BROTHERS | T18000009397 | LEHMAN BROTHERS | CUSIP | CUSIP Service | 8/12/2008 | 34825813 | 139.00 | 139.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000012546 | LEHMAN BROTHERS | T18000012546 | LEHMAN BROTHERS | DISC | Discount | 8/12/2008 | 34825837 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013971 | LEHMAN BROTHERS | T18000013971 | LEHMAN BROTHERS | GFOA | Disclosure Fee | 8/14/2008 | 34826281 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000009397 | LEHMAN BROTHERS | T18000009397 | LEHMAN BROTHERS | EXFR | Express Fee | 8/14/2008 | 34826413 | 129.00 | 129.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000008397 | LEHMAN BROTHERS | T18000008397 | LEHMAN BROTHERS | EXFR | Express Fee | 8/14/2008 | 34826414 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000008397 | LEHMAN BROTHERS | T18000008397 | LEHMAN BROTHERS | EXFR | Express Fee | 8/15/2008 | 34826461 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000011782 | LEHMAN BROTHERS | T18000011782 | LEHMAN BROTHERS | EXFR | Express Fee | 8/15/2008 | 34826542 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000011782 | LEHMAN BROTHERS | T18000011782 | LEHMAN BROTHERS | EXFR | Express Fee | 8/25/2008 | 34827642 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000014089 | LEHMAN BROTHERS | T18000014089 | LEHMAN BROTHERS | EXFR | Express Fee | 8/15/2008 | 34828193 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000013541 | LEHMAN BROTHERS | T18000013541 | LEHMAN BROTHERS | EXFR | Express Fee | 9/5/2008 | 34828215 | 345.00 | 345.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002902 | LEHMAN BROTHERS | T18000002902 | LEHMAN BROTHERS | DISC | Discount | 9/5/2008 | 34829253 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000008397 | LEHMAN BROTHERS | T18000008397 | LEHMAN BROTHERS | DISC | Discount | 9/6/2008 | 34829349 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000012546 | LEHMAN BROTHERS | T18000012546 | LEHMAN BROTHERS | EXPR | Discount | 9/10/2008 | 34829803 | 186.00 | 186.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000014243 | LEHMAN BROTHERS | T18000014243 | LEHMAN BROTHERS | EXPR | Discount | 9/10/2008 | 34829824 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000012546 | LEHMAN BROTHERS | T18000012546 | LEHMAN BROTHERS | Discount | Discount | 4/1/2008 | 34805332 | 207.00 | 207.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002954 | IMAGE PROCESSING CENTER ( | T18000002954 | LEHMAN BROTHERS HOLDINGS CUSIP | CUSIP Service | CUSIP Service | 4/1/2008 | 34815151 | 462.00 | 462.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002954 | IMAGE PROCESSING CENTER ( | T18000002954 | LEHMAN BROTHERS HOLDINGS CUSIP | CUSIP Service | CUSIP Service | 4/30/2008 | 34820108 | 357.00 | 357.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002914 | IMAGE PROCESSING CENTER ( | T18000002954 | LEHMAN BROTHERS HOLDINGS CUSIP | CUSIP Service | CUSIP Service | 7/1/2008 | 34824430 | 273.00 | 273.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000005344 | IMAGE PROCESSING CENTER ( | T18000005344 | LEHMAN BROTHERS HOLDINGS CUSIP | CUSIP Service | CUSIP Service | 8/1/2008 | 34824413 | 168.00 | 168.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000005344 | IMAGE PROCESSING CENTER ( | T18000005344 | LEHMAN BROTHERS HOLDINGS CUSIP | CUSIP Service | CUSIP Service | 8/1/2008 | 34824442 | 21.00 | 21.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002892 | IMAGE PROCESSING CENTER ( | T18000002892 | LEHMAN BROTHERS HOLDINGS CUSIP | CUSIP Service | CUSIP Service | 9/2/2008 | 34829749 | 84.00 | 84.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002921 | LEHMAN COMMERCIAL PAPER | T18000002921 | LEHMAN COMMERCIAL PAPER CUSIP | Discount | MORTGA DISC | 9/1/2007 | 689200 | 175.00 | 175.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002921 | LEHMAN COMMERCIAL PAPER | T18000002921 | LEHMAN COMMERCIAL PAPER CUSIP | LSTA | LSTA | 9/1/2007 | 689209 | 500.00 | 500.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002921 | LEHMAN COMMERCIAL PAPER | T18000002921 | LEHMAN COMMERCIAL PAPER CUSIP | LSTA Surcharge | LSTA Surcharge | 10/16/2007 | 34781295 | 750.00 | 750.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002921 | LEHMAN COMMERCIAL PAPER | T18000002921 | LEHMAN COMMERCIAL PAPER CUSIP | CUSIP Service | CUSIP Service | 1/16/2008 | 34734812 | 600.00 | 184.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002921 | LEHMAN COMMERCIAL PAPER | T18000002921 | LEHMAN COMMERCIAL PAPER CUSIP | CUSIP Service | CUSIP Service | 3/14/2008 | 34783459 | 750.00 | 750.00 | N |
| CUSIP_DATA | 1000-324-0457 | CUSIP | T18000002860 | LEHMAN COMMERCIAL PAPER | T18000002860 | LEHMAN COMMERCIAL PAPER CUSIP | CUSIP Service | CUSIP Service | 3/17/2010 | 34803460 | 600.00 | 600.00 | N |
| | | | | | | | | | | | 650.00 | 650.00 | N |
| | | | | | | | | | | | 23,775.00 | 23,366.00 | |

# EXHIBIT D

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## PROOF OF CLAIM

In Re:
Lehman Brothers Holdings Inc., et al.
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

UNIQ'

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000010928

Name of Debtor Against Which Claim is Held

Lehman Brothers Holdings Inc   08-13555

Case No. of Debtor

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000150018******
STANDARD & POOR'S INTERNATIONAL LLC
MARUNOUCHI KITAGUCHI BLDG 28F
1-6-5
MARUNOUCHI
CHIYODA-KU
TOKYO, 13 100-0005
JAPAN

hiromi_nagamine@
Telephone number: 81 3 4550 8440   Email Address:standardandpoors.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ ___59,684___
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: Service Performed
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: __2373__
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $_____   Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

FOR COURT USE ONLY

FILED / RECEIVED
SEP 09 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 7th Sep 09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Finance Director
Hiromi Nagamine

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.