Hearing Date and Time: March 22, 2012 at 10:00 a.m. (EST)
Response Deadline: March 6, 2012 at 4:00 p.m. (EST)

ANDREWS KURTH LLP
Jeremy B. Reckmeyer (JR 7536)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

ANDREWS KURTH LLP
Robin Russell (17424001 (TX)) (admitted *pro hac vice*)
Joseph P. Rovira (24066008 (TX))
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-3928
Facsimile: (713) 238-7477

*Counsel to David Andrews*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | |

**RESPONSE OF DAVID ANDREWS TO THE DEBTORS'
TWO HUNDRED FIFTY-FOURTH OMNIBUS OBJECTION
TO CLAIMS (EMPLOYMENT RELATED CLAIMS)**

David Andrews ("Andrews"), creditor and party in interest in the above-captioned cases, hereby files this Response (the "Response") to the Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment Related Claims) [Docket No. 25059] (the "Omnibus Objection"), and respectfully represents as follows:

NYC:237635.1

## BACKGROUND

1.      Commencing on September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.      On or about September 3, 2009, Andrews timely filed his proof of claim (the "Claim") against LBHI.[1]  The Claim is based on amounts owed to Andrews under his employment agreement and related to his employment with LBHI.

3.      On December 6, 2011, the Court entered an order confirming the Modified Third Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors.

4.      On February 7, 2012, the Debtors filed the Omnibus Objection.  The Omnibus Objection classifies the Claim as a "Non-Debtor Employee Claim" and alleges that the Claim should be disallowed because Andrews was not an employee of LBHI or any of the Debtors, but rather an employee of a non-debtor entity.

## RESPONSE

3.      Andrews objects to the Omnibus Objection.  Andrews was employed by LBHI prior to the Petition Date and was transferred to work in Australia by LBHI.  Such transfer did not affect or alter the terms of Andrews' employment by LBHI.  Accordingly, LBHI is liable to Andrews for the amounts set forth in the Claim.  Andrews reserves his right to further respond to the Omnibus Objection and raise any additional defenses to the Omnibus Objection which may be learned after an opportunity to conduct discovery.  Andrews reserves his rights to request fees and expenses relating to the defense of the Omnibus Objection.

---

[1] The claim is docketed as Claim No. 10221 by the Debtors' Official Claim Agent.

NYC:237635.1

WHEREFORE, Andrews requests that the Court enter an order consistent with this Response denying the Omnibus Objection as it relates to Andrews and granting to Andrews such other and further relief as is just and proper.

Dated: March 6, 2012
New York, New York

ANDREWS KURTH LLP

By: /s/ Jeremy B. Reckmeyer
Jeremy B. Reckmeyer (JR 7536)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

ANDREWS KURTH LLP
Robin Russell (17424001 (TX))
(admitted *pro hac vice*)
Joseph P. Rovira (24066008 (TX))
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-3928
Facsimile: (713) 238-7477

*Counsel to David Andrews*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing Response was filed on CM/ECF and served this 6th day of March, 2012 via United States First Class Mail on the parties listed below.

                                                          */s/ Jeremy B. Reckmeyer*
                                                          Jeremy B. Reckmeyer

Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Weil Gotshal & Magnes LLP
ATTN: Robert J. Lemons
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for Region 2
ATTN: Tracy Hope Davis
ATTN: Elisabetta Gasparini
ATTN: Andrea Schwartz
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
ATTN: Dennis F. Dune
ATTN: Dennis O'Donnell
ATTN: Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

4

NYC:237635.1