**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's Financial Services, LLC
and Standard & Poor's International, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                            ): ss.:
COUNTY OF ESSEX          )

STEPHEN R. DONAT, being duly sworn, deposes and says:

1.  I am employed by the law firm of Gibbons P.C. I am over 18 years of age.

2.  On Tuesday, March 6, 2012, I caused true and correct copies of the *Opposition of Standard & Poor's Financial Services, LLC and Standard & Poor's International, LLC to the Debtor's Two Hundred Fifty Sixth Omnibus Objection to Claims (Purchased Contract Claims)* to be delivered by overnight mail to the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

_____
Stephen R. Donat

Sworn to before me this 7th day of March, 2012

_____

#1762501 v1
056420-64220

<u>Exhibit A - Service List</u>

Hon. James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:   Robert J. Lemmons, Esq.
       Mark Bernstein, Esq.

Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York 10178-0061
Attn:   L.P. Harrison, 3rd, Esq.
       Cindi Eilbott Giglio, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
       Luc A. Despins, Esq.

United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, New York  10004
Attn:   Tracy Hope Davis, Esq.
       Elisabeth Gasparini, Esq.
       Andrea Schwartz, Esq.