REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
: 
In re                                                       :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   Case No. 08-13555 (JMP)
                                                            :   (Jointly Administered)
                                        Debtors.    :
                                                            :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
| **Creditor Name and Address:** | Beryl Finance Limited Series 2006-6 c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 17482 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., *f/k/a* BNY Corporate Trustee Services Ltd., hereby gives notice of the withdrawal the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure and it hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March     , 2012            BNY Mellon Corporate Trustee Services Ltd. *f/k/a*
                                   BNY Corporate Trustee Services Ltd.

                          By:      _____
                                   Name: Mark Brescacin
                                   Title: Senior Associate