**Presentment Date and Time: March 15, 2012 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: March 14, 2012 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): March 21, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING DEBTORS TO ASSUME CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **March 15, 2012 at 12:00 noon (Prevailing Eastern Time)**. The Order authorizes the Debtors to assume certain executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **March 14, 2012 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **March 21, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: March 7, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

**ORDER AUTHORIZING DEBTORS TO ASSUME**
**CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

WHEREAS on October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement [ECF No. 21254], as amended from time to time (the "Plan Supplement"),[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and

[1] On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement [ECF No. 21665]. On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement [ECF No. 22156]. On November 22, 2011, the Debtors filed Amendment No. 3 to the Plan Supplement [ECF No. 22590]. On November 29, 2011, the Debtors filed Amendment No. 4 to the Plan Supplement [ECF No. 22742]. On December 2, 2011, the Debtors filed Amendment No. 5 to the Plan Supplement [ECF No. 22876]. On December 5, 2011, the Debtors filed Amendments No. 6 and No. 7 to the Plan Supplement [ECF Nos. 22975 and 22980]. On January 31, 2012, the Debtors filed a notice of withdrawal of their application to assume certain executory contracts. [ECF No. 24823]. On February 9, 2012, the Debtors filed a Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts. [ECF No. 25201]. On February 13, 2012, the Debtors filed a Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts. [ECF No. 25266].

its Affiliated Debtors (the "Plan"), dated December 5, 2011 [ECF No. 22973] that was confirmed by order of the Court on December 6, 2011 [ECF No. 23023] (the "Confirmation Order");[2]

WHEREAS pursuant to the Confirmation Order, the Court approved the assumption, pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, of each executory contract and unexpired lease designated in the Plan Supplement other than any executory contracts and unexpired leases set forth on Schedules 1 and 2 of the Confirmation Order, or that were the subject of the objections listed on Schedules 1 and 2 of the Confirmation Order;

WHEREAS the executory contracts and unexpired leases listed on Exhibit A hereto (the "Expired Objection Deadline Contracts") were included on Schedule 1 of the Confirmation Order and designated as February 14 Contracts because the deadline for the counterparties to object to the Debtors' proposed assumption of such contracts did not expire until after the confirmation hearing, which took place on December 6, 2011;

WHEREAS the counterparties to the Expired Objection Deadline Contracts did not file and serve any objections to the Debtors' assumption of such contracts prior to the lapsing of the applicable objection deadlines;

WHEREAS the executory contracts listed on Exhibit B hereto (the "Resolved February 14 Contracts") were included on Schedule 1 of the Confirmation Order and designated as February 14 Contracts because the counterparties to such contracts or other parties (the "Objectors") filed objections to the Debtors' proposed assumption of such contracts;

WHEREAS the Debtors and the Objectors have resolved all objections to assumption of the Resolved February 14 Contracts;

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan and Confirmation Order.

WHEREAS the executory contracts listed on Exhibit C hereto (the "Modified Description Contracts," and collectively with the Expired Objection Deadline Contracts and the Resolved February 14 Contracts, the "Assumed Contracts") were included on Schedule 1 of the Confirmation Order and designated as February 14 Contracts because the counterparties to such contracts filed objections to, among other things, the Debtors' descriptions of such contracts on the Plan Supplement;

WHEREAS the Debtors and the counterparties to the Modified Description Contracts have resolved the objections to the Modified Description Contracts, and the Debtors have agreed to amend the descriptions of the Modified Description Contracts to read as provided on Exhbit C;

WHEREAS the hearing regarding the Debtors' ability to assume, or assume and assign, the Assumed Contracts was adjourned, pursuant to the Confirmation Order, to February 14, 2012 at 10:00 a.m., and further adjourned, pursuant to the Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts [ECF No. 25201], to April 10, 2012 at 10:00 a.m.;

WHEREAS because no objections to the Debtors' assumption of the Assumed Contracts remain to be resolved, the Debtors seek this Court's approval to assume the Assumed Contracts in accordance with the Confirmation Order and the Plan;

**IT IS HEREBY**:

ORDERED that pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, the assumption of the Assumed Contracts by the Debtors is hereby approved; and it is further

ORDERED that the descriptions of the Modified Description Contracts on the Plan Supplement shall be amended and modified in accordance with the modifications set forth on Exhibit C, which shall replace the descriptions set forth on the Plan Supplement, and the Debtors' request to assume any other contracts with the applicable counterparty is deemed withdrawn; and it is further

