Joseph E. Shickich, Jr.
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Phone:  (206) 624-3600
Fax:  (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDING, INC., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Joint Administration)<br><br>Relates to Docket No. 24933 |

**RESPONSE OF MICROSOFT IN OPPOSITION TO DEBTORS' 256TH
OMNIBUS OBJECTION TO CLAIMS
(PURCHASED CONTRACT CLAIMS)**

COMES NOW Microsoft Corporation and its wholly subsidiary, Microsoft

Licensing, GP (collectively, "Microsoft"), and responds in opposition to Debtors'

256th Omnibus Objection to Claims (Purchased Contract Claims) (Docket No.

24933) (the "Objection"), on the following grounds:

1.        Exhibit A to the Objection lists Microsoft's Claim, No. 25692, in the

amount of $244,111.91, filed in the case of Lehman Brothers Holding, Inc. (the

"Claim").

2.        A copy the of Claim is attached as Exhibit A to this Response.

3.        As explained on page 2 of the Claim, it is based on two Microsoft

Consulting Services Work Orders, Nos. 20060328 and 20070331 (the "Work

Orders"), and the invoices issued thereunder, in the amount of $244,111.91.  The Claim has not been paid.

4.       Debtor objects to the Claim on grounds that it is an "Purchased Contract Claim" that relates to contracts of the Debtors that were assigned to Barclays Capital Inc. ("Barclays") and for which Barclays assumed liability.

5.       This is incorrect with regard to the Work Orders that are the basis for the Claim.  They were not assigned to Barclays.

6.       When Debtors proposed to assign contracts to Barclays, Microsoft filed its Conditional Objection on September 19, 2008, under Docket No. 182, and its Supplement thereto, on October 13, 2008, under Docket No. 902.

7.       After consulting with Barclays as to which contracts were being assumed by the Debtors and assigned to Barclays, Microsoft filed its Withdrawal of Conditional Objection, on January 16, 2009, under Docket No. 2568, and its Amendment thereto on May 12, 2009, under Docket No. 3554.  The Withdrawal of Condition Objection is attached as Exhibit B to this Response, and the Amendment is attached as Exhibit C.  They list the contracts with Microsoft being assigned to Barclays, and they do not include the Work Orders in the list of assigned contracts.

8.       That is, the only Microsoft contracts that were assumed by the Debtors and assigned to Barclays are those listed specifically on Exhibits B and C hereto, and the Work Orders are not included in the list of assigned agreements.

9.       Accordingly, the Work Orders were not assigned to Barclays, the Claim is NOT a "Purchased Contract Claim," and the Objection must be overruled.

4849-3520-0014.01
20363.00480

WHEREFORE, Microsoft respectfully requests that the Objection be overruled and its Claim be allowed.

Dated: March 7, 2012

RIDDELL WILLIAMS P.S.


By: /s/ Joseph E. Shickich, Jr.
    Joseph E. Shickich, Jr.
    Washington State Bar No. 8751
    1001 – 4th Avenue, Suite 4500
    Seattle, WA  98154-1192
    Phone:  (206) 624-3600
    Fax:  (206) 389-1708
    jshickich@riddellwilliams.com

    Attorneys for Microsoft Corporation and
    Microsoft Licensing, GP

4849-3520-0014.01
20363.00480

## CERTIFICATE OF SERVICE

Courtney Tracy, declares:

1.      I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP.  I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.      On March 7, 2012, I electronically filed the foregoing **RESPONSE OF MICROSOFT IN OPPOSITION TO DEBTORS' 256TH OMNIBUS OBJECTION TO CLAIMS (PURCHASED CONTRACT CLAIMS)** with the Clerk of the Court (using the CM/ECF System).

3.      It is my understanding that the CM/ECF System will send notification of this filing to all parties listed in this case to receive notice electronically.

4.      In addition, I served the foregoing upon the following parties by U.S. First Class Mail.

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY  10004

Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons &
Mark Bernstein
767 Fifth Avenue
New York, NY  10153

Curtis, Mallet-Prevost, Colt & Mosle
Attn: L.P. Harrison 3rd &
Cindi Eilbott Giglio
101 Park Avenue
New York, NY  10178-0061

Office of the United States Trustee
Attn: Tracy Hope Davis
Elisabeth Gasparini
Andrea Schwartz
33 Whitehall Street, 21st Floor
New York, NY  10004

Official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy
Attn: Dannis F. Dunne
Dennis O'Donnell
Evan Fleck
1 Chase Manhattan Plaza
New York, NY  10005

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 7th day of March, 2012.

/s/ Courtney R. Tracy
Courtney Tracy

4849-3520-0014.01
20363.00480

# EXHIBIT A

789Form B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | Chapter 11<br>Case Number 08-13555 (JMP)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings, Inc. | Case Number<br><br>08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):

**Microsoft Corporation/Microsoft Enterprise Services**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and Address where payment should be sent (if different from above):

**c/o Joseph E. Shickich, Jr.**
**Riddell Williams P.S.**
**1001 Fourth Avenue, Suite 4500**
**Seattle, WA 98154-11920**
**Telephone: (206) 624-3600 / Email: jshickich@riddellwilliams.com**

Court Claim Number: _____
(If Known)

Filed on: _____

**1.    Amount of Claim at Date Case Filed: $244,111.91**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9) complete item 6.
☐    Check this box if all or part of your claim is based on a Derivative Contract*.
☐    Check this box if all or part of your claim is based on a Guarantee*.
        *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LONG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐    Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or a Guarantee.

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**2.    Basis for Claim:  Services**

**3.    Last four digits of any number by which creditor identifies debtor: _____**

    **3a.    Debtor may have scheduled account as:  Microsoft Corporation on Schedule G**

**4.    Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
    Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
    Describe: Setoff (see attached)
    Value of Property: $_____ Annual Interest Rate _____%
    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $_____    Basis for perfection: _____
    Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6.    Amount of Claim that qualifies...** 503(b)(9):

**7.    Credits.** The amount ... se of making this proof of claim.

**8.    Documents.** Attach r ... as promissory note, purchase orders, invoi ... ments, mortgages, and security agreemer ... of documents providing evidence of ... ary. (See definition of "redacted" on revers...

