B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>CVI GVF (Lux) Master S.a.r.l.</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>66140</u>
should be sent:                                               Amount of Claim Transferred: <u>$47,385,000.00</u>
                                                                  Date Claim Filed: <u>January 20, 2010</u>
Goldman Sachs Lending Partners LLC                    Debtor:  <u>Lehman Brothers Commodity Services Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

<u>With a copy to:</u>
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

712743v.5 3091/00041                                    21

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF (Lux) Master S.ar.l.
by Carval Investors, LLC
its attorney-in-fact

By: _____     Date: 3/6/12
Name of Transferor/Transferor's Agent


By: _____     Date: _____
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
        Name of Transferor/Transferor's Agent

By: _____          Date: _3/6/12_
        Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                                          (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>CVI GVF (Lux) Master S.a.r.l.</u>
             Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>66139</u>
should be sent:                                                              Amount of Claim Transferred:  <u>$47,385,000.00</u>
                                                                                   Date Claim Filed:  <u>January 20, 2010</u>
Goldman Sachs Lending Partners LLC                   Debtor:  <u>Lehman Brothers Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

<u>With a copy to:</u>
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

712743v.5 3091/00041                          23

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

CVI GVF (Lux) Master S.a.r.l.
by Carval Investors, LLC
its attorney-in-fact

By: _____    Date: __3/6/12__
Name of Transferor/Transferor's Agent


By: _____    Date: _____
Name of Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
       Name of Transferor/Transferor's Agent

By: _____          Date: 3/6/12
       Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>CVI GVF (Lux) Master S.a.r.l.</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>26163</u>
should be sent:                                  Amount of Claim Transferred: <u>$105,000.00</u>
                                                 Date Claim Filed: <u>September 21, 2009</u>
Goldman Sachs Lending Partners LLC               Debtor:  <u>Lehman Brothers Commodity Services Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

<u>With a copy to:</u>
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____     Phone:_____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

714382v.1 3091/00044                    21

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF (Lux) Master S.a.r.l.
by Carval Investors, LLC
its attorney-in-fact

By: _____          Date: _3/6/12_____
     Name of Transferor/Transferor's Agent


By: _____          Date: _____
     Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

714382v.1 3091/00044                      22

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____
     Name of Transferor/Transferor's Agent

By: _____        Date: 3/6/12
     Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>CVI GVF (Lux) Master S.a.r.l.</u>
Name of Transferee                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>22703</u>
should be sent:                                    Amount of Claim Transferred:  <u>$105,000.00</u>
                                                   Date Claim Filed:  <u>September 21, 2009</u>
Goldman Sachs Lending Partners LLC                 Debtor:  <u>Lehman Brothers Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

<u>With a copy to:</u>
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

714382v.1 3091/00044          23

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

c ví GVF (Lux) Master S.a.r.l.
by Carval Investors, LLC
its attorney-in-fact

By: _____          Date: _3/6/12_____
Name of Transferor/Transferor's Agent


By: _____          Date: _____
Name of Transferee/Transferee's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
        Name of Transferor/Transferor's Agent

By: _____          Date: _3/6/12_____
        Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Goldman Sachs Lending Partners LLC          CVI GVF (Lux) Master S.a.r.l.
            Name of Transferee                              Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 26164
should be sent:                                        Amount of Claim Transferred: $185,000.00
                                                       Date Claim Filed: September 21, 2009
Goldman Sachs Lending Partners LLC                     Debtor:  Lehman Brothers Commodity Services Inc.
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

713587v.2 3091/00042                           21

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF (Lux) Master S.a.r.l.
by Carval Investors, LLC
its attorney-in-fact

By: _____        Date: 3/6/12
Name of Transferor/Transferor's Agent


By: _____        Date: _____
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date: _____
     Name of Transferor/Transferor's Agent


By: _____          Date: 3/6/12
     Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>CVI GVF (Lux) Master S.a.r.l.</u>
      Name of Transferee                Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>26155</u>
should be sent:          Amount of Claim Transferred: <u>$185,000.00</u>
          Date Claim Filed: <u>September 21, 2009</u>
Goldman Sachs Lending Partners LLC          Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

<u>With a copy to:</u>
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

713587v.2 3091/00042          23

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF (Lux) Master S.a.r.l.
by Carval Investors, LLC
its attorney-in-fact

By: _____                    Date: ___3/6/12_____
        Name of Transferor/Transferor's Agent


By: _____                    Date: _____
        Name of Transferee/Transferee's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date: _____
    Name of Transferor/Transferor's Agent


By: _____          Date: 3/6/12
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC                 CVI GVF (Lux) Master S.a.r.l.
          Name of Transferee                               Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known):  11423
should be sent:                                    Amount of Claim Transferred:  $3,000,000.00
                                                   Date Claim Filed:  September 11, 2009
Goldman Sachs Lending Partners LLC                 Debtor:  Lehman Brothers Commodity Services Inc.
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____        Phone:_____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

712803v.4 3091/00043                    21

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _07/06/12_____
    Name of Transferor/Transferor's Agent
    CVI GVF (LUX) MASTER S.a.r.l
              by Carval Investors, LLC
              its attorney-in-fact

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date: _____
      Name of Transferor/Transferor's Agent


By: _____          Date: 3/6/12
      Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                                    (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>CVI GVF (Lux) Master S.a.r.l.</u>
              Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>11424</u>
should be sent:                                                        Amount of Claim Transferred:  <u>$3,000,000.00</u>
                                                                              Date Claim Filed:  <u>September 11, 2009</u>
Goldman Sachs Lending Partners LLC                    Debtor:  <u>Lehman Brothers Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

<u>With a copy to:</u>
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

712803v.4 3091/00043                                  23

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _03/06/12___
    Name of Transferor/Transferor's Agent
    CVI GVF (LUX) MASTER S.a.r.l.
                          by Carval Investors, LLC
                          its attorney-in-fact

By: _____     Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____
      Name of Transferor/Transferor's Agent

By: _____     Date: 3/6/12
      Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.