# JAMES M. KEARNS
Attorney at law
799 Silver Lane
Trumbull, CT 06611
Tel: (203) 375-5466 Fax: (203) 375-5003

February 21, 2012

Clerk of the Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Re:  Delroy Rose
     762 Norman Street
     Bridgeport, CT 06605

Dear Sir/Madam:

Please be advised that the above claims to be the holder of approximately $12,000.00 worth of shares of Lehman Brothers Holdings, Inc.  Please forward to me Proof of Claim forms which should be filed by Mr. Rose.

Yours truly,

James M. Kearns

JMK/sjc

cc:  Mr. Delroy Rose



RECEIVED FEB 24 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK