To:  United States Bankrupcy Court
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408



Claim No.:              63324
Internal Control No.:   23028

Date:   Feb 25, 2012

Dear Sir/Madam

I am writing to object your action of transferring $128,363.11 for my claim# 63324 (internal control number 23028) to Royal Bank of Scotland NV. Instead of transferring to Royal Bank of Scotland NV, please transfer this amount directly to Yang Lien Nih:

Yang Lien Nih
2902, Blk B
Parkway Ct, 4 Park Rd
Mid-Level
Hong Kong

Please process accordingly. Thank you for your attention.

YANG LIEN NIH

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   YANG LIEN NIH
      2902, BLK B
      PARKWAY CT, 4 PARK RD
      MID-LEVEL
      HONG KONG
```



Please note that your claim # 63324 in the above referenced case and in the amount of
    $128,363.11   allowed at $67,266.22    has been transferred (unless previously expunged by court order)

```
THE ROYAL BANK OF SCOTLAND N.V.
TRANSFEROR: YANG LIEN NIH
38/F., CHEUNG KONG CENTER, 2 QUEEN'S ROAD
CENTRAL
HONG KONG      CHINA
```

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23028    in your objection.
If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 02/15/2012                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 15, 2012.