IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Lehman Brothers Holdings, Inc., <u>et al.</u>, | ) |
| | ) Case No. 08-13555 (JMP) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**SEVENTH SUPPLEMENTAL AFFIDAVIT
IN SUPPORT OF APPLICATION FOR AN ORDER FOR
RETENTION OF FTI CONSULTING, INC. AS
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Samuel Star, being duly sworn, hereby depose and say:

1. I am a senior managing director at FTI Consulting, Inc. ("FTI"), which maintains offices at various locations around the country, including Three Times Square, 10th Floor, New York, NY 10036, USA. I submit this affidavit (the "Seventh Supplemental Affidavit" or "Affidavit") to supplement the prior affidavits that were submitted in connection with FTI's retention in the above mentioned chapter 11 cases (collectively the "Debtors"). Unless otherwise stated in this Seventh Supplemental Affidavit, I have personal knowledge of the facts set forth herein.

3. On October 21, 2008, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases filed an Application for Employment of FTI Consulting, Inc. as its Financial Advisors (the "Application"). In support of the Application, FTI filed an affidavit in accordance with the applicable sections of title 11 of the United States Code,

Page 1

11 U.S.C. § § 101-1532 (as amended, the "Bankruptcy Code") (the "Original Affidavit"). On November 21, 2008, a Final Order was signed authorizing the Retention and Employment of FTI, effective as of September 17, 2008. On January 23, 2009, April 6, 2009, June 19, 2009, April 15, 2010, November 23, 2010, and April 29, 2011, FTI supplemental affidavits executed by Michael Eisenband on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code"(collectively the "Prior Affidavits").

4.  In connection with the preparation of the Original Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. We indicated in the Original Affidavit that we would update and expand our relationship search for additional parties and file a Supplemental Affidavit if any new material relevant facts or relationships were discovered or arose. Subsequent to the filing of the Prior Affidavits, it has come to my attention that:

   a. FTI is being retained by outside counsel on behalf of Lehman Brothers Holding, Inc. to provide data analysis in support of ongoing litigation. In order to maintain the confidentially of the client information in connection with FTI's engagement on behalf of the Committee ("FTI Committee Engagement"), FTI will protect the client information through the use of its "Ethical Wall and Confidentiality Agreements" procedures.

5.  Insofar as I have been able to ascertain and subject to the disclosures herein and in my prior affidavit, FTI does not represent any interests adverse to the Official Committee of Unsecured Creditors and, to the best of my knowledge, remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

_____
Samuel Star

SUBSCRIBED AND SWORN TO BEFORE ME this 7th day of March 2012.

_____
Notary Public

My Commission Expires:

June 23, 2012

DEBRA FERUCCI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FE6189430
Qualified In New York County
My Commission Expires June 23, 2012