Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 36571**

First of all we would like to inform you that Delbrück Bethmann Maffei AG has changed its company name and is called Bethmann Bank AG since 4 October 2011:

Bethmann Bank AG
Bethmannstraße 7 – 9
60311 Frankfurt am Main.

Furthermore, we would like to inform you that Federico Jorge Gärtner who filed the claim Number 36571 on 10/6/2009 has assigned the rights arising out of this claim corresponding with the following securities

Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14) 25.MAI (WKN A0TVK2 / ISIN DE000A0TVK20) in the amount of a face value (purchase date: July 17th 2008) of USD 56,764.23 (EUR 37,424.00)

to
Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.

Bethmann Bank AG has agreed to this assignment. Both Federico Jorge Gärtner and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned right.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 06.03.2012                                          Hamburg, 14.02.2012

Bethmann Bank AG                                               Federico Jorge Gärtner
(Assignee)                                                     (Assignor)


_____                                  _____
(Jochen Weber)  (Oliver Körner)                                (Federico Jorge Gärtner)