# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG**, Pilatusstrasse 12, CH-6002 Luzern ("Transferor") unconditionally and irrevocably transferred to **UBS AG**, Bahnhofstrasse 45, CH-8001 Zurich, Switzerland ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44585) in the amount of $ USD 20,102.75 (claim amount as filed), respectively USD 12,651.87 (Proposed Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 1st day of March 2012.

**Luzerner Kantonalbank AG**

By: _____

Name of person signing: Peter Felder          Jörg Gubler
Title of person signing: Vice President       Vice President

## SCHEDULE

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 20,102.75 (Claim Amount as Filed), respectively USD 12,651.87 (Proposed Allowed Claim Amount) of USD 4,924,739.42 (the outstanding amount of the Proof of Claim as of March 1, 2012 (Proposed Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH0027121034 | 44585 | 10/26/2009 | Lehman Brothers Treasury Co. B.V. | USD 20,102.75 (claim amount as filed) USD 12,651.87 (Proposed Allowed Claim Amount) CHF 20,000.00 (nominal amount in original currency) |

Blocking Number: 7835551715120810

*Meine Bank*


Luzerner
**Kantonalbank**

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Luzerner Kantonalbank AG
Rechtsdienst & Compliance
Pilatusstrasse 12
Postfach
6002 Luzern

Telefon    0844 822 811
Telefax    041 206 29 16
info@lukb.ch, www.lukb.ch
MWST-Nr. 439 766

| | |
|---|---|
| Datum | 1. März 2012 DR-Fep |
| Telefon direkt | 041 206 24 86 Peter Felder |
| Telefax direkt | 041 206 29 16 |
| E-Mail | peter.felder@lukb.ch |

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
Case No. 08-13555 (JMP)

Dear Sir or Madam,

Enclosed we send you an Evidence of Transfer of Claim Form.

Thank you for your attention.

Sincerely yours,

Luzerner Kantonalbank

Jörg Gubler
Vice President

Peter Felder
Vice President

enclosure.

cc.
UBS AG, Wealth Management & Swiss Bank, Securities Services - Corporate Actions, Special Transactions & Default Management, PEZH FLUR 2 FFFE-098, Flurstrasse 62, Postfach, CH-8098 Zürich

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

RECEIVED MAR 05 2012

01.03.12
CH-4621
Frankieren Post
751336

003.80
PRIORITY
Stand 2
DIE POST

