

**The New York Times**
620 8TH AVENUE • NEW YORK, NY 10018

SEC: B    PAGE: 9

## CERTIFICATION OF PUBLICATION

JANUARY 24, 2012

I, MARGARET McKENNA, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

JAN 2 4 2012    20 ___

*Margaret McKenna*

-Approved:

*Maria Pannullo*

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

WEIL, GOTSHAL & MANGES LLP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re                                                                     Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,                                    08-13555 (JMP)
                        Debtors.                                          (Jointly Administered)

---

**NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT
CHAPTER 11 PLAN OF LEHMAN BROTHERS
HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "Confirmation Order") [ECF No. 23023] confirming the Modified Third Amended Joint Chapter 11 Plan, dated December 5, 2011 [ECF No. 22973] (the "Plan"), of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"),[1] was signed by the Honorable James M. Peck, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on December 6, 2011 (the "Confirmation Date"). Unless otherwise defined in this Notice of Confirmation, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and Plan establish certain deadlines by which certain parties in interest must take certain actions.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, any entity acquiring or receiving property or a Distribution under the Plan, and any holder of a Claim against or Equity Interest in the Debtors, including all governmental entities, whether (a) the Claim or Equity Interest of such holder is impaired under the Plan or (b) such holder has accepted the Plan.

**Rejection of Executory Contracts and Unexpired Leases**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.1 of the Plan, all prepetition executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed to be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease (a) that has been assumed pursuant to an order of the Court entered prior to the Effective Date, (b) as to which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed prior to the Confirmation Date, or (c) that is specifically designated in the Plan Supplement, as amended from time to time, as a contract or lease to be assumed by the Debtor.

PLEASE TAKE FURTHER NOTICE that if you are a counterparty to a prepetition executory contract or unexpired lease to which any Debtor is a party, in order to determine whether your contract has been rejected as of the Effective Date, you should review (a) the Plan Supplement, including all amendments thereto, (b) all orders of the Court entered prior to the Effective Date granting assumption or rejection of executory contracts and unexpired leases, and (c) all motions for approval of the assumption or rejection of executory contracts or unexpired leases that have been filed prior to the Confirmation Date. If your executory contract or unexpired lease is not the subject of any of the above, your executory contract or unexpired lease will be deemed rejected as of the Effective Date. The Plan Supplement, including the amendments thereto, orders of the Bankruptcy Court, and filed motions are available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.4 of the Plan, if the rejection of an executory contract or unexpired lease by any of the Debtors pursuant to Section 11.1 of the Plan results in damages to you, and such Claim is not evidenced by a previously filed proof of claim, a Claim for such damages shall be forever barred and shall not be enforceable against the Debtors, or any property to be distributed under the Plan, unless a proof of claim is filed with the Court and served upon the Debtors, on or before the date that is forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease pursuant to a motion that was pending on the Confirmation Date, (b) notice of the occurrence of the Effective Date, and (c) notice of an amendment to the Plan Supplement relating to such executory contract or unexpired lease. All Claims filed against the Debtors, as a result of the rejection of an executory contract or unexpired lease must be filed in accordance with the procedures for the filing of Claims set forth in the Bar Date Order, including the requirements to complete the Derivatives Questionnaire and/or the Guarantee Questionnaire (as those terms are defined in the Bar Date Order), as applicable. A copy of the Bar Date Order is available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com [ECF No. 4271]. Service of this Notice of Confirmation shall be sufficient notice to the applicable counterparties to executory contracts and unexpired leases of the rejection of their executory contracts and unexpired leases pursuant to the Plan and the deadlines and procedures for filing and Claims against the Debtors resulting from such rejection.

