To: United States Bankrupcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Claim No.: 63324
Internal Control No.: 23028

Date: Feb 29, 2012



Dear Sir/Madam

This is my second objection letter to you referring to your Claim No. 63324, Internal Control No. 23028 that I object the transfer of $67,266.22 of my Lehman Brother's claim to:

The Royal Bank of Scotland N.V.
38/F., Cheung Kong Center, 2 Queen's Road
Central
Hong Kong China

I have no bank account with Royal Bank of Scotland N.V., please transfer the claim amount of $67,266.22 direclty to me instead of to Royal Bank of Scotland N.V.. You may issue a cheque of amount $67,266.22 to me details as follows:

Beneficiary Name: Yang Lien Nih
Address: 2902, Blk B
Parkway Court, 4 Park Road
Mid-Level
Hong Kong

Do not transfer the claim amount of $67,266.22 to Royal Bank of Scotland N.V.

I will also send a copy of this letter of objection to the transferee, The Royal Bank of Scotland N.V. of address 38/F., Cheung Kong Center, 2 Queen's Road, Central, Hong Kong China.

*Yang Lien Nih* (signature)

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  YANG LIEN NIH
     2902, BLK B
     PARKWAY CT, 4 PARK RD
     MID-LEVEL
     HONG KONG
```



Please note that your claim # 63324 in the above referenced case and in the amount of $128,363.11 allowed at $67,266.22 has been transferred (**unless previously expunged by court order**)

```
THE ROYAL BANK OF SCOTLAND N.V.
TRANSFEROR: YANG LIEN NIH
38/F., CHEUNG KONG CENTER, 2 QUEEN'S ROAD
CENTRAL
HONG KONG    CHINA
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23028 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/15/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 15, 2012.