ROSA L VENEGAS
PO BOX 2389
ASTORIA, NY 11102

RECEIVED FEB 22 2012 U.S. BANKRUPTCY COURT, SDNY JMP

FEBRUARY 15, 2012

HONORABLE JAMES M. PECK
U S BANKRUPTCY JUDGE
U S BANKRUPTCY COURT
ONE BOWLING GREEN
NY, NY 10004

RE: LEHMAN BROTHERS HOLDINGS
    LEHMAN HEALTHCARE TRUST

DEAR JUDGE PECK:

I AM ASKING YOU TO EXTEND THE HEALTHCARE/MEDICAL BENEFITS FOR RETIREES.

THE BANKRUPTCY HAS COST MORE THAN $1.5 BILLION IN EXPENSES, LAWYER AND ADVISOR FEES. IF SO MUCH MONEY COULD BE FOUND FOR THEM, HOW ABOUT FINDING THE FUNDS TO CONTINUE THE HEALTHCARE/MEDICAL BENEFITS FOR RETIREES? THIS WOULD HELP US (THE RETIREES) A GREAT DEAL.

I WORKED FOR LEHMAN BROTHERS FOR 28 YEARS. MOST OF US WERE LOYAL EMPLOYEES FOR MANY YEARS. I HAD NOTHING TO DO WITH THE DECISIONS THAT CAUSED LEHMAN TO FAIL.

PO Box 2359
Astoria NY 11102

February 15 2012

Honorable James M. Peck
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
One Bowling Green
NY, NY 10004

Re: Lehman Brothers Holdings
 Lehman Healthcare Plan

Dear Judge Peck:

I am asking you to extend the health/medical benefits for retirees.

The law firm has just made more than $1.5 billion in expenses (lawyers and advisors fees to S.) much money could be found to treat them. How about lending the funds to continue the health/medical benefits for retirees? Plus can't help us (the retirees) a great deal.

I worked for Lehman Brothers for 25 years. Most of us were loyal employees for many years. I had nothing to do with the decisions that caused Lehman to fail.



AGAIN, PLEASE EXTEND THE HEALTHCARE/MEDICAL BENEFITS FOR RETIREES. WE WILL BE PROFOUNDLY THANKFUL IF YOU DO.

THANK YOU VERY MUCH FOR YOUR ATTENTION TO THIS MATTER.

SINCERELY,

Rosa E Venegas

cc: LEONARD H. GERSON, TRIAL ATTORNEY, SOL/PBSD
US DEPARTMENT OF LABOR,
    OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
ROOM N-4611
P O BOX 1914
WASHINGTON, DC 20013

HENCE, PLEASE EXTEND THE HEALTHCARE / MEDICAL BENEFITS FOR RETIREES. WE WILL BE PROFOUNDLY THANKFUL TO YOU.

THANK YOU VERY MUCH FOR YOUR ATTENTION TO THIS MATTER.

SINCERELY,

[signature]

cc: LEONARD H. GERSON TRIAL ATTORNEY (PBGC)
U.S. DEPARTMENT OF LABOR,
OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
ROOM N-4611
P.O. BOX 1914
WASHINGTON, DC 20013