February 19, 2012

Managing Partner, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153
General Manager, National Financial Services, PO Box 673004, Dallas, Texas 75267

Re: Chapter 11 Case No. 08-13555 (JMP)
Lehman Brothers Holdings, Inc.

Dear Sir or Madam,
I just received the letter you sent, February 1, 2012 (copy enclosed) regarding claims in reference to Lehman Brothers Holdings.
The Confirmation Order was, (ECF No. 23023) confirming that modified was entered on December 6' 2011, by the Southern District Court of New York, signed by the Honorable James M. Peck, US Bankruptcy Judge.
Apparently there was a 45 day time frame in which to file any claims.
I just received the letter –notification on February 1, 2012, well after the 45 day time limit.
Additionally, there was no clear and expressed method for submissions or specifically explaining what had to be submitted.

This document was mailed late and received late, and also had no clearly defined submission requirements. It is quite apparent that this was done intentionally, either to eliminate submissions based on the required 45 day time parameter, which was obviously missed because of this late notification as well as an apparent effort on your firm's part to make this so confusing and unclear that submissions could not be made without further clarifications.

Just after receiving your letter this afternoon at 3PM, I called your office (212) 310-8000 this afternoon, when I mentioned Lehman Brothers Holdings, your receptionist immediately placed me into a recorded line on which I left my name, home and cell telephone numbers.
I finally received a return call and no contact name or information was left on my voice mail.

I have not received a return call.

I have a 50,000 dollar Lehman Brothers Bond. Since you mailed this notification late and did not enumerate specific submission requirements, you have breached your own date requirements and I am therefore not bound by this notification. I expect to fully recoup my investment plus interest.
Without further delay, please send the check to:
DR Marland
Executor for Ms. MS Marland, (Executors Appointment Documentation Enclosed)
11200 Timberneck Court
Oakton, Virginia 22124
Home: (703) 620-1786 Mobile: (703) 930-8100
Sincerely,

DR Marland

CC: Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
Alexander Hamilton Custom House,
One Bowling Green, New York, New York 10004

RECEIVED FEB 23 U.S. BANKR...

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   08-13555 (JMP)
                                                               :
                                        Debtors.               :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "Confirmation Order") [ECF No. 23023] confirming the Modified Third Amended Joint Chapter 11 Plan, dated December 5, 2011 [ECF No. 22973] (the "Plan"), of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"),[1] was signed by the Honorable James M. Peck, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on December 6, 2011 (the "Confirmation Date"). Unless otherwise defined in this Notice of Confirmation, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and Plan establish certain deadlines by which certain parties in interest must take certain actions.

---

[1] The Debtors are: Lehman Brothers Holdings Inc., LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivatives Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products, Inc., Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, Luxembourg Residential Properties Loan Finance S.a.r.l., BNC Mortgage LLC, Structured Asset Securities Corporation, LB Rose Ranch LLC, LB 2080 Kalakaua Owners LLC, Merit LLC, LB Somerset LLC, and LB Preferred Somerset LLC.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Copies of the Confirmation Order, the Plan, the Plan Supplement, and related documents are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, any entity acquiring or receiving property or a Distribution under the Plan, and any holder of a Claim against or Equity Interest in the Debtors, including all governmental entities, whether (a) the Claim or Equity Interest of such holder is impaired under the Plan or (b) such holder has accepted the Plan.

### Rejection of Executory Contracts and Unexpired Leases

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.1 of the Plan, all prepetition executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed to be rejected pursuant to section 365 of the Bankruptcy Code, except for any executory contract or unexpired lease (a) that has been assumed pursuant to an order of the Court entered prior to the Effective Date, (b) as to which a motion for approval of the assumption or rejection of such executory contract or unexpired lease has been filed prior to the Confirmation Date, or (c) that is specifically designated in the Plan Supplement, as amended from time to time, as a contract or lease to be assumed by the Debtor.

