**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile: (212) 541-5369
David M. LeMay

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
In re                                              :       Chapter 11 Cases
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.** *et al.,*        :       08-13555 (JMP)
                                                   :
                           Debtors.                :       Jointly Administered
-------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

David M. Bava, being duly sworn, deposes and says:

1.  I am employed by the law firm of Chadbourne & Parke LLP, I am not a party to this action and I am over the age of eighteen.

2.  On March 5, 2012, I caused to be served true and correct copies of the following:

   (i)    **Notice of Motion to Withdraw as Counsel for Banco Canarias**
          **and Banco Canarias De Venezuela Banco Universal C.A.**

   (ii)   **Motion to Withdraw as Counsel for Banco Canarias and**
          **Banco Canarias De Venezuela Banco Universal C.A.**

   (iii)  **Declaration of Denise Calderon-Barrera in Support of Chadbourne &**
          **Parke's Motion to Withdraw as Counsel for Banco Canarias and**
          **Banco Canarias De Venezuela Banco Universal C.A.**

upon the parties listed on the annexed Schedule "A" by Federal Express expedited overnight courier, and Schedule "B" by E-mail.

3.   I certify that the foregoing statements made by me are true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment under

penalty of perjury.

_/s/ David M. Bava_____
David M. Bava

Sworn to before me this
8th day of March 2012

_/s/ Francisco Vazquez_____
Notary Public

**Francisco Vazquez
Notary Public, State of New York
No. 31-6013920
Qualified in New York County
Commission Expires Dec. 27, 2014**

2

## SCHEDULE "A" -- BY FEDERAL EXPRESS
### *(Expedited Overnight Courier)*

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>Attorneys for the Debtors<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Richard P. Krasnow, Esq.<br>　　　Lori R. Fife, Esq.<br>　　　Jacqueline Marcus, Esq. | Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn:  Andy Velez-Rivera, Esq.<br>　　　Paul Schwartzberg, Esq.<br>　　　Brian Masumoto, Esq.<br>　　　Linda Riffkin, Esq.<br>　　　Tracy Hope Davis, Esq. |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attorneys for the Creditors' Committee<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn:  Dennis F. Dunne, Esq.<br>　　　Dennis O'Donnell, Esq.<br>　　　Evan R. Fleck, Esq. | Banco Canarias<br>Torre Financiera<br>Banco Canarias<br>Piso 8, Avenida Tamanaco Urbanización<br>El Rosal, Caracas, Venezuela<br>Attn:  Carlos Ponce<br>　　　Dimas A. Palmar<br><br>*[By International FedEx]* |
| Banco Canarias de Venezeula<br>Banco Universal, C.A.<br>Torre Financiera<br>Banco Canarias<br>Piso 8, Avenida Tamanaco Urbanización<br>El Rosal, Caracas, Venezuela<br>Attn:  Carlos Ponce<br><br>*[By International FedEx]* | |

3

## SCHEDULE "B" -- BY E-MAIL

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>Attorneys for the Debtors<br><br>e-mail:  richard.krasnow@weil.com<br>e-mail:  lori.fife@weil.com<br>e-mail:  jacqueline.marcus@weil.com | Office of the U.S. Trustee<br><br>e-mail:  Andrea.B.Schwartz@usdoj.gov |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attorneys for the Creditors' Committee<br><br>e-mail:  ddunne@milbank.com<br>e-mail:  dodonnell@milbank.com<br>e-mail:  efleck@milbank.com | Banco Canarias<br><br>e-mail:  cponce@bancocanarias.com |
| Banco Canarias de Venezeula<br>Banco Universal, C.A.<br><br>e-mail:  cponce@bancocanarias.com<br>e-mail:  airiarte@bancocanarias.com | |

CPAM: 4560220.1