

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re  Lehman Brothers Holdings Inc., et al., Debtors ,       Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CITIC BANK INTERNATIONAL LIMITED
(formerly known as CITIC KA WAH BANK LIMITED)     YEUNG HOI WAH
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee should be sent:

18/F, SOMERSET HOUSE, TAIKOO PLACE,
979 KING'S ROAD, QUARRY BAY,
HONG KONG
ATTN: FLORENCE CHEUNG / IRENE CHAN

Phone: +852 3603 2209 / +852 3603 2230
Last Four Digits of Acct #: _____

Court Claim # (if known): 40073
Amount of Claim: $ 64,158.50
Date Claim Filed: 10/14/2009

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of CITIC BANK INTERNATIONAL LIMITED

By: _____   Date: 23 Feb 2012
Otto Yeung     Gerry Cheng
Head of Operations     Head of Treasury & Financial
& Control     Financial Products Settlement
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.