

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re  Lehman Brothers Holdings Inc., et al., Debtors ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

CITIC BANK INTERNATIONAL LIMITED
(formerly known as CITIC KA WAH BANK LIMITED)          LAM YIU KAM
Name of Transferee                                             Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 44011
should be sent:                                       Amount of Claim: $ 150,000.00
18/F, SOMERSET HOUSE, TAIKOO PLACE,                   Date Claim Filed: 10/22/2009
979 KING'S ROAD, QUARRY BAY,
HONG KONG
ATTN: FLORENCE CHEUNG / IRENE CHAN

Phone:  +852 3603 2209 / +852 3603 2230               Phone: _____
Last Four Digits of Acct #: _____            Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.
**For and on behalf of CITIC BANK INTERNATIONAL LIMITED**

Otto Yeung                     Gerry Cheng
Head of Operations             Head of Treasury & Financial
& Control                      Financial Products Settlement
By: _____          Date: 23 Feb 2012
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.