REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for BNY Mellon Corporate Trustee Services Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : |
| | : Case No. 08-13555 (JMP) |
| Debtors. | : |
| | : (Jointly Administered) |

----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND JOINDER OF BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED IN OBJECTION OF LBBW LUXEMBURG S.A. AND LANDESBANK BANDEN WÜRTTEMBERG TO THE DEBTORS' ASSUMPTION OF CERTAIN DERIVATIVES CONTRACTS**

PLEASE TAKE NOTICE that BNY Mellon Corporate Trustee Services Limited hereby withdraws its *Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in Objection of LBBW Luxemburg S.A. and Landesbank Banden-Württemberg to the Debtors' Assumption of Certain Derivatives Contracts* [Docket No. 21943], which was filed using the Court's ECF system on November 10, 2011.

NYDOCS /75490

- 2 -

Dated: March 8, 2012
      New York, New York

Respectfully submitted,

REED SMITH LLP

By: */s/ Michael J. Venditto*
Michael J. Venditto
Eric A. Schaffer
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: mvenditto@reedsmith.com
Email: eschaffer@reedsmith.com

*Counsel for BNY Mellon Corporate Trustee Services Limited*