

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CITIC BANK INTERNATIONAL LIMITED
(formerly known as CITIC KA WAH BANK LIMITED)           FUNG WAI LING ANNIE
Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 39956
should be sent:                                  Amount of Claim: $ 64,158.50
18/F, SOMERSET HOUSE, TAIKOO PLACE,              Date Claim Filed: 10/14/2009
979 KING'S ROAD, QUARRY BAY,
HONG KONG
ATTN: FLORENCE CHEUNG / IRENE CHAN

Phone: +852 3603 2209 / +852 3603 2230           Phone: _____
Last Four Digits of Acct #: _____       Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of CITIC BANK INTERNATIONAL LIMITED

By: ___Otto Yeung___ ___Gerry Cheng___    Date: 23 Feb 2012
    Head of Operations   Head of Treasury & Financial
    & Control            Financial Products Settlement
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.