James P. Seery
Bradford A. Berenson (*pro hac vice* pending)
Alex R. Rovira
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel for Principal Life Insurance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ----------------------------------------------------------X : | |
| In re: : | Chapter 11 |
| : | |
| Lehman Brothers Holdings Inc., *et al.*, : | Case No. 08-13555 (JMP) |
| : | (Jointly Administered) |
| Debtors, : | |
| ----------------------------------------------------------X | |

### NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER
### (I) GRANTING RELIEF FROM THE AUTOMATIC STAY TO
### EFFECTUATE SETOFF AND (II) ALLOWING PRINCIPAL LIFE'S NET CLAIMS

**PLEASE TAKE NOTICE**, that Principal Life Insurance Company ("Principal Life"), by and through its undersigned counsel, hereby withdraws without prejudice its motion filed on February 17, 2012 [Docket No. 25547] (the "Motion") for an order (i) granting Principal Life relief from the automatic stay (to the extent necessary) pursuant to sections 362(d) and 553 of title 11 of the United States Code (the "Bankruptcy Code") to permit Principal Life to exercise its right of setoff against mutual obligations between Principal Life and Lehman Brothers Special Financing Inc. ("LBSF") with supporting Declaration of Debra S. Epp [Docket. No. 25548] (the "Declaration").

NY1 8055750

Dated: March 8, 2012
      New York, New York      /s/ Alex R. Rovira_____

                                              Alex R. Rovira
                                              James P. Seery
                                              Bradford A. Berenson (*pro hac vice* pending)
                                              SIDLEY AUSTIN LLP
                                              787 Seventh Avenue
                                              New York, New York 10019
                                              Telephone: (212) 839-5300
                                              Facsimile: (212) 839 -5599

                                              *Counsel for the Principal Life Insurance Company*

2

NY1 8055750