

**CT Corporation**

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

1209 Orange Street
Wilmington, DE 19801

February 24, 2012

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, Trustee Dfts. and 801 Grand CDO SPC, etc., et al., Issuer Dfts. and AC Capital Partners Ltd., et al., Noteholder Dfts. // To: Magnetar Constellation Fund II, Ltd

Case No. 0813555JMP

Dear Sir/Madam:

We are herewith returning the Letter, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Magnetar Constellation Fund II, Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Anita Montez
Process Specialist

Log# 520028461

FedEx Tracking# 793270086563

cc: Southern District of New York - U.S. Bankruptcy Court
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY 10004-1408



RECEIVED
MAR - 1 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



**Wolters Kluwer**
Corporate Legal Services

| CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

February 24, 2012

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: In Re: Lehman Brother Holdings Inc., et al., Debtors, Lehman Brother Special Financings Inc., Pltf. vs.
Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al., Issuer Dfts.
and AC Capital Partners Ltd., et al., Noteholder Dfts. // To: Magnetar Constellation Master Fund, Ltd.

Case No. 0813555JMP

Dear Sir/Madam:

We are herewith returning the Letter, First Amended Complaint, Schedule(s) which we received regarding the
above captioned matter.

Magnetar Constellation Master Fund, Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Anita Montez
Process Specialist

Log# 520028540

FedEx Tracking# 798100609027

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408



RECEIVED
MAR - 1 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK