

## Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Mr. Heinz Ehrig , Mrs. Evelin Ehrig** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

**TARGOBANK AG & Co. KGaA f/k/a Citibank**
**Privatkunden AG & Co. KGaA**
_____
name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __$ 42,603.00__ , which is equal to __100.00__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

**TARGOBANK AG & Co. KGaA f/k/a Citibank**
**Privatkunden AG & Co. KGaA**
_____
name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __$ 42,603.00__ , which is equal to __100.00__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __11__ th day of __Oktober__ 2011.

| | |
|---|---|
| **Mr. Heinz Ehrig, Mrs. Evelin Ehrig** on behalf of **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** <br> name of customer | **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** <br> name of customer |
| By X _Heinz Ehrig_  _Evelin Ehrig_ | By _signature_  _signature_ |
| Name __Mr. Heinz Ehrig__    __Mrs. Evelin Ehrig__ | Name __Mr. Oliver Stuempges__   __Mr. Theo Peters__ |
| Title __Dr. phil.__ | Title __Area Director__    __Area Manager__ |
| Schleissheimer Str. 165 <br> address | Kasernenstr. 10 <br> address |
| 80797 Muenchen, Germany <br> city, state, zip | 40213 Duesseldorf, Germany <br> city, state, zip |

RECEIVED
MAR - 5 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al.                    ,    Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TARGOBANK AG & Co. KGaA | |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

TARGOBANK AG & Co. KGaA

Kasernenstr. 10, 40213 Düsseldorf, Germany

Court Claim # (if known): 55404

Amount of Claim: $ 42,603.00

Date Claim Filed: 29 October 2009

Phone:   + 49 (0) 203 347 5703

Last Four Digits of Acct #: 

Phone:   +49 (0)

Last Four Digits of Acct #: 

Name and Address where notices to Transferee should be sent:
(if different from above):

Phone: 

Last Four Digits of Acct #: 

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By X _____    Date *February, 27, 2012*
       Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.