**CLIFFORD CHANCE**

CLIFFORD CHANCE LLP

31 WEST 52ND STREET
NEW YORK, NY 10019
TEL 212-878-8000
FAX 212-878-8375

WWW.CLIFFORDCHANCE.COM

Direct Dial: +1 212 878 3142
E-mail: wendy.rosenthal@cliffordchance.com

March 2, 2012

**By Federal Express**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:  In re Lehman Brothers Holdings Inc. / Case No. 08-13555 (JMP)

Dear Sir/Madam:

Please remove the email address wendy.rosenthal@cliffordchance.com from the ECF notification list with regard to the above-captioned case.

Thank you in advance for your attention to this matter.

Very truly yours,

*[signature]*

Wendy Rosenthal

RECEIVED MAR - 5 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

AMR-348910-v1

80-40519020