Jason Imperato
148 Weaver Street * Greenwich, CT 06831
(203)-532-0481 * jasoni@optonline.net

**Bankruptcy Court:** UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

**Debtors:** LEHMAN BROTHERS HOLDINGS INC.

**Case Number:** 08-13555 (JMP)

**Title of Objection:** OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)

**Claimant:** Jason Imperato

**Claim Number:** 6623

February 19, 2012

I am writing in response to a notice I received regarding the claim referenced above. I oppose the disallowance of my claim.

### Description of the basis for the claim

I was on an international assignment to London for Lehman Brothers when bankruptcy occurred. My expatriate agreement with Lehman Brothers states the following:

*While on assignment, you will be subject to the Firm's Tax Equalization Policy. This policy is designed to:*

- *insulate you from material tax differentials between the US and the UK; and*
- *ensure that you do not bear the tax liability on your relocation and expatriate benefits, allowances and reimbursements. These are delivered tax free to you.*

My claim is for outstanding tax liabilities associated with housing, school fees and relocation expenses. I paid these taxes to the US and UK tax authorities during the year following the Lehman bankruptcy.

### Reasons the claim should not be disallowed

I provided the Foreign Assignment Handbook and my Foreign Assignment Letter with my claim. These documents set forth the terms of my expatriate assignment including terms of tax equalization referenced above. The spreadsheet I provided with my claim shows the amounts paid for housing, school fees and other reimbursed expenses. The amounts are taken directly from my paystubs and show that tax was not paid by Lehman Brothers.

Sincerely,

*Jason Imperato*

Jason Imperato

RECEIVED
FEB 23 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

Jason Imperato
168 Weaver Street, Greenwich, CT 06831
(203)-532-0421   jasonii@opbonline.net

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

Debtors: LEHMAN BROTHERS HOLDINGS INC

Case number: 08-13555 (JMP)

Title of Objection - OBJECTION TO CLAIMS (EMPLOYMENT RELATED CLAIMS)

Claimant: Jason Imperato

Claim Number: 6623

21 Jan 2012

---

I am writing in response to a notice I received regarding the claim referenced above. I oppose the disallowance of my claim.

Description of the basis for the claim

I was on an international assignment to London for Lehman brothers when bankruptcy occurred. My expatriate agreement with Lehman brothers states the following:

While on assignment, you will be subject to the Firm's Tax Equalization Policy. This policy is designed to:

- Insulate you from material tax differentials between the US and the UK; and
- Ensure that you do not bear the tax liability on your relocation and expatriate benefits, allowances and reimbursements. These are delivered tax free to you.

My claim is for outstanding tax liabilities associated with housing, school fees and relocation expenses. I paid these taxes to the US and UK tax authorities during the year following the Lehman bankruptcy.

Reasons the claim constitutes a high priority

I provided the Foreign Assignment Handbook and my Foreign Assignment Letter with my claim. These documents set forth the terms of my expatriate assignment including terms of tax equalization referenced above. The spreadsheet I provided with my claim shows the amounts paid for housing, school fees and other reimbursed expenses. The amounts are taken directly from my payslips and show that tax was not paid by Lehman Brothers.

Sincerely,

Jason Imperato