J.C.Abrahamse BV  
Brigantijnstraat 55  
1503 BR Zaandam  
The Netherlands  
Tel.:0031756178152  
Email: jan.abrahamse@wxs.nl

To United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York,NY 10004-1408

Zaandam,february 27-2012

Re: Lehman Brothers Holdings Inc.Debtors  
    Chapter 11 Case no 08-13555  
    Internal Control number 24683

L.S.

We are glad to inform you that J.C.Abrahamse BV has no further objections against the transfer of claim number # 53674 to Liquidity Solutions ,Inc. Settlement had taken place and payment was received of Isin: XS0229584296 Blocking number 6060680.Claim $ 1.064.638,58 allowed claim amount:$ 855.707,90.

A copy of this letter has also been mailed to Liquidity Solutions ,Inc.and Epiq Bankruptcy Solutions,LLC.

Yours sincerely

J.C.Abrahamse .

RECEIVED  
MAR - 5 201[?]