THE STOLAR PARTNERSHIP LLP
911 Washington Avenue, 7th Floor
St. Louis, Missouri 63101
Telephone: (314) 231-2800
Fax: (314) 436-8400
H. Kent Munson

Attorneys for Lutheran Senior Services

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:                                                                        :        Chapter 11
                                                                                     :
LEHMAN BROTHERS HOLDINGS, INC.,              :        Case No. 08-13555 (JMP)
et al.,                                                                        :        (Jointly Administered)
                                                                                     :
        Debtors.                                                         :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, H. KENT MUNSON, an attorney, hereby certify that on the 6th day of March, 2012, I caused true and accurate copies of Lutheran Senior Services' Response to Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) to be filed with the Bankruptcy Court on a 3.5 inch disk in Portable Document Format (PDF); and served upon the parties on the attached Service List in the manner described therein.

_____
H. KENT MUNSON

**Service List: (via Federal Express Overnight Delivery)**

Honorable James M. Peck
One Bowling Green
New York, NY 10004-1408
Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Robert J. Lemons, Esq.
        Lee J. Goldberg, Esq.

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Evan Fleck, Esq.
        Dennis O'Donnell, Esq.