**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

March 02, 2012

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re: Lehman Brothers Special Financing Inc., Pltf. // To: 801 Grand CDO SPC, etc., et al. including Ohio Public Employee Retirement System, Issuer Dfts. and AC Capital Partners, LTD., et al., Noreholder Dfts.

Case No. 0813555JMP

Dear Sir/Madam:

We are herewith returning the Letter, First Amended Summons, First Amended Complaint, Schedule(s), Order, First Request which we received regarding the above captioned matter.

Ohio Public Employee Retirement System is not listed on our records or on the records of the State of DE.

Very truly yours,


Scott LaScala
Section Head Process

Log# 520078111

FedEx Tracking# 793297401610

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY  10004-1408



RECEIVED MAR - 7 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK