B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Botticelli, L.L.C.**
Name of Transferee

**Barclays Bank PLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

Botticelli, L.L.C.
245 Park Avenue
New York, NY 10167

Court Claim #: **56183**
Amount of Claim: **$85,649.84**
Date Claim Filed: **10/29/09**

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Thomas M. Fuller                                    Date: 3/8/12
    Transferee/Transferee's Agent
**Thomas M. Fuller**
**Authorized Signatory**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Barclays Bank PLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("**Seller**") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Botticelli, L.L.C.** ("**Purchaser**"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "**Claim**") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "**Debtor**"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 56183** filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 8th day of February, 2012. [handwritten: MARCH]

**Barclays Bank PLC**

By: _[signature]_
Name: Daniel Crowley
Title: Managing Director

745 Seventh Avenue
New York, NY 10019

**Botticelli, L.L.C.**

By: Angelo, Gordon & Co., L.P.
Manager

By: _[signature]_
Name: Thomas M. Fuller
Title: Authorized Signatory

245 Park Avenue
New York, NY 10167

Schedule 1

Transferred Claims

Purchased Claim

100% = $85,649.84 of $85,649.84 (the outstanding amount of the Proof of Claim as of ~~February~~ MARCH 9, 2012).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Issue of EUR 12,648,000 Equity-Linked Notes due February 2010 relating to Banco Bilbao Vizcaya Argentaria SA and Telefónica de Espana S.A. unconditionally and irrevocably guaranteed by LEHMAN BROTHERS HOLDINGS INC. | XS0282208718 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 60,000 of EUR 60,000  Equivalent to USD 85,649.84 of USD 85,649.84 | Equity-Linked | February 9, 2010 | N/A |

Schedule 1-1