B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG | Luzerner Kantonalbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Bahnhofstrasse 45
CH-8001 Zürich

Court Claim # (if known): 44585
Amount of Claim: _____
Date Claim Filed: 10/23/2009

Phone: +41-44-235 60 42
Last Four Digits of Acct #: _____

Phone: +41 41 206 24 86
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ M. Besson    /s/ H. Koller    Date: 08/02/2012
    Transferee/Transferee's Agent
Jean-Claude Besson        Hugo Koller
Associate Director        Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG**, Pilatusstrasse 12, CH-6002 Luzern ("Transferor") unconditionally and irrevocably transferred to **UBS AG**, Bahnhofstrasse 45, CH-8001 Zurich, Switzerland ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44585) in the amount of $ USD 20,102.75 (claim amount as filed), respectively USD 12,651.87 (Proposed Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 1st day of March 2012.

**Luzerner Kantonalbank AG**

By: _____

Name of person signing: Peter Felder        Jörg Gubler
Title of person signing:  Vice President    Vice President

## SCHEDULE

**Lehman Programs Securities Related to Transferred Portion of Claim:**

USD 20,102.75 (Claim Amount as Filed), respectively USD 12,651.87 (Proposed Allowed Claim Amount) of USD 4,924,739.42 (the outstanding amount of the Proof of Claim as of March 1, 2012 (Proposed Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH0027121034 | 44585 | 10/26/2009 | Lehman Brothers Treasury Co. B.V. | USD 20,102.75 (claim amount as filed) USD 12,651.87 (Proposed Allowed Claim Amount) CHF 20,000.00 (nominal amount in original currency) |

Blocking Number: 7835551715120810



Luzerner Kantonalbank AG
Pilatustrasse 12
Postfach
6002 Luzern

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

March 9, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

~~On behalf of~~ Att. Mr. Peter Felder   Rechtsdienst + Compliance

you are receiving   Form B 210A U.S. Bankruptcy Court duly signed pertaining to the Transfer of Claim released on 1.3.2012

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete
- [ ] returned with thanks
- [ ] please comment
- [ ] please sign
- [ ] please forward to
- [ ] please return
- [x] please confirm receipt
- [x] please process

Remarks
23) CHF 20'000.00 RBC LBT Co. BV 2007-3.11.2008
CH 2712103 / ISIN CH0027121034
Transferor: Luzerner Kantonalbank AG
Initial Claim Number 44585

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E    05.2005    J1