UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*; | 08-13555 |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that Patrick M. Costello hereby withdraws his appearance in the above-referenced case on behalf of SuccessFactors, Inc., and requests to be removed from all service lists and from the CM/ECF notice list for this case.

All future correspondence, papers and pleadings that affect SuccessFactors, Inc.'s rights should be sent to Bialson, Bergen & Schwab, Attention: Lawrence Schwab, Esq., 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

Dated this 9th day of March, 2012.

VECTIS LAW GROUP

By: /s/ Patrick M. Costello
Patrick M. Costello
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 320-1688
Facsimile: (650) 320-1687
E-Mail: pcostello@vectislawgroup.com