UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                          :

In re:                                            :          Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*;    :          08-13555

Debtors.                        :          (Jointly Administered)

---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that Patrick M. Costello hereby withdraws his appearance in the above-referenced case on behalf of Sun Microsystems, Inc., and requests to be removed from all service lists and from the CM/ECF notice list for this case.

All future correspondence, papers and pleadings that affect Sun Microsystems, Inc.'s rights should be sent to Bialson, Bergen & Schwab, Attention: Lawrence Schwab, Esq., 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

Dated this 9th day of March, 2012.

                                                 VECTIS LAW GROUP

                                       By:   /s/ Patrick M. Costello
                                                        Patrick M. Costello
                                                        2225 E. Bayshore Road, Suite 200
                                                        Palo Alto, CA 94303
                                                        Telephone: (650) 320-1688
                                                        Facsimile: (650) 320-1687
                                                        E-Mail: pcostello@vectislawgroup.com