**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: Chapter 11 Case No.
In re :
: 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 25370, 25425,
: 25426, 25428, 25429, 25431, 25437-
: 25439, 25441, 25443, 25593, 25605,
: 25709, 25734, 25739, 25744, 25746,
: 25751, 25761, 25766, 25768, 25772,
: 25837, 25839, 25840-25842, 25847,
: 25848, 25850, 25851, 25857, 25859,
: 25860, 25862, 25867-25875, 25877-
: 25883, 25885-25893, 25895-25897,
: 25900-25903, 25905, 25909-25911
: 25914-25922, 25926-25932, 25934-
: 25948
------------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN COMMERCIAL PAPER INC.** : 08-13900 (JMP)
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 38
:
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 2, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of March, 2012
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AVENUE INVESTMENTS LP
     TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC
     ATTN: SUZETTE DEL GIUDICE GARCIA
     C/O AVENUE TC FUND LP
     399 PARK AVENUE, 6TH FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 11306-13 in the above referenced case and in the amount of
     $9,444,305.20   allowed at $9,356,234.48        has been transferred **(unless previously expunged by court order)**

```
     AVENUE TC FUND, L.P.
     TRANSFEROR: AVENUE INVESTMENTS LP
     ATTN: DAVID S. LEINWAND, ESQ.
     399 PARK AVENUE, 6TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25842     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2012                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2012.

**EXHIBIT B**

```
TIME: 16:41:23                              LEHMAN BROTHERS HOLDING INC.                                                PAGE: 1
DATE: 03/02/12                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| ABSALON II LIMITED | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| AGRICULTURAL BANK OF GREECE SA | ATTN: MICHALIS FEFES, LEGAL DEPT 23 PANEPISTIMIOU STREET ATHENS 10564 GREECE |
| AUSTRALIAN FIXED INTEREST MULTI-BLEND FUND | BY ITS AGENT ADVANCED ASSET MANAGEMENT LIMITED CONTACT: PIA VELASQUEZ LEVEL 5 182 GEORGE STREET SYDNEY NSW 2000 AUSTRALIA |
| AVENUE INVESTMENTS LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: SUZETTE DEL GIUDICE GARCIA C/O AVENUE TC FUND LP 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC ATTN: SUZETTE DEL GIUDICE GARCIA C/O AVENUE TC FUND, LP 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS, LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 399 PARK AVENUE 6TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC |
| AVENUE TC FUND, L.P. | TRANSFEROR: AVENUE INVESTMENTS LP ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: AVENUE INVESTMENTS, LP ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: AVENUE INVESTMENTS, LP ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: GERRY DE ALBERTI-SERVIZIO FINANZA/AMMINISTRAZIONE TITOLI PIAZZA GARIBALDI, 16 SONDRIO 23100 ITALY |
| BANK COOP AG, BASEL | TRANSFEROR: PENSIONSKASSE SVZ ATTN: LEGAL DEPARTMENT DUFOURSTRASSE 50 BASEL 4002 SWITZERLAND |
| BANQUE CARNEGIE LUXEMBOURG S.A. | 5 PLACE DE LA GARE PO BOX 1141 L-1011 LUXEMBOURG |
| BANQUE INVIK S.A. | TRANSFEROR: BANQUE CARNEGIE LUXEMBOURG S.A. P.O. BOX Z85 LUXEMBOURG L-2016 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SEB AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BHF-BANK AKTIENGESELLSCHAFT | ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT BOCKENHEIMER LANDSTRASSE 10 FRANKFURT A.M. 60323 GERMANY |
| BHF-BANK AKTIENGESELLSCHAFT | TRANSFEROR: HENGSTBERGER, KLAUS-GEORG - DR. BOCKENHEIMER LANDSTRASSE 10 60323 FRANKFURT AM MAIN GERMANY |
| BHF-BANK AKTIENGESELLSCHAFT | TRANSFEROR: HENGSTBERGER, SIGRID BOCKENHEIMER LANDSTRASSE 10 60323 FRANKFURT AM MAIN GERMANY |
| BHF-BANK AKTIENGESELLSCHAFT | TRANSFEROR: RAAB, FRANZ UND GERADA RAAB BOCKENHEIMER LANDSTRASSE 10 FRANKFURT AM MAIN 60323 GERMANY |
| BHF-BANK AKTIENGESELLSCHAFT | TRANSFEROR: RAAB, WINFRIED BOCKENHEIMER LANDSTRASSE 10 FRANKFURT AM MAIN 60323 GERMANY |
| BOHN, FRANCOIS | MARVIN RINGER, ATTORNEY FOR FRANCOIS BOHN 673 COLFOX PLACE NORTH WOODMERE NY 11581 |
| BORDIER INT'L BANK | C/O KENRICK WALTERS 5 CARIBBEAN PLACE PROVIDENCIALES TURKS AND CAICOS ISLANDS |
| BSOF MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| CALOGY ASSOCIATES LLC | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: RAIFFEISENBANK STOCKERAU ATTN: GUI GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| COAST FUND L.P., THE | CADWALADER, WICKERSHAM & TAFT LLP 1201 F. ST. N.W SUITE 1100 ATTENTION: MARK C. ELLENBERG, ESQ. WASHINGTON DC 20004 |
| COAST FUND L.P., THE | CADWALADER, WICKERSHAM & TAFT LLP 1201 F. ST. N.W. SUITE 1100 ATTENTION: MARK C. ELLENBERG, ESQ. WASHINGTON DC 20004 |
| COAST FUND L.P., THE | C/O COAST ASSET MANAGEMENT LLC 2450 COLORADO AVE. SUITE 100 EAST TOWER ATTENTION: JONATHAN JACOBS, GENERAL COUNSEL SANTA MONICA CA 90404 |
