# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.        Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OZ Special Master Fund, Ltd. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OZ Special Master Fund, Ltd.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
Attn: Sean Foronjy
Alison McDevitt
Alexander Kholodny

Last Four Digits of Acct. #: _____

Court Claim # (if known): 31952

Amount of Claim Transferred: $3,800,000.00 (100% of the allowed amount of the claim), together with any and all interest and other amounts payable with respect thereto

Date Claim Filed: September 22, 2009

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ Special Master Fund, Ltd.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____        Date: 3/9/12
Name: Joel Frank
Title: Chief Financial Officer

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

513-253/COURT/3369772.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 31952 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Goldman Sachs Lending Partners LLC | OZ Special Master Fund, Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>200 West Street<br>New York, NY 10282-2198<br>Attn: Lauren Day<br>Email: gsd.link@gs.com<br>Tel: 212-934-3921 | OZ Special Master Fund, Ltd.<br>c/o Och-Ziff Capital Management Group<br>9 West 57th Street, 13th Floor<br>New York, NY 10019<br>Email: noticesbankdebt ozcap.com<br>Fax: +1 212 790 0050<br>Name: Sean Foronjy<br>Telephone: + 646 826 5736<br>Name: Alison McDevitt<br>Telephone: + 646 826 5773<br>Name: Alexander Kholodny<br>Telephone: + 646 526 4510 |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                                                                          CLERK OF THE COURT

513-253/COURT/3369772.1

*[Execution Copy]*

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

OZ Special Master Fund, Ltd.                    Goldman Sachs Lending Partners LLC
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 31952
should be sent:                                 Amount of Claim: $3,800,000.00
                                                Date Claim Filed: 9/22/09
OZ Special Master Fund, Ltd.                    Debtor: Lehman Brothers Special Financing Inc.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
Fax: (646) 826-5734
Attn: Leslie Evans

Phone:_____          Phone:_____
Last Four Digits of Acct #:_____      Last Four Digits of Acct. #:_____

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

689170v.6 153/06178                    15

*[Execution Copy]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ SPECIAL MASTER FUND, LTD.

By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____            Date: 3/9/12
   Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____            Date: _____
   Name of Transferor/Transferor's Agent

Error! No property name supplied.            16

*[Execution Copy]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ SPECIAL MASTER FUND, LTD.

By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____        Date: _____
   Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: 3/9/12
   Name of Transferor/Transferor's Agent