MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Brian Trust
Jean-Marie L. Atamian
Jeffrey G. Tougas
Telephone: (212) 506-2500
Fax (212) 262-1910

*Attorneys for National Bank of Canada*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on March 7, 2012, I caused copies of the Response of National Bank of Canada to Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) (the "**Response**") to be served by United Parcel Service Next Day Air upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, and (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrea B. Schwartz, Esq., and Elisabetta Gasparini, Esq.).

I further certify that on March 7, 2012, I caused copies of the Response to be served by electronic mail upon (i) Robert Lemons, Esq., Penny Reid, Esq., and Ralph Miller, Esq., Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, robert.lemons@weil.com,

701342140

penny.reid@weil.com and ralph.miller@weil.com, and (ii) Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, ddunne@milbank.com, dodonnell@milbank.com and efleck@milbank.com.

I further certify that on March 7, 2012, upon electronic filing of the Response, electronic mail filing notifications of the Response were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         March 12, 2012

                                                            /s/ James Hennessey
                                                            James Hennessey

701342140                                     2