Hearing Date and Time: April 18, 2012 at 10:00 a.m. (Eastern Time)
Response Deadline: April 11, 2011 at 4:00 p.m. (Eastern Time)

Craig J. Albert
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Tel.:    (212) 209-3050
Fax:    (212) 371-5500
*Attorneys for Edward J. Agostini Living Trust*
*Dated May 12, 2000, Sylvia Agostini Living*
*Trust Dated May 12, 2000, and*
*Edward J. Agostini and Sylvia Agostini*
*as Joint Tenants with Right of Survivorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

In re:                                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,          Case No. 08-13555 (JMP)

                              Debtors.                  (Jointly Administered)
--------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING OF MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND FOR AN ORDER DIRECTING
## LEHMAN BROTHERS OTC DERIVATIVES, INC.
## TO RELEASE AND RETURN NONESTATE PROPERTY

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion Of The Agostini*

*Parties Pursuant To 11 U.S.C. §§ 105 And 362 For Relief From The Automatic Stay And For An*

*Order Directing Lehman Brothers OTC Derivatives, Inc. To Release And Return Nonestate*

*Property* (the "Motion") (Docket No. 24769), previously scheduled for March 21, 2012, **has**

**been adjourned to April 18, 2012 at 10:00 a.m. (ET)**, before the Honorable James M. Peck,

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert Lemons, Esq., Penny Reid, Esq., and Ralph Miller, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.); (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) and (v) attorneys for the Agostini Parties, Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, New York 10022 (Attn: Craig J. Albert, Esq.); so as to be so filed and received by no later than April 11, 2012 at 4:00 p.m. (Eastern Time) (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served

with respect to the Motion, the relief requested may be granted without a hearing.

Dated: New York, New York
      March 12, 2012

REITLER KAILAS & ROSENBLATT LLC

/s/ Craig J. Albert

By: _____
Craig J. Albert
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050
*Attorneys for Edward J. Agostini Living*
*Trust Dated May 12, 2000, Sylvia Agostini*
*Living Trust Dated May 12, 2000, and*
*Edward J. Agostini and Sylvia Agostini as*
*Joint Tenants with Right of Survivorship*