Pg 1 of 3

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings, Inc., et al.        Case No. 08 - 13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banca di San Marino S.p.A.
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Banca di San Marino S.p.A.
Strada della croce, 39
47896 Faetano
Repubblica di San Marino
e.mail: titoli@bsm.sm

Phone: + 378 873411
Last Four Digits of Acct #: _____n/a_____

Court Claim # (if known): 55829
Amount of Claim:
Portion of Claim Transferred: (see Schedule I): EUR 25,000
Date Claim Filed: 29th October 2009

Phone:
Last Four Digits of Acct. #: _n/a_

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BANCA DI SAN MARINO S.p.A.
By: _[signature] Banca di San Marino S.p.A._
Transferee/ DIRETTORE GENERALE
DEPUTY CHIEF EXECUTIVE

Date: 12th March 2012

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banca di San Marino** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its **Claim No. 55829** and relating to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON MARCH 08, 2012

**CREDIT SUISSE AG**

By: _____
Name: Ares Bianchi
Title: Assistant Vice President

By: _____
Name: Ali Sarhan
Title: Assistant Vice President

Banca di San Marino S.p.A.
VICE DIRETTORE GENERALE
DEPUTY CHIEF EXECUTIVE

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0202417050 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 25'000 |