Craig J. Albert
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Tel.:    (212) 209-3050
Fax:    (212) 371-5500
*Attorneys for Edward J. Agostini Living Trust*
*Dated May 12, 2000, Sylvia Agostini Living*
*Trust Dated May 12, 2000, and*
*Edward J. Agostini and Sylvia Agostini*
*as Joint Tenants with Right of Survivorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 24769 |

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Craig J. Albert, hereby certify that I caused a true and correct copy of the within

**NOTICE OF ADJOURNMENT OF HEARING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR AN ORDER DIRECTING LEHMAN BROTHERS OTC DERIVATIVES, INC. TO RELEASE AND RETURN NONESTATE PROPERTY** to be served on the persons listed below on March 12, 2012 by dispatching the paper to the persons listed on Exhibit A by first class mail at the address designated beside their names and by electronic mail to those parties listed on the annexed Exhibit B.

Dated: March 13, 2012
         New York, New York

/s/ Craig J. Albert
_____
Craig J. Albert

132253

**EXHIBIT A**

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges LLP
(Attn: Robert Lemons, Esq., Penny Reid, Esq., and Ralph Miller, Esq.)
767 Fifth Avenue
New York, New York 10153
*Attorneys for the Debtors*

Office of the United States Trustee
for the Southern District of New York
(Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)
1 Chase Manhattan Plaza,
New York, New York 10005
*Attorneys for the Official Committee of Unsecured Creditors*

Internal Revenue Service
Special Procedures Branch
Attn: District Director Bonnie Austin
290 Broadway
New York, NY 10007

Department of Justice
Attn: Diane Winters
Ontario Regional Office
The Exchange Tower
130 King Street West
Toronto ON M5X 1K6 Canada

