**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                                                )
In re:                                                                          )  Chapter 11
                                                                                )
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                                        )  Case No. 08-13555 (JMP)
                                                                                )
                                                                                )
                                                                                )
     Debtors                                                                    )  (Jointly Administered)
--------------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Recovery Partners Holdings I, LLC | Chase Lincoln First Commercial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

**Case No. 08-13555**
Court Claim # (if known): 27552
Amount of Claim: $126,194,400.00
Amount of Claim Transferred: $126,194,400.00
Date Claim Filed: 9/22/09

Lauren Grainer
375 Park Ave, 13th Floor
New York, NY, 10152
212 672 4678 (phone)
212 672 5004 (fax)

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

NYC:237904.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CHASE LINCOLN FIRST COMMERCIAL CORPORATION** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **RECOVERY PARTNERS HOLDINGS I, LLC** ("Purchaser") **100%** of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (**No. 27552**) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12 day of March 2012.

| RECOVERY PARTNERS HOLDINGS I, LLC | CHASE LINCOLN FIRST COMMERCIAL CORPORATION |
|---|---|
| By: _____ | By: _____ |
| Name: Aleksandra Markone | Name: |
| Title: Authorized Signatory | Title: Andrew C. Faherty, Authorized Signatory |

15

NYC:237391.2