B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

                                Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**This PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY amends the previously filed PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY identified as Docket Number 9611.**

<u>Mount Kellett Master Fund II, L.P.</u>
Name of Transferee

<u>JPMorgan Chase Bank, N.A.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Mount Kellett Capital Management LP
623 5th Avenue – Floor 18
New York, NY 10022-9139

Court Claim # (if known): <u>58247 (22.7201884% of such claim)</u>
Amount of Claim as Filed: <u>$31,476,342.79</u>
Amount of Claim Transferred: <u>$7,151,484.37</u>
Date Claim Filed: <u>10/30/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

602408.2/2651-00058

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Mount Kellett Master Fund II, L.P.
By: Mount Kellett Capital Partners GP LLC

By: _____     Date: _____7/1/10_____
    Name: Kevin Naughton
    Title: CFO/COO

By: _____     Date: _____7/1/10_____
    Name: Aaron Bellish
    Title: Fund Controller

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

602408.2/2651-00058