B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>GFA I LLC</u> | <u>Deutsche Bank AG, London Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

GFA I LLC
c/o Ashurst LLP
7 Times Square, 42nd Floor
New York, NY 10036
Attn: _____

Court Claim # (if known):<u>14870</u>
Amount of Claim as Allowed: <u>$50,500,000.00</u>
Amount of Claim Transferred: <u>$22,295,059.42</u>
Date Claim Filed: <u>9/17/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____          Phone:_____
Last Four Digits of Acct #:_____   Last Four Digits of Acct. #:_____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

715668v.1 9999/08888

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: March 13, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

715668v.1 9999/08888

Rule 3001(e) – Transfer of Portion of LBHI Claim #14870

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") |
| AND TO: | Lehman Brothers Holdings Inc (the "**Debtor**") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.*, |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly Administered) |
| CLAIM NO. | 14870 (**In Part – See Below**) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates solely to the transfer of a 44.14863251% or USD 22,295,059.42 portion (the "**Transferred Portion**") of the above claim which was designated as Claim No. 14870 and in the principal amount of USD 50,500,000 (the "**Claim**") |

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to [GFA I LLC] ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with the Claim, to the extent of the Transferred Portion.

Assignor hereby waives any objection to the transfer of the Transferred Portion of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Transferred Portion of the Claim and recognizing the Assignee as the sole owner and holder of the Transferred Portion of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to the Assignee. Assignor covenants and agrees that it will promptly forward to Assignee any distributions or payments received in respect of the Transferred Portion of the Claim pursuant to the terms of Section 3 of that certain Funded Participation between the Assignor and Assignee dated as of 25 June, 2009.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS *12* day of March, 2012.

Confidential

Rule 3001(e) – Transfer of Portion of LBHI Claim #14870

**DEUTSCHE BANK AG, LONDON**     **GFA I LLC**

By: _[signature]_ Michael Sutton, Managing Director     By: _[signature]_

By: _[signature]_ Ross Miller, Director     By: _____

Confidential

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GFA I LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

GFA I LLC
c/o Ashurst LLP
7 Times Square, 42nd Floor
New York, NY 10036
Attn: _____

Court Claim # (if known): 14865
Amount of Claim as Allowed: $50,500,000.00
Amount of Claim Transferred: $22,295,059.42
Date Claim Filed: 9/17/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

715668v.1 9999/08888

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: March 13, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

715668v.1 9999/08888

Rule 3001(e) – Transfer of Portion of LBSF Claim #14865

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") |
| AND TO: | Lehman Brothers Special Financing, Inc. (the "**Debtor**") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.*, |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly Administered) |
| CLAIM NO. | 14865 (**In Part – See Below**) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | **This Evidence of Transfer of Claim relates solely to the transfer of a 44.14863251% or USD 22,295,059.42 portion (the "Transferred Portion") of the above claim which was designated as Claim No. 14865 and in the principal amount of USD 50,500,000 (the "Claim")** |

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to [GFA I LLC] ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with the Claim, to the extent of the Transferred Portion.

Assignor hereby waives any objection to the transfer of the Transferred Portion of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Transferred Portion of the Claim and recognizing the Assignee as the sole owner and holder of the Transferred Portion of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to the Assignee. Assignor covenants and agrees that it will promptly forward to Assignee any distributions or payments received in respect of the Transferred Portion of the Claim pursuant to the terms of Section 3 of that certain Funded Participation between the Assignor and Assignee dated as of 25 June, 2009.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12 day of March, 2012.

Confidential

Rule 3001(e) – Transfer of Portion of LBSF Claim #14865

**DEUTSCHE BANK AG, LONDON**          **GFA I LLC**

By: _____          By: _____
    Michael Sutton
    Managing Director

By: _____          By: _____
    Ross Miller
    Director

Confidential