UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,           Case No. 08-13555 (JMP)

                                   Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BARRY P. GRUHER

UPON the motion of Barry P. Gruher dated March 7, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Barry P. Gruher is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         March 13, 2012

                                                   *s/ James M. Peck*
                                                   UNITED STATES BANKRUPTCY JUDGE