SEWARD & KISSEL LLP
Ronald L. Cohen, Esq. (RC 3897)
Carolyn Frederick, Esq. (CF 2861)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Goldman Sachs Lending Partners, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1.   A claim has been filed in Lehman Brothers Special Financing Inc., Debtor, Case No. 08-13888 (JMP).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

2.   TRANSFEROR:

> Serengeti Lycaon MM L.P.
> c/o Serengeti Asset Management LP
> 632 Broadway, 12th Floor
> New York, New York 10012
> Attn: Erin Finegan
> Phone: 214-461-4079

3.   PLEASE TAKE NOTICE of the transfer of Transferor's claim, docketed as Claim No. 66556 (the "Claim"), in the amount of at least $1,600,000.00, against Lehman Brothers Special Financing Inc. in bankruptcy Case No. 08-13888 (JMP):

TRANSFEREE:

> Goldman Sachs Lending Partners LLC
> c/o Goldman, Sachs & Co.
> 30 Hudson Street, 36th Floor
> Jersey City, New Jersey 07302
> Attn: Lauren Day
> Phone: 212-934-3921

4.    An Evidence of Transfer of Claim is attached as <u>Exhibit A</u>.  You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address above and to the undersigned at the address below.

5.    I declare under penalty of perjury that the information provided in this notice and in the Evidence of Transfer of Claim is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       March 13, 2012

> SEWARD & KISSEL LLP
>
> By: <u>/s/ Ronald L. Cohen</u>
> Ronald L. Cohen, Esq. (RC 3897)
> Carolyn Frederick (CF 2861)
> One Battery Park Plaza
> New York, New York  10004
> Tel.: (212) 574-1200
> Fax: (212) 480-8421
> Email:  cohen@sewkis.com
>         frederick@sewkis.com
>
> Attorneys for Goldman Sachs
> Lending Partners, LLC.