Presentment Date and Time (AS ADJOURNED): March 23, 2012 at 12:00 p.m. (Prevailing Eastern Time)
Objection Date and Time (AS ADJOURNED): March 22, 2012 at 4:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed): April 18, 2012 at 10:00 a.m. (Prevailing Eastern Time)

| | |
|---|---|
| **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br>Joseph D. Pizzurro<br>L. P. Harrison 3rd<br>Dienna Ching<br><br>*Counsel for Debtors and Debtors-in-Possession* | **HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>James B. Kobak, Jr.<br>Jeffrey M. Greilsheimer<br><br>**LEVINE LEE LLP**<br>570 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 223-4400<br>Facsimile: (212) 223-4425<br>Kenneth E. Lee<br><br>*Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    08-13555 (JMP)
                                            :
              Debtors.                      :    (Jointly Administered)
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS INC.,**                   :    08-01420 (JMP) (SIPA)
                                            :
              Debtor.                       :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF JOINT NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER CONFIRMING DETERMINATION OF SECURITIES COLLATERAL UNDER COLLATERAL DISPOSITION AGREEMENT <u>BENEFICIALLY OWNED BY LEHMAN BROTHERS INC.</u>**

    **PLEASE TAKE NOTICE** that the Joint Notice of Presentment, dated March 8, 2012 of the *Stipulation and Agreed Order Confirming Determination of Securities Collateral Under Collateral Disposition Agreement Beneficially Owned by Lehman Brothers Inc.* (the "<u>Stipulation</u>") of Lehman Brothers Holdings Inc. and Lehman Brothers Inc. [Chapter 11 Docket

No. 26142] [SIPA Docket No. 4947] that was scheduled to be presented to the Court for signature on March 16, 2012 at 12:00 p.m. (Prevailing Eastern Time) has been adjourned to **March 23, 2012 at 12:00 p.m. (Prevailing Eastern Time).**

    **PLEASE TAKE FURTHER NOTICE** that the deadline to file an objection to the Stipulation is extended from March 15, 2012 at 4:00 p.m. (Prevailing Eastern Time) to **March 22, 2012 at 4:00 p.m. (Prevailing Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Stipulation on **April 18, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

    **PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: March 13, 2012
   New York, New York

| | |
|---|---|
| **CURTIS, MALLET-PREVOST,<br> COLT & MOSLE LLP** | **HUGHES HUBBARD & REED LLP** |
| By: */s/ L. P. Harrison 3rd* <br>  Joseph D. Pizzurro<br>  L. P. Harrison 3rd<br>  Dienna Ching<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br><br>*Counsel for Debtors and Debtors-in-Possession* | By: */s/ Jeffrey M. Greilsheimer*<br>  James B. Kobak, Jr.<br>  Jeffrey M. Greilsheimer<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br><br>-and-<br><br>Kenneth E. Lee<br>**LEVINE LEE LLP**<br>570 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 223-4400<br>Facsimile: (212) 223-4425<br>E-mail: klee@levinelee.com<br><br>*Attorneys for James W. Giddens, Trustee for<br>the SIPA Liquidation of Lehman Brothers Inc.* |