James P. Seery
Bradford A. Berenson (*pro hac vice* pending)
Alex R. Rovira
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel for Principal Life Insurance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
 :
 : Chapter 11
In re: :
 : Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc., *et al.*, :
 : (Jointly Administered)
 Debtors, :
 :
----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )    s.s.:
COUNTY OF NEW YORK        )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. I caused to be served a true and correct copy of the (i) **Notice of Withdrawal of Motion for an Order (I) Granting Relief from the Automatic Stay to Effectuate Setoff and (II) Allowing Principal Life's Net Claims** (dkt 26144), via email on March 8, 2012 upon those parties listed on the service list annexed hereto as Exhibit "A".

/s/ Eileen A. McDonnell
EILEEN A. MCDONNELL

Sworn to before me this
13th day of March 2012

/s/ Kenley Stark
Notary Public
Kenley Stark
Notary Public, State of New York
No. 01ST6348278
Qualified in New York County
Commission Expires   September 19, 2015

# **EXHIBIT A**

RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM;
ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM; ;
GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM;
KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM;
LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM;
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM;
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM;
ROBERT.YALEN@USDOJ.GOV; TARBIT@CFTC.GOV; RWASSERMAN@CFTC.GOV; ;
SHARBECK@SIPC.ORG; JWANG@SIPC.ORG; NEWYORK@SEC.GOV;
JACOBSONN@SEC.GOV; JBROMLEY@CGSH.COM; LSCHWEITZER@CGSH.COM;
LGRANFIELD@CGSH.COM; CTATELBAUM@ADORNO.COM;
MSTAMER@AKINGUMP.COM; NLEVINE@AKINGUMP.COM;
MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM; RAJOHNSON@AKINGUMP.COM;
SSCHULTZ@AKINGUMP.COM; LISA.KRAIDIN@ALLENOVERY.COM;
KEN.COLEMAN@ALLENOVERY.COM; DANIEL.GUYDER@ALLENOVERY.COM;
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM;
TDUFFY@ANDERSONKILL.COM; RRUSSELL@ANDREWSKURTH.COM;
S.MINEHAN@AOZORABANK.CO.JP; ANGELICH.GEORGE@ARENTFOX.COM;
DOWD.MARY@ARENTFOX.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@ARMSTRONGTEASDALE.COM; CHARLES_MALLOY@APORTER.COM;
ANTHONY_BOCCANFUSO@APORTER.COM; JG5786@ATT.COM;
NEAL.MANN@OAG.STATE.NY.US; TONY.DAVIS@BAKERBOTTS.COM;
DWORKMAN@BAKERLAW.COM; PETER@BANKRUPT.COM;
MICHAEL.MCCRORY@BTLAW.COM; DAVID.POWLEN@BTLAW.COM;
FFM@BOSTONBUSINESSLAW.COM; CSALOMON@BECKERGLYNN.COM;
AOSTROW@BECKERGLYNN.COM; CBROTSTEIN@BM.NET;
MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM;
AOBERRY@BERMANESQ.COM; DAVIDS@BLBGLAW.COM; SEAN@BLBGLAW.COM;
DBARBER@BSBLAWYERS.COM; DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
SABIN.WILLETT@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
MARK.DEVENO@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; CAROL.WEINERLEVY@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM;
RAJ.MADAN@BINGHAM.COM;; MICHAEL.REILLY@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM; ERIN.MAUTNER@BINGHAM.COM;
TIM.DESIENO@BINGHAM.COM; JEFFREY.BLACK@BINGHAM.COM;
AECKSTEIN@BLANKROME.COM; AMCMULLEN@BOULTCUMMINGS.COM;
RJONES@BOULTCUMMINGS.COM; KURT.MAYR@BGLLP.COM;

