HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Counsel for HBK Master Fund L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): SS
COUNTY OF NEW YORK   )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On March 15, 2012, I served a true and complete copy of the *Response of HBK Master Fund L.P. to Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivative Claims)* [Docket No. 26362] by electronic service via the Court's CM/ECF system, by overnight mail and by United States Postal Service first class mail on the parties listed on the annexed service list.

Dated: New York, New York
       March 15, 2012

                                          _____
                                          Constance Andonian

Sworn to before me on this
15th day of March 2012

_____
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in King County
Expires May 10, 20__

## **SERVICE LIST**

**Overnight Mail**

The Honorable James M. Peck
United States Bankruptcy Court
 for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Tracy Hope Davis, Esq.
Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

**First Class Mail**

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Poste Vita S.p.A.
Attn: Finanza
Piazzale Konrad Adenauer 3
00144 Rome, Italy

Goldman Sachs Lending Partners, LLC
200 West Street
New York, New York 10282-2198

Programma Dinamico S.p.A.
Viale Liegi 44
00198 Rome, Italy