UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

--------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:    National Bank of Bahrain BSC ("Transferor")
P.O. Box 106, Manama, Kingdom of Bahrain
Attn: A-Aziz Bucheery, Manager, Treasury Ops
Telephone: (+973) 17205581
Email: aziz.bucheery@nbb.com.bh

2.    Please take notice that the transfer of your claim against LEHMAN BROTHERS HOLDINGS INC., et al, Case No. 08-13555 (JMP) arising from and relating to Proof of Claim No. 56941 (attached as Exhibit A hereto), has been transferred to:

Barclays Bank PLC ("Transferee")
745 Seventh Avenue
New York, NY 10019
Telephone: (212) 412-2865
Email:  daniel.crowley@barclayscapital.com
         daniel.miranda@barclayscapital.com

An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto.  All distributions and notices regarding the claim should be sent to the Transferee as provided in Exhibit C hereto.

3.    No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

--      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further
        correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT
TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON
OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                            CLERK

----------------------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.

INTERNAL CONTROL NO._____

Copy: (check) Claims Agent__ Transferee__ Debtors' Attorney__


                                        _____
                                        Deputy Clerk

2

## EXHIBIT A

[Proof of Claim]

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)        0000056941 |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

NATIONAL BANK OF BAHRAIN BSC.
PO BOX 106, MANAMA, KINGDOM OF BAHRAIN.
ATTN: A-AZIZ BUCHEERY, MANAGER, TREASURY OPS.

Telephone number: (+973) 17205581  Email Address: AZIZ·BUCHEERY@NBB.COM.BH·

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

NATIONAL AUSTRALIA BANK LTD. H·O·MELBOURNE.
SWIFT: NATAAU33033  FVG: NATIONAL BANK OF BAHRAIN BSC.
SWIFT: NBOB3HBM
Telephone number:        Email Address: AC·No: 1803025216500

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 5,266,885·19·   (Required)   [AUD 6,529,736·16 @ 0.8066]

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

SERIES NO: MTN 4895

International Securities Identification Number (ISIN): AU300LBTC029   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

~~Clearstream Bank Blocking Number,~~ Euroclear Bank Electronic Instruction Reference Number ~~and or other depository blocking reference~~ number: 6062255·

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, ~~Clearstream Bank or Other Depository~~ Participant Account Number: 90492·

(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**
**FILED / RECEIVED**
OCT 2 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 27ᵗʰ OCT. 09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Eman Sarwani

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

(A053)   (B013)·

EMAN SARWANI
MANAGER, FX + MM

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:** *NATIONAL BANK OF BAHRAIN BSC*
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:** *Eman Jarouni (A053) Abdulla (D03) 29th OCT. 2009*
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



