# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Irish Bank Resolution Corporation Limited, formerly known as Anglo Irish Bank Corporation PLC

**Irish Bank Resolution Corporation Limited**, formerly known as Anglo Irish Bank Corporation PLC, a bank organized under the laws of Ireland, having offices located at Stephen Court, 18/21 St. Stephen's Green, Dublin 2, Ireland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,077,475.37, docketed as Claim No. 15655 as modified and allowed by an Order evidenced at docket No. 25656 in the Case (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14 day of March, 2012.

WITNESS:

_____ (Signature)
Name: Brett Harper
Title: Authorised Signatory
(Print name and title of witness)

Irish Bank Resolution Corporation Limited,
formerly known as Anglo Irish Bank
Corporation PLC

By: _____
(Signature of authorized signatory)
Name: Ciaran McArdle
Title: Authorised Signatory
Tel.: +353 1 6162000

WITNESS:

_____ (Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.:

Anglo Irish Bank to JPM AOC (3).DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Irish Bank Resolution Corporation Limited, formerly known as Anglo Irish Bank Corporation PLC

**Irish Bank Resolution Corporation Limited**, formerly known as Anglo Irish Bank Corporation PLC, a bank organized under the laws of Ireland, having offices located at Stephen Court, 18/21 St. Stephen's Green, Dublin 2, Ireland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMERCIAL CORPORATION (and its affiliates) in the amount of $1,077,475.37, docketed as Claim No. 15654 as modified and allowed by an Order evidenced at docket No. 25656 in the Case (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13901 (JMP) (jointly administered under Case No. 08-13555) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

IN WITNESS WHEREOF, dated as of the 14 day of March, 2012.

WITNESS:

(Signature) Brett E. Harper
Name: Brett Harper
Title: Authorised Signatory
(Print name and title of witness)

**Irish Bank Resolution Corporation Limited,**
formerly known as Anglo Irish Bank Corporation PLC

By: Ciaran McArdle
(Signature of authorized signatory)
Name: Ciaran McArdle
Title: Authorised Signatory
Tel.: +353 1 6162000

WITNESS:

(Signature)
Name: Amanda Wilk
Title: Associate
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**

By: _____
(Signature of authorized signatory)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

Anglo Irish Bank to JPM AOC (3).DOC