B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
CarVal Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg
Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Court Claim # (if known): 11308
Amount of Claim Transferred: $3,873,556.84
Date Claim Filed: September 10, 2009
Debtor: Lehman Brother Special Financing Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.     by Carval Investors, LLC
                                                                                  its attorney-in-fact

By: _____[signature]_____     Date: 3/13/12
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

715086v.4 892/04363

By: _____
      Transferor/Transferor's Agent

      BRIAN CRIPPS
      Authorised Signatory

715086v.4 892/04363

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.       Case No. 08-13555 (JMP)
                                                            (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
CarVal Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg
Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Court Claim # (if known): 11305
Amount of Claim Transferred: $3,873,556.84
Date Claim Filed: September 10, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.    by Carval Investors, LLC
                                                                                       its attorney-in-fact

By: /s/ _____    Date: 3/13/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

715086v.4 892/04363

By: _____
Transferor/Transferor's Agent

BRIAN CRIPPS
Authorised Signatory

715086v.4 892/04363

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.      Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVI GVF Luxembourg Twelve S.a.r.l.     Morgan Stanley Capital Services LLC (f/k/a
Name of Transferee     Morgan Stanley Capital Services Inc.)
    Name of Transferor

Name and Address where notices to transferee should be sent:
CarVal Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg
Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Court Claim # (if known): 11306
Amount of Claim Transferred: $18,712,468.70
Date Claim Filed: September 10, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.    by Carval Investors, LLC
its attorney-in-fact

By: __[signature]__     Date: 3/13/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

715086v.4 892/04363

Acknowledged and Agreed:

By: _____/s/ John Ragusa_____
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

715086v.4 892/04363

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.           Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
CarVal Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg
Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Court Claim # (if known): 11307
Amount of Claim Transferred: $18,712,468.70
Date Claim Filed: September 10, 2009
Debtor: Lehman Brother Special Financing Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.       by Carval Investors, LLC
                                                                                    its attorney-in-fact

By: _____[signature]_____          Date: 3/13/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

715086v.4 892/04363

Acknowledged and Agreed:

By: _____/s/ John Ragusa_____
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

715086v.4 892/04363