# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

    JPMorgan Chase Bank, N.A., a national banking association, having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Caspian Focused Credit L Fund, L.P., with offices located at 767 Fifth Avenue, 45th Floor, New York, NY 10153 ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $11,440,507.72, docketed as Claim No. 10944 which was allowed and modified as evidenced at docket No. 13164 in the Proceedings (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) and transferred to Seller at Docket No. 14434 in the Proceedings.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 14 day of March, 2012.

WITNESS:

_____
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized signatory)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

Caspian Focused Credit L Fund, L.P.

By: _____
(Signature of authorized signatory)

Name: *Christopher Manz*
Title: *Authorized Signatory*
Tel.: 212 826-7546

AOC - LBSF JPM to Caspian (Set Pagine) Execution.doc