## LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of CVI GVF (LUX) Master S.A.R.L.("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s) relating to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $24,120,008.63 | 30099 |

have been transferred and assigned to ProVendor Liquidity LLC ("Assignee").  The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE:    PROVENDOR LIQUIDITY LLC

c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn: Michael Stephan/Robert Ryan
Tel: (212) 974-6000

Signature:
Name:    ELLIOT GREENBERG
Title:    VICE PRESIDENT
Date:    March 1, 2012

SELLER: CVI GVF (LUX) MASTER S.A.R.L

c/o Carval Investors UK Limited
Knowle Hill Park, Fairmile Lane
Cobham, Surrey
KT11 2PD, UK
Attn: Annemarie Jacobsen
Tel: 00 44 1932 86 1594

BY CARVAL INVESTORS UK LIMITED

Signature:
Name:    DAVID SHORT
Title:    OPERATIONS MANAGER
Date:    9th March 2012

1

Error! Unknown document property name.

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI GVF (LUX) MASTER S.A.R.L (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to PROVENDOR LIQUIDITY LLC (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), arising out of, in connection with and/or related to ISDA Master Agreement dated December 16, 2005 between Lehman Brothers International Europe and TPG-Axon Partners, LP together with all schedules and confirmations and guarantees related thereto, in the amount of no less than $24,120,008.63, Claim No. 30099 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

MKUAN\200425.4 - 02/28/12

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 1st day of _____ March _____ 2012.

PROVENDOR LIQUIDITY LLC

By:_____

Name:    ELLIOT GREENBERG

Title:    VICE PRESIDENT

CVI GVF (LUX) MASTER S.A.R.L

By:_____

Name:

Title:

36

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th day of _March_ 2012.

PROVENDOR LIQUIDITY LLC

By:_____
Name:
Title:

CVI GVF (LUX) MASTER S.A.R.L

By:_____
Name:
Title:     BY CARVAL INVESTORS UK LIMITE

DAVID SHORT
OPERATIONS MANAGER

3

Error! Unknown document property name.