Christine M. Tobin-Presser, WSBA #27628
Bush Strout & Kornfeld
601 Union Street #5000
Seattle, WA  98101-2373
206-292-2110

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC, et al., | No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Kline Galland Center ("Kline Galland"), previously a claimant herein, notifies the Debtors and the Court that it hereby withdraws its proofs of claim.

A.   **Claim Previously Asserted Against Lehman Brothers Special Financing Inc. #08-13888**

Kline Galland hereby withdraws any and all Proofs of Claim filed as to Lehman Brothers Special Financing, Inc.  Without limiting the foregoing, to the extent not previously expunged and/or disallowed, Kline Galland withdraws prior Proofs of Claim Nos. 623, 1718, 32516 and 32248, as well as any claims filed as part of the Derivatives Supplemental Questionnaire at https://www.lehman-claims.com/, including those represented by Exhibit A hereto.

B.   **Claim Previously Asserted Against Lehman Brothers Holdings Inc., et al. #08-13555**

Kline Galland hereby withdraws any and all Proofs of Claim filed as to Lehman Brothers Holdings, Inc.  Without limiting the foregoing, to the extent not previously expunged and/or disallowed, Kline Galland withdraws prior Proofs of Claim Nos. 809, 1608, 32499 and 32247 as

1

well as any claims filed as part of the Derivatives Supplemental Questionnaire at https://www.lehman-claims.com/, including those represented by Exhibit B hereto.

Dated: March 13, 2012
      Seattle, Washington

/s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser

Bush Strout & Kornfeld, LLP
601 Union Street, Suite 5000
Seattle, Washington 98101
Tel. no. 206-292-2110

Attorney for Kline Galland Center