| | signout |

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

## CLAIM TRACKING

| Title | Claim Type | Creditor Name | Complete | Date Submitted (Central) | |
|---|---|---|---|---|---|
| untitled | Guarantee | Kline Galland | Yes | 10/21/2009 4:44:38 PM | Amend/Supplement |
| Amendment | Guarantee | Kline Galland | Yes | 5/26/2011 12:24:39 PM | |
| Kline Galland Derivative | Derivative | Kline Galland | Yes | 10/21/2009 4:43:35 PM | Amend/Supplement |
| Amendment | Derivative | Kline Galland | Yes | 5/26/2011 12:01:05 PM | |

©Epiq Systems, Inc.


EXHIBIT A

Lehman Brothers Holdings - Supplemental Questionnaire

Page 1 of 1

| signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

## DERIVATIVE CLAIM SUMMARY

Kline Galland
c/o Christine M. Tobin
Bush Strout & Kornfeld
601 Union Street #5000
Seattle, WA 98101 United States

| | |
|---|---|
| Name of Debtor | Lehman Brothers Special Financing Inc. (08-13888) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Special Financing Inc. (Party A); Kline Galland Center (Party B); Lehman Brothers Special Financing Inc. (Guarantor and, with respect to Party A, Credit Support Provider) |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $51,587.68 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $9.26 |
| Other costs | $0.00 | $16,000.00 |
| DERIVATIVE CLAIM AMOUNT | | $67,596.94 |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| File Name |
|---|
| ISDA Master Agreement.pdf |
| Schedule to ISDA Master Agreement.pdf |
| Lehman Guarantee.pdf |
| Credit Support Annex.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

| File Name |
|---|
| Termination Notice 11-10-08.pdf |
| Evidence of Delivery.pdf |

| signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

## DERIVATIVE CLAIM SUMMARY

Kline Galland
c/o Christine M. Tobin
Bush Strout & Kornfeld
601 Union Street #5000
Seattle, WA 98101 United States

| | |
|---|---|
| Name of Debtor | Lehman Brothers Special Financing Inc. (08-13888) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Special Financing Inc. (Party A); Kline Galland Center (Party B); Lehman Brothers Special Financing Inc. (Guarantor and, with respect to Party A, Credit Support Provider) |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $2,272,783.99 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $78,940.38 |
| Other costs | $0.00 | $100,000.00 |
| DERIVATIVE CLAIM AMOUNT | | $2,451,724.37 |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| File Name |
|---|
| ISDA Master Agreement.pdf |
| Schedule to ISDA Master Agreement.pdf |
| Lehman Guarantee.pdf |
| Credit Support Annex.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

Lehman Brothers Holdings - Supplemental Questionnaire                                    Page 2 of 3

**File Name**
Termination Notice 11-10-08.pdf
Evidence of Delivery.pdf

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

**File Name**
Settlement Notice 11-12-08.pdf

Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format.

**File Name**
Individual Trade Level Detail.xls

| | |
|---|---|
| ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: Yes<br><br>All details are provided in Settlement Notice uploaded in connection with (c). |
| ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: Yes<br><br>All details are provided in Settlement Notice uploaded in connection with (c). |
| ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected. | Selected: No |
| If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid. | Costs are estimated. |

**File Name**
Other Costs.xlsx

If claim includes interest charges, please provide calculation in Microsoft Excel format of interest including principal amount, interest rate, term and assumptions.

**File Name**
Interest Calculation v2.xls

©Epiq Systems, Inc.

| signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

## CLAIM TRACKING

| Title | Claim Type | Creditor Name | Complete | Date Submitted (Central) | |
|---|---|---|---|---|---|
| untitled | Guarantee | Kline Galland | Yes | 10/21/2009 4:44:38 PM | Amend/Supplement |
| Amendment | Guarantee | Kline Galland | Yes | 5/26/2011 12:24:39 PM | |
| Kline Galland Derivative | Derivative | Kline Galland | Yes | 10/21/2009 4:43:35 PM | Amend/Supplement |
| Amendment | Derivative | Kline Galland | Yes | 5/26/2011 12:01:05 PM | |

©Epiq Systems, Inc.


EXHIBIT B

 | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

# GUARANTEE CLAIM SUMMARY

Kline Galland
c/o Christine M. Tobin
Bush Strout & Kornfeld
601 Union Street #5000
Seattle, WA 98101 United States

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Special Financing Inc. (08-13888) |
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | Obligor is a debtor in these Chapter 11 cases (08-13888) |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | These (and additional documents) have been uploaded in connection with the Derivative Questionnaire but are included in an abundance of caution. |

| File Name |
|---|
| ISDA Master Agreement.pdf |
| Schedule to ISDA Master Agreement.pdf |
| Lehman Guarantee.pdf |
| Credit Support Annex.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $67,596.94 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | These have already been uploaded in connection with 4a of the Derivative Questionnaire and previously in this Guarantee Questionnaire. |
| Amount of claim against the Guarantor | $67,596.94 |

Lehman Brothers Holdings - Supplemental Questionnaire    Page 1 of 2

 | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

## GUARANTEE CLAIM SUMMARY

Kline Galland
c/o Christine M. Tobin
Bush Strout & Kornfeld
601 Union Street #5000
Seattle, WA 98101 United States

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Special Financing Inc. (08-13888) |
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | Obligor is a debtor in these Chapter 11 cases (08-13888) |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | These (and additional documents) have been uploaded in connection with the Derivative Questionnaire but are included in an abundance of caution. |

| File Name |
|---|
| ISDA Master Agreement.pdf |
| Schedule to ISDA Master Agreement.pdf |
| Lehman Guarantee.pdf |
| Credit Support Annex.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $2,451,724.37 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | These have already been uploaded in connection with 4a of the Derivative Questionnaire and previously in this Guarantee Questionnaire. |
| Amount of claim against the Guarantor | $2,451,724.37 |