WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                     :    **(Jointly Administered)**
:
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF FORTIETH OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Fortieth Omnibus Objection to Claims (Late-Filed Claims) that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43949221\01\58399.0008

Dated: March 14, 2012
       New York, New York

                          /s/ Robert J. Lemons
                          Robert J. Lemons

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Lehman Brothers
                          Holdings Inc. and Certain of Its Affiliates

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| California Department of Water Resources | 35944 |
| Chauny, S.A. | 34873 |
| Colon Lopez, Elizabeth | 34924 |
| De Jesus, Nestor E | 34492 |
| De Nicola, Michela | 65763 |
| Dmuchowski, John J | 34401 |
| Filbee, Sarah M | 34468 |
| Focht, Deborah | 34380 |
| Focht, Deborah | 42914 |
| Franzo, Rosemarie | 66393 |
| Fryer, Kelly | 39842 |
| Gelb, Jay | 35981 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |
| Iragorri, Julian | 64991 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| McCarthy, Brian M. | 35446 |
| McCarthy, Lawrence | 66392 |
| Monahan, Maria | 34563 |
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Shen, Jiansheng Jensen | 35437 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Vereker, William | 62466 |
| WestLB AG | 36789 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |
| Zanco, Mario | 35574 |