08-13555-mg    Doc 26430    Filed 03/14/12    Entered 03/14/12 17:14:50    Main Document
    Pg 1 of 4

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                :    08-13555 (JMP)
                                                            :
                            Debtors.                        :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION
### TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 14, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| ACM GLOBAL CREDIT - U.S. SUB-FUND | 43951, 43952 |
| AGOSTINI, EDWARD J. AND SYLVIA JTWROS | 67230, 67232 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO | 43949, 43950 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | 43944, 43945 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO | 43942, 43943 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO | 43938, 43939 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST | 43935, 43936 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST | 43937, 43946 |
| BANQUE PROFIL DE GESTION | 67083 |
| BARRIOS, ROSALINDA | 67087 |
| BERNIER, FRANCOIS | 66248 |
| BOOTEN, MICHELE | 66251 |
| BORENSTEIN, ROBERTA | 34410 |
| CARTY, LEA | 35593 |
| CF MIDAS BALANCED GROWTH FUND | 67193 |
| COLEMAN, MICHAEL ALEXIS | 67363 |
| DE CLERQ, FRANCOISE | 66244 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | 67228, 67231 |
| FINANCIAL SERVICES COMPENSATION SCHEME LIMITED | 63359 |
| FITVOYE, CLAUDE | 66249 |
| FRANSSEN, MATTHIAS | 66250 |
| GODARD, ALAIN & JEANNINE BRONCKART | 66247 |
| SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO | 43947, 43948 |
| SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO | 43940, 43941 |

| **Claimant Name** | **Claim Number** |
|---|---|
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | 67229, 67233 |
| TINANT, DANIELLE | 64460 |
| U.S. BANK NATIONAL ASSOCIATION | 67150, 67151, 67152, 67153 |
| VALKENBORGS, ROGER | 66245 |