WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                         :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                                              :
Debtors.                                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 14, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

## Exhibit A

## Adjourned Claim:

| Claimant Name | Claim Number |
|---|---|
| FRANZ, ROBERT | 67641 |