Presentment Date and Time: March 22, 2012 at 12:00 noon (Prevailing Eastern Time)
Objection Deadline: March 21, 2012 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed): April 26, 2012 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
------------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF SUPPLEMENTAL ORDER REINSTATING CLAIM

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Supplemental Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **March 22, 2012 at 12:00 noon (Prevailing Eastern Time)**. The Supplemental Order supplements the Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims), dated March 31, 2011, ECF No. 15524, and reinstates previously disallowed and expunged claim number 46436.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **March 21, 2012 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Supplemental Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Supplemental Order on **April 26, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to

US_ACTIVE:\43945777\03\58399.0008

attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: March 14, 2012
       New York, New York

                                         /s/ Robert J. Lemons
                                         Robert J. Lemons

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Lehman Brothers
                                         Holdings Inc. and Certain of Its Affiliates

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                                                  :
                         Debtors.                        :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims), dated February 14, 2011, ECF No. 14491 (the "Ninety-Sixth Omnibus Objection to Claims"), against claim number 46436 ("Claim 46436"), which was filed by D.J. De Korte (the "Claimant");

WHEREAS the Ninety-Sixth Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim, ECF No. 6664 (the "Procedures Order"), to disallow and expunge Claim 46436 as duplicative of claim number 45639 (the "Surviving

Claim"), which was filed by J.J.A. Lempers Holding B.V., all as more fully described in the Ninety-Sixth Omnibus Objection to Claims;

WHEREAS the Claimant did not respond formally or informally to the Ninety-Sixth Omnibus Objection to Claims prior to the deadline to respond to such objection, which was March 16, 2012 at 4:00 p.m. (Prevailing Eastern Time);

WHEREAS the Court held a hearing on March 31, 2011 (the "Omnibus Hearing") to consider the relief requested in the Ninety-Sixth Omnibus Objection to Claims;

WHEREAS the Court entered an order on March 31, 2011, ECF No. 15524, granting the relief requested in the Ninety-Sixth Omnibus Objection to Claims (the "Order"), which, among other things, expunged and disallowed Claim 46436 in its entirety;

WHEREAS after entry of the Order and after consultation with the Claimant and representatives of the Claimant, the Claimant and his representatives provided LBHI, as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan Administrator"), with a corrected Euroclear electronic instruction reference number (a "Blocking Number") and other documentation to show the validity and non-duplicative nature of Claim 46436;

WHEREAS upon reviewing the corrected Blocking Number and other documentation, the Plan Administrator determined that Claim 46436 is not duplicative of the Surviving Claim.

**IT IS HEREBY**:

ORDERED that the court-approved claims and noticing agent, Epiq Systems, shall be authorized and directed to immediately reinstate Claim 46436 on the official claims register; and it is further

ORDERED that the Ninety-Sixth Omnibus Objection to Claims is withdrawn as to Claim 46436 without prejudice to the rights of the Plan Administrator to object to Claim 46436 on any grounds in the future; and it is further

ORDERED that the rights of the Plan Administrator and any other party in interest with respect to Claim 46436 are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to Claim 46436, this Supplemental Order shall have no effect whatsoever on any claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: _____, 2012
New York, New York

UNITED STATES BANKRUPTCY JUDGE