# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.        Case No. 08-13555 (JMP)
                                              Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Deutsche Bank Europe GmbH Belgium Branch | Deminor International S.C.R.L. |
| Avenue Marnix/Marnixlaan 13-15 | Ed. Van Nieuwenhuyse Laan 6 bt. 8 |
| 1000 Brussels | 1160 Brussels |
| Belgium | Belgium |
| Attention: Cécile Counet | Attention: Charles Demoulin |
| Telephone number: +32 (0)2 551.63.07 | Telephone number: +32 (0)2 674.71.10 |
| Email address: cecile.counet@db.com | Email address: charles.demoulin@deminor.com |
| Notices to Transferee should be sent to: (see above) | Court Record Address of the Transferor: (Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: (see above) |
| Claim Amount: $ 2.186.329,50, which is 100% of the initial total claim amount. | |
| Court Claim No. (if known): 0000060040 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____Filip Weynants_____        Date:   14 March 2012
Authorized Agent of Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/74619038.1

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Deminor International S.C.R.L., Ed. Van Nieuwehuyse Laan 6 bt. 8, 1160 Brussels, Belgium, its successors and assigns, the record holder of Claim N° 60040, acting on behalf of the beneficial holders of the Claim (collectively, "Transferor"), does hereby certify that it has unconditionally and irrevocably transferred and assigned to :

> Deutsche Bank Europe GmbH Belgium Branch
> Avenue Marnix/Marnixlaan 13-15
> 1000 Brussels
> Belgium
> Attention: Cécile Counet
> Telephone number: +32 (0)2 551.63.07
> Email address: cecile.counet@db.com

its successors and assigns (collectively, "Transferee") all right, title and interest in and to that claim of Transferor (the "Assigned Claim") against LEHMAN BROTHERS HOLDINGS INC. in the principal amount of $2.186.329,50, being 100% of Claim No. 0000060040 the beneficial interest in which has been transferred by the beneficial holders to the Transferee pursuant to bilateral settlement arrangements between the Transferee and such beneficial holders, in the bankruptcy proceeding of Lehman Brothers Holdings Inc., which is being administered under the auspices of the U.S. Bankruptcy Court for the Southern District of New York and is captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP). It is agreed between the Transferor and the Transferee that the Transferor does not make any representations or warranties and does not provide any guarantee whatsoever with respect to the Assigned Claim.

Transferor, on behalf of the beneficial holders, hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Assigned Claim as an unconditional assignment and Transferee herein as the valid holder of the Assigned Claim on behalf of the beneficial holders. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 14th day of March, 2012.

Deminor International S.C.R.L. (Transferor)

By: _____
(Signature of authorized officer)

Name: Charles Demoulin and Erik Bomans
Title: Directors
Tel.: +32 2 674 71 10

Deutsche Bank Europe GmbH Belgium Branch (Transferee)

By: _____
(Signature of authorized officer)

Name: Filip Weynants
Title: COO – Branch Manager
Tel.: +32(0)2 551.67.55

A/74619038.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Lehman Brothers Holdings Inc.

Case No. 08-13555 (JMP)
Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Deutsche Bank Europe GmbH Belgium Branch <br> Avenue Marnix/Marnixlaan 13-15 <br> 1000 Brussels <br> Belgium <br> Attention: Cécile Counet <br> Telephone number: +32 (0)2 551.63.07 <br> Email address: cecile.counet@db.com | Name of Transferor: <br> Deminor International S.C.R.L. <br> Ed. Van Nieuwenhuyse Laan 6 bt. 8 <br> 1160 Brussels <br> Belgium <br> Attention: Charles Demoulin <br> Telephone number: +32 (0)2 674.71.10 <br> Email address: Charles.demoulin@deminor.com |
|---|---|
| Notices to Transferee should be sent to: <br> (see above) | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.#: <br> Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#: <br> Name and Current Address of Transferor: <br><br> (see above) |
| Claim Amount: <br> $ 3.274.541,40, which is 100% of the initial total claim amount. | |
| Court Claim No. (if known): <br> 0000060041 | |
| Date Claim Filed: <br> October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _____Filip Weynants_____          Date:   14 March 2012
     Authorized Agent of Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/74619038.1

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Deminor International S.C.R.L., Ed. Van Nieuwehuyse Laan 6 bt. 8, 1160 Brussels, Belgium, its successors and assigns, the record holder of Claim N° 60041, acting on behalf of the beneficial holders of the Claim (collectively, "Transferor"), does hereby certify that it has unconditionally and irrevocably transferred and assigned to :

Deutsche Bank Europe GmbH Belgium Branch
Avenue Marnix/Marnixlaan 13-15
1000 Brussels
Belgium
Attention: Cécile Counet
Telephone number: +32 (0)2 551.63.07
Email address: cecile.counet@db.com

its successors and assigns (collectively, "Transferee") all right, title and interest in and to that claim of Transferor (the "Assigned Claim") against LEHMAN BROTHERS HOLDINGS INC. in the principal amount of $3.274.541,40, being 100% of Claim No. 60041 the beneficial interest in which has been transferred by the beneficial holders to the Transferee pursuant to bilateral settlement arrangements between the Transferee and such beneficial holders, in the bankruptcy proceeding of Lehman Brothers Holdings Inc., which is being administered under the auspices of the U.S. Bankruptcy Court for the Southern District of New York and is captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP). It is agreed between the Transferor and the Transferee that the Transferor does not make any representations or warranties and does not provide any guarantee whatsoever with respect to the Assigned Claim.

