IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS | Case No. 08-13555 (JMP)<br>JOINTLY ADMINISTERED |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banca Agricola Commerciale della Repubblica di San Marino S.p.A.**
Name of Transferee
Name and Address where notices to transferee should be sent:

Via Oddone Scarito, 13
47893 Borgo Maggiore
Repubblica di San Marino
Attn: Mr.Fabrizio Guida
E-mail: legale@bac.sm

Phone: + 378 871286
Last Four Digits of Acct #: N/A

**Credit Suisse AG**
Name of Transferor

Court Claim # (if known): 55829
Amount of Claim: -
Portion of Claim Transferred (see Schedule I): XS0202417050 EUR 50,000.00
Date Claim Filed: October 29,2009

Phone: +41 44 332 23 13
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
Phone: +378 871251
Last Four Digits of Acct #: N/A

Bank Name: Banca Agricola Commerciale della Repubblica di San Marino S.p.A.
Country of Bank Account: Republic of San Marino
Account number: 3582023365001
Bic-Bank Identification Code: BASMSMSMXXX
Intermediary Bank Name: Standard Chartered Bank
Country of Intermediary Bank Account: USA
Intermediary Bic-Bank Identification Code: SCBLUS33XXX

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: Luigi Lonfernini as President for Transferee          Date: March 15, 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S.C. §1152 & 3571.

## SCHEDULE I

## EVIDENCE OF TRANSFER OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banca Agricola Commerciale della Repubblica di San Marino** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its **Claim No. 55829** and relating to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON MARCH 08, 2012

**CREDIT SUISSE AG**

By: _____
Name: Ares Bianchi
Title:   Assistant Vice President


By: _____
Name: Ali Sarhan
Title:   Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0202417050 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 50'000 |