**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*

Case No. 08-13555 (JMP)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

LEHMAN BROTHERS BANKHAUS AG I INS.

GRANITE FINANCE LIMITED

_____

_____

Name of Transferee

Name of Transferor

Name and Address where notices to transferee should be sent:

Lehman Brothers Bankhaus AG i Ins.
c/o CMS Hasche Sigle
Barckhausstraße 12-16
60325 Frankfurt am Main
Federal Republic of Germany

Court Claim # (if known): 27873

Amount of Claim: unliquidated

Date Claim Filed: 22 September 2009

Phone: + 49 69 71701 0

Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: +1 345 949 7755

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____  *795*          Date: _March 13, 2022_

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: LEHMAN BROTHERS HOLDINGS INC.,          Case No. 08-13555 (JMP)
*et al.*

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 27823 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on_____ (date).

GRANITE FINANCE LIMITED                    LEHMAN BROTHERS BANKHAUS AG I INS.

Name of Alleged Transferor                 Name of Transferee

Address of Alleged Transferor:             Address of Transferee:

Granite Finance Limited                    Lehman Brothers Bankhaus AG i Ins.
Strathvale House,                          Rathenauplatz, 1
North Church Street,                       60313 Frankfurt am Main
Grand Cayman,                              Federal Republic of Germany
Cayman Islands

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|
| The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court. |

Date:_____

_____
**CLERK OF THE COURT**

**EXHIBIT A**
**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, GRANITE
FINANCE LIMITED (the "**Transferor**") hereby unconditionally and irrevocably transfers and
assigns to ANDORRA BANC AGRÍCOL REIG, S.A. and LEHMAN BROTHERS BANKHAUS AG
I INS. (the "**Transferees**"), subject to and in accordance with an unwind deed dated 13 March 2011
between, amongst others, the Transferor and the Transferees, all of its right, title, interest, claims and
causes of action in and to, or arising under or in connection with, its claim (as such term is defined in
Section 101(5) of the U.S. Bankruptcy Code) having Proof of Claim No 27873 against Lehman
Brothers Holdings Inc. (the "**Debtor**"), the debtor in Case No. 08-13555 pending in the United States
Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") equal to 97.74%
and 2.26% to each Transferee, respectively.

Transferor hereby waives any objection to the transfer of the claim to the Transferees on the books
and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted
by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of
Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
The Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy
Court may be entered without further notice to the Transferor transferring to the Transferees the
foregoing claim, recognizing the Transferees as the sole owners and holders of the claim, and
directing that all payments or distributions of money or property in respect of the claim be delivered
or made to the Transferees.

IN WITNESS WHEREOF, this **EVIDENCE OF PARTIAL TRANSFER OF CLAIM** is executed
this 13 day of MAR 2012.

Granite Finance Limited

By:

Name:            For and on behalf of
                 MIL (Cayman) Limited
Title:           as Corporate Director

**EXHIBIT B**
**TRANSFEREE NOTICE DETAILS**


Andorra Banc Agrícol Reig, S.A.

Address:        Carrer Manuel Cerqueda i Escaler, 6
                Escaldes - Engordany
                Principat d'Andorra

Attention:      Jose María Alfin

Telephone:      + 376 869 701

E-mail:         josemaria.alfin@andbanc.com




Lehman Brothers Bankhaus AG i Ins.

Address:        Lehman Brothers Bankhaus AG i. Ins.
                c/o CMS Hasche Sigle
                Barckhausstraße 12-16
                60325 Frankfurt am Main
                Federal Republic of Germany

Attention:      Dr. Joachim Kaetzler

Telephone:      + 49 69 71701 0

E-mail:         Joachim.Kaetzler@cms-hs.com