UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :     Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                    :     08-13555 (JMP)
                                                           :
                    Debtors.                               :     (Jointly Administered)
                                                           :
-----------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC.,                             :
          Plaintiff,                                       :
                                                           :
          v.                                               :
                                                           :
UNITED STATES OF AMERICA,                                  :
          Defendant.                                       :
                                                           :
-----------------------------------------------------------x

RECEIVED MAR 1 4 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## MOTION FOR ADMISSION OF
## KEVIN R. STULTS TO PRACTICE PRO HAC VICE

I, Kevin R. Stults, request admission, *pro hac vice*, before the Honorable Judge James M. Peck, to represent Lehman Brothers Holdings Inc., the debtor, in the above referenced bankruptcy proceeding.

I certify that I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia. I am also admitted to practice before the United States Court of Federal Claims. There are no disciplinary proceedings pending in any court against me.

My mailing address, phone number, fax number and email address are as follows: Kevin R. Stults, Bingham McCutchen LLP, 2020 K Street, N.W., 10th Floor, Washington, D.C. 20006. Tel: (202) 373-6028, Fax: (202) 373-6401, Email: kevin.stults@bingham.com.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: March 13, 2012
New York, New York

/s/ Kevin R. Stults
Kevin R. Stults
BINGHAM MCCUTCHEN LLP
2020 K STREET NW
Telephone: (202) 373-6028
Facsimile: (202) 373-6001

Email: Kevin.stults@bingham.com

Attorneys for Debtors and
Debtors in Possession

2