# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: LEHMAN BROTHERS HOLDINGS INC.,     Case No. 08-13555 (JMP)
et al.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| ANDORRA BANC AGRÍCOL REIG, S.A. | GRANITE FINANCE LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Andorra Banc Agricol Reig, S.A.
Calle Manuel Cerqueda i Escaler, 6
Escaldes - Engordany
Principat d'Andorra

Phone: +376 873 344

Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 27822

Amount of Claim: unliquidated

Date Claim Filed: 22 September 2009

Phone: +1 345 949 7755

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 13 March 2012

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

23097-3-26-v0.1        - 1 -        66-40395448

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: LEHMAN BROTHERS HOLDINGS INC., et al.

Case No. 08-13555 (JMP)

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. 27823 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| GRANITE FINANCE LIMITED | ANDORRA BANC AGRÍCOL REIG, S.A. |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Granite Finance Limited<br>Strathvale House,<br>North Church Street,<br>Grand Cayman,<br>Cayman Islands | Andorra Banc Agricol Reig, S.A.<br>Calle Manuel Cerqueda i Escaler, 6<br>Escaldes - Engordany<br>Principat d'Andorra |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

EXHIBIT A
EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, GRANITE FINANCE LIMITED (the "**Transferor**") hereby unconditionally and irrevocably transfers and assigns to ANDORRA BANC AGRÍCOL REIG, S.A. and LEHMAN BROTHERS BANKHAUS AG I INS. (the "**Transferees**"), subject to and in accordance with an unwind deed dated 13 March 2011 between, amongst others, the Transferor and the Transferees, all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) having Proof of Claim No 27822 against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") equal to 92.43 % and 7.57% to each Transferee, respectively.

Transferor hereby waives any objection to the transfer of the claim to the Transferees on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor transferring to the Transferees the foregoing claim, recognizing the Transferees as the sole owners and holders of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Transferees.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13 day of Mar 2012.

Granite Finance Limited

By: _____

Name:  For and on behalf of
       MIL (Cayman) Limited
Title: as Corporate Director

**EXHIBIT B**
**TRANSFEREE NOTICE DETAILS**

Andorra Banc Agrícol Reig, S.A.

| | |
|---|---|
| Address: | Carrer Manuel Cerqueda i Escaler, 6<br>Escaldes - Engordany<br>Principat d'Andorra |
| Attention: | Jose María Alfin |
| Telephone: | + 376 869 701 |
| E-mail: | josemaria.alfin@andbanc.com |

Lehman Brothers Bankhaus AG i Ins.

| | |
|---|---|
| Address: | Lehman Brothers Bankhaus AG i. Ins.<br>c/o CMS Hasche Sigle<br>Barckhausstraße 12-16<br>60325 Frankfurt am Main<br>Federal Republic of Germany |
| Attention: | Dr. Joachim Kaetzler |
| Telephone: | + 49 69 71701 0 |
| E-mail: | Joachim.Kaetzler@cms-hs.com |