B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,              Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Name of Transferee                            Name of Transferor

BARCLAYS BANK, S.A.                            GABRIEL MIQUEL PONS


Name and Address where notices to transferee          Court Claim # (if known): 50002
should be sent:                                  Amount of Claim: $113,528.46
                                             Date Claim Filed: October 27, 2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50                     Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A                  Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:   March 12, 2012
      Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\NY - 002659/000002 - 2382856 v1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the Southern District of New York
              Attention: Clerk

AND TO:   Lehman Brothers Holdings Inc., Case No. 08-1355 (JMP) (Jointly Administered)

RE:      Claim No:  **50002**

For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to a Purchase Agreement dated as of the date hereof, **Gabriel Miquel Pons** ("Seller") hereby certifies that it has unconditionally and irrevocable sold, transferred and assigned to **Barclays Bank S.A.** ("Purchaser"), all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "**Claim**") in respect thereof against Lehman Brothers Treasury Co. BV. and/or Lehman Brothers Holdings Inc. (debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York) (each a "**Debtor**"), including, without limitation, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim number **50002** filed in the bankruptcy case of Lehman Brothers Holdings Inc., solely, for the purposes hereof, with respect to the security referred to on Schedule I hereto and/or the Claim.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Upon payment by Purchaser to Seller of the purchase price for the Claim, Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this     February  24 day of 2012.

**SELLER**
Miquel Gabriel Pons

By:    _____
Name:  _____
Title:   _____

**PURCHASER**

Barclays Bank SA

By:    Proxi
Name:  José García Malo de Molina
        Agustín Jiménez Ales
Title:   Managers

SCHEDULE I

**Purchased Claim**

100% of Proof of Claim as it relates solely with respect to ISIN/CUSIP **XS0282208049** as of February 24 ,2012, including all pre-petition accrued interest related thereto).

**Lehman Program Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claims Filing Date) |
|---|---|---|---|---|---|---|---|
| Bono 100% participación sobre EUROSTOXX-50 | XS0282208049 | Lehman Brothers Tresury Co. BV | | $113.208, 00 | | February 9th, 2012 | |