Duane Morris LLP
A Delaware Limited Liability Partnership
1540 Broadway
New York, NY 10036
Tel: (212) 692.1000
Fax: (212) 692.1020
Gerard S. Catalanello, Esq.
gcatalanello@duanemorris.com

30 South 17th Street
Philadelphia, PA 19103-4196
Rudolph J. Di Massa, Jr., Esq.
DiMassa@duanemorris.com

*Counsel for Pennsylvania Public School Employees' Retirement System*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al* | : | Case Nos. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtor. | : | |

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND SERVICE LIST

**PLEASE TAKE NOTICE** that, **Gerard S. Catalanello** hereby requests to be removed from the official service list for the Debtor's bankruptcy case and as recipient for e-mail service in the Debtors' bankruptcy cases through the Court's **CM/ECF system**.

Dated: March 15, 2012                **DUANE MORRIS LLP**

By: */s/ Gerard S. Catalanello*
Gerard S. Catalanello, Esq.
Patricia H. Heer, Esq.
1540 Broadway
New York, NY 10036
Telephone: (212) 692.1000
Facsimile: (212) 692.1020
*Counsel for Pennsylvania Public School Employees' Retirement System*

*Counsel for Pennsylvania Public School Employees'
Retirement System*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                    :     **Chapter 11**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*                :     **Case Nos. 08-13555 (JMP)**
                                                          :     **(Jointly Administered)**
                                         **Debtor.**      :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Patricia Hanna Heer, hereby certify that I am not less than 18 years of age, and that on February 17, 2012, a true and correct copy of the foregoing **REQUEST OF REMOVAL FROM ECF NOTIFICATION AND SERVICE LIST** was electronically transmitted through the Court's ECF system to all parties indicated on the electronic filing receipt. Additionally, the foregoing was served via U.S. Mail on March 15, 2012 upon the attached service list

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on March 15, 2012.

Dated: March 15, 2012

*/s/ Patricia Hanna Heer*
Patricia Hanna Heer

2

**SERVICE LIST**

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212)837-6810
Fax : (212) 422-4726

Andrea B. Schwartz
Dep't of Justice - Office of U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
Fax : (212) 310-8007

Clerk's Office
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

DM1\3111823.1