STROOCK & STROOCK & LAVAN LLP
Mark Speiser
Sherry Millman
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mitsui Securities Co. Ltd.*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF CLAIM FILED BY MITSUI SECURITIES CO. LTD.

**PLEASE TAKE NOTICE** that Mitsui Securities Co. Ltd. ("Mitsui"), through its undersigned counsel, hereby withdraws Proof of Claim No. 62852 against Lehman Brothers Holdings Inc. in the above-captioned matter, and requests that the claims registry maintained by Epiq Bankruptcy Solutions LLC be updated accordingly.  No other claim of Mitsui shall be affected hereby.

Dated:    March 15, 2012

                              STROOCK & STROOCK & LAVAN LLP

                              /s/ Mark Speiser
                              Mark Speiser
                              Sherry Millman
                              180 Maiden Lane
                              New York, New York 10038
                              Tel: (212) 806-5400
                              Fax: (212) 806-6006

                              *Counsel to Mitsui Securities Co. Ltd.*