B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Luxor Spectrum Offshore Master Fund LP</u>
Name of Transferee

<u>Bank of America, N.A.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Luxor Capital Group
1114 Avenue of the Americas, 29th Floor
New York, NY 10036
Attn:  Omar Khawaja

Court Claim # (if known): <u>21406</u>
Amount of Claim: <u>$ 1,207,176.60</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: 212-763-8075
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: _3/13/12_____

Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

BOA                    Fax 6468550114            Mar  6 2012 02:28pm  P009/018

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Bank of America, N.A., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Luxor Spectrum Offshore Master Fund LP, with offices at c/o Luxor Capital Group, 1114 Avenue of the Americas, 29th Floor, New York, NY 10036, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of 5.79803% interest in and to all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 21406), which pro rata share represents $1,207,176.60 of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Partial Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the __6__ day of March, 2012.

BANK OF AMERICA, N.A.

By: _____

Name: RONALD TOROK

Title: DIRECTOR

LUXOR SPECTRUM OFFSHORE MASTER FUND LP

By: _____

Name:

Title:        Kelly Skura
              Director of Operations
              Luxor Capital Group, LP
              Investment Manager

KL2 2731242.7