EXHIBIT A-1

## EVIDENCE OF TRANSFER OF LBSF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Principal Life Insurance Company ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto JPMorgan Chase Bank, N.A. having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 30672*(the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Special Financing Inc. Case No. 08-13888 et seq. (Jointly Administered).

* Allowed in the amount of $19,100,000

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 15th day of March, 2012.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY | JPMORGAN CHASE BANK, N.A. |
| *[signature]* | *[signature]* |
| Name: DEBRA SVOBODA EPP<br>Title: ASSISTANT GENERAL COUNSEL | Name: Peter Schoepe<br>Title: Authorized Signatory |
| *[signature]*<br>Name: ADRIENNE L. McFARLAND<br>Title: COUNSEL | |

EXHIBIT A-2

# EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Principal Life Insurance Company ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto JPMorgan Chase Bank, N.A. having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 3067* (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc. Case No. 08-13555 et seq. (Jointly Administered).

\* Allowed in the amount of $19,100,000

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 15th day of March, 2012.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY | JPMORGAN CHASE BANK, N.A. |
| *[signature]* | *[signature]* |
| Name: DEBRA SVOBODA EPP<br>Title: ASSISTANT GENERAL COUNSEL | Name: Peter Schoepe<br>Title: Authorized Signatory |
| *[signature]* | |
| Name: ADRIENNE L. McFARLAND<br>Title: COUNSEL | |