United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Case Number 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Minardi Capital Corp., Vanterpool Plaza 2nd Floor Wickhams Cay 1, Road Town British Virgin Islands |
| Court Claim Number (if known): | 67709 |
| Date Claim Filed: | November 7, 2011 |
| Total Amount of Claim Filed: | $46,084,456.84 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/15/2012

Print Name: Lillian de Muschett
Title (if applicable): Director/President