B 210A (Form 210A) (12/09)12

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Minardi Capital Corp.
Name of Transferee

Central Banco Universal
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 62725
Amount of Claim: ISIN XS0336336531 in the amount of $46,084,456.84
Date Claim Filed: November 2, 2009

Minardi Capital Corp.
Vanterpool Plaza 2nd Floor
Wickhams Cay 1, Road Town
British Virgin Islands

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: David LeMay, Esq.
    Christy Rivera, Esq.

Phone: (507) 205 6000

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____[signature]_____    Date: 3/15/2012
Transferee/Transferee's Agent
Lilian de Muschett
Director/President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CPAM: 4411188.1