Presentment Date and Time: March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: March 21, 2012 at 12:00 noon. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed): March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
-------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF STIPULATION
AND ORDER REGARDING AMENDMENT TO CLAIM**

     **PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation and Order between Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above referenced chapter 11 cases, and RIC-OMIGSA Global Money Market Fund regarding the filing of an amended claim (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time).**

     **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Order with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **March 21, 2012 at 12:00 noon (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

     **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

     **PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

US_ACTIVE:\43951304\02\58399.0008

Dated: March 15, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
: 
**In re**                                                          :  **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :  **08-13555 (JMP)**
                                                                   :
    **Debtors.**                                               :  **(Jointly Administered)**
-------------------------------------------------------------------x

### STIPULATION AND ORDER REGARDING AMENDMENT TO CLAIM

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the debtors in the above referenced chapter 11 cases, and RIC-OMIGSA Global Money Market Fund (the "Claimant," and together with the Plan Administrator, the "Parties"), hereby stipulate and agree as follows:

**RECITALS:**

A.      On November 2, 2009, Claimant filed a proof of claim against LBHI, which was assigned claim number 60873 by the court-approved claims agent (the "Claims Agent"), asserting a claim in the amount of $12,000,000.00 (such claim, the "Original Claim").

B.      On December 6, 2011, the Court entered an order confirming the Plan [ECF No. 23023] (the "Confirmation Order"). The Effective Date (as defined in the Plan)

occurred on March 6, 2012.  Pursuant to the Plan, the Plan Administrator is authorized to control and effectuate the claims reconciliation process with respect to claims filed against LBHI.

C.      On March 8, 2012, Claimant filed another proof of claim against LBHI, which was assigned claim number 68037 by the Claims Agent, to amend and supersede the Original Claim (the "Amending Claim").  The Amending Claim asserts a claim of $11,935,095.29.

D.      Pursuant to the Confirmation Order, after the Effective Date, a proof of claim may not be filed or amended without the authority of the Court.

E.      The Plan Administrator has reviewed the Amending Claim and the documentation in support thereof and, because the Amending Claim is asserted in an amount lower than the Original Claim, the Plan Administrator consents to the filing of the Amending Claim.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1.      Upon entry of this Order by the Court, the filing of the Amending Claim shall be authorized, and the Original Claim shall be disallowed and expunged.  The Claims Agent shall update the claims registry accordingly.

2.      The rights of the Plan Administrator to object to the Amending Claim on any ground other than the timing and method of filing are expressly preserved and unaffected by this Order.

3.      This Order contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

4. This Order shall be binding upon and inure solely to the benefit of the Parties hereto and their respective successors and assigns. Nothing contained herein, express or implied, is intended to or shall confer upon any other person or entity any legal or equitable right, benefit, or remedy of any nature whatsoever under or by reason of this Order.

5. Each person who executes this Order represents that he or she is duly authorized to do so on behalf of the respective Party or Parties hereto and that each such party has full knowledge and has consented to this Order.

6. This Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Order to present any copy, copies, electronic copies, or facsimiles signed by the Parties hereto to be charged.

7. This Order shall be governed by and interpreted in accordance with the laws of the state of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflict of laws that would require the application of laws of another jurisdiction.

*[Remainder of Page Intentionally Left Blank]*

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation, Agreement and Order.

Dated: March 15, 2012
      New York, New York

/s/ Glenn E. Siegel
Glenn E. Siegel

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

Attorneys for RIC-OMIGSA Global Money Market Fund

Dated: March 15, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

SO ORDERED, this
___ day of March, 2012 in New York

_____
United States Bankruptcy Judge