WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11 Case No.
                                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                                       :
                    Debtors.                                              :    (Jointly Administered)
                                                                                       :
                                                                                       :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE ONE HUNDRED SIXTY-SECOND OMNIBUS**
**OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)**
**SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for August 25, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  March 15, 2012
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Cascade Investment, LLC | 21730 |
| Cascade Investment, LLC | 21741 |
| Elim Park Baptist Home, Inc. | 67144 |
| Goldman Sachs & Co. Profit Sharing Master Trust | 31519 |
| Goldman Sachs & Co. Profit Sharing Master Trust | 31530 |
| Zephyr 2004-4 LLC f/k/a Lehman Brothers CDO Opportunity Partners 2004-4 LLC | 33612 |
| Oz Asia Master Fund Ltd. | 31521 |
| Oz Asia Master Fund Ltd. | 31531 |
| Oz Europe Master Fund Ltd. | 31523 |
| Oz Europe Master Fund Ltd. | 31534 |
| Oz Master Fund Ltd. | 65859 |
| Oz Master Fund Ltd. | 65860 |
| Zephyr Recovery 2004-1 LP | 33645 |
| Zephyr Recovery 2004-2 LP | 33643 |
| Zephyr Recovery 2004-3 LP | 33641 |
| Zephyr Recovery II-A LP | 33655 |
| Zephyr Recovery II-B LP | 34317 |
| Zephyr Recovery II-C LP | 33649 |