

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferee | <u>JCAM Global Fund (Master) L.P.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>℅ Goldman, Sachs & Co.<br>200 West Street<br>New York, NY 10282-2198<br>Attention: Lauren Day<br>Email: gsd.link@gs.com<br><br>With a copy to:<br>Richards Kibbe & Orbe LLP<br>Attn: Managing Clerk<br>One World Financial Center<br>New York, NY 10281 | Court Claim # (if known): 22220<br>Amount of Claim: $55,091,469.00<br>Date Claim Filed: September 21, 2009<br><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:<br>Last Four Digits of Acct #: _____ | Phone:<br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____<br>Last Four Digits of Acct #: _____ | |

A-4

**Error! Unknown document property name.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 3/15/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Error! Unknown document property name.

A-5

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

JCAM Global Fund (Master) L.P., located ℅ James Caird Asset Management LLP, One Curzon Street, London W1J 5HA ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC, its successors and assigns, with offices at ℅ Goldman, Sachs & Co., 200 West Street, New York, NY 10282-2198 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 22220) in the amount of $55,091,469.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

**Error! Unknown document property name.**

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 15 day of March, 2012.

JCAM Bahamas Limited in its capacity as General Partner,
for and on behalf of JCAM Global Fund (Master) LP

By: _____
Name: ALAN TOOKER
Title: DIRECTOR

Goldman Sachs Lending Partners LLC

By: _____
Name:
Title:

A-3

**Error! Unknown document property name.**

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __15__ day of __March__, 2012.

JCAM Bahamas Limited in its capacity as General Partner,
for and on behalf of JCAM Global Fund (Master) LP

By: _____
Name:
Title:

Goldman Sachs Lending Partners LLC

By: _____
Name:
Title: Jennifer Dokish
       Authorized Signatory