Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,        Case Nos. 08-13555 (JMP)
                                                    (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
| --- | --- |
| Goldman Sachs Lending Partners LLC | Goldman Sachs International |

Name and Address where notices to transferee should be sent:

GOLDMAN SACHS LENDING PARTNERS LLC
Attn: Dennis Lafferty
200 West Street
New York, NY 10282

Court Claim # (if known): 28104
Debtor: Lehman Brothers Special Financing Inc.
Date Claim Filed: 9/22/2009
Transferred Claim Amount:
$100,000,000 of Claim #28104

Last Four Digits of Acct #: N/A        Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 3/15/12
    Transferee/Transferee's Agent
Name:
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

Confidential

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of New York ("Bankruptcy Court")
      Attn:  Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28104

Goldman Sachs International, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Goldman Sachs Lending Partners LLC
> c/o Goldman, Sachs & Co.
> 200 West Street
> New York, NY 10282-2198
> Attn:  Dennis Lafferty

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 28104, solely to the extent of $100,000,000 (the "Assigned Claim") out of the aggregate $826,484,029 claim against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March 15, 2011.

| SELLER | BUYER |
|---|---|
| GOLDMAN SACHS INTERNATIONAL | GOLDMAN SACHS LENDING PARTNERS LLC |
| By: _____ | By: _____ |
| Name: Gavin Rich | Name: |
| Title: Authorised Signatory | Title: |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case Nos. 08-13555 (JMP)
**(Jointly Administered)**

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Goldman Sachs Lending Partners LLC | Goldman Sachs International |

Name and Address where notices to transferee should be sent:
GOLDMAN SACHS LENDING PARTNERS LLC
Attn: Dennis Lafferty
200 West Street
New York, NY 10282

Court Claim # (if known): 28105
Debtor: Lehman Brothers Holdings Inc.
Date Claim Filed: 9/22/2009
Transferred Claim Amount:
$100,000,000 of Claim #28105

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 3/15/12
    Transferee/Transferee's Agent
Name:
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

Confidential

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28105

**Goldman Sachs International**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **Goldman Sachs Lending Partners LLC**
> c/o Goldman, Sachs & Co.
> 200 West Street
> New York, NY 10282-2198
> Attn: Dennis Lafferty

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 28105, solely to the extent of $100,000,000 (the "Assigned Claim") out of the aggregate $826,484,029 claim against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 15, 2011.

| SELLER | BUYER |
|---|---|
| **GOLDMAN SACHS INTERNATIONAL** | **GOLDMAN SACHS LENDING PARTNERS LLC** |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: Gavin Rich, Authorised Signatory | Title: |