WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                            :

**In re**                      :      **Chapter 11 Case No.**
                            :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :      **08-13555 (JMP)**
                            :

               **Debtors.**    :      **(Jointly Administered)**
                            :
                            :
                            :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED**
**SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY**
**NON-DEBTOR EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred

Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF

No. 15363], that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has**

**been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26,**

**2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel

may be heard.  The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated: March 15, 2012
        New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of its Affiliates

**Exhibit A**

**Adjourned Claims:**

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Abernathy, Gregg | 25533 | N/A |
| Adair, John | 23967 | 17114 |
| Addington, Erik | 23966 | N/A |
| Agrawal, Shashank | 13002 | 16910 |
| Antonelli, Christopher | 23965 | N/A |
| Ballentine, James | 23988 | 17103 |
| Baricevic, Joanna | 13429 | 16910 |
| Barone, Heather | 6641 | 17041 |
| Best, Barbara | 24001 | N/A |
| Bhattal, Jasjit | 23964 | N/A |
| Bobb, Janice | 7258 | 16424 |
| Bramham, Shaun | 23989 | 17102 |
| Braun, Konstantin | 11061 | N/A |
| Braun, Konstantin | 11062 | N/A |
| Braun, Konstantin | 11063 | N/A |
| Bush, James | 23998 | 17093 |
| Carol, Clayton | 23990 | 17101 |
| Chan, Kent | 23991 | 17100 |
| Chetty, Noel | 23981 | N/A |
| Chin, Russell | 23984 | N/A |
| Cho, Kunho | 23980 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Conners, William | 15186 | N/A |
| Corsalini, Enrico | 23963 | N/A |
| Dexter, Darrin | 23962 | N/A |
| Doe, Jocelyn | 23992 | 17099 |
| Dorfman, David | 23993 | 17098 |
| Feldkamp, Geoffrey | 23994 | 17097 |
| Flanagan, Christopher | 23976 | N/A |
| Fuchs, Benjamin | 23977 | N/A |
| Gabbay, Mark | 23982 | 17104 |
| Gabbay, Mark | 11075 | 17146 |
| Genna, Michael | 246 | N/A |
| Glavan, Jeffrey | 23956 | 17117 |
| Gould, James | 23995 | N/A |
| Greenwald, Andrew | 23961 | N/A |
| Har-Even, Itamar | 23996 | 17095 |
| Howe, Christian | 23985 | N/A |
| Huang, Kanglin | 23960 | N/A |
| Hugo-Lancelot, Robert Gabriel Marty | 24002 | N/A |
| Hunt, Robin | 23959 | N/A |
| Hurley, Jeffrey | 23986 | N/A |
| Imperato, Jason | 6615 | 16049 |
| Jotwani, Tarun | 23958 | 17116 |
| Kaye, Patrick | 23957 | N/A |
| Keay, Stephanie | 24007 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Kollydas, Peter | 6322 | 16781 |
| Kollydas, Peter | 6494 | 16801 |
| Kollydas, Peter | 6495 | 16799 |
| Konheim, Seth | 17412 | 16775 |
| Laible, Robert | 23997 | 17094 |
| Lax, Stephen | 13727 | 16753 |
| Lucocq, Simon | 23978 | N/A |
| Lynch, Mary | 24408 | N/A |
| Lynch, Mary | 26312 | N/A |
| McCully, Michael | 65946 | N/A |
| McGarry, Patrick | 24003 | N/A |
| Millea, Timothy | 23968 | N/A |
| Morris, Jason | 23969 | 17110 |
| Murray, Thomson | 10767 | 16942 |
| Newhouse, Michelle | 12080 | 17035 |
| O'Connor, Brian | 24004 | N/A |
| Oh, Miriam | 15220 | 17067 |
| Papadakis, Spyros | 23970 | 17109 |
| Pearson, Thomas | 24005 | N/A |
| Quismorio, James | 24006 | N/A |
| Rasner, Timothy | 23971 | N/A |
| Ropner, Henry | 5614 | 15750 |
| Rubin, Charles | 23972 | 17108 |
| Rubinstein, Marc | 23983 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Santoro, Vito | 32308 | 17042 |
| Schiffman, Glenn | 23973 | 17107 |
| Schreiber, Russell | 13322 | N/A |
| Scott, Eric | 14399 | 17036 |
| Scott, Eric | 14400 | 17053 |
| Shah, Niraj | 10365 | 16922 |
| Siegmund, Thomas | 23979 | N/A |
| Skolnick, Fred | 23999 | N/A |
| Sowinski, John | 23974 | 17106 |
| Stein, Jeffrey | 23975 | 17105 |
| Tolchinsky, Andrea | 7082 | N/A |
| Tsekov, Georgi | 1524 | N/A |
| Tung, Sharon | 23949 | 17118 |
| Twitchell, Daryl | 460 | 16766 |
| Umlauf, Erik | 23950 | 17126 |
| Vaish, Pankaj | 23951 | N/A |
| Vulakh, Natalie | 23952 | 17125 |
| Wardell, Jeffery | 14743 | 16926 |
| Weiss, Aaron | 23953 | 17122 |
| Wendel, Christopher | 24000 | N/A |
| Wheeler, Keith | 24173 | 17037 |
| Yee, Jack | 23954 | 17120 |
| Yuhn, Phil | 8090 | N/A |
| Zanco, Mario | 10404 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Zolad, Bryan | 23955 | 17119 |