WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                               :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   08-13555 (JMP)
:
Debtors.                        :   (Jointly Administered)
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE**
**HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (COMPOUND CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714], that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43950664\01\58399.0011

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: March 15, 2012
      New York, New York

                                            /s/ Robert J. Lemons
                                            Robert J. Lemons

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of its Affiliates

## **Exhibit A**

## **Adjourned Claims:**

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Boughrum, Donald | 4625 | |
| Krieger, Karen M. Simon | 18087 | |
| Lister, James | 17624 | 20807 |
| Monahan, Brian | 20774 | |
| O'Sullivan, Thomas | 27300 | |
| Seraydar, Rose | 2927 | 20585 |
| Sheffer, Scott | 1681 | 20783 |
| Shi, Zhiyong | 4618 | |