WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                                  :    **Chapter 11 Case No.**
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    **08-13555 (JMP)**
                                                                       :
Debtors.                                                        :    **(Jointly Administered)**
                                                                       :
------------------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED**
**FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 15019]** will be held on **March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), solely as to the claim listed on Exhibit A attached hereto. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601.

Dated: March 15, 2012
      New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone:  (212) 310-8000
                                  Facsimile:   (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of its Affiliates

## EXHIBIT A

| Claimant Name | Claim Number |
|---|---|
| Goldman, Michael J | 26271 |