WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
::
**In re**                                                      :  **Chapter 11 Case No.**
::
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :  **08-13555 (JMP)**
::
Debtors.                                                       :  **(Jointly Administered)**
::
------------------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE
HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO
CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' One Hundred Twenty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 16075]** will be held on **March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), solely as to the claim listed on Exhibit A attached hereto. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601.

Dated: March 15, 2012
      New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:   (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of its Affiliates

## **EXHIBIT A**

| **Claimant Name** | **Claim Number** |
|---|---|
| Lynch, Mary | 26311 |

US_ACTIVE:\43951750\01\58399.0008