WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
                                                     :

**In re**                                        :       **Chapter 11 Case No.**
                                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :       **08-13555 (JMP)**
                                                     :

                           **Debtors.**         :       **(Jointly Administered)**
                                                       :
--------------------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED
THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)**

       **PLEASE TAKE NOTICE** that the hearing on the Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Late-Filed) **[Docket No. 16867]** will be held on <u>**March 22, 2012 at 10:00 a.m.**</u> **(Prevailing Eastern Time)** (the "<u>Hearing</u>"), <u>solely as to the claim listed on Exhibit A attached hereto.</u>  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Room 601.

Dated: March 15, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**EXHIBIT A**

| **Claimant Name** | **Claim Number** |
|---|---|
| Stadt Schwaebisch Hall | 27015 |