EXHIBIT B2

PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: CFIP MASTER FUND, LTD

CFIP MASTER FUND, LTD., with offices located at c/o Chicago Fundamental Investment Partners, LLC, 71 South Wacker Drive, Suite 3495, Chicago, Illinois 60606 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $25,000,000 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66653 which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) jointly administered under Case No. 08-13555. *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Buyer as evidenced at docket No. 10219 in the proceedings referenced above and then from Buyer to Seller as evidenced at docket numbers 136 and 10349 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15 day of March, 2012.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)
Name: _____
Title: Peter Schoepe
Tel.: Authorized Signatory

CFIP MASTER FUND, LTD.

By: Chicago Fundamental Investment
    Partners, LLC, its Investment Manager

By: _____
(Signature of authorized corporate officer)
Name: Steven J. Novatney
Title: General Counsel & CCO
Tel.: (312) 416-4215

Harbinger Capital - CFIP to JPM Flip AOC-v2.DOC

## EXHIBIT B1

### PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: CFIP MASTER FUND, LTD.

CFIP MASTER FUND, LTD., with offices located at c/o Chicago Fundamental Investment Partners, LLC, 71 South Wacker Drive, Suite 3495, Chicago, Illinois 60606 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $25,000,000 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Buyer as evidenced at docket No. 10219 in the proceedings referenced above and then from Buyer to Seller as evidenced at docket number 10245 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15 day of March, 2012.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)
Name: _____
Title: Peter Schoepe
Tel.: Authorized Signatory

CFIP MASTER FUND, LTD.

By: Chicago Fundamental Investment
   Partners, LLC, its Investment Manager

By: _____
(Signature of authorized corporate officer)
Name: Steven J. Novatney
Title: General Counsel & CCO
Tel.: (312) 416-4215

Harbinger Capital - CFIP to JPM Flip AOC-v2.DOC