**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Caspian Alpha Credit Fund, L.P.

Caspian Alpha Credit Fund, L.P., with offices located at c/o Caspian Capital LP, 500 Mamaroneck Avenue, Harrison, New York 10528 (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Super Caspian Cayman Fund Limited, with offices located at c/o Caspian Capital LP, 500 Mamaroneck Avenue, Harrison, New York 10528 ("Buyer"), all right, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC.** (and its affiliates) to the extent of **$144,635.61** of Claim No. **10933** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15th day of March, 2012

**Caspian Alpha Credit Fund, L.P.**

By: _____
Name:
Title: Richard D. Holahan, Jr.
Authorized Signatory

**Super Caspian Cayman Fund Limited**

By: _____
Name:
Title: Adele Kittredge Murray
Authorized Signatory