UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of **Quoniam Asset Management GmbH, acting for the joint account of the investors of the investment fund "Quoniam-Fonds QAM Mittelhessen 150"** ("*Assignor*") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,727,561.98 | 48794 |

have been transferred and assigned to **Union Investment Institutional GmbH acting for the joint account of the investors of the investment fund "UIN-Fonds Nr. 744 / Quoniam"** ("*Assignee*"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| ASSIGNEE: | **UNION INVESTMENT INSTITUTIONAL GMBH** | ASSIGNOR: | **QUONIAM ASSET MANAGEMENT GMBH** |
|---|---|---|---|
| Address: | | Address: | |
| | c/o Union Asset Management Holding AG | | Westhafen Tower |
| | Wiesenhüttenstraße 10 | | Westhafenplatz 1 |
| | 60329 Frankfurt am Main, Germany | | 60327 Frankfurt am Main |
| Signature: | | Signature: | |
| Name: | Dr. Nicolás Ebhardt    Kraus | Name: | S. Weiser-Walther    I. Purwien |
| Title: | Managing Directors | Title: | Managing Directors |
| Date: | 03/15/2012 | Date: | 03/16/2012 |

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000048794 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)
Quoniam Asset Management GmbH
Attn: Ingo Purwien, Partner, Managing Director, Investment Operations
Westhafen Tower
Westhafenplatz 1
60327 Frankfurt am Main

Telephone number: +49 (0)69 74384.250   Email Address: ingo.purwien@quoniam.de

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: _____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 1,727,561.98   (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0252834576   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA14346   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

67160   (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY<br>RECEIVED<br>OCT 27 2009<br>FILED / RECEIVED<br>OCT 27 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|
| 10/27/09 | /s/ Kathy Britt   Kathryn Bennett, PoA | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## LIMITED POWER OF ATTORNEY

Know all by these presents, that the undersigned hereby makes, constitutes and appoints each of James H. Millar and Kathryn A. Bennett of Wilmer Cutler Pickering Hale and Dorr LLP as the undersigned's true and lawful attorney-in-fact with full power and authority as hereinafter described to:

(1)    do and perform any and all acts for and on behalf of the undersigned which may be necessary or desirable to prepare, complete and execute one or more proofs of claim to be filed in the bankruptcy proceedings of Lehman Brothers Holdings Inc. (Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York) or the bankruptcy proceedings of any of its affiliates, prepare, complete and execute any amendment or amendments thereto, and timely deliver and file such proofs of claim with the appropriate court or claims agent;

(2)    take any other action of any type whatsoever in connection with the foregoing which, in the opinion of such attorney-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned, it being understood that the documents executed by such attorney-in-fact on behalf of the undersigned pursuant to this Power of Attorney shall be in such form and shall contain such terms and conditions as such attorney-in-fact may approve in such attorney-in-fact's discretion.

This Power of Attorney shall remain in full force and effect until revoked by the undersigned in a signed writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 26th day of October, 2009.

**Quoniam Asset Management GmbH**, acting as duly appointed management company for and on behalf of the joint investors of the following investment funds (each having no distinct legal personality):

- Quoniam-Fonds QAM Mittelhessen 150
- Quoniam-Fonds Competo I

By: _____
Name: Ingo Purwien
Title: Managing Director

Acknowledged before me on October 26, 2009, by Ingo Purwien, who says that he is a Managing Director of Quoniam Asset Management GmbH and is authorized to execute this power of attorney on its behalf.

By: _____
Name: Helmut Paulus
Title: Managing Director

US1DOCS 7321435v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | Case No. 08-13555 (JMP) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

RIDER TO PROOF OF CLAIM FILED BY
QUONIAM ASSET MANAGEMENT GMBH

1. This is a rider and attachment to the proof of claim (the "Proof of Claim") filed by Quoniam Asset Management GmbH, acting as duly appointed management company in its own name but for the joint account of the investors of the investment fund Quoniam-Fonds QAM Mittelhessen 150 (the "Investment Fund") (the Investment Fund does not have a distinct legal personality) ("Quoniam") against Lehman Brothers Holdings Inc. (the "Debtor"), which commenced a case on September 15, 2008 (the "Petition Date") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2. Quoniam's claim arises in connection with those certain 4% 5 Year Euro Benchmark Fixed Rate Notes (ISIN XS0252834576) (the "Notes") issued by the Debtor. As provided in the letter from DZ Bank AG, a copy of which is attached hereto as Exhibit A (the "Confirmation"), the Investment Fund holds € 1,200,000.00 notional amount of the Notes. The Notes are identified on the "Lehman Program Securities" list available on http://www.lehman-docket.com and are therefore Lehman Program Securities (as defined in the *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

USIDOCS 7329676v1

*Approving the Proof of Claim Form* [Docket No. 4271] (the "Bar Date Order")). The Bar Date Order provides that "persons or entities that file claims based on any Lehman Program Security are not required to attach or submit any documentation supporting any claim based on such Lehman Program Security." Therefore, Quoniam is not required to attach or submit any documentation supporting the Proof of Claim.

