WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
              Debtors.                        :   (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------------x
```

NOTICE OF ADJOURNMENT OF
SEVENTY-THIRD OMNIBUS OBJECTION
TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

**PLEASE TAKE NOTICE** that the hearing on the Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection"), **has been adjourned to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43952143\01\58399.0008

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  March 15, 2012
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates