WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
:
Debtors.                         :    **(Jointly Administered)**
:
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**ONE HUNDRED THIRTY-FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS AN EQUITY INTEREST)**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest), **has been adjourned to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43952096\01\58399.0008

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  March 15, 2012
        New York, New York

                                      /s/ Robert J. Lemons
                                      Robert J. Lemons

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Lehman Brothers Holdings Inc. and
                                      certain of its affiliates