WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                        Debtors.                               :    **(Jointly Administered)**
                                                               :
                                                               :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**ONE HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

US_ACTIVE:\43748544\09\58399.0003

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  March 16, 2012
       New York, New York

                           /s/ Robert J. Lemons
                           Robert J. Lemons

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Lehman Brothers Holdings Inc.
                           and Certain of Its Affiliates

## Exhibit A

## Claims Adjourned to April 26, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18976 | 17169 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18977 | 17169 |
| INTERNATIONAL FINANCE CORPORATION | 21858 | 17179 |
| INTERNATIONAL FINANCE CORPORATION | 21863 | 17179 |
| MIZRAHI TEFAHOT BANK, LTD | 19171 | 17221 |
| MIZRAHI TEFAHOT BANK, LTD | 19170 | 17221 |