WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                  Debtors.                    :   (Jointly Administered)
                                              :
                                              :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF
ONE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  March 16, 2012
       New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

## Exhibit A

## Claims Adjourned to April 26, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| FIRST CHOICE POWER, LP | 22018 | 17725 |
| FIRST CHOICE POWER, LP | 22015 | 17725 |
| GILA RIVER POWER, L.P. | 67522 | 17681 |
| GILA RIVER POWER, L.P. | 67523 | 17681 |
| GLITNIR BANK HF | 27430 | 17730 |
| GLITNIR BANK HF | 27420 | 17730 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | 33430 | 17632 |
| PORT OF TACOMA | 42913 | 19368 |
| UNITED COMPANY | 22942 | 23518 |
| UNITED COMPANY | 22940 | 23518 |
| UNITED COMPANY | 22941 | 23518 |
| WESTERNBANK PUERTO RICO | 12590 | N/A |
| WESTERNBANK PUERTO RICO | 12589 | N/A |