**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEROR
Banca di Credito Cooperativo di Roma Societa Cooperativa

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by Banca di Credito Cooperativo di Roma Societa Cooperativa, as Agent ("BCC Roma" or "Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of at least $13,029,505.20, which has been designated as claim no. 58222 (the "Claim"). Transferor hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of the claim in the amount of €10,000 held by Transferor on behalf Giuseppina Petrini and Giordano Ubaldi with respect to that certain security bearing ISIN code XS0189294225. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: GIUSEPPINA PETRINI
and Giordano Ubaldi

**Name of Transferor**: BCC ROMA on behalf of Guiseppina Petrini and Giordano Ubaldi

Name and Address Where
    Notices to Assignee Should be Sent:

Via Campli
21 00132 Roma (RM) Italy

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York
       March 14, 2012

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Lorraine S. McGowen*
    Lorraine S. McGowen, Esquire
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile:  (212) 506-5151

**ATTORNEYS FOR TRANSFEROR**
Banca di Credito Cooperativo
  di Roma Societa Cooperativa, as Agent

2

Exhibit B

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANCA DI CREDITO COOPERATIVO DI ROMA**, as Agent ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **GIUSEPPINA PETRINI and GIORDANO UBALDI** ("Assignees") an undivided interest in the amount of € 10,000.00 in the claims held by Transferor, as Agent (the "Transferred Claim") against Lehman Brothers Treasury Co. B.V. ("Debtor"), one of the debtors-in-possession in Lehman Brothers Holding Inc., et al. (the "Case") pending in the United States Bankruptcy Court Southern District Of New York (the "Bankruptcy Court"), including Proof of Claim filed on 30 October 2009 herewith attached as Annex 1, in respect of the Transferred Claim, but only to the extent of such Transferred Claim.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor partially transferring to Assignee the foregoing claim and recognizing the Assignee as the owner and holder of the Transferred Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

This Evidence of Transfer of Claim is executed on __26__ February, 2011.

TRANSFEREES _Petrini Giuseppina_, _[signature]_ _[signature]_

TRANSFEROR
(Signature of authorized corporate officer)
By: Banca del Credito Cooperativo di Roma
Legal Representative: Franca Compagnone
Title: Direttore di Filiale

BANCA DI CREDITO COOPERATIVO DI ROMA
DIRETTORE AGENZIA 8

Annex 1

-2-

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)  0000058222 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Banca di Credito Cooperativo di Roma Societa Cooperativa<br>Viale Oceano Indiano 13C, 00144 Roma, Italy<br>Attn: Mr. Roberto Palombo and Mr. Rossano Giuppa<br><br>Telephone number: +39 06 52862399 / +39 06 52862010  Email Address: r.palombo@roma.bcc.it / r.giuppa@roma.bcc.it | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:  Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ In excess of $13,092,505.20  **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached Annex A  **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached Annex A  **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached Annex A  **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br><br>OCT 30 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>10/30/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. _[signature]_<br>Enrico Falcone, Managing Director, Tel: +39 06 52863556 | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re:                                                     :
                                                           :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                             :
                                                           :   Case No. 08-13555 (JMP)
                                                           :
                    Debtor.                                :   (Jointly Administered)
                                                           :
---------------------------------------------------------- x

### ANNEX A TO LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM OF BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETÀ COOPERATIVA

1. <u>Claimant</u>. The undersigned, Banca di Credito Cooperativo di Roma Società Cooperativa (formerly Banca di Credito Cooperativo Roma Scarl) ("**Claimant**"), whose business and mailing address is Viale Oceano Indiano 13C, 00144 Roma (Italy), holds on behalf of itself and as agent for each of its clients listed on the schedule annexed hereto as <u>Schedule 1</u> (the "**Clients**") various securities (the "**Lehman Program Securities**") issued by Lehman Brothers Treasury Co. B.V. ("**LBTCBV**") and Lehman Brothers Holdings Inc. ("**LBHI**" or "**Debtor**," together with LBTCBV, the "**Issuers**"). The Lehman Program Securities held by Claimant include:[1]

| Issuer | ISIN | Amount in EUR | Amount in USD | Euroclear Bank Electronic Reference No. | Euroclear Bank Participant Account No. |
|---|---|---|---|---|---|
| LBTCBV | IT0006578600 | 3,000,000 | 4,245,300.00 | 6042813 | 95992 |
| LBTCBV | IT0006578600 | 72,000 | 101,887.20 | 6042806 | 95992 |
| LBHI | XS0254171191 | 5,000,000 | 7,075,500.00 | 6042812 | 95992 |
| LBTCBV | XS0163559841 | 99,000 | 140,094.90 | 6042805 | 95992 |

