WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
**Debtors.** : **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS'**
**ONE HUNDRED EIGHTY-NINTH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY REPO CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[Docket No. 19870]** will be held on **March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), **solely as to the claims listed on Exhibit A attached hereto**. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

2

Dated: March 16, 2012
       New York, New York

        /s/  Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

## EXHIBIT A

| Claimant Name | Claim Number |
|---|---|
| Marquette Financial Companies | 22949 |
| Highland Credit Strategies Master Fund, L.P. | 3136 |