B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.     Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

GLG Partners (Cayman) Ltd.                    GLG Absolute Return Bond Fund
    Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 14994
should be sent:                                    Amount of Claim: $20,922
                                                   Date Claim Filed: September 17, 2009
GLG Partners (Cayman) Ltd.
c/o GLG Partners LP
1 Curzon Street
London W1J 5HB
Attn: Mary Nell Browning

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Christy Rivera, Esq.

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 3/16/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER

TO: DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, GLG ABSOLUTE RETURN BOND FUND ("Transferor") hereby unconditionally and irrevocably acknowledges that on or around March 31, 2010, for good and valuable consideration, Transferor unconditionally and irrevocably sold, transferred and assigned to GLG PARTNERS (CAYMAN) LTD. ("Transferee") all rights, title interest, claims and causes of action with respect to certain funds (the "Funds") held by Lehman Brothers International (Europe) ("Lehman") on behalf of Transferor pursuant to the International Prime Brokerage Agreement dated January 30, 2006 between Lehman and Transferor, as set forth in Transferor's proof of claim filed on September 17, 2009, having claim number 14994 ("Claim") against Lehman Brothers Holdings Inc. (the "Debtor"), debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), administered under Case No. 08-13555 (JMP).

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim. Transferor hereby directs that all future payments and distributions of money or property in respect of the claim be delivered or made to Transferee, and all notices and other communications in respect of the Claim be made to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of the 16 th day of March, 2012.

**TRANSFEROR**
GLG Absolute Return Bond Fund
By: _____
Name: KUUN DANIES
Title: DIRECTOR

**TRANSFEREE**
GLG Partners (Cayman) Ltd.
By: _____
Name: RUSSELL BURT
Title: DIRECTOR

CPAM: 4573300.1