WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                          :        **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
: 
                                Debtors.        :        **(Jointly Administered)**
: 
: 
---------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE ONE HUNDRED
### THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMS

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities

in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing

without prejudice its One Hundred Thirty-Second Omnibus Objection to Claims (Valued

Derivative Claims), ECF No. 16117, solely with respect to the claim listed on Exhibit A annexed

hereto.  The Plan Administrator reserves its rights to object to the claim listed on Exhibit A on

any grounds in the future.

Dated:  March 16, 2012
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons
    Penny P. Reid
    Ralph Miller

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for Lehman Brothers Holdings Inc.*
    *and Certain of Its Affiliates*

**Exhibit A**

**Claim for Which Objection Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| CMC Magnetics Corporation | 8713 |