**File a Claim action:**

08-13555-jmp Lehman Brothers Holdings Inc.

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Abbey Walsh entered on 3/16/2012 at 2:07 PM and filed on 3/16/2012
**Case Name:**        Lehman Brothers Holdings Inc.
**Case Number:**      08-13555-jmp
**Document Number:** 26773

**Docket Text:**
Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Illiquidx LLP(Claim No. 47196). To Elliott Associates, L.P.. filed by Abbey Walsh on behalf of Elliott Associates, L.P..(Walsh, Abbey)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\rgreen\Desktop\LEHMAN CLAIMS TO BE FILED TODAY\Illiquidx\3001(e) Notice of Partial Transfer of Claim #47196 from Illiquidx to EALP.PDF
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=3/16/2012] [FileNumber=11237401-0]
[057e7630e15fbb046183db89f835ea811ed1369ba313118eaf42ef35ff21841e6d15
f9cff750e620fbf7651c64b4482c62018db73ee49075ff48b15da2ffa7ca]]

**08-13555-jmp Notice will be electronically mailed to:**

Anne Marie Aaronson on behalf of Creditor Jeanes Hospital
aaaronson@dilworthlaw.com

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc.
dadler@mccarter.com

Suyash Agrawal on behalf of Attorney Susman Godfrey, L.L.P.
sagrawal@susmangodfrey.com

Kathleen M. Aiello on behalf of Attorney Fox Rothschild LLP
kaiello@foxrothschild.com

Robert D. Albergotti on behalf of Creditor Steven G. Holder Living Trust
robert.albergotti@haynesboone.com

Craig J. Albert on behalf of Creditor Edward J. Agostini Living Trust Dated May 12, 2000
calbert@reitlerlaw.com

Jose Raul Alcantar Villagran on behalf of Creditor Sankaty Credit Opportunities III, L.P.
raul.alcantar@ropesgray.com

Ana M. Alfonso on behalf of Interested Party BANK OF AMERICA, N.A.
maosbny@willkie.com, aalfonso@willkie.com

Jonathan Bradley Alter on behalf of Unknown Bingham McCutchen LLP (Successor in Interest to McKee Nelson LLP)
jonathan.alter@bingham.com

Darryl J. Alvarado on behalf of Unknown Chun Ip
dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com

D. Sam Anderson on behalf of Unknown Citibank, N.A., In Its Capacity As Trustee
sanderson@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com

Carla O. Andres on behalf of Interested Party Fee Committee
candres@gklaw.com

George Angelich on behalf of Creditor The Vanguard Group, Inc.
angelich.george@arentfox.com, lane.katie@arentfox.com

Philip D. Anker on behalf of Creditor Banque Populaire Cote d'Azur
philip.anker@wilmerhale.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Laura E. Appleby on behalf of Creditor US Bank, National Association, as Trustee
appleby@chapman.com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw.com

John R. Ashmead on behalf of Attorney Seward & Kissel LLP
ashmead@sewkis.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

Douglas Bacon on behalf of Defendant Federal National Mortgage Association
chefiling@lw.com, beth.arnold@lw.com

Herbert Baer on behalf of Claims and Noticing Agent Epiq Bankruptcy Claims Agent
rjacobs@ecf.epiqsystems.com

Ingrid Bagby on behalf of Foreign Representative D. Geoffrey Hunter and Dan Schwarzmann, as Joint Provisional Liquidators of Lehman Re Ltd.
ingrid.bagby@cwt.com,
betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com;david.kronenberg@cwt.com;jill.kaylor@cwt.com;benjamin.riskin@cw

Katrina Lynne Baker on behalf of Defendant Lehman Brothers Holdings Inc.
kbaker@kramerlevin.com, docketing@kramerlevin.com

Helen Ball on behalf of Creditor Wellmont Health System
mtaylor@ba-boult.com

William G. Ballaine on behalf of Creditor Federal Home Loan Mortgage Corporation
wballaine@lcbf.com

Andrew E. Balog on behalf of Unknown Investment Strategies Fund LP
aeb@gtlaw.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@bsblawyers.com

Jean-David Barnea on behalf of Defendant United States Of America
jean-david.barnea@usdoj.gov

David L. Barrack on behalf of Unknown Canadian National Resources Limited
dbarrack@fulbright.com

Peter John Barrett on behalf of Creditor Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc.
peter.barrett@kutakrock.com

Athanasios Basdekis on behalf of Unknown Sequa Corporation
tbasdekis@baileyglasser.com,
bglasser@baileyglasser.com;pmuench@baileyglasser.com;pwilson@baileyglasser.com;mhatcher@baileyglasser.com;gsiegle@baileyglasser.com

Lawrence Bass on behalf of Creditor National CineMedia
lawrence.bass@hro.com

Beatrice Hamza Bassey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
bassey@hugheshubbard.com

Paul M. Basta on behalf of Creditor CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P.
pbasta@kirkland.com, jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com

Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc.
batista007@aol.com

Kenneth L. Baum on behalf of Creditor Highland Credit Strategies Master Fund, L.P.,
kbaum@coleschotz.com

Arthur G. Baumeister on behalf of Unknown Michael Coleman
abaumeister@amigonesanchez.com

Peter Nils Baylor on behalf of Creditor Nutter, McClennen & Fish LLP
pnb@nutter.com

Ronald Scott Beacher on behalf of Creditor SPCP Group L.L.C.
rbeacher@pryorcashman.com, docketing@pryorcashman.com

Anne E. Beaumont on behalf of Creditor Lazard Freres & Co. LLC
abeaumont@fklaw.com, lehmanbros@fklaw.com;vgarvey@fklaw.com;spai@fklaw.com;thaggerty@fklaw.com

Ryan A. Becker on behalf of Unknown HBK Investments L.P., as Collateral Manager for Gemstone CDO VI Ltd. and Gemstone CDO VI Corp.
rbecker@hunton.com, mkruse@hunton.com;bmulder@hunton.com

Martin Beeler on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
mbeeler@cov.com

T. Scott Belden on behalf of Creditor Superior Pipelines, Inc.
sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte on behalf of Attorney Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@mayerbrown.com

Evan J. Benanti on behalf of Creditor The Financial Services Compensation Scheme Limited
evan.benanti@bingham.com

Gregory M. Bentz on behalf of Creditor Fed. Home Loan Bank-Des Moines
gbentz@polsinelli.com

Walter Benzija on behalf of Creditor Dunn & Bradstreet
wbenzija@halperinlaw.net, lgu@halperinlaw.net

Shaya M. Berger on behalf of Creditor Interwind Corp.
bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com

Leslie Ann Berkoff on behalf of Creditor The Hotchkiss School
lberkoff@moritthock.com

Ronit J. Berkovich on behalf of Plaintiff Lehman Brothers Holdings Inc.
ronit.berkovich@weil.com

Mark N. Berman on behalf of Creditor Commonwealth of Peurto Rico
mberman@nixonpeabody.com

Richard J. Bernard on behalf of Creditor Metavante Corporation
rbernard@foley.com

Darren Elliot Bernstein on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
bernsted@lbitrustee.com

Matthew R. Berry on behalf of Unknown Joint Administrators of UK Administration Companies
mberry@susmangodfrey.com

Gene R. Besen on behalf of Creditor Hudson City Savings Bank
gene.besen@snrdenton.com

Daniel B. Besikof on behalf of Interested Party Thomas Cook AG
dbesikof@loeb.com

Kiah D. Beverly-Graham on behalf of Creditor 4Kids Entertainment Inc.
kbeverly-graham@eisemanlevine.com

Riyaz G. Bhimani on behalf of Creditor Merchantil Commercebank, N.A.
rbhimani@eckertseamans.com

Adam M. Bialek on behalf of Plaintiff Lehman Brothers Special Financing Inc.
abialek@wmd-law.com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com

Laurie R. Binder on behalf of Creditor Global Thematic Opportunities Fund LP
binder@sewkis.com

Robert Jeffery Black on behalf of Plaintiff State Street Bank And Trust Company
jeffery.black@bingham.com, pat.wright@bingham.com;michael.ableson@bingham.com

Joshua R. Blackman on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE)
jBlackman@morganlewis.com

Benjamin Blaustein on behalf of Creditor The Juilliard School
bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Daniel S. Bleck on behalf of Interested Party Wells Fargo Bank, National Association, as Indenture Trustee
dbleck@mintz.com

Anthony D. Boccanfuso on behalf of Defendant Westpac Banking Corp.
Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi on behalf of Creditor GS European Performance Fund Limited
maofiling@cgsh.com, cboccuzzi@cgsh.com

James Nicholas Boeving on behalf of Defendant United States Of America
james.n.boeving@usdoj.gov

Phillip W. Bohl on behalf of Defendant MoneyGram USA
phillip.bohl@gpmlaw.com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw.com

Mark V. Bossi on behalf of Creditor ARG Funding Corp., et al.
mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

Maria A. Bove on behalf of Attorney Special Counsel to the Debtors
mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

Armen James Boyajian on behalf of Creditor Jeffery Wardell
jamesboyajian@gmail.com

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc.
jbregman@curtis.com, ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;hsaydah@curtis.com

Adam Brezine on behalf of Creditor Millennium Marketing & Management Pty, Ltd.
adam.brezine@hro.com, Kerry.Moynihan@hro.com

Timothy W. Brink on behalf of Interested Party River Capital Advisors, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh.com, jbromley@cgsh.com;reckenrod@cgsh.com

Luke O. Brooks on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
lukeb@rgrdlaw.com

Melvin A. Brosterman on behalf of Creditor Basso Capital Management, L.P.
mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

Mark A. Broude on behalf of Creditor Brickman Group Holdings, Inc.
mark.broude@lw.com, peter.gilhuly@lw.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public Accounts

BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US

Andrew P. Brozman on behalf of Creditor Calyon
andrew.brozman@cliffordchance.com

Robert W. Brundige on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
brundige@hugheshubbard.com

Martin G. Bunin on behalf of Creditor Dell Global B.V.
marty.bunin@alston.com

Michael P. Burke on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
mburke@wmd-law.com

Spencer A. Burkholz on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Michael G. Busenkell on behalf of Plaintiff Carolina First Bank
mbusenkell@wcsr.com, pgroff@wcsr.com

Malani Cademartori on behalf of Creditor Agricultural Bank of Taiwan
mcademartori@sheppardmullin.com

Aaron R. Cahn on behalf of Creditor Empyrean Investments, LLC
cahn@clm.com

Daniel K. Cahn on behalf of Creditor U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name Structured Asset
Investment Loan Trust
dcahn@cahnlaw.com

John M. Callagy on behalf of Defendant JPMORGAN CHASE BANK, N.A.
jcallagy@kelleydrye.com

Carollynn H.G. Callari on behalf of Creditor Danske Bank A/S, London Branch
ccallari@venable.com

Sarah Campbell on behalf of Creditor German Association of Savings Banks
jdisanti@whitecase.com;mcosbny@whitecase.com

Donald F. Campbell on behalf of Creditor South Jersey Hospital, Inc.
dcampbell@ghclaw.com

David M. Capriotti on behalf of Attorney F.F. Thompson Foundation, Inc.
bkemail@harrisbeach.com

John F. Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law.com, dsantos@cl-law.com

Jeffrey Morgan Carbino on behalf of Defendant Baxter Financial Services Ltd.
jcarbino@thorpreed.com, dlynch@thorpreed.com

Scott Cargill on behalf of Creditor Cerberus Partners, L.P. and Cerberus International, Ltd.
scargill@lowenstein.com, msavetsky@lowenstein.com

Lawrence F. Carnevale on behalf of Plaintiff Declan Kelly
bankruptcy@clm.com

James S. Carr on behalf of Creditor BP Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com

Daniel J. Carragher on behalf of Creditor Fabio Liotti
djcarragher@daypitney.com

Timothy J. Carter on behalf of Creditor Rogge Global Partners PLC
tcarter@goulstonstorrs.com

Gerard Sylvester Catalanello on behalf of Unknown Pennslyvania
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Gabriel I. Chacon on behalf of Creditor New Jersey Economic Development Authority
gabriel.chacon@dol.lps.state.nj.us

Shelley C. Chapman on behalf of Creditor AIG CDS, Inc.

maosbny@willkie.com

Thomas E. Chase on behalf of Unknown Malayan Banking Berhad
tchase@rlrpclaw.com

Omar-John C. Chavez on behalf of Creditor John Dmuchowski
ochavez@smithstratton.com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC Financial Products UK Limited
pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Ly S Chhay on behalf of Unknown ACTIV Financial Systems, Inc.
ly.chhay@activfinancial.com

Jonathan Chi-Shoong Cho on behalf of Creditor China Minsheng Banking Corp., Ltd.
jonathan.cho@allenovery.com

Christopher S. Chow on behalf of Creditor Mountain States Properties Inc.
chowc@ballardspahr.com

Dale C. Christensen on behalf of Defendant BERYL FINANCE LTD. AS ISSUER OF SERIES 2005-14
christensen@sewkis.com

Jennifer A. Christian on behalf of Creditor Barton Creek Senior Living Center, Inc.
jennifer.christian@tklaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Creditor Bryant University
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Bruce E. Clark on behalf of Creditor Giants Stadium LLC
clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Dianne F. Coffino on behalf of Creditor Joy Global Inc.
dcoffino@cov.com

Ronald L. Cohen on behalf of Creditor Battenkill Asset Management, LLC
cohenr@sewkis.com

Joshua W. Cohen on behalf of Creditor Fidelity National Title Insurance Company
jwcohen@daypitney.com

Hollace T. Cohen on behalf of Creditor Jason Wallace
hollace.cohen@troutmansanders.com

Michael H. Cohn on behalf of Creditor Accredited Home Lenders, Inc.
mcohn@cohnroth.com, scaba@cohnroth.com

Joshua D. Cohn on behalf of Interested Party International Swaps and Derivatives Association, Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Adam D. Cole on behalf of Unknown Florida Power & Light Company, and NextEra Energy Power Marketing, LLC
colea@gtlaw.com

Kenneth P. Coleman on behalf of Creditor Bank of China (Tokyo)
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Cassandra L. Coleman on behalf of Creditor The Treasurer of Garfield County, Colorado
ccoleman@garfield-county.com

Magdeline D. Coleman on behalf of Defendant PNC Bank, National Association
donna.curcio@bipc.com

Jeffrey R. Coleman on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
coleman@hugheshubbard.com

Patrick Collins on behalf of Creditor Cargill Investment Group, Ltd.
pcollins@farrellfritz.com, ffbkmao@farrellfritz.com

Christopher Combest on behalf of Creditor United Parcel Service, Inc.
ccombest@quarles.com, fbf@quarles.com

Jordan Connors on behalf of Unknown Mason Capital Management LLC
jconnors@susmangodfrey.com

Dena Copulsky on behalf of Unknown Landwirtschaftliche Rentenbank
dlcopulsky@hhlaw.com

Joseph N. Cordaro on behalf of Defendant United States Of America
joseph.cordaro@usdoj.gov

Kenneth Corey-Edstrom on behalf of Creditor Heritage Christian Academy
kcoreyedstrom@larkinhoffman.com

Steven Cousins on behalf of Creditor Ameren Corporation and its subsidiaries
scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo on behalf of Creditor Standard & Poor's
dcrapo@gibbonslaw.com

David A. Crichlow on behalf of Unknown Union Bank of California, N.A.
david.crichlow@pillsburylaw.com

Maureen A. Cronin on behalf of Interested Party JFK International Air Terminal LLC
mao-ecf@debevoise.com

Nicholas P. Crowell on behalf of Defendant BlackRock, Inc.
ncrowell@sidley.com

Leo T. Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo.crowley@pillsburylaw.com

Walter H. Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Creditor Hudson City Savings Bank
louis.curcio@snrdenton.com

Vincent D'Agostino on behalf of Creditor Avaya Inc.
jbecht@lowenstein.com

Raniero D'Aversa on behalf of Creditor Amias Berman & Co LLP
rdaversa@orrick.com, lmetzger@orrick.com

William F. Dahill on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
wdahill@wmd-law.com

Marilee P. Dahlman on behalf of Unknown GSO Special Situations Fund L.P. and GSO Special Situations Overseas Master Fund Ltd.
mdahlman@kayescholer.com, rcappiello@kayescholer.com;lschwall@kayescholer.com;paul.mignano@kayescholer.com

Robert K. Dakis on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
robertdakis@quinnemanuel.com

Michael R. Dal Lago on behalf of Creditor Carmignac Gestion
, bankruptcy@morrisoncohen.com

J. Patrick Darby on behalf of Creditor Wellmont Health System
pdarby@babc.com

Wolfgang A Dase on behalf of Creditor Banque Privee Edmond de Rothschild S.A.
wdase@fzwz.com

Andrew Rhys Davies on behalf of Defendant HSBC Securities (USA) Inc.
andrew.rhys.davies@allenovery.com, kurt.vellek@allenovery.com

Megan P. Davis on behalf of Creditor Banque Privee Edmond de Rothschild S.A.
mdavis@fzwz.com

Jason C. Davis on behalf of Interested Party Chun Ip
jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com

Paul R. DeFilippo on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com

Louis T. DeLucia on behalf of Creditor The Robert C. Lieber 2003 Life Insurance Trust UAD 4/24/2003
ldelucia@schiffhardin.com, sodavis@schiffhardin.com

Jennifer C. DeMarco on behalf of Creditor Barclays Global Investors National Association
jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. on behalf of Creditor The TAARP Group, LLP
gabriel.delvirginia@verizon.net

John Dellaportas on behalf of Unknown National Agricultural Cooperative Federation
dellajo@duanemorris.com

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative Consultants
bdempsey@faegre.com, cwilds@faegre.com

Christopher M. Desiderio on behalf of Creditor Commonwealth of Peurto Rico
cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Mark W. Deveno on behalf of Creditor Metropolitan Life Insurance Company
mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro on behalf of Creditor Alpiq f/k/a AARE-TESSIN
francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc. and Florida Power & Light Company
diconzam@gtlaw.com, petermann@gtlaw.com;cusumanod@gtlaw.com

Daryl L. Diesing on behalf of Unknown Daryl Diesing
ddiesing@whdlaw.com, pbartoli@whdlaw.com

John P. Dillman on behalf of Creditor Dallas County
houston_bankruptcy@publicans.com

Sara Discepolo on behalf of Creditor Simeon Moreno
Sara_Discepolo@verizon.net

Caroline R. Djang on behalf of Creditor LINC-Redondo Beach Seniors, Inc.
cdjang@rutan.com

Stephen A. Donato on behalf of Creditor Benisasia Investment and Properties, Ltd.
sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com

Christopher R. Donoho on behalf of Creditor Banca Italease S.p.A.
chris.donoho@lovells.com, hugh.hill@hoganlovells.com

Jennifer V. Doran on behalf of Creditor Citibank, N.A. Agency & Trust
jdoran@haslaw.com, calirm@haslaw.com

Joshua Dorchak on behalf of Attorney Bingham McCutchen LLP
joshua.dorchak@bingham.com

Mark J. Dorval on behalf of Creditor Aberdeen Asset Management, Inc.
mdorval@stradley.com

Amish R. Doshi on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
adoshi@magnozzikye.com

Mary Joanne Dowd on behalf of Interested Party Georgetown University
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Thomas Alan Draghi on behalf of Unknown CorrectNet, Inc.
tdraghi@westermanllp.com

Dennis J. Drebsky on behalf of Unknown County of Monterey, California
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc. DBA Atlas Van Lines, Inc.
rdremluk@seyfarth.com

Todd E. Duffy on behalf of Creditor Essex Equity Holding USA, LLC
tduffy@andersonkill.com, dnolan@andersonkill.com

James C. Dugan on behalf of Unknown Natixis Financial Products LLC
maosbny@willkie.com, jdugan@willkie.com

Buce J. Duke on behalf of Creditor Municipal Securities Rulemaking Board
bruceduke@comcast.net

David Dunn on behalf of Interested Party Westernbank Puerto Rico
ddunn@hhlaw.com;mferrara@hhlaw.com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@prommis.com

David W. Dykhouse on behalf of Creditor Syncora Guarantee, Inc.
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Lawrence P. Eagel on behalf of Plaintiff Mark Mazzatta
eagel@bragarwexler.com

Andrew B. Eckstein on behalf of Attorney Attorneys for Italease Finance S.p.A.
aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd.
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Egan on behalf of Unknown The Buck Institute for Age Research
daniel.egan@dlapiper.com,
evelyn.rodriguez@dlapiper.com;vincent.roldan@dlapiper.com;maria.grabis@dlapiper.com;bennett.silverberg@dlapiper.com;jacob.frumkin@dlapipe

Daniel Eggermann on behalf of Creditor Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation)
deggermann@kramerlevin.com, edaniels@kramerlevin.com;mziegler@kramerlevin.com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers on behalf of Creditor Ameren Corporation and its subsidiaries
sehlers@armstrongteasdale.com

Steven B. Eichel on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.
seichel@crowell.com

Jeremy D. Eiden on behalf of Creditor Minnesota State Board of Investment
jeremy.eiden@ag.state.mn.us, jeremy.eiden@gmail.com

Charles R. Ekberg on behalf of Creditor Fred Hutchinson Cancer Research Center
ekbergc@lanepowell.com

Robert F. Elgidely on behalf of Creditor Jamie Murcia
relgidely@gjb-law.com, gjbecf@gjb-law.com

Erin L. Eliasen on behalf of Creditor ElectroScientific Industries, Inc.
eleliasen@stoel.com,
basargent@stoel.com;dblevant@stoel.com;nmevans@stoel.com;spgross@stoel.com;sea_docket@stoel.com;cejordan@stoel.com

David S. Elkind on behalf of Creditor West Corporation
david.elkind@ropesgray.com

Mark C. Ellenberg on behalf of Creditor CQS ABS Master Fund Limited
mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com;wendy.kane@cwt.com;adam.lesman@cwt.com

Kristin Elliott on behalf of Creditor Washington State Tabacco Settlement Authority
kelliott@kelleydrye.com, KDWBankruptcyDepartment@Kelleydrye.com

David Elrod on behalf of Unknown TransCanada Pipelines Limited
delrod@elrodtrial.com, kwolfgram@elrodtrial.com;avance@elrodtrial.com;jdickerson@elrodtrial.com

Bertin C. Emmons on behalf of Creditor Sovereign Bank
bemmons@sovereignbank.com

Michael R. Enright on behalf of Unknown Lewtan Technologies, Inc.
menright@rc.com

Andrew J. Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law.com, mgayle@entwistle-law.com;ncasey@entwistle-law.com;mmezzina@entwistle-law.com;aarce@entwistle-law.com

Scott L. Esbin on behalf of Creditor Centerbridge Credit Partners LP
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Edward J. Estrada on behalf of Unknown PD Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor Boilermaker-Blacksmith National Pension Trust
metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com

William J. Factor on behalf of Creditor City of Chicago
wfactor@wfactorlaw.com

Michael A. Fagone on behalf of Creditor Hebron Academy
mfagone@bernsteinshur.com, astewart@bernsteinshur.com;lkubiak@bernsteinshur.com;sspizuoco@bernsteinshur.com

Jessica Fainman on behalf of Interested Party Barclays Bank PLC
jessica.fainman@barclayscapital.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Barclays Capital Inc.
farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com

Adam M. Feinmesser on behalf of Unknown Monarch Alternative Solutions Master Fund Ltd
afeinmesser@esbinalter.com

Gregg M. Ficks on behalf of Creditor Openwave Systems, Inc.
gmf@cpdb.com

Charles J. Filardi on behalf of Creditor Federal Express Corporation
charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in Austin, et al. v. Chisick, et al.
sfineman@lchb.com

Steven J. Fink on behalf of Defendant ARCHSTONE EQUITY HOLDINGS INC.
sfink@orrick.com, nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com;sbridge@orrick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Gabriel Fischbarg on behalf of Plaintiff Margaret Bennett
fis123@yahoo.com

Eric Fisher on behalf of Creditor Caixa Geral de Depositos, S.A.
fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

James C. Fitzpatrick on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
fitzpat@hugheshubbard.com

Steven B. Flancher on behalf of Creditor State of Michigan, Department of Treasury, Revenue Division
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise Partners Limited Partnership
jflaxer@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com

Robert M. Fleischer on behalf of Interested Party CD Representative, L.C.
rfleischer@pryorcashman.com, docketing@pryorcashman.com;dstevens@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Brian Edward Foont on behalf of Unknown AFCO Cargo PIT LLC
Foont@Foontlaw.com

Shawn Randall Fox on behalf of Creditor Chapel Hill Retirement Center, Inc.
sfox@mcguirewoods.com, tcollins@mcguirewoods.com

Joseph L. Fox on behalf of Unknown Procesos Controlodas S.A. De C.V.
jfox@joefoxlaw.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA and Wellsboro Electric Company
mfrankel@bfklaw.com;mark_frankel@yahoo.com

Jane M. Freeberg on behalf of Creditor Emad Morrar
jfreeberg@wfw.com

Mark Freedlander on behalf of Creditor Access Data Corp.
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor Melvyn Colby
rfreeman@dealysilberstein.com

Elise Scherr Frejka on behalf of Interested Party CME Group Inc.
efrejka@kramerlevin.com

Anson B. Frelinghuysen on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
frelingh@hugheshubbard.com

Michael Friedman on behalf of Creditor BDF Limited
mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com

Jeff J. Friedman on behalf of Creditor Clearbridge Advisors LLC
jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Ellen A. Friedman on behalf of Creditor Pacific Gas & Electric Company
jquiambao@friedumspring.com

Lawrence B. Friedman on behalf of Defendant Banc of America Strategic Ventures, Inc.
lfriedman@cgsh.com, maofiling@cgsh.com

Kenneth Friedman on behalf of Unknown Informatica Corporation
kfriedman@manatt.com

Mark J. Friedman on behalf of Unknown James Meyer
mfriedman@friedmanpc.com

Andrew J Frisch on behalf of Creditor American National Insurance Company
afrisch@andrewfrisch.com

Joseph Froehlich on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
jfroehlich@lockelord.com

Thomas M. Gaa on behalf of Interested Party Cisco Systems Capital Corporation and Cisco Systems, Inc.
tgaa@bbslaw.com

Alan E. Gamza on behalf of Unknown Deutsche Bank, AG New York Branch
Agamza@mosessinger.com, dkick@mosessinger.com;cgresh@mosessinger.com;kkolbig@mosessinger.com

Michael Garcia on behalf of Creditor Realclub Holdings LLC
mgarcia@nixonpeabody.com

R. Scott Garley on behalf of Defendant Fridator Trust
lduignan@gibbonslaw.com

Barry S. Gedan on behalf of Unknown Michael Berland as Beneficiary, Penn, Schoen & Berland Associates, M/P/P FBO Michael Berland
gedanman@gedanlaw.com

Karl Geercken on behalf of Creditor Aozora Bank, Ltd.
kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com

Lawrence V. Gelber on behalf of Creditor Auriel Currency 2X Fund
lawrence.gelber@srz.com

Jan B. Geller on behalf of Creditor Oceanus Securities, LLC

jbgesq@bway.net

Daniel F.X. Geoghan on behalf of Unknown CF Midas Balanced Growth Fund
bankfilings@ycst.com, dgeoghan@ycst.com;rlogan@ycst.com

Katherine Geraci on behalf of Creditor The August '86 Trust
geraci@thalergertler.com

Anthony I. Giacobbe on behalf of Creditor SecureWorks, Inc. f/k/a LURHQ Corp.
agiacobbe@zeklaw.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Glenn S. Gitomer on behalf of Creditor Jacqueline Edelmann
ggitomer@mkbattorneys.com

Joseph M. Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody.com

Lara O. Glaesman on behalf of Unknown Pines Edge Value Investors Ltd.
lara.glaesman@leonard.com, ma.xiong@leonard.com

Eduardo J. Glas on behalf of Creditor Capital Moving & Storage Co., Inc.
eglas@mccarter.com

Gabriel I. Glazer on behalf of Attorney Gabriel Glazer
gglazer@stutman.com

John P. Gleason on behalf of Creditor Chauny S A
jgleason@gleasonkoatz.com

Andrew K. Glenn on behalf of Creditor Ramius LLC
aglenn@kasowitz.com, courtnotices@kasowitz.com

Larry Ivan Glick on behalf of Creditor Banco Sabadell Miami
lglick@shutts.com

Jay M. Goffman on behalf of Creditor H/2 Credit Partners Master Fund LTD
JGoffman@skadden.com, mmirkovi@skadden.com

Kristin Going on behalf of Interested Party Richard Hayne
kristin.going@dbr.com, Daniel.Northrop@dbr.com

Matthew J. Gold on behalf of Creditor Elliott Associates, L.P.
mgold@kkwc.com

Andrew C. Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick.com

Thomas D. Goldberg on behalf of Plaintiff Jonathan Keeney
tdgoldberg@dbh.com

Adam J. Goldberg on behalf of Unknown Latham & Watkins LLP
adam.goldberg@lw.com

Michelle Goldis on behalf of Interested Party Quoniam Asset Management GmbH
michelle.goldis@wilmerhale.com

Seth Goldman on behalf of Creditor Southern California Edison Company
seth.goldman@mto.com

Richard M. Goldman on behalf of Unknown FCPLP
anthony.grossi@kirkland.com

Irena M. Goldstein on behalf of Creditor Elliott Associates, L.P.
igoldstein@dl.com, lsaal@dl.com

Steven Martin Golub on behalf of Creditor Perry Principals, L.L.C.
sgolub@golublaw.com

Robert S. Goodman on behalf of Creditor Kreissparkasse Heinsberg
rgoodman@moundcotton.com

Brett D. Goodman on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas, Individually and as a Trustee
tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Andrew R. Gottesman on behalf of Broker SecondMarket, Inc.
agottesman@secondmarket.com, gsalamone@secondmarket.com

Christopher F. Graham on behalf of Spec. Counsel McKenna Long & Aldridge LLP
cgraham@mckennalong.com, jvargas@mckennalong.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc.
lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com;rryan@cgsh.com;ebus

Ira S. Greene on behalf of Attorney Hogan & Hartson L.L.P.
ira.greene@hoganlovells.com, david.spinley@hoganlovells.com

