**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------------x | | |

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' TWO HUNDRED FIFTY-SIXTH OMNIBUS**
**OBJECTION TO CLAIMS (PURCHASED CONTRACT CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) (the "Objection"), that was scheduled for March 22, 2012, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

-2-

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  March 16, 2012
      New York, New York

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**

By: __/s/ L. P. Harrison 3rd___
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Debtors and*
 *Debtors-in-Possession*

-2-

11533848

## EXHIBIT A

### Adjourned Claims:

| Claimant | Claim Number(s) | Docket Number |
|---|---|---|
| Cushman & Wakefield, Inc. | 16185, 16186 | N/A |
| Standard & Poor's | 67027 | 26059 |
| Standard & Poor's International LLC | 10928 | 26059 |
| Microsoft Corporation/ Microsoft Enterprise Services | 25692 | 26072 |

11533848