WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    08-13555 (JMP)
:
Debtors.                                               :    (Jointly Administered)
:
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT FURTHER OF DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for March 21, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 16, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

# Exhibit A

# Adjourned Claims:

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALMADA GONZALEZ, ERNESTO JAVIER & ANA MARIA GOMEZ MUNDO<br>AV LAS PALMAS N 100 CASA 81, COL SANTA FE<br>ZAPOPAN JALISCO, C.P. 45110<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51285 | $300,000.00 |
| 2 | BANCO ITAU EUROPA LUXEMBOURG S.A<br>29, AVENUE DE LA PORTE NEUVE<br>LUXEMBOURG, L-2227<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57537 | $1,980,000.00 |
| 3 | BANCO ITAU EUROPA LUXEMBOURG S.A<br>29, AVENUE DE LA PORTE NEUVE<br>LUXEMBOURG, L-2227<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/19/2011 | 67497 | $170,412.00 |
| 4 | BANCO PASTOR, S.A.<br>ONE BISCAYNE TOWER<br>2 SOUTH BISCAYNE BOULEVARD<br>SUITE 1620<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/25/2011 | 67376 | $246,750.00 |
| 5 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N. 1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58983 | $100,000.00* |
| 6 | BENSION HALLO, ANDRES<br>SAN RAFAEL 1227<br>BARRA DE CARRASCO<br>CANELONES, CP 15001<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47496 | $25,000.00 |
| 7 | BENSION, ALBERTO AND/OR ZULEMA MALLO<br>BR.ARTIGAS 34 P.10<br>MONTEVIDEO, CP 11300<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47495 | $28,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | BLASCO MARTIN, GREGORIO & MARTINEZ GARCIA, NATIVIDAD<br>CL MARQUES DE LOZOYA 13, 4-A<br>MADRID, 28007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60503 | $43,691.57 |
| 9 | BRICENO VARGAS ANTONIO & DE LAR DE BRICENO, PATRICIA<br>CALLE 38 18B X 9 Y 11<br>FRACC. CAMPESTRE<br>MERIDA<br>YUCATAN, CP 97120<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49488 | $400,000.00 |
| 10 | CALZADA REBOLLEDO, ROSA MARIA & SHARPE CALZADA, CLAUDIA ELENA<br>BEETHOVEN 111<br>COL LEON MODERNO<br>LEON GUANJUATO, 37480<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56936 | $105,000.00 |
| 11 | CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ<br>220 ANTONIO ALZATE FRACC HIDALGO<br>LEON GUANJUATO, 37220<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56943 | $294,000.00 |
| 12 | CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA<br>308 MONTANA, JARDINES DEL MORAL<br>LEON GUANJUATO, 37160<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56945 | $727,000.00 |
| 13 | CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ<br>CANADA 105-A COL.JARDIN DEL MORAL<br>LEON GTO, 37160<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56944 | $410,000.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 14 | CAMARENA PADILLA, SOCORRO & MA DE LA LUZ<br>BLVD CAMPESTRE 1102<br>COL VALLE DEL CAMPESTRE<br>LEON GTO, 37150<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56942 | $241,000.00 |
| 15 | CASTANEDA SAN ROMAN, HERMINIA & SILVA HERMINIA RAMIREZ CASTANEDA<br>PLATEROS # 102, COL. CARRETAS<br>QUERETARO QRO, 76050<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50842 | $100,000.00 |
| 16 | CASTELLANOS RAMIREZ, HECTOR<br>LILLIAN FRANK DE CASTELLANOS AND HECTOR MANUEL CASTELLANOS<br>EFRAIN GONZALES LUNA<br>2565 COL ARCOS<br>GUADALAJARA JAL, 44100<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50682 | $167,000.00 |
| 17 | DAVID JESUS ALPIZAR CARRILLO &<br>MARISSA NAVARRETE SIERRA<br>CALLE 3 # 380X8Y8B COL.LA GUERRERO<br>MERIDA, YUC., 97118<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49481 | $200,000.00 |
| 18 | DIAZ CLARK, MONICA<br>941 ORANGE AVE # 403<br>CORONADO, CA 92118 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49486 | $100,000.00 |
| 19 | DUARTE, ALEJANDRO DIEGO<br>C/O BNP PARIBAS<br>ATTN: EDUARDO ANDRADE<br>201 S. BISCAYNE BLVD.<br>SUITE 1800<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61645 | $100,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA<br>ARCIGA 34COL CENTRO<br>PATZCUARO MICH, 61600<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64859 | $142,000.00 |
| 21 | FRANCISCO D'LUNA CANTON, JOSE/ LILIANA ASCENCIO DE LUNA<br>VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO<br>RAYON #237 COL. OBRERA<br>ENSENADA, BC-22830<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2009 | 65592 | $50,000.00 |
| 22 | GALLEGO, JAIME HERNANDEZ & TERCERO, REGINA HERNANDEZ<br>ARROYO CH. 708-122<br>COL. ALAMEDA CELAYA<br>GUANAJUATO, 38050<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50393 | $80,000.00 |
| 23 | GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO<br>CALLE 31 DE MARZO NRO 105<br>COL. CENTRO<br>LAGOS DE MORENO, JALISCO, 47400<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56949 | $1,000,000.00 |
| 24 | GONZALEZ ENRIQUE, ALICIA AND GARCIA GONZALEZ, RUBEN<br>OLIMPO 106 COL LA MARTINICA<br>LEON GUANAJUATO, 37500<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51597 | $200,000.00 |

OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 25 | GONZALEZ, GEORGINA MARGARITA<br>CALLE DEL CRESTON # 1542<br>SECC. JARDINES<br>PLAYAS DE TIJUANA, BC CP 22206<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49490 | $150,000.00 |
| 26 | GUZMAN ALDANA, ESTHELA M<br>PROL COLON #1605 JARDINES DE LA ASUNCION<br>AGUASCALIENTES, AGS, 20270<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51091 | $345,000.00 |
| 27 | JABBOUR, LAMITA<br>VILLA JABBOUR, TALLET SROUR<br>ZONE ROUGE N 78<br>NACCACHE,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56189 | $500,000.00 |
| 28 | JANUS SYSTEMS S A<br>INTL TECNOPARK OF PANAMA<br>BLDG 218, APT 10701<br>EL DORADO<br>CITY OF KNOWLEDGE,<br>PANAMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55211 | $150,000.00 |
| 29 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES<br>ARCIGA 34 COL CENTRO<br>PATZCUARO MICHOACAN, 61600<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64860 | $258,000.00 |
| 30 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:<br>KRISHNA KRIPA INC.<br>SALDUBA BUILDING<br>3RD FLOOR, EAST 53 STREET<br>OBARRIO URBANIZATION<br>PANAMA CITY,<br>PANAMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55506 | $203,948.33* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 31 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:<br>RICAZA INVESTMENTS LTD.<br>RG HODGE PLAZA, 2ND FLOOR<br>UPPER MAIN STREET, WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55508 | $203,948.33* |
| 32 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:<br>MR.NABIH ZAKI MIKHAEL<br>20, RAMSES STREET<br>HELIOPOLIS, CAIRO,<br>EGYPT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55515 | $203,948.33* |
| 33 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:<br>EVER BLESSED HOLDING INV<br>ROAD TOWN<br>PASEA ESTATE<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55516 | $1,334,746.58* |
| 34 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:<br>WALIBI FINANCIAL HOLDINGS<br>7 RUE DU RHONE<br>GENEVA, 1204<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55517 | $203,948.33* |
| 35 | LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES<br>CENTAURO #3056 COL. RINC. DE LA CALMA<br>ZAPOPAN, JALISCO, 45082<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56480 | $105,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 36 | MURCIA, JAMIE H.<br>5770 LA LUNETA AVE.<br>MIAMI, FL 33155 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67453 | $1,417,829.53 |
| 37 | OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES<br>TIHUAPU Y AV MICH 253 VISTA BELLA FRACC<br>LOMA DE VISTA<br>BELLA<br>MORELIA MICHOACAN, 58090<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64861 | $320,000.00 |
| 38 | OCTAVIO VELASCO, MARGARITA AND SEVILLA<br>EFRAIN GONZALES LUNA 2565<br>COLONIA ARCOS<br>GUADALAJARA, JAL, 44100<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50683 | $116,000.00 |
| 39 | OROZCO COVARRUBIAS, FRANCISCO<br>CIRCUNVALACION NTE #129<br>COL NORTE<br>AGUASCALIENTES AGS, 20020<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51092 | $200,000.00 |
| 40 | PARAMO, PATRICIA DE GUADALUPE /<br>OLIVEROS, JOSE MA DE LOS ANGELES<br>OLIVEROS MAQUEO<br>AV TORRESLANDA 204 PB COL EL PARQUE<br>CELAYA<br>GUANAJUATO, 38010<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2009 | 65675 | $150,000.00 |
| 41 | PRECIAT DE MENENDEZ, ANA MARIA<br>CALLE 6 NO.59 X 21<br>PRIVADA REAL MONTECRISTO MERIDA,<br>YUCATAN<br>, 97133<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51128 | $148,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 42 | SAEZ JORGE, CONCEPCION<br>C/HUERTA SACEDILLA, 2<br>CHALET 23<br>MAJADAHONDA<br>MADRID, 28220<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60501 | $142,725.80 |
| 43 | SALAME, SOAUD<br>C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID J. MARK<br>1633 BROADWAY<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/04/2011 | 67350 | $100,000.00 |
| 44 | SANTOS GRADIM, JOAQUIM ARMINDO<br>RUA PARRINHO, 365<br>SAO JOAO DA MADEIRA, 3700-217<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61429 | $708,707.44 |
| 45 | TACTICS LIMITED<br>FLAT 8B, BLOCK 8, BEVERLY VILLAS<br>16 LA SALLE ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 54791 | $11,000.00 |
| 46 | TAHRA HOLDINGS INC<br>3 MILTIADOU STR<br>GLYFADA<br>ATHENS, 16675<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57049 | $200,000.00 |
| 47 | TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA<br>CALLE ALGARROBO #23 CLUB DE GOLF LA CEIBA<br>MERIDA YUCATAN, 97000<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50394 | $100,000.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|----|------|-------------|-------------|------------|---------|---------------------|
| 48 | TU, CHARLES AND PATTY<br>2362 42ND AVENUE<br>SAN FRANCISCO, CA 94116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55003 | $23,000.00 |
| 49 | VIDRIO CHAVEZ, GERARDO ARMANDO<br>PASEO SAN RAIMUNDO 373<br>VALLE REAL ZAPOPAN JAL, 45100<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56046 | $100,000.00 |
| 50 | VIDRIO CHAVEZ, GERARDO ARMANDO<br>PASEO ATLAS COLOMOS #3000<br>INT 88<br>ATLAS COLOMOS<br>ZAPOPAN JALISCO, 45118<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57713 | $110,000.00 |
|    |      |             |             |            | TOTAL   | $14,715,656.24 |