WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
                        :

**In re**                          :          **Chapter 11 Case No.**
                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :          **08-13555 (JMP)**
                         :

                  **Debtors.**       :          **(Jointly Administered)**
                         :
--------------------------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT**
**OF DEBTORS' TWO HUNDRED SEVENTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**<u>CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS</u>**

          **PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for March 21, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Hearing</u>"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  March 16, 2012
      New York, New York

                        /s/ Robert J. Lemons
                        Robert J. Lemons
                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone:  (212) 310-8000
                        Facsimile:   (212) 310-8007

                        Attorneys for Lehman Brothers Holdings Inc.
                        and Certain of its Affiliates

**Exhibit A**

**Adjourned Claims:**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 217: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|------|-------------|-------------|------------|---------|---------------------|-------------------------|
| 1 | ASR LEVENSVERZEKERING N.V. PO BOX 2072 U02 10.05 3500 HB UTRECHT, NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62827 | $88,625,277.00 | $37,730,091.81 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 217: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|------|-------------|-------------|------------|---------|---------------------|-------------------------|
| 2    CLARIDEN LEU LTD ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK, NY 10010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55813[1] | $0.00* | $0.00 |
| TRANSFERRED TO: BANK VONTOBEL AG, ZURICH/SWITZERLAND TRANSFEROR: CLARIDEN LEU LTD GOTTHARDSTRASSE 43 POSTFACH CH-8022 ZURICH, SWITZERLAND | | | | | $200,000.00 $0.00* | |
| TRANSFERRED TO: BSI SA (AS AGENT ON BEHALF OF ITS CLIENTS) TRANSFEROR: CLARIDEN LEU LTD VIA MAGATTI N.2 LUGANO, CH-6900 SWITZERLAND | | | | | $0.00* | |
| TRANSFERRED TO: BANK JULIUS BAER & CO. LTD. TRANSFEROR: CLARIDEN LEU LTD LEGAL PRODUCTS & SERVICES PO BOX ZURICH, CH-8010 SWITZERLAND | | | | | $0.00* | |
| TRANSFERRED TO: WEGELIN & CO. TRANSFEROR: CLARIDEN LEU LTD PRIVATBANKIERS BOHL 17, ST. GALLEN, CH-9004 SWITZERLAND | | | | | $0.00* | |

[1] The Debtors' have objected to a portion of Claim 55813 pursuant to the Debtors' 216th Omnibus Objection to Claims.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 217: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: CLARIDEN LEU LTD<br>ATTN: LAWRENCE YOUNG<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: CLARIDEN LEU LTD<br>ATTN: LAWRENCE YOUNG<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $100,000.00 | |
| 3 | DEKA INVESTMENT GMBH, ON BEHALF OF:<br>FUNDMASTER RRVRENT-FONDS<br>MAINZER LANDSTRASSE 16<br>FRANKFURT, 60325<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58964 | $427,320.00* | $427,320.00 |
| 4 | FALCON LEVEN<br>PO BOX 2072 U02 10.05<br>3500 HB UTRECHT,<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62826 | $435,347.22 | $435,347.22 |
| 5 | N.V. AMERSFOORTSE LEVENSVERZEKERING MAATSCHAPPIJ<br>PO BOX 2072 U02 10.05<br>3500 HB UTRECHT,<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62828 | $17,432,204.00 | $13,060,416.42 |
| 6 | RIC-OMIGSA GLOBAL BOND FUND<br>C/O ELLIOT COHEN<br>RUSSELL INVESTMENTS<br>1301 SECOND AVENUE, 18TH FLOOR<br>SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 60874 | $1,959,723.54 | $434,953.91 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 217: EXHIBIT A – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 7 | ROYAL BANK OF SCOTLAND PLC, THE C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59649 | Undetermined | $0.00 |
| | | | | | TOTAL | $109,179,871.76 | $52,088,129.36 |