UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         ) Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       ) Case No. 08-13555 (JMP)
                                                               )
                                                               )
                                                               )
         Debtors                                               ) (Jointly Administered)
---------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| The Royal Bank of Scotland plc | Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Case No. 08-13555**

Court Claim # (if known): 16721

The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT 06901
Attn: Matthew Rosencrans
Tel: 203-618-2644

Amount of Claim as Filed: $141,162.87
Amount of Claim Transferred: $141,162.87
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
tel: 212-850-2872

NYC:238094.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Vanguard Fiduciary Trust Company, as Trustee for Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **The Royal Bank of Scotland plc** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in respect of derivatives transactions against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as specified in proof of claim **No. 16721** filed with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of March 2012.

| | |
|---|---|
| **VANGUARD FIDUCIARY TRUST COMPANY, AS TRUSTEE FOR VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND TRUST** | **THE ROYAL BANK OF SCOTLAND PLC** By: RBS Securities Inc., its agent |
| By: _____ Name: Heidi Sham Title: Senior Vice President | By: _____ Name: Title: |

NYC:237052.3

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Vanguard Fiduciary Trust Company, as Trustee for Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **The Royal Bank of Scotland plc** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in respect of derivatives transactions against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as specified in proof of claim **No. 16721** filed with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of March 2012.

**VANGUARD FIDUCIARY TRUST COMPANY, AS TRUSTEE FOR VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND TRUST**

By: _____
Name:
Title:

**THE ROYAL BANK OF SCOTLAND PLC**
By: RBS Securities Inc., its agent

By: _____
Name: Christopher M. Aitkin
Title: Authorized Signatory

NYC:237052.3