B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc., et. al., Debtors        Case No. 08-13555 (JMP)
(Jointly Administrator)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| PBC Financing LLC | Deutsche Bank AG, London Branch |

Name and Address where notices to transferee
Should be sent:

William Doyle
Credit Suisse
11 Madison Avenue
New York, NY 10010
212-352-3571

PBC Financing LLC
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Email: Paul_ops@paulsonco.com
Fax: 212-977-9505

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Citibank N.A., N.Y
ABA  021 000 089
A/C Credit Suisse Securities (USA) LLC
A/C 4080 4003
PBC Financing LLC   7580H0

Court Claim # (if known): 59006
Amount of Claim as Filed: $1,015,500,000.00
Amount of Claim Transferred: $50,000,000.00
Date Claim Filed: 10/30/09
Debtor: Lehman Commercial Paper Inc.

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____    Date: March 16, 2012

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7976758v1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper Inc. (the "Debtor")
Case No. 08-13900 (JMP) (the "Case")

Proof of Claim Number: 59006

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**PBC FINANCING LLC
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Email: Paul_ops@paulsonco.com
Fax: 212-977-9505**

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 59006, solely to the extent of $50,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated    March 16,  2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title: Ross Miller
Director

By: _____
Name:
Title: Michael Sutton
Managing Director

**PBC FINANCING LLC**

By: _____
Name:
Title:

NY1 8062297v.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Commercial Paper Inc. (the "Debtor")
Case No. 08-13900 (JMP) (the "Case")

Proof of Claim Number: 59006

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**PBC FINANCING LLC**
**1251 Avenue of the Americas**
**50th Floor**
**New York, NY 10020**
**Email: Paul_ops@paulsonco.com**
**Fax: 212-977-9505**

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 59006, solely to the extent of $50,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March 16, 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
   Name:                                            Name:
   Title:                                            Title:

**PBC FINANCING LLC**

By: _____
   Name:
   Title: STUA[...]
          Author[...]

NY1 8062297v.1