# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

**PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| LMA SPC for and on behalf of the MAP 84 Segregated Portfolio | Goldman, Sachs & Co. |
|---|---|
| Name of Transferee | Court Claim # (if known): 58884 |
| Name and Address where notices to transferee should be sent: | Amount of Claim: EUR345,000.00 (which converts to $491,500.16) together with all accrued and unpaid interest and any other amounts due. |
| c/o Knighthead Capital Management, LLC<br>623 Fifth Avenue, 29th Floor<br>New York, NY 10022<br>Attn: Laura Torrado | Date Claim Filed: 10/30/2009 |
| Last Four Digits of Acct. #: _____ | Phone:<br>Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LMA SPC for and on behalf of Map 84 Segregated Portfolio
By: Knighthead Capital Management, LLC, its
Investment Advisor

By: _____    Date: _____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

463-1000/COURT/3378888.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

**PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIM 58884 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim other than for Security in the Clerk's office of this court on          .

| | |
|---|---|
| Goldman, Sachs & Co. <br> _____ <br> Name of Alleged Transferor <br><br> Address of Alleged Transferor: <br><br> Address of Alleged Transferor: <br> Goldman, Sachs & Co. <br> 30 Hudson Street, 36th Floor <br> Jersey City, NJ 07302 <br> Contact: Andrew Caditz <br> Phone: 212-357-6240 <br> Fax: 212-428-1243 <br> Email: Andrew.Caditz@gs.com | LMA SPC for and on behalf of the MAP 84 Segregated Portfolio _____ <br><br> Name of Transferee <br><br> Address of Transferee: <br><br> c/o Knighthead Capital Management, LLC <br> 623 Fifth Avenue, 29th Floor <br> New York, NY 10022 <br> Attn: Laura Torrado <br> Tel: 212-356-2914 <br> Fax: 212-356-3933 <br> Email: ltorrado@knighthead.com |
| | |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                                                                 CLERK OF THE COURT

463-1000/COURT/3378888.1