B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

### Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>CVF Lux Master S.a.r.l.</u> | <u>GOLDMAN SACHS LENDING PARTNERS LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVF Lux Master S.a.r.l.
c/o CarVal Investors, LLC
12700 Whitewater Drive, MS I44
Minnetonka, MN 55343-9439

Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com
Fax: (952) 367-1473

Court Claim # (if known): <u>15921</u>
Amount of Claim Transferred: <u>$9,662,500.00</u>
Date Claim Filed: <u>September 17, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

716324v.1 3091/00064

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF Lux Master S.a.r.l.

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____[signature]_____   Date: 3/16/12
Transferee/Transferee's Agent
Tiffany Parr / Authorized Signature

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF Lux Master S.a.r.l.

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CVF Lux Master S.a.r.l.</u>                               <u>GOLDMAN SACHS LENDING PARTNERS LLC</u>
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>15922</u>
should be sent:                                    Amount of Claim Transferred: <u>$9,662,500.00</u>
                                                   Date Claim Filed: <u>September 17, 2009</u>
CVF Lux Master S.a.r.l.                            Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o CarVal Investors, LLC
12700 Whitewater Drive, MS I44
Minnetonka, MN 55343-9439

Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com
Fax: (952) 367-1473

716324v.1 3091/00064

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF Lux Master S.a.r.l.

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____     Date: 3/16/12
    Transferee/Transferee's Agent
    Tiffany Parr /Authorized Signature
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

716324v.1 3091/00064

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF Lux Master S.a.r.l.

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

716324v.1 3091/00064