B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>CVI GVF Luxembourg Twelve S.a.r.l.</u><br>Name of Transferee | <u>GOLDMAN SACHS LENDING PARTNERS LLC</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>CVI GVF Luxembourg Twelve S.a.r.l<br>c/o CarVal Investors, LLC<br>12700 Whitewater Drive, MS I44<br>Minnetonka, MN 55343-9439<br><br>Teri Salberg<br>Phone: (952) 984-3416<br>Teri.salberg@carval.com<br>Fax: (952) 367-1473 | Court Claim # (if known): <u>15921</u><br>Amount of Claim Transferred: <u>$10,675,000.00</u><br>Date Claim Filed: <u>September 17, 2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

716322v.1 3091/00045

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF Luxembourg Twelve S.a.r.l

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____   Date: 3/16/12
Transferee/Transferee's Agent
Tiffany Parr / Authorized Signer
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____

716322v.1 3091/00045

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF Luxembourg Twelve S.a.r.l

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

716322v.1 3091/00045

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>CVI GVF Luxembourg Twelve S.a.r.l.</u><br>Name of Transferee | <u>GOLDMAN SACHS LENDING PARTNERS LLC</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>CVI GVF Luxembourg Twelve S.a.r.l<br>c/o CarVal Investors, LLC<br>12700 Whitewater Drive, MS I44<br>Minnetonka, MN 55343-9439<br><br>Teri Salberg<br>Phone: (952) 984-3416<br>Teri.salberg@carval.com<br>Fax: (952) 367-1473 | Court Claim # (if known): <u>15922</u><br>Amount of Claim Transferred: <u>$10,675,000.00</u><br>Date Claim Filed: <u>September 17, 2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |

716322v.1 3091/00045

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF Luxembourg Twelve S.a.r.l

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____     Date: 3/16/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

716322v.1 3091/00045

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF Luxembourg Twelve S.a.r.l

By CarVal Investors, LLC

Its Attorney-in-Fact

By: _____            Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____*[signature]*_____

716322v.1 3091/00045