UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------------------x
                                                     )
In re:                                               )   Chapter 11
                                                     )
LEHMAN BROTHERS HOLDINGS INC., et al.,               )   Case No. 08-13555 (JMP)
                                                     )
                                                     )
                                                     )
         Debtors                                     )   (Jointly Administered)
---------------------------------------------------------------------------x
```

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer for security, of the claim referenced in this evidence and notice.

Credit Suisse International
Name of Transferee

Name and Address where notices to transferee should be sent:

William Doyle
Credit Suisse
11 Madison Avenue
New York, NY 10010
(212) 325-3571

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

PBC Financing LLC
Name of Transferor

**Case No. 08-13900**
Court Claim # (if known): 59006

Amount of Claim as Filed: $1,015,500,000.00

Amount of Claim Transferred: $50,000,000.00

Date Claim Filed: 10/30/09

Debtor: Lehman Commercial Paper Inc.

## EVIDENCE OF
## TRANSFER OF CLAIM FOR SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, PBC Financing LLC ("Paulson") hereby unconditionally and irrevocably grants a first priority security interest to Credit Suisse International ("Credit Suisse") in all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Commercial Paper Inc. (the "Debtor"), the debtor in Case No. 08-13900 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 59006) held by Paulson with the Bankruptcy Court in respect of the foregoing claim.

Paulson hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the claim to the following account:

Wire Instructions:

Bank:  Citibank N.A., N.Y
ABA    021 000 089
A/C    Credit Suisse Securities (USA) LLC
**A/C    4080 4003**
PBC Financing LLC    7580H0

Paulson hereby waives any objection to the transfer of the claim for security to Credit Suisse on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 14th day of March 2012.

**PBC FINANCING LLC**

By: _____
Name:   STUART MERZER
Title:   Authorized Signatory

**CREDIT SUISSE INTERNATIONAL**

By: _____
Name:
Title:

By: _____
Name:
Title:

NYC:237996.1

## EVIDENCE OF
## TRANSFER OF CLAIM FOR SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, PBC Financing LLC ("Paulson") hereby unconditionally and irrevocably grants a first priority security interest to Credit Suisse International ("Credit Suisse") in all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Commercial Paper Inc. (the "Debtor"), the debtor in Case No. 08-13900 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 59006) held by Paulson with the Bankruptcy Court in respect of the foregoing claim.

Paulson hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the claim to the following account:

Wire Instructions:

    Bank:  Citibank N.A., N.Y
    ABA    021 000 089
    A/C    Credit Suisse Securities (USA) LLC
    **A/C    4080 4003**
    PBC Financing LLC    7580H0

Paulson hereby waives any objection to the transfer of the claim for security to Credit Suisse on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of ___March___ 2012.

**PBC FINANCING LLC**                     **CREDIT SUISSE INTERNATIONAL**

By: _____         By: _____
Name:                                 Name:    Louis J. Impellizeri
Title:                                Title:   Authorized Signatory

                                      By: _____
                                      Name:
                                      Title:    Barry Dixon
                                                Authorized Signatory

NYC:237996.1