B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lehman Brothers International (Europe) (in administration)<br>Name of Transferee | Citibank, N.A., London Branch<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Lehman Brothers International (Europe) (in administration)
Attn: Derek Anthony Howell
Level 23
25 Canada Square
London E14 5LQ
United Kingdom

Court Claim # (if known): 58911 (to the extent of ISINs CH0027120630, CH0027120671, CH0027120713, CH0027120820, CH0027120994)
Total Amount of Claim Filed: $ 277,672,024
Amount of Claim Transferred: Amounts in connection with ISINs CH0027120630, CH0027120671, CH0027120713, CH0027120820, CH0027120994
Date Claim Filed: October 30, 2009

Name and address where transferee payments should be sent (if different from above):

*(continued on next page)*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 16 MARCH, 2012
     Transferee/Transferee's Agent

Paul D. Copley, Joint Administrator
For and on behalf of Lehman
Brothers International (Europe) (in
administration) acting as its agent and
without personal liability

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.          Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 58911 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on March 18, 2012.

| Citibank, N.A., London Branch | Lehman Brothers International (Europe) (in administration) |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Citigroup Center, Canary Wharf
London E14 5LB, U.K.

Attn: Ranjit Chatterji
Email: ranjit.chatterji@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Address of Transferee:

Attn: Derek Anthony Howell
Level 23
25 Canada Square
London E14 5LQ
United Kingdom

With a copy to:

Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
Attn: Titia Holtz
Phone: 212-903-9000
Email: titia.holtz@linklaters.com

~ **DEADLINE TO OBJECT TO TRANSFER** ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          **CLERK OF THE COURT**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.