B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.       ,   Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Agricultural Bank of Taiwan | Lehman Brothers International (Europe), (in administration) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
No. 71 Guancian Road
Taipei City, Taiwan (R.O.C.)

Court Claim # (if known): 62783
Amount of Claim: $150,177,083.33 plus unliquidated amounts[1]
Date Claim Filed: 11/02/2009

Phone: 886-2-2380-5123
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sun-Chyi Lai                         Date: 03/16/2012
Transferee/Transferee's Agent
Senior Vice President and General
Manager, Department of Treasure

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

[1] The Amount of Claim represents the portion of the claim that is being transferred. The full amount of the claim as originally filed by Lehman Brothers International (Europe) under Claim No. 62783 is $2,084,741,055.00 plus unliquidated amounts for interest charges and costs.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment Agreement dated as of the date hereof (the "Assignment"), Lehman Brothers International (Europe) (in administration) by and through Anthony Victor Lomas, Steven Anthony Pearson, Derek Anthony Howell, Paul David Copley and Russell Downs (the "Joint Administrators" and each a "Joint Administrator") ("Assignor") hereby unconditionally and irrevocably transfers and assigns to Agricultural Bank of Taiwan ("Assignee"), all of Assignor's right, title and interest, and any and all claims, payments and causes of action in and to, or arising under or in connection with, that portion of Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), identified as Claim No. 62783, against Lehman Brothers Holdings Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc.*, Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Proceeding"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), attributable to the amounts due to Assignee as the beneficial owner of ISINs XS0338657165, XS0338656787, XS0338657082 and XS0338656860 in the aggregate amount of $150,177,083.33[1] plus unliquidated amounts for interest thereon and costs in connection therewith (the "Transferred Claim").

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order may be entered in the Bankruptcy Proceeding without further notice to Assignor transferring to Assignee the Transferred Claim and recognizing the Assignee as the sole owners and holders of the Transferred Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made directly to and payable in the name of the Assignee.

*[Remainder of Page Intentionally Left Blank]*

---

[1] This aggregate amount reflects the valuation methodology detailed in Claim No. 62783. The amount of the Transferred Claim being explicitly subject to amendment or supplement as against the Debtor by Assignee upon assignment.

W02-WEST:7MAS1\404862219.1              -1-

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __16th__ day of March, 2012.

ASSIGNOR:
LEHMAN BROTHERS
INTERNATIONAL (EUROPE)
(IN ADMINISTRATION)

By: _____
Name:
Title: Joint Administrator
For and on behalf of Lehman
Brothers International (Europe)
acting as its agent and without
personal liability

Level 23
25 Canada Square
London E14 5LQ
United Kingdom

ASSIGNEE:
AGRICULTURAL BANK OF TAIWAN

By: _____
Name: Mr. Sun-Chyi Lai
Title: Senior Vice President and
General Manager, Department of
Treasure

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14 day of March, 2012.

**ASSIGNOR:**
**LEHMAN BROTHERS**
**INTERNATIONAL (EUROPE)**
**(IN ADMINISTRATION)**

By: *[signature]*
Name:
Title: Joint Administrator
For and on behalf of Lehman Brothers International (Europe) acting as its agent and without personal liability

Level 23
25 Canada Square
London E14 5LQ
United Kingdom

**ASSIGNEE:**
**AGRICULTURAL BANK OF TAIWAN**

By: _____
Name:
Title: