Presentment Date and Time: March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)

Objection Deadline: March 21, 2012 at 12:00 noon (Prevailing Eastern Time)

Hearing Date and Time (Only if Objection Filed): March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9117

Attorneys for Taconic Capital Partners 1.5 L.P.,
Taconic Opportunity Fund L.P.,
Taconic Market Dislocation Fund II L.P., and
Taconic Market Dislocation Master Fund II L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                                                                      :

In re                                                     :         **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :         **08-13555 (JMP)**

Debtors.    :         **(Jointly Administered)**
------------------------------------------------------------------- x

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER**
**REGARDING FILING AMENDMENTS TO PROOFS OF CLAIM**

      **PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation and Order (the "Stipulation and Order") between Lehman Brothers Holdings Inc., as Plan Administrator in the above referenced chapter 11 cases under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, and Taconic Capital Partners 1.5 L.P., Taconic Opportunity Fund L.P., Taconic Market Dislocation Fund II L.P., Taconic Market Dislocation Master Fund II L.P., to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **March 22, 2012 at 10:00 a.m. (Prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Stipulation and Order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **March 21, 2012 at 12:00 noon (Prevailing Eastern Time)**, there will not be a hearing and the Stipulation and Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that the moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:   March 18, 2012
         New York, New York

         /s/ Thomas T. Janover
Thomas T. Janover, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9117

Attorneys for Taconic Capital Partners 1.5 L.P., Taconic Opportunity Fund L.P., Taconic Market Dislocation Fund II L.P., and Taconic Market Dislocation Master Fund II L.P.

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9117
Thomas T. Janover, Esq.

Attorneys for Taconic Capital Partners 1.5 L.P.,
Taconic Opportunity Fund L.P.,
Taconic Market Dislocation Fund II L.P., and
Taconic Market Dislocation Master Fund II L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND ORDER REGARDING**
**FILING AMENDMENTS TO PROOFS OF CLAIM**

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") in the above referenced chapter 11 cases pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (the "Plan"), and Taconic Capital Partners 1.5 L.P. ("Partners"), Taconic Opportunity Fund L.P. ("Opportunity Fund"), Taconic Market Dislocation Fund II L.P. ("Dislocation Fund") and Taconic Market Dislocation Master Fund II L.P. ("Dislocation Master Fund," and together with Partners, Opportunity Fund and Dislocation Fund, collectively, the "Claimants," and together with the Plan Administrator, the "Parties"), hereby enter into this Stipulation and Order stipulate and agree as follows:

**RECITALS:**

      A.      On September 18, 2009, The Primary Fund of the Reserve Fund ("Primary Fund") filed a proof of claim against LBHI, which was designated as claim number 17319 ("Claim 17319") by the Plan Administrator's court-approved claims agent (the "Claims Agent").

      B.      On September 18, 2009, The Reserve Yield Plus Fund Of The Reserve Short-Term Investment Trust ("Reserve Yield") filed a proof of claim against LBHI, which was designated as claim number 17596 ("Claim 17596") by the Claims Agent.

      C.      On November 2, 2009, CNP Assurances ("CNP," and collectively with Primary Fund and Reserve Yield, the "Original Claimants") filed a proof of claim against LBHI, which was designated as claim number 63595 ("Claim 63595," and collectively with Claim 17319 and Claim 17596, the "Original Claims") by the Claims Agent.

      D.      The Original Claimants transferred the Original Claims to Goldman Sachs & Co. ("Goldman"). Pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Goldman filed evidence of the transfers of the Original Claims from the respective Original Claimants.

      E.      Goldman subsequently transferred portions of the Original Claims to the various Claimants in the amounts set forth on Exhibit A beneath the column "Original Taconic Claim Amount" (the "Original Taconic Claims"). Pursuant to Bankruptcy Rule 3001(e)(2), Claimants filed evidence of the transfers of the Original Taconic Claims from Goldman.

      F.      On December 6, 2011, the Court entered an order confirming the Plan [ECF No. 23023] (the "Confirmation Order"). The Effective Date (as defined in the Plan) occurred on March 6, 2012.

      G.      Pursuant to the Plan, the Plan Administrator is authorized to control and effectuate the claims reconciliation process with respect to claims filed against LBHI.

H.      Pursuant to the Confirmation Order, after the Effective Date, a proof of claim may not be filed or amended without the authority of the Court.

I.      The Plan Administrator consents to the filing of amended proofs of claim ("Amended Taconic Claims") to amend and supersede the Original Taconic Claims solely to reduce the amounts asserted by the Claimants to the amounts set forth on Exhibit A beneath the column "Amended Taconic Claim Amount" (the "Amended Taconic Claim Amounts").

J.      The Parties are entering into this Stipulation and Order in order to allow the Claimants to file the Amended Taconic Claims.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1.      Upon entry of this Stipulation and Order by the Court, the filing of the Amended Taconic Claims shall be authorized, and the Original Taconic Claims shall be disallowed and expunged. The Claims Agent shall update the claims registry accordingly.

2.      The rights of the Plan Administrator to object to the Amended Taconic Claims on any ground other than the timing and method of filing are expressly preserved and unaffected by this Order.

