UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                   Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,         Case No. 08-13555 (JMP)

                          Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF KEVIN R. STULTS

UPON the motion of Kevin R. Stults dated March 14, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Kevin R. Stults is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       March 19, 2012

                                                              *s/ James M. Peck*
                                                              UNITED STATES BANKRUPTCY JUDGE