CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROTECTIVE PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC. IN CONNECTION WITH THE SUMMIT ACADEMY NORTH TRANSACTION**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **32864** filed against Lehman Brothers Holdings Inc. (**Case No. 08-13555**) in connection with the $27,465,000 Summit Academy North Public School Academy Revenue and Refunding Bonds, Series 2005 transaction. The claim was filed on September 22, 2009.

3163702.01.01.doc

No other claim of U. S. Bank National Association, in any capacity, shall be affected hereby, and U.S. Bank reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers

Dated: March 15, 2012

                                            Respectfully submitted,

                                            U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

                                            By: _____

                                            Printed Name: Timothy Pillar

                                            Its: Vice President