**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                    :
In re                                                               :     Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                        :     08-13555 (JMP)
                                                                    :     (Jointly Administered)
        Debtors.                                                    :
                                                                    :
---------------------------------------------------------------------x    Ref. Docket Nos. 26255-26257

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2012, I caused to be served the:

    a. "Notice Of Seventy-Eighth Supplemental List Of Ordinary Course Professionals," dated March 13, 2012 [Docket No. 26255], (the "78th OCP List"),

    b. "Affidavit and Disclosure Statement of James I Warren, on Behalf of Wyche Professional Association," dated March 1, 2012 [Docket No. 26256], (the "Warren Affidavit"), and

    c. "Affidavit and Disclosure Statement of John S. Siffert, on Behalf of Lankler Siffert & Wohl LLP," dated March 12, 2012 [Docket No. 26257], (the "Siffert Affidavit"),

    by causing true and correct copies of the:

    i. Warren Affidavit, to be delivered via electronic mail to lbuttry@wyche.com,

    ii. Siffert Affidavit, to be delivered via electronic mail to JSiffert@lswlaw.com, and

    iii. 78th OCP List, Warren Affidavit and Siffert Affidavit, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit A.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
16th day of March, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004