

Attention Mr. James M. Peck
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY10004
United States of America

K. Norimatsu
14 − 10 − 306　Suzurandai −
Higashimachi　9−Chome、
Kitaku,Kobe−City、
Hyogo−Pref.、651−1112
Japan
TEL 0+11( your National No.) +81
−90−1594−6136
March 1, 2012

Attn : Mr. Peck

Re : Lehman Brothers Holdings Inc.、et al. (08−13555 (JMP) )

Dear sirs,

　　Here let's confirm that I, K. Norimatsu have the right of the possession of Lehman Brothers Holdings Inc. and affiliated companies.

　　And please take action under points of my wishes.

　① Please follow the procedure of moving of possession of these companies to me.

　② To the staffs of Lehman Brothers Holdings Inc. : Please follow the procedure of the application of the law of companies' rebirth, which might be provision procedures due to purchase from another company.

　③ Please hold on my telephone call and hear my message at first, and

1

Attention: [illegible] James M. Peck
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York NY 10004
United States of America

K. Norimatsu
[illegible]
[illegible]
Kitaku Kobe-City
Hyogo-Pref 651-1112
Japan
TEL (if your National No.) +81
- 90 - 1684 - 0130
March 1 2012

Re : Lehman Brothers Holdings Inc., et al. (08-13555 (JMP))

Dear sirs,

I want to confirm that I, K. Norimatsu have the right of the possession of Lehman Brothers Holdings Inc. and affiliated companies.

~~And please take action under points of my wish.~~

① Please follow the procedure of moving of possession in these companies to me.

② To the staffs of Lehman Brothers Holdings Inc.: Please follow the procedure of the application of the law of companies' rebirth, which might be provision procedures due to purchase from another company.

③ Please hold on my telephone call and hear my message at first, and

write down at least message points. Please don't change attendant one after another.

④ There isn't any your information without the attention letter from WEIL, GOTSHAL & MANGES LLP and United Bankruptcy Court Southern District of New York. That means no information to me from related parties of you.

Your kind attention will be highly appreciated.

Yours sincerely,

_____/C. Nonuvatsu_____ signature

2

write down at least message points. Please don't change according one after another.

④ There isn't any your information without the attention letter from WEIL, GOTSHAL & MANGES, LLP and United Bankruptcy Court Southern District of New York. That means no information to me from related parties of you.

Yours sincerely,

_____
signature