United States Bankruptcy Court
Southern District of New York

In re:                                          Chapter 11 Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc.,
Debtors

RESPONSE TO TWO HUNDRED FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(Employment Related Claims) dated February 7, 2012.

Claim No. 9589
Claimant: Roger Nieman
          300 E. 40th Street 19B
          New York, NY 10016
          (212)867-5718

I am writing on behalf of my husband, Roger Nieman, who has been disabled since suffering
a cerebral hemorrhage, and for whom I have power of attorney. I have previously submitted
documents pertaining to the following three claims:

1. ESEP: $64,000 (approx.) each year from 2009 until 2016, inclusive, for a total of $512,000.
2. The Shearson SRP: $1319.40 annually, and
3. Lehman Bros. Retirement Plan: $4104 annually. The PBGC has been making these payments.

When the ESEP was established there was a strong bond between LBH and LBI, which enjoyed
the same management team, and had significant intercompany transfers; both companies profited
enormously from this relationship, because the tax code in effect at that time allowed the ESEP
plans to generate significant after-tax returns for both companies. LBH was a beneficiary of this
strong intercompany relationship, which enhanced the parent company earnings, and should not
be allowed to disclaim its responsibility. The ESEP retirement accounts should be assumed by
Barclay's as part of the "Section 363" sale of Lehman's assets, and/or be included in any
future litigation settlement, and/or be consolidated into the Estate of Lehman Brothers
Holdings.

I relied upon the forms that were sent to my husband to file these claims; these forms had LBH,
not LBI, as the debtor.  Judge Peck permitted this claim to go forward over the most recent
(195th) objection; I believe the Judge's decision recognized the validity of this claim.

Sincerely,

Jacqueline G. Nieman

Jacqueline G. Nieman, P/A

March 6, 2012

RECEIVED
MAR - 6 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

copies to:

The Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn Robert J Lemons, Esq.

Office of the U.S. Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10014
Attn: Tracy Hope Davis, Esq.
     Elisabetta Gasparini, Esq.
     Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Peck, Esq.