March 5, 2012

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004



Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for Region 2
Attn: Tracy Hope David, Esq., Elisabetta Gasparini, Esq., and Endrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweek, Hadley and McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

RE: Objection to Notice Two Hundred Fifty-Fourth Omnibus (Employment-Related Claims)

Creditor Name and Claim Numbers:
    Littlefield, David A.
    Claim Number 10655
    Claim Number 10656

In response to the above referenced Objection, this communication is written directly by the claimant as the attorney of record, Pasquale P. Caiazza, was unable to assist with this matter. Both the claimant and the attorney of record contacted the attorney identified in the reference filing, Erika del Nido with Weil, Goshal & Manges LLC, but Ms. del Nido was unable to provide information or clarification, stating she was unfamiliar with filing and its purpose. Therefore, I have taken it upon myself to reply. It is my understanding that this action is being taken under the pretense that I am not and was not an employee of Lehman Brothers Holdings; this is not the case. When BNC Mortgage LLC was closed, I was still recovering from a massive heart attack, on long term disability and was moved to Lehman Brother Holdings where I continued to received full medical benefits (including medical, dental, and vision) through December 31, 2011. In addition, I continue to receive a small monthly pension from Lehman Brothers Holding. Based on these facts, I ask for an evidentiary hearing to review the facts of this matter. Unfortunately, the attorney of record no longer employees an attorney with bankruptcy knowledge, therefore I will need time to identify and retain new counsel, however, cost will be a factor

in retain counsel , so I request the courts empathy and request that it grant a continuance allowing me to retain appropriate counsel to assist me in this matter.

Thank you for your consideration in this matter,

David A. Littlefield

81740 Camino Montevideo
Indio, CA 92203

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   08-13555 (JMP)
                                                             :
                          Debtors.                           :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x

LBH 0254 EX A 02-07-2012 (MERGE2,TXNUM2) 4000057373 BAR(23) MAIL ID *** 000057644417 *** BSIUSE: 219

LITTLEFIELD, DAVID A
LAW OFFICES OF PASQUALE P. CAIAZZA
606 EAST CHAPMAN AVENUE, SUITE 201
ORANGE, CA 92866-1601


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.**

**NOTICE OF HEARING ON DEBTORS' TWO HUNDRED
FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY ||
|---|---|
| **Creditor Name and Address:**<br>LITTLEFIELD, DAVID A<br>LAW OFFICES OF PASQUALE P. CAIAZZA<br>606 EAST CHAPMAN AVENUE, SUITE 201<br>ORANGE, CA 92866-1601 | **Claim Number:** 10656<br><br>**Date Filed:** 9/8/2009<br><br>**Debtor:** 09-10137<br><br>**Classification and Amount to be Disallowed:** PRIORITY: $ 10,950.00<br>UNSECURED: $ 52,600.00<br>TOTAL: $ 63,550.00 |

PLEASE TAKE NOTICE that, on February 7, 2012, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge and/or reclassify as equity the claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY on the grounds that (as applicable): (i) the Debtors have no liability for compensation related to your employment with entities that are not Debtors in these chapter 11 cases; (ii) the Debtors have no liability for deferred compensation that is not a liability of the Debtors; (iii) the Debtors have no liability for the value of a 401(k) savings plans or loss in the value of a 401(k) savings plans; (iv) the Debtors have no liability for any pension-related obligations pursuant to Title IV of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and a settlement with the Pension Benefit Guaranty Corporation (the "PBGC") and (v) the ownership of preferred stock, common stock, or other equity interest (collectively, the "Stock") constitutes an equity interest in a Debtor but does not constitute a claim against a Debtor's estate as such term is defined in section 101 of title 11 of the United States Code (the "Bankruptcy Code"). Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof. Any claim that the Bankruptcy Court reclassifies as an equity interest will not be classified as a claim against LBHI but rather will be treated equivalent with other equity interests in LBHI.

If you do NOT oppose the disallowance and expungement/reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

If you DO oppose the disallowance and expungement of your claim and/or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on March 6, 2012 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on March 22, 2012 to consider the Objection. The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge/reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erika del Nido, Esq., at 212-310-8323. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: February 7, 2012
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,                          :   08-13555 (JMP)
                                                                :
                    Debtors.                                    :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x

LBH 0254 EX A 02-07-2012 (MERGE2,TXNUM2) 4000057371 BAR(23) MAIL ID *** 000057644416 *** BSIUSE: 218
LITTLEFIELD, DAVID A
LAW OFFICES OF PASQUALE P. CAIAZZA
606 EAST CHAPMAN AVENUE, SUITE 201
ORANGE, CA 92866-1601

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.**

NOTICE OF HEARING ON DEBTORS' TWO HUNDRED
FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY ||
|---|---|
| **Creditor Name and Address:**<br>LITTLEFIELD, DAVID A<br>LAW OFFICES OF PASQUALE P. CAIAZZA<br>606 EAST CHAPMAN AVENUE, SUITE 201<br>ORANGE, CA 92866-1601 | **Claim Number:** 10655<br><br>**Date Filed:** 9/8/2009<br><br>**Debtor:** 09-10137<br><br>**Classification and Amount to be Disallowed:** PRIORITY: $ 10,950.00<br>UNSECURED: $ 77,036.88<br>TOTAL: $ 87,986.88 |

PLEASE TAKE NOTICE that, on February 7, 2012, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge and/or reclassify as equity the claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY on the grounds that (as applicable): (i) the Debtors have no liability for compensation related to your employment with entities that are not Debtors in these chapter 11 cases; (ii) the Debtors have no liability for deferred compensation that is not a liability of the Debtors; (iii) the Debtors have no liability for the value of a 401(k) savings plans or loss in the value of a 401(k) savings plans; (iv) the Debtors have no liability for any pension-related obligations pursuant to Title IV of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and a settlement with the Pension Benefit Guaranty Corporation (the "PBGC") and (v) the ownership of preferred stock, common stock, or other equity interest (collectively, the "Stock") constitutes an equity interest in a Debtor but does not constitute a claim against a Debtor's estate as such term is defined in section 101 of title 11 of the United States Code (the "Bankruptcy Code"). Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof. Any claim that the Bankruptcy Court reclassifies as an equity interest will not be classified as a claim against LBHI but rather will be treated equivalent with other equity interests in LBHI.

If you do NOT oppose the disallowance and expungement/reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

If you DO oppose the disallowance and expungement of your claim and/or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on March 6, 2012 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on March 22, 2012 to consider the Objection. The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge/reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED/RECLASSIFIED AS EQUITY, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erika del Nido, Esq., at 212-310-8323. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: February 7, 2012
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION