WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**               :    **08-13555 (JMP)**
                                                               :
                              Debtors.                         :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :    **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                               :    **08-01420 (JMP) (SIPA)**
                              Debtor.                          :
                                                               :
---------------------------------------------------------------x

US_ACTIVE:\43949610\04\58399.0011

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FORTY-EIGHTH OMNIBUS HEARING ON MARCH 21, 2012 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I.    UNCONTESTED MATTERS:

1.   Debtors' Motion for Approval of a Settlement Agreement with Lehman Re Ltd and Certain Other Parties **[ECF No. 25864]**

   Response Deadline:   March 13, 2012 at 4:00 p.m.

   Response Received:

       A.   Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[ECF No. 27015]**

   Related Documents:

       B.   Declaration of Jeffrey Fitts in Support of Motion **[ECF No. 25865]**

       C.   Declaration of Daniel J. Ehrmann in Support of Motion **[ECF No. 25866]**

       D.   Notice of Amended Order **[ECF No. 27028]**

   Status:  This matter is going forward and will be heard concurrently with item number 3 on the Agenda.

### II.   CONTESTED MATTERS:

2.   Motion of Lehman Brothers Holdings Inc. for Authority to Use Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors Confirmed Joint Chapter 11 Plan **[ECF No. 24726]**

   Unresolved Response:

       A.   Opposition of Jamie H. Murcia to Motion **[ECF No. 25379]**

   Related Documents:

       B.   Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 25546]**

       C.   Declaration of Steven J. Cohn in Support of Motion **[ECF No. 25393]**

       D.       Reply of Lehman Brothers Holdings Inc. to Objections and in Further Support of Motion **[ECF No. 25554]**

       E.       Order Authorizing Use Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors Confirmed Joint Chapter 11 Plan **[ECF No. 25641]**

Status:  This matter is going forward solely with respect to the Unresolved Response.

### IN RE LEHMAN RE LTD. [CASE NO. 09-14884]

3.    Motion of the Joint Provisional Liquidators of Lehman RE Ltd. for Authorization and Approval of the Settlement Between Lehman RE Ltd. and the Lehman U.S. Debtors **[ECF No. 126]**

Response Deadline:  March 13, 2012 at 4:00 p.m.

Response Received:  None.

Related Documents:

       A.       Declaration of Dan Yoram Schwarzmann in Support of an Order Authorizing and Approving the Settlement **[ECF No. 127]**

       B.       Notice of Amended Order **[ECF No. 130]**

Status:  This matter is going forward and will be heard concurrently with matter number 1 on the Agenda.

### MATTERS TO BE HEARD AT 2:00 P.M.

### III.  ADVERSARY PROCEEDINGS:

4.    Michigan State Housing Development Authority v. Lehman Brothers Derivative Products Inc., et al. **[Adversary Proceeding No. 09-01728]**

**Pre-Motion Conference Pursuant to LBR 7056-1(a)**

Related Documents:

       A.       Adversary Complaint **[ECF No. 1]**

       B.       Answer of Lehman Brothers Derivative Products Inc., et al. to Complaint and Counterclaim **[ECF No. 18]**

       C.       Answer of Michigan State Housing Development Authority to Counterclaim **[ECF No. 20]**

        D.    Joint Letter Pursuant to LBR 7056-1(a) and Proposed Scheduling Order **[ECF No. 27]**

Status:  This matter is going forward solely as a status conference.

5. Turnberry Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc. **[Adversary Case No. 09-01062]**

   **Status Conference**

   Related Documents:

       A.    Lehman Brothers Holdings, Inc.'s and Lehman Brothers Bank, FSB's Motion to Dismiss Plaintiffs' Amended Complaint **[ECF No. 65]**

       B.    Opposition Brief of Turnberry Centra Sub, LLC, et al. **[ECF No. 67]**

       C.    Lehman Brothers Holdings, Inc.'s Reply in Support of the Motion to Dismiss **[ECF No. 68]**

       D.    Amended Complaint **[ECF No. 63]**

   Status:  This matter is going forward solely as a status conference.

6. Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, *et al.* **[Adversary Case No. 10-02821]**

   **Status Conference**

   Related Documents:

       A.    Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

       B.    Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

       C.    Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

       D.    Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

   Status:  This matter is going forward solely as a status conference.

7. Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, et al. **[Adversary Case No. 10-02823]**

   **Status Conference**

   Related Documents:

   A. Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

   B. Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

   C. Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

   D. Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

   Status: This matter is going forward solely as a status conference.

