**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF CLAIM 15181 FILED BY STEPHEN J. FRIEDMAN**

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Bankr. P. 3006, Stephen J. Friedman (the "Claimant"), by his undersigned attorneys, hereby withdraws that certain proof of claim filed by Claimant in the within proceedings and docketed as claim number 15181.

Dated: March 20, 2012
    New York, New York

By:/s/ Paul J. Labov
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844
Paul J. Labov

and

By:/s/ William D. Currie
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420
William D. Currie

Attorneys for Stephen J. Friedman

BOS111 12686769.1