ORDERED that the filing and service of the Plan and the Plan Supplement, the service of notices of the cure amounts, the publication of the Confirmation Order, and the service of a notice of presentment with respect to this Order provides adequate notice of the assumption of the Assumed Contracts; and it is further

ORDERED that, except as may otherwise be agreed to by the parties to a particular Assumed Contract, within thirty (30) days after the later of (i) the Effective Date and (ii) this Order, the applicable Debtor shall cure any and all payment defaults under its respective Assumed Contract in accordance with section 365(b) of the Bankruptcy Code, by payment of the amount specified by the applicable Debtor in the Cure Notice sent by the Debtor with respect to such Assumed Contract; and it is further

ORDERED that all counterparties to the Assumed Contracts have been provided with adequate assurance of future performance pursuant to section 365(f) of the Bankruptcy Code; and it is further

ORDERED that the assumption of an Assumed Contract shall not enhance any contractual rights of a counterparty that were otherwise unenforceable under the Bankruptcy Code immediately prior to the assumption of such contract; *provided, however,* that the rights of all counterparties to assert that a contractual right was enforceable under the Bankruptcy Code immediately prior to assumption or rejection and the Debtors' rights to dispute any such assertions are fully preserved; and it is further

ORDERED that with respect to the Assumed Contracts, any defaults on the part of the Debtors that may arise because of a condition specified in section 365(b)(2) of the Bankruptcy Code ("Ipso Facto Defaults") are not subject to the requirements under section 365(b)(1) of the Bankruptcy Code and no party shall be permitted to declare a default, terminate, cease payment, delivery or any other performance under any executory contract or unexpired lease, or any agreement relating thereto, or otherwise modify any such executory contract or unexpired lease, assert any Claim or right to termination payment, or impose any penalty or otherwise take action against a Debtor as a result of an Ipso Facto Default; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March ___, 2012
New York, New York

_________________________________
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## EXPIRED OBJECTION DEADLINE CONTRACTS

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE EXPIRED OBJECTION DEADLINE CONTRACTS:**

| Counterparty | Debtor | Title of Agreement | Notice Address |
| --- | --- | --- | --- |
| U.S. Bank NA | LEHMAN BROTHERS SPECIAL FINANCING INC. | Escrow Reinvestment Contract dated on 1/17/2006 | Adventist Health System Sunbelt Healthcare Co.<br>111 North Orlando Avenue<br>Winter Park, FL, 32789<br><br>Attn: Gary Skilton |
| | | | Brian Justice<br>U.S. Bank National Association<br>225 E. Robinson Street<br>Suite 250<br>Orlando, Florida 32801 |
| | | | U.S. Bank NA<br>4930 34th Avenue South<br>Minneapolis, MN 55417-1594<br>MICR: 091000022 |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | Float Forward Agreement dated on 9/28/1994 | Adventist Health System Sunbelt Healthcare Co.<br>111 North Orlando Avenue<br>Winter Park, FL, 32789<br><br>Attn: Gary Skilton |
| | | | Brian Justice<br>U.S. Bank National Association<br>225 E. Robinson Street<br>Suite 250<br>Orlando, Florida 32801 |
| | | | U.S. Bank NA<br>4930 34th Avenue South<br>Minneapolis, MN 55417-1594<br>MICR: 091000022 |

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART C – COMMERCIAL REAL ESTATE AGREEMENTS – ARE EXPIRED OBJECTION DEADLINE CONTRACTS:**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| R04A28 | LBHI | THE WITKOFF GROUP LLC | Advisory Services Agreement | Ongoing Services Agreement | The Witkoff Group LLC<br>Attn: Scott C. Alper<br>130 EAST 59TH STREET, 15TH FLOOR<br>New York, New York 10022 |
| | | | | | The Witkoff Group LLC<br>220 East 42nd Street<br>New York, New York 10017 |
| N/A | PAMI Statler Arms LLC | PLANT MASTERS | Summary of Monthly Charges for Statler Arms | Service Agreement | Plant Masters<br>14379 Aquilla Rd.<br>Cleveland, OH 44021<br>Attn: Nanette Cox<br>Tel: 440.552.4819 |
| N/A | PAMI Statler Arms LLC | ELLA'S ALTERATIONS | Statler Arms Retail Lease | Retail Lease | Ella's Alterations<br>1127 Euclid Av.<br>Cleveland, OH 44115<br>Attn: Ella Poole<br>Tel: 216.589.9138 |
| N/A | PAMI Statler Arms LLC | FINER THINGS | Statler Arms Apartments Commertial Lease | Retail Lease | Finer Things<br>1127 Euclid Ave. Ste 717<br>Cleveland, OH 44115<br>Attn: Carol Stanley |