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000025692

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain.

| September 18, 2009 | Signature and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Microsoft Corporation/Microsoft Enterprise Services<br><br>By: _____<br>Joseph E. Shickich, Jr. of Riddell Williams P.S., their Attorney | **FILED & RECEIVED**<br><br>SEP 21 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

4811-7872-2052.01
20363.00480

In re Lehman Brothers Holdings, Inc.
U.S. Bankruptcy Court for the Southern District of New York
Case No. 08-13555 (JMP)

1.   Microsoft Corporation, through its Microsoft Enterprise Services division ("Microsoft" or "Claimant"), and Lehman Brothers Holdings, Inc. ("Debtor" or "Customer") are parties to that certain Microsoft Master Services Agreement, effective as of September 9, 1997, and the following attached Microsoft Consulting Services Work Orders:

| Exhibit | Work Order Number |
|---------|-------------------|
| A | 20060328 |
| B | 20070331 |

2.   Customer owes Microsoft **$244,111.91** under this agreement pursuant to the following attached invoices:

| Exhibit | Invoice No. | Invoice Date | Invoice Due Date | Amount |
|---------|-------------|--------------|------------------|--------|
| C | 9620424066 | 4/17/08 | 5/17/08 | $70,274.58 |
| D | 9620428981 | 5/8/08 | 6/7/08 | $30,867.00 |
| E | 9620434112 | 6/10/08 | 7/10/08 | $17,292.64 |
| F | 9620439008 | 7/9/08 | 8/8/08 | $31,054.38 |
| G | 9620439009 | 7/9/08 | 8/8/08 | $5,127.75 |
| H | 9620440?36 | 8/7/08 | 9/6/08 | $34,987.66 |
| I | 9620446819 | 9/4/08 | 10/4/08 | $36,733.78 |
| J | 9620448940 | 9/23/08 | 10/23/08 | $17,774.12 |
| | | | **TOTAL** | **$244,111.91** |

3.   Microsoft reserves the right to assert any applicable administrative expenses for Debtor's post-petition receipt of services.

LEHMAN BROTHERS        10. 18/2006 3:28 PM  PAGE   2/004    LEHMAN BROTHERS

# Microsoft Consulting Services Work Order

*(For Microsoft Internal Purposes Only)*
MCS (WO Type 0)-  | Lehman 20060328

This work order is made pursuant to the Microsoft Master Services Agreement (the "agreement") effective as of September 9, 1997, by and between the undersigned customer or its affiliate ("you") and the undersigned Microsoft affiliate or its affiliate ("we," "us " or "our"). The terms of the agreement are incorporated herein by this reference. Any terms not otherwise defined herein will assume the meanings set forth in the agreement. This work order is comprised of this cover page and the work order terms below, which are incorporated herein by this reference.

## Customer Invoice Information

| Name of Customer | Lehman Brothers Inc | Contact Name (This person receives invoices under this work order.) |
| --- | --- | --- |
| | | Chad Fulgham |

Name of Customer or Affiliate that executed MSA if different than the undersigned

| Street Address | 70 Hudson Street | Contact E-mail Address | chad.fulgham@lehman.com |
| --- | --- | --- | --- |
| City | Jersey City | State/Province NJ | Phone 201-499-9797 |
| Country | USA | Postal Code 07302 | Fax |

## Invoicing

We will invoice you according to our fiscal monthly billing schedule for services performed and expenses incurred during the previous period. Our invoices for payment will be directed to your representative for payment at the address shown above.

**Customer must Select One:**

Customer requires Purchase Order for payment of invoice: Please indicate Purchase Order No. here and send actual PO to Microsoft. **TSR # 919803**

Customer does not require Purchase Order for payment of invoice. Provide Accounts Payable Name and Phone No. _____

## Commencement Date

This work order will commence on October 16, 2006 or the date we begin providing the services, which ever is later. This work order will expire on February 28, 2007 or the date we conclude the services, which ever is later.

By signing below the parties acknowledge and agree to be bound to the terms of the agreement and this work order.

| Customer | Microsoft Affiliate |
| --- | --- |
| Name of Customer (please print) **Lehman Brothers Inc.** | Name **Microsoft Corporation** |
| Signature | Signature |
| Name of person signing (please print) **Chad Fulgham** | Name of person signing (please print) **MARK MICHENER** |
| Title of person signing (please print) **SVP** | Title of person signing (please print) **DIRECTOR** |
| Signature date **13 OCT 06** | Signature date **1/24/07** |

Work Order Type 0  v8.0
(North America) 12/01

Cover Page (Confidential Information)

Work Order page 1 of 3

**Microsoft**



**EXHIBIT A**

1    *Services.* We will perform the services identified below for you. Any dates provided are estimates only. Services will not include development of, and we will not deliver, any software, computer program or code under this work order. The fees do not include fees for products.

> Microsoft Consultant(s) will provide assistance in following areas:
> * Deployment planning of Microsoft Operation Manager Server
> * Health check & monitoring of IIS Server Farm
> * Knowledge transfer to Lehman Brothers' staff

> **Approach:**
> * Exact engagement deliverable(s) will be jointly determined and agreed to by Microsoft Consultant and Lehman Brothers project manager during the engagement
> * A weekly status report will be submitted to Lehman Brothers project manager on Monday morning to summarize work performed during the prior week, plan for the coming week, issues need attention and hours worked. A weekly status us meeting between all parties on Monday is recommended to review the project status

2.   *Fees.* You will pay the following hourly rates and any reasonable out of pocket travel and living expenses (if any), such out of pocket travel and living expenses shall be subject to written prior approval by you. Any total fee stated is an estimate only. Unless otherwise specified in the invoice, you will pay us within 30 calendar days of the date of receipt of our invoice.

> The total estimated time cost for this engagement is $171,720.00, based on 720 hours at hourly rate of $238.50/hr.

> The total aggregated invoice(s) for this engagement will not exceed $171,720.00 without your prior written permission.