**Injunction**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.5 of the Plan, except as expressly provided in the Confirmation Order, the Plan, or a separate order of the Court or as agreed to by a Creditor and the Plan Administrator (on behalf of a Debtor), all entities who have held, hold or may hold Claims against or Equity Interests in any or all of the Debtors (whether proof of such Claims or Equity Interests has been filed or not) and other parties in interest, along with their respective present or former employees, agents, officers, directors or principals, are permanently enjoined, on and after the Effective Date, solely with respect to any Claims and Causes of Action that will be or are extinguished or released pursuant to the Plan from (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (including, without limitation, any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Released Parties or the property of any of the Released Parties; (ii) enforcing, levying, attaching (including, without limitation, any prejudgment attachment), collecting, or otherwise recovering by any manner or means, whether directly or indirectly, any judgment, award, decree, or order against the Released Parties or the property of any of the Released Parties; (iii) creating, perfecting, or otherwise enforcing in any manner, directly or indirectly, any encumbrance of any kind against the Released Parties or the property of any of the Released Parties; (iv) asserting any right of setoff, directly or indirectly, against any obligation due the Released Parties or the property of any of the Released Parties, except as contemplated or Allowed by the Plan; (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan; and (vi) taking any actions to interfere with the implementation or consummation of the Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.7 of the Plan, unless otherwise expressly provided in the Confirmation Order or in the Plan or in a Final Order of the Court, all injunctions or stays arising under or entered during the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until the date upon which all of the Chapter 11 Cases have been closed in accordance with Section 6.6 of the Plan.

**Final Fee Applications**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 2.2 of the Plan, all entities seeking an award by the Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 327, 328, 330, 331, 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code (i) shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is one hundred twenty (120) days after the Effective Date, and (ii) shall be paid in full in such amounts as are Allowed by the Court (A) on the date on which the order relating to any such application is entered, or as soon thereafter as practicable, or (B) upon such other terms as may be mutually agreed upon between the claimant and the Debtors.

Dated: New York, New York, January 19, 2012
WEIL, GOTSHAL & MANGES LLP
Telephone: (212) 310-8000, Facsimile: (212) 310-8007
*Attorneys for Debtors and Debtors in Possession*

---

[1] The Debtors are: Lehman Brothers Holdings Inc., LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivatives Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products, Inc., Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, Luxembourg Residential Properties Loan Finance S.a.r.l., BNC Mortgage LLC, Structured Asset Securities Corporation, LB Rose Ranch LLC, LB 2080 Kalakaua Owners LLC, Merit LLC, LB Somerset LLC, and LB Preferred Somerset LLC.

# AFFIDAVITS

**IN THE MATTER**
**OF:**   Lehman Brothers Holdings Inc.

**STATE OF NEW YORK:**

ss:

**COUNTY OF NEW YORK:**

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper published and of general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in ALL EDITIONS OF THE FINANCIAL TIMES ON THE 24TH DAY OF JANUARY 2012.

**TIM HART VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**


**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 01KA4944197
Qualified in New York County
Commission Expires 3/26/15

## Legal Notices

WEIL, GOTSHAL & MANGES LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
          Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

**NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "Confirmation Order") [ECF No. 23023] confirming the Modified Third Amended Joint Chapter 11 Plan, dated December 5, 2011 [ECF No. 22973] (the "Plan"), of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"),¹ was signed by the Honorable James M. Peck, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on December 6, 2011 (the "Confirmation Date"). Unless otherwise defined in this Notice of Confirmation, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and Plan establish certain deadlines by which certain parties in interest must take certain actions.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, any entity acquiring or receiving property or a Distribution under the Plan, and any holder of a Claim against or Equity Interest in the Debtors, including all governmental entities, whether (a) the Claim or Equity Interest of such holder is impaired under the Plan or (b) such holder has accepted the Plan.

**Rejection of Executory Contracts and Unexpired Leases**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.1 of the Plan, all prepetition executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed to be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease (a) that has been assumed pursuant to an order of the Court entered prior to the Effective Date, (b) as to which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed prior to the Confirmation Date, or (c) that is specifically designated in the Plan Supplement, as amended from time to time, as a contract or lease to be assumed by the Debtor.