PLEASE TAKE FURTHER NOTICE that if you are a counterparty to a prepetition executory contract or unexpired lease to which any Debtor is a party, in order determine whether your contract has been rejected as of the Effective Date, you should review (a) the Plan Supplement, including all amendments thereto, (b) all orders of the Court entered prior to the Effective Date granting assumption or rejection of executory contracts and unexpired leases, and (c) all motions for approval of the assumption or rejection of executory contracts or unexpired leases that have been filed prior to the Confirmation Date. If your executory contract or unexpired lease is not the subject of any of the above, your executory contract or unexpired lease will be deemed rejected as of the Effective Date. The Plan Supplement, including the amendments thereto, orders of the Bankruptcy Court, and filed motions are available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 11.4 of the Plan, **if the rejection of an executory contract or unexpired lease by any of the Debtors pursuant to Section 11.1 of the Plan results in damages to you, and such Claim is not evidenced by a previously filed proof of claim, a Claim for such damages shall be forever barred and shall not be enforceable against the Debtors, or any property to be distributed under the Plan, unless a proof of claim is filed with the Court and served upon**

2

**the Debtors, on or before the date that is forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease pursuant to a motion that was pending on the Confirmation Date, (b) notice of the occurrence of the Effective Date, and (c) notice of an amendment to the Plan Supplement relating to such executory contract or unexpired lease.** All Claims filed against the Debtors as a result of the rejection of an executory contract or unexpired lease must be filed in accordance with the procedures for the filing of Claims set forth in the Bar Date Order, including the requirements to complete the Derivatives Questionnaire and/or the Guarantee Questionnaire (as those terms are defined in the Bar Date Order), as applicable. A copy of the Bar Date Order is available for (i) inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (ii) registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov), and (iii) all parties at www.lehman-docket.com [ECF No. 4271]. Service of this Notice of Confirmation shall be sufficient notice to the applicable counterparties to executory contracts and unexpired leases of the rejection of their executory contracts and unexpired leases pursuant to the Plan and the deadlines and procedures for filing and Claims against the Debtors resulting from such rejection.

### Injunction

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.5 of the Plan, except as expressly provided in the Confirmation Order, the Plan, or a separate order of the Court or as agreed to by a Creditor and the Plan Administrator (on behalf of a Debtor), all entities who have held, hold or may hold Claims against or Equity Interests in any or all of the Debtors (whether proof of such Claims or Equity Interests has been filed or not) and other parties in interest, along with their respective present or former employees, agents, officers, directors or principals, are permanently enjoined, on and after the Effective Date, solely with respect to any Claims and Causes of Action that will be or are extinguished or released pursuant to the Plan from (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action, or other proceeding of any kind (including, without limitation, any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Released Parties or the property of any of the Released Parties; (ii) enforcing, levying, attaching (including, without limitation, any prejudgment attachment), collecting, or otherwise recovering by any manner or means, whether directly or indirectly, any judgment, award, decree, or order against the Released Parties or the property of any of the Released Parties; (iii) creating, perfecting, or otherwise enforcing in any manner, directly or indirectly, any encumbrance of any kind against the Released Parties or the property of any of the Released Parties; (iv) asserting any right of setoff, directly or indirectly, against any obligation due the Released Parties or the property of any of the Released Parties, except as contemplated or Allowed by the Plan; (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan; and (vi) taking any actions to interfere with the implementation or consummation of the Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 13.7 of the Plan, unless otherwise expressly provided in the Confirmation Order or in the Plan or in a Final Order of the Court, all injunctions or stays arising under or entered

during the Chapter 11 Cases under sections 105 or 362 of the Bankruptcy Code, or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until the date upon which all of the Chapter 11 Cases have been closed in accordance with Section 6.6 of the Plan.

### Final Fee Applications

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order and Section 2.2 of the Plan, all entities seeking an award by the Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 327, 328, 330, 331, 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code (i) shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is one hundred twenty (120) days after the Effective Date, and (ii) shall be paid in full in such amounts as are Allowed by the Court (A) on the date on which the order relating to any such application is entered, or as soon thereafter as practicable, or (B) upon such other terms as may be mutually agreed upon between the claimant and the Debtors.