| COAST FUND L.P., THE | C/O COAST ASSET MANAGEMENT LLC ATTN: JONATHAN JACOBS, GENERAL COUNSEL 2450 COLORADO AVE. SUITE 100 EAST TOWER SANTA MONICA CA 90404 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: COAST FUND L.P., THE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG | DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR 99 BISHOPSGATE ATTN: CONOR MCGOVERN LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EUROPEAN CREDIT (LUXEMBOURG) S. A. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEVERAGED LOANS EUROPE PLC ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RELATIVE EUROPEAN VALUE S.A. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOCIETE GENERALE ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: TERM LOANS EUROPE PLC ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: UBS AG ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DRAX POWER LIMITED | STEVEN ABRAMOWITZ ALEXANDRA KELLY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| DRAX POWER LIMITED | PHILIP HUDSON, GENERAL COUNSEL SELBY NORTH YORKSHIRE YO8 8PH UNITED KINGDOM |
| EUROPEAN CREDIT (LUXEMBOURG) S. A. | PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS C/O MICHELLE DUNCAN, PARTNER TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: RUPPERT, DIETER AS ASSIGNEE OF RUPPERT, DIETER ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: TANG, CHE KWAN ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 16:41:23                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:    2
DATE: 03/02/12                                             CREDITOR LISTING

Name                                                  Address
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF               TRANSFEROR: KODDE, M.W. C/O FAIR HARBOR CAPITAL ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
  KODDE, M.W.
GAM EQUITY SIX INC                                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                      NEW YORK NY 10036
GAM EQUITY SIX INC                                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                      NEW YORK NY 10036
GAM EQUITY SIX INC.                                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                      NEW YORK NY 10036
GAM EQUITY SIX INC.                                   TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                      NEW YORK NY 10036
GN3 SIP LIMITED                                       TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC ON                 AND FOR THE ACCOUNT OF SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP
 BEHALF OF                                            300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND                      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
 OFFSHORE (STRATEGIC), LTD.
GOLDENTREE HIGH YIELD VALUE FUND                      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
 OFFSHORE 110 LIMITED
GOLDENTREE MASTER FUND II, LTD                        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND II, LTD                        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD                           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS LLC                    TRANSFEROR: KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
                                                      RICHARDS
GOLDMAN SACHS LENDING PARTNERS LLC                    TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                    TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198
GOLDMAN, SACHS & CO.                                  ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004
GOLDMAN, SACHS & CO.                                  SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
GOLDMAN, SACHS & CO.                                  TRANSFEROR: AUSTRALIAN FIXED INTEREST MULTI-BLEND FUND 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302
J.C. ABRAHAMSE B.V.                                   BRIGANTIJNSTRAAT 55 ZAANDAM   1503 BR NETHERLANDS
JASMINE ENTERPRISES LTD. KATFIELD                     CHANCERY COURT PO BOX 209 PROVIDENCIALES    VIRGIN ISLANDS (BRITISH)
 ASSOC.-C/O BRUCE TWA
JPMORGAN CHASE BANK N.A.                              TRANSFEROR: AGRICULTURAL BANK OF GREECE SA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                      NEW YORK NY 10005
JPMORGAN CHASE BANK N.A.                              TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                      NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                             TRANSFEROR: STANDARD CHARTER BANK PRIVATE BANK SINGAPORE ATTN: SUSAN MCNAMARA; MAIL CODE: NY1-A436
                                                      ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                             TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                      NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                             TRANSFEROR: WATERFALL EDEN MASTER FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                      NEW YORK NY 10005
JPMORGAN INVESTMENT FUNDS - INCOME                    TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O JPMORGAN ASSET MANAGEMENT ATTN: ZHILUN PANG 270 PARK AVENUE, 9TH FLOOR
 OPPORTUNITY FUND                                     NEW YORK NY 10017
KINGSTON LTD.                                         DAN BEKELE, ATTORNEY FOR KINGSTON LOEB BLOCK PARTNERS - 9TH FLOOR 505 PARK AVE NEW YORK NY 10022
KODDE, M.W.                                           ANTOON DER KINDERENLAAN 6 'S-HERTOGENBOSCH 5212 AA NETHERLANDS