Kaplan Landau LLP
1065 Avenue of the Americas
27th Floor
New York, NY 10018

**EXHIBIT B**

AAARONSON@DILWORTHLAW.COM;
AALFONSO@WILLKIE.COM;
ABEAUMONT@FKLAW.COM;
ABRAUNSTEIN@RIEMERLAW.COM;
ACATON@KRAMERLEVIN.COM;
ACKER@CHAPMAN.COM;
ADAM.BREZINE@HRO.COM;
ADARWIN@NIXONPEABODY.COM;
ADIAMOND@DIAMONDMCCARTHY.COM;
AECKSTEIN@BLANKROME.COM;
AENTWISTLE@ENTWISTLE-LAW.COM;
AFRIEDMAN@IRELL.COM;
AGBANKNEWYORK@AG.TN.GOV;
AGLENN@KASOWITZ.COM;
AGOLD@HERRICK.COM;
AGOLDSTEIN@TNSJLAW.COM;
AHAMMER@FREEBORNPETERS.COM;
AISENBERG@SAUL.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM;
AKOLOD@MOSESSINGER.COM;
AKORNIKOVA@LCBF.COM;
ALUM@FTPORTFOLIOS.COM;
AMARDER@MSEK.COM ;
AMARTIN@SHEPPARDMULLIN.COM;
AMCMULLEN@BOULTCUMMINGS.COM;
AMENARD@TISHMANSPEYER.COM;
ANANN@FOLEY.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANDREW.LOURIE@KOBREKIM.COM;
ANGELICH.GEORGE@ARENTFOX.COM;
ANN.REYNAUD@SHELL.COM;
ANTHONY_BOCCANFUSO@APORTER.COM;
AOBERRY@BERMANESQ.COM;
AOSTROW@BECKERGLYNN.COM;
APO@STEVENSLEE.COM ;
AQUALE@SIDLEY.COM ;
ARABOY@COV.COM;
ARAHL@REEDSMITH.COM;
ARHEAUME@RIEMERLAW.COM;
ARLBANK@PBFCM.COM;
ASEUFFERT@LAWPOST-NYC.COM;
ASHAFFER@MAYERBROWN.COM;
ASHMEAD@SEWKIS.COM;
ASNOW@SSBB.COM;
ATREHAN@MAYERBROWN.COM;
AUNGER@SIDLEY.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM;
AVENES@WHITECASE.COM;
AZYLBERBERG@WHITECASE.COM;
BANKR@ZUCKERMAN.COM;
BANKRUPTCY@GOODWIN.COM;
BANKRUPTCY@MORRISONCOHEN.COM;
BANKRUPTCY@NTEXAS-ATTORNEYS.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM;
BARBRA.PARLIN@HKLAW.COM;
BBISIGNANI@POSTSCHELL.COM;
BCARLSON@CO.SANMATEO.CA.US;
BDK@SCHLAMSTONE.COM;
BGUINEY@PBWT.COM;
BHINERFELD@SBTKLAW.COM;
BILL.FREEMAN@PILLSBURYLAW.COM;
BKMAIL@PROMMIS.COM;
BMANNE@TUCKERLAW.COM;
BMERRILL@SUSMANGODFREY.COM;
BMILLER@MOFO.COM;
BONEILL@KRAMERLEVIN.COM;
BRIAN.COREY@
   GREENTREECREDITSOLUTIONS.COM;
BROY@RLTLAWFIRM.COM;
BSTRICKLAND@WTPLAW.COM;
BTRUST@MAYERBROWN.COM;
BTURK@TISHMANSPEYER.COM;
BWOLFE@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM;
BZABARAUSKAS@CROWELL.COM;
CAHN@CLM.COM;
CALBERT@REITLERLAW.COM;
CANELAS@PURSUITPARTNERS.COM;
CAROL.WEINERLEVY@BINGHAM.COM;
CBELISLE@WFW.COM ;
CBELMONTE@SSBB.COM;
CBROTSTEIN@BM.NET;
CDESIDERIO@NIXONPEABODY.COM;
CE@QUINNEMANUEL.COM;
CESKRIDGE@SUSMANGODFREY.COM;
CGOLDSTEIN@STCWLAW.COM;
CHAMMERMAN@PAULWEISS.COM;
CHARDMAN@KLESTADT.COM;
CHARLES@FILARDI-LAW.COM;
CHARLES_MALLOY@APORTER.COM;
CHIPFORD@PARKERPOE.COM;
CHRIS.DONOHO@LOVELLS.COM;
CHRISTOPHER.SCHUELLER@BIPC.COM;
CK@SSBB.COM;
CLARKB@SULLCROM.COM;
CLYNCH@REEDSMITH.COM;
CMONTGOMERY@SALANS.COM;
COHENR@SEWKIS.COM;
COLE@GTLAW.COM;
COUSINSS@GTLAW.COM ;
CP@STEVENSLEE.COM;
CPAPPAS@DILWORTHLAW.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV;
CS@STEVENSLEE.COM ;
CSALOMON@BECKERGLYNN.COM;
CSCHREIBER@WINSTON.COM;
CSHORE@WHITECASE.COM;

3

CSHULMAN@SHEPPARDMULLIN.COM;
CTATELBAUM@ADORNO.COM;
CWALSH@MAYERBROWN.COM;
CWARD@POLSINELLI.COM;
CWEBER@EBG-LAW.COM;
CWEISS@INGRAMLLP.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
DANIEL.GUYDER@ALLENOVERY.COM;
DAVE.DAVIS@ISGRIA.COM;
DAVID.BENNETT@TKLAW.COM;
DAVID.CRICHLOW@PILLSBURYLAW.COM;
DAVID.HELLER@LW.COM;
DAVID.POWLEN@BTLAW.COM;
DAVID.SELIGMAN@KIRKLAND.COM;
DAVIDS@BLBGLAW.COM;
DAVIDWHEELER@MVALAW.COM;
DBALOG@INTERSIL.COM;
DBARBER@BSBLAWYERS.COM;
DBAUMSTEIN@WHITECASE.COM;
DBESIKOF@LOEB.COM;
DCIMO@GJBLAW.COM;
DCOFFINO@COV.COM;
DCRAPO@GIBBONSLAW.COM;
DDAVIS@PAULWEISS.COM;
DDREBSKY@NIXONPEABODY.COM;
DDUNNE@MILBANK.COM ;
DEGGERMANN@KRAMERLEVIN.COM;
DEGGERT@FREEBORNPETERS.COM;
DEMETRA.LIGGINS@TKLAW.COM;
DERYCK.PALMER@CWT.COM;
DFELDER@ORRICK.COM;
DFELDER@ORRICK.COM ;
DFLANIGAN@POLSINELLI.COM;
DGRIMES@REEDSMITH.COM;
DHAYES@MCGUIREWOODS.COM;
DHEFFER@FOLEY.COM;
DICONZAM@GTLAW.COM;
DJOSEPH@STRADLEY.COM;
DKLEINER@VELAW.COM;
DKOZUSKO@WILLKIE.COM;
DLEMAY@CHADBOURNE.COM;
DLIPKE@VEDDERPRICE.COM;
DLUDMAN@BROWNCONNERY.COM;
DMCGUIRE@WINSTON.COM ;
DMURRAY@JENNER.COM ;
DNEIER@WINSTON.COM;
DODONNELL@MILBANK.COM ;
DOVE.MICHELLE@DORSEY.COM;
DOWD.MARY@ARENTFOX.COM;
DPEGNO@DPKLAW.COM;
DPIAZZA@HODGSONRUSS.COM;
DRAELSON@FISHERBROTHERS.COM;
DRAVIN@WOLFFSAMSON.COM;
DROSE@PRYORCASHMAN.COM;
DROSENZWEIG@FULBRIGHT.COM;
DROSNER@GOULSTONSTORRS.COM;