KUEHN@BRAGARWEXLER.COM; NOTICE@BKCYLAW.COM;
MGORDON@BRIGGS.COM; MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
DLUDMAN@BROWNCONNERY.COM; DLUDMAN@BROWNCONNERY.COM;
MSIEGEL@BROWNRUDNICK.COM; SLEVINE@BROWNRUDNICK.COM;
MSTEEL@BROWNRUDNICK.COM; SCHRISTIANSON@BUCHALTER.COM;
CHRISTOPHER.SCHUELLER@BIPC.COM; TIMOTHY.PALMER@BIPC.COM;
SIDORSKY@BUTZEL.COM; DERYCK.PALMER@CWT.COM;
JOHN.RAPISARDI@CWT.COM;; HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; ISRAEL.DAHAN@CWT.COM;
MARK.ELLENBERG@CWT.COM; HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM;
HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; SGORDON@CAHILL.COM;
JLEVITIN@CAHILL.COM; THOMAS_NOGUEROLA@CALPERS.CA.GOV;
CAHN@CLM.COM; WANDA.GOODLOE@CBRE.COM;
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM;
AROSENBLATT@CHADBOURNE.COM; SPIOTTO@CHAPMAN.COM;
ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM; HEISER@CHAPMAN.COM;
LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM; MAOFILING@CGSH.COM;
MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM;
MAOFILING@CGSH.COM; JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM;
JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM; JEFF.WITTIG@COAIR.COM;
ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US;
JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US;
MHOPKINS@COV.COM; DCOFFINO@COV.COM; ARABOY@COV.COM;
RLEVIN@CRAVATH.COM; RTRUST@CRAVATH.COM;
JLIPSON@CROCKERKUNO.COM; TTRACY@CROCKERKUNO.COM;
JUDY.MORSE@CROWEDUNLEVY.COM; WOCONNOR@CROWELL.COM;
BZABARAUSKAS@CROWELL.COM; MLICHTENSTEIN@CROWELL.COM;
SEICHEL@CROWELL.COM; ; JCARBERRY@CL-LAW.COM;
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM;
THOMAS.OGDEN@DPW.COM; JAMES.MCCLAMMY@DPW.COM;
JJTANCREDI@DAYPITNEY.COM; JWCOHEN@DAYPITNEY.COM;
MCTO@DEBEVOISE.COM; GLENN.SIEGEL@DECHERT.COM;
IVA.UROIC@DECHERT.COM; MMOONEY@DEILYLAWFIRM.COM; ;
MBIENENSTOCK@DL.COM; TKARCHER@DL.COM; PWRIGHT@DL.COM;
ESMITH@DL.COM; MBIENENSTOCK@DL.COM;IGOLDSTEIN@DL.COM;
MBIENENSTOCK@DL.COM; IGOLDSTEIN@DL.COM; TDEWEY@DPKLAW.COM;
DPEGNO@DPKLAW.COM; ADIAMOND@DIAMONDMCCARTHY.COM;
SLODEN@DIAMONDMCCARTHY.COM; AAARONSON@DILWORTHLAW.COM;

CPAPPAS@DILWORTHLAW.COM; TIMOTHY.BRINK@DLAPIPER.COM;
MATTHEW.KLEPPER@DLAPIPER.COM; THOMAS.CALIFANO@DLAPIPER.COM;
STEPHEN.COWAN@DLAPIPER.COM; WILLIAM.M.GOLDMAN@DLAPIPER.COM;;
SCHNABEL.ERIC@DORSEY.COM; HEIM.STEVE@DORSEY.COM;
DOVE.MICHELLE@DORSEY.COM; STEVEN.TROYER@COMMERZBANK.COM;
JJOYCE@DRESSLERPETERS.COM; ROBERT.MALONE@DBR.COM;
LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM;
JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM;
EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM;
JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM;
KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM;
SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM;
LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG;
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM;
JHUH@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM;
ALUM@FTPORTFOLIOS.COM; WDASE@FZWZ.COM; DHEFFER@FOLEY.COM;
JLEE@FOLEY.COM; WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM;
ANANN@FOLEY.COM; GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM;
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM;
AHAMMER@FREEBORNPETERS.COM;DEGGERT@FREEBORNPETERS.COM;
WALTER.STUART@FRESHFIELDS.COM; PATRICK.OH@FRESHFIELDS.COM;
PETER.SIMMONS@FRIEDFRANK.COM;  RICHARD.TISDALE@FRIEDFRANK.COM;
SHANNON.NAGLE@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM;
EFRIEDMAN@FRIEDUMSPRING.COM; EFRIEDMAN@FKLAW.COM;
WWEINTRAUB@FKLAW.COM; ABEAUMONT@FKLAW.COM;
DROSENZWEIG@FULBRIGHT.COM; JMERVA@FULT.COM;
JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM;
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM;
MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM;
ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM;
JHERZOG@GKLAW.COM; JFLAXER@GOLENBOCK.COM;
JWALLACK@GOULSTONSTORRS.COM; DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM;
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM;
COLE@GTLAW.COM; COUSINSS@GTLAW.COM; MELOROD@GTLAW.COM;
TANNWEILER@GREERHERZ.COM; JAMIE.NELSON@DUBAIIC.COM;
JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM;
JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM;
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET;
DTHEISING@HARRISONMOBERLY.COM; AGOLD@HERRICK.COM;
SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM;
JDORAN@HASLAW.COM; TMARRION@HASLAW.COM; SWEYL@HASLAW.COM;
DPIAZZA@HODGSONRUSS.COM; RLEEK@HODGSONRUSS.COM;
ISGREENE@HHLAW.COM; SAGOLDEN@HHLAW.COM;
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM;