Lehman Programs Securities, as of July, 17 2009

| SERIES NUMBER | ISIN | ISSUER | DESCRIPTION | MATURITY DATE | CURREI |
|---|---|---|---|---|---|
| | XS0338495087 | LEHMAN BROTHERS SECURITIES CO. NV | | 12/19/2008 | EUR |
| | XS0339487786 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 12/19/2008 | EUR |
| | XS0340735892 | LEHMAN BROTHERS SECURITIES CO. NV | | | |
| | XS0340740116 | LEHMAN BROTHERS SECURITIES CO. NV | | 1/30/2009 | USD |
| | XS0340774529 | LEHMAN BROTHERS SECURITIES CO. NV | 14.00% EYH BARRICK GOLD CORP - NEWMONT MINING CORP - GOLD FIELDS LTD. | 1/24/2009 | USD |
| | XS0341193505 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 2/26/2009 | USD |
| | XS0341466596 | LEHMAN BROTHERS SECURITIES CO. NV | | 1/25/2010 | EUR |
| | XS0341496668 | LEHMAN BROTHERS SECURITIES CO. NV | | 1/28/2009 | USD |
| | XS0341522687 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 8/6/2008 | USD |
| | XS0341547676 | LEHMAN BROTHERS SECURITIES CO. NV | | | |
| | XS0342161006 | LEHMAN BROTHERS SECURITIES CO. NV | | 1/28/2009 | USD |
| | XS0343043609 | LEHMAN BROTHERS SECURITIES CO. NV | | 1/30/2009 | ILS |
| | XS0343183017 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/4/2009 | ILS |
| | XS0343185731 | LEHMAN BROTHERS SECURITIES CO. NV | | | |
| | XS0343668967 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/4/2009 | USD |
| | XS0343681473 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/18/2009 | USD |
| | XS0344487367 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 12/8/2008 | EUR |
| | XS0344608848 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/18/2009 | EUR |
| | XS0344956379 | LEHMAN BROTHERS SECURITIES CO. NV | | | |
| | XS0344956700 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/12/2009 | USD |
| | XS0344957690 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/12/2009 | USD |
| | XS0344958581 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/12/2009 | USD |
| | XS0344960488 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/12/2009 | USD |
| | XS0344962260 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/12/2009 | USD |
| | XS0345288459 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/5/2009 | USD |
| | XS0346098881 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/19/2009 | USD |
| | XS0346487274 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/18/2009 | ILS |
| | XS0346699613 | LEHMAN BROTHERS SECURITIES CO. NV | | | |
| | XS0346714354 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/20/2009 | USD |
| | XS0346931370 | LEHMAN BROTHERS SECURITIES CO. NV | | 8/11/2009 | USD |
| | XS0347042441 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 8/28/2008 | EUR |
| | XS0347382110 | LEHMAN BROTHERS SECURITIES CO. NV | | | |
| | XS0347441817 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/25/2009 | USD |
| | XS0347724014 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | | USD |
| | XS0347732892 | LEHMAN BROTHERS SECURITIES CO. NV | | 9/17/2008 | USD |
| | XS0347742933 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/17/2009 | USD |
| | XS0347768904 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/25/2009 | USD |
| | XS0348119974 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/26/2009 | CHF |
| | XS0348143842 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/28/2009 | EUR |
| | XS0348450220 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/27/2009 | EUR |
| | XS0349350842 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/25/2009 | AUD |
| | XS0349499136 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/4/2009 | USD |
| | XS0349501725 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/27/2009 | USD |
| | XS0350154000 | LEHMAN BROTHERS SECURITIES CO. NV | | 2/27/2009 | USD |
| | XS0350590161 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 9/20/2008 | USD |
| | XS0351636084 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/11/2009 | USD |
| | XS0351823819 | LEHMAN BROTHERS SECURITIES CO. NV | | | |
| | XS0351884878 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 6/17/2008 | USD |
| | XS0352736465 | LEHMAN BROTHERS SECURITIES CO. NV | | 9/28/2008 | USD |
| | XS0352917768 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 6/19/2008 | USD |