Transferor, on behalf of the beneficial holders, hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Assigned Claim as an unconditional assignment and Transferee herein as the valid holder of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 14th day of March, 2012.

Deminor International S.C.R.L. (Transferor)

By: _____
(Signature of authorized officer)

Name: Charles Demoulin and Erik Bomans
Title: Directors
Tel.: +32 2 674 71 10

Deutsche Bank Europe GmbH Belgium Branch (Transferee)

By: _____
(Signature of authorized officer)

Name: Filip Weynants
Title: COO – Branch Manager
Tel.: +32(0)2 551.67.55

A/74619038.1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Deutsche Bank Europe GmbH Belgium Branch<br>Avenue Marnix/Marnixlaan 13-15<br>1000 Brussels<br>Belgium<br>Attention: Cécile Counet<br>Telephone number: +32 (0)2 551.63.07<br>Email address: cecile.counet@db.com | Name of Transferor:<br>Herman Wauters<br>Koningsstraat 43 A<br>8400 Oostende<br>Belgium<br>Telephone number: +32 (0)59. 23 52 87<br>Email address: hermanver@skynet.be |
|---|---|
| Notices to Transferee should be sent to:<br>(see above) | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:  | Last Four Digits of Acct.#:  |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br><br>(see above) |
| Claim Amount:<br>$ 28.378, 00 which is 100% of the initial total claim amount. |  |
| Court Claim No. (if known):<br>0000047226 |  |
| Date Claim Filed:<br>October 26, 2009 |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____Filip Weynants_____                 Date:   14 March 2012
       Authorized Agent of Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/74619038.1

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Herman Wauters, Koningsstraat 43 A, 8400 Oostende, Belgium, its successors and assigns, the record holder of Claim N° 47226, , does hereby certify that he has unconditionally and irrevocably transferred and assigned to :

Deutsche Bank Europe GmbH Belgium Branch
Avenue Marnix/Marnixlaan 13-15
1000 Brussels
Belgium
Attention: Cécile Counet
Telephone number: +32 (0)2 551.63.07
Email address: cecile.counet@db.com

its successors and assigns (collectively, "Transferee") all right, title and interest in and to that claim of Transferor (the "Assigned Claim") against LEHMAN BROTHERS HOLDINGS INC. in the principal amount of $28.378,00 being 100% of Claim No. 0000047226 in the bankruptcy proceeding of Lehman Brothers Holdings Inc., which is being administered under the auspices of the U.S. Bankruptcy Court for the Southern District of New York and is captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Assigned Claim as an unconditional assignment and Transferee herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 14th day of March, 2012.

Herman Wauters (Transferor)

(Signature)

Deutsche Bank Europe GmbH Belgium Branch (Transferee)

By: _____
(Signature of authorized officer)

Name: Filip Weynants
Title: COO – Branch Manager
Tel.: +32(0)2 551.67.55

A/74619038.1

**Error! Unknown document property name.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Lehman Brothers Holdings Inc.    Case No. 08-13555 (JMP)
Court ID (Court Use Only) _____

**NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Deutsche Bank Europe GmbH Belgium Branch<br>Avenue Marnix/Marnixlaan 13-15<br>1000 Brussels<br>Belgium<br>Attention: Cécile Counet<br>Telephone number: +32 (0)2 551.63.07<br>Email address: cecile.counet@db.com | Name of Transferor:<br>Anne Corneillie<br>Lange Maxdreef 8<br>8680 Koekelare<br>Belgium<br>Telephone number: +32 (0)2 674 71 10<br>Email address: dcms@deminor.com |
|---|---|
| Notices to Transferee should be sent to:<br>(see above) | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#:<br>Name and Current Address of Transferor:<br><br>(see above) |
| Claim Amount:<br>$ 35.377,50, which is 100% of the initial total claim amount. | |
| Court Claim No. (if known):<br>0000059862 | |
| Date Claim Filed:<br>October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _____Filip Weynants_____    Date:  14 March 2012
    Authorized Agent of Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/74619038.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Anne Corneillie, Lange Maxdreef 8, 8680 Koekelare, Belgium, its successors and assigns, the record holder of Claim N° 59862, does hereby certify that she has unconditionally and irrevocably transferred and assigned to :

Deutsche Bank Europe GmbH Belgium Branch
Avenue Marnix/Marnixlaan 13-15
1000 Brussels
Belgium
Attention: Cécile Counet
Telephone number: +32 (0)2 551.63.07
Email address: cecile.counet@db.com

its successors and assigns (collectively, "Transferee") all right, title and interest in and to that claim of Transferor (the "Assigned Claim") against LEHMAN BROTHERS HOLDINGS INC. in the principal amount of $35.377,50 being 100% of Claim No. 0000059862 in the bankruptcy proceeding of Lehman Brothers Holdings Inc., which is being administered under the auspices of the U.S. Bankruptcy Court for the Southern District of New York and is captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Assigned Claim as an unconditional assignment and Transferee herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 14th day of March, 2012.

Anne Corneillie (Transferor)

(Signature)

Deutsche Bank Europe GmbH Belgium Branch (Transferee)

By: _____
(Signature of authorized officer)
Name: Filip Weynants
Title: COO – Branch Manager
Tel.: +32(0)2 551.67.55

A/74619038.1