3. Quoniam asserts that the Debtor currently owes Quoniam $1,727,561.98[1] under the Notes.

4. Quoniam expressly reserves all rights to amend or supplement this Proof of Claim including, without limitation, with respect to additional amounts incurred.

5. In the event that the Debtor or any of the other Debtors assert or Quoniam shall determine, that another of the Debtors is obligated or liable for any of the categories of claims and amounts set forth herein, this Proof of Claim shall be deemed to have been asserted against such other debtor, for such category and amount.

6. In addition to the foregoing amounts, Quoniam also makes claim for all direct, indirect, nominal or consequential damages, interest, costs, attorneys' fees, and other amounts owed or owing to it, pursuant to the Notes or otherwise, whether or not liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured. Quoniam also asserts a claim herein for prepetition and postpetition interest to the extent allowed under the Bankruptcy Code and applicable non-bankruptcy law.

7. The filing of this Proof of Claim is not and shall not be deemed or construed as (i) a waiver or release of Quoniam's rights against any person, entity or property; (ii) a consent by Quoniam as to the jurisdiction of this Court or any other court with respect to proceedings, if any,

---

[1] Quoniam has a total claim of € 1,217,621.92 (€ 1,200,000.00 notional plus € 17,621.92 in interest accrued up to September 15, 2008) against the Debtor. For the purpose of filing this Proof of Claim, the claim amount has been converted to U.S. Dollars applying the conversion rate of € 1: US$1.4188, which was the applicable conversion rate on September 15, 2008.

US1DOCS 7329676v1

commenced in any case against or otherwise involving Quoniam; (iii) a waiver or release of Quoniam's right to trial by jury in this Court or any other court in any proceedings as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (iv) a consent by Quoniam to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (v) a waiver or release of Quoniam's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (vi) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in these cases against or otherwise involving Quoniam; or (vii) an election of remedies.

8. All notices concerning this Proof of Claim shall be sent to:

> Kathryn A. Bennett
> WILMER CUTLER PICKERING HALE AND DORR LLP
> Attorney for Quoniam Asset Management GmbH
> 399 Park Avenue
> New York, NY 10022
> Phone: (212) 295-6349
> Fax: (212) 230-8888
> kathryn.bennett@wilmerhale.com

## Exhibit A

## Confirmation

**DZ BANK**

Quoniam Asset Management GmbH
Herrn Steffen Frank
Westhafenplatz 1- Westhafen Tower
60327 Frankfurt/Main

DZ BANK AG
Deutsche Zentral -Genossenschaftsbank
Platz der Republik
60265 Frankfurt am Main

Rainer Roschel
OS
OSD
Extension: - 2331
Fax - 7147
Rainer.Roschel@dzbank.de

28.09.2009

Dear Sirs,

We confirm in our quality as a depositary bank for the
Quoniam Asset Management GmbH to you that we have closed the
following bonds with the respective central Securities Depository:

**Investment Fund**: Quoniam Fonds Mittelhessen 150
**Investment Company**: Quoniam Asset Management GmbH
**ISIN**: XS0252834576
**Security**: 4% Lehman Brothers Holdings EO- MTN 06/11 04MAI
**Units/Notional**: EUR 1.200.000,--
**Blocking Number**: CA14346
**Depository Participant**: Clearstream Bank
**Account Number**: 67160

Yours faithfully,
DZ BANK AG

Board of Managing Directors:
Wolfgang Kirsch, Chief Executive Officer
Lars Hille
Wolfgang Köhler
Hans-Theo Macke
Albrecht Merz
Frank Westhoff

Chairman of the Supervisory Board:
Rolf Hildner

DZ BANK AG
Deutsche Zentral-Genossenschaftsbank,
Frankfurt am Main

Registered Office Frankfurt am Main
Commercial Register
Amtsgericht Frankfurt HRB 45651

VAT No. DE 114103491

Member of the cooperative
financial services network