---

[1] The exchange rate of 1.4151 as of September 15, 2008 was used for the conversion from EUR to USD.

| Issuer | ISIN | Amount in EUR | Amount in USD | Euroclear Bank Electronic Reference No. | Euroclear Bank Participant Account No. |
|---|---|---|---|---|---|
| LBTCBV | XS0176153350 | 35,000 | 49,528.50 | 6042796 | 95992 |
| LBHI | XS0179304869 | 240,000 | 339,624.00 | 6042803 | 95992 |
| LBTCBV | XS0181945972 | 6,000 | 8,490.60 | 6042811 | 95992 |
| LBTCBV | XS0189294225 | 10,000 | 14,151.00 | 6042802 | 95992 |
| LBHI | XS0189741001 | 79,000 | 111,792.90 | 6042807 | 95992 |
| LBHI | XS0189741001 | 50,000 | 70,755.00 | 6055957 | 95992 |
| LBHI | XS0193035358 | 235,000 | 332,548.50 | 6042795 | 95992 |
| LBTCBV | XS0200284247 | 50,000 | 70,755.00 | 6042801 | 95992 |
| LBHI | XS0205185456 | 6,000 | 8,490.60 | 6042798 | 95992 |
| LBHI | XS0213899510 | 300,000 | 424,530.00 | 6042809 | 95992 |
| LBHI | XS0224346592 | 70,000 | 99,057.00 | 6042804 | 95992 |
|  | Total | 9,252,000 | 13,092,505.20 |  |  |

2. <u>Guarantee</u>. Debtor is the guarantor of all amounts due under the Lehman Program Securities, payable by LBTCBV to Claimant.

3. <u>Claim</u>. As of September 15, 2008, Claimant has a liquidated claim ("**Liquidated Claim**") against Debtor as follows:

a. approximately $13,092,505.20 in connection with the amounts owed under the Lehman Program Securities; plus

b. interest at the relevant rates (as specified in the terms and conditions of the relevant Lehman Program Securities) up to (but excluding) September 15, 2008; plus

2

c. interest at the Default Rate (as specified in the terms and conditions of the relevant Lehman Program Securities, as applicable) from (and including) September 15, 2008 to (but excluding) the date such amount is paid; and

d. subject in all cases to reduction for any amounts already paid to Claimant under the Lehman Program Securities.

4. <u>Unliquidated Claim</u>. Debtor is or may be directly or indirectly indebted to Claimant for contingent or unliquidated amounts ("**Unliquidated Claim**," together with the Liquidated Claim, the "**Claim**") under the Lehman Program Securities in respect of, *inter alia*, other defaults by the Issuers under the Lehman Program Securities.

5. <u>Judgments</u>. No judgment has been rendered on the Claim.

6. <u>Credits and Set-Offs</u>. The amount of all payments on the Claim have been credited and deducted for the purpose of making this proof of claim. The Claim is not subject to any setoffs, defenses or counterclaims by Debtor.

7. <u>Reservation of Rights</u>. The execution and filing of this proof of claim is not and shall not be deemed: (a) a waiver of any remedies or a waiver of any other rights or remedies of the Claimant under the Lehman Program Securities; (b) a waiver of any right to assert that all or any portion of the Claim constitutes an administrative expense claim, an unsecured claim, or a priority claim in this case; (c) a waiver or release of Claimant's claims or rights against any other entity, person, or property liable for all or any part of the Claim asserted herein or any matters related to the Claim asserted herein; (d) a consent by Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving Claimant; (e) a waiver of the right to withdraw the reference, or otherwise to challenge the jurisdiction of this Court with respect to the subject matter of the Claim, any objection or other proceedings

3

commenced with respect thereto, or any other proceedings commenced in this case against or otherwise involving Claimant; (f) a waiver or release by Claimant of Claimant's right to trial by jury, or a consent by Claimant to a trial by jury in this Court or any other court; (g) a waiver of any right to the subordination, in favor of Claimant, of indebtedness or liens held by any creditors of Debtor or any of its affiliates; or (h) an election of remedies which waives or otherwise affects any other remedy.