Carl M. Greenfeld on behalf of Creditor Cerberus Partners, L.P. and Cerberus International, Ltd.
cgreenfeld@lowenstein.com

Michael E. Grenert on behalf of Creditor James Lister
mgrenert@liddlerobinson.com

Emanuel C. Grillo on behalf of Plaintiff Evergreen Solar, Inc.
egrillo@goodwinprocter.com

Stephen H. Gross on behalf of Interested Party Vignette Europe Ltd.
shgross5@yahoo.com

Robert K. Gross on behalf of Plaintiff Maximilian Coreth
rgross@evw.com, slapriore@evw.com

Howard J. Grossman on behalf of Creditor J.P. Morgan Securities, Ltd.
howard.j.grossman@chase.com

Edward P. Grosz on behalf of Transferee BEINT, LLC
egrosz@reitlerlaw.com

Steven T. Gubner on behalf of Creditor City of Long Beach
ecf@ebg-law.com

Philip M. Guess on behalf of Creditor Fifth Third Structured Large Cap Plus Fund
philg@klgates.com, rhonda.hinman@klgates.com

David M. Guess on behalf of Creditor Perry Capital LLC
dguess@ktbslaw.com

Paul C. Gunther on behalf of Creditor LiquidPoint
pgunther@salans.com, nkhalatova@salans.com

Michael P. Guta on behalf of Defendant Casey Securities, Inc.
karlaortega@hill-law-offices.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd.
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Richard F. Hahn on behalf of Interested Party Parkcentral Global Hub Limited
rfhahn@debevoise.com;jchung@debevoise.com;mao-bk-ecf@debevoise.com

Thomas J. Hall on behalf of Creditor GLG Absolute Return Bond Fund
thall@chadbourne.com

Terry E. Hall on behalf of Creditor Indiana State Teachers Retirement Fund
tehall@bakerd.com

Robert R. Hall on behalf of Creditor State of Arizona
robert.hall@azag.gov

Alan D. Halperin on behalf of Creditor BTR Global Arbitrage Trading Limited
ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Heidi L Hamilton on behalf of Creditor Julian Iragorri
heidi@crumbielaw.com

Aaron Hammer on behalf of Creditor Accenture LLP
ahammer@SugarFGH.com, mbrandess@SugarFGH.com;ccoleman@SugarFGH.com

Andrew Hammond on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
ahammond@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

William Hao on behalf of Creditor Dell Global B.V.
william.hao@alston.com

Carrie V. Hardman on behalf of Creditor Southdene Investments Ltd
chardman@klestadt.com

Lee Harrington on behalf of Interested Party BANK OF AMERICA, N.A.
lharrington@nixonpeabody.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov

Christopher Harris on behalf of Interested Party Veyance Technologies, Inc.
Christopher.harris@lw.com, rachel.feld@lw.com

Adam Craig Harris on behalf of Unknown Davidson Kempner Capital Management LLC
adam.harris@srz.com

Lynn P. Harrison on behalf of Debtor Lehman Brothers Holdings Inc.
lharrison@curtis.com, jdrew@curtis.com;mlischin@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndelaney@curtis.com;dching@curtis.com

Brian W. Harvey on behalf of Unknown Clayton Services, Inc.
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Howard R. Hawkins on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com, allison.dipasqua@cwt.com;anthony.moore@cwt.com

Patrick L. Hayden on behalf of Unknown The Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion Bank
dhayes@mcguirewoods.com, phayden@mcguirewoods.com;kcain@mcguirewoods.com

Nava Hazan on behalf of Interested Party Crestview Capital Master LLC
nhazan@mwe.com, mmartel@mwe.com;atgiuliano@giulianomiller.com;gkopacz@mwe.com

Patricia H. Heer on behalf of Creditor Pennsylvania Public School Employees' Retirement System
phheer@duanemorris.com, odmclean@duanemorris.com

Douglas S. Heffer on behalf of Creditor Trading Technologies International, Inc.
dheffer@foley.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of Nebraska
cheinrich@hslegalfirm.com

Jay Heinrich on behalf of Transferee UBS AG, Stamford Branch
jheinrich@mkbllp.com

James M. Heiser on behalf of Attorney Ann Acker
heiser@chapman.com

Jay S. Hellman on behalf of Attorney SilvermanAcampora LLP
JHellman@SilvermanAcampora.com, SGreenberg@SilvermanAcampora.com

Larry D. Henin on behalf of Creditor Edward Lill
lhenin@eapdlaw.com

Sally M. Henry on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP
Sally.Henry@skadden.com

Robin A. Henry on behalf of Defendant BNP Paribas, London Branch
rhenry@bsfllp.com

Marian S. Henry on behalf of Unknown Grace Farrelly
mshenry@lshv.org

Neil E. Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis.com

Ira L. Herman on behalf of Creditor Crossmark Corporate Advisers, L.P.
ira.herman@tklaw.com, orlando.salcedo@tklaw.com

David F. Heroy on behalf of Creditor Longwood at Oakmont, Inc.
david.heroy@bakermckenzie.com

Jennifer B. Herzog on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A.
jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

Paul S. Hessler on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE)
paul.hessler@linklaters.com, shauin.wang@linklaters.com

William Heuer on behalf of Clerk of Court Fondazione Cassa di Risparmio di Imola
wheuer@duanemorris.com

Autumn D. Highsmith on behalf of Creditor Steven G. Holder Living Trust
autumn.highsmith@haynesboone.com

Robert M. Hirsh on behalf of Creditor The Vanguard Group, Inc.
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

David J. Hoffman on behalf of Creditor Hipotecas de America, SA
djhoffman@djhoffmanlaw.com

Evan C. Hollander on behalf of Creditor MTR Corporation Limited
ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Attorney Sullivan & Worcester LLP
pholleman@sandw.com

Robert Neil Holtzman on behalf of Defendant Lehman Brothers Holdings Inc.
rholtzman@kramerlevin.com

Jonathan Hook on behalf of Creditor Parties Listed on Exhibit "A"
jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com

Christopher J. Houpt on behalf of Defendant Bank Of America, N.A.
choupt@mayerbrown.com, jmarsala@mayerbrown.com

Casey B. Howard on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
choward@lockelord.com

Hamish Hume on behalf of Interested Party Barclays Capital, Inc.
hhume@bsfllp.com, tbloomer@bsfllp.com;lsmith@bsfllp.com

Stephen C. Hunt on behalf of Creditor Sofia Frankel
shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us

David R. Hurst on behalf of Unknown Neelam Daryani
dhurst@ycst.com, bankfilings@ycst.com

Frederick D. Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets Inc.
fhyman@mayerbrownrowe.com

Jeremiah Iadevaia on behalf of Plaintiff Olivia Bam
jiadevaia@vladeck.com

Adam H. Isenberg on behalf of Interested Party The Pennsylvania Convention Center Authority
aisenberg@saul.com

Robbin L. Itkin on behalf of Creditor Korea Investment & Securities Co., LTD.
ritkin@steptoe.com, kpiper@steptoe.com

Jennifer M. Jackson on behalf of Counter-Defendant Michigan State Housing Development Authority

jacksonj5@michigan.gov

Lawrence Evan Jacobs on behalf of Attorney Davis Polk & Wardwell LLP
lawrence.jacobs@davispolk.com

Steve Jakubowski on behalf of Creditor Frank Paris
sjakubowski@colemanlawfirm.com

Sedgwick M. Jeanite on behalf of Creditor Carol Bunevich
jeanites@whiteandwilliams.com, yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com

Daniel S. Jo on behalf of Creditor James Lister
djo@liddlerobinson.com

Michael E. Johnson on behalf of Counter-Defendant Libra CDO Limited
michael.johnson@alston.com

Robert Alan Johnson on behalf of Creditor Dynegy Power Marketing, Inc.
rajohnson@akingump.com

John J. Jolley on behalf of Creditor City and County of Denver, Department of Revenue
jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roger G. Jones on behalf of Creditor Franklin American Mortgage Company
rjones@bccb.com

Benay L. Josselson on behalf of Defendant Liberty Square CDO I, Ltd.
josselson@sewkis.com

John E. Jureller on behalf of Creditor Coudert Brothers LLP
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 125 High Street, L.P.
gkaden@goulstonstorrs.com

William Wade Kannel on behalf of Creditor Belmont Insurance Company
wkannel@mintz.com

Richard S. Kanowitz on behalf of Creditor AboveNet Communications Inc.
rkanowitz@cooley.com

Alex J. Kaplan on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
ajkaplan@sidley.com, emcdonnell@sidley.com

Gary Kaplan on behalf of Interested Party The 144AMaster Fund, LP
gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

Anjna R. Kapoor on behalf of Defendant JPMORGAN CHASE BANK, N.A.
akapoor@kelleydrye.com, docketing@kelleydrye.com

Dimitri G. Karcazes on behalf of Unknown Huron Consulting Group, Inc.
dimitri.karcazes@goldbergkohn.com

David J. Karp on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l.
david.karp@srz.com, jonathan.blattmachr@srz.com

Marc E Kasowitz on behalf of Interested Party Bay Harbour Management LC
mkasowitz@kasowitz.com, courtnotices@kasowitz.com

Diane J. Kasselman on behalf of Creditor Trade Settlement Inc.
dkasselman@kasselman-law.com

Elyssa Suzanne Kates on behalf of Creditor Advanced Graphic Printing, Inc.
ekates@bakerlaw.com

Lawrence A. Katz on behalf of Creditor The United Company
lkatz@ltblaw.com

Jordan Kaye on behalf of Defendant Lehman Brothers Holdings Inc.
jkaye@kramerlevin.com

Robert J. Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur.com,

acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com

Robin Elizabeth Keller on behalf of Creditor Pearl Assurance Limited
robin.keller@lovells.com, omeca.nedd@lovells.com

Craig I. Kelley on behalf of Creditor Merit Floors, Inc.
grace@kelleylawoffice.com

Kenneth J. Kelly on behalf of Creditor Intersil Europe SaRL, Inc.
kkelly@ebglaw.com, nyma@ebglaw.com

J. Michael Kelly on behalf of Creditor SumTotal Systems, Inc.
kellyjm@cooley.com

Elena Paras Ketchum on behalf of Trustee Soneet Kapila
eketchum.ecf@srbp.com

John Kibler on behalf of Creditor China Development Bank Corporation
john.kibler@allenovery.com

Christopher K. Kiplok on behalf of Attorney Hughes Hubbard & Reed LLP
kiplok@hugheshubbard.com

Edward J. Kirk on behalf of Unknown Certain Underwriters at Lloyd's London and Companies
edward.kirk@clydeco.us

Paul Kizel on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein.com, lbonito@lowenstein.com

Barry R. Kleiner on behalf of Creditor Shinsei Bank, Limited
dkleiner@velaw.com

Emil A. Kleinhaus on behalf of Defendant JPMORGAN CHASE BANK, N.A.
eakleinhaus@wlrk.com, calert@wlrk.com

Tracy L. Klestadt on behalf of Creditor Yakima-Tieton Irrigation District
tklestadt@klestadt.com, tklestadt@gmail.com

Joseph B. Koczko on behalf of Unknown Ohio Housing Finance Agency
joseph.koczko@thompsonhine.com

Scott Edward Koerner on behalf of Creditor Great Bay Condominium Owners Association
scott.koerner@snrdenton.com

Douglas Koff on behalf of Unknown Lehman Brothers Special Financing Inc.
douglaskoff@paulhastings.com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig.com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial, Inc.
, dcunsolo@winston.com

Claude F. Kolm on behalf of Creditor Alameda County Treasurer-Tax Collector Donald R. White
claude.kolm@acgov.org, jamartinez@acgov.org

Alan Kolod on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
dkick@mosessinger.com

Anna Kornikova on behalf of Creditor Federal Home Loan Mortgage Corporation
akornikova@lcbf.com

Sheron Korpus on behalf of Creditor Loreley Noteholders
courtnotices@kasowitz.com

Lawrence J. Kotler on behalf of Creditor FPB International Bank, Inc.
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB
kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Lisa J.P. Kraidin on behalf of Creditor RBC Dexia Investor Services Bank France SA
lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com

Bennette D. Kramer on behalf of Creditor Moore Capital Management, LP
bdk@schlamstone.com

Richard P. Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

Michael M. Krauss on behalf of Attorney Faegre & Benson LLP
michael.krauss@faegrebd.com, cj.harayda@faegrebd.com;colin.dougherty@faegrebd.com;mdoty@faegre.com

Julia S. Kreher on behalf of Attorney Hodgson Russ LLP
rleek@hodgsonruss.com;jthoman@hodgsonruss.com

J. Alex Kress on behalf of Creditor Lawson Software, Inc.,
akress@riker.com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank, N.A.
mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Justin A. Kuehn on behalf of Unknown Mark Mazzatta
kuehn@bragarwexler.com

Greg T. Kupniewski on behalf of Creditor The TAARP Group, LLP
greg.kupniewski@flastergreenberg.com

Paul J. Labov on behalf of Creditor OM Financial Life Insurance Company
plabov@eapdlaw.com

Robinson B. Lacy on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com

Darryl S. Laddin on behalf of Unknown SunTrust Robinson Humphrey, Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Attorney Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan Mortgage Corporation
mlandman@lcbf.com

David P. Langlois on behalf of Interested Party Shell Energy North America (US), L.P.
david.langlois@sablaw.com

Robert Laplaca on behalf of Creditor Zedak Corp.
rlaplaca@levettrockwood.com

Kevin J. Larner on behalf of Creditor The Kroger Co.
klarner@riker.com

Francis J. Lawall on behalf of Interested Party EXXONMOBIL GAS MARKETING EUROPE LIMITED
lawallf@pepperlaw.com, henrys@pepperlaw.com;matourj@pepperlaw.com

James N. Lawlor on behalf of Creditor JAS Holding Corporation
jlawlor@wmd-law.com, jgiampolo@wmd-law.com

David M. LeMay on behalf of Creditor AIG Markets, Inc.
dlemay@chadbourne.com

Michael C. Ledley on behalf of Plaintiff Lehman Brothers Special Financing Inc.
mledley@wmd-law.com

Mark G. Ledwin on behalf of Creditor Hartford Index HLS Fund
mark.ledwin@wilsonelser.com

David H. Lee on behalf of Creditor Bank Of America, N.A.
dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Alexander B. Lees on behalf of Counter-Claimant JPMORGAN CHASE BANK, N.A.
ablees@wlrk.com, calert@wlrk.com

David S. Leinwand on behalf of Creditor Avenue Blue TC Fund, LP
dleinwand@avenuecapital.com

Robert R. Leinwand on behalf of Unknown William Berkman
rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert J. Lemons on behalf of Debtor Lehman Brothers Holdings Inc.
robert.lemons@weil.com, andrew.lyon@weil.com;lee.goldberg@weil.com

Stephen D. Lerner on behalf of Creditor KeyBank National Association
stephen.lerner@squiresanders.com

Ira M. Levee on behalf of Creditor Boilermaker-Blacksmith National Pension Trust
ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal on behalf of Creditor Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Richard B. Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com;jmanning@cravath.com

Erin S. Levin on behalf of Creditor LibertyView Capital Management, LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select
Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P
elevin@lowenstein.com

Eric R. Levine on behalf of Creditor 4Kids Entertainment Inc.
elevine@eisemanlevine.com, lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com

Jonathan Levine on behalf of Unknown EPCO Holdings
bankruptcy@andrewskurth.com

Eric B. Levine on behalf of Unknown Unknown Filer
levine@whafh.com

Jeffrey W. Levitan on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess Corporation
jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com

Richard Levy on behalf of Creditor Credito Privato Commerciale SA
rlevy@pryorcashman.com

Leo V. Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Isabelle Liberman on behalf of Unknown Common Fund Hedged Equity Co.
iliberman@akingump.com

Michael Liberman on behalf of Unknown Larsen & Toubro Infotech, Ltd.
mliberman@ebglaw.com, nyma@ebglaw.com

Mark S. Lichtenstein on behalf of Creditor City Employee Welfare Fund Local 3 IBEW
mlichtenstein@crowell.com, mlichtenstein@crowell.com

Valdi Licul on behalf of Plaintiff Olivia Bam
vlicul@vladeck.com

David Liebenstein on behalf of Transferee Hayman Capital Master Fund, L.P.
david.liebenstein@haynesboone.com

Seth H. Lieberman on behalf of Interested Party Iberdrola Renewables Energies USA, Ltd.
slieberman@pryorcashman.com

David Liebov on behalf of Interested Party Barclays Capital, Inc.
liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com

Angelina E. Lim on behalf of Creditor Mark Hein
angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com

Douglas J. Lipke on behalf of Creditor Newedge USA, LLC and Affiliated Entities
dlipke@vedderprice.com, ecfdocket@vedderprice.com

New York Southern Live System        Page 20 of 153
08-13555-mg    Doc 26776    Filed 03/16/12    Entered 03/16/12 14:10:06    Main Document
Pg 20 of 153

Alan Jay Lipkin on behalf of Creditor Royal Charter Properties-East, Inc.
alipkin@willkie.com, maosbny@willkie.com

Joanne K. Lipson on behalf of Creditor The Central Puget Sound Regional Transit Authority
jlipson@crockerlaw.com, ttracy@crockerlaw.com;nancy@crockerlaw.com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd.
sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com

Sarah K. Loomis Cave on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
cave@hugheshubbard.com

Eric Lopez Schnabel on behalf of Creditor Columbia Management Investment Advisers, LLC f/k/a Riversource Investments, LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel on behalf of Creditor Kenwood Capital Management LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sara E. Lorber on behalf of Creditor City of Chicago
slorber@wfactorlaw.com

Alexander S. Lorenzo on behalf of Counter-Defendant Libra CDO Limited
alexander.lorenzo@alston.com

Daniel A. Lowenthal on behalf of Creditor Hilliard Farber & Co., Inc.
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com

Mitchell Alan Lowenthal on behalf of Defendant Bank of America Strategic Ventures, Inc.
maofiling@cgsh.com, mlowenthal@cgsh.com;dherrington@cgsh.com

Mark L. Lubelsky on behalf of Intervenor-Defendant LH 1440, L.L.C.
mark@mllassociates.com

Donald K. Ludman on behalf of Creditor Business Objects Americas
dludman@brownconnery.com

Alan Lungen on behalf of Interested Party BHCO Master Ltd
alungen@kasowitz.com, alungen@kasowitz.com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

Michael C. Lynch on behalf of Defendant JPMORGAN CHASE BANK, N.A.
mlynch@kelleydrye.com, docketing@kelleydrye.com

Kim R. Lynch on behalf of Unknown John Mahonchak
klynch@formanlaw.com, dpatel@formanlaw.com;kanema@formanlaw.com

Bruce G. MacIntyre on behalf of Creditor Puget Sound Energy, Inc.
bmacintyre@perkinscoie.com

Kevin L. MacMillan on behalf of Creditor Syncora Guarantee, Inc.
kmacmillan@abv.com

John H. Maddock on behalf of Creditor CSX Transportation, Inc.
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

Howard P. Magaliff on behalf of Creditor Roger Saks
hmagaliff@dtmlawgroup.com

Wendy Mager on behalf of Creditor John Dmuchowski
wmager@smithstratton.com

William R. Maguire on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
maguire@hugheshubbard.com

George E.B. Maguire on behalf of Unknown Juice Energy, Inc.
gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com

William A Maher on behalf of Interested Party Lana Harber
wmaher@wmd-law.com

John S. Mairo on behalf of Creditor Aliant Bank

jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

Christopher J. Major on behalf of Counter-Claimant Fontainebleau Resorts, LLC
cjm@msf-law.com, nj@msf-law.com;bm@msf-law.com

Jill L. Makower on behalf of Creditor Metropolitan Bank & Trust Company
jmakower@tnsj-law.com, bgonsalves@tnsj-law.com

Robert K. Malone on behalf of Creditor Allianz Global Investors AG
robert.malone@dbr.com

Michael J. Maloney on behalf of Defendant JPMORGAN CHASE BANK, N.A.
mmaloney@kelleydrye.com, docketing@kelleydrye.com

Ray A. Mandlekar on behalf of Interested Party Chun Ip
e_file_sd@csgrr.com

Beverly Weiss Manne on behalf of Creditor Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw.com

Julie A. Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Wendy G. Marcari on behalf of Interested Party InfoSpace, Inc.
wmarcari@ebglaw.com, nyma@ebglaw.com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline.marcus@weil.com, aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com

Alan E. Marder on behalf of Creditor Advanced Portfolio Technologies, Inc.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Lorenzo Marinuzzi on behalf of Creditor Centerbridge Credit Partners LP
lmarinuzzi@mofo.com

David J. Mark on behalf of Unknown Souad Salame
dmark@kasowitz.com, courtnotices@kasowitz.com

Scott S. Markowitz on behalf of Creditor AKF Engineers, LLP
smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com

Thomas S. Marrion on behalf of Interested Party United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights
tmarrion@haslaw.com

D. Ross Martin on behalf of Creditor Stanford Hospital and Clinics
ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Richard W. Martinez on behalf of Creditor Louisiana Sheriff's Pension and Relief Fund
claire@rwmaplc.com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp.
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigano@hahnhessen.com;lschluss

Laurence May on behalf of Creditor Federal Home Loan Bank of Pittsburgh
lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown The Carlyle Group
dkmayer@wlrk.com, calert@wlrk.com

Sandra E. Mayerson on behalf of Interested Party Caisse de depot et placement du Quebec
sandra.mayerson@squiresanders.com, wilfred.lancaster@squiresanders.com;rudy.green@squiresanders.com

Kurt A. Mayr on behalf of Creditor Banque Lehman Brothers S.A.
kurt.mayr@bgllp.com

Jil Mazer-Marino on behalf of Creditor Advanced Portfolio Technologies, Inc.
jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy on behalf of Creditor Asset Backed Management Corp.
james.mcclammy@davispolk.com

Theodore McCombs on behalf of Creditor Giants Stadium LLC
mccombst@sullcrom.com

Richard J. McCord on behalf of Creditor Thomson Murray
RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;psweeney@certilmanbalin.com

Michael K. McCrory on behalf of Unknown Grace Village Health Care Facilities, Inc.
mmccrory@btlaw.com

Mark McDermott on behalf of Plaintiff Prudential Global Funding LLC
Mark.McDermott@skadden.com

Hugh M. McDonald on behalf of Attorney Special Counsel to the Debtors
hugh.mcdonald@snrdenton.com, elsmith@sonnenschein.com;lcurcio@sonnenschein.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com

Mark E. McKane on behalf of Plaintiff Pulsar Re, Ltd.
mmckane@kirkland.com, adrienne.levin@kirkland.com;beth.friedman@kirkland.com;sarah.farley@kirkland.com

William J. McKenna on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment Manager for Lehman
Brothers USA Value Fund
wmckenna@foley.com

Michelle McMahon on behalf of Defendant St. Regis New York
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Austin L. McMullen on behalf of Creditor Franklin American Mortgage Company
amcmullen@babc.com

John P. McNicholas on behalf of Creditor Hank's Living Trust
vincent.roldan@dlapiper.com;jeremy.johnson@dlapiper.com

Matthew S. Melamed on behalf of Plaintiff Ka King Wong, et. al.,
MMelamed@rgrdlaw.com

John P. Melko on behalf of Creditor Pyrrhuloxia, LP
jmelko@gardere.com

Richard G. Menaker on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
rmenaker@mhjur.com

Michelle A. Mendez on behalf of Creditor Health Care Service Corporation
mmendez@hunton.com

Michael T. Mervis on behalf of Unknown Markit Group Limited
Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth on behalf of Creditor Community Trust Bancorp Inc.
msteen@foxrothschild.com, mlsecf@gmail.com

G. Christopher Meyer on behalf of Creditor The Buckeye Tobacco Settlement Financing Authority
cmeyer@ssd.com

Jessica Mikhailevich on behalf of Creditor Marquette Financial Companies
mikhailevich.jessica@dorsey.com

Lisa Milas on behalf of Creditor Attorneys for Property Asset Managment Inc. and US Bank National Association as Trustee
lmilas@rosicki.com, ecfnotice@rosicki.com

Ralph I. Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc.
ralph.miller@weil.com

Brett H. Miller on behalf of Creditor AB Bankas SNORAS
bmiller@mofo.com, ecf@mofo.com

Harvey R. Miller on behalf of Debtor Lehman Brothers Holdings Inc.
harvey.miller@weil.com, garrett.fail@weil.com

David Emanuel Miller on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista
dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

W. Timothy Miller on behalf of Unknown The Federal Home Loan Bank of Cincinnati
miller@taftlaw.com, docket@taftlaw.com

Anne Miller-Hulbert on behalf of Creditor LSF6 Mercury REO Investments Trust Series 2008-1
rocbkcourt@logs.com

Jeffrey A. Mitchell on behalf of Plaintiff FirstBank Puerto Rico
dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com

Joseph Thomas Moldovan on behalf of Creditor Carpenter Group, Inc.
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Christopher R. Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov

John J. Monaghan on behalf of Creditor Air Canada Inc.
bos-bankruptcy@hklaw.com

Claude D. Montgomery on behalf of Creditor Svenska Handelsbanken AB (publ)
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Concepcion A. Montoya on behalf of Creditor GMAC Mortgage, LLC
cmontoya@hinshawlaw.com

Martin A. Mooney on behalf of Creditor DCFS Trust
mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

James C. Moore on behalf of Unknown "Spanish Holders of Lehman Programs Securities"
jcmoore1939@gmail.com, cjohnson@hselaw.com

William M. Moran on behalf of Unknown SunCal Debtors
wmoran@mccarter.com

Matthew P. Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

Judy Hamilton Morse on behalf of Creditor Oklahoma Municipal Power Authority
judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com

Joshua D. Morse on behalf of Unknown DCP Parties
jmorse@dl.com

Jeanne Morton on behalf of Creditor America's Servicing Company
bkmail@prommis.com

Max Anderson Moseley on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
mmoseley@bakerdonelson.com, syoung@bakerdonelson.com

Eric T. Moser on behalf of Creditor GAM International Management Limited
eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com

Seth A. Moskowitz on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Michael L. Moskowitz on behalf of Creditor Errol Voigt
mlm@weltmosk.com

Kerry Moynihan on behalf of Creditor Millennium Marketing & Management Pty, Ltd.
kerry.moynihan@hro.com

Monique J. Mulcare on behalf of Creditor BNP Paribas Energy Trading GP
mmulcare@mayerbrown.com

Lance Mulhern on behalf of Creditor Shinsei Bank, Limited
lmulhern@velaw.com

Steven T. Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC
smulligan@bsblawyers.com

H. Kent Munson on behalf of Unknown Lutheran Senior Services
hkm@stolarlaw.com

Michael F. Murphy on behalf of Plaintiff Michigan State Housing Development Authority
murphym2@michigan.gov, ballingerb1@michigan.gov

Jordanna L. Nadritch on behalf of Creditor Christiane Schuster
jnadritch@olshanlaw.com, ssallie@olshanlaw.com

Jason A. Nagi on behalf of Creditor EXCO Operating Company, LP and other Clients listed on Schedule I
jnagi@polsinelli.com, tbackus@polsinelli.com

Alissa M. Nann on behalf of Unknown ACCESS GROUP INC. SERIES 2005-A
anann@foley.com

David L. Neale on behalf of Creditor Kalaimoku-Kuhio Development Corp.
kjm@lnbyb.com, tma@lnbyb.com

David Neier on behalf of Creditor Mariner Investment Group, LLC
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Duke Energy Ohio, Inc.
mneier@ibolaw.com

Edward E. Neiger on behalf of Creditor Banque Safdie SA
eneiger@neigerllp.com

Laura E. Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division of Investment, by Director of the Division of Investment William G. Clark
lneish@zuckerman.com

Justin A. Nelson on behalf of Unknown Mason Capital Management LLC
jnelson@susmangodfrey.com

Roger David Netzer on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com, rnetzer@willkie.com

Dave L. Neville on behalf of Defendant Revere Data, LLC
dave@ojai-lawyer.com

James D. Newbold on behalf of Creditor Illinois Department of Revenue
James.Newbold@illinois.gov

Steven H. Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykorins.com

Deborah Newman on behalf of Defendant Korea's National Agricultural Cooperative Federation
djnewman@akingump.com, nymco@akingump.com

Philip John Nichols on behalf of Creditor President Securities (Hong Kong) Limited
pnichols@philipjohnnichols.com

Robert E. Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson.com, ecf@wolffsamson.com

Timothy F. Nixon on behalf of Interested Party Fee Committee
tnixon@gklaw.com, zraiche@gklaw.com;eseelig@gklaw.com

Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
rnorthey-lbi@mhjur.com

Richard P. Norton on behalf of Unknown Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant Lloyds TSB Bank plc
rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor J.P. Morgan International Bank Limited
hsnovikoff@wlrk.com, calert@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State Board of Administration
jputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
eobrien@sbchlaw.com

Brian Edward O'Connor on behalf of Creditor Oppenheimer Value Fund
maosbny@willkie.com, boconnor@willkie.com

Sean A. O'Neal on behalf of Creditor EOP Funding Master, Ltd.
soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com

Paul B. O'Neill on behalf of Debtor Lehman Brothers Holdings Inc.
boneill@kramerlevin.com, edaniels@kramerlevin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochska@ffhsj.com

Patrick D. Oh on behalf of Attorney Freshfields Bruckhaus Deringer US LLP
patrick.oh@freshfields.com

Sean A. Okeefe on behalf of Unknown SunCal Debtors
sokeefe@winthropcouchot.com

Jeffrey M. Olinsky on behalf of Creditor Deutsche Bank AG, London Branch
chad.valerio@db.com

Juliana P. Oliveira on behalf of Creditor Merrill Lynch Credit Products, LLC
joliveira@kramerlevin.com

Harold Olsen on behalf of Creditor Mercuria Energy Trading PTE Limited
holsen@stroock.com

Matthew Olsen on behalf of Interested Party SCC Entities
molsen@morganlewis.com

David H. Orozco on behalf of Unknown Joint Administrators of UK Administration Companies
dorozco@susmangodfrey.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF.Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
aostrow@beckerglynn.com, lmueller@beckerglynn.com;rmarsico@beckerglynn.com;egreenspan@beckerglynn.com

Neil J. Oxford on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
oxford@hugheshubbard.com

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
ipachulski@stutman.com

Anthony Paduano on behalf of Interested Party Phillip Walsh
ap@pwlawyers.com, lw@pwlawyers.com

R. Stephen Painter on behalf of Unknown Commodity Futures Trading Commission
spainter@cftc.gov

Charles Palella on behalf of Creditor Frictionless Commerce, Inc.
cpalella@kurzman.com

Deryck A. Palmer on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
deryck.palmer@pillsburylaw.com

Peter V. Pantaleo on behalf of Unknown Simpson Thacher & Bartlett LLP
managingclerk@stblaw.com

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Board of Education of the City of Chicago
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.