3.      This Stipulation and Order contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

4.      This Stipulation and Order shall be binding upon and inure solely to the benefit of the Parties hereto and their respective successors and assigns. Nothing contained herein, express or implied, is intended to or shall confer upon any other person or entity any legal or equitable right, benefit, or remedy of any nature whatsoever under or by reason of this Stipulation and Order.

KL2 2740856.2
US_ACTIVE:\43953776\02\58399.0008                    3

5. Each person who executes this Stipulation and Order represents that he or she is duly authorized to do so on behalf of the respective Party or Parties hereto and that each such party has full knowledge and has consented to this Stipulation and Order.

6. This Stipulation and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation and Order to present any copy, copies, electronic copies, or facsimiles signed by the Parties hereto to be charged.

7. This Stipulation and Order shall be governed by and interpreted in accordance with the laws of the state of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflict of laws that would require the application of laws of another jurisdiction.

*[Remainder of Page Intentionally Left Blank]*

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation and Order.

Dated: March 18, 2012
      New York, New York

/s/ Thomas T. Janover
Thomas T. Janover, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9117

Attorneys for Taconic Capital Partners 1.5 L.P., Taconic Opportunity Fund L.P., Taconic Market Dislocation Fund II L.P., and Taconic Market Dislocation Master Fund II L.P.

Dated: March 18, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

SO ORDERED, this
___ day of March, 2012 in New York

_____
United States Bankruptcy Judge

# **EXHIBIT A**

## **Claim 17319**

| CLAIM NUMBER | DEBTOR | CREDITOR | ORIGINAL TACONIC CLAIM AMOUNT ($) | AMENDED TACONIC CLAIM AMOUNT ($) | ISIN |
|---|---|---|---|---|---|
| 17319.32 | LBHI | TACONIC CAPITAL PARTNERS 1.5 L.P. | 31,750,000.00 | 31,628,132.74 | 52525MKT4 |
| 17319.48 | LBHI | TACONIC MARKET DISLOCATION MASTER FUND II L.P. | 10,000.00 | 9,961.62 | 52525MKT4 |
| 17319.20 | LBHI | TACONIC MARKET DISLOCATION FUND II L.P. | 2,433,900.00 | 2,424,557.87 | 52525MKT4 |
| 17319.22 | LBHI | TACONIC OPPORTUNITY FUND L.P. | 95,250,000.00 | 94,884,398.21 | 52525MKT4 |
| 17319.23 | LBHI | TACONIC MARKET DISLOCATION MASTER FUND II L.P. | 556,100.00 | 553,965.50 | 52525MKT4 |
| 17319.16 | LBHI | TACONIC CAPITAL PARTNERS 1.5. L.P. | 16,250,000.00 | 16,176,315.32 | 52525MKV9 |
| 17319.17 | LBHI | TACONIC MARKET DISLOCATION FUND II L.P. | 4,056,500.00 | 4,038,106.04 | 52525MKV9 |
| 17319.21 | LBHI | TACONIC OPPORTUNITY FUND L.P. | 48,750,000.00 | 48,528,945.96 | 52525MKV9 |
| 17319.18 | LBHI | TACONIC MARKET DISLOCATION MASTER FUND II L.P. | 943,500.00 | 939,221.75 | 52525MKV9 |
| 17319.43 | LBHI | TACONIC CAPITAL PARTNERS 1.5 L.P. | 1,200,000.00 | 1,194,558.67 | 52525MKV9 |
| 17319.42 | LBHI | TACONIC OPPORTUNITY FUND L.P. | 8,800,000.00 | 8,760,096.91 | 52525MKV9 |
| | | | **210,000,000.00** | **209,138,260.59** | |

## Claim 17596

| CLAIM NUMBER | DEBTOR | CREDITOR | ORIGINAL TACONIC CLAIM AMOUNT ($) | AMENDED TACONIC CLAIM AMOUNT ($) | ISIN |
|---|---|---|---|---|---|
| 17596.00 | LBHI | TACONIC CAPITAL PARTNERS 1.5 L.P. | 3,600,000.00 | 3,583,676.01 | 52525MKV9 |
| 17596.01 | LBHI | TACONIC OPPORTUNITY FUND L.P. | 26,400,000.00 | 26,280,290.74 | 52525MKV9 |
| | | | 30,000,000.00 | 29,863,966.75 | |

## Claim 63595

| CLAIM NUMBER | DEBTOR | CREDITOR | ORIGINAL TACONIC CLAIM AMOUNT ($) | AMENDED TACONIC CLAIM AMOUNT ($) | ISIN |
|---|---|---|---|---|---|
| 63595.03 | LBHI | TACONIC OPPORTUNITY FUND L.P. | 25,483,267.79 | 24,763,770.55 | XS0364971225 |
| 63595.04 | LBHI | TACONIC CAPITAL PARTNERS 1.5 L.P. | 3,474,991.06 | 3,376,877.80 | XS0364971225 |
| 63595.05 | LBHI | TACONIC CAPITAL PARTNERS 1.5 L.P. | 3,484,401.28 | 3,401,617.68 | XS0360789951 |
| 63595.06 | LBHI | TACONIC OPPORTUNITY FUND L.P. | 25,552,276.03 | 24,945,196.29 | XS0360789951 |
| | | | 57,994,936.16 | 56,487,462.32 | |