## IV.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc.:

8. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

   Response Deadline:    February 9, 2011 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection **[ECF No. 14398]**

   B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

   Related Documents:

   C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

   D. Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

   Status: This matter has been adjourned to April 18, 2012 at 10:00 a.m.

9. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

   Response Deadline:    May 11, 2011 at 4:00 p.m.

   Responses Received:

       A.    Debtors' Objection **[ECF No. 16680]**

       B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

   Related Documents:    None.

   Status:    This matter has been adjourned to April 18, 2012 at 10:00 a.m.

10. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

    Response Deadline:    June 8, 2011 at 4:00 p.m.

    Response Received:

        A.    Debtors' Objection **[ECF No. 17502]**

    Related Documents:    None.

    Status:    This matter has been adjourned to June 13, 2012 at 10:00 a.m.

11. Motion of Jason T. Taylor for Relief from the Automatic Stay **[ECF No. 14377]**

    Response Deadline:    February 8, 2012 at 4:00 p.m.

    Response Received:

        A.    Debtors' Omnibus Response **[ECF No. 25152]**

    Related Documents:    None.

    Status:    This matter has been adjourned to April 18, 2012 at 10:00 a.m.

12. Motion of Phillip Walsh for Relief from the Automatic Stay **[ECF No. 14571]**

    Response Deadline:    February 8, 2012 at 4:00 p.m.

Response Received:

    A.    Debtors' Omnibus Response **[ECF No. 25152]**

Related Documents:   None.

Status:  This matter has been adjourned to April 18, 2012 at 10:00 a.m.

13. Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay **[ECF No. 23551]**

Response Deadline:   April 11, 2012 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Third Notice of Adjournment of Hearing on Motion for Relief from the Automatic Stay **[ECF No. 24975]**

Status:  This matter has been adjourned to April 18, 2012 at 10:00 a.m.

14. Motion of Edward J Agostini, et al. for Relief from the Automatic Stay **[ECF No. 24769]**

Response Deadline:   April 11, 2012 at 4:00 p.m.

Response Received:   None.

Related Documents:   None.

Status:  This matter has been adjourned to April 18, 2012 at 10:00 a.m.

**B.    Adversary Proceedings:**

15. Belmont Park Investments Pty Ltd, et al. v. Lehman Brothers Special Financing Inc., et al. **[Adversary Proceeding No. 12-01045]**

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint **[ECF No. 1]**

    B.    Motion of Belmont Park Investments Pty Ltd, et al. to Withdraw the Reference **[ECF No. 3]**

    C.    Declaration of Andrew K. Glenn in Support of Plaintiffs' Motion **[ECF No. 4]**

        Status:  This matter has been adjourned.

16. Lehman Brothers Holdings Inc., et al. v. Citibank, N.A., et al. **[Adversary Proceeding No. 12-01044]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[ECF No. 1]**

        B.    Scheduling Order and Discovery Plan **[ECF No. 5]**

    Status:  This matter is not going forward.  An agreed scheduling order and discovery plan has been entered by the Court.

**B.**    **Lehman Brothers Inc.:**

17. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI Docket No. 4634]**

    Response Deadline:   February 8, 2012 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

        A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI Docket No. 4635]**

        B.    Notices of Adjournment **[LBI Docket Nos. 4663, 4759, 4824, 4892, 4946]**

    Status:  This matter has been adjourned to April 18, 2012 at 10:00 a.m.

**V.**    **WITHDRAWN MATTERS:**

18. Motion to Compel Compliance with Subpoena *Duces Tecum* **[ECF No. 24602]**

    Response Deadline:   February 8, 2012

    Response Received:

        A.    Opposition Brief of Bond Logistix LLC **[ECF No. 25074]**

Related Documents:

B. Debtors' Reply **[ECF No. 25264]**

C. Reply Declaration of Raquel Kellert in Further Support of Debtors' Motion **[ECF No. 25265]**

D. Affidavit of William A. Molinski in Support of Bond Logistix LLC's Memorandum in Opposition **[ECF No. 25075]**

E. Affidavit of Eric H. Chu in Support of Bond Logistix LLC's Memorandum in Opposition **[ECF No. 25076]**

F. Notice of Subpoena **[ECF No. 16846]**

G. Notice of Withdrawal **[ECF No. 26012]**

Status: This matter has been withdrawn.

Dated: March 20, 2012
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: March 20, 2012
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.