[1] LBHI – Lehman Brothers Holdings Inc.
LCPI – Lehman Commercial Paper Inc.
LCPUK – Lehman Commercial Paper Inc., UK Branch
LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

# EXHIBIT B

## RESOLVED FEBRUARY 14 CONTRACTS

# THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE RESOLVED FEBRUARY 14 CONTRACTS:

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| AIG CDS, INC. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | AIG CDCS, Inc.<br>c/o AIG Global Investment Corp<br>70 Pine Street, 13th Floor<br>New York, NY 10270<br><br>Attn: Investment Grade Credit Group |
| | | | David M. LeMay<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| RUBY FINANCE 2006-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | HSBC Bank, USA<br>CTLA – Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY 10016<br><br>Attn: Thomas Musarra |
| | | | Ruby Finance PLC<br>c/o The Bank of New York Mellon-London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| | | | Edward A. Smith<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>The Twenty-Fourth Floor<br>New York, NY 10020 |
| | | | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| RUBY FINANCE 2006-3 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | HSBC Bank, USA<br>CTLA – Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY 10016<br><br>Attn: Thomas Musarra |
| | | | Ruby Finance PLC<br>c/o The Bank of New York Mellon-London |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| | | | Edward A. Smith<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>The Twenty-Fourth Floor<br>New York, NY 10020 |
| | | | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART B – COMMERCIAL LOAN AGREEMENTS – ARE RESOLVED FEBRUARY 14 CONTRACTS:**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 00008447 | LCPI | HD Supply | 2,100,000,000 ABL Credit Agreement dated as of August 30, 2007 | Loan agreement | HD Supply Inc.<br>Attn: Evan Levitt<br>3100 Cumberland Blvd, Suite 1480<br>Atlanta, GA 30339<br><br>Debevoise & Plimpton LLP<br>Attn: Paul D. Brusiloff, Esq.<br>919 Third Avenue<br>New York, NY 10022 |
| 00008447 | LBSF | HD Supply | 2,100,000,000 ABL Credit Agreement dated as of August 30, 2007 | Loan agreement | HD Supply Inc.<br>Attn: Evan Levitt<br>3100 Cumberland Blvd, Suite 1480<br>Atlanta, GA 30339<br><br>Debevoise & Plimpton LLP<br>Attn: Paul D. Brusiloff, Esq.<br>919 Third Avenue<br>New York, NY 10022 |

[1] LBHI – Lehman Brothers Holdings Inc.
LCPI – Lehman Commercial Paper Inc.
LCPUK – Lehman Commercial Paper Inc., UK Branch
LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

**EXHIBIT C**

**MODIFIED DESCRIPTION CONTRACTS**

## THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART C – COMMERCIAL REAL ESTATE AGREEMENTS – ARE MODIFIED DESCRIPTION CONTRACTS, AND THE DESCRIPTIONS ARE MODIFIED TO READ AS FOLLOWS:

| Deal ID | Debtor[1] | Counterparty | Date | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|---|
| R08D44 | LCPI/LBHI | TUXEDO RESERVE OWNER LLC, TUXEDO TPA OWNER LLC | 09/06/2006, as amended on 12/28/2006, 4/13/2007, and 5/26/2010 | Building Loan Agreement dated September 6, 2006, as amended by the First Amendment to Building Loan Agreement dated as of December 28, 2006, as further amended by the Second Amendment to Building Loan Agreement dated as of April 13, 2007, and as further amended by the Omnibus Amendment to Senior Loan Agreement, Project Loan Agreement, and Other Loan Documents dated as of May 26, 2010 | Building Loan Agreement | C/O The Related Companies, L.P.<br>60 Columbus Circle<br>New York, NY<br>10023<br>Attn: Michael Brenner, Executive VP and CFO<br><br>c/o The Related Companies, L.P.<br>New York, NY<br>10023<br>Attn: David Speiser, VP<br><br>c/o The Related Companies, L.P.<br>New York, NY<br>10023<br>Attn: Randolph Amengual, Esq.<br><br>Steven H. Newman<br>Katsky Korins LLP<br>605 Third Avenue<br>New York, New York 10158 |