3.   **Ownership and license.**

a.   *Product.* Any products provided pursuant to this work order shall be licensed according to the terms of the license agreement packaged with or otherwise applicable to such product. You are responsible for paying any licensing fees associated with products. "Product" means any materials comprising commercially released, pre-release or beta products (whether licensed for a fee or no charge) we make available to you for license which is published by us, our affiliates, or a third party.

b.   *Pre-existing work.* All rights in any materials (other than products) developed or otherwise obtained by or for us or our affiliates, or you or your affiliates independently of this work order ("pre-existing work") will remain the sole property of the party providing the pre-existing work. During the performance of the services for this work order, each party grants to the other party (and our contractors as necessary) a temporary non-exclusive license to use, reproduce and modify any of its pre-existing work provided to the other party solely for the performance of such services. Upon payment in full, we grant you a non-exclusive, perpetual, fully paid-up license to use, reproduce and modify our pre-existing work in the form delivered to you as part of the service deliverables only for your internal business operations. Your licenses to our pre-existing work is conditioned upon your compliance with the terms of this work order and the perpetual license applies solely to our pre-existing work that we leave to you at the conclusion of our performance of the services. "Service deliverables" means our pre-existing work licensed to you perpetually and the non-code developments.

c.   *Non-code developments.* Upon payment in full, we assign you sole ownership in all copyrights in any non-code based written materials (other than products or our pre-existing work) developed by us (or in collaboration with you) and provided to you in the course of performance of this work order ("non-code developments") and hereby assign all right, title and interest in such copyright to you, provided: i) we retain the right to use, reproduce and modify (for any purpose) copyrightable subsets or modules which by themselves provide generic technical information not unique to your business and ii) your use of the non-code developments is limited to your internal business operations and not for resale or distribution

Work Order- Type 0  v6.0
(North America) 12/01                    Terms and Conditions (Confidential Information)                Work Order page 1 of 3

**Microsoft**

to any third party. Any use of the non code developments contrary to the foregoing restrictions, or to the sublicensing restrictions in the following paragraph, will nullify the transfer of copyright ownership in them, causing the copyright to revert to us.

d.   **Affiliates rights.** You may license or sublicense your rights to the service deliverables to your affiliates, but your affiliates may not further sublicense these rights. If "affiliate" is not defined in the agreement, it means legal entities that you own, which own you, or which are under common ownership with you. "Ownership" means 50% or more ownership.

e.   **Sublicensing to affiliates.** Any licensing or sublicensing of the service deliverables to your affiliates as permitted by this Section 3 must be pursuant to a license agreement that includes (i) a license grant with a statement of ownership, reservation of rights and restrictions consistant with the terms of this work order; (ii) a prohibition against reverse engineering, decompiling and disassembly of code, except to the extent expressly permitted by applicable law despite such limitation; and (iii) a disclaimer of all warranties and consequential damages and a reasonable limitation of liability, each of which must be on behalf of and for the benefit of your suppliers. You will reimburse us for any costs or damages that result from your sublicensing of any service deliverables or the use of the service deliverables by anyone who obtains them as a result of your sublicensing.

f.   **Reservation of rights.** All rights not expressly granted in this Section 3 are reserved. Additionally, notwithstanding anything to the contrary in this work order, you may not give us access to or otherwise incorporate, contribute or combine our pre-existing work or non-code developments with any software or other materials that require, as a condition of use, modification, and/or distribution that our pre-existing work or non-code developments (either in whole or in part) be generally (i) disclosed or distributed in source code or object code form; (ii) licensed for the purpose of making derivative works; or (iii) redistributable. This restriction also applies to anyone who obtains service deliverables from you.

Work Order Type 0  v8.0
(North America) 12/01

Terms and Conditions (Confidential Information)

Work Order page 3 of 3

**Microsoft**

## Microsoft Consulting Services Work Order

New York
LEHMAS-2K070331-Sr Cons Exch Eng

(For Microsoft Internal Purposes Only)
MCS (WO Type 1)-  **20070331**

This work order is made pursuant to the Microsoft Master Services Agreement (the "agreement") effective as of September 09, 1997, by and between the undersigned customer or its affiliate ("you") and the undersigned Microsoft affiliate or its affiliate ("we," "us," or "our"). The terms of the agreement are incorporated herein by this reference. Any terms not otherwise defined herein will assume the meanings set forth in the agreement. This work order is comprised of this cover page and the work order terms below, which are incorporated herein by this reference.

### Customer Invoice Information

| | | | |
|---|---|---|---|
| Name of Customer | LEHMAN BROTHERS HOLDINGS INC | Contact Name (This person receives invoices under this work order) | Douglas Bayne |
| Name of Customer or Affiliate that executed MSA if different than the undersigned | | | |
| Street Address | 70 Hudson Street | Contact E-mail Address | dbayne@lehman.com |
| City | Jersey City | State/Province NJ | Phone | 201-499-9125 |
| Country | US | Postal Code 07302 | Fax | |

### Invoicing

We will invoice you according to our fiscal monthly billing schedule for services performed and expenses incurred during the previous period. Our invoices for payment will be directed to your representative for payment at the address shown above.

Customer must Select One:

[X] Customer requires Purchase Order for payment of invoice: Please indicate Purchase Order No. here and send actual PO to Microsoft _____

Customer does not require Purchase Order for payment of invoice. Provide Accounts Payable Name and Phone No. _____

### Commencement Date

This work order will commence on November 01, 2007 or the date we begin providing the services, which ever is earlier. This work order will expire on October 31, 2008 or the date we conclude the services, which ever is later.