PLEASE TAKE FURTHER NOTICE that if you are a counterparty to a prepetition executory contract or unexpired lease to which any Debtor is a party, in order to determine whether your contract has been rejected as of the Effective Date, you should review (a) the Plan Supplement, including all amendments thereto, (b) all orders of the Court entered prior to the Effective Date granting assumption or rejection of executory contracts and unexpired leases, and (c) all motions for approval of the assumption or rejection of executory contracts or unexpired leases that have been filed prior to the Confirmation Date. If your executory contract or unexpired lease is not the subject of any of the above, your executory contract or unexpired lease will be deemed rejected as of the Effective Date. The Plan Supplement, including the amendments thereto, orders of the Bankruptcy Court, and filed motions are available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.4 of the Plan, if the rejection of an executory contract or unexpired lease by any of the Debtors pursuant to Section 11.1 of the Plan results in damages to you, and such Claim is not evidenced by a previously filed proof of claim, a Claim for such damages shall be forever barred and shall not be enforceable against the Debtors, or any property to be distributed under the Plan, unless a proof of claim is filed with the Court and served upon the Debtors, on or before the date that is forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease pursuant to a motion that was pending on the Confirmation Date, (b) notice of the occurrence of the Effective Date, and (c) notice of an amendment to the Plan Supplement relating to such executory contract or unexpired lease. All Claims filed against the Debtors as a result of the rejection of an executory contract or unexpired lease must be filed in accordance with the procedures for the filing of Claims set forth in the Bar Date Order, including the requirements to complete the Derivatives Questionnaire and/or the Guarantee Questionnaire (as those terms are defined in the Bar Date Order), as applicable. A copy of the Bar Date Order is available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com [ECF No. 4271]. Service of this Notice of Confirmation shall be sufficient notice to the applicable counterparties to executory contracts and unexpired leases of the rejection of their executory contracts and unexpired leases pursuant to the Plan and the deadlines and procedures for filing and Claims against the Debtors resulting from such rejection.

**Injunction**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.5 of the Plan, except as expressly provided in the Confirmation Order, the Plan, or a separate order of the Court or as agreed to by a Creditor and the Plan Administrator (on behalf of a Debtor), all entities who have held, hold or may hold Claims against or Equity Interests in any or all of the Debtors (whether proof of such Claims or Equity Interests has been filed or not) and other parties in interest, along with their respective present or former employees, agents, officers, directors or principals, are permanently enjoined, on and after the Effective Date, solely with respect to any Claims and Causes of Action that will be or are extinguished or released pursuant to the Plan from (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (including, without limitation, any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Released Parties or the property of any of the Released Parties; (ii) enforcing, levying, attaching (including, without limitation, any prejudgment attachment), collecting, or otherwise recovering by any manner or means, whether directly or indirectly, any judgment, award, decree, or order against the Released Parties or the property of any of the Released Parties; (iii) creating, perfecting, or otherwise enforcing in any manner, directly or indirectly, any encumbrance of any kind against the Released Parties or the property of any of the Released Parties; (iv) asserting any right of setoff, directly or indirectly, against any obligation due the Released Parties or the property of any of the Released Parties, except as contemplated and Allowed by the Plan; (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan; and (vi) taking any actions to interfere with the implementation or consummation of the Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.7 of the Plan, unless otherwise expressly provided in the Confirmation Order or in the Plan or in a Final Order of the Court, all injunctions or stays arising under or entered during the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until the date upon which all of the Chapter 11 Cases have been closed in accordance with Section 6.6 of the Plan.

**Final Fee Applications**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 2.2 of the Plan, all entities seeking an award by the Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 327, 328, 330, 331, 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code (i) shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is one hundred twenty (120) days after the Effective Date, and (ii) shall be paid in full in such amounts as are Allowed by the Court (A) on the date on which the order relating to any such application is entered, or as soon thereafter as practicable, or (B) upon such other terms as may be mutually agreed upon between the claimant and the Debtors.

Dated: New York, New York, January 19, 2012
WEIL, GOTSHAL & MANGES LLP
Telephone: (212) 310-8000, Facsimile: (212) 310-8007
*Attorneys for Debtors and Debtors in Possession*

¹ The Debtors are: Lehman Brothers Holdings Inc., LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivatives Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products, Inc., Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, Luxembourg Residential Properties Loan Finance S.a.r.l., BNC Mortgage LLC, Structured Asset Securities Corporation, LB Rose Ranch LLC, LB 2080 Kalakaua Owners LLC, Merit LLC, LB Somerset LLC, and LB Preferred Somerset LLC.

# AFFIDAVIT

STATE OF TEXAS               )
                             ) ss:
CITY AND COUNTY OF DALLAS)

I, Jeff Aldridge, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, Asia and Europe, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for Global distribution for

1   insertion(s) on the following date(s):

JAN-23-2012 US National; JAN-25-2012 Europe & Asia

ADVERTISER: Lehman Brothers;

and that the foregoing statements are true and correct to the best of my knowledge.