Dated: New York, New York
       January 19, 2012

WEIL, GOTSHAL & MANGES LLP
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

 

# CERTIFICATE OF QUALIFICATION

## Circuit Court of Fairfax County, Virginia

Fiduciary Number FI-2009-0001987

I, **John T. Frey**, Clerk of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record and having a seal, do hereby certify that it appears of record in my office pursuant to law that:

Douglas Ronald Marland

duly qualified in this court as Executor for the estate of Marjorie Sue Marland, deceased.

A bond in the amount of $8,000.00 has been posted.

The powers of the fiduciary(ies) named above continue in full force and effect.

**IN TESTIMONY WHEREOF** I have hereunto set my hand, and affixed the seal of said Court hereto, at Fairfax, Virginia this 23rd day of November, 2009.

**TESTE: JOHN T. FREY, CLERK**

By: *Matthew A Kanka*
Deputy Clerk

# COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
## DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

COPY A
FOR DIVISION OF VITAL RECORDS

REGISTRATION AREA NUMBER: 129
CERTIFICATE NUMBER: 3631
STATE FILE NUMBER:

**DECEDENT**

1. FULL NAME OF DECEDENT: Marjorie Sue Marland
2. SEX: female
3. DATE OF DEATH: November 6, 2009
4. AGE: 60 years
5. DATE OF BIRTH: July 20, 1949
6. WAS DECEDENT EVER IN U.S. ARMED FORCES? no

**PLACE OF DEATH**

7. NAME OF HOSPITAL OR INSTITUTION OF DEATH: None - Residence
8. COUNTY OF DEATH: Fairfax
9. CITY OR TOWN OF DEATH: Oakton (inside city or town limits? no)
10. STREET ADDRESS OR RT. NO. OF PLACE OF DEATH: 11200 Timberneck Court

**USUAL RESIDENCE OF DECEDENT**

11. STATE: Virginia
12. COUNTY OF DECEDENT'S RESIDENCE: Fairfax
13. CITY OR TOWN OF RESIDENCE: Oakton (inside city or town limits? no)
14. STREET ADDRESS OR RT. NO. OF RESIDENCE: 11200 Timberneck Court
ZIP CODE: 22124-

**PERSONAL DATA OF DECEDENT**

15. NAME OF DECEDENT'S FATHER: Leon Goodman
16. MAIDEN NAME OF DECEDENT'S MOTHER: Phyllis Stern
17. RACE OF DECEDENT: White
18. OF HISPANIC ORIGIN? no
19. EDUCATION: College 2
20. CITIZEN OF WHAT COUNTRY: USA
21. BIRTHPLACE: Massachusetts
22. MARRIED
23. NAME OF SPOUSE: Douglas R. Marland
24. SOCIAL SECURITY NUMBER: 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
25. USUAL OR LAST OCCUPATION: Inventory Mgr.
26. KIND OF BUSINESS OR INDUSTRY: J. C. Penney
27. INFORMANT: Douglas R. Marland - Husband

**CAUSE OF DEATH**

28. PART I. IMMEDIATE CAUSE (A): Pancreatic Cancer

28f. Time: 5:00 AM
Date Signed: 11/9/09
NAME OF ATTENDING PHYSICIAN: Dipti Patel-Donnelly, MD
ADDRESS: 8503 Arlington Blvd, #400, Fairfax, Va. 22031

**FUNERAL DIRECTOR**

29. BURIAL: X
30. PLACE OF BURIAL: Flint Hill Cemetery, Oakton, VA 22124
NAME OF FUNERAL HOME: Money & King Funeral Home, Inc.
171 W. Maple Ave.
Vienna, Virginia 22180-9998
31. Signature: Donald N. McDonald

**REGISTRAR**

32. Signature of registrar: Judith Lesy
DATE RECORD FILED: 11/10/09

---

This is to certify that this is a true and correct reproduction of the original record filed with the **FAIRFAX COUNTY HEALTH DEPARTMENT, FAIRFAX VIRGINIA.**

NOVEMBER 10, 2009
DATE ISSUED

Signature: Judith Lesy
DEPUTY REGISTRAR

(SEAL)

**VOID IF ALTERED OR DOES NOT BEAR IMPRESSED SEAL**