KODDE, M.W.                                           DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LEHMAN BROTHERS HOLDINGS INC.                         TRANSFEROR: JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUND ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS
                                                      NEW YORK NY 10020
LEVERAGED LOANS EUROPE PLC                            C/O MICHELLE DUNCAN, PARTNER PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS
                                                      TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM
LIN TUNG HAN/CHEN MING CHING                          NO 60 LANE 678 TAI PING ROAD TAI PING TAICHUNG HSEIN TAIWAN   REPUBLIC OF CHINA
LIQUIDATION OPPORTUNITIES MASTER FUND LP              TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 855 THIRD AVENUE NEW YORK NY 10022
LIQUIDITY SOLUTIONS, INC.                             TRANSFEROR: J.C. ABRAHAMSE B.V. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LONGACRE OPPORTUNITY FUND, L.P.                       TRANSFEROR: PACIFICORP (AS ASSIGNEE OF MIDAMERICAN ENERGY COMPANY) 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC
                                                      NEW YORK NY 10019
LUXOR CAPITAL PARTNERS LP                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                      NEW YORK NY 10036

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 16:41:23
DATE: 03/02/12
PAGE: 3

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| MARATHON RESOURCES | DAN BEKELE - ATTORNEY FOR MARATHON LOEB BLOCK PARTNERS 9TH FLOOR 505 PARK AVE NEW YORK NY 10022 |
| MERCURY LIMITED | DAN BEKELE - ATTORNEY FOR MERCURY LOEB BLOCK & PARTNERS 9TH FLOOR 505 PARK AVE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: RISPARMIO & PREVIDENZA SOCIETA PER AZIONI ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: SOCIETA CATTOLICA DI ASSICURAZIONE - SOCIETA COOPERATIVA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:41:23                            LEHMAN BROTHERS HOLDING INC.                                          PAGE:    4
DATE: 03/02/12                                 CREDITOR LISTING
```

| Name | Address |
|---|---|
| MONARCH RESEARCH ALPHA MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH RESEARCH ALPHA MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MULLER, HAUNELORE | TROGELSBYER WEG 52 FLENSBURG 24943 GERMANY |
| MUSAAT, MUTUA DE SEGUROS A PRIMA FIJA | DLA PIPER SPAIN S.L. ATTENTION: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| MUSAAT, MUTUA DE SEGUROS A PRIMA FIJA | DLA PIPER LLP (US) ATTENTION: WILLIAM M. GOLDMAN, ESQ. 125 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MUSAAT, MUTUA DE SEGUROS A PRIMA FIJA | ATTN: VINCENTE GARCIA TAPIAS CALLE DEL JAZMIN, 66 MADRID 28033 SPAIN |
| NOMURA INTERNATIONAL PLC | ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: MUSAAT, MUTUA DE SEGUROS A PRIMA FIJA ATTN: LUKE NOLAN 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM |
| OAKFORD MF LIMITED | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| OAKFORD MF LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| OC 19 MASTER FUND LP - LCG | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| OC 19 MASTER FUND LP- LCG | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| OC 19 MASTER FUND LP- LCG | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| OC 19 MASTER FUND LP-LCG | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| OY, KARIVI | C/O TAALERITEHDAS OY KLUUVIKATU 3 HELSINKI 00100 FINLAND |
| OY, KARIVI | WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND |
| OY, TAALERITEHDAS | TRANSFEROR: OY, KARIVI KLUUVIKATU 3 HELSINKI 00100 FINLAND |
| P MONARCH RECOVERY LTD | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD | C/O PACIFICORP CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 825 NE MULTNOMAH, STE 700 PORTLAND OR 97232 |
| PACIFICORP (AS ASSIGNEE OF MIDAMERICAN ENERGY COMPANY) | BAHNHOFSTRASSE ENTLEBUCH 6162 SWITZERLAND |
| PENSIONSKASSE SVZ | VALIANT PRIVATBANK AG PO BOX BERN 3001 SWITZERLAND |
| PENSIONSKASSE SVZ | TRANSFEROR: UNION BANCAIRE PRIVEE ATT: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73   1211 SWITZERLAND |
| PICTET & CIE | THE SCHOENREID TRUST ATTN: JANE GEDDES P.O. BOX 83 ORDNANCE HOUSE 31 PIER RD. ST. HELIER JERSEY JE4 8PW UNITED KINGDOM |
| R&H TRUST CO. (JERSEY) LTD | REGISTRIERRTE GENOSSENSCHAFT MIT BESCHRAENKTER HAFTUNG RATHAUSPLATZ 2 STOCKERAU A-2000 AUSTRIA |
| RAIFFEISENBANK STOCKERAU | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| REALCLUB HOLDINGS LLC | C/O MICHELLE DUNCAN, PARTNER PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| RELATIVE EUROPEAN VALUE S.A. | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ ATTN: CHRISTY RIVERA, ESQ 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| RISPARMIO & PREVIDENZA SOCIETA PER AZIONI | VIA CARLO EDERLE, 45 VERONA 37126 ITALY |
| RISPARMIO & PREVIDENZA SOCIETA PER AZIONI | BUBENHALDENSTRASSE 53 STUTTGART DE 70469 GERMANY |
| RUPPERT, DIETER | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ ATTN: CHRISTY RIVERA, ESQ 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| SOCIETA CATTOLICA DI ASSICURAZIONE - SOCIETA COOPERATIVA | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:41:23                          LEHMAN BROTHERS HOLDING INC.