DROSNER@KASOWITZ.COM ;
DSHAFFER@WTPLAW.COM;
DSHEMANO@PWKLLP.COM;
DSPELFOGEL@FOLEY.COM;
DTATGE@EBGLAW.COM;
DTHEISING@HARRISONMOBERLY.COM;
DWDYKHOUSE@PBWT.COM ;
DWILDES@STROOCK.COM;
DWORKMAN@BAKERLAW.COM;
EASMITH@VENABLE.COM;
ECHANG@STEINLUBIN.COM;
ECOHEN@RUSSELL.COM;
EFLECK@MILBANK.COM;
EFRIEDMAN@FKLAW.COM;
EFRIEDMAN@FRIEDUMSPRING.COM;
EGEEKIE@SCHIFFHARDIN.COM;
EGLAS@MCCARTER.COM;
EHOLLANDER@WHITECASE.COM;
EKBERGC@LANEPOWELL.COM;
ELEVIN@LOWENSTEIN.COM;
ELI.MATTIOLI@KLGATES.COM;
ELLEN.HALSTEAD@CWT.COM;
EMERBERG@MAYERBROWN.COM;
EOBRIEN@SBCHLAW.COM;
ERIN.MAUTNER@BINGHAM.COM;
ESCHAFFER@REEDSMITH.COM;
ESCHWARTZ@CONTRARIANCAPITAL.COM;
ESMITH@DL.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM;
EZUJKOWSKI@EMMETMARVIN.COM;
EZWEIG@OPTONLINE.NET;
FBP@PPGMS.COM ;
FELDSTEINH@SULLCROM.COM;
FFM@BOSTONBUSINESSLAW.COM;
FHYMAN@MAYERBROWN.COM;
FOONT@FOONTLAW.COM;
FRANCOIS.JANSON@HKLAW.COM;
FSOSNICK@SHEARMAN.COM;
FYATES@SONNENSCHEIN.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET;
GBRAY@MILBANK.COM;
GEORGE.DAVIS@CWT.COM;
GERACI@THALERGERTLER.COM;
GGITOMER@MKBATTORNEYS.COM;
GGOODMAN@FOLEY.COM ;
GIDDENS@HUGHESHUBBARD.COM;
GKADEN@GOULSTONSTORRS.COM;
GLENN.SIEGEL@DECHERT.COM;
GMOSS@RIEMERLAW.COM;
GRAVERT@RAVERTPLLC.COM;
GSPILSBURY@JSSLAW.COM;
GUZZI@WHITECASE.COM ;
HARRISJM@MICHIGAN.GOV;
HARVEYSTRICKON@PAULHASTINGS.COM;
HBELTZER@MAYERBROWN.COM;
HEIM.STEVE@DORSEY.COM;