6

FRANCOIS.JANSON@HKLAW.COM; RICHARD.LEAR@HKLAW.COM;
FRANCOIS.JANSON@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM;
BARBRA.PARLIN@HKLAW.COM; ADAM.BREZINE@HRO.COM;
KERRY.MOYNIHAN@HRO.COM; MMENDEZ@HUNTON.COM;
KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; DBALOG@INTERSIL.COM;
TERESA.OXFORD@INVESCOAIM.COM; AFRIEDMAN@IRELL.COM;
KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US;
PTROSTLE@JENNER.COM; DMURRAY@JENNER.COM; RBYMAN@JENNER.COM;
GSPILSBURY@JSSLAW.COM; JFOX@JOEFOXLAW.COM;
JOSEPH.CORDARO@USDOJ.GOV; MPOMERANTZ@JULIENANDSCHLESINGER.COM;
MSCHLESINGER@JULIENANDSCHLESINGER.COM; ELI.MATTIOLI@KLGATES.COM;
; DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM;
SNEWMAN@KATSKYKORINS.COM; MPRIMOFF@KAYESCHOLER.COM;
MPRIMOFF@KAYESCHOLER.COM;; MSOLOW@KAYESCHOLER.COM;
MDAHLMAN@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
MPAGE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
DAVID.SELIGMAN@KIRKLAND.COM; JAY@KLEINSOLOMON.COM;
JJURELLER@KLESTADT.COM; CHARDMAN@KLESTADT.COM;
MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM; BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM;
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
AKORNIKOVA@LCBF.COM; EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM; DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM;
RICHARD.LEVY@LW.COM; GABRIEL.DELVIRGINIA@VERIZON.NET;
EZWEIG@OPTONLINE.NET; LKATZ@LTBLAW.COM; WSWEARINGEN@LLF-
LAW.COM; SFINEMAN@LCHB.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM;
LOIZIDES@LOIZIDES.COM; ROBIN.KELLER@LOVELLS.COM;
OMECA.NEDD@LOVELLS.COM; CHRIS.DONOHO@LOVELLS.COM;
ROBIN.KELLER@LOVELLS.COM; ILEVEE@LOWENSTEIN.COM;
ILEVEE@LOWENSTEIN.COM; KROSEN@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;
ILEVEE@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;