| | XS0352925860 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/20/2009 | USD |
| | XS0353212177 | LEHMAN BROTHERS SECURITIES CO. NV | | | USD |
| | XS0353381790 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/31/2009 | USD |
| | XS0353383499 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/31/2009 | EUR |
| | XS0354475120 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/18/2009 | USD |
| | XS0354478140 | LEHMAN BROTHERS SECURITIES CO. NV | | 3/26/2009 | EUR |
| | XS0355273110 | LEHMAN BROTHERS SECURITIES CO. NV | | | USD |
| | XS0356444405 | LEHMAN BROTHERS SECURITIES CO. NV | | 4/3/2009 | USD |
| | XS0356522564 | LEHMAN BROTHERS SECURITIES CO. NV | | 4/7/2009 | USD |
| | XS0356530583 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 7/15/2008 | USD |
| | XS0356930098 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 7/15/2008 | USD |
| | XS0364418102 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 7/14/2008 | USD |
| | XS0364428754 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 9/15/2008 | USD |
| | XS0364431030 | LEHMAN BROTHERS SECURITIES CO. NV | | 5/21/2010 | CHF |
| | XS0364438639 | LEHMAN BROTHERS SECURITIES CO. NV | | 5/21/2010 | USD |
| | XS0366059953 | LEHMAN BROTHERS SECURITIES CO. NV | COMPANY GUARANTY | 5/21/2010 | EUR |
| | ANN521332588 | LEHMAN BROTHERS TREASURY CO. BV | | 9/23/2008 | USD |
| | ANN521332745 | LEHMAN BROTHERS TREASURY CO. BV | | 12/16/2008 | GBP |
| MTN4894 | AU300LBTC011 | LEHMAN BROTHERS TREASURY CO. BV | FIXED RATE NOTE | | EUR |
| MTN4895 | AU300LBTC029 | LEHMAN BROTHERS TREASURY CO. BV | FRN | 8/24/2011 | AUD |
| | CH0020752272 | LEHMAN BROTHERS TREASURY CO. BV | | 8/24/2011 | AUD |
| | CH0025522589 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| SWX001 | CH0027120606 | LEHMAN BROTHERS TREASURY CO. BV | LB CAPITAL PROTECTED CERTIFICATES ON SHB | 1/31/2012 | CHF |
| | CH0027120614 | LEHMAN BROTHERS TREASURY CO. BV | | 1/31/2010 | CHF |
| SWX002 | CH0027120622 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS CAPITAL PROTECTED CERTIFICATES ON | 2/23/2010 | USD |
| SWX003 | CH0027120630 | LEHMAN BROTHERS TREASURY CO. BV | CAPITAL PROTECTED CERTIFICATES ON MULTI INDICES | 1/24/2011 | USD |
| SWX004 | CH0027120648 | LEHMAN BROTHERS TREASURY CO. BV | 11.25% CAP PLUS CERTIFICATE | 2/2/2010 | EUR |
| SWX005 | CH0027120655 | LEHMAN BROTHERS TREASURY CO. BV | LEH BRO CAP PROTECTED CERTIFICATE CAP PLUS 8% | 2/2/2010 | CHF |
| SWX009 | CH0027120663 | LEHMAN BROTHERS TREASURY CO. BV | 100% LB CAPITAL PROTECTED CERTIFICATES ON SMI INDE | 2/22/2012 | CHF |
| SWX010 | CH0027120671 | LEHMAN BROTHERS TREASURY CO. BV | 100% LB CAPITAL PROTECTED CERTI ON SMI INDEX | 2/21/2012 | CHF |
| SWX011 | CH0027120689 | LEHMAN BROTHERS TREASURY CO. BV | 100% LB CAPITAL PROTECTED CERTIFICATES ON DJ EURO | 2/22/2010 | EUR |
| SWX012 | CH0027120697 | LEHMAN BROTHERS TREASURY CO. BV | 100% LB CP CERT ON DJ EUROSTOXX 50 INDEX | 2/21/2012 | EUR |
| SWX014 | CH0027120705 | LEHMAN BROTHERS TREASURY CO. BV | 100 % LEHMAN BROTHERS CAPITAL PROTECTED NOTE | 2/22/2010 | EUR |
| SWX0016 | CH0027120713 | LEHMAN BROTHERS TREASURY CO. BV | 100% LEHMAN BROTHERS CAPITAL PROTECTED NOTE | 2/21/2012 | USD |
| SWX013 | CH0027120721 | LEHMAN BROTHERS TREASURY CO. BV | 100% CAPITAL PROTECTED NOTES (DJ INDUSTRIAL AVG) | 2/22/2010 | EUR |
| SWX015 | CH0027120739 | LEHMAN BROTHERS TREASURY CO. BV | 100% LEHMAN BROTHERS CAPITAL PROTECTED | 2/21/2012 | EUR |
| SWX017 | CH0027120747 | LEHMAN BROTHERS TREASURY CO. BV | 100% LB CP CERT ON A TOPIX CORE 30 INDEX | 2/22/2010 | EUR |
| WX018 | CH0027120754 | LEHMAN BROTHERS TREASURY CO. BV | 100% LB CP CERT ON A TOPIX CORE 30 INDEX | 2/21/2012 | EUR |
| SWX006 | CH0027120770 | LEHMAN BROTHERS TREASURY CO. BV | CERTIFICATE PLUS ON DJ EUROSTOXX TRANSPORTATION | 2/19/2010 | EUR |
| WX007 | CH0027120796 | LEHMAN BROTHERS TREASURY CO. BV | LB CAPITAL PROTECTED CERTIFICATES ON A BASKET | 2/2/2012 | EUR |
| WX020 | CH0027120812 | LEHMAN BROTHERS TREASURY CO. BV | 100 % LEHMANS CAPITAL PROTECTED NOTE | 4/13/2011 | CHF |
| WX021 | CH0027120820 | LEHMAN BROTHERS TREASURY CO. BV | 100% LEHMAN BORTHERS CAPITAL PROTECTED NOTE | 4/13/2011 | EUR |