Claimant specifically reserves all of its defenses and rights, procedural and substantive, including, without limitation, its rights with respect to any claim that may be asserted against Claimant or any of its affiliates, by Debtor, any of its affiliates or any other party, including LBTCBV.

8.  **Amendments.** Claimant expressly reserves its right to file any separate or additional proof of claim with respect to the Claim set forth herein or otherwise (which proof of claim, if so filed, shall not be deemed to supersede this proof of claim), to amend or supplement this proof of claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional claims or for any other reason.

9.  **Notice.** All notices in respect of this claim should be forwarded to:

> Banca di Credito Cooperativo di Roma Società Cooperativa
> Viale Oceano Indiano 13C
> 00144 Roma
> Italy
> Attn: Mr. Roberto Palombo and Mr. Rossano Giuppa
> Tel: + 39 06 52 86 23 99 and +39 06 52 86 20 10
> Fax: + 39 06 52 86 24 44 and +39 06 52 86 24 49
>
> With a copy to:
> Orrick, Herrington & Sutcliffe LLP
> 666 Fifth Avenue
> New York, New York 10103

Attn: Alyssa D. Englund, Esq.
Tel: (212) 506-5187
Fax: (212) 506-5151

## Schedule 1

Lehman Program Securities owned by Claimant

| ISIN | Amount in EUR | Amount in USD | Euroclear Bank Electronic Reference Number | Euroclear Bank Participant Account Number |
|---|---|---|---|---|
| XS0254171191 | 5,000,000 | 7,075,500.00 | 6042812 | 95992 |
| IT0006578600 | 3,000,000 | 4,245,300.00 | 6042813 | 95992 |
| **Total** | **8,000,000** | **11,320,800.00** | | |

Lehman Program Securities held by Claimant on behalf of the Clients

| Name of the Clients | ISIN | Amount in EUR | Amount in USD | Euroclear Bank Electronic Reference Number | Euroclear Bank Participant Account Number |
|---|---|---|---|---|---|
| MELIFFI MIRIAM COGNO MANUELE | IT0006578600 | 2,000 | 2,830.20 | 6042806 | 95992 |
| PETTINATO ALESSANDRO | IT0006578600 | 50,000 | 70,755.00 | 6042806 | 95992 |
| COLETTA SERGIO COLETTA MARIA P | IT0006578600 | 20,000 | 28,302.00 | 6042806 | 95992 |
| | Total amount for ISIN IT0006578600 | 72,000 | 101,887.20 | | |
| CANTELLI T. CATI A. | XS0163559841 | 99,000 | 140,094.90 | 6042805 | 95992 |
| | Total amount for ISIN XS0163559841 | 99,000 | 140,094.90 | | |
| CACCIANI RITA SCETTI RICCAR | XS0176153350 | 10,000 | 14,151.00 | 6042796 | 95992 |
| MICOZZI FIORENZA | XS0176153350 | 10,000 | 14,151.00 | 6042796 | 95992 |

6

| Name of the Clients | ISIN | Amount in EUR | Amount in USD | Euroclear Bank Electronic Reference Number | Euroclear Bank Participant Account Number |
|---|---|---|---|---|---|
| COSIMELLI GIOVANNI | XS0176153350 | 15,000 | 21,226.50 | 6042796 | 95992 |
| | Total amount for ISIN XS0176153350 | 35,000 | 49,528.50 | | |
| VALLE REMO | XS0179304869 | 70,000 | 99,057.00 | 6042803 | 95992 |
| TOPPI VALTER MORGANTI ROSANNA | XS0179304869 | 30,000 | 42,453.00 | 6042803 | 95992 |
| BORRELLI FRANCO | XS0179304869 | 50,000 | 70,755.00 | 6042803 | 95992 |
| ARMINIO DONATO SALVATORE | XS0179304869 | 10,000 | 14,151.00 | 6042803 | 95992 |
| COTTINI LUCA COTOLONI GIORGETTA | XS0179304869 | 10,000 | 14,151.00 | 6042803 | 95992 |
| LUPI FAUSTO, SANTUCCI LUCIANA | XS0179304869 | 25,000 | 35,377.50 | 6042803 | 95992 |
| BALDAZZI FERNANDO | XS0179304869 | 12,000 | 16,981.20 | 6042803 | 95992 |
| BARONCI MASSIMO, BARONCI SILVIA, BARON | XS0179304869 | 23,000 | 32,547.30 | 6042803 | 95992 |
| UGOLINI LEONELLO | XS0179304869 | 10,000 | 14,151.00 | 6042803 | 95992 |
| | Total amount for ISIN XS0179304869 | 240,000 | 339,624.00 | | |
| FIACCONI MATILDE | XS0181945972 | 6,000 | 8,490.60 | 6042811 | 95992 |
| | Total amount for ISIN XS0181945972 | 6,000 | 8,490.60 | | |
| UBALDI GIORDANO PETRINI G. | XS0189294225 | 10,000 | 14,151.00 | 6042802 | 95992 |