David W. Parham on behalf of Creditor Cathay United Bank

david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com

Barbra R. Parlin on behalf of Creditor Kantatsu Co. Ltd.
barbra.parlin@hklaw.com

Peter S. Partee on behalf of Interested Party E*TRADE Bank
ppartee@hunton.com

Michael A. Paskin on behalf of Transferee Credit Suisse AG, Cayman Islands Branch
mpaskin@cravath.com

David S. Pegno on behalf of Unknown Tranquility Master Fund Ltd. (n/k/a Spectrum Master Fund Ltd.)
dpegno@dpklaw.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l.
alfredo.perez@weil.com,
Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@we

Robert E. Pershes on behalf of Creditor Camilo Kuri Con
rpershes@bdblaw.com, sweires@bdblaw.com;cedwards@bdblaw.com

Anne M. Peterson on behalf of Creditor HSBC Bank USA, National Association
anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com

David M. Peterson on behalf of Unknown Joint Administrators of UK Administration Companies
dpeterson@susmangodfrey.com

Albena Petrakov on behalf of Creditor Stibbe N.V.
apetrakov@mhjur.com

Gregory M. Petrick on behalf of Foreign Representative D. Geoffrey Hunter and Dan Schwarzmann, as Joint Provisional Liquidators of Lehman Re Ltd.
gregory.petrick@cwt.com, allison.dipasqua@cwt.com

Deborah J. Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@abramslaw.com, kmurray@abramslaw.com;dallen@abramslaw.com;tmarciano@abramslaw.com

Thomas Pietrantonio on behalf of Unknown Interface Cable Assemblies and Services Corp. a/k/a ICAS
pietrantoniolaw@optonline.net

Andrea Pincus on behalf of Creditor Banco di Napoli S.p.A.
apincus@reedsmith.com

Leslie A. Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings.com

Sydney G. Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw.com

Frederick B. Polak on behalf of Creditor Duke Corporate Education, f/k/a Duke Corporate Education, Inc.
fbp@ppgms.com, vvl@ppgms.com;lml@ppgms.com

John Polich on behalf of Creditor County of Ventura
john.polich@ventura.org

Jeffrey S. Posta on behalf of Defendant Pinnacle Associates, Ltd.
jposta@stark-stark.com

John N. Poulos on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
poulos@hugheshubbard.com

Kiyam J. Poulson on behalf of Creditor US Bank National Association as Trustee for the Structured Asset Securities Corporation, Series 2005-GEL2
kpoulson@dlgnylaw.com

Constantine Pourakis on behalf of Attorney Stevens & Lee, P.C.
cp@stevenslee.com

Jennifer Premisler on behalf of Creditor Pacific Investment Management Company LLC
Jen.Premisler@cliffordchance.com

Patricia Williams Prewitt on behalf of Creditor Dynegy Power Marketing, Inc.
pwp@pattiprewittlaw.com

William C. Price on behalf of Creditor Access Data Corp.
wprice@thorpreed.com, rhotaling@thorpreed.com

Craig Price on behalf of Creditor Bank Of Montreal
cprice@chapman.com

Madlyn Gleich Primoff on behalf of Unknown Caisse De Depot Et Placement Du Quebec
mprimoff@kayescholer.com, maosbny@kayescholer.com

Jeffrey D. Prol on behalf of Creditor Fubon Bank (Hong Kong) Limited
jprol@lowenstein.com

Andrew P. Propps on behalf of Transferee Anchorage Capital Master Offshore, Ltd.
apropps@sidley.com, emcdonnell@sidley.com;jkoslowe@sidley.com

Jacob S. Pultman on behalf of Intervenor-Plaintiff FCCD Limited
jacob.pultman@allenovery.com, kurt.vellek@allenovery.com

Deborah Quinn on behalf of Creditor The Treasurer of Garfield County, Colorado
dquinn@garfield-county.com, garcoatt@garfield-county.com

Jonathan I. Rabinowitz on behalf of Creditor Somerset Associates, LLC
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
araboy@cov.com

Paul A. Rachmuth on behalf of Creditor BCP Voyager Master Funds SPC, Ltd.
prachmuth@gerstensavage.com

Randall Rainer on behalf of Plaintiff Lehman Brothers Special Financing Inc.
rrainer@wmd-law.com

Jack A. Raisner on behalf of Plaintiff ALEXANDER LEYTMAN
jar@outtengolden.com, rsr@outtengolden.com;sechegaray@outtengolden.com

Jennifer Rando Cristiano on behalf of Creditor Kondaur Capital Corporation
ntreglia@logs.com, plamberti@logs.com

Kiara L. Rankin on behalf of Plaintiff Lehman Brothers Holdings Inc.
kiara.rankin@bingham.com, angela.owens@bingham.com

John J. Rapisardi on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
john.rapisardi@cwt.com, betty.comerro@cwt.com;allison.dipasqua@cwt.com;wendy.kane@cwt.com

Craig V. Rasile on behalf of Unknown HBK Master Fund L.P.
mmannering@hunton.com

Paul L. Ratelle on behalf of Creditor Bremer Financial Corporation
pratelle@fwhtlaw.com

Gary O. Ravert on behalf of Creditor Scotia Capital (USA) Inc.
gravert@ravertpllc.com

Gary O. Ravert on behalf of Interested Party Marie Papillon
gravert@mwe.com

Jeremy B Reckmeyer on behalf of Unknown EPCO Holdings
jeremyreckmeyer@andrewskurth.com

Sophia Ree on behalf of Creditor Federal Home Loan Mortgage Corporation
sree@lcbf.com

Russell Lowell Reid on behalf of Creditor The Bank of New York Mellon
rreid@sheppardmullin.com, bwolfe@sheppardmullin.com

Ira A. Reid on behalf of Unknown Banque Cantonale du Valais
ira.reid@bakermckenzie.com

Michael J. Reilly on behalf of Unknown Wells Fargo Bank Northwest, N.A., as Indenture Trustee
michael.reilly@bingham.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc.

sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com;mgiugliano@curtis.com

Howard D. Ressler on behalf of Interested Party DCI Umbrella Fund PLC
hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Kenneth A. Reynolds on behalf of Interested Party Executive Fliteways, Inc.
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem Five Cents Savings Bank
arheaume@riemerlaw.com, gmoss@riemerlaw.com

Robert A. Rich on behalf of Creditor Hunton & Williams LLP
rrich2@hunton.com

Jeffrey N. Rich on behalf of Creditor Structure Tone Inc.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Attorney Blank Rome, LLP Attorneys for the FX Alliance, LLC and Affiliates and Subsidiaries,
mrichards@blankrome.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com

Michael J. Riela on behalf of Creditor Aurora Loan Services LLC
michael.riela@lw.com

Robert R. Rigolosi on behalf of Creditor Current Communications and Electric Corporation
rrigolosi@smsm.com

Fred B. Ringel on behalf of Creditor Eugene Greene
fbr@robinsonbrog.com

Christy Rivera on behalf of Creditor BlueBay Specialised Funds: Credit Opportunity (Master) Fund (FCP-SIF)
crivera@chadbourne.com

Jennifer L. Rodburg on behalf of Creditor BREF ONE, LLC
jennifer.rodburg@friedfrank.com, aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com

Theodore O. Rogers on behalf of Defendant Barclays Capital Inc.
rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com

William J.F. Roll on behalf of Plaintiff BANK OF AMERICA, N.A.
wroll@shearman.com

Michael A. Rollin on behalf of Debtor Lehman Brothers Holdings Inc.
mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com

William A. Rome on behalf of Plaintiff Neuberger Berman LLC
warome@hpplegal.com

Jorian L. Rose on behalf of Unknown Banco Finantia International Limited
jrose@bakerlaw.com

Avrum J. Rosen on behalf of Plaintiff Wendy Uvino
ajrlaw@aol.com,
AJRLAW@aol.com;kberson@avrumrosenlaw.com;fkantrow@avrumrosenlaw.com;lstalker@avrumrosenlaw.com;dldobbin@avrumrosenlaw.com;gb

Robert J. Rosenberg on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
rachel.feld@lw.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de depot et placement du Quebec
arthur.rosenberg@hklaw.com

Kermit A. Rosenberg on behalf of Interested Party Satyam Computer Services, Ltd.
krosenberg@bltplaw.com

Jeffrey M. Rosenberg on behalf of Unknown Hope Greenfield
jeff@kleinsolomon.com

Heath D. Rosenblat on behalf of Interested Party HD Supply, Inc.
hrosenblat@kslaw.com

Benjamin Rosenblum on behalf of Debtor Lehman Brothers Holdings Inc.
brosenblum@jonesday.com

Jeffrey A. Rosenthal on behalf of Creditor Dader Investment Corp.
maofiling@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers Finance AG, in Liquidation
mrosenthal@gibsondunn.com

David A. Rosenzweig on behalf of Creditor AT&T Inc.
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs.com

David S. Rosner on behalf of Interested Party BHCO Master Ltd
dfliman@kasowitz.com;courtnotices@kasowitz.com

Melissa-Jean Rotini on behalf of Creditor Westchester County
mjr1@westchestergov.com

Rene S. Roupinian on behalf of Creditor CYNTHIA SWABSIN
rsr@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com

Alex R. Rovira on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
arovira@sidley.com, emcdonnell@sidley.com

Barry J Roy on behalf of Interested Party Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Kenneth Rudd on behalf of Defendant Rabobank Group
krudd@zeklaw.com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@rgrdlaw.com

Abby Rudzin on behalf of Creditor Olivant Investments Switzerland S.A.
arudzin@omm.com

Eric Litman Ruiz on behalf of Creditor Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
eric.ruiz@davispolk.com

Scott K. Rutsky on behalf of Unknown BT Americas Inc. and Radianz Americas Inc.
srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
hryder@daypitney.com

Rohit Sabharwal on behalf of Unknown MAP 98 Segregated Portfolio of LMA SPC
sabilaw@aol.com

Jeffrey S. Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff Carolina First Bank
jsafer@lockelord.com

Chester B. Salomon on behalf of Creditor 1301 Properties Owner, L.L.C.
csalomon@beckerglynn.com, egreenspan@beckerglynn.com;rmarsico@beckerglynn.com;lmueller@beckerglynn.com

Michael E. Salzman on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors
salzman@hugheshubbard.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@lgbs.com

Jason Sanjana on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
jason.sanjana@lw.com

Lori K. Sapir on behalf of Creditor Niscayah, Inc.
lsapir@sillscummis.com

Jeffrey L. Sapir-13 on behalf of Trustee Jeffrey Sapir-13
info@sapirch13tr.com

Robert M. Sasloff on behalf of Creditor Richard Locke
rms@robinsonbrog.com

Paul A. Saso on behalf of Defendant Fridator Trust
psaso@gibbonslaw.com

Joseph Cono Savino on behalf of Creditor Inverell Shire Council
savino@laryyc.com, silvestro@laryyc.com;fox@laryyc.com;parvaneh@laryyc.com;gardella@laryyc.com

Robert Scannell on behalf of Unknown SunCal Debtors
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Creditor Capital One, N.A.
lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com

Eric A Schaffer on behalf of Counter-Claimant BNY Corporate Trustee Services Limited
eschaffer@reedsmith.com, slucas@reedsmith.com

Richard J. Schager on behalf of Unknown Michael McCully
schager@ssnyc.com

Ilan D. Scharf on behalf of Unknown Liquidators of ICP Strategic Credit Income Master Fund Ltd.
ischarf@pszjlaw.com

Brian Schartz on behalf of Creditor QVT Fund LP
bschartz@kirkland.com, bfriedman@kirkland.com;nehal.madhani@kirkland.com

William B. Schiller on behalf of Creditor Wells Fargo Bank, NA, d/b/a America's Servicing Company as servicer for U.S. Bank National
Association, as Trustee for the Structured Asset Investment Loan Trust, Series 2005-HE3
wschiller@schillerknapp.com, lgadomski@schillerknapp.com

Jonathan D. Schiller on behalf of Defendant Barclays Capital, Inc.
jschiller@bsfllp.com

Michael L. Schleich on behalf of Creditor Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
mschleich@fslf.com

Erik Schneider on behalf of Creditor Elliott Associates, L.P.
erik.schneider@srz.com

Edward L. Schnitzer on behalf of Unknown Roger Trout
eschnitzer@hahnhessen.com,
jzawadzki@hahnhessen.com;nrigano@hahnhessen.com;sthompson@hahnhessen.com;jsmith@hahnhessen.com;kprimm@hahnhessen.com

William H. Schorling on behalf of Creditor Greenbrier Minerals Holdings, LLC
william.schorling@bipc.com, donna.curcio@bipc.com

Carey D. Schreiber on behalf of Creditor Capgemini Financial Services USA, Inc.
cschreiber@winston.com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@salans.com

Jeffrey L. Schwartz on behalf of Creditor CommerzBank A.G.
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com;chunker@ha

Matthew A. Schwartz on behalf of Creditor Giants Stadium LLC
schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com

Andrea B. Schwartz on behalf of U.S. Trustee United States Trustee
andrea.b.schwartz@usdoj.gov

Richard Schwed on behalf of Creditor The Tudor BVI Global Portfolio L.P.
rschwed@shearman.com

Lisa M. Schweitzer on behalf of Interested Party Barclays Capital, Inc.
lschweitzer@cgsh.com, maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com

Brendan M. Scott on behalf of Plaintiff Massachusetts Water Resources Authority
bscott@klestadt.com

John Scott on behalf of Unknown Yarpa Investmenti S.G.R. S.p.A. RP3 Fund
jlscott@reedsmith.com

Barry N. Seidel on behalf of Interested Party Caixa Geral de Depositos, S.A.
seidelb@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne.com

Stephen B. Selbst on behalf of Creditor MEAG New York Corporation
sselbst@herrick.com, courtnotices@herrick.com

David R. Seligman on behalf of Liquidator Liquidators of Lehman Brothers Australia Limited
david.seligman@kirkland.com, jacob.goldfinger@kirkland.com

Andrew D. Shaffer on behalf of Creditor Lehman Brothers Asia Capital Company (in liquidation) and Lehman Brothers Commercial Corporation
Asia Limited (in liquidation)
ashaffer@mayerbrown.com

Joel M. Shafferman on behalf of Attorney Bret H. Reed, Jr., a Law Corporation
joel@shafeldlaw.com

Dan Shaked on behalf of Creditor Moshe & Hanna Shram
dan@shakedandposner.com

Paul V. Shalhoub on behalf of Creditor Millennium International, Ltd.
maosbny@willkie.com, pshalhoub@willkie.com

Daniel Shamah on behalf of Unknown Olivant Investments Switzerland SA
dshamah@omm.com

Nolan E. Shanahan on behalf of Creditor Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz.com

David B. Shemano on behalf of Creditor Cascade Investment, L.L.C.
dshemano@pwkllp.com

James H. Shenwick on behalf of Unknown Dorothea Douglas
jshenwick@gmail.com

Thomas I. Sheridan on behalf of Unknown Benjamin Gamoran
tsheridan@hanlyconroy.com

Andrew Howard Sherman on behalf of Attorney Sills Cummis & Gross P.C.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Creditor AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Citibank, N.A. and certain Affiliates
sshimshak@paulweiss.com, sshimshak@paulweiss.com

Michael A. Shiner on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
mshiner@tuckerlaw.com

J. Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

Motty Shulman on behalf of Defendant BNP Paribas, London Branch
MSHULMAN@BSFLLP.COM

Carren B. Shulman on behalf of Unknown Bank of New York Mellon
cshulman@sheppardmullin.com, jshah@sheppardmullin.com

Patrick Sibley on behalf of Creditor Bank of Valletta p.l.c.
psibley@pryorcashman.com, dstevens@pryorcashman.com

Paul H. Silverman on behalf of Creditor Corporate Park Associates Inc.
PSilverman@mclaughlinstern.com

Paul N. Silverstein on behalf of Creditor Centerbridge Special Credit Partners, L.P.
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Laurie Selber Silverstein on behalf of Interested Party Genesys Conferencing Europe SAS, Genesys Conferencing Limited, InterCall, Inc., West Receivables Holdings LLC, and West Receivables LLC
bankruptcy@potteranderson.com

Peter L. Simmons on behalf of Creditor Federal Home Loan Bank of Atlanta
peter.simmons@friedfrank.com

Keith A. Simon on behalf of Unknown Fannie Mae
keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Leif T. Simonson on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long Short D SP
lsimonson@faegre.com

Charles E. Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com, mmartir@windelsmarx.com;cdinapoli@windelsmarx.com

Howard G. Sloane on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
pfarren@cahill.com

Thomas R. Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com

Edward Smith on behalf of Creditor Brevan Howard Master Fund Limited
easmith@venable.com

Elizabeth Page Smith on behalf of Creditor Customer Asset Protection Company
esmith@llgm.com

John R. Smith on behalf of Interested Party HBK Master Fund L.P.
jrsmith@hunton.com

Turner P. Smith on behalf of Plaintiff Lehman Brothers Commercial Corp.
tsmith@cm-p.com, jclyne@cm-p.com

Abigail Snow on behalf of Attorney Satterlee Stephens Burke & Burke LLP
asnow@ssbb.com

John H. Snyder on behalf of Creditor Andrew Weber
john@jhsnyderlaw.com, john_snyder@post.harvard.edu

Jay B. Solomon on behalf of Creditor Greenfield's OTP LLC
jay@kleinsolomon.com

Lisa M. Solomon on behalf of Creditor Anke Parr
lisa.solomon@worldnet.att.net

Andrew T. Solomon on behalf of Unknown Acta Asset Management ASA
asolomon@sandw.com, rlombardo@sandw.com

John Wesley Spears on behalf of Creditor Japan Net Bank, Ltd.
john.spears@alston.com

Arthur J. Spector on behalf of Creditor Petroleum Realty Investment Partners, L.P.
aspector@bergersingerman.com, byglesia@bergersingerman.com;efile@bergersingerman.com

Mark A. Speiser on behalf of Creditor Mizuho Corporate Bank, Ltd.
mspeiser@stroock.com, insolvency2@stroock.com

Douglas E. Spelfogel on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
dspelfogel@foley.com, bmjones@foley.com

James H.M. Sprayregen on behalf of Liquidator Liquidators of Lehman Brothers Australia Limited
jsprayregen@kirkland.com, wguerrieri@kirkland.com

Marvin E. Sprouse on behalf of Creditor Level 3 Communications, LLC
msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

J. Gregory St.Clair on behalf of Unknown Gruss Global Investors Master Fund (Enhanced), Ltd.

Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com

Katherine Stadler on behalf of Attorney Godfrey & Kahn, S.C.
kstadler@gklaw.com, zraiche@gklaw.com

Michael Scott Stamer on behalf of Unknown Sunshine Enterprises L.P.
mstamer@akingump.com, cpadien@akingump.com;dkrasa-berstell@akingump.com;sschultz@akingump.com;jsamper@akingump.com

Stephen Z. Starr on behalf of Interested Party Judson
sstarr@starrandstarr.com, lwong@starrandstarr.com

Howard Steel on behalf of Unknown Alandsbanken ABP (Finland), Svensk Filial
hsteel@brownrudnick.com, bchapman@brownrudnick.com;JDMarshall@brownrudnick.com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj.com, nydocketclrk@ffhsj.com,Matthew.Roose@friedfrank.com,cedrick.mendoza-tolentino@friedfrank.com

J. Robert Stoll on behalf of Interested Party The Lehman Hong Kong Liquidators
jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com

Ralph M. Stone on behalf of Creditor Karl Ernsdoerfer
rstone@lawssb.com

Brent C. Strickland on behalf of Interested Party Headstrong Services, LLC
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor European Bank for Reconstruction and Development
harveystrickon@paulhastings.com

Fletcher W. Strong on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
fstrong@wmd-law.com

Walter B. Stuart on behalf of Attorney Freshfields Bruckhaus Deringer US LLP
walter.stuart@freshfields.com

William S. Sugden on behalf of Creditor Aozora Bank, Ltd.
will.sugden@alston.com, heather.byrd@alston.com

David A. Sullivan on behalf of Creditor Fir Tree Capital Opportunity Master Fund, L.P.
david.sullivan@cliffordchance.com

James M. Sullivan on behalf of Interested Party China Development Industrial Bank
jsullivan@mosessinger.com

Walter E. Swearingen on behalf of Unknown Mary Jane DaPuzzo
wswearingen@llf-law.com

Claude Szyfer on behalf of Creditor Mitsui & Co. Commodity Risk Management Limited
cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com

Matthew S. Tamasco on behalf of Unknown PJM Interconnection, L.L.C.
mtamasco@schnader.com

Sara M. Tapinekis on behalf of Creditor Calyon
sara.tapinekis@cliffordchance.com

Robert E. Tarcza on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund
bobt@tglaw.net

Charles Martin Tatelbaum on behalf of Creditor GMAC Mortgage, LLC
ctatelbaum@hinshawlaw.com, smerrill@hinshawlaw.com

James Tecce on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
jteele@lowenstein.com

Jay Teitelbaum on behalf of Creditor Clearbridge Advisors LLC
jteitelbaum@tblawllp.com

H. Marc Tepper on behalf of Defendant PNC Bank, National Association
marc.tepper@bipc.com, donna.curcio@bipc.com

Ronald M. Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
rterenzi@stcwlaw.com

April J. Theis on behalf of Creditor State of Arizona
april.theis@azag.gov

David J. Theising on behalf of Unknown Bell Trace Obligated Group
dtheising@harrisonmoberly.com

Richard C. Tisdale on behalf of Creditor Commonwealth Bank of Australia
richard.tisdale@friedfrank.com

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com, mao-bk-ecf@debevoise.com

Christine M. Tobin-Presser on behalf of Unknown Kline Galland Center
ctobin@bskd.com, psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com

Lawrence E. Tofel on behalf of Unknown Charles Diccianni
letofel@tofellaw.com, mallison@tofellaw.com;jworden@tofellaw.com

Michael Torkin on behalf of Creditor IKB International S.A.
s&cmanagingclerk@sullcrom.com

Jeffrey G. Tougas on behalf of Creditor Sumitomo Mitsui Banking Corporation
jtougas@mayerbrown.com, JCDebaca@mayerbrown.com;mlotito@mayerbrown.com

Dylan G. Trache on behalf of Creditor Wiley Rein LLP
dtrache@wileyrein.com, rours@wileyrein.com

Curtis V. Trinko on behalf of Plaintiff Carolyn Fogarazzo
ctrinko@trinko.com

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com

James N. Truitt on behalf of Transferee CWD OC 522 Master Fund, Ltd.
james.truitt@kattenlaw.com, nyc.bknotices@kattenlaw.com

Brian Trust on behalf of Creditor National Bank of Canada
btrust@mayerbrown.com

Tal Unrad on behalf of Creditor Year Up, Inc.
tunrad@burnslev.com

Rafael J. Valdes on behalf of Unknown Banco Interior de Sao Paulo, S.A.
rvaldes@astidavis.com

Jantra Van Roy on behalf of Defendant Rabobank Group
jvanroy@zeklaw.com

Shmuel Vasser on behalf of Creditor Aviva Investors North America, Inc.
shmuel.vasser@dechert.com, janet.bollinger@dechert.com

Michael J. Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith.com

August C. Venturini on behalf of Creditor Lamita Jabbour
acv@venturini-law.com

Raymond W. Verdi on behalf of Interested Party Barclays Capital, Inc.
rwvlaw@yahoo.com

Paul Vizcarrondo on behalf of Counter-Claimant JPMORGAN CHASE BANK, N.A.
pvizcarrondo@wlrk.com, calert@wlrk.com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai.waisman@weil.com, amanda.hendy@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@weil.com

Shai Waisman1 on behalf of Plaintiff LB 745 LLC
shai.waisman@weil.com

Shai Waisman2 on behalf of Plaintiff Lehman Brothers Derivative Products Inc.
shai.waisman@weil.com

Adrienne Walker on behalf of Creditor Belmont Insurance Company
awalker@mintz.com

Edward Timothy Walker on behalf of Intervenor ERP Operating Limited Partnership
twalker@edwardswildman.com

Lisa L. Wallace on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP as servicing agent for Lehman
Brothers Holding Inc.
lwallace@mwc-law.com

Abbey Walsh on behalf of Creditor Elliott Associates, L.P.
awalsh@kkwc.com

Josephine Wang on behalf of Counter-Defendant Securities Investor Protection Corporation
jwang@sipc.org

Mark W. Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mtb.com

E. Donald Watnick on behalf of Creditor Steiger Associates L.P.
dwatnick@watnicklaw.com

Corey R. Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey.wegner@kutakrock.com

Chaya F. Weinberg-Brodt on behalf of Unknown CRE Capital LLC
chaya.weinberg@withers.us.com

Daniel S Weinberger on behalf of Plaintiff FirstBank Puerto Rico
dweinberger@gibbonslaw.com

Stephen L. Weinstein on behalf of Interested Party Northgate Minerals Corporation
sweinstein@eisemanlevine.com

William P. Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@fklaw.com, vgarvey@fklaw.com;gfox@fklaw.com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co. Inc.
rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct and indirect subsidiaries and affiliates
john.weiss@alston.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Philip Anthony Wells on behalf of Transferee Baupost Group Securities L.L.C.
philip.wells@ropesgray.com

Annie Wells on behalf of Unknown Logan Circle Partners, L.P.
awells@morganlewis.com

Mark F. Werle on behalf of Creditor Rutland Hospital, Inc.
eag@rsclaw.com;dmc@rsclaw.com

Stephen E. Weyl on behalf of Interested Party United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights
sweyl@haslaw.com

David B. Wheeler on behalf of Creditor Public Service of North Carolina
davidwheeler@mvalaw.com

Timothy Raymond Wheeler on behalf of Interested Party Spiral Binding Company, Inc.
twheeler@lowenstein.com, lbonito@lowenstein.com;klafiura@lowenstein.com;dclaussen@lowenstein.com

Lee Papachristou Whidden on behalf of Attorney Salans
lwhidden@salans.com, nkhalatova@salans.com

Dennis J. Wickham on behalf of Interested Party Lusardi Construction Company
wickham@scmv.com

Tally M. Wiener on behalf of Creditor Lionel Dardo Occhione
tallymindy@gmail.com

Monika S. Wiener on behalf of Creditor Various LBT Noteholders
mwiener@dl.com

Michael E. Wiles on behalf of Interested Party Ross Financial Corporation
mewiles@debevoise.com, mao-bk-ecf@debevoise.com

Brady C. Williamson on behalf of Interested Party Fee Committee
bwilliamson@gklaw.com, zraiche@gklaw.com

Deborah D. Williamson on behalf of Interested Party Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson on behalf of Creditor Murphy & Durieu, L.P.
KDWBankruptcyDepartment@Kelleydrye.com

Eric J. Wilson on behalf of Interested Party Fee Committee
zraiche@gklaw.com

L. Matt Wilson on behalf of Stockholder Greg Georgas, et al
efile@willaw.com

Michael G. Wilson on behalf of Unknown Merrill Lynch Capital Services, Inc.
mwilson@hunton.com, shislop@hunton.com;candonian@hunton.com

Stephen P Wing on behalf of Creditor Charles Kuykendall
spwing@iabar.org

Eric D. Winston on behalf of Creditor Committee Official Committee of Unsecured Creditors
ericwinston@quinnemanuel.com

Jane Rue Wittstein on behalf of Debtor Lehman Brothers Holdings Inc.
jruewittstein@jonesday.com

Amy R. Wolf on behalf of Attorney Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, calert@wlrk.com

Joshua Matthew Wolf on behalf of Creditor City Of New York
jowolf@law.nyc.gov

Blanka K. Wolfe on behalf of Creditor Agricultural Bank of Taiwan
bwolfe@sheppardmullin.com

Steven Wolowitz on behalf of Defendant Bank Of America, N.A.
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

James Addison Wright on behalf of Counter-Defendant Millennium International, Ltd.
james.wright@ropesgray.com

Thomas John Wright on behalf of Creditor Giants Stadium LLC
wrightth@sullcrom.com

Karon Y. Wright on behalf of Creditor c/o Karon Y. Wright Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Robert William Yalen on behalf of Unknown United States of America
robert.yalen@usdoj.gov

Robert C. Yan on behalf of Creditor Capital One, N.A.
ryan@farrellfritz.com, ffbkmao@farrellfritz.com

David Farrington Yates on behalf of Interested Party Dr. Michael C. Frege
farrington.yates@snrdenton.com

Jack Yoskowitz on behalf of Defendant Liberty Square CDO I, Ltd.
yoskowitz@sewkis.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC and Affiliated Entities

ecfnydocket@vedderprice.com

Menachem O. Zelmanovitz on behalf of Unknown SunCal Debtors
mzelmanovitz@morganlewis.com

George A. Zimmerman on behalf of Plaintiff Prudential Global Funding LLC
brian.mcdermott@skadden.com

N. Theodore Zink on behalf of Creditor Bayview Finacial, L.P. and Bayview Opportunity Master Fund, L.P.
tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton Willard Homes, Inc.
peter.zisser@squiresanders.com, wilfred.lancaster@squiresanders.com;rudy.green@squiresanders.com;joseph.parilla@squiresanders.com

Scott A. Zuber on behalf of Creditor SPCP Group L.L.C.
szuber@daypitney.com, jhahn@daypitney.com

Edward P. Zujkowski on behalf of Creditor Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan
ezweig@optonline.net

Abraham L. Zylberberg on behalf of Creditor Adagio Fund
azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

**08-13555-jmp Notice will not be electronically mailed to:**

Toni-Ann Citera on behalf of Defendant Trilantic Capital Partners III L.P.
Jones Day (NYC)
222 East 41st Street
New York, NY 10017

Robert C. Micheletto on behalf of Defendant Trilantic Capital Partners III L.P.
Jones Day (NYC)
222 East 41st Street
New York, NY 10017

SC Lowy Primary Investments, Ltd.
,

Paul Zakian
129 East 82nd Street Apt# 10A
New York,, NY 10028

25 Broad, LLC
,

50 Broadway Realty Corp.
,

A-V Services, Inc.
,

A. M. Best Company
Ambest Road
Oldwick, NJ 08858

A/P Hotel, LLC
,

AB Moore, L.P.
,

ACP Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

ADI Conseil
,

ADI Global Opportunity SP

,

AGDOF LF1, Ltd.