[1] LBHI – Lehman Brothers Holdings Inc.
LCPI – Lehman Commercial Paper Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

| Deal ID | Debtor[1] | Counterparty | Date | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|---|
| R08D44 | LCPI/LBHI | TUXEDO RESERVE OWNER LLC, TUXEDO TPA OWNER LLC | 09/06/2006, as amended on 12/28/2006, 4/13/2007, and 5/26/2010 | Project Loan Agreement dated September 6, 2006, as amended by the First Amendment to Project Loan Agreement, dated as of December 28, 2006, as further amended by the Second Amendment to Project Loan Agreement dated as of April 13, 2007, and as further amended by the Omnibus Amendment to Senior Loan Agreement, Project Loan Agreement, and Other Loan Documents dated as of May 26, 2010 | Project Loan Agreement | C/O The Related Companies, L.P.<br>60 Columbus Circle<br>New York, NY<br>10023<br>Attn: Michael Brenner, Executive VP and CFO<br><br>c/o The Related Companies, L.P.<br>New York, NY<br>10023<br>Attn: David Speiser, VP<br><br>c/o The Related Companies, L.P.<br>New York, NY<br>10023<br>Attn: Randolph Amengual, Esq.<br><br>Steven H. Newman<br>Katsky Korins LLP<br>605 Third Avenue<br>New York, New York 10158 |

| Deal ID | Debtor[1] | Counterparty | Date | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|---|
| R08D44 | LCPI/LBHI | TUXEDO RESERVE OWNER LLC, TUXEDO TPA OWNER LLC | 09/06/2006, as amended on 12/28/2006, 4/13/2007, and 5/26/2010 | Senior Loan Agreement dated September 6, 2006, as amended by the First Amendment to Senior Loan Agreement dated as of December 28, 2006, as further amended by the Second Amendment to Senior Loan Agreement dated as of April 13, 2007, and as further amended by the Omnibus Amendment to Senior Loan Agreement, Project Loan Agreement, and Other Loan Documents dated as of May 26, 2010 | Senior Loan Agreement | C/O The Related Companies, L.P.<br>60 Columbus Circle<br>New York, NY<br>10023<br>Attn: Michael Brenner, Executive VP and CFO<br><br>c/o The Related Companies, L.P.<br>New York, NY<br>10023<br>Attn: David Speiser, VP<br><br>c/o The Related Companies, L.P.<br>New York, NY<br>10023<br>Attn: Randolph Amengual, Esq.<br><br>Steven H. Newman<br>Katsky Korins LLP<br>605 Third Avenue<br>New York, New York 10158 |

**THE FOLLOWING CONTRACT LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART D – RESIDENTIAL REAL ESTATE AGREEMENTS – IS A MODIFIED DESCRIPTION CONTRACT, AND THE DESCRIPTION IS MODIFIED TO READ AS FOLLOWS:**

| Investor Codes | Debtor(s) | Counterparty(ies) | Title of Agreement | Description | Notice Address(es) |
|---|---|---|---|---|---|
| 843 | Lehman Capital, a division of Lehman Brothers Holdings Inc. | ONEWEST BANK, FSB AS SUCCESSOR SERVICER BY ASSIGNMENT FROM INDYMAC FEDERAL BANK, FSB[1] | Lehman Capital, a division of Lehman Brothers Holdings Inc. (Purchaser), and IndyMac Bank. F.S.B. (Company) Seller's Warranties and Servicing Agreement, Dated as of September 1, 2005 | Residential Loan Servicing Agreement | OneWest Bank, FSB<br>Attn: Brent Hoyler<br>VP SFR Asset Management<br>888 East Walnut Street<br>Pasadena, CA 91101 |
| | | | | | Tracy L. Klestadt<br>John E. Jureller, Jr.<br>Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, New York 10018 |
| | | | | | Dillon E. Jackson<br>Michael J. Gamsky<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101 |

[1] The Debtors have been provided with the following information by OneWest Bank, FSB:

> Indymac Bank, F.S.B. ("Indymac Bank") was closed by the Office of Thrift Supervision ("OTS") on July 11, 2008, and the Federal Deposit Insurance Corporation ("FDIC") was appointed Receiver for Indymac Bank on the same day. On or about the same day, many of the assets of Indymac Bank, including mortgage servicing rights, were transferred to Indymac Federal Bank, FSB ("Indymac Federal"), a newly formed bank operated by the FDIC as its Conservator. Indymac Federal was subsequently placed into FDIC receivership and certain of the assets of Indymac Federal, including the servicing rights under this agreement, were acquired by OneWest Bank, FSB ("OneWest Bank"), a newly chartered federal savings bank. OneWest Bank is not the corporate successor to Indymac Bank or Indymac Federal. OneWest Bank is the successor servicer by assignment from Indymac Federal, the FDIC's newly formed bank in conservatorship, with respect to the mortgage loans serviced under this agreement. OneWest Bank did not acquire or assume any of the obligations of Indymac Bank as seller with respect to any mortgage loans sold by Indymac Bank pursuant to this agreement.