By signing below the parties acknowledge and agree to be bound to the terms of the agreement and this work order.

| Customer | Microsoft Affiliate |
|---|---|
| Name of Customer (please print) **LEHMAN BROTHERS HOLDINGS INC** 70 Hudson Street Jersey City, NJ 07302 | Name **Microsoft Corporation** |
| Signature | Signature |
| Name of person signing (please print) Douglas Bayne | Name of person signing (please print) John P. Mirakowicz |
| Title of person signing (please print) Vice President | Title of person signing (please print) Practice Manager |
| Signature date 10/19/07 | Signature date 10/20/07 |

Douglas Bayne 201-499-9125

Cover Page (Confidential Information)                                  Work Order page 1 of 4

WorkOrderv1v6.3(North America)(US)(English)(Jun05)

**Microsoft**

EXHIBIT B

Services - Remittance Information

**Microsoft**
PHONE 425-882-8080
FAX 425-93-MSFAX

Remit To:
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

Wire To:
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
Jersey City, NJ, United States
07302
ATTN: Douglas Bayne

| Invoice No: 9620424066 |
| --- |

**PO: PO to be created by customer once invoice is received - per Doug Bayne**
Invoice Date: Thursday, April 17, 2008
Terms: Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

For professional services rendered during the time period as shown below. For questions regarding this invoice please contact Kelly Murray at kmurray@microsoft.com. Thank you.

**Engagement:** Lehman-20070331-Exchange 2007

**Description:** Achitectural guidance for upgrade of Exchange 2003 to Exchange 2007

**Project:** Lehman-20070331-Exchange 2007    **Description:** *

### SERVICES

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Malhotra, Vikas | 2/9/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 2/16/2008 | | | 5.00 | 9.00 | 9.00 | 9.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 2/23/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 3/1/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 3/8/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 3/15/2008 | | | 9.00 | 9.00 | 9.00 | 9.00 | 4.00 | 40.00 | 240.00 | 9,600.00 |
| | 3/22/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 3/29/2008 | | | 8.00 | | | | | 8.00 | 240.00 | 1,920.00 |

Sub-total for Services    69,120.00

### EXPENSES

| Name | Date | Category | Description | USD Amount |
| --- | --- | --- | --- | --- |
| Malhotra, Vikas | 2/11/2008 | Services Billable Ground Transportation | Tolls/Parking at EP | 28.10 |
| | 2/12/2008 | Services Billable Ground Transportation | Tolls/Parking at EP | 28.10 |
| | 2/13/2008 | Services Billable Ground Transportation | Path - NWK to/from EP | 3.00 |
| | 2/13/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| | 2/13/2008 | Services Billable Ground Transportation | NJT - To/from Mpark and NWK | 9.50 |
| | 2/14/2008 | Services Billable Ground Transportation | Tolls/Parking at EP | 28.10 |
| | 2/15/2008 | Services Billable Ground Transportation | Tolls/Parking at EP | 28.10 |
| | 2/19/2008 | Services Billable Ground Transportation | Tolls/Parking at EP | 28.10 |
| | 2/20/2008 | Services Billable Ground Transportation | Tolls/Parking at EP | 28.10 |

EXHIBIT 

| Date | Category | Description | Amount |
|---|---|---|---|
| 2/21/2008 | Services Billable Ground Transportation | NJT - To/from Mpark and NWK | 9.50 |
| 2/21/2008 | Services Billable Ground Transportation | To/from NWK and EP | 3.00 |
| 2/21/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 2/25/2008 | Services Billable Ground Transportation | Parking/Tolls | 28.10 |
| 2/26/2008 | Services Billable Ground Transportation | Parking/Tolls at EP | 28.10 |
| 2/28/2008 | Services Billable Ground Transportation | Parking/Tolls at EP | 28.10 |
| 2/29/2008 | Services Billable Ground Transportation | Parking/Tolls at EP | 28.10 |
| 3/3/2008 | Services Billable Ground Transportation | Parking/Tolls at EP | 28.10 |
| 3/5/2008 | Services Billable Ground Transportation | Parking/Tolls at EP | 28.10 |
| 3/6/2008 | Services Billable Ground Transportation | Parking/Tolls at EP | 28.10 |
| 3/7/2008 | Services Billable Ground Transportation | Parking/Tolls at EP | 28.10 |
| 3/10/2008 | Services Billable Ground Transportation | Path - To/from NWK and EP | 3.50 |
| 3/10/2008 | Services Billable Ground Transportation | NJT to/from Mpark and NWK | 9.50 |
| 3/10/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 3/11/2008 | Services Billable Ground Transportation | Path - To/from EP | 3.50 |
| 3/11/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 3/11/2008 | Services Billable Ground Transportation | NJT - To/from NWK | 9.50 |
| 3/12/2008 | Services Billable Ground Transportation | Tolls/Parkng at EP | 28.10 |
| 3/13/2008 | Services Billable Ground Transportation | NJT - To/from NWK | 9.50 |
| 3/13/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 3/13/2008 | Services Billable Ground Transportation | Path - To/from EP | 3.50 |
| 3/14/2008 | Services Billable Ground Transportation | NJT - To/from NWK | 9.50 |
| 3/14/2008 | Services Billable Ground Transportation | Path - To/from EP | 3.50 |
| 3/14/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 3/17/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 3/17/2008 | Services Billable Ground Transportation | NJT - To/from NWK | 9.50 |
| 3/17/2008 | Services Billable Ground Transportation | Path - To/from EP | 3.50 |
| 3/18/2008 | Services Billable Ground Transportation | Path | 3.50 |
| 3/18/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 3/18/2008 | Services Billable Ground Transportation | NJT - To/from NWK | 9.50 |
| 3/19/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |

| Date | Category | Description | Amount |
|---|---|---|---|
| 3/19/2008 | Services Billable Ground Transportation | Path - To/from EP | 3.50 |
| 3/19/2008 | Services Billable Ground Transportation | NJT - To/from NWK | 9.50 |
| 3/20/2008 | Services Billable Ground Transportation | Path | 3.50 |
| 3/20/2008 | Services Billable Ground Transportation | NJT - To/from NWK | 9.50 |
| 3/20/2008 | Services Billable Ground Transportation | Parking at Mpark | 5.00 |
| 3/25/2008 | Services Billable Ground Transportation | Tolls and parking at EP | 28.10 |
| 3/28/2008 | Services Billable Ground Transportation | Path - To and from EP - 4 days ($3.5 x 4) | 14.00 |
| 3/28/2008 | Services Billable Ground Transportation | Parking at metropark (4 days) ($5 x 4) | 20.00 |
| 3/28/2008 | Services Billable Ground Transportation | NJT - To and from NWK - 4 days ($9.5 x4) | 38.00 |
| 3/31/2008 | Services Billable Ground Transportation | NJT - To/from Mpark and NWK | 9.50 |
| 2/11/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/12/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/14/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/15/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/19/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/20/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/25/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/26/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/28/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 2/29/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 3/3/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 3/5/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 3/6/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 3/7/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 3/12/2008 | Services Billable Mileage | To/from EP | 27.78 |
| 3/25/2008 | Services Billable Mileage | To and from EP | 27.78 |

|  |  |
|---|---|
| Sub-total for Expenses | 1,154.58 |
| Sub-total for Invoice | 70,274.58 |
| **Total for Invoice (USD)** | 70,274.58 |