_____
(signature)

Sworn to before me this
14 day of February   2012

_____
Notary Public



JENNIFER KAY WATSON LAWS
Notary Public, State of Texas
My Commission Expires
November 03, 2015

WEIL, GOTSHAL & MANGES LLP
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: LEHMAN BROTHERS HOLDINGS INC., et al., Debtors.

Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

**NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "Confirmation Order") [ECF No. 23023] confirming the Modified Third Amended Joint Chapter 11 Plan, dated December 5, 2011 [ECF No. 22973] (the "Plan"), of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"),[1] was signed by the Honorable James M. Peck, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on December 6, 2011 (the "Confirmation Date"). Unless otherwise defined in this Notice of Confirmation, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and Plan establish certain deadlines by which certain parties in interest must take certain actions.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, any entity acquiring or receiving property or a Distribution under the Plan, and any holder of a Claim against or Equity Interest in the Debtors, including all governmental entities, whether (a) the Claim or Equity Interest of such holder is impaired under the Plan or (b) such holder has accepted the Plan.

**Rejection of Executory Contracts and Unexpired Leases**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.1 of the Plan, all prepetition executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed to be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease (a) that has been assumed pursuant to an order of the Court entered prior to the Effective Date, (b) as to which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed prior to the Confirmation Date, or (c) that is specifically designated in the Plan Supplement, as amended from time to time, as a contract or lease to be assumed by the Debtor.

PLEASE TAKE FURTHER NOTICE that if you are a counterparty to a prepetition executory contract or unexpired lease to which any Debtor is a party, in order to determine whether your contract has been rejected as of the Effective Date, you should review (a) the Plan Supplement, including all amendments thereto, (b) all orders of the Court entered prior to the Effective Date granting assumption or rejection of executory contracts and unexpired leases, and (c) all motions for approval of the assumption or rejection of executory contracts or unexpired leases that have been filed prior to the Confirmation Date. If your executory contract or unexpired lease is not the subject of any of the above, your executory contract or unexpired lease will be deemed rejected as of the Effective Date. The Plan Supplement, including the amendments thereto, orders of the Bankruptcy Court, and filed motions are available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.4 of the Plan, if the rejection of an executory contract or unexpired lease by any of the Debtors pursuant to Section 11.1 of the Plan results in damages to you, and such Claim is not evidenced by a previously filed proof of claim, a Claim for such damages shall be forever barred and shall not be enforceable against the Debtors, or any property to be distributed under the Plan, unless a proof of claim is filed with the Court and served upon the Debtors, on or before the date that is forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease pursuant to a motion that was pending on the Confirmation Date, (b) notice of the occurrence of the Effective Date, and (c) notice of an amendment to the Plan Supplement relating to such executory contract or unexpired lease. All Claims filed against the Debtors as a result of the rejection of an executory contract or unexpired lease must be filed in accordance with the procedures for the filing of Claims set forth in the Bar Date Order, including the requirements under the Derivatives Questionnaire and/or the Guarantee Questionnaire (as those terms are defined in the Bar Date Order), as applicable. A copy of the Bar Date Order is available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com [ECF No. 4271]. Service of this Notice of Confirmation shall be sufficient notice to the applicable counterparties to executory contracts and unexpired leases of the rejection of their executory contracts and unexpired leases pursuant to the Plan and the deadlines and procedures for filing Claims against the Debtors resulting from such rejection.

**Injunction**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.5 of the Plan, except as expressly provided in the Confirmation Order, the Plan, or a separate order of the Court or as agreed to by a Creditor and the Plan Administrator (on behalf of a Debtor), all entities who have held, hold or may hold Claims against or Equity Interests in any or all of the Debtors (whether proof of such Claims or Equity Interests has been filed or not) and other parties in interest, along with their respective present or former employees, agents, officers, directors or principals, are permanently enjoined, on and after the Effective Date, solely with respect to any Claims and Causes of Action that will be or are extinguished or released pursuant to the Plan from (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (including, without limitation, any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Released Parties or the property of any of the Released Parties; (ii) enforcing, levying, attaching (including, without limitation, any prejudgment attachment), collecting, or otherwise recovering by any manner or means, whether directly or indirectly, any judgment, award, decree, or order against the Released Parties or the property of any of the Released Parties; (iii) creating, perfecting, or otherwise enforcing in any manner, directly or indirectly, any encumbrance of any kind against the Released Parties or the property of any of the Released Parties; (iv) asserting any right of setoff, directly or indirectly, against any obligation due the Released Parties or the property of any of the Released Parties, except as contemplated or Allowed by the Plan; (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan; and (vi) taking any actions to interfere with the implementation or consummation of the Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.7 of the Plan, unless otherwise expressly provided in the Confirmation Order or in the Plan or in a Final Order of the Court, all injunctions or stays arising under or entered during the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until the date upon which all of the Chapter 11 Cases have been closed in accordance with Section 6.6 of the Plan.