DATE: 03/02/12                              CREDITOR LISTING                                    PAGE:   5

Name                                    Address
SOCIETA CATTOLICA DI ASSICURAZIONE -    LUNGADIGE CANDGRANDE, 16 VERONA   37126 ITALY
   SOCIETA COOPERATIVA
SOCIETE GENERALE                        ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020
STANDARD CHARTER BANK PRIVATE BANK      BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
SINGAPORE                               TRANSFEROR: FU CHUN/CHAI HANG WILSON 8 MARINA BOULEVARD MARINA BAY FINANCIAL CENTRE TOWER 1, LEVEL 19 SINGAPORE   018981 SINGAPORE
STANDARD CHARTER BANK PRIVATE BANK      TRANSFEROR: LIN TUNG HAN/CHEN MING CHING 8 MARINA BOULEVARD MARINA BAY FINANCIAL CENTRE TOWER 1, LEVEL 19 SINGAPORE   018981 SINGAPORE
SINGAPORE
STANDARD CHARTER BANK PRIVATE BANK      TRANSFEROR: QIAOLI, GUO 8 MARINA BOULEVARD MARINA BAY FINANCIAL CENTRE TOWER 1, LEVEL 19 SINGAPORE   018981 SINGAPORE
SINGAPORE
STANDARD CHARTER BANK PRIVATE BANK      TRANSFEROR: WU TING FAI JAMES/LEE KAM MEI 8 MARINA BOULEVARD MARINA BAY FINANCIAL CENTRE TOWER 1, LEVEL 19
SINGAPORE                               SINGAPORE   018981 SINGAPORE
STONE LION PORTFOLIO L.P.               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONE LION CAPITAL PARTNERS L.P. ATTN: CLAUDIA BORG 461 5TH AVE, 14TH FLOOR
                                        NEW YORK NY 10017
TANG, CHE KWAN                          ROOM 12 7/F BOUNDARY BUILDING 2 BOUNDARY STREET KOWLOON   HONG KONG
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: BOHN, FRANCOIS 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: BORDIER INT'L BANK 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: JASMINE ENTERPRISES LTD. KATFIELD ASSOC.-C/O BRUCE TWA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: KINGSTON LTD. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: MARATHON RESOURCES 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: MERCURY LIMITED 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: MULLER, HAUNELORE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP         TRANSFEROR: R&H TRUST CO. (JERSEY) LTD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TCA EVENT INVESTMENTS S.A.R.L.          TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TCA OPPORTUNITY INVESTMENTS S.A.R.L.    TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TERM LOANS EUROPE PLC                   C/O MICHELLE DUNCAN, PARTNER PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS
                                        TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON   E1 6EG UNITED KINGDOM
UBS AG                                  TRANSFEROR: SCHRADER, ERNST-AUGUST ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH   8011 SWITZERLAND
UBS AG                                  TRANSFEROR: SKALA HAUSGESTALTUNG GMBH BAHNHOFSTRASSE 45 ZURICH   8011 SWITZERLAND
UNION BANCAIRE PRIVEE                   ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1   1211 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA          ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO   24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA          ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO   20121 ITALY
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: DEUTSCHE BANK AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: DRAX POWER LIMITED ATTN: MARGARET MAURO 767 FIFTH AVENUE 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: DRAX POWER LIMITED ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed     185

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```