HEISER@CHAPMAN.COM;
HOLLACE.COHEN@TROUTMANSANDERS.COM;
HOLSEN@STROOCK.COM;
HOWARD.HAWKINS@CWT.COM;
HSEIFE@CHADBOURNE.COM;
HSNOVIKOFF@WLRK.COM ;
ICATTO@MWE.COM;
IGOLDSTEIN@DL.COM;
ILEVEE@LOWENSTEIN.COM;
INFO2@NORMANDYHILL.COM;
IRA.HERMAN@TKLAW.COM;
ISGREENE@HHLAW.COM ;
ISRAEL.DAHAN@CWT.COM;
IVA.UROIC@DECHERT.COM;
JACOBSONN@SEC.GOV;
JACQUELINE.MARCUS@WEIL.COM;
JAMES.MCCLAMMY@DPW.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM;
JAMESTECCE@QUINNEMANUEL.COM;
JAMIE.NELSON@DUBAIIC.COM;
JAR@OUTTENGOLDEN.COM;
JASON.JURGENS@CWT.COM;
JAY.HURST@OAG.STATE.TX.US;
JAY@KLEINSOLOMON.COM;
JBECKER@WILMINGTONTRUST.COM;
JBEEMER@ENTWISTLE-LAW.COM;
JBEIERS@CO.SANMATEO.CA.US;
JBIRD@POLSINELLI.COM;
JBROMLEY@CGSH.COM;
JCARBERRY@CL-LAW.COM;
JCHRISTIAN@TOBINLAW.COM;
JDORAN@HASLAW.COM;
JDRUCKER@COLESCHOTZ.COM;
JDYAS@HALPERINLAW.NET;
JEAN-DAVID.BARNEA@USDOJ.GOV;
JEANITES@WHITEANDWILLIAMS.COM;
JEANNETTE.BOOT@WILMERHALE.COM;
JEFF.WITTIG@COAIR.COM;
JEFFREY.BLACK@BINGHAM.COM;
JELDREDGE@VELAW.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM;
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
JENNIFER.GORE@SHELL.COM;
JEREMY.EIDEN@AG.STATE.MN.US;
JFALGOWSKI@REEDSMITH.COM;
JFLAXER@GOLENBOCK.COM;
JFOX@JOEFOXLAW.COM;
JFREEBERG@WFW.COM;
JG5786@ATT.COM;
JGENOVESE@GJBLAW.COM;
JGUY@ORRICK.COM;
JHERZOG@GKLAW.COM;
JHIGGINS@FDLAW.COM;
JHORGAN@PHXA.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM;
JHUH@FFWPLAW.COM.

JIM@ATKINSLAWFIRM.COM;
JJOYCE@DRESSLERPETERS.COM;
JJTANCREDI@DAYPITNEY.COM;
JJURELLER@KLESTADT.COM;
JKEHOE@BTKMC.COM ;
JLAMAR@MAYNARDCOOPER.COM;
JLAWLOR@WMD-LAW.COM;
JLEE@FOLEY.COM;
JLEVITIN@CAHILL.COM;
JLIPSON@CROCKERKUNO.COM;
JLOVI@STEPTOE.COM;
JLSCOTT@REEDSMITH.COM;
JMADDOCK@MCGUIREWOODS.COM;
JMAKOWER@TNSJ-LAW.COM;
JMAZERMARINO@MSEK.COM;
JMCGINLEY@WILMINGTONTRUST.COM;
JMELKO@GARDERE.COM;
JMERVA@FULT.COM;
JMMURPHY@STRADLEY.COM;
JMR@MSF-LAW.COM;
JNADRITCH@OLSHANLAW.COM;
JNM@MCCALLARAYMER.COM;
JOHN.MONAGHAN@HKLAW.COM;
JOHN.RAPISARDI@CWT.COM;
JORBACH@HAHNHESSEN.COM;
JOSEPH.CORDARO@USDOJ.GOV;
JOSHUA.DORCHAK@BINGHAM.COM;
JOWEN769@YAHOO.COM;
JOWOLF@LAW.NYC.GOV;
JOY.MATHIAS@DUBAIIC.COM;
JPINTARELLI@MOFO.COM;
JPORTER@ENTWISTLE-LAW.COM;
JPROL@LOWENSTEIN.COM;
JRABINOWITZ@RLTLAWFIRM.COM;
JRSMITH@HUNTON.COM;
JSCHWARTZ@HAHNHESSEN.COM;
JSHEERIN@MCGUIREWOODS.COM;
JSHENWICK@GMAIL.COM;
JSHICKICH@RIDDELLWILLIAMS.COM;
JSMAIRO@PBNLAW.COM;
JSTOLL@MAYERBROWN.COM;
JSULLIVAN@MOSESSINGER.COM;
JTEITELBAUM@TBLAWLLP.COM;
JTIMKO@SHUTTS.COM;
JTOUGAS@MAYERBROWN.COM;
JUDY.MORSE@CROWEDUNLEVY.COM;
JWALLACK@GOULSTONSTORRS.COM;
JWANG@SIPC.ORG;
JWCOHEN@DAYPITNEY.COM;
JWEISS@GIBSONDUNN.COM;
JWEST@VELAW.COM;
JWH@NJLAWFIRM.COM;
KAREN.WAGNER@DPW.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
KECKHARDT@HUNTON.COM;