7

METKIN@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
TWHEELER@LOWENSTEIN.COM; JPROL@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
SQUIGLEY@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
SCARGILL@LOWENSTEIN.COM; SQUIGLEY@LOWENSTEIN.COM;
ELEVIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;
MWARREN@MTB.COM; JHUGGETT@MARGOLISEDELSTEIN.COM;
FHYMAN@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM;; EMERBERG@MAYERBROWN.COM;
TKIRIAKOS@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM;FHYMAN@MAYERBROWN.COM;JTOUGAS@MAYERBROWN.COM;ATREHAN@MAYERBROWN.COM;
SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
JSTOLL@MAYERBROWN.COM; ASHAFFER@MAYERBROWN.COM;
HBELTZER@MAYERBROWN.COM; JTOUGAS@MAYERBROWN.COM;
CWALSH@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;
JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM;
MH1@MCCALLARAYMER.COM; BKMAIL@PROMMIS.COM;
JNM@MCCALLARAYMER.COM; EGLAS@MCCARTER.COM;
KMAYER@MCCARTER.COM; WTAYLOR@MCCARTER.COM;
GGITOMER@MKBATTORNEYS.COM; NCOCO@MWE.COM; ICATTO@MWE.COM;
PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM;
DHAYES@MCGUIREWOODS.COM; JMADDOCK@MCGUIREWOODS.COM;
JSHEERIN@MCGUIREWOODS.COM; JMR@MSF-LAW.COM;;
MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM; AMARDER@MSEK.COM;
JMAZERMARINO@MSEK.COM; HARRISJM@MICHIGAN.GOV;
MICHAEL.FREGE@CMS-HS.COM; SDNYECF@DOR.MO.GOV;
STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM;
DAVIDWHEELER@MVALAW.COM; NHERMAN@MORGANLEWIS.COM;
NISSAY_10259-0154@MHMJAPAN.COM; LBERKOFF@MORITTHOCK.COM;
JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM; LMARINUZZI@MOFO.COM;
YUWATOKO@MOFO.COM; TGOREN@MOFO.COM; JPINTARELLI@MOFO.COM;
LNASHELSKY@MOFO.COM; BMILLER@MOFO.COM;
BANKRUPTCY@MORRISONCOHEN.COM; JSULLIVAN@MOSESSINGER.COM;
AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM; SABVANROOY@HOTMAIL.COM;
MILLEE12@NATIONWIDE.COM; JOWOLF@LAW.NYC.GOV;
SUSAN.SCHULTZ@NEWEDGEGROUP.COM; DDREBSKY@NIXONPEABODY.COM;
ADARWIN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM;
MBERMAN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM;

MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM; INFO2@NORMANDYHILL.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; MJR1@WESTCHESTERGOV.COM;
JEREMY.EIDEN@AG.STATE.MN.US; MARTIN.DAVIS@OTS.TREAS.GOV;
JNADRITCH@OLSHANLAW.COM; AKANTESARIA@OPPENHEIMERFUNDS.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM; RDAVERSA@ORRICK.COM;
RDAVERSA@ORRICK.COM; JGUY@ORRICK.COM; JGUY@ORRICK.COM;
KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM;
RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM; JGUY@ORRICK.COM;
DFELDER@ORRICK.COM; LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM;
OTCCORPACTIONS@FINRA.ORG; WSILVERM@OSHR.COM;
PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM;
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM;
WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM;
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM;
HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM;
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM; DSHEMANO@PWKLLP.COM;
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM;
WISOTSKA@PEPPERLAW.COM; LAWALLF@PEPPERLAW.COM;
MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM;
ARLBANK@PBFCM.COM; JHORGAN@PHXA.COM;
DAVID.CRICHLOW@PILLSBURYLAW.COM;
BILL.FREEMAN@PILLSBURYLAW.COM; MARK.HOULE@PILLSBURYLAW.COM;
SPLATZER@PLATZERLAW.COM; DFLANIGAN@POLSINELLI.COM;
JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM; JSMAIRO@PBNLAW.COM;
TJFREEDMAN@PBNLAW.COM; BBISIGNANI@POSTSCHELL.COM;
FBP@PPGMS.COM; LML@PPGMS.COM; LSILVERSTEIN@POTTERANDERSON.COM;
RMCNEILL@POTTERANDERSON.COM; RFLEISCHER@PRYORCASHMAN.COM;
MJACOBS@PRYORCASHMAN.COM; RFLEISCHER@PRYORCASHMAN.COM;
MJACOBS@PRYORCASHMAN.COM; DROSE@PRYORCASHMAN.COM;
RBEACHER@PRYORCASHMAN.COM; CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNEMANUEL.CO
M;SCOTTSHELLEY@QUINNEMANUEL.COM;
ROBERTDAKIS@QUINNEMANUEL.COM; JRABINOWITZ@RLTLAWFIRM.COM;
BROY@RLTLAWFIRM.COM; GRAVERT@RAVERTPLLC.COM;
ARAHL@REEDSMITH.COM; KGWYNNE@REEDSMITH.COM;
JFALGOWSKI@REEDSMITH.COM; CLYNCH@REEDSMITH.COM;
ESCHAFFER@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM;
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
RQURESHI@REEDSMITH.COM; CALBERT@REITLERLAW.COM;
RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM; ROGER@RNAGIOFF.COM;
RAUL.ALCANTAR@ROPESGRAY.COM; MARK.BANE@ROPESGRAY.COM;