The authorized signatures of this Bank are divided into two categories, category (A) and (B).

All documents which engaged the bank in transactions arising out of or in connection with the Bank's normal course of business MUST BEAR TWO AUTHORISED SIGNATURES ONE OF WHICH MUST BE FROM CATEGORY "A". These transactions include, but are not limited to, the following:

Cheques, Drafts and other instruments, Payment Orders drawn on correspondents in Bahrain or abroad, Official Cheques, Transfers, Commercial Letters of Credit and other credits, Guarantees, Acceptances, as well as all other documents or correspondence involving the payment or transfer of funds or the delivery of Securities.

The persons whose specimen signatures appears in either category "A" or category "B" may sign the following singly:

Correspondence not involving the transfer or payment of money, extracts of accounts, debit and credit advices and confirmations of foreign exchange contracts.

The following instruments, when forwarded to this bank for collection, or credited to an account or against payment, may be endorsed by ONE authorised signatory from category "A" or from category "B".

Drafts, Cheques, Notes, Acceptances, Bills of Lading, Insurance Certificates and Policies and other documents and instruments of title.

**Abdulla Ali Kanoo**
Chairman

August 2007

تنقسم تواقيعنا المفوضة الى فئتين (أ) و (ب).

جميع المستندات التي تلزم البنك والناتجة عن المعاملات المتعلقة بأعمال البنك الاعتيادية، يجب أن تحمل توقيعين شريطة أن يكون احدهم من الفئة "أ" وتشمل هذه المعاملات، ولكن ليست محددة بها، على التالي:

الحوالات والصكوك ـ حوالات مسحوبة على مراسلينا في البحرين أو في الخارج ـ صكوك ادارية ـ اعتمادات مستندية ـ ضمانات ـ قبولات تجارية ـ المستندات والمراسلات التي تنص على دفع أو تحويل أرصدة أو تسليم ضمانات أو كفالات.

ان الاشخاص المبينة تواقيعهم تحت أي من الفئتين (أ) و (ب) يمكنهم أن يوقعوا منفردين على الآتي:

أية مراسلات لا تتعلق بتحويل أو دفع أية أموال، معلومات منقولة من كشوف حسابات، إشعارات مدينة ودائنة، اتفاقيات بيع أو شراء قطع أجنبي.

كذلك فان المستندات التالية والمرسلة الينا للتحصيل أو للتسجيل أو للتسليم مقابل دفع قيمتها، يمكن أن تظهر بتوقيع واحد من أي من الفئتين (أ) أو (ب):

حوالات ـ صكوك ـ سندات لامر ـ قبولات تجارية ـ وثائق شحن، وثائق وشهادات تأمين وصكوك ومستندات ملكية أخرى.

عبدالله علي كانو
رئيس مجلس الادارة

أغسطس ٢٠٠٧

(8)



SPECIMEN SIGNATURE                                    نموذج التوقيعات

| | |
|---|---|
| Salahuddin S. Ahmed | صلاح الدين أحمد |
| Class "A" Signature          A052 | توقيع فئة (أ) |

| | |
|---|---|
| Eman Sarwani | إيمان سرواني |
| Class "A" Signature          A053 | توقيع فئة (أ) |

| | |
|---|---|
| Abdulla Abdul Rahman<br>Husain Abdulla | عبدالله عبدالرحمن حسين عبدالله |

| | | |
|---|---|---|
| January 2009 | 18A | يناير ٢٠٠٩ |



SPECIMEN SIGNATURE                                      نموذج التوقيعات

| Bernard Francis Joseph Vaz | | برنارد فرانسيس جوزيف فاز |
|---|---|---|
| Class "B" Signature | B013 | توقيع فئة (ب) |

| Yousif Mohd Al Najmi | | يوسف محمد النجمي |
|---|---|---|
| Class "B" Signature | B014 | توقيع فئة (ب) |

| Ali Abdulla Ali | | علي عبدالله علي |
|---|---|---|
| Class "B" Signature | B015 | توقيع فئة (ب) |