7

| Name of the Clients | ISIN | Amount in EUR | Amount in USD | Euroclear Bank Electronic Reference Number | Euroclear Bank Participant Account Number |
|---|---|---|---|---|---|
| | Total amount for ISIN XS0189294225 | 10,000 | 14,151.00 | | |
| MARTUCCI A.M.VALENTINI R. | XS0189741001 | 25,000 | 35,377.50 | 6042807 | 95992 |
| BARBATI LIA | XS0189741001 | 34,000 | 48,113.40 | 6042807 | 95992 |
| DI GIANNANTONIO GAETANO, DE IU | XS0189741001 | 50,000 | 70,755.00 | 6055957 | 95992 |
| AGNENI FIORELLA | XS0189741001 | 20,000 | 28,302.00 | 6042807 | 95992 |
| | Total amount for ISIN XS0189741001 | 129,000 | 182,547.90 | | |
| CINGOLANI GABRIELE | XS0193035358 | 25,000 | 35,377.50 | 6042795 | 95992 |
| FORMICONI GIULIO, GIULIETTI FRAN CESCA | XS0193035358 | 50,000 | 70,755.00 | 6042795 | 95992 |
| MARTELLA CARLA | XS0193035358 | 100,000 | 141,510.00 | 6042795 | 95992 |
| FORMICONI GIULIO | XS0193035358 | 60,000 | 84,906.00 | 6042795 | 95992 |
| | Total amount for ISIN XS0193035358 | 235,000 | 332,548.50 | | |
| LIBERATI RODOLFO | XS0200284247 | 50,000 | 70,755.00 | 6042801 | 95992 |
| | Total amount for ISIN XS0200284247 | 50,000 | 70,755.00 | | |
| AGNENI FIORELLA | XS0205185456 | 6,000 | 8,490.60 | 6042798 | 95992 |
| | Total amount for ISIN XS0205185456 | 6,000 | 8,490.60 | | |

8

| Name of the Clients | ISIN | Amount in EUR | Amount in USD | Euroclear Bank Electronic Reference Number | Euroclear Bank Participant Account Number |
|---|---|---|---|---|---|
| ROCCHEGIANI M. CAFFARELLI S. | XS0213899510 | 100,000 | 141,510.00 | 6042809 | 95992 |
| IACOBUCCI SILVIO MOTTO MARIA | XS0213899510 | 150,000 | 212,265.00 | 6042809 | 95992 |
| CHERUBINI ELIO | XS0213899510 | 5,000 | 7,075.50 | 6042809 | 95992 |
| FERRETTI GIANLUIGI, DIVIZIA FABI OLA | XS0213899510 | 30,000 | 42,453.00 | 6042809 | 95992 |
| TOLOMEI FELICE, CAFOLLA TIZIANA | XS0213899510 | 10,000 | 14,151.00 | 6042809 | 95992 |
| CIANFROCCA MARIA LAURA | XS0213899510 | 5,000 | 7,075.50 | 6042809 | 95992 |
|  | **Total amount for ISIN XS0213899510** | 300,000 | 424,530.00 |  |  |
| RICCI FLORIANA | XS0224346592 | 70,000 | 99,057.00 | 6042804 | 95992 |
|  | **Total amount for ISIN XS0224346592** | 70,000 | 99,057.00 |  |  |
| **Total amount of Leman Program Securities held by BCC Roma's Clients** |  | 1,252,000 | 1,771,705.20 |  |  |

9

H A N D   D E L I V E R Y

_____
RECEIVED BY:

___10/30/09___
DATE

____5:33p____
TIME