,

AJF Holding B.V. and A.J. Friederich

,

ARCHSTONE EQUITY HOLDINGS INC.
200 Park Avenue
New York, NY 10166

ARCHSTONE LB SYNDICATION PARTNER LLC
1271 Avenue of the Americas
New York, NY 10020

ASR Levensverzekering N.V.

,

AXA Alternative Financing Corp.

,

AXA Mezzanine II SA, SICAR

,

Aargauische Kantonalbank

,

Sachiko Abe
State Street Global Services
Midtown Tower
9-7-1 Akasaka
Minato-Ku, 107-6239

Ablemen & Associates Limited

,

Arvin Abraham on behalf of Creditor Natixis ABM LLC
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
bankrout@davispolk.com

Steven M. Abramowitz on behalf of Creditor Continental Airlines, Inc.
Vinson & Elkins LLP
666 Fifth Avenue
26th Floor
New York, NY 10103-0040

Frederic R. Abramson

,

Absalon II, Ltd.

,

Ad Hoc Consortium of Lehman Brothers Special Financing Inc.
Brown Rudnick LLP
Attn: Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY

Aditi Technologies Private Limited
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way
Suite 300
Seattle, WA 98121-1128

Jennifer Adler
166 East 61st Street
New York, NY 10065

Orly Guy Adv.

,

Advanced Micro Devices, Inc.

,

Adventist Healthcare MD

,

Adventist Union Limited

,

Suyash Agrawal on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

Han J. Ahn on behalf of Interested Party Diamond Finance P.L.C.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Ahorro Corporacion Financiera, S.V., S.A.
Paseo de la Castellana, 89, 7 planta
28046 Madrid

,

Jay Aikens

,

Airlie Opportunity Master Fund, Ltd.

,

Smitha Aivar
2452 W. Bayshore Rd.
#7
Paul Alto, CA 94303

Akin Gump Strauss Hauer & Feld LLP

,

Luma Al-Shibib on behalf of Creditor Qwest Corporation and Qwest Communications Corporation
Reed Smith
599 Lexington Avenue
New York, NY 10022

Cornet Alain

,

Alandsbanken Sverige AB

,

David Craig Albalah on behalf of Creditor Internap Network Services Corporation
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
david.albalah@bracewellgiuliani.com

Colin B. Albaugh

,

Ekkehard Alber

,

Alden Global Distressed Opportunites Master Fund, LP

,

Alden Global Distressed Opportunities Masfter Fund, LP

,

Alden Global Distressed Opportunities Master Fund L.P.

,

Alden Global Distressed Opportunities Master Fund LP

,

Alden Global Distressed Opportunities Master Fund, L.P.

,

Alden Global Distressed Opportunities Master Fund, LLP.

,

Alden Global Distressed Opportunities Master Fund, LP

,

Alden Global Distressed Opportunities Master Fund, LP.

,

Alden Global Distressed Opportunities Master Fund,LP

,

Alden Global Hedged Opportunities Master Fund, LP

,

Wim J.M. Alen
Jurneirah Beach Residence
Bahar 5, app. 1204
Dubai,

Andrew Allard
647 Delaware Avenue
Ridgewood, NJ 07450

Shannon Allen

,

Alliance Resource Operating Partners, L.P.
1717 South Boulder Avenue
Tulsa, OK 74119

AllianceBernstein L.P. as Investment Adviser to Philips Pension Trustees Limited

,

Allianz Global Investors France SA

,

Ewald Almstaedt

,

Altova, Inc And Altova Gmbh

,

Ivan Aldea Alvarez
Marina No 43
Valladolid Spain, CP:47009

Manuel Alvaro Guimaraes Gomes

,

Edward J. Alweis

,

America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

American Express Travel Related Services Company, Inc.

,

Gilbert Amster

,

Ana Serratosa Lujan, Begoa Serratosa Lujan, Pablo Serratosa Lujan, Amuala S.L., Finmaser Diversifacin S.L., and Inversiones Esser 2007 S.L.

,

Fernando Martin Anchorena
,

Samuel Magnus Andersen
,

Ian W. Anderson
7 Danson Road
Bexleyheath
Kent, DA68HA

Margareta Anderson
Rue Jacques Jordaens
18B
1000 Bruxelles
,

Mark R. Anderson on behalf of Unknown AllianceBerstein, L.P.
1345 Avenue of the Americas
New York, NY 10105

Hulet Andre
Re Des Haies 14
Gerdinnes, 6280

Richard J. Andre
44 Bay View Avenue
East Hampton, NY 11937

Christopher A. Andreoff
,

Rocco F. Andriola
,

Annegret Bergemann and Klaus-Matthias Bergemann
,

Anthracite Balanced Company (46) Limited
,

Anthracite Balanced Company 46 Limited
,

Anthractie Investments (Cayman) Limited
,

Madelyn Antoncic
350 East 57th Street
Apt. 13A
New York, NY 10022

Campagner Antonella
C/ Diseminados, 18
Alqueria Blanca Baleares
, 07691

Apex LLC
,

Apex LLC
,

Apex, LLC
,

Dhyan Appachu
10460 Roosevelt Blvd N.
Ste. 387
St. Petersburg, FL 33716

Arapahoe County Treasurer
5334 S. Prince Street

Littleton, CO 80166

Arca Vita S.P.A.
,

Archon Bay Capital, LLC
P.O. Box 14610
Surfside Beach, SC 29587

Sudhakar Aremanda
1707 Deer Creek Dr.
Plainsboro, NJ 08536

Arent Fox LLP
,

Arete Research, LLC
3 Post Office Square
Fl. 7
Boston, MA 02109

Tal Lev Ari
,

Aristeia Advisors, L.L.C.
,

Aristeia International Limited
,

Aristeia Partners, L.P.
c/o Aristeia Capital, L.L.C.
136 Madison Avenue
3rd Floor
New York, NY 10016

Kathleen Arnold
,

Kathleen Arnold
9543 North Side Drive
Owings, MD 20736

Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group
c/o Duane Morris LLP, Suite 2000
1540 Broadway
New York, NY 10036

Natau's Menotti Arrozo
,

Lauren W. Ashwell
377 Rector Place
Apt. 14C
New york, NY 10280

Gavin Aslett
,

Astle Plaines Ltd
,

Asurion Corporation
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-1560

Atlantic Forms and Systems Inc.
,

Lee Stein Attanasio on behalf of Attorney Sidley Austin LLP
Sidley Austin LLP
787 Seventh Avenue

New York, NY 10019
lattanasio@sidley.com, emcdonnell@sidley.com

Lauren Attard
,

Veronique Audimiguou
,

Audio Incorporated Sound System Design, Installation & Rental
170-172 West Westfiled Ave
Roselle Park, NJ 07204

Chierichetti Augusto
Via Della Biella 6
Castelianza VA
, 21053

Aurelius Capital Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

Aurelius Convergence Master, Ltd.
Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

Avista Corporation, Cascade Investment, LLC, and Powerex Corp.
,

Axel Siepmann, Siepmann & Cie. Gmb & Co. KG
,

Walter Ayala
Avda. Gonzalo Ramirez 2153/901
CP 11200
,

Donald B.
,

BARCLAYS CAPITAL REAL ESTATE INC.
200 Park Avenue
New York, NY 10166

BB&T Investments
200 South College St.
8th Floor
Charlotte, NC 28202

BE Smith
,

BGC Partners, Inc.
,

BIH ASN LLC
200 Park Avenue
New York, NY 10166

BKS Claims LLC
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Bitkid BV
A.van Woensel
Sinclair Lewisplaats 71
3068 EN Rotterdam
,

BaFin
,

Maheswora N. Baidya
P.O. Box 5144
Laurel, MD 20726

Anne Marie Baione
65 Hartmann Avenue
Garfield, NJ 07026

Paul J. Bakker
,

Corinne Ball on behalf of Plaintiff Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017
dsciabarassi@jonesday.com

Banc of America Securities, LLC
,

Banca Carige S.p.A.
Societa per Azioni
Via Cassa di Risparmio
15 - 16123 Genova
16100 Genova, C.P. 987

Banca Fideuram S.p.A.
,

Banca Monte dei Paschi di Siena SPA
,

Banca Monte dei Paschi di Siena SPA
,

Banca Pololare di Vicenza
,

Banca Popolare Di Sondrio S.c.p.A.
,

Banca Popolare dell'Emilia Romagna Soc. Coop.
,

Banca Profilo S.p.A.
,

Banca Sella Holding S.p.a.
,

Banca Sella Holding Spa
,

Banca di Credito Cooperativo di Alba, Langhe e Roero s.c.
,

Banco Espirito Santo, S.A.
,

Banco Pastor, S.A.
,

Banco Pastor, S.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1620
Miami, FL 33131

Banco Popular Espanol, S.A.
,

Banco Sabadell, S.A.
,

Mark I Bane on behalf of Creditor Sankaty Credit Opportunities III, L.P.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Banif - Banco De Investimiento, S.A.
Rua Tierno Galvan
Torre 3, 14,
Lisbon Portugal, 1070-274

Bank Coop AG
,

Bank Hapoalim B.M.
,

Bank Julius Bear & Co. Ltd
,

Bank Julius Bear & Co. Ltd
,

Bank Leumi Le-Israel B.M.
,

Bank Sarasin & Co. Ltd
,

Bank Vontobel AG, Zurich/ Switzerland
,

Bank Vontobel AG, Zurich/Switzerland
,

Bank of America, National Assocition, Successor by Merger to LaSalle Bank, N.A.
,

Bank of Oklahoma, N.A.
,

Bank of Taiwan, New York Branch
,

Banque Baring Brothers Sturdza SA
,

Banque Bemo Sal
Immeuble Esseil 7th Floor
Riad El Solh Sq
PO Box 11-7048
Beyrouth,

Banque Piguet & Cie S.A.
,

Duncan E. Barber
,

Barclays Bank PLC
,

Barclays Bank PLC
,

Barclays Bank PLC
,

Barclays Bank, PLC
,

Ida May S. Barnes
,

Heather Barone
2406 SW 15th Street
Deerfield, FL 33442

Ross Barr on behalf of Spec. Counsel Jones Day
Jones Day
222 E. 41st Street
New York, NY 10017

Rosalinda Barrios
2152 Dupont Drive
Suite 214-A
Irvine, CA 92612

Johann Bartl
Brunnsteinerstr. 10a
Kolbermoor, D-83059

Myles K. Bartley on behalf of Plaintiff Lehman Brothers Special Financing Inc.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Douglas P. Bartner on behalf of Creditor IKB International S.A.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
dbartner@shearman.com, ned.schodek@shearman.com;yuichi.haraguchi@shearman.com;atenzer@shearman.com

Basso Capital
,

Basso Fund Ltd.
,

Basso Holdings Ltd.
,

Basso Multi-Strategy Holding Fund Ltd.
,

Basswood Opportunity Fund, Inc.
,

Bast-Jager-Koest-Krober & Partner Vermoegensverwaltungs AG
,

Wulf Bayha
,

Bo Bazylevsky
,

JoAnne Beachy
6251 Rosewood
Mission, KS 66205

Donald S. Bean
4132 S. Rainbow
Las Vegas, NV 89103-2058

Donald S. Bear
,

Kurt Rainer Becher
,

Michael Beglan
94 East 235 Street

Bronx, NY 10470

Beheermaatschappij Riksen BV
,

Christian Beier
Christian & Helke Beier
Minneweg 11b
Grunendeich, 21720

John P. Bellantoni
,

Rogelio Beltran
2000 David Ave
Apt 26
Monterey, CA 93940

Rogelio Beltran
2000 David Ave
Apt. 26
Monterey, CA 93940

Gerald C. Bender on behalf of Creditor Arcot Systems, Inc.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
gbender@omm.com

Michael Benedetto
6 Little Bear Drive
Yorktown Heights, NY 10598

Samuel Benedict
Michael Carlin, Weath Management, LLC
7098 E. Cochise Road, Suite 222
Scottsdale, AZ 85253

Samuel E. Benjamin
,

William Bennett
480 Grace Ave
Fairview, PA 16415-1444

Timothy Charles Bennett on behalf of Creditor Caspian Capital Partners LP
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10010
timothy.bennett2@cliffordchance.com

Bruce Bennett on behalf of Creditor Various LBT Noteholders
Dewey & LeBoeuf LLP
333 S. Grand Avenue
Suite 2600
Los Angeles, CA 90071

De Blieck Benoit
Zeedijk-Het Zoute 773/51
Knokke-Heist
, 8300

Menachem M. Bensinger on behalf of Unknown Elizabeth Colon Lopez
McGrail & Bensinger LLP
676A Ninth Avenue, #211
New York, NY 10036
mbensinger@mcgrailbensinger.com

Alberto Bension
,

Gloria K. Berkwits

2944 W. Rascher
Chicago, IL 60625

Howard J. Berman on behalf of Unknown Wilpro Limited and Wilpro Inc.
Ellenoff Grossman & Schole LLP
150 East 42nd Street
New York, NY 10017
hberman@egsllp.com

Scott Howard Bernstein on behalf of Creditor CATOC VIDA, Sociedad Anonima de Seguros
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

Charles G Berry on behalf of Defendant Westpac Banking Corp.
Arnold & Porter
399 Park Avenue
New York, NY 10022-4614
charles.berry@aporter.com

Bradford M. Berry on behalf of Unknown Commodity Futures Trading Commission
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Mirta Bessio
Beruit 2485-Piso 14
Buenos Aires, CP 1117

Carolyn J. Bessler
116 Duncansby Court
Cary, NC 27511

Ingeburg Bethke
Gerbstedter Str. 45
06333 Hettstedt
Deutschland,

Chan Lai Chun Betty
Flat A 61F
No. 17 Austin Ave
Tst Ken,

Beunnel BV
,

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Neil S. Binder on behalf of Creditor BDF Limited
Richchards Kibbe & Orbe LLP
One World Financial Center
29th Floor
New York, NY 10281
mschneider@rkollp.com;jyeh@rkollp.com

Bingham McCutchen LLP
,

Bingham McCutchen LLP
,

Bingham McCutchen LLP
,

Paola Birashi
73 Bryauston Court II
George Street

London, WIH 7HD

Atil Birol
1400 Sokak No: 11 D:30
Goktasi Apt. Konak
Izmir,

Robert L. Biscardi
617 Sunrise Avenue
Winter Springs, FL 32708

Brian W. Bisignani
Post & Schell
17 North Second Street
12th Floor
Harrisburg, PA 17101-1601

Babita Bissessar
1750 East 52nd Street
New York, NY 11234

Kwong Kam Biu
,

BlackRock Advisors, LLC
,

Glen A. Blaze
245 Red Hill Road
Middleton, NJ 07748

Glenn A. Blaze
245 Red Hill Road
Middleton, NJ 07748

Bloomingdale's International Ventures, Ltd.
,

Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587

Michael Blumenthal
590 Madison Avenue
New York, NY 10022-2524

Janice Bobb
,

Chris C. Bobell
10653 Khoury Legue Road
Marion, IL 62959

Anna Boelitz on behalf of Unknown Bingham McCutchen LLP (Successor in Interest to McKee Nelson LLP)
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

Brent D. Boger
P.O. Box 1995
Vancouver, WA 98668-1995

Lisa R. Bogert
13311 Lost Creek Road
Tomball, TX 77375

Boilermaker-Blacksmith National Pension Trust
756 Minnesota Ave
Kansas City, KS 66101

Boise Land & Timber II, LLC
,

Bond Logistix LLC
,

J. William Boone on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
bill.boone@alston.com

Alberto M. Borrino
402-1416 Harwood Street
Vancouver, BC V6G JX5

Allan G. Bortel
2 Ned's Way
Tiburon, CA 94920

Bortstein Legal LLC
,

Bryan Borum
11561 River Run Pkwy
Henderson, CO 80640

Glenn A. Bostic
2607 Swailes Rd.
Troy, OH 45373

Glenn Alan Bostic
2607 Swailes Rd.
Troy, OH 45373

Bowant, Inc.
16 Cherrymoor Drive
Englewood, CO 80110

Michael L. Bowyer
,

Donald L. Boyd
30 Beach Walker Rd
Fernandina, FL 32034

William Brackett
7205 Fresco Lane
Sarasota, FL 34241

Ernst Brandenburger
Bonstadter St. 34
61194 Niddatal
,

Claudia A. Brandon
59 Vista Drive
Little Silver, NJ 07739

Konstantin Braun
26 Winterbottom Lane
Pound Ridge, NY 10576

Carol Braunwarth
16769 Baywood Terrace
Eden Prairie, MN 55346

Daniel S. Braverman on behalf of Unknown Direct Edge ECN LLC
,

Daniel S. Braverman on behalf of Unknown Securities Exchange, LLC
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

Charles F. Brennan

,

Luke Brennan
37 Central Drive
Bronxville, NY 10708

Charles F. Brennan on behalf of Creditor Matthew Hudson
DerGarabedian Dillon Grizopoulos &Nathan
11 Clinton Avenue
Rockville Centre, NY 11570

Lawrence Jay Brenner on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.
Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022

Priems Bresser
Albertplein 16 Bus 72
B-8300 Knokke Heist
,

Kristi Brim
,

Kristi Brim
12421 Riverdale Dr. #2
Valley Village, CA 91607

Evan Brodie
,

Brookdale Senior Living
,

Rodney N. Brown
,

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Edith Brozgal
,

Joseph P. Brunetti
61-26 69th Lane
Middle Village, NY 11379

David C. Bryan on behalf of Defendant JPMORGAN CHASE BANK, N.A.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
dcbryan@wlrk.com, calert@wlrk.com

Lilliana Buccellati
6026 Park Avenue
West New York, NJ 07093

Bob Buck
,

Dietmar Buettner
,

Elke Buettner
,

Mohinani Hassomal Bulchand
,

Bundesanstalt fur Finanzdienstleistungsaufsicht
Graurheindorfer Str. 108

Bonn Germany, 53117

Buoyang Hill Corporation
,

Michael G. Burke on behalf of Creditor American Municipal Power, Inc.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
mgburke@sidley.com, emcdonnell@sidley.com

Michael Burrow
Houseboat Maddalena
106 Cheyne Walk
London, SW10 0DG

Erich Buser
Aargauische Kantonalbank
CH-5001 Aarau
Bahnhofstrasse 58
Switzerland, MWST-Nr.100 203

Stefan Buser
,

Cecelia Butler-McLaughlin
2 Langdon Road
Carle Place, NY 11514

Fatima Butt
69-38 64th Street
Glendale, NY 11385

Andre Butti
,

Ruth Butti-Widmer
,

Jean Carol Button
Flat 1
22, Hermon Hill
Wanstead London, E11 2AP

Robert L. Byman
,

C.V.I. G.V.F. (Lux) Master S.a.r.l.
,

CAT Brokerage AG
,

CDW Corporation
,

CEBFT Russell Securities Lending Fund
,

CEBFT Russell Short-Term Investment Fund STIF
,

CEDAR DKR Holding Fund Ltd.
,

CF Claims LLC
,

CFC Claims LLC
,

CGKL Ventures, LLC
,

CIFG Assurance North America, Inc.
,

CT
,

CT Corporation
,

CT Corporation
,

CT Corporation
,

CT Corporation
,

CT Corporation
,

CT Corporation
,

CT Corporation
1209 Orange Street
Wilmington, DE 19801

CT a Wolters Kluwer Business
,

CT a Wolters Kluwer Business
,

CWCapital EY REIT LB2 LLC
c/o Dechert LLP
Attn: Shmuel Vasser, Esq.
1095 Avenue of the Americas
new York, NY 10036

Elizabeth J. Cabraser on behalf of Unknown Counsel for the Certified Class in Austin v. Chisick
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
30th Floor
San Francisco, CA 94111-339

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Darrell S. Cafasso on behalf of Defendant Barclays Capital Inc.
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

Robert Cagliero
74 Knollwood Dr
Larchmont, NY 10538

Caisse De Depot et Placement du Quebec
,

Caisse Des Depots Et Consignations
,

Caja de Credito de los Ingenieros, SCC
,

Manuel Plens Calamanda
C/Lluis Companys, 2
25003 - Leida
,

Calanthe Capital, LLC
,

John W. Calhoun
,

Thomas R. Califano on behalf of Attorney DLA Piper LLP (US)
DLA Piper LLP (US)
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;sarah.castle@dlapiper.com;jacob.frumkin@dlapiper.com;gabriella.zborovsky@dlapiper.com;evelyn.rodriguez@dlapi

California Department of Water Resources
2033 Howe Avenue
Suite 220
Sacramento, CA 95825

California Independent Systems Operator Corp.
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005

Guillemette Callies
16 Bis Rue Soyer
92200 Neuilly-sur-Seine
,

Ariel Pierre Calonne on behalf of Creditor City of San Buenaventura
Office of The City Attorney
City of San Buenaventura
501 Poli Street
P.O. Box 99
Ventura, CA 93002

D. Alfredo Herrero Calvo
Calle de la Estaction No. 13
47004 Valladolid,

Rosa Maria Calzada Rebolledo
Beethoven 111
Col Leon Moderno
Leon Guanjauto, 37480

Maximiliano Herrera Campos
,

Cheung Kam Mee Camy
Flat A. 19/F Blk. 7.
Carmel Heights, Hong Kong Garden
100 Castle Peak Rd
Hong Kong,

Wade K. Cannon on behalf of Unknown Crystal Springs Printworks, Inc.
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Canon Asset Management Limited as Trustee of the Riclan Trust
P.O. Box 393
St Peter Port
Guernsey, GY1 3FN

Jose Francisco D'Luna Canton
,

Cantor Fitzgerald
,

Cantor Fitzgerald & Co.

,

Capstone Volatility Master (Cayman) Limited

,

Anthony T. Carango
#601 Hillview
21-23 Macdonnell Road
Midlevels H

,

Careprovan Private Stitching
Ciamberlanidreef 34
Beveren-Wass B-9120

,

John R. Carlson
6832 Stonewood Court
Eden Prairie, MN 55346

June L. Carlson
6832 Stonewood Court
Eden Prairie, MN 55346

Dominique Carnoy
Avenue de L'Horizon 53
1150 Woluwe ST Pierre

,

Theresa J. Carpenter
72 North State Road
#170
Briarcliff Manor, NY 10510

Cassandra L. Carpenter on behalf of Creditor Fed. Home Loan Bank-Des Moines
Polsinelli Shughart
700 W. 47th Street, Suite 1000
Kansas City, MO 64112

David Jesus Alpizar Carrillo
Calle #3 #380X8Y8B
Col. La Guerrero, 97118

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205

B. Gene Carter

,

Clara LaTorre Casa Bella
Cajal Franco, Jose Luis
Avda. Pablo Gargallo
105, 4 B
Zaragoza, 50003

Santiago Jimenez Casado
C/ Maldonado 56, 4C
Madrid, 28006

Caspian
c/o Brown Rudnick LLP
Attn: Tim Bennett, Esq.
Seven Times Square
New York, NY 10036

Caspian Corporate Loan Fund, LLC

,

Cassa Di Risparmio Di Alessandria S. P.A.

,

Cassa di Risparmio di Alessandra S.p.A.
Via Dante, 2
15100 Alessandria
,

Jimena Castillo
Juan Paullier No 1510
apto. 603
Montevideo,

Amy Caton on behalf of Unknown Abrams Capital Partners II, L.P.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
acaton@kramerlevin.com, docketing@kramerlevin.com

Iskender Catto on behalf of Unknown Pacific Summit Energy LLC
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

Rocco A. Cavaliere on behalf of Attorney Capital Automotive L.P.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
rcavaliere@blankrome.com, senese@blankrome.com

Centerbridge Credit Advisors LLC
,

Centrosim S.p.A.
,

Centrosim s.p.a.
Societa di Intermediazione Mobilaire
delle Banche Popolari Italiane
Sede: Via Broletto, 37
Milano, 20121

Centrosim s.p.a. Societa di Intermediazione Mobilare delle Banche Popolari Italiane
,

Fabrizio Cesario
Flat 1
12 Redcliffe Square
London, SW10 9JZ

Adam Chadwick
,

Billie Chadwick
24479 State Hwy PP
Skidmore, MO 64487

John Chadwick
24479 State Hwy PP
Skidmore, MO 64487

Maryann Chamberlain
41-21 Denman Street
Apt. 4
Elmhurst, NY 11373

Hing Lin Chan
,

Lori Chan
33-49 75th Street
Jackson Heights, NY 11372

Peter Chan
,

Rose Chan
,

Jacob Chang
1493 Fields Dr.
San Jose, CA 95129

Chang Tsann Rong Ernest Et Liu Ai Lin
Flat A, 27/F Tower 5
68 Bel-Air Peak Avenue
Bel-Air on the Peak
Cyber Port,

Lin Lai Chao Yin
,

Jason Chapin
23 Petersville Road
Mount Kisco, NY 10549

Jason C. Chapin
23 Petersville Road
Mount Kisco, NY 10549

Louise L. Chappy
,

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803

Chau Kam Man & Chiang Wai Man Vivian
,

Gerardo Armando Vidrio Chavez
,

Rosa Te Chen
,

Lai Chun Cheng
Flat - G 29/F, Block 3
South Horizons
Ap Lei Chai,

Chan Sing Cheung
FT E 24/F Blk 1
1 Park View Gdn
8 Pik Tin Street
Shatin,

Chevron Natural Gas
,

Chicago Board Options Exchange, Incorporated
,

Douglas E. Chin on behalf of Creditor Dav-el Reservations
Burns & Levinson LLP
125 Summer St.
Boston, MA 02110
dchin@burnslev.com, tunrad@burnslev.com

China Angel Investment Management Limited
,

China Unique Holdings Ltd
,

Chiphar Corp
,

Hannelore Christ
,

John P. Christian
Tobin & Tobin
500 Sansome Street
8th Floor
San Francisco, CA 94111-3214

John P. Christian on behalf of Unknown John Rosekrans
TOBIN & TOBIN
500 Sansome Street
8th Floor
San Francisco, CA 94111-3211

Ong Stephen Chua
4th Floor Flat
A Greenfield Mansion #8
Kingston Streeet
Causeway Bay,

Jeffrey Chubak on behalf of Creditor The Boston Company Asset Management, LLC
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
jchubak@dl.com

Lin Wu Chuch
,

Lau Ha Chun
,

David C. Cimo on behalf of Unknown Ka Kin Wong
Genovese Joblove & Battista, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131

Toni-Ann Citera on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
Jones Day
222 East 41st Street
New York, NY 10017
tcitera@jonesday.com

Citibank International PLC
,

Citibank, N.A.
701 East 60th Street North
SIOUX FALLS, SD 57117

Citic Bank International Limited (formerly known as Citic KA Wah Bank Limited)
,

City of Cleveland, OH
,

City of Milwaukee, Wisconsin
,

Clariden Leu Ltd.
,

Monica Diaz Clark
,

Furia Clauda
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Cleijpool, G.J. & Van der Sande, J.M.

,

Joost le Clercq on behalf of Unknown Oostnederlandse Vereniging Aannemers Reservefonds
Advocaten en Belastingadviseurs N.V.
Koninginneweg 6
1075 CX Amsterdam
,

Clerk's Office Office, U.S.Bankruptcy, S.D.N.Y
,

Clerk's Office U.S. Bankruptcy Court
,

Clerk's Office of the U.S. Bankruptcy Court
,

Clerk's Office of the U.S. Bankruptcy Court
,

Clerk's Office, U.S. Bankruptcy Court
,

Clerk's Office, United States Bankruptcy Court
,

Clerk, U.S. Bankruptcy Court
,

Kevin Clifford
75 Grant Ave
Islip, NY 11751

Daniel Clute
6604 Ducketts Lane
Elkridge, MD 21075

Coblentz, Patch, Duffy & Bass LLP
c/o Gregg M. Ficks, Esq.
1 Ferry Bldg, #200
San Francisco, CA 94111

Dean Coccaro
,

Thomas M. Cockreil
2701 Brandon Rd.
Upper Arlington, OH 43221

Darian Cohen
,

Michael A. Cohen on behalf of Unknown Dow Corning Corporation
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

David Nathan Cohn
Tres Peces 14 Estudio
E-28012
Madrid,

Cassandra L. Coleman
,

Christine Coleman
,

Michael Alexis Coleman
,

Robert I. Coleman
430 Village Place

Apt. 302
Longwood, FL 32779

Scarlett E Collings on behalf of Plaintiff Lehman Brothers Special Financing Inc.
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002

Sandra E Collings on behalf of Unknown Ka Kin Wong
Weil, Gotchal Manges LLP
700 Louisiana
Houston, TX 77002

Michael Collins
19 Burr Rd.
Hull, Ma 02045

Collins Building Services
Court Square Place
24-01 44th Road
Long Island City, NY 11101

Comercial Jordi S.A.
Gremi Selleters i Basters
14 Palma de Mallorca
, 07009

Compass Bank
c/o W. Clark Watson
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201

Concur Technologies, Inc.
,

ConocoPhillips
McLean 3180
600 North Dairy Ashford
Houston, TX 77079

Gisela Conrad
,

Gerald D. Constance
7225 Warren Road
Ann Arbor, MI 48105

Constellation Capital Management LLC
520 Madison Ave, 18th Floor
New York, NY 10022

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Contrarian Funds, LLC
411 W. Putnam Ave., Ste. 425
Greenwich, CT 06830

Conway & Mrowiec
,

Chadwick W. Cook
,

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas
29th Floor
New York, NY 10019

Corus Bank, N.A.