**Microsoft**

PHONE 425-882-8080
FAX 425-93-MSFAX

**Remit To:**
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

**Wire To:**
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
Jersey City, NJ, United States
07302
ATTN: Douglas Bayne

**Invoice No: 9620428981**

**PO: PO to be created by customer once invoice is received - per Doug Bayne**
Invoice Date: Thursday, May 08, 2008
Terms: Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

For professional services rendered during the time period as shown below. For questions regarding this invoice please contact Kelly Murray at kmurray@microsoft.com. Thank you.

**Engagement:** Lehman-20070331-Exchange 2007

**Description:** Achitectural guidance for upgrade of Exchange 2003 to Exchange 2007

**Project:** Lehman-20070331-Exchange 2007   **Description:**

**SERVICES**

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
|------|---------------|-----|-----|-----|-----|-----|-----|-----|-------------|----------|------------|
| Malhotra, Vikas | 3/29/2008 | | | | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | 240.00 | 7,680.00 |
| | 4/5/2008 | | | 8.00 | 7.00 | 9.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 4/12/2008 | | | 8.00 | 8.00 | 9.00 | 9.00 | 6.00 | 40.00 | 240.00 | 9,600.00 |
| | 4/26/2008 | | | | 6.00 | 9.00 | | | 15.00 | 240.00 | 3,600.00 |

Sub-total for Services: 30,480.00

**EXPENSES**

| Name | Date | Category | Description | USD Amount |
|------|------|----------|-------------|------------|
| Malhotra, Vikas | 4/1/2008 | Services Billable Ground Transportation | NJT - Monthly pass between Mpark.NWK for April 2008 | 134.00 |
| | 4/4/2008 | Services Billable Ground Transportation | Path - To/from NWK and EP (5 days x $3.5) | 17.50 |
| | 4/4/2008 | Services Billable Ground Transportation | Parking at Mpark (5 days x $5) | 25.00 |
| | 4/11/2008 | Services Billable Ground Transportation | Parking at Mpark (5 days x $5) | 25.00 |
| | 4/11/2008 | Services Billable Ground Transportation | Path to/from NWK and EP (5 days x $3.5) | 17.50 |
| | 4/18/2008 | Services Billable Ground Transportation | Path - NWK to EP - ($3.5 x 4 days) | 14.00 |
| | 4/18/2008 | Services Billable Ground Transportation | Parking at Mpark ($5 x 4 days) | 20.00 |
| | 4/29/2008 | Services Billable Ground Transportation | NJT monthly pass (May)/REF# 120001000 8007722222 04/29/08 | 134.00 |

Sub-total for Expenses: 387.00

Sub-total for Invoice: 30,867.00

**Total for Invoice (USD)** 30,867.00

**EXHIBIT** 

**Microsoft**

PHONE 425-882-8080
FAX 425-93-MSFAX

**Remit To:**
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

**Wire To:**
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
Jersey City, NJ, United States
07302
ATTN: Douglas Bayne

| Invoice No: 9620434112 |
| --- |

**PO:** PO to be created by customer once invoice is received - per Doug Bayne
Invoice Date:  Tuesday, June 10, 2008
Terms:  Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

For professional services rendered during the time period as shown below. For questions regarding this invoice please contact Kelly Murray at kmurray@microsoft.com. Thank you.

**Engagement:** Lehman-20070331-Exchange 2007

**Description:** Achitectural guidance for upgrade of Exchange 2003 to Exchange 2007

**Project:** Lehman-20070331-Exchange 2007      **Description:** *

**SERVICES**

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Malhotra, Vikas | 5/24/2008 | | | | 7.00 | 8.00 | 8.00 | 8.00 | 31.00 | 240.00 | 7,440.00 |
| | 5/31/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | | | | | | | | Sub-total for Services | | | 17,040.00 |

**EXPENSES**

| Name | Date | Category | Description | USD Amount |
| --- | --- | --- | --- | --- |
| Malhotra, Vikas | 5/14/2008 | Services Billable Ground Transportation | Parking at EP/Tolls | 28.10 |
| | 5/15/2008 | Services Billable Ground Transportation | Parking at EP/Tolls | 28.10 |
| | 5/16/2008 | Services Billable Ground Transportation | Parking at Mpark - 3 days x $5 | 15.00 |
| | 5/16/2008 | Services Billable Ground Transportation | Path - 3 days x $3.5 | 10.50 |
| | 5/23/2008 | Services Billable Ground Transportation | Path - 4 days x $3.5 | 14.00 |
| | 5/23/2008 | Services Billable Ground Transportation | Parking at M'park - 4 days x $5 | 20.00 |
| | 5/29/2008 | Services Billable Ground Transportation | Parking at EP/Tolls | 28.10 |
| | 5/30/2008 | Services Billable Ground Transportation | Parking at Mpark - 3 days x $5 | 15.00 |
| | 5/30/2008 | Services Billable Ground Transportation | Path - 3 days x $3.5 | 10.50 |
| | 5/14/2008 | Services Billable Mileage | To/from EP | 27.78 |
| | 5/15/2008 | Services Billable Mileage | To/from EP | 27.78 |
| | 5/29/2008 | Services Billable Mileage | To/from EP | 27.78 |
| | | | Sub-total for Expenses | 252.64 |

Sub-total for Invoice      17,292.64

Total for Invoice (USD)      17,292.64



**EXHIBIT E**

**Microsoft**

PHONE 425-882-8080
FAX 425-93-MSFAX

**Remit To:**
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

**Wire To:**
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
Jersey City, NJ, United States
07302
ATTN: Douglas Bayne

**Invoice No: 9620439008**

**PO:  PO to be created by customer once invoice is received - per Doug Bayne**
Invoice Date:  Wednesday, July 09, 2008
Terms:  Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

For professional services rendered during the time period as shown below. For questions regarding this invoice please contact Kelly Murray at kmurray@microsoft.com. Thank you.