**Final Fee Applications**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 2.2 of the Plan, all entities seeking an award by the Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 327, 328, 330, 331, 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code (i) shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is one hundred twenty (120) days after the Effective Date, and (ii) shall be paid in full in such amounts as are Allowed by the Court (A) on the date on which the order relating to any such application is entered, or as soon thereafter as practicable, or (B) upon such other terms as may be mutually agreed upon between the claimant and the Debtors.

Dated: New York, New York, January 19, 2012
WEIL, GOTSHAL & MANGES LLP
Telephone: (212) 310-8000, Facsimile: (212) 310-8007
*Attorneys for Debtors and Debtors in Possession*

---

[1] The Debtors are: Lehman Brothers Holdings Inc., LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivatives Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products, Inc., Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, Luxembourg Residential Properties Loan Finance S.a.r.l., BNC Mortgage LLC, Structured Asset Securities Corporation, LB Rose Ranch LLC, LB 2080 Kalakaua Owners LLC, Merit LLC, LB Somerset LLC, and LB Preferred Somerset LLC.

**BANKRUPTCIES**

WEIL, GOTSHAL & MANGES LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

---

**NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "Confirmation Order") [ECF No. 23023] confirming the Modified Third Amended Joint Chapter 11 Plan, dated December 5, 2011 [ECF No. 22973] (the "Plan"), of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"),[1] was signed by the Honorable James M. Peck, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on December 6, 2011 (the "Confirmation Date"). Unless otherwise defined in this Notice of Confirmation, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and Plan establish certain deadlines by which certain parties in interest must take certain actions.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, any entity acquiring or receiving property or a Distribution under the Plan, and any holder of a Claim against or Equity Interest in the Debtors, including all governmental entities, whether (a) the Claim or Equity Interest of such holder is impaired under the Plan or (b) such holder has accepted the Plan.

**Rejection of Executory Contracts and Unexpired Leases**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.1 of the Plan, all prepetition executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed to be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease (a) that has been assumed pursuant to an order of the Court entered prior to the Effective Date, (b) as to which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed prior to the Confirmation Date, or (c) that is specifically designated in the Plan Supplement, as amended from time to time, as a contract or lease to be assumed by the Debtor.

PLEASE TAKE FURTHER NOTICE that if you are a counterparty to a prepetition executory contract or unexpired lease to which any Debtor is a party, in order to determine whether your contract has been rejected as of the Effective Date, you should review (a) the Plan Supplement, including all amendments thereto, (b) all orders of the Court entered prior to the Effective Date granting assumption or rejection of executory contracts and unexpired leases, and (c) all motions for approval of the assumption or rejection of executory contracts or unexpired leases that have been filed prior to the Confirmation Date. If your executory contract or unexpired lease is not the subject of any of the above, your executory contract or unexpired lease will be deemed rejected as of the Effective Date. The Plan Supplement, including the amendments thereto, orders of the Bankruptcy Court, and filed motions are available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.4 of the Plan, **if the rejection of an executory contract or unexpired lease by any of the Debtors pursuant to Section 11.1 of the Plan results in damages to you, and such Claim is not evidenced by a previously filed proof of claim, a Claim for such damages shall be forever barred and shall not be enforceable against the Debtors, or any property to be** distributed under the Plan, unless a proof of claim is filed with the Court and served upon the Debtors, on or before the date that is forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease pursuant to a motion that was pending on the Confirmation Date, (b) notice of the occurrence of the Effective Date, and (c) notice of an amendment to the Plan Supplement relating to such executory contract or unexpired lease. All Claims filed against the Debtors as a result of the rejection of an executory contract or unexpired lease must be filed in accordance with the procedures for the filing of Claims set forth in the Bar Date Order, including the requirements to complete the Derivatives Questionnaire and/or the Guarantee Questionnaire (as those terms are defined in the Bar Date Order), as applicable. A copy of the Bar Date Order is available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com [ECF No. 4271]. Service of this Notice of Confirmation shall be sufficient notice to the applicable counterparties to executory contracts and unexpired leases of the rejection of their executory contracts and unexpired leases pursuant to the Plan and the deadlines and procedures for filing and Claims against the Debtors resulting from such rejection.