5

KEITH.SIMON@LW.COM;
KEN.COLEMAN@ALLENOVERY.COM;
KEN.HIGMAN@HP.COM;
KERRY.MOYNIHAN@HRO.COM;
KGWYNNE@REEDSMITH.COM;
KIPLOK@HUGHESHUBBARD.COM;
KKELLY@EBGLAW.COM;
KKOLBIG@MOSESSINGER.COM;
KLYMAN@IRELL.COM;
KMAYER@MCCARTER.COM;
KOBAK@HUGHESHUBBARD.COM;
KORR@ORRICK.COM;
KOVSKYD@PEPPERLAW.COM;
KPIPER@STEPTOE.COM;
KRESSK@PEPPERLAW.COM;
KREYNOLDS@MKLAWNYC.COM;
KRODRIGUEZ@ALLENMATKINS.COM;
KROSEN@LOWENSTEIN.COM;
KUEHN@BRAGARWEXLER.COM;
KURT.MAYR@BGLLP.COM;
LACYR@SULLCROM.COM;
LANDON@STREUSANDLANDON.COM;
LAPETERSON@FOLEY.COM;
LATHOMPSON@CO.SANMATEO.CA.US;
LAWALLF@PEPPERLAW.COM;
LBERKOFF@MORITTHOCK.COM;
LEE.STREMBA@TROUTMANSANDERS.COM;
LGRANFIELD@CGSH.COM;
LGRANFIELD@CGSH.COM ;
LHANDELSMAN@STROOCK.COM;
LINDA.BOYLE@TWTELECOM.COM;
LISA.EWART@WILMERHALE.COM;
LISA.KRAIDIN@ALLENOVERY.COM;
LJKOTLER@DUANEMORRIS.COM;
LKATZ@LTBLAW.COM;
LMARINUZZI@MOFO.COM;
LMAY@COLESCHOTZ.COM;
LMCGOWEN@ORRICK.COM;
LML@PPGMS.COM;
LNASHELSKY@MOFO.COM;
LOIZIDES@LOIZIDES.COM;
LORI.FIFE@WEIL.COM ;
LROMANSIC@STEPTOE.COM;
LSCARCELLA@FARRELLFRITZ.COM;
LSCHWEITZER@CGSH.COM ;
LSILVERSTEIN@POTTERANDERSON.COM;
LUBELL@HUGHESHUBBARD.COM;
LWHIDDEN@SALANS.COM;
MABRAMS@WILLKIE.COM;
MAOFILING@CGSH.COM;
MARC.CHAIT@SC.COM;
MARGOLIN@HUGHESHUBBARD.COM;
MARK.BANE@ROPESGRAY.COM;
MARK.DEVENO@BINGHAM.COM;
MARK.ELLENBERG@CWT.COM;
MARK.HOULE@PILLSBURYLAW.COM;