ROSS.MARTIN@ROPESGRAY.COM; ECOHEN@RUSSELL.COM;
RUSSJ4478@AOL.COM; MSCHIMEL@SJU.EDU;
CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.COM;
CBELMONTE@SSBB.COM;TBROCK@SSBB.COM;PBOSSWICK@SSBB.COM;ASNOW@SSBB.COM; AISENBERG@SAUL.COM; EGEEKIE@SCHIFFHARDIN.COM;
JKEHOE@BTKMC.COM; BHINERFELD@SBTKLAW.COM;
BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM;
RRIGOLOSI@SMSM.COM; MHARRIS@SMSM.COM; COHENR@SEWKIS.COM;
ASHMEAD@SEWKIS.COM; FSOSNICK@SHEARMAN.COM;
NED.SCHODEK@SHEARMAN.COM; ANN.REYNAUD@SHELL.COM;
JENNIFER.GORE@SHELL.COM; JSHENWICK@GMAIL.COM;
CSHULMAN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLING.COM;
AMARTIN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM; BANKRUPTCY@GOODWIN.COM;
JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM;
RFRIEDMAN@SILVERMANACAMPORA.COM; SALLY.HENRY@SKADDEN.COM;
FYATES@SONNENSCHEIN.COM;; PMAXCY@SONNENSCHEIN.COM;
SLERNER@SSD.COM; SMAYERSON@SSD.COM; RTERENZI@STCWLAW.COM;
CGOLDSTEIN@STCWLAW.COM; R.STAHL@STAHLZELLOE.COM;
MARC.CHAIT@SC.COM; SSTARR@STARRANDSTARR.COM;
ECHANG@STEINLUBIN.COM; EOBRIEN@SBCHLAW.COM; JLOVI@STEPTOE.COM;
LROMANSIC@STEPTOE.COM; RITKIN@STEPTOE.COM; KPIPER@STEPTOE.COM;
CS@STEVENSLEE.COM; CP@STEVENSLEE.COM; APO@STEVENSLEE.COM;
CP@STEVENSLEE.COM; MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM;
MDORVAL@STRADLEY.COM; MDORVAL@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM;
JMMURPHY@STRADLEY.COM; LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM; STREUSAND@STREUSANDLANDON.COM;
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM;
LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM;
HOLSEN@STROOCK.COM; LACYR@SULLCROM.COM;
FELDSTEINH@SULLCROM.COM; CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM; MCCOMBST@SULLCROM.COM;
PAUL.TURNER@SUTHERLAND.COM; MARK.SHERRILL@SUTHERLAND.COM;
MILLER@TAFTLAW.COM; JTEITELBAUM@TBLAWLLP.COM;
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV;
THALER@THALERGERTLER.COM; GERACI@THALERGERTLER.COM;
RANJIT.MATHER@BNYMELLON.COM; ROBERT.BAILEY@BNYMELLON.COM;
MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM;
YAMASHIRO@SUMITOMOTRUST.CO.JP; MATT@WILLAW.COM;
IRA.HERMAN@TKLAW.COM; DEMETRA.LIGGINS@TKLAW.COM;

RHETT.CAMPBELL@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM; MBOSSI@THOMPSONCOBURN.COM; AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;; JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM; OIPRESS@TRAVELERS.COM; MLYNCH2@TRAVELERS.COM; HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM; DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM; EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM; DKLEINER@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM; ARWOLF@WLRK.COM; CBELISLE@WFW.COM; JFREEBERG@WFW.COM; RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM; EHOLLANDER@WHITECASE.COM; EHOLLANDER@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM; MRUETZEL@WHITECASE.COM; UKREPPEL@WHITECASE.COM; TLAURIA@WHITECASE.COM; GUZZI@WHITECASE.COM; CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM; MABRAMS@WILLKIE.COM; PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM; CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM; JMCGINLEY@WILMINGTONTRUST.COM; JBECKER@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM; DRAVIN@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM; JLAWLOR@WMD-LAW.COM; WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM; BANKR@ZUCKERMAN.COM;