September 2008                    5B                    سبتمبر ٢٠٠٨

SHIPMENT AWB No: 08/02/2009 1441361

POST/ZIPCODE:

DESTINATION

FROM: ACCOUNT: 450005325
NATIONAL BANK OF BAHRAIN
316 MANAMA TOWN
G.S.C, MAIL SECTION

MANAMA
BAHRAIN
Phone: 17228880
Fax:
Ref: TREASURY OPERATIONS

TO: ACCOUNT:
LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING CTR.
LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING CTR.
C/O Epiq BANKRUPTCY SOLUTIONS, LLC
FOR STATION, P.O. BOX 5076
NEW YORK, NY 10150-5076
NEW YORK
10150
UNITED STATES OF AMERICA
Phone :123
Fax

Description:
1-ENVELOPE (LETTER)
Value: NCV- Weight: 0.5 KG(s)
Shipment Date: 10/27/2009

PRODUCT: DOX

DESTINATION: TSS

AIRWAYBILL NUMBER: 2833788543

ORIGIN: BAH

PCS :1 OF 1

RECEIVED
OCT 29 2009
BY:

DHL

10150 NEW YORK, UNITED STATE

DOX

Pce: 1/1

ORIGIN: BAH

Shipment No. : 2833788543
Sender's reference : TREASURY OPERATIONS

SORT: U100

ZYP TSS AIRWAYBILL: 2833788543

(2L)US10150+42000000

(J)JD01 2041 0485 1001 5181

EASYSH CUSTOM INFORMA

PLEAS

HE TOP

XTREMELY URGENT DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.
DHL's liability shall not exceed US$100 for any shipment. See conditions of carriage on the airbill.

EXHIBIT B

[Executed Evidence of Transfer of Claim]

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, National Bank of Bahrain BSC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Barclays Bank PLC (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage / nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 56941 filed by or on behalf of Seller's predecessor in interest (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto, and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"). For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims or the Proceedings.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that, with respect to the Transferred Claim, will give rise to any setoff, defense or counterclaim, or will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) Seller has delivered to Buyer a copy of the most recent Notice of Proposed Allowed Claim Amount, including any and all related exhibits, issued by and on behalf of the Debtor with respect to the Proof of Claim.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the



Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __14 day of March 2012.

Barclays Bank PLC

By: _____
Name:  Daniel Crowley
Title:  Managing Director

745 Seventh Ave
New York, NY 10019

National Bank of Bahrain BSC

By: _____
Name:  HUSSAIN AL-HUSSAINI
Title:  GM - Treasury & int'l Bkg.

[address]
[city, state, zip]

Schedule 1

Transferred Claims

**Purchased Claim**

On the original Proof of Claim filed on October 29, 2009, the Security/ISIN below represented $5,266,885.19, which is 100% of the total Proof of Claim amount of $5,266,885.19.

Pursuant to the Notice of Proposed Allowed Claim Amount dated August 24, 2011, the Security/ISIN below represented $5,284,231.26, which is 100% of the total Notice of Proposed Allowed Claim Amount of $5,284,231.26.

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. B.V. Issue of Australian Domestic Floating Rate Notes due 24 August 2011 Guaranteed by Lehman Brothers Holdings Inc. under the US $60,000,000,000 Euro Medium- Term Note Program | AU300LBTC029 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 6,500,000 of AUD 6,500,000 USD 5,266,885.19 of USD 5,266,885.19 | Floating | August 24, 2011 | All accrued interest, fees and other recoveries due. |

Schedule 1-1