,

Javier Cosme

,

Jeffrey Costell on behalf of Creditor Easton Investments II
Costell & Cornelius Law Corporation
1299 Ocean Avenue
Suite 400
Santa Monica, CA 90401

Patrick M. Costello on behalf of Interested Party SuccessFactors, Inc.
Vectis Law Group
2225 E. Bayshore Rd
Suite 200
Palto Alto, CA 94303
pcostello@vectislawgroup.com, clee@vectislawgroup.com

Patrick M. Costello on behalf of Interested Party Sun Microsystems, Inc.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306
, clee@vectislawgroup.com

Timothy A. Cotten
9543 North Side Drive
Owings, MD 20736

Timothy A. Cotten
9543 North Side Drive
Owings, MD 20736

Melissa Couch
c/o Stuart P. Gelberg, Esq.
600 Old Country Road
Suite 410
Garden City, NY 11530

Michael Couch
c/o Stuart P. Gelberg, Esq.
600 Old Country Road
Suite 410
Garden City, NY 11530

Coughlin Stoia Geller Rudman & Robbins, LLP on behalf of Plaintiff Chun IP
58 South Service Road
Suite 200
Melville, NY 11747

Sylvia Cousins

,

Francisco Orozco Covarrubias

,

Alan B. Cox on behalf of Creditor Tehama County
727 Oak Street
Red Bluff, CA 96080

Christopher J. Cox on behalf of Plaintiff Lehman Brothers Special Financing Inc.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
chris.cox@weil.com

Edmund Craston
8 St Maur Road
London, Sw6 4DP

Credit Suisse (ITALY) SPA
,

Credit Suisse (UK) Limited
,

Credit Suisse AG
,

Credit Suisse AG, Zurich/Switzerland
,

Credito Emiliano SPA
,

Patrick Cremin
12 Lauderdale Mansions
Lauderdale Road
Maida Vale
London, W9 1NE

John P. Crhistian on behalf of Unknown John Rosekrans
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211

Mark A. Crigler
1904 Oak Leaf Ct
Mobile, AL 36609

Elena Cristina
,

Clyde C. Crockett
7981 Prospect Place
La Jolla, CA 92037

Currenex, Inc.
,

Curtis, Mallet-Prevost, Colt & Mosle LLP
,

Curtis, Mallet-Prevost, Colt & Mosle LLP
,

Curtis, Mallet-Prevost, Colt & Mosle LLP
,

Gary A. Cutler
40 College Street
Suite 302
Burlington, VT 05401

Cyrus Capital Partners, L.P.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Stanley Czajka
488 NW 8th St.
Boca Raton, FL 33432

Veronica V. D' Luna Ascencio
,

Cynthia P. D'Luna Ascencio
,

Jacqueline D'Luna Ascencio
,

DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

DKR Ibex Holding Fund Ltd.
,

DKR Soundshore Oasis Holding Fund Ltd.
,

DVM
,

DZ BANK Ireland plc
,

DZ Bank AG Deutsche Zentral-Genossenschaftsbank
,

DZ Bank Ireland Plc
,

Israel Dahan on behalf of Creditor FXCM Holdings, LLC
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281
israel.dahan@cwt.com;david.moura@cwt.com

Lars Dahike
,

Lars Dahlke
Westpreubenstrasse 18
26954 Nordenham
,

Damon Bee TTEE
,

Dan Schwarzmann, Provisional Liquidator of Lehman Re Ltd.
,

Thomas Danielle
16 Avenue des Tilleuls
16-40 Rhode Saint Genese
,

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genese
Belgium,

Wouters Danielle
Steenovenstraat 14
2390 Westmalle
,

Darby Financial Products
,

Nachiketa Das
301 East 69th Street
Apt. 19B
New York, NY 10021

Andrew Davalla
75 Lexington Court
Holmdel, NJ 07733

David D. Tatsch and Sheila E. White
,

Douglas R. Davis on behalf of Unknown CItibank (Hong Kong) Limited
Paul Weiss Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

franklin.levy@venetian.com

Carolina De Baeremaecker
Rincon 454 of. 503
,

Herma De Carvalho
,

Lillian Frank De Castellanos
,

Patricia De Guadalupe Paramo
,

Nestor De Jesus
,

Ma De La Paz Gomez Flores
,

Patricia De La R De B.
Calle 38 18BX9 Y 11
Fracc Campestre
Merida Yucatan, 97120

De Lochtenberg Beheer BV
,

Liliana Ascencio De Luna
,

Ana Maria Preciat De Menendez
Calle 6 No. 59 X 21
Privada Real Montecristo
Merida Yucatan, 97133

Mary J. De Palma
8239 Longden Circle
City Heights, CA 95810

Manuel De Santiago Gercar
,

Francois De Smet D'Olbecke
,

Dominique De Ville
Rue Saint Martin, 28
Nil-St- Vincent, 1457
,

Irma Olvera De Walker
Calle 43 # 194 Por 28
Fracc. San Antonio Cucul
Merida, Yucatan, 97116

Colombo DeAgazio
10003 Ambassador Drive
Westbourough, MA 01581

Elvira DeCaro
33 Brookridge Avenue
Eastchester, NY 10709

Fran DeLaura
9061 Blarney Stone Drive
Springfield, VA 22152

Donna DeSouza
4400 Britley Lane
Harrisburg, NC 28075

Latifa Debbarh
Flat 21
City Harbour
8 Selsdon Way
London, E14 9GR

Barbara Hatton Decker
295 Shirley Avenue
Staten Island, NY 10312

Maria Del Pilar Anolles
,

Ma Del Refugio Gomez Flores
,

Michalina Del Rio
,

Steven G. Delaney
,

Steven G. Delaney
,

Steven G. Delaney
,

Steven G. Delaney
4 Valley Ridge Road
Harrison, NY 10528

Steven G. Delaney
4 Valley Ridge Road
Harrison, NY 10528

Norma Delepine
705 Westfield Road
Scotch Plains, NJ 07076-2121

Deminor International SCRL/ CVBA
,

Deminor International SCRL/CVBA
,

Department of Labor and Industries
,

Department of Treasury, Internal Revenue Service
,

Derivative Claimants
,

Derivative Counterparties
,

Jack E. Desens
P.O. Box 2079
Orleans, MA 02653

Mathieu Desforges
2 Dickens Mews
London, EC1M 5SZ

Luc A. Despins on behalf of Creditor CarVal Investors UK Limited
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
kathleenmangual@paulhastings.com;fairpoint@bmcgroup.com;lauraflippin@paulhastings.com

Pierre Detournay

,

Paul H. Deutch on behalf of Creditor Jason Wallace
Omni Management Group
1120 Avenue of the Americas
4th Floor
New York, NY 10036
paul@omnimgt.com;bosborne@omnimgt.com;katie@omnimgt.com;nova@omnimgt.com

Deutsche Bank AG, London
,

Deutsche Bank AG, London Branch
,

Deutsche Bank AG, Tokyo Branch
Sanno Park Tower
11-1 Nagata-cho 2chome
Chiyoda-ku, Tokyo,

Deutsche Bank Europe GmbH Belgium Branch
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Deutsche Postbank AG
,

Deutsche Zentral-Genossenschaftsbank AG
,

Dexia Banque SA
,

Dexia Private Bank (Switzerland) Ltd
,

George E. Di Russo
,

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471

Elizabeth DiLiegghio
3630 N. Indianhead Rd.
Hernando, FL 34442

Rolando DiLiegghio
3630 N. Indianhead Rd.
Hernando, FL 34442

Diener Investments, LP
c/o Robert Diener
8 Indian Creek Island Road
Indian Creek Village, FL 33154

Clara Diez Ezcurra
Carlos VII, 7-4ª Izda.
Portugalete-Vizcaya, 48920

Robert Dimeglio
,

Gianni Dimos on behalf of Creditor CPMG, Inc.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

DiscoverReady LLC
,

Michael Dockterman on behalf of Intervenor ERP Operating Limited Partnership
Edwards, Wildman Palmer LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606

John C. Doherty on behalf of Unknown East River Management, Ltd.
The Law Offices of John C. Doherty
469 Seventh Avenue
Suite 204
New York, NY 10018

Juana Cano Domene
,

James E. Donahoe
1765 Royal Saint George Drive
Westlake Village, CA 91362

Mary Kay Donahoe
1765 Royal Saint George Drive
Westlake Village, CA 91362

Christopher R. Donoho
875 Third Avenue
New York, NY 10022

Doppenberg A.F.J.
Ferguutgaarde 7
7329 BG Apeldoorn
,

Dover Master Fund II, L.P., c/o Longacre Management, LLC
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Borrenmans Lucien Dreis Elisa
Wyckmansveld 6
B-2850 Boom
,

Drinker Biddle & Reath LLP
,

Drs Pieter de Haes LLM
,

Drs. A.A.M. Heinemann
,

Christian Du Mortier - Houyet
Avenue Winterberg, 17
Rixensart, 1130
,

Duane Morris LLP
,

Michael Duceatt
2472 Deep Forest Ct.
Portage, MI 49024

Kavitha Duddukuri
25 Capri Dr,
Johnston, RI 02920

Sridhar Duddukuri
30P Reading Road
Edison, NJ 08817

Brigitte Dudek

,

Rudolf Dudek

,

Carola Duering

,

Manuel Duerr

,

Duff & Phelps LLC

,

Duff & Phelps, LLC

,

Kathleen C. Duffy
375 South End Avenue
Apt. 27A
New York, NY 10280

Christopher Emmanuel Duffy on behalf of Plaintiff Barclays Capital Inc.
Boies Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

Bruce Duke
4201 Grenwich Lane
Mount Laurel, NJ 08054

Dungan Partners, LP

,

Michael Dunn
Norton Rose LLP
3 More London Riverside
London, UK SE1 2AQ

Michael Dunn on behalf of Unknown Caja De Credito De Los Ingenieros, SCC
Norton Rose
3 more London Riverside
London SE1 2AQ,

Michael K. Dunn on behalf of Unknown Norton Gold Fields Limited
31 Tiemann Pl. Apt. 68
New York, NY 10027

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com;financialrestructuringefilings@milbank.com

Duquesne Light

,

Donald C. Dybeck
50 nantucket Place
Port Townsend, WA 98368

Robert C. Dyer
2 Mclaren Road South
Darien, CT 06820

EFG Bank AG Hong Kong Branch

,

ERSEL SIM SpA

,

EUROMIX SICAV, SA

,

Easdaq
,

James Eason
2100 Jackson Street
San Francisco, CA 94115

East West Bancorp
,

Alice B. Eaton on behalf of Unknown Rust Belt Holdings, L.L.C.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
aeaton@paulweiss.com

Rosalind Ebanks
9267 SW 169th Ave.
Miami, FL 33196-4836

Daniel J. Ebbert
324 Wayland Road
Cherry Hill, NJ 08034

Daniel J. Ebbert
324 Wayland Road
Cherry Hill, NJ 08034

Robert Eberwein
1853 9th Avenue
Oakland, CA 94606

Christoph Ecke
,

Steffi Ecke
,

Edith Welter
,

Lance Edwards
9 Catskill Road
Monroe, NY 10950

Paul Edwards
9 Catskill Road
Monroe, NY 10950

Weston T. Eguchi on behalf of Creditor The Bank of Nova Scotia
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Martin Eisenberg on behalf of Unknown A.M. McGregor Home
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Martin.Eisenberg@thompsonhine.com

Heinz-Joachim Elbe
Hans-Bohm-Zeile 32
, 14165

Elisabeth Anna Bloos
,

Matthew Eller
,

Ellington Overseas Partners, LTD

,

Brian Ellis
407 N 10th Ave
Pocatello, ID 83201

Ellsworth Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Embarcadero Aircraft Securitization Trust
,

Randolph H. Emerson
,

Empire State Carpenters Pension Plan
c/o Manning-Napier Advisors Inc
Attn: Kimberly Baxter
290 Woodcliff Dr
Fairport, NY 14450

Employers Insurance of Wausau
,

Enterprise Products Operating LLC
,

Jerome L. Epstein
,

Ercan Eren
Sudetenstr. 42
Neu-Ulm, 89233

Ernst & Young LLP
,

Ernst & Young LLP
,

Esbin & Alter, LLP
497 South Main Street
New City, NY 10956

Maria Agueda Mateos Escudero
Avda. Jose Mesa y Lopez, 15, 5E
E-35006 Las Palmas de Gran Canaria
,

Charles R. Eskridge on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Susman Godfrey, L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
ceskridge@susmangodfrey.com, dbrewer@susmangodfrey.com

Sabine Esser
,

Matteo Etedmad
2037 White Cedar Lane
Waxhaw, NC 28173

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn: Darrell W. Clark, Esq.
1150 18th Street, N.W.
Suite 800
Washington, DC 20036-3816

F.B Heron Foundation
,

F.B. Heron Foundation
,

F.E.J.M. Bemelmans Beheer B.V.
Prins Florislaan 5,
1171 LN Badhoevedorp
,

FBN Securities, Inc.
members New York Stock Exchange
FINRA . SIPC
120 Broadway, Suite 1034
New York, NY 10006

FIA - Future Industry Association
,

FTI Consulting, Inc.
,

Doeke C. Faber
Virulypad 27
2316ZS Leyden
,

Edvard-Ragnar Fackner
Wassertostr. 65q
Berlin, 10969

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

Falcon Leven N.V.
,

Barry J. Falltrick
9A Van Diemans Road
Chelmsford Essex, CM2 9QG

Ilias Famelos
,

Kit Che Fan
,

Kitty Kit Tak Fan
,

Farallon Capital Institutional Partners II, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Institutional Partners III, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Institutional Partners, L.P.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Offshore Investors II, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Offshore Investors III, Inc.
c/o Farallon Capital Management, L.L.C.

One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Farallon Capital Partners, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Joel J. Farrer
19313 Sea Island Dr.
Pflugerville, TX 78660

Federal Deposit Insurance Corporation, as Receiver of Westernbank Puerto Rico
,

Federal Home Loan Bank of New York
,

Serve Feij
Hoge Barakken 7D
6221 GM Masstricht
,

Michael S. Feldberg
,

Michael S. Feldberg on behalf of Interested Party Barclays Capital, Inc.
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com;adrienne.schwisow@allenovery.com

Steven H. Felderstein on behalf of Creditor California Public Employees Retirement System
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814-4434
sfelderstein@ffwplaw.com

Matthew Allen Feldman on behalf of Creditor IntraLinks, Inc.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
maosbny@willkie.com

Andrea Feles
,

Jospeh V. Ferguson
,

Maria Conceicao Ferreira Rodrigues
Urbanizacion El Centro
Calle Zamora crece con Victoria
No 121
Maracay Edo Aragua,

David R. Fertig on behalf of Plaintiff Lehman Brothers Special Financing Inc.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Christian Fichtl
Osternacher Weg 10
D-83298 Prien
,

Heinz Fiebiger
,

Lori R. Fife
,

Lori R. Fife on behalf of Plaintiff Lehman Brothers Special Financing, Inc.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com, garrett.fail@weil.com

Sarah Filbee
107 Maze Hill
London, SE108XQ

Daniele Filippo
via Roma 42
S. Giovanni al Natisone (UD)
, 33048

Edmund Finder
1725 York Ave
Apt. 30C
New York, NY 10128

Edmund L. Finder
,

Fir Tree Value Master Fund, L.P.
,

Fir Tree Value Master Fund, LLP.
,

Artur Fischer
,

Claude Fitvoye
Rue de L'Abattoir 4 1/2
Binche, 7130

Cynthia Flackman
105 Pine Brook Road
Montiville, NJ 07045

Ana Maria Ocampo Flores
,

Deborah E. Focht
530 E. Laurel Road
Nokomis, FL 34275

Fondation Jean Praet A.S.B.L.
Boulevard Lambermont 63
Brussels, 1030

Fondazione Cassa di Risparmio di Padova e Rovigo
,

Fondiaria - Sai S.p.A.
,

Force Manner Co., Ltd.
27/F
Unit C-D
Wyndham Place Central
Hong Kong,

Forest Holdings Inc
,

Robert Forfia
36 Day Court
Mahwah, NJ 07430

Chantal Catherine Forler
2701 Evelina
Hiranandani Estate

Thane West, 400607

Alsina Fornt
,

Maria J. Alsina Fornt
,

Dennis E. Forster
5352 2B Calle Real
Santa Barbara, CA 93111-1688

Janice K. Fortune
4500 Park Court
Bellaire, TX 77401

Joseph L Fox
60 East 42nd Street
Suite 2231
New York, NY 10165

Katherine A. Fox on behalf of Creditor Utah State Bar
,

Jose Luis Cajal Franco
Avda. Pablo Gargallo
105, 4 B
Zaragoza, 50003

Bernier Francois
,

Cole Frank
Kromvendreef 52
B-2900 Schoten
,

Henry Frankenberg
16 Horseshoe Lane
Rolling Hills Estates, CA 90274

Zoologische Gesellschaft Frankfurt
,

Rosemarie Franzo
119 87th Street
Brooklyn, NY 11209

Inigo Fraser-Jenkins
10 Wyndham Street
London, W1H 1DB

Allan Freedman
1415 Queen Ann Road
Suite 203
Teaneck, NJ 07666

Carolyn O. French-Davis
203 Waterside Drive
Lafayette, LA 70503

Jeffrey L. Friedman on behalf of Unknown Samuel Friedman
Friedman & Associates
100 Owings Court
Reisterstown, MD 21136

Donald N. Fritts
,

Kevin Fritz on behalf of Unknown Rosslyn Investors I, LLC
Storch Amini & Munves, PC
2 Grand Central Tower
25th Floor

New York, NY 10017

Anthony A. Froio on behalf of Unknown American Fire & Casualty Insurance Company
Robins, Kaplan, Miller & Ciresi, L.L. P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080

Maureen T. Fromme
333 Old Schylerville Rd.
Greenwich, NY 12834

Kelly Fryer
49 Maritime Close
Greenhithe
Kent
, Da9 9 QW

Armita M. Fucci
,

Grace Sin Yu Fung
Flat B, 24/F, Block 7
Cavendish Heights
33 Perkins Road
Jardine's Lookout,

GAM Equity Six Inc.
,

GE Corporate Financial Services, Inc.
,

GMAC LLC
,

GMAC Residential Capital
,

GMAC-IM
,

GN3 SIP L.P.
,

GN3 SIP Ltd.
,

GS Investment Strategies, LLC
,

GT Distressed Debt Master Fund, LP
,

GT High Yield Value Master Unit Trust
,

Robert W. Gaffey on behalf of Plaintiff Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Carly Galiger
9 Joseph Court
Monroe, NY 10950

Donna Galiger
9 Joseph Court
Monroe, NY 10950

Gerard Galiger
9 Joseph Court
Monroe, NY 10950

Kelsey Galiger
9 Joseph Court
Monroe, NY 10950

Kylie Galiger
9 Joseph Court
Monroe, NY 10950

Jaime Hernandez Gallego
,

Galliard Capital Management, Inc., acting as agent for various funds
,

Neus Pena Galvez
C/ Gutenberg, 1
08224 - Terrassa
Barcelona, 08224

Garadex, Inc.
,

Sylvia Garcia Pastori
,

Enrique Garicia G.
,

Gaston Christian School, Inc.
,

Margaret E. Gattuso
101 Warren Street
Apt 1120
New York, NY 10007

Stephen Gaty
,

Samir Gebrael on behalf of Creditor Tensor Opportunity Limited
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017

Jay Gelb
185 Soundview Drive
Port Washington, NY 11050

Christine L. Geldard
,

John H. Genovese on behalf of Unknown CHUN IP
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 S.E. 2nd Street 44th Floor
Miami, FL 33131

Ifigeneia Georgili-Genigeorgiou
,

Geroa Pentsioak EPSV
,

Leonard H. Gerson on behalf of Interested Party Secretary of United States Department of Labor
U.S. Department of Labor, SOL/PBSD
P.O. Box 1914
Washington, D.C., DC 20013
gerson.leonard@dol.gov

Christopher J. Giaimo on behalf of Creditor Transaction Network Services, Inc.
Arent Fox LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Gibson Dunn & Crutcher LLP
,

Gibson Dunn & Crutcher LLP
,

Matthrew Q. Giffuni
353 E83rd St
#23H
New York, NY 10028

Flos Gilberta
Stationstraat 82 D
Geel B-2440
,

Eric Giles
14043 Forrer
Detroit, MI 48227

Eric C. Giles
14043 Forrer
Detroit, MI 48227

Bowman Gilfillan
,

Steven D. Ginsburg
,

Joseph J. Giordano
772 Willowbrook Dr.
Apt. 908
Naples, FL 34108

Battecca Giuseppe
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Lara O. Glaesman on behalf of Unknown Pines Edge Value Investors Ltd.
Leonard, Street And Deinard
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Mark Glasser
200 Park Avenue
New York, NY 10166

Evan Glassman on behalf of Interested Party US Airways, Inc.
Steptoe & Johnson, LLP
1114 Avenue of the Americas
New York, NY 10036
eglassman@steptoe.com, gdaly@steptoe.com

Jaf Glazer
Conquest Advisors, Ltd.
36 East 20th Street
2nd Floor
New York, NY 10003

Chirsta Gleim
,

Helmut Gleim
,

Glencore Energy UK Ltd.
,

H. Lee Godfrey on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Sussman Godfrey, L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096

Lindsey N. Godfrey on behalf of Unknown UK Administration Companies
Susman Godfrey, L.L.P.
1201 3rd Avenue,
Suite 3800
Seattle, WA 98101

Francisco Godinho
,

Jason M. Goldberg
,

Michael S. Goldberg
,

Craig Goldblatt on behalf of Interested Party Intel Corporation
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037
patricia.taylor@wilmerhale.com

Gene Golden
161 Fairway Rd
Lide Beach, NY 11561

Maureen Golden
161 Fairway Rd
Lide Beach, FL 11561

GoldenTree Asset Management, LP
,

GoldenTree Distressed Debt Fund LP
,

GoldenTree Distressed Debt Master Fund, LP
,

GoldenTree European Select Opp. LP
,

GoldenTree European Select Opportunities Master Fund, LP
,

GoldenTree High Yield Master Fund II, Ltd.
,

GoldenTree High Yield Master Fund, Ltd.
,

GoldenTree High Yield Value Fund Offshore II, Ltd.
,

GoldenTree High Yield Value Master Fund Ltd.
,

Sheryl Goldman
1820 Bittersweet Lane
Mount Prospect, IL 60056

Goldman Sachs Asset Management International, as authorized agent for Stichting Pensioenfonds ABP
,

Goldman Sachs Asset Management, L.P.
,

Goldman Sachs International
,

Goldman Sachs & Co Goldman Sachs International
,

Antonia Golianopoulos on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820
agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Elisabeth Golz
Neuffen Strasse 6
73107 Eschenbach
,

Salvador Gomez F.
,

Gomez Holdings, Inc.
Nestor L. Camacho, Treasurer
P.O. Box 3450
Mayaguez, PR 00681-3450

Ana Maria Gomez Mundo
,

Alicia Gonzalez
,

Ernesto Javier Almada Gonzalez
,

Georgina Margarita Gonzalez
Calle Del Creston #1542
Seccion Jardines
Playas de Tijuana, BC
, 22206

Ruben Garcia Gonzalez
,

Peter S. Goodman on behalf of Unknown EPCO Holdings
McKool Smith, P.C.
One Bryant Park
47th Floor
New York, NY 10036
pgoodman@mckoolsmith.com, bumari@mckoolsmith.com

Marc Van Gorp
Grote Baan 97 bus 7
Ravels B-2380,

Gort, Rudolf Jun c/o CMG Dr. Zorn & Partner, AG
,

Andrew D. Gottfried on behalf of Creditor Hotspot FXr LLC and Hotspot FXi, LLC
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Lawrence Mark Gottlieb on behalf of Plaintiff The Brooklyn Hospital Center
Hass & Gottlieb
670 White Plains Road
Suite 121
Scarsdale, NY 10583

P. van der Graaf
Meranti 173
3315 TT Dordrecht
,

Anna Maria Graf
,

Karl Graf
,

Richard Graham
341 Pinetree Dr., NE
Atlanta, GA 30305

Gramercy Wharehouse Funding, I LLC
,

Michael Gran
45 Comely Lane
Latham, NY 12110

Jose Manual Grana Molares
,

Lindsee P. Granfield on behalf of Defendant Barclays Capital, Inc.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Luitgard Graul-Neumann
,

Bianco Graziella
Via Tana Bassa, 30
14048 Montegrosso d' Asti (AT)
Italy,

Stefanie Birbrower Greer on behalf of Spec. Counsel McKee Nelson LLP
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
joshua.mclaughlin@bingham.com

Brian E. Greer on behalf of Unknown Dechert LLP
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
brian.greer@dechert.com, julian.pereira@dechert.com

Claudia Greiff-Reusch
,

Buys Greta
Bellestraat 75 A
B-9100
Sint-Niklaas,

Claudia Grohs
,

Robert L. Gross
5 Sailwing Club Drive
Hilton Head, SC 29926

Groupama Asset Management on behalf of Groupama Gan Vie
58 bis rue la Boetie
75008
Paris,

Peter Gruenberger on behalf of Plaintiff Lehman Brothers Commodity Services, Inc.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Peter Gruenberger on behalf of Plaintiff Lehman Brothers Financial Products Inc.
Weil, Gotshal & Manges, LLP

767 Fifth Avenue
New York, NY 10153

Barry P. Gruher on behalf of Creditor Jaime H. Murcia
Genovese Joblove & Battista, P.A.
PNC Bank Building
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301

Lutz Grunert
,

Gruss Arbitrage Master Fund, Ltd.
,

Guggenheim Partners Asset Management, Inc.
,

Virginia Whitehill Guldi on behalf of Creditor State of New Jersey, Department of Treasury
Zuckerman Spaeder LLP
1800 M Street Suite 1000
Washington, DC 20036

Mathew Gulrich, Jr.
2110 Businc Church Rd.
Marydel, MD 21649

Gunter Steinbeck and Kaethe Steinbeck
,

Jordan Gurevich on behalf of Unknown TnT Expense Management, LLC
,

Gustavo de los Campos
,

Estela M. Guzman Aldana
,

HLH Partnership
,

HST Lessee SNYT Lessee
,

GARY P. HUNT on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Ingo Hafner
,

Daniel R. Hager
641 Calle Yucca
Thousand Oaks, CA 91360

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Henry Manzano Haleby
,

Edith S. Hall
,

Ottmar Hall
1829 Lacombe Avenue
Bronx, NY 10473

Kyle Hamatake

171 S. Craig Dr.
Orange, CA 92869

Tara Hannon on behalf of Transferee Oaktree Huntington Investment Fund, L.P.
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989
thannon@mkmb.com

Hapoalim Securities USA Inc.
,

Lynn P Harrison on behalf of Plaintiff Lehman Brothers Commercial Corp.
Curtis, Mallet Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Lynn P Harrison on behalf of Plaintiff Lehman Commercial Paper Inc.
Curtis, Mallet Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Yamani Hartono
Taman Pluit Murni
IV No. 2
Jakarta Utara, 14450

Peter Harutunian on behalf of Creditor Carlos Manalac
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
hcondell@phillipsnizer.com

Diane Harvey on behalf of Debtor Lehman Brothers Holdings Inc.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Philip H. Hauger
5821 Amy Drive
Oakland, CA 94618-2615

Robert F. Hausmann
7074 Falcon's Run
Lake Worth, FL 33467

James T. Hawthorne
5762 Portsmouth Drive
Montgomery, AL 36116

Daniel Haykin
16234 E. Prentice Pl.
Centennial, CO 80015

Holly Hedge
St. Johns Hill Rd
Working Surrey
, Gu2I 7RG

Andreas Heine
,

Frank Heine
Martin-Hoop-Weg 1
Zwickau, 08060

Jay S. Hellman on behalf of Plaintiff Western Digital Corp.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Jay S. Hellman on behalf of Plaintiff Western Digital Corp.

SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Helsingborgs Stad
,

David M. Hendrickson
,

Heinrich Hensch
,

Leonore Hensch
,

Hermes,LTD
,

Regina Hernandez Tercero
,

Mary C. Hess
236 Indian Cove Dr.
Dawsonville, GA 30534-7334

William L. Hess
236 Indian Cove Dr.
Dawsonville, GA 30534-7334

Hess Corporation
,

Hess Energy Power & Gas Company (UK) Limited
,

Hess Energy Power and Gas Company (UK) Limited
,

Hess Energy Trading Company LLC
,

Hess Energy Trading Company, LLC
,

Highbridge Asia Opportunities Master Fund, L.P.
,

Highbridge Convertible Arbitrage Master Fund, L.P.
,

Highbridge International LLC
,

Ronald A. Hijmans
Canadastraat 11
Holten, 7451ZJ

Francis Hill
9595 Red Bird Lane
Alpharetta, GA 30022

Francis J. Hill
9605 Buckingham Circle
Cumming, GA 30040

Francis J. Hill
9605 Buckingham Circle
Cumming, GA 30040

William J. Hine on behalf of Debtor Lehman Brothers Holdings Inc.
Jones Day

222 East 41st Street
New York, NY 10017-6702

Ng Wai Hing
,

Ho Kam Yuen
Flat C,5/F, 28 Nassau Street
Room 501F,/Floor Lai Cheong Factory BLDG
479 Castle Peak Road Lai Chi Kok,
Mei Foo Sun Chuen
Kowloon, HK

Lisa Holder on behalf of Creditor Superior Pipelines, Inc.
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Guenter Holtkoetter
,

Robert Honeywell on behalf of Creditor AllianceBernstein L.P.
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
robert.honeywell@klgates.com, richard.miller@klgates.com;klgatesbankruptcy@klgates.com

Joon P. Hong on behalf of Creditor Farallon Capital (AM) Investors L.P.
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281
jhong@rkollp.com, rkoquebec@rkollp.com

L. C. Hoogstraten
,

H. T. Hoogstraten-Wijkmans
,

Andrew Hopkins
4192 Avenida Madrid
Cypress, CA 90630

Frederick B. Horgan
Business Manager
Ursuline Academy, Inc.
85 Lowder Street
Dedham, MA 02081

Eric H. Horn on behalf of Creditor Avaya Inc.
Tarter Krinsky & Drogin LLP
1350 Broadway
11th Floor
New York, NY 10018
ehorn@tarterkrinsky.com

Dres Horst
97082 Wurzburg
Leutfresser 29
,

Hospitals Insurance Company, Inc.
,

Houlihan Lokey Howard & Zukin Capital, Inc.
,

Houlihan Lokey Howard & Zukin Capital, Inc.
,

Bart A. Houston on behalf of Interested Party Coscan Construction, LLC
Genovese Joblove & Battista, P.A.
200 East Broward Blvd. Suite 1110
Fort Lauderdale, FL 33309

Lin Hsien Hsing
,

Gong Cheng Hsiung
,

Lin-Chou Chiang Hua
,

Jingchuan Huang
,

Marshall Scott Huebner on behalf of Attorney Davis Polk & Wardwell LLP
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
marshall.huebner@davispolk.com

Hugh F. Hill IV on behalf of Unknown Poenix Life Limited
875 Third Avenue
New York, NY 10022

Hughes Hubbard & Reed, LLP on behalf of Plaintiff Securities Investor Protection Corporation
,

Heinrich Humpohl
Muenster Municipal Administration
Finances and Partic
Postanschrift: Stadt Munster
, 48127

Marie Hunter
20 Shenandoah Drive
North Caldwell, NJ 07006

Huron Consulting Group, LLC
,

Randall J. Hutton
22 Hillside Lane
New Hope, PA 18938

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536

Quoc Truong Huynh
,

Van Trai Huynh
37416 Gillett Road
Fremont, CA 94536

Hyposwiss Private Bank AG
,

ICAP North America Inc., and its various Affilated Entities
,

Ghiretti ILaria
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo, 90141

Dan Ianello
2002 Belmont Ct.
Mishawaka, IN 46514

Iberdrola Genercion, S.A. Unipersonal
c/ Tomas Redondo, no 1
28033 Madrid
,

Ie She Hoen & Tan Tjiang Moy
,

Illiquidix LTD
107-111 Fleet Street
London, EC4A 2AB

Illiquidx Capital Ltd
,

Illiquidx LTD
,

Illiquidx Limited
,

Illiquidx Ltd.
,

Illiquidx, LLP
,

Illiquidx, Ltd
,

Jason Imperato
148 Weaver Street
Greenwich, CT 06831

Jason Imperato
148 Weaver Street
Greenwich, CT 06831

Imperial Capital, LLC.
,

Individual Members of the Committee
,

Infinite Computer Solutions, Inc.
,

InfoSpace
601 108th Avenue, NE
Bellvue, WA 98004

Informal LBHI Bondholder Group
,

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Ingram Pension Plan / NY Life Co. TTEE Ingram Industries Retirement Plan

Ingram Industries Inc.
4400 Harding Road
Nashville, TN 37205

Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting
solely in respect of the Helion Series
,

Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting
solely in respect of the Muscida Series
,

Intechra LLC
,

Interface Cable Assemblies and Services Corp. a/k/a ICAS
,

Interface Cable Assemblies and Services Corporation
42-19 23rd Avenue
Long Island City, NY 1105

Internal Revenue Service, Department of the Treasury
,

Intersil Corporation
1650 Robert A. Conlon Boulevard, NE
Palm Beach, FL 32905

Intesa Sanpaolo SPA
,

Intesa Sanpaolo, S.P.A.
,

Invardia, S.L.
,

Inversiones Y Fabricaciones, SL
,

Investeringsselskabet af 11.12.1990 Aps
,

Investeringsselskabet af 11.12.1990 Aps
,

Ivy Asset Management LLC
,

J & A Co. Ltd.
,

J.C. Abrahamse BV
Brigantijnstraat 55
1503 BR Zaandam
,

J.H.A.A. Prins
,

J.P. MORGAN (SUISSE) SA
,

Andrea T. JAO
77 Seventh Ave
Apt. 10-S
New York, NY 10011

JPM Funds
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

JPMorgan Absolute Return Credit Master Fund Ltd.
,

JPMorgan Core Plus Bond Fund, a series of JPMorgan Trust II
,

JPMorgan Distressed Debt Master Fund, Ltd.
,

JPMorgan Diversified Fund, a series of JPMorgan Trust I
,

JPMorgan Fixed Income Opportunity Institutional Fund Ltd.
,

JPMorgan Fixed Income Opportunity Master Fund, L.P.
,

JPMorgan Insurance Trust Core Bond Portfolio, a series of JPMorgan Insurance Trust
,

JPMorgan Investment Funds - Income Opportunity Fund
,

JPMorgan Real Return Fund, a series of JPMorgan Trust I
,

JPMorgan Short Term Bond Fund IT, a series of J.P. Morgan Mutual Fund Group
,

JPMorgan Total Return Fund, a series of JPMorgan Trust I
,

JS Cresvale Capital Limited
,

Vincent Jackson
129 Arniston St
Brockton, MA 02302

Lars Jacobson
,

Christine Jagde on behalf of Creditor Strategic Systems Solutions Inc.
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017

Uwe Jahnke
Edendorfer Weg 7
29575 Altenmedingen
,

Rajiv Jain
10 Jalan Besar
B1-39
Sim Lim Tower
Singapore, 208787

Rajiv Jain
10 Jalan Besar, #B1-39
Sim Lim Tower
Singapor, 208787

Rippan Jain
10 Jalan Besar
B1-39
Sim Lim Tower
Singapore, 208787

Rippan Jain

10 Jalan Besar, #B1-39
Sim Lim Tower
Singapore, 208787

Sheila R. James
649 Beach 67th Street
Arverne, NY 11692

James Mintz Group, Inc.
,

James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
,

Janet and John Lampe
,

Thomas T. Janover on behalf of Creditor ACP Master, Ltd.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Janus Systems S A
Intl TecnoPark of Panama
Bldg 218 Aptdo 10701
El Dorado
City of Knowledge,

David G. Januszewski on behalf of Defendant HSBC BANK USA
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
mmcloughlin@cahill.com

Andrea T. Jao
77 Seventh Ave
Apt. 10-S
New York, NY 10011

Jaso BM
Streetpstraat 58
B-2950 Kapellen
,

F. Javier
,

Srihari Javvaji
25 Capri Dr
Johnston, RI 02920

Schoofs Jeanine
Tiep - Tiap 2
9660 Brakel
,

Jenner & Block, LLP
,

Emilio Izquierdo Jimenez
,

Maria Del Carmen Jimenez Casado
c/ Ona 183 - 5 2
Madrid, 28050

Ni Jin
5221 Avenue Plamondon
Montreal, H3X 1B8

Joh. Berenberg, Gossler & Co. KG
,

Joh. Bergenberg, Gossler & Co. KG
,

John Rose Jr. on behalf of Unknown Julian Iragorri
280 Trumbull Street 21st Floor
Hartford, CT 06103

John, Tan Lye Thiam
,

Richard B. Johnson
6715 Mountain Lake Lane
Cummings, GA 30028

Owen Joiner
120 Finley Street
Griffin, GA 30224

Owen H. Joiner
120 Finley Streeet
Griffin, GA 30224

Robert J. Jones
,

Jones Day
,

Alli Joseph
814 Berrywood Dr.
Galloway, NJ 08205

N. J. Joseph
814 Berrywood Dr.
Galloway, NJ 08205

Samir Amr Mohamed Zaki Abdel Kader
19 Ismail Mohamed Str.
Zamalek
Cairo,

Arun K. Kakarla
41 Reading Rd
Edison, NJ 08817

Ivan L. Kallick on behalf of Creditor Catholic Healthcare West
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Ivan L. Kallick on behalf of Unknown Catholic Healthcare West
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
, ikallick@manatt.com

Melanie Kampe
,

Anthony Lee Kane
,

Sheila R. Kane
,

Kapalua Bay, LLC
,

Soneet R. Kapila
,

Bryan R. Kaplan on behalf of Creditor CarVal Investors UK Limited
Paul, Hastings, Janofsky & Walker LLP

75 East 55th Street
New York, NY 10022

Eugene Neal Kaplan on behalf of Unknown Chris Reynolds
1065 Avenue of the Americas
27th Floor
New York, NY 10018

Eugene Neal Kaplan on behalf of Unknown Jeremy Kramer
Kaplan, Thomashower & Landau
747 Third Avenue
New York, NY 10017

Nickolas Karavolas
,

Nickolas Karavolas on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Karl Joseph Thoma
7239 Reserve Creek Drive
Port St. Lucie,, FL 34986

Katharina Wirt
,

Katten Muchin Rosenman LLP
,

Eric Mark Kay on behalf of Creditor Committee Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al,
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010
erickay@quinnemanuel.com

James Kearns on behalf of Unknown Delroy Rose
799 Silver Lane
Trumbull, CT 06611

Aviva Keesing-Moskovits
,

Craig J. Kellard
8 Jesmond Road
Canvey Island Essex, SS80AH

Brian Thomas Kelleher
,

Kelley Drye & Warren LLP
,

Craig I. Kelley on behalf of Unknown Interested Party
1665 Palm Beach Boulevard
Suite 1000
West Palm Beach, FL 33401

Martin Kellner
,

David W. Kelly
PO Box 1083
Truro, MA 02666

Alexandra Kelly on behalf of Creditor AECO Gas Storage Partnership
Vinson & Elkins LLP
666 5th Avenue
New York, NY 10103
akelly@velaw.com, tramsey@velaw.com;ROrenstein@sullivanholston.com

Michael John Kelly on behalf of Interested Party WWK Hawaii-HonuApo, LLC
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 10022

Danielle Kennedy on behalf of Unknown Samsung Fire & Marine Insurance CO. Ltd., an SPV Derivatives Counterparty
Post Montgomery Center
One Montgomery Street
Suite 3500
San Francisco, CA 94104

Arthur J. Kenney
200 East End Ave
Apt. 5-DE
New York, NY 10128

Judith Ann Kenney
40 West 77th Street
Apt. 11D
New York, NY 10024

Thomas L. Kent on behalf of Unknown 605 Third Avenue Fee LLC
Paul, Hastings, Janofsky & Walker
75 East 55th Street
New York, NY 10022

Sandra L. Kern
5333 Adams Road
Delray Beach, FL 33484

Brian Kerrane
29 Redwood I Road
New Hyde Park, NY 11040

Thomas Ketcham
,

Steve Kieselstein on behalf of Creditor Special Value Expansion Fund, LLC
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Joseph A. Kilbourn
Cone & Kilbourn
83 South Bedford Road
Mount Kisco, NY 10549

Walter Killing
,

Christina Kim
Unite 3 98 Thorn Street
Kangaroo Point, QLD 4169

Mark Kim
Unite 3 98 Thorn Street
Kangaroo Point, 4116

Jutta Kindor
,

Pavel Kinel
1129 Wellington St.
Ottawa, ON K1Y2Y6

Arthur King
1520 Journey's End Road
Croton-On-Hudson, NY 10520

Harriet Chan King
395 South 2nd Street #1
Brooklyn, NY 11211

Lisa King
Yorvik Parters LLP
11 Ironmonger Lane
London, UK EC2V 8EY

Thomas S. Kiriakos on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Danny Kirk
,

Reva Kirk
,

Susheel Kirpalani on behalf of Plaintiff The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Martin Kirtzel
Ortrudstrasse 18
, 22083

Scott Kitchens
,

Celta Klappembach Childe
Benito Blaco 1293
apto. 1001
Montevideo, CP 11300

George Kleinman
PO Box 8700
Incline Village, NV 89452

Kleyr Grasso Associes
122, rue Adolphe Fischer
L-2015 Luxembourg
,

Almut Klippel
,

Daniel S. Klonsky
34 Flamingo Road
Roslyn, NY 11576

Uta Knoerzer
,

Maritta Knoller
,

Peter Knoller
,

Steven Knous
575 Riverside Drive
Basalt, CO 81621

James Kobak on behalf of Defendant Lehman Brothers Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Rak Koestler
Koestler Tile Company
436 Highway 82 East
Greenville, MS 38702

Hella Kohrs
Dageforde 2
D-29303
Bergen,

Eric Kok
,

Konstantinos Kokonas
,

Peter Kollydas
28 Coleridge Drive
Marlboro, NJ 07746

Seth L. Konheim
10 Lyndale Park
Westport, CT 06880

Alan W. Kornberg on behalf of Interested Party The Foreign Representative of Glitnir Banki hf.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Andrew S. Kowlowitz
,

Wilhelm Kraemer
Finther Landstrasse 89
Mainz, D-55124

Bryan Krakauer on behalf of Defendant KBC Investments Limited
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

M. Kramer on behalf of Cred. Comm. Chair Schretlen & Co.
,

Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mario M. Kranjac on behalf of Unknown Equilend, LLC
Kranjac Manuali & Viskovic LLP
40 Wall Street
28th Floor
New York, NY 10005

Clifford Kraus
P.O. Box 72
Elephant Butte, NM 87935

Susanne K. Kraus
P.O. Box 72
Elephant Butte, NM 87935

Wolfgang Krause
,

Kenneth L. Kresse
11267 Ardencroft Dr S
Jacksonville, FL 32246

Karen M. Simon Krieger
,

Kevin R. Kristick
P.O. Box 17521
Fountain Hills, AZ 85269

Katrin Kriusk

,

M and Dronk S Kroon
P/A Haringvliet 387
Rotterdam ZP, 3011

Christel Krull
Colmaperstrasse
DE - 79106 Freiburg
,

Saraff Susheel Kumar/ Pushpa Devi
,

William Kuntz
,

William Kuntz
,

William Kuntz
,

William Kuntz
Bx 1801
Nantucker, MA 02554

William Kuntz
India St PO Box 1801
Nantucket Island, MA 02554-1801

William Kuntz
PO Box 1801
Nantucket Island, MA 02554-1801

Kuppens - Van Den Broeck
Provinciebaan 11
2470 Retie
,

Kutxa
,

Johannes Kux
Feuerbachstrasse 7
24539 Neumuenster
,

Yu Chun Kwan
PO Box 72282
Kowloon,

Tham Yiu Kwok
,

Yuen Sum Kwok
,

Kettler R. Kyle
154 Plantation
Houston, TX 77024

LBT Ad Hoc Group
,

LBVN Holdings, L.L.C.
,

LLM
,

LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINANCE 2 S.a.r.l.
1271 Avenue of the Americas

New York, NY 10020

LUXEMBOURG TRADING FINANCE S.a.r.l.
1271 Avenue of the Americas
New York, NY 10020

Antionette La Belle
,

Antionette La Belle
353 East 83rd St., 12F
New York, NY 10028

Manfred Lachmann
,

Darryl S. Laddin
,

Lafrance Hughes and Lafrance Martine
,

Georgios Lagadinos
,

Lam Ying Choi & Yeung So Fan
,

So Wai Lan
FT E 24/F Blk 1
1 Park View Gdn
8 Pik Tin Street
Shatin,

Landeshauptstadt Munchen
,

A. De Lang
,

Christel Lang
,

Heiner Lang
,

Mary E. Langevin
19 Fort Charles Place
Bronx, NY 10463

Jose Manuel Ruiz - Tapiador Larrazabel
,

Lisa Laukitis on behalf of Unknown George Perry
Jones Day
222 East 41st Street
New York, NY 10017
llaukitis@jonesday.com

Hulet Laurence
Chemin Des Dames Avelines 26
Sart Dames Avelines, 1495

Andre Laurendeau
1634 Selkirk Ave. #1
Montreal, H3H 1C8

Marie Laurendeau
1634 Selkirk Ave. #1
Montreal, H3H 1C8

Rolf A. Lautenschlager
Sauerbruchstrasse 31

Muenchen, 81377

Felicia Laval
2053 McGraw Ave
Apt 5 E
Bronx, NY 10462

Eitan Lavie, Adv.
,

James Law
136 Lexington Avenue
New York, NY 10016

David L. Lawton on behalf of Unknown Mr. Alain Bachelot, the provisional French administrator of Banque Lehman Brothers S. A
Bracewell & Guiliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103

Stephen B. Lax
,

Stephen B. Lax
324 Autumn Hill Drive
Morganville, NJ 07751-2043

Lazard Freres & Co. LLC
,

Lazard Freres & Co. LLC
,

Paula J. Leach
1104 W. Vicki Ave.
Ridgecrest, CA 93555-3055

Roger W. Leach
1104 W. Vicki Ave.
Ridgecrest, CA 93555-3055

Tsu Shiu Lee
,

Yen Shu Meei Lee
,

Gary S. Lee on behalf of Interested Party Nippon Life Insurance Company
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022
jpintarelli@mofo.com

Anna C. Lee on behalf of Transferee OCM Opportunities Fund VII Delaware, L.P.
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Kenneth E. Lee on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
Levine Lee LLP
570 Lexington Avenue
16th Floor
New York, NY 10022
klee@levinelee.com

Edward J. Leen on behalf of Transferee Credit Suisse Loan Funding LLC
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
eleen@mkmb.com

Legg Mason US$ Core Bond Fund
,

Lehman Brothers Offshore Partners Ltd.
1271 Avenue of the Americas, 38th Floor
New York, NY 10020

Lehman Brothers Private Equity Funds
,

Lehman Brothers Real Estate Partners, L.P.
,

Lehman Commercial Paper Inc.
,

Fritz Leisse
Huettebrauck 13
Winterberg, 59955

Johanna Leisse
Goethestrasse 16
D-59955 Winterberg
,

Monica Leisse-Stankoweit
Sentruper hohe 10
Munster, 48149

John Leivaditis
,

Manhua Leng
391 Clinton Street
Apt. 1A
Brooklyn, NY 11231

Oliver Lenk
,

Heinz Werner Lennartz
Venloer Strasse 112
Wegberg, 41844

Leonardo, L.P.
,

Andrea Lerner
4916 Gardner Lane
Suffolk, VA 23434

David Lerner
4916 Gardner Lane
Suffolk, VA 23434

Levine Leichtman Capital Partners Deep Value Fund, L.P.
,

Steven B. Levine on behalf of Creditor Various LBT Noteholders
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
cennis@brownrudnick.com;spohl@brownrudnick.com;ndamato@brownrudnick.com;eweisfelner@brownrudnick.com;tmontgomery@brownrudnick.

Ian N. Levy on behalf of Creditor 4Kids Entertainment Inc.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022-3908

Liam Holdings Inc.
,

Liberty Insurance Ptd Ltd

,

Liberty Insurance Underwriters Inc.

,

Liberty Life Assurance Company of Boston

,

Liblaco Seperate Accounts

,

Sarah E. Lieber on behalf of Defendant Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Martin Andreas Liebich

,

Liestekri BM
Sevenhanslei 47
B-2950 Kapellen

,

Cam-Que Kevin Lieu
Pfauenweb 9C
Hamburg, 22305

Guy Butler Limited

,

Synam Limited

,

Synam Limited
Wing On Court
18th Floor, Flat C.
24 Homantin Hill Rd.
Kowloon,

Limtong Manuel Tan

,

Lee Ho Yi Linda
Flat 4 3/F Block B
King Lai Court
36-38 Court Fung Shing St
Ngau Chi Wan,

Chan Miu Ling

,

Cheung Fan Kit Ling

,

Ulrich Lipp

,

Liquidation Opportunities Master Fund ,LP

,

Liquidation Opportunities Master Fund L.P.

,

Liquidation Opportunities Master Fund, L.P.

,

Liquidation Opportunities Master Fund, LP

,

Liquidation Opportunities Master Fund. L.P.

,

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601


Ivy Shuk Yi Liu

,

Juan Enrique Llovet Garcia

,

Maria Dolores Llovet Garcia

,

Maria Isabel Llovet Garcia

,

Maria Sylvia Llovet Garcia

,

Juan Enrique Llovet Rubio

,

Edward J. LoBello on behalf of Attorney Blank Rome LLP, Attorneys for Liquid Engines, Inc.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174


William N. Lobel
THE LOBEL FIRM
840 Newport Center Dr
Ste 750
Newport Beach, CA 92660


William N. Lobel on behalf of Unknown Steven Speier
The Lobel Firm, LLP
840 Newport Center Drive
Sutie 750
Newport Beach, CA 92660


Loeb Arbitrage B Fund LP

,

Loeb Arbitrage Fund

,

Loeb Offshore B Fund Ltd.

,

Loeb Offshore Fund Ltd.

,

Brian J. Loftus
2635 Vista Ornada
Newport Beach, CA 92660


Andreas Lohr

,

Christopher Loizides on behalf of Plaintiff Miron Berenshteyn
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801
loizides@loizides.com


Longacre Institutional Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019


Longacre Institutional Opportunity Fund, L.P.
Attn: Vladimir Jelisavcic
810 Seventh Avenue

Floor 33
New York, NY 10019

Longacre Master Fund II, L.P.
810 Seventh Ave, 33rd Floor
New York, NY 10019

Longacre Master Fund, LTD.
810 Seventh Avenue, 22nd Floor
New York, NY 10019

Longacre Master Fund, Ltd.
,

Longacre Master Fund, Ltd.
,

Longacre Opportunity Fund, L.P.
810 Seventh Ave, Floor 33
New York, NY

Longacre Opportunity Fund, L.P. Assignee of Banif-Banco De Investimento, S.A.
,

Margarita Rosa Merlo Lopez
,

Loreley Financing (Jersey) No. 8, Limited, et al.
,

Rainer Lotsch
Auf dem Niederberg 54
D-61118 Bad Vibel
,

R A Lough
9 Windslow Heights
Carrickfergus
Co. Antrim., BT38 9AT

Richard A. Lough
9 Windslow Heights
Carrickfergus
Co Antrim
Co Antrim, UK BT38 9AT

Claesen Louis
Schansstraat, 84
Zutendaal
, B3690

Louis Dreyfus Energy Services L.P.
,

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Daniel Steven Lubell on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Linda Ludwig
,

Linda Ludwig
15 Belvedere Drive
Livingston, NJ 07039

Pilar Suarez-Carreno Lueje
c/ Nunez de Balboa
15, 4 Dcha.

Madrid, 28001

Orestes Lugo
3802 NE 207th St.
#1104
Aventura, FL 33180

Po Wan Luk
,

Luminance Ventures Ltd.
,

Jose Ricardo Alcala Luna
,

Shiouw-Chin Su Luo
,

Maurizio Luraschi
Juan Paullier No. 1510
apto. 603
Montevideo,

Luxembourg Residential Properties Loan Finance S.a.r.l.
19, rue de Bitbourg, L-1273
c/o GT Feduciaries S.A.
,

Luxor Capital Partners LP
,

Luxor Capital Partners Offshore Master Fund LP
,

Luxor Spectrum LLC
,

Luxor Spectrum Offshore Master Fund LP
,

Luxor Wavefront LP
,

Lydian Overseas Partners Master Fund Ltd.
,

Mary A. Lynch
501 East 79th Street
New York, NY 10075

Kevin Lyons
87-07 Tamarron Drive
Plainsboro, NJ 08536

M.A.B. Donkers
,

M.C.
,

MD Mezzanine SA, SICAR
,

MEG Energy Corp.
,

MF Global UK Limited
,

MM2275.Co.Ltd
,

MPC Muenchmeyer Peterson Capital AG
,

Michael Leung Wu Ma
,

Jose Ma De Los Angeles Oliveros
,

Thomas G. Macauley on behalf of Unknown The Roman Catholic Diocese of Memphis
Macauley, LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801

Lauren Macksoud on behalf of Creditor Consumer Unsecured Reperforming Loans (CURL)
Kramer Levin LLP
1177 Avenue of the Americas
New York, NY 10036
lmacksoud@kramerlevin.com, mchass@kramerlevin.com

Magnetar Capital Master Fund, Ltd
,

Magnetar Constellation Fund II, Ltd
,

Magnetar Constellation Master Fund III, Ltd
,

Magnetar Constellation Master Fund, Ltd
,

Monica Blanch Magraner
c/o Banco Banif, S.A.
A.v. Diagonal 568
Barcelona, 08021

Virginia Blanch Magraner
,

Mimar Sinan Mah
1400 Sokak No: 11 D: 30
Goktasi Apt. Konak
Izmir,

Alexandre Catalao Maia
200 East 94th Street
Apt. 514
New York, NY 10128

Robert Maitin
121 Forest Dr.
Short Hills, NJ 07078

Charles E. Major
,

Janet Maker
925 Malcolm Ave.
Los Angeles, CA 90024

Ruth M. Malin
5401 Bahia LN
La Jolla, CA 12037

Barbara Malina
15 Hillcrest Rd
Berkeley, CA 94705

Andres Bension Mallo
,

Zulema Mallo

'

Samantha J. Malthouse
206 Priests Lane Essex
Shenfield, CM158LG

Ronald J. Mandracchia
3 Toby Drive
Succasunna, NJ 07876

Neal S. Mann on behalf of Creditor New York State Department of Taxation and Finance
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Lisa Marcus
'

Lisa Marcus
131 Devriese Court
Tenafly, NJ 07670

David M. Marcus on behalf of Creditor Paulson Credit Opportunities Master Ltd.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
david.marcus@bingham.com, paul.mapp@bingham.com;levar.charles@bingham.com

Arthur J. Margulies on behalf of Debtor Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Bernard Markovitz
600 Grant St. #5454
Pittsburgh, PA 15219

DR Marland
11200 Timberneck Court
Oakton, VA 22124

Nikki A. Marshall
12 Thomas Road
Westport, CT 06880

Paul A. Marsilio
2511 37th Street
Astoria, NY 11103

Marta De La Hija Sentis
'

Gregorio Blasco Martin
c/ Marques de Lozoya
13, 4-A,
Madrid, 28007

Enrique Villagrasa Martinez
Sinia Morera, 10 1 1a
Sitges Barcelona, 08870

Sira Herrera Martinez
CL Eduard Torla 8
BA
El Masnou Barcelona, 08320

Maria Teresa Martinez Jimenez
No. 17
Madrid, 37116

Maureen Mason
Coldwell Banker

Del Monte Realty
501 Lighthouse Ave.
Pacific Grove, CA 93950

Nicholas S. Mateko
1878 St. Michaels Way
Brentwood, CA 94513

Maria Agueda Mateos Escudero
Avda. Jose Mesa Y Lopez
15, 5E
Las Palmas de Gran Canaria
, E-35006

Matrix Control Ltd
,

Louise Mattingly
28 Fort Greene Place
Brooklyn, NY 11217

Eli R. Mattioli on behalf of Interested Party FirstBank Puerto Rico
K & L Gates LLP
599 Lexington Avenue
New York, NY 10022
eli.mattioli@klgates.com

Thomas Moers Mayer on behalf of Unknown Rutger Schimmelpenninck
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com, docketing@kramerlevin.com

Robert Mayhorn
126 Stolling Ave
Logan, WW 25601

Marie Mazzioth
461 West 44th St. #20
New York, NY 10036

Edwin Mc Guinn
,

Brian McCarthy
195 Walnut Lane
Manhasset, NY 11030

Lawrence E. McCarthy
Chapdelaine & Co.
199 Water Street, 17th Floor
New York, NY 10038

Robert E. McCarthy
6 Oregon Ave
Hazlet, NJ 07730

Lisa McClain
800 West End Avenue
New York, NY 10025-5467

Kevin McCooey
315 East 68th Street
Apartment 8T
New York, NY 10065

Michael K. McCrory
,

Winsome McDonald
8318 Russell Drive
Rowlett, TX 75089

George W. McDowell
3133 Marquita R.
Fort Worth, TX 76116-5118

Ruthann McFarland
6 Harvard Lane
Hawthorn Woods, IL 60047

Andrew R. McGaan on behalf of Interested Party PwC Bermuda JPL Lehman Re Ltd., et al.
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654
jonathan.knisley@kirkland.com

Daniel J. McGarry
Whyte Hirschboeck Dudeck S.C.
33 East Main Street
Suite 300
Madison, WI 53703

Mary Elizabeth McGarry on behalf of Unknown Simpson Thacher & Bartlett LLP
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
mmcgarry@stblaw.com

Kelly McGehee
416 Escalona Dr.
Santa Cruz, CA 95060

Kelly L. McGehee
6237 Hwy 9
Felton, CA 95018

Douglas J. McGill on behalf of Creditor HCL America, Inc.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

David C. McGrail on behalf of Creditor Iron Mountain Information Management, Inc.
McGrail & Bensinger LLP
676A Ninth Avenue
# 211
New York, NY 10036
dmcgrail@mcgrailbensinger.com

Ivan L. McKinney
,

Jeff McMurrey
6800 Colleyville Blvd.
Colleyville, TX 66034

Mark A. Mcdermott
,

Russell Mears
44 Howard Road
Upminster
Essex, RM142UF

Mediobanca Banca de Credito Finanziario S.p.A.
,

Mediobanca Banca di Credito Finanziario S.p.A.
,

Mediolanum Vita S.p.A.
,

Kari Meltzer
,

Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Fiona M. Menzies
4 Millhurst Mews
Sheering Road
Old Harlow
Essex, CM17 OGY

Emilio Izquierdo Merlo
,

Patricia Izquierdo Merlo
,

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
One Bryant Park
New York, NY 10036

Merrill Lynch International Bank Limited, London Branch
BofA ML Financial Centre
2 King Edward Street
London, EC1A 1HQ

Merrill Lynch Japan Finance Co., Ltd.
,

Stephen M. Mertz on behalf of Unknown Wells Fargo Bank, National Association
Faegre & Benson, LLP
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402
smertz@faegre.com

Elisabeth Merz
,

Leo Merz
,

Daniela Metzenmacher
,

Elisabeth Meurer
,

Horst Meurer
,

Horst Und Elisabeth Meurer
,

William C. Meyer
804 Leverton Rd.
Rockville, MD 20852-1033

Michael Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez,
Henry Kaufman & John D. Macomber
c/o Dechert LLP
Attn: Adam Wasserman
1095 Avenue of the Americas
New York, NY 10036

Michael Pinko Rubber Tyre Co. Ltd.
Industrial Area Tel-Hanan
P.O.B. 345
, 20300

Robert N. Michaelson on behalf of Creditor Washington State Tabacco Settlement Authority
The Michaelson Law Firm