**Engagement:** Lehman-20070331- Exchange 2007    **Description:** Achitectural guidance for upgrade of Exchange 2003 to Exchange 2007

**Project:** Lehman-20070331-Exchange 2007    **Description:** *

### SERVICES

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
|------|---------------|-----|-----|-----|-----|-----|-----|-----|-------------|----------|------------|
| Malhotra, Vikas | 6/7/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 6/14/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 6/21/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 6/28/2008 | | | 8.00 | | | | | 8.00 | 240.00 | 1,920.00 |

Sub-total for Services    30,720.00

### EXPENSES

| Name | Date | Category | Description | USD Amount |
|------|------|----------|-------------|------------|
| Malhotra, Vikas | 5/30/2008 | Services Billable Ground Transportation | Monthly NJT pass (June) / REF# 151002000 8007722222 05/30/08 | 134.00 |
| | 6/6/2008 | Services Billable Ground Transportation | Path - 4 days x $3.5 | 14.00 |
| | 6/6/2008 | Services Billable Ground Transportation | Parking at Metropark (4 days x $5) | 20.00 |
| | 6/13/2008 | Services Billable Ground Transportation | Parking at Metropark - 4 days x $5 | 20.00 |
| | 6/13/2008 | Services Billable Ground Transportation | Parking at EP/Tolls | 28.10 |
| | 6/13/2008 | Services Billable Ground Transportation | Path - 4 days x $3.5 | 14.00 |
| | 6/19/2008 | Services Billable Ground Transportation | Path - 5 days x $3.5 | 17.50 |
| | 6/19/2008 | Services Billable Ground Transportation | Parking at Metropark - 5 days x $5 | 25.00 |
| | 6/27/2008 | Services Billable Ground Transportation | Path - 4 days x $3.5 | 14.00 |
| | 6/27/2008 | Services Billable Ground Transportation | Parking at Metropark - 4 days x $5 | 20.00 |
| | 6/13/2008 | Services Billable Mileage | To/from EP | 27.78 |

Sub-total for Expenses    334.38

Sub-total for Invoice    31,054.38



**EXHIBIT F**

**Total for Invoice (USD)**          31,054.38

**Microsoft**

PHONE 425-882-8080
FAX 425-93-MSFAX

**Remit To:**
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

**Wire To:**
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
8th Floor
Jersey City, NJ, United States
07302
ATTN: IPS/Lehman Brothers

| **Invoice No: 9620439009** |
| --- |

**PO: TSR # 919803**
Invoice Date: Wednesday, July 09, 2008
Terms: Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

For services related to WO #Lehman-20060328. If you have any questions regarding this invoice, please contact Kelly Murray at kmurray@microsoft.com. Thank you!

**Engagement:** LEHMAN-20060328-MOM IIS Farm

**Description:** Deployment planning of MOM Server, messaging architecture based on Microsoft Exchange Server, Participation in Windows Vista TAP Activities

**Project:** LEHMAN-20060328-NEW       **Description:** *

**SERVICES**

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bantawa, Dipendra | 5/31/2008 | | | | | | 1.00 | 1.00 | 2.00 | 238.50 | 477.00 |
| | 6/7/2008 | | | | | 0.50 | | | 0.50 | 238.50 | 119.25 |
| Bender, John | 6/7/2008 | | | | | 8.00 | 8.00 | 3.00 | 19.00 | 238.50 | 4,531.50 |

|  | Sub-total for Services | 5,127.75 |
| --- | --- | --- |
|  | Sub-total for Invoice | 5,127.75 |
|  | **Total for Invoice (USD)** | **5,127.75** |

EXHIBIT 

**Microsoft**

PHONE 425-882-8080
FAX 425-93-MSFAX

**Remit To:**
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

**Wire To:**
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
Jersey City, NJ, United States
07302
ATTN: Douglas Bayne

| Invoice No: 9620444036 |
| --- |

**PO: PO to be created by customer once invoice is received - per Doug Bayne**
Invoice Date: Thursday, August 07, 2008
Terms: Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

For professional services rendered during the time period as shown below. For questions regarding this invoice please contact Kelly Murray at kmurray@microsoft.com. Thank you.

**Engagement:** Lehman-20070331-Exchange 2007     **Description:** Achitectural guidance for upgrade of Exchange 2003 to Exchange 2007

**Project:** Lehman-20070331-Exchange 2007     **Description:** *

**SERVICES**

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Malhotra, Vikas | 6/28/2008 | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 240.00 | 5,760.00 |
| | 7/5/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 7/12/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 7/19/2008 | | | 8.00 | 9.00 | 9.00 | 6.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | | | | | | | | Sub-total for Services | | | 34,560.00 |

**EXPENSES**

| Name | Date | Category | Description | USD Amount |
| --- | --- | --- | --- | --- |
| Malhotra, Vikas | 7/23/2008 | Entertainment | REF# 000090001 9094361800 07/23/08 | 37.10 |
| | 6/30/2008 | Services Billable Ground Transportation | July'08 Monthly Pass/REF# 182001000 8007722222 06/30/08 | 134.00 |
| | 7/3/2008 | Services Billable Ground Transportation | Parking at Metropark - 4 days x $5 | 20.00 |
| | 7/3/2008 | Services Billable Ground Transportation | Path - 4 days x $3.5 | 14.00 |
| | 7/11/2008 | Services Billable Ground Transportation | Parking at Metropark - 4 days x $5 | 20.00 |
| | 7/11/2008 | Services Billable Ground Transportation | Parking at EP and Tolls | 28.10 |
| | 7/11/2008 | Services Billable Ground Transportation | Path - 4 days x $3.5 | 14.00 |
| | 7/18/2008 | Services Billable Ground Transportation | Parking at Metropark - 5 days x $5 | 25.00 |
| | 7/18/2008 | Services Billable Ground Transportation | Path - 5 days x $3.5 | 17.50 |
| | 7/24/2008 | Services Billable Ground Transportation | Parking (EP) and Tolls | 28.10 |
| | 7/25/2008 | Services Billable Ground Transportation | Parking at Metroark - 3 days x $5 | 15.00 |
| | 7/25/2008 | Services Billable Ground Transportation | Path - 3 days x $3.5 | 10.50 |
| | 7/11/2008 | Services Billable Mileage | To and from EP | 32.18 |
| | 7/24/2008 | Services Billable Mileage | To and from EP | 32.18 |
| | | | Sub-total for Expenses | 427.66 |