**Injunction**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.5 of the Plan, except as expressly provided in the Confirmation Order, the Plan, or a separate order of the Court or as agreed to by a Creditor and the Plan Administrator (on behalf of a Debtor), all entities who have held, hold or may hold Claims against or Equity Interests in any or all of the Debtors (whether proof of such Claims or Equity Interests has been filed or not) and other parties in interest, along with their respective present or former employees, agents, officers, directors or principals, are permanently enjoined, on and after the Effective Date, solely with respect to any Claims and Causes of Action that will be or are extinguished or released pursuant to the Plan from (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (including, without limitation, any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Released Parties or the property of any of the Released Parties; (ii) enforcing, levying, attaching (including, without limitation, any prejudgment attachment), collecting, or otherwise recovering by any manner or means, whether directly or indirectly, any judgment, award, decree, or order against the Released Parties or the property of any of the Released Parties; (iii) creating, perfecting, or otherwise enforcing in any manner, directly or indirectly, any encumbrance of any kind against the Released Parties or the property of any of the Released Parties; (iv) asserting any right of setoff, directly or indirectly, against any obligation due the Released Parties or the property of any of the Released Parties, except as contemplated or Allowed by the Plan; (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan; and (vi) taking any actions to interfere with the implementation or consummation of the Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.7 of the Plan, unless otherwise expressly provided in the Confirmation Order or in the Plan or in a Final Order of the Court, all injunctions or stays arising under or entered during the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until the date upon which all of the Chapter 11 Cases have been closed in accordance with Section 6.6 of the Plan.

**Final Fee Applications**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 2.2 of the Plan, all entities seeking an award by the Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 327, 328, 330, 331, 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code (i) shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is one hundred twenty (120) days after the Effective Date, and (ii) shall be paid in full in such amounts as are Allowed by the Court (A) on the date on which the order relating to any such application is entered, or as soon thereafter as practicable, or (B) upon such other terms as may be mutually agreed upon between the claimant and the Debtors.

Dated: New York, New York, January 19, 2012
WEIL, GOTSHAL & MANGES LLP
Telephone: (212) 310-8000, Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

---

[1] The Debtors are: Lehman Brothers Holdings Inc., LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivatives Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products, Inc., Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, Luxembourg Residential Properties Loan Finance S.a.r.l., BNC Mortgage LLC, Structured Asset Securities Corporation, LB Rose Ranch LLC, LB 2080 Kalakaua Owners LLC, Merit LLC, LB Somerset LLC, and LB Preferred Somerset LLC.

## BANKRUPTCIES

WEIL, GOTSHAL & MANGES LLP
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

**NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "Confirmation Order") [ECF No. 23023] confirming the Modified Third Amended Joint Chapter 11 Plan, dated December 5, 2011 [ECF No. 22973] (the "Plan"), of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"),[1] was signed by the Honorable James M. Peck, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on December 6, 2011 (the "Confirmation Date"). Unless otherwise defined in this Notice of Confirmation, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and Plan establish certain deadlines by which certain parties in interest must take certain actions.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, any entity acquiring or receiving property or a Distribution under the Plan, and any holder of a Claim against or Equity Interest in the Debtors, including all governmental entities, whether (a) the Claim or Equity Interest of such holder is impaired under the Plan or (b) such holder has accepted the Plan.

**Rejection of Executory Contracts and Unexpired Leases**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.1 of the Plan, all prepetition executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed to be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease (a) that has been assumed pursuant to an order of the Court entered prior to the Effective Date, (b) as to which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed prior to the Confirmation Date, or (c) that is specifically designated in the Plan Supplement, as amended from time to time, as a contract or lease to be assumed by the Debtor.