MARK.SHERRILL@SUTHERLAND.COM;
MARTIN.DAVIS@OTS.TREAS.GOV;
MARVIN.CLEMENTS@AG.TN.GOV;
MATT@WILLAW.COM;
MATTHEW.KLEPPER@DLAPIPER.COM;
MAUSTIN@ORRICK.COM;
MBENNER@TISHMANSPEYER.COM;
MBERMAN@NIXONPEABODY.COM;
MBIENENSTOCK@DL.COM ;
MBLOEMSMA@MHJUR.COM;
MBOSSI@THOMPSONCOBURN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM;
MCCOMBST@SULLCROM.COM;
MCORDONE@STRADLEY.COM;
MCTO@DEBEVOISE.COM;
MCYGANOWSKI@OSHR.COM ;
MDAHLMAN@KAYESCHOLER.COM;
MDORVAL@STRADLEY.COM;
MELOROD@GTLAW.COM;
MELTZERE@PEPPERLAW.COM;
METKIN@LOWENSTEIN.COM;
MFELDMAN@WILLKIE.COM;
MGORDON@BRIGGS.COM;
MGREGER@ALLENMATKINS.COM;
MH1@MCCALLARAYMER.COM;
MHARRIS@SMSM.COM;
MHOPKINS@COV.COM ;
MICHAEL.FREGE@CMS-HS.COM;
MICHAEL.KELLY@MONARCHLP.COM;
MICHAEL.KIM@KOBREKIM.COM;
MICHAEL.MCCRORY@BTLAW.COM;
MICHAEL.REILLY@BINGHAM.COM;
MILLEE12@NATIONWIDE.COM;
MILLER@TAFTLAW.COM;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV;
MITCHELL.AYER@TKLAW.COM;
MJACOBS@PRYORCASHMAN.COM;
MJEDELMAN@VEDDERPRICE.COM;
MJR1@WESTCHESTERGOV.COM;
MKJAER@WINSTON.COM;
MLAHAIE@AKINGUMP.COM;
MLANDMAN@LCBF.COM ;
MLICHTENSTEIN@CROWELL.COM;
MLYNCH2@TRAVELERS.COM;
MMENDEZ@HUNTON.COM;
MMOONEY@DEILYLAWFIRM.COM;
MMORREALE@US.MUFG.JP;
MNEIER@IBOLAW.COM;
MONICA.LAWLESS@
 BROOKFIELDPROPERTIES.COM;
MPAGE@KELLEYDRYE.COM;
MPARRY@MOSESSINGER.COM;
MPOMERANTZ@JULIENANDSCHLESINGER.COM;
MPRIMOFF@KAYESCHOLER.COM;
MPUCILLO@BERMANESQ.COM;
MROSENTHAL@GIBSONDUNN.COM;

MRUETZEL@WHITECASE.COM;
MSCHIMEL@SJU.EDU;
MSCHLESINGER@JULIENANDSCHLESINGER.COM;
MSHINER@TUCKERLAW.COM;
MSIEGEL@BROWNRUDNICK.COM;
MSOLOW@KAYESCHOLER.COM;
MSPEISER@STROOCK.COM ;
MSTAMER@AKINGUMP.COM;
MSTEEL@BROWNRUDNICK.COM;
MVENDITTO@REEDSMITH.COM;
MWARREN@MTB.COM;
NCOCO@MWE.COM;
NEAL.MANN@OAG.STATE.NY.US;
NED.SCHODEK@SHEARMAN.COM;
NEILBERGER@TEAMTOGUT.COM;
NEWYORK@SEC.GOV;
NFURMAN@SCOTTWOODCAPITAL.COM;
NHERMAN@MORGANLEWIS.COM;
NISSAY_10259-0154@MHMJAPAN.COM;
NLEPORE@SCHNADER.COM;
NLEVINE@AKINGUMP.COM;
NOTICE@BKCYLAW.COM;
OIPRESS@TRAVELERS.COM;
OMECA.NEDD@LOVELLS.COM;
OTCCORPACTIONS@FINRA.ORG;
PARONZON@MILBANK.COM ;
PATRICK.OH@FRESHFIELDS.COM;
PAUL.TURNER@SUTHERLAND.COM;
PBATTISTA@GJB-LAW.COM ;
PBOSSWICK@SSBB.COM;
PDUBLIN@AKINGUMP.COM;
PEISENBERG@LOCKELORD.COM;
PETER.GILHULY@LW.COM;
PETER.MACDONALD@WILMERHALE.COM;
PETER.SIMMONS@FRIEDFRANK.COM;
PETER@BANKRUPT.COM;
PFELDMAN@OSHR.COM;
PHAYDEN@MCGUIREWOODS.COM;
PMAXCY@SONNENSCHEIN.COM;
PPASCUZZI@FFWPLAW.COM ;
PPATTERSON@STRADLEY.COM;
PSP@NJLAWFIRM.COM ;
PTROSTLE@JENNER.COM;
PWRIGHT@DL.COM ;
R.STAHL@STAHLZELLOE.COM;
RAJ.MADAN@BINGHAM.COM;
RAJOHNSON@AKINGUMP.COM;
RAMONA.NEAL@HP.COM;
RANJIT.MATHER@BNYMELLON.COM;
RAUL.ALCANTAR@ROPESGRAY.COM;
RBEACHER@PRYORCASHMAN.COM;
RBYMAN@JENNER.COM;
RDAVERSA@ORRICK.COM;
RELGIDELY@GJB-LAW.COM ;
RFLEISCHER@PRYORCASHMAN.COM;
RFRANKEL@ORRICK.COM ;