11 Broadway
Suite 615
New York, NY 10004

Karil Michel
Houchenee, 28
Tavier, 4163

Robert C. Micheletto on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
222 East 41st Street
New York, NY 10017

Margarita Michelini
,

Michiel R.B. Gorsira and Robert F. van Beemen as Trustees for Lehman Brothers Securities N.V.
,

Melissa A. Mickey on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Middle East Shipping
Agencies Overseas Ltd
19 Miltiadou Str
Glyfada, 16675

Midwest Independent System Operator
,

Milbank, Tweed, Hadley & McCloy LLP
,

Milbank, Tweed, Hadley & McCloy LLP
,

Milbank, Tweed, Hadley & McCloy LLP
,

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James H. Millar on behalf of Interested Party Deutsche Pfandbriefbank AG
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022
james.millar@wilmerhale.com, Michael.Kaufman@wilmerhale.com;yolande.thompson@wilmerhale.com

Richard C. Miller
PO Box 280
Kingston, GA 30145

Louis R. Miller on behalf of Unknown the SunCal Debtors
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067

James M. Millerman on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE)
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
james.millerman@davispolk.com

J. Gregory Milmoe on behalf of Creditor Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Minnesota Masonic Home Care Center
,

Vincent Mischler
53 bis rue de Pass
Paris, 75016

Mrs Missuwe
Seringenlaan 10
B 2970
,

Margaret Mitchell-King
1520 Journey's End Road
Croton-On-Hudson, NY 10520

Mitsui & Co. Energy Risk Management (U.S.A.), Inc.
,

Mitsui & Co. Energy Risk Management Ltd.
,

Mitsui Company
14-2 Akasaka 2Chome
Minato-ku, 107-0052

Mitsui Securities Co., Ltd.
,

Mizuho Capital Markets Corporation
,

Mizuho Corporate Bank Ltd.
,

Mizuho Corporate Bank, Ltd.
,

Mizuho International plc
,

Mizuho Investors Securities Co., Ltd.
,

Mizuho Securities Co., Ltd.
,

Claudia Mocanasu
38 Cole Court
Dumont, NJ 07628

Allen A. Moff
10271 Caminito Rio Branco
San Diego, CA 92131

Erika Mohnle
Oberringingen 18
Bissingen, 86657

Friedrich Mohnle
Oberringingen 18
D-86657 Bissingen
,

Antonio Vilchez Moleon
Calle Castaneda Numero 4, piso 3C
Granada, 18009

David Molton on behalf of Creditor Providence Equity Partners VI L.P.
Brown Rudnick LLP
7 Times Square
Times Square Tower
New York, NY 10036
kcameron@brownrudnick.com;athalassinos@brownrudnick.com

Francis A. Monaco on behalf of Creditor Carolina First Bank
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Francis A. Monaco on behalf of Plaintiff Carolina First Bank
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Brian W. Monahan
2 Hancock Place
Irvington, NY 10533

Monarch Master Funding Ltd.
,

Weemaes Monique
Oude Zandstraat 72
Bevern-Wass B-9120
,

Moore Macro Fund, L.P.
c/o Moore Capital Managment, L. P.
1251 Avenue of the Americas
53rd Floor
New York, NY 10020

Sharon Moragne
552 Rosedale Avenue
#N-13
Bronx, NY 10473

Morgan Stanley Capital Services Inc.
,

Tracey Morman
155 Centre Avenue, #5B
New Rochelle, NY 10805

Richard L. Morris
864 Sarnac Lake Drive
Apt. 101
Venice, FL 34292

Michael A. Morris on behalf of Unknown DCP Parties
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Linda Morris-Brogan
12434 Carriage Hill Drive
Houston, TX 77077

Robert D. Morrison
965 Holiday Ct. S
Salem, OR 97302

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Marianne S. Mortimer on behalf of Interested Party HWA 555 Owners, LLC
Strook & Strook & Lavan LLP
180 Maiden Lanew
New York, NY 10038-4982
mmortimer@stroock.com, insolvency3@stroock.com

R. Morzaria
,

Jon Brown Mosca
261 Indian Buff Dr.
Araphahoe, NC 28510

James Moscola
521 Coventry Trial Lane
Maryland Heights, MO 63043

Tina N. Moss on behalf of Creditor APS Bank Ltd.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
tmoss@pryorcashman.com

Robert C. Mountford
Amity Farm 314 Goat Hill Rd
Lambertville, NJ 08530

Mr. Hans-Christoph Schmidt and Mrs. Anneli Schmidt
,

Mr. Heinz Ehrig and Mrs. Evelin Ehrig
,

Mr. Marco Hagemeier
,

Mr. Olaf Heinz-Erwin Schilling
,

Mr. and Mrs. Spinette-Rose
,

Patricia Mudge
2021 Old York Road
Burlington, NJ 08016

Summer W. Mudge
2021 Old York Road
Burlington, NJ 08016

Martha Chilton Mueller
,

Reiner Mueller
,

Waltraud Muessel
,

Werner Muessel
,

Tse Siu Mui
,

Barbara Muinos
10 Gimball Road
Little Egg Harbor, NJ 08087

Sophia Mullen on behalf of Unknown Heungkuk Life Insurance Co. Ltd.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
smullen@sidley.com, emcdonnell@sidley.com;blohan@sidley.com;dkao@sidley.com;kstark@sidley.com

Kevin Mun
,

William J. Munro
1406 Grant Rd.
Northbrook, IL 60062

William J. Munro
1406 Grant Rd.
Northbrook, IL 60062

Murex North America Inc.
,

Marguerite Murphy
27 Fairmont Street
Wethersfield, CT 06109

Daniel R. Murray
,

Dana Myers on behalf of Creditor Intercall, Inc. (successor by merger to Genesys Conferencing, Inc.)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

N.V. Amersfoortse Levensverzekering Maatschappij
,

N.V. De Vereenigde Effceten Compagnie
N.V. De Vereenigde Effceten Compagnie
Postbus 81, 1135 ZJ Edam
Jan Nieuwenhuizenplein 12
1135 WV Edam
,

N.V. Vereenigde Effceten Compagnie
N.V. De Vereenigde Effceten Compagnie
Postbus 81, 1135 ZJ Edam
Jan Nieuwenhuizenplein 12
1135 WV Edam
,

NBGI Inc
,

NFA - National Futures Association
300 S. Riverside Plaza
Suite 1800
Chicago, IL 60606

NYFIX, Inc.
,

NYS Child Support Processing Center
,

Helge Naber on behalf of Unknown Almut Klippel
NABER PC
300 Central Avenue
Suite 320
Great Falls, MT 59401

Martha Nadelman
,

Marilyn B. Nader
9255 Short Chip Circle
Port St. Lucie, FL 34986

Nagy es Trocsanyi Ugyvedi Iroda (the "N&T")
,

Nagy-Koppany Ugyvedi Iroda
Mahart Haz, 5, emelet
1051 Budapest
Vigado Utca 2
,

Paul Nancarrow

50 Baker St.
Potters Bar
Herts, UK EN6 2EB

Alissa M. Nann
,

Leonard E. Narel
33391 Dosinia Dr.
Monarch Beach, CA 92629

Robert E. Nash
,

Sandra P. Nash
,

Sandra P. Nash
6 Venturi Ct.
Florham Park, NJ 07932

Larren M. Nashelsky on behalf of Interested Party Brookfield Properties One WFC Co. LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
dcapucilli@mofo.com

Mark Neander
15 Roosevelt Ave
Oneonta, NY 13820

Boris Nedev
4th Floor Flat
59 Courtfield Gardens
London, SW5 0NF

Nehm & Collegen
,

Daniel Nemoy
,

Louise Nervo
,

NetApp, Inc.
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 900071-1560

Gavin R. Netzel
17 Defiant Close
Chatham
Kent, ME5 7QS

Neuberger Berman Management, LLC
605 Third Avenue
New York, NY 10158-3698

Linda Neufeld
,

Linda Neufeld
1 - 5765 Turner Road
Suite #271
Nanaimo, BC V9T 6M4

New Finance Alden Spv
,

New Finance Alden Spv
,

New Finance Alden Spy
,

New York Institute of Finance, Inc.
,

New York State Department of Labor
,

NewFinance Alden Spv
,

Newfinance Alden Spy
,

Michelle M. Newhouse
420 East 54th Street
New York, NY 10022

Michelle M. Newhouse
420 East 54th Street
Apt. 11C
New York, NY 10022-5151

Newport Global Opportunities Fund LP, et al.
,

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza,21st Floor
Hartford, CT 06103-2600

Nexen Energy Marketing Europe Limited
,

Nexen Marketing
,

NextEra Energy Power Marketing, LLC f/k/a FPL Energy Power Marketing Inc. and Florida Power & Light Company
,

Jo Beth Nicoll
3650 Sentry View Trace
Suwanee, GA 30024

William Nicoll
3650 Sentry View Trace
Suwanee, GA 30024

Jacqueline Nieman
300 E. 40th Street 19B
New York, NY 10016

Jacqueline G. Nieman
300 E. 40th Street 19B
New York, NY 10016

Yang Lien Nih
,

Richard Grant Noble
The Field House
Tyrrells Wood
Leatherhead
Surrey, KT22 8QJ

Nomura International plc
,

Noonday Offshore, Inc.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Lori A. Nord on behalf of Unknown California Winery Worker's Pension Trust Fund
McCarthy, Johnson & Miller, L.C.
595 Market Street
Suite 2200
San Francisco, CA 91405

Norddeutsche Landesbank Girozentrale
,

Nordea Bank AB (publ)
,

Nordea Bank AB (publ)
,

Nordea Bank Finland Plc
,

Nordea Bank Finland plc
,

Ove Nordhagen
Hagaveien 17
n-1960 Loken
,

Patricia A. Noriega
Natacion #21
Col Raquel Club
Hermosillo Sonora, 83200

K. Norimatsu
14-10-306 Suzurandai-Higashimachi
9 Chrome - Hyogo - Pref
Kitaku Kobe City, 651 1112

Kazumichi Norimatsu
14-10-306 Suzurandai-Higashimachi
9- Chome
Kitaku Kobe City
Hyogo, 651-1112

Normandy Hill Capital, L.P.
150 East 52nd Street
, NY 10022

Northern Indiana Public Service Company and NiSource Finance Corp.
,

Davin J. Noto
489 E. Horseshoe Pl
Chandler, AZ 85249

Alberto Nuozzi LLM
,

Alain Nyssens
Avenue De L'oree 24/BTE2
Brussels, 1000

Barry J. O'Brien
22 Meadowbrook Road
Shorthill, NJ 07078

Michael J. O'Mara
10 Hurst View Road
South Croydon
Surrey, CR2 7AG

Patricia Marie O'Reilly
,

OC 19 Master Fund LP - LCG
,

OTP Bank Plc.
,

OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group
9 W. 57th Street, 13th Floor
New York, NY 10019

Och-Ziff Capital Management Group LLC
,

Oddo & Cie
12 bd de la Madeleine
Paris, 75440

Oesterreichische Elektrizitaetswirtschafts - AG
,

Office of Thrift Supervision
1700 G Street, N.W.
Washington, DC 20552

Ofi Asset Management
,

Sevan Ogulluk on behalf of Defendant Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Miriam Oh
76 Glen Drive
New Canaan, CT 06840

Ohio Presbyterian Retirement Services
,

Loraine Olavarria
62 Maple Avenue
Farmingdale, NY 11735

Oostnederlandse Vereniging Aannemers Reservefonds (O.V.A.R.)
,

Opps LBBV Holdings, L.P.
,

Options Price Reporting Authority
,

Orange County Treasurer-Tax Collector
,

Orient Ocean Limited
One Raffles Quay
#50-01 North Tower
Singapore, 048583

Karen Ostad on behalf of Interested Party CB Richard Ellis, Inc.
Morrison & Foerster
1290 Avenue of the Americas
40 th Floor
New York, NY 10104

Otterbourg,Steindler Houston, & Rosen, P.C.
,

Outtask, LLC
,

Ignace Van Overbeke

'

Lindsay Owen
White & Case, LLP
1155 Avenue of Americas
New York, NY 10036-2787

Owens & Minor, Inc.
'

Chan Oy
'

Ms. Angelina Ozores Ozores
'

PIMCO Cayman Japan CorePlus Seg. Portfolio
'

PT Bank Negara Indonesia
'

Pachulski Stang Ziehl & Jones LLP
'

Pachulski Stang Ziehl & Jones LLP
'

Pachulski Stang Ziehl & Jones LLP
'

Anneliese H. Pak on behalf of Transferee Baupost Group Securities, L.L.C.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Anne.Pak@ropesgray.com;heather.zelevinsky@ropesgray.com;Therese.Scheuer@ropesgray.com;patricia.Chen@ropesgray.com

John Palchynsky
32 Hilldale Road
Pine Brook, NJ 07058

Michael F. Palone
'

Saverio Panerai
Via Buozzi 184
500 13 Campi Besenzio
Firenze,

Pang Siew Man LI Karen Kwai Har
'

Panvest Ltd
21 Third Avenue
Singapore, 266594

Paola Biraschi
73 Bryanston Court
Coedry street,

Leda Papadopoulou
'

Paramount Pro Printing Corporation
'

U. Young Park
5558-A Via Portara
Laguna Woods, CA 92637

Parsec Trading Corp.
'

Anne Di Pasquale
57 South Emerson Ave.
Amity Harbor, NY 11701

Victoria Fernandez Pastor
,

Dineshkumar P. Patel
420 29th Avenue North
Texas City, TX 77590-0922

Kalaben Patel
420 29th Avenue North
Texas City, TX 77590-0922

Thomas Earl Patton on behalf of Attorney Kermit Rosenberg
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Paul Hastings LLP
,

Paul Hastings LLP
,

Colin W. Pearson
Veelmanlanden 38
7542 MB Enschede
,

Colin W. Pearson
Veelmanlanden 38
7542 MB Enschede
,

Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Pensionskasse Unilever Schweiz
,

Rajesh Pentapati
41 M. Reading Rd.
Edison, NJ 08817

Andrea M. Penton
71, Sallows Shaw
Sole Street
Cobham
Kent, DA13 9BP

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295

Perella Weinberg Partners LP
,

Blas Perez Garcia
C/Aguere 13, 8A
Edf. Torre Cristal II
S/C de Teneife
, 38005

Gonzalo Perez de Guzman San Roman
Cl. Betis 1, 4-C
Seville, 41010

Curtis Petran

,

Michael J. Petrucelli
305 Ottawa Lane
Oak Brook, IL 60523

Robert M. Pettit
2311 Autumn Lake Pl
Fort Wayne, IN 46818

Olya Petukhova on behalf of Unknown Libyan Arab Foreign Investment Company
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY 10016

Brian D. Pfeiffer on behalf of Creditor HWA 555 Owners, LLC
Fried Frank Harris Shriver & Jacobson
One New York Plaza
23rd Floor
New York, NY 10004

Doris Phillips
374 Hamilton Rd
Ridgewood, NJ 07450

Doris M. Phillips
374 Hamilton Rd
Ridgewood, NJ 07450

James R. Phillips
3234 River Oaks Blvd
Poducoh, KY 42001

Douglas J. Pick
,

Thomas Pietrantonio
,

Hulet Pieue
,

Susan Mary Pike
23412 Mobile St.
West Hills, CA 91307

He Ping
q
1 Beacon Hill Road
One Beacon Hill
Kowloon Tong, Kowloon,

Michael Pinko
,

Pinky Limited
,

Pitcairn Property Holdings, Inc.
,

Gwendolyn Pittman
702 Moss Creek Drive
Cayce, SC 29033

Joseph D. Pizzurro on behalf of Plaintiff Lehman Brothers Holdings Inc.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Rodney A. Plaskett
40 Birchwood Lane

Hartsdale, NY 10530

Asta Pohle
,

Georges Pola
,

Brian H. Polovoy on behalf of Counter-Defendant Nomura Global Financial Products Inc
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
bpolovoy@shearman.com, molly.webster@shearman.com;jennifer.rimm@shearman.com;christopher.fenton@shearman.com

Stratis Polychroneas
,

Michelle L. Pomerantz
One Whitehall Street
17th Floor
New York, NY 10004

Ponte da Barca, S. L.
,

Geraldine Ponto
,

Popular GESTION S.G.I.I.C., S.A. as agent for various Funds
,

Port of Tacoma
,

Barry Porter
22 Dove Park
Chorleywood, WDR 5NY

Dana Post on behalf of Unknown Avenue Investments, L.P.
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
New York, NY 10022

Carmen Postler
,

Patrick J. Potter
,

Power Sector Assets and Liabilities Management Corporation
,

Presbyterian Homes
,

Sean Preston
,

Gregory R. Preston on behalf of Unknown Roger Leveille
65 Broadway
Suite 508
New York, NY 10006

Ralf Preyer
,

PricewaterhouseCoopers AG, Zurich
,

PricewaterhouseCoopers LLP
,

Ben Prijs

Zonnebloemlaan 7
2111 AC Aerdenhout
,

Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Martin H. Pritikin on behalf of Unknown the SunCal Debtors
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067

ProFund Advisors LLC
,

Don Prohaska
3465 Regent Avenue
Eugene, OR 97401

Promin VZW
,

Prudential Investment Management, Inc.
,

Angeliki Psaroudaki
,

Annetta F. Pugia
3 Old Topsfield Road
Boxford, MA 01921

Annetta Farber Pugia
3 Old Topsfield Road
Boxford, MA 01921

Joseph R. Pugia
3 Old Topsfield Road
Boxford, MA 01921

Heidelinde Pumm
,

Peter Pumm
,

James M. Pyle
346 Mt. Lucas Road
Princeton, NJ 08540-1906

Quantum Partners Ltd.
,

James P. Quismorio
,

R.F.P. Robijn B.V.
,

R3 Capital Partners Master, LP
,

RBC Capital Markets Corporation
,

RCN New York Communications LLC d/b/a RCN Metro Optical Networks

,

REPE ARCHSTONE GP HOLDINGS, LLC
1271 Avenue of the Americas
New York, NY 10020

RIC III plc The U.S. Dollar Cash Plus Fund (by Russell Investment Company III plc)
,

RIC III plc The U.S. Dollar Cash Plus Fund (by Russell Investment Company III plc)
,

RWE SUPPLY & TRADING GmbH
,

David Rabenold
415 Leonard Street #2C
Brooklyn, NY 11222

Raiffeisenbank No - Sud Alpin reg. Gen.m.b.H.
,

Darcy Ramirez
126 Whitney Ct.
Windsor, CO 80550-6132

Hector Castellanos Ramirez
,

Silvia H. Ramirez Casteneda
Calle Vizcaynas 305
Colonia Carretas
Queretaro, QR) 76050

Lester M. Rapp
642 N 8th St.
Baton Rouge, LA 70802

MaryAnne Rasmussen
,

Gary Ravert
,

Ruth Jane Rayner
,

Red House Finance, Ltd.
6 temasek Boulevard
nr 09-05 Suntect Tower four
Signapore, 038986

Lawrence Reddock
,

Martin J. Redilla
11187 Elmerest
Whitemore LK, MI 48189

Tanja Isabelle Reeken
,

Regions Bank
c/o Susan Keith Baker
315 Deaderick Street, 4th Floor
Nashville, TN 37237

Magdalena Reibe
,

Wayne D. Reid
,

Wayne D. Reid
433 Langley Oaks Drive
Marietta, GA 30067

Reilly Pozner LLP
,

Reilly Pozner LLP
,

Craig Reimer on behalf of Unknown Mayer Brown LLP
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
creimer@mayerbrown.com

Karen Theresa Reinike
Karen T. Reinike Trust
FBO Karen T Reinike
PO Box 6432
Diamondhead, MS 39525

Frans Reper
Chaussee De Waterloo
778 BTE10
Brussels, 1180

Residential Funding Company LLC
,

Brian Resnick on behalf of Creditor Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
bankruptcy.routing@davispolk.com

Stephen C. Restelli
26 Pond St.
Barre, VT 05641

Restoration Holdings LTD
325 Greenwich Ave.
3rd Floor
Greenwich, CT 06830

Alexander Reus on behalf of Unknown Internationale Kapitalanlagegesellschaft mbH
DIAZ REUS & TARG LLP
100 S.E. 2nd Street, Suite 2610
Miami, FL 33131

Thomas Reusch
Steinstrabe 20
Darmstadt, D-64291

Edmond Reymen
,

Chris Reynolds
151 East 31 Street #28E
New York, NY 10016

Thomas Reynolds
Reynolds Equities LLC
,

Richard S. Fuld, Jr.; Christopher M. O'Meara; Joseph M. Gregory; Erin Callan; Ian T. Lowitt; David Goldfarb; Herbert H. McDade, III; Thomas
Russo; Mark Walsh; Michael Ainslie; John F. Akers; et a
c/o Dechert LLP
attn: Adam Wasserman
1095 Avenue of the Americas
New York, NY 10036

Richard Sheldon PC

,

Jonathan Lee Riches
P.O. Box 340
Salter, SC 29590

Ridgecrest Holdings Ltd
,

Natalie Riessen
205 East 59th Street
#19A
New York, NY 10022

Joshua D. Rievman on behalf of Creditor RGM Trading International Limited
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, NY 10016
jrievman@hnrlaw.com

Rio Tinto Energy America, Inc.
,

Bernadette A. Risi
4810 45th Street
Apt. 6A
Woodside, NY 11377

Jack L. Rivkin
,

Eduardo Robelo
7100 SW 62nd Street
Miami, FL 33143

Louise Roberto
134 Buel Avenue
Staten Island, NY 10305

Charles Roberts
818 Silvergate Drive
Houston, TX 77079

Geraldine D. Robson-Canty
61 Beechwood Terrace
Yonkers, NY 10705

Rockford Memorial Hospital
,

Melanie Rodelo
7100 SW 62nd Street
North Tower
Apt. #1505
Miami, FL 33143

Leslie Rodriguez
6004 Newkirk Avenue
North Bergen, NJ 07047

Elizabeth Rodriguez-Colon
Urb. Dos Pinos
784 Calle Lince
San Juan, PR 00923

Stephen A. Rogers
9 Clifton Court
Pikesville, MD 21208

Francisco Fernandez Roig
,

Vincent J. Roldan on behalf of Creditor Osterreichische Volksbanken-Aktiengeselleschaft

Vandenberg & Feliu
60 East 42nd Street, 51st Floor
New York, NY 10165

Jorge Roldos
Gregorio Suarez 2726
Montevideo,

Margarita Roldos
RBLA. Republica de Peru
1483 Piso 3
Montevideo,

Viola Romeis
,

Roni and Beatrice Hunziker
,

Henry Ropner
,

John Rose
Crumbie Law Group, LLC
280 Trumbull Street 21st Floor
Hartford, CT 06103

Elizabeth L. Rose on behalf of Unknown Compagnie Financiere Tradition SA
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Norman Scott Rosenbaum on behalf of Creditor BRM Group Ltd.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
nrosenbaum@mofo.com

Andrew Neil Rosenberg on behalf of Unknown King Street Capital, L.P., King Street Capital, Ltd., King Street Europe, L.P., and King Street Europe
Master Fund, Ltd.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com, emccolm@paulweiss.com;bfiller@paulweiss.com;rkravitz@paulweiss.com;smaisel@paulweiss.com

Kermit A. Rosenberg on behalf of Unknown Thomas Patton
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Edward M. Rosensteel on behalf of Unknown Iris Software, Inc.
Rosensteel Law
90 Park Avenue
17th Floor
New York, NY 10016

Wendy Rosenthal
,

Amelia Moreno Rosillo
Tres Peces 14 Estudio
E-28012
Madrid,

Frank Rosler
Ridbacher Str. 94
Berlin,

Barbara M. Roth
1216 S. Missouri Avenue, #414
Clearwater, FL 33756

Bradley Rothenberg
6515 Plantation Pines Blvd
Fort Myers, FL 33966

Jonathan H. Rothstein
,

Rottnest Ltd
,

John Rowlands
Juan Ramon Jimenez
45 3izq
Madrid, 28036

Royal Bank of Canada (Channel Island Ltd)
,

Royal Bank of Canada (Channel Islands) Limited
,

Rubicon Fund Management LLC
,

Alan Rubin
429 E. 80th Street
New York, NY 10075

Jose Ruiz
,

Jose Luis Ruiz
,

Russell Investment Group, Inc.
,

Paul Ryb
3 Reynolds Close
London, UK NW11 7EA

Cecilia Ryckaert
Melkerij 19/1
Eeklo, B-9900

SC Lowy Financial (HK) Limited
,

SC Lowy Financial (HK) Ltd.
,

SC Lowy Primary Investments, Ltd.
,

SCM Kornpass AG
,

SCOR Reinsurance Company
,

SEB AG
,

MICHAEL J. STAUBER on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Bruce Sabados on behalf of Defendant Brown Brothers Harriman & Co.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
bruce.sabados@kattenlaw.com, gregory.johnson@kattenlaw.com

Tonino Sacco on behalf of Unknown Jamie Desmond
Sacco & Fillas, LLP
141-07 20th Avenue
Suite 506
Whitestone, NY 11357

Conception Saez Jorge
C/ Huerta Sacedilla, 2, Chalet 23
E-28220
Majadahonda
Madrid,

Jeffrey D. Saferstein on behalf of Unknown Oaktree Capital Management, L.P.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
jsaferstein@paulweiss.com

Deep Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Meera Sood Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Saint Louis University
,

Jose Lecue Salcedo
Baro Caserio Larrazabal, 3-1
DRCHA
Bilbao-Vizcaya, 48007

Julianne Salvatore
,

William Salway
5147 Harpers Farm Rd
Columbia, MD 21044

Jospeh S. Sambuco
Colonnade Properties LLC
777 S. Flagler Drive
Suite 1205
East Tower
West Palm Beach, FL 33401

Andres Linuesa Sanchez
Ma Dolores Catalan Sanahjua
Camprodon, 15-7 1 1
Santa Coloma Gramanet
Barcelona, 08922

Sandra Hahn-Colbert
70 Beaver Brook Road
Holmes, NY 12531

Ip Lam Sang
,

Leung King Sang
Flat G 19/F Block 1
Castello 69 Siu Lek Yuen Road
Siu Lek Yuen
Shatin N.T.,

Herminia Castaneda Sanroman
Calle Vizcayanas 305
Colonia Carretas
Queretaro, QRO 76050

Santander Asset
,

Ronald J. Santi
Attorney at Law
P.O. Box 599
Medina, WA 98039

Trudy Santiago
1469 E. 57th Street
Brooklyn, NY 11234

Nick Santino
48 West 73rd St.
New York, NY 10023

Vito Santoro
130 Aregood Lane
Islamorada, FL 33036

Joaquim Armindo Santos Gradim
Rua do Parrinho, 365
Sao Joao da Madeira, 3700-217

Edgar Sargent on behalf of Unknown UK Administration Companies
Susman Godfrey LLP
1201 3rd Avenue
Ste. 3800
Seattle, Wa 98101

Amit K. Sarkar
78 Lansdowne Road
Notting Hill
London, W11 2LS

Paul A. Saso on behalf of Defendant The Fridator Trust
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

Peter Sattler
,

Shuba Satyaprasad on behalf of Transferee Baupost Group Securities, L.L.C.
Ropes & Gray LLP
One International Place
Boston, MA 02110

Klaus Peter Sauer
,

Jennifer Savion on behalf of Unknown The City Of Syracuse
City of Syracuse Office of Coproration Counsel
300 City Hall, 233 E. Washington Street
Syracuse, NY 13202

Kim Sherrie Sawyer on behalf of Creditor The Locator Services Group Ltd. ("TLSG")
The Locator Services Group Ltd.
316 Newbury Street
Suite 32
Boston, MA 02115

James Scellato
,

H.-W. Schenk
,

Eduardo Rafael Schiariti
,

Guenter Schipp
,

Michael S. Schlesinger
,

Michael S. Schlesinger on behalf of Unknown Chris Reynolds
One Whitehall Street
17th Floor
New York, NY 10004

Eckart W. Schmidt
55-151st Place N. E.
Bellevue, WA 98007-5019

Rivka Schmuskovits
47 Boulogne
Buenos Aires, B1609ENA

Claus Schneider
,

Marvin Schneider
2200 North Central Road
Apt. 3R
Fort Lee, NJ 07024

Christina Schowalter
,

Schram-Defonseca
Jozef Mulslaan 6
B2950 Kapellan
,

Joachim Schuler
In der Mark 4
53639 Koenigswinter
,

Christiane Schuster
,

Christiane Schuster
,

Flavia Schuster
47 Boulogne
Buenos Aires, B1609ENA

Nicolas Schuster
47 Boulogne
Buenos Aires, B1609ENA

Silvio Schuster
47 Boulogne
Buenos Aires, B1609ENA

David R. Schwartz
30 South Wacker Drive
Suite 3600
Chicago, IL 60606

Douglas R. Schwartz
,

Hildegard Maria Schwartz
,

Eric A. Scott

48A Green St.
Medfield, MA 02052

Sea Port Group Securites, PLC
,

Seattle Pacific University
3307 3rd Ave. W
Seattle, WA 98119

Kathryn K. Secrest
1015 Via Marine
Apt. B-311
Marina del Rey, CA 90292

Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

James P. Seery on behalf of Other Prof. Sidley Austin LLP
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
jkoslowe@sidley.com

Mitchell A. Seider on behalf of Unknown Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Heinrich Seilkopf
,

Michael Sela
,

Senator Global Opportunity Fund LP
,

Senator Global Opportunity Intermediate Fund L.P.
,

Seniors Civil Liberties Association, Inc.
PO Box 5014
Clearwater, FL 33758-5014

Andre Mendes Senra Souza
Arbitral Securities
Offices at Old Fort Building 4
Western Road
Nassau,

Rose Seraydar
,

Rose Seraydar
525 Neptune Avenue
Apt. 22B
Brooklyn, NY 11224-4020

Margarita Sevilla
,

John T. Shaban
,

Niraj Shah
107 West Passaic Avenue
Bloomfield, NJ 07003

Nol Shala
Hertha-Feiner-Asmus
Stieg 5
Hamburg, D-22302

Raphael Shannon on behalf of Unknown California Winery Worker's Pension Trust Fund
McCarthy, Johnson & Miller, L.C.
595 Market Street
Suite 2200
San Francison, CA 94105