**EXHIBIT** 

| | |
|---|---:|
| Sub-total for Invoice | 34,987.66 |
| **Total for Invoice (USD)** | **34,987.66** |

**Microsoft**

PHONE 425-882-8080
FAX 425-93-MSFAX

**Remit To:**
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

**Wire To:**
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
Jersey City, NJ, United States
07302
ATTN: Douglas Bayne

| **Invoice No: 9620446819** |
|---|

**PO: PO to be created by customer once invoice is received - per Doug Bayne**
Invoice Date: Thursday, September 04, 2008
Terms: Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

For professional services rendered during the time period as shown below. For questions regarding this invoice please contact Kelly Murray at kmurray@microsoft.com. Thank you.

**Engagement:** Lehman-20070331-Exchange 2007    **Description:** Achitectural guidance for upgrade of Exchange 2003 to Exchange 2007

**Project:** Lehman-20070331-Exchange 2007    **Description:** *

**SERVICES**

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Malhotra, Vikas | 8/2/2008 | | | | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | 240.00 | 7,680.00 |
| | 8/9/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 8/16/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 8/23/2008 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |

Sub-total for Services    36,480.00

**EXPENSES**

| Name | Date | Category | Description | USD Amount |
|---|---|---|---|---|
| Malhotra, Vikas | 8/5/2008 | Services Billable Ground Transportation | NJT Monthly pass/REF# 218001000 8007722222 08/05/08 | 134.00 |
| | 8/8/2008 | Services Billable Ground Transportation | Path - 3 days x $3.5 | 10.50 |
| | 8/8/2008 | Services Billable Ground Transportation | Parking at Metropark - 3 days x $5 | 15.00 |
| | 8/14/2008 | Services Billable Ground Transportation | Parking at EP / Tolls | 28.10 |
| | 8/15/2008 | Services Billable Ground Transportation | Parking in Metropark - 4 days x $5 | 20.00 |
| | 8/15/2008 | Services Billable Ground Transportation | Path - 4 days x $ 3.5 | 14.00 |
| | 8/14/2008 | Services Billable Mileage | To/from EP | 32.18 |

Sub-total for Expenses    253.78

Sub-total for Invoice    36,733.78

**Total for Invoice (USD)**    36,733.78



**EXHIBIT I**

**Microsoft**

PHONE 425-882-8080
FAX 425-93-MSFAX

Remit To:
US
Microsoft Corporation
Microsoft Enterprise Services
P.O. Box 844510
Dallas, TX 75284-4510

Wire To:
Bank of America
Acct# 3750825354
aba# 11100001-2

Lehman Brothers Holdings Inc.
70 Hudson
Jersey City, NJ, United States
07302
ATTN: Douglas Bayne

| Invoice No: 9620448940 |
| --- |

**PO:** **PO to be created by customer once invoice is received - per Doug Bayne**
Invoice Date: Tuesday, September 23, 2008
Terms: Due Net, 30 days from Invoice Date
Federal ID # 91-1144442

| THIS INVOICE WILL NOT BE SENT TO CLIENT |
| --- |

**Engagement:** Lehman-20070331-Exchange 2007

**Description:** Achitectural guidance for upgrade of Exchange 2003 to Exchange 2007

**Project:** Lehman-20070331-Exchange 2007   **Description:** *

## SERVICES

| Name | Week Starting | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Total Hours | USD Rate | USD Amount |
|------|---------------|-----|-----|-----|-----|-----|-----|-----|-------------|----------|------------|
| Malhotra, Vikas | 8/30/2008 | | | | | 7.00 | 9.00 | 8.00 | 24.00 | 240.00 | 5,760.00 |
| | 9/6/2008 | | | 8.00 | 6.00 | 9.00 | 9.00 | 8.00 | 40.00 | 240.00 | 9,600.00 |
| | 9/13/2008 | | | 8.00 | | | | | 8.00 | 240.00 | 1,920.00 |
| | | | | | | | | Sub-total for Services | | | 17,280.00 |

## EXPENSES

| Name | Date | Category | Description | USD Amount |
|------|------|----------|-------------|------------|
| Malhotra, Vikas | 8/19/2008 | Services Billable Ground Transportation | Parking at EP and tolls | 28.10 |
| | 8/22/2008 | Services Billable Ground Transportation | Path - 4 days x $3.5 | 14.00 |
| | 8/22/2008 | Services Billable Ground Transportation | Parking at Metropark - 4 days x $5 | 20.00 |
| | 8/27/2008 | Services Billable Ground Transportation | Parking at EP and Tolls | 28.10 |
| | 8/29/2008 | Services Billable Ground Transportation | Parking at EP and Tolls | 28.10 |
| | 8/29/2008 | Services Billable Ground Transportation | Path - 3 days x $3.5 | 10.50 |
| | 8/29/2008 | Services Billable Ground Transportation | Parking at Metropark - 3 days x $5 | 15.00 |
| | 9/4/2008 | Services Billable Ground Transportation | NJT Monthly Pass (Sep)/REF# 248001000 8007722222 09/04/08 | 134.00 |
| | 9/5/2008 | Services Billable Ground Transportation | Path - 2 days x $3.5 | 7.00 |
| | 9/5/2008 | Services Billable Ground Transportation | Parking at Metropark - 2 days x $5 | 10.00 |
| | 9/10/2008 | Services Billable Ground Transportation | Parking at EP/Tolls | 28.10 |
| | 9/15/2008 | Services Billable Ground Transportation | Parking at Metropark - 5 days x $5 | 25.00 |
| | 9/15/2008 | Services Billable Ground Transportation | Path - 5 days x $3.5 | 17.50 |
| | 8/19/2008 | Services Billable Mileage | To and from EP | 32.18 |