PLEASE TAKE FURTHER NOTICE that if you are a counterparty to a prepetition executory contract or unexpired lease to which any Debtor is a party, in order to determine whether your contract has been rejected as of the Effective Date, you should review (a) the Plan Supplement, including all amendments thereto, (b) all orders of the Court entered prior to the Effective Date granting assumption or rejection of executory contracts and unexpired leases, and (c) all motions for approval of the assumption or rejection of executory contracts or unexpired leases that have been filed prior to the Confirmation Date. If your executory contract or unexpired lease is not the subject of any of the above, your executory contract or unexpired lease will be deemed rejected as of the Effective Date. The Plan Supplement, including the amendments thereto, orders of the Bankruptcy Court, and filed motions are available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.4 of the Plan, if the rejection of an executory contract or unexpired lease by any of the Debtors pursuant to Section 11.1 of the Plan results in damages to you, and such Claim is not evidenced by a previously filed proof of claim, a Claim for such damages shall be forever barred and shall not be enforceable against the Debtors, or any property to be distributed under the Plan, unless a proof of claim is filed with the Court and served upon the Debtors, on or before the date that is forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease pursuant to a motion that was pending on the Confirmation Date, (b) notice of the occurrence of the Effective Date, and (c) notice of an amendment to the Plan Supplement relating to such executory contract or unexpired lease. All Claims filed against the Debtors as a result of the rejection of an executory contract or unexpired lease must be filed in accordance with the procedures for the filing of Claims set forth in the Bar Date Order, including the requirements to complete the Derivatives Questionnaire and/or the Guarantee Questionnaire (as those terms are defined in the Bar Date Order), as applicable. A copy of the Bar Date Order is available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com [ECF No. 4271]. Service of this Notice of Confirmation shall be sufficient notice to the applicable counterparties to executory contracts and unexpired leases of the rejection of their executory contracts and unexpired leases pursuant to the Plan and the deadlines and procedures for filing and Claims against the Debtors resulting from such rejection.

**Injunction**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.5 of the Plan, except as expressly provided in the Confirmation Order, the Plan, or a separate order of the Court or as agreed to by a Creditor and the Plan Administrator (on behalf of a Debtor), all entities who have held, hold or may hold Claims against or Equity Interests in any or all of the Debtors (whether proof of such Claims or Equity Interests has been filed or not) and other parties in interest, along with their respective present or former employees, agents, officers, directors or principals, are permanently enjoined, on and after the Effective Date, solely with respect to any Claims and Causes of Action that will be or are extinguished or released pursuant to the Plan from (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (including, without limitation, any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Released Parties or the property of any of the Released Parties; (ii) enforcing, levying, attaching (including, without limitation, any prejudgment attachment), collecting, or otherwise recovering by any manner or means, whether directly or indirectly, any judgment, award, decree, or order against the Released Parties or the property of any of the Released Parties; (iii) creating, perfecting, or otherwise enforcing in any manner, directly or indirectly, any encumbrance of any kind against the Released Parties or the property of any of the Released Parties; (iv) asserting any right of setoff, directly or indirectly, against any obligation due the Released Parties or the property of any of the Released Parties, except as contemplated or Allowed by the Plan; (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan; and (vi) taking any actions to interfere with the implementation or consummation of the Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.7 of the Plan, unless otherwise expressly provided in the Confirmation Order or in the Plan or in a Final Order of the Court, all injunctions or stays arising under or entered during the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until the date upon which all of the Chapter 11 Cases have been closed in accordance with Section 6.6 of the Plan.

**Final Fee Applications**

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 2.2 of the Plan, all entities seeking an award by the Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 327, 328, 330, 331, 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code (i) shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is one hundred twenty (120) days after the Effective Date, and (ii) shall be paid in full in such amounts as are Allowed by the Court (A) on the date on which the order relating to any such application is entered, or as soon thereafter as practicable, or (B) upon such other terms as may be mutually agreed upon between the claimant and the Debtors.

Dated: New York, New York, January 19, 2012
WEIL, GOTSHAL & MANGES LLP
Telephone: (212) 310-8000, Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

[1] The Debtors are: Lehman Brothers Holdings Inc., LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivatives Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products, Inc., Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, Luxembourg Residential Properties Loan Finance S.a.r.l., BNC Mortgage LLC, Structured Asset Securities Corporation, LB Rose Ranch LLC, LB 2080 Kalakaua Owners LLC, Merit LLC, LB Somerset LLC, and LB Preferred Somerset LLC.