RFRIEDMAN@SILVERMANACAMPORA.COM;
RGMASON@WLRK.COM;
RGRAHAM@WHITECASE.COM;
RHETT.CAMPBELL@TKLAW.COM;
RICHARD.KRASNOW@WEIL.COM;
RICHARD.LEAR@HKLAW.COM;
RICHARD.LEVY@LW.COM;
RICHARD.TISDALE@FRIEDFRANK.COM;
RICHARD@RWMAPLC.COM;
RITKIN@STEPTOE.COM ;
RJONES@BOULTCUMMINGS.COM;
RLEEK@HODGSONRUSS.COM;
RLEVIN@CRAVATH.COM ;
RMATZAT@HAHNHESSEN.COM;
RMCNEILL@POTTERANDERSON.COM;
RNETZER@WILLKIE.COM ;
ROBERT.BAILEY@BNYMELLON.COM;
ROBERT.DOMBROFF@BINGHAM.COM;
ROBERT.HENOCH@KOBREKIM.COM;
ROBERT.LEMONS@WEIL.COM;
ROBERT.MALONE@DBR.COM;
ROBERT.YALEN@USDOJ.GOV;
ROBERTDAKIS@QUINNEMANUEL.COM;
ROBIN.KELLER@LOVELLS.COM;
ROGER@RNAGIOFF.COM;
RONALD.SILVERMAN@BINGHAM.COM;
ROSS.MARTIN@ROPESGRAY.COM;
RQURESHI@REEDSMITH.COM;
RRAINER@WMD-LAW.COM;
RREID@SHEPPARDMULLIN.COM;
RRIGOLOSI@SMSM.COM;
RROUPINIAN@OUTTENGOLDEN.COM;
RRUSSELL@ANDREWSKURTH.COM;
RTERENZI@STCWLAW.COM;
RTRUST@CRAVATH.COM;
RUSSJ4478@AOL.COM;
RWASSERMAN@CFTC.GOV;
RWYRON@ORRICK.COM;
S.MINEHAN@AOZORABANK.CO.JP;
SABIN.WILLETT@BINGHAM.COM;
SABRAMOWITZ@VELAW.COM;
SABVANROOY@HOTMAIL.COM;
SAGOLDEN@HHLAW.COM;
SAGRAWAL@SUSMANGODFREY.COM;
SALLY.HENRY@SKADDEN.COM;
SANDYSCAFARIA@EATON.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM;
SCARGILL@LOWENSTEIN.COM;
SCHANNEJ@PEPPERLAW.COM;
SCHEPIS@PURSUITPARTNERS.COM;
SCHNABEL.ERIC@DORSEY.COM;
SCHRISTIANSON@BUCHALTER.COM;
SCHWARTZMATTHEW@SULLCROM.COM;
SCOTTSHELLEY@QUINNEMANUEL.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;
SDNYECF@DOR.MO.GOV;

SEAN@BLBGLAW.COM;
SEHLERS@ARMSTRONGTEASDALE.COM;
SEICHEL@CROWELL.COM;
SFELDERSTEIN@FFWPLAW.COM;
SFINEMAN@LCHB.COM;
SFOX@MCGUIREWOODS.COM;
SGORDON@CAHILL.COM ;
SGUBNER@EBG-LAW.COM ;
SHANNON.NAGLE@FRIEDFRANK.COM;
SHARBECK@SIPC.ORG ;
SHARI.LEVENTHAL@NY.FRB.ORG;
SHGROSS5@YAHOO.COM;
SIDORSKY@BUTZEL.COM;
SLERMAN@EBGLAW.COM;
SLERNER@SSD.COM;
SLEVINE@BROWNRUDNICK.COM;
SLODEN@DIAMONDMCCARTHY.COM;
SMAYERSON@SSD.COM;
SMILLMAN@STROOCK.COM;
SMULLIGAN@BSBLAWYERS.COM;
SNEWMAN@KATSKYKORINS.COM;
SORY@FDLAW.COM ;
SPIOTTO@CHAPMAN.COM;
SPLATZER@PLATZERLAW.COM;
SQUIGLEY@LOWENSTEIN.COM;
SREE@LCBF.COM ;
SSCHULTZ@AKINGUMP.COM;
SSELBST@HERRICK.COM;
SSHIMSHAK@PAULWEISS.COM;
SSKELLY@TEAMTOGUT.COM;
STEELE@LOWENSTEIN.COM;
STEPHEN.COWAN@DLAPIPER.COM;
STEVE.GINTHER@DOR.MO.GOV;
STEVEN.TROYER@COMMERZBANK.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM;
STREUSAND@STREUSANDLANDON.COM;
SUSAN.SCHULTZ@NEWEDGEGROUP.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;
SWEYL@HASLAW.COM;
SWOLOWITZ@MAYERBROWN.COM;
SZUCH@WIGGIN.COM;
TANNWEILER@GREERHERZ.COM;
TARBIT@CFTC.GOV;
TBROCK@SSBB.COM;
TDEWEY@DPKLAW.COM ;
TDUFFY@ANDERSONKILL.COM;
TERESA.OXFORD@INVESCOAIM.COM;
TGOREN@MOFO.COM;
THALER@THALERGERTLER.COM;
THOMAS.CALIFANO@DLAPIPER.COM;
THOMAS.OGDEN@DPW.COM;
THOMAS_NOGUEROLA@CALPERS.CA.GOV;
TIM.DESIENO@BINGHAM.COM;
TIMOTHY.BRINK@DLAPIPER.COM;
TIMOTHY.PALMER@BIPC.COM;
TJFREEDMAN@PBNLAW.COM;

TKARCHER@DL.COM;
TKIRIAKOS@MAYERBROWN.COM;
TLAURIA@WHITECASE.COM;
TMACWRIGHT@WHITECASE.COM;
TMARRION@HASLAW.COM;
TNIXON@GKLAW.COM ;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
TONY.DAVIS@BAKERBOTTS.COM;
TSLOME@MSEK.COM;
TTRACY@CROCKERKUNO.COM;
TWHEELER@LOWENSTEIN.COM;
UKREPPEL@WHITECASE.COM;
VILLA@STREUSANDLANDON.COM;
VMILIONE@NIXONPEABODY.COM;
VRUBINSTEIN@LOEB.COM;
WALTER.STUART@FRESHFIELDS.COM;
WANDA.GOODLOE@CBRE.COM;
WBALLAINE@LCBF.COM;
WBENZIJA@HALPERINLAW.NET;
WCHEN@TNSJ-LAW.COM ;
WCURCHACK@LOEB.COM ;
WDASE@FZWZ.COM;
WFOSTER@MILBANK.COM;
WILLIAM.M.GOLDMAN@DLAPIPER.COM;
WILTENBURG@HUGHESHUBBARD.COM;
WISOTSKA@PEPPERLAW.COM;
WK@PWLAWYERS.COM;
WMAHER@WMD-LAW.COM ;
WMARCARI@EBGLAW.COM ;
WMCKENNA@FOLEY.COM;
WOCONNOR@CROWELL.COM;
WSILVERM@OSHR.COM ;
WSWEARINGEN@LLF-LAW.COM;
WTAYLOR@MCCARTER.COM;
WWEINTRAUB@FKLAW.COM;
WZOBERMAN@BERMANESQ.COM;
YAMASHIRO@SUMITOMOTRUST.CO.JP;
YUWATOKO@MOFO.COM;