Raphael Shannon on behalf of Unknown California Winery Workers' Pension Trust Fund
595 Market Street
Suite 2200
San Francisco, CA 94105

Ashok Kumar Sharma
,

Claudia Elena Sharpe Calzada
Beethoven 111
Col Leon Moderno
Leon Guanjuato, 37480

Jonathan M. Shaw
,

Shearman & Sterling, LLP.
,

Scott Sheffer
,

Jiansheng Jensen Shen
,

Eric Sheppard
,

Sheppard Mullin Richter & Hampton, LLP
,

John P. Sherman
95 Evergreen Avenue
Rye, NY 10580

Fok Yim Sheung
,

Fok Yim Sheung
26H Block 13
Yuet Wu Villa
Tuen Mun,

Fok Yim Sheung
26H Block 13
Yuet Wu Villa
Tuen Mun,

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
jshickich@riddellwilliams.com, hmohr@riddellwilliams.com;ctracy@riddellwilliams.com

Joseph A. Shifer on behalf of Unknown The Bank of New York Mellon, as Trustee
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
jshifer@kramerlevin.com,
rringer@kramerlevin.com;awong@kramerlevin.com;ashain@kramerlevin.com;hvanaria@kramerlevin.com;dallen@kramerlevin.com

Mark Shinderman on behalf of Creditor Southern California Edison Company
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
mshinderman@milbank.com;dzolkin@milbank.com;hmaghakian@milbank.com

Paul N. Shotton
,

Paul Nigel Shotton
124 Lukes Wood Road
New Canaan
, CT 06840

Alfred H. Siegel
c/o Sills Cumis & Gross P.C.
One Rockefeller Plaza
New York, NY 10020

Glenn E. Siegel on behalf of Creditor RIC-OMIGSA Global Bond Fund
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Glenn.Siegel@dechert.com

Joachim Sieger
,

Axel Siepmann
Siepmann & Cie, GmbH & Co. KG
Jenischstrasse 35, 22609

Marissa Navarrete Sierra
Calle 3 #380X8Y8B
Col. LA Guerrero, 97118

Sierra Liquidity Fund, LLC
,

Siller Wilk LLP
Siller Wilk LLP
675 Third Avenue
New York, NY 10017

Robert L. Sills on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019
rsills@orrick.com

Ronald J. Silverman on behalf of Creditor Ad Hoc Committee of Bondholders
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
ronald.silverman@bingham.com

Jason Siner
3508 Palais Terrace
Lake Worth, FL 33449-8063

Kumari Lata Bachan Singh
,

Alex Sivan
P.O. Box 3368
Gaborone,

William Skolnick
,

Richard W. Slack on behalf of Defendant Lehman Brothers Special Financing Inc.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10163

Frank Smejkal
,

BE Smith
,

Margaret L. Smith
1125 Grouse Dr.
Redding, CA 96003-5514

Wallace G. Smith
4370 Park Milano
Calabasas, CA 91302

William C. Smith
,

William H. Smith
9595 Redbird Lane
Alpharetta, GA 30022

William H. Smith
9595 Red Bird Lane
Alpharetta, GA 30022

William H. Smith
9595 Redbird Lane
Alpharetta, GA 30022

Zane D. Smith on behalf of Unknown Jeannette Mannix
ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street
Suite 300
Chicago, IL 60654

Michael Sobo
,

Scott Sobo
28 Northdale Rd.
White Plains, NY 10605

Joshua Sohn on behalf of Plaintiff Hank's Living Trust
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
joshua.sohn@dlapiper.com

Martha E. Solinger on behalf of Plaintiff Lehman Brothers Holdings Inc., on behalf of itself and as assignee of Lehman Brothers Inc.
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020

Mark R. Somerstein on behalf of Plaintiff Rye Select Broad Market Portfolio Limited
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com, nila.williams@ropesgray.com

Gregg Somma
4 Peterson Road
Hillsborough, NJ 08844

Mullens Sonja
Diersteenweg 23
3545
Halan,

Soros Fund Management LLC
888 Seventh Avenue
33rd Floor
New York, NY 10106

Fredric Sosnick on behalf of 3rd Pty Defendant Bank of America Trust and Banking Corporation (Cayman) Limited
Shearman & Sterling
599 Lexington Avenue

New York, NY 10022-6069
randy.martin@shearman.com;kerri.silver@shearman.com

Sothic Capital European Opportunities Master Fund Ltd
,

Southern Pacific Securities 05-1 PLC
,

Southwestern Ohio Seniors Services, Inc. n/k/a Maple Knoll Communities, Inc., an Ohio non-profit corporation
,

Mindy J. Spector on behalf of Plaintiff Lehman Brothers Holdings Inc., on behalf of itself and as assignee of Lehman Brothers Inc.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Juan Enrique Speyer
1888 Piso 11
Ciudad Autonoma de Buenos Aires
1428
,

J. C. Spilt
,

Diana Spindler
,

Theodoros Spiratos
,

Saul H. Spital
,

Burkhard R. Spring
,

Sprint Nextel Corporation and its affiliates d/b/a Sprint
,

Sprint Solutions, Inc.
,

Jennifer Squires
PMB 406
5000 Estate Enighed
St. John, VI 00830

Michael Sroka
298 Federal Hill Rd.
Milford, NJ 03055

Ronald A. Stack
,

Johannes Staerkel
Breite Heerstrasse 17-2
75365 Calw
,

Staes
Reigersdreef 2
Schilde
B-2970
,

Gabriele Stahl
Mainparkstrasse 11
63814 Mainaschaff
,

Gloria A. Stainkamp

71 Hudson Park Road
New Rochelle, NY 10805

Stamford Associates L.P.
,

Standard Charter Bank Private Bank Singapore
,

Standard Charter Private Bank Singapore
,

Standard Chartered Bank (Singapore Branch)
Marina Bay Financial Centre (Tower 1)
8 Marina Bay Boulevard, Level 28
Singapore 018981,

Marius Stankoweit
Sentruper Hohe 10
D-48149
Munster,

Edward C. Stanton
1220 Harold Street
Houston, TX 77006

Edward Stanton, III
,

Edward Stanton, III
,

Staples Contract & Commercial, Inc. and Alpha Office Supplies, Inc.
,

Susan Stashower
300 West 72nd Street
Apt. 6F
New York, NY 10023

State Bank of Long Island
,

State of Rhode Island and Providence Plantations
,

Christopher A. Statham
Valewood Farm House
Bell Vale Lane
Haslemere, Surrey, GU27 3DJ

Anna M. Steele
,

Jeffrey A. Stein
,

Pedro Steinhardt
,

Rodger R. Stelter
8000 W. 114th Terrace
Overland Park, MS 66210-1817

Steptoe & Johnson LLP
,

Paul Stevenson
,

Anna Stewart
,

Stichting The Value Foundation
Keizersgracht 268
Amsterdam, 1016 EV

Stichting Waardedepot Finvestor
,

Stichting Waardepot Finvestor
,

Alrama Stiftung
,

Heinrich Stille
Eggersweg 10
Bergen, 29303

Michael Stipo
31 Shore Dr W
Copiague, NY 11726

Hannelore Stocker
7, Chemin Corvetto Freres
98000 Monaco,

Herman Stolk
12492 Masters Ridge Drive
Jacksonville, FL 32225

Sandra Stolk
12492 Masters Ridge Drive
Jacksonville, FL 32225

Hannelore Stolley
,

Stonehill Institutional Partners, L.P.
,

Chris Stovic
,

Chris Stovic
435 Greeves St.
Kane, PA 16735

Chris Stovic
435 Greeves St.
Kane, PA 16736

Chris Stovic
435 Greeves St.
Kane, PA 16736

Ann E. Stradmeijer
,

Philip Strome
14 Hathaway Road
Marblehead, MA 01945

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Studio Giuridico Economico
,

Kevin R. Stults on behalf of Unknown Lehman Brothers Holdings Inc.,
Bingham McCutchen LLP
2020 K. Street NW
Washington, DC 20006

Stuurman Storage B.V.
,

Shyh-An Su
,

Dale Suder
,

Sudwestbank Aktiengesellschaft
,

Bambang Sugiarto
,

Andrea Sullivan
29 Rostrevor Road
London, SW6 5AX

Peter E. Sundman
82 Hampton Road
Chatham, NJ 07928

Suntrust Banks, Inc.
Darryl S. Laddin
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031

Surplus Link Limited
Room 1705-8, 17/F.
St. George's Building
2 Ice House Street
Central,

Frank T. Suryan
,

Julian Sutton
,

Julian Sutton
33 Pine Grove
Brookmans Park
Herts, AL9 7BP

Suwang-Sun Co Ltd
,

Daniel C. Swenson
719 3rd St. NE
Waseca, MN 56093

Wu Mei Chu Sylvia
Room G, 39th Floor
Block 16, Ocean Shores
88 O King Road, Tiu Keng Leng
Tseung Kwan O,

Edwin A. Sytsma
1068 76th St. S.E.
Byron Center, MI 49315

TATA Communications Services (America) Inc. f/k/a VSNL America, Inc.
,

TEH Eddie EWE Guan
,

TPG Credit Opportunities Fund, L.P.
c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street

Minneapolis, MN 55402

TPG Credit Opportunities Investors, L..P.
c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Opportunities Investors, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Strategies Fund, L.P.
c/o TPG Credit Management LP
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TR CAPITAL MANAGEMENT, LLC
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518

BRADLEY S. TUPI on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Taaleritehdas Oy
,

Tactics Limited
,

Tahra Holdings, Inc.
,

Kimiko Takahashi
MITSUI COMPANY
14-2 Akasaka 2Chome
Minato-ku
Tokyo, 107-0052

Nao Takano
,

Roy Tal
,

Roy Tal
,

Scott Talmadge on behalf of Creditor Wells Fargo & Co.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
jonathan.agudelo@kayescholer.com

Taminiau C.J.R.M.
Beekstraat 36b
Nuene, 5673 NA

Allen Antonio Tan
,

Caridad Tan
,

James J. Tancredi on behalf of Creditor Fidelity National Title Insurance Company
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1213

Donald Tang
14337 Adelfa Drive
La Miranda, CA 90638

Lin Yu Tang
,

Tatsuya Tanigawa on behalf of Unknown Aaron Weiss
Nishimura & Asahi
Ark Mori Building 28th Floor
1-12-32 Akasaka Minato Ku
Tokyo, 107-6029

Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Ingeborg Tappe
,

Targobank AG & Co KGaA
,

Targobank AG & Co. KGaA
,

Targobank AG & Co. KGaA
,

Targobank AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA
,

Targobank AG & Co. KGaA fka Citibank Privatkunden AG & Co. KGaA on behalf of
,

Theodore Wm. Tashlik
IRA Custodian
9 Overlook Circle
Manhasset, NY 11030-3933

Thomson Tat
2411 Kaiser Way
Antioch, CA 94531

Eric J. Taube
,

Christopher C. Taylor
23220 Park Ensenada
Calabasas, CA 91032

TeleCommunication Systems, Inc.
,

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Fred W. Telling
,

Frederick Telling
,

Tulug Temel
,

Luise von Tempsky
,

C. M. Tennant
,

Aline Termont
Av Jean Sibelius
16B26
Anderlecht, 1070

Richard Tessmer
5983 Trophy Drive
Apt. 1502
Naples, FL 34110

Tommy Tewalt
14451 S. Hawthorne Ct.
Oregon City, OR 97045

Cory Thabit
,

Andrew M. Thaler on behalf of Creditor The August '86 Trust
Thaler & Gertler, LLP
90 Merrick Avenue
Suite 400
East Meadow, NY 11554

The Bank of East Asia, Limited as Nominee for A/C
Lung Tak Chung J, Tong Yuk Kwan
35/F. Bea Tower
Millennium City 5, Cyd Depart
Kwun Tong,

The Bank of Nova Scotia
,

The Bank of Nova Scotia, New York Agency
,

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
,

The Estate of Edwin Jacobson
,

The Estate of Fannie Marie Gaines
,

The F.B. Heron Foundation
,

The Federal Home Loan Bank of Dallas
,

The Field House
Tyrrells Wood
Leatherhead
Surrey, KT22 8QJ

The Freedom Forum, Inc
,

The Fuji Shinkin Bank
,

The Hongkong and Shanghai Banking Corporation Limited, Taipei Branch
,

The Israel Aircraft Industries Workers' Provident Fund Ltd.
,

The Lincoln National Life Insurance Company
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

The McGraw-Hill Companies
148 Princeton Highstown Road
Highstown, NJ 08520

The NASDAQ OMX Group,Inc
,

The New York Public Library
,

The Sumitomo Trust & Banking Co., Ltd.
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Edwin D. Thomas
2652 Cropsey Ave
Apt. 11G
Brooklyn, NY 11214

James J. Thomas
,

W. Todd Thomas on behalf of Interested Party Barclays Capital, Inc.
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301

Peter Thompson
2710 McDivitt Rd.
Madison, WI 53713

Peter J. Thompson
2710 Mcdivitt Rd.
Madison, WI 53713

ThruPoint, Inc.
1372 Broadway, 6th Floor
New York, NY 10018

Niels K. Thygesen
,

John G. Till
1320 Vista Morada
Santa Fe, NM 87506

Christopher Tilton
,

Danielle Tinant
,

Danielle Tinant
16 Avenue de Tilleuls
Rhode Saint-Genese, 1640

Danielle Tinant
Avenue de Tilleuls, 16
Rhode Saint-Genese, 1640

Lin Yu Ting
,

Katalin Tischhauser
7 Eccleston Sq.
London England, SW1V 1NP

Iam G. Toal
20 Paignton Close
Rayleigh
Essex, SS6 9PW

Jean Todd
,

Andrea Tolchinsky
119 Chestnut Hill Road
Wilton, CT 06897

Andrew Tomback on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al
Milbank Tweed Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005
atomback@milbank.com, jwolfe@skoloffwolfe.com;financialrestructuringefilings@milbank.com

Kenneth B. Tomer on behalf of Plaintiff Evergreen Solar, Inc.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Top Advance Limited
,

Total Gas & Power Limited
,

Antonio Walker Touche
Calle 43 # 194 Por 28
Fracc. San Antonio Cucul Merida
Merida Yucatan, 97116

Amit K. Trehan on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp., CIBC World Markets Inc., National Bank
of Canada Inc., National Bank of Canada Financial Inc., National Bank Financial Inc., SP4 190 S. La
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Triple Point Technology, Inc.
301 Riverside Avenue
Westport, CT 06880

Tronox, Incorporated et al.,
,

Thomas R. Trowbridge, III on behalf of Creditor Linn Energy, LLC
Baker Botts L.L.P.
30 Rockefeller Plaza
43rd Floor
New York, NY 10112

A. Brent Truitt on behalf of Unknown DCP Parties
Hennigan Bennett & Dorman, LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017
truittb@hbdlawyers.com

A. Brent Truitt on behalf of Unknown DCP Parties
Hennigan, Bennett & Dorman LLP
245 Park Avenue
Suite 3962
New York, NY 10167

Sarah Trum on behalf of Creditor Customer Asset Protection Company
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Wang Tsai Hsiang
3F, No. 6 Lane 153
Song Ren RD
Taipei Taiwan, 110

John Tsui
Flat 4 3/F Block B
King Lai Court
36-38 Court Fung Shing St
Ngau Chi Wan,

Charles Tu
,

Patty Tu
,

Tudor BVI Global Portfolio L.P.
,

Laurent Tuil
Flat 4, Fordie House
82 Sloane Street
London, SW1X 9PA

Khin Tun
46 Rock Run Road
East Windsor, NJ 08520

Daryl M. Twitchell
11 Silver Ridge Road
New Canaan, CT 06840

U Shing Keung
,

U.S. Department of Labor
,

UBI Banca
,

UBS AG
,

UBS AG
,

UBS AG
,

UBS AG
,

UBS AG
,

UBS AG
,

UBS AG
,

UNICREDIT SpA
,

US Debt Recovery V, LP
940 Southwood Blvd, Suite 101
Incline Village, NV 89451

Uakari Investments, LLC
PO Box 1415
New York, NY 10150

Mary E. Uhlman
626 N. Cedar Rd.
Jenkintown, PA 19046

Troy A. Uhlman
2310 Battery Hill Circle
Woodbridge, VA 22191

Troy A. Uhlman
2310 Battery Hill Circle
Woodbridge, VA 22191

Unione Di banche Italiane S.c.p.A.
,

Unione di Banche Italiane S.c.p.A.
,

Unipension Invest F.M.B.
,

Unipension Invest F.M.B.A
,

United States Bankruptcy Court
,

Universal - Invest - GmbH Soley on behalf and for account of MRM - Universal - Fonds
,

Marc Uribe
P.O. Box 86488
San Diego, CA 92138

Ursuline Academy
85 Lowder Street
Dedham, MA 02026

Arthur Uscher on behalf of Unknown Rita Meyer
USCHER, QUIAT, USCHER & RUSSON
A Professional Corporation
433 Hackensack Avenue
Hackensack, NJ 07601

Wendy M Uvino
50 East 89th Street
Apt 22F
New York, NY 10128

VVA, LLC
,

Promin VZW
Winterling 7
2170
Merksem,

Thomas R. Valen on behalf of Plaintiff FirstBank Puerto Rico
Gibbons, Del Deo et al.
One Gateway Center
Newark, NJ 07102

Dirk Van Leeuwen
75 Bis Rue Des Enterpreneurs
Paris, 75015

S.A.B. Van Rooy
,

Michael Vana
1315 Fairlane Dr
Schaumburg, IL 60193-3583

Jeffrey D. Vanacore on behalf of Interested Party Perkins Coie LLP
Perkins Coie
30 Rockefeller Plaza
25th Floor

New York, NY 10112
vanacore.jeffrey@perkinscoie.com, JonathanParsons@perkinscoie.com;docketNYC@perkinscoie.com

Roger Vandebroek
Weg naar de Grauwe Steen 31
3550 Heusden-Zolder
,

Amy Vanderwal on behalf of Unknown Bright Horizons Children's Centers LLC
Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111

Karin Vandewalle
Hooglatemweg 14
Sint Martens, B-9830

Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
,

Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds
,

Francisco Coca Vano
,

Antonio Briceno Vargas
Calle 38 18BX9 Y 11
Fracc Campestre
Merida Yucatan,

Juan C. Vasquez
,

Mr. Benito Vazquez Fernandez
,

Fernando Veiga
,

Octavio R. Velasco
,

Octavio S. Velasco
,

Milan Veleba
Flat 13/ Capstan Court
24 Wapping Wall
London, E1W 3SE

Andrew D. Velez-Rivera on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Rosa E. Venegas
P.O. Box 2389
Astoria, NY 11102

Marko Verbic
Na Grieu 19
4000 Kranj
Slovencia
,

William Vereker
13 Dawson Place
, W2 4th

Jean-Paul Verhoustraeten
,

Verizon Communications Inc.
,

Verizon Communications Inc.
,

Verizon Wireless Bankruptcy Administration
,

Rafael Alonso Vertiz
Pedro Figari 1615
Montevideo, 11500

James J. Vincequerra on behalf of Creditor Simpson Meadows
WolfBlock LLP
250 Park Avenue
New York, NY 10177

Ng Pui Shan Vinci
Flat C, 21/F, Block 11
City Garden
North Point
,

Shane Visto
1009 South 7th Street
Oakes, ND 58474

Linh Vo
,

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534

VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016

Elias Vongelis
SOLIDUS SECURITIES S.A.
64 Louizis Riankour Street
115 23
Athens Greece,

Brigitte Vorndamme
,

Spencer Voytek
,

W.E. de Vries-Scheiberlich
Edisonstraat 10
1171 AL Badhoevedorp
,

Alex D. Vukailovic
Diplomkaufmann
60431 Frankfurt/Main
Hohenblick, 52a

WCG Master Fund, Ltd.
225 Liberty Street
New York, NY 10281

Howard C. Wachter on behalf of Unknown Kurt Wolf
66-25 103 Street
Forest Hills, NY 11375

William A. Wagner

,

Karen E. Wagner on behalf of Creditor Banque Privee Saint Dominique
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
sterling.ecf@davispolk.com

Poon Yuk Wah
,

S. Judson Waites on behalf of Creditor Charise Carroll
145 Church Street
Suite 110
Marietta, GA 30060

Matthew Walker
30 Dunstan Road
London, NW11 8AA

David Walsh
,

Susan Walsh
228 East 25th Street
Apt. 7
New York, NY 10010

Timothy W. Walsh on behalf of Creditor Rakepoll Finance N.V.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com, jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;gabriella.zborovsky@dlapiper.com

De Clech Walter
,

Walwilhal Associates, LLC
,

Curtis Ware
,

Washington Mutual Bank
,

Steven Wasserman on behalf of Creditor GoldenTree High Yield Value Fund Offshore (Strategic), Ltd.
Brown Rudnick LLP
7 Times Square
New York, NY 10036
swasserman@brownrudnick.com

Water Pollution Control Authority for the City of Bridgeport
c/o Law Office of Juda J. Epstein
3543 Main Street
Second Floor
Bridgeport, ct 06606

Jean de Watteville
87, Fizjohns' avenue
London, NW3 6 NY

Web-Pro Technology Limited
,

Peter Weber
Wasserburgerg
1-3/14/16
1090 Vienna
,

Christel Weemaes
Tijmstraat 17

Melsele, B-9120
,

Weemaes - Mussche
Grote Markt 32 D32
9120 Beveren - Waas
,

Howard J. Weg
Peitzman Weg & Kempinsky LLP
10100 Santa Monica Boulevard
Suite 1450
Los Angeles, CA 90067

Marco Weigelt
Postsdamer Str 9
34289 Zierenberg
,

Weil Gotshal & Manges, LLP on behalf of Defendant Lehman Brothers Holdings Inc.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
,

Weil, Gotshal & Manges on behalf of Defendant Lehman Brothers Special Financing, Inc.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges, LLP on behalf of Defendant Lehman Brothers Special Financing, Inc.
767 Fifth Avenue
New York, NY 10153

Weismies
Roggestraat 24
Keerbergen B-3140
,

Morris D. Weiss on behalf of Transferee Tejas Securities Group, Inc.
Hohmann, Taube & Summers, LLP
100 Congress Ave.
18th Floor
Austin, TX 78701

Rudolf Weiszmann
533 Quail Creek Dr.
Grayslake, IL 60030

Colin S.A. Welch
1 Carlton Hill
St. John's Wood
London, UK NW8 0JX

Claudia Wendisch
,

Ruediger Wendisch
,

Monika Wenzl
Adrian-Keils-Str.7
51149 Koln
,

Friederike Werobel
,

Juergen Werobel-La-Rochelle
,

Western Asset UK GBP Credit Plus Bond Fund
,

Western Asset UK Limited Duration Bond Fund
,

Western Asset US Core Plus Bond Fund
Western Asset Management Company
Attn: Legal Dept/W-2462
385 E Colorado Blvd
Pasadena, CA 91101

Chris Westfahl
52 East Ridge
Stamford, CT 06903

Hans Derk Wewers
,

Katharina Wewers
,

John A. Whalen
,

Christian Whamond
135 Riverside Ave.
Riverside, CT 06878

Evelyn I. Wheeler
Robert J. Duplain JTWROS
7410 Rossmore Court
Daton, OH 45459-4213

Keith A. Wheeler
13 Palomino Circle
Novato, CA 94947-3618

Whitehead Capital Inc.
,

Whitehead Capital, Inc.
,

Whittier Long/Short Fund LLC
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Erin E. Wietecha on behalf of Attorney Cole Schotz Meisel Forman & Leonard, P.A.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue
New York, NY 10022

Timothy B. Wilkinson
Corner Cottage
Parsonage Lane
Little Baddow
Chelmsford Essex, Cm3 4Su

Timothy B. Wilkinson
Corner Cottage
Parsonage Lane
Little Baddow
Essex, UK Cm34SU

Timothy B. Wilkinson
Parsonage Lane
Little Baddow
Essex,

P. Sabin Willett on behalf of Defendant State Street Bank & Trust Company
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Williams Gas Marketing, Inc. f/k/a Williams Power Company, Inc.,
,

Willkie Farr & Gallagher LLP
,

Robert W. Wilson
Essex
Billericay, CM120JP

Windermere Private Placement I S.A.
,

Garfield K. Windross
,

Wine & Spirit Education Trust
International Wine & Spirit Centre
39-45 Bermondsey Street
London, Se1 3XF

Wing Lung Bank Limited
,

Carla Zum Winkel
,

Steven R. Wirth on behalf of Unknown Wollmuth Maher & Deutsch LLP
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
12th Floor
New York, NY 10110

Cory Wishengrad
,

Keith Wofford on behalf of Unknown R3 Capital Management, LLC
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com, SSally@ropesgray.com

Kurt Wolf
141-11 Jewel Ave.
Flushing, NY 11367

Wolters Kluwer Corporate Legal Service, CT Corporation
,

Wolters Kluwer Corporate Legal Services
,

Wong Lup Kuen Joseph
Apartment 3219
Convention Plaza Apartment
1 Harbour Road
Wanchai North,

Wong Tak Keung & Lam Sau Ling
,

Wong Yee Wan & Poon Kai Hung
,

Woo Set Wah & Chui Fung Ming Sandra
,

Woodstock Financial Group, Inc.
,

Woodtronics
,

Marlene Wrede

,

Wrenton Management Limited

,

James A. Wright on behalf of Plaintiff Millennium International, Ltd.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Wrytetime Limited
PO Box 393
St Pete Port
Guernsey, GY1 3FN

Ding Xiafen
Flat B 5/F Tower
1 Beacon Hill Road
One Beacon Hill
Kowloon Tong, Kowloon,

Xianhua Xu
226 Posnegansett Ave
Warwick, RI 02888

Yam Chak Hong Henry

,

Isabel Maria Yarnoz Diez
Carlos VII, 7-4* Izda.
Portugalete-Vizcaya, 48920

Lin Wen Yen

,

Yetti Ltd.

,

Wong Hung Ying
1OE Tower 11
Parc Oasis
Yat Yat Chuen
Kowloon,

Yiu Yuen On Paul

,

Stanley Yorsz on behalf of Defendant PNC Bank, National Association
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street
20th Floor
Pittsburgh, PA 15219-1410

Yorvik Partners, LLP

,

Yorvik Partners, LLP

,

Yorvik Partners, LLP

,

Yorvik Partners, LLP

,

Yun You
137 Rousseau Street
San Francisco, CA 94112

Bennett G Young on behalf of Unknown Samsung Fire & Marine Insurance CO. Ltd., an SPV Derivatives Counterparty

Post Montgomery Center
One Montgomery Street
Suite 3500
San Franciso, CA 94104

David Younger
111 Old Hickory Blvd
Apt. 185
Nashville, TN 37221

Grover Younger
PO Box 3514
Eden, NC 27288

Ho Kam Yuen
Flat C, 5/F
28 Nassau Street
Mei Foo Sun Chuen
Kowloon,

Phil Yuhn
,

Ong Elizabeth Yutan
,

ZPR International, Inc.
P. Luksio Str. 32, 5th Floor
LT-08222
Vilnus, Lithuania,

Bruce J. Zabarauskas
,

Jerome Zamos on behalf of Interested Party PRUDENCE WALTZ
Law Office of Jerome Zamos
5228 Campo Road
Woodlands Hills, CA 91364

Zeeland International Limited
Shun-I Chu
10-1 Bamboo Road II
SIP
Hsinchu, 30079

Irene Zeidler
Schmiega 36
Ehrenkirchen, 79238

Nicole Zeller
197 Mailands Road
Fairfield, CT 06824

Ronald P. Zemenak
5051 Vermillion Lane
Castle Rock, CO 80108

Barbara A. Ziccarelli
26 Huff Terrace
Montvale, NJ 07645

Silvia Zimmermann-Beeli
Alzbachfeld 5
5734 Reinach
,

Robert L. Zito
4600 N Suncastle Court
Appleton, WI 54913

Michael R. Zodda
,

Lowell H. Zuck
,

Maya S. Zuck
,

Zurcher Kantonalbank Osterreich AG
Getreide Gasse 10
Attn: Rudolf Muhiberger
Salzburg, 5020

Luis da Silveira Ribeiro Vaz
Herdade mata Duque Lt 51
CCI 119
Santo Estevao Benavente, 2130-124

Ana Perez hallmon on behalf of Unknown California Winery Worker's Pension Trust Fund
McCarthy, Johnson & Miller, L.C.
595 Market Street
Suite 2200
San Francisco, CA 94105

Paul jasper on behalf of Unknown Samsung Fire & Marine Insurance CO. Ltd., an SPV Derivatives Counterparty
Post Montgomery Center
One Montgomery Street
Suite 3500
San Franciso, CA 94104

lisa roxanne rosenthal on behalf of Plaintiff Neuberger Berman LLC
Hoffman & Pollok
260 Madison Avenue
New York, NY 10016

**08-13555-jmp These participants in a related case have chosen not to receive notice from this case:**
David Carlebach on behalf of Plaintiff The Carabetta Organization, Ltd.
david@carlebachlaw.com, george@carlebachlaw.com

Joseph J. Frank on behalf of Defendant ARCHSTONE EQUITY HOLDINGS INC.
jfrank@orrick.com

Amanda J. Gallagher on behalf of Defendant Harrier Finance Limited, a.k.a. Rathgar Capital Corporation
amanda.gallagher@linklaters.com

Lawrence M. Gottlieb on behalf of Plaintiff The Brooklyn Hospital Center
lgesquire@lmgottlieb.com

Benjamin S. Kaminetzky on behalf of Defendant Ford Credit Auto Owner Trust 2007-B
kaminet@dpw.com

Gordon Z. Novod on behalf of Unknown Abrams Capital Partners II, L.P.
gnovod@brownrudnick.com, claukamg@brownrudnick.com

James R. Warnot on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
james.warnot@linklaters.com

Craig M. White on behalf of Intervenor ERP Operating Limited Partnership
cwhite@edwardswildman.com

Allen Woolley on behalf of Intervenor ERP Operating Limited Partnership
awoolley@edwardswildman.com