**EXHIBIT J**

| 8/27/2008 | Services Billable Mileage To/from EP | 32.18 |
| 8/29/2008 | Services Billable Mileage To/from EP | 32.18 |
| 9/10/2008 | Services Billable Mileage To/from EP | 32.18 |

| | Sub-total for Expenses | 494.12 |
| | Sub-total for Invoice | 17,774.12 |
| | **Total for Invoice (USD)** | **17,774.12** |



**EXHIBIT B**

Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Phone:  (206) 624-3600
Fax:  (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDING, INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Joint Administration)<br><br>Related to Docket Nos. 60, 107, 182, 902 |

**WITHDRAWAL OF CONDITIONAL OBJECTION AND RESERVATION OF
RIGHTS AND SUPPLEMENT BY MICROSOFT RE ASSUMPTION,
<u>ASSIGNMENT AND CURE</u>**

COMES NOW Microsoft Corporation and its wholly subsidiary, Microsoft

Licensing, GP (collectively, "Microsoft"), and withdraws its conditional objection

and reservation of rights that was filed on September 19, 2008, under Docket No.

182, and its supplement that was filed on October 13, 2008, under Docket No.

902, on the following grounds:

    1.    Microsoft has consulted with the assignee, Barclays Capital.

    2.    Microsoft understands that the following agreements are the only

ones being assumed by the Debtors and assigned to Barclays Capital:

1/16/2009

2568

| Customer Name | Sales Location | Agree Type | Agreement | Program | Status | Agreement Start Date | Agreement End Date |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Holdings, Inc. | United States | Standard Enrollment | 3055743 | Select 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Master Agreement | 01S6E426 | Select 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Standard Enrollment | 3661123 | Enterprise 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Master Agreement | 01E66159 | Enterprise 6 | Active | May 1 2006 | Apr 30 2026 |
| Lehman Brothers Inc. | United States | MS Business Agreement | U5555636 | Non-specific | Active | Apr 25 2001 | |
| Lehman Brother Inc. | Unites States | MS Business Agreement - Master Services | U5875924 | Non-specific | Active | Oct 30 1996 | |
| Lehman Brother Inc. | Unites States | Premier Support Services Description | 001274088 | Premier Support Services | Active | May 1 2008 | Apr 30 2009 |

3.     Microsoft has determined that no cure is due on these agreements.

4.     WHEREFORE, Microsoft withdraws its conditional objection (Docket No. 182) and supplement (Docket No. 902).

Dated: January 16, 2009

RIDDELL WILLIAMS P.S.

By: _____

Joseph B. Shickich, Jr. (JS 5229)
Washington State Bar No. 8751
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Phone:  (206) 624-3600
Fax:  (206) 389-1708
jshickich@riddellwilliams.com

Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

2

4850-4617-1651.01

## CERTIFICATE OF SERVICE

Sheila Rowden, declares:

1.      I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP.  I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.      On January 16, 2009, I electronically filed the foregoing Withdrawal of Conditional Objection and Reservation of Rights and Supplement by Microsoft Re Assumption, Assignment and Cure with the Clerk of the Court (using the CM/ECF System).

3.      It is my understanding that the CM/ECF System will send notification of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 16th day of January, 2009.

Sheila Rowden

3

**EXHIBIT C**

Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Phone:  (206) 624-3600
Fax:  (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDING, INC., et al., | Case No. 08-13555 (JMP) |
|  | (Joint Administration) |
| Debtors. | Related to Docket Nos. 60, 107, 182, 902, 2568 |

**AMENDMENT TO WITHDRAWAL OF CONDITIONAL OBJECTION AND
RESERVATION OF RIGHTS AND SUPPLEMENT BY MICROSOFT RE
ASSUMPTION, ASSIGNMENT AND CURE**

COMES NOW Microsoft Corporation and its wholly subsidiary, Microsoft
Licensing, GP (collectively, "Microsoft"), and amends its Withdrawal of Conditional
Objection and Reservation of Rights ("Withdrawal") that was filed on January 16,
2009, under Docket No. 2568, as follows:

1.    Microsoft agrees that, in addition to the agreements listed on its
Withdrawal, there is an additional agreement that should be included and for
which no cure is due, described as follows:

5/12/2009
3554

4819-6627-5075.01
051209/1538/20363.00480

| Item | Description |
|---|---|
| Parties | Lehman Brothers Inc. and Microsoft Corporation |
| Agreement Type | License Agreement |
| Agreement Name | Terms and Conditions for Use of the Lehman Brothers' Global Family of Indices Services |
| Agreement Date | May 5, 2005 |

2.    As amended herein, Microsoft's Withdrawal continues in full force

and effect.

Dated:  May 12, 2009                    RIDDELL WILLIAMS P.S.


By:    /s/  Joseph E. Shickich, Jr.
       Joseph E. Shickich, Jr. (JS 5229)
       Washington State Bar No. 8751
       1001 – 4th Avenue, Suite 4500
       Seattle, WA  98154-1192
       Phone:  (206) 624-3600
       Fax:  (206) 389-1708
       jshickich@riddellwilliams.com

       Attorneys for Microsoft Corporation and
       Microsoft Licensing, GP

2

## CERTIFICATE OF SERVICE

Sheila Rowden, declares:

1.      I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP.  I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.      On May 12, 2009, I electronically filed the foregoing Amendment to Withdrawal of Conditional Objection and Reservation of Rights and Supplement by Microsoft Re Assumption, Assignment and Cure with the Clerk of the Court (using the CM/ECF System).

3.      It is my understanding that the CM/ECF System will send notification of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 12th day of May, 